**Fill in this information to identify the case:**

United States Bankruptcy Court for the District of Delaware

Case number (*If known*): _____  Chapter 11

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Boy Scouts of America |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | BSA |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 22-1576300 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 1325 West Walnut Hill Lane | |
| Number    Street | Number    Street |
| Irving    TX    75038 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Dallas | |
| County | Number    Street |
| | City    State    ZIP Code |

5. **Debtor's website (URL)**  www.scouting.org

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor Name <u>Boy Scouts of America</u>         Case number(*if known*)_____

**7. Describe debtor's business**

A. *Check one*:
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*
- ☒ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>8134</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one*:
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ☒ No
- ☐ Yes.   District _____ When _____ Case number _____
                                MM / DD / YYYY

If more than 2 cases, attach a separate list.

          District _____ When _____ Case number _____
                                MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ☒ Yes.   Debtor <u>Delaware BSA, LLC</u>        Relationship <u>Subsidiary</u>
          District <u>District of Delaware</u>    When <u>02/18/2020</u>
                                                        MM / DD / YYYY
          Case number, if known _____

List all cases. If more than 1, attach a separate list.

Debtor  Boy Scouts of America  Case number (*if known*) _____
      Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention? (Check all that apply.)**<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number  Street<br>_____<br>City     State     ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>    Contact _____<br>    Phone _____ |

### Consolidated statistical and administrative information

| | | |
|---|---|---|
| **13.** | **Debtors' estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☐ 1-49      ☒ 1,000-5,000      ☐ 25,001-50,000<br>☐ 50-99      ☐ 5,001-10,000      ☐ 50,001-100,000<br>☐ 100-199      ☐ 10,001-25,000      ☐ More than 100,000<br>☐ 200-999 |
| **15.** | **Estimated assets**[*] | ☐ $0-$50,000      ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000      ☐ $10,000,001-$50 million      ☒ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000      ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million      ☐ More than $50 billion |

[*] Includes donor restricted and core assets.

Debtor **Boy Scouts of America**    Case number (*if known*)_____
       Name

| 16. | **Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☒ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___02/18/2020___
              MM / DD / YYYY

X _/s/ signature_    ___Steven P. McGowan___
Signature of authorized representative of debtor    Printed name

Title _Secretary and General Counsel_

18. **Signature of attorney**

X _/s/ signature_    Date ___02/18/2020___
Signature of attorney for debtor    MM / DD / YYYY

| Derek C. Abbott | Jessica C.K. Boelter |
|---|---|
| Printed name | |
| Morris, Nichols, Arsht & Tunnell LLP | Sidley Austin LLP |
| Firm name | |
| 1201 North Market Street | 787 Seventh Avenue |
| Address | |
| Wilmington, DE 19899 | New York, NY 10019 |
| City/State/ZIP | |
| (302) 351-9314 | (212) 839-5300 |
| Contact phone | |
| dabbott@mnat.com | jboelter@sidley.com |
| Email Address | |
| 3376 (DE) | 5657580 (NY) |
| Bar number | Bar number |

# BOY SCOUTS OF AMERICA
# NATIONAL EXECUTIVE BOARD

## RESOLUTIONS APPROVING CHAPTER 11 FILING AND RELATED MATTERS

### February 17, 2020

**WHEREAS**, the National Executive Board (the "**Board**") of the Boy Scouts of America, a non-profit corporation chartered by an Act of Congress (the "**Corporation**"), consulted with, considered presentations made by, and reviewed and had the opportunity to ask questions about the materials presented by, the senior leadership of the Corporation and the legal and financial advisors to the Corporation regarding the liabilities, liquidity, and prospects of the Corporation, the strategic alternatives available to the Corporation, and the impact of the foregoing on the Corporation's capability to carry out the mission of Scouting;

**WHEREAS**, the Board consulted with the senior leadership of the Corporation and the legal and financial advisors to the Corporation and has fully considered each of the Corporation's strategic alternatives; and

**WHEREAS**, the Board desires to approve the following resolutions.

**Commencement of Chapter 11 Case and Filing of Plan of Reorganization**

**NOW, THEREFORE, BE IT RESOLVED**, that, in the judgment of the Board, it is desirable and in the best interests of the Corporation, its creditors, and other stakeholders, and in furtherance of the Corporation's mission, that the Corporation file a petition for relief under chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**"); and be it further

