**<u>Exhibit B-2</u>**

**Form of Abuse Claims Bar Date Notice**

*(to be supplemented)*