**<u>Exhibit B-3</u>**

**Abuse Claims Publication Notice**

*(to be supplemented)*