## **Exhibit C-2**

**Abuse Proof of Claim Form**

***(to be supplemented*****)**