**<u>Exhibit D</u>**

**Form of Confidentiality Agreement**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (___)<br><br>(Jointly Administered) |

## PERMITTED PARTY CONFIDENTIALITY AGREEMENT

This Agreement (the "Agreement") is entered into as of _____, 2020 by _____ (the "Recipient"), a Permitted Party pursuant to paragraph 5 of the *Order, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1, for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice Thereof, (III) Approve Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Victims, and (IV) Approve Confidentiality Procedures for Abuse Victims* [Docket No. [●]] (the "Bar Date Order") entered on [●] by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") in Case No. 20-10343 (___), *In re Boy Scouts of America and Delaware BSA, LLC* (the "Chapter 11 Cases").

WHEREAS, the Recipient will be granted access to confidential Abuse Proof of Claim Forms filed in the Chapter 11 Cases after execution of this Agreement pursuant to and in accordance with the terms of the Order;

WHEREAS, Recipient agrees to keep the information provided in any and all Abuse Proof of Claim Forms confidential pursuant to and in accordance with the terms of the Order and this Agreement.

NOW THEREFORE, IT IS AGREED AS FOLLOWS:

(1) The Recipient agrees to keep the information provided in the Abuse Proof of Claim Forms confidential pursuant to and in accordance with the terms of the Order.

(2) Recipient agrees to not distribute any Abuse Proof of Claim Forms or information provided in the Abuse Proof of Claim Forms in violation of the Confidentiality Protocol in the Order.

(3) Recipient will only communicate information from the confidential Abuse Proof of Claim Forms with other Permitted Parties, as defined in the Bar Date Order.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

(4) Recipient consents to the jurisdiction of the Court to adjudicate any violation of this Agreement or the Order.

(5) Recipient shall promptly report any disclosure of information from a confidential Abuse Proof of Claim Form to the Debtor and the any official committee appointed in the Chapter 11 Cases to represent holders of Abuse Claims, and shall cooperate with efforts to recover the information and/or mitigate the effects of the disclosure.

Dated: This \_\_ day of _____, 2020

Signature: _____

Print Name: _____

Name of Permitted Party: _____