**Exhibit B**

**Identified Property**

**EXHIBIT B - LISTING OF IDENTIFIED PROPERTY**
**Boy Scouts of America (excluding subsidiaries & affiliates)**
**Breakdown of Assets as of 11/30/19**
**Unaudited**
*Subject to Amendment*

| | Balance as of 11/30/2019 | Identified Property | Other Property |
|---|---:|---:|---:|
| **Cash** | | | |
| Cash | $ 123,102,266 | $ 39,987,574 | $ 83,114,692 |
| Restricted Cash - LC Collateral (JPM) | 62,773,574 | 62,773,574 | - |
| Total Cash | 185,875,840 | 102,761,148 | 83,114,692 |
| **Investments** | | | |
| General Investments | 192,500,191 | 81,114,899 | 111,385,293 |
| Order of the Arrow | 7,399,346 | 7,399,346 | - |
| Total Investments | 199,899,538 | 88,514,245 | 111,385,293 |
| **Land & Buildings** | | | |
| Admin Buildings in TX | 4,160,897 | - | 4,160,897 |
| Supply & Distribution - Charlotte, NC | 3,026,876 | - | 3,026,876 |
| Subtotal Land & Buildings | 7,187,774 | - | 7,187,774 |
| High Adventure Facilities: [1] | | | |
| Philmont Scout Ranch | 40,058,766 | 40,058,766 | - |
| Florida Sea Base | 16,702,866 | 16,702,866 | - |
| Northern Tier | 6,561,178 | 6,561,178 | - |
| Subtotal Adventure Bases | 63,322,810 | 63,322,810 | - |
| Total Land & Buildings | 70,510,584 | 63,322,810 | 7,187,774 |
| **Furniture & Equipment** | 29,906,205 | - | 29,906,205 |
| **Accounts Receivable** | 23,651,417 | - | 23,651,417 |
| **Pledges Receivable (NPV, net of allowances)** | | | |
| Donor Restricted Pledges Receivable, net | 52,949,984 | 52,949,984 | - |
| Unrestricted Receivable, net | 12,800,000 | - | 12,800,000 |
| Total Pledge Receivable | 65,749,984 | 52,949,984 | 12,800,000 |
| **Inventory** | 67,948,152 | - | 67,948,152 |
| **Prepaids & Deferred Charges** | 21,686,203 | - | 21,686,203 |
| **Other Assets** | | | |
| Misc Summit Assets | 6,012,908 | 6,012,908 | - |
| Gift Annuity & Pooled Income Investments | 8,117,898 | 8,117,898 | - |
| Total Other Assets | 14,130,806 | 14,130,806 | - |
| **Other Receivables** | | | |
| Note Receivable from Arrow WV | 345,396,380 | 345,396,380 | - |
| Other Interfund Rec/(Pay) | (10,594,646) | | (10,594,646) |
| Total Interfund Receivable | 334,801,734 | 345,396,380 | (10,594,646) |
| **TOTAL ASSETS PER BALANCE SHEET** | $ 1,014,160,463 | $ 667,075,374 | $ 347,085,089 |
| | | | |
| **OFF BALANCE SHEET ASSETS** | | | |
| Oil & Gas Royalties | - | | √ |
| Artwork - Original Rockwell paintings, etc. | - | | √ |

[1] The Summit high adventure facility is in a separate legal entity, Arrow WV. BSA has a note receivable due from Arrow.