IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>                     Debtors. | Chapter 11<br><br>Case No. 20-10343 (\_\_\_)<br><br>Joint Administration Pending |
| BOY SCOUTS OF AMERICA,<br><br>                     Plaintiff,<br><br>     v.<br><br>A.A., *et al.*,[2]<br><br>                     Defendants. | Adv. Pro. No. 20-\_\_\_\_\_ (\_\_\_) |

**DOCUMENT TO BE KEPT UNDER SEAL**
**ADVERSARY VERIFIED COMPLAINT FOR INJUNCTIVE RELIEF**

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2] A full list of the Defendants in this adversary proceeding is included in redacted form on Exhibit A attached hereto to protect the privacy interests of abuse victims. An unredacted version of this Complaint and Exhibit A hereto will be served on each Defendant's counsel.

| | |
|---|---|
| Dated: February 18, 2020<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Derek C. Abbott*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Joseph C. Barsalona II (No. 6102)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@mnat.com<br>       aremming@mnat.com<br>       jbarsalona@mnat.com<br>       ptopper@mnat.com<br>       emoats@mnat.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>James F. Conlan (*pro hac vice* pending)<br>Thomas A. Labuda (*pro hac vice* pending)<br>Michael C. Andolina (*pro hac vice* pending)<br>William A. Evanoff<br>Matthew E. Linder (*pro hac vice* pending)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Email: jconlan@sidley.com<br>       tlabuda@sidley.com<br>       mandolina@sidley.com<br>       wevanoff@sidley.com<br>       mlinder@sidley.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Jessica C. K. Boelter (*pro hac vice* pending)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-5300<br>Email: jboelter@sidley.com<br><br>PROPOSED COUNSEL TO THE DEBTORS<br> AND DEBTORS IN POSSESSION |