IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:**<br><br>**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,**[1]<br><br>        **Debtors.** | **Chapter 11**<br>**Case No. 20-10343 (LSS)**<br>**(Joint Administration Requested)** |

## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears as counsel for **Sun Life Assurance Company of Canada ("Sun Life")** and, pursuant to Bankruptcy Rules 9010, 3017 and 2002 and Bankruptcy Code Section 1109(b), requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the office and address set forth below.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, disclosure statements and motions to approve same, complaints or demands, whether formal or informal, written or oral, and whether served by mail, telephone, telecopier or otherwise: (1) which may directly, or indirectly, affect or seek to affect any rights or interests of Sun Life with respect to (a) the Debtors, (b) property or proceeds thereof in which the Debtors may claim an interest, or (c) property or proceeds thereof in possession, custody or control of Sun Life, which the Debtors may seek to use; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by Sun Life; or (3) which may otherwise affect the Debtors or the property of the Debtors.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Client Matter 15928/00049/A6412380.DOC

      This filing does not constitute consent to jurisdiction or venue in the United States Bankruptcy Court for the District of Delaware, and does not constitute a waiver of any rights including the right to trial by jury.

                                                         Respectfully submitted,

                                                         SUN LIFE ASSURANCE COMPANY
                                                         OF CANADA

                                                         By its counsel,


                                                           /s/ Paul W. Carey
                                                       Paul W. Carey, BBO #566865
                                                       Mirick, O'Connell, DeMallie & Lougee, LLP
                                                       100 Front Street
                                                       Worcester, MA 01608
                                                       Phone: 508.791.8500
                                                       Fax:    508.791.8502

Dated:  February 18, 2020                         Email: pcarey@mirickoconnell.com

## CERTIFICATE OF SERVICE

      I hereby certify that, on February 18, 2020, the foregoing document was filed with the United States Bankruptcy Court – District of Delaware and served upon all parties entitled to receive notice of filings in the above-captioned case via the Bankruptcy Court's Electronic Case Filing (ECF) system.

                                                        By:       /s/ Paul W. Carey
                                                                     Paul W. Carey, Esq.