## CERTIFICATE OF SERVICE

I, Michael J. Merchant, hereby certify that on February 18, 2020, I caused a copy of the foregoing *Notice of Appearance and Demand for Service of Notices and Papers* to be served upon the following parties in the manner indicated.

| Via Hand Delivery<br><br>Derek C. Abbott<br>Andrew R. Remming<br>Joseph C. Barsalona II<br>Eric W. Moats<br>Paige N. Topper<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19801 | Via First Class Mail<br><br>James F. Conlan<br>Thomas A. Labuda<br>Michael C. Andolina<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, Illinois 60603 |
|---|---|
| Via Hand Delivery<br><br>Hannah Mufson McCollum<br>OFFICE OF THE UNITED STATES TRUSTEE<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, Delaware 19801 | Via First Class Mail<br><br>Jessica C. K. Boelter<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, New York 10019 |

*/s/ Michael J. Merchant*
Michael J. Merchant (No. 3854)

RLF1 22922664v.1