# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Joint Administration Pending) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

      Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Jeffrey E. Bjork of Latham & Watkins LLP, 355 South Grand Avenue, Suite 100, Los Angeles, California, 90071-1560 to represent The Church of Jesus Christ of Latter-day Saints in the above-captioned cases.

Date:  February 18, 2020
       Wilmington, Delaware

                                           */s/ Michael J. Merchant*
                                           Michael J. Merchant (No. 3854)
                                           RICHARDS, LAYTON & FINGER, P.A.
                                           One Rodney Square
                                           920 North King Street
                                           Wilmington, Delaware  19801
                                           Telephone:  (302) 651-7700
                                           Facsimile:  (302) 651-7701
                                           Email:  merchant@rlf.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

RLF1 22922997v.1

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Fund* effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: February 18, 2020              */s/ Jeffrey E. Bjork*
                                      Jeffrey E. Bjork
                                      LATHAM & WATKINS LLP
                                      355 South Grand Avenue, Suite 100
                                      Los Angeles, California 90071-1560
                                      Telephone: (213) 485-1234
                                      Facsimile: (213) 891-8763
                                      E-mail: jeff.bjork@lw.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.