**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>　　　　　　　　　　Debtors. | Case No. 20-10343 (LSS)<br><br>CHAPTER 11<br><br>(Joint Administration Requested) |

**NOTICE OF APPERANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

　　　　**PLEASE TAKE NOTICE** that the undersigned appears in the above-captioned case on behalf of Girl Scouts of the United States of America, a congressionally chartered corporation (the "Girl Scouts").  Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of the title 11 of the United States Code (the "Bankruptcy Code"), Girl Scouts requests, as provided in sections 102(1) and 342 of the Bankruptcy Code and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given and all papers served in this case be delivered to and served upon the party identified below at the following address and further requests to be added to the Master Service List:

**Dorsey & Whitney (Delaware) LLP**
Eric Lopez Schnabel
Alessandra Glorioso
300 Delaware Avenue
Suite 1010
Wilmington, DE  19801
schnabel.eric@dorsey.com
glorioso.alessandra@dorsey.com

**Dorsey & Whitney LLP**
Bruce R. Ewing
Eric Lopez Schnabel
51 West 52nd Street
New York, NY 10019
ewing.bruce@dorsey.com
schnabel.eric@dorsey.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile, or otherwise in this case.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Rule 3017, the foregoing request includes any disclosure statement and/or plan of reorganization filed in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive Girl Scouts' (i) right to challenge jurisdiction of the United States Bankruptcy Court to adjudicate any matter; (ii) right to have final orders in non-core matters entered only after de novo review by a district court judge; (iii) right to trial by jury in any proceedings so triable herein or in any case, controversy, or proceeding related hereto; (iv) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Girl Scouts is or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: February 18, 2020                                **DORSEY & WHITNEY (DELAWARE) LLP**

By: /s/ *Alessandra Glorioso*
Eric Lopez Schnabel (DE Bar No. 3672)
Alessandra Glorioso (DE Bar No. 5757)
300 Delaware Avenue
Suite 1010
Wilmington, DE 19801
Telephone: (302) 425-7171
E-mail: schnabel.eric@dorsey.com
          glorioso.alessandra@dorsey.com

and

**Dorsey & Whitney LLP**
Bruce R. Ewing
Eric Lopez Schnabel
51 West 52nd Street
New York, NY 10019
Telephone: (212) 415-9200
ewing.bruce@dorsey.com
schnabel.eric@dorsey.com

*Attorneys for Girl Scouts of the United States of America, a congressionally chartered corporation*