**WANGER JONES HELSLEY**
Riley C. Walter #91839
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
Email: rwalter@wjhattorneys.com

Attorneys for Interested Party, Sequoia Council of Boy Scouts, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

| | |
|---|---|
| In re | CASE NO. 20-10343 |
| BOY SCOUTS OF AMERICA, | Chapter 11 |
| Debtor. | Date: N/A |
| | Time: N/A |
| Tax ID/EIN#: 22-1576300 | Place: 824 Market Street N, 6th Floor Wilmington, DE 19801 |
| Address: 1325 West Walnut Hill Lane Irving, TX 75038 | Judge: Honorable Laurie Selber Silverstein |

### REQUEST FOR SPECIAL NOTICE

TO: DEBTORS, U.S. TRUSTEE, AND ALL INTERESTED PARTIES, and to their attorneys of record herein:

SEQUOIA COUNCIL OF BOY SCOUTS, INC., a party in interest herein, requests that separate and special notice be provided to its counsel of all matters filed in the within proceeding, as required by the Federal Rules of Bankruptcy Proceedings and applicable local bankruptcy rules. Notice should be sent to:

WANGER JONES HELSLEY, PC
a Professional Corporation
Riley C. Walter, Esq.
265 E. River Park Circle, Suite 310
Fresno, California 93720
E-mail: rwalter@wjhattorneys.com

1
2
3

BAKER MANOCK & JENSEN, PC
Jan T. Perkins
5260 North Palm Avenue, Suite 421
Fresno, CA 93704
E-mail: JPerkins@bakermanock.com

4
5
6
7

Michael Marchese
Sequoia Council of Boy Scouts, Inc.
6005 N. Tamera Avenue
Fresno, CA 93711
E-Mail: Michael.marchese@scouting.org

8   Dated:   February 18, 2020               WANGER JONES HELSLEY PC,

9
10                                    By: /s/ Riley C. Walter
                                          Riley C. Walter,
11                                        Attorneys for Sequoia Council of Boy Scouts, Inc.

{8111/099/01061456.DOCX}                    2

REQUEST FOR SPECIAL NOTICE