## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Joint Administration Requested) |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to section 1109(b) of 11 U.S.C. §§ 101-1532 (as amended and applicable to the Bankruptcy Cases, the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the law firms of Norton Rose Fulbright US LLP and Womble Bond Dickinson (US) LLP hereby enter their appearances as counsel for JPMorgan Chase Bank, National Association ("JPMorgan"), in the above-captioned bankruptcy cases (the "Bankruptcy Cases").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Rules 2002(i), 3017, and 9007, the undersigned request that copies of all notices, pleadings, and all other papers required to be served in the Bankruptcy Cases be served upon the following persons, and that such persons be added to the mailing matrix in the Bankruptcy Cases:

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Louis R. Strubeck, Jr.
Kristian W. Gluck
Ryan E. Manns
Shivani Shah
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
louis.strubeck@nortonrosefulbright.com
kristian.gluck@nortonrosefulbright.com
ryan.manns@nortonrosefulbright.com
shivani.shah@nortonrosefulbright.com

Matthew P. Ward
Morgan L. Patterson
**WOMBLE BOND DICKINSON (US) LLP**
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
matthew.ward@wbd-us.com
morgan.patterson@wbd-us.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Code sections 342 and 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any orders and notices of any notice, application, complaint, demand, motion, petition, pleading, disclosure statement or plan of reorganization, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight, or hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the Bankruptcy Cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance, nor any subsequent appearance, pleading, claim, or suit, is intended to waive: (a) the right of JPMorgan to have final orders in (i) non-core matters, and (ii) matters designated for final adjudication in the Bankruptcy Court as a statutory matter pursuant to 28 U.S.C. § 157(b), but prohibited from proceeding as such pursuant to Article III of the Constitution, entered only after de novo review by a federal district court judge (and nothing contained herein shall be construed or otherwise deemed to be a waiver of such right by JPMorgan or consent by JPMorgan to final adjudication in the Bankruptcy Court of such matters); (b) the right of JPMorgan to have the reference withdrawn by the federal district court in any matter subject to mandatory or discretional withdrawal; (c) the right of JPMorgan to trial by jury in any proceeding so triable herein or in

any case, controversy, or proceeding related hereto; (d) any objection to the jurisdiction of this

Bankruptcy Court for any purpose other than with respect to this Notice; (e) an election of

remedy; or (f) any other rights, claims, actions, defenses, setoffs, or recoupments to which

JPMorgan is or may be entitled under any agreements, in law, or in equity, all of which rights,

claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: February 19, 2020
        Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Matthew P. Ward*
Matthew P. Ward (Del. Bar No. 4471)
Morgan L. Patterson (Del. Bar No. 5388)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone:    (302) 252-4320
Facsimile:    (302) 252-4330
Email:        matthew.ward@wbd-us.com
              morgan.patterson@wbd-us.com

-AND-

**NORTON ROSE FULBRIGHT US LLP**
Louis R. Strubeck, Jr. (*pro hac vice* to be filed)
Kristian W. Gluck (*pro hac vice* to be filed)
Ryan E. Manns (*pro hac vice* to be filed)
Shivani Shah (*pro hac vice* to be filed)
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Telephone:    (214) 855-8000
Facsimile:    (214) 855-8200
Email:        louis.strubeck@nortonrosefulbright.com
              kristian.gluck@nortonrosefulbright.com
              ryan.manns@nortonrosefulbright.com
              shivani.shah@nortonrosefulbright.com

*Counsel to JPMorgan Chase Bank, National
Association*