## CERTIFICATE OF SERVICE

I, Christopher A. Lewis, certify that I am not less than 18 years of age, and that on February 19, 2020, a copy of the foregoing document was electronically filed via CM/ECF and served via CM/ECF upon all parties registered to receive CM/ECF notices in these cases, and I caused copies to be served upon the following persons via U.S. first-class mail, postage pre-paid:

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Derek C. Abbott
Andrew R. Remming
Joseph C. Barsalona II
Eric W. Moats
Paige N. Topper
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347

SIDLEY AUSTIN LLP
James F. Conlan
Thomas A. Labuda
Michael C. Andolina
Matthew E. Linder
One South Dearborn Street
Chicago, Illinois 60603

SIDLEY AUSTIN LLP
Jessica C. K. Boelter
787 Seventh Avenue
New York, New York 10019

OFFICE OF THE UNITED STATES TRUSTEE
Attn: David L. Buchbinder
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: February 19, 2020                     /s/ Christopher A. Lewis
                                             Christopher A. Lewis