**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Joint Administration Requested)<br><br>**Related Docket No.: 48** |

**MOTION AND ORDER FOR <u>PRO HAC VICE</u> ADMISSION**
**OF KRISTIAN W. GLUCK**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission <u>pro hac vice</u> of Kristian W. Gluck of the law firm Norton Rose Fulbright US LLP, 2200 Ross Avenue, Suite 3600, Dallas, Texas 75201-7932, to represent JPMorgan Chase Bank, National Association, in the above-captioned bankruptcy cases and any related adversary proceedings.

Dated: February 19, 2020
　　　　Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Morgan L. Patterson*
Matthew P. Ward (Del. Bar No. 4471)
Morgan L. Patterson (Del. Bar No. 5388)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone:　(302) 252-4320
Facsimile:　(302) 252-4330
Email:　　　matthew.ward@wbd-us.com
　　　　　　morgan.patterson@wbd-us.com

*Counsel to JPMorgan Chase Bank, National Association*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission <u>pro hac vice</u> is granted.

**Dated: February 19th, 2020**
**Wilmington, Delaware**

　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　**LAURIE SELBER SILVERSTEIN**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES BANKRUPTCY JUDGE**