**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>                          Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Joint Administration Requested)<br><br>**Related Docket No.: 49** |

**MOTION AND ORDER FOR PRO HAC VICE ADMISSION**
**OF RYAN E. MANNS**

      Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Ryan E. Manns of the law firm Norton Rose Fulbright US LLP, 2200 Ross Avenue, Suite 3600, Dallas, Texas 75201-7932, to represent JPMorgan Chase Bank, National Association, in the above-captioned bankruptcy cases and any related adversary proceedings.

Dated: February 19, 2020
       Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Morgan L. Patterson*
Matthew P. Ward (Del. Bar No. 4471)
Morgan L. Patterson (Del. Bar No. 5388)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone:   (302) 252-4320
Facsimile:    (302) 252-4330
Email:        matthew.ward@wbd-us.com
               morgan.patterson@wbd-us.com

*Counsel to JPMorgan Chase Bank, National Association*

**ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

**Dated: February 19th, 2020**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**