## SIGN-IN SHEET

**CASE NAME:** Boy Scouts of America  **COURTROOM NO.:** 2

**CASE NO.** 20-10343 LSS  **DATE:** 2/19/2020

PLEASE PRINT CLEARLY OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mike Finnegan | Jeff Anderson + Associates | Abuse Survivors |
| Michael Merchant | Richards Layton & Finger | Church of Jesus Christ of Latter Day Saints |
| Adam Goldberg | Latham | |
| Derek Abbott | MNAT | Debtors |
| Andrew Remming | | |
| Joe Bousutara | | |
| Paige Topper | | |
| Eric Moats | | |
| Jessica Boelter | Sidley | Debtors |
| Michael Andolina | | |
| Matt Linder | | |
| Tom Labuda | | |
| Blair Nemier | | |
| David L. Buchbinder | USTP DOJ | UST |
| Hannah McCollum | " | " |

## SIGN-IN SHEET

CASE NAME: Boy Scouts of America     COURTROOM NO.: 2

CASE NO.:   20-10343 LSS     DATE: 2/19/2020

**PLEASE PRINT CLEARLY OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Stephen D. Neuberger | The Neuberger Firm | Abuse Survivors |
| Andrew Goldfarb | Zuckerman Spaeder | Adversari Scouting |
| Robert Brady | Young Conaway | Pre-Petition FCR |
| James Stang | PSZJ | Tort Claimants Cmtes |
| James O'Neill | PSZJ | " |
| Ian Scharf | PSZJ | " |
| Lou Strubeck | Norton Rose Fulbright | JP Morgan Chase |
| Kristian Gluck | " | " |
| Matthew Ward | Womble Bond Dickinson | |
| Eric Lopez Schnabel | Dorsey & Whitney | Girl Scouts of the United States of America |
| Alessandra Glorioso | " | " |
| Paul Mones | Paul Mones PC | abuse survivors |
| Steve Crew | Crew Janci | abuse survivors |
| Michael Pfau | Pfau Cochran | abuse survivors |
| Gilion Dumas | Dumas & Vaughn | abuse survivors |

# Court Conference

| Calendar Date: | 02/19/2020 |
|---|---|
| Calendar Time: | 10:30 AM ET |

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Laurie Selber Silverstein
### #2

2nd Revision  Feb 19 2020 6:35AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Boy Scouts of America | 20-10343 | Hearing | 10392808 | Tristan G Axelrod | (617) 856-8456 ext. | Brown Rudnick LLP | Interested Party, Brown Rudnick LLP / LISTEN ONLY |
| | | Boy Scouts of America | 20-10343 | Hearing | 10393161 | Jeff Bjork | (213) 485-1234 ext. | Latham & Watkins LLP | Interested Party, The Church of Jesus Christ of Latter-day Saints / LIVE |
| | | Boy Scouts of America | 20-10343 | Hearing | 10394018 | Jay Borow | (212) 782-1411 ext. | BRG Capstone - All Offices | Interested Party, BRg Capstone / LISTEN ONLY |
| | | Boy Scouts of America | 20-10343 | Hearing | 10395995 | Robert C. Brady | (973) 596-4617 ext. | Gibbons PC | Interested Party, Robert C. Brady / LISTEN ONLY |
| | | Boy Scouts of America | 20-10343 | Hearing | 10394127 | Peg A. Brickley | (267) 979-0991 ext. | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Boy Scouts of America | 20-10343 | Hearing | 10394587 | Alix Brozman | (646) 213-7400 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Boy Scouts of America | 20-10343 | Hearing | 10392615 | Joseph C. Celentino | (212) 403-1000 ext. | Wachtell Lipton Rosen & Katz | Creditor, The Ad HOC Commite of Local Councils / LISTEN ONLY |
| | | Boy Scouts of America | 20-10343 | Hearing | 10393578 | Randall Chase | (302) 674-3037 ext. | Associated Press | Interested Party, Associated Press / LISTEN ONLY |
| | | Boy Scouts of America | 20-10343 | Hearing | 10395958 | Alexandra Cole | (404) 961-7655 ext. | Penn Law | Claimant, McArthur, Tim Doe, John Doe, Robert Doe, William Doe, Dennie Doe / LISTEN ONLY |
| | | Boy Scouts of America | 20-10343 | Hearing | 10394186 | William E. Curtin | (212) 839-6745 ext. | Sidley Austin LLP | Debtor, Boy Scouts of America / LISTEN ONLY |
| | | Boy Scouts of America | 20-10343 | Hearing | 10395920 | Bruce Ewing | (212) 415-9200 ext. | Dorsey & Whitney LLP | Creditor, Girl Scouts of America / LIVE |

