**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>Re:  D.I. 5 |

**NOTICE OF FILING OF REVISED PROPOSED INTERIM
ORDER (I) AUTHORIZING THE DEBTORS TO UTILIZE CASH
COLLATERAL PURSUANT TO 11 U.S.C. § 363; (II) GRANTING
ADEQUATE PROTECTION TO THE PREPETITION SECURED PARTY
PURSUANT TO 11 U.S.C. §§ 105(a), 361, 362, 363, 503 AND 507; (III)
SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY
RULE 4001(b); AND (IV) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that, on February 18, 2020, the Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), filed the *Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to the Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 105(a), 361, 362, 363 and 507; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b); and (IV) Granting Related Relief* [D.I. 5] (the "Motion").[2]  Attached to the Motion as Exhibit A was a proposed form of order granting the relief requested in the Motion on an interim basis (the "Original Order").

PLEASE TAKE FURTHER NOTICE that on February 19, 2020, the Court held a hearing on, among other things, the Motion.

PLEASE TAKE FURTHER NOTICE that, based on comments received to the Original Order at the Hearing, attached hereto as **Exhibit A** is a revised proposed form of the Original Order (the "Revised Order").  For the convenience of the Court and all parties in interest, attached as **Exhibit B** is a redline comparing the Revised Order to the Original Order.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2] All capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

| | |
|---|---|
| Dated: February 20, 2020<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Joseph C. Barsalona II*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Joseph C. Barsalona II (No. 6102)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@mnat.com<br>  aremming@mnat.com<br>  jbarsalona@mnat.com<br>  ptopper@mnat.com<br>  emoats@mnat.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>James F. Conlan (admitted *pro hac vice*)<br>Thomas A. Labuda (admitted *pro hac vice*)<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Email: jconlan@sidley.com<br>  tlabuda@sidley.com<br>  mandolina@sidley.com<br>  wevanoff@sidley.com<br>  mlinder@sidley.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Jessica C. K. Boelter (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-5300<br>Email: jboelter@sidley.com<br><br>PROPOSED COUNSEL TO THE DEBTORS<br>AND DEBTORS IN POSSESSION |