**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>Re:  D.I. 13 |

**NOTICE OF FILING OF REVISED PROPOSED
INTERIM ORDER REGARDING DEBTORS' MOTION FOR
ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING
DEBTORS TO (A) CONTINUE USING EXISTING CASH
MANAGEMENT SYSTEM, INCLUDING EXISTING BANK ACCOUNTS,
(B) HONOR CERTAIN PREPETITION OBLIGATIONS RELATED
THERETO, AND (C) MAINTAIN EXISTING BUSINESS FORMS; (II)
WAIVING THE REQUIREMENTS OF 11 U.S.C. § 345(b) FOR CAUSE;
AND (III) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that, on February 18, 2020, the Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), filed the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue Using Existing Cash Management System, Including Existing Bank Accounts, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Existing Business Forms; (II) Waiving the Requirements of 11 U.S.C. § 345(b) for Cause; and (III) Granting Related Relief* [D.I. 13] (the "Motion").[2]  Attached to the Motion as Exhibit A was a proposed form of order granting the relief requested in the Motion on an interim basis (the "Original Order").

PLEASE TAKE FURTHER NOTICE that on February 19, 2020, the Court held a hearing on, among other things, the Motion.

PLEASE TAKE FURTHER NOTICE that, based on comments received to the Original Order at the Hearing, attached hereto as **Exhibit A** is a revised proposed form of the Original Order (the "Revised Order").  For the convenience of the Court and all parties in interest, attached as **Exhibit B** is a redline comparing the Revised Order to the Original Order.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2] All capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

| | |
|---|---|
| Dated: February 20, 2020<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Joseph C. Barsalona II*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Joseph C. Barsalona II (No. 6102)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@mnat.com<br>            aremming@mnat.com<br>            jbarsalona@mnat.com<br>            ptopper@mnat.com<br>            emoats@mnat.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>James F. Conlan (admitted *pro hac vice*)<br>Thomas A. Labuda (admitted *pro hac vice*)<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Email: jconlan@sidley.com<br>            tlabuda@sidley.com<br>            mandolina@sidley.com<br>            wevanoff@sidley.com<br>            mlinder@sidley.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Jessica C. K. Boelter (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-5300<br>Email: jboelter@sidley.com<br><br>PROPOSED COUNSEL TO THE DEBTORS<br>AND DEBTORS IN POSSESSION |