# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Pepper Hamilton LLP, Troutman Sanders LLP, and Bradley Riley Jacobs PC hereby appear as counsel for National Surety Corporation, and hereby request, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Section 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), that all notices given or required to be given and all papers served or required to be served in these cases also be given to and served at the following addresses and facsimile numbers:

| *Pepper Hamilton LLP* |
|---|
| Attn: David M. Fournier and Marcy J. McLaughlin Smith |
| Hercules Plaza |
| 1313 Market Street |
| Suite 5100 |
| P.O. Box 1709 |
| Wilmington, DE 19899-1709 |
| Tel:  302.777.6500 |
| Fax:  302.421.8390 |
| Email: fournierd@pepperlaw.com; mclaughm@pepperlaw.com |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

#57052887 v1

| *Troutman Sanders LLP* ||
|---|---|
| Attn: Harris B. Winsberg<br>600 Peachtree St. NE<br>Suite 3000<br>Atlanta, GA  30308<br>Tel:  404.885.3348<br>Fax:  404.885.3900<br>Email: harris.winsberg@troutman.com | Attn: Matthew G. Roberts<br>600 Peachtree St. NE<br>Suite 3000<br>Atlanta, GA 30308<br>Tel:  404.885.2737<br>Fax:  404.885.3900<br>Email: matthew.roberts2@troutman.com |
| *Bradley Riley Jacobs PC* ||
| Todd C. Jacobs<br>320 W. Ohio Street<br>Suite 3W<br>Chicago, IL 60654<br>Telephone:  312.281.0295<br>Email: tjacobs@bradleyriley.com ||

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of this Court, the foregoing request also includes, without limitation, any notice, application, proposed order, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraphic, telex or otherwise filed, which may affect or seek to affect the above-captioned Debtors.  <u>Please add the foregoing addresses to such mailing matrix as may be used for all purposes in these cases.</u>

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Notices and Papers or any subsequent appearance, pleadings, claim or suit shall not be deemed or construed to be a waiver of (i) the right to have final orders in non-core matters entered only after a *de novo* review by a District Court Judge; (ii) the right to trial by jury in any proceeding so triable in these cases (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights,

claims, actions, defenses, setoffs, or recoupments to which the above-named entities are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated: February 20, 2020<br>Wilmington, Delaware | PEPPER HAMILTON LLP<br><br>By: /s/ David M. Fournier<br>David M. Fournier (DE No. 2812)<br>Marcy J. McLaughlin Smith (DE No. 6184)<br>Hercules Plaza<br>1313 Market Street<br>Suite 5100<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>Telephone: 302.777.6500<br>Facsimile: 302.421.8390<br><br>-and-<br><br>TROUTMAN SANDERS LLP<br>Harris B. Winsberg (*pro hac vice* to be filed)<br>Matthew G. Roberts (*pro hac vice* to be filed)<br>Bank of America Plaza<br>600 Peachtree Street NE<br>Suite 3000<br>Atlanta, GA  30308-2216<br>Telephone: 404.885.3000<br>Facsimile: 404.885.3900<br><br>-and-<br><br>BRADLEY RILEY JACOBS PC<br>Todd C. Jacobs (*pro hac vice* to be filed)<br>320 W. Ohio Street<br>Suite 3W<br>Chicago, IL 60654<br>Telephone: 312.281.0295<br><br>*Attorneys for National Surety Corporation* |