IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) <br> **Related to Docket No. 82** |

# CERTIFICATE OF SERVICE

I, David M. Fournier, hereby certify that on the 20th day of February, 2020 I served or caused to be served the *Notice of Appearance and Request for Service of Notices and Papers* [Docket No. 82] upon the following parties by first class mail, postage pre-paid:

James F. Conlan
Thomas A. Labuda
Michael C. Andolina
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, Illinois 60603

Jessica C. K. Boelter
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019

Derek C. Abbott
Andrew R. Remming
Joseph C. Barsalona II
Eric W. Moats
Paige N. Topper
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347

David L. Buchbinder
Hannah Mufson McCollum
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

#57055123 v1

| | | |
|---|---|---|
| Dated: | February 20, 2020<br>Wilmington, Delaware | PEPPER HAMILTON LLP<br><br>By: */s/ David M. Fournier*<br>    David M. Fournier (DE No. 2812)<br>    Marcy J. McLaughlin Smith (DE No. 6184)<br>    Hercules Plaza<br>    1313 Market Street<br>    Suite 5100<br>    P.O. Box 1709<br>    Wilmington, DE 19899-1709<br>    Telephone:  302.777.6500<br>    Facsimile:  302.421.8390 |

-and-

TROUTMAN SANDERS LLP
Harris B. Winsberg (*pro hac vice* to be filed)
Matthew G. Roberts (*pro hac vice* to be filed)
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA  30308-2216
Telephone:  404.885.3000
Facsimile:  404.885.3900

-and-

BRADLEY RILEY JACOBS PC
Todd C. Jacobs (*pro hac vice* to be filed)
320 W. Ohio Street
Suite 3W
Chicago, IL 60654
Telephone:  312.281.0295

*Attorneys for National Surety Corporation*

#57055123 v1