# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **Re: D.I. 5** |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED INTERIM ORDER (I) AUTHORIZING THE DEBTORS TO UTILIZE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363; (II) GRANTING ADEQUATE PROTECTION TO THE PREPETITION SECURED PARTY PURSUANT TO 11 U.S.C. §§ 105(a), 361, 362, 363, 503 AND 507; (III) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001(b); AND (IV) GRANTING RELATED RELIEF**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1. On February 18, 2020, the Debtors filed the *Motion for Interim and Final Orders (I) Authorizing the Debtors to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to the Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 105(a), 361, 362, 363 and 507; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b); and (IV) Granting Related Relief* [D.I. 5] (the "Motion").

2. Attached to the Motion as Exhibit A was a copy of the *Proposed Interim Order (I) Authorizing the Debtors to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to the Prepetition Secured Party Pursuant to 11 U.S.C. §§ 105(a), 361, 362,*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

*363, 503 and 507; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(B); And (IV) Granting Related Relief* (the "Proposed Order").

3. On February 19, 2020, the Court held the "first day" hearing (the "First Day Hearing") in the above-captioned chapter 11 cases. At the First Day Hearing, the Debtors received comments from the Court on the Proposed Order. To allow the Debtors time to resolve the issues raised by the Court, the Debtors set the Motion for a supplemental hearing (the "Supplemental Hearing") on February 20, 2020, at 10:00 a.m. (prevailing Eastern Time).

4. Prior to the Supplemental Hearing, the Debtors filed the *Notice of Filing of Revised Proposed Interim Order (I) Authorizing the Debtors to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to the Prepetition Secured Party Pursuant to 11 U.S.C. §§ 105(a), 361, 362, 363, 503 and 507; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(B); And (IV) Granting Related Relief* [D.I. 78] (the "Notice"). Attached as Exhibit A to the Notice was a revised version of the Proposed Order (the "Revised Proposed Order").

5. At the Supplemental Hearing, the Debtors presented the Court with the Revised Proposed Order. After further discussion, the Court approved the relief requested in the Motion on an interim basis and indicated it would enter the Revised Proposed Order, subject to certain revisions being made thereto and being submitted to the Court under certification of counsel.

6. Attached hereto as **Exhibit A** is a further revised version of the Revised Proposed Order (the "Further Revised Proposed Order") approving the Motion on an interim basis which reflects the discussions and resolutions consistent with the record made at the Supplemental Hearing. For the convenience of the Court and all parties in interest, a redline of the Further Revised Proposed Order marked against the Revised Proposed Order is attached hereto as **Exhibit B**.

7.     The Office of the United States Trustee for the District of Delaware, JPMorgan Chase, National Association, and Pachulski Stang Ziehl & Jones LLP, counsel for an ad hoc group of attorneys representing significant numbers of abuse claimants, have reviewed the Further Revised Proposed Order and do not object to its entry.

WHEREFORE, the Debtors respectfully request that the Court enter the Further Revised Proposed Order substantially in the form attached hereto as **Exhibit A** at its earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

Dated: February 20, 2020
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Andrew R. Remming*

Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Joseph C. Barsalona II (No. 6102)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: dabbott@mnat.com
 aremming@mnat.com
 jbarsalona@mnat.com
 ptopper@mnat.com
 emoats@mnat.com

– and –

SIDLEY AUSTIN LLP
James F. Conlan (admitted *pro hac vice*)
Thomas A. Labuda (admitted *pro hac vice*)
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Email: jconlan@sidley.com
 tlabuda@sidley.com
 mandolina@sidley.com
 wevanoff@sidley.com
 mlinder@sidley.com

– and –

SIDLEY AUSTIN LLP
Jessica C. K. Boelter (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Email: jboelter@sidley.com

PROPOSED COUNSEL TO THE DEBTORS
AND DEBTORS IN POSSESSION

4