**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1] | Chapter 11<br><br>Case No. 20-10343-LSS<br><br>Judge Laurie Selber Silverstein |

**CERTIFICATION OF UNITED STATES**
**GOVERNMENT ATTORNEY CRAIG T. FESSENDEN**

I, Craig T. Fessenden, am an attorney representing the Pension Benefit Guaranty Corporation ("PBGC"), a creditor in the above-captioned cases.  The PBGC is a United States Government corporation that administers and enforces the pension plan termination program established under Title IV of the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§ 1301-1461 (2014 & Supp. V 2017) ("ERISA"). I certify that I am a member in good standing of the bar of Massachusetts. I am in good standing in the jurisdiction in which I have been admitted and am not subject to pending disciplinary proceedings.

I further state that I will be bound by the rules of this Court and submit to the jurisdiction of this Court for disciplinary purposes.  I certify under penalty of perjury that the foregoing is true and correct.

Dated:  February 20, 2020
       Washington, D.C.

Respectfully submitted,

/s/ Craig T. Fessenden
Craig T. Fessenden, Attorney (MA 663432)
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
Telephone: 202-229-6767

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Fax: 202-326-4112
Emails: Fessenden.craig@pbgc.gov *and*
efile@pbgc.gov