# Exhibit 1

**Budget**

**Boy Scouts of America**
**13 - Week Cash Flow Forecast**

Through 5/8/2020

| ($ in thousands)<br>Week Ending | Actual<br>Wk Ending<br>2/7/20 | Week 1<br>Forecast<br>Wk Ending<br>2/14/20 | Week 2<br>Forecast<br>Wk Ending<br>2/21/20 | Week 3<br>Forecast<br>Wk Ending<br>2/28/20 | Week 4<br>Forecast<br>Wk Ending<br>3/6/20 | Week 5<br>Forecast<br>Wk Ending<br>3/13/20 | Week 6<br>Forecast<br>Wk Ending<br>3/20/20 | Week 7<br>Forecast<br>Wk Ending<br>3/27/20 | Week 8<br>Forecast<br>Wk Ending<br>4/3/20 | Week 9<br>Forecast<br>Wk Ending<br>4/10/20 | Week 10<br>Forecast<br>Wk Ending<br>4/17/20 | Week 11<br>Forecast<br>Wk Ending<br>4/24/20 | Week 12<br>Forecast<br>Wk Ending<br>5/1/20 | Week 13<br>Forecast<br>Wk Ending<br>5/8/20 | 13-Week<br>Forecast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Beginning Unrestricted Cash Balance - BSA** | $ 100,753 | $ 114,868 | $ 73,843 | $ 84,833 | $ 91,594 | $ 100,632 | $ 103,097 | $ 110,432 | $ 114,705 | $ 114,302 | $ 112,877 | $ 108,032 | $ 106,854 | $ 103,924 | $ 114,868 |
| **RECEIPTS** | | | | | | | | | | | | | | | |
| Total Operating Receipts | 22,089 | 10,577 | 12,679 | 15,610 | 12,946 | 11,356 | 12,619 | 11,095 | 6,975 | 6,360 | 7,373 | 7,078 | 7,678 | 5,259 | 127,605 |
| Transfers from Investments & Rest. Accounts, Net | 76 | 1,285 | - | 2,842 | - | - | - | 1,700 | 400 | - | - | - | 2,100 | - | 8,327 |
| Other Collections / Distributions | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | 22,165 | 11,862 | 12,679 | 18,452 | 12,946 | 11,356 | 12,619 | 12,795 | 7,375 | 6,360 | 7,373 | 7,078 | 9,778 | 5,259 | 135,932 |
| **DISBURSEMENTS** | | | | | | | | | | | | | | | |
| Total Trade AP | (3,079) | (5,442) | (394) | (2,258) | (1,117) | (3,262) | (3,823) | (3,572) | (4,558) | (5,372) | (5,929) | (5,538) | (5,335) | (4,835) | (51,435) |
| Total Payroll and Benefits | (735) | (7,208) | (295) | (3,789) | (749) | (4,824) | (757) | (3,769) | (1,530) | (1,609) | (5,734) | (1,838) | (4,729) | (2,205) | (39,039) |
| Other Expenses | (1,000) | (935) | - | - | - | - | - | - | - | - | - | - | - | - | (935) |
| **Total Operating Disbursements** | (4,814) | (13,586) | (689) | (6,048) | (1,867) | (8,086) | (4,580) | (7,341) | (6,088) | (6,981) | (11,663) | (7,376) | (10,063) | (7,040) | (91,408) |
| **Net Operating Cash Flow** | 17,351 | (1,723) | 11,990 | 12,405 | 11,079 | 3,270 | 8,039 | 5,453 | 1,287 | (621) | (4,290) | (298) | (285) | (1,781) | 44,523 |
| **NON-OPERATING CASH FLOWS** | | | | | | | | | | | | | | | |
| GLIP [1] | (608) | (31,050) | - | (4,100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (36,150) |
| Capex (BSA) | (596) | (69) | - | - | - | - | - | - | (165) | (205) | (205) | (205) | (269) | (528) | (1,644) |
| Capex (Summit) [2] | (100) | (19) | - | - | - | - | - | - | (425) | - | - | - | (1,275) | (425) | (2,144) |
| Interest and Principal | (1,003) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Restructuring Professionals (Pre-Filing) | (931) | (8,164) | - | - | - | - | - | - | - | - | - | - | - | - | (8,164) |
| Total Non-Operating Expenses | (3,237) | (39,301) | - | (4,100) | (100) | (100) | (100) | (100) | (690) | (305) | (305) | (305) | (1,644) | (1,053) | (48,102) |
| **BANKRUPTCY-RELATED DISBURSEMENTS** | | | | | | | | | | | | | | | |
| Restructuring Professionals (Post-Filing) | - | - | - | - | - | - | - | - | - | - | - | (325) | (250) | - | (575) |
| Adequate Protection Payments | - | - | - | - | (830) | - | - | - | (500) | - | - | - | (500) | - | (1,830) |
| Pre-Petition Vendor Payments | - | - | (1,000) | (1,544) | (1,112) | (704) | (605) | (1,080) | (500) | (500) | (250) | (250) | (250) | (250) | (8,043) |
| Total Bankruptcy Related Expenses | - | - | (1,000) | (1,544) | (1,942) | (704) | (605) | (1,080) | (1,000) | (500) | (250) | (575) | (1,000) | (250) | (10,448) |
| **Net Cash Flow Before Endowment Contributions** | 14,114 | (41,025) | 10,990 | 6,761 | 9,037 | 2,466 | 7,334 | 4,274 | (403) | (1,426) | (4,845) | (1,178) | (2,930) | (3,083) | (14,027) |
| Funding Sources (Endowment Contributions) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Ending Unrestricted Cash Balance - BSA** [3] | $ 114,868 | $ 73,843 | $ 84,833 | $ 91,594 | $ 100,632 | $ 103,097 | $ 110,432 | $ 114,705 | $ 114,302 | $ 112,877 | $ 108,032 | $ 106,854 | $ 103,924 | $ 100,841 | $ 100,841 |
| Estimated Unrestricted Endowment Balance [4] | 53,804 | 53,804 | 53,804 | 53,804 | 53,804 | 53,804 | 53,804 | 53,804 | 53,804 | 53,804 | 53,804 | 53,804 | 53,804 | 53,804 | 53,804 |
| Estimated Unrestricted RBT Balance [4] | 65,283 | 65,283 | 65,283 | 65,196 | 65,196 | 65,196 | 65,196 | 65,196 | 65,250 | 65,250 | 65,250 | 65,250 | 65,305 | 65,305 | 65,305 |
| **Total Estimated Ending Unrestricted Liquidity - BSA** | 233,955 | 192,931 | 203,921 | 210,594 | 219,632 | 222,097 | 229,431 | 233,705 | 233,357 | 231,931 | 227,086 | 225,908 | 223,033 | 219,949 | 219,949 |

Footnotes:
(1) GLIP disbursements include insurance renewal premium payments and related administrative expenses
(2) Summit capital disbursements funded through restricted donations
(3) Excludes approximately $63 million of cash, which is restricted for accounting purposes, in the L/C Cash Collateral Account that collateralizes a standby letter of credit. Includes both cash and money market funds
(4) Investment balances are updated monthly for investment income