# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Joint Administration Requested) |

## NOTICE OF APPEARANCE, REQUEST FOR CLAIMANTS FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE THAT** certain Claimants, Joseph Kaminski, and other Claimants as parties in interest in the above-captioned cases, hereby appear by their counsel, Jacobs & Crumplar, P.A. and The Neuberger Firm, and each such counsel hereby enters its appearance pursuant to 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. 9010(b), and such counsel hereby requests, pursuant to Fed. R. Bankr. P. 2002, 3017 and 9007, Del. Bankr. L.R. 2002-1, and 11 U.S.C. §§ 342 and 1109(b), that copies of all notices and pleadings given or filed in this case be given and served upon them at the following addresses, and facsimile and telephone numbers:

| | |
|---|---|
| Raeann Warner, Esq.<br>Thomas C. Crumplar, Esq<br>Jacobs & Crumplar, P.A.<br>750 Shipyard Dr., Suite 200<br>Wilmington, DE  19801<br>Telephone: (302) 656-5445<br>Facsimile: (302) 656-5875<br>E-mail: Raeann @jcdelaw.com<br>           Tom@jcdelaw.com | Thomas S. Neuberger, Esq.<br>Stephen J. Neuberger, Esq.<br>The Neuberger Firm<br>17 Harlech Dr.<br>Wilmington, DE 19807<br>Telephone: 302-655-0582<br>Facsimile: 302-656-5875<br>E-mail:  tsn@neubergerlaw.com<br>           sjn@neubergerlaw.com |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**PLEASE TAKE FURTHER NOTICE THAT,** pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, e-mail, telephone, telecopy or otherwise filed or made with regard to the above-referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE THAT** neither this Notice of Appearance, nor any former or later appearance, pleading, claim or suit shall constitute a consent to jurisdiction, nor shall it waive (1) the Claimants' rights to have final orders in non-core and core matters in which the Bankruptcy Court does not have final adjudicatory authority entered only after *de novo* review by a District Court Judge, (2) the Claimants' rights to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) the Claimants' rights to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, including defenses to jurisdiction, setoffs, or recoupments to which the Claimants may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Claimants expressly reserve.

[The remainder of page intentionally left blank.]

| | |
|---|---|
| Jacobs & Crumplar | The Neuberger Firm |
| */s/ Raeann Warner* | */s/ Stephen J. Neuberger* |
| Raeann Warner, Esq. | Thomas S. Neuberger, Esq. |
| Thomas C. Crumplar, Esq. | Stephen J. Neuberger, Esq. |
| Jacobs & Crumplar, P.A. | The Neuberger Firm |
| 750 Shipyard Dr., Suite 200 | 17 Harlech Dr. |
| Wilmington, DE  19801 | Wilmington, DE 19807 |
| Telephone: (302) 656-5445 | Telephone: 302-655-0582 |
| Facsimile: (302) 656-5875 | Facsimile: 302-656-5875 |
| E-mail: Raeann @jcdelaw.com | E-mail:  tsn@neubergerlaw.com |
|             Tom@jcdelaw.com |              sjn@neubergerlaw.com |

February 20, 2020