**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | CASE NO.   20-10343 |
| BOY SCOUTS OF AMERICA | § | |
| DEBTORS(S), | § | CHAPTER   11 |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**DALLAS COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on 20th day of February, 2020, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

| | |
|---|---|
| DEREK C ABBOTT<br>MORRIS, NICHOLS, ARSHT & TUNNELL<br>1201 N. MARKET STREET; P.O BOX 1347<br>WILMINGTON, DE 19899 | US  TRUSTEE (DELAWARE)<br>844 KING STREET, RM 2207<br>LOCK BOX #35<br>WILMINGTON, DE 19899-0035 |

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. Stemmons Freeway
Suite 1000
DALLAS, TX 75207
Telephone:  (214) 880-0089
Facsimile:   (469) 221-5003
Email:         dallas.bankruptcy@publicans.com

By: /s/ Elizabeth Weller
_____
Elizabeth Weller
SBN: 00785514 TX

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP

ATTORNEYS AT LAW

2777 N. Stemmons Freeway
Suite 1000
DALLAS, TX 75207

Telephone:  (214) 880-0089
Facsimile:   (469) 221-5003
dallas.bankruptcy@publicans.com

February 20, 2020

DEREK C ABBOTT
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. MARKET STREET; P.O BOX 1347
WILMINGTON, DE 19899


**RE:  20-10343**
**DEBTOR(S):**     **BOY SCOUTS OF AMERICA**


   Enclosed please find a copy of the Notice of Appearance which has been filed in the above referenced case.

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP

ATTORNEYS AT LAW

2777 N. Stemmons Freeway
Suite 1000
DALLAS, TX 75207

Telephone:  (214) 880-0089
Facsimile:   (469) 221-5003
dallas.bankruptcy@publicans.com

February 20, 2020

US TRUSTEE (DELAWARE)
844 KING STREET, RM 2207
LOCK BOX #35
WILMINGTON, DE 19899-0035


**RE:  20-10343**
**DEBTOR(S):       BOY SCOUTS OF AMERICA**


    Enclosed please find a copy of the Notice of Appearance which has been filed in the above referenced case.