IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| BOY SCOUTS OF AMERICA AND | : |
| DELAWARE BSA, LLC, | : Case No. 20-10343 (LSS) |
| | : |
| Debtors. | : Jointly Administered |
| | : |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF MATTHEW G. ROBERTS

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Matthew G. Roberts of Troutman Sanders LLP to represent National Surety Corporation in the above-captioned cases and any adversary proceeding related thereto.

Date: February 21, 2020
Wilmington, Delaware

/s/ *Marcy J. McLaughlin Smith*
Marcy J. McLaughlin Smith (DE No. 6184)
**PEPPER HAMILTON LLP**
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 777-6500
Email: mclaughm@pepperlaw.com

*Counsel to National Surety Corporation*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing, as a member of the Bar of the State of Georgia and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Dated: February 21, 2020

/s/ *Matthew Roberts*
Matthew G. Roberts (GA No. 367914)
**TROUTMAN SANDERS LLP**
600 Peachtree St., NE
Atlanta, GA 30308
Telephone: (404) 885-2737
E-mail: matthew.roberts2@troutman.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

#54264619 v1