**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In e:<br><br>**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,**<br><br>**Debtors.** | **Chapter 11**<br><br>**Case No. 20-10343 (LSS)**<br>**(Joint Administration Requested)** |

## REQUEST FOR SERVICE OF PAPERS

     PLEASE TAKE NOTICE that the undersigned appears as counsel for Chief Seattle Council, Boy Scouts of America (**"CSC"**) and, pursuant to Bankruptcy Rules 9010, 3017 and 2002 and Bankruptcy Code Section 1109(b), requests that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the office and address set forth below.

     PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, disclosure statements and motions to approve same, complaints or demands, whether formal or informal, written or oral, and whether served by mail, telephone, telecopier or otherwise: (1) which may directly, or indirectly, affect or seek to affect any rights or interests of CSC with respect to (a) the Debtors, (b) property or proceeds thereof in which the Debtors may claim an interest, or (c) property or proceeds thereof in possession, custody or control of CSC, which the Debtors may seek to use; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by CSC; or (3) which may otherwise affect the Debtors or the property of the Debtors.

This filing does not constitute consent to jurisdiction or venue in the United States Bankruptcy Court for the District of Delaware, and does not constitute a waiver of any rights including the right to trial by jury.

        Respectfully submitted,

        CHIEF SEATTLE COUNCIL, a Washington non-profit corporation

        By its counsel,

        _____
        Bruce W. Leaverton, WSBA # 15329
        Karr Tuttle Campbell, P.S.
        701 Fifth Avenue, Ste. 3300
        Seattle, WA 98104
        Tel: 206-223-1313  Fax: 206-682-7100
        Email:  bleaverton@karrtuttle.com

Dated: February 21, 2020

-----------------------------------------------------------------------------------

## DECLARATION OF SERVICE

I, Marti J. Munhall, hereby certifies that:

I am an employee of Karr Tuttle Campbell.  On the date set forth below the foregoing document was filed with the United States Bankruptcy Court – District of Delaware and served upon all parties entitled to receive notice of filings in the above-captioned case via the Bankruptcy Court's Electronic Case Filing (ECF) system.

DATED at Seattle, Washington this 21st day of February, 2020

        _____
        Marti Munhall