# Notice Recipients

| District/Off: 0311−1 | User: Nicki | Date Created: 2/24/2020 |
|---|---|---|
| Case: 20−10343−LSS | Form ID: van472 | Total: 6 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| aty | Andrew R. Remming | aremming@mnat.com |
| aty | David L. Buchbinder | david.l.buchbinder@usdoj.gov |
| aty | Derek C. Abbott | dabbott@mnat.com |
| aty | Hannah Mufson McCollum | hannah.mccollum@usdoj.gov |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | |
|---|---|---|---|
| db | Boy Scouts of America | 1325 West Walnut Hill Lane | Irving, TX 75038 |

TOTAL: 1