JOHN A. VOS, ESQ. (#80790)
1430 Lincoln Avenue
San Rafael, CA 94901
(415) 485-5330
For Interested Party Vos

FILED
2020 FEB 24  AM 8: 39
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re:

BOY SCOUTS OF AMERICA,     Debtor

) No: 20-10343-L-SS
) (Chapter 11)
)

## REQUEST FOR NOTICE

The undersigned requests inclusion on the mailing list for this case and electronic notice of proceedings:

JOHN A. VOS
1430 Lincoln Avenue
San Rafael, CA 94901

InvalidEMailECFonly@gmail.com

Dated: 19 February 2020

/s/
John A. Vos