# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

Una O'Boyle
*Clerk of Court*

*To: Derek C. Abbott*
*Morris, Nichols, Arsht & Tunnell*
*1201 N. Market Street*
*P.O. Box 1347*
*Wilmington, DE 19899*

**RE:** *Boy Scouts of America, et al Case No. 20−10343*

    Please be advised that the United States Trustee's Office has filed a "Request to Schedule Section 341 Meeting". The 341 Meeting for the above−mentioned case is to be scheduled on **4/15/2020** at **1:00 p.m.**, J. Caleb Boggs Federal Building, 844 King Street, Wilmington DE 19801.

    Please prepare the "Notice of Commencement of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Fixing of Certain Dates" (341 Notice). An electronic version of this form is available from the Court's website: www.deb.uscourts.gov/content/forms. Should you want to make changes to this notice, you must contact Una O'Boyle, Clerk of Court, for approval prior to mailing.

    Please mail the Notice to all creditors, in addition to the five (5) agencies listed below on or before 3/25/2020 and file the Notice and Certificate of Service with the Court no later than 4/1/2020.

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Securities & Exchange Commission
New York Regional Office
Attn: Andrew Calamari, Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281−1022

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101−7346

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

Date: 2/24/20

*(signature)*
Una O'Boyle, *Clerk of Court*

(VAN−472)

