## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| | Jointly Administered |
| Debtors. | |

**OMNIBUS HEARINGS ORDER**

**IT IS HEREBY ORDERED** that the following omnibus hearings have been scheduled in the above-captioned cases:

| DATE | TIME |
|---|---|
| April 15, 2020 | 10:00 a.m. (ET) |
| May 18, 2020 | 10:00 a.m. (ET) |
| June 8, 2020 | 10:00 a.m. (ET) |

*[Signature]*

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

**Dated: February 27th, 2020**
**Wilmington, Delaware**