# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE** that Faegre Drinker Biddle & Reath LLP hereby enter its appearance (the "Notice of Appearance"), in the above-captioned cases as counsel to Weaver Fundraising, LLC d/b/a Trail's End Popcorn Company pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), and rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). Faegre Drinker Biddle & Reath LLP hereby request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

ACTIVE.122014295.01

| | |
|---|---|
| Patrick A. Jackson, Esq. | Jay Jaffe, Esq. |
| Faegre Drinker Biddle & Reath LLP | Faegre Drinker Biddle & Reath LLP |
| 222 Delaware Ave., Suite 1410 | 600 E. 96th Street, Suite 600 |
| Wilmington, DE 19801-1621 | Indianapolis, IN 46240 |
| Telephone: (302) 467-4200 | Telephone: (317) 569-9600 |
| Facsimile: (302) 467-4201 | Facsimile: (317) 569-4800 |
| patrick.jackson@faegredrinker.com | jay.jaffe@faegredrinker.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 3017(a), this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, disclosure statement, and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile, electronically, or otherwise, that is filed or given in connection with the above-captioned cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives (i) any right to have final orders in non-core matters arising in or related to the above-captioned chapter 11 cases entered only after *de novo* review by a district court judge, (ii) any right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (iii) any right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) an election of remedies, or (v) any other substantive or procedural right.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupments under agreement, in law, in

- 2 -

- 3 -

equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against a debtor or any other entity either in these cases or in any other action are expressly reserved.

Dated: February 27, 2020
         Wilmington, Delaware

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Patrick A. Jackson*
Patrick A. Jackson (Del. Bar No. 4976)
222 Delaware Ave., Suite 1410
Wilmington, DE 19801-1621
Telephone: (302) 467-4200
Facsimile: (302) 467-4201
patrick.jackson@faegredrinker.com

-and-

**FAEGRE DRINKER BIDDLE & REATH LLP**
Jay Jaffe (*pro hac vice* pending)

600 E. 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile: (317) 569-4800
jay.jaffe@faegredrinker.com

*Counsel for Weaver Fundraising, LLC d/b/a Trail's End Popcorn Company*