**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELWARE BSA, LLC,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 LSS<br><br>(Joint Administration Requested) |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Foley & Lardner LLP hereby appears as counsel for Three Harbors Council Inc. Boy Scouts of America ("Three Harbors"), a creditor of the above-captioned debtors and/or party-in-interest of the above-captioned cases. Pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 102(1), 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), Three Harbors requests that copies of all notices and pleadings given or required to be given in the above-captioned chapter 11 cases, be given to and served upon:

>   Richard J. Bernard
>   FOLEY & LARDNER LLP
>   90 Park Ave.
>   New York, NY 10016
>   Telephone: (212) 682-7474
>   Facsimile: (212) 687-2329
>   Email: rbernard@foley.com
>
>   and
>
>   Victor Vilaplana
>   FOLEY & LARDNER LLP
>   3579 Valley Centre Drive, Ste. 300

---

[1] The Debtors on these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

San Diego, CA 92130
Telephone: (858) 847-6759
Facsimile: (858) 792-6773
Email: vavilaplana@foley.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Rules 2002 and 9010(b) and Bankruptcy Code section 1109(b), the foregoing request includes not only the notices, papers, pleadings, and orders referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any and all notices, papers, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, electronic mail, or otherwise, which affects or seeks to affect the above-captioned debtor, their property or the administration of their chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not be deemed to be construed to be (i) a waiver of the right of Three Harbors (a) to have final orders entered only after de novo review by a United States District Court, (b) to trial by jury in any proceedings so triable in these cases or any case, controversy, or proceeding related to these cases, (c) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) to object to the jurisdiction or venue of the Court or venue of these cases, or (ii) a waiver of any other rights, remedies, claims, actions, defenses, setoffs, or recoupments, as appropriate, to which Three Harbors is or may be entitled in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Three Harbors expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby demands that the names and addresses set forth herein be added to the mailing matrix in these cases.

4822-8737-7077.1

Dated: February 28, 2020
       New York, New York

FOLEY & LARDNER LLP

*/s/ Richard J. Bernard*
Richard J. Bernard
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-2329
Email: rbernard@foley.com

Victor Vilaplana
FOLEY & LARDNER LLP
3579 Valley Centre Drive, Ste. 300
San Diego, CA 92130
Telephone: (858) 847-6759
Facsimile: (858) 792-6773
Email: vavilaplana@foley.com

*Attorneys for Three Harbors Council Inc. Boy Scouts of America ("Three Harbors")*

4822-8737-7077.1

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing has been furnished by regular U.S. Mail, to the following party this _____th day of February, 2020:

| | |
|---|---|
| Derek C. Abbott<br>Andrew R. Remming<br>Joseph C. Barsalona II<br>Eric W. Moats<br>Paige N. Topper<br>Morris Nichols Arsht & Tunnel LLP<br>1201 North Market Street, 16th Floor<br>Wilmington, DE 19801 | James F. Conlan<br>Thomas A. Labuda<br>Michael C. Andolina<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603 |
| Hannah Mufson McCollum<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 | Jessica C. K. Boelter<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019 |

4822-8737-7077.1