**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC.[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE OF PUBLICATION**

PLEASE TAKE NOTICE that the undersigned certifies that the following document

**Notice of Chapter 11 Bankruptcy Case [Docket No. 122]**

was published in the following publications on the date provided.

| Publication | Date | Exhibit |
|---|---|---|
| USA Today | March 2, 2020 | A |
| The Wall Street Journal | March 2, 2020 | B |
| The New York Times | March 2, 2020 | C |

/s/ Randy Lowry____
Randy Lowry
Omni Agent Solutions
5955 DeSoto Avenue, Suite 100
Woodland Hills, California 91367
(818) 906-8300
*Claims, Noticing, and Administrative Agent for the Debtor*

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

# **EXHIBIT A**




**VERIFICATION OF PUBLICATION**

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

---

Being duly sworn, Justine Madden says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Monday, March 2, 2020**, the following legal advertisement – **In re: BOY SCOUTS OF AMERICA**– was published in the national edition of **USA TODAY.**

Principal Clerk of USA TODAY
March 2, 2020

This 2 day of March month
2020 year.

Notary Public

Danitria Carruth Bradley
NOTARY PUBLIC
Commonwealth of Virginia
Reg. # 7819345
My Commission Expires 3/31/2023

# Sexually abused gymnasts have fight ally

**Nancy Armour**
USA TODAY

Sexual abuse survivors have made it clear they will not accept a settlement offer from USA Gymnastics that releases the U.S. Olympic and Paralympic Committee (USOPC) without it making a significant financial contribution.

They have a powerful ally: the judge overseeing the case.

During a Feb. 10 status call, U.S. Bankruptcy Judge Robyn Moberly took the USOPC to task, saying it needed to be "actively participating, particularly with their pocketbook."

"It isn't news to anybody on this phone call, nor is it news to me, that the U.S. Olympic Committee needs to be an active participant, and I mean beyond just throwing in their insurance coverage in this," Moberly said, according to a transcript of the call obtained by USA TODAY Sports.

(The U.S. Olympic Committee is now known as the U.S. Olympic and Paralympic Committee.)

The USOPC disagreed with Moberly's characterization in a response provided by spokesman Jon Mason and said she might not be aware of its involvement in the proposed $215 million settlement. "Virtually all" of the funds for the settlement are from policies that insure the USOPC, it told USA TODAY Sports, and a "substantial contribution" are from policies that only cover the USOPC.

The USOPC said it could not give a dollar figure or say what percentage of the settlement it is solely responsible for because the court has ordered that mediation proceedings remain confidential.

Olympic champions Simone Biles and Aly Raisman are among more than 500 girls and young women who have sued USA Gymnastics, saying they were sexually abused by Larry Nassar, their coach or someone else affiliated with the sport. The lawsuits were put on hold when USA Gymnastics filed for bankruptcy in December 2018 and the federation must reach a settlement with survivors as part of its plan to emerge from the proceedings. If not, the judge could dismiss the bankruptcy and allow the lawsuits to resume.

"Still want answers from USAG and USOPC. Wish they BOTH wanted an independent investigation as much as the survivors & I do," Biles said Saturday on Twitter, posting as she traveled to a national team training camp. "And don't THEY also want to know HOW everything was allowed to happen and WHO let it happen so it NEVER HAPPENS AGAIN?" Biles added. "Shouldn't people be held accountable?"

USA Gymnastics announced Jan. 30 that it was offering the survivors $215 million. In a Feb. 21 disclosure letter that spelled out the specifics, the federation said the sum would be $217.125 million, with the insurers for a gym owned by former U.S. Olympic coach John Geddert contributing $2.125 million.

The payments would be distributed based on "the geographic location of the abuse." Gymnasts who said they were abused at the Olympics, a national team training center or a national team event would receive the most money, roughly $1.25 million each before attorney's fees. Gymnasts abused at a USA Gymnastics-sanctioned event would get almost $509,000 each, while gymnasts abused at a "non-USAG location" – the gym where they trained, for example – would get a little less than $175,000 each.

Attorneys representing the survivors criticized the tiered system, calling it outrageous that payments would be determined based on where the abuse happened rather than the abuse itself, as has been the case in many other lawsuits.

"That's the grossest thing I've ever heard, and an insult," said John Manly, who represents many of the women abused by Nassar, the longtime team physician for USA Gymnastics and Michigan State.

But the larger issue is with the release of third-party defendants, which essentially protects them from any future legal action.

The USOPC is among those that would be released in the proposed settlement, along with former USA Gymnastics CEO Steve Penny; former U.S. national team coordinators Martha and Bela Karolyi; and Don Peters, a former coach who has been banned for life for sexual misconduct involving a minor.




**USA Gymnastics is one of the defendants in a lawsuit filed by more than 500 girls and women who say they were sexually abused by Larry Nassar, their coach or someone else affiliated with the sport.** RON JENKINS/AP

### Participating with their pocketbook

While the practice is not uncommon in bankruptcy cases involving lawsuits, legal experts said very rarely are releases granted without something being given in exchange. Money for the settlement, perhaps. Or information about the wrongdoing that led to the original lawsuit.

It is, essentially, a hedging of bets against the possibility of being found liable for greater damages and having to disclose sensitive information, and the court takes a dim eye of third parties getting off too easily.

"The law generally requires if a third party is going to get released, you have to make a substantial contribution in exchange for that release. You don't just get it for free," said Rob Kugler, a Minneapolis attorney who has represented sexual abuse survivors in lawsuits against the Catholic church. "It's not clear to me that these third parties are making any contributions."

Indeed, the only third party who clearly has is Geddert, currently suspended pending an investigation for allegations of misconduct by the U.S. Center for SafeSport.

The USOPC, like USA Gymnastics, appears to be making the argument that the only money it has to offer for a settlement is through its insurance coverage. But the survivors and their attorneys aren't buying that, a doubt echoed by Pamela Foohey, an associate professor of law at Indiana University who specializes in bankruptcy, commercial law and consumer law.

