# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Joint Administration Requested) |
| Debtors. | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE** that, Pearson Education, Inc. and NCS Pearson, Inc. (individually and collectively, "Pearson"), as trade vendor and parties in interest in the above-captioned case, by and through their counsel, Phillips Lytle LLP and Morris James LLP, pursuant to 11 U.S.C. Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Delaware Bankruptcy Local Rule 2002-1 and hereby requests that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the persons listed below at the following addresses, telephone and facsimile numbers, and email addresses:

| | |
|---|---|
| Jeffrey R. Waxman, Esquire | Angela Z. Miller, Esquire |
| Eric J. Monzo, Esquire | Phillips Lytle LLP |
| Morris James LLP | One Canalside |
| 500 Delaware Avenue, Suite 1500 | 125 Main Street |
| Wilmington, DE 19801 | Buffalo, NY 14203 |
| Telephone: (302) 888-6800 | Telephone: (716) 847-7060 |
| Facsimile: (302) 571-1750 | Facsimile: (716) 852-6100 |
| E-mail: emonzo@morrisjames.com | E-mail: amiller@phillipslytle.com |
| E-mail: jwaxman@morrisjames.com | |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

11542206/1

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, e-mail, telephone, telecopy or otherwise filed or made with regard to the above-referenced cases and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance, nor any former or later appearance, pleading, claim or suit shall constitute a consent to jurisdiction, nor shall it waive the rights of Pearson: (1) to have final orders in non-core and core matters in which the Bankruptcy Court does not have final adjudicatory authority entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, including defenses to jurisdiction, setoffs, or recoupments to which Pearson may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Pearson expressly reserves.

*[Signature Page Follows]*

Dated: March 2, 2020                                    **MORRIS JAMES LLP**

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
Eric J. Monzo (DE Bar No. 5214)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com
E-mail: emonzo@morrisjames.com

-and-

Angela Z. Miller, Esquire
Phillips Lytle LLP
One Canalside
125 Main Street
Buffalo, NY 14203
Telephone: (716) 847-7060
Facsimile: (716) 852-6100
E-mail: amiller@phillipslytle.com

*Counsel to Pearson Education, Inc. and NCS Pearson, Inc.*