IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Joint Administration Requested) |

### AFFIDAVIT OF REBECCA A. ZERBE, PARALEGAL

STATE OF DELAWARE    :
                     : SS:
NEW CASTLE COUNTY    :

I, Rebecca A. Zerbe, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on March 2, 2020, I caused to be served:

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND DOCUMENTS**

Service was completed upon the parties by CM/ECF and additional service was completed on the attached list as indicated thereon.

Dated: March 2, 2020

_____
Rebecca A. Zerbe

**SWORN AND SUBSCRIBED** before me this 2nd day of March, 2020.

_____
Notary

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**VIA HAND DELIVERY**
Derek C. Abbott
Andrew R. Remming
Joseph C. Barsalona II
Eric W. Moats
Paige N. Topper
Morris, Nichols, Arsht & Tunnell
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
[Counsel to Debtors and Debtors-in-Possession]

Matthew P. Ward
Morgan L. Patterson
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
[Counsel to Prepetition Secured Lender]

David L. Buchbinder
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
James F. Conlan
Thomas A. Labuda
Michael C. Andolina
Matthew E. Linder
Joe Schomberg
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
[Counsel to Debtors and Debtors-in-Possession]

Jessica C. K. Boelter
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
[Counsel to Debtors and Debtors-in-Possession]

Louis R. Strubeck, Jr.
Kristian W. Gluck
Ryan E. Manns
Shivani Shah
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
[Counsel to Prepetition Secured Lender]