# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC [1] | : | Case No. 20-10343 (LSS) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES AND PLEADINGS

Please enter my appearance as attorney for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company, parties-in interest in the above-captioned matter.

Pursuant to Bankruptcy Rules 2002(g), 2015(c), and 3017(a), the undersigned requests that he receive copies of all notices, reports, motions, briefs, memoranda, pleadings, proposed plan, disclosure statements, proposed orders, and any other documents filed in the above-referenced matter. All such documents should be served upon the following:

> Joshua D. Weinberg, Esq.
> Shipman & Goodwin LLP
> 1875 K Street NW, Suite 600
> Washington, DC 20006-1251
> Telephone: (202) 469-7750
> Facsimile: (202) 469-7751
> jweinberg@goodwin.com
> bankruptcy@goodwin.com
> bankruptcyparalegal@goodwin.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes notices of applications, motions, petitions, and pleadings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, telephone, telephone, telex, telecopy, facsimile or otherwise, which affects the Debtors or the property of the Debtors.

Dated at Washington, D.C., this 3rd day of March 2020.

By: /s/ Joshua D. Weinberg
    Joshua D. Weinberg (DC Bar No. 464512)
    Shipman & Goodwin LLP
    1875 K Street NW, Suite 600
    Washington, DC  20006-1251
    (202) 469-7750

*Counsel for Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 3, 2020, a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by First Class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                                     /s/ Joshua D. Weinberg
                                                                     Joshua D. Weinberg