IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

IN THE MATTER OF:                                                                                    CASE NO. 20-10343

BOY SCOUTS OF AMERICA

   DEBTOR                                                                                                    CHAPTER 11

NOTICE OF APPEARANCE
AND
REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

    Notice is hereby given that Tara LeDay, of McCreary, Veselka, Bragg & Allen, P.C., P. O. Box 1269, Round Rock, Texas 78680, will appear as counsel for The County of Anderson, Texas, The County of Denton, Texas, Harrison Central Appraisal District, The County of Harrison, Texas, The County of Henderson, Texas, Midland Central Appraisal District, The County of Milam, Texas, Terry County Appraisal District and The County of Williamson, Texas, (hereinafter referred to as "Texas Taxing Authorities") in the above-entitled case, and requests that service of notices and other documents be made upon this attorney of record.

Dated: March 2, 2020

                                                 Respectfully submitted,

                                                 MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
Attorneys for Claimants, The County of Anderson, Texas, The County of Denton, Texas, Harrison Central Appraisal District, The County of Harrison, Texas, The County of Henderson, Texas, Midland Central Appraisal District, The County of Milam, Texas, Terry County Appraisal District and The County of Williamson, Texas

*/s/Tara LeDay*
Tara LeDay
State Bar Number 24106701
P.O. Box 1269
Round Rock, Texas 78680
Telephone: (512) 323-3200
Fax: (512) 323-3205
Email: tleday@mvbalaw.com

CERTIFICATE OF SERVICE

    I hereby certify that I have placed a copy of the above Notice of Appearance And Request For Service Of Notices And Other Documents to Derek C. Abbott, Morris, Nichols, Arsht & Tunnell, 1201 N. Market Street P.O. Box 1347, Wilmington, Delaware 19899; Michael Christian Andolina, Sidley Austin, 1 South Dearborn Street, Chicago, Illinois 60603; Joseph Charles Barsalona II, Morris Nichols Arsht & Tunnell LLP, 1201 North

Market Street Suite 1600, Wilmington, Delaware 19801; Karim Basaria, 1 South Dearborn, Chicago, Illinois 60603; Jessica C. Boelter, Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019; James F Conlan, Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019; Thomas A. Labuda, Jr., Sidley Austin LLP, One South Dearborn, Chicago, Illinois 60603; Matthew Evan Linder, Sidley Austin LLP; Eric Moats, Morris, Nichols Arsht & Tunnell, 1201 N. Market Street P. O. Box 1347, Wilmington, Delaware 19801; Andrew R. Remming, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street P.O. Box 1347, Wilmington, Delaware 19899-1347; Paige Noelle Topper, Morris Nichols Arsht & Tunnel, 1201 N. Market Street, Wilmington, Delaware 19801; Blair M. Warner, Sidley Austin LLP, One South Dearborn Street, Chicago, Illinois 60603; David L. Buchbinder, Office of the U.S. Trustee, J. Caleb Boggs Federal Building Suite 2207, Wilmington, Delaware 19801; Hannah Mufson McCollum, Office of the United States Trustee, U. S. Department of Justice 844 King Street, Suite 2207 Lockbox #35, Wilmington, Delaware 19801; Transcriber, Reliable Companies, Attn: Gene Matthews 1007 North Orange Street Suite 110, Wilmington, Delaware 19801, and to those parties listed on the Court's Notice of Electronic Filing on March 2, 2020, by Electronic Notification or First Class U.S. Mail.

                                                                               */s/Tara LeDay*
                                                                               Tara LeDay