IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> Boy Scouts of America, *et al.*, <br> Debtors. | : Chapter 11 <br> : <br> : Case No. 20-10343 (LSS) <br> : <br> : (Jointly Administered) <br> : |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS
AND RESERVATION OF RIGHTS**

PLEASE TAKE NOTICE, that the undersigned attorneys hereby appear as counsel for National Union Fire Insurance Company of Pittsburgh, PA; Lexington Insurance Company; Landmark Insurance Company; The Insurance Company of the State of Pennsylvania; and their affiliated entities (collectively referenced herein as "AIG"), parties in interest in the above-captioned cases and hereby requests, pursuant to U.S. Bankruptcy Court Rules 2002 and 9007, and 11 U.S.C. §§342 and 1109(b) of the U.S. Bankruptcy Code, that all copies and pleadings given or filed in this case be given and served upon counsel at the following addresses and telephone numbers:

| | |
|---|---|
| **Deirdre M. Richards, Esquire** <br> **Fineman Krekstein & Harris PC** <br> **drichards@finemanlawfirm.com** <br> **1300 N. King Street** <br> **Wilmington, DE 19801** <br> **Telephone: (302) 538-8331** <br> **Facsimile: (302) 394-9228** | **Susan N.K. Gummow, Esquire** <br> **Igor Shleypak, Esquire** <br> **Foran Glennon Palandech Ponzi &** <br> **Rudloff, P.C.** <br> **sgummow@fgppr.com** <br> **ishleypak@fgppr.com** <br> **222 N. LaSalle St., Suite 1400** <br> **Chicago, IL 60614** <br> **Telephone: (312) 863-5000** <br> **Facsimile: (312) 863-5000** |

{01676441;v1}  1

PLEASE TAKE FURTHER NOTICE that this request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, e-mail, hand delivery, telephone, telegraph, facsimile, telex, or otherwise: (1) that affects or seeks to affect in any way any rights or interest of any creditor or any party-in-interest in this case, including AIG with respect to (a) the debtor; (b) property of the estate or proceeds thereof, in which the debtor may claim in interest; or (c) property or proceeds thereof in the possession, custody or control of others that the debtor may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment, or conduct by the delivery of any property, payment, or other conduct by AIG.

PLEASE TAKE FURTHER NOTICE that AIG intends that neither this Entry of Appearance nor any later appearance, claim, or other pleadings shall waive (1) AIG's right to have final Orders in non-core matters entered only after *de novo* review by the United States District Court; (2) AIG's right to trial by jury in any proceeding related to this case; (3) AIG's right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any rights, claims, actions, defenses, set-offs or

[remainder of page intentionally blank]

recruitments to which AIG is or may be entitled to under agreement, in law or at equity, all of which rights, claims, actions, defenses, set-off or recruitments AIG hereby expressly reserves.

**FINEMAN KREKSTEIN & HARRIS PC**

By:   /s/Deirdre M. Richards
Deirdre M. Richards (#4191)
1300 N. King Street
Wilmington, DE 19801
Telephone: (302) 538-8331
Facsimile: (302) 394-9228
drichards@finemanlawfirm.com

-and-

Susan N.K. Gummow, Esquire
Igor Shleypak, Esquire
Foran Glennon Palandech Ponzi & Rudloff, P.C.
sgummow@fgppr.com
ishleypak@fgppr.com
222 N. LaSalle St., Suite 1400
Chicago, IL 60614
Telephone: (312) 863-5000
Facsimile**:** (312) 863-5000

*Attorneys for National Union Fire Insurance Company of Pittsburgh, PA; Lexington Insurance Company; Landmark Insurance Company; The Insurance Company of the State of Pennsylvania; and their affiliated entities*

Dated: March 3, 2020