## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> BOY SCOUTS OF AMERICA AND ) <br> DELAWARE BSA, LLC,[1] ) <br> ) <br>           Debtors. ) <br> ) | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Wilmer Cutler Pickering Hale and Dorr LLP hereby enters its appearance as counsel for Columbia Casualty Company; The Continental Insurance Company as successor in interest to certain policies issued by Harbor Insurance Company; The Continental Insurance Company successor by merger to Niagara Fire Insurance Company; and The Continental Insurance Company ("Continental"), pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, and requests that all notices given to or required to be served in these cases be given and served upon the undersigned at the office, address, and telephone number set forth below:

> Craig Goldblatt, Esq.
> WILMER CUTLER PICKERING HALE
>  AND DORR LLP
> 1875 Pennsylvania Avenue, N.W.
> Washington, DC 20006
> Telephone: (202) 663-6000
> Facsimile:  (202) 663-6363
> Email: craig.goldblatt@wilmerhale.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints or demands

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

transmitted or conveyed by mail delivery, telephone, telex or otherwise, which affect the Debtors or property of the Debtors.

**PLEASE TAKE FURTHER NOTICE**, that the undersigned hereby requests that the name and address set forth herein be added to the mailing matrix in these cases.

**PLEASE TAKE FURTHER NOTICE**, that Continental intends that neither this Notice of Appearance, nor any former or later pleading, claim or suit shall waive (1) Continental's right to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) Continental's right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related in these cases, (3) Continental's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) Continental's right to have any claims constitutionally required to be determined by the District Court be determined therein, (5) Continental's right to have any matter heard by an arbitrator, or (6) any other rights, claims, actions, defenses, setoffs, or recoupments to which Continental is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Continental expressly reserves.

Dated: March 3, 2020

        **WILMER CUTLER PICKERING HALE AND DORR LLP**

        __/s/__ *Craig Goldblatt*_____
        Craig Goldblatt [Del. Bar No. 6665]
        1875 Pennsylvania Avenue, N.W.
        Washington, DC 20006
        Telephone: (202) 663-6000
        Facsimile:  (202) 663-6363
        craig.goldblatt@wilmerhale.com