**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>                              Debtors. | Case No. 20-10343 (LSS)<br><br>Chapter 11<br><br>(Jointly Administration Requested) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Bruce R. Ewing, Esquire, to represent Girl Scouts of the United States of America, a congressionally chartered corporation.

Dated: March 3, 2020

/s/  Alessandra Glorioso
DORSEY & WHITNEY (DELAWARE) LLP
Alessandra Glorioso (DE No. 5757)
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
Phone:  (302) 425-7171

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Bankruptcy Court Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for the District Court revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  March 3, 2020

/ s/  Bruce R. Ewing
Bruce R. Ewing
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019
Telephone: (212) 415-9200

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.