# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that the undersigned, Richard G. Mason, Douglas K. Mayer, and Joseph C. Celentino of Wachtell, Lipton, Rosen & Katz, appear in the above-captioned case on behalf of the Ad Hoc Committee of Local Councils of the Boy Scouts of America (the "Local Council Committee"), which consists of the following local councils: (1) Andrew Jackson Council; (2) Atlanta Area Council; (3) Crossroads of America Council; (4) Denver Area Council; (5) Grand Canyon Council; (6) Greater New York Councils; (7) Mid-America Council; and (8) Minsi Trails Council.[2] The undersigned, pursuant to Bankruptcy Rules 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code, request that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following addresses:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2] For the avoidance of doubt, this notice shall not be construed to be a notice of appearance on behalf of any individual member of the Local Council Committee. The undersigned represent only the Local Council Committee and not any of its members individually. The undersigned in their capacity as counsel do not have actual or apparent authority to obligate any member of the Local Council Committee or any other local council of the Boy Scouts of America. Neither the Local Council Committee nor any of its members are fiduciaries for any other local council of the Boy Scouts of America.

Richard G. Mason
Douglas K. Mayer
Joseph C. Celentino
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York  10019
Phone:  (212) 403-1000
Facsimile:  (212) 403-2000
Email:  RGMason@wlrk.com
            DKMayer@wlrk.com
            JCCelentino@wlrk.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the abovementioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

PLEASE TAKE FURTHER NOTICE that the foregoing simply constitutes a request for service and does not constitute:  (i) consent to the jurisdiction of the Bankruptcy Court, (ii) consent to entry of final orders or judgments by the Bankruptcy Court if it is determined that the Bankruptcy Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution, or (iii) a waiver of the right to a jury trial.

| | |
|---|---|
| Dated:  March 3, 2020<br>           Wilmington, Delaware | Respectfully Submitted,<br><br> /s/ Richard G. Mason<br>Richard G. Mason<br>Douglas K. Mayer<br>Joseph C. Celentino<br>WACHTELL, LIPTON, ROSEN & KATZ<br>51 West 52nd Street<br>New York, New York  10019<br>Phone:  (212) 403-1000<br>Facsimile:  (212) 403-2000<br>Email:  RGMason@wlrk.com<br>           DKMayer@wlrk.com<br>           JCCelentino@wlrk.com |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 3rd day of March, 2020, a true and correct copy of the foregoing Notice of Appearance and Request for Service was served via the Bankruptcy Court's electronic case filing system (CM/ECF) to parties registered to receive such notice in the above-captioned case.

Dated:  March 3, 2020
       Wilmington, Delaware

Respectfully Submitted,

/s/ Joseph C. Celentino
Richard G. Mason
Douglas K. Mayer
Joseph C. Celentino
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York  10019
Phone:  (212) 403-1000
Facsimile:  (212) 403-2000
Email:  RGMason@wlrk.com
       DKMayer@wlrk.com
       JCCelentino@wlrk.com