IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
|  | : | Case No. 20-10343 (LSS) |
| Boy Scouts of America, | : |  |
| *et al.*, | : | (Jointly Administered) |
| Debtors. | : |  |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule of Bankruptcy Procedure 9010-1 and the attached Certification, counsel moves the admission *pro hac vice* of Igor Shleypak, Esquire to represent National Union Fire Insurance Company of Pittsburgh, PA; Lexington Insurance Company; Landmark Insurance Company; The Insurance Company of the State of Pennsylvania; and their affiliated entities in the above bankruptcy cases.

Dated: March 3, 2020

*/s/ Deirdre M. Richards*
Deirdre M. Richards (No.4191)
Fineman Krekstein & Harris, PC
1300 N. King Street
Wilmington, DE 19801
Telephone:302-558-8331; Facsimile: (302) 394- 9228
drichards@finemanlawfirm.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or the course of this action. I also certify that I am generally familiar with this Court's local rules and with the revised Standing Order for the District Court Fund effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

/s/ *Igor Shleypak*
Igor Shleypak, Esquire
Foran Glennon Palandech Ponzi & Rudloff, P.C.
(Illinois Bar No. 6318086)
222 N. LaSalle St., Suite 1400
Chicago, IL 60614
Telephone: (312) 863-5000
Facsimile: (312) 863-5099
ishleypak@fgppr.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is GRANTED.

**Dated: March 4th, 2020**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

{01676442;v1}