IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Scott M. Ewing, depose and say that I am employed by Omni Agent Solutions ("**Omni**"), the proposed claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On February 26, 2020 at my direction and under my supervision, employees of Omni caused true and correct copies of the following documents to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**.

- Notice of Hearing of the Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief [Docket No. 107]

- Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief [Docket No. 17]

- Notice of Hearing of the Debtors' Motion for Entry of an Order (I) Scheduling Certain Deadlines in Connection with Potential Disputes Regarding the Debtors' Identified Property and (II) Granting Related Relief [Docket No. 108]

- Motion to Approve Debtors' Motion for Entry of an Order (I) Scheduling Certain Deadlines in Connection with Potential Disputes Regarding the Debtors' Identified Property and (II) Granting Related Relief [Docket No. 19]

Dated: March 4, 2020

/s/ Scott M. Ewing
Scott M. Ewing
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
(818) 906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 4th day of March, 2020, by Scott M. Ewing proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**EXHIBIT A**

**Exhibit A**
Core/2002 Service List
Served as set forth below

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Top 30 Unsecured Creditor | American Engineers & Contractors | Attn: Shiv Shahi, Owner<br>224 Datura St, Ste 1012<br>West Palm Beach, FL 33401 | shiv@aecbuild.Com | First Class Mail and Email |
| Plaintiff Counsel | Andreozzi & Assoc, PC | Attn: Nathaniel L. Foote, Esq.<br>111 N Front St<br>Harrisburg, PA 17101 | | First Class Mail |
| Top 30 Unsecured Creditor | Anne Terry | Address Redacted | | First Class Mail |
| Plaintiff Counsel | Ava Law Group, Inc | Attn: Andrew Van Arsdale, Esq.<br>3667 Voltaire St<br>San Diego, CA 92106 | support@ava.law | First Class Mail and Email |
| NOA - Sequoia Council of Boy Scouts, Inc. | Baker Manock & Jensen, PC | Attn: Jan T. Perkins<br>5260 North Palm Avenue, Suite 421<br>Fresno, CA 93704 | jperkins@bakermanock.com | Email |
| Plaintiff Counsel | Bondurant, Mixson & Elmore, LLC | Attn: Michael B. Terry<br>One Atlantic Ctr<br>1201 W Peachtree St Nw, Ste 3900<br>Atlanta, GA 30309 | terry@bmelaw.com | First Class Mail and Email |
| Top 30 Unsecured Creditor | Bradley Farmer | Address Redacted | Email Address Redacted | First Class Mail and Email |
| NOA - Counsel for the National Surety Corporation | Bradley Riley Jacobs PC | Attn: Todd C. Jacobs<br>320 W Ohio St, Ste 3W<br>Chicago, IL 60654 | tjacobs@bradleyriley.com | Email |
| Top 30 Unsecured Creditor | C Michael Hoover Jr | Address Redacted | Email Address Redacted | First Class Mail and Email |
| Top 30 Unsecured Creditor | C Wayne Brock | Address Redacted | Email Address Redacted | First Class Mail and Email |
| Plaintiff Counsel | Crew Janci LLP | Attn: Stephen Crew<br>1200 NW Naito Pkwy, Ste 500<br>Portland, OR 97209 | steve@crewjanci.com | First Class Mail and Email |
| Top 30 Unsecured Creditor | David J Ross II | Address Redacted | Email Address Redacted | First Class Mail and Email |
| Top 30 Unsecured Creditor | Doe Claimant 2002 | Address Redacted | | First Class Mail |
