**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Boy Scouts of America, *et al.,* | : | Case No. 20-10343 (LSS) |
| | : | |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor. | : | COMMITTEE OF UNSECURED |
| ---------------------------------- | : | TRADE CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Pension Benefit Guaranty Corporation.**, Attn: Tom Taylor, 1200 K. Street, NW, Washington, DC 20005, Phone: 202-560-2483, Fax: 202-326-4112

2. **Girl Scouts of the United States of America**, Attn: Jennifer Rochon, 420 Fifth Avenue, New York, NY 10018, Phone: 212-852-8000

3. **Roger A. Ohmstede, Email: rog.sandy@mac.com**

4. **Pearson Education, Inc.,** Attn: John Garry, 221 River Street, Hoboken, New Jersey 07030, Phone: 201-236-6930

5. **Lion Brothers Inc.,** Attn: Susan Ganz, 300 Red Brook Blvd., Owings Mills, Maryland 21117, Phone: 410-363-1000, Ext. 247, Fax: 410-363-0161

ANDREW R. VARA
United States Trustee, Region 3

/s/ *David Buchbinder* for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: March 5, 2020

Attorney assigned to this Case: David Buchbinder, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Derek Abbott, Esq., Phone: 302-658-9200, Fax: 302-658-3989