UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Boy Scouts of America, *et al.,* | : | Case No. 20-10343 (LSS) |
| | : | |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor. | : | COMMITTEE - TORT CLAIMANTS |

---------------------------------

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Robb Lawson**

2. **Robert Grier**

3. **Morgan Wade Paul**

4. **Christopher Desmond Haywood**

5. **Douglas A. Kennedy**

6. **Jorge Tobon**

7. **Jorge Vega**

8. **John Humphrey**

9. **Richard Halvorson**


ANDREW R. VARA
United States Trustee, Region 3


 /s/ *David Buchbinder* for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: March 5, 2020

Attorney assigned to this Case: David Buchbinder, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Derek Abbott, Esq., Phone: 302 658-9200, Fax: 302-658-3989