IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN THE MATTER OF: CASE NO. 20-10343

BOY SCOUTS OF AMERICA

  DEBTORS CHAPTER 11

THE TEXAS TAXING AUTHORITIES' OBJECTION TO DEBTOR'S INTERIM ORDER (I) AUTHORIZING THE DEBTORS TO UTILIZE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363; (II) GRANTING ADEQUATE PROTECTION TO THE PREPETITION SECURED PARTY PURSUANT TO 11 U.S.C. §§ 105(a), 361, 362, 363, 503, AND 507; (III) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001(b); AND (IV) GRANTING RELATED RELIEF

TO THE HONORABLE BANKRUPTCY JUDGE:

NOW COMES The County of Anderson, Texas, The County of Denton, Texas, Harrison Central Appraisal District, The County of Harrison, Texas, The County of Henderson, Texas, Midland Central Appraisal District, The County of Milam, Texas, Terry County Appraisal District, The County of Williamson, Texas (hereinafter, referred to as "Texas Taxing Authorities") are secured creditors in the above bankruptcy case, and files this Objection to Interim Order (I) Authorizing the Debtors to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to the Prepetition Secured Party Pursuant to 11 U.S.C. §§ 105(a), 361, 362, 363, 503, and 507; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b); and (IV) Granting Related Relief **[Doc. 90]** on the following grounds:

1. The Texas Taxing Authorities are political subdivisions of the State of Texas authorized to assess and collect ad valorem taxes pursuant to the laws of the State. The Texas Taxing Authorities filed secured claims for pre-petition ad valorem taxes totaling $9,479.98.

2. These taxes are secured with a security interest that is superior to that of any other secured claim under the Texas Constitution, Article VIII, Section 15, and the Texas Property Tax Code, Section 32.01 and Section 32.05(b). Stanford v. Butler, 826 F.2d 353 (5th Cir. 1987), 11 USC § 506; Universal Seismic Associates, Inc., 288 F.3d 205 (5th Cir. 2002);

In Re Winn's Stores, Inc.; 177 B.R. 253 (Bktcy W.D. Tex 1995). In addition, the lien is a lien *in solido* and attaches to all real and business personal property of the debtors. Texas Property Tax Code Section 32.01(b).

3. The Texas Taxing Authorities object to The Interim Order to the extent that the pre-petition liens are being primed by that of the DIP Lenders. The Texas Taxing Authorities object to the entry of any interim or final order that purports the superior lien position of The Texas Taxing Authorities. The tax liens arise on January 1 of each tax year and "floats" to after acquired property. See City of Dallas v Cornerstone Bank, 879 S. W. 2d 264 (Tex. App. – Dallas 1994). The tax liens are *in solido* and a lien on all personal property of the Debtor. See In re Universal Seismic, 288 F.3d 205 (5th Cir. 2002). The tax lien is also unavoidable. See In re: Winns Store, 177 B.R. 253 (Bankr. W.D. Tex. 1995)

4. The inclusion of the following language in the Orders authorizing the Debtor to use cash collateral would be adequate to enable the Claimant to withdraw its Objection to this Interim Order:

    a. Notwithstanding any other provisions included in the Interim Order or Final Order, or any agreements approved hereby, any statutory liens (collectively, the "Tax Liens"), of The Texas Taxing Authorities shall not be primed by nor made subordinate to any liens granted to any party hereby to the extent such Tax Liens are valid, senior, perfected, and unavoidable, and all parties' rights to object to the priority, validity, amount, and extent of the claims and liens asserted by The Texas Taxing Authorities are fully preserved.

WHEREFORE, The Texas Taxing Authorities object to The Interim Order and requests this Court to order appropriate provisions to assure the protection of the position of their secured tax claim and further request other such relief as is just and proper.

Dated: March 6, 2020

Respectfully submitted,
MCCREARY, VESELKA, BRAGG & ALLEN, P.C.

*/s/Tara LeDay*
Tara LeDay
State Bar Number 24106701
P.O. Box 1269
Round Rock, Texas 78680
Telephone: (512) 323-3200
tleday@mvbalaw.com

*Attorneys for The Texas Taxing Authorities*

§§

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above document was served via the Court's ECF System on March 6, 2020 to the parties on the attached service list and to all parties requested ECF notification in this case for the District of Delaware.

*/s/Tara LeDay*
Tara LeDay