# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered)<br><br>**Hearing Date: March 24, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: March 17, 2020 at 4:00 p.m. (ET)** |

### NOTICE OF NATIONAL SURETY CORPORATION'S MOTION (I) FOR RELIEF FROM THE AUTOMATIC STAY, OR IN THE ALTERNATIVE, (II) TO EXTEND THE STAY

To:

| | |
|---|---|
| Morris Nichols Arsht & Tunnell LLP<br>Derek C. Abbott, Andrew R. Remming,<br>Joseph C. Barsalona II, Eric W. Moats,<br>Paige N. Topper<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | Sidley Austin LLP<br>Jessica C. K. Boelter<br>787 Seventh Avenue<br>New York, New York 10019 |
| Sidley Austin LLP<br>James F. Conlan, Thomas A. Labuda,<br>Michael C. Andolina,<br>Matthew E. Linder<br>One South Dearborn Street<br>Chicago, Illinois 60603 | David L. Buchbinder<br>Office of the U.S. Trustee<br>J. Caleb Boggs Federal Building<br>Suite 2207<br>Wilmington, DE 19801 |
| Hannah Mufson McCollum<br>Office of the U.S. Trustee<br>U.S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 | All Parties Requesting Notice Pursuant to<br>Federal Rule of Bankruptcy Procedure<br>2002, and all persons and entities listed on<br>the Certificate of Service filed in connection<br>herewith |

        PLEASE TAKE NOTICE that, on March 6, 2020, National Surety Corporation ("National Surety"), by and through its undersigned attorneys, filed the *National Surety*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

#57249062 v1

*Corporation's Motion (I) for Relief from the Automatic Stay, or in the Alternative, (II) to Extend the Stay* (the "Motion").

PLEASE TAKE FURTHER NOTICE that any objections or other responses (collectively, "Objections") to entry of an order approving the Motion must be filed on or before **March 17, 2020 at 4:00 p.m. (prevailing Eastern time)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must serve a copy of the Objection upon the following parties so as to be received on or before the Objection Deadline: (A) co-counsel to National Surety: Troutman Sanders LLP, Bank of America Plaza, 600 Peachtree Street NE, Suite 3000, Atlanta, GA 30308-2216 (Attn: Harris B. Winsberg, Esq. and Matthew G. Roberts, Esq., harris.winsberg@troutman.com; matthew.roberts2@troutman.com); (B) co-counsel to National Surety: Bradley Riley Jacobs PC, 320 W. Ohio Street, Suite 3W, Chicago, IL 60654 (Attn: Todd C. Jacobs, Esq., tjacobs@bradleyriley.com); (C) co-counsel to National Surety: Pepper Hamilton LLP, Hercules Plaza, Suite 5100, 1313, N. Market Street, Wilmington, DE 19899-1709, (Attn: David M. Fournier, Esq. and Marcy J. McLaughlin Smith, Esq., fournierd@pepperlaw.com; mclaughm@pepperlaw.com).

PLEASE TAKE FURTHER NOTICE that a hearing with respect to the Motion will be held at the United States Bankruptcy Court for the District of Delaware before The Honorable Laurie Selber Silverstein, in Courtroom #2, 6th Floor, 824 North Market Street, Wilmington, Delaware 19801, on **March 24, 2020 at 10:00 a.m. (prevailing Eastern time)**.

The hearing date specified above may be a preliminary hearing or may be consolidated with a final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

| | |
|---|---|
| Dated: March 6, 2020<br>Wilmington, Delaware | **PEPPER HAMILTON LLP**<br><br>*/s/ David M. Fournier*<br>David M. Fournier (DE No. 960)<br>Marcy J. McLaughlin Smith (DE No. 6184)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, Delaware 19899-1709<br>Telephone:  (302) 777-6500<br>Facsimile:   (302) 421-8390<br>E-mail:        fournierd@pepperlaw.com<br>                   mclaughm@pepperlaw.com<br><br>-AND- |

-2-

TROUTMAN SANDERS LLP
Harris B. Winsberg (admitted *pro hac vice*)
Matthew G. Roberts (admitted *pro hac vice*)
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA  30308-2216
Telephone:     404.885.3000
Facsimile:      404.885.3900

-AND-

BRADLEY RILEY JACOBS PC
Todd C. Jacobs (admitted *pro hac vice*)
320 W. Ohio Street
Suite 3W
Chicago, IL 60654
Telephone:     312.281.0295

*Attorneys for National Surety Corporation*