**<u>EXHIBIT D</u>**

Order                                                    (Rev. 02/24/05) CCG N002

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

National Surety Corp.

v.

Boy Scouts of America et al.

No. 2017-CH-014905

#### ORDER

The parties shall appear on March 19, 2020
at 10:30 am for a hearing on Plaintiff's
Motion for entry of protective order.

Attorney No.: _____

Name: Andrew Chamberlain

Atty. for: _____

Address: 320 W Ohio #3W

City/State/Zip: Chicago IL 60654

Telephone: _____

ENTERED:

Dated: 12/19/19  Judge Alison C. Conlon

DEC 19 2019

_____
Judge                      Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS