**<u>EXHIBIT F</u>**

Order entered October 4, 2019



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-19-01119-CV

---

### IN RE NATIONAL SURETY CORPORATION, ET AL, Relators

---

**Original Proceeding from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-11896**

---

## ORDER

Before the Court are relator National Surety Corporation's September 13, 2019 petition for writ of mandamus and emergency motion for stay of underlying proceedings. Relators Century Indemnity Company's and Allianz Global Risks US Insurance Company have filed joinders to National Surety's petition and the motion to stay.  Real party in interest has filed a response to the emergency motion to stay and relators have filed replies to real party's response.

We **GRANT** the emergency motion and **STAY** the underlying trial court proceedings until further order of this Court.  We request real party in interest and respondent to file their responses, if any, to the petition by **OCTOBER 21, 2019**.

/s/    BILL WHITEHILL
PRESIDING JUSTICE