**EXHIBIT G**

Return Date: No return date scheduled
Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

FILED
2/19/2020 10:08 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2017CH14975

8532580

FILED DATE: 2/19/2020 10:08 AM    2017CH14975

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, CHANCERY DIVISION**

| | |
|---|---|
| NATIONAL SURETY CORPORATION, | |
| Plaintiff, | Case No.: 2017-CH-14975 |
| v. | |
| BOY SCOUTS OF AMERICA, *et. al.*; | Hon. Allison C. Conlon |
| Defendants. | |

**SUGGESTION OF BANKRUPTCY**

**TO THE CLERK OF SAID COURT:**

**PLEASE TAKE NOTICE** that on February 18, 2020, voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") were filed in the United States Bankruptcy Court for the District of Delaware by the Boy Scouts of America and Delaware BSA, LLC (together, the "Debtors") (Case No. 20-10343 (LSS), joint administration pending).

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 362 of the Bankruptcy Code, upon the filing of a Chapter 11 petition, an injunction is placed into effect which stays, among other things, the commencement or continuation of a judicial, administrative or other action or proceeding against the Debtors that was or could have been commenced before the filing of the petitions, and/or any act to obtain possession of or exercise control over property of the estate.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

FILED DATE: 2/19/2020 10:08 AM    2017CH14975

Dated, this the 19th day of February, 2020.

        Respectfully submitted,

        */s/ Eugene J. Schiltz*
        Eugene J. Schiltz
        120 N. LaSalle Strreet, Suite 200
        Chicago, IL 60602
        (312) 606-8622
        gschiltz@crottylaw.com

        Ernest Martin, Esq. (admitted *pro hac vice*)
        Haynes and Boone, LLP
        2323 Victory Avenue, Suite 700
        Dallas, TX 75219
        (214) 651-5641
        ernest.martin@haynesboone.com

        Adrian Azer, Esq. (admitted *pro hac vice*)
        Haynes and Boone, LLP
        800 17th Street, N.W., Suite 500
        Washington D.C. 20006
        (202) 654-4537
        adrian.azer@haynesboone.com

        *Attorneys for Defendants Boy Scouts of America and Chicago Area Council*