**EXHIBIT H**

Case 20-10343-LSS    Doc 147-9    Filed 03/06/20    Page 2 of 4

05-19-01119-
FIFTH COURT OF APPE/
DALLAS, TEX
2/18/2020 3:27
LISA M/
CLE

# CAUSE NO. 05-19-01119-CV

# IN THE COURT OF APPEALS
# FOR THE FIFTH JUDICIAL DISTRICT
# DALLAS, TEXAS

## IN RE NATIONAL SURETY CORPORATION

Original Proceeding to Cause No. DC-18-11896
Pending in the 192nd Judicial District Court,
Dallas County, Texas,
Honorable Craig Smith, Presiding

## NOTICE OF BANKRUPTCY OF THE REAL PARTY IN INTEREST

BRADLEY RILEY JACOBS PC
Todd C. Jacobs (admitted *pro hac vice*)
Illinois Bar No. 6201358
*tjacobs@bradleyriley.com*
David M. Caves (admitted *pro hac vice*)
Illinois Bar No. 6292531
*dcaves@bradleyriley.com*
320 W. Ohio Street, Suite 3W
Chicago, Illinois 60654
Telephone: (312) 281-0295
Facsimile: (319) 363-9824

MARTIN, DISIERE, JEFFERSON &
WISDOM L.L.P.
Christopher W. Martin
State Bar No. 13057620
*martin@mdjwlaw.com*
William Edward McMichael
State Bar No. 24107860
*mcmichael@mdjwlaw.com*
808 Travis Street, Suite 1100
Houston, Texas 77002
Telephone: (713) 632-1700
Facsimile: (713) 222-0101

TO THE HONORABLE COURT OF APPEALS:

Pursuant to Rule 8.1 of the Texas Rules of Appellate Procedure, the Relator, National Surety Corporation ("National Surety") files this Notice of Bankruptcy of the Real Party in Interest, Boy Scouts of America ("BSA").

On or about February 18, 2020, the Real Party in Interest filed its Bankruptcy Petition in the United States Bankruptcy Court for the District of Delaware (*In re Boy Scouts of America, et al.*, Case No. 20-10343-LLS, *currently pending in the United States Bankruptcy Court for the District of Delaware*). A copy of Real Party in Interest's Bankruptcy Petition is attached hereto as "Exhibit A."

"When a defendant files a bankruptcy petition, an automatic stay goes into effect and abates any judicial proceeding against that party." *In re N.P.T.*, 169 S.W.3d 677, 679 (Tex. App.—Dallas 2005, pet. denied) (citing 11 U.S.C. 362(a)).

Respectfully submitted,

MARTIN, DISIERE, JEFFERSON & WISDOM L.L.P.

By: *William Edward McMichael*
Christopher W. Martin
State Bar No. 13057620
*martin@mdjwlaw.com*
William Edward McMichael
State Bar No. 24107860
*mcmichael@mdjwlaw.com*
808 Travis Street, Suite 1100
Houston, Texas 77002
Telephone:  (713) 632-1700
Facsimile:   (713) 222-0101


BRADLEY RILEY JACOBS PC
Todd C. Jacobs (admitted *pro hac vice*)
Illinois Bar No. 6201358
*tjacobs@bradleyriley.com*
David M. Caves (admitted *pro hac vice*)
Illinois Bar No. 6292531
*dcaves@bradleyriley.com*
320 W. Ohio Street, Suite 3W
Chicago, Illinois 60654
Telephone: (312) 281-0295

**ATTORNEYS FOR RELATOR NATIONAL SURETY CORPORATION**