## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Related Docket No.:** |

**[PROPOSED] ORDER GRANTING NATIONAL SURETY CORPORATION'S MOTION
FOR RELIEF FROM THE AUTOMATIC STAY**

Upon *National Surety Corporation's Motion (I) for Relief from the Automatic Stay or, in the Alternative, (II) to Extend the Stay* (the "**Motion**"),[2] filed by National Surety Corporation ("**National Surety**") on March 6, 2020, seeking entry of an order (i) terminating the automatic stay "for cause" to permit National Surety to litigate to a judgment the State Court Actions and (ii) waiving the 14-day stay under FED. R. BANKR. P. 4001(a)(3); and the Court having found that it has jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157(b)(2) and 1334(b); and the Court having found that venue of this proceeding and Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that National Surety meets the standards for stay relief pursuant to 11 U.S.C. § 362(d)(1) and FED. R. BANKR. P. 4001(a)(1), (3); and the Court having found and determined that notice of the Motion as provided to the parties listed therein is reasonable and sufficient, and it appearing that no other or further notice needs to be provided; and the Court having reviewed the Motion and any other papers in support thereof and the responses thereto, if any; and the Court having held a

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

hearing on the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing the relief requested in the Motion is in the best interest of the Debtors' estates, creditors, shareholders, and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1.    The Motion is granted as provided herein.

2.    The automatic stay arising under 11 U.S.C. § 362(a) shall be, and hereby is, terminated pursuant to 11 U.S.C. § 362(d)(1) to permit National Surety to litigate to a final order and judgment the Illinois Coverage Action, Writ Proceeding, and (as applicable) the Texas Coverage Action.

3.    This Order shall be effective immediately upon entry on the docket, notwithstanding anything to the contrary in FED. R. BANKR. P. 4001(a)(3) or otherwise.  For the avoidance of doubt, but without limiting the generality of the foregoing, the 14-day stay provided for in FED. R. BANKR. P. 4001(a)(3) shall be, and hereby is, waived.

4.    This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

#57254605 v1