## **CERTIFICATE OF SERVICE**

I, David M. Fournier, hereby certify that on the 6th day of March, 2020, I served, or caused to be served, the foregoing *National Surety Corporation's (A) Motion (I) for Relief from the Automatic Stay, or in the Alternative, (II) to Extend the Stay, (B) Notice of Motion and (C) proposed form of Order* upon the parties set forth on the attached list, in the manner indicated.

      /s/ David M. Fournier
      David M. Fournier (DE No. 2812)

#51886271 v1

**In re: Boy Scouts of America and Delaware BSA, LLC**
**Case No. 20-10343 (LSS)**

## SERVICE LIST

| | |
|---|---|
| **HAND DELIVERY** | **FIRST CLASS MAIL** |
| *(Counsel to Debtor)* | *(Debtor's Co-Counsel)* |
| Attn: Derek C. Abbott | Sidley Austin LLP |
| Morris, Nichols, Arsht & Tunnell | Attn: Jessica C. Boelter and James F Conlan |
| 1201 N. Market Street | 787 Seventh Avenue |
| PO Box 1347 | New York, NY 10019-6088 |
| Wilmington, DE 19899-1347 | |
| | |
| **FIRST CLASS MAIL AND HAND DELIVERY** | **FIRST CLASS MAIL** |
| Office of the United States Trustee | *(Ad Hoc Committee of Local Councils of the Boy Scouts of America)* |
| Attn: David L. Buchbinder | c/o Wachtell, Lipton, Rosen & Katz |
| Hannah Mufson McCollum | 51 West 52d Street |
| 844 King St, Suite 2207 | New York, NY 10019-6119 |
| Lockbox 35 | |
| Wilmington, DE 19801 | |
| | |
| **FIRST CLASS MAIL** | **FIRST CLASS MAIL** |
| *(Imperial Council Boy Scouts of America)* | Andreozzi & Assoc, PC |
| Foley & Lardner LLP | Attn: Nathaniel L. Foote |
| c/o Victor Vilaplana | 111 N Front Street |
| 3579 Valley Centre Drive, Ste. 300 | Harrisburg, PA 17101 |
| San Diego, CA 92130-3316 | |
| | |
| **FIRST CLASS MAIL** | **FIRST CLASS MAIL** |
| American Engineers & Contractors | Ava Law Group, Inc |
| Attn: Shiv Shahi, Owner | Attn: Andrew Van Arsdale |
| 224 Datura St, Ste 1012 | 3667 Voltaire St |
| West Palm Beach, FL 33401 | San Diego, CA 92106 |

**HAND DELIVERY**
Morris, Nichols, Arsht & Tunnell LLP
Attn: Andrew Remming
1201 North Market Street
PO Box 1347
Wilmington, DE 19899-1347

**FIRST CLASS MAIL**
Sidley Austin LLP
Attn: Blair M. Warner
One South Dearborn Street
Chicago, IL 60603-2323

**FIRST CLASS MAIL**
Baker Manock & Jensen, PC
Attn: Jan T. Perkins
5260 N Palm Ave., Ste 421
Fresno, CA 93704

**FIRST CLASS MAIL**
Boy Scouts of America
Attn: Roger C. Mosby, CEO
1325 West Walnut Hill Lane
Irving, TX 75038-3096

**FIRST CLASS MAIL**
Bondurant, Mixson & Elmore, LLC
Attn: Michael B. Terry
One Atlantic Center
1201 W Peachtree St Nw, Ste 3900
Atlanta, GA 30309

**FIRST CLASS MAIL**
*(Chickasaw Council, Boy Scouts of America)*
Davies Hood PLLC
22 North Front, Suite 620
Memphis, TN 38103-2100

**FIRST CLASS MAIL**
Butler Snow LP
Attn: Daniel W. Van Horn
P.O. Box 171443
Memphis, TN 38187-1443

**FIRST CLASS MAIL**
Commonwealth of Pennsylvania
Dept of Labor & Industry
Attn: Deb Secrest, Collections Support Unit
651 Boas St, Rm 925
Harrisburg, PA 17121

**FIRST CLASS MAIL**
*(Chief Seattle Council, Boy Scouts of America)*
Karr Tuttle Campbell, P.S.
c/o Bruce W. Leaverton
701 5th Ave. Ste. 3300
Seattle, WA 98104-7055

