UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE (DELAWARE)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BOY SCOUTS OF AMERICA | ) | CASE NO.: 20-10343-LSS |
| | ) | CHAPTER 11 |
| Debtor | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

The undersigned attorney gives notice of appearance for East Carolina Council BSA, Inc. in the above-captioned case and requests that a copy of all notices be mailed to him and that the following address be included on the mailing matrix:

Paul A. Fanning
Ward and Smith, P.A.
Post Office Box 8088
Greenville, NC  27835-8088

This the 9th day of March, 2020.

/s/*Paul A. Fanning*
Paul A. Fanning
N.C. State Bar I.D. No.:  025477
email:  paf@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 8088
Greenville, NC  27835-8088
Telephone:  252.215.4000
Facsimile:  252.215.4077
Attorneys for East Carolina Council BSA, Inc.

CERTIFICATE OF SERVICE

I certify that the foregoing NOTICE OF APPEARANCE AND REQUEST FOR NOTICES was filed electronically in accordance with the local rules and was served electronically on those entities that have properly registered for such electronic service. Entities not registered for electronic service have been served by depositing a copy thereof in the United States mail, postage pre-paid:

| | |
|---|---|
| Boys Scouts of America<br>1325 West Walnut Hill Lane<br>Irving, TX  75038 | Derek C. Abbott<br>Joseph Charles Barsalona II<br>Eric Moats<br>Andrew R. Remming<br>Paige Noelle Topper<br>Morris, Nichols, Arsht & Tunnel<br>*Attorney for Debtor*<br>*Served via CM/ECF* |
| Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>*U.S. Trustee*<br>*Served via CM/ECF* | Michael Christian Andolina<br>Karim Basaria<br>Jessica C. Boelter<br>James F. Conlan<br>Thomas A. Labuda, Jr.<br>Matthew Evan Linder<br>Blair M. Warner<br>Sidley Austin, LLP<br>*Attorney for Debtor*<br>*Served via CM/ECF* |
| David L. Buchbinder<br>Hannah Mufson McCollum<br>*Attorneys for U.S. Trustee*<br>*Served via CM/ECF* | Omni Agent Solutions, Inc.<br>5955 DeSoto Avenue, Suite #100<br>Woodland Hills, CA  91367<br>*Claims Agent*<br>*Served via CM/ECF*<br><br>Reliable Companies<br>Attn: Gene Matthews<br>*Transcriber*<br>*Served via CM/ECF* |

This the 9th day of March, 2020.

        /s/*Paul A. Fanning*
        Paul A. Fanning
        N.C. State Bar I.D. No.: 025477
        email: paf@wardandsmith.com
        For the firm of
        Ward and Smith, P.A.
        Post Office Box 8088
        Greenville, NC 27835-8088
        Telephone: 252.215.4000
        Facsimile: 252.215.4077
        Attorneys for East Carolina Council BSA, Inc.

200275-00001