IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Case No.: 20-10343 (LSS) |
| BOY SCOUTS OF AMERICA AND ) | Chapter 11 |
| DELAWARE BSA, LLC ) | |
| ) | (Jointly Administered) |
| Debtors-in-Possession. ) | |
| ) | |

### NOTICE OF RECLAMATION AND DEMAND
### MADE BY LION BROTHERS COMPANY, INC.

**PLEASE TAKE NOTICE** that Lion Brothers Company, Inc., by its undersigned counsel, hereby files this notice of its delivery of a written demand for reclamation pursuant to 11 USC § 546(c) and section 2-702 of the Uniform Commercial Code (the "Reclamation Demand") on the above-referenced Debtors, including Boy Scouts of America, by email, first class mail and certified mail, return receipt requested, to reclaim goods (the "Goods") further described in the Reclamation Demand, a copy of which is attached hereto as **Exhibit A.** The Goods were sold to the Debtors in the ordinary course of business within forty-five (45) days prior to the filing of the Debtors' bankruptcy petitions on February 18, 2020 (the "Petition Date"). The total amount of the Reclamation Demand is $355,795.41.

**PLEASE TAKE FURTHER NOTICE** that Lion Brothers Company, Inc. reserves all of its rights with respect to the Goods, including, without limitation, (i) its right to be paid in the ordinary course of business as a post-petition creditor of the Debtors to the extent that the Goods were delivered to the Debtors on or after the Petition Date, (ii) its right to assert a 20-day administrative priority claim pursuant to 11 USC § 503(b)(9); (iii) its right to assert a "new value" defense to any preference demand pursuant to 11 USC § 547(c)(4); (iv) its right to demand payment of any portion of these invoices as a "cure" payment in connection with the

Debtors' assumption of an executory contract between Lion Brothers Company, Inc. and the Debtors, if any, pursuant to 11 USC § 365; (v) its right to seek payment of its prepetition invoices from any non-debtor parties that are co-obligors; (vi) its right to file additional demands or claims, including without limitation, a proof of claim; and/or (vii) its right to assert any other rights under applicable law.  By filing this Notice of Demand for Reclamation, Lion Brothers Company, Inc. does not consent to entry of final orders of the bankruptcy court on non-core issues and claims, and does not waive any jurisdictional defenses.

Dated:  March 9, 2020                              **MORRIS JAMES LLP**

*/s/ Brett D. Fallon*
Brett D. Fallon (DE Bar No. 2480)
Jeffrey R. Waxman (DE Bar No. 4159)
Sarah M. Ennis (DE Bar No. 5745)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone:  (302) 888-6888
Facsimile:  (302) 571-1750
E-mail:  bfallon@morrisjames.com
            jwaxman@morrisjames.com
            sennis@morrisjames.com

and

Alan M. Grochal, Esq.
Joseph M. Selba, Esq.
TYDINGS & ROSENBERG LLP
1 East Pratt Street, Suite 901
Baltimore, MD 21202
Telephone:  (410) 752-9722
Facsimile:  (410) 727-5460
E-mail:  agrochal@tydingslaw.com
E-mail:  jselba@tydingslaw.com

*Counsel for Lion Brothers Company, Inc.*