# EXHIBIT A



One East Pratt Street
Suite 901
Baltimore, MD 21202
410.752.9700
Fax 410.727.5460

Alan M. Grochal
410.752.9715
agrochal@tydingslaw.com

March 9, 2020

**By Certified Mail, Return Receipt Requested
and First Class Mail**
Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX 75038

**By Certified Mail, Return Receipt Requested, First Class Mail
and Email**
Derek C. Abbott, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
Email: dabbot@mnat.com

      **Re:    Lion Brothers Reclamation Demand**

To whom it may Concern:

    This office has been retained by Lion Brothers Company, Inc. in connection with a reclamation demand pursuant to section 2-702 of the Uniform Commercial Code and section 546(c) of the United States Bankruptcy Code (the "Bankruptcy Code").

    The purpose of this letter is to provide you with notice pursuant to section 2-702 of the Uniform Commercial Code and section 546(c) of the Bankruptcy Code that Lion Brothers Company, Inc. hereby demands reclamation of all goods (the "Goods") delivered by Lion Brothers Company, Inc. and received by Boy Scout of America, or any of its affiliates, on or after **January 4, 2020**. This demand includes, but is not limited to, the Goods reflected on the invoices itemized on Exhibit 1. Per Exhibit 1, the Goods provided to the Debtors during the reclamation period have a total value of no less than **$355,795.41.**

    Lion Brothers Company, Inc. reserves the right to modify the Goods subject to the reclamation demand after further investigation.



Boy Scouts of America
Derek C. Abbott, Esq.
March 9, 2020
Page 2

Further, Lion Brothers Company, Inc. demands that the Goods currently in your possession be protected and segregated by you and not be used for any purpose whatsoever, except by agreement of the parties or following notice and a hearing by the Bankruptcy Court. You may not sell, dissipate, or commingle the Goods with any other goods.

This notice is without prejudice to any other rights of Lion Brothers Company, Inc. under applicable law, including, but not limited to, its right to an administrative expense claim under section 503(b)(9) of the Bankruptcy Code for all goods received by you on or after January 29, 2020.

We are prepared to discuss with you an appropriate remedy in order to protect the reclamation rights in the Goods identified on the invoices reflected on Exhibit 1.

Very truly yours,

Alan M. Grochal

Enclosure

cc:  Joseph Selba, Esq. (e-mail only: jselba@tydings.com)
Brett D. Fallon, Esq. (e-mail only: bfallon@morrisjames.com)
Andrew R. Remming, Esq. (e-mail only: aremming@mnat.com)
Joseph Charles Barsalona, II, Esq. (e-mail only: jbarsalona@mnat.com)
Jessica C. K. Boelter, Esq. (e-mail only: jboelter@sidley.com)
James F. Conlan, Esq. (e-mail only: jconlan@sidley.com)
Thomas A. Labuda, Esq. (e-mail only: tlabuda@sidley.com)
Michael C. Andolina, Esq. (e-mail only: mandolina@sidley.com)
Matthew E. Linder, Esq. (e-mail only: mlinder@sidley.com)

## Lion Brothers Reclamation Demand

### Exhibit 1

| Invoice Number | PO Number | Invoice Date | Ship Date | Amount |
|---|---|---|---|---|
| 503451 | 200284705 | 12/13/2019 | 01/23/2020 | $230,512.03 |
| 502201 | 200284727 | 12/13/2019 | 01/23/2020 | $125,105.38 |
| 514963 | 200290874 | 01/20/2020 | 01/22/2020 | $178.00 |
| | | | **TOTAL:** | **$355,795.41** |