IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Joint Administration Requested) |

### AFFIDAVIT OF WILLIAM W. WELLER, PARALEGAL

STATE OF DELAWARE      :
                                          : SS:
NEW CASTLE COUNTY   :

I, William W. Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on March 9, 2020, I caused to be served:

**NOTICE OF RECLAMATION AND DEMAND
MADE BY LION BROTHERS COMPANY, INC.**

Service was completed upon all parties registered to receive notice through the Court's CM/ECF notification system, and also upon the parties on the attached list as indicated thereon.

Date: March 9, 2020

_____
William W. Weller

SWORN AND SUBSCRIBED before me this 9th day of March, 2020.

_____
Notary

[Notary Seal: JOAN M. HOFMANN, MY COMMISSION EXPIRES June 2, 2021, NOTARY PUBLIC, STATE OF DELAWARE]

11574149/1

**VIA HAND DELIVERY**
Derek C. Abbott
Andrew R. Remming
Joseph C. Barsalona II
Eric W. Moats
Paige N. Topper
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

David L. Buchbinder
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
James F. Conlan
Thomas A. Labuda
Michael C. Andolina
Matthew E. Linder
Joe Schomberg
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Jessica C. K. Boelter
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

11574149/1