IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: § | CHAPTER 11 | |
| § | | |
| BOY SCOUTS OF AMERICA AND § | CASE NO. 20-10343 (LSS) | |
| DELAWARE BSA, LLC,[1] § | | |
| § | (Jointly Administered) | |
| Debtor.  § | | |

## NOTICE OF RECLAMATION DEMAND AND ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. § 503(b)(9) OF LABATT FOOD SERVICE

TAKE NOTICE THAT Labatt Food Service ("Labatt") hereby files this notice that by demand letter dated March 9, 2020, served on Boy Scouts of America ("Debtor"), Labatt has asserted its demand for reclamation of goods pursuant to UCC § 2-702 and 11 U.S.C. § 546(c). Attached to this notice is a copy of the demand letter and a listing of the deliveries to Debtor by Labatt on or after the 45-day period prior to February 18, 2020 (the "Petition Date"), the date of the commencement of this case. Additionally, Labatt asserts that certain goods were delivered to Debtor within the twenty (20) days prior to the Petition Date and thus Labatt is entitled to assert an administrative expense claim under 11 U.S.C. § 503(b)(9) in the amount of $33,631.37.

[*Signature Page to Follow*]

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number: are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

710762.000003 4846-5305-9510.1

Dated: March 9, 2020
Wilmington, DE

*s/ Michael J. Joyce*
Michael J. Joyce (No. 4563)
**THE LAW OFFICES OF JOYCE, LLC**
1225 King Street
Suite 800
Wilmington, DE 19801
(302)-388-1944
mjoyce@mjlawoffices.com

-and-

Mark E. Andrews
Texas State Bar No. 01253520
Aaron M. Kaufman
Texas State Bar No. 24060067
Jane A. Gerber
Texas State Bar No. 24092416
**DYKEMA GOSSETT PLLC**
1717 Main Street, Suite 4200
Dallas, Texas 75201
(214) 462-6400
(214) 462-6401 (Fax)
mandrews@dykema.com
akaufman@dykema.com
jgerber@dykema.com

*Counsel for Labatt Food Service*