# EXHIBIT "A"



**Dykema Gossett PLLC**
Comerica Bank Tower
1717 Main Street, Suite 4200
Dallas, TX 75201

WWW.DYKEMA.COM

Tel: (214) 462-6400
Fax: (214) 462-6401

**Aaron M. Kaufman**
Direct Dial: (214) 698-7821
Direct Fax: (866) 894-9793
Email: AKaufman@dykema.com

March 9, 2020

**Via Email and Certified Mail
Return Receipt Requested**

Derek C. Abbott
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
dabbott@mnat.com

James F. Conlan
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
jconlan@sidley.com

Jessica C. K. Boelter
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
jboelter@sidley.com

Re:   Demand for Reclamation

To Whom it May Concern:

We are counsel for Labatt Food Service ("Labatt"). We understand that Boy Scouts of America ("Debtor"), has filed for protection under Chapter 11 of the United States Bankruptcy Code on February 18, 2020 (the "Petition Date"). Pursuant to section 2-702 of the Uniform Commercial Code, as enacted in the applicable state, and section 546(c) of the United States Bankruptcy Code, and other statutory and common law rights on which Labatt may be entitled to rely, Labatt hereby makes demand for reclamation on for any goods delivered by us to the Debtor during the time period beginning forty-five days prior to the Petition Date. Without limiting the scope of such demand, please be advised that Labatt's records indicate that such goods include all of the goods described on the accounts receivables records attached to this letter.

# Dykema

Derek C. Abbott
James F. Conlan
Jessica C. K. Boelter
March 9, 2020
Page 2

Please identify and segregate all such goods. You should not sell or dissipate such goods, nor commingle such goods with other goods, nor take any other action inconsistent with Labatt's ownership of the goods.

Please contact me if you have any questions.

Sincerely,

**DYKEMA GOSSETT**, PLLC

Aaron M. Kaufman

Encls.