# EXHIBIT "B"

**Labatt FOOD SERVICE**
P.O. BOX 27730
ALBUQUERQUE, NEW MEXICO 87125-7730
(505) 831-1411 · FAX (505) 831-5725

SOLD TO: PHILMONT SCOUT RANCH BOY SCOUTS OF AMERI
17 DEER RUN
CIMARRON, NM 87714

SHIP TO: (SAME)

ACCOUNT NO: 593529
INVOICE NO: 02057598
DATE: 2/05/20
TERMS: 30 DAYS
DUE DATE: 3/13/2020

REMIT TO:
**Labatt FOOD SERVICE**
P.O. BOX 27730
ALBUQUERQUE, NEW MEXICO 87125-7730
(505) 831-1411 · FAX (505) 831-5725

SALES PERSON: ARCHULETA
TAX I.D. NUMBER: 001733863008
FEDERAL ID #74-1599564
SPECIAL INSTRUCTIONS: 5835222161
DELIVERY DATE: 2/06/20
PHONE NO: (575)-376-2281
ROUTE: 939
SEQ: 064
PAGE: 1A

| WH | DRIVER | L/N | ITEM NUMBER | QUANTITY | PACK | SIZE | LABEL DESCRIPTION | VENDOR/CUST. ITEM NUMBER | UNIT PRICE | EXTENDED PRICE | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 374-3368 | 237 | 6 | 18 CT | NATURE VA GRANOLA BAR OAT HNY WG 1.5OZ | 833530 | 43.94 | 10,413.78 | |
| | | 2 | 374-3400 | 231 | 108 | 1.2 OZ | NATURE VA PEANUT BUTTER BAR WG | 33550 | 43.89 | 10,138.59 | |

PALLETS SHIPPED: ___   PALLETS RETURNED: ___   CHEP SHIPPED: ___   CHEP RETURNED: .00

PRICE CLASS: DRY GROCERY

| | WEIGHT | CUBE | TOTAL TAX 7.875% FULL | EACH | AMOUNT |
|---|---|---|---|---|---|
| 01 | 6,026.9 | 374.4 | 468 | | 20,552.37 |
| | 6,026.9 | 374.4 | 468 | | 20,552.37 |

ACCEPTED BY X [signature] Tommy Brown

INVOICE TOTAL: 20,552.37

THIS INVOICE DUE AND PAYABLE IN ALBUQUERQUE, BERNALILLO COUNTY, NEW MEXICO. ALL PAST DUE INVOICES ARE SUBJECT TO A SERVICE CHARGE AT 1½% PER MONTH (ANNUAL RATE OF 18%). ALL CLAIMS FOR SHORTAGES OR DAMAGES MUST BE MADE UPON RECEIPT.

Credits resulting from this invoice must be applied by the customer within one year to be honored. Statements are posted at www.labattfood.com; call 1-800-324-8732 x 7411 for access.

FISH DEALERS LICENSE # 17592
ORIGINAL COPY

583529  02057598

---

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.

DATE: 2/05/20
ACCOUNT NO: 593529
CUSTOMER: PHILMONT SCOUT RANCH BOY SCOUT OF AMERI
INVOICE NO: 02057598
INVOICE TOTAL: $ 20,552.37
AMOUNT REMITTED: $
COMMENTS:
TERMS: 30 DAYS
DUE DATE: 3/13/2020

Thank You!

**Labatt FOOD SERVICE**
P.O. BOX 27730
ALBUQUERQUE, NEW MEXICO 87125-7730
(505) 831-1411 • FAX (505) 831-5725

SOLD TO: PHILMONT SCOUT RANCH BOY SCOUTS OF AMERI
17 DEER RUN
CIMARRON, NM 87714

SHIP TO: (SAME)

ACCOUNT NO: 583529
INVOICE NO: 02128370
DATE: 2/12/20
TERMS: 30 DAYS
DUE DATE: 3/20/2020

SALES PERSON: ARCHULETA
TAX I.D. NUMBER: 001733863008

FEDERAL ID #74-1599564

SPECIAL INSTRUCTIONS: 5835244019
DELIVERY DATE: 2/13/20
PHONE NO: (575)-376-2281
ROUTE: 937
SEQ: 075
PAGE: 1A

| WH | DRIVER | L/N | W/S | ITEM NUMBER | QUANTITY | PACK | SIZE | LABEL DESCRIPTION | VENDOR/CUST ITEM NUMBER | UNIT PRICE | EXTENDED PRICE | TAX |
|----|--------|-----|-----|-------------|----------|------|------|-------------------|-------------------------|------------|----------------|-----|
|    |        | 1   | D   | 130-0004    | 275      | 144  | 1.8 OZ | MOTTS FRUIT SNACK, MIXED BERRY | 847953 | 47.56 | 13,079.00 | |

PALLETS SHIPPED:    PALLETS RETURNED:    CHEP SHIPPED:    CHEP RETURNED: .00

PRICE CLASS: DRY GROCERY

| | WEIGHT | CUBE | TOTAL TAX 7.875% FULL / EACH | AMOUNT |
|---|---|---|---|---|
| 01 | 4,125.0 | 231.0 | 275 | 13,079.00 |
|    | 4,125.0 | 231.0 | 275 | 13,079.00 |

REMIT TO:
**Labatt FOOD SERVICE**
P.O. BOX 27730
ALBUQUERQUE, NEW MEXICO 87125-7730
(505) 831-1411 • FAX (505) 831-5725

DATE: 2/12/20
ACCOUNT NO: 583529
CUSTOMER: PHILMONT SCOUT RANCH BOY SCOUT OF AMERI
INVOICE NO: 02128370
INVOICE TOTAL: $13,079.00
AMOUNT REMITTED: $
COMMENTS:
TERMS: 30 DAYS
DUE DATE: 3/20/2020

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT.
Thank You!

INVOICE TOTAL: 13,079.00

ACCEPTED BY X: [signature]

FISH DEALERS LICENSE # 17572
ORIGINAL COPY

583529  02128370