## CERTIFICATE OF SERVICE

I, Mark E. Andrews, do hereby certify that I am not less than 18 years old and that on this 9th day of March, 2020, I caused copies of the *Notice of Reclamation Demand and Administrative Expense Claim Under 11 U.S.C. § 503(b)(9) of Labatt Food Service.* to be served (1) electronically by the Court's PACER system upon all parties entitled to receive notice of filings in the above captioned case, and (2) to those parties listed below by U.S. First Class Mail, postage prepaid:

**Counsel for Debtor**
Derek C. Abbott
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347

**Counsel for Debtor**
Jessica C. K. Boelter
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019

**Counsel for Debtor**
James F. Conlan
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603

**Office of the United States Trustee**
David L. Buchbinder
Hannah Mufson McCollum
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Under penalty of perjury, I declare the foregoing to be true and correct.

*/s/ Mark E. Andrews*
Mark E. Andrews