IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>BOY SCOUTS OF AMERICA<br><br>      Plaintiff,<br><br>   v.<br><br>A.A., *et al*,<br><br>      Defendants. | Chapter 11<br><br>Case No. 20-10343<br><br>Joint Administration Pending<br><br>Adv. Pro. No. 20-50527 |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

  The undersigned hereby enters this Notice of Appearance pursuant Sections 342 and 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Local Rule 9010(e) of the United States Bankruptcy Court Local Rules for the District of Delaware (the "Local Rules") as counsel for Jack Doe, creditor and defendant in the above-captioned matters. The undersigned requests the Clerk of this Court add counsel's name and address to the master list of creditors and any official service list for purposes of receiving notices and pleadings, including pursuant to Bankruptcy Rules 2002, 3017, and 9007, and requests that the Clerk, its agents, and all other parties to this case deliver all such notices and pleadings as follows:

Bradley L. Rice, Esq.<br>
NAGEL RICE LLP<br>
103 Eisenhower Parkway<br>
Roseland, New Jersey<br>
Tel: (973) 618-0400<br>
Fax: (973) 618-9194<br>
E-mail: brice@nagelrice.com

  PLEASE TAKE FURTHER NOTICE THAT, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also

includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, e-mail, telephone, telecopy or otherwise filed or made with regard to the above-referenced case and proceedings herein.

PLEASE TAKE FURTHER NOTICE THAT neither this Notice of Appearance, nor any former or later appearance, pleading, claim or suit shall constitute a consent to jurisdiction, nor shall it waive (1) the Claimant's rights to have final orders in non-core and core matters in which the Bankruptcy Court does not have final adjudicatory authority entered only after de novo review by a District Court Judge, (2) the Claimant's rights to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) the Claimant's rights to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, including defenses to jurisdiction, setoffs, or recoupments to which the Claimant may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Claimant expressly reserves.

Dated: March 10, 2020

NAGEL RICE LLP
/s/ Bradley L. Rice
Bradley L. Rice
103 Eisenhower Parkway
Roseland, New Jersey 07068
Tel: (973) 618-0400
Fax: (973) 618-9194
E-mail: brice@nagelrice.com