# IN THE UNITED STATES BANKRUPTCY
# COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **Hearing Date:** March 24, 2020, at 10:00 a.m. (EST) |
| | **Objection Deadline:** March 17, 2020, at 4:00 p.m. (EST) |

## GIRL SCOUTS OF THE UNITED STATES OF AMERICA'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO RESUME TRADEMARK ACTION

Girl Scouts of the United States of America ("Girl Scouts")[1] hereby moves pursuant to Sections 105 and 362(d) of the Bankruptcy Code, Rule 4001 and 9014 of the Federal Rules of Bankruptcy Procedure, and Rule 4001-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware for relief from the automatic stay to resume the Trademark Action (the "Motion") for purposes of (1) adjudicating Girl Scouts' request for Post-Petition Injunctive Relief, (2) liquidating and allowing the Post-Petition Damages Claim, and (3) liquidating and allowing the Pre-Petition Damages Claim. Girl Scouts also asks that the Court waive the 14-day stay imposed by Federal Rule of Bankruptcy Procedure 4001(a)(3). The bases for the relief requested in this Motion are set forth in a brief in support of this Motion filed concurrently with this Motion.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed in the brief filed concurrently with this Motion.

4827-8686-9687\1

Case 20-10343-LSS    Doc 155    Filed 03/10/20    Page 2 of 2

2

Dated: March 10, 2020

**DORSEY & WHITNEY (DELAWARE) LLP**

<u>*/s/ Eric Lopez Schnabel*</u>
Eric Lopez Schnabel (DE Bar No. 3672)
Alessandra Glorioso (DE Bar No. 5757)
300 Delaware Avenue, Suite 1010
Wilmington, Delaware 19801
Telephone: (302) 425-7171
Facsimile: (302) 425-7177
E-mail: schnabel.eric@dorsey.com
       glorioso.alessandra@dorsey.com

-and-

DORSEY & WHITNEY LLP

Bruce R. Ewing (*pro hac vice*)
Eric Lopez Schnabel (DE Bar No. 3672)
51 West 52nd Street
New York, New York 10019
Telephone: (212) 415-9200
Facsimile: (212) 953-7201
E-mail: ewing.bruce@dorsey.com
       schnabel.eric@dorsey.com

*Counsel to Girl Scouts of the United States of America*

4827-8686-9687\1