## IN THE UNITED STATES BANKRUPTCY
## COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **Hearing Date:** March 24, 2020, at 10:00 a.m. (EST) |
| | **Objection Deadline:** March 17, 2020, at 4:00 p.m. (EST) |

### NOTICE OF GIRL SCOUTS OF THE UNITED STATES OF AMERICA'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO RESUME TRADEMARK ACTION

**TO: ALL PARTIES IN INTEREST**

**PLEASE TAKE NOTICE** that on March 10, 2020, Girl Scouts of the United States of America ("Girl Scouts") filed *Girl Scouts of the United States of America's Motion for Relief from the Automatic Stay to Resume Trademark Action* (the "Motion") and a brief in support of the Motion (the "Brief") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). A copy of each the Motion and Brief is being served contemporaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be filed on or before March 17, 2020, at 4:00 p.m. (EST). At the same time, you must also serve a copy of the response or objection upon the undersigned counsel.

**PLEASE TAKE FURHTER NOTICE** that a hearing regarding the relief requested in the Motion will be heard at the hearing to be held March 24, 2020 at 10:00 a.m. (EST) before the Honorable Laurie Selber Silverstein, United States Bankruptcy Court Judge, 824 Market Street, 6th Floor, Courtroom #2, Wilmington, Delaware 19801.

4834-2899-1415\1

**PLEASE TAKE FURTHER NOTICE** that, if you fail to respond to the Motion in accordance with this notice, the Bankruptcy Court may grant the relief requested in the Motion without further notice or hearing.

Dated: March 10, 2020

**DORSEY & WHITNEY (DELAWARE) LLP**

*/s/ Eric Lopez Schnabel*
Eric Lopez Schnabel (DE Bar No. 3672)
Alessandra Glorioso (DE Bar No. 5757)
300 Delaware Avenue, Suite 1010
Wilmington, Delaware 19801
Telephone: (302) 425-7171
Facsimile: (302) 425-7177
E-mail: schnabel.eric@dorsey.com
　　　　 glorioso.alessandra@dorsey.com

-and-

DORSEY & WHITNEY LLP

Bruce R. Ewing (*pro hac vice*)
Eric Lopez Schnabel (DE Bar No. 3672)
51 West 52nd Street
New York, New York 10019
Telephone: (212) 415-9200
Facsimile: (212) 953-7201
E-mail: ewing.bruce@dorsey.com
　　　　 schnabel.eric@dorsey.com

*Counsel to Girl Scouts of the United States of America*