IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | Re: Docket No. ___ |

**ORDER GRANTING GIRL SCOUTS OF THE UNITED STATES OF AMERICA'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO RESUME TRADEMARK ACTION**

Upon consideration of Girl Scouts of the United States of America ("Girl Scouts") *Motion for Relief from the Automatic Stay to Resume Trademark Action* (the "Motion") and the brief filed by Girl Scouts in support of the Motion (the "Brief");[1] and it appearing that due and adequate notice of the Motion has been given under the circumstances, and that no other or further notice need be given; and the Court having reviewed the Motion, the Brief, and any responses or objections thereto; and the legal and factual bases set forth in the Motion and Brief establishing just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby:

ORDERED, ADJUDGED, AND DECREED that:

1. The Motion is GRANTED as provided herein.

2. The automatic stay arising under Section 362(d) of the Bankruptcy Code is hereby lifted and modified pursuant to Section 362(d)(1) of the Bankruptcy Code to permit the Trademark Action to resume for the purposes of (1) adjudicating Girl Scouts' request for Post-

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Brief.

2

Petition Injunctive Relief, (2) liquidating and allowing the Post-Petition Damages Claim, and (3) liquidating and allowing the Pre-Petition Damages Claim.

        3.       This Order shall be effective immediately upon entry, notwithstanding the 14-day stay imposed by Federal Rule of Bankruptcy Procedure 4001(a)(3), which is hereby waived.

        4.       This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.