**IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Alessandra Glorioso, hereby certify that on March 10, 2020, I caused a copy of the following documents to be filed through the Court's Case Management/Electronic Case File ("CM/ECF") System and served on all parties who have electronically entered a notice of appearance through the notice of filing generated by the Court's CM/ECF System and upon the parties on the attached service list via the methods indicated:

- Girl Scouts of the United States of America's Motion for Relief from the Automatic Stay to Resume Trademark Action [Docket No. 155]

- Girl Scouts of the United States of America's Brief in Support of Motion for Relief from the Automatic Stay to Resume Trademark Action [Docket No. 157]

4847-1133-4839\1

| | |
|---|---|
| Dated: March 10, 2020 | **DORSEY & WHITNEY (DELAWARE) LLP** |

*/s/ Alessandra Glorioso*
Eric Lopez Schnabel (DE Bar No. 3672)
Alessandra Glorioso (DE Bar No. 5757)
300 Delaware Avenue, Suite 1010
Wilmington, Delaware 19801
Telephone: (302) 425-7171
Facsimile: (302) 425-7177
E-mail: schnabel.eric@dorsey.com
           glorioso.alessandra@dorsey.com

-and-

DORSEY & WHITNEY LLP

Bruce R. Ewing (*pro hac vice*)
Eric Lopez Schnabel (DE Bar No. 3672)
51 West 52nd Street
New York, New York 10019
Telephone: (212) 415-9200
Facsimile: (212) 953-7201
E-mail: ewing.bruce@dorsey.com
           schnabel.eric@dorsey.com

***Counsel to Girl Scouts of the United States of America***

**Service List**

**Hand Delivery:**

| | | |
|---|---|---|
| Morris, Nichols, Arsht & Tunnell<br>Attn: Derek C. Abbott, Andrew Remming, Eric Moats, Joseph Barcelona, Paige Topper<br>1201 N. Market Street<br>PO Box 1347<br>Wilmington, DE 19899-1347 | Office of the U.S. Trustee<br>Attn: David L. Buchbinder, Hannah Mufson McCollum<br>J. Caleb Boggs Federal Building<br>Suite 2207<br>Wilmington, DE 19801 | |

**FedEx:**

| | | |
|---|---|---|
| Sidley Austin LLP<br>Attn: Jessica C. K. Boelter<br>787 Seventh Avenue<br>New York, New York 10019 | Sidley Austin LLP<br>Attn: James F. Conlan, Thomas A. Labuda,<br>Michael C. Andolina,<br>Matthew E. Linder<br>One South Dearborn Street<br>Chicago, Illinois 60603 | |

**First Class Mail:**

| | | |
|---|---|---|
| American Engineers & Contractors<br>Attn: Shiv Shahi, Owner<br>224 Datura St, Ste 1012<br>West Palm Beach, FL 33401 | Andreozzi & Assoc, PC<br>Attn: Nathaniel L. Foote, Esq.<br>111 N Front St<br>Harrisburg, PA 17101 | Ava Law Group, Inc<br>Attn: Andrew Van Arsdale, Esq.<br>3667 Voltaire St<br>San Diego, CA 92106 |
| Baker Manock & Jensen, PC<br>Attn: Jan T. Perkins<br>5260 N Palm Ave, Ste 421<br>Fresno, CA 93704 | Bondurant, Mixson & Elmore, LLC<br>Attn: Michael B. Terry<br>One Atlantic Ctr<br>1201 W Peachtree St Nw, Ste 3900<br>Atlanta, GA 30309 | Bradley Riley Jacobs PC<br>Attn: Todd C. Jacobs<br>320 W Ohio St, Ste 3W<br>Chicago, IL 60654 |
| Butler Snow LP<br>Attn: Daniel W. Van Horn<br>P.O. Box 171443<br>Memphis, TN 38187-1443 | Commonwealth of Pennsylvania<br>Dept of Labor & Industry<br>Attn: Deb Secrest/Collections Support<br>Unit<br>651 Boas St, Rm 925<br>Harrisburg, PA 17121 | Crew Janci LLP<br>Attn: Stephen Crew<br>1200 NW Naito Pkwy, Ste 500<br>Portland, OR 97209 |
| Davies Hood PLLC<br>Attn: Jason P. Hood<br>22 N Front St, Ste 620<br>Memphis, TN 38103-2100 | Dumas Law Group, LLC<br>aka Dumas & Vaughn Attorneys At Law<br>Attn: Gilion Dumas<br>3835 NE Hancock St, Ste Gl-B<br>Portland, OR 97212 | Eisenberg Rothweiler, Winkler, Eisenberg & Jeck, Pc<br>Attn: Stewart Eisenberg, Esq.<br>1634 Spruce St<br>Philadelphia, Pa 19103 |

