# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF WILLIAM W. WELLER, PARALEGAL

STATE OF DELAWARE   :
                    : SS:
NEW CASTLE COUNTY   :

I, William W. Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on March 11, 2020, I caused to be served:

## NOTICE OF RECLAMATION AND DEMAND
## MADE BY LION BROTHERS COMPANY, INC.
[D.I. 151]

On March 9, 2020, service was completed upon all parties registered to receive notice through the Court's CM/ECF notification system, and also upon the parties on the service list attached to the filing. Additionally, on March 11, 2020 service was completed upon the parties listed on the Rule 2002 service list, which is attached hereto, via first class mail, postage prepaid.

Date: March 11, 2020

_____
William W. Weller

**SWORN AND SUBSCRIBED** before me this 11th day of March, 2020.

_____
Notary

[Notary Seal: JOAN M. HOFMANN, MY COMMISSION EXPIRES June 2, 2021, NOTARY PUBLIC, STATE OF DELAWARE]

11578053/1

**Boy Scouts of America - Master Service List**                                                                                          03/10/2020

| | | |
|---|---|---|
| American Engineers & Contractors<br>Attn: Shiv Shahi, Owner<br>224 Datura St, Ste 1012<br>West Palm Beach, FL 33401 | Andreozzi & Assoc, PC<br>Attn: Nathaniel L. Foote, Esq.<br>111 N Front St<br>Harrisburg, PA 17101 | Anne Terry<br>Address Redacted |
| Ava Law Group, Inc<br>Attn: Andrew Van Arsdale, Esq.<br>3667 Voltaire St<br>San Diego, CA 92106 | Baker Manock & Jensen, PC<br>Attn: Jan T. Perkins<br>5260 N Palm Ave, Ste 421<br>Fresno, CA 93704 | Bondurant, Mixson & Elmore, LLC<br>Attn: Michael B. Terry<br>One Atlantic Ctr<br>1201 W Peachtree St Nw, Ste 3900<br>Atlanta, GA 30309 |
| Bradley Farmer<br>Address Redacted | Bradley Riley Jacobs PC<br>Attn: Todd C. Jacobs<br>320 W Ohio St, Ste 3W<br>Chicago, IL 60654 | Butler Snow LP<br>Attn: Daniel W. Van Horn<br>P.O. Box 171443<br>Memphis, TN 38187-1443 |
| C Michael Hoover Jr<br>Address Redacted | C Wayne Brock<br>Address Redacted | Commonwealth of Pennsylvania<br>Dept of Labor & Industry<br>Attn: Deb Secrest/Collections Support Unit<br>651 Boas St, Rm 925<br>Harrisburg, PA 17121 |
| Crew Janci LLP<br>Attn: Stephen Crew<br>1200 NW Naito Pkwy, Ste 500<br>Portland, OR 97209 | David J Ross II<br>Address Redacted | Davies Hood PLLC<br>Attn: Jason P. Hood<br>22 N Front St, Ste 620<br>Memphis, TN 38103-2100 |
| Doe Claimant 2002<br>Address Redacted | Donald Mcchesney<br>Address Redacted | Dorsey & Whitney LLP<br>Attn: Bruce R Ewing/ E. Schnabel<br>51 W 52nd St<br>New York, NY 10019 |
| Dorsey & Whitney LLP<br>Attn: Eric Lopez Schnabel<br>Attn: Alessandra Glorioso<br>300 Delaware Ave, Ste 1010<br>Wilmington, DE 19801 | Dumas Law Group, LLC<br>aka Dumas & Vaughn Attorneys At Law<br>Attn: Gilion Dumas<br>3835 NE Hancock St, Ste Gl-B<br>Portland, OR 97212 | Eisenberg Rothweiler, Winkler, Eisenberg & Jeck, Pc<br>Attn: Stewart Eisenberg, Esq.<br>1634 Spruce St<br>Philadelphia, Pa 19103 |
| Faegre Drinker Biddle & Reath LLP<br>Attn: Jay Jaffe<br>600 E. 96th St, Ste 600<br>Indianapolis, IN 46240 | Faegre Drinker Biddle & Reath LLP<br>Attn: Patrick A. Johnson<br>222 Delaware Ave, Ste 1410<br>Wilmington, DE 19801-1621 | Fineman Krekstein & Harris, PC<br>Attn: Dierdre M Richards<br>1300 N King St<br>Wilmington, DE 19801 |
| Foley & Lardner LLP<br>Attn: Richard J Bernard<br>90 Park Ave<br>New York, NY 10016 | Foley & Lardner LLP<br>Attn: Victor Vilaplana<br>3579 Valley Centre Dr, Ste 300<br>San Diego, CA 92130 | Foran Glennon Planadech Ponzi & Rudloff, P.C.<br>Attn: Susan N K Gummow<br>Attn: Igor Shleypak<br>222 N LaSalle St, Ste 1400<br>Chicago, IL 60614 |

