**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] <br><br> Debtors. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 20-10343 (LSS) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) |
| BOY SCOUTS OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> A.A., *et al.*, <br><br> Debtors. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Adv. Pro. No. 20-50527 (LSS) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, Jane Doe, a party in interest in the above-captioned cases, hereby appears, by and through her undersigned counsel, pursuant to section 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 - 1532 (the "**Bankruptcy Code**"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"). Pursuant to Bankruptcy Rule 2002(g), Jane Doe hereby requests that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the following counsel at the following address, telephone number, and email address:

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

Mark L. Desgrosseilliers
CHIPMAN, BROWN, CICERO & COLE, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Facsimile: (302) 295-0199

Email: desgross@chipmanbrown.com

-and-

Cindy L. Robinson
Doug Mahoney
TREMONT SHELDON ROBINSON MAHONEY P.C.
64 Lyon Terrace
Bridgeport, CT 06604
Telephone: (203) 335-5145
Facsimile: (203) 366-8503

Email: crobinson@tremontsheldon.com
dmahoney@tremontsheldon.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the

Bankruptcy Code, this request includes not only the notices and papers referred to in the

Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes,

without limitation, any notice, application, complaint, demand, motion, petition, pleading or

request, whether formal or informal, written or oral, whether transmitted or conveyed by regular

mail, electronic mail, delivery service or some other means, or otherwise filed or made with

regard to these Cases and proceedings therein. Further, this request includes copies of any

disclosure statements to be submitted prior to approval and any and all plans of reorganization.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not

constitute a submission by Jane Doe to the jurisdiction of the Bankruptcy Court or a waiver of

Jane Doe's objection to personal jurisdiction in the Bankruptcy Court.  Moreover, this Notice of

Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be

deemed to waive any of Jane Doe's substantive or procedural rights, including: (i) the right to

have final orders in non-core matters entered only after de novo review by a district court judge;

(ii) the right to trial by jury in any proceedings so triable herein or in any case, controversy or

proceeding related hereto; (iii) the right to have the reference withdrawn by the United States

District Court for this district in any matter subject to mandatory or discretionary withdrawal or

the right to seek abstention in favor of any state court; or (iv) other rights, claims, actions,

defenses, setoffs, or recoupments to which Jane Doe is or may be entitled to under agreements,

in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments

expressly are hereby reserved.  This request for notice shall not be deemed to constitute consent

to electronic service of any pleading or papers for which mailed or personal service is required

under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

Dated: March 11, 2020
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Mark L. Desgrosseilliers*

Mark L. Desgrosseilliers (No. 4083)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Email:       desgross@chipmanbrown.com

-and-

Cindy L. Robinson
Doug Mahoney
Tremont Sheldon Robinson Mahoney P.C.
64 Lyon Terrace
Bridgeport, CT 06604
Telephone: (203) 335-5145
Email: crobinson@tremontsheldon.com
       dmahoney@tremontsheldon.com

*Counsel to Jane Doe*