# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Tad Thomas, Esquire of Thomas Law Offices, PLLC, 9418 Norton Commons Blvd., Suite 200, Louisville, Kentucky 40059 to represent for Claimants N.C., F.A., C.F., B.L., A.S., K.W. and E.B in the above-captioned cases

| Jacobs & Crumplar | The Neuberger Firm |
|---|---|
| /s/ Raeann Warner | /s/ Stephen J. Neuberger |
| Raeann Warner, Esq. (#4931) | Thomas S. Neuberger, Esq. (#243) |
| Thomas C. Crumplar, Esq. (#942) | Stephen J. Neuberger, Esq. (#4440) |
| Jacobs & Crumplar, P.A. | The Neuberger Firm |
| 750 Shipyard Dr., Suite 200 | 17 Harlech Dr. |
| Wilmington, DE 19801 | Wilmington, DE 19807 |
| Telephone: (302) 656-5445 | Telephone: 302-655-0582 |
| Facsimile: (302) 656-5875 | Facsimile: 302-656-5875 |
| E-mail: Raeann @jcdelaw.com | E-mail: tsn@neubergerlaw.com |
| Tom@jcdelaw.com | sjn@neubergerlaw.com |

---

[1] The Debtors of the chapter 11 cases, together with the last four digits of the Debtor's federal tax identification number, as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane Irving, Texas 75038.

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Kentucky, New York and Illinois and submit to the disciplinary action of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rule and with the Revised Standing Order for District Fund effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of District Court for the District Court.

*Tad Thomas, Esq.*
Tad Thomas, Esquire
Thomas Law Offices, PLLC
9418 Norton Commons Blvd., Suite 200
Louisville, Kentucky 40059
Telephone: (502) 473-6540
Facsimile: (877) 955-7002
E-mail: tad@thomaslawoffices.com

March 6, 2020

March 6, 2020

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: March 11th, 2020
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE