IN THE UNITED STATES BANKRUPCTY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>     Debtors.<br>X | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Ref. Docket No. 161** |

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2020, a copy of Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company's Limited Objection for Entry of an Order (1) Appointing a Judicial Mediator (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief (Dkt. No. 161) was filed electronically and notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.  The foregoing was also served on March 11, 2020, to the parties listed below via email and/or first class US Mail.

In addition, the foregoing was served on March 11, 2020 on the parties who do not receive electronic service of documents.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

8467482v1

**Debtor - Via first class mail**
Boy Scouts of America
Attn. Officer, Managing or General Agent or Agent for Service of Process
1325 West Walnut Hill Lane
Irving, TX 75038

**Debtors' Counsel - Via Email**
Derek C. Abbott
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
302-658-3989 (fax)
dabbott@mnat.com

Michael Christian Andolina
Sidley Austin
1 South Dearborn Street
Chicago, IL 60603
312 853-7000
312-853-7036 (fax)
mandolina@sidley.com

Joseph Charles Barsalona II
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
Suite 1600
Wilmington, DE 19801
302-351-9118
302-658-3989 (fax)
jbarsalona@mnat.com

Karim Basaria
1 South Dearborn
Chicago, IL 60603
312853-7000
312 853-7036 (fax)
kbasaria@sidley.com

Jessica C. Boelter
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
212 839-5300
212 839-5599 (fax)
jboelter@sidley.com

James F Conlan
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
212-839-5300
jconlan@sidley.com

Thomas A. Labuda, Jr.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
312-853-7000
312-853-7036 (fax)
tlabuda@sidley.com

Matthew Evan Linder
Sidley Austin LLP
1 South Dearborn Street
Chicago, IL 6603
312-853-7000
312-853-7036 (fax)
mlinder@sidley.com

Eric Moats
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19801
302-658-9200
302-658-3989 (fax)
emoats@mnat.com

8467482v1

Andrew R. Remming
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
302-658-9200
302-658-3989 (fax)
aremming@mnat.com

Paige Noelle Topper
Morris Nichols Arsht & Tunnel
1201 N. Market Street
Wilmington, DE 19801
302-658-9200
302-658-3989 (fax)
ptopper@mnat.com

Blair M. Warner
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
312-853-7000
blair.warner@sidley.com

**Counsel to US Trustee - Via email**
David L. Buchbinder
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
Suite 2207
Wilmington, DE 19801
302-573-6491
302-573-6497 (fax)
david.l.buchbinder@usdoj.gov

Hannah Mufson McCollum
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
302-573-6491
302-573-6497 (fax)
hannah.mccollum@usdoj.gov

Dated March 11, 2020

                    By: /s/ Eric S. Goldstein
                    Eric S. Goldstein
                    Shipman & Goodwin LLP
                    One Constitution Plaza
                    Hartford, CT 06103
                    (860) 251-5000

*Counsel for Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company*

8467482v1