IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Related Docket Nos. 17, 161** |

**NATIONAL SURETY CORPORATION'S PARTIAL JOINDER TO LIMITED OBJECTION OF CREDITORS FIRST STATE INSURANCE COMPANY AND TWIN CITY FIRE INSURANCE COMPANY AND PARTY IN INTEREST HARTFORD ACCIDENT AND INDEMNITY COMPANY TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPOINTING A JUDICIAL MEDIATOR, (II) REFERRING CERTAIN MATTERS TO MANDATORY MEDIATION, AND (III) GRANTING RELATED RELIEF**

National Surety Corporation ("NSC"), by and through undersigned counsel, hereby files this partial joinder (the "Joinder") to the *Limited Objection of Creditors First State Insurance Company and Twin City Fire Insurance Company and Party in Interest Hartford Accident and Indemnity Company to Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief* [D.I. 161] (the "Limited Objection")[2] and states the following:

**PARTIAL JOINDER**

NSC hereby partially joins in the Limited Objection filed by Hartford. NSC agrees with Hartford's views that any order granting the *Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Limited Objection.

*(III) Granting Related Relief* [D.I. 17] (the "Mediation Motion") should (i) identify the "applicable insurers" referenced in the Motion and (ii) require the Debtors to meet and confer with its prepetition liability insurers (including NSC, if applicable) on the selection of a mediator. NSC does not join the Limited Objection to the extent it seeks entry of an order directing or requiring all insurers to attend mediation.

## CONCLUSION

WHEREFORE, NSC respectfully requests that the Court enter an order granting (i) the relief requested in this Joinder and (ii) such other and further relief as is just and proper.

Dated:  March 11, 2020
       Wilmington, Delaware

PEPPER HAMILTON LLP

By: /s/ *David M. Fournier*
    David M. Fournier (DE No. 2812)
    Marcy J. McLaughlin Smith (DE No. 6184)
    Hercules Plaza
    1313 Market Street
    Suite 5100
    P.O. Box 1709
    Wilmington, DE 19899-1709
    Telephone:   404.885.3000
    Facsimile:   404.885.3900

-and-

TROUTMAN SANDERS LLP
Harris B. Winsberg (admitted *pro hac vice*)
Matthew G. Roberts (admitted *pro hac vice*)
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA  30308-2216
Telephone:   404.885.3000
Facsimile:   404.885.3900

-and-

- 3 -

                                                                              BRADLEY RILEY JACOBS PC
Todd C. Jacobs (admitted *pro hac vice*)
320 W. Ohio Street
Suite 3W
Chicago, IL 60654
Telephone:   312.281.0295

*Attorneys for National Surety Corporation*