**CERTIFICATE OF SERVICE**

I, David M. Fournier, hereby certify that on the 11th day of March, 2020, I served, or caused to be served, the foregoing *National Surety Corporation's Partial Joinder to Limited Objection of Creditors First State Insurance Company and Twin City Fire Insurance Company and Party in Interest Hartford Accident and Indemnity Company to Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, And (III) Granting Related Relief* upon the parties set forth on the attached list, in the manner indicated.

*/s/ David M. Fournier*
David M. Fournier (DE No. 2812)

BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC

Case No. 20-10343 (LSS)
Service List

**BY FIRST CLASS MAIL & EMAIL**
James F. Conlan; Thomas A. Labuda;
Michael C. Andolina; Matthew E. Linder; Karim Basaria; Blair Warner
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, Illinois 60603
jconlan@sidley.com; tlabuda@sidley.com;
mandolina@sidley.com; mlinder@sidley.com;
kbasaria@sidley.com; blair.warner@sidley.com

**BY FIRST CLASS MAIL & EMAIL**
Jessica C. K. Boelter
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
jboelter@sidley.com

**BY FIRST CLASS MAIL & EMAIL**
Derek C. Abbott; Andrew R. Remming;
Joseph C. Barsalona II; Eric W. Moats; Paige N. Topper
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
dabbott@mnat.com; aremming@mnat.com;
jbarsalona@mnat.com; emoats@mnat.com;
ptopper@mnat.com

**BY FIRST CLASS MAIL & EMAIL**
David L. Buchbinder
Hannah Mufson McCollum
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
david.l.buchbinder@usdoj.gov;
hannah.mccollum@usdoj.gov

**BY FIRST CLASS MAIL**
Boy Scouts of America
Attn. Officer, Managing or General Agent or Agent for Service of Process
1325 West Walnut Hill Lane
Irving, TX 75038