UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered) |

**ENTRY OF APPEARANCE AND REQUEST FOR
NOTICES OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
PURSUANT TO FED. R. BANKR. P. 2002 AND 9010 AND DEL. BANKR. L.R. 2002-1(d)**

PLEASE TAKE NOTICE THAT, pursuant to Rules 2002(g) and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), section 1109(b) of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* ("Bankruptcy Code"), and Del. Bankr. L.R. 2002-1(d), counsel listed below enters their appearance as proposed counsel to the Official Committee of Unsecured Creditors (the "Committee"), and requests that the Committee be added to the official mailing matrix and service lists in these cases and that copies of all pleadings, motions, notices, and other papers, filed or served, in these cases or any proceeding herein, be served upon the below-listed counsel at the following mailing or e-mail addresses or facsimile numbers:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| | |
|---|---|
| Thomas Moers Mayer, Esquire<br>Rachael Ringer, Esquire<br>David E. Blabey, Jr., Esquire<br>Jennifer R. Sharret, Esquire<br>Megan M. Wasson, Esquire<br>KRAMER LEVIN NAFTALIS<br>  & FRANKEL LLP<br>177 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 715-9100<br>Facsimile: (212) 715-8000<br>E-mail: tmayer@kramerlevin.com<br>E-mail: rringer@kramerlevin.com<br>E-mail: dblabey@kramerlevin.com<br>E-mail: jsharret@kramerlevin.com<br>E-mail: mwasson@kramerlevin.com | Kurt F. Gwynne, Esquire<br>Katelin A Morales, Esquire<br>REED SMITH LLP<br>1201 N. Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone:  (302) 778-7500<br>Facsimile:  (302) 778-7575<br>E-mail: kgwynne@reedsmith.com<br>E-mail: kmorales@reedsmith.com |

PLEASE TAKE FURTHER NOTICE THAT, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders and notices of applications, motions, petitions, pleadings, requests, complaints, disclosure statements, plans, or demands, whether formal or informal, written or oral or transmitted or conveyed by mail delivery, telephone, telegraph, or otherwise, in these cases.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit are not intended as, nor shall be deemed, a consent to or waiver of the Committee's:  (i) right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claim, actions, defenses, setoffs, or recoupments to which the Committee is or may be entitled under any agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: March 12, 2020
        Wilmington, Delaware

Respectfully submitted,

**REED SMITH LLP**

By:    */s/ Kurt F. Gwynne*
        Kurt F. Gwynne (No. 3951)
        Katelin A. Morales (No. 6683)
        1201 North Market Street, Suite 1500
        Wilmington, DE 19801
        Telephone: (302) 778-7500
        Facsimile: (302) 778-7575
        E-mail: kgwynne@reedsmith.com

*Proposed Delaware Counsel to the Official Committee of Unsecured Creditors*