# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, John B. Lord, an employee of Reed Smith LLP, do hereby certify that, on this 12th day of March 2020, a true and correct copy of the **ENTRY OF APPEARANCE AND REQUEST FOR NOTICES OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO FED. R. BANKR. P. 2002 AND 9010 AND DEL. BANKR. L.R. 2002-1(d)** was electronically filed via the Court's CM/ECF system and thereby served on those parties having registered to receive electronic notice in the above-captioned cases; and also was served separately on the parties listed below in the manners indicated.

| **VIA FIRST CLASS MAIL** | **VIA FIRST CLASS MAIL** |
|---|---|
| David L. Buchbinder | Derek C. Abbott |
| Hannah Mufson McCollum | Andrew R. Remming |
| OFFICE OF THE UNITED STATES TRUSTEE | Joseph C. Barsalona II |
| | Eric W. Moats |
| J. Caleb Boggs Federal Building | Paige N. Topper |
| 844 King Street, Suite 2207 | MORRIS, NICHOLS, ARSHT |
| Lockbox 35 | & TUNNELL LLP |
| Wilmington, DE 19801 | 1201 North Market Street, 16th Floor |
| | P.O. Box 1347 |
| | Wilmington, DE 19899-1347 |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| | |
|---|---|
| **VIA FIRST CLASS MAIL** | **VIA FIRST CLASS MAIL** |
| Jessica C. K. Boelter | James F. Conlan |
| SIDLEY AUSTIN LLP | Thomas A. Labuda |
| 787 Seventh Avenue | Michael C. Andolina |
| New York, NY 10019 | Matthew E. Linder |
| | SIDLEY AUSTIN LLP |
| | One South Dearborn Street |
| | Chicago, IL 60603 |

By: */s/ John B. Lord*
John B. Lord
Bankruptcy Paralegal
REED SMITH LLP
1201 N. Market St., Suite 1500
Wilmington, DE 19801