**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) (Jointly Administered) |
| Debtors. | **Re: Docket No. 167** |

**AMENDED ENTRY OF APPEARANCE AND REQUEST FOR**
**NOTICES OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**PURSUANT TO FED. R. BANKR. P. 2002 AND 9010 AND DEL. BANKR. L.R. 2002-1(d)**

PLEASE TAKE NOTICE THAT, pursuant to Rules 2002(g) and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), section 1109(b) of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* ("Bankruptcy Code"), and Del. Bankr. L.R. 2002-1(d), counsel listed below enters their amended appearance as proposed counsel to the Official Committee of Unsecured Creditors (the "Committee"), and requests that the Committee be added to the official mailing matrix and service lists in these cases and that copies of all pleadings, motions, notices, and other papers, filed or served, in these cases or any proceeding herein, be served upon the below-listed counsel at the following mailing or e-mail addresses or facsimile numbers:

---

[1]   The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Thomas Moers Mayer, Esquire
Rachael Ringer, Esquire
David E. Blabey, Jr., Esquire
Jennifer R. Sharret, Esquire
Megan M. Wasson, Esquire
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
E-mail: tmayer@kramerlevin.com
E-mail: rringer@kramerlevin.com
E-mail: dblabey@kramerlevin.com
E-mail: jsharret@kramerlevin.com
E-mail: mwasson@kramerlevin.com

Kurt F. Gwynne, Esquire
Katelin A Morales, Esquire
REED SMITH LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Telephone:  (302) 778-7500
Facsimile:  (302) 778-7575
E-mail: kgwynne@reedsmith.com
E-mail: kmorales@reedsmith.com

PLEASE TAKE FURTHER NOTICE THAT, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders and notices of applications, motions, petitions, pleadings, requests, complaints, disclosure statements, plans, or demands, whether formal or informal, written or oral or transmitted or conveyed by mail delivery, telephone, telegraph, or otherwise, in these cases.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit are not intended as, nor shall be deemed, a consent to or waiver of the Committee's:  (i) right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claim, actions, defenses, setoffs, or recoupments to which the Committee is or may be entitled under any agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated:  March 12, 2020
        Wilmington, Delaware

Respectfully submitted,

**REED SMITH LLP**

By:   */s/ Kurt F. Gwynne*
      Kurt F. Gwynne (No. 3951)
      Katelin A. Morales (No. 6683)
      1201 North Market Street, Suite 1500
      Wilmington, DE 19801
      Telephone:  (302) 778-7500
      Facsimile:  (302) 778-7575
      E-mail: kgwynne@reedsmith.com

      *Proposed Delaware Counsel to the Official*
      *Committee of Unsecured Creditors*