**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, John B. Lord, an employee of Reed Smith LLP, do hereby certify that, on this 12th day of March 2020, a true and correct copy of the **AMENDED ENTRY OF APPEARANCE AND REQUEST FOR NOTICES OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO FED. R. BANKR. P. 2002 AND 9010 AND DEL. BANKR. L.R. 2002-1(d)** was electronically filed via the Court's CM/ECF system and thereby served on those parties having registered to receive electronic notice in the above-captioned cases; and also was served separately on the parties listed below in the manners indicated.

**VIA FIRST CLASS MAIL**
David L. Buchbinder
Hannah Mufson McCollum
OFFICE OF THE UNITED STATES TRUSTEE
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Derek C. Abbott
Andrew R. Remming
Joseph C. Barsalona II
Eric W. Moats
Paige N. Topper
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

- 2 -

| | |
|---|---|
| **VIA FIRST CLASS MAIL**<br>Jessica C. K. Boelter<br>SIDLEY AUSTIN LLP<br>787 Seventh Avenue<br>New York, NY 10019 | **VIA FIRST CLASS MAIL**<br>James F. Conlan<br>Thomas A. Labuda<br>Michael C. Andolina<br>Matthew E. Linder<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, IL 60603 |

By:    */s/ John B. Lord*
       John B. Lord
       Bankruptcy Paralegal
       REED SMITH LLP
       1201 N. Market St., Suite 1500
       Wilmington, DE 19801