**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC.[1]<br><br><br>Debtors. | Chapter 11<br><br>Case No. 20-00078<br><br>Bankruptcy Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Darleen Sahagun, depose and say that I am employed by Omni Agent Solutions (**"Omni"**), the proposed claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 3, 2020 at my direction and under my supervision, employees of Omni caused true and correct copies of the following documents to be served by the method set forth on the Service List attached hereto as **Exhibit A**.

- Motion to Fix Venue w/ Unredacted Exhibit A

- Opening Brief in Support of Motion to Fix Venue

- Whittman Declaration in Support of Motion to Fix Venue

- Azer Declaration in Support of Motion to Fix Venue

- Griggs Declaration in Support of Motion to Fix Venue [Unredacted]

- Motion to File Under Seal Ex. A to the Motion to Fix Venue and Griggs Declaration

- Motion to Stay Briefing Schedule

- Corporate Disclosure Statement

On March 4, 2020 at my direction and under my supervision, employees of Omni caused true and correct copies of the following documents to be served by the method set forth on the Service List attached hereto as **Exhibit B**.

- Motion to Fix Venue w/ Unredacted Exhibit A

- Opening Brief in Support of Motion to Fix Venue

- Whittman Declaration in Support of Motion to Fix Venue

- Azer Declaration in Support of Motion to Fix Venue

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

- Griggs Declaration in Support of Motion to Fix Venue [Unredacted]

- Motion to File Under Seal Ex. A to the Motion to Fix Venue and Griggs Declaration

- Motion to Stay Briefing Schedule

- Corporate Disclosure Statement

Dated: March 9, 2020

_____
Darleen Sahagun
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
(818) 906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 9th day of March, 20 20, by Darleen Sahagun proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
COMM. #2232009
Notary Public - California
Los Angeles County
My Comm. Expires Feb. 23, 2022

# **EXHIBIT A**

**EXHIBIT A**
Served as set forth below

| Plaintiff Attorney(s) | Attorney Firm | Attorney Mailing Address | Attorney Email | Methof of Service |
|---|---|---|---|---|
| Joshua D. Gillispie | Green & Gillispie Attorneys at Law | 1 Riverfront Place, Suite 605<br>North Little Rock, AR 72114 | josh@greenandgillispie.com | Email |
| Michael E. Medina, Jr., Steven Weinberger, and Dwayne D. Burns | Davis Miles McGuire Gardner, PLLC | 40 E. Rio Salado Parkway, Suite 425<br>Tempe, AZ 85281 | mmedina@davismiles.com<br>sweingerberger@davismiles.com<br>dburns@davismiles.com | Email |
| Paul Mones, and Courtney Kiehl | Paul Mones, P.C. | 13101 Washington Blvd., Suite 221<br>Los Angeles, CA 90066 | paul@paulmones.com | Email |
| Spencer R. Lucas | Panish Shea & Boyle LLP | 11111 Santa Monica Boulevard, Suite 700<br>Los Angeles, California 90025 | lucas@psblaw.com | Email |
| Timothy C. Hale | Nye, Peabody, Stirling, Hale & Miller, LLP | 33 West Mission Street, Suite 201<br>Santa Barbara, California 93101 | timothy@nps-law.com | Email |
| Cindy L. Robinson | Tremont Sheldon Robinson Mahoney P.C. | 64 Lyon Terrace<br>Bridgeport, CT 06604 | crobinson@tremontsheldon.com | Email |
| Brooke A. Goff, Esq. | Goff Law Group LLC | 2475 Albany Avenue, Suite 205<br>West Hartford, CT 06117 | brooke@gofflawgroup.net | Email |
| Paul A. Slager, and Jennifer B. Goldstein | Silver Golub & Teitell LLP | 184 Atlantic Street<br>Stamford, CT 06901 | jgoldstein@sgtlaw.com | Email |
| John P. Connor, Esq. | Stobierski & Connor | 377 Main Street<br>Greenfield, MA 01301 | jconnor@stobierski.com | Email |
| John R. Williams | | 51 Elm Street<br>New Haven, CT 06510 | jrw@johnrwilliams.com | Email |
| Carl S. Kravitz, Caroline Judge Mehta, Aitan D. Goelman, Andrew N. Goldfarb, Nicholas M. DiCarlo, and Avery F. Pollard | Zuckerman Spaeder LLP | 1800 M St. NW, Suite 1000<br>Washington, DC 20036 | ckravitz@zuckerman.com<br>cmehta@zuckerman.com<br>agoelman@zuckerman.com<br>agoldfarb@zuckerman.com<br>ndicarlo@zuckerman.com<br>apollard@zuckerman.com | Email |
| Paul L. SanGiovanni | Morgan & Morgan, P.A. | 20 N. Orange Ave., Suite 1600<br>P.O. Box 4979 (32802-4979)<br>Orlando, FL 32801 | psangi@forthepeople.com<br>kdimeglio@forthepeople.com | Email |
| Paul L. SanGiovanni, and Cari Whitmire | Morgan & Morgan, P.A. | 20 N. Orange Ave., Suite 1600<br>P.O. Box 4979 (32802-4979)<br>Orlando, FL 32801 | psangi@forthepeople.com<br>cwhitmire@forthepeople.com<br>mtodd@forthepeople.com | Email |
| Adam T. Dougherty | Dougherty Law Firm, P.A. | 3333 W. Commercial Boulevard, Suite 115<br>Fort Lauderdale, Florida 33309 | adam@wetrycases.com<br>giancarlo@wetrycases.com | Email |
| Dondra Bass O'Neal, Esq. | Bass Law, LLC | 24 Commerce Place, Suite A<br>Savannah, GA 31406 | dondra@bassinjurylaw.com | Email |
| Darren W. Penn, Alexandra "Sachi" Cole, and Paul Mones | Penn Law, and<br>Paul Mones, P.C. | 4200 Northside Parkway, NW Building One, Suite 100<br>Atlanta, GA 30327<br><br>13101 Washington Blvd.<br>Los Angeles, CA 90066 | darren@pennlawgroup.com<br>sachi@pennlawgroup.com<br>pamones@comcast.net | Email |
| David J. Lujan | Lujan & Wolff LLP | 238 Archbishop Flores Street<br>Suite 300, DNA Building<br>Hagatna, Guam 96910 | djl@lawguam.com | Email |
| Anthony C. Perez | Law Office of Anthony C. Perez | 238 Archbishop Flores Street<br>Suite 802, DNA Building<br>Hagatna, Guam 96910 | acp@perezlawguam.com | Email |
| Kevin J. Fowler, Esq. | Roberts Fowler & Visosky LLP | 865 South Marine Corps Drive, Suite 201<br>Tamuning, Guam 96913 | fowler@guamlawoffice.com | Email |
| Michael J. Berman, Esq. | Berman O'Connor & Mann | 111 Chalan Santo Papa<br>Suite 503, Bank of Guam Bldg.<br>Hagatna, Guam 96910 | mjberman@pacificlawyers.law | Email |
| Mark Gallagher, Esq., and Jeff Anderson | Law Office of Mark Gallagher, and Jeff Anderson & Associates | 66 Kaiholu Place<br>Kailua, Hawaii 96734<br><br>366 Jackson Street, Suite 100<br>St. Paul, MN 55101 | mgallagher@hawaiiantel.net | Email |
| Patrick J. Hopkins, Gilion C. Dumas, and Ashley Vaughn | Hopkins Law Office, P.L.C., and Dumas Law Group | 1415 28th Street, Ste. 160<br>West Des Moines, IA 50266<br><br>3835 NE Hancock St. Ste. GL-B<br>Portland, OR 97212 | pjh@hopkinslawiowa.com<br>gilion@dumaslawgroup.com<br>ashley@dumaslawgroup.com | Email |
| Evan M. Smola, and Christopher T. Hurley | Hurley McKenna & Mertz | 33 North Dearborn Street, Suite 1430<br>Chicago, IL 60602 | ESmola@hurley-law.com<br>ESmola@hurley-law.com | Email |

