**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

　　　　　Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Robert B. Orgel of Pachulski Stang Ziehl & Jones LLP, to represent the Official Committee of Tort Claimants in the above-captioned proceedings.

Dated: March 13, 2020　　　　　　　　　*/s/ James E. O'Neill*
　　　　　　　　　　　　　　　　　　　　James E. O'Neill (DE Bar No. 4042)
　　　　　　　　　　　　　　　　　　　　Pachulski Stang Ziehl & Jones LLP
　　　　　　　　　　　　　　　　　　　　919 North Market Street, 17th Floor
　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19899-8705 (Courier 19801)

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

　　　　　Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: March 13, 2020　　　　　　　　　*/s/ Robert B. Orgel*
　　　　　　　　　　　　　　　　　　　　Robert B. Orgel (CA Bar No. 101875)
　　　　　　　　　　　　　　　　　　　　Pachulski Stang Ziehl & Jones LLP
　　　　　　　　　　　　　　　　　　　　10100 Santa Monica Boulevard, 13th Floor
　　　　　　　　　　　　　　　　　　　　Los Angeles, CA  90067-4003
　　　　　　　　　　　　　　　　　　　　Telephone:  (310) 277-6910
　　　　　　　　　　　　　　　　　　　　Facsimile:   (310) 201-0760
　　　　　　　　　　　　　　　　　　　　Email:  rorgel@pszjlaw.com

**ORDER GRANTING MOTION**

　　　　　IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

DOCS_DE:227755.1 85353/002