# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 ) ) |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC | ) Case No. 18-10512 (KBO) ) ) |
| Debtors. | ) (Jointly Administered) ) |
| | ) **Re: Docket No. 181** |

## NOTICE OF WITHDRAWAL OF MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF ILAN B. SCHARF

PLEASE TAKE NOTICE that Official Committee of Tort Claimants, hereby withdraws the Motion and Order for Admissions Pro Hac Vice of Ilan B. Scharf [Docket No. 181] filed on March 13, 2020.

Dated: March 13, 2020                    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
James E. O'Neill (DE Bar No. 4042)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: joneill@pszjlaw.com