# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>                           Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Gerald D. Jowers, Jr., Janet, Janet & Suggs, LLC, 500 Taylor Street, Suite 301, Columbia, SC 29201 to represent for Claimant __J.M.__ in the above-captioned case.

Jacobs & Crumplar
 */s/ Raeann Warner*

Raeann Warner, Esq. (#4931)
Thomas C. Crumplar, Esq. (#942)
Jacobs & Crumplar, P.A.
750 Shipyard Dr., Suite 200
Wilmington, DE 19801
Telephone: (302) 656-5445
Facsimile: (302) 656-5875
E-mail: Raeann@jcdelaw.com
        Tom@jcdelaw.com

The Neuberger Firm
 */s/ Stephen J. Neuberger*

Thomas S. Neuberger, Esq. (#243)
Stephen J. Neuberger, Esq. (#4440)
The Neuberger Firm
17 Harlech Dr.
Wilmington, DE 19807
Telephone: 302-655-0582
Facsimile: 302-656-5875
E-mail:tsn@neuberglaw.com
        sjn@neuberglaw.com

---

[1] The Debtors of the chapter 11 cases, together with the last four digits of the Debtor's federal tax identification number, as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane Irving, Texas 75038.

1

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  _South Carolina_  and submit to the disciplinary action of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rule and with the Revised Standing Order for District Fund effective September 1, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of District Court for the District Court.

                                                 __s/ Gerald D. Jowers, Jr._____
                                                 Gerald D. Jowers, Jr.,
                                                 Janet, Janet & Suggs, LLC,
                                                 500 Taylor Street, Suite 301
                                                 Columbia, SC 29201
                                                 (803) 726-0050
                                                 GJowers@JJSjustice.com

                                   March 16, 2020

**ORDER GRANTING MOTION**

    IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.