**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>                     Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of James I. Stang of Pachulski Stang Ziehl & Jones LLP, to represent the Tort Claimants' Committee in the above-captioned proceedings.

Dated: March 13, 2020
                                        /s/ James E. O'Neill
                                        James E. O'Neill (DE Bar No. 4042)
                                        Pachulski Stang Ziehl & Jones LLP
                                        919 North Market Street, 17th Floor
                                        Wilmington, DE 19899-8705 (Courier 19801)

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: March 13, 2020
                                        /s/ James I. Stang
                                        James I. Stang (CA Bar No. 94435)
                                        Pachulski Stang Ziehl & Jones LLP
                                        10100 Santa Monica Boulevard, 13th Floor
                                        Los Angeles, CA 90067-4003
                                        Telephone: (310) 277-6910
                                        Facsimile: (310) 201-0760
                                        Email: jstang@pszjlaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: March 16th, 2020**
**Wilmington, Delaware**
                                        **LAURIE SELBER SILVERSTEIN**
                                        **UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:227754.1 85353/002