UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:    Chapter __11__

Case No. __20__-__10343__ (__LSS__)

Debtor: Boy Scouts of America and Delaware BSA, LLC

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of __Joseph H. Lemkin, Esq.__ to represent __R.L. and C.L., his wife__ in this action.

/s/ John R. Weaver, Esq.

Firm Name: Law Office of John R. Weaver, P.A.
Address: 831 N. Tatnall St., Suite 200
Wilmington, DE 19801
Phone: (302) 655-7371
Email: jrweaverlaw@verizon.net

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __New Jersey__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Joseph H. Lemkin

Firm Name: Stark & Stark, P.C.
Address: 993 Lenox Drive, Bldg. 2
Lawrenceville, NJ 08648
Phone: (609) 791-7022
Email: jlemkin@stark-stark.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: March 16th, 2020
Wilmington, Delaware

*[Signature]*

Local Form 105