**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) (Jointly Administered) |
| Debtors. | |

### [CORRECTED] MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Ilan D. Scharf of Pachulski Stang Ziehl & Jones LLP, to represent the Official Committee of Tort Claimants in the above-captioned proceedings.

Dated:  March 16, 2020            */s/ James E. O'Neill*
                                  James E. O'Neill (DE Bar No. 4042)
                                  Pachulski Stang Ziehl & Jones LLP
                                  919 North Market Street, 17th Floor
                                  Wilmington, DE  19899-8705 (Courier 19801)

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  March 16, 2020            */s/ Ilan D. Scharf*
                                  Ilan D. Scharf (NY Bar No. 4042107)
                                  Pachulski Stang Ziehl & Jones LLP
                                  780 Third Avenue, 34th Floor
                                  New York, NY  10017-2024
                                  Telephone:  (212) 561-7700
                                  Facsimile:   (212) 561-7777
                                  Email:  ischarf@pszjlaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.