## Exhibit C

**McGowan Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**DECLARATION OF STEVEN P. MCGOWAN IN SUPPORT**
**OF THE DEBTORS' APPLICATION FOR ENTRY OF AN**
**ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT**
**OF SIDLEY AUSTIN LLP AS ATTORNEYS FOR THE DEBTORS AND**
**DEBTORS IN POSSESSION, *NUNC PRO TUNC* TO THE PETITION DATE**

I, Steven P. McGowan, being duly sworn, state the following under penalty of perjury:

1.  I am the Secretary and General Counsel of the Boy Scouts of America (the "BSA"). I submit this declaration in support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession,* Nunc Pro Tunc *to the Petition Date* (the "Application")[2] of the BSA and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors").

**THE DEBTORS' SELECTION OF COUNSEL**

2.  The Debtors recognize that a comprehensive review process is necessary when selecting and managing chapter 11 counsel to ensure that bankruptcy professionals are subject to the same client-driven market scrutiny and accountability as professionals in non-bankruptcy engagements. The BSA retained Sidley in October 2018 to advise the BSA regarding strategic

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Application.

options for a global equitable resolution of the abuse claims against the BSA, including various restructuring alternatives. Prior to the retention of Sidley, the BSA had both experience and discussions with additional law firms. The BSA retained Sidley because of, among other factors, its extensive restructuring expertise and client service.

3. Since its engagement, Sidley has become familiar with the Debtors' non-profit operations, financial affairs, abuse claims history, organizational structure, and the potential legal issues that may arise in the context of these chapter 11 cases. I believe that Sidley is both well qualified and uniquely able to represent the Debtors in these chapter 11 cases in an efficient and expert manner.

## **RATE STRUCTURE**

4. In my capacity as Secretary and General Counsel, I, together with my legal team, am responsible for supervising outside counsel retained by the Debtors in the ordinary course of business. Sidley has informed the Debtors that its rates for bankruptcy representations are comparable to the rates Sidley charges for non-bankruptcy representations. I and my legal team are also responsible for reviewing the invoices regularly submitted by Sidley and can confirm that the rates Sidley charged the Debtors in the prepetition period are the same as the rates Sidley will charge the Debtors in the post-petition period, subject to periodic increases.

## **COST SUPERVISION**

5. The Debtors recognize that they have the responsibility to closely monitor the billing practices of their counsel to ensure the fees and expenses paid by the estates remain consistent with the Debtors' expectations and the exigencies of these chapter 11 cases. As they did prepetition, the Debtors will continue to bring discipline, predictability, client involvement,

and accountability to the counsel fees and expenses reimbursement process. To that end, the Debtors will review and monitor the invoices that Sidley submits.

*[Remainder of Page Intentionally Left Blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 17, 2020
      Wilmington, Delaware

Respectfully submitted,

*/s/ Steven P. McGowan*
Steven P. McGowan
Secretary and General Counsel

*Boy Scouts of America and Delaware BSA, LLC*