## Exhibit B

**Engagement Letter**

2001 K Street, NW, North Building, Suite 500, Washington, DC 20006 main 202.408.6110 fax 202.408.7838

September 24, 2019

<u>Via Electronic Mail</u>
Michael C. Andolina, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
T: 312.853.2228
mandolina@sidley.com

      **Re:**    **<u>Boy Scouts of America Pre-packaged Bankruptcy Claims Valuation</u>**

Dear Mr. Andolina:

1.  Thank you for selecting Bates White, LLC ("Bates White") to provide consulting services on behalf of your client, Boy Scouts of America ("BSA"), in the above-referenced matter. This letter sets forth the terms of this engagement.

2.  Bates White understands that its work product under this arrangement is being prepared in connection with the above matter. Bates White will treat all communications with BSA and Sidley Austin LLP ("Sidley") as privileged and confidential. Unless otherwise agreed, any reports, memoranda, or other documents we prepare in connection with this matter will be treated as attorney work product. Such case-specific materials prepared by Bates White for BSA in connection with this matter (the "Deliverables") will be the property of BSA and will be segregated and maintained separate from Bates White's other work for other clients so that the confidentiality of these matters can be maintained. No disclosure of any such materials will be made to third parties unless such disclosure has been authorized by BSA or Sidley, or a court or some other lawful process has required disclosure. Information or documents provided by BSA that are or become publicly available shall not be considered confidential.

3.  Notwithstanding the foregoing, all methodologies, procedures, management tools, software, data files, concepts, ideas, inventions, know-how, reports, documents, materials, and other intellectual capital ("Bates White intellectual property") that Bates White has developed, created, or acquired prior to performing the above-described services, or such Bates White intellectual property of general purpose and utility that Bates White develops, creates, or acquires during performance of the above-described services, are and shall remain the sole and exclusive property of Bates White, and neither Sidley nor BSA shall have or acquire any right, claim, title or interest in or to any such intellectual capital.

Michael C. Andolina, Esq.
September 24, 2019                                                                 Page 2 of 5

4.  Bates White shall take direction from you, the law firm, regarding the scope of work and as to
    the manner in which its work is presented and its Deliverables are prepared and presented.
    BSA agrees that Bates White may take direction from you without notification to or approval
    or concurrence from BSA.

5.  The project team at Bates White will be headed by me and will include other professional and
    administrative staff resources as appropriate. Bates White agrees to complete Phase I of work
    for a fixed fee of $75,000.00. As part of Phase I, Bates White will provide consulting support
    regarding (i) prior precedent settlements of masses of sexual abuse claims, (ii) information
    about how verdicts do not represent average values in mass actions, (iii) a set of criteria that
    can be used to provide the relative values of specific sexual abuse cases, and (iv)
    development of a matrix or points systems to capture such values. Further, as part of the
    Phase I work, Bates White will also provide support to Sidley and BSA in negotiating the
    value of certain sets of existing abuse cases as part of a pre-packed bankruptcy resolution and
    potential structures for facilitating the resolution of those cases. Bates White will track hours
    and the total efforts related to Phase I, including settlement support. The scope of support
    provided as part of Phase I will be limited. In particular, Bates White anticipates being able to
    complete Phase I with an effort level commensurate with the $75,000 fee. However, given the
    ambiguity in the exact scope, Bates White's total effort for Phase I could exceed $75,000.
    Should that occur, Bates White would absorb up to $25,000 in overages (fees between
    $75,000 and $100,000) and $100,000 of total effort would be a hard cap on Bates White
    Phase I efforts. Any work performed outside of the Phase I scope must be approved by BSA
    and will be billed on an hourly basis. Our current rates for Bates White personnel range from
    $195.00 to $1,350.00 per hour. Rates may be adjusted from time to time, typically annually at
    the end of a calendar year and upon promotion of staff. You, on behalf of BSA agree in
    advance to such annual adjustments. To the extent we incur out-of-pocket expenses on BSA's
    behalf, such as travel, electronic invoicing charges from third party vendors, and other case-
    specific charges, those expenses will be billed in addition to the above fee.

6.  Invoices will be sent to BSA, with a copy to Sidley, and are due upon presentation. In the
    event you or BSA dispute an amount due on an invoice, you agree to communicate such
    disagreement to me, in writing, within thirty (30) days of the invoice date, and to pay the
    undisputed portion within thirty (30) days. Failure by you or BSA to communicate a
    disagreement regarding the amount due on an invoice within thirty (30) days of the invoice
    shall constitute a waiver of any such disagreement. In the event that BSA's account becomes
    overdue in excess of ninety (90) days or BSA refuses to pay in whole or in part for work
    performed, Bates White reserves the right to withhold further services.

