## Exhibit C

**Evans Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

### DECLARATION OF ANDREW R. EVANS IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF BATES WHITE, LLC AS ABUSE CLAIMS CONSULTANT AND ADVISOR FOR THE DEBTORS AND DEBTORS IN POSSESSION, *NUNC PRO TUNC* TO THE PETITION DATE

Andrew R. Evans, being duly sworn, states the following under penalty of perjury (this "Declaration"):

1.      I am a Partner at Bates White, LLC ("Bates White"), which has a principal place of business at 2001 K Street NW, North Building, Suite 500, Washington, DC 20006.  A copy of my curriculum vitae is attached hereto as **Exhibit 1**.  I submit this Declaration on behalf of Bates White in support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Bates White, LLC as Abuse Claims Consultant for the Debtors and Debtors in Possession,* Nunc Pro Tunc *to the Petition Date*  (the "Application")[2], by which the Debtors are seeking retention of Bates White on the terms and conditions set forth in the application and the engagement letter between the Debtors, Sidley Austin, and Bates White attached to the Application as **Exhibit B** (the "Engagement Letter").

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

2.      Except as otherwise noted, the facts set forth in this Declaration are based upon my personal knowledge, information and belief, or client matter records kept in the ordinary course of business that were reviewed by me or other employees of Bates White under my supervision and direction.   If called and sworn as a witness, I could and would testify competently to the facts set forth herein.   To the extent that any additional information disclosed herein requires amendment or modification upon Bates White's receipt of additional information or as additional creditor information becomes available, a supplemental declaration will be submitted to the Court.

## BATES WHITE'S QUALIFICATIONS

3.      Bates White is an economic consulting firm that provides, among other things, analytical services focused on the analysis and estimation of mass tort claims.   Bates White has considerable experience with, and knowledge regarding, abuse claims and valuation.   Bates White's professionals have extensive experience in providing services regarding the valuation of mass tort claims.   Similar engagements for which Bates White has provided services include: In re USA Gymnastics, Case No. 18-09108 (Bankr. S.D. Ind. 2018): In re Bestwall LLC, Case No. 17-31795 (Bankr. W.D.N.C. 2017); In re TK Holdings Inc., Case. No. 17-11375 (Bankr. D. Del. 2017); In re Garlock Sealing Tech. LLC, Case No. 10-31607 (Bankr. W.D.N.C. June 5, 2010). In addition, I plan to lead this engagement, and am a highly experienced expert.

4.      As detailed in my curriculum vitae, I have more than sixteen (16) years of experience in providing guidance on mass tort, product liability, asbestos, and other claims in bankruptcy, litigation, and business matters.   I am a CFA charter holder and currently the Practice Chair of the Environmental and Product Liability Practice at Bates White, LLC.   I have authored expert reports and declarations as part of contract disputes, state insurance proceedings, federal bankruptcy reorganizations, Alternative Dispute Resolutions (ADRs), mediations, and in

support of corporate valuations, mergers and acquisitions, and divestitures. Further, I have participated in numerous settlement mediations across different contexts, and have helped to facilitate settlements in coverage disputes related to asbestos, environmental losses, and other toxic tort litigation that involved the retirement of several billion dollars in total available coverage limits. Included among the matters in which I have provided mass tort claims expert-related testimony or related services are the bankruptcy cases of: In re USA Gymnastics, Case No. 18-09108 (Bankr. S.D. Ind. 2018); In re The Fairbanks Co., Case No. 18-41768 (Bankr. N.D. Ga. July 31, 2018); In re TK Holdings Inc., Case. No. 17-11375 (Bankr. D. Del. 2017); In re Blitz USA Inc., Case No. 11-13603 (Bankr. D. Del. 2013).

5.     In addition, Bates White has worked with the Debtors prior to this filing and has acquired extensive knowledge regarding the Debtors' and the abuse claims asserted against them. Accordingly, I believe Bates White is well qualified to perform all of the services contemplated by the Engagement Letter, and to represent the Debtors' interests in these chapter 11 cases in an expert and efficient manner.

## SCOPE OF SERVICES

6.     Subject to further order of the Court, Bates White may render economic consulting, claims valuation, and related services to the Debtors as needed in connection with abuse claims asserted against the Debtors and related potential costs and liabilities. These services may include, but are not limited to:

(a)     performing due diligence and analysis regarding the Debtors' present and future abuse claims liability;

(b)     estimating the number and value of, and producing analysis with respect to, present and future abuse claims against the Debtors;

(c)     working with the Debtors and assisting the Debtors' restructuring counsel in the development of proof of claim forms for abuse victims;

(d)   advising the Debtors and assisting the Debtors' restructuring counsel with respect to the negotiation and formulation of a compensation trust, including but not limited to formulation of trust funding mechanism and trust distribution procedures and related trust documents related to a chapter 11 plan of reorganization;

(e)   rendering expert testimony and reports related to the foregoing and assisting the Debtors in preparing and evaluating reports as required by the Debtors and as necessary in these chapter 11 cases; and

(a)   such other advisory and consulting services as may be requested by the Debtors.

## NO DUPLICATION OF SERVICES

7.      Bates White understands that the Debtors are also seeking to retain various other restructuring professionals and will work cooperatively with such professionals to integrate any respective work conducted by the professionals on behalf of the Debtors.  The services to be rendered by Bates White will complement, rather than duplicate, the services to be rendered by any other professional retained in these chapter 11 cases.

## PROFESSIONAL COMPENSATION

8.      Subject to the Court's approval and in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, applicable U.S. Trustee guidelines, the Local Rules of this Court, and any other applicable procedures and orders of this Court, Bates White will seek from the Debtors payment for compensation on an hourly basis and reimbursement of actual and necessary expenses incurred by Bates White.  Bates White's current standard hourly rates for 2020, subject to annual adjustment, range from $195–$1,400 per hour.

9.      Bates White also intends to seek reimbursement for its reasonable out-of-pocket expenses, including, without limitation, travel, electronic invoicing charges from third party vendors, and other case-specific charges.  Bates White will bill all fees and expenses in accordance with any orders entered by this Court with respect to interim compensation and the relevant sections of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules.

4

10.     Bates White's fee and expense structure described above and set forth in the Engagement Letter is comparable to compensation generally charged by mass tort claims advisors of similar stature to Bates White for comparable engagements, both in and out of bankruptcy.  Furthermore, the proposed compensation structure is also consistent with Bates White's normal and customary billing practices for cases of comparable size and complexity that require the level and scope of services to be provided in these chapter 11 cases.

11.     During the 90-day period preceding the Petition Date, Bates White received payments and retainers of $125,000 on February 7, 2020, and Bates White held this amount as of the Petition Date.  Of this amount, Bates White seeks to apply $75,000 in respect of its fixed fee invoice for completed Phase I services described in the Engagement Letter.  After applying this amount and certain fees and expenses earned and incurred but not paid prior to the Petition Date to the retainer, the balance of the retainer is expected to be approximately $38,000.  The remainder of the retainer held by Bates White will be allocated to Bates White's postpetition fees and expenses, after such postpetition fees and expenses are allowed by the Court, including pursuant to any interim compensation procedures approved by the Court.

12.     Bates White intends to apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' chapter 11 cases in compliance with sections 330 and 331 of the Bankruptcy Code and the applicable provisions of the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of the Court.

## BATES WHITE'S DISINTERESTEDNESS

13.     In connection with its proposed retention by the Debtors in these chapter 11 cases, Bates White undertook a lengthy review to determine whether it had any connections or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse

to the Debtors. Specifically, Bates White obtained from the Debtors and/or their representatives the names of individuals and entities that may be parties in interest in these chapter 11 cases (the "Potential Parties in Interest"). Such parties are listed on **Schedule 1** attached hereto. To the extent that information was available, we undertook a detailed, good faith search to determine and to disclose, as set forth herein, whether we have provided or currently provide consulting services to any significant creditors, insiders or other parties-in-interest identified by such list in any substantively related matters.[3]

14.     Based on that review, Bates White represents that, to the best of its knowledge, Bates White knows of no fact or situation that would represent a conflict of interest for Bates White with regard to the Debtors.

15.     To the best of my knowledge and belief, Bates White has provided, or is currently providing, consulting services to certain creditors of the Debtor or other parties-in-interest in matters unrelated to the Debtor or the chapter 11 cases, as described on **Schedule 2** to this Declaration.

16.     To the best of my knowledge, upon reasonable inquiry, neither I, nor any professional of the Bates White team that is providing services to the Debtors is a creditor of the Debtors or an active volunteer with the Debtors.

17.     Accordingly, to the best of my knowledge and except as may be set forth herein, upon information and belief, Bates White:

---

[3] In preparing this Declaration, our staff, under my direction and control, searched our database containing the names and matter descriptions of current and previous engagements handled by our firm. To the extent the information is available, the search request identified parties to whom Bates White has provided or currently provides services that also are Potential Parties in Interest, which included significant creditors of the Debtors, significant professional advisors to the Debtors, and other Potential Parties in Interest in these chapter 11 cases.

(a)     is not a creditor of the Debtors (including by reason of unpaid fees for prepetition services),  or an "insider" of the Debtors, as that term is defined in section 101(31) of the Bankruptcy Code;

(b)     is not, and has not been, within 2 years before the date of the filing of the petition, a director, officer, or employee of the Debtors; and

(c)     does not have an interest materially adverse to the interests of the Debtors' estates, or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

18.     Based upon the information available to me, for the reasons set forth in this Declaration, I believe that Bates White is a "disinterested person" as that term is defined in section 104(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code.

19.     No promises have been received by Bates White or by any partner, director or associates thereof, as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the U.S. Trustee Guidelines.

20.     Payments will be made only from the Debtors.  There is no agreement between Bates White and any other entity for the sharing of compensation received or to be received in connection with these cases, except insofar as such compensation may be shared among the partners of Bates White.

21.     If any new material relevant facts or relationships are discovered or arise that require disclosure, Bates White will promptly file a supplemental declaration with the Court as required by Bankruptcy Rule 2014.   Bates White reserves the right to supplement this Declaration in the event that Bates White discovers any facts bearing on matters described in this Declaration regarding Bates White's employment by the Debtors.

*[Remainder of Page Intentionally Left Blank]*

I declare under penalty of perjury that, after reasonable inquiry, the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  March 17, 2020
            Washington, DC                    /s/ Andrew R. Evans
                                                      Andrew R. Evans
                                                      Partner
                                                      BATES WHITE, LLC

## Exhibit 1

**Curriculum Vitae**



2001 K Street NW North Building, Suite 500
Washington, DC 20006
Main 202. 208. 6110

# ANDREW R. EVANS, CFA

**Partner**
**Areas of Expertise**



- **Contingency valuation**
- **Insurance allocation**
- **Financial forecasting**
- **Liability valuation and hedging**
- **Reorganizations**
- **Economic analysis**

## SUMMARY OF EXPERIENCE

Andrew R. Evans is a CFA charter holder and a recognized expert on legacy liability valuation, financial risk assessment, and insurance allocation. He has more than 16 years of experience providing advice and expert analysis on issues involving mass torts, (re)insurance coverage, alternative risk transactions, mergers and acquisitions, and financial valuation matters related to distressed operations and restructurings. Mr. Evans is currently the Practice Chair of the Environmental and Product Liability Practice at Bates White, LLC.

Mr. Evans has authored expert reports and declarations as part of contract disputes, state insurance proceedings, federal bankruptcy reorganizations, Alternative Dispute Resolutions (ADRs), mediations, and in support of corporate valuations, mergers and acquisitions, and divestitures. He has facilitated settlements in coverage disputes related to asbestos, environmental losses, and other toxic tort litigation that involved the retirement of several billion dollars in total available coverage limits. Mr. Evans also advises insurers, investors, and corporate strategists in litigation funding, and has particular expertise in risk management through the use of "ring-fencing" and hedging structures.

## EDUCATION

- Chartered Financial Analyst (CFA) charter holder
- AB, Woodrow Wilson School of Public Policy and Foreign Affairs, Princeton University
- Co-recipient of the R.W. van de Velde Prize for outstanding policy work
  - Worked with the US Department of State as a Political Military Junior Officer and assisted with negotiations involving nuclear weapons reductions and crisis intervention for the Kosovo Peace Plan
  - Chief Administrator for a campus advertising business

## SELECTED EXPERIENCE

- Authored letter regarding the range of potential valuations associated with a Fortune 500 company's asbestos-related reserves. 2020–present.

- Retained as consulting expert and participated in pre-bankruptcy mediation related to the valuation of losses stemming from sexual abuse claims: 2019-2020

- Retained as consulting expert by an insurance company and participated in court ordered mediation in the matter of *In re: USA Gymnastics* No. 18-09108-RLM-11 (United States Bankruptcy Court for the Southern District of Indiana Indianapolis Division): 2019-present.

- Authored expert report and declarations, and provided deposition and trial testimony, regarding the sufficiency of document and settlement data productions for asbestos-related claims in the matter of *Keyes Law Firm, LLC v. Napoli Bern Ripka Shkolnik, LLP et* al., No.: 1:17-cv-02972 (United States District Court for the District of Maryland, Northern Division): 2019-2020.

- Authored presentation for investor group and provided model of potential losses related to bodily injury claims alleged related to agricultural pollutant: 2019

- Retained as allocation consultant and advised an insurer on settlement mediation in Wellington coverage dispute: 2019.

- Authored expert report and provided deposition testimony regarding projected future asbestos-related losses and the portion potentially subject to reimbursement under an indemnity agreement *In re Midwest Generation, LLC, et al.*, No. 12-49218 (United States Bankruptcy Court Northern District of Illinois (Chicago): 2018-2019.

- Authored report on the value of insurance potentially available to offset future asbestos-related expenditures for corporate entity assessing strategic alternatives: 2018.

- Authored legacy liability valuation report for a regional supply company to a firm considering a potential strategic acquisition: 2018.

- Retained to provide contingent liability valuation on behalf of insurance company evaluating strategic alternatives: 2018.

- Submitted declaration as custodian of records for asbestos-related insurance coverage dispute: 2018.

- Retained as part of consulting team advising, and participated in settlement mediations on behalf of, a group of automobile manufacturers regarding the scope of potential future personal injury and wrongful death claims related to allegedly defective airbags in the matter of *In re: TK Holdings Inc., et al.*, No. 17-11375 (BLS) (United States Bankruptcy Court for the District of Delaware) and related proceedings: 2017–2018.

- Retained by insurer and authored settlement report analyzing outcomes related to potential policy exposure associated with allegedly faulty medical implants as part of a coverage mediation: 2017-2018.

- Advised parties on a possible corporate transaction involving potentially significant asbestos-related liabilities: 2017–2018.

- Retained by insurer to analyze probable policy exposure associated with future asbestos claims in the tort system and under a potential 524(g) bankruptcy trust and participated in related mediation and settlement discussions in *In re: The Fairbanks Company*, No. 18-41768 (United States District Court for the Northern District of Georgia): 2017–present.

- Led consulting team through arbitration hearing for an asbestos-related reinsurance dispute involving a nearly $50 million claim: 2017.

- Retained as consulting expert and advised Fortune 500 companies assessing strategic alternatives for addressing their asbestos-related expenditures: 2016-Present.

- Authored expert reports and provided deposition testimony addressing inconsistent treatment of conceptually related insurance allocation issues as part of a dispute regarding MTBE ground water pollution: 2015-2017.

- Co-authored expert report addressing the legacy asbestos liability and related insurance offsets for a set of industrial companies as part of a corporate acquisition: 2016.

- Provided legacy liability valuation for a national construction materials company, including related potential insurance offsets, to a strategic buyer considering a potential acquisition: 2016.

- Retained as sampling and insurance allocation expert for a multi-million-dollar insurance claim related to asbestos: 2016.

- Authored expert reports and provided deposition testimony addressing the allocation of a multi-million-dollar insurance claim related to an agricultural ground water pollutant: 2015–2017.

- Provided legacy liability valuation of a regional construction company, including related potential insurance offsets, to a private equity firm considering a potential acquisition: 2015.

- Coauthored letters supporting the approximately $700m international legacy asbestos liability and related insurance valuations for the newly combined AMEC Foster Wheeler across different accounting frameworks, namely US GAAP and IFRS, as of their 2014 acquisition dates, and defended the analysis through a multi-firm audit; providing ongoing periodic analytical updates and reports: 2014–present.

- Served as consulting expert to a pair of reinsurers in arbitration regarding allocation issues related to multi-million-dollar asbestos cessation: 2014–2016.

- Provided settlement support and served as consulting expert on behalf of five-member insurance joint defense group in a case taken through jury trial related to primary policy exhaustion and alternative available coverage lines under a variety of potential choice of law and occurrence rulings: 2013–present.

- Led analytical team and served as consulting expert for insurer involved in a coverage dispute with a large asbestos defendant: 2014–2016.

- Provided legacy liability valuation report of an energy sector services company to a private equity firm considering a potential acquisition: 2014.

- Led team and served as consulting expert on analysis of the potential impact of alternative occupancy rates and leverage ratios on the value of a large assisted living property over time: 2014.

- Led separate settlement support analytical team that worked on simplified valuation framework that leveraged existing valuations tools, and accounted for various shortcomings within those tools, to value dozens of large RMBS securitizations: 2014.

- Provided legacy liability valuation report that parsed liability for a large-scale energy generator across specific facilities and over time: 2014.

- Co-authored expert report, provided deposition testimony, and testified regarding the sufficiency of the proposed aggregate product liability claim settlement on behalf of the settling insurers in *In re Blitz USA Inc.*, No. 1:11-bk-13603 (United States Bankruptcy Court for the District of Delaware): 2013–2014.

- Provided consulting expertise in support of Dr. Charles E. Bates' liability estimation, and led team working on Dr. Karl N. Snow's financial valuation work on behalf of the Debtors in *In re Garlock Sealing Technologies, LLC,* No. 10-BK-31607 (United States Bankruptcy Court for the Western District of North Carolina): 2010–present.

- Authored declaration and served as lead consulting expert on behalf of the Debtors in *In re Specialty Products Holding Corp., et al.*, No. 10-11780 (JKF) (United States Bankruptcy Court for the District of Delaware): 2010–present.

- Presented to the board of a Fortune 500 company regarding the potential economic risks associated with the assumption of legacy liabilities tied to US manufacturing firms: 2014.

- Retained as the allocation and valuation expert for an excess insurer involved in Wellington ADR proceedings related to an asbestos products manufacturer joint defense group: 2013–2014.

- Co-authored asbestos due diligence report for a corporate client evaluating restructuring opportunities: 2013.

- Advised numerous clients contemplating acquisitions that involve companies with potential legacy liability issues. Work involved assessing potential future tort expenditures and associated risk drivers, as well as evaluating insurance assets that may provide offsetting coverage: 2005–present.

- Authored expert report and served as the allocation expert for an insurance company dealing with remediation costs across multiple environmental sites that could be subject to numerous potential legal rulings and estimated future loss scenarios: 2012–2013.

- Advised insurers in reinsurance ADR proceedings on issues related to asbestos products' usage that could impact performance of reinsurance treaties: 2011–2013.

- Provided due diligence evaluation and report for a client engaged in a bidding war for an acquisition target with potential long-tail liability risks: 2012.

- Provided consulting and settlement support to an excess insurer in asbestos-related Wellington ADR proceedings for an insulation contracting and sales company: 2011–2012.

- Advised an insurer in litigation on issues related to the availability of various types of asbestos insurance products: 2011.

- Assisted a Fortune 500 company with the acquisition of after-the-fact insurance, similar to a liability portfolio transfer, covering the financial risk arising from thousands of asbestos claims: 2010–2011.

- Provided consulting support and analysis for multiple insurance companies in *In re Leslie Controls, Inc.*, No. 10-12199 (CSS) (United States Bankruptcy Court for the District of Delaware): 2010–2011.

- Provided tort defendants with information required for them to file contribution claims with various 524(g) trusts: 2010–2011.

- Provided a report to a large reinsurance group about issues impacting asbestos claiming trends and insurance recoveries: 2010.

- Evaluated potential damages and investment returns for several third-party litigation funders on numerous cases dealing with issues including: mass environmental loss, *qui tam* tax claims, fraudulent conveyance, international contract arbitration, price-fixing, patents, and mortgage-backed securities and other CDOs: 2009–2011.

- Supported experts assessing the value of pending and future asbestos-related personal-injury claims on behalf of the Official Committee of Unsecured Creditors in *In re Motors Liquidation Company, et al. f/k/a General Motors Corp., et al.*, No. 09-50026 (REG) (United States Bankruptcy Court for the Southern District of New York): 2010–2011.

- Provided extensive claiming population analysis for a defendant corporation facing a mass of black lung claims: 2010.

- Developed an alternative risk transfer product to help companies minimize overhang costs associated with asbestos and other legacy liabilities. Shaped customized transactions for several clients that would have involved nine- and ten-figure loss transfers: 2007–2009.

- Advised a joint defense group of more than a dozen insurers throughout their litigation and settlement negotiations in the matter *Foster Wheeler L.L.C. v. Affiliated FM Insurance Co.*, Index No. 600777/01 (N.Y.S., New York City): 2006–2010.

- Provided supporting analysis on the economic viability of the Trust Fund proposed under S.852, the Fairness in Asbestos Injury Resolution (FAIR) Act of 2005, which highlights how compensation criteria specified for the proposed Fund would change the number and composition of claims relative to the current tort environment: 2005.

- Coauthored a report on company-specific asbestos litigation risk in support of a successful corporate divestiture: 2005–2006.

- Managed the litigation support team responsible for addressing the fraction of expenditures associated with a company's asbestos installation operations on behalf of defendants in *Owens Corning v. Birmingham Fire Insurance Company of Pennsylvania,* No. C10200104929 (Ohio Court of Common Pleas, Lucas County). Assessed data quality, reviewed the opposing expert's analytical methods, and developed an independent method for predicting "non-products" liability: 2003–2005.

- Managed the litigation support team that addressed the fraction of expenditures associated with a company's asbestos installation *operations* on behalf of *Liberty Mutual Insurance Company in Armstrong World Industries Inc. v. Liberty Mutual Insurance Co., No. 02 cv 4360 (Eastern District of Pennsylvania).* Assessed data quality, reviewed the opposing expert's analytical methods, and developed an independent method for predicting "non-products" liability in insurance policies: 2003–2009.

- Developed plaintiff  law firm-specific future asbestos liability forecasts for a multimillion-dollar London Market insurance policy buy-back negotiation: 2004–2005.

- Assisted in the development of cross-project asbestos site identification procedures, tools, and applications: 2003–2005.

- Assisted in the development of future claim value projection techniques to analyze the effects of bankruptcies on claim values in joint and several tort environments: 2003–2005.

- Assisted in the development of a new proprietary insurance allocation application: 2003–2006.

- Conducted exposure analyses and predicted future claims involving asbestos manufacturers and contractors in bankruptcy and insurance coverage disputes: 2003–2005.

- Played a key role in the development of new methodologies for disaggregating and identifying the drivers of legacy liability losses used to determine the impact of punitive damage awards as well as the portion of settlements driven by liability, as opposed to other considerations.

## PROFESSIONAL EXPERIENCE

- Bates White Economic Consulting
  - Partner, 2019–present
  - Principal, 2009–2018
  - Manager, 2003–2008

- Critical member of the team that developed the first generation of Bates White proprietary insurance allocation software.
- Principal and founding member, Litigation Resolution Group LLC, 2007–2009
  - Litigation Resolution Group (LRG) was a third-party litigation funder originally founded to provide economic finality to companies facing substantial asbestos and other long-tailed tort claims. LRG was the first company that worked to serve the US market with a focus on assuming defense-side litigation risks. Worked with senior hedge fund managers, insurance and reinsurance executives, lawyers, and corporate executives to help them understand the value of their litigation derivative assets and liabilities.

## PRESENTATIONS AND PANELS

- "Cutting Edge Trends and Developments in Allocation Issues," Panel presentation at Perrin Conferences Emerging Insurance Coverage & Allocation Issues Conference, May 11, 2017 (Philadelphia, PA)
- "Recent Developments in Coverage Litigation and the Practical and Real Life Implications," Panel discussion at Perrin Conferences Asbestos Litigation Conference: A National Overview & Outlook, September 2016 (San Francisco, CA)
- "US Asbestos: Current and Emerging Trends," IntAP Spring Technical Meeting, May 2012 (Cologne, DE)
- "US Asbestos: Current and Emerging Trends," IntAP Spring Technical Meeting, June 2010 (Norwich, UK)
- "A Conversation About Litigation Risk Sharing by Major Law Firms," RAND Institute Alternative Litigation Finance in the US Conference, May 2010 (Arlington, VA)
- "Investing in Litigation," Butterworths' International Asbestos, September 2009 (London, UK)

## PROFESSIONAL ASSOCIATIONS

- CFA
- CFA Society of Washington, DC
- American Bar Association
- American Bankruptcy Institute

## Schedule 1

**Potential Parties in Interest**

**List of Schedules**

| Schedule | Category |
| --- | --- |
| 1(a) | Debtors |
| 1(b) | Current and Former Directors and Officers of the Debtors |
| 1(c) | Non-Debtor Affiliates |
| 1(d) | Selected Chartered Organizations |
| 1(e) | Local Councils |
| 1(f) | Secured Parties |
| 1(g) | Banks |
| 1(h) | Credit Card Processors |
| 1(i) | Insurers |
| 1(j) | Landlords |
| 1(k) | Litigation Parties |
| 1(l) | Professionals to be Retained by the Debtors |
| 1(m) | Professionals Representing Certain Parties in Interest |
| 1(n) | Ordinary Course Professionals |
| 1(o) | Tort Claimants Committee |
| 1(p) | Unsecured Creditors Committee |
| 1(q) | Top 25 Plaintiffs' Law Firms Representing the Largest Number of Abuse Victims Asserting Claims Against the Debtors |
| 1(r) | Top 30 General Unsecured Creditors of the Debtors (Non-Abuse Claims) |
| 1(s) | Deferred Compensation and Restoration Plan Participants |
| 1(t) | Significant Contract Counterparties |
| 1(u) | Significant Customers |
| 1(v) | Significant Donors |
| 1(w) | Significant Vendors |
| 1(x) | Significant Taxing Authorities |
| 1(y) | Significant Utility Providers |
| 1(z) | U.S. Trustee, Judges, and Court Contacts for the District of Delaware |

## **Schedule 1(a)**

### **Debtors**

Boy Scouts of America
Delaware BSA, LLC

**Schedule 1(b)**

**Current and Former Directors and Officers of the Debtors**

| | |
|---|---|
| Al Lambert | Jack Otto |
| Alison K. Schuler | James D. Rogers |
| Arthur F. "Skip" Oppenheimer | James S. Turley |
| Aubrey Harwell | James S. Wilson |
| Brad Haddock | Janice Bryant Howroyd |
| Bradley D. Tilden | Jeanette Prenger |
| Bray B. Barnes | Jeanne Arnold |
| C. David Moody | Jeffrey R. Holland |
| Charles H. Smith | Jennifer Hancock |
| Charles W. Dahlquist | Jim Ryffel |
| Craig Fenneman | Joe Crafton |
| D. Kent Clayburn | John C. Cushman |
| Dan Ownby | John Gottschalk |
| Daniel  Cabela | John Mosby |
| David Biegler | John R. Donnell Jr. |
| David L. Steward | Jose  Nino |
| David M. Clark | Joseph P Landy |
| David Rumbarger | Joy Jones |
| David S. Alexander | Keith A. Clark |
| Dennis H. Chookaszian | L.B. Eckelkamp Jr. |
| Devang Desai | Lisa Argyros |
| Dominic Wolters | Lyle Knight |
| Doug   Mitchell | Mark Logemann |
| Douglas H. Dittrick | Matthew K. Rose |
| Doyle Parrish | Matthew Parsons |
| Drayton McLane Jr. | Michael Ashline |
| E. Gordon Gee | Michael E. Sears |
| Ellie Morrison | Michael G. Hoffman |
| Eric Schultz | Michael Surbaugh |
| Erin Eisner | Nathan O. Rosenberg |
| Forrest Gertin | Nevada "Al" Kent |
| Francis McAllister | Pamela Petterchak |
| Frank D. Tsuru | Patrick Sterrett |
| Frank Ramirez | Paul Raines |
| Fred Markham | Philip M. Condit |
| Gary Crum | Pratik Vaidya |
| Gary E. Wendlandt | Ralph de la Vega |
| Glenn Adams | Randall Stephenson |
| Hannah Carter | Ray Capp |
| Hector A. "Tico" Perez | Raymond Johns |
| Howard Bulloch | Rex W. Tillerson |
| J. Brett Harvey | Rick Cronk |
| Jack Furst | Robert H. Reynolds |

Robert M. Gates
Roger C. Mosby
Ron  Kirk
Ronald O. Coleman
Roy S. Roberts
Scott Christensen
Scott Sorrels
Scott W. Beckett
Stephen Owen
Steven E. Weekes
Steven Rendle
Tanya Acker
Thear Suzuki
Thomas C. Edwards
Thomas S. Monson
Thomas Yarboro
Wayne Perry
Wesley Coleman
Wesley J. Smith
William Rosner
William W. Stark Jr.

## Schedule 1(c)

**Non-Debtor Affiliates**

Arrow WV, Inc.
Atikaki Youth Ventures Inc.
Atikokan Youth Ventures Inc.
BSA Asset Management, LLC
BSA Commingled Endowment Fund, LP
BSA Endowment Master Trust
Learning for Life
National Boy Scouts of America Foundation
NewWorld19, LLC
Texas BSA, LLC

**Schedule 1(d)**

**Selected Chartered Organizations[1]**

All Saints R.C. Church
Archdiocese of New York
Audubon Baptist Church
Beech Haven Baptist Church
Big Cross Elementary School
Bishop Turner High School
Calasanctius School of Buffalo
Canisius High School of Buffalo
Capuchin Franciscans
Capuchin Franciscans Custody of Star of
    The Sea
Capuchin Franciscans Province of St. Mary
Carmel of The Immaculate Concepcion
Cascade Charter Township
Church of The Holy Innocents
City of Bloomingdale
Corporation of the President of the Church
    of Jesus Christ of Latter-Day Saints
Country Farm Supply
Diocese of Brooklyn
Diocese of Buffalo
Discalced Carmelite Nuns (O.C.D.) A.K.A.
    Order of Discalced Carmelites
First Baptist Church of Athens
First Baptist Church of Danville D/B/A Boy
    Scout Troop 354
First Baptist Church of Gainesville
Glens Falls City School District
Greek Orthodox Archdiocese of America
Green Acres Baptist Church
Holy Family Church
Holy Family R.C. Church
House of Hope Presbyterian Church
Immaculate Conception R.C. Church
Louisville Metro Police Department, City of
    Louisville, Jefferson County / Louisville
    Consolidated Government
Mohawk District of The Northern New York
    Annual Conference of The Methodist
    Episcopal Church of New York

Monastery of Christ In The Desert
Our Lady of Lourdes Catholic School
Our Savior Lutheran Church
Queen of Peace R.C. Church
Reformation Lutheran Church
Regis High School
Roman Catholic Archbishop of Agana
Roman Catholic Archdiocese of New York,
    Archdiocese of New York
Roman Catholic Parish of St. Frances
    Xavier Cabrini, Rochester NY (Formerly
    "Church of The Annunciation Of
    Rochester, New York"), a Religious
    Corporation
Sacred Heart - Espanola
Saint John The Baptist Church
School Sisters of Notre Dame Central
    Pacific Province, Inc.
School Sisters of Notre Dame, Region of
    Guam
Silver Springs Shores Presbyterian Church,
    Inc.
Society of Jesus, USA-Northeast Province
    A/K/A The Jesuits
St. Ambrose Church
St. Benedict Joseph Labre Church
St. Benedict Joseph Labre School
St. Brigid's R.C. Church
St. Catherine's Roman Catholic Church
St. Catherine's Roman Catholic Church
    School
St. Demetrios Greek Orthodox Church St.
Francis of Assisi Roman Catholic
    Church
St. Francis Xavier Church
St. Helena Parish
St. John Gualbert R.C. Church
St. John Vianney R.C. Church
St. Josephats R.C. Church
St. Nicholas of Tolentine

---

[1] There are approximately 41,000 chartered organizations.  This list only includes those charted organizations known
by the Debtors to be implicated in abuse claims with the BSA.

St. Paul's R.C. Church
St. Pius V
St. Pius X Catholic Church of Rochester,
   Minnesota
St. Teresa Parish A/K/A Church of St.
   Teresa of The Infant Jesus
St. Teresa R.C. Church
The Blessed Trinity R.C. Church
The Diocese of Rochester (A/K/A "Roman
   Catholic Diocese of Rochester"), A
   Religious Corporation
The Foundation of The Roman Catholic
   Diocese of Buffalo N.Y., Inc.
The Pingry School
The Roman Catholic Diocese of Syracuse
The Roman Catholic Diocese of Syracuse,
   NY
The School Sisters Of Notre Dame,
   Milwaukee Province, Inc.
Town of Deerfield
Town of Trumbull
University Heights Presbyterian Church
USA Northeast Province of The Society of
   Jesus
Weedsport Central School District
Weedsport Central School District Board of
   Education

## Schedule 1(e)

### Local Councils

Boy Scouts of America Abraham Lincoln Council

Boy Scouts of America Alabama-Florida Council

Boy Scouts of America Alameda Council

Boy Scouts of America Alamo Area Council

Boy Scouts of America Allegheny Highlands Council

Boy Scouts of America Aloha Council

Boy Scouts of America Andrew Jackson Council

Boy Scouts of America Anthony Wayne Area Council

Boy Scouts of America Arbuckle Area Council

Boy Scouts of America Atlanta Area Council

Boy Scouts of America Baden-Powell Council

Boy Scouts of America Baltimore Area Council

Boy Scouts of America Bay Area Council

Boy Scouts of America Bay-Lakes Council

Boy Scouts of America Black Hills Area Council

Boy Scouts of America Black Swamp Area Council

Boy Scouts of America Black Warrior Council

Boy Scouts of America Blackhawk Area Council

Boy Scouts of America Blue Grass Council

Boy Scouts of America Blue Mountain Council

Boy Scouts of America Blue Ridge Council

Boy Scouts of America Blue Ridge Mountains Council

Boy Scouts of America Buckeye Council

Boy Scouts of America Buckskin Council

Boy Scouts of America Bucktail Council

Boy Scouts of America Buffalo Trace Council

Boy Scouts of America Buffalo Trail Council

Boy Scouts of America Caddo Area Council

Boy Scouts of America Calcasieu Area Council

Boy Scouts of America California Inland Empire Council

Boy Scouts of America Cape Cod And Islands Council

Boy Scouts of America Cape Fear Council

Boy Scouts of America Capitol Area Council

Boy Scouts of America Cascade Pacific Council

Boy Scouts of America Catalina Council

Boy Scouts of America Central Florida Council

Boy Scouts of America Central Georgia Council

Boy Scouts of America Central Minnesota Council

Boy Scouts of America Central North Carolina Council

Boy Scouts of America Chattahoochee Council

Boy Scouts of America Cherokee Area Council

Boy Scouts of America Chester County Council

Boy Scouts of America Chickasaw Council

Boy Scouts Of America Chief Cornplanter Council

Boy Scouts of America Chief Seattle Council

Boy Scouts of America Chippewa Valley Council

Boy Scouts of America Choctaw Area Council

Boy Scouts of America Cimarron Council

Boy Scouts of America Circle Ten Council

Boy Scouts of America Coastal Carolina Council

Boy Scouts of America Coastal Georgia Council

Boy Scouts of America Colonial Virginia Council

Boy Scouts of America Columbia-Montour Council

Boy Scouts of America Connecticut Rivers Council

Boy Scouts of America Connecticut Yankee Council

Boy Scouts of America Conquistador Council

Boy Scouts of America Cornhusker Council

Boy Scouts of America Coronado Area Council

Boy Scouts of America Cradle Of Liberty Council

Boy Scouts of America Crater Lake Council

Boy Scouts of America Crossroads Of America Council

Boy Scouts of America Dan Beard Council

Boy Scouts of America Daniel Boone Council

Boy Scouts of America Daniel Webster Council

Boy Scouts of America De Soto Area Council

Boy Scouts of America Del-Mar-Va Council

Boy Scouts of America Denver Area Council

Boy Scouts of America East Carolina Council

Boy Scouts of America East Texas Area Council

Boy Scouts of America Erie Shores Council

Boy Scouts of America Evangeline Area Council

Boy Scouts of America Far East Council

Boy Scouts of America Five Rivers Council

Boy Scouts of America Flint River Council

Boy Scouts of America French Creek Council

Boy Scouts of America Gamehaven Council

Boy Scouts of America Garden State Council

Boy Scouts of America Gateway Area Council

Boy Scouts of America Georgia-Carolina Council

Boy Scouts of America Glacier's Edge Council

Boy Scouts of America Golden Empire Council

Boy Scouts of America Golden Spread Council

Boy Scouts of America Grand Canyon Council

Boy Scouts of America Grand Columbia Council

Boy Scouts of America Grand Teton Council

Boy Scouts of America Great Alaska Council

Boy Scouts of America Great Rivers Council

Boy Scouts of America Great Salt Lake Council

Boy Scouts of America Great Smoky Mountain Council

Boy Scouts of America Great Southwest Council

Boy Scouts of America Great Trail Council

Boy Scouts of America Greater Alabama Council

Boy Scouts of America Greater Los Angeles Area Council

Boy Scouts of America Greater New York Council

Boy Scouts of America Greater Niagara Frontier Council

Boy Scouts of America Greater St. Louis Area Council

Boy Scouts of America Greater Tampa Bay Area Council

Boy Scouts of America Greater Wyoming Council

Boy Scouts of America Greater Yosemite Council

Boy Scouts of America Green Mountain Council

Boy Scouts of America Greenwich Council

Boy Scouts of America Gulf Coast Council

Boy Scouts of America Gulf Stream Council

Boy Scouts of America Hawk Mountain Council

Boy Scouts of America Hawkeye Area Council

Boy Scouts of America Heart Of America Council

Boy Scouts of America Heart Of New England Council

Boy Scouts of America Heart Of Virginia Council

Boy Scouts of America Hoosier Trails Council

Boy Scouts of America Housatonic Council

Boy Scouts of America Hudson Valley Council

Boy Scouts of America Illowa Council

Boy Scouts of America Indian Nations Council

Boy Scouts of America Indian Waters Council

Boy Scouts of America Inland Northwest Council

Boy Scouts of America Iroquois Trail Council

Boy Scouts of America Istrouma Area Council

Boy Scouts of America Jayhawk Area Council

Boy Scouts of America Jersey Shore Council

Boy Scouts of America Juniata Valley Council

Boy Scouts of America Katahdin Area Council

Boy Scouts of America La Salle Council

Boy Scouts of America Lake Erie Council

Boy Scouts of America Las Vegas Area Council

Boy Scouts of America Last Frontier Council

Boy Scouts of America Laurel Highlands Council

Boy Scouts of America Leatherstocking Council

Boy Scouts of America Lincoln Heritage Council

Boy Scouts of America Long Beach Area Council

Boy Scouts of America Longhorn Council

Boy Scouts of America Longhouse Council

Boy Scouts of America Longs Peak Council

Boy Scouts of America Los Padres Council

Boy Scouts of America Louisiana Purchase Council

Boy Scouts of America Marin Council

Boy Scouts of America Mason-Dixon Council

Boy Scouts of America Mayflower Council

Boy Scouts of America Mecklenburg County Council

Boy Scouts of America Miami Valley Council

Boy Scouts of America Michigan Crossroads Council

Boy Scouts of America Mid-America Council

Boy Scouts of America Middle Tennessee Council

Boy Scouts of America Mid-Iowa Council

Boy Scouts of America Midnight Sun Council

Boy Scouts of America Minsi Trails Council

Boy Scouts of America Mississippi Valley Council

Boy Scouts of America Mobile Area Council

Boy Scouts of America Monmouth Council

Boy Scouts of America Montana Council

Boy Scouts of America Moraine Trails Council

Boy Scouts of America Mount Baker Council

Boy Scouts of America Mount Diablo Silverado Council

Boy Scouts of America Mountaineer Area Council

Boy Scouts of America Muskingum Valley Council

Boy Scouts of America Narragansett Council

Boy Scouts of America National Capital Area Council

Boy Scouts of America Nevada Area Council

Boy Scouts of America New Birth Of Freedom Council

Boy Scouts of America North Florida Council

Boy Scouts of America Northeast Georgia Council

Boy Scouts of America Northeast Illinois Council

Boy Scouts of America Northeast Iowa Council

Boy Scouts of America Northeastern Pennsylvania Council

Boy Scouts of America Northern Lights Council

Boy Scouts of America Northern New Jersey Council

Boy Scouts of America Northern Star Council

Boy Scouts of America Northwest Georgia Council

Boy Scouts of America Northwest Texas Council

Boy Scouts of America Norwela Council

Boy Scouts of America Occoneechee Council

Boy Scouts of America Ohio River Valley Council

Boy Scouts of America Old Hickory Council

Boy Scouts of America Old North State Council

Boy Scouts of America Orange County Council

Boy Scouts of America Oregon Trail Council

Boy Scouts of America Ore-Ida Council

Boy Scouts of America Overland Trails Council

Boy Scouts of America Ozark Trails Council

Boy Scouts of America Pacific Harbors Council

Boy Scouts of America Pacific Skyline Council

Boy Scouts of America Palmetto Council

Boy Scouts of America Pathway To Adventure Council

Boy Scouts of America Patriots' Path Council

Boy Scouts of America Pee Dee Area Council

Boy Scouts of America Pennsylvania Dutch Council

Boy Scouts of America Piedmont Council

Boy Scouts of America Pikes Peak Council

Boy Scouts of America Pine Burr Area Council

Boy Scouts of America Pine Tree Council

Boy Scouts of America Pony Express Council

Boy Scouts of America Potawatomi Area Council

Boy Scouts of America Prairielands Council

Boy Scouts of America Puerto Rico Council

Boy Scouts of America Pushmataha Area Council

Boy Scouts of America Quapaw Area Council

Boy Scouts of America Quivira Council

Boy Scouts of America Rainbow Council

Boy Scouts of America Redwood Empire Council

Boy Scouts of America Rio Grande Council

Boy Scouts of America Rip Van Winkle Council

Boy Scouts of America Rocky Mountain Council

Boy Scouts of America Sagamore Council

Boy Scouts of America Sam Houston Area Council

Boy Scouts of America Samoset Council

Boy Scouts of America San Diego-Imperial Council

Boy Scouts of America San Francisco Bay Area Council

Boy Scouts of America Santa Fe Trail Council

Boy Scouts of America Seneca Waterways Council

Boy Scouts of America Sequoia Council

Boy Scouts of America Sequoyah Council

Boy Scouts of America Shenandoah Area Council

Boy Scouts of America Silicon Valley Monterey Bay Council

Boy Scouts of America Simon Kenton Council

Boy Scouts of America Sioux Council

Boy Scouts of America Snake River Council

Boy Scouts of America South Florida Council

Boy Scouts of America South Georgia Council

Boy Scouts of America South Plains Council

Boy Scouts of America South Texas Council

Boy Scouts of America Southeast Louisiana Council

Boy Scouts of America Southern Sierra Council

Boy Scouts of America Southwest Florida Council

Boy Scouts of America Spirit Of Adventure Council

Boy Scouts of America Stonewall Jackson Area Council

Boy Scouts of America Suffolk County Council

Boy Scouts of America Susquehanna Council

Boy Scouts of America Suwannee River Area Council

Boy Scouts of America Tecumseh Council

Boy Scouts of America Texas Southwest Council

Boy Scouts of America Texas Trails Council

Boy Scouts of America Theodore Roosevelt Council

Boy Scouts of America Three Fires Council

Boy Scouts of America Three Harbors Council

Boy Scouts of America Three Rivers Council

Boy Scouts of America Tidewater Council

Boy Scouts of America Transatlantic Council

Boy Scouts of America Trapper Trails Council

Boy Scouts of America Tukabatchee Area Council

Boy Scouts of America Tuscarora Council

Boy Scouts of America Twin Rivers Council

Boy Scouts of America Twin Valley Council

Boy Scouts of America Utah National Parks Council

Boy Scouts of America Ventura County Council

Boy Scouts of America Verdugo Hills Council

Boy Scouts of America Voyageurs Area Council

Boy Scouts of America W.D. Boyce Council

Boy Scouts of America Washington Crossing Council

Boy Scouts of America West Tennessee Area Council

Boy Scouts of America Westark Area Council

Boy Scouts of America Westchester-Putnam Council

Boy Scouts of America Western Los Angeles County Council

Boy Scouts of America Western Massachusetts Council

Boy Scouts of America Westmoreland-Fayette Council

Boy Scouts of America Winnebago Council

Boy Scouts of America Yocona Area Council

Boy Scouts of America Yucca Council

## Schedule 1(f)

### Secured Parties

AT&T Capital Services, Inc.
AT&T Corporation
Automation Tools, LLC
CIT Bank, N.A.
Datamax, Inc.
EverBank Commercial Finance, Inc.
Firebird Structures, LLC
Giant Bicycle, Inc.
HYG Financial Services, Inc.
ImageNet Consulting, LLC
Insight Investments, LLC
JPMorgan Chase Bank, N.A.
Kaufman Fire Protection Systems, Inc.
Key Equipment Finance
Konica Minolta Premier Finance
MB Financial Bank, N.A.
Raymond Leasing Corp
TCF Equipment Finance, Inc.
The Chase Manhattan Bank
The "Green Bar Bill" Hillcourt Foundation
The "Green Bar Bill" Hillcourt Foundation, C/O Winstead PC
TIAA Commercial Finance, Inc.
UniFi Equipment Finance, Inc.
Veristor Capital, LLC
Wells Fargo Financial Leasing, Inc.

## **Schedule 1(g)**

### **Banks**

Banco Popular
Bank of America
BB&T
Blackrock
Charles Schwab
CIBC - First Caribbean Bank
Federated Bank
Fidelity Investments
Fifth Third Bank
First Bank - Virgin Islands
First State Bank
Goldman Sachs
InBank
JPMorgan Chase Bank, N.A.
Merrill Lynch, Pierce, Fenner & Smith, Inc.
Northern Trust Corporation
PNC Bank
RBC Bank
Regions Bank
Scotiabank
State Street Bank
TD Bank
US Bank
Wells Fargo & Company

## Schedule 1(h)

### Credit Card Processors

American Express
Authorize.net
Bank of America Merchant Services
Card Connect
Discover
Dynamic Payments
Global Payments Inc.
JPMorgan Chase Bank, N.A.
Mastercard
Moneris
Opticard
Paymentech, LLC
PayPal, Inc.
Shift4
Stripe (Shopify)
TSYS/Cayan
Valutec
Visa
Wells Fargo & Company
Wild Apricot

## Schedule 1(i)

### Insurers

Ace Insurance Group
Aetna Casualty and Surety Company
Agricultural Excess & Surplus Insurance
    Company
Agricultural Insurance Company
AIG
Allianz Global Corporate & Specialty SE
Allianz Global Risks US Insurance
    Company
Allianz Insurance Company
Allianz Societas Europaea
Allied World Assurance Co.
Allied World Assurance Company (U.S.),
    Inc.
Allied World Assurance Company, Ltd
Alterra Excess & Surplus Insurance
    Company
American Guarantee and Liability Insurance
    Company
American International Group, Inc.
American Re-Insurance Company
American Zurich Insurance Company
Arch Capital Group (U.S.)
Arch Insurance Company
Arch Reinsurance Ltd.
Argo Group International Holdings, Ltd
Argonaut Insurance Company
Argonaut Insurance Group
Arrowood Indemnity Company
Arrowpoint Capital Corp.
Aspen Insurance Holdings Limited
Ategrity Specialty
Ategrity Specialty Insurance Company
AXA Insurance Company
AXA XL
Axis Capital Holdings Limited
Axis Insurance Company
Axis Specialty Insurance Company
Axis Surplus Insurance Company
Beazley Insurance Company, Inc.
Berkley Insurance Company
Berkshire Hathaway Insurance Group
California Union Insurance Company

Catlin Underwriting Agencies Limited
Century Indemnity Company
Chubb Atlantic Indemnity Ltd.
Chubb Custom Insurance Company
Chubb Executive Risk
Chubb Group of Insurance Companies
Cincinnati Specialty Underwriters Insurance
    Company
Clarendon America Insurance Company
Clarendon National Insurance Company
CNA Insurance Companies
Colony Insurance Company
Columbia Casualty Company
Continental Insurance Company
Endurance American Insurance Company
Endurance American Specialty Insurance
    Company
Enstar Group Limited
Euclid Insurance Services, Inc.
Evanston Insurance Company
Everest National Insurance Company
Everest Re Group
Fairfax (US) Inc.
Fairfax Financial (USA) Group
Federal Insurance Company
Fireman's Fund Insurance Companies
First Specialty Insurance Corporation
First State Insurance Company
Gemini Insurance Company
General Star Indemnity Company
Great American
Great American Assurance Company
Great American E & S Insurance Company
Great American Property and Casualty
    Insurance Group
Gulf Insurance Company
Hallmark Specialty Insurance Company
Harbor Insurance Company
Hartford Accident and Indemnity Company
Houston Casualty Company
Indemnity Insurance Company of North
    America
Indian Harbor Insurance Company

Industrial Indemnity
Industrial Insurance Company of Hawaii
Insurance Company of North America
Insurance Company of the State of
    Pennsylvania (The)
International Insurance Company
Interstate Fire & Casualty Company
Landmark Insurance Company
Lexington Insurance Company
Liberty Insurance Underwriters, Inc.
Liberty Mutual Insurance Company
Liberty Surplus Insurance Corporation
Lloyd's of London
London Market
Markel American Insurance Company
Markel Corporation Group
Marsh & McLennan Companies
MHBT, a Marsh & McLennan Agency
Munich Re Group
Munich Reinsurance America, Inc.
National Casualty Company
National Surety Corporation
National Union Fire Insurance Company Of
    Pittsburgh, PA
Navigators Group, Inc.
Navigators Insurance Company
Navigators Specialty Insurance Company
Niagara Fire Insurance Company
Normandy Reinsurance Company Limited
Ohio Casualty Insurance Company (The)
Old Republic General Group
Old Republic Insurance Company
Old Republic Insurance Group
Pacific Employers Ins. Company
Pacific Indemnity Company
Property/Casualty Insurance Co. Of
    Hartford
RLI Professional Risk
Royal Indemnity Company
RSUI Group
R-T Specialty
Sompo - Endurance American Insurance
    Company
Sompo Holdings, Inc.

St. Paul Surplus Lines Insurance Company
Starr Indemnity & Liability Company
Starr Specialty
Steadfast Insurance Company
Swiss Re Group
Texas Pacific Indemnity Company
The Hartford Financial Services Group, Inc.
The Hartford Fire
The Hartford Insurance Group
The Hartford Steam Boiler Inspection And
    Insurance Company
The Travelers Companies, Inc.
Traders and Pacific Insurance Company
Travelers (Bermuda) Limited
Travelers Casualty and Surety Company
Travelers Indemnity Company
Twin City Fire Insurance Company
U.S. Fire Insurance Company
Universal Re-Insurance Company Limited
Utica Mutual Insurance Company
W. R. Berkley Corporation
W.R. Berkley Group
Westchester Fire Insurance Company
Westchester Surplus Lines Insurance
    Company
XL Catlin
XL Europe Limited
XL Insurance (Dublin) Ltd.
XL Insurance Company SE
Zurich Financial (USA) Group
Zurich Financial Services Group

## Schedule 1(j)

### Landlords

1040 Avenue of the Americas LLC
IRC Retail Centers

**Schedule 1(k)**

**Litigation Parties[2]**



90 Merrick LLC
    █████ C/O Law Office of Anthony C. Perez

Aaron Moore
Aaron Yates
ABC Insurance Corporation
Adam Herrington
    ███████ C/O Ryder Law Firm
Aderion Adkisson
Adrian Senentz
    ██████████ C/O Paul Mones
████████████████████
██████████████ C/O Berman
  O'Connor & Mann
████████████ C/O Lujan & Wolff, LLP
████████ C/O Nixon, Vogelman,
  Slawsky & Simoneau PA
██████████████ C/O Lujan &
  Wolff, LLP
Alicia Lifrak
███████████ /O Tremont, Sheldon,
  Robinson, Mahoney, P.C.
All Saints R.C. Church
Allegheny Highlands Council
Allen Hughes
Aloha Council Chamorro District
Alpine Scout Camp
██████ C/O Rubenstein & Rynecki
Andrea Watson

Andrew Aston
Andrew Bloom
Andrew Mannetta
Andrew McMorris
████████████ C/O Berman
  O'Connor & Mann
████████████ C/O Pfau Cochran
  Vertetis Amala PLLC
██████ C/O Marsh Law Firm
    C/O Andreozzi & Associates,
  P.C.
██████████ C/O David
  Luna
████████ C/O Crew Janci LLP
Anita Gettleson
Anna Lee Ingram
██████████ C/O Patrick Noaker
    C/O Roberts Fowler &
  Visosky
████████████ C/O Berman
  O'Connor & Mann
████████████ C/O Lujan & Wolff, LLP
████████████ C/O Berman
  O'Connor & Mann
████████ C/O Lujan & Wolff, LLP
Antonia Michelson
Aramark Campus, LLC
Archbishop Christopher Pierre, Apostolic
    Nuncio of The Holy See For The United
    States
Archbishop Timothy Dolan, Archbishop of
    New York
Archdiocese of New York And Our Lady of
    Lourdes Catholic School

---

[2] The professionals seeking to be retained also ran the names of certain individual plaintiffs. In accordance with the *Interim Order (I) Authorizing the Debtors' to file (A) a Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) a Consolidated List of Other Unsecured Creditors of the Debtors, (III) Authorizing and Approving Procedures for Providing Notice of Commencement, and (IV) Granting Related Relief* [Docket No. 66], in order to protect the identities of individual plaintiffs asserting abuse claims and individual plaintiffs who are minors, the Debtors have redacted such information from this list. The Debtors will provide an unredacted version of this list to the Court, the Office of the United States Trustee, and the Committees upon request.

███████████████ C/O Robins
    Kaplan LLP
███████████████ C/O Law
    Offices Of Anthony M. Demarco
Astral Energy, LLC
Atlanta Area Council, Inc.
Attorney(s) ABC and Accountant(S) XYZ
███████████████ C/O Lujan &
    Wolff, LLP
Austin Boley
███████████████ C/O James Dilbeck
███████████████ C/O Thomas Law
    Office, PLLC
Baden-Powell Council, Inc.
Baiting Hollow Scout Camp
Barbara Cowles
Beech Haven Baptist Church
███████████████ C/O Casey Devoti &
    Brockland
███████████████ C/O Berman
    O'Connor & Mann
Benjamin Cudeck
███████████████ C/O
    Berman O'Connor & Mann
███████████████ C/O Lujan & Wolff, LLP
███████████████ C/O Rebenack, Aronow,
    Mascolo, LLP
███████████████ C/O Lujan &
    Wolff, LLP
Betty Boland, as the Administrator of The
    Estate of Ernest Boland
Big Cross Elementary School
Billie Jo Mojoinner
Bishop Turner High School
Blackhawk Area Council of Boy Scouts
███████████████ C/O Leisawitz
    Heller
Blue Ridge Mountains Council
Board of Trustees of The First Baptist
    Church of Gainesville, Inc.
███████████████ C/O Crew Janci LLP
Bobby C. Jones

Bowmansville Fire Co., Inc.
Boy Scout Troop #50 of Hattiesburg,
    Mississippi
Boy Scout Troop 163
Boy Scout Troop 204 Memphis - Chickasaw
    Council - Thunderbird District
Boy Scout Troop 95
Boy Scout Trust Fund
Boy Scouts 11 of America
Boy Scouts of America - Hiawatha Council
Boy Scouts of America Atlantic Area
    Council Inc.
Boy Scouts of America Atlantic Area
    Council No. 331
Boy Scouts of America Big Apple District
Boy Scouts of America Greater Los Angeles
    Area Council
Boy Scouts of America Pack 494
Boy Scouts of America Phoenix District
    Troop 49
Boy Scouts of America San Diego-Imperial
    Council
Boy Scouts of America Troop 1000 Inc.
Boy Scouts Troop #64
Boy Scouts Troop 460
Brad Ewell
███████████████ C/O Thomas Law
    Office, PLLC
███████████████ C/O Rebenack, Aronow,
    Mascolo, LLP
Bradley Schumann
Brandon Wood
Brazen Matson
███████████████ C/O Paul Mones
Brennan Johnston
Brentley Wells
███████████████ C/O Gallik,
    Bremer & Molloy, P.C.
Bretty Bybee
███████████████ C/O Pfau Cochran
    Vertetis Amala PLLC
███████████████ C/O Bonina &
    Bonina, P.C.
Brian P. Wagner

██████████████ C/O David Yates,
   Thomas Juanso and Tad Thomas,
   Lindsay Cordes - Thomas Law Offices
Bronx Council
Brooklyn Chinese-American Association
Brooklyn Council
Bruce Desandre
████████████ C/O Lujan & Wolff, LLP
████████████████████ C/O Goff Law
   Group
████████████████ C/O Robins
   Kaplan LLP
Buffalo Trail Council
Buffalo Trail Scout Ranch
Calasanctius School of Buffalo
Caleb Steinhoff
California Inland Empire Council
████████████████████████
Camille Travis
Camp Aquehonga
Camp Big Timber
Canisius High School of Buffalo
Capuchin Franciscans
Capuchin Franciscans Custody of Star of
   The Sea
Capuchin Franciscans, Province of St. Mary
Carol Chacon
Carolyn Hemphill
Carrie Stafford
Carroll Township Police Department
Cascade Charter Township
Cascade Pacific Council
Casey Scott
Catholic Cemeteries of Roman Catholic
   Diocese of Buffalo, Inc.
Catholic Health of WNY and its subsidiaries
Cathy Ostrenga
Celeste Rone-Moss
████████████ C/O Law Offices Of Tyler H.
   Fox
Charles Copeland
Charles Oglesby, Sr.
Charles Stauder
Charlie Bate
████████████████████████ C/O Lujan & Wolff, LLP

Chase Dansereau
Cherokee Area Council, Inc.
Chicago Area Council
Chickasaw Council
Chief of Police Jon Belmar
Chief Seattle Council
Chris Alvelo
████████████ C/O Crew Janci LLP
Chris Larrabee
Chris McCullough
Christ The King Seminary Fund, Inc.
██████████████ C/O David Yates,
   Thomas Juanso and Tad Thomas,
   Lindsay Cordes - Thomas Law Offices
Christina Vovchuk
████████████ C/O Michael G. Dowd
Christopher Finks
Christopher Larrabee
█████████████████ C/O Silver Golub &
   Teitell LLP
Christopher Payne
Christopher Pelletier
██████████████ C/O Rebenack,
   Aronow, Mascolo, LLP
Christopher Vogel
████████████ C/O Crew Janci LLP
Church of The Holy Innocents
Cincinnati Insurance Company
Circle Ten Council
Citizens' Hose Company No. 1 of Dillsburg
   Penna
City of Columbus
City of Louisville
City of Louisville-Jefferson County-
   Louisville Consolidated Government
████████████ C/O Javerbaum, Wurgaft,
   Hicks, Kahn, Wikstrom & Sinins
Clark Martin
Claudius Douglas Mair-Worley
Clayton Historical Society
████████████████ C/O Law Offices of
   Mitchell Garabedian
Clifton Neyrey
CLK/HP 90 Merrick LLC
Clyde Noland

CMR A/S/O Cox Communication
█████████
Columbus School District
Complaint and Michigan Crossroads
    Council, Inc.
Connecticut Rivers Council
Connecticut Rivers Council Troops 258 &
    302
Connecticut Yankee Council, Inc.
Connor Cudeck
█████████████████████ C/O
    Padberg, Corrigan & Appelbaum
Continental Tire The Americas, LLC
Cornelia Berrocal
Corporation of the President of the Church
    of Jesus Christ of Latter-Day Saints
Country Farm Supply
Cradle of Liberty Boy Scouts of America
████ C/O Crew Janci LLP
Craig Bingham
████████ C/O Marsh Law Firm
███████████████████ C/O
    Berman O'Connor & Mann
Ct Yankee Council
Cub Scout Pack 601
Curtis Flaherty
██████████ C/O Pfau Cochran
    Vertetis Amala PLLC
██████████████████████
███
Dan McGill
Daniel Boone Council Inc.
Daniel Camerano
████████████████ C/O
    Hirshfield & Costanzo, P.C.
████████ C/O Berman
    O'Connor & Mann
████████████ C/O Michael G. Dowd
██████████ C/O Michael G. Dowd
████████ C/O Berman
    O'Connor & Mann
Daniel P. Sturtzel
Daniel Richardson
██████████████ C/O Lujan & Wolff,
    LLP
██████████ C/O Marsh Law Firm

Daniel Wagner
Daniel Webster Council Inc.
Darla Duarte
David A. Declue
██████████ C/O Michael G. Dowd
█████████████ C/O Robins
    Kaplan LLP
David Dale
David G. Derrick
David Gomes
David H. Scharf
David K. Buterbaugh
████████████ C/O Goff Law
    Group
David Lannes
David McDaniel
█████████ C/O Michael G. Dowd
David Michelson
██████████ C/O Berman O'Connor
    & Mann
████████ C/O Crew Janci LLP
██████████ C/O Berman O'Connor
    & Mann
█████████
David Silva
████████ C/O Michael G. Dowd
█████ C/O Michael G. Dowd
██████ C/O Rebenack, Aronow,
    Mascolo, LLP
███████ C/O Riddle & Brantley
████████ C/O Michael G. Dowd
█████████████ C/O Lujan &
    Wolff, LLP
Debra Schwamberger
Dechaison White
Denis Lane
██████████ C/O Paul Mones
Dillsburg Community Fair Association
Dillsburg Lions Club And Dillsburg Boy
    Scout Troop #38
Diocese of Brooklyn
Dolores Snyder
Donald C. Shriver
Donald Grande
Donald J. Hebert

██████████████████ C/O Crew
Janci LLP
██████████████ C/O Lujan & Wolff,
LLP
Doug Stevenson
████████████ C/O Rebenack, Aronow,
Mascolo, LLP
██████████████ C/O Michael G. Dowd
Douglas Nail
████████████ C/O Rebenack, Aronow,
Mascolo, LLP
██████████████████ C/O Crew
Janci LLP
Dwight Cable
██████████████ C/O Van Zanten
& Onik, LLC
████████████ C/O Edmiston &
Colton Law Firm
Eamonn Ferrante
East Meadow Youth Baseball & Softball
Association
Ed Miller
Eddie Blue
Edgar Riecke
██████████████ C/O Michael G. Dowd
████████████ C/O Simmons Hanly
Conroy
██████████ C/O John Tidwald Tidwald
Law
Edward M. Bednarczyk
Edward Perriera
██████████████ C/O Lujan &
Wolff, LLP
████████████ C/O Rebenack, Aronow,
Mascolo, LLP
██████████████ C/O Lujan &
Wolff, LLP
Elijah Knight
Elliott Litz
Elwood Union Free School District
Emely Santos
██████████████ C/O Thomas C.
Patton
Emma O'Connor
██████████ C/O Rebenack, Aronow,
Mascolo, LLP

Eric L. Young, Administrator of The Estate
of Christopher Alvelo
Eric R. Park
Essex County Council of The Boy Scouts of
America
Estate of Robert Whitelaw, Deceased
Ethan Fuller
Ethan Rapier
██████████████████ C/O Lujan &
Wolff, LLP
Evan Park Howell, Iii
██████████████████ C/O
Berman O'Connor & Mann
██████████████ C/O Berman
O'Connor & Mann
Evergreen Area Council, Boy Scouts of
America
Fabian Lopez
Fairfield County Council of Boy Scouts of
America, Inc.
Fayetteville United Methodist Church
██████████████ C/O Berman
O'Connor & Mann
██████████████ C/O Lujan & Wolff, LLP
First Baptist Church of Athens
First Baptist Church of Danville D/B/A Boy
Scout Troop 354
First Baptist Church of Gainesville
Five Rivers Council Inc.
Floodwood Mountain Scout Reservation
Association, Inc.
Ford Motor Company
Francis (Skip) Toomey Ii
██████████████████ C/O Lujan &
Wolff, LLP
██████████████ C/O Roberts
Fowler & Visosky
██████████████ C/O Lujan & Wolff, LLP
██████████████ C/O Rebenack, Aronow,
Mascolo, LLP
██████████████ C/O Berman
O'Connor & Mann
Frank Pedone
██████████████████ C/O Lujan & Wolff, LLP

██████████ C/O Michael G. Dowd
████████ C/O Berman
O'Connor & Mann
████████████ C/O Crew Janci
LLP
████████████ C/O Berman
O'Connor & Mann
G.A.C.
███████ C/O Dreyer Boyajian
Gabriel Racine
Gage Wilson
Garden State Council
Gary Ackerman
Gary Carroll
████████ C/O Crew Janci LLP
████████ C/O Berman
O'Connor & Mann
Gary L Strain
Gary Langsdale
████████████████████████ C/O
Hall Law, P.A.
████████████ C/O Lujan & Wolff,
LLP
████████████ C/O Berman O'Connor
& Mann
George D. McClay
████████████ C/O Berman
O'Connor & Mann
████████████ C/O Berman
O'Connor & Mann
George J. Eberl
Geovanni McClain
████████ C/O Rubenstein & Rynecki
████████████ C/O Lujan & Wolff,
LLP
Glens Falls City School District
Gloria Garcia
Governor Clinton Council, Inc., Boy Scouts
of America
Grace Gordon
Grand Canyon Council
Great Alaska Council
Great Salt Lake Council
Great Southwest Council
Greater Alabama Council
Greater New York City Councils

Greater Niagara Frontier Council
Greater Niagara Frontier Council #380 of
The Boy Scouts of America
Greater St. Louis Area Council, Boy Scouts
of America, Inc.
Greater Tampa Bay Area Council, Inc.
Greater Yosemite Council, Inc.
Greek Orthodox Archdiocese of America
Green Acres Baptist Church
Greenport Fire Department
Greg Day
████████████████████ C/O Crew Janci
LLP
Greg Ploski
████████████ C/O Berman
O'Connor & Mann
████████████████ C/O Lujan &
Wolff, LLP
████████████ C/O Michael G. Dowd
Guy Rollf
Guy Thomas Buker
Hacker Coverage Dispute
Harley Avenue Primary School
██████████ C/O Robins Kaplan LLP
████████ C/O Javerbaum, Wurgaft,
Hicks, Kahn, Wikstrom & Sinins
████████████ C/O Riddle & Brantley
████████████████ C/O Gruel Mills
Nims & Pylman PLLC
Hawk Mountain Council, Inc., Boy Scouts
of America
Hawkeye Area Council, Boy Scouts of
America, An Iowa Corporation
Heart of America Council
Heart of New England
Heart of Virginia Council, Inc., Boy Scouts
of America
Heath Faucheux
Henry Reinsburrow
Holy Family Church
Holy See Instrumentalities

Holy See, State of Vatican City - The
   Vatican
House of Hope Presbyterian Church
   ███████████████ C/O Roberts
   Fowler & Visosky
   ████████████████ C/O Crew Janci LLP
   ████████████████ C/O Lujan &
   Wolff, LLP
Hudson Valley Council
Hunter Iverson
   ████████
Ian Simpson
   ███████████████ C/O Berman
   O'Connor & Mann
Immaculate Conception R.C. Church
Indian Waters Council Boy Scouts of
   America Inc.
Iroquois Trail Council Inc.
Irwindale Police Department
Istrouma Area Council
   ████ C/O Marsh Law Firm
J.E. Mathis
   ██████████████ C/O Brautigam &
   Brautigam, LLP
   ████████ C/O Bradley L. Rice
Jack Rose
   ████████████
Jacob Nelson
   ██████████████ C/O Lujan &
   Wolff, LLP
   ████████████ C/O Green & Gillispie
   ████████ C/O Lujan & Wolff, LLP
James Gambrell King
   ████████████
   ████████████ C/O Marsh Rickard &
   Bryan
   ████████████ C/O Crew Janci LLP
James Kennedy
   ██████████ C/O The Panitch Law Group,
   P.C.
   ███████████████ C/O Michael G. Dowd
   ████████████ C/O Law Offices Of Mitchell
   Garabedian
James Potjunas
   ████████████
James Stillwell, Jr.

James T. Grace Jr.
   ███████████ C/O Law Offices Of
   Mitchell Garabedian
   ████████ C/O Lujan & Wolff, LLP
   ████████████ C/O Jeff Anderson &
   Associates, PA
Jane Sutterlin
Janessa Miller
Jarred Pai
Jasiah Marshall
   █████████████
Jason Hofmann
   ████████ C/O Berman O'Connor &
   Mann
Jason R. Brockman
   ██████████████████ C/O
   Merson Law
   ███████ C/O Merson Law
Jayshawn Brown
Jefferson County
Jefferson County / Louisville Consolidated
   Government
Jeffery Leonard And Individual
   ████████████ C/O Green & Gillispie
   ████████████ C/O Robins
   Kaplan LLP
   █████████ C/O Rebenack, Aronow,
   Mascolo, LLP
   ████████████ C/O Robins
   Kaplan LLP
Jersey Shore Council
Jesse Bessette
   █████████ C/O Berman O'Connor &
   Mann
   ████████████ C/O Lujan & Wolff,
   LLP
   ██████████ C/O Berman O'Connor
   & Mann
   █████████ C/O Berman O'Connor &
   Mann
Jessie Tomeo
   █████████ C/O Berman O'Connor &
   Mann
   ████████████ C/O Eisenberg
   Rothweiler, Winkler, Eisenberg & Jeck,
   P.C.

██████████████ C/O Marsh Law Firm
Joanne Nauheimer (Class Action)
Joanne Nauheimer (Individual)
███████████████ C/O Lujan &
   Wolff, LLP
██████████████ C/O Lujan &
   Wolff, LLP
████████
Joel Shumway
John B. Lowell
John Cimral
█████████ C/O Roberts Fowler & Visosky
██████████ C/O Dumas Law
   Group, LLC (A/K/A Dumas & Vaughn
   Attorneys at Law)
John Gruber
█████████ C/O Michael G. Dowd

John J. Beardsworth, Jr.
█████████ C/O Davis Miles McGuire
   Gardner
John Jones
███████████████████
██████████████ C/O Lujan & Wolff,
   LLP
John Lund
███████████ C/O Berman
   O'Connor & Mann
███████████ C/O Berman
   O'Connor & Mann
██████████ C/O Okun, Oddo & Babat,
   P.C.
███████████ C/O Lujan & Wolff, LLP
██████████ C/O Lujan &
   Wolff, LLP
█████████████ C/O Goff Law
   Group
John Richers
█████████ C/O Rebenack, Aronow,
   Mascolo, LLP
█████████████ C/O Paul Mones
██████████ C/O Michael G. Dowd
██████████ C/O Lujan & Wolff, LLP

██████████████ C/O Law Office of
   Patrick Sorsby
Jonathan Dunn
███████████ C/O Andrew S. Janet
█████████ C/O Andreozzi &
   Associates, P.C.
████████████
Joseph Alvarado
███████████ C/O Berman
   O'Connor & Mann
███████████ C/O Law Offices of Mitchell
   Garabedian
███████████ C/O Berman
   O'Connor & Mann
███████████ C/O Lowey
   Dannenberg, P.C.
███████████ C/O Berman
   O'Connor & Mann
Joseph F. Snyder
██████████ C/O Berman O'Connor
   & Mann
███████████ C/O Lujan &
   Wolff, LLP
Joseph L. Snyder
███████████ C/O Law Offices of
   Mitchell Garabedian
██████████ C/O Soloff & Zervanos, P.C.
Joseph Porter and Gail Porter
██████████ C/O Lujan & Wolff,
   LLP
███████████ C/O Lujan &
   Wolff, LLP
Joseph Tetlow
███████████ C/O Berman O'Connor
   & Mann
███████████ C/O Berman
   O'Connor & Mann
████████ C/O Michael S. Steinger
Joshua Goodwin
Joshua P. Christ
Joshua Simpson
Joshua White
Judy Crawford
Julie Hedrick
Julie Schmidt

██████████ C/O Patrick Malone & Associates, P.C.

███████████████ C/O Hirshfield & Costanzo, P.C.

██████████████ C/O Clark, Hunt, Ahern & Embry

Kaden Lynch

Kalin Bart Talbott River Road Trust

Kalvin Marshall

Karin Larrabee

Karina Miller

████████████ C/O David Yates, Thomas Juanso and Tad Thomas, Lindsay Cordes - Thomas Law Offices

Kathleen Hufford

Kathryn (Katie) Schulze

██████████████████████████

Keegan Day

█████████ C/O Andreozzi & Associates, P.C.

█████████ C/O Panish Shea & Boyle LLP

██████████ C/O James, Vernon & Weeks, P.A.

Kellie Bogardus

█████████ C/O Rebenack, Aronow, Mascolo, LLP

Kenneth Betts

████████████ C/O Berman O'Connor & Mann

█████████ C/O Crew Janci LLP

Kent L. Wallace

Kerrie Galvin (Obo Trevor Galvin)

█████████ C/O Rubenstein & Rynecki

Keystone College

Kimberly Payne

Kincaid Tyas

Kireon D. Pleis

████████████ C/O Berman O'Connor & Mann

█████████

████████ C/O Law Office of David Jaskowiak

████████████ C/O Crew Janci LLP

Kristopher Bartee

Kyle Boell

████████████████ C/O John P. Connor

████████ C/O Law Office of Mark Gallagher

Landon Bassett

█████████ C/O Rebenack, Aronow, Mascolo, LLP

███████████ C/O Berman O'Connor & Mann

Las Vegas Area Council, Inc.

Laurie Buckelew

█████████ C/O Green & Gillispie

Lawrence Svrcek

Leanna Stanley

Learning For Life Inc.

Leatherstocking Council

Lebanon Lions Club

Lee Shedroff

Leo Kelly

█████████ C/O Lujan & Wolff, LLP

Lincoln Heritage Council

Linda Davis

Linda Fant

Linda Jensen

Lindsay Bishop

Lisa C. Crocus

Lloyd Bryant

█████████ C/O Law Offices of Gregory J. Stacker, LLC

Logan Bogardus

Logan Larrabee

Logan Mackay

Longhouse Council

█████████████████ C/O Robins Kaplan LLP

Louisville Metro Police Department

███████████ C/O Berman O'Connor & Mann

Luke Bennett
███ C/O Bonina & Bonina, P.C.
Madison Osborne
████████████ C/O Lujan &
Wolff, LLP
Malcolm Boykin
Malmaison District
Manhattan Council, Boy Scouts of America
████████████ C/O Lujan &
Wolff, LLP
████████████ C/O Lujan & Wolff,
LLP
Marc Anderson
Marco Romero
Marcus Kang
Marcus Mack
████████ /O Rebenack, Aronow,
Mascolo, LLP
Marjorie Bewley
Marjorie Morris
████████████ C/O Lujan & Wolff,
LLP
████████████ C/O Lujan & Wolff,
LLP
Mark Helser and Jane Doe Helser
Mark Kern
████████████ C/O Berman
O'Connor & Mann
████████████ C/O Berman
O'Connor & Mann
████████████ C/O Lujan & Wolff,
LLP
Mark Tibbetts
Mark Tumeo
Mark Vincett
████████████ C/O Lujan &
Wolff, LLP
████████
Mathew Zaiss
Matt Day
████████████ C/O Berman O'Connor &
Mann
████████████ C/O Pashman
Stein Walder Hayden, P.C.

████████ C/O Herman Law
Matthew Gelhausen
Matthew Inbody
Matthew McClay
Matthew S. Devore
Matthew Teixeira
Matthew Yakaboski
████████████ C/O Pfau Cochran
Vertetis Amala PLLC
Max Moon
Maya Cann
Mayflower Council
████████████ C/O Berman
O'Connor & Mann
Megan Knoernschild
████████████ C/O Lujan & Wolff, LLP
████████████ C/O Berman
O'Connor & Mann
Micah Hattaway
████████████ C/O Clark,
Hunt, Ahern & Embry
████████████ C/O Law Office of
Anthony C. Perez
████████████ C/O Michael G. Dowd
████████████ C/O Pfau Cochran
Vertetis Amala PLLC
Michael Frys
████████████ C/O Crew Janci
LLP
████████████ C/O Michael G. Dowd
Michael Kelsey
████████████ C/O Hall &
Monagle, LLC
Michael Maffetone
████████████ C/O Roberts Fowler & Visosky
████████████ C/O Berman O'Connor &
Mann
████████████ C/O Gallik,
Bremer & Molloy, P.C.
████████████ C/O Michael G. Dowd

███████████████████████ C/O Lujan &
Wolff, LLP
Michael Rega
█████████████████ C/O Crew Janci LLP
█████████████████ C/O Lujan &
Wolff, LLP
██████████████ C/O Janet, Janet & Suggs,
LLC
Michael Sandifer
██████████████ C/O Marsh Law Firm
███████████
Michelle Delutri
Michigan Crossroads Council, Inc.
Mid-America Council
Middle Tennessee Council
████████████████████████ C/O Dumas Law
Group, LLC (A/K/A Dumas & Vaughn
Attorneys at Law)
Miles Woolsey
Monastery of Christ In The Desert
Monmouth Council
Monsignor Michael Harrington
Monsignor William Stanton
Montana Council
█████████████████████ C/O Michael G.
Dowd
Mossy Ford, Inc.
Most Reverend Edward U. Kmiec
Most Reverend Henry J. Mansell
Most Reverend Richard J. Malone
████████████ C/O Belluck & Fox, LLP
█████████████████████ C/O Crew Janci
LLP
New York Greater Councils
Newport Sea Base - Orange County Council
Niagara Frontier Council, Boy Scouts of
America
██████████████████ C/O David Yates,
Thomas Juanso
Nina Baldinucci
Nipmuck District of the Connecticut Rivers
Council of The Boy Scouts of America
████████████████ /O Giancarlo R. Cellini
Nolan Henderson

█████████████████████ C/O Lujan & Wolff, LLP
█████████████████████████████ C/O
Clark, Hunt, Ahern & Embry
████████████ C/O Michael G. Dowd
North Florida Council
Northeast Georgia Council, Inc.
Northeastern Pennsylvania Council
Northern New Jersey Council
Northern Star Council
██████████████████████████ C/O Rubenstein & Rynecki
Old Republic Insurance Company, Inc.
Omega Pacific, Inc.
Orange County Council
Orange County Rowing Club
Oregon Trail Council, Inc.
████████████████████████ C/O Robins
Kaplan LLP Our Savior Lutheran Church
C/O Roberts Fowler & Visosky Parker
██████
Pat Currie
Pathway To Adventure Council Patricia
Donehue
Patricia Gerber
Patrick A. Mancuso

██████████████████ C/O The Law Office of
Carmen L. Durso
███████████████████████ C/O Berman
O'Connor & Mann
██████████████████ C/O Rebenack, Aronow,
Mascolo, LLP
█████████████████ C/O Gregory J. Cannata &
Associates, LLP
Patriots' Path Council
███████████████████ C/O Berman O'Connor
& Mann
Paul Antosh
Paul Brandon Paris
███████████████████ C/O Lujan & Wolff, LLP
Paul R. Thomson, Jr.
███████████████████████ C/O Berman
O'Connor & Mann
Paul Scarola

███████████████ C/O Lujan & Wolff, LLP

███████████ C/O Lujan & Wolff, LLP

█████████ C/O Crew Janci LLP

Pauline Jenkins

█████████ C/O Lujan & Wolff, LLP

Penn Mountains Council

Penny Nomura

██████ C/O Berman O'Connor & Mann

█████ C/O Law Office of Anthony C. Perez

███████ C/O Lujan & Wolff, LLP

Peter Rymut

████████ C/O Lujan & Wolff, LLP

██████ C/O Crew Janci LLP
██████ C/O Michael G. Dowd
██████ C/O Paul Mones

Pierce Hull

Pine Burr Area Council, Inc.

Police Officer Annette Hoyt

Polly Root

Pope Francis

Progressive Casualty Insurance Company

Quapaw Area Council

Queen of Peace R.C. Church

Queens Council

R. Fleming Weaver, Jr.

██████████ C/O Berman O'Connor & Mann

████████ C/O Pfau Cochran Vertetis Amala PLLC

Randolph "Randy" Nowak

██████ C/O John P. Connor

Raul Cadena

██████ C/O Marsh Law Firm
██████ C/O Crew Janci LLP
██████ C/O Michael G. Dowd

███████████ C/O Lujan & Wolff, LLP

███████████ C/O Berman O'Connor & Mann

███████████ C/O Lujan & Wolff, LLP

Reckson Operating Partnership, L.P

Red Mountain Asset Fund, LLC

Regina McCullough

██████ C/O Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)

Regis High School

Reid Comita

Reilly Nahill

Rev. Basil Ormsby, S.J.

Rev. David Bialakowski

Rev. Donald W. Becker

Rev. Florian Jasinski

Rev. Frederick Fingerle

Rev. Gerald Jasinski

Rev. John P. Hajduk

Rev. Joseph Persich, S.J.

Rev. Nelson Kinmartin

Rev. Norbert Orsolits

Rev. Ronald Sajak

Rev. Ronald Silverio

Rev. Theodore Podson

Rev. William White

██████ C/O Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)

██████ C/O Berman O'Connor & Mann

██████ C/O Lujan & Wolff, LLP

██████ C/O Crew Janci LLP

██████ C/O Michael G. Dowd

██████ C/O Berman O'Connor & Mann

████████

Richard L. Lucero

████████

Richard Lehr



███████ C/O Panish Shea & Boyle, LLP
Richard Mathews
██████████ C/O Crew Janci LLP
C/O Berman O'Connor & Mann
████████ C/O Marsh Law Firm
Richard Robbins
Richard Rognsvoog
██████████ C/O Paul Mones
████████ C/O Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)
River Rivers Council, Boy Scouts of America
██████████ C/O Crew Janci LLP
████████ C/O Michael G. Dowd
Robert Bulens
████████ C/O The Law Office of Carmen L. Durso
████████ C/O Berman O'Connor & Mann
Robert Hallum
Robert Jorgensen
████████ C/O Peabody, Stirling, Hale & Miller LLP
████████ C/O Rebenack, Aronow, Mascolo, LLP
Robert Logan Talbott River Road Trust
████████ C/O Parker Waichman LLP
████████ C/O Marsh Law Firm
C/O Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)
████████ C/O Marsh Law Firm
████████ C/O Crew Janci LLP
Robert Sutterlin
Robert Talbott, Inc

████████ C/O Lujan & Wolff, LLP
Roberts. Talbott Revocable Trust
██████████ C/O Crew Janci LLP
████████ C/O Berman O'Connor & Mann
██████████ C/O Lujan & Wolff, LLP
████████ C/O Crew Janci LLP
████████ C/O Berman O'Connor & Mann
Roman Catholic Archbishop
Roman Catholic Archbishop of Agana
Roman Catholic Archdiocese of New York, Archdiocese of New York
████████ C/O The Panitch Law Group, P.C.
Ronald Hegwood
████████ C/O Emery Celli Brinckerhoff & Abady LLP
████████ C/O Lujan & Wolff, LLP
████████ C/O Michael G. Dowd
Ronnie Mason
████████ C/O Berman O'Connor & Mann
████████ C/O Roberts Fowler & Visosky
████████ C/O Lujan & Wolff, LLP
████████ C/O Berman O'Connor & Mann
████████ C/O Berman O'Connor & Mann
Ruth Kvistad
████ C/O Bonina & Bonina, P.C.
Sacred Heart - Espanola
Saint John The Baptist Church
████████ C/O Goff Law Group
Salvador Rivera
Sam Houston Area Council
Sam Houston Area Council Phoenix District

Samuel Christian Carelton
Samuel Roche
San Gabriel Valley Council
Sandy Potjunas
Sarah Case Talbott River Road Trust
SC Boy Scouts Council Inc.
School Sisters of Notre Dame Central
    Pacific Province, Inc.
School Sisters of Notre Dame, Region of
    Guam
███████████ C/O Lafave, Wein & Frament,
    PLLC
███████████████████ C/O Clark,
    Hunt, Ahern & Embry
████████████ C/O Michael G. Dowd
██████████
Scott Michelson
███████████ C/O Crew Janci LLP
Scout Troop 4200
Second Baptist Church
Seneca Waterways Council, Boy Scouts of
    America
Sequoia Council
Sergeant Konrad Wojciehowski
████████████ C/O Berman O'Connor
    & Mann
█████████ C/O Dumas Law Group, LLC
    (A/K/A Dumas & Vaughn Attorneys at
    Law)
Sharon Giovingo
Sharon Richardson
████████████████████ C/O
    Dumas Law Group, LLC (A/K/A Dumas
    & Vaughn Attorneys at Law)
Shawn Pelletier
██████████ C/O Simmons Hanly Conroy
Sheree Dodge
Sherrilynn Wood
Sherrye Howell
Shirley Williams
Silicon Valley Monterey Bay Council
Skylar Prestano
Sleepy Hollow Vineyards, L.P.
Society of Jesus, USA-Northeast Province

Southeast Louisiana Council
Southern California Scullers Club
Southern Shores Field Service Council
Southwest Bartholomew Volunteer Fire
    Department, Inc.
St. Benedict Joseph Labre Church
St. Benedict Joseph Labre School
St. Brigid R.C. Church
St. Catherine's Roman Catholic Church
St. Catherine's Roman Catholic Church
    School
St. Demetrios Greek Orthodox Church
St. Francis of Assisi Roman Catholic
    Church
St. Francis Xavier Church
St. Helena Parish
St. John Gualbert R.C. Church
St. John Vianney R.C. Church
St. Joseph Investment Fund, Inc.
St. Josephats R.C. Church
St. Paul's R.C. Church
St. Teresa R.C. Church
█████████████
Stanley Bassett
████████████████ C/O Eisenberg
    Rothweiler, Winkler, Eisenberg & Jeck,
    P.C.
State of Wisconsin
Stephanie K. Jones
Stephanie Regalia
█████████████████ C/O Crew Janci LLP
███████████████ C/O Law Offices of Mitchell
    Garabedian
████████████████ C/O Hart McLaughlin &
    Eldridge
Stephen White
Stephen Zanetti
██████████████████ C/O Dumas
    Law Group, LLC (A/K/A Dumas &
    Vaughn Attorneys at Law)
████████████████ C/O The Panitch
    Law Group, P.C.
███████████ C/O Crew Janci LLP
Steve Stenger

Steven Harris
Steven N. Brown
Strawbridge United Methodist Church
████████ C/O Michael G. Dowd
████████ C/O Michael G. Dowd
Suffolk County Council
Suffolk County Policy Department
████████ C/O Berman O'Connor
& Mann
Susan Burk
Susan Reisinger
Susanna Otto
Susquenango Council
Sussex District Boy Scouts of America
T.B.C.P.C
T.B.S.O.A.I.
███ C/O Herman Law
███ C/O Lujan & Wolff, LLP
Tanner Bailey
Ten Mile River Scout Camps A/K/A Ten
Mile River Scout Camps, Boy Scouts of
America
████████ C/O Pfau Cochran
Vertetis Amala PLLC
Terry A. Wright
████████ C/O Clark, Hunt,
Ahern & Embry
Terry Zellers
Thad Alton
The Blessed Trinity R.C. Church
The Church of Jesus Christ of Latter Day
Saints
The City of Irwindale
The County of Nassau
The Diocese of Rochester
The Estate of F.E. (Gene) Bobo
The Fidelis Care as a Trademark for the
Centene Corporation
The Foundation of The Roman Catholic
Diocese of Buffalo, N.Y., Inc.
The Hamlet of East Meadow
The Hartford Insurance Group
The National Boy Scouts of America
Foundation

The Roman Catholic Diocese of Syracuse,
NY
The School Sisters of Notre Dame
Milwaukee Providence, Inc.
The Temple Congregation Adath Israel-
B'rith Sholom Inc.
The Town of Hempstead
Theodore Roosevelt Council
Theresa Kennedy
Thomas Bogardu
████████ C/O Lujan & Wolff,
LLP
Thomas Doering
Thomas Kiely
████
Thomas Lane
Thomas Larry
Thomas M. Thackeray
████████ C/O Michael G. Dowd
████████ C/O Gibson, McAskill &
Crosby, LLP
Thomas Scott
████████ C/O Dumas Law
Group, LLC (A/K/A Dumas & Vaughn
Attorneys at Law)
████████
Three Fires Council
Tidwald Law
Tiffany Riggs
████████ C/O Rebenack, Aronow,
Mascolo, LLP
████████ C/O Crew Janci LLP
████████ C/O Paul Mones
Timothy Black C/O Law & Moran,
Attorneys at Law
Timothy Fedor
████████ C/O Berman
O'Connor & Mann
Timothy Savage
████████ C/O Crew Janci LLP
Todd Puccio
Tom Hartmann
Tomas A. Camacho
Town of Deerfield
Town of Trumbull

Trapper Trails Council
██████████████ C/O Green & Gillispie
Travis Leppi
Trent Herlihy
Trevor B. Paulson
████████████████████ C/O Crew Janci
    LLP
Troop #7354
Troop 141 BSA
Twin Rivers Council
Union United Methodist Church
United Services Automobile Association
Unitedhealthcare Insurance Company
USA Northeast Province of The Society of
    Jesus
█████████████████████ C/O Law
    Offices of Anthony M. Demarco
Valerie Mcgriff (Gawle)
Varteni Yerjanian
Vern Iverson
Vernon Wunnenberg
██████████████ C/O Lujan & Wolff,
    LLP
████████████ C/O Lujan & Wolff, LLP
████████████████ C/O Lujan &
    Wolff, LLP
██████████████ C/O Lujan & Wolff,
    LLP
Victor Caps
██████████████ C/O David Luna
Vincent Liberto
████████████ C/O Andrea E. Bonina
Virgil Sanders
Virginia Adkins
Walgreen Company
████████████ C/O Rebenack, Aronow,
    Mascolo, LLP
Washington Crossing Council
Wayne Farrar
██████████████ C/O Berman O'Connor
    & Mann
Weedsport Central School District
Westchester Putnam Council
Westlake Hills Presbyterian Church
██████████████ C/O Crew Janci LLP

████████████████████████████ C/O
    Dumas Law Group, LLC (A/K/A Dumas
    & Vaughn Attorneys at Law)
William Bewley
William Brannon
William Edward Bewley
██████████████ C/O Crew Janci LLP
██████████████ C/O Green & Gillispie
William Greenwald
William Hoke
████████████████ C/O Paul Mones
█████████████████ C/O Crew Janci LLP
█████████████ C/O Robins Kaplan LLP
William Pugh
William Pugh Jr
William Rick Bailey
William Rish Jr
William Ruscoe
██████████████ C/O Crew Janci LLP
██████████████ C/O Rebenack, Aronow,
    Mascolo, LLP
William Short
██████████████ C/O Green & Gillispie
█████████████ C/O Parker Waichman LLP
██████████████████████████
██████████████ C/O Rubenstein & Rynecki
XYZ Corporation
XYZ Corporation 1-100
XYZ Entities 1-100
XYZ Insurance Corporation
Yucca Council
Zachary Babel
████████████████████████ C/O
    Clark, Hunt, Ahern & Embry
Zachary Schmidt
Zachary Spahr
Zorro Ragsdale

## <u>Schedule 1(l)</u>

### Professionals to be Retained by the Debtors

Alvarez & Marsal North America, LLC
Bates White LLC
Haynes & Boone, LLP
KCIC, LLC
Morris, Nichols, Arsht & Tunnell LLP
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Omni Agent Solutions
Sidley Austin LLP

## Schedule 1(m)

**Professionals Representing Certain Parties in Interest**

AlixPartners LLP
Ankura Consulting Group, LLC
Berkeley Research Group, LLC
Kramer Levin Naftalis & Frankel LLP
Norton Rose Fulbright US, LLP
Pachulski Stang Ziehl & Jones
PJT Partners, Inc.
Wachtell, Lipton, Rosen & Katz
Young Conway Stargatt & Taylor, LLP

**Schedule 1(n)**

**Ordinary Course Professionals**

An, Tian, Zhang & Partners
Bassford Remele PA
BAX Advisors LLC
Bays Lung Rose Holma Attorneys at Law
Bond, Schoeneck & King PLLC
Boone Karlberg P.C.
Carolina Fridman Law Corporation
CCPIT Patent & Trademark Law Office
Christopher T Hurley & Associates P.C.
Civille & Tang PLLC
Clarke Silverglate P.A.
Connell Foley LLP
Cranfill Sumner & Hartzog LLP
Crotty & Schiltz LLC
Dentons US LLP
Foland, Wickens, Roper Hofer & Crawford, P.C.
Fox Rothschild LLP
Gerolamo Mcnulty Divis & Lewbart, P.C.
Grefe & Sidney, P.L.C.
Gruber Thomas & Co.
Harper & Pearson
Hawley Troxell Ennis & Hawley LLP
Hecht, Latham Spencer & Associates, Inc.
Heplerbroom LLC
Herman Law Firm P.A. Trust Account
Hinshaw & Culbertson LLP
Howard & Co., LLP
Hueston Hennigan
Keleher & McLeod PA, Attorneys at Law
Keller & Almassian, PLC
Kipp and Christian, P.C.
Kosnoff Fasy PLLC Trust Account
LCG Associates, Inc.
Lightfoot Franklin & White LLC
Locke Lord LLP
Mandell Menkes, LLC
Mark Gallagher Attorney
Markowitz Herbold PC
McAngus Goudelock & Courie
McGuire Woods LLP
McGuire, Craddock & Strother, P.C.
McLane Middleton, Prof. Assoc.

Mead & Hunt, Inc.
Melick Porter, LLP
Miller & Martin PLLC
Miller, Johnson, Snell & Cummiskey, P.L.C.
Milliman Inc.
Milliman USA Inc.
Mitchell Garabedian Attorney
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C
MNP LLP
Nicholas W Mulick PA
Nigro Karlin Segal & Feldstein
Park Dietz & Associates, Inc.
Perkins Coie
PricewaterhouseCoopers LLP
Quinn Emanuel Urquhart & Sullivan LLP
Ruhter & Reynolds, Inc.
Saul Ewing LLP
Scheper Kim & Harris, LLP
Sheehy Ware & Pappas PC
Sitlinger & Theiler
Steptoe & Johnson PLLC
Stich, Angell, Kreidler, Dodge & Unke, P.A.
Stillwell Midgley PLLC
Stites & Harbison PLLC
Taylor, Porter, Brooks & Phillips, L.L.P.
Texas Medical Legal Consultants
Thompson Coe & O'Meara LLP
Towers Watson Delaware, Inc.
Upshaw Williams Biggers
Vinson & Elkins LLP
White and Williams LLP
Whitney Smith Company Inc.
Wicker, Smith, O'Hara, McCoy, & Ford, PA
Wiggin & Dana LLP
Wilson Elser Moskowitz Edelman & Dicker LLP
Winston & Strawn LLP

## Schedule 1(o)

### Tort Claimants Committee

Christopher Desmond Haywood
Douglas A. Kennedy
John Humphrey
Jorge Tabon
Jorge Vega
Morgan Wade Paul
Richard Halvorson
Robb Lawson
Robert Grier

## **Schedule 1(p)**

### **Unsecured Creditors Committee**

Girl Scouts of the United States of America
Lion Brothers Company Inc.
Pearson Education, Inc.
Pension Benefit Guaranty Corporation
Roger A. Ohmstede

## **Schedule 1(q)**

**Top 25 Plaintiffs' Law Firms Representing the Largest Number of Abuse Victims Asserting Claims Against the Debtors**

Andreozzi & Associates, P.C.
Ava Law Group, Inc.
Bondurant, Mixson & Elmore, LLP
Crew Janci LLP
Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)
Eisenberg Rothweiler, Winkler, Eisenberg & Jeck, P.C.
Green & Gillispie
Gregg, Hunt, Ahern & Embry Attorneys at Law
Hurley McKenna & Mertz, P.C.
Jeff Anderson & Associates, PA
Kosnoff Law
Law Offices of Mitchell Garabedian
Lindsay Hart, LLP
Lujan & Wolff, LLP
Marsh Law Firm
Merson Law
Michael G. Dowd
Paul Mones
Penn Law Group
Pfau Cochran Vertetis Amala PLLC
Rebenack, Aronow, Mascolo, LLP
Robins Kaplan LLP
Rubenstein & Rynecki
Sweeny Reich & Bolz, LLP
Thomas Law Office, PLLC

## Schedule 1(r)

### Top 30 General Unsecured Creditors of the Debtors (Non-Abuse Claims)[3]

American Engineers & Contractors
Anne Terry
Bradley Farmer
C. Michael Hoover Jr.
C. Wayne Brock
███████████████████
David J. Ross II
Donald McChesney
Gary Butler
Hugh Travis
Jeffrey Hunt
John Green
Judith Ratcliffe
Kathy Sue Stone
Kenneth L. Connelly
Michael Surbaugh
NCS Pearson, Inc.
████████████████████████
Quad/Graphics, Inc.
Raymond L. Blackwell
Richard Lehr
Robert J. Mazzuca
Robert Tuggle
Roy L. Williams
Thomas H. Fitzgibbon
Thomas Harrington
Thomas Varnell

---

[3] The professionals seeking to be retained also ran the names of certain individual plaintiffs. In accordance with the *Interim Order (I) Authorizing the Debtors' to file (A) a Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) a Consolidated List of Other Unsecured Creditors of the Debtors, (III) Authorizing and Approving Procedures for Providing Notice of Commencement, and (IV) Granting Related Relief* [Docket No. 66], in order to protect the identities of individual plaintiffs asserting abuse claims and individual plaintiffs who are minors, the Debtors have redacted such information from this list.  The Debtors will provide an unredacted version of this list to the Court, the Office of the United States Trustee, and the Committees upon request.

## Schedule 1(s)

### Deferred Compensation and Restoration Plan Participants

Alan Lambert
Alfred D Morin
John Andrews
Anne Terry
Bonnie H Bishop
Bradford C Allen
Bradley Farmer
C. Wayne Brock
C Michael Hoover Jr
C Wayne Brock
Pamela E. Carroll
Danny R. Clifton
John A. Coyle
David J Ross Ii
Donald McChesney
Douglas S Smith Jr
Erik L Nystrom
Erin Eisner
Frances Lynne Park
Frederick Wallace
Gary Butler
Jeffrie A. Herrmann
Mark Holtz
J Carey Keane
Jeffrey Hunt
John Green
John Mosby
Joseph S Coco
Judith Ratcliffe
Justin McCarthy
Kathy Sue Stone
Kendrick Miller
Kenneth L Connelly
Randall Kopsa
Albert Kugler
Lawrence F Potts
Lawrence L Otto
Mark Logemann
Robert J. Mazzuca
Michael Ashline
Michael Kaufman
Michael Surbaugh

Alfred D Morin
Patrick Sterrett
Ponciano Duran
John Primrose
Raymond L Blackwell
Richard J Mathews
Robert J Mazzuca
Robert Tuggle
Roger A Ohmstede
Ron Oats
Ronald K Hegwood
Roy L Williams
Steven P. McGowan
Michael Surbaugh
Thomas H Fitzgibbon
Thomas Harrington
Hugh Travis
Thomas Varnell
Harold Watson
Willie Iles Jr.

## Schedule 1(t)

### Significant Contract Counterparties

3096-3227 Quebec Inc/Groupe Access
501c Services
Accelogix LLC
Ace Adventure Resort Inc.
Adobe Systems Inc.
AdvantageCS
Adven Capital Group LLC
Adventures WV
Alert Logic Inc.
Amazon Web Services Inc.
American Audio Visual Inc.
American Electric Equipment Inc.
American Food & Vending Corp
AMS America Inc.
Arnica Software Corp
Arrow Capital Solutions Inc.
AT&T (5019)
AT&T Capital Services, Inc.
AT&T Mobility
Automatic Data Processing Inc.
Avalara Inc.
Ayers Construction
Ayoka LLC
Blackbaud Inc.
Brown & Bigelow, Inc.
Butch Whitten Construction
Buxton Company
CEC Facilities Group LLC
Certain Inc.
CircuiTree, LLC
Constellation NewEnergy, Inc.
Corra Technology Inc.
Datamax
Dci / Shires Inc.
Dci Shires
Dupont Hotel Project Owner LLC
Durham School Services, L.P.
First Advantage Lns
First Maintenance Company
Freeman Decorating Co
Gaylord National Resort And Convention
    Center

Gaylord Texan Resort And Convention
    Center
Glas
Golin Harris International Inc.
Grant Thornton
Groupe Access
High Towers Wood, Welding & Fabrication,
    Inc.
Hyatt Regency Atlanta, Inc.
Hyatt Regency Dallas
Hyatt Regency New Orleans
IBM
Iidon Inc.
ImageNet Consulting LLC
Infosys
Infosys Limited
Insight Investments LLC
JDA Software Inc.
Ksquare Solutions Inc.
Lumos Networks
Maitreyi Consultants Inc.
Manchester Grand Hyatt
Mark Monitor Inc.
Meetings By Design Inc.
MetLife
Mi9 Retail Na Corp
Microsoft Services
Mimeo.com Inc.
Montclair State University
Morneau Shepell Limited (formerly known
    as Mercer Inc.)
MuleSoft Inc.
MXD Group Inc.
Naturally Slim
Nelson Westerberg/Atlas Van Lines
NTT Com Security (US) Inc.
Oracle America Inc.
Perimeter International
Philadelphia Marriott Downtown
Raymond Leasing Corporation
RCG Global Services Inc.
Riskonnect Inc.
River Expeditions

Robot And Pencils
Rpe Outsourcing, LLC
S & Me Inc.
Shawn H Jackson
Sheraton Birmingham
Skillsoft Corporation
Southern Air, Inc.
Sovos Compliance LLC
Sun Life Assurance Company of Canada
Tech Plan Inc.
The Vitality Group LLC (TVG)
Thomas Hjellming
Town Sports International Holdings, Inc.
United Healthcare
Unum
Upp Technology
Upper Keys Marine Construction, LLC
Verifone
VSP
Wage Works
Weston Solutions Inc.
Yeti Coolers, LLC

## **Schedule 1(u)**

**Significant Customers**

A-B Emblem
Classb
Flemington Dept. Store
Ramsey Outdoor Store
The Moritz Embroidery Works, Inc.

**Schedule 1(v)**

**Significant Donors**

Abigail Maddi
America's Charities
Anadarko Petroleum Corporation
Blake Family Trust
Dean Wm. Carr, Jr. Trust
Estate of Allen C. Weiss
Estate of Ingeborg M. Borre
Estate of Steven C. Schoger
Estate of Thomas Parissidi
Fowler Family Fund
Gorini & Gorini LLP
Greater Kansas City Community Foundation
H P Farrington Trust C/O Bank of America
H. P. Farrington - HPF Foundation RSDY
Insurance Auto Auction
James S. Turley
John C. Jadel
John D. Harkey
John D. Tickle
John E. Link
Krevsky, Silber & Bergen
Lonnie C. Poole
Murray Energy Corporation
Mutual of Omaha Insurance Company
Publishing Concepts, L.P.
R. Doyle Parrish
Robert Cruickshank
Stephen D. Bechtel, Jr. Foundation
Steven A. Antoline
Steven E. Zachow
The James Annenberg La Vea Charitable Foundation
The Walter R. Wormell Trust
Tilden Family Philanthropy Fund
Todd L. Johnson
Tridave, LLC

**Schedule 1(w)**

**Significant Vendors**

| | |
|---|---|
| 1-800-Pack-Rat | Diamond Brand Canvas Products |
| Ace / Esis | Eagles Nest Outfitters, Inc. |
| Ace Adventure Resort Inc. | EAN Services LLC |
| Ace American Insurance Company | Eco Structures Australia Pty LTD |
| Adventure Medical/Tender Corp | Egroup Recognition |
| Allied Rentals Inc. | Eski Inc. |
| American Airlines | Facebook Inc. |
| American Outdoor Products | FedEx |
| AR & JO & MH LLP | Fenwick & West LLP |
| Aspen Corporation | Fidelity Retirement Services |
| Automotive Rentals Inc. | Fiji Elevator Company |
| AVIO Consulting LLC | Forest Fitness LLC |
| Barebones Systems | FTI Consulting Inc. |
| Barkley House Ii Inc. | G&G Outfitters Inc. |
| BC Sales And Sourcing | Gateway Press Inc. |
| Berman O'Connor & Mann | General Datatech LP |
| BHG Structured Settlements Inc. | Gerald Magar Jr |
| Bison Designs LLC | Gilbert LLP |
| Boxley Aggregates of West Virginia LLC | Gillmann Services Inc. |
| Boy Scouts GA Recon Acct | Gregory M Skinner |
| Boy Scouts of America Recon Clearance | GSI Outdoors Inc. |
| BSA Florida Sea Base BPC | GSR LLC |
| BSA Parents Inc. | Guinn Consulting LLC |
| Buzzshift Inc. | Health Special Risk Inc. |
| Cai Design Inc. | Hike America |
| Calypso Water Sports & Charters, Inc. | Hintz Targeted Marketing, LLC |
| Capital Printing Co | Insigniam Performance LP |
| Capitol Business Equipment | Jesse Scofield Productions LLC |
| CDW Direct, LLC | Jurisprudent Deferral Solutions LLC |
| Chasan & Walton LLC | Kahoot Products Inc. |
| Coleman Co Inc. | Klymit (Argon Technologies) |
| Compass Group USA Inc. | KT Brown Consulting LLC |
| Computer Digital Imaging Corporation | Kuehne and Nagel |
| Council Unemployment | Labatt Food Service |
| Covington & Burling LLP | Leatham Family LLC |
| Cramer Security & Investigations Inc. | Leatherman Tool Group Inc. |
| Crest Craft Company | Lewis A Whitten |
| Crown Awards | Liberty Mountain Sports LLC |
| Crystal Bay Corporation | Low Impact Excavators Inc. |
| David W McKeehan | Lowe's Companies, Inc. |
| Davis Polk & Wardwell LLP | Macro Integration Services Inc. |
| Deprez Travel Bureau Inc. | Magic Novelty Co Inc. |
| Derby Worx Inc. | Marriott Business Services |

Marriott International
Marsh & McLennan Agency LLC
McGovern & Company
Mercer
Mittera Group
Morris & Player PLLC
MTM Recognition Corp
Mutual of Omaha Structured
Myers Lawn Care Services
NCS Pearson Inc.
Nichols Kaster PLLP
Optum Health Bank
Oregon Freeze Dry Inc.
Orkin
Osprey Packs, Inc.
Out Island Sailing Adventures LLC
Pacific Life & Annuity Services Inc.
Paradies Gifts Inc.
Paramount Builders LLC
Paramount Headwear Inc.
Partnership Employment Dallas LLC
Peak Industries Inc.
Peiyork Intl Co Inc.
People 2.0 Global Inc.
Pray Publishing
Pro-Honor Design & Casting
Quad Graphics Inc.
Renegade Productions Inc.
Royle Printing Co
Ryder Last Mile Inc.
Saunders Staffing Inc.
Schwebel Goetz & Sieben PA
Shamrock Foods Company
Shutterstock Inc.
Silver Creek Leather Co
Silver Golub & Teitell LLP
Stamps.Com
Stange Company Inc.
State Board of Equalization
Strategic Orient Sourcing
Sunbelt Rentals
Supplyone Rockwell, Inc.
Symphonix Solutions Inc.
Syncb/Amazon
Sysco South Florida Inc.

Target Creative Group Inc.
Texas State Comptroller
The Duck Company
The McClellan Law Firm A/C Trust Fund
The Special Event Company
The Thrasher Group, Inc.
Thiel Law Office PLLC
Thorlo, Inc.
Tower Legal Staffing Inc.
Trainham Cattle Company
Transportation Management Services
True Digital Security Inc.
Ugly Mugz
Unblind Productions Inc.
US Foods, Inc.
USPS / Eps
Vandalia Bronze
Vigna Information System LLC
Vision Service Plan
Vista Outdoor Sales LLC
Wagner Equipment Company
Wealth-X LLC
White Wilderness Inc.
Wolverine World Wide Inc.
World Scout Bureau
World Scout Foundation
World Scout Shop LTD
Yadgarov & Associates PLLC
You Are Here LLC

## Schedule 1(x)

### Significant Taxing Authorities

Acadia Parish School Board
Alabama Attorney General's Office
Alabama Securities Commission
Arizona Corporation Commission
Arizona Dept. of Revenue
Arkansas Dept. of Finance
Ascension Parish Sales Tax Authority
Assumption Parish
Avoyelles Parish School Board
Beauregard Parish Sales Tax
Bossier City - Parish
Caddo Shreveport Sales
Calcasieu Parish School Board
California Department of Justice
Canada Revenue Agency
Capitol Corporate Services Inc.
Charleston County
City of Canon City
City of Chicago - Dept. Of Revenue
City of Colorado Springs
City of Craig Alaska
City of Davenport
City of Detroit
City of Grand Junction Finance
City of Greenwood Village
City of Gustavus
City of Johnson City
City of Knoxville
City of Kodiak
City of Lakewood
City of Loveland
City of Melbourne
City of Palmer
City of Pueblo
City of Seattle
City of Steamboat Springs
City of Tacoma
City of Thorne Bay
Collin County Tax Assessor Collector
Colorado Dept. of Revenue
Colorado Secretary of State
Commonwealth of Massachusetts
Commonwealth of Pennsylvania

Commonwealth of Puerto Rico
Commonwealth of Virginia
Concordia Parish School Board
Connecticut Public Charity Unit
DC Treasurer
Delaware Secretary of State
Denton County Tax Assessor Collector
Departamento De Finanzas, Municipio
    Autonomo De Guaynabo
City of New Orleans, Department of
    Finance Bureau
Department of The Treasury, IRS
Desoto Parish Sales
East Feliciana Parish
False Alarm Reduction Unit, County of
    Fairfax (VA)
Florida Department of Revenue
Florida Department of State
Florida Dept. of Agri & Consumer Svcs
Forsyth County Tax Collector
Fred Sisk Knox County Trustee, County of
    Knox
Georgia Secretary of State
Grant Parish School Board
Harris County Sheriff's Office Alarm Detail
Iberia Parish School Board
Illinois Charity Bureau Fund
Illinois Department of Revenue
Iowa Dept. of Revenue And Finance
Jackson Parish Sales Tax Collection
Jefferson Davis Parish School
Jefferson Parish Sheriff's Office
Jefferson Parish Tax Collector
Kansas Department of Revenue
Kansas Secretary of State
Kentucky State Treasurer
Lafayette Parish School Board
Lafourche Parish School Board
Lincoln Parish
Livingston Parish School Board
Louisiana Dept. of Justice
Louisiana Dept. of Revenue And Taxation
Maine Revenue Services

Maricopa County Treasurer
Mass DOR (Dept. of Revenue)
Massachusetts Dept. of Revenue
Maryland Secretary of State
Michigan Dept. of Treasury
Minister of Finance - Manitoba
Minnesota Dept. of Revenue
Montana Secretary of State
Monterey County Tax Collector
Montgomery County
Morehouse Sales & Use Tax Commission
Minnesota Pollution Control Agency
    (MPCA)
MS Secretary of State
NC Department of Revenue
Nebraska Dept. of Revenue
Nevada Secretary of State
New Mexico Secretary of State
New Mexico Taxation & Revenue Dept.
New York Sales Tax Bureau
New York State Corporation Tax
New York State Dept. of Law
NJ Division of Consumer Affairs
NM Taxation & Revenue Dept.
North Carolina Secretary Of State
NV Stmt of Business Publication
Office of State Tax Commissioner, North
    Dakota
Office of The Attorney General, California,
    Registry of Charitable Trusts
Ohio Attorney General
Ohio Treasurer of State
Oklahoma Secretary of State
Oklahoma Tax Commission
Orange County Tax Collector
Oregon Dept. of Justice
Pa Dept. of Labor & Industry
Parish of East Baton Rouge
Parish of Iberville
Parish of St Bernard
Parish of Terrebonne
Plaquemines Parish
Puerto Rico Department of The Treasury
Rapides Parish
Sabine Parish
Sacramento County

Sales And Use Tax Office, St. John The
    Baptist Parish
SBC Tax Collector, County of San
    Bernardino
SD Secretary of State
Secretary of State - ND
Secretary of State of Rhode Island
Shelby County Trustee- David Lenor
South Carolina Department of Revenue
South Carolina Secretary of State
South Dakota Dept. of Revenue
St Charles Parish School Board
St James Parish School Board
St Landry Parish School Board
St Martin Parish School Board
St Mary Parish
St Tammany Parish Sheriff's DPT
State Board of Equalization, California
State of Alaska
State of Connecticut
State of Delaware
State of Georgia
State of Maine
State of Maryland
State of Minnesota
State of New Hampshire
State of NJ-Sales & Use Tax
State of Rhode Island Division/ Taxation
State of Rhode Island General Treasurer
State of Tennessee
State of Washington Dept. Of Revenue
State of Wyoming
State Tax Commission, Mississippi
State of Idaho Tax Commission
Tangipahoa Parish School System
Tarrant County Tax Assessor-Collector
Tax Collector Monroe County FL
Taxation & Revenue Department, Monroe,
    Louisiana
Taxation & Revenue Dept., Santa Fe, New
    Mexico
Tennessee Dept. of Revenue
Texas State Comptroller
The City of Cortez
Treasurer of Virginia
Treasurer State of Connecticut

Treasurer State of Ohio
Treasurer, City of Memphis
U.S. Department of Homeland Security,
    Customs and Border Protection
Utah Department of Agriculture And Food
    (UDAF)
Union Parish
United States Department of The Treasury
Utah Dept. of Commerce
VDH - Bedding, Commonwealth of Virginia
Vermillion Parish School Board
Vermont Department of Taxes
Vernon Parish School Board
Virgin Islands Bureau of Internal Revenue
Washington County Trustee
Washington Office of Insurance
Washington Parish
Washington Secretary of State
Webster Parish School Board
West Baton Rouge Parish
West Feliciana Parish School BD
West Virginia Division of Labor
West Virginia Secretary of State
West Virginia State Tax Dept.
WI Dept. of Financial Institutions
Winn Parish
Wisconsin Department of Revenue
WV Secretary of State

## Schedule 1(y)

### Significant Utility Providers

| | |
|---|---|
| AAF Hauling Inc. | National Grid |
| Advanced Disposal | Northern New Mexico Gas |
| Allstream Business Us Inc. | Oak Hill Garbage Disposal Inc. |
| Amerigas | Pacific Centrex (Datavo LLC) |
| Appalachian Power | Piedmont Natural Gas Company |
| Aspen Waste Systems, Inc. | Plyler Paper Stock Co Inc. |
| AT&T | Raleigh County Solid Waste |
| AT&T - Opus | Republic Services, Inc. |
| AT&T Mobility | Shentel |
| AT&T Wireless | Sierra Communications, Inc. |
| Cablevision Systems Corporation | Springer Electric Cooperative, Inc. |
| CenterPoint Energy | Time Warner Cable |
| CenturyLink | Tri-County Electric Cooperative Inc. |
| City of Charlotte | Trophy Club Muds |
| City of Irving - Utility Billing | Verizon Wireless |
| City of Irving - Municipal Services Bill | Village of Cimarron |
| City of Mount Hope - Sewer | Waste Connections, Inc. |
| City of Mount Hope - Water | Waste Management |
| Claro Puerto Rico | Waste Management - Blaine MN |
| Consolidated Communications | Waste Management Florida |
| County of Colfax | Waste Management- Ft Worth Hauling |
| Crosier's Sanitary Service Inc. | Waste Management Lewisville Hauling |
| Dakota Electric Association | Waste Management of Denver |
| Direct Communications Rockland | Waste Management of Michigan Inc. |
| Direct Energy Business, Inc. | West Virginia American Water |
| Duke Energy | West Virginia American Water Co |
| EarthLink (Windstream) | White Oak Public Service District |
| EarthLink Business | Windstream Communications Inc. |
| Eversource | Wow! Business |
| Ferrellgas | Xcel Energy |
| Florida Keys Aqueduct Authority | Zia Natural Gas Company |
| Florida Keys Electric Cooperative | |
| Frontier Communications | |
| Getronics Pomeroy IT Solutions | |
| Granite Telecommunications | |
| Keys Energy Services | |
| Kit Carson Electric Cooperative | |
| Lake Country Power | |
| Level 3 Communications LLC | |
| Lumos Networks | |
| Lumos Networks DBA Segra | |
| Mountaineer Gas Company | |

**Schedule 1(z)**

**U.S. Trustee, Judges, and Court Contacts for the District of Delaware**

Agarwal, Robert
Hon. Ashley M. Chan
Benjamin Hackman
Hon. Brendan L. Shannon
Brian Cavello
Cacia Batts
Catherine Farrell
Cheryl Szymanski
Christine Green
Hon. Christopher S. Sontchi
Claire Brady
Danielle Gadson
David Buchbinder
David Villagrana
Diane Giordano
Dion Wynn
Donna Grottini
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Janet Moore
Jeffrey Heck
Jill Walker
Hon. John T Dorsey
Juliet Sarkessian
Hon. Karen B. Owens
Karen Starr
Karen Strupczewski
Hon. Kevin Gross
Laura Haney
Lauren Attix
Laurie Capp
Hon. Laurie Selber Silverstein
Linda Casey
Linda Richenderfer
Lora Johnson
Marquietta Lopez
Hon. Mary F. Walrath
Michael Panacio

Nancy Hunt
Rachel Bello
Rachel Werkheiser
Ramona Vinson
Richard Schepacarter
Shakima L. Dortch
Sherry Scaruzzí
T. Patrick Tinker
Timothy J. Fox Jr.
Una O'Boyle

## Schedule 2

**Results of the Connections Search**

- ACE
- Aetna
- AIG
- Alabama
- Alaska
- Allianz
- Amazon
- American Airlines
- American Express
- American Re
- Arch Insurance
- Argonaut Insurance Company
- Arrowpoint Capital
- Arrowwood Indemnity Company
- AT&T
- Attorney General's Office
- Bondurant, Mixson & Elmore, LLC
- Boy Scouts of America
- Cablevision Systems Corporation
- California Department of Justice
- California Union Insurance
- Canada Revenue Agency
- CDW
- Centene
- Centerpoint Energy
- Century Indemnity
- Chubb
- CNA Insurance
- Columbia Casualty
- Connecticut
- Constellation NewEnergy
- Continental Insurance
- Covington & Burling LLP
- Cox
- Davis Polk & Wardwell LLP
- Delaware
- Dentons US LLP
- Discover
- Duke Energy
- Enstar Group
- Evanston Insurance

- Everest Re
- Facebook
- Federal Insurance
- Ferrellgas
- Fireman's Fund Insurance Company
- First State Insurance Company
- Ford Motor
- Georgia
- Great American
- Hartford Accident and Indemnity Company
- Hartford Insurance Group
- Hawley Troxell Ennis & Hawley LLP
- Hinshaw & Culbertson LLP
- Houston Casualty
- Insurance Co. of the State of Pennsylvania
- International Insurance Company
- Kramer Levin
- Landmark Insurance
- Lexington Insurance Company
- Liberty Mutual
- Lightfoot, Franklin, & White, LLC
- Lloyd's
- London Market
- Louisiana Department of Justice
- Lowe's
- Maine
- Maryland
- Massachusetts
- McGuire Woods
- Microsoft
- Minnesota
- Munich Reinsurance
- Mutual of Omaha Insurance
- National Casualty
- National Grid
- National Union Fire Ins. Co. of Pittsburgh
- New Hampshire
- Northern Trust
- Norton Rose Fulbright US LLP
- Ohio
- Old Republic Insurance Company

- Optum
- Oracle
- Oregon
- Pacific Indemnity
- Pennsylvania
- Perkins Coie
- Pricewaterhouse Coopers LLP
- Quinn Emanuel Urquhart & Sullivan LLP
- Robins Kaplan LLP
- Royal Indemnity
- Saul Ewing LLP
- Sidley Austin LLP
- South Caroline Department of Revenue
- Starr Indemnity
- Steptoe & Johnson PLLC
- Swiss Re
- Tennessee
- Travelers
- Twin City Fire Insurance Company
- United Healthcare
- United States Fire Insurance Company
- US Bank
- Verizon Wireless
- Vinson & Elkins
- Virginia
- Visa
- Wachtell, Lipton, Rosen & Katz LLP
- Wells Fargo
- Westchester Fire Insurance Company
- White & Williams
- Wilson Elser Moskowitz
- Winstead PC
- Xcel Energy
- XL Catlin
- Zurich American Insurance Company