## Exhibit B

**Retention Agreement**



April 10, 2018

Ernest Martin
Haynes and Boone, LLP
2323 Victory Avenue, Suite 700
Dallas, TX
75219

Re: <u>KCIC Retainer Agreement</u>

Dear Adrian:

This letter agreement (the "Retainer Agreement") confirms that, on behalf of its client, Boy Scouts of America ("BSA") Haynes and Boone, LLP ("Haynes Boone") has retained KCIC, LLC (Kenesis Corporate and Information Consulting) to assist in connection with insurance-related services. The Retainer Agreement describes the scope and nature of the services to be provided by KCIC, as well as the method and basis on which KCIC's fees and related expenses will be paid. Accordingly, Haynes Boone (on behalf of BSA) and KCIC (collectively, the "Parties") agree as follows:

1. <u>Scope of Services.</u> KCIC will provide insurance consulting services under the supervision of Haynes Boone to assist Haynes Boone in providing legal advice to BSA. All work performed under this Retainer Agreement will be performed by KCIC or under the direction of KCIC. KCIC will exercise independent professional judgment in accordance with the highest professional standards. Although KCIC often works closely with and assists lawyers and legal counsel, KCIC cannot and will not provide legal advice of any type on this or any matter.

2. <u>Fees and Expenses.</u> Although retained by Haynes Boone, KCIC will be compensated directly by BSA at its hourly rates, as detailed on Attachment A, subject to separately agreed budgets. The first budget agreement is detailed on Attachment B. KCIC shall submit its invoices directly to BSA with a copy sent to Haynes Boone. Elizabeth Hanke, Vice-President, along with Nicholas Sochurek, Senior Manager, will be in charge of this matter. They will be assisted by other KCIC personnel as required. The hourly rates at KCIC, as detailed on Attachment A, are subject to change from time to time. The fees will be charged in tenth of an hour increments on a daily basis, and the narratives shall reasonably indicate the nature of the activity performed.

In addition to the fees described above, KCIC will be reimbursed for all expenses incurred in connection with providing the services described in Section 1.

If this Retainer Agreement is terminated, KCIC will be compensated by BSA for all fees earned and expenses incurred through the date of termination. KCIC agrees that Haynes Boone is not responsible for fees and expenses incurred by BSA and that KCIC has no cause of action against Haynes Boone for any fees or expenses not paid by BSA.

3. <u>Confidentiality.</u> Because KCIC is being retained to assist Haynes Boone in their legal representation of BSA, KCIC will respect the confidentiality that safeguards the relationship between this law firm and its client. Accordingly, KCIC agrees to keep confidential all information obtained by KCIC in connection with the services provided under this Retainer Agreement. KCIC will not disclose any such information to any third party unless instructed otherwise by Haynes Boone, or BSA or compelled by operation of law.

4. <u>Expert Witness.</u> Haynes Boone does not expect to call any member of KCIC as a witness at any deposition or trial. Should this change, however, it is expected that the person(s) substantially responsible for the work performed by KCIC on behalf of BSA will be available to be deposed or testify. It is specifically agreed that a member of KCIC would present any expert testimony regarding the issues covered by KCIC analysis personally. Of course, should it be determined that a KCIC employee will testify as an expert witness, he or she will be expected to do so completely and without reservation as to all facts considered by KCIC in arriving at its professional conclusions. Under no circumstances will the confidentiality obligation described in Section 3 restrict, limit, or otherwise restrain KCIC from providing complete testimony at trial in response to relevant direct or cross-examination questions from counsel or the court, but subject to the limitations of any applicable legal privileges.

5. <u>Arbitration; Governing Law.</u> In the unlikely event of any dispute concerning this Retainer Agreement, such dispute shall be determined by binding arbitration under the Commercial Arbitration Rules of the American Arbitration Association by one arbitrator appointed in accordance with said Rules. Any such arbitration shall be held in Dallas, Texas. The arbitrator shall have the discretion to order that the costs of arbitration, including attorneys' fees and reasonable costs, shall be borne by the losing party. All information concerning the fact, substance or result of any such arbitration shall remain confidential and not be disclosed except to the extent necessary to enforce the arbitration award or as otherwise required by law.

Any disputes regarding this Retainer Agreement shall be governed by the laws of the State of Texas, without regard to its choice of law provisions.

6. <u>Entire Agreement.</u> This Retainer Agreement sets forth fully all agreements and understandings between the Parties. This Retainer Agreement supersedes any prior oral or written agreements between the Parties and may be altered or modified only by a properly executed written document.

If this Retainer Agreement accurately states the agreements and understandings between the Parties, please indicate Haynes Boone's intent to be bound (on behalf of BSA) by signing both originals of this Retainer Agreement in the space provided below, retaining one original for your files, and returning the other to me in the envelope provided.

We look forward to working with Haynes and Boone, LLP and BSA on this matter.

Very truly yours,

*[signature]*

For KCIC, LLC
Jonathan Terrell
President

AGREED TO AND ACCEPTED BY:
On behalf of Boy Scouts of America

*[signature]*

By: Ernest Martin
Haynes and Boone, LLP

AGREED TO AND ACCEPTED BY:
Boy Scouts of America

*[signature]*

By: Jeremy Aleman
Boy Scouts of America

ATTACHMENT A

KCIC Rate Structure

| | |
|---|---|
| President | $550 |
| Vice President | $485 |
| Senior Manager | $430 |
| Manager | $365 - $400 |
| Senior Consultant | $275 - $330 |
| Consultant | $165 - $245 |

ATTACHMENT B

Policy Analysis Project and Related Budget Parameters as outlined further in our Proposal to BSA dated March 23, 2018 with parts copied here below, KCIC agrees to the following with respect to performing an analysis of BSA insurance policies.

Assuming a review of not more than 15 provisions and the capturing of solely non-products bodily injury limits, we estimate the cost of the policy language review described above to be between $200 and $1,000 per policy, with an average per policy cost of $500. Primary and umbrella layer policies typically require more effort, while excess following-form policies may cost considerably less. Additional variables that influence cost include the organization, legibility, and completeness of the policy evidence, clarity of the provisions to be captured when starting the review, and the availability of coverage counsel to answer questions at regular intervals. It is possible that KCIC will not need to review all polices to the same level of detail. For example, once a sexual abuse exclusion is located by us and confirmed by Haynes Boone, we will cease capturing any policy language and provisions.

We will bill BSA at our standard hourly rates as attached in Attachment A. KCIC understands that BSA wishes to achieve a measure of certainty with respect to costs incurred during the policy review. Accordingly, for this phase of work, KCIC agrees to a not-to-exceed budget of $100,000 for the policy review and analysis, and Ligado Platform site described herein.

KCIC will work efficiently and will proactively advise BSA and Haynes Boone on areas where cost savings may be gained. Similarly, KCIC will be also be proactive in identifying issues that arise which may cause KCIC to significantly exceed the "not-to-exceed budget" noted above.

Examples of work outside the scope of this not-to-exceed cap include (but are not limited to): the addition of a significant number of new provisions to the policy review, or the addition of provisions to review after a substantial portion of the review is already complete; comparing different copies of policies to produce the "best evidence" version; efforts undertaken by KCIC to locate lost or missing policy evidence; and the review of policies not previously known by KCIC.

At the conclusion of the policy review and analysis, KCIC will have delivered to BSA and its counsel the following:

1. Access to an online Ligado Platform policy database containing policy data, policy language, and the dynamic coverage chart tool.
2. A single, organized .PDF file for each policy (where available), accessible via Ligado, with all parts of the policy contained within one file.
3. The ability to generate ad-hoc policy listings, language reports, and provision reports via the Ligado Platform at no additional charge from KCIC.
4. A coverage chart suitable for hard-copy reproduction with policies shaded by carrier group.

KCIC
1401 I Street NW, Suite 1200
Washington, DC 20005
(202) 650-0600
www.kcic.com



December 19, 2019

**Boy Scouts of America**
1325 West Walnut Hill Lane
PO Box 152079
Irving, TX 75015-2079

Re: Rate Adjustments

    We are pleased that during our 18-year history, we have maintained stable billing rates only increasing them twice in that time.  But, as expenses continue to change and rise, we must change along with them.  However, we continuously strive to most efficiently use our consulting levels to minimize your cost.

Effective January 1, 2020, we will increase our billing rates at some levels.  The new rates continue to compare very favorably with our competitors, and I believe that they enable us to continue to offer the best service and value in the industry.  The following schedule outlines the new rates as well as prior comparable:

| Position | New 2020 Rates | Old 2019 Rates |
|---|---|---|
| Analyst | $120 - $170 | $110 - $155 |
| Consultant | $180 - $270 | $165 - $245 |
| Senior Consultant | $300 - $385 | $275 - $350 |
| Manager | $400 - $440 | $365 - $400 |
| Senior Manager | $475 - $515 | $430 - $470 |
| Vice President | $530 | $485 |
| President | $605 | $550 |
| President – Expert Testimony | $750 | $750 |

    We are committed to creating meaningful results and value for you.  Please contact me if you have any questions or would like to discuss this further.  We look forward to continuing to serve you in 2020 and wish you the very best.

                                            Sincerely,