**RESOLVED**, that each duly appointed officer or duly authorized signatory of the Corporation (each, an "**Authorized Person**" and, collectively, the "**Authorized Persons**") be, and each of them hereby is, authorized and empowered, in the name of the Corporation, to execute and verify a petition for relief under chapter 11 of the Bankruptcy Code and to cause such petition to be filed in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), such petition to be filed at such time as the Authorizing Person executing the petition shall determine and to be in the form approved by the Authorized Person executing such petition, such approval to be conclusively evidenced by the execution, verification, and filing thereof; and be it further

**RESOLVED**, that each of the Authorized Persons be, and hereby is, authorized and empowered, in the name of the Corporation, to execute a chapter 11 plan of reorganization (as such plan may be amended, modified or supplemented from time to time, the "**Plan**"), the form of which has been presented to the Board, which has considered and had the opportunity to ask questions of the senior leadership of the Corporation and the legal and financial advisors to the Corporation regarding the Plan, and to cause the Plan to be filed in the Bankruptcy Court at such time as the Authorizing Person executing the Plan shall determine; and be it further

**RESOLVED**, that each of the Authorized Persons be, and hereby is, authorized, empowered, and directed, in the name of the Corporation, with full power of delegation, to execute, verify, and cause to be filed all petitions, schedules, statements, lists, motions, applications, pleadings, affidavits, declarations, reports, exhibits, and other papers or documents (and any amendments, modifications, and supplements thereto), and to perform such further actions and execute, verify, and cause to be filed such further documentation that such Authorized Person deems necessary, appropriate, or desirable in connection with the Corporation's chapter 11 case (the "**Chapter 11 Case**") and in accordance with these resolutions; and be it further

**Retention of Advisors**

**RESOLVED**, that each of the Authorized Persons be, and hereby is, authorized, empowered, and directed to retain and employ, in the name of the Corporation, subject to Bankruptcy Court approval: (i) the law firm of Sidley Austin LLP, as general bankruptcy counsel; (ii) the law firm of Morris, Nichols, Arsht & Tunnell LLP, as Delaware bankruptcy counsel; (iii) the financial advisory firm of Alvarez & Marsal North America, LLC, as financial advisor; (iv) the legal case administration firm of Omni Agent Solutions, as noticing, claims and solicitation agent; and (v) any other legal counsel, accountants, financial advisors, restructuring advisors, investment bankers, public relations professionals, or other professionals any of the Authorized Persons deems necessary, appropriate, or advisable; each to represent and assist the Corporation in carrying out its duties and responsibilities and exercising its rights under the Bankruptcy Code; and in connection therewith, each of the Authorized Persons be, and hereby is, authorized, empowered, and directed, in the name of the Corporation, in accordance with the terms and conditions hereof, to execute appropriate retention agreements, pay appropriate retainers, fees, indemnities, and expenses, and to cause to be filed appropriate applications for authority to retain such services in the Chapter 11 Case; and be it further

**General Authorization and Ratification**

**RESOLVED**, that each of the Authorized Persons be, and hereby is, authorized, empowered, and directed to take, or cause to be taken, in the name of the Corporation, any and all further actions (including, without limitation, (i) executing, delivering, certifying, filing and/or recording, and performing any and all documents, agreements, instruments, motions, affidavits, declarations, applications for approvals or rulings of governmental or regulatory authorities, or certificates, and (ii) paying fees and expenses in connection with the transactions contemplated by the foregoing resolutions) and to take any and all steps deemed by any such Authorized Person to be necessary, advisable, or desirable to carry out the purpose and intent of each of the foregoing resolutions, and all actions heretofore taken by any such Authorized Person or the Board in furtherance thereof are hereby ratified, confirmed, and approved in all respects; and it is further

**RESOLVED**, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Corporation, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Corporation, with the same force and effect as if each such acts, actions, and transactions had been specifically authorized in advance by resolution of the Board; and it is further

**RESOLVED**, that the omission from these resolutions of any agreement, document, or other arrangement contemplated by any of the agreements, documents, or instruments described in the foregoing resolutions or any action to be taken in accordance with any requirement of any of the agreements or instruments described in the foregoing resolutions shall in no manner derogate from the authority of the Authorized Persons to take all actions necessary, desirable, advisable, or appropriate to consummate, effectuate, carry out, or further the transactions contemplated by, and the intent and purposes of, the foregoing resolutions; and it is further

**RESOLVED**, that the Board has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as required by the governance documents of the Corporation, or hereby waives any right to have received such notice.

*[Signature page follows]*

**IN WITNESS WHEREOF**, the undersigned, being the duly elected and qualified Secretary of the Corporation, hereby certifies that the foregoing resolutions were duly adopted by the Board of the Corporation as of the date first written above.

**BOY SCOUTS OF AMERICA**

By: Steven P. McGowan
Title: Secretary

*Signature Page to Resolutions of the National Executive Board of the Boy Scouts of America*

| **Fill in this information to identify the case:** |
|---|
| Debtor name  Boy Scouts of America |
| United States Bankruptcy Court for the:  ___District of Delaware___ (State) |
| Case number (If known):  __20-_____ |

Check if this is an amended filing

The following is a list of the thirty (30) largest known creditors potentially holding unsecured claims against Boy Scouts of America and Delaware BSA, LLC (collectively, the "Debtors") other than holders of abuse claims (the "Consolidated Top 30 List"). Concurrently with the filing of their petitions, the Debtors have filed a motion seeking authority to file this Consolidated Top 30 List, along with a list of the twenty-five (25) law firms representing the largest numbers of holders of abuse claims against the Debtors, in lieu of a list of the twenty (20) largest unsecured creditors for each of Boy Scouts of America and Delaware BSA, LLC.

The Consolidated Top 30 List reflects estimated amounts owed by the Debtors as of the Petition Date.  It was produced from the books and records of the Debtors as of the close of business on February 17, 2020.  The Consolidated Top 30 List does not include any person or entity who is now, or formerly was, an "insider" of the Debtors as that term is defined in 11 U.S.C. § 101(31).  The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtors.  Moreover, nothing herein shall affect the Debtors' right to challenge the amount or characterization of any claim at a later date.  The Debtors' failure to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtors' right to contest the validity, priority and/or amount of any such claim.

Official Form 204

# Chapter 11 or Chapter 9 Cases:  List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors, other than holders of abuse claims, holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes.  Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code[1] | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim[2] If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Williams, Roy L. Address on File | PHONE: On File | Restoration Plan | Unliquidated | | | $2,386,986.12 |
| 2 | Mazzuca, Robert J. Address on File | PHONE: On File | Deferred Compensation/ Restoration Plan | Unliquidated | | | $1,609,662.86 |
| 3 | Brock, C. Wayne Address on File | PHONE: On File EMAIL: On File | Deferred Compensation/ Restoration Plan | Unliquidated | | | $1,140,755.43 |
| 4 | Connelly, Kenneth L. Address on File | PHONE: On File EMAIL: On File | Restoration Plan | Unliquidated | | | $948,559.60 |
| 5 | Hoover Jr., C. Michael Address on File | PHONE: On File EMAIL: On File | Restoration Plan | Unliquidated | | | $915,037.28 |
| 6 | Ross II, David J. Address on File | PHONE: On File EMAIL: On File | Restoration Plan | Unliquidated | | | $904,795.26 |
| 7 | NCS Pearson, Inc. 200 Old Tappen Road Old Tappan, NJ 07675 | ATTN: Bjarne Tellmann TITLE: General Counsel and Chief Legal Officer PHONE: 201-236-5416 EMAIL: bjarne.tellmann@pearson.com | Trade Payable | | | | $714,588.00 |

---

[1] To protect the identities and/or personal contact information of certain individuals listed hereon, the Debtors have redacted such information from this list.  The Debtors are providing an unredacted version of this list to the Court and the Office of the United States Trustee.

[2] Amounts related to Restoration Plan are based on a preliminary actuarial determination.

Official Form 204        **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims**        page 1

Debtor    Boy Scouts of America
         Name

Case number (*if known*) _____

| # | Name of creditor and complete mailing address, including zip code[1] | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim[2] If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | Surbaugh, Michael<br>Address on File | PHONE: On File<br>EMAIL: On File | Restoration Plan | Unliquidated | | | $699,388.64 |
| 9 | Ratcliffe, Judith<br>Address on File | PHONE: On File | Restoration Plan | Unliquidated | | | $594,295.40 |
| 10 | Tuggle, Robert<br>Address on File | PHONE: On File<br>EMAIL: On File | Restoration Plan | Unliquidated | | | $589,471.08 |
| 11 | American Engineers & Contractors<br>224 Datura St, Ste 1012<br>West Palm Beach, FL 33401 | ATTN: Shiv Shahi<br>TITLE: Owner<br>PHONE: 561-666-9327<br>EMAIL: shiv@aecbuild.com | Trade Payable | | | | $533,950.84 |
| 12 | Ohmstede, Roger A.<br>Address on File | PHONE: On File<br>EMAIL: On File | Restoration Plan | Unliquidated | | | $512,590.29 |
| 13 | Varnell, Thomas<br>Address on File | PHONE: On File<br>EMAIL: On File | Deferred Compensation | | | | $397,582.81 |
| 14 | Terry, Anne<br>Address on File | PHONE: On File | Restoration Plan | Unliquidated | | | $393,977.68 |
| 15 | Lion Brothers Company Inc.<br>10246 Reisterstown Road<br>Owings Mills, MD 21117 | ATTN: Susan Ganz<br>TITLE: Chief Executive Officer<br>PHONE: 410-363-1000, EXT. 247<br>EMAIL: sganz@lionbrothers.com | Trade Payable | | | | $355,795.41 |
| 16 | Fitzgibbon, Thomas H.<br>Address on File | PHONE: On File<br>EMAIL: On File | Restoration Plan | Unliquidated | | | $353,449.14 |
| 17 | McChesney, Donald<br>Address on File | PHONE: On File | Restoration Plan | Unliquidated | | | $328,739.51 |
| 18 | Butler, Gary<br>Address on File | PHONE: On File<br>EMAIL: On File | Restoration Plan | Unliquidated | | | $324,387.52 |
| 19 | Travis, Hugh<br>Address on File | PHONE: On File<br>EMAIL: On File | Deferred Compensation | | | | $306,816.71 |
| 20 | Farmer, Bradley<br>Address on File | PHONE: On File | Restoration Plan | Unliquidated | | | $304,736.45 |
| 21 | Stone, Kathy Sue<br>Address on File | PHONE: On File<br>EMAIL: On File | Restoration Plan | Unliquidated | | | $254,068.18 |
| 22 | Hunt, Jeffrey<br>Address on File | PHONE: On File<br>EMAIL: On File | Restoration Plan | Unliquidated | | | $237,271.49 |
| 23 | Harrington, Thomas<br>Address on File | PHONE: On File<br>EMAIL: On File | Restoration Plan | Unliquidated | | | $228,275.19 |
| 24 | Green, John<br>Address on File | PHONE: On File | Restoration Plan | Unliquidated | | | $224,126.37 |
| 25 | Quad/Graphics, Inc.<br>N61W23044 Harry's Way<br>Sussex, WI  53089-2827 | ATTN: Joel Quadracci<br>TITLE: Chairman, President & Chief Executive Officer<br>PHONE: 414-566-2200<br>EMAIL: joel.quadracci@qg.com | Trade Payable | | | | $174,600.00 |
| 26 | Blackwell, Raymond L.<br>Address on File | PHONE: On File<br>EMAIL: On File | Restoration Plan | Unliquidated | | | $174,241.06 |

Debtor    Boy Scouts of America                     Case number (*if known*) _____
              Name

| Name of creditor and complete mailing address, including zip code[1] | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim[2] If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 27  Doe Claimant 2001 c/o Law Offices of Jeffrey E. Martin, LLC 2340 S. Arlington Hts. Rd., Ste 520 Arlington Hts., IL 60005 | PHONE: 847-956-0000 | Litigation | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 28  Doe Claimant 2002 Address on File | PHONE: On File | Litigation | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 29  Lehr, Richard Address on File | PHONE: On File EMAIL: On File | Litigation | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 30  Pension Benefit Guaranty Corporation 1200 K Street N.W. Washington, DC 20005 | ATTN: Patricia Kelly TITLE: Chief Financial Officer PHONE: 202-229-3033 EMAIL: kelly.patricia@pbgc.gov | Pension Guaranty | Contingent/ Unliquidated | | | Undetermined |

**Fill in this information to identify the case:**

Debtor name___Boy Scouts of America_____

United States Bankruptcy Court for the: _____ District of Delaware
                                                                    (State)

Case number (If known): _____

Check if this is an amended filing

# Chapter 11 or Chapter 9 Cases:  List of 25 Law Firms With the Largest Number of Representations of Holders of Abuse Claims    12/15

The following is a consolidated alphabetical list of the twenty-five law (25) firms representing the largest numbers of holders of abuse claims against the debtors and debtors in possession (the "Debtors"), based on the number of known pending and asserted claims (the "Top Plaintiffs' Counsel List").[1] Concurrently with the filing of their petitions, the Debtors have filed a motion seeking authority to file this Top Plaintiffs' Counsel List and a consolidated list of creditors holding unsecured claims against the Debtors other than holders of abuse claims, in lieu of a list of the twenty (20) largest unsecured creditors that would include individual holders of abuse claims for each of Boy Scouts of America and Delaware BSA, LLC.[2] The Top Plaintiffs' Counsel List does not include any person or entity who is now, or formerly was, an "insider" of the Debtors as that term is defined in 11 U.S.C. § 101(31).  The Top Plaintiffs' Counsel List was prepared with information existing as of February 17, 2020.  The Debtors reserve the right to amend the Top Plaintiffs' Counsel List. The information contained in the Top Plaintiffs' Counsel List shall not constitute an admission by, nor shall it be binding on, the Debtors. Moreover, nothing herein shall affect the Debtors' right to challenge the amount or characterization of any claim at a later date.  The Debtors' failure to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtors' right to contest the validity, priority and/or amount of any such claim.

| | Name of law firm and complete mailing address, including zip code | Name, telephone number, and email address of law firm contact | Nature of the claim (for example, Trade Payables, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Andreozzi & Associates, P.C. 111 N. Front Street Harrisburg, Pennsylvania 17101 | ATTN: Nathaniel L. Foote, Esq. PHONE: 717-686-9936 EMAIL: Unknown FAX: 717-525-9143 | Abuse-Related Litigation | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 2 | AVA Law Group, Inc. 3667 Voltaire Street San Diego , California 92106 | ATTN: Andrew Van Arsdale, Esq. PHONE: 1-866-428-2589 EMAIL: support@ava.law FAX: 619-347-2705 | Abuse-Related Litigation | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 3 | Bondurant, Mixson & Elmore, LLC One Atlantic Center, 1201 West Peachtree Stree NW, Suite 3900 Atlanta, Georgia 30309 | ATTN: Michael B. Terry PHONE: 404-881-4100 EMAIL: terry@bmelaw.com FAX: 404-881-4111 | Abuse-Related Litigation | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 4 | Crew Janci LLP 1200 NW Naito Parkway, Suite 500 Portland, Oregon 97209 | ATTN: Stephen Crew PHONE: 503-306-0224 EMAIL: steve@crewjanci.com FAX: 503-467-4940 | Abuse-Related Litigation | Contingent/ Unliquidated/ Disputed | | | Undetermined |

---

[1] Based on pending litigation and claims identified to the Debtors by attorneys representing certain abuse victims.

[2] This list is in substantially the same form as Official Bankruptcy Form 204 for chapter 11 cases setting forth the list of creditors, other than insiders, who have the 20 largest unsecured claims against a debtor.

Official Form 204    **Chapter 11 Case: List of 25 Law Firms With the Largest Number of Representations of Abuse Claims**    page 1

Debtor  Boy Scouts of America                              Case number (*if known*) _____
        Name

| | Name of law firm and complete mailing address, including zip code | Name, telephone number, and email address of law firm contact | Nature of the claim (for example, Trade Payables, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 5 | Dumas Law Group, LLC (a/k/a Dumas & Vaughn Attorneys at Law) 3835 NE Hancock Street, Suite GL-B Portland, Oregon 97212 | ATTN: Gilion Dumas PHONE: 503-616-5007 EMAIL: gilion@dumaslawgroup.com FAX: Unknown | Abuse-Related Litigation | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 6 | Eisenberg Rothweiler, Winkler, Eisenberg & Jeck, P.C. 1634 Spruce Street Philadelphia, Pennsylvania 19103 | ATTN: Stewart Eisenberg, Esq. PHONE: 215-398-7544 EMAIL: Unknown FAX: 215-546-0118 | Abuse-Related Litigation | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 7 | Green & Gillispie 1 Riverfront Place, Suite 605 North Little Rock, Arkansas 72114 | ATTN: Joshua Gillispie PHONE: 501-244-0700 EMAIL: josh@greenandgillispie.com FAX: 501-244-2020 | Abuse-Related Litigation | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 8 | Gregg, Hunt, Ahern & Embry Attorneys at Law One Cranberry Hill, #304 Lexington, Massachusetts 02421 | ATTN: Jonathan Barnes PHONE: 617-494-1920 EMAIL: jbarnes@chelaw.com FAX: 617-494-1921 | Abuse-Related Litigation | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 9 | Hurley McKenna & Mertz P.C. 33 N. Dearborn Street, Suite 1430 Chicago, Illinois 60602 | ATTN: Christopher Hurley PHONE: 312-553-4900 EMAIL: churley@hurley-law.com FAX: 312-553-0964 | Abuse-Related Litigation | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 10 | Jeff Anderson & Associates, PA 505 Thornall Street, Suite 405 Edison, New Jersey 08837 | ATTN: Jeffrey Anderson PHONE: 909-344-3847 EMAIL: jeff@andersonadvocates.com FAX: Unknown | Abuse-Related Litigation | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 11 | Kosnoff Law 1321 Upland Drive PMB 4685 Houston, Texas 77043 | ATTN: Timothy Kosnoff, Esq. PHONE: 206-257-3590 EMAIL: tim@kosnoff.com FAX: 206-837-9690 | Abuse-Related Litigation | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 12 | Law Offices of Mitchell Garabedian 100 State Street, 6th Floor Boston, Massachusetts 02109 | ATTN: Mitchell Garabedian PHONE: 617-523-6520 EMAIL: mgarabedian@garabedianlaw.com FAX: 617-523-3687 | Abuse-Related Litigation | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 13 | Lindsay Hart, LLP 1300 SW 5th Ave, Suite 3400 Portland, Oregon 97201 | ATTN: James L. Dumas PHONE: 503-226-7677 EMAIL: jdumas@lindsayhart.com FAX: Unknown | Abuse-Related Litigation | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 14 | Lujan & Wolff, LLP 238 Archbishop Flores Street, Suite 300, DNA Building Hagatna, Guam 96910 | ATTN: David Lujan PHONE: 671-477-8064 EMAIL: Unknown FAX: 671-477-5297 | Abuse-Related Litigation | Contingent/ Unliquidated/ Disputed | | | Undetermined |

Official Form 204    **Chapter 11 Case: List of 25 Law Firms With the Largest Number of Representations of Holders of Abuse Claims** page 2

ACTIVE 252585100

Debtor  Boy Scouts of America          Case number (*if known*) _____
        Name

| | Name of law firm and complete mailing address, including zip code | Name, telephone number, and email address of law firm contact | Nature of the claim (for example, Trade Payables, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 15 | Marsh Law Firm<br>151 East Post Road, Ste. 102<br>White Plains, New York 10601 | ATTN: James Marsh<br>PHONE: 929-232-3235<br>EMAIL: jamesmarch@marsh.law<br>FAX: Unknown | Abuse-Related Litigation | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 16 | Merson Law<br>150 East 58th St., 34th Floor<br>New York, New York 10155 | ATTN: Jordan Merson<br>PHONE: 212-603-9100<br>EMAIL: jmerson@mersonlaw.com<br>FAX: 347-441-4171 | Abuse-Related Litigation | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 17 | Michael G. Dowd<br>600 Third Ave., 15th Floor<br>New York, New York 10016 | ATTN: Michael G. Dowd<br>PHONE: 212-751-1640<br>EMAIL: Unknown<br>FAX: Unknown | Abuse-Related Litigation | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 18 | Paul Mones<br>13101 Washington Blvd.<br>Los Angeles, California 90066 | ATTN: Paul Mones<br>PHONE: 310-400-5960<br>EMAIL: pamones@comcast.net<br>FAX: Unknown | Abuse-Related Litigation | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 19 | Penn Law Group<br>4200 Northside Parkway, NW, Building One, Suite 100<br>Atlanta, Georgia 30327 | ATTN: Darren Penn<br>PHONE: 404-961-7655<br>EMAIL: darren@pennlawgroup.com<br>FAX: Unknown | Abuse-Related Litigation | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 20 | Pfau, Cochran, Vertetis, Amala PLLC<br>403 Columbia Street, Ste. 500<br>Seattle, Washington 98104 | ATTN: Michael Pfau<br>PHONE: 206-451-8260<br>EMAIL: michael@pcvalaw.com<br>FAX: 206-623-3624 | Abuse-Related Litigation | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 21 | Rebenack, Aronow, Mascolo, LLP<br>111 Livingston Avenue<br>New Brunswick, New Jersey 08901 | ATTN: Jay Silvio Mascolo<br>PHONE: 732-247-3600<br>EMAIL: Jmascolo@ram.law<br>FAX: 732-247-3630 | Abuse-Related Litigation | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 22 | Robins Kaplan LLP<br>399 Park Avenue, Suite 3600<br>New York, New York 10022 | ATTN: Patrick Stoneking<br>PHONE: 212-980-7400<br>EMAIL: pstoneking@robinskaplan.com<br>FAX: 212-980-7499 | Abuse-Related Litigation | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 23 | Rubenstein & Rynecki<br>16 Court Street, Ste. 1717<br>Brooklyn, New York 11241 | ATTN: Sanford Rubenstein<br>PHONE: 718-522-1020<br>EMAIL: Unknown<br>FAX: Unknown | Abuse-Related Litigation | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 24 | Sweeny Reich & Bolz, LLP<br>1981 Marcus Avenue, Ste. 200<br>Lake Success, New York 11042 | ATTN: Gerard Sweeney<br>PHONE: 718-459-9000<br>EMAIL: Unknown<br>FAX: Unknown | Abuse-Related Litigation | Contingent/ Unliquidated/ Disputed | | | Undetermined |
| 25 | Thomas Law Office, PLLC<br>9418 Norton Commons Blvd., Ste. 200<br>Louisville, Kentucky 40059 | ATTN: Tad Thomas<br>PHONE: 877-736-4963<br>EMAIL: tad@thomaslawoffices.com<br>FAX: 502-785-7257 | Abuse-Related Litigation | Contingent/ Unliquidated/ Disputed | | | Undetermined |

Official Form 204   **Chapter 11 Case: List of 25 Law Firms With the Largest Number of Representations of Holders of Abuse Claims** page 3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA, | Case No. 20-_____ (___) |
| Debtor. | (Joint Administration Requested) |

**CORPORATE OWNERSHIP STATEMENT**

There are no entities to report under rule 7007.1 of the Federal Rules of Bankruptcy Procedure, as the above-captioned debtor and debtor in possession is a non-profit, non-stock tax exempt organization with no equity ownership.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA, | Case No. 20-_____ (___) |
| Debtor. | (Joint Administration Requested) |

### LIST OF EQUITY SECURITY HOLDERS

      There are no entities to report under rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, as the above-captioned debtor and debtor in possession is a non-profit, non-stock tax exempt organization with no equity ownership.

Fill in this information to identify the case and this filing:

Debtor Name __Boy Scouts of America__

United States Bankruptcy Court for the: __District of Delaware__
(State)

Case number (If known): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration __List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders; Corporate Ownership Statement; List of Equity Security Holders; List of 25 Law Firms with the Largest Number of Representations of Holders of Abuse Claims__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __02/18/2020__         x _/s/ signature_
            MM / DD / YYYY           Signature of individual signing on behalf of debtor

                                     Steven P. McGowan
                                     Printed name

                                     Secretary and General Counsel
                                     Position or relationship to debtor