| Case Name | Case # | Proceeding | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Boy Scouts Of America | 20-10343 | Hearing | 10394804 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| Boy Scouts of America | 20-10343 | Hearing | 10395302 | Tianjiao Li | (212) 728-5893 ext. | O'Melveny & Myers LLP | Interested Party, Tianjiao Li / LISTEN ONLY |
| Boy Scouts of America | 20-10343 | Hearing | 10395952 | John W. Lucas | (415) 263-7000 ext. 5108 | Pachulski Stang Ziehl & Jones | Interested Party, Pachulski Stang Ziehl & Jones / LISTEN ONLY |
| Boy Scouts of America | 20-10343 | Hearing | 10394380 | Tamara K. Mann | (302) 351-9377 ext. | Morris Nichols Arsht & Tunnell LLP | Debtor, Boy Scouts of America / LISTEN ONLY |
| Boy Scouts of America | 20-10343 | Hearing | 10394829 | Phil Martin | (321) 506-4463 ext. | JP Morgan Chase Bank | Creditor, JP Morgan Chase Bank / LISTEN ONLY |
| Boy Scouts of America | 20-10343 | Hearing | 10394795 | Scott Meyerson | (212) 390-2783 ext. | PJT Partners | Creditor, JP Morgan Chase / LISTEN ONLY |
| Boy Scouts of America | 20-10343 | Hearing | 10393263 | John A. Moe, II | (213) 892-4905 ext. | Dentons US, LLP | Creditor, Greater Los Angeles Area Council / LISTEN ONLY |
| Boy Scouts of America | 20-10343 | Hearing | 10394775 | Michael D. Mueller | (804) 420-6332 ext. | Williams Mullen | Creditor, Williams Mullen / LISTEN ONLY |
| Boy Scouts of America | 20-10343 | Hearing | 10395971 | Thomas E. O'Brien | (214) 953-6934 ext. | Baker Botts LLP | Interested Party, Baker Botts / LISTEN ONLY |
| Boy Scouts of America | 20-10343 | Hearing | 10393653 | Daren Perkins | (212) 270-6000 ext. | JP Morgan Chase & Co. | Creditor, JPMorgan Chase Bank, N.A. / LISTEN ONLY |
| Boy Scouts of America | 20-10343 | Hearing | 10393329 | Kimberly Posin | (213) 891-7322 ext. | Latham & Watkins LLP | Interested Party, The Church of Jesus Christ of Latter Day Saints / LIVE |
| Boy Scouts of America | 20-10343 | Hearing | 10392903 | Jim R. Prince | (214) 953-6612 ext. | Baker Botts LLP | Interested Party, Baker Botts, LLP / LIVE |
| Boy Scouts of America | 20-10343 | Hearing | 10393185 | Amy C. Quartarolo | (213) 891-8966 ext. | Latham & Watkins LLP | Interested Party, The Church of Jesus Christ of Latter-day Saints / LIVE |
| Boy Scouts of America | 20-10343 | Hearing | 10394902 | Benjamin Ratliff | (214) 855-7156 ext. | Norton Rose Fulbright US LLP | Creditor, JP Morgan Chase / LISTEN ONLY |
| Boy Scouts of America | 20-10343 | Hearing | 10395924 | Jennifer Rochon | (212) 852-5018 ext. | Girl Scouts of America | Creditor, Girl Scouts of America / LIVE |
| Boy Scouts of America | 20-10343 | Hearing | 10394139 | Andrew J. Scurria | (212) 416-4917 ext. | The Wall Street Journal | Interested Party, The Wall Street Journal - New York / LISTEN ONLY |
| Boy Scouts of America | 20-10343 | Hearing | 10394813 | Miles Shah | (212) 390-2783 ext. | PJT Partners | Creditor, JP Morgan Chase / LISTEN ONLY |
| Boy Scouts of America | 20-10343 | Hearing | 10392569 | Igor Shleypak | (312) 863-5083 ext. | Foran Glennon Palandech Ponzi & Rudloff, P.C. | Creditor, AIG / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Boy Scouts of America | 20-10343 | Hearing | 10394772 | John P. Singh | (212) 364-7800 ext. | PJT Partners | Creditor, JP Morgan Chase / LISTEN ONLY |
| Boy Scouts of America | 20-10343 | Hearing | 10392678 | Jeffrey W. Spear | (212) 692-1038 ext. | Duane Morris LLP | Interested Party, Duane Morris LLP / LISTEN ONLY |
| Boy Scouts of America | 20-10343 | Hearing | 10394622 | Ashley Surinak | (312) 862-2000 ext. | Kirkland & Ellis LLP | Interested Party, None / LISTEN ONLY |
| Boy Scouts of America | 20-10343 | Hearing | 10396003 | Eric M. Van Horn | (214) 459-5895 ext. | Spencer Fane LLP | Interested Party, Spencer Fane LLP - Kansas City, MS / LISTEN ONLY |
| Boy Scouts of America | 20-10343 | Hearing | 10392662 | Joel M. Walker | (412) 497-1000 ext. | Duane Morris LLP | Interested Party, Duane Morris LLP / LISTEN ONLY |
| Boy Scouts of America | 20-10343 | Hearing | 10393620 | Wendy S. Walker | (212) 623-6518 ext. | JP Morgan Chase & Co. | Creditor, JPMorgan Chase Bank, N.A. / LISTEN ONLY |
| Boy Scouts of America | 20-10343 | Hearing | 10395504 | Megan Wasson | (212) 715-9464 ext. | Kramer Levin Naftalis & Frankel LLP | Interested Party, Kramer Levin Naftalis & Frankel LLP / LISTEN ONLY |
| Boy Scouts of America | 20-10343 | Hearing | 10394677 | Joshua D. Weinberg | (202) 469-7754 ext. | Shipman & Goodwin LLP | Interested Party, Hartford / LIVE |
| Boy Scouts of America | 20-10343 | Hearing | 10394751 | Steven Zelin | (212) 583-5886 ext. | PJT Partners | Creditor, JP Morgan Chase / LISTEN ONLY |