United States Bankruptcy Court
District of Delaware

In re:                                                                  Case No. 20-10343-LSS
Boy Scouts of America                                                   Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1           User: Nicki                 Page 1 of 2              Date Rcvd: Feb 24, 2020
                               Form ID: van472             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2020.
db           +Boy Scouts of America,    1325 West Walnut Hill Lane,    Irving, TX 75038-3096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2020 at the address(es) listed below:
      Adam J. Goldberg    on behalf of Interested Party    The Church of Jesus Christ of Latter-day
       Saints adam.goldberg@lw.com
      Alessandra Glorioso    on behalf of Creditor    Girl Scouts of the United States of America, a
       congressionally chartered corporation glorioso.alessandra@dorsey.com
      Amy Christine Quartarolo    on behalf of Interested Party    The Church of Jesus Christ of
       Latter-day Saints amy.quartarolo@lw.com,    colleen.rico@lw.com
      Andrew R. Remming    on behalf of Debtor    Boy Scouts of America aremming@mnat.com,
       greimann@mnat.com;emalafronti@mnat.com;mleyh@mnat.com;andrew-remming-0904@ecf.pacerpro.com
      Blair M. Warner    on behalf of Debtor    Boy Scouts of America blair.warner@sidley.com,
       blair-warner-3913@ecf.pacerpro.com;efilingnotice@sidley.com
      Blair M. Warner    on behalf of Interested Party    Delaware BSA, LLC blair.warner@sidley.com,
       blair-warner-3913@ecf.pacerpro.com;efilingnotice@sidley.com
      Brett D. Fallon    on behalf of Interested Party    Old Republic Insurance Company
       bfallon@morrisjames.com,    wweller@morrisjames.com;rzerbe@morrisjames.com
      Brett Michael Haywood    on behalf of Interested Party    The Church of Jesus Christ of Latter-day
       Saints haywood@rlf.com,    rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com
      Bruce Ewing    on behalf of Creditor    Girl Scouts of the United States of America, a
       congressionally chartered corporation ewing.bruce@dorsey.com
      Brya Michele Keilson    on behalf of Interested Party    Old Republic Insurance Company
       bkeilson@morrisjames.com,    wweller@morrisjames.com;rzerbe@morrisjames.com
      Cassandra B. Burton    on behalf of Creditor    Pension Benefit Guaranty Corporation
       burton.cassandra@pbgc.gov,    efile@pbgc.gov
      Craig Trent Fessenden    on behalf of Creditor    Pension Benefit Guaranty Corporation
       fessenden.craig@pbgc.gov,    efile@pbgc.gov
      David L. Buchbinder    on behalf of U.S. Trustee    U.S. Trustee david.l.buchbinder@usdoj.gov,
       david.l.buchbinder@usdoj.gov
      David M. Fournier    on behalf of Interested Party    National Surety Corporation
       fournierd@pepperlaw.com,    wlbank@pepperlaw.com,fournierd@ecf.inforuptcy.com,
       wlbank@ecf.inforuptcy.com,smithda@pepperlaw.com,molitorm@pepperlaw.com,hardinp@pepperlaw.com
      Derek C. Abbott    on behalf of Plaintiff    Boy Scouts of America dabbott@mnat.com,
       greimann@mnat.com;emalafronti@mnat.com;mleyh@mnat.com
      Derek C. Abbott    on behalf of Debtor    Delaware BSA, LLC dabbott@mnat.com,
       greimann@mnat.com;emalafronti@mnat.com;mleyh@mnat.com
      Derek C. Abbott    on behalf of Debtor    Boy Scouts of America dabbott@mnat.com,
       greimann@mnat.com;emalafronti@mnat.com;mleyh@mnat.com
      Eric Moats    on behalf of Debtor    Boy Scouts of America emoats@mnat.com,
       greimann@mnat.com;emalafronti@mnat.com;mleyh@mnat.com
      Eric Moats    on behalf of Interested Party    Delaware BSA, LLC emoats@mnat.com,
       greimann@mnat.com;emalafronti@mnat.com;mleyh@mnat.com
      Eric Lopez Schnabel    on behalf of Creditor    Girl Scouts of the United States of America, a
       congressionally chartered corporation de.ecf@Dorsey.com

```
District/off: 0311-1              User: Nicki                    Page 2 of 2                   Date Rcvd: Feb 24, 2020
                                  Form ID: van472                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Eric S. Goldstein   on behalf of Interested Party   First State Insurance Company
           egoldstein@goodwin.com,  bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com
          Eric S. Goldstein   on behalf of Interested Party   Hartford Accident and Indemnity Company
           egoldstein@goodwin.com,  bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com
          Eric S. Goldstein   on behalf of Interested Party   Twin City Fire Insurance Company
           egoldstein@goodwin.com,  bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com
          Hannah Mufson McCollum   on behalf of U.S. Trustee   U.S. Trustee hannah.mccollum@usdoj.gov
          Helen Elizabeth Weller   on behalf of Creditor   Dallas County dallas.bankruptcy@publicans.com,
           Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Jessica C. Boelter   on behalf of Debtor   Boy Scouts of America jboelter@sidley.com,
           kmills@sidley.com
          Jessica C. Boelter   on behalf of Interested Party   Delaware BSA, LLC jboelter@sidley.com,
           kmills@sidley.com
          John P. Dillman   on behalf of Creditor   Orange County houston_bankruptcy@publicans.com
          John P. Dillman   on behalf of Creditor   Fort Bend County houston_bankruptcy@publicans.com
          John P. Dillman   on behalf of Creditor   Cleveland ISD houston_bankruptcy@publicans.com
          John P. Dillman   on behalf of Creditor   Harris County houston_bankruptcy@publicans.com
          John P. Dillman   on behalf of Creditor   Houston Liens houston_bankruptcy@publicans.com
          John P. Dillman   on behalf of Creditor   Montgomery County houston_bankruptcy@publicans.com
          Joseph Charles Barsalona II   on behalf of Debtor   Boy Scouts of America jbarsalona@mnat.com,
           greimann@mnat.com;emalafronti@mnat.com;mleyh@mnat.com;joseph--barsalona-5332@ecf.pacerpro.com
          Kate P. Foley   on behalf of Creditor   Sun Life Assurance Company of Canada
           kfoley@mirickoconnell.com
          Kimberly A. Posin   on behalf of Interested Party   The Church of Jesus Christ of Latter-day
           Saints kim.posin@lw.com
          Kristian W. Gluck   on behalf of Creditor   JPMorgan Chase Bank, National Association
           kristian.gluck@nortonrosefulbright.com
          Louis R. Strubeck, Jr.   on behalf of Creditor   JPMorgan Chase Bank, National Association
           louis.strubeck@nortonrosefulbright.com
          Marcy J. McLaughlin Smith   on behalf of Interested Party   National Surety Corporation
           mclaughlinm@pepperlaw.com,  wlbank@pepperlaw.com;molitorm@pepperlaw.com;hardinp@pepperlaw.com
          Matthew Evan Linder   on behalf of Interested Party   Delaware BSA, LLC mlinder@sidley.com
          Matthew Evan Linder   on behalf of Debtor   Boy Scouts of America mlinder@sidley.com
          Matthew P. Ward   on behalf of Creditor   JPMorgan Chase Bank, National Association
           matthew.ward@wbd-us.com,  Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
          Michael Christian Andolina   on behalf of Interested Party   Delaware BSA, LLC
           mandolina@sidley.com
          Michael Christian Andolina   on behalf of Debtor   Boy Scouts of America mandolina@sidley.com
          Michael Joseph Merchant   on behalf of Interested Party   The Church of Jesus Christ of
           Latter-day Saints merchant@rlf.com,  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Morgan L. Patterson   on behalf of Creditor   JPMorgan Chase Bank, National Association
           morgan.patterson@wbd-us.com,  Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
          Paige Noelle Topper   on behalf of Debtor   Boy Scouts of America ptopper@mnat.com,
           greimann@mnat.com;emalafronti@mnat.com;mleyh@mnat.com
          Paige Noelle Topper   on behalf of Interested Party   Delaware BSA, LLC ptopper@mnat.com,
           greimann@mnat.com;emalafronti@mnat.com;mleyh@mnat.com
          Paul W. Carey   on behalf of Creditor   Sun Life Assurance Company of Canada
           pcarey@mirickoconnell.com
          Raeann C Warner   on behalf of Creditor Joseph Elmer Kaminski raeann@jcdelaw.com,
           regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
          Raeann C Warner   on behalf of Creditor John  Doe #2 raeann@jcdelaw.com,
           regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
          Raeann C Warner   on behalf of Creditor John  Doe #1 raeann@jcdelaw.com,
           regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
          Raeann C Warner   on behalf of Creditor John  Doe #3 raeann@jcdelaw.com,
           regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
          Reliable Companies   gmatthews@reliable-co.com
          Riley C. Walter   on behalf of Other Prof.   Sequoia Council of Boy Scouts, Inc. ecf@w2lg.com
          Steven A. Ginther   on behalf of Creditor   Missouri Department of Revenue deecf@dor.mo.gov
          U.S. Trustee   USTPRegion03.WL.ECF@USDOJ.GOV

                                                                                                                                                     TOTAL: 57