USA Gymnastics and the USOPC might be not-for-profits, but that doesn't mean they don't make money, Foohey said. Sponsorship deals, TV contracts and ticket sales all generate income, and the USOPC had enough money to give disgraced former CEO Scott Blackmun a $2.4 million severance after he stepped down in February 2018.

The USOPC brought in almost $323 million in 2018, according to its tax form. It said it had net assets of nearly $266 million.

There's no reason both organizations can't use their future earnings to fund a bigger settlement, Foohey said.

### More than money

But the settlement is about more than money, Manly and Cornwell said. Survivors have been asking for a full accounting of what USA Gymnastics and the USOPC knew about Nassar, as well as why neither organization did more to protect young athletes from abuse.

They also want Penny and the Karolyis, who they say fostered the culture that made the sport ripe for abuse, to face some kind of reckoning.

"This is a massive coverup," Raisman said Saturday, blasting the USOPC and USA Gymnastics in a series of tweets. "The only way for anyone to know what really happened is if someone forces them to release ALL documents & data to investigate."

As it is written now, however, the settlement does not include anything like that.

"That's a classic symptom in the culture of hiding sexual abuse," said Tim Hale, an attorney who has represented hundreds of sexual abuse survivors in lawsuits against the Boy Scouts and several Catholic organizations. "Because the hierarchy doesn't want anyone to know."

According to the disclosure letter, the survivors have until May 8 to vote on the offer.

## LEGAL MONDAY

For advertising information: 1.800.872.3433 www.marketplace.usatoday.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br>Debtors. | Chapter 11<br>Case No. 20-10343(LSS)<br>(Jointly Administered)<br>EIN: 22-1576300<br>Date case filed for chapter 11: February 18, 2020 |

**NOTICE OF CHAPTER 11 BANKRUPTCY CASE**

**For each of the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov) or at the website maintained by the Debtors' claims and noticing agent, Omni Agent Solutions, at www.omniagentsolutions.com/bsa.

**The staff of the bankruptcy clerk's office cannot give legal advice. Do not file this notice with any proof of claim or other filing in the case. Valid Picture ID is required for access to the J. Caleb Boggs Federal Building.**

1. **Lead Debtor's full name: Boy Scouts of America**
2. **All other names used in the last 8 years: BSA**
3. **Jointly Administered Case, Case No., Tax ID, Address:** Delaware BSA, LLC, 20-10342 (LSS), 84-2764311, 1325 West Walnut Hill Lane, Irving, Texas 75038.
4. **Address: 1325 West Walnut Hill Lane, Irving, Texas 75038**
5. **Debtors' attorneys and claims and noticing agent:** SIDLEY AUSTIN LLP, Jessica C. K. Boelter, jboelter@sidley.com, 787 Seventh Avenue, New York, New York 10019, Contact phone: (212) 839-5300, – and – SIDLEY AUSTIN LLP, James F. Conlan, jconlan@sidley.com, Thomas A. Labuda, tlabuda@sidley.com, Michael C. Andolina, mandolina@sidley.com, Matthew E. Linder, mlinder@sidley.com, One South Dearborn Street, Chicago, Illinois 60603, Contact phone: (312) 853-7000, – and – MORRIS, NICHOLS, ARSHT & TUNNELL LLP, Derek C. Abbott (No. 3376), dabbott@mnat.com, Andrew R. Remming (No. 5120), aremming@mnat.com, Joseph C. Barsalona II (No. 6102), jbarsalona@mnat.com, Paige N. Topper (No. 6470), ptopper@mnat.com, Eric Moats (No. 6441), emoats@mnat.com, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Contact phone: (302) 351-9314. **Debtors' Claims and Noticing Agent: If you have questions about this notice, please contact Omni Agent Solutions. Contact phone: (866) 907-2721 (toll-free), Email: BSAInquiries@omniagnt.com, Website: www.omniagentsolutions.com/bsa.**
6. **Bankruptcy clerk's office: 824 Market Street, 3rd Floor, Wilmington, DE 19801. Hours open: Monday – Friday 8:00 AM – 4:00 PM. Contact phone 302-252-2900.** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.
7. **Meeting of creditors: April 15, 2020 at 1:00 p.m. (prevailing Eastern Time).** Location: **J. Caleb Boggs Federal Building, 844 King Street, 3rd Floor, Room 3209, Wilmington, DE 19801**. The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so.
8. **Proof of claim deadline: Deadline for filing proof of claim: Not yet set. If a deadline is set, notice will be sent at a later time.** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed*, *contingent*, or *unliquidated*; • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.
9. **Exception to discharge deadline:** The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. **Deadline for filing the complaint: June 15, 2020.**
10. **Creditors with a foreign address:** If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.
11. **Filing a Chapter 11 bankruptcy case:** Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business.
12. **Discharge of debts:** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

For more information on how to place your legal notice in Marketplace Today, call 1-800-872-3433 (Toll-free in the U.S. only)

MARKETPLACE TODAY

To view more Classified listings, visit: www.classifieds.usatoday.com

For advertising information: 1.800.397.0070 www.russelljohns.com/usat

NOTICES

PUBLIC NOTICE

In compliance with Senate Bill No. 493, TEXAS 20 Purchasing Cooperative is soliciting vendors interested in submitting a proposal, for the purchase of school food service products.

#3015 Main Food, #3016 Specialty Foods: Group A-Austin area and Group B-San Antonio area

Proposal pricing and documents must be submitted electronically via Bid Forge (Fidelis Information Systems Corp) by 3:00 p.m., April 2, 2020 for #3015 Main Food, and by 3:00 p.m. April 9, 2020 for #3016 Specialty Foods. Proposals to be opened upon submission due date. Evaluation criteria to include cost, product specifications and financial stability. Refer to proposal terms and conditions for complete list. Proposal awarded on best value.

Interested bidders contact: Jennifer Tinney, jennifer.tinney@esc20.net, 210-370-5491

PUBLIC NOTICE

To place your Public Notice in our Marketplace section, call: 1-800-397-0070

PUBLIC NOTICE

NOTICE OF CALL FOR OPEN TENDER

The New York office of the Italian Trade Commission (33 East 67th Street, New York, NY 10065) has launched an open call for Open Tender, pursuant to Legislative Decree 50/2016, to award Travel Services for the activities of the Italian Trade Agency (ITA) Offices operating in the USA (New York, Chicago, Miami, Houston and Los Angeles) from 06.01.2020 to 05.31.2022.

Description: Travel organization service for the activities of the Italian Trade Agency (ITA) Offices operating in the USA (New York, Chicago, Miami, Houston and Los Angeles) from 06.01.2020 to 05.31.2022 CIG (Identification code of tender): 8226020672

Total amount of the contract: US$ 3,500,000.00, including local taxes amounting to € 3.235.348,50, including local taxes.

Bids and all the documentation required in the tender documents and regulations shall be received by the Italian Trade Commission – New York office - 33 East 67th Street, New York, NY 10065, no later than 04:30pm (EST) on 03/13/2020. Late submissions will not be accepted.

This call for open tender is governed by the rules sent for publication in the Official Journal of the European Union on 02/25/2020 and the regulations available on the Italian Trade Commission's website (www.ice.it), together with all the required documentation and the forms for declarations and self-certifications. Please check all tender documents on the following link: http://ice.amministrazionetrasparente.it/bando/63698. Official languages for tender offers, information and correspondence: English or Italian.

Chief Procurement Officer (CPO) - (RUP): Antonino Laspina

Italian Trade Commission, New York Office

Digitally signed by:Antonino Laspina
Organization:ICE-AGENZIA/12020391004
Date:26/02/2020 11:27:44

Antonino Laspina, Italian Trade Commissioner

BUSINESS

BUSINESS OPPORTUNITIES

$1000 Mailbox Cash Everyday?

Legal, Ethical, Exciting & Fun

NO MLM, Chains, Pyramids, nonsense

Website reveals all WinWithRichD.com Or call (631) 406-5744

$11,000 Cash Fast

$1.5K-$11K Over & Over Again! 10 Years + 100% Automated

Direct Marketing System

1500CashFast.com

GET NOTICED! (800) 397-0070 sales@russelljohns.com

BUSINESS OPPORTUNITIES

Create Square Videos, Vertical Video, Captioned Videos, Meme Videos, Compilation Videos And More All From A Single App, Without Recording A Single Frame Of Footage for one time payment of $97 for more info, text video to 484848 Text now! Text now! Or learn to " shortcode messaging how to video" youtube.com"

Help Families Save Thousands on College!

Work from home with employers, CPAs, Advisors, banks, churches, individuals, or schools.

Intro Pkg Available

Ask about an Exclusive

LFE Institute, LLC 850.781.9131

To place your ad in USA TODAY Marketplace, call: 1-800-397-0070

BUSINESS OPPORTUNITIES




Notice of Fair Solicitation for advertisers wishing to reach moving consumers. These opportunities include advertising in U.S. Postal Service® change-of-address products including the Mover's Guide®, MoversGuide Online®, Mover Validation Letter, Customer Notification Letter, and Welcome Kit. These products provide vital information and savings to moving households.

If interested in advertising in these products, go to https://mymove.com/partner-with-us/ or address inquiries to 1423 Red Ventures Dr. Fort Mill, SC 29707

Worried about the Market?

Earn Up To 3.9%

In Guaranteed Annuities! Backed by High Rated Insurance Companies.

3-10yr. Terms Available* Withdraw or Renew At End of Term!

Rates Change Frequently

Call 1-800-900-9182 TODAY to Lock in YOUR Rate!!

Not a Bank Product, Not FDIC Insured *Penalties for early withdrawal

Visit us online at: usatoday.com

# EXHIBIT B

# AFFIDAVIT

**STATE OF NEW JERSEY )**
**) ss:**
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )**

I, Andrew Introne, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for National distribution for

1 insertion(s) on the following date(s):

MAR-02-2020;

ADVERTISER: BOY SCOUTS OF AMERICA;

and that the foregoing statements are true and correct to the best of my knowledge.

__________________________

Sworn to before me this
2 day of March 2020

__________________________
Notary Public



# Commodities Rout Stokes Fear on Growth

By Amrith Ramkumar

The coronavirus outbreak has sparked one of the largest retreats in commodity prices in years, forcing investors to brace for even steeper declines and sending a warning signal about the world economy's prospects in 2020.

Raw materials sensitive to shifts in global growth have been among the hardest hit investments since the coronavirus began spreading around the globe and hurting travel and corporate activity. Oil prices have fallen 32% in less than two months and last week recorded their worst week since the financial crisis. Industrial metals from copper to aluminum are also taking a beating.

Commodities started falling steadily after China reported its first death from the coronavirus in January and began taking steps to curb its spread, slowing the country's economy early in the year. While stocks held up well at that time, materials fell because China is a critical source of demand, accounting for about half of global consumption of some commodities like copper.

As the virus has spread to other countries, from Italy to South Korea, commodities have fallen alongside global stocks, sending the S&P 500 down 13% in the past seven trading sessions. The pain has extended to agricultural commodities including sugar and cotton.




*Front month contract †London Metal Exchange prices for delivery in three months

Sources: FactSet (copper, oil); CQG (tin, aluminum, zinc); Commodity Futures Trading Commission (net bets); Dow Jones Market Data (ratio)

Weekly net bets on higher U.S. crude oil prices

300,000 contracts; 250,000; 200,000; 150,000; 100,000; 50,000; 0; 2019; '20

Monthly ratio of gold prices to oil prices*

40 times; 30; 20; 10; 0; 2000; '10; '20

The broad selloff is a major concern for some analysts because commodity prices can provide a real-time indicator of activity in the world economy. The current slide reflects slumping demand and bloated inventories, a recipe for excess supply. Some investors worry the widespread selling of assets associated with risk also portends more pain ahead for stocks.

"We know there's going to be continued volatility," said Shannon Saccocia, chief investment officer of Boston Private, which has been maintaining a smaller position in stocks than the benchmark it tracks. "With this uncertainty, you're not really sure what the best place to hide would be."

In addition to monitoring the spread of the virus, investors this week will be watching purchasing managers index figures and data on U.S. hiring for February to gauge how much the world economy might slow this year.

Some analysts say the longest-ever U.S. economic expansion is already in jeopardy. As U.S. crude oil skidded last week to its lowest level since December 2018, ending Friday at $44.76 a barrel, natural gas also extended a monthslong fall. Natural-gas futures dropped to a nearly four-year low of $1.68 a million British thermal units.

The declines have been a boon for consumers who are paying less for gasoline at the pump and to heat their homes with natural gas this winter. But they are also threatening profits for energy-producing companies and nations like Saudi Arabia, some of which need higher prices to sustain their economies.

Donald Morton, a senior vice president at Herbert J. Sims & Co. who oversees an energy trading desk in Haverhill, Mass., said he struggles to remember demand fears this severe in energy markets since the financial crisis more than a decade ago. While he thinks the drop has gone too far, he said the negative sentiment could keep prices down until the virus fears ebb.

"What's occurring is pretty dramatic," he said. "I don't think the price today is reflecting reality."

Hedge funds and other speculative investors have sharply reduced net bets on higher U.S. crude oil prices and recently pushed them to a four-month low, Commodity Futures Trading Commission figures show. At the same time, they have ramped up bets on lower prices of natural gas and copper.

Many analysts expect the Organization of the Petroleum Exporting Countries to deepen recent production cuts at a coming meeting, a move that could help stabilize oil prices if efforts to curb the spread of the coronavirus are successful. Still, steady shale output from the U.S. and production from nations outside OPEC have many traders preparing for oil inventories to remain well supplied moving forward.

With the declines in stocks and commodities accelerating, investors have favored safer assets, including gold and bonds that tend to hold their value during times of market turmoil. That trend pushed gold to its highest level in seven years last week and sent the ratio of gold prices to oil prices to its highest point since early 2016. During that selloff four years ago, fears that an economic slowdown in China would spark a recession pushed crude prices below $30 a barrel.

But the recent market chaos even engulfed gold late last week, sending prices down 4.6% Friday. Traders said investors were being forced to cover losses from stocks. Another explanation: margin calls from banks to investors who had used some of their stock portfolios as collateral to buy other securities. With the value of those positions shrinking substantially, banks can demand repayment.

Still, oil and other commodities went on to recover from the 2016 tumble alongside stocks, and some traders are hopeful that they can stage a similar recovery. "We see a lot of commodities that are now into the oversold category," Mr. Morton said.

# Embattled Shale Drillers Are Dealt Another Blow

By Rebecca Elliott And Collin Eaton

Shale drillers were already braced for a tough year. Now the new coronavirus is putting them under even greater financial pressure.

Exploration and production companies are straining to slow growth—amid an oversupply of oil and gas—and cut spending to appease investors angry over poor returns. Now the virus has further weakened global demand for their products, posing a greater challenge to a sector where many companies are saddled with debt.

By some measures, top shale companies have shown improvement in recent earnings reports. Roughly 46% of 37 U.S. independent producers spent less than they took in from operations last year, up from about 30% in 2018, according to a Wall Street Journal analysis of FactSet data.

Nonetheless, the whole sector is getting clobbered as concerns about the economic impact of coronavirus pull oil prices lower and cloud 2020 prospects. U.S. benchmark oil prices ended Friday around $45 a barrel, down from about $53 a week earlier.

Shares in shale drilling pioneer Chesapeake Energy Corp. tumbled roughly 38% through the week ended Friday amid concerns about the company's debt load. Whiting Petroleum Corp.'s stock also plunged after it warned that output would decline this year.

Continental Resources Inc. also traded lower after disclosing 2020 plans that indicated the company could struggle to generate free cash flow at current oil and gas prices. "We see the oil and gas markets as fundamentally oversupplied, with demand even further impacted by the coronavirus," Continental Executive Chairman Harold Hamm said.



JENNA VONHOFE FOR THE WALL STREET JOURNAL

Shale companies have been under tremendous pressure from investors and lenders.

Shale drillers have been under tremendous pressure from investors—and increasingly from their lenders—after years of poor financial returns, even as they turbocharged American oil production to nearly 13 million barrels a day, the most in the world.

Many are now seeking to win back Wall Street by limiting spending and demonstrating that they can generate free cash flow, positioning them to pay down debt or return money to shareholders. But that was proving a tall order, even before coronavirus added to concerns about soft demand. In addition to lower oil prices, natural-gas prices have been hovering below $2 per million British thermal units for much of the year, down from an average of about $2.69 in February 2019, U.S. Energy Information Administration data show.

"We're an industry of thimbles. A thimble too much and we're in the gutter, and a thimble too short and we're to the moon," Matt Gallagher, chief executive of Austin-based shale producer **Parsley Energy** Inc., said in a recent interview. "We're more than a thimble too much right now."

Many companies have financial hedges in place that insulate much of their production from falling crude and natural-gas prices, but in most cases a sizable portion of production remains exposed. Those with hefty debt loads have particularly little room for error.

Chesapeake Chief Executive Doug Lawler said Wednesday that the company expects asset sales to pay for roughly $300 million in debt that matures later this year. The Oklahoma City driller co-founded by the late wildcatter Aubrey McClendon also plans to pursue a reverse stock split. It hopes consolidating its shares will boost its stock price above the $1 level needed to retain its listing on the New York Stock Exchange.

Whiting, which largely produces in North Dakota's Bakken Shale, said it expects spending and production to shrink this year and has hired advisers to explore strategic alternatives. The company has more than $1 billion of debt maturing this year and next, according to S&P Global Market Intelligence data. Chief Executive Bradley Holly said the company has enough liquidity to cover operations and is in compliance with debt covenants.

Continental, also a leading Bakken producer, fared better than some rivals in 2019, reporting roughly $600 million in free cash flow last year. But the company's shares fell to their lowest level in years after it warned it wouldn't replicate those results this year—even assuming an oil price of $55 and a natural-gas price of $2.50.

Executives said the company would adjust its 2020 plans if necessary and intends to generate free cash flow regardless of prices.

"What corona has done oddly is just accelerate something that was happening anyway," said Ben Dell, a managing partner at Kimmeridge Energy Management Co., which has sold its positions in several shale companies. "It's also draining the hope out of management teams."

Despite lower prices, many large independent U.S. producers still plan to increase output this year. Because shale wells tend to decline quickly, it can be difficult to scale back drilling and continue to meet debt obligations.

But even before coronavirus fears intensified, many companies were trying to throttle down production, which was expected to slow U.S. production growth.

"It's hunker down and ride it out," said Dan Pickering, chief investment officer of Pickering Energy Partners LP, an energy investment firm.

Centennial Resource Development Inc. is among those planning to conserve money in 2020, with plans to increase output about 2%, compared with 25% growth last year.

ADVERTISEMENT

The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

BANKRUPTCIES

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] Debtors. | Chapter 11, Case No. 20-10343(LSS) (Jointly Administered) EIN: 22-1576300 Date case filed for chapter 11: February 18, 2020 |
|---|---|

NOTICE OF CHAPTER 11 BANKRUPTCY CASE

**For each of the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov) or at the website maintained by the Debtors' claims and noticing agent, Omni Agent Solutions, at www.omniagentsolutions.com/bsa.

**The staff of the bankruptcy clerk's office cannot give legal advice. Do not file this notice with any proof of claim or other filing in the case. Valid Picture ID is required for access to the J. Caleb Boggs Federal Building.**

1. **Lead Debtor's full name: Boy Scouts of America**
2. **All other names used in the last 8 years: BSA**
3. **Jointly Administered Case, Case No., Tax ID, Address:** Delaware BSA, LLC, 20-10342 (LSS), 84-2764311, 1325 West Walnut Hill Lane, Irving, Texas 75038.
4. **Address: 1325 West Walnut Hill Lane, Irving, Texas 75038**
5. **Debtors' attorneys and claims and noticing agent:** SIDLEY AUSTIN LLP, Jessica C. K. Boelter, jboelter@sidley.com, 787 Seventh Avenue, New York, New York 10019, Contact phone: (212) 839-5300, – and – SIDLEY AUSTIN LLP, James F. Conlan, jconlan@sidley.com, Thomas A. Labuda, tlabuda@sidley.com, Michael C. Andolina, mandolina@sidley.com, Matthew E. Linder, mlinder@sidley.com, One South Dearborn Street, Chicago, Illinois 60603, Contact phone: (312) 853-7000, – and – MORRIS, NICHOLS, ARSHT & TUNNELL LLP, Derek C. Abbott (No. 3376), dabbott@mnat.com, Andrew R. Remming (No. 5120), aremming@mnat.com, Joseph C. Barsalona II (No. 6102), jbarsalona@mnat.com, Paige N. Topper (No. 6470), ptopper@mnat.com, Eric Moats (No. 6441), emoats@mnat.com, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Contact phone: (302) 351-9314. **Debtors' Claims and Noticing Agent: If you have questions about this notice, please contact Omni Agent Solutions. Contact phone: (866) 907-2721 (toll-free), Email: BSAInquiries@omniagnt.com, Website: www.omniagentsolutions.com/bsa.**
6. **Bankruptcy clerk's office: 824 Market Street, 3rd Floor, Wilmington, DE 19801. Hours open: Monday – Friday 8:00 AM – 4:00 PM. Contact phone 302-252-2900.** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.
7. **Meeting of creditors: April 15, 2020 at 1:00 p.m. (prevailing Eastern Time)**. Location: **J. Caleb Boggs Federal Building, 844 King Street, 3rd Floor, Room 3209, Wilmington, DE 19801**. The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so.
8. **Proof of claim deadline: Deadline for filing proof of claim: Not yet set. If a deadline is set, notice will be sent at a later time.** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed*, *contingent*, or *unliquidated*; • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.
9. **Exception to discharge deadline:** The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. **Deadline for filing the complaint: June 15, 2020.**
10. **Creditors with a foreign address:** If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.
11. **Filing a Chapter 11 bankruptcy case:** Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business.
12. **Discharge of debts:** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

BUSINESS OPPORTUNITIES

INVESTORS NEEDED
Internal Medicine Office completed Clinical Trial of Compounded Pharmacy Drug for Erectile Dysfunction
Subjects are all Sildenafil (little blue pill) failures
60% success rate on all clinical trial subjects
561-212-8166
drmarkfreeman@aol.com

PRODUCTS





THE WALL STREET JOURNAL.
THE MARKETPLACE
ADVERTISE TODAY
(800) 366-3975
© 2020 Dow Jones & Company, Inc. All Rights Reserved.

# **EXHIBIT C**




# PROOF OF PUBLICATION

MARCH 2 2020

I, Alice Weber, in my capacity as a Principal Clerk of the Publisher of The New York Times a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on

MAR 02 2020 B3 NATIONAL

Alice Weber

Sworn before me the 2nd day of March 2020

Michelle Marti

Notary Public

MICHELLE M. SCIBILIA
Notary Public, State of New York
Registration #01SC6281145
Qualified In Nassau County
Commission Expires May 13, 2021

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br>Debtors. | Chapter 11<br>Case No. 20-10343(LSS)<br>(Jointly Administered)<br>EIN: 22-1576300<br>Date case filed for chapter 11: February 18, 2020 |

**NOTICE OF CHAPTER 11 BANKRUPTCY CASE**

**For each of the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov) or at the website maintained by the Debtors' claims and noticing agent, Omni Agent Solutions, at www.omniagentsolutions.com/bsa. **The staff of the bankruptcy clerk's office cannot give legal advice. Do not file this notice with any proof of claim or other filing in the case. Valid Picture ID is required for access to the J. Caleb Boggs Federal Building.**

1. **Lead Debtor's full name: Boy Scouts of America**
2. **All other names used in the last 8 years: BSA**
3. **Jointly Administered Case, Case No., Tax ID, Address:** Delaware BSA, LLC, 20-10342 (LSS), 84-2764311, 1325 West Walnut Hill Lane, Irving, Texas 75038.
4. **Address: 1325 West Walnut Hill Lane, Irving, Texas 75038**
5. **Debtors' attorneys and claims and noticing agent:** SIDLEY AUSTIN LLP, Jessica C. K. Boelter, jboelter@sidley.com, 787 Seventh Avenue, New York, New York 10019, Contact phone: (212) 839-5300, – and – SIDLEY AUSTIN LLP, James F. Conlan, jconlan@sidley.com, Thomas A. Labuda, tlabuda@sidley.com, Michael C. Andolina, mandolina@sidley.com, Matthew E. Linder, mlinder@sidley.com, One South Dearborn Street, Chicago, Illinois 60603, Contact phone: (312) 853-7000, – and – MORRIS, NICHOLS, ARSHT & TUNNELL LLP, Derek C. Abbott (No. 3376), dabbott@mnat.com, Andrew R. Remming (No. 5120), aremming@mnat.com, Joseph C. Barsalona II (No. 6102), jbarsalona@mnat.com, Paige N. Topper (No. 6470), ptopper@mnat.com, Eric Moats (No. 6441), emoats@mnat.com, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Contact phone: (302) 351-9314. **Debtors' Claims and Noticing Agent: If you have questions about this notice, please contact Omni Agent Solutions. Contact phone: (866) 907-2721 (toll-free), Email: BSAInquiries@omniagnt.com, Website: www.omniagentsolutions.com/bsa.**
6. **Bankruptcy clerk's office: 824 Market Street, 3rd Floor, Wilmington, DE 19801. Hours open: Monday – Friday 8:00 AM – 4:00 PM. Contact phone 302-252-2900.** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.
7. **Meeting of creditors: April 15, 2020 at 1:00 p.m. (prevailing Eastern Time).** Location: **J. Caleb Boggs Federal Building, 844 King Street, 3rd Floor, Room 3209, Wilmington, DE 19801**. The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so.
8. **Proof of claim deadline: Deadline for filing proof of claim: Not yet set. If a deadline is set, notice will be sent at a later time.** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed, contingent*, or *unliquidated*; • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed, contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important non-monetary rights, including the right to a jury trial.
9. **Exception to discharge deadline:** The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. **Deadline for filing the complaint: June 15, 2020.**
10. **Creditors with a foreign address:** If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.
11. **Filing a Chapter 11 bankruptcy case:** Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business.
12. **Discharge of debts:** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.



HONG JI-WON/YONHAP, VIA ASSOCIATED PRESS

Red Cross workers preparing emergency relief kits for delivery to people in self-quarantine in Suwon, South Korea. Employers could ask you to stay home.

# Advice on Coronavirus and the Workplace

By TARA SIEGEL BERNARD

Furloughs. Sick leave. Working from home.

You could experience any of these measures as businesses try to prevent their employees from being exposed to the coronavirus outbreak that health officials warn is almost inevitable in the United States.

Some companies have already taken precautions like limiting travel to affected countries or big international conferences. Others have asked employees to stay home because they visited a country with a more serious outbreak.

But with new unexplained cases being reported in the United States — and the first domestic death from the illness reported on Saturday — a growing number of American workers could soon be asked to alter their routines, or just stay home.

Exactly how that affects you will depend on many factors, including the generosity of your employer's benefits and where you live. Here's what labor lawyers and business groups say could potentially unfold in your workplace — and what rights workers have.

### What are companies doing?

The situation is ever-evolving as the virus continues to spread — and policies are being revised daily as employers monitor public health notices.

Nobody wants employees to come to work if they are sick or have been exposed to the virus, but U.S. workers are less likely to be covered by a paid sick leave policy than those in other developed countries.

"This can put hourly workers in a bind, and make employees in the U.S. more likely to show up for work when they are sick," said Joseph Deng, who specializes in employment and compensation law at Baker & McKenzie in Los Angeles.

The Centers for Disease Control and Prevention has recommended that employers establish "nonpunitive" policies, encouraging employees who are sick or exhibiting symptoms to stay at home.

"We may see companies develop more flexible and generous sick leave policies," Mr. Deng said. That could reduce the hard choices that employees have to make.

### What employers can ask

If you have recently traveled abroad, your employer may ask you to stay home for the virus's incubation period, which is generally up to 14 days. The same goes for people who have had close contact with someone who visited an affected region.

"We see that there are things that are starting to get a little more intensive in the U.S. but we are not anywhere near a state of emergency," said Alka Ramchandani-Raj, an employment lawyer who specializes in occupational safety and health law at Littler, a large labor and employment firm. "Although numbers are going up daily."

Northwell Health, the largest health system in New York, just asked 16 people — including eight clinicians who cannot do their job at home — to take a two-week paid furlough after visiting China, said Joseph Moscola, the company's senior vice president and chief people officer.

Even if workers appear healthy at the end of the incubation period, their employers could require a medical exam.





LUCA ZENNARO/EPA, VIA SHUTTERSTOCK

Delivering meals to quarantined people at a hotel in Alassio, Italy.



ERNESTO BENAVIDES/AGENCE FRANCE-PRESSE — GETTY IMAGES

Workers may need to have a medical exam before returning.

"If there is factual evidence someone has been exposed to the virus, an employer may ask that person to go through a medical exam or fitness for duty exam to determine whether they are ready to return to work," Ms. Ramchandani-Raj said.

### Will I be paid if I stay home?

This largely depends on your company's policies, but so far many larger businesses are seeing to it that affected employees get paid, one way or another.

Employees showing symptoms are generally taking sick leave or emergency leave, while those affected by quarantines have been working from home when that's possible, according to a survey of 48 large employers with operations in the United States by Business Group on Health, which represents employers on health care and benefit matters.

Sixty-eight percent of the employers surveyed said they would pay employees as long as a quarantine lasted, even if they showed no symptoms and couldn't work from home because of the nature of their job. Twelve percent said they would pay for a fixed amount of time, such as two weeks. Twenty percent of the companies, which were surveyed from Feb. 13 to Feb. 20, said they didn't know or hadn't made a decision yet on what they would do.

Paying workers in these situations "will serve to incentivize employees to self-identify and self-quarantine," said Susan Gross Sholinsky, a lawyer with Epstein Becker Green in New York.

But American employers aren't obligated to pay most workers, which may affect the response of businesses — particularly smaller employers.

Federal law requires that hourly workers be paid only for the time they work. Salaried workers, managers and executives will usually, but not always, be paid during a business disruption, Mr. Deng said. Employers who are not paying for quarantine periods often let workers use vacation, sick time, personal days and other available paid time off — if workers have it.

Union workers should review their collective bargaining agreements because they may have provisions that provide paid time off in an emergency, according to the Society for Human Resource Management.

### What happens if I get sick?

This also often depends on the generosity of your employer, experts said, because there are no federal requirement for employers to provide paid sick leave, even in the event of a disaster.

Roughly a dozen states and several cities — including California, Michigan, New Jersey, Washington, San Francisco and New York City — provide paid sick leave to many workers.

But the amount of paid leave will vary, and often depends on the size of the employer and how long someone has worked there. These policies typically extend to caring for family members as well.

If workers are seriously ill or take a while to recover, they may be entitled to unpaid leave under the federal Family and Medical Leave Act, but that doesn't cover an estimated 40 percent of workers.

"Or, if the illness is work-related — if the employee caught the virus while on business travel, for example — the employee may be entitled to workers' compensation insurance" Ms. Sholinsky added.

### I'm worried about working

That's a common question as anxieties rise and even subway poles and elevator buttons appear more perilous.

"Employers have to be very careful and do a strict case-by-case assessment of whether that is a valid concern or not," Ms. Ramchandani-Raj said.

Employees have a right to a safe workplace, she added, and employers must adopt neutral policies that protect everyone equally. But if pregnant women were deemed to be at greater risk, for example, and the government released guidance saying they should take extra precautions, employers would need to follow the government's lead.

You could ask to work from home, but that's not possible for, say, a retail clerk or salesperson. You'd probably have to use any paid time off or take a leave of absence — if that's an option.

### Can my employer ask me to wear a mask?

Maybe.

Let's say you show up at work one day and find extra Purell dispensers and a box of medical masks.

If your employer wants to require you to wear a mask, it would be legally required to provide training on how to use and maintain them, Ms. Ramchandani-Raj said. There are other conflicts, too: Some employees might have medical conditions that are worsened by wearing a mask.

Instead, companies might make the masks available — without requiring employees to wear them.

### Will my employer tell me if a colleague is infected?

The C.D.C. has said that if an employee infection is confirmed, employers should tell their co-workers that they may have been exposed to the virus.

But they shouldn't tell you that person's name — federal law requires them to maintain the confidentiality of the sickened person.

Emily Flitter contributed reporting.

# Avoiding the Virus May Be Unaffordable

*This article is by **Claire Cain Miller**, **Sarah Kliff** and **Margot Sanger-Katz**.*

Stay home from work if you get sick. See a doctor. Use a separate bathroom from the people you live with. Prepare for schools to close, and to work from home. These are measures the Centers for Disease Control and Prevention has recommended to slow a coronavirus outbreak in the United States.

Yet these are much easier to do for certain people — in particular, high-earning professionals. Service industry workers, like those in restaurants, retail, child care and the gig economy, are much less likely to have paid sick days, the ability to work remotely or employer-provided health insurance.

The disparity could make the new coronavirus, which causes a respiratory illness known as Covid-19, harder to contain in the United States than in other rich countries that have universal benefits like health care and sick leave, experts say. A large segment of workers are not able to stay home, and many of them work in jobs that include high contact with other people. It could also mean that low-income workers are hit harder by the virus.

"Very quickly, it's going to circulate a lot faster in the poorer communities than the wealthiest ones," said Dr. James Hadler, an epidemiologist who was Connecticut's public health director and is now is a consultant to the state. His work has found that influenza infections tend to strike low-income neighborhoods more aggressively than affluent ones, and that poor families are more likely to live in close quarters with others, and to share bathrooms.

Unequal access to precautionary measures cuts along the same lines that divide the United States in other ways: income, education and race.

"It's definitely an equity issue," said Alex Baptiste, policy counsel for workplace programs at the National Partnership for Women & Families, a nonprofit advocacy group. "You have not just an economic disparity but also a racial disparity between who has that access and can take care of themselves and their families."

Portia Green, 33, is a restaurant worker in New York. She has no paid sick leave or health insurance. If schools closed, as a single mother she'd have no child care. A day off work means losing around $100 in pay, she said, and if she had to take more than a few days off, losing her job. The restaurants she has worked for are too understaffed to call in backup workers easily, she said, and the expectation is that you show up unless you're "green."

"They're going to push you to do it anyway," said Ms. Green, who is a member of Restaurant Opportunities Centers United in New York, an advocacy group. "You go to work, pop a vitamin C and if you can do it, you do it."

The biggest disparity for workers is access to health care: In the United States, some 27.5 million people lack any form of health insurance. That makes them less likely to seek medical care when they become ill or to have access to preventive health benefits that can help them stave off illness. The uninsured are disproportionately low income.

Workers also have unequal access to remote working. The government recommended that people work from home in a coronavirus outbreak, but just 29 percent of American workers can do so, according to Labor Department data. They are most likely to be highly educated and high earners.

On an average day, 35 percent of the highest earners and 8 percent of the lowest earners spend some time working from home. Managers and professionals are most likely to do so, and service industry and construction workers least likely. Nearly half of workers with a graduate degree do some of their work from home, as do a third of those with a college degree. Just 12 percent of those who didn't attend college work from home.

For many workers, being sick means choosing between staying home and getting paid. One-quarter of workers have no access to paid sick days, according to Labor Department data: two-thirds of the lowest earners but just 6 percent of the highest earners. Just a handful of states and local governments have passed sick leave laws.

Only 60 percent of workers in service occupations can take paid time off when they are ill — and they are also more likely than white-collar workers to come in contact with other people's bodies or food.

"When you're talking about paid leave and who should stay home, it's the ones who need it most that don't have access to it, the ones showing up at work sick touching your food, touching your bags, coming into everyday contact with your direct life," said Kris Garcia, 43, an airport worker in Denver.

She will not receive paid sick days until she works at her job half a year, and even then, plans to save them for dealing with a chronic disease, hemophilia. "I think people should stay home," said Ms. Garcia, who is helping an advocacy group on issues like paid leave called Family Values at Work. "But I know I'd need my infusions, whereas if I'm coughing and have a fever, I could push through five hours."

**Predictions of outsize risk for lower-income workers.**

Evidence shows that paid sick time reduces the spread of illness. A working paper on state laws that require employers to offer paid sick leave found that statewide influenza infections fell 11 percent in the first year after enactment compared with places that made no such change. An earlier paper, on city laws, showed a similar, but smaller, effect. (There are differences between influenza and the new coronavirus, but the two diseases are transmitted in similar ways.)

"It's very clear: When people don't have access to sick leave, they go to work sick and spread diseases," said Nicolas Ziebarth, an associate professor of economics at Cornell University, who was a co-author on both papers.

Still, paid sick time works only if people take it. Even when workers have paid sick leave, American culture often rewards going to work at all costs. In an average month, one in 10 workers said they needed to take leave but did not, and the most common reason was for their own illnesses, according to Labor Department data.

The top reasons for not taking it when they needed it: having too much work, fearing negative repercussions or being unable to afford a day off.

**NOTICE OF CALL FOR OPEN TENDER**

The New York office of the Italian Trade Commission (33 East 67th Street, New York, NY 10065) has launched an open call for Open Tender, pursuant to Legislative Decree 50/2016, to award Travel Services for the activities of the Italian Trade Agency (ITA) Offices operating in the USA (New York, Chicago, Miami, Houston and Los Angeles) from 06.01.2020 to 05.31.2022.

**Description:** Travel organization service for the activities of the Italian Trade Agency (ITA) Offices operating in the USA (New York, Chicago, Miami, Houston and Los Angeles) from 06.01.2020 to 05.31.2022 **CIG (Identification code of tender): 8226020672**

Total amount of the contract: US$ 3,500,000.00, including local taxes amounting to € 3.235.348,50, including local taxes.

Bids and all the documentation required in the tender documents and regulations shall be received by the Italian Trade Commission – New York office - 33 East 67th Street, New York, NY 10065, no later than **04:30pm (EST) on 03/13/2020. Late submissions will not be accepted.** This call for open tender is governed by the rules sent for publication in the Official Journal of the European Union on **02/25/2020** and the regulations available on the Italian Trade Commission's website (www.ice.it), together with all the required documentation and the forms for declarations and self-certifications. Please check all tender documents on the following link: http://ice.amministrazionetrasparente.it/bando/63698 Official languages for tender offers, information and correspondence: English or Italian.

Chief Procurement Officer (CPO) - (RUP): Antonino Laspina
**Italian Trade Commission, New York Office**

Antonino Laspina
**Antonino Laspina**
**Italian Trade Commissioner**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br>Debtors. | Chapter 11<br>Case No. 20-10343(LSS)<br>(Jointly Administered)<br>EIN: 22-1576300<br>Date case filed for chapter 11: February 18, 2020 |

**NOTICE OF CHAPTER 11 BANKRUPTCY CASE**

**For each of the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov) or at the website maintained by the Debtors' claims and noticing agent, Omni Agent Solutions, at www.omniagentsolutions.com/bsa. **The staff of the bankruptcy clerk's office cannot give legal advice. Do not file this notice with any proof of claim or other filing in the case. Valid Picture ID is required for access to the J. Caleb Boggs Federal Building.**

1. **Lead Debtor's full name: Boy Scouts of America**
2. **All other names used in the last 8 years: BSA**
3. **Jointly Administered Case, Case No., Tax ID, Address:** Delaware BSA, LLC, 20-10342 (LSS), 84-2764311, 1325 West Walnut Hill Lane, Irving, Texas 75038.
4. **Address: 1325 West Walnut Hill Lane, Irving, Texas 75038**
5. **Debtors' attorneys and claims and noticing agent:** SIDLEY AUSTIN LLP, Jessica C. K. Boelter, jboelter@sidley.com, 787 Seventh Avenue, New York, New York 10019, Contact phone: (212) 839-5300, – and – SIDLEY AUSTIN LLP, James F. Conlan, jconlan@sidley.com, Thomas A. Labuda, tlabuda@sidley.com, Michael C. Andolina, mandolina@sidley.com, Matthew E. Linder, mlinder@sidley.com, One South Dearborn Street, Chicago, Illinois 60603, Contact phone: (312) 853-7000, – and – MORRIS, NICHOLS, ARSHT & TUNNELL LLP, Derek C. Abbott (No. 3376), dabbott@mnat.com, Andrew R. Remming (No. 5120), aremming@mnat.com, Joseph C. Barsalona II (No. 6102), jbarsalona@mnat.com, Paige N. Topper (No. 6470), ptopper@mnat.com, Eric Moats (No. 6441), emoats@mnat.com, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Contact phone: (302) 351-9314. **Debtors' Claims and Noticing Agent: If you have questions about this notice, please contact Omni Agent Solutions. Contact phone: (866) 907-2721 (toll-free), Email: BSAInquiries@omniagnt.com, Website: www.omniagentsolutions.com/bsa.**
6. **Bankruptcy clerk's office: 824 Market Street, 3rd Floor, Wilmington, DE 19801. Hours open: Monday – Friday 8:00 AM – 4:00 PM. Contact phone 302-252-2900.** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.
7. **Meeting of creditors: April 15, 2020 at 1:00 p.m. (prevailing Eastern Time).** Location: **J. Caleb Boggs Federal Building, 844 King Street, 3rd Floor, Room 3209, Wilmington, DE 19801**. The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so.
8. **Proof of claim deadline: Deadline for filing proof of claim: Not yet set. If a deadline is set, notice will be sent at a later time.** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed*, *contingent*, or *unliquidated*; • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.
9. **Exception to discharge deadline:** The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. **Deadline for filing the complaint: June 15, 2020.**
10. **Creditors with a foreign address:** If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.
11. **Filing a Chapter 11 bankruptcy case:** Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business.
12. **Discharge of debts:** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.