| Top 30 Unsecured Creditor | Donald Mcchesney | Address Redacted | | First Class Mail |
| NOA - Counsel for Girl Scouts of the United States of America | Dorsey & Whitney LLP | Attn: Bruce R Ewing<br>Attn: Eric Lopez Schnabel<br>51 W 52nd St<br>New York, NY 10019 | ewing.bruce@dorsey.com<br>schnabel.eric@dorsey.com | Email |
| NOA - Counsel for Girl Scouts of the United States of America | Dorsey & Whitney LLP | Attn: Eric Lopez Schnabel<br>Attn: Alessandra Glorioso<br>300 Delaware Ave, Ste 1010<br>Wilmington, DE 19801 | schnabel.eric@dorsey.com<br>glorioso.alessandra@dorsey.com | Email |
| Plaintiff Counsel | Dumas Law Group, LLC<br>aka Dumas & Vaughn Attorneys At Law | Attn: Gilion Dumas<br>3835 NE Hancock St, Ste Gl-B<br>Portland, OR 97212 | gilion@dumaslawgroup.com | First Class Mail and Email |
| Plaintiff Counsel | Eisenberg Rothweiler, Winkler, Eisenberg & Jeck, Pc | Attn: Stewart Eisenberg, Esq.<br>1634 Spruce St<br>Philadelphia, PA 19103 | | First Class Mail |
| NOA - Counsel for Boys Scouts of America San Diego | Foley & Lardner LLP | Attn: Richard J Bernard<br>90 Park Ave<br>New York, NY 10016 | rbernard@foley.com | Email |
| NOA - Counsel for Boys Scouts of America San Diego | Foley & Lardner LLP | Attn: Victor Vilaplana<br>3579 Valley Centre Dr, Ste 300<br>San Diego, CA 92130 | vavilaplana@foley.com | Email |
| NOA - Counsel for Old Republic Insurance Company | Fox Swibel Levin & Carroll LLP | Attn: Margaret M. Anderson<br>200 W Madison St, Ste 3000<br>Chicago, IL 60606 | panderson@foxswibel.com | Email |
| Top 30 Unsecured Creditor | Gary Butler | Address Redacted | Email Address Redacted | First Class Mail and Email |
| Plaintiff Counsel | Green & Gillispie | Attn: Joshua Gillispie<br>1 Riverfront Pl, Ste 605<br>North Little Rock, AR 72114 | josh@greenandgillispie.com | First Class Mail and Email |
| Plaintiff Counsel | Gregg, Hunt, Ahern & Embry | Attorneys At Law<br>Attn: Jonathan Barnes<br>One Cranberry Hill, 304<br>Lexington, MA 02421 | jbarnes@chelaw.com | First Class Mail and Email |
| Top 30 Unsecured Creditor | Hugh Travis | Address Redacted | Email Address Redacted | First Class Mail and Email |
| Plaintiff Counsel | Hurley Mckenna & Mertz PC | Attn: Christopher Hurley<br>33 N Dearborn St, Ste 1430<br>Chicago, IL 60602 | churley@hurley-law.com | First Class Mail and Email |
| Core Parties | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | First Class Mail |
| NOA - Claimants, Joseph Kaminski, and other Claimants | Jacobs & Crumplar, P.A. | Attn: Reann Warner<br>Attn: Thomas C. Crumplar<br>750 Shipyard Dr., Suite 200<br>Wilmington, DE 19801 | raeann@jcdelaw.com<br>tom@jcdelaw.com | Email |
| NOA - Counsel for Weaver Fundraising, LLC d/b/a Trail's End Popcorn Company | Jay Jaffe | 600 E. 96th St, Ste 600<br>Indianapolis, IN 46240 | jay.jaffe@faegredrinker.com | Email |
| Plaintiff Counsel | Jeff Anderson & Assoc, PA | Attn: Jeffrey Anderson<br>505 Thornall St, Ste 405<br>Edison, NJ 08837 | jeff@andersonadvocates.com | First Class Mail and Email |
| Top 30 Unsecured Creditor | Jeffrey Hunt | Address Redacted | Email Address Redacted | First Class Mail and Email |
| Top 30 Unsecured Creditor | John Green | Address Redacted | Email Address Redacted | First Class Mail and Email |

**Exhibit A**
Core/2002 Service List
Served as set forth below

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Top 30 Unsecured Creditor | American Engineers & Contractors | Attn: Shiv Shahi, Owner<br>224 Datura St, Ste 1012<br>West Palm Beach, FL 33401 | shiv@aecbuild.Com | First Class Mail and Email |
| Bank Debt | JPMorgan Chase Bank, NA | Attn: Phil Martin<br>10 S Dearborn St<br>Mail Code Il1-1415<br>Chicago, Il 60603 | | First Class Mail |
| Top 30 Unsecured Creditor | Judith Ratcliffe | Address Redacted | | First Class Mail |
| NOA - Counsel for Chief Seattle Council, Boy Scouts of America | Karr Tuttle Campbell, PS | Attn: Bruce W. Leaverton<br>701 5th Ave, Ste 3300<br>Seattle, WA 98104 | bleaverton@karrtuttle.com | Email |
| Top 30 Unsecured Creditor | Kathy Sue Stone | Address Redacted | Email Address Redacted | First Class Mail and Email |
| Top 30 Unsecured Creditor | Kenneth L Connelly | Address Redacted | Email Address Redacted | First Class Mail and Email |
| Plaintiff Counsel | Kosnoff Law | Attn: Timothy Kosnoff, Esq.<br>1321 Upland Dr PMB 4685<br>Houston, TX 77043 | tim@kosnoff.com | First Class Mail and Email |
| NOA - Counsel for The Church of Jesus Christ of Latter-day Saints | Latham & Watkins LLP | Attn: Adam J Goldberg<br>885 3rd Ave<br>New York, NY 10022-4834 | adam.goldberg@lw.com | Email |
| NOA - Counsel for The Church of Jesus Christ of Latter-day Saints | Latham & Watkins LLP | Attn: Jeffrey E Bjork<br>Attn: Kimberly A Posin<br>Attn: Nicholas J Messana<br>355 S Grand Ave, Ste 100<br>Los Angeles, CA 90071-1560 | jeff.bjork@lw.com<br>kim.posin@lw.com<br>nicholas.messana@lw.com | Email |
| Top 30 Unsecured Creditor | Law Offices of Jeffrey E. Martin LLC | On behalf of Doe Claimant 2001<br>2340 S. Arlington Hts Rd, Ste 520<br>Arlington Hts, IL 60005 | jem@martinlawchicago.com | First Class Mail and Email |
| Plaintiff Counsel | Law Offices Of Mitchell Garabedian | Attn: Mitchell Garabedian<br>100 State St, 6th Fl<br>Boston, MA 02109 | mgarabedian@garabedianlaw.com | First Class Mail and Email |
| Plaintiff Counsel | Lindsay Hart, LLP | Attn: James L Dumas<br>1300 SW 5th Ave, Ste 3400<br>Portland, OR 97201 | jdumas@lindsayhart.com | First Class Mail and Email |
| NOA - Counsel for Houston Liens, Harris County, Cleveland ISD, Montgomery County, Orange County, and Montgomery County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman<br>P.O. Box 3064<br>Houston, TX 77253-3064 | houston_bankruptcy@publicans.com | Email |
| NOA - Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller<br>2777 N. Stemmons Fwy, Ste 1000<br>Dallas, TX 75207 | dallas.bankruptcy@publicans.com | Email |
| Top 30 Unsecured Creditor | Lion Brothers Co Inc | Attn: Susan Ganz, CEO<br>10246 Reisterstown Rd<br>Owings Mills, MD 21117 | sganz@lionbrothers.Com | First Class Mail and Email |
| Plaintiff Counsel | Lujan & Wolff, LLP | Attn: David Lujan<br>238 Archbishop Flores St, Ste 300<br>DNA Bldg<br>Hagatna, GU 96910 | | First Class Mail |
| Plaintiff Counsel | Marsh Law Firm | Attn: James Marsh<br>151 E Post Rd, Ste 102<br>White Plains, NY 10601 | jamesmarch@marsh.law | First Class Mail and Email |
| Plaintiff Counsel | Merson Law | Attn: Jordan Merson<br>150 E 58th St, 34th Fl<br>New York, NY 10155 | jmerson@mersonlaw.com | First Class Mail and Email |
| Plaintiff Counsel | Michael G Dowd | Attn: Michael G Dowd<br>600 3rd Ave, 15th Fl<br>New York, NY 10016 | | First Class Mail |
| Top 30 Unsecured Creditor | Michael Surbaugh | Address Redacted | Email Address Redacted | First Class Mail and Email |
| NOA - Counsel for Sun Life Assurance Company of Canada | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Kate P Foley<br>1800 W Park Dr, Ste 400<br>Westborough, MA 01581 | kfoley@mirickoconnell.com | Email |
| NOA - Counsel for Sun Life Assurance Company of Canada | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Paul W Carey<br>100 Front St<br>Worcester, MA 01608 | pcarey@mirickoconnell.com | Email |
| NOA - Missouri Department of Revenue | Missouri Department of Revenue | Bankruptcy Unit<br>Attn: Steven A. Ginther<br>PO Box 475<br>Jefferson City, MO  65105-0475 | deecf@dor.mo.gov | Email |
| NOA - Counsel for Old Republic Insurance Company | Morris James LLP | Attn: Brett D. Fallon<br>Attn: Brya M. Keilson<br>500 Delaware Ave, Ste 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 | bfallon@morrisjames.com<br>bkeilson@morrisjames.com | Email |
| Top 30 Unsecured Creditor | NCS Pearson, Inc | Attn: Bjarne Tellmann, Gen Counsel & CLO<br>200 Old Tappen Rd<br>Old Tappan, NJ 07675 | Bjarne.Tellmann@Pearson.Com | First Class Mail and Email |

**Exhibit A**
Core/2002 Service List
Served as set forth below

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Top 30 Unsecured Creditor | American Engineers & Contractors | Attn: Shiv Shahi, Owner<br>224 Datura St, Ste 1012<br>West Palm Beach, FL 33401 | shiv@aecbuild.Com | First Class Mail and Email |
| NOA - Counsel for JPMorgan Chase Bank, National Association | Norton Rose Fulbright Us LLP | Attn: Louis R. Strubeck, Jr<br>Attn: Kristian W. Gluck<br>Attn: Ryan E. Manns<br>Attn: Shivani Shah<br>1301 Ave of the Americas<br>New York, NY 10019-6023 | louis.strubeck@nortonrosefulbright.com<br>kristian.gluck@nortonrosefulbright.com<br>ryan.manns@nortonrosefulbright.com<br>shivani.shah@nortonrosefulbright.com | Email |
| NOA - Counsel for JPMorgan Chase Bank, National Association | Norton Rose Fulbright Us LLP | Attn: Louis R. Strubeck, Jr<br>2200 Ross Ave, Suite 3600<br>Dallas, TX 75201-7933 | louis.strubeck@nortonrosefulbright.com | Email |
| Core Parties | Office of the United States Trustee | Attn: David L. Buchbinder<br>Attn: Hannah Mufson McCollum<br>844 King St, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | david.l.buchbinder@usdoj.gov<br>hannah.mccollum@usdoj.gov | First Class Mail and Email |
| Core Parties | Pachulski Stang Ziehl & Jones | Attn: James I. Stang<br>10100 Santa Monica Blvd, 13th Fl<br>Los Angeles, CA 90067-4003 | jstang@pszjlaw.com | Email |
| NOA - Counsel for Weaver Fundraising, LLC d/b/a Trail's End Popcorn Company | Patrick A. Johnson | 222 Delaware Ave, Ste 1410    Wilmington, DE 19801-1621 | patrick.jackson@faegredrinker.com | Email |
| Plaintiff Counsel | Paul Mones | Attn: Paul Mones<br>13101 Washington Blvd<br>Los Angeles, CA 90066 | pamones@comcast.net | First Class Mail and Email |
| Plaintiff Counsel | Penn Law Group | Attn: Darren Penn<br>4200 Northside Pkwy, Nw<br>Building One, Ste 100<br>Atlanta, GA 30327 | darren@pennlawgroup.com | First Class Mail and Email |
| NOA - Counsel for the Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corp | Attn: Patricia Kelly, CFO<br>Attn: Cassandra Burton, Attorney<br>1200 K St NW<br>Washington, DC 20005 | kelly.patricia@pbgc.Gov<br>burton.cassandra@pbgc.gov<br>efile@pbgc.gov | Email |
| NOA - Counsel for the National Surety Corporation | Pepper Hamilton LLP | Attn: David M. Fournier<br>Attn: Marcy J. McLaughlin Smith<br>1313 Market St, Ste 5100<br>P.O. Box 1709<br>Wilmington, DE 19899-1709 | fournierd@pepperlaw.com<br>mclaughm@pepperlaw.com | Email |
| Plaintiff Counsel | Pfau, Cochran, Vertetis, Amala PLLC | Attn: Michael Pfau<br>403 Columbia St, Ste 500<br>Seattle, WA 98104 | michael@pcvalaw.com | First Class Mail and Email |
| Top 30 Unsecured Creditor | Quad/Graphics, Inc | Attn: Joel Quadracci, Chairman, Pres & CEO<br>N61W23044 Harrys Way<br>Sussex, WI 53089-2827 | Joel.Quadracci@Qg.Com | First Class Mail and Email |
| Top 30 Unsecured Creditor | Raymond L Blackwell | Address Redacted | Email Address Redacted | First Class Mail and Email |
| Plaintiff Counsel | Rebenack, Aronow, Mascolo, LLP | Attn: Jay Silvio Mascolo<br>111 Livingston Ave<br>New Brunswick, NJ 08901 | jmascolo@ram.law | First Class Mail and Email |
| Top 30 Unsecured Creditor | Richard Lehr | Address Redacted | Email Address Redacted | First Class Mail and Email |
| NOA - Counsel for The Church of Jesus Christ of Latter-day Saints | Richards, Layton & Finger, PA | Attn: Michael Merchant<br>Attn: Brett Haywood<br>One Rodney Square<br>920 N King St<br>Wilmington, DE 19801 | merchant@rlf.com<br>haywood@rlf.com | Email |
| Top 30 Unsecured Creditor | Robert J Mazzuca | Address Redacted | Email Address Redacted | First Class Mail and Email |
| Top 30 Unsecured Creditor | Robert Tuggle | Address Redacted | Email Address Redacted | First Class Mail and Email |
| Plaintiff Counsel | Robins Kaplan LLP | Attn: Patrick Stoneking<br>399 Park Ave, Ste 3600<br>New York, NY 10022 | pstoneking@robinskaplan.com | First Class Mail and Email |
| Top 30 Unsecured Creditor | Roger A Ohmstede | Address Redacted | Email Address Redacted | First Class Mail and Email |
| Top 30 Unsecured Creditor | Roy L Williams | Address Redacted | | First Class Mail |
| Plaintiff Counsel | Rubenstein & Rynecki | Attn: Sanford Rubenstein<br>16 Court St, Suite 1717<br>Brooklyn, NY 11241 | | First Class Mail |
| NOA - Sequoia Council of Boy Scouts, Inc. | Sequoia Council of Boy Scouts, Inc. | Attn: Michael Marchese<br>6005 N. Tamera Avenue<br>Fresno, CA 93711 | michael.marchese@scouting.org | Email |
| NOA - Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company | Shipman & Goodwin LLP | Attn: Eric S. Goldstein<br>One Constitution Plaza<br>Hartford, CT 06103-1919 | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com | Email |
| Plaintiff Counsel | Sweeny Reich & Bolz, LLP | Attn: Gerard Sweeney<br>1981 Marcus Ave, Ste 200<br>Lake Success, NY 11042 | | First Class Mail |

**Exhibit A**
Core/2002 Service List
Served as set forth below

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Top 30 Unsecured Creditor | American Engineers & Contractors | Attn: Shiv Shahi, Owner<br>224 Datura St, Ste 1012<br>West Palm Beach, FL 33401 | shiv@aecbuild.Com | First Class Mail and Email |
| NOA - Authorized Agent for Synchrony Bank | Synchrony Bank | c/o PRA Receivables Management, LLC<br>Attn: Valerie Smith<br>P.O. Box 41021<br>Norfolk, VA 23541 | claims@recoverycorp.com | Email |
| Bonds | The County Commission Of Fayette County | Attn: President<br>P.O. Box 307<br>Fayetteville, WV 25840 | | First Class Mail |
| Bonds | The County Commission Of Fayette County | c/o Steptoe & Johnson Pllc<br>Attn: John Stump, Esq.<br>Chase Tower - Eighth Fl<br>707 Virginia St E.<br>Charleston, WV 25301 | | First Class Mail |
| NOA - Claimants, Joseph Kaminski, and other Claimants | The Neuberger Firm | Attn: Thomas S. Neuberger<br>Attn: Stephen J. Neuberger<br>17 Harlech Dr.<br>Wilmington, DE 19807 | tsn@neubergerlaw.com<br>sjn@neubergerlaw.com | Email |
| Top 30 Unsecured Creditor | Thomas H Fitzgibbon | Address Redacted | Email Address Redacted | First Class Mail and Email |
| Top 30 Unsecured Creditor | Thomas Harrington | Address Redacted | Email Address Redacted | First Class Mail and Email |
| Plaintiff Counsel | Thomas Law Office, PLLC | Attn: Tad Thomas<br>9418 Norton Commons Blvd, Ste 200<br>Louisville, KY 40059 | tad@thomaslawoffices.com | First Class Mail and Email |
| Top 30 Unsecured Creditor | Thomas Varnell | Address Redacted | Email Address Redacted | First Class Mail and Email |
| NOA - Counsel for the National Surety Corporation | Troutman Sanders LLP | Attn: Harris B. Winsberg<br>Attn: Matthew G. Roberts<br>600 Peachtree St NE, Ste 3000<br>Atlanta, GA 30308 | harris.winsberg@troutman.com<br>matthew.roberts2@troutman.com | Email |
| Core Parties | United States Dept Of Justice | 950 Pennsylvania Ave, Nw<br>Room 2242<br>Washington, DC 20530-0001 | | First Class Mail |
| Core Parties | US Attorney For Delaware | Attn: David C Weiss<br>1007 Orange St, Ste 700<br>P.O. Box 2046<br>Wilmington, DE 19899-2046 | usade.ecfbankruptcy@usdoj.gov | First Class Mail and Email |
| Core Parties | Wachtell, Lipton, Rosen & Katz | Attn: Richard Mason<br>Attn: Douglas Mayer<br>Attn: Joseph C. Celentino<br>51 W 52nd St<br>New York, NY 10019 | rgmason@wlrk..com<br>dkmayer@wlrk.com<br>jcccelentino@wlrk.com | First Class Mail and Email |
| NOA - Sequoia Council of Boy Scouts, Inc. | Wanger Jones Helsley, PC | Attn: Riley C. Walter<br>265 E. River Park Circle, Suite 310<br>Fresno, CA 93720 | rwalter@wjhattorneys.com | Email |
| NOA - Counsel for JPMorgan Chase Bank, National Association | Womble Bond Dickinson (US) LLP | Attn: Matthew Ward<br>Attn: Morgan Patterson<br>1313 N Market St, Ste 1200<br>Wilmington, DE 19801 | matthew.ward@wbd-us.com<br>morgan.patterson@wbd-us.com | Email |
| Core Parties | Young Conaway Stargatt & Taylor | Attn: James L. Patton, Jr<br>Attn: Robert Brady<br>Attn: Edwin Harron<br>Rodney Square<br>1000 N King St<br>Wilmington, DE 19801 | jpatton@ycst.com<br>rbrady@ycst.com<br>eharron@ycst.com | First Class Mail and Email |