**FIRST CLASS MAIL**
*(Dallas County)*
Linebarger Goggan Blair & Sampson, LLP
Attn: Elizabeth Weller
2777 N. Stemmons Freeway, Ste. 1000
Dallas, TX 75207-2328

**FIRST CLASS MAIL**
(Cleveland ISD)
Linebarger Goggan Blair & Sampson
Attn: John P. Dillman
PO Box 3064
Houston, TX 77253-3064

**FIRST CLASS MAIL**
Davies Hood, PLLC
Attn: Jason P. Hood
22 N Front St, Ste 620
Memphis, TN 38103-2100

**FIRST CLASS MAIL**
Crew Janci LLP
Attn: Stephen Crew
1200 NW Naito Pkwy, Ste 500
Portland, OR 97209

**FIRST CLASS MAIL**
Attn: Deb Secrest
Commonwealth of Pennsylvania
Department of Labor and Industry
651 Boas Street, Room 925
Harrisburg, PA 17121-0751

**FIRST CLASS MAIL**
Danny Van Horn
Butler Snow LLP
P. O. Box 171443
Memphis, TN 38187-1443

**FIRST CLASS MAIL**
Delaware BSA, LLC
1325 West Walnut Hill Lane
Irving, TX 75038-3008

**FIRST CLASS MAIL**
Dorsey & Whitney LLP
Attn: Eric Lopez Schnabel, Alessandra Glorioso
300 Delaware Ave, Ste 1010
Wilmington, DE 19801

**FIRST CLASS MAIL**
Dorsey & Whitney LLP
Attn: Bruce R Ewing, E. Schnabel
51 W 52nd St
New York, NY 10019

**FIRST CLASS MAIL**
Eisenberg Rothweiler, Winkler, Eisenberg & Jeck, PC
Attn: Stewart Eisenberg
1634 Spruce Street
Philadelphia, Pa 19103

**FIRST CLASS MAIL**
Dumas Law Group, LLC
Attn: Gilion Dumas
3835 NE Hancock St, Ste Gl-B
Portland, OR 97212

**FIRST CLASS MAIL**
Faegre Drinker Biddle & Reath LLP
Attn: Jay Jaffe
600 E. 96th St, Ste 600
Indianapolis, IN 46240

**HAND DELIVERY**
Attn: Eric Moats
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
PO Box 1347
Wilmington, DE 19899-1347

**FIRST CLASS MAIL**
Faegre Drinker Biddle & Reath LLP
Attn: Patrick A. Johnson
222 Delaware Ave, Ste 1410
Wilmington, DE 19801-1621

**FIRST CLASS MAIL**
Fineman Krekstein & Harris, PC
Attn: Dierdre M Richards
1300 N King St
Wilmington, DE 19801

**FIRST CLASS MAIL**
Foley & Lardner LLP
Attn: Richard J Bernard
90 Park Avenue
New York, NY 10016

**FIRST CLASS MAIL**
First State Insurance Company
c/o Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1803

**FIRST CLASS MAIL**
Foran Glennon Planadech Ponzi & Rudloff, P.C.
Attn: Susan N K Gummow, Igor Shleypak
222 N LaSalle St, Ste 1400
Chicago, IL 60614

**FIRST CLASS MAIL**
Foley & Lardner LLP
Attn: Victor Vilaplana
3579 Valley Centre Dr, Ste 300
San Diego, CA 92130

**FIRST CLASS MAIL**
Fox Swibel Levin & Carroll LLP
Attn: Margaret M. Anderson
200 W Madison St, Ste 3000
Chicago, IL 60606

**FIRST CLASS MAIL**
*(Fort Bend County)*
Linebarger Goggan Blair & Sampson
c/o John P. Dillman
PO Box 3064
Houston, TX 77253-3064

**FIRST CLASS MAIL**
Green & Gillispie
Attn: Joshua Gillispie
1 Riverfront Pl, Ste 605
North Little Rock, AR 72114

**FIRST CLASS MAIL**
Girl Scouts of the United States of America
Attn: Jenniger Rochon
420 Fifth Avenue
New York, NY 10018

**FIRST CLASS MAIL**
*(Harris County)*
Linebarger Goggan Blair & Sampson LLP
c/o John P. Dillman
P.O. Box 3064
Houston, TX 77253-3064

**FIRST CLASS MAIL**
Gregg, Hunt, Ahern & Embry
Attorneys At Law
Attn: Jonathan Barnes
One Cranberry Hill, Ste. 304
Lexington, MA 02421

**FIRST CLASS MAIL**
*(Houston Liens)*
Linebarger Goggan Blair & Sampson
c/o John P. Dillman
P.O. Box 3064
Houston, TX 77253-3064

**FIRST CLASS MAIL**
Hartford Accident and Indemnity Company
c/o Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1803

**FIRST CLASS MAIL**
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**FIRST CLASS MAIL**
Hurley Mckenna & Mertz PC
Attn: Christopher Hurley
33 N Dearborn St, Ste 1430
Chicago, IL 60602

**FIRST CLASS MAIL**
Jeff Anderson & Assoc, PA
Attn: Jeffrey Anderson
505 Thornall St, Ste 405
Edison, NJ 08837

**FIRST CLASS MAIL**
Jacobs & Crumplar, P.A.
Attn: Raeann Warner, Thomas Crumplar
750 Shipyard Dr, Ste 200
Wilmington, DE 19801

**FIRST CLASS MAIL**
John A. Vos
1430 Lincoln Avenue
San Rafael, CA 94901-2021

**FIRST CLASS MAIL**
Davies Hood PLLC
Attn:  Jason P. Hood
22 North Front Street, Suite 620
Memphis, TN 38103-2100

**HAND DELIVERY**
Attn:  Joseph Charles Barsalona II
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
Suite 1600
Wilmington, DE 19801-1146

**FIRST CLASS MAIL**
John Does #1 -#3
Jacobs & Crumplar
750 Shipyard Dr., Suite 200
Wilmington, DE 19801-5160

**FIRST CLASS MAIL**
JPMorgan Chase Bank, NA
Attn: Phil Martin
10 S Dearborn Street
Mail Code I11-1415
Chicago, Il 60603

**FIRST CLASS MAIL**
Attn:  Joseph Elmer Kaminski
Jacobs & Crumplar
750 Shipyard Dr., Suite 200
Wilmington, DE 19801-5160

**FIRST CLASS MAIL**
Karim Basaria
1 South Dearborn
Chicago, IL 60603-2302

**FIRST CLASS MAIL**
JP Morgan Chase Bank, NA
c/o Norton Rose Fulbright US LLP
Attn:  Louis R. Strubeck, Jr.
1301 Ave of the Americas
New York, NY 10019-6022

**FIRST CLASS MAIL**
Kosnoff Law
Attn: Timothy Kosnoff
1321 Upland Dr PMB 4685
Houston, TX 77043

**FIRST CLASS MAIL**
Karr Tuttle Campbell, PS
Attn: Bruce W. Leaverton
701 5th Ave, Ste 3300
Seattle, WA 98104

**FIRST CLASS MAIL**
Latham & Watkins LLP
Attn: Jeffrey E Bjork, Kimberly A Posin, Nicholas J. Messana
355 S Grand Ave, Ste 100
Los Angeles, CA 90071-1560

**FIRST CLASS MAIL**
Latham & Watkins LLP
Attn: Adam J Goldberg
885 3rd Ave
New York, NY 10022-4834

**FIRST CLASS MAIL**
Lindsay Hart, LLP
Attn: James L Dumas
1300 SW 5th Ave, Ste 3400
Portland, OR 97201

**FIRST CLASS MAIL**
Law Offices Of Mitchell Garabedian
Attn: Mitchell Garabedian
100 State St, 6th Fl
Boston, MA 02109

**FIRST CLASS MAIL**
Linebarger Goggan Blair & Sampson, LLP
Attn: John P. Dillman
P.O. Box 3064
Houston, TX 77253-3064

**FIRST CLASS MAIL**
Linebarger Goggan Blair & Sampson, LLP
Attn: Elizabeth Weller
2777 N. Stemmons Fwy, Ste 1000
Dallas, TX 75207

**FIRST CLASS MAIL**
Lion Brothers Inc.
Attn: Susan Ganz
300 Red Brook Blvd.
Owings Mills, MD 21117

**FIRST CLASS MAIL**
Lion Brothers Co., Inc.
Attn: Susan Ganz, CEO
10246 Reisterstown Rd
Owings Mills, MD 21117

**FIRST CLASS MAIL**
Marsh Law Firm
Attn: James Marsh
151 E Post Rd, Ste 102
White Plains, NY 10601

**FIRST CLASS MAIL**
Lujan & Wolff, LLP
Attn: David Lujan
DNA Building

238 Archbishop Flores St, Ste 300
Hagatna, GU 96910

**FIRST CLASS MAIL**
Matthew Evan Linder
Sidley Austin LLP
1 South Dearborn Street
Chicago, IL 60603-2323

**FIRST CLASS MAIL**
Martin Law, LLC
On behalf of Doe Claimant 2001
171 West Wing St, Ste 201
Arlington Heights, IL 60005

**FIRST CLASS MAIL**
Merson Law
Attn: Jordan Merson
150 E 58th St, 34th Fl
New York, NY 10155

**FIRST CLASS MAIL**
McCreary, Veselka, Bragg & Allen, PC
Attn: Tara LeDay
P.O. Box 1269
Round Rock, TX 78680

**FIRST CLASS MAIL**
Michael G. Dowd
600 3rd Ave, 15th Fl
New York, NY 10016

**FIRST CLASS MAIL**
Sidley Austin
Attn:  Michael Christian Andolina
1 South Dearborn Street
Chicago, IL 60603-2323

**FIRST CLASS MAIL**
Mirick, O'Connell, DeMallie & Lougee, LLP
Attn: Paul W Carey
100 Front Street
Worcester, MA 01608

**FIRST CLASS MAIL**
Mirick, O'Connell, DeMallie & Lougee, LLP
Attn: Kate P Foley
1800 W Park Dr, Ste 400
Westborough, MA 01581

**FIRST CLASS MAIL**
Missouri Dept of Revenue
Bankruptcy Unit
Attn:  Steven A. Ginther
P.O. Box 475
Jefferson City, MO 65105-0475

**FIRST CLASS MAIL**
Missouri Department of Revenue
Bankruptcy Unit
PO Box 475
Jefferson City, MO 65105-0475

**FIRST CLASS MAIL**
Monzack Mersky McLaughlin & Browder, PA
Attn: Brian McLaughlin, Rachel Mersky
1201 N Orange St, Ste 400
Wilmington, DE 19801

**FIRST CLASS MAIL**
Montgomery County
Linebarger Goggan Blair & Sampson LLP
c/o John P. Dillman
P.O. Box 3064
Houston, TX 77253-3064

**FIRST CLASS MAIL**
NCS Pearson, Inc
Attn: Bjarne Tellmann, Gen Counsel & CLO
200 Old Tappen Rd
Old Tappan, NJ 07675

**FIRST CLASS MAIL**
Morris James LLP
Attn: Brett D. Fallon, J. Waxman, Brya M. Keilson
500 Delaware Ave, Ste 1500
PO Box 2306
Wilmington, DE 19899-2306

**FIRST CLASS MAIL**
*(Orange County)*
Linebarger Goggan Blair & Sampson
c/o John P. Dillman
P.O. Box 3064
Houston, TX 77253-3064

**FIRST CLASS MAIL**
Norton Rose Fulbright US LLP
Attn: Louis Strubeck, Kristian Gluck, Ryan Manns, Shivani Shah
2200 Ross Ave, Suite 3600
Dallas, TX 75201-7932

**HAND DELIVERY**
Morris Nichols Arsht & Tunnel
Attn:  Paige Noelle Topper
1201 N. Market Street
Wilmington, DE 19801-1146

**FIRST CLASS MAIL**
Office of Unemployment Compensation Tax Service
Department of Labor and Industry
651 Boas Street, Room 925
Harrisburg, PA 17121-0751

**FIRST CLASS MAIL**
Pearson Education, Inc.
Attn: John Garry
221 Rivver Street
Hoboken, NJ 07030

**FIRST CLASS MAIL**
Pachulski Stang Ziehl & Jones
Attn: James I. Stang
10100 Santa Monica Blvd, 13th Fl
Los Angeles, CA 90067-4003

**FIRST CLASS MAIL**
Pension Benefit Guaranty Corp
Attn: Patricia Kelly, CFO, C. Burton, C. Fessenden
1200 K Street, NW
Washington, DC 20005

**FIRST CLASS MAIL**
Paul Mones
13101 Washington Blvd.
Los Angeles, CA 90066

**FIRST CLASS MAIL**
Pension Benefit Guaranty Corporation
Attn: Tom Taylor
1200 K Street, NW
Washington, DC 2005

**FIRST CLASS MAIL**
Penn Law Group
Attn: Darren Penn
4200 Northside Pkwy, NW
Bldg. One, Ste. 100
Atlanta, GA 30327

**FIRST CLASS MAIL**
Phillips Lytle LLP
Attn: Angela Z Miller
One Canalside
125 Main Street
Buffalo, NY 14203

**FIRST CLASS MAIL**
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, NW
Suite 340
Washington, DC 20005-4026

**FIRST CLASS MAIL**
Rebenack, Aronow, Mascolo, LLP
Attn: Jay Silvio Mascolo
111 Livingston Ave
New Brunswick, NJ 08901

**FIRST CLASS MAIL**
Pfau, Cochran, Vertetis, Amala PLLC
Attn: Michael Pfau
403 Columbia St, Ste 500
Seattle, WA 98104

**FIRST CLASS MAIL**
Richards, Layton & Finger, PA
Attn: Michael Merchant, Brett Haywood
One Rodney Square
920 N. King Street
Wilmington, DE 19801

**FIRST CLASS MAIL**
Quad/Graphics, Inc
Attn: Joel Quadracci, Chairman, Pres & CEO
N61W
23044 Harrys Way
Sussex, WI 53089-2827

**FIRST CLASS MAIL**
Rubenstein & Rynecki
Attn: Sanford Rubenstein
16 Court St., Suite 1717
Brooklyn, NY 11241

**FIRST CLASS MAIL**
Reliable Companies
Attn: Gene Matthews
1007 North Orange Street
Suite 110
Wilmington, DE 19801-1256

**FIRST CLASS MAIL**
*(Sequoia Council of Boy Scouts, Inc.)*
Wanger Jones Helsley PC
265 E. River Park Circle
Suite 310
Fresno, CA 93720-1580

**FIRST CLASS MAIL**
Robins Kaplan LLP
Attn: Patrick Stoneking
399 Park Ave., Ste 3600
New York, NY 10022

**FIRST CLASS MAIL**
Shipman & Goodwin LLP
Attn: Eric S. Goldstein
1 Constitution Plz
Hartford, CT 06103-1919

**FIRST CLASS MAIL**
Sequioa Counsel of Boy Scouts, Inc.
Attn: Michael Marchese
6005 N Tamera Ave
Fresno, CA 93711

**FIRST CLASS MAIL**
Synchrony Bank
c/o PRA Receivables Management, LLC
Attn:  Valerie Smith
P.O. Box 41021
Norfolk, VA 23541

**FIRST CLASS MAIL**
Shipman & Goodwin LLP
Attn: Abigail W. Williams, Joshua D. Weinberg
1875 K St NW, Ste 600
Washington, DC 20006-1251

**FIRST CLASS MAIL**
Texas Taxing Authorities
c/o Tara LeDay
P.O. Box 1269
Round Rock, TX 78680-1269

**FIRST CLASS MAIL**
Sweeny Reich & Bolz, LLP
Attn: Gerard Sweeney
1981 Marcus Ave, Ste 200
Lake Success, NY 11042

**FIRST CLASS MAIL**
*(The County Commission Of Fayette County)*
c/o Steptoe & Johnson PLLC
Attn:  John Stump
Chase Tower - Eighth Floor
707 Virginia St., E.
Charleston, WV 25301

**FIRST CLASS MAIL**
Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

**FIRST CLASS MAIL**
Sidley Austin LLP
Attn:  Thomas A. Labuda Jr.
One South Dearborn
Chicago, IL 60603-2323

**FIRST CLASS MAIL**
The County Commission Of Fayette County
Attn: President
P.O. Box 307
Fayetteville, WV 25840

**FIRST CLASS MAIL**
*(Three Harbors Council Inc. Boy Scouts of America)*
c/o Victor Vilaplana
Foley & Lardner LLP
3579 Valley Centre Drive, Ste. 300
San Diego, CA 92130-3316

**FIRST CLASS MAIL**
The Neuberger Firm
Attn: Thomas S. Neuberger, Stephen J. Neuberger
17 Harlech Drive
Wilmington, DE 19807

**FIRST CLASS MAIL**
Hinkhouse Williams Walsh LLP
Attn: Joseph A. Hinkhouse, Stephanie A. Sauve
180 N. Stetson Avenue, Suite 3400
Chicago, IL 60601

**FIRST CLASS MAIL**
Thomas Law Office, PLLC
Attn: Tad Thomas
9418 Norton Commons Blvd, Ste 200
Louisville, KY 40059

**FIRST CLASS MAIL**
US Attorney For Delaware
Attn: David C Weiss
1007 Orange St, Ste 700
PO Box 2046
Wilmington, DE 19899-2046

**FIRST CLASS MAIL**
Twin City Fire Insurance Company
c/o Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1803

**FIRST CLASS MAIL**
Wanger Jones Helsley, PC.
Attn: Riley C. Walter
265 E River Park Circle, Ste 310
Fresno, CA 93720

**FIRST CLASS MAIL**
United States Dept Of Justice
950 Pennsylvania Ave, NW
Room 2242
Washington, DC 20530-0001

**FIRST CLASS MAIL**
Womble Bond Dickinson (US) LLP
Attn: Matthew Ward/Morgan Patterson
1313 N Market St, Ste 1200
Wilmington, DE 19801

**FIRST CLASS MAIL**
Wachtell, Lipton, Rosen & Katz
Attn: Richard Mason, Douglas Mayer, Joseph C. Celentino
51 W 52nd St
New York, NY 10019

**FIRST CLASS MAIL**
Young Conaway Stargatt & Taylor
Attn: James L. Patton, Jr., Robert Brady, Edwin Harron
Rodney Square
1000 N. King Street
Wilmington, DE 19801

**FIRST CLASS MAIL**
Wilmer Cutler Pickering Hale and Dorr LLP
Attn: Craig Goldblatt
1875 Pennsylvania Ave NW
Washington, DC 20006

**FIRST CLASS MAIL**
HAYNES AND BOONE, L.L.P.
Attn: Ernest Martin, Jr., Adrian Azer, Carla Green
2323 Victory Ave., Suite 700
Dallas, TX 75219

**FIRST CLASS MAIL**
Walker Wilcox Matousek LLP
Attn: Stephen Venable, Charles Walther
1001 McKinney Street, Suite 2000
Houston, TX 77002

**FIRST CLASS MAIL**
MCDERMOTT WILL & EMERY LLP
Attn: Nicole Figueroa, Calli Turner
2501 N. Harwood, Suite 1900
Dallas, TX 75201

**FIRST CLASS MAIL**
MCDERMOTT WILL & EMERY LLP
Attn: Margaret Warner
The McDermott Building
 500 North Capitol Street, NW
Washington, DC 20001-15314

**FIRST CLASS MAIL**
Walker Wilcox Matousek LLP
Attn: Christopher A. Wadley
1 N. Franklin Street, Suite 3200
Chicago, IL 60606

**FIRST CLASS MAIL**
Crotty & Schiltz, LLC
Attn: Eugene J. Schiltz, Francis C. Wilkie
120 N. LaSalle Street, 20th Floor
Chicago, IL 60602

**FIRST CLASS MAIL**
Litchfield Cavo LLP
Attn: Daniel G. Litchfield, Laurence J.W. Tooth
303 W. Madison Street, Suite 300
Chicago, IL 60606

**FIRST CLASS MAIL**
CNA Coverage Litigation Group
Attn: Scott E. Turner
333 S. Wabash, 25th Floor
Chicago, IL 60604

**FIRST CLASS MAIL**
Nicholaides Fink Thorpe Michaelides Sullivan LLP
Attn: Matthew S. Sorem, Rhani A. Elraham
10 S. Wacker Drive, Suite 2100
Chicago, IL 60606

**FIRST CLASS MAIL**
Pachulski Stang Ziehl & Jones
Attn: Bradford Sandler
919 North Market Street, 17th Floor
Wilmington, DE 19899