4847-1133-4839\1

| | | |
|---|---|---|
| Faegre Drinker Biddle & Reath LLP<br>Attn: Jay Jaffe<br>600 E. 96th St, Ste 600<br>Indianapolis, IN 46240 | Faegre Drinker Biddle & Reath LLP<br>Attn: Patrick A. Johnson<br>222 Delaware Ave, Ste 1410<br>Wilmington, DE 19801-1621 | Fineman Krekstein & Harris, PC<br>Attn: Dierdre M Richards<br>1300 N King St<br>Wilmington, DE 19801 |
| Foley & Lardner LLP<br>Attn: Richard J Bernard<br>90 Park Ave<br>New York, NY 10016 | Foley & Lardner LLP<br>Attn: Victor Vilaplana<br>3579 Valley Centre Dr, Ste 300<br>San Diego, CA 92130 | Foran Glennon Planadech Ponzi & Rudloff, P.C.<br>Attn: Susan N K Gummow<br>Attn: Igor Shleypak<br>222 N LaSalle St, Ste 1400<br>Chicago, IL 60614 |
| Fox Swibel Levin & Carroll LLP<br>Attn: Margaret M. Anderson<br>200 W Madison St, Ste 3000<br>Chicago, IL 60606 | Green & Gillispie<br>Attn: Joshua Gillispie<br>1 Riverfront Pl, Ste 605<br>North Little Rock, AR 72114 | Gregg, Hunt, Ahern & Embry Attorneys At Law<br>Attn: Jonathan Barnes<br>One Cranberry Hill, 304<br>Lexington, MA 02421 |
| Hurley Mckenna & Mertz PC<br>Attn: Christopher Hurley<br>33 N Dearborn St, Ste 1430<br>Chicago, IL 60602 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jacobs & Crumplar, P.A.<br>Attn: Raeann Warner/Thomas Crumplar<br>750 Shipyard Dr, Ste 200<br>Wilmington, DE 19801 |
| Jeff Anderson & Assoc, PA<br>Attn: Jeffrey Anderson<br>505 Thornall St, Ste 405<br>Edison, NJ 08837 | JPMorgan Chase Bank, NA<br>Attn: Phil Martin<br>10 S Dearborn St<br>Mail Code Il1-1415<br>Chicago, Il 60603 | Jpmorgan Chase Bank, NA<br>c/o Norton Rose Fulbright US LLP<br>Attn: Louis R. Strubeck, Jr<br>1301 Ave of the Americas<br>New York, NY 10019-6022 |
| Karr Tuttle Campbell, PS<br>Attn: Bruce W. Leaverton<br>701 5th Ave, Ste 3300<br>Seattle, WA 98104 | Kosnoff Law<br>Attn: Timothy Kosnoff, Esq.<br>1321 Upland Dr PMB 4685<br>Houston, TX 77043 | Latham & Watkins LLP<br>Attn: Adam J Goldberg<br>885 3rd Ave<br>New York, NY 10022-4834 |
| Latham & Watkins LLP<br>Attn: Jeffrey E Bjork<br>Attn: Kimberly A Posin<br>Attn: Nicholas J Messana<br>355 S Grand Ave, Ste 100<br>Los Angeles, CA 90071-1560 | Law Offices Of Mitchell Garabedian<br>Attn: Mitchell Garabedian<br>100 State St, 6th Fl<br>Boston, MA 02109 | Lindsay Hart, LLP<br>Attn: James L Dumas<br>1300 SW 5th Ave, Ste 3400<br>Portland, OR 97201 |
| Linebarger Goggan Blair & Sampson, LLP<br>Attn: Elizabeth Weller<br>2777 N. Stemmons Fwy, Ste 1000<br>Dallas, TX 75207 | Linebarger Goggan Blair & Sampson, LLP<br>Attn: John P. Dillman<br>P.O. Box 3064<br>Houston, TX 77253-3064 | Lion Brothers Co Inc<br>Attn: Susan Ganz, CEO<br>10246 Reisterstown Rd<br>Owings Mills, MD 21117 |
| Lujan & Wolff, LLP<br>Attn: David Lujan<br>238 Archbishop Flores St, Ste 300<br>DNA Bldg<br>Hagatna, GU 96910 | Marsh Law Firm<br>Attn: James Marsh<br>151 E Post Rd, Ste 102<br>White Plains, NY 10601 | Martin Law, LLC<br>On behalf of Doe Claimant 2001<br>171 West Wing St, Ste 201<br>Arlington Heights, IL 60005 |

4847-1133-4839\1

| | | |
|---|---|---|
| McCreary, Veselka, Bragg & Allen, PC<br>Attn: Tara LeDay<br>P.O. Box 1269<br>Round Rock, TX 78680 | Merson Law<br>Attn: Jordan Merson<br>150 E 58th St, 34th Fl<br>New York, NY 10155 | Michael G Dowd<br>Attn: Michael G Dowd<br>600 3rd Ave, 15th Fl<br>New York, NY 10016 |
| Mirick, O'Connell, DeMallie & Lougee, LLP<br>Attn: Kate P Foley<br>1800 W Park Dr, Ste 400<br>Westborough, MA 01581 | Mirick, O'Connell, DeMallie & Lougee, LLP<br>Attn: Paul W Carey<br>100 Front St<br>Worcester, MA 01608 | Missouri Dept of Revenue Bankruptcy Unit<br>Attn: Steven A Ginther<br>P.O. Box 475<br>Jefferson City, MO 65105-0475 |
| Monzack Mersky McLaughlin & Browder, PA<br>Attn: Brian McLaughlin<br>Attn: Rachel Mersky<br>1201 N Orange St, Ste 400<br>Wilmington, DE 19801 | Nagel Rice LLP<br>Attn: Bradley L Rice<br>103 Eisenhower Pkwy<br>Roseland, NJ 07068 | NCS Pearson, Inc<br>Attn: Bjarne Tellmann, Gen Counsel & CLO<br>200 Old Tappen Rd<br>Old Tappan, NJ 07675 |
| Norton Rose Fulbright Us LLP<br>Attn: Louis Strubeck/ Kristian Gluck<br>Attn: Ryan Manns/Shivani Shah<br>2200 Ross Ave, Suite 3600<br>Dallas, TX 75201-7932 | Pachulski Stang Ziehl & Jones<br>Attn: James I. Stang<br>10100 Santa Monica Blvd, 13th Fl<br>Los Angeles, CA 90067-4003 | Paul Mones<br>Attn: Paul Mones<br>13101 Washington Blvd<br>Los Angeles, CA 90066 |
| Penn Law Group<br>Attn: Darren Penn<br>4200 Northside Pkwy, NW<br>Building One, Ste 100<br>Atlanta, GA 30327 | Pension Benefit Guaranty Corp<br>Attn: Patricia Kelly, CFO<br>Attn: C. Burton/ C. Fessenden<br>1200 K St NW<br>Washington, DC 20005 | Pepper Hamilton LLP<br>Attn: David M. Fournier<br>Attn: Marcy J. McLaughlin Smith<br>1313 Market St, Ste 5100<br>P.O. Box 1709<br>Wilmington, DE 19899-1709 |
| Pfau, Cochran, Vertetis, Amala PLLC<br>Attn: Michael Pfau<br>403 Columbia St, Ste 500<br>Seattle, WA 98104 | Phillips Lytle LLP<br>Attn: Angela Z Miller<br>One Canalside<br>125 Main St<br>Buffalo, NY 14203 | Quad/Graphics, Inc<br>Attn: Joel Quadracci, Chairman, Pres &<br>CEO<br>N61W23044 Harrys Way<br>Sussex, WI 53089-2827 |
| Rebenack, Aronow, Mascolo, LLP<br>Attn: Jay Silvio Mascolo<br>111 Livingston Ave<br>New Brunswick, NJ 08901 | Richards, Layton & Finger, PA<br>Attn: Michael Merchant/Brett Haywood<br>One Rodney Square<br>920 N King St<br>Wilmington, DE 19801 | Robins Kaplan LLP<br>Attn: Patrick Stoneking<br>399 Park Ave, Ste 3600<br>New York, NY 10022 |
| Rubenstein & Rynecki<br>Attn: Sanford Rubenstein<br>16 Court St, Suite 1717<br>Brooklyn, NY 11241 | Sequioa Counsel of Boy Scouts, Inc.<br>Attn: Michael Marchese<br>6005 N Tamera Ave<br>Fresno, CA 93711 | Shipman & Goodwin LLP<br>Attn: Abigail W. Williams<br>Attn: Joshua D. Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251 |

4847-1133-4839\1

| | | |
|---|---|---|
| Shipman & Goodwin LLP<br>Attn: Eric S. Goldstein<br>1 Constitution Plz<br>Hartford, CT 06103-1919 | Sweeny Reich & Bolz, LLP<br>Attn: Gerard Sweeney<br>1981 Marcus Ave, Ste 200<br>Lake Success, NY 11042 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>Attn: Valerie Smith<br>P.O. Box 41021<br>Norfolk, VA 23541 |
| The County Commission Of Fayette County<br>Attn: President<br>P.O. Box 307<br>Fayetteville, WV 25840 | The County Commission Of Fayette County<br>c/o Steptoe & Johnson Pllc<br>Attn: John Stump, Esq<br>Chase Tower - 8th Fl<br>707 Virginia St E.<br>Charleston, WV 25301 | The Neuberger Firm<br>Attn: Thomas S. Neuberger<br>Attn: Stephen J. Neuberger<br>17 Harlech Dr<br>Wilmington, DE 19807 |
| Thomas Law Office, PLLC<br>Attn: Tad Thomas/Louis Schneider<br>9418 Norton Commons Blvd, Ste 200<br>Louisville, KY 40059 | Troutman Sanders LLP<br>Attn: Harris B. Winsberg<br>Attn: Matthew G. Roberts<br>600 Peachtree St NE, Ste 3000<br>Atlanta, GA 30308 | United States Dept Of Justice<br>950 Pennsylvania Ave, Nw<br>Room 2242<br>Washington, DC 20530-0001 |
| US Attorney For Delaware<br>Attn: David C Weiss<br>1007 Orange St, Ste 700<br>P.O. Box 2046<br>Wilmington, DE 19899-2046 | Wachtell, Lipton, Rosen & Katz<br>Attn: Richard Mason/Douglas Mayer<br>Attn: Joseph C. Celentino<br>51 W 52nd St<br>New York, NY 10019 | Wanger Jones Helsley, PC.<br>Attn: Riley C. Walter<br>265 E River Park Circle, Ste 310<br>Fresno, CA 93720 |
| Ward and Smith, P.A.<br>Attn: Paul A Fanning<br>P.O. Box 8088<br>Greenville, NC 27835-8088 | Wilmer Cutler Pickering Hale and Dorr LLP<br>Attn: Craig Goldblatt<br>1875 Pennsylvania Ave NW<br>Washington, DC 20006 | Womble Bond Dickinson (US) LLP<br>Attn: Matthew Ward/Morgan Patterson<br>1313 N Market St, Ste 1200<br>Wilmington, DE 19801 |
| Young Conaway Stargatt & Taylor<br>Attn: James L. Patton, Jr<br>Attn: Robert Brady/Edwin Harron<br>Rodney Square<br>1000 N King St<br>Wilmington, DE 19801 | | |

4847-1133-4839\1