**Boy Scouts of America - Master Service List**                                                                                                    03/10/2020

| | | |
|---|---|---|
| Fox Swibel Levin & Carroll LLP<br>Attn: Margaret M. Anderson<br>200 W Madison St, Ste 3000<br>Chicago, IL 60606 | Gary Butler<br>Address Redacted | Green & Gillispie<br>Attn: Joshua Gillispie<br>1 Riverfront Pl, Ste 605<br>North Little Rock, AR 72114 |
| Gregg, Hunt, Ahern & Embry<br>Attorneys At Law<br>Attn: Jonathan Barnes<br>One Cranberry Hill, 304<br>Lexington, MA 02421 | Hugh Travis<br>Address Redacted | Hurley Mckenna & Mertz PC<br>Attn: Christopher Hurley<br>33 N Dearborn St, Ste 1430<br>Chicago, IL 60602 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jacobs & Crumplar, P.A.<br>Attn: Raeann Warner/Thomas Crumplar<br>750 Shipyard Dr, Ste 200<br>Wilmington, DE 19801 | Jeff Anderson & Assoc, PA<br>Attn: Jeffrey Anderson<br>505 Thornall St, Ste 405<br>Edison, NJ 08837 |
| Jeffrey Hunt<br>Address Redacted | John Green<br>Address Redacted | JPMorgan Chase Bank, NA<br>Attn: Phil Martin<br>10 S Dearborn St<br>Mail Code Il1-1415<br>Chicago, Il 60603 |
| Jpmorgan Chase Bank, NA<br>c/o Norton Rose Fulbright US LLP<br>Attn: Louis R. Strubeck, Jr<br>1301 Ave of the Americas<br>New York, NY 10019-6022 | Judith Ratcliffe<br>Address Redacted | Karr Tuttle Campbell, PS<br>Attn: Bruce W. Leaverton<br>701 5th Ave, Ste 3300<br>Seattle, WA 98104 |
| Kathy Sue Stone<br>Address Redacted | Kenneth L Connelly<br>Address Redacted | Kosnoff Law<br>Attn: Timothy Kosnoff, Esq.<br>1321 Upland Dr PMB 4685<br>Houston, TX 77043 |
| Latham & Watkins LLP<br>Attn: Adam J Goldberg<br>885 3rd Ave<br>New York, NY 10022-4834 | Latham & Watkins LLP<br>Attn: Jeffrey E Bjork<br>Attn: Kimberly A Posin<br>Attn: Nicholas J Messana<br>355 S Grand Ave, Ste 100<br>Los Angeles, CA 90071-1560 | Law Offices Of Mitchell Garabedian<br>Attn: Mitchell Garabedian<br>100 State St, 6th Fl<br>Boston, MA 02109 |
| Lindsay Hart, LLP<br>Attn: James L Dumas<br>1300 SW 5th Ave, Ste 3400<br>Portland, OR 97201 | Linebarger Goggan Blair & Sampson, LLP<br>Attn: Elizabeth Weller<br>2777 N. Stemmons Fwy, Ste 1000<br>Dallas, TX 75207 | Linebarger Goggan Blair & Sampson, LLP<br>Attn: John P. Dillman<br>P.O. Box 3064<br>Houston, TX 77253-3064 |
| Lion Brothers Co Inc<br>Attn: Susan Ganz, CEO<br>10246 Reisterstown Rd<br>Owings Mills, MD 21117 | Lujan & Wolff, LLP<br>Attn: David Lujan<br>238 Archbishop Flores St, Ste 300<br>DNA Bldg<br>Hagatna, GU 96910 | Marsh Law Firm<br>Attn: James Marsh<br>151 E Post Rd, Ste 102<br>White Plains, NY 10601 |

**Boy Scouts of America - Master Service List**                                                           03/10/2020

| | | |
|---|---|---|
| Martin Law, LLC<br>On behalf of Doe Claimant 2001<br>171 West Wing St, Ste 201<br>Arlington Heights, IL 60005 | McCreary, Veselka, Bragg & Allen, PC<br>Attn: Tara LeDay<br>P.O. Box 1269<br>Round Rock, TX 78680 | Merson Law<br>Attn: Jordan Merson<br>150 E 58th St, 34th Fl<br>New York, NY 10155 |
| Michael G Dowd<br>Attn: Michael G Dowd<br>600 3rd Ave, 15th Fl<br>New York, NY 10016 | Michael Surbaugh<br>Address Redacted | Mirick, O'Connell, DeMallie & Lougee, LLP<br>Attn: Kate P Foley<br>1800 W Park Dr, Ste 400<br>Westborough, MA 01581 |
| Mirick, O'Connell, DeMallie & Lougee, LLP<br>Attn: Paul W Carey<br>100 Front St<br>Worcester, MA 01608 | Missouri Dept of Revenue<br>Bankruptcy Unit<br>Attn: Steven A Ginther<br>P.O. Box 475<br>Jefferson City, MO 65105-0475 | Monzack Mersky McLaughlin & Browder, PA<br>Attn: Brian McLaughlin<br>Attn: Rachel Mersky<br>1201 N Orange St, Ste 400<br>Wilmington, DE 19801 |
| Morris James LLP<br>Attn: Brett D. Fallon/ J. Waxman<br>Attn: Brya M. Keilson<br>500 Delaware Ave, Ste 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 | Nagel Rice LLP<br>Attn: Bradley L Rice<br>103 Eisenhower Pkwy<br>Roseland, NJ 07068 | NCS Pearson, Inc<br>Attn: Bjarne Tellmann, Gen Counsel & CLO<br>200 Old Tappen Rd<br>Old Tappan, NJ 07675 |
| Norton Rose Fulbright Us LLP<br>Attn: Louis Strubeck/ Kristian Gluck<br>Attn: Ryan Manns/Shivani Shah<br>2200 Ross Ave, Suite 3600<br>Dallas, TX 75201-7932 | Office of the United States Trustee<br>Attn: David L. Buchbinder<br>Attn: Hannah Mufson McCollum<br>844 King St, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Pachulski Stang Ziehl & Jones<br>Attn: James I. Stang<br>10100 Santa Monica Blvd, 13th Fl<br>Los Angeles, CA 90067-4003 |
| Paul Mones<br>Attn: Paul Mones<br>13101 Washington Blvd<br>Los Angeles, CA 90066 | Penn Law Group<br>Attn: Darren Penn<br>4200 Northside Pkwy, NW<br>Building One, Ste 100<br>Atlanta, GA 30327 | Pension Benefit Guaranty Corp<br>Attn: Patricia Kelly, CFO<br>Attn: C. Burton/ C. Fessenden<br>1200 K St NW<br>Washington, DC 20005 |
| Pepper Hamilton LLP<br>Attn: David M. Fournier<br>Attn: Marcy J. McLaughlin Smith<br>1313 Market St, Ste 5100<br>P.O. Box 1709<br>Wilmington, DE 19899-1709 | Pfau, Cochran, Vertetis, Amala PLLC<br>Attn: Michael Pfau<br>403 Columbia St, Ste 500<br>Seattle, WA 98104 | Phillips Lytle LLP<br>Attn: Angela Z Miller<br>One Canalside<br>125 Main St<br>Buffalo, NY 14203 |
| Quad/Graphics, Inc<br>Attn: Joel Quadracci, Chairman, Pres & CEO<br>N61W23044 Harrys Way<br>Sussex, WI 53089-2827 | Raymond L Blackwell<br>Address Redacted | Rebenack, Aronow, Mascolo, LLP<br>Attn: Jay Silvio Mascolo<br>111 Livingston Ave<br>New Brunswick, NJ 08901 |
| Richard Lehr<br>Address Redacted | Richards, Layton & Finger, PA<br>Attn: Michael Merchant/Brett Haywood<br>One Rodney Square<br>920 N King St<br>Wilmington, DE 19801 | Robert J Mazzuca<br>Address Redacted |

**Boy Scouts of America - Master Service List**  03/10/2020

| | | |
|---|---|---|
| Robert Tuggle<br>Address Redacted | Robins Kaplan LLP<br>Attn: Patrick Stoneking<br>399 Park Ave, Ste 3600<br>New York, NY 10022 | Roger A Ohmstede<br>Address Redacted |
| Roy L Williams<br>Address Redacted | Rubenstein & Rynecki<br>Attn: Sanford Rubenstein<br>16 Court St, Suite 1717<br>Brooklyn, NY 11241 | Sequioa Counsel of Boy Scouts, Inc.<br>Attn: Michael Marchese<br>6005 N Tamera Ave<br>Fresno, CA 93711 |
| Shipman & Goodwin LLP<br>Attn: Abigail W. Williams<br>Attn: Joshua D. Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251 | Shipman & Goodwin LLP<br>Attn: Eric S. Goldstein<br>1 Constitution Plz<br>Hartford, CT 06103-1919 | Sweeny Reich & Bolz, LLP<br>Attn: Gerard Sweeney<br>1981 Marcus Ave, Ste 200<br>Lake Success, NY 11042 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>Attn: Valerie Smith<br>P.O. Box 41021<br>Norfolk, VA 23541 | The County Commission Of Fayette County<br>Attn: President<br>P.O. Box 307<br>Fayetteville, WV 25840 | The County Commission Of Fayette County<br>c/o Steptoe & Johnson Pllc<br>Attn: John Stump, Esq<br>Chase Tower - 8th Fl<br>707 Virginia St E.<br>Charleston, WV 25301 |
| The Neuberger Firm<br>Attn: Thomas S. Neuberger<br>Attn: Stephen J. Neuberger<br>17 Harlech Dr<br>Wilmington, DE 19807 | Thomas H Fitzgibbon<br>Address Redacted | Thomas Harrington<br>Address Redacted |
| Thomas Law Office, PLLC<br>Attn: Tad Thomas/Louis Schneider<br>9418 Norton Commons Blvd, Ste 200<br>Louisville, KY 40059 | Thomas Varnell<br>Address Redacted | Troutman Sanders LLP<br>Attn: Harris B. Winsberg<br>Attn: Matthew G. Roberts<br>600 Peachtree St NE, Ste 3000<br>Atlanta, GA 30308 |
| United States Dept Of Justice<br>950 Pennsylvania Ave, Nw<br>Room 2242<br>Washington, DC 20530-0001 | US Attorney For Delaware<br>Attn: David C Weiss<br>1007 Orange St, Ste 700<br>P.O. Box 2046<br>Wilmington, DE 19899-2046 | Wachtell, Lipton, Rosen & Katz<br>Attn: Richard Mason/Douglas Mayer<br>Attn:Joseph C. Celentino<br>51 W 52nd St<br>New York, NY 10019 |
| Wanger Jones Helsley, PC.<br>Attn: Riley C. Walter<br>265 E River Park Circle, Ste 310<br>Fresno, CA 93720 | Ward and Smith, P.A.<br>Attn: Paul A Fanning<br>P.O. Box 8088<br>Greenville, NC 27835-8088 | Wilmer Cutler Pickering Hale and Dorr LLP<br>Attn: Craig Goldblatt<br>1875 Pennsylvania Ave NW<br>Washington, DC 20006 |
| Womble Bond Dickinson (US) LLP<br>Attn: Matthew Ward/Morgan Patterson<br>1313 N Market St, Ste 1200<br>Wilmington, DE 19801 | Young Conaway Stargatt & Taylor<br>Attn: James L. Patton, Jr<br>Attn: Robert Brady/Edwin Harron<br>Rodney Square<br>1000 N King St<br>Wilmington, DE 19801 | |