**EXHIBIT A**
Served as set forth below

| Plaintiff Attorney(s) | Attorney Firm | Attorney Mailing Address | Attorney Email | Methof of Service |
|---|---|---|---|---|
| Harry B. O'Donnell IV, Chris Meinhart, and Brett H. Oppenheimer | Meinhart, Smith & Manning, PLLC | 222 East Witherspoon, Suite 401 Louisville, KY 40202<br><br>Watterson West Office Building 1941 Bishop Lane, Suite 706 Louisville, KY 40218-1937 | | |
| Tad Thomas, and Lindsay Anne Cordes | Thomas Law Offices, PLLC | 9418 Norton Commons Boulevard, Suite 200 Louisville, KY 40059 | tad@thomaslawoffices.com lindsay.cordes@thomaslawoffices.com | Email |
| James A. Swartz, Alan L. Cantor, and Paul Mones | Swartz & Swartz, P.C., and Paul Mones, P.C. | 10 Marshall Street Boston, MA 02108<br><br>13101 Washington Blvd. Los Angeles, CA 90066 | jswartz@swartzlaw.com acantor@swartzlaw.com | Email |
| William M. Azkoul, Thomas R. Behm, and Laura B. Danielson | Gruel Mills Nims & Pylman PLLC | 99 Monroe Avenue NW, Suite 800 Grand Rapids, MI 49503 | wmazkoul@gmnp.com | Email |
| Jeffrey R. Andeson, and Trusha Patel Goffe | Jeff Anderson & Associates, P.A. | 366 Jackson Street, Suite 100 St. Paul, MN 55101 | jeff@andersonadvocates.com | Email |
| Nicole Burlison Knepper, Matthew J. Padberg, and Michael P. Corrigan | Padberg, Corrigan & Applebaum | 1926 Chouteau Avenue St. Louis, MO 63103 | mjp@padberglaw.com nicole@padberglaw.com | Email |
| Larry S. Fields | Fields and Associates LLC | S. 18th Street - Suite 425 St. Louis, MO 63101 | lsf19@msn.com | Email |
| Hans H. Van Zanten, and Thomas R. Onik | Van Zanten & Onik, L.L.C. | 1100 Main Street, Suite 1645 Kansas City, MO 64105 | hvanzanten@vzolaw.com tonik@vzolaw.com | Email |
| James P. Molloy, Gilion Gumas, and Ashley Vaughn | Gallik, Bremer & Molloy, P.C. | 777 East Main Street, Suite 203 P.O. Box 70 Bozeman, MT 59771 | jim@galliklawfirm.com gilion@dumasandvaughn.com ashley@dumasandvaughn.com | Email |
| Shane Colton, and Tanis M. Holm | Edmiston & Colton Law Firm | 310 Grand Avenue Billings, MT 59101 | scolton@yellowstonelaw.com tholm@yellowstonelaw.com | Email |
| Jonathan A. Barnes | Clark, Hunt, Ahern & Embry | 150 Cambridgepark Drive Cambridge, MA 02140 | jbarnes@chelaw.com | Email |
| Kirk C. Simoneau | Nixon, Vogelman, Slawsky & Simoneau, P.A. | 77 Central Street Manchester, NH 03101 | ksimoneau@davenixonlaw.com | Email |
| Gregory G. Gianforcaro, Esq., Jeffrey R. Anderson, and Trusha P. Goffe | Gianforcaro Law, and Jeffrey Anderson & Associates PA | 80 South Main Street Phillipsburg, New Jersey 08865<br><br>505 Thornall Street, Suite 405 Edison, NJ 08837 | gianforcarolaw@msn.com jeff@andersonadvocates.com trusha@andersonadvocates.com | Email |
| Michael G. Donahue, III | Start & Stark | PO Box 5315 Princeton, NJ 08543<br><br>993 Lenox Drive, Lawrenceville, NJ 08648 | mdonahue@stark-stark.com | Email |
| Eric G. Kahn | Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins | 505 Morris Avenue Springfield, NJ 07081 | ekahn@lawjw.com | Email |
| Bruce H. Nagel, and Bradley L. Rice | Nagel Rice, LLP | 103 Eisenhower Parkway, Suite 103 Roseland, NJ 07068 | bnagel@nagelrice.com brice@nagelrice.com | Email |
| Justin P. Walder<br><br>James M. McCreedy (The Pingry School) | Pashamn Stein Walker Hayden<br><br>Wiley Malehorn Sirota & Raynes | Court Plaza South 21 Main Street, Suite 200 Hackensack, NJ 07601<br><br>250 Madison Avenue Morristown, NJ 07960 | jpwalder@pashmanstein.com<br><br>jmccreedy@wmsrlaw.com | Email |
| J. Silvio Mascolo | Rebenack, Aronow & Mascolo, LLP | 111 Livingston Ave. New Brunswick, NJ 08901 | jmascolo@ram.law | Email |
| Frank Joseph Schwindler | Pro se | Phillips State Prison 2989 W. Rock Quarry Road Buford, GA 30519-4118 State Serial Number: 323208 | nundawao@gmail.com | Email |
| Paul M. Linnenburger, Carolyn "Cammie" Nichols, and Carolina "KC" Manierra | Rothstein Donatelli, LLP | 500 4th Street, N.W., Suite 400 Albuquerque, NM 87102<br><br>1215 Paseo de Peralta Post Office Box 8180 Santa Fe, NM 87504-8180 | plinnenburger@rothsteinlaw.com cmnichols@rothsteinlaw.com cmanierre@rothsteinlaw.com | Email |
| Brad D. Hall, Levi A. Monagle, and Lisa P. Ford | Law Offices of Brad D. Hall, LLC | 320 Gold AV SW #1218 Albuquerque, NM 87102 | brad@bhallfirm.com | Email |
| John Tiwald, and John R. Reidy | Tiwald Law, P.C. | 6121 Indian School Road NE, Suite 210 Albuquerque, NM 87110-3179 | john@tiwaldlaw.com jay@tiwaldlaw.com | Email |

**EXHIBIT A**
Served as set forth below

| Plaintiff Attorney(s) | Attorney Firm | Attorney Mailing Address | Attorney Email | Methof of Service |
|---|---|---|---|---|
| Andrew S. Janet, Seth L. Cardeli, and Gerald D. Jowers, Jr. | Janet, Janet & Suggs, LLP | 4 Reservoir Circle, Suite 200 Baltimore, Maryland 21208<br><br>500 Taylor St., Ste. 301 Columbia, SC 29201 | asjanet@jjsjustice.com<br>gjowers@jjsjustice.com | Email |
| Jesse P. Ryder | Ryder Law Firm | 6739 Myers Road East Syracuse, NY 13057 | ryderlawfirm@gmail.com | Email |
| James R. Marsh, Jennifer Freeman, Michael T. Pfau, Jason P. Amala, Anelga Doumanian | Marsh Law Firm PLLC, and Pfau Cochran Vertetis Amala PLLC | 151 East Post Road, Suite 102 White Plains, NY 10601-5210<br><br>356 Golfview Road, Suite 1207 North Palm Beach, FL 33408<br><br>403 Columbia Street, Suite 500 Seattle, WA 98104 | jamesmarsh@marsh.law jenniferfreeman@marsh.law michael@pcvalaw.com jason@pcvalaw.com adoumanian@pcvalaw.com | Email |
| Jeremy D. Barberi, Esq. | Hirshfield & Costanzo, P.C. | 190 East Post Road, Suite 402 White Plains, NY 10601 | | I |
| Michael G. Dowd, and Gerard J. Sweeney, Esq. | Michael G. Dowd, and Sweeney, Reich & Bolz, LLP | 600 Third Avenue, 15th Floor New York, New York 10016<br><br>1981 Marcus Avenue, Suite 200 Lake Success, NY 11042 | michaelgdowd@gmail.com; gkosmakos@srblawfirm.com; gsweeney@srblawfirm.com | Email |
| Sanford Rubenstein, Esq. | Rubenstein & Rynecki, Esqs. | 16 Court Street, Suite 1717 Brooklyn, New York 11241 | attyrubenstein@aol.com | Email |
| Jeff Herman, Stuart S. Mermelstein, Daniel G. Ellis, and Jason S. Sandler | Herman Law | 434 W. 33rd St., Penthouse New York, NY 10001 | jherman@hermanlaw.com smermelstein@hermanlaw.com dellis@hermanlaw.com jsandler@hermanlaw.com | Email |
| Sameer Nath, Esq. | Silver & Kelmachter, LLP | 11 Park Place, Suite 1503 New York, New York 10007 | snath@silverkelmachter.com | Email |
| Jeff Herman, Stuart S. Mermelstein, and Daniel G. Ellis | Herman Law | 434 W. 33rd St., Penthouse New York, NY 10001 | jherman@hermanlaw.com smermelstein@hermanlaw.com dellis@hermanlaw.com | Email |
| Jordan K. Merson | Merson Law, PLLC | 150 East 58th Street, 34th Floor New York, New York 10155 | jmerson@mersonlaw.com | Email |
| Barbara J. Hart, Scott V. Papp, Anthony Christina, William P. Harrington, and Adam Rodriguez | Lowey Dannenberg, P.C., and Bleakley Platt & Schmidt, LLP | 44 South Broadway, Suite 1100 White Plains, NY 10601-2301<br><br>One North Lexington Avenue White Plains, NY 10601 | bhart@lowey.com spapp@lowey.com achristina@lowey.com wpharrington@bpslaw.com arodriguez@bpslaw.com | Email |
| John Bonina | Bonina & Bonina, P.C. | 16 Court Street - Suite 1800 Brooklyn, New York 11241 | | |
| David M. Oddo | Okun, Oddo & Babat, P.C. | 8 West 38th Street, Suite 1002 New York, New York 10018 | do@oddobabat.com | Email |
| John Bonina | Bonina & Bonina, P.C. | 16 Court Street - Suite 1800 Brooklyn, New York 11241 | | |
| Patrick Noaker, Stephan H. Peskin, Leander James III, and Craig Vernon | Noaker Law Firm LLC, Tolmage, Peskin, Harris & Falick, and James, Vernon & Weeks, P.A. | 1600 Utica Avenue S., 9th Floor St. Louis Park, MN 55416<br><br>20 Vesey Street, 7th Floor New York, NY 10007<br><br>1626 Lincoln Way Coeur d'Alene, ID 83815 | Patrick@noakerlaw.com peskin@tolmagepeskinlaw.com ljames@jvwlaw.net cvernon@jvwlaw.net | Email |
| Kristina Georgiou | Belluck & Fox, LLP | 546 5th Avenue, 5th Floor New York, New York 10036 | kgeorgiou@belluckfox.com | Email |
| James R. Marsh, Jennifer Freeman, Robert Y. Lewis Michael T. Pfau, Jason P. Amala, Anelga Doumanian | Marsh Law Firm PLLC, and Pfau Cochran Vertetis Amala PLLC | 151 East Post Road, Suite 102 White Plains, NY 10601-5210<br><br>356 Golfview Road, Suite 1207 North Palm Beach, FL 33408<br><br>403 Columbia Street, Suite 500 Seattle, WA 98104 | jamesmarsh@marsh.law jenniferfreeman@marsh.law robertlewis@marsh.law michael@pcvalaw.com jason@pcvalaw.com adoumanian@pcvalaw.com | Email |
| Michael G. Dowd | Michael G. Dowd | 600 Third Avenue, 15th Floor New York, New York 10016 | michaelgdowd@gmail.com; gkosmakos@srblawfirm.com; gsweeney@srblawfirm.com | Email |
| Michael G. Dowd, and Laura A. Ahearn | Michael G. Dowd, and Laura A. Ahearn | 600 Third Avenue, 15th Floor New York, New York 10016<br><br>3075 Veterans Memorial Highway, Ste. 200 Ronkonkoma, NY 11779 | lahearn@lauraahearn.com | Email |
| Frank M. Bogulski, Esq. | Frank M. Bogulski, Esq. | 286 Delaware Avenue, Suite B Buffalo, New York 14202 | frank@lawmanfrank.com | Email |

**EXHIBIT A**
Served as set forth below

| Plaintiff Attorney(s) | Attorney Firm | Attorney Mailing Address | Attorney Email | Methof of Service |
|---|---|---|---|---|
| Kevin T. Stocker, Esq. | Kevin T. Stocker, Esq. | 2645 Sheridan Drive<br>Tonawanda, New York 14150 | kstockeresq@yahoo.com | Email |
| Richard P. Weisbeck, Jr., and Christina M. Croglio | Lipsitz Green Scime Cambria LLP | 42 Delaware Avenue, Suite 120<br>Buffalo, New York 14202-3924 | rweisbeck@lglaw.com ccroglio@lglaw.com | Email |
| Diane Paolicelli,<br>Michael DeRuve, and<br>Paul Barr | Phillips & Paolicelli, LLP, and<br>Fanizzi & Barr, P.C. | 747 Third Avenue, Sixth Floor<br>New York, NY 10017<br><br>2303 Pine Ave.<br>Niagara Falls, NY 14301 | dpaolicelli@p2law.com<br>mderuve@p2law.com<br>pbarr@fanizziandbarr.com | Email |
| David M. Oddo | Okun, Oddo & Babat, P.C. | 8 West 38th Street, Suite 1002<br>New York, New York 10018 | do@oddobabat.com | Email |
| Patrick Stoneking,<br>Nahid A. Shaikh,<br>Rayna E. Kessler,<br>Tara D. Sutton,<br>Roman M. Silberfeld,<br>Jeffrey R. Anderson, and<br>J. Michael Reck | Robins Kaplan LLP, and<br>Jeff Anderson & Associates, P.A. | 399 Park Avenue, Suite 3600<br>New York, NY 10022<br><br>800 LaSalle Avenue, Suite 2800<br>Minneapolis, MN 55402<br><br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067<br><br>52 Duane Street, 7th Floor<br>New York, NY 10007 | pstoneking@robinskaplan.com<br>nshaikh@robinskaplan.com<br>rkessler@robinskaplan.com<br>tsutton@robinskaplan.com<br>rsilberfeld@robinskaplan.com<br>jeff@andersonadvocates.com<br>mreck@andersonadvocates.com | Email |
| James R. Marsh,<br>Jennifer Freeman,<br>Michael T. Pfau,<br>Jason P. Amala,<br>Anelga Doumanian | Marsh Law Firm PLLC, and<br>Pfau Cochran Vertetis Amala PLLC | 151 East Post Road, Suite 102<br>White Plains, NY 10601-5210<br><br>403 Columbia Street, Suite 500<br>Seattle, WA 98104 | jamesmarsh@marsh.law<br>jenniferfreeman@marsh.law<br>michael@pcvalaw.com<br>jason@pcvalaw.com<br>adoumanian@pcvalaw.com | Email |
| Patrick Sorsby, Esq. | Law Office of Patrick Sorsby | 1568 Central Avenue<br>Albany, New York 12205 | sorsbylaw@gmail.com | Email |
| Robert Cannata | Gregory J. Cannata & Associates, LLP | 60 East 42 Street, Suite 932<br>New York, NY 10165 | rcannata@cannatalaw.com | Email |
| Andrea E. Bonina, Esq. | Bonina & Bonina, P.C. | 16 Court Street, Suite 1800<br>Brooklyn, New York 11241 | | Email |
| Jeffrey R. Anderson,<br>Trusha Goffe, and<br>Patrick Stoneking | Jeff Anderson & Associates, P.A. | 52 Duane Street, 7th Floor<br>New York, New York 10007 | jeff@andersonadvocates.com<br>trusha@andersonadvocates.com<br>pstoneking@andersonadvocates.com | Email |
| Leander James III,<br>Craig Vernon, and<br>Patrick Noaker | James, Vernon & Weeks, P.A., and<br>Noaker Law Firm LLC | 20 Vesey Street, 7th Floor<br>New York, NY 10007<br><br>1626 Lincoln Way<br>Coeur d'Alene, ID 83815<br><br>1600 Utica Avenue S., 9th Floor<br>St. Louis Park, MN 55416 | ljames@jvwlaw.net<br>cvernon@jvwlaw.net<br>Patrick@noakerlaw.com | Email |
| Cynthia S. LaFave, Esq.,<br>Jason Frament, Esq.,<br>Jeffrey R. Anderson, Esq., and<br>Michael G. Finnegan, Esq. | LaFave, Wein & Frament, PLLC, and<br>Jeff Anderson & Associates, P.A. | 2400 Western Avenue<br>Guilderland, New York 12084<br><br>55 West 39th Street, 11th Floor<br>New York, New York 10018 | jeff@andersonadvocates.com | Email |
| Joshua R. Friedman, Esq. | Dreyer Boyajian LLP | 75 Columbia Street<br>Albany, New York 12210 | jfriedman@dblawny.com | Email |
| Michael G. Dowd | Michael G. Dowd | 600 Third Avenue, 15th Floor<br>New York, New York 10016 | michaelgdowd@gmail.com | Email |
| Paul J. Hanly, Jr.,<br>Jayne Conroy,<br>Andrea Bierstein,<br>Mitchell Garabedian, and<br>William H. Gordon | Simmons Hanly Conroy LLC, and<br>Law Offices of Mitchell Garabedian | 112 Madison Avenue<br>New York, NY 10016<br><br>100 State Street, 6th Floor<br>Boston, MA 02109 | phanly@simmonsfirm.com<br>jconroy@simmonsfirm.com<br>abierstein@simmonsfirm.com<br>mgarabedian@garabedianlaw.com<br>wgordon@garabedianlaw.com | Email |
| Paul J. Hanly, Jr.,<br>Jayne Conroy,<br>Trent B. Miracle,<br>Mitchell Garabedian, and<br>William H. Gordon | Simmons Hanly Conroy LLC, and<br>Law Offices of Mitchell Garabedian | 112 Madison Avenue<br>New York, NY 10016<br><br>100 State Street, 6th Floor<br>Boston, MA 02109 | phanly@simmonsfirm.com<br>jconroy@simmonsfirm.com<br>tmiracle@simmonsfirm.com<br>mgarabedian@garabedianlaw.com<br>wgordon@garabedianlaw.com | Email |
| Daryl P. Brautigam | Brautigam & Brautigam, L.L.P. | 32 White Street<br>P.O. Box 210<br>Fredonia, New York 14063-0210 | darylbrautigam@brautigamlaw.com | Email |
| Debra L. Greenberger, and<br>David A. Lebowitz | Emery Celli Brinckerhoff & Abady LLP | 600 Fifth Avenue, 10th Floor<br>New York, New York 10020 | dgreenberger@ecbalaw.com    dlebowitz@ecbalaw.com | Email |

Case 20-10343-LSS    Doc 170    Filed 03/12/20    Page 8 of 15

**EXHIBIT A**
Served as set forth below

| Plaintiff Attorney(s) | Attorney Firm | Attorney Mailing Address | Attorney Email | Methof of Service |
|---|---|---|---|---|
| James R. Marsh, Jennifer Freeman, Robert Y. Lewis Michael T. Pfau, Jason P. Amala, Vincent T. Nappo | Marsh Law Firm PLLC, and Pfau Cochran Vertetis Amala PLLC | 151 East Post Road, Suite 102 White Plains, NY 10601-5210<br><br>356 Golfview Road, Suite 1207 North Palm Beach, FL 33408<br><br>31 Hudson Yards 11th Floor, Suite 36 New York, NY 10001 | jamesmarsh@marsh.law jenniferfreeman@marsh.law robertlewis@marsh.law michael@pcvalaw.com jason@pcvalaw.com vnappo@pcvalaw.com | Email |
| Ashley L. Vaughn, Gilion C. Dumas, and James L. Dumas | Dumas Law Group, LLC, and Lindsay Hart, LLP | 3835 NE Hancock Street, Suite GL-B Portlant, OR 97212<br><br>1300 SW Fifth Avenue, Suite 3400 Portlant, OR 97201 | ashley@dumaslawgroup.com gilion@dumaslawgroup.com jdumas@lindsayhart.com | Email |
| Ashley L. Vaughn, Gilion C. Dumas, and James L. Dumas | Dumas & Vaughn, Attorneys at Law, and Lindsay Hart, LLP | 3835 NE Hancock Street, Suite GL-B Portlant, OR 97212<br><br>1300 SW Fifth Avenue, Suite 3400 Portlant, OR 97201 | ashley@dumasandvaughn.com gilion@dumasandvaughn.com jdumas@lindsayhart.com | Email |
| Stephen F. Crew, and Peter B. Janci | Crew Janci LLP | 1650 NW Naito Parkway, Suite 125 Portland, OR 97209 | steve@crewjanci.com peter@crewjanci.com | Email |
| Stephen F. Crew, Peter B. Janci, and Hollis K. McMilan | Crew Janci LLP, and Hollis K. McMilan, P.C. | 1650 NW Naito Parkway, Suite 125 Portland, OR 97209 | steve@crewjanci.com peter@crewjanci.com hmcmilan@hkmlaw.com | Email |
| Stephen F. Crew, Peter B. Janci, and Andria K. Seo | Crew Janci LLP | 1650 NW Naito Parkway, Suite 125 Portland, OR 97209 | steve@crewjanci.com peter@crewjanci.com andria@crewjanci.com | Email |
| Stephen F. Crew, Peter B. Janci, and William Stewart | Crew Janci LLP | 1650 NW Naito Parkway, Suite 125 Portland, OR 97209 | steve@crewjanci.com peter@crewjanci.com will@crewjanci.com | Email |
| Ashley L. Vaughn, Gilion C. Dumas, James L. Dumas, and Jay Beattie | Dumas & Vaughn, Attorneys at Law, and Lindsay Hart, LLP | 3835 NE Hancock Street, Suite GL-B Portlant, OR 97212<br><br>1300 SW Fifth Avenue, Suite 3400 Portlant, OR 97201 | ashley@dumasandvaughn.com gilion@dumasandvaughn.com jdumas@lindsayhart.com jbeattie@lindsayhart.com | Email |
| Ashley L. Vaughn, Gilion C. Dumas, and Mark McDougal | Dumas & Vaughn, Attorneys at Law, and Kafoury & McDougal | 3835 NE Hancock Street, Suite GL-B Portlant, OR 97212 411 SW Second Avenue, Suite 200 Portland, OR 97204 | ashley@dumasandvaughn.com gilion@dumasandvaughn.com mcdougal@kafourymcdougal.com | Email |
| Stewart J. Eisenberg, and Joshua B. Schwartz | Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. | 1634 Spruce Street Philadelphia, PA 19103 | stewart@erlegal.com; josh@erlegal.com info@erlegal.com | Email |
| David A. Jaskowiak, and Wayne A. Ely | David A. Jaskowiak, Esq., and Wayne A. Ely, Esq. | 815 Greenwood Avenue, Suite 14 Jenkintown, PA 19046<br><br>59 Andrea Drive Richboro, PA 18954 | wayne3236@gmail.com | Email |
| Kenneth Millman, and Paul F. Troisi | Leisawitz Heller Abramowitch Phillips, P.C. | 2755 Century Boulevard Wyomissing, PA 19610 | kmillman@leisawitzheller.com ptroisi@leisawitzheller.com | Email |
| Craig K. Vernon | James Vernon & Weeks, P.A. | 1626 Lincoln Way Coeur d'Alene, ID 83814 | cvernon@jvwlaw.net | Email |
| Patrick A. Malone, Daniel C. Scialpi, and Richard Alexander | Patrick Malone & Associates, P.C., and Alexander Law Group LLP | 1310 L Street, N.W., Suite 800 Washington, D.C. 20036<br><br>99 Almaden Blvd., Suite 575 San Jose, CA 95113 | pmalone@patrickmalonelaw.com Dscalpi@patrickmalonelaw.com | Email |
| Jonathan M. Petty, Brielle M. Hunt, and Nathaniel Foote | Phelan Petty, PLC, and Andreozzi & Associates, P.C. | 6641 W. Broad Street, Ste. 406 Richmond, VA 23230<br><br>111 N. Front Street Harrisburg, PA 17101 | jpetty@phelanpetty.com bhunt@phelanpetty.com | Email |
| Michael T. Pfau, Jason P. Amala, and Vincent T. Nappo | Pfau Cochran Vertetis Amala PLLC | 403 Columbia St., Suite 500 Seattle, WA 98104 | michael@pcvalaw.com jason@pcvalaw.com vnappo@pcvalaw.com | Email |

# **<u>EXHIBIT B</u>**

EXHIBIT B
Served as set forth below

| Plaintiff Attorney(s) | Attorney Firm | Attorney Mailing Address | Attorney Email | Methof of Service |
|---|---|---|---|---|
| Joshua D. Gillispie | Green & Gillispie Attorneys at Law | 1 Riverfront Place, Suite 605<br>North Little Rock, AR 72114 | josh@greenandgillispie.com | First Class Mail |
| Michael E. Medina, Jr., Steven Weinberger, and Dwayne D. Burns | Davis Miles McGuire Gardner, PLLC | 40 E. Rio Salado Parkway, Suite 425<br>Tempe, AZ 85281 | mmedina@davismiles.com<br>sweingerberger@davismiles.com<br>dburns@davismiles.com | First Class Mail |
| Paul Mones, and Courtney Kiehl | Paul Mones, P.C. | 13101 Washington Blvd., Suite 221<br>Los Angeles, CA 90066 | paul@paulmones.com | First Class Mail |
| Spencer R. Lucas | Panish Shea & Boyle LLP | 11111 Santa Monica Boulevard, Suite 700<br>Los Angeles, California 90025 | lucas@psblaw.com | First Class Mail |
| Timothy C. Hale | Nye, Peabody, Stirling, Hale & Miller, LLP | 33 West Mission Street, Suite 201<br>Santa Barbara, California 93101 | timothy@nps-law.com | First Class Mail |
| Cindy L. Robinson | Tremont Sheldon Robinson Mahoney P.C. | 64 Lyon Terrace<br>Bridgeport, CT 06604 | crobinson@tremontsheldon.com | First Class Mail |
| Brooke A. Goff, Esq. | Goff Law Group LLC | 2475 Albany Avenue, Suite 205<br>West Hartford, CT 06117 | brooke@gofflawgroup.net | First Class Mail |
| Paul A. Slager, and Jennifer B. Goldstein | Silver Golub & Teitell LLP | 184 Atlantic Street<br>Stamford, CT 06901 | jgoldstein@sgtlaw.com | First Class Mail |
| John P. Connor, Esq. | Stobierski & Connor | 377 Main Street<br>Greenfield, MA 01301 | jconnor@stobierski.com | First Class Mail |
| John R. Williams | | 51 Elm Street<br>New Haven, CT 06510 | jrw@johnrwilliams.com | First Class Mail |
| Carl S. Kravitz, Caroline Judge Mehta, Aitan D. Goelman, Andrew N. Goldfarb, Nicholas M. DiCarlo, and Avery F. Pollard | Zuckerman Spaeder LLP | 1800 M St. NW, Suite 1000<br>Washington, DC 20036 | ckravitz@zuckerman.com<br>cmehta@zuckerman.com<br>agoelman@zuckerman.com<br>agoldfarb@zuckerman.com<br>ndicarlo@zuckerman.com<br>apollard@zuckerman.com | First Class Mail |
| Paul L. SanGiovanni | Morgan & Morgan, P.A. | 20 N. Orange Ave., Suite 1600<br>P.O. Box 4979 (32802-4979)<br>Orlando, FL 32801 | psangi@forthepeople.com<br>kdimeglio@forthepeople.com | First Class Mail |
| Paul L. SanGiovanni, and Cari Whitmire | Morgan & Morgan, P.A. | 20 N. Orange Ave., Suite 1600<br>P.O. Box 4979 (32802-4979)<br>Orlando, FL 32801 | psangi@forthepeople.com<br>cwhitmire@forthepeople.com<br>mtodd@forthepeople.com | First Class Mail |
| Adam T. Dougherty | Dougherty Law Firm, P.A. | 3333 W. Commercial Boulevard, Suite 115<br>Fort Lauderdale, Florida 33309 | adam@wetrycases.com<br>giancarlo@wetrycases.com | First Class Mail |
| Dondra Bass O'Neal, Esq. | Bass Law, LLC | 24 Commerce Place, Suite A<br>Savannah, GA 31406 | dondra@bassinjurylaw.com | First Class Mail |
| Darren W. Penn, Alexandra "Sachi" Cole, and Paul Mones | Penn Law, and<br>Paul Mones, P.C. | 4200 Northside Parkway, NW Building One, Suite 100<br>Atlanta, GA 30327<br><br>13101 Washington Blvd.<br>Los Angeles, CA 90066 | darren@pennlawgroup.com<br>sachi@pennlawgroup.com<br>pamones@comcast.net | First Class Mail |
| David J. Lujan | Lujan & Wolff LLP | 238 Archbishop Flores Street<br>Suite 300, DNA Building<br>Hagatna, Guam 96910 | djl@lawguam.com | First Class Mail |
| Anthony C. Perez | Law Office of Anthony C. Perez | 238 Archbishop Flores Street<br>Suite 802, DNA Building<br>Hagatna, Guam 96910 | acp@perezlawguam.com | First Class Mail |
| Kevin J. Fowler, Esq. | Roberts Fowler & Visosky LLP | 865 South Marine Corps Drive, Suite 201<br>Tamuning, Guam 96913 | fowler@guamlawoffice.com | First Class Mail |
| Michael J. Berman, Esq. | Berman O'Connor & Mann | 111 Chalan Santo Papa<br>Suite 503, Bank of Guam Bldg.<br>Hagatna, Guam 96910 | mjberman@pacificlawyers.law | First Class Mail |
| Mark Gallagher, Esq., and Jeff Anderson | Law Office of Mark Gallagher, and Jeff Anderson & Associates | 66 Kaiholu Place<br>Kailua, Hawaii 96734<br><br>366 Jackson Street, Suite 100<br>St. Paul, MN 55101 | mgallagher@hawaiiantel.net | First Class Mail |

| Name | Firm | Address | Email | Method |
|---|---|---|---|---|
| Patrick J. Hopkins, Gilion C. Dumas, and Ashley Vaughn | Hopkins Law Office, P.L.C., and Dumas Law Group | 1415 28th Street, Ste. 160 West Des Moines, IA 50266<br><br>3835 NE Hancock St. Ste. GL-B Portland, OR 97212 | pjh@hopkinslawiowa.com<br>gilion@dumaslawgroup.com<br>ashley@dumaslawgroup.com | First Class Mail |
| Evan M. Smola, and Christopher T. Hurley | Hurley McKenna & Mertz | 33 North Dearborn Street, Suite 1430 Chicago, IL 60602 | ESmola@hurley-law.com<br>ESmola@hurley-law.com | First Class Mail |
| Harry B. O'Donnell IV, Chris Meinhart, and Brett H. Oppenheimer | Meinhart, Smith & Manning, PLLC | 222 East Witherspoon, Suite 401 Louisville, KY 40202<br><br>Watterson West Office Building 1941 Bishop Lane, Suite 706 Louisville, KY 40218-1937 | | Overnight Mail |
| Tad Thomas, and Lindsay Anne Cordes | Thomas Law Offices, PLLC | 9418 Norton Commons Boulevard, Suite 200 Louisville, KY 40059 | tad@thomaslawoffices.com<br>lindsay.cordes@thomaslawoffices.com | First Class Mail |
| James A. Swartz, Alan L. Cantor, and Paul Mones | Swartz & Swartz, P.C., and Paul Mones, P.C. | 10 Marshall Street Boston, MA 02108<br><br>13101 Washington Blvd. Los Angeles, CA 90066 | jswartz@swartzlaw.com<br>acantor@swartzlaw.com | First Class Mail |
| William M. Azkoul, Thomas R. Behm, and Laura B. Danielson | Gruel Mills Nims & Pylman PLLC | 99 Monroe Avenue NW, Suite 800 Grand Rapids, MI 49503 | wmazkoul@gmnp.com | First Class Mail |
| Jeffrey R. Andeson, and Trusha Patel Goffe | Jeff Anderson & Associates, P.A. | 366 Jackson Street, Suite 100 St. Paul, MN 55101 | jeff@andersonadvocates.com | First Class Mail |
| Nicole Burlison Knepper, Matthew J. Padberg, and Michael P. Corrigan | Padberg, Corrigan & Applebaum | 1926 Chouteau Avenue St. Louis, MO 63103 | mjp@padberglaw.com<br>nicole@padberglaw.com | First Class Mail |
| Larry S. Fields | Fields and Associates LLC | S. 18th Street - Suite 425 St. Louis, MO 63101 | lsf19@msn.com | First Class Mail |
| Hans H. Van Zanten, and Thomas R. Onik | Van Zanten & Onik, L.L.C. | 1100 Main Street, Suite 1645 Kansas City, MO 64105 | hvanzanten@vzolaw.com<br>tonik@vzolaw.com | First Class Mail |
| James P. Molloy, Gilion Gumas, and Ashley Vaughn | Gallik, Bremer & Molloy, P.C. | 777 East Main Street, Suite 203 P.O. Box 70 Bozeman, MT 59771 | jim@galliklawfirm.com<br>gilion@dumasandvaughn.com<br>ashley@dumasandvaughn.com | First Class Mail |
| Shane Colton, and Tanis M. Holm | Edmiston & Colton Law Firm | 310 Grand Avenue Billings, MT 59101 | scolton@yellowstonelaw.com<br>tholm@yellowstonelaw.com | First Class Mail |
| Jonathan A. Barnes | Clark, Hunt, Ahern & Embry | 150 Cambridgepark Drive Cambridge, MA 02140 | jbarnes@chelaw.com | First Class Mail |
| Kirk C. Simoneau | Nixon, Vogelman, Slawsky & Simoneau, P.A. | 77 Central Street Manchester, NH 03101 | ksimoneau@davenixonlaw.com | First Class Mail |
| Gregory G. Gianforcaro, Esq., Jeffrey R. Anderson, and Trusha P. Goffe | Gianforcaro Law, and Jeffrey Anderson & Associates PA | 80 South Main Street Phillipsburg, New Jersey 08865<br><br>505 Thornall Street, Suite 405 Edison, NJ 08837 | gianforcarolaw@msn.com<br>jeff@andersonadvocates.com<br>trusha@andersonadvocates.com | First Class Mail |
| Michael G. Donahue, III | Start & Stark | PO Box 5315 Princeton, NJ 08543<br><br>993 Lenox Drive, Lawrenceville, NJ 08648 | mdonahue@stark-stark.com | First Class Mail |
| Eric G. Kahn | Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins | 505 Morris Avenue Springfield, NJ 07081 | ekahn@lawjw.com | First Class Mail |
| Bruce H. Nagel, and Bradley L. Rice | Nagel Rice, LLP | 103 Eisenhower Parkway, Suite 103 Roseland, NJ 07068 | bnagel@nagelrice.com<br>brice@nagelrice.com | First Class Mail |
| Justin P. Walder<br><br>James M. McCreedy (The Pingry School) | Pashamn Stein Walker Hayden<br><br>Wiley Malehorn Sirota & Raynes | Court Plaza South 21 Main Street, Suite 200 Hackensack, NJ 07601<br><br>250 Madison Avenue Morristown, NJ 07960 | jpwalder@pashmanstein.com<br><br>jmccreedy@wmsrlaw.com | First Class Mail |
| J. Silvio Mascolo | Rebenack, Aronow & Mascolo, LLP | 111 Livingston Ave. New Brunswick, NJ 08901 | jmascolo@ram.law | First Class Mail |
| Frank Joseph Schwindler | Pro se | Phillips State Prison 2989 W. Rock Quarry Road Buford, GA 30519-4118 State Serial Number: 323208 | nundawao@gmail.com | First Class Mail |

| | | | | |
|---|---|---|---|---|
| Paul M. Linnenburger, Carolyn "Cammie" Nichols, and Carolina "KC" Manierra | Rothstein Donatelli, LLP | 500 4th Street, N.W., Suite 400 Albuquerque, NM 87102<br><br>1215 Paseo de Peralta Post Office Box 8180 Santa Fe, NM 87504-8180 | plinnenburger@rothsteinlaw.com cmnichols@rothsteinlaw.com cmanierre@rothsteinlaw.com | First Class Mail |
| Brad D. Hall, Levi A. Monagle, and Lisa P. Ford | Law Offices of Brad D. Hall, LLC | 320 Gold AV SW #1218 Albuquerque, NM 87102 | brad@bhallfirm.com | First Class Mail |
| John Tiwald, and John R. Reidy | Tiwald Law, P.C. | 6121 Indian School Road NE, Suite 210 Albuquerque, NM 87110-3179 | john@tiwaldlaw.com jay@tiwaldlaw.com | First Class Mail |
| Andrew S. Janet, Seth L. Cardeli, and Gerald D. Jowers, Jr. | Janet, Janet & Suggs, LLP | 4 Reservoir Circle, Suite 200 Baltimore, Maryland 21208<br><br>500 Taylor St., Ste. 301 Columbia, SC 29201 | asjanet@jjsjustice.com gjowers@jjsjustice.com | First Class Mail |
| Jesse P. Ryder | Ryder Law Firm | 6739 Myers Road East Syracuse, NY 13057 | ryderlawfirm@gmail.com | First Class Mail |
| James R. Marsh, Jennifer Freeman, Michael T. Pfau, Jason P. Amala, Anelga Doumanian | Marsh Law Firm PLLC, and Pfau Cochran Vertetis Amala PLLC | 151 East Post Road, Suite 102 White Plains, NY 10601-5210<br><br>356 Golfview Road, Suite 1207 North Palm Beach, FL 33408<br><br>403 Columbia Street, Suite 500 Seattle, WA 98104 | jamesmarsh@marsh.law jenniferfreeman@marsh.law michael@pcvalaw.com jason@pcvalaw.com adoumanian@pcvalaw.com | First Class Mail |
| Jeremy D. Barberi, Esq. | Hirshfield & Costanzo, P.C. | 190 East Post Road, Suite 402 White Plains, NY 10601 | | Overnight Mail |
| Michael G. Dowd, and Gerard J. Sweeney, Esq. | Michael G. Dowd, and Sweeney, Reich & Bolz, LLP | 600 Third Avenue, 15th Floor New York, New York 10016<br><br>1981 Marcus Avenue, Suite 200 Lake Success, NY 11042 | michaelgdowd@gmail.com; gkosmakos@srblawfirm.com; gsweeney@srblawfirm.com | First Class Mail |
| Sanford Rubenstein, Esq. | Rubenstein & Rynecki, Esqs. | 16 Court Street, Suite 1717 Brooklyn, New York 11241 | attyrubenstein@aol.com | First Class Mail |
| Jeff Herman, Stuart S. Mermelstein, Daniel G. Ellis, and Jason S. Sandler | Herman Law | 434 W. 33rd St., Penthouse New York, NY 10001 | jherman@hermanlaw.com smermelstein@hermanlaw.com dellis@hermanlaw.com jsandler@hermanlaw.com | First Class Mail |
| Sameer Nath, Esq. | Silver & Kelmachter, LLP | 11 Park Place, Suite 1503 New York, New York 10007 | snath@silverkelmachter.com | First Class Mail |
| Jeff Herman, Stuart S. Mermelstein, and Daniel G. Ellis | Herman Law | 434 W. 33rd St., Penthouse New York, NY 10001 | jherman@hermanlaw.com smermelstein@hermanlaw.com dellis@hermanlaw.com | First Class Mail |
| Jordan K. Merson | Merson Law, PLLC | 150 East 58th Street, 34th Floor New York, New York 10155 | jmerson@mersonlaw.com | First Class Mail |
| Barbara J. Hart, Scott V. Papp, Anthony Christina, William P. Harrington, and Adam Rodriguez | Lowey Dannenberg, P.C., and Bleakley Platt & Schmidt, LLP | 44 South Broadway, Suite 1100 White Plains, NY 10601-2301<br><br>One North Lexington Avenue White Plains, NY 10601 | bhart@lowey.com spapp@lowey.com achristina@lowey.com wpharrington@bpslaw.com arodriguez@bpslaw.com | First Class Mail |
| John Bonina | Bonina & Bonina, P.C. | 16 Court Street - Suite 1800 Brooklyn, New York 11241 | | Overnight Mail |
| David M. Oddo | Okun, Oddo & Babat, P.C. | 8 West 38th Street, Suite 1002 New York, New York 10018 | do@oddobabat.com | First Class Mail |
| Patrick Noaker, Stephan H. Peskin, Leander James III, and Craig Vernon | Noaker Law Firm LLC, Tolmage, Peskin, Harris & Falick, and James, Vernon & Weeks, P.A. | 1600 Utica Avenue S., 9th Floor St. Louis Park, MN 55416<br><br>20 Vesey Street, 7th Floor New York, NY 10007<br><br>1626 Lincoln Way Coeur d'Alene, ID 83815 | Patrick@noakerlaw.com peskin@tolmagepeskinlaw.com ljames@jvwlaw.net cvernon@jvwlaw.net | First Class Mail |
| Kristina Georgiou | Belluck & Fox, LLP | 546 5th Avenue, 5th Floor New York, New York 10036 | kgeorgiou@belluckfox.com | First Class Mail |

| Name | Firm | Address | Email | Method |
|---|---|---|---|---|
| James R. Marsh, Jennifer Freeman, Robert Y. Lewis, Michael T. Pfau, Jason P. Amala, Anelga Doumanian | Marsh Law Firm PLLC, and Pfau Cochran Vertetis Amala PLLC | 151 East Post Road, Suite 102 White Plains, NY 10601-5210<br><br>356 Golfview Road, Suite 1207 North Palm Beach, FL 33408<br><br>403 Columbia Street, Suite 500 Seattle, WA 98104 | jamesmarsh@marsh.law jenniferfreeman@marsh.law robertlewis@marsh.law michael@pcvalaw.com jason@pcvalaw.com adoumanian@pcvalaw.com | First Class Mail |
| Michael G. Dowd | Michael G. Dowd | 600 Third Avenue, 15th Floor New York, New York 10016 | michaelgdowd@gmail.com; gkosmakos@srblawfirm.com; gsweeney@srblawfirm.com | First Class Mail |
| Michael G. Dowd, and Laura A. Ahearn | Michael G. Dowd, and Laura A. Ahearn | 600 Third Avenue, 15th Floor New York, New York 10016<br><br>3075 Veterans Memorial Highway, Ste. 200 Ronkonkoma, NY 11779 | lahearn@lauraahearn.com | First Class Mail |
| Frank M. Bogulski, Esq. | Frank M. Bogulski, Esq. | 286 Delaware Avenue, Suite B Buffalo, New York 14202 | frank@lawmanfrank.com | First Class Mail |
| Kevin T. Stocker, Esq. | Kevin T. Stocker, Esq. | 2645 Sheridan Drive Tonawanda, New York 14150 | kstockeresq@yahoo.com | First Class Mail |
| Richard P. Weisbeck, Jr., and Christina M. Croglio | Lipsitz Green Scime Cambria LLP | 42 Delaware Avenue, Suite 120 Buffalo, New York 14202-3924 | rweisbeck@lglaw.com ccroglio@lglaw.com | First Class Mail |
| Diane Paolicelli, Michael DeRuve, and Paul Barr | Phillips & Paolicelli, LLP, and Fanizzi & Barr, P.C. | 747 Third Avenue, Sixth Floor New York, NY 10017<br><br>2303 Pine Ave. Niagara Falls, NY 14301 | dpaolicelli@p2law.com mderuve@p2law.com pbarr@fanizziandbarr.com | First Class Mail |
| David M. Oddo | Okun, Oddo & Babat, P.C. | 8 West 38th Street, Suite 1002 New York, New York 10018 | do@oddobabat.com | First Class Mail |
| Patrick Stoneking, Nahid A. Shaikh, Rayna E. Kessler, Tara D. Sutton, Roman M. Silberfeld, Jeffrey R. Anderson, and J. Michael Reck | Robins Kaplan LLP, and Jeff Anderson & Associates, P.A. | 399 Park Avenue, Suite 3600 New York, NY 10022<br><br>800 LaSalle Avenue, Suite 2800 Minneapolis, MN 55402<br><br>2049 Century Park East, Suite 3400 Los Angeles, CA 90067<br><br>52 Duane Street, 7th Floor New York, NY 10007 | pstoneking@robinskaplan.com nshaikh@robinskaplan.com rkessler@robinskaplan.com tsutton@robinskaplan.com rsilberfeld@robinskaplan.com jeff@andersonadvocates.com mreck@andersonadvocates.com | First Class Mail |
| James R. Marsh, Jennifer Freeman, Michael T. Pfau, Jason P. Amala, Anelga Doumanian | Marsh Law Firm PLLC, and Pfau Cochran Vertetis Amala PLLC | 151 East Post Road, Suite 102 White Plains, NY 10601-5210<br><br>403 Columbia Street, Suite 500 Seattle, WA 98104 | jamesmarsh@marsh.law jenniferfreeman@marsh.law michael@pcvalaw.com jason@pcvalaw.com adoumanian@pcvalaw.com | First Class Mail |
| Patrick Sorsby, Esq. | Law Office of Patrick Sorsby | 1568 Central Avenue Albany, New York 12205 | sorsbylaw@gmail.com | First Class Mail |
| Robert Cannata | Gregory J. Cannata & Associates, LLP | 60 East 42 Street, Suite 932 New York, NY 10165 | rcannata@cannatalaw.com | First Class Mail |
| Andrea E. Bonina, Esq. | Bonina & Bonina, P.C. | 16 Court Street, Suite 1800 Brooklyn, New York 11241 | | Overnight Mail |
| Jeffrey R. Anderson, Trusha Goffe, and Patrick Stoneking | Jeff Anderson & Associates, P.A. | 52 Duane Street, 7th Floor New York, New York 10007 | jeff@andersonadvocates.com trusha@andersonadvocates.com pstoneking@andersonadvocates.com | First Class Mail |
| Leander James III, Craig Vernon, and Patrick Noaker | James, Vernon & Weeks, P.A., and Noaker Law Firm LLC | 20 Vesey Street, 7th Floor New York, NY 10007<br><br>1626 Lincoln Way Coeur d'Alene, ID 83815<br><br>1600 Utica Avenue S., 9th Floor St. Louis Park, MN 55416 | ljames@jvwlaw.net cvernon@jvwlaw.net Patrick@noakerlaw.com | First Class Mail |
| Cynthia S. LaFave, Esq., Jason Frament, Esq., Jeffrey R. Anderson, Esq., and Michael G. Finnegan, Esq. | LaFave, Wein & Frament, PLLC, and Jeff Anderson & Associates, P.A. | 2400 Western Avenue Guilderland, New York 12084<br><br>55 West 39th Street, 11th Floor New York, New York 10018 | jeff@andersonadvocates.com | First Class Mail |

| Name | Firm | Address | Email | Method |
|---|---|---|---|---|
| Joshua R. Friedman, Esq. | Dreyer Boyajian LLP | 75 Columbia Street<br>Albany, New York 12210 | jfriedman@dblawny.com | First Class Mail |
| Michael G. Dowd | Michael G. Dowd | 600 Third Avenue, 15th Floor<br>New York, New York 10016 | michaelgdowd@gmail.com | First Class Mail |
| Paul J. Hanly, Jr.,<br>Jayne Conroy,<br>Andrea Bierstein,<br>Mitchell Garabedian, and<br>William H. Gordon | Simmons Hanly Conroy LLC, and<br>Law Offices of Mitchell Garabedian | 112 Madison Avenue<br>New York, NY 10016<br><br>100 State Street, 6th Floor<br>Boston, MA 02109 | phanly@simmonsfirm.com<br>jconroy@simmonsfirm.com<br>abierstein@simmonsfirm.com<br>mgarabedian@garabedianlaw.com<br>wgordon@garabedianlaw.com | First Class Mail |
| Paul J. Hanly, Jr.,<br>Jayne Conroy,<br>Trent B. Miracle,<br>Mitchell Garabedian, and<br>William H. Gordon | Simmons Hanly Conroy LLC, and<br>Law Offices of Mitchell Garabedian | 112 Madison Avenue<br>New York, NY 10016<br><br>100 State Street, 6th Floor<br>Boston, MA 02109 | phanly@simmonsfirm.com<br>jconroy@simmonsfirm.com<br>tmiracle@simmonsfirm.com<br>mgarabedian@garabedianlaw.com<br>wgordon@garabedianlaw.com | First Class Mail |
| Daryl P. Brautigam | Brautigam & Brautigam, L.L.P. | 32 White Street<br>P.O. Box 210<br>Fredonia, New York 14063-0210 | darylbrautigam@brautigamlaw.com | First Class Mail |
| Debra L. Greenberger, and<br>David A. Lebowitz | Emery Celli Brinckerhoff & Abady LLP | 600 Fifth Avenue, 10th Floor<br>New York, New York 10020 | dgreenberger@ecbalaw.com<br>dlebowitz@ecbalaw.com | First Class Mail |
| James R. Marsh,<br>Jennifer Freeman,<br>Robert Y. Lewis<br>Michael T. Pfau,<br>Jason P. Amala,<br>Vincent T. Nappo | Marsh Law Firm PLLC, and<br>Pfau Cochran Vertetis Amala PLLC | 151 East Post Road, Suite 102<br>White Plains, NY 10601-5210<br><br>356 Golfview Road, Suite 1207<br>North Palm Beach, FL 33408<br><br>31 Hudson Yards<br>11th Floor, Suite 36<br>New York, NY 10001 | jamesmarsh@marsh.law<br>jenniferfreeman@marsh.law<br>robertlewis@marsh.law<br>michael@pcvalaw.com<br>jason@pcvalaw.com<br>vnappo@pcvalaw.com | First Class Mail |
| Ashley L. Vaughn,<br>Gilion C. Dumas, and<br>James L. Dumas | Dumas Law Group, LLC, and<br>Lindsay Hart, LLP | 3835 NE Hancock Street, Suite GL-B<br>Portlant, OR 97212<br><br>1300 SW Fifth Avenue, Suite 3400<br>Portlant, OR 97201 | ashley@dumaslawgroup.com<br>gilion@dumaslawgroup.com<br>jdumas@lindsayhart.com | First Class Mail |
| Ashley L. Vaughn,<br>Gilion C. Dumas, and<br>James L. Dumas | Dumas & Vaughn, Attorneys at Law, and<br>Lindsay Hart, LLP | 3835 NE Hancock Street, Suite GL-B<br>Portlant, OR 97212<br><br>1300 SW Fifth Avenue, Suite 3400<br>Portlant, OR 97201 | ashley@dumasandvaughn.com<br>gilion@dumasandvaughn.com<br>jdumas@lindsayhart.com | First Class Mail |
| Stephen F. Crew, and<br>Peter B. Janci | Crew Janci LLP | 1650 NW Naito Parkway, Suite 125<br>Portland, OR 97209 | steve@crewjanci.com<br>peter@crewjanci.com | First Class Mail |
| Stephen F. Crew,<br>Peter B. Janci, and<br>Hollis K. McMilan | Crew Janci LLP, and<br>Hollis K. McMilan, P.C. | 1650 NW Naito Parkway, Suite 125<br>Portland, OR 97209 | steve@crewjanci.com<br>peter@crewjanci.com<br>hmcmilan@hkmlaw.com | First Class Mail |
| Stephen F. Crew,<br>Peter B. Janci, and<br>Andria K. Seo | Crew Janci LLP | 1650 NW Naito Parkway, Suite 125<br>Portland, OR 97209 | steve@crewjanci.com<br>peter@crewjanci.com<br>andria@crewjanci.com | First Class Mail |
| Stephen F. Crew,<br>Peter B. Janci, and<br>William Stewart | Crew Janci LLP | 1650 NW Naito Parkway, Suite 125<br>Portland, OR 97209 | steve@crewjanci.com<br>peter@crewjanci.com<br>will@crewjanci.com | First Class Mail |
| Ashley L. Vaughn,<br>Gilion C. Dumas,<br>James L. Dumas, and<br>Jay Beattie | Dumas & Vaughn, Attorneys at Law, and<br>Lindsay Hart, LLP | 3835 NE Hancock Street, Suite GL-B<br>Portlant, OR 97212<br><br>1300 SW Fifth Avenue, Suite 3400<br>Portlant, OR 97201 | ashley@dumasandvaughn.com<br>gilion@dumasandvaughn.com<br>jdumas@lindsayhart.com<br>jbeattie@lindsayhart.com | First Class Mail |
| Ashley L. Vaughn,<br>Gilion C. Dumas, and<br>Mark McDougal | Dumas & Vaughn, Attorneys at Law, and<br>Kafoury & McDougal | 3835 NE Hancock Street, Suite GL-B<br>Portlant, OR 97212<br>411 SW Second Avenue, Suite 200<br>Portland, OR 97204 | ashley@dumasandvaughn.com<br>gilion@dumasandvaughn.com<br>mcdougal@kafourymcdougal.com | First Class Mail |

| | | | | |
|---|---|---|---|---|
| Stewart J. Eisenberg, and Joshua B. Schwartz | Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. | 1634 Spruce Street Philadelphia, PA 19103 | stewart@erlegal.com; josh@erlegal.com info@erlegal.com | First Class Mail |
| David A. Jaskowiak, and Wayne A. Ely | David A. Jaskowiak, Esq., and Wayne A. Ely, Esq. | 815 Greenwood Avenue, Suite 14 Jenkintown, PA 19046<br><br>59 Andrea Drive Richboro, PA 18954 | wayne3236@gmail.com | First Class Mail |
| Kenneth Millman, and Paul F. Troisi | Leisawitz Heller Abramowitch Phillips, P.C. | 2755 Century Boulevard Wyomissing, PA 19610 | kmillman@leisawitzheller.com ptroisi@leisawitzheller.com | First Class Mail |
| Craig K. Vernon | James Vernon & Weeks, P.A. | 1626 Lincoln Way Coeur d'Alene, ID 83814 | cvernon@jvwlaw.net | First Class Mail |
| Patrick A. Malone, Daniel C. Scialpi, and Richard Alexander | Patrick Malone & Associates, P.C., and Alexander Law Group LLP | 1310 L Street, N.W., Suite 800 Washington, D.C. 20036<br><br>99 Almaden Blvd., Suite 575 San Jose, CA 95113 | pmalone@patrickmalonelaw.com Dscalpi@patrickmalonelaw.com | First Class Mail |
| Jonathan M. Petty, Brielle M. Hunt, and Nathaniel Foote | Phelan Petty, PLC, and Andreozzi & Associates, P.C. | 6641 W. Broad Street, Ste. 406 Richmond, VA 23230<br><br>111 N. Front Street Harrisburg, PA 17101 | jpetty@phelanpetty.com bhunt@phelanpetty.com | First Class Mail |
| Michael T. Pfau, Jason P. Amala, and Vincent T. Nappo | Pfau Cochran Vertetis Amala PLLC | 403 Columbia St., Suite 500 Seattle, WA 98104 | michael@pcvalaw.com jason@pcvalaw.com vnappo@pcvalaw.com | First Class Mail |