Michael C. Andolina, Esq.
September 24, 2019                                                                                    Page 3 of 5

7.  Except as otherwise may be required by law, it is Bates White's policy to return or destroy
    documents and data provided by Sidley or BSA, or subject to protective orders, at the
    conclusion of the engagement. Therefore, Sidley or BSA will notify Bates White promptly
    upon the closing of this matter and provide direction to Bates White with respect to
    disposition of such documents. If Sidley or BSA requests the return or destruction of its
    documents, Bates White will return or destroy them at BSA's expense. If Sidley or BSA does
    not provide such direction within the earlier of thirty days (30) days of the conclusion of the
    engagement or fourteen (14) days prior to the deadline for compliance with the terms of the
    applicable protective order, Bates White may return or destroy such documents at BSA's
    expense without further notice or liability.

8.  Bates White is not aware of anything that would impair our ability to provide independent
    and objective services in this matter. Sidley and BSA acknowledge that Bates White is
    engaged by many different clients, ranging from corporations to other business entities, law
    firms, and government entities, including those with adverse, competitive or opposing
    interests. You and BSA agree that Bates White may be engaged by parties adverse to BSA or
    Sidley, or with interests adverse to those of BSA or Sidley, in matters other than the present
    one. You and BSA further acknowledge that Bates White remains free to perform work in
    matters other than the present one that is similar, in subject matter or otherwise, to that
    requested by you in this matter. Bates White is not required to advise Sidley or BSA of such
    engagements. Bates White is committed to protecting the confidential information of clients,
    and Bates White may establish internal walls if deemed necessary in Bates White's discretion
    and at such time as Bates White deems necessary and appropriate.

9.  Any dispute, claim or controversy between Bates White on the one hand and Sidley or BSA
    on the other hand, arising out of or relating to this agreement, whether sounding in contract,
    tort (including, but not, limited to malpractice) or otherwise, including the breach,
    termination, enforcement, interpretation or validity thereof, and including the determination
    of the scope or applicability of this agreement to arbitrate and all issues relating to whether a
    dispute, claim, controversy, or party is subject to arbitration, shall be determined in binding
    arbitration. The arbitration shall be before a single arbitrator and shall be administered by
    JAMS pursuant to its Comprehensive Arbitration Rules and Procedure then in place and
    effect. Such arbitration shall take place in Washington, DC. The substantially prevailing party
    shall be entitled to fees and costs incurred in the arbitration. Judgment on the award may be
    entered in any court of competent jurisdiction.

Michael C. Andolina, Esq.
September 24, 2019                                                   Page 4 of 5

10. This Agreement shall be governed by and construed in accordance with the laws of the District of Columbia without respect to its conflicts of laws principles. Each of the parties hereby consents to submit itself to the exclusive jurisdiction of the federal and local courts located in Washington, DC in any suit, action, or proceeding arising out of or relating to this Agreement that could not be resolved by the parties in accordance with the arbitration process set out above. In any proceedings brought to enforce the terms of this Agreement, the substantially prevailing party shall be entitled to fees and costs incurred including, without limitation, reasonable attorneys' fees.

11. The parties shall not be liable to one another, whether sounding in contract, tort, (including but not limited to malpractice), or otherwise, including the breach, termination, enforcement, interpretation, or validity of this agreement, for indirect, special, consequential, or exemplary damages, nor shall Bates White be liable for direct damages in excess of the lesser of fees paid or $250,000 with respect to services performed under this letter.

12. Unless extended in writing (or unless earlier terminated as provided below), this engagement will terminate upon the earliest of (a) the end of the matter described in this letter, (b) the conclusion of our work on the matter, or (c) written notification by Bates White, you or BSA that the agreement is terminated. In any event, unless we agree otherwise in writing, this engagement will be deemed terminated if the matter has been inactive and Bates White has had no occasion to perform any consultant services in connection with it for a period of one year.

13. You, BSA or Bates White may terminate this agreement upon seven (7) days written notice. In the event of termination by you, BSA, or Bates White, BSA continues to be responsible for payment for work performed up to and including the date of termination, and such payment shall be due immediately.

14. The parties agree that paragraphs 2, 3, 6, 7, 8, 9, 10, 11, and 13 survive the termination of this Agreement.

15. If this letter correctly states our arrangements, please sign below where indicated and return it to our attention.

Michael C. Andolina, Esq.
September 24, 2019                                                    Page 5 of 5


Sincerely,

Bates White, LLC


Andrew R. Evans, CFA
Partner


Boy Scouts of America

By: _____  _____
        Steven P. McGowan
        General Counsel
        Boy Scouts of America

Dated:___September 25, 2019_____


Sidley Austin LLP


By: _____
        Michael C. Andolina

Dated:_____