## Exhibit B

**Martin Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF ERNEST MARTIN, JR. IN SUPPORT OF**
**THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING**
**THE RETENTION AND EMPLOYMENT OF HAYNES AND BOONE, LLP**
**AS SPECIAL INSURANCE COUNSEL FOR THE DEBTORS AND DEBTORS**
**IN POSSESSION, *NUNC PRO TUNC* TO THE PETITION DATE**

I, Ernest Martin, Jr., being duly sworn, state the following under penalty of perjury:

1.      I am a partner of the law firm Haynes and Boone, LLP ("Haynes and Boone"), located at 2323 Victory Avenue, Suite 700, Dallas, Texas 75219.

2.      I submit this declaration (this "Declaration") on behalf of Haynes and Boone in support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Haynes and Boone, LLP as Special Insurance Counsel for the Debtors and Debtors in Possession* Nunc Pro Tunc *to the Petition Date* (the "Application").[2]   This Declaration is also intended to provide the disclosure of compensation required under section 329 of the Bankruptcy Code and Bankruptcy Rule 2016(b).  Except as otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Application.

## HAYNES AND BOONE'S QUALIFICATIONS AND SCOPE OF SERVICES

3.      Haynes and Boone is a Texas limited liability partnership comprised of duly licensed attorneys qualified to practice before this Court.  Haynes and Boone is a full-service law firm with experience and expertise in all facets of legal practice, including insurance coverage, healthcare, litigation, and restructuring and insolvency.

4.      As discussed in the First Day Declaration and the Informational Brief, the BSA is a defendant in numerous lawsuits related to historical acts of sexual abuse in its programs.  As of the Petition Date, there were approximately 275 pending civil actions asserting personal injury claims against the BSA (as well as certain local councils and chartered organizations) related to abuse suffered by a Scout at the hands of a Scouting leader, volunteer, or another member of the BSA (collectively, the "Pending Abuse Actions").  As stated in the Informational Brief, moreover, the BSA has historically procured commercial, general-liability insurance ("CGL") policies from multiple insurers to protect itself from a myriad of risks, including claims of sexual abuse or sexual misconduct.

5.      Haynes and Boone has served as outside counsel to the BSA in connection with insurance coverage matters since January 2018.  In particular, Haynes and Boone has represented and advised the BSA in certain insurance coverage actions, which include the following actions pending as of the date hereof (collectively, the "Coverage Actions"):

- *National Surety Corp. v. Boy Scouts of America, et al.*, Case No. 2017-CH-14975, pending in the Circuit Court of Cook County, Illinois County Department, Chancery Division;

- *Boy Scouts of America, et al. v. The Hartford Accident and Indemnity Co., et al.*, Case No. 3:19-cv-131-B, pending in the United States Northern District of Texas, Dallas Division.

- *Boy Scouts of America, et al. v. Insurance Company of North America, et al.*, Cause No. DC-18-11896, pending in the District Court of Dallas County, Texas, 192nd Judicial District.

Certain of the Coverage Actions are not anticipated to be stayed during the pendency of these chapter 11 cases. Haynes and Boone also regularly provides advice to the BSA regarding their available CGL insurance coverage for abuse claims, including claims asserted in the Pending Abuse Actions, as well as non-abuse claims. Moreover, Haynes and Boone manages and directs KCIC with respect to assembling and analyzing the BSA's current and historical CGL insurance policies and coverage.[3]

6.    In providing these professional services to the BSA, Haynes and Boone's professionals have worked closely with the Debtors' management and have gained significant institutional knowledge about the Debtors' organization and non-profit operations, financial affairs, insurance coverage and related matters. Haynes and Boone has also become familiar with all aspects of the Coverage Actions and CGL policies, including all factual and legal issues relating thereto and the Debtors' legal needs in connection therewith.

7.    During these chapter 11 cases, Haynes and Boone is anticipated to continue to represent the Debtors in all aspects of the Coverage Actions, including the prosecution thereof. Haynes and Boone will also advise the Debtors and assist the Debtors' restructuring counsel and other professionals with respect to any matter requiring analysis of the CGL policies, including the extent of available insurance assets and the treatment of insurance under any chapter 11 plan. Moreover, Haynes and Boone will assist the Debtors and their restructuring counsel and other professionals in any mediation, in other negotiations with the Debtors' insurers, and in the formulation of a chapter 11 plan of reorganization and trust distribution

---

[3] I understand that, by separate application, the Debtors are seeking to retain KCIC as their insurance and valuation consultant in these cases.

procedures.  Haynes and Boone will also continue to manage and direct KCIC in connection

with its insurance consulting services, which are the subject of a separate retention application.

Finally, Haynes and Boone will perform all other necessary or appropriate legal services in

connection with the Coverage Actions and the CGL policies.  The Debtors may also request

that Haynes and Boone undertake specific matters beyond the scope of the responsibilities set

forth above.  Should Haynes and Boone agree to undertake any such specific matters, the

Debtors further request authority in this Application to employ Haynes and Boone for such

matters without further order of this Court.

8.      Haynes and Boone has substantial expertise with respect to the matters described

above as well as extensive historical knowledge of the factual and legal issues underlying the

Coverage Actions and the CGL policies.  Subject to the Court's approval of this Application,

Haynes and Boone is willing to serve as the Debtors' special insurance counsel and to perform

the services described above.

## NO DUPLICATION OF SERVICES

9.      I understand that, concurrently herewith, the Debtors are filing applications to

retain and employ Sidley Austin LLP ("Sidley") and Morris, Nichols, Arsht & Tunnell LLP

("Morris Nichols") to act as bankruptcy co-counsel for the Debtors and Ogletree, Deakins, Nash,

Smoak & Stewart, P.C. ("Ogletree Deakins") as their special litigation counsel.  I also

understand that the Debtors may also file further applications to employ additional counsel in

these chapter 11 cases for particular purposes.  The Debtors, Haynes and Boone, Sidley, Morris

Nichols, and Ogletree Deakins have fully discussed Haynes and Boone's role in these chapter 11

cases so as to avoid duplication of work.  Haynes and Boone has agreed to make reasonable

efforts to avoid duplication of services by any other professionals employed by the Debtors.

4

## PROFESSIONAL COMPENSATION

10.    Haynes and Boone intends to apply to the Court for allowance of compensation earned for professional services and reimbursement of expenses incurred in connection with these chapter 11 cases in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of the Court. Haynes and Boone will also make a reasonable effort to comply with the requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* Effective as of November 1, 2013 (the "U.S. Trustee Guidelines"), both in connection with this Application and any applications for compensation and reimbursement of expenses to be filed by Haynes and Boone in these chapter 11 cases.

11.    Haynes and Boone will charge the Debtors for its legal services on an hourly basis at its ordinary and customary rates in effect on the date that such services are rendered and for reimbursement of all costs and expenses incurred by Haynes and Boone in connection with its representation of the Debtors.  Haynes and Boone's billing rates for attorneys who may work on this matter currently range from $460 to $975 per hour for attorneys and the rate is $375 per hour for paraprofessionals.  The following attorneys are expected to have primary responsibility for providing services to the Debtors (hourly billing rates noted in parentheses): Ernest Martin, Jr. ($975) and Adrian Azer ($700).[4]  The Debtors anticipate that additional Haynes and Boone attorneys and paraprofessionals may provide services to the Debtors as necessary.[5]

---

[4] Additional attorneys and paraprofessionals that may provide services to the Debtors include (hourly billing rates noted in parentheses): (1) Michael Stoner ($630); (2) Carla Green ($560); (3) Emily Buchanan ($530); (4) Brittany Parks ($530); (5) Wesley Dutton ($460); and (6) Kat Rogers ($375).

[5] Although Haynes and Boone does not anticipate using contract attorneys during these chapter 11 cases, in the unlikely event that it becomes necessary to use contract attorneys, Haynes and Boone will not charge a markup to the Debtors with respect to fees billed by such attorneys.  Moreover, any contract attorneys or non-attorneys who are

12.     Haynes and Boone's hourly rates are set at a level designed to fairly compensate Haynes and Boone for the work of its attorneys and paraprofessionals and to cover fixed and routine expenses.  These hourly rates vary with the experience and seniority of each professional and are subject to periodic adjustments to reflect economic and other conditions, with the hourly rate charged being the hourly rate in effect on the date that the services are performed.

13.     Haynes and Boone represented the Debtors before the Petition Date using similar hourly rates listed above.  Such rates are consistent with the rates that Haynes and Boone charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case.  Moreover, Haynes and Boone's rate structure is appropriate and not significantly different from the rates that Haynes and Boone charges for other representations or the rates that other comparable counsel would charge to perform substantially similar services.

14.     In addition to the hourly rates set forth above, Haynes and Boone customarily charges its clients for the variable costs and expenses incurred in connection with its services, including mail and express mail charges, special- and hand-delivery charges, photocopying charges, travel expenses, transcription costs, expenses for "working meals," computerized research costs, and charges and fees of outside vendors, consultants and service providers.

15.     Consistent with Local Rule 2016-2(e), Haynes and Boone will charge no more than $0.10 per page for standard duplication services in these chapter 11 cases.  Haynes and Boone does not charge its clients for incoming or outgoing facsimile transmissions.

## COMPENSATION RECEIVED BY HAYNES AND BOONE FROM THE DEBTORS

16.     For the twelve months immediately preceding the Petition Date, Haynes and Boone received payments and advances in the aggregate amount of approximately $3,062,533.15

employed by the Debtors in connection with work performed by Haynes and Boone will be subject to connection searches and disclosures in accordance with the applicable requirements of the Bankruptcy Code and Bankruptcy Rules.

for all services rendered on behalf of the Debtors and expenses incurred in connection with such services.

17.     During the ninety days immediately preceding the Petition Date, Haynes and Boone received payments and retainers totaling $1,261,170.78, as follows: (i) $174,045.83 on November 29, 2019; (ii) $14,186.61 on December 12, 2019; (iii) $42,168.70 on December 20, 2020; (iv) $443,272.84 on December 30, 2019; (v) $7,864.00 on February 4, 2020; (vi) $53,583.00 on February 7, 2020; and (vii) $126,049.80 on February 13, 2020.  As of the Petition Date, Haynes and Boone held a retainer in the amount of $405,254.00, which Haynes and Boone maintains in its operating account.  After applying certain fees and expenses earned and incurred but not paid prior to the Petition Date to the retainer, the balance of the retainer is currently approximately $341,116.20.  The remainder of the retainer held by Haynes and Boone will be allocated to Haynes and Boone's postpetition fees and expenses after such postpetition fees and expenses are allowed against the Debtors' estates, including pursuant to any interim compensation procedures approved by the Court.

18.     In accordance with section 504 of the Bankruptcy Code, Haynes and Boone has neither shared nor agreed to share (a) any compensation or reimbursement it has received or may receive with another person, other than with the partners, associates and contract attorneys (if applicable) associated with Haynes and Boone, or (b) any compensation or reimbursement another person has received or may receive.

**NO ADVERSE INTEREST**

19.     In connection with its proposed retention by the Debtors in these chapter 11 cases, Haynes and Boone undertook to determine whether it had any connections that might cause it to hold or represent an interest adverse to the Debtors' estates with respect to matters on which Haynes and Boone is to be employed.  Specifically, Haynes and Boone obtained from the

Debtors and their representatives the names of individuals and entities that may be parties in interest in these chapter 11 cases (collectively, the "Potential Parties in Interest"). The Potential Parties in Interest are listed on **Schedule 1** hereto.

20.     Haynes and Boone has searched its electronic database for its connections to the Potential Parties in Interest to determine whether Haynes and Boone has been retained within the last three years to represent any of the Potential Parties in Interest (or their apparent affiliates, as the case may be). The following is a list of the categories that Haynes and Boone has searched:[6]

| Schedule | Category |
|---|---|
| 1(a) | Debtors |
| 1(b) | Current and Recent Former Directors and Officers of the Debtors |
| 1(c) | Non-Debtor Affiliates |
| 1(d) | Selected Chartered Organizations |
| 1(e) | Local Councils |
| 1(f) | Secured Parties |
| 1(g) | Banks |
| 1(h) | Credit Card Processors |
| 1(i) | Insurers |
| 1(j) | Landlords |
| 1(k) | Litigation Parties |
| 1(l) | Professionals to be Retained by the Debtors |
| 1(m) | Professionals Representing Certain Parties in Interest |
| 1(n) | Ordinary Course Professionals |
| 1(o) | Tort Claimants Committee |
| 1(p) | Unsecured Creditors Committee |
| 1(q) | Top 25 Plaintiffs' Law Firms Representing the Largest Number of Abuse Victims Asserting Claims Against the Debtors |
| 1(r) | Top 30 General Unsecured Creditors of the Debtors (Non-Abuse Claims) |
| 1(s) | Deferred Compensation and Restoration Plan Participants |
| 1(t) | Significant Contract Counterparties |
| 1(u) | Significant Customers |
| 1(v) | Significant Donors |
| 1(w) | Significant Vendors |
| 1(x) | Significant Taxing Authorities |
| 1(y) | Significant Utility Providers |
| 1(z) | U.S. Trustee, Judges, and Court Contacts for the District of Delaware |

---

[6] Haynes and Boone's listing of a party on the schedules attached hereto is solely to illustrate Haynes and Boone's search process and is not an admission that any party has a valid claim against the Debtors or that any party properly belongs in the schedules or has a claim or legal relationship to the Debtors of the nature described in the schedules.

21.     The results of Haynes and Boone's searches for its connections to the Potential Parties in Interest are set forth on **Schedule 2**.

22.     To the best of my knowledge, based on the searches conducted to date and subject to any explanations and/or exceptions contained therein, Haynes and Boone's representation of these parties is unrelated and Haynes and Boone does not hold or represent any interest adverse to the Debtors' estates with respect to the matters upon which Haynes and Boone is to be retained in these chapter 11 cases.

23.     Additionally, Haynes and Boone discloses that it has historically represented, and continues to represent, both the BSA and certain local councils in the Coverage Matters described in the Application.  Haynes and Boone intends to continue to represent the BSA and the local councils in the Coverage Matters if such matters are not stayed during these chapter 11 cases.

24.     Based on the searches conducted to date and described herein, to the best of my knowledge, neither Haynes and Boone nor any partner or associate thereof has any connection with the Office of the U.S. Trustee or any person employed in the Office of the U.S. Trustee, or any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the District of Delaware other than normal professional connections that Haynes and Boone has developed as a result of its representations of various parties in interest in unrelated matters before the Court. Accordingly, the Debtors' retention and employment of Haynes and Boone is not prohibited by Bankruptcy Rule 5002.

25.     To the best of my knowledge, upon reasonable inquiry, neither I nor any professional of the Haynes and Boone team that is providing services to the Debtors is a creditor of the Debtors or an active volunteer with the Debtors.

26.     Given the large number of parties in interest in these chapter 11 cases and because

the information on **Schedule 1** may have changed without Haynes and Boone's knowledge and

may change during the pendency of the Debtors' chapter 11 cases, Haynes and Boone is not able

conclusively to identify all relationships or potential relationships with all creditors or other

parties in interest in these chapter 11 cases.  If any new relevant facts or relationships are

discovered or arise, Haynes and Boone will use reasonable efforts to identify such further

developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule

2014(a).

## ATTORNEY STATEMENT PURSUANT TO THE U.S. TRUSTEE GUIDELINES

27.     The following responses are provided in response to the questions set forth in

Paragraph D.1 of the U.S. Trustee Guidelines:

(a)     Haynes and Boone did not agree to any variations from, or alternatives to, its standard or customary billing arrangements for this engagement.

(b)     The hourly rates of the Haynes and Boone professionals representing the Debtors are consistent with the rates that Haynes and Boone charges other chapter 11 clients, regardless of the geographic location of the chapter 11 case.

(c)     The billing rates and material financial terms of Haynes and Boone's prepetition engagement by the Debtors are as set forth in the Application. Such billing rates and material financial terms have not changed post-petition compared to services provided to the Debtors prepetition.

(d)     The Court has approved a budget on an interim basis for Haynes and Boone's engagement for the postpetition period, which budget is set forth in Exhibit 1 to the *Interim Order (I) Authorizing the Debtors to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to the Prepetition Secured Party Pursuant to 11 U.S.C. §§ 105(a), 361, 362, 363, 503 and 507; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b); and (IV) Granting Related Relief* [Docket No. 90].

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  March 17, 2020
          Dallas, Texas

                                        */s/ Ernest Martin, Jr.*
                                        Ernest Martin, Jr.
                                        Partner
                                        HAYNES AND BOONE, LLP

## **Schedule 1**

**Potential Parties in Interest**

**List of Schedules**

| Schedule | Category |
|---|---|
| 1(a) | Debtors |
| 1(b) | Current and Former Directors and Officers of the Debtors |
| 1(c) | Non-Debtor Affiliates |
| 1(d) | Selected Chartered Organizations |
| 1(e) | Local Councils |
| 1(f) | Secured Parties |
| 1(g) | Banks |
| 1(h) | Credit Card Processors |
| 1(i) | Insurers |
| 1(j) | Landlords |
| 1(k) | Litigation Parties |
| 1(l) | Professionals to be Retained by the Debtors |
| 1(m) | Professionals Representing Certain Parties in Interest |
| 1(n) | Ordinary Course Professionals |
| 1(o) | Tort Claimants Committee |
| 1(p) | Unsecured Creditors Committee |
| 1(q) | Top 25 Plaintiffs' Law Firms Representing the Largest Number of Abuse Victims Asserting Claims Against the Debtors |
| 1(r) | Top 30 General Unsecured Creditors of the Debtors (Non-Abuse Claims) |
| 1(s) | Deferred Compensation and Restoration Plan Participants |
| 1(t) | Significant Contract Counterparties |
| 1(u) | Significant Customers |
| 1(v) | Significant Donors |
| 1(w) | Significant Vendors |
| 1(x) | Significant Taxing Authorities |
| 1(y) | Significant Utility Providers |
| 1(z) | U.S. Trustee, Judges, and Court Contacts for the District of Delaware |

## **Schedule 1(a)**

### **Debtors**

Boy Scouts of America
Delaware BSA, LLC

**Schedule 1(b)**

**Current and Former Directors and Officers of the Debtors**

Al Lambert
Alison K. Schuler
Arthur F. "Skip" Oppenheimer
Aubrey Harwell
Brad Haddock
Bradley D. Tilden
Bray B. Barnes
C. David Moody
Charles H. Smith
Charles W. Dahlquist
Craig Fenneman
D. Kent Clayburn
Dan Ownby
Daniel  Cabela
David Biegler
David L. Steward
David M. Clark
David Rumbarger
David S. Alexander
Dennis H. Chookaszian
Devang Desai
Dominic Wolters
Doug   Mitchell
Douglas H. Dittrick
Doyle Parrish
Drayton McLane Jr.
E. Gordon Gee
Ellie Morrison
Eric Schultz
Erin Eisner
Forrest Gertin
Francis McAllister
Frank D. Tsuru
Frank Ramirez
Fred Markham
Gary Crum
Gary E. Wendlandt
Glenn Adams
Hannah Carter
Hector A. "Tico" Perez
Howard Bulloch
J. Brett Harvey
Jack Furst

Jack Otto
James D. Rogers
James S. Turley
James S. Wilson
Janice Bryant Howroyd
Jeanette Prenger
Jeanne Arnold
Jeffrey R. Holland
Jennifer Hancock
Jim Ryffel
Joe Crafton
John C. Cushman
John Gottschalk
John Mosby
John R. Donnell Jr.
Jose  Nino
Joseph P Landy
Joy Jones
Keith A. Clark
L.B. Eckelkamp Jr.
Lisa Argyros
Lyle Knight
Mark Logemann
Matthew K. Rose
Matthew Parsons
Michael Ashline
Michael E. Sears
Michael G. Hoffman
Michael Surbaugh
Nathan O. Rosenberg
Nevada "Al" Kent
Pamela Petterchak
Patrick Sterrett
Paul Raines
Philip M. Condit
Pratik Vaidya
Ralph de la Vega
Randall Stephenson
Ray Capp
Raymond Johns
Rex W. Tillerson
Rick Cronk
Robert H. Reynolds

Robert M. Gates
Roger C. Mosby
Ron  Kirk
Ronald O. Coleman
Roy S. Roberts
Scott Christensen
Scott Sorrels
Scott W. Beckett
Stephen Owen
Steven E. Weekes
Steven Rendle
Tanya Acker
Thear Suzuki
Thomas C. Edwards
Thomas S. Monson
Thomas Yarboro
Wayne Perry
Wesley Coleman
Wesley J. Smith
William Rosner
William W. Stark Jr.

**<u>Schedule 1(c)</u>**

**Non-Debtor Affiliates**

Arrow WV, Inc.
Atikaki Youth Ventures Inc.
Atikokan Youth Ventures Inc.
BSA Asset Management, LLC
BSA Commingled Endowment Fund, LP
BSA Endowment Master Trust
Learning for Life
National Boy Scouts of America Foundation
NewWorld19, LLC
Texas BSA, LLC

## Schedule 1(d)

## Selected Chartered Organizations[1]

All Saints R.C. Church
Archdiocese of New York
Audubon Baptist Church
Beech Haven Baptist Church
Big Cross Elementary School
Bishop Turner High School
Calasanctius School of Buffalo
Canisius High School of Buffalo
Capuchin Franciscans
Capuchin Franciscans Custody of Star of The Sea
Capuchin Franciscans Province of St. Mary
Carmel of The Immaculate Concepcion
Cascade Charter Township
Church of The Holy Innocents
City of Bloomingdale
Corporation of the President of the Church of Jesus Christ of Latter-Day Saints
Country Farm Supply
Diocese of Brooklyn
Diocese of Buffalo
Discalced Carmelite Nuns (O.C.D.) A.K.A. Order of Discalced Carmelites
First Baptist Church of Athens
First Baptist Church of Danville D/B/A Boy Scout Troop 354
First Baptist Church of Gainesville
Glens Falls City School District
Greek Orthodox Archdiocese of America
Green Acres Baptist Church
Holy Family Church
Holy Family R.C. Church
House of Hope Presbyterian Church
Immaculate Conception R.C. Church
Louisville Metro Police Department, City of Louisville, Jefferson County / Louisville Consolidated Government
Mohawk District of The Northern New York Annual Conference of The Methodist Episcopal Church of New York

Monastery of Christ In The Desert
Our Lady of Lourdes Catholic School
Our Savior Lutheran Church
Queen of Peace R.C. Church
Reformation Lutheran Church
Regis High School
Roman Catholic Archbishop of Agana
Roman Catholic Archdiocese of New York, Archdiocese of New York
Roman Catholic Parish of St. Frances Xavier Cabrini, Rochester NY (Formerly "Church of The Annunciation Of Rochester, New York"), a Religious Corporation
Sacred Heart - Espanola
Saint John The Baptist Church
School Sisters of Notre Dame Central Pacific Province, Inc.
School Sisters of Notre Dame, Region of Guam
Silver Springs Shores Presbyterian Church, Inc.
Society of Jesus, USA-Northeast Province A/K/A The Jesuits
St. Ambrose Church
St. Benedict Joseph Labre Church
St. Benedict Joseph Labre School
St. Brigid's R.C. Church
St. Catherine's Roman Catholic Church
St. Catherine's Roman Catholic Church School
St. Demetrios Greek Orthodox Church St. Francis of Assisi Roman Catholic Church
St. Francis Xavier Church
St. Helena Parish
St. John Gualbert R.C. Church
St. John Vianney R.C. Church
St. Josephats R.C. Church
St. Nicholas of Tolentine

---

[1] There are approximately 41,000 chartered organizations.  This list only includes those charted organizations known by the Debtors to be implicated in abuse claims with the BSA.

St. Paul's R.C. Church
St. Pius V
St. Pius X Catholic Church of Rochester, Minnesota
St. Teresa Parish A/K/A Church of St. Teresa of The Infant Jesus
St. Teresa R.C. Church
The Blessed Trinity R.C. Church
The Diocese of Rochester (A/K/A "Roman Catholic Diocese of Rochester"), A Religious Corporation
The Foundation of The Roman Catholic Diocese of Buffalo N.Y., Inc.
The Pingry School
The Roman Catholic Diocese of Syracuse
The Roman Catholic Diocese of Syracuse, NY
The School Sisters Of Notre Dame, Milwaukee Province, Inc.
Town of Deerfield
Town of Trumbull
University Heights Presbyterian Church
USA Northeast Province of The Society of Jesus
Weedsport Central School District
Weedsport Central School District Board of Education

## Schedule 1(e)

### Local Councils

Boy Scouts of America Abraham Lincoln Council

Boy Scouts of America Alabama-Florida Council

Boy Scouts of America Alameda Council

Boy Scouts of America Alamo Area Council

Boy Scouts of America Allegheny Highlands Council

Boy Scouts of America Aloha Council

Boy Scouts of America Andrew Jackson Council

Boy Scouts of America Anthony Wayne Area Council

Boy Scouts of America Arbuckle Area Council

Boy Scouts of America Atlanta Area Council

Boy Scouts of America Baden-Powell Council

Boy Scouts of America Baltimore Area Council

Boy Scouts of America Bay Area Council

Boy Scouts of America Bay-Lakes Council

Boy Scouts of America Black Hills Area Council

Boy Scouts of America Black Swamp Area Council

Boy Scouts of America Black Warrior Council

Boy Scouts of America Blackhawk Area Council

Boy Scouts of America Blue Grass Council

Boy Scouts of America Blue Mountain Council

Boy Scouts of America Blue Ridge Council

Boy Scouts of America Blue Ridge Mountains Council

Boy Scouts of America Buckeye Council

Boy Scouts of America Buckskin Council

Boy Scouts of America Bucktail Council

Boy Scouts of America Buffalo Trace Council

Boy Scouts of America Buffalo Trail Council

Boy Scouts of America Caddo Area Council

Boy Scouts of America Calcasieu Area Council

Boy Scouts of America California Inland Empire Council

Boy Scouts of America Cape Cod And Islands Council

Boy Scouts of America Cape Fear Council

Boy Scouts of America Capitol Area Council

Boy Scouts of America Cascade Pacific Council

Boy Scouts of America Catalina Council

Boy Scouts of America Central Florida Council

Boy Scouts of America Central Georgia Council

Boy Scouts of America Central Minnesota Council

Boy Scouts of America Central North Carolina Council

Boy Scouts of America Chattahoochee Council

Boy Scouts of America Cherokee Area Council

Boy Scouts of America Chester County Council

Boy Scouts of America Chickasaw Council

Boy Scouts Of America Chief Cornplanter Council

Boy Scouts of America Chief Seattle Council

Boy Scouts of America Chippewa Valley Council

Boy Scouts of America Choctaw Area Council

Boy Scouts of America Cimarron Council

Boy Scouts of America Circle Ten Council

Boy Scouts of America Coastal Carolina Council

Boy Scouts of America Coastal Georgia Council

Boy Scouts of America Colonial Virginia Council

Boy Scouts of America Columbia-Montour Council

Boy Scouts of America Connecticut Rivers Council

Boy Scouts of America Connecticut Yankee Council

Boy Scouts of America Conquistador Council

Boy Scouts of America Cornhusker Council

Boy Scouts of America Coronado Area Council

Boy Scouts of America Cradle Of Liberty Council

Boy Scouts of America Crater Lake Council

Boy Scouts of America Crossroads Of America Council

Boy Scouts of America Dan Beard Council

Boy Scouts of America Daniel Boone Council

Boy Scouts of America Daniel Webster Council

Boy Scouts of America De Soto Area Council

Boy Scouts of America Del-Mar-Va Council

Boy Scouts of America Denver Area Council

Boy Scouts of America East Carolina Council

Boy Scouts of America East Texas Area Council

Boy Scouts of America Erie Shores Council

Boy Scouts of America Evangeline Area Council

Boy Scouts of America Far East Council

Boy Scouts of America Five Rivers Council

Boy Scouts of America Flint River Council

Boy Scouts of America French Creek Council

Boy Scouts of America Gamehaven Council

Boy Scouts of America Garden State Council

Boy Scouts of America Gateway Area Council

Boy Scouts of America Georgia-Carolina Council

Boy Scouts of America Glacier's Edge Council

Boy Scouts of America Golden Empire Council

Boy Scouts of America Golden Spread Council

Boy Scouts of America Grand Canyon Council

Boy Scouts of America Grand Columbia Council

Boy Scouts of America Grand Teton Council

Boy Scouts of America Great Alaska Council

Boy Scouts of America Great Rivers Council

Boy Scouts of America Great Salt Lake Council

Boy Scouts of America Great Smoky Mountain Council

Boy Scouts of America Great Southwest Council

Boy Scouts of America Great Trail Council

Boy Scouts of America Greater Alabama Council

Boy Scouts of America Greater Los Angeles Area Council

Boy Scouts of America Greater New York Council

Boy Scouts of America Greater Niagara Frontier Council

Boy Scouts of America Greater St. Louis Area Council

Boy Scouts of America Greater Tampa Bay Area Council

Boy Scouts of America Greater Wyoming Council

Boy Scouts of America Greater Yosemite Council

Boy Scouts of America Green Mountain Council

Boy Scouts of America Greenwich Council

Boy Scouts of America Gulf Coast Council
Boy Scouts of America Gulf Stream Council
Boy Scouts of America Hawk Mountain
	Council
Boy Scouts of America Hawkeye Area
	Council
Boy Scouts of America Heart Of America
	Council
Boy Scouts of America Heart Of New
	England Council
Boy Scouts of America Heart Of Virginia
	Council
Boy Scouts of America Hoosier Trails
	Council
Boy Scouts of America Housatonic Council
Boy Scouts of America Hudson Valley
	Council
Boy Scouts of America Illowa Council
Boy Scouts of America Indian Nations
	Council
Boy Scouts of America Indian Waters
	Council
Boy Scouts of America Inland Northwest
	Council
Boy Scouts of America Iroquois Trail
	Council
Boy Scouts of America Istrouma Area
	Council
Boy Scouts of America Jayhawk Area
	Council
Boy Scouts of America Jersey Shore
	Council
Boy Scouts of America Juniata Valley
	Council
Boy Scouts of America Katahdin Area
	Council
Boy Scouts of America La Salle Council
Boy Scouts of America Lake Erie Council
Boy Scouts of America Las Vegas Area
	Council
Boy Scouts of America Last Frontier
	Council
Boy Scouts of America Laurel Highlands
	Council
Boy Scouts of America Leatherstocking
	Council

Boy Scouts of America Lincoln Heritage
	Council
Boy Scouts of America Long Beach Area
	Council
Boy Scouts of America Longhorn Council
Boy Scouts of America Longhouse Council
Boy Scouts of America Longs Peak Council
Boy Scouts of America Los Padres Council
Boy Scouts of America Louisiana Purchase
	Council
Boy Scouts of America Marin Council
Boy Scouts of America Mason-Dixon
	Council
Boy Scouts of America Mayflower Council
Boy Scouts of America Mecklenburg
	County Council
Boy Scouts of America Miami Valley
	Council
Boy Scouts of America Michigan
	Crossroads Council
Boy Scouts of America Mid-America
	Council
Boy Scouts of America Middle Tennessee
	Council
Boy Scouts of America Mid-Iowa Council
Boy Scouts of America Midnight Sun
	Council
Boy Scouts of America Minsi Trails Council
Boy Scouts of America Mississippi Valley
	Council
Boy Scouts of America Mobile Area
	Council
Boy Scouts of America Monmouth Council
Boy Scouts of America Montana Council
Boy Scouts of America Moraine Trails
	Council
Boy Scouts of America Mount Baker
	Council
Boy Scouts of America Mount Diablo
	Silverado Council
Boy Scouts of America Mountaineer Area
	Council
Boy Scouts of America Muskingum Valley
	Council
Boy Scouts of America Narragansett
	Council

Boy Scouts of America National Capital Area Council

Boy Scouts of America Nevada Area Council

Boy Scouts of America New Birth Of Freedom Council

Boy Scouts of America North Florida Council

Boy Scouts of America Northeast Georgia Council

Boy Scouts of America Northeast Illinois Council

Boy Scouts of America Northeast Iowa Council

Boy Scouts of America Northeastern Pennsylvania Council

Boy Scouts of America Northern Lights Council

Boy Scouts of America Northern New Jersey Council

Boy Scouts of America Northern Star Council

Boy Scouts of America Northwest Georgia Council

Boy Scouts of America Northwest Texas Council

Boy Scouts of America Norwela Council

Boy Scouts of America Occoneechee Council

Boy Scouts of America Ohio River Valley Council

Boy Scouts of America Old Hickory Council

Boy Scouts of America Old North State Council

Boy Scouts of America Orange County Council

Boy Scouts of America Oregon Trail Council

Boy Scouts of America Ore-Ida Council

Boy Scouts of America Overland Trails Council

Boy Scouts of America Ozark Trails Council

Boy Scouts of America Pacific Harbors Council

Boy Scouts of America Pacific Skyline Council

Boy Scouts of America Palmetto Council

Boy Scouts of America Pathway To Adventure Council

Boy Scouts of America Patriots' Path Council

Boy Scouts of America Pee Dee Area Council

Boy Scouts of America Pennsylvania Dutch Council

Boy Scouts of America Piedmont Council

Boy Scouts of America Pikes Peak Council

Boy Scouts of America Pine Burr Area Council

Boy Scouts of America Pine Tree Council

Boy Scouts of America Pony Express Council

Boy Scouts of America Potawatomi Area Council

Boy Scouts of America Prairielands Council

Boy Scouts of America Puerto Rico Council

Boy Scouts of America Pushmataha Area Council

Boy Scouts of America Quapaw Area Council

Boy Scouts of America Quivira Council

Boy Scouts of America Rainbow Council

Boy Scouts of America Redwood Empire Council

Boy Scouts of America Rio Grande Council

Boy Scouts of America Rip Van Winkle Council

Boy Scouts of America Rocky Mountain Council

Boy Scouts of America Sagamore Council

Boy Scouts of America Sam Houston Area Council

Boy Scouts of America Samoset Council

Boy Scouts of America San Diego-Imperial Council

Boy Scouts of America San Francisco Bay Area Council

Boy Scouts of America Santa Fe Trail Council

Boy Scouts of America Seneca Waterways Council
Boy Scouts of America Sequoia Council
Boy Scouts of America Sequoyah Council
Boy Scouts of America Shenandoah Area Council
Boy Scouts of America Silicon Valley Monterey Bay Council
Boy Scouts of America Simon Kenton Council
Boy Scouts of America Sioux Council
Boy Scouts of America Snake River Council
Boy Scouts of America South Florida Council
Boy Scouts of America South Georgia Council
Boy Scouts of America South Plains Council
Boy Scouts of America South Texas Council
Boy Scouts of America Southeast Louisiana Council
Boy Scouts of America Southern Sierra Council
Boy Scouts of America Southwest Florida Council
Boy Scouts of America Spirit Of Adventure Council
Boy Scouts of America Stonewall Jackson Area Council
Boy Scouts of America Suffolk County Council
Boy Scouts of America Susquehanna Council
Boy Scouts of America Suwannee River Area Council
Boy Scouts of America Tecumseh Council
Boy Scouts of America Texas Southwest Council
Boy Scouts of America Texas Trails Council
Boy Scouts of America Theodore Roosevelt Council
Boy Scouts of America Three Fires Council
Boy Scouts of America Three Harbors Council
Boy Scouts of America Three Rivers Council

Boy Scouts of America Tidewater Council
Boy Scouts of America Transatlantic Council
Boy Scouts of America Trapper Trails Council
Boy Scouts of America Tukabatchee Area Council
Boy Scouts of America Tuscarora Council
Boy Scouts of America Twin Rivers Council
Boy Scouts of America Twin Valley Council
Boy Scouts of America Utah National Parks Council
Boy Scouts of America Ventura County Council
Boy Scouts of America Verdugo Hills Council
Boy Scouts of America Voyageurs Area Council
Boy Scouts of America W.D. Boyce Council
Boy Scouts of America Washington Crossing Council
Boy Scouts of America West Tennessee Area Council
Boy Scouts of America Westark Area Council
Boy Scouts of America Westchester-Putnam Council
Boy Scouts of America Western Los Angeles County Council
Boy Scouts of America Western Massachusetts Council
Boy Scouts of America Westmoreland-Fayette Council
Boy Scouts of America Winnebago Council
Boy Scouts of America Yocona Area Council
Boy Scouts of America Yucca Council

## Schedule 1(f)

### Secured Parties

AT&T Capital Services, Inc.
AT&T Corporation
Automation Tools, LLC
CIT Bank, N.A.
Datamax, Inc.
EverBank Commercial Finance, Inc.
Firebird Structures, LLC
Giant Bicycle, Inc.
HYG Financial Services, Inc.
ImageNet Consulting, LLC
Insight Investments, LLC
JPMorgan Chase Bank, N.A.
Kaufman Fire Protection Systems, Inc.
Key Equipment Finance
Konica Minolta Premier Finance
MB Financial Bank, N.A.
Raymond Leasing Corp
TCF Equipment Finance, Inc.
The Chase Manhattan Bank
The "Green Bar Bill" Hillcourt Foundation
The "Green Bar Bill" Hillcourt Foundation, C/O Winstead PC
TIAA Commercial Finance, Inc.
UniFi Equipment Finance, Inc.
Veristor Capital, LLC
Wells Fargo Financial Leasing, Inc.

**Schedule 1(g)**

**Banks**

Banco Popular
Bank of America
BB&T
Blackrock
Charles Schwab
CIBC - First Caribbean Bank
Federated Bank
Fidelity Investments
Fifth Third Bank
First Bank - Virgin Islands
First State Bank
Goldman Sachs
InBank
JPMorgan Chase Bank, N.A.
Merrill Lynch, Pierce, Fenner & Smith, Inc.
Northern Trust Corporation
PNC Bank
RBC Bank
Regions Bank
Scotiabank
State Street Bank
TD Bank
US Bank
Wells Fargo & Company

## Schedule 1(h)

### Credit Card Processors

American Express
Authorize.net
Bank of America Merchant Services
Card Connect
Discover
Dynamic Payments
Global Payments Inc.
JPMorgan Chase Bank, N.A.
Mastercard
Moneris
Opticard
Paymentech, LLC
PayPal, Inc.
Shift4
Stripe (Shopify)
TSYS/Cayan
Valutec
Visa
Wells Fargo & Company
Wild Apricot

## <u>Schedule 1(i)</u>

### Insurers

Ace Insurance Group
Aetna Casualty and Surety Company
Agricultural Excess & Surplus Insurance
    Company
Agricultural Insurance Company
AIG
Allianz Global Corporate & Specialty SE
Allianz Global Risks US Insurance
    Company
Allianz Insurance Company
Allianz Societas Europaea
Allied World Assurance Co.
Allied World Assurance Company (U.S.),
    Inc.
Allied World Assurance Company, Ltd
Alterra Excess & Surplus Insurance
    Company
American Guarantee and Liability Insurance
    Company
American International Group, Inc.
American Re-Insurance Company
American Zurich Insurance Company
Arch Capital Group (U.S.)
Arch Insurance Company
Arch Reinsurance Ltd.
Argo Group International Holdings, Ltd
Argonaut Insurance Company
Argonaut Insurance Group
Arrowood Indemnity Company
Arrowpoint Capital Corp.
Aspen Insurance Holdings Limited
Ategrity Specialty
Ategrity Specialty Insurance Company
AXA Insurance Company
AXA XL
Axis Capital Holdings Limited
Axis Insurance Company
Axis Specialty Insurance Company
Axis Surplus Insurance Company
Beazley Insurance Company, Inc.
Berkley Insurance Company
Berkshire Hathaway Insurance Group
California Union Insurance Company

Catlin Underwriting Agencies Limited
Century Indemnity Company
Chubb Atlantic Indemnity Ltd.
Chubb Custom Insurance Company
Chubb Executive Risk
Chubb Group of Insurance Companies
Cincinnati Specialty Underwriters Insurance
    Company
Clarendon America Insurance Company
Clarendon National Insurance Company
CNA Insurance Companies
Colony Insurance Company
Columbia Casualty Company
Continental Insurance Company
Endurance American Insurance Company
Endurance American Specialty Insurance
    Company
Enstar Group Limited
Euclid Insurance Services, Inc.
Evanston Insurance Company
Everest National Insurance Company
Everest Re Group
Fairfax (US) Inc.
Fairfax Financial (USA) Group
Federal Insurance Company
Fireman's Fund Insurance Companies
First Specialty Insurance Corporation
First State Insurance Company
Gemini Insurance Company
General Star Indemnity Company
Great American
Great American Assurance Company
Great American E & S Insurance Company
Great American Property and Casualty
    Insurance Group
Gulf Insurance Company
Hallmark Specialty Insurance Company
Harbor Insurance Company
Hartford Accident and Indemnity Company
Houston Casualty Company
Indemnity Insurance Company of North
    America
Indian Harbor Insurance Company

Industrial Indemnity
Industrial Insurance Company of Hawaii
Insurance Company of North America
Insurance Company of the State of
    Pennsylvania (The)
International Insurance Company
Interstate Fire & Casualty Company
Landmark Insurance Company
Lexington Insurance Company
Liberty Insurance Underwriters, Inc.
Liberty Mutual Insurance Company
Liberty Surplus Insurance Corporation
Lloyd's of London
London Market
Markel American Insurance Company
Markel Corporation Group
Marsh & McLennan Companies
MHBT, a Marsh & McLennan Agency
Munich Re Group
Munich Reinsurance America, Inc.
National Casualty Company
National Surety Corporation
National Union Fire Insurance Company Of
    Pittsburgh, PA
Navigators Group, Inc.
Navigators Insurance Company
Navigators Specialty Insurance Company
Niagara Fire Insurance Company
Normandy Reinsurance Company Limited
Ohio Casualty Insurance Company (The)
Old Republic General Group
Old Republic Insurance Company
Old Republic Insurance Group
Pacific Employers Ins. Company
Pacific Indemnity Company
Property/Casualty Insurance Co. Of
    Hartford
RLI Professional Risk
Royal Indemnity Company
RSUI Group
R-T Specialty
Sompo - Endurance American Insurance
    Company
Sompo Holdings, Inc.

St. Paul Surplus Lines Insurance Company
Starr Indemnity & Liability Company
Starr Specialty
Steadfast Insurance Company
Swiss Re Group
Texas Pacific Indemnity Company
The Hartford Financial Services Group, Inc.
The Hartford Fire
The Hartford Insurance Group
The Hartford Steam Boiler Inspection And
    Insurance Company
The Travelers Companies, Inc.
Traders and Pacific Insurance Company
Travelers (Bermuda) Limited
Travelers Casualty and Surety Company
Travelers Indemnity Company
Twin City Fire Insurance Company
U.S. Fire Insurance Company
Universal Re-Insurance Company Limited
Utica Mutual Insurance Company
W. R. Berkley Corporation
W.R. Berkley Group
Westchester Fire Insurance Company
Westchester Surplus Lines Insurance
    Company
XL Catlin
XL Europe Limited
XL Insurance (Dublin) Ltd.
XL Insurance Company SE
Zurich Financial (USA) Group
Zurich Financial Services Group

## **Schedule 1(j)**

### **Landlords**

1040 Avenue of the Americas LLC
IRC Retail Centers

**Schedule 1(k)**

**Litigation Parties[2]**



90 Merrick LLC
███ C/O Law Office of Anthony C. Perez
Aaron Moore
Aaron Yates
ABC Insurance Corporation
Adam Herrington
███ C/O Ryder Law Firm
Aderion Adkisson
Adrian Senentz
███ C/O Paul Mones ██████
███████████
███ C/O Berman
O'Connor & Mann
███ C/O Lujan & Wolff, LLP
███ C/O Nixon, Vogelman,
Slawsky & Simoneau PA
███ C/O Lujan &
Wolff, LLP
Alicia Lifrak
███ /O Tremont, Sheldon,
Robinson, Mahoney, P.C.
All Saints R.C. Church
Allegheny Highlands Council
Allen Hughes
Aloha Council Chamorro District
Alpine Scout Camp
███ C/O Rubenstein & Rynecki
Andrea Watson

Andrew Aston
Andrew Bloom
Andrew Mannetta
Andrew McMorris
███ C/O Berman
O'Connor & Mann
███ C/O Pfau Cochran
Vertetis Amala PLLC
███ C/O Marsh Law Firm
███ C/O Andreozzi & Associates,
P.C.
███ C/O David
Luna
███ C/O Crew Janci LLP
Anita Gettleson
Anna Lee Ingram
███ C/O Patrick Noaker
███ C/O Roberts Fowler &
Visosky
███ C/O Berman
O'Connor & Mann
███ C/O Lujan & Wolff, LLP
███ C/O Berman
O'Connor & Mann
███ C/O Lujan & Wolff, LLP
Antonia Michelson
Aramark Campus, LLC
Archbishop Christopher Pierre, Apostolic
Nuncio of The Holy See For The United
States
Archbishop Timothy Dolan, Archbishop of
New York
Archdiocese of New York And Our Lady of
Lourdes Catholic School

---

[2] The professionals seeking to be retained also ran the names of certain individual plaintiffs. In accordance with the *Interim Order (I) Authorizing the Debtors' to file (A) a Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) a Consolidated List of Other Unsecured Creditors of the Debtors, (III) Authorizing and Approving Procedures for Providing Notice of Commencement, and (IV) Granting Related Relief* [Docket No. 66], in order to protect the identities of individual plaintiffs asserting abuse claims and individual plaintiffs who are minors, the Debtors have redacted such information from this list. The Debtors will provide an unredacted version of this list to the Court, the Office of the United States Trustee, and the Committees upon request.

██████████████ C/O Robins
   Kaplan LLP
██████████████ C/O Law
   Offices Of Anthony M. Demarco
Astral Energy, LLC
Atlanta Area Council, Inc.
Attorney(s) ABC and Accountant(S) XYZ
██████████████ C/O Lujan &
   Wolff, LLP
Austin Boley
████████ C/O James Dilbeck
█████████ C/O Thomas Law
   Office, PLLC
Baden-Powell Council, Inc.
Baiting Hollow Scout Camp
Barbara Cowles
Beech Haven Baptist Church
███████ C/O Casey Devoti &
   Brockland
██████████ C/O Berman
   O'Connor & Mann
Benjamin Cudeck
██████████████ C/O
   Berman O'Connor & Mann
████████ C/O Lujan & Wolff, LLP
████████ C/O Rebenack, Aronow,
   Mascolo, LLP
██████████ C/O Lujan &
   Wolff, LLP
Betty Boland, as the Administrator of The
   Estate of Ernest Boland
Big Cross Elementary School
Billie Jo Mojoinner
Bishop Turner High School
Blackhawk Area Council of Boy Scouts
██████████ C/O Leisawitz
   Heller
Blue Ridge Mountains Council
Board of Trustees of The First Baptist
   Church of Gainesville, Inc.
██████ C/O Crew Janci LLP
Bobby C. Jones

Bowmansville Fire Co., Inc.
Boy Scout Troop #50 of Hattiesburg,
   Mississippi
Boy Scout Troop 163
Boy Scout Troop 204 Memphis - Chickasaw
   Council - Thunderbird District
Boy Scout Troop 95
Boy Scout Trust Fund
Boy Scouts 11 of America
Boy Scouts of America - Hiawatha Council
Boy Scouts of America Atlantic Area
   Council Inc.
Boy Scouts of America Atlantic Area
   Council No. 331
Boy Scouts of America Big Apple District
Boy Scouts of America Greater Los Angeles
   Area Council
Boy Scouts of America Pack 494
Boy Scouts of America Phoenix District
   Troop 49
Boy Scouts of America San Diego-Imperial
   Council
Boy Scouts of America Troop 1000 Inc.
Boy Scouts Troop #64
Boy Scouts Troop 460
Brad Ewell
██████████ C/O Thomas Law
   Office, PLLC
██████████ C/O Rebenack, Aronow,
   Mascolo, LLP
Bradley Schumann
Brandon Wood
Brazen Matson
███████████████ C/O Paul Mones
Brennan Johnston
Brentley Wells
████████████ C/O Gallik,
   Bremer & Molloy, P.C.
Bretty Bybee
██████████ C/O Pfau Cochran
   Vertetis Amala PLLC
██████████ C/O Bonina &
   Bonina, P.C.
Brian P. Wagner

███████████████ C/O David Yates,
Thomas Juanso and Tad Thomas,
Lindsay Cordes - Thomas Law Offices
Bronx Council
Brooklyn Chinese-American Association
Brooklyn Council
Bruce Desandre
███████████ C/O Lujan & Wolff, LLP
█████████████████████ C/O Goff Law
Group
█████████████████ C/O Robins
Kaplan LLP
Buffalo Trail Council
Buffalo Trail Scout Ranch
Calasanctius School of Buffalo
Caleb Steinhoff
California Inland Empire Council
██████████████████████████
Camille Travis
Camp Aquehonga
Camp Big Timber
Canisius High School of Buffalo
Capuchin Franciscans
Capuchin Franciscans Custody of Star of
The Sea
Capuchin Franciscans, Province of St. Mary
Carol Chacon
Carolyn Hemphill
Carrie Stafford
Carroll Township Police Department
Cascade Charter Township
Cascade Pacific Council
Casey Scott
Catholic Cemeteries of Roman Catholic
Diocese of Buffalo, Inc.
Catholic Health of WNY and its subsidiaries
Cathy Ostrenga
Celeste Rone-Moss
████████████ C/O Law Offices Of Tyler H.
Fox
Charles Copeland
Charles Oglesby, Sr.
Charles Stauder
Charlie Bate
████████████████████████
██████ C/O Lujan & Wolff, LLP

Chase Dansereau
Cherokee Area Council, Inc.
Chicago Area Council
Chickasaw Council
Chief of Police Jon Belmar
Chief Seattle Council
Chris Alvelo
████████████ C/O Crew Janci LLP
Chris Larrabee
Chris McCullough
Christ The King Seminary Fund, Inc.
███████████████ C/O David Yates,
Thomas Juanso and Tad Thomas,
Lindsay Cordes - Thomas Law Offices
Christina Vovchuk
█████████████ C/O Michael G. Dowd
Christopher Finks
Christopher Larrabee
███████████████████ C/O Silver Golub &
Teitell LLP
Christopher Payne
Christopher Pelletier
██████████████ C/O Rebenack,
Aronow, Mascolo, LLP
Christopher Vogel
████████████ C/O Crew Janci LLP
Church of The Holy Innocents
Cincinnati Insurance Company
Circle Ten Council
Citizens' Hose Company No. 1 of Dillsburg
Penna
City of Columbus
City of Louisville
City of Louisville-Jefferson County-
Louisville Consolidated Government
██████████████ C/O Javerbaum, Wurgaft,
Hicks, Kahn, Wikstrom & Sinins
Clark Martin
Claudius Douglas Mair-Worley
Clayton Historical Society
██████████████ C/O Law Offices of
Mitchell Garabedian
Clifton Neyrey
CLK/HP 90 Merrick LLC
Clyde Noland

CMR A/S/O Cox Communication
████████
Columbus School District
Complaint and Michigan Crossroads
    Council, Inc.
Connecticut Rivers Council
Connecticut Rivers Council Troops 258 &
    302
Connecticut Yankee Council, Inc.
Connor Cudeck
████████████████ C/O
    Padberg, Corrigan & Appelbaum
Continental Tire The Americas, LLC
Cornelia Berrocal
Corporation of the President of the Church
    of Jesus Christ of Latter-Day Saints
Country Farm Supply
Cradle of Liberty Boy Scouts of America
████ C/O Crew Janci LLP
Craig Bingham
████████ C/O Marsh Law Firm
████████████████ C/O
    Berman O'Connor & Mann
Ct Yankee Council
Cub Scout Pack 601
Curtis Flaherty
████████████ C/O Pfau Cochran
    Vertetis Amala PLLC
████████████████████████
████
Dan McGill
Daniel Boone Council Inc.
Daniel Camerano
████████████████ C/O
    Hirshfield & Costanzo, P.C.
████████ C/O Berman
    O'Connor & Mann
████████████ C/O Michael G. Dowd
████████ C/O Michael G. Dowd
████████ C/O Berman
    O'Connor & Mann
Daniel P. Sturtzel
Daniel Richardson
████████████ C/O Lujan & Wolff,
    LLP
████████ C/O Marsh Law Firm

Daniel Wagner
Daniel Webster Council Inc.
Darla Duarte
David A. Declue
████████ C/O Michael G. Dowd
████████████████ C/O Robins
    Kaplan LLP
David Dale
David G. Derrick
David Gomes
David H. Scharf
David K. Buterbaugh
████████████████ C/O Goff Law
    Group
David Lannes
David McDaniel
████████ C/O Michael G. Dowd
David Michelson
████████ C/O Berman O'Connor
    & Mann
████████ C/O Crew Janci LLP
████████ C/O Berman O'Connor
    & Mann
████████
David Silva
████████ C/O Michael G. Dowd
████████ C/O Michael G. Dowd
████████ C/O Rebenack, Aronow,
    Mascolo, LLP
████████ C/O Riddle & Brantley
████████ C/O Michael G. Dowd
████████████ C/O Lujan &
    Wolff, LLP
Debra Schwamberger
Dechaison White
Denis Lane
████████████ C/O Paul Mones
Dillsburg Community Fair Association
Dillsburg Lions Club And Dillsburg Boy
    Scout Troop #38
Diocese of Brooklyn
Dolores Snyder
Donald C. Shriver
Donald Grande
Donald J. Hebert

███████████████ C/O Crew
Janci LLP
████████████ C/O Lujan & Wolff,
LLP
Doug Stevenson
███████████ C/O Rebenack, Aronow,
Mascolo, LLP
████████████ C/O Michael G. Dowd
Douglas Nail
███████████ C/O Rebenack, Aronow,
Mascolo, LLP
████████████████ C/O Crew
Janci LLP
Dwight Cable
███████████ C/O Van Zanten
& Onik, LLC
████████████ C/O Edmiston &
Colton Law Firm
Eamonn Ferrante
East Meadow Youth Baseball & Softball
Association
Ed Miller
Eddie Blue
Edgar Riecke
████████████ C/O Michael G. Dowd
███████████ C/O Simmons Hanly
Conroy
████████ C/O John Tidwald Tidwald
Law
Edward M. Bednarczyk
Edward Perriera
███████████ C/O Lujan &
Wolff, LLP
████████████ C/O Rebenack, Aronow,
Mascolo, LLP
███████████ C/O Lujan &
Wolff, LLP
Elijah Knight
Elliott Litz
Elwood Union Free School District
Emely Santos
████████████ C/O Thomas C.
Patton
Emma O'Connor
████████ C/O Rebenack, Aronow,
Mascolo, LLP

Eric L. Young, Administrator of The Estate
of Christopher Alvelo
Eric R. Park
Essex County Council of The Boy Scouts of
America
Estate of Robert Whitelaw, Deceased
Ethan Fuller
Ethan Rapier
█████████████ C/O Lujan &
Wolff, LLP
Evan Park Howell, Iii
████████████████ C/O
Berman O'Connor & Mann
████████████ C/O Berman
O'Connor & Mann
Evergreen Area Council, Boy Scouts of
America
Fabian Lopez
Fairfield County Council of Boy Scouts of
America, Inc.
Fayetteville United Methodist Church
████████████ C/O Berman
O'Connor & Mann
█████████ C/O Lujan & Wolff, LLP
First Baptist Church of Athens
First Baptist Church of Danville D/B/A Boy
Scout Troop 354
First Baptist Church of Gainesville
Five Rivers Council Inc.
Floodwood Mountain Scout Reservation
Association, Inc.
Ford Motor Company
Francis (Skip) Toomey Ii

█████████████ C/O Lujan &
Wolff, LLP
███████████ C/O Roberts
Fowler & Visosky
███████████ C/O Lujan & Wolff, LLP
████████ C/O Rebenack, Aronow,
Mascolo, LLP
███████████ C/O Berman
O'Connor & Mann
Frank Pedone
█████████████ C/O Lujan & Wolff, LLP

███████████ C/O Michael G. Dowd
███████████ C/O Berman
O'Connor & Mann
███████████████ C/O Crew Janci
LLP
███████████████ C/O Berman
O'Connor & Mann
G.A.C.
█████ C/O Dreyer Boyajian
Gabriel Racine
Gage Wilson
Garden State Council
Gary Ackerman
Gary Carroll
████████████ C/O Crew Janci LLP
████████████ C/O Berman
O'Connor & Mann
Gary L Strain
Gary Langsdale
██████████████████████ C/O
Hall Law, P.A.
████████████████ C/O Lujan & Wolff,
LLP
████████████████ C/O Berman O'Connor
& Mann
George D. McClay
████████████████ C/O Berman
O'Connor & Mann
████████████████ C/O Berman
O'Connor & Mann
George J. Eberl
Geovanni McClain
███████████ C/O Rubenstein & Rynecki
███████████ C/O Lujan & Wolff,
LLP
Glens Falls City School District
Gloria Garcia
Governor Clinton Council, Inc., Boy Scouts
of America
Grace Gordon
Grand Canyon Council
Great Alaska Council
Great Salt Lake Council
Great Southwest Council
Greater Alabama Council
Greater New York City Councils

Greater Niagara Frontier Council
Greater Niagara Frontier Council #380 of
The Boy Scouts of America
Greater St. Louis Area Council, Boy Scouts
of America, Inc.
Greater Tampa Bay Area Council, Inc.
Greater Yosemite Council, Inc.
Greek Orthodox Archdiocese of America
Green Acres Baptist Church
Greenport Fire Department
Greg Day
████████████████████ C/O Crew Janci
LLP
Greg Ploski
████████████████ C/O Berman
O'Connor & Mann
████████████████████ C/O Lujan &
Wolff, LLP
████████████████ C/O Michael G. Dowd
Guy Rollf
Guy Thomas Buker
Hacker Coverage Dispute
Harley Avenue Primary School
████████████ C/O Robins Kaplan LLP
████████████ C/O Javerbaum, Wurgaft,
Hicks, Kahn, Wikstrom & Sinins
████████████ C/O Riddle & Brantley
████████████ C/O Gruel Mills
Nims & Pylman PLLC
Hawk Mountain Council, Inc., Boy Scouts
of America
Hawkeye Area Council, Boy Scouts of
America, An Iowa Corporation
Heart of America Council
Heart of New England
Heart of Virginia Council, Inc., Boy Scouts
of America
Heath Faucheux
Henry Reinsburrow
Holy Family Church
Holy See Instrumentalities

Holy See, State of Vatican City - The
   Vatican
House of Hope Presbyterian Church
██████████████████ C/O Roberts
   Fowler & Visosky
███████████ C/O Crew Janci LLP
█████████████████ C/O Lujan &
   Wolff, LLP
Hudson Valley Council
Hunter Iverson
████████
Ian Simpson
████████████████ C/O Berman
   O'Connor & Mann
Immaculate Conception R.C. Church
Indian Waters Council Boy Scouts of
   America Inc.
Iroquois Trail Council Inc.
Irwindale Police Department
Istrouma Area Council
████ C/O Marsh Law Firm
J.E. Mathis
███████████ C/O Brautigam &
   Brautigam, LLP
█████ C/O Bradley L. Rice
Jack Rose
██████████
Jacob Nelson
██████████████ C/O Lujan &
   Wolff, LLP
██████████ C/O Green & Gillispie
█████ C/O Lujan & Wolff, LLP
James Gambrell King
█████████
██████████ C/O Marsh Rickard &
   Bryan
██████████ C/O Crew Janci LLP
James Kennedy
█████████ C/O The Panitch Law Group,
   P.C.
███████████ C/O Michael G. Dowd
██████████ C/O Law Offices Of Mitchell
   Garabedian
James Potjunas
██████████
James Stillwell, Jr.

James T. Grace Jr.
████████ C/O Law Offices Of
   Mitchell Garabedian
██████████ C/O Lujan & Wolff, LLP
██████████ C/O Jeff Anderson &
   Associates, PA
Jane Sutterlin
Janessa Miller
Jarred Pai
Jasiah Marshall
██████████████
Jason Hofmann
████████ C/O Berman O'Connor &
   Mann
Jason R. Brockman
█████████████████████ C/O
   Merson Law
████████ C/O Merson Law
Jayshawn Brown
Jefferson County
Jefferson County / Louisville Consolidated
   Government
Jeffery Leonard And Individual
██████████ C/O Green & Gillispie
███████████████ C/O Robins
   Kaplan LLP
█████████ C/O Rebenack, Aronow,
   Mascolo, LLP
██████████████ C/O Robins
   Kaplan LLP
Jersey Shore Council
Jesse Bessette
█████████ C/O Berman O'Connor &
   Mann
███████████ C/O Lujan & Wolff,
   LLP
███████████ C/O Berman O'Connor
   & Mann
█████████ C/O Berman O'Connor &
   Mann
Jessie Tomeo
█████████ C/O Berman O'Connor &
   Mann
██████████████ C/O Eisenberg
   Rothweiler, Winkler, Eisenberg & Jeck,
   P.C.

█████████████ C/O Marsh Law Firm
Joanne Nauheimer (Class Action)
Joanne Nauheimer (Individual)
███████████████ C/O Lujan &
  Wolff, LLP
████████████████ C/O Lujan &
  Wolff, LLP
████████
Joel Shumway
John B. Lowell
John Cimral
████████ C/O Roberts Fowler & Visosky
████████████ C/O Dumas Law
  Group, LLC (A/K/A Dumas & Vaughn
  Attorneys at Law)
John Gruber
█████████ C/O Michael G. Dowd

John J. Beardsworth, Jr.
█████████ C/O Davis Miles McGuire
  Gardner
John Jones
████████████████
████████████████ C/O Lujan & Wolff,
  LLP
John Lund
███████████ C/O Berman
  O'Connor & Mann
████████████ C/O Berman
  O'Connor & Mann
███████████ C/O Okun, Oddo & Babat,
  P.C.
████████████ C/O Lujan & Wolff, LLP
████████████ C/O Lujan &
  Wolff, LLP
██████████████ C/O Goff Law
  Group
John Richers
██████████ C/O Rebenack, Aronow,
  Mascolo, LLP
███████████████ C/O Paul Mones
██████████ C/O Michael G. Dowd
████████████ C/O Lujan & Wolff, LLP

██████████████ C/O Law Office of
  Patrick Sorsby
Jonathan Dunn
██████████████ C/O Andrew S. Janet
██████████████ C/O Andreozzi &
  Associates, P.C.
█████████████
Joseph Alvarado
███████████████ C/O Berman
  O'Connor & Mann
██████████████ C/O Law Offices of Mitchell
  Garabedian
███████████████ C/O Berman
  O'Connor & Mann
███████████████ C/O Lowey
  Dannenberg, P.C.
██████████████ C/O Berman
  O'Connor & Mann
Joseph F. Snyder
██████████████ C/O Berman O'Connor
  & Mann
██████████████ C/O Lujan &
  Wolff, LLP
Joseph L. Snyder
██████████████ C/O Law Offices of
  Mitchell Garabedian
███████████ C/O Soloff & Zervanos, P.C.
Joseph Porter and Gail Porter
██████████████ C/O Lujan & Wolff,
  LLP
███████████████ C/O Lujan &
  Wolff, LLP
Joseph Tetlow
██████████████ C/O Berman O'Connor
  & Mann
██████████████ C/O Berman
  O'Connor & Mann
█████████ C/O Michael S. Steinger
Joshua Goodwin
Joshua P. Christ
Joshua Simpson
Joshua White
Judy Crawford
Julie Hedrick
Julie Schmidt

██████████ C/O Patrick Malone & Associates, P.C.

██████████████ C/O Hirshfield & Costanzo, P.C.

███████████ C/O Clark, Hunt, Ahern & Embry

Kaden Lynch

Kalin Bart Talbott River Road Trust

Kalvin Marshall

Karin Larrabee

Karina Miller

████████████ C/O David Yates, Thomas Juanso and Tad Thomas, Lindsay Cordes - Thomas Law Offices

Kathleen Hufford

Kathryn (Katie) Schulze

████████████████████

Keegan Day

██████████ C/O Andreozzi & Associates, P.C.

█████████ C/O Panish Shea & Boyle LLP

████████ C/O James, Vernon & Weeks, P.A.

Kellie Bogardus

██████████ C/O Rebenack, Aronow, Mascolo, LLP

Kenneth Betts

████████████ C/O Berman O'Connor & Mann

██████████ C/O Crew Janci LLP

Kent L. Wallace

Kerrie Galvin (Obo Trevor Galvin)

████████ C/O Rubenstein & Rynecki

Keystone College

Kimberly Payne

Kincaid Tyas

Kireon D. Pleis

████████████ C/O Berman O'Connor & Mann

████████████

██████████ C/O Law Office of David Jaskowiak

████████████ C/O Crew Janci LLP

Kristopher Bartee

Kyle Boell

████████████ C/O John P. Connor

████████ C/O Law Office of Mark Gallagher

Landon Bassett

████████████ C/O Rebenack, Aronow, Mascolo, LLP

████████████ C/O Berman O'Connor & Mann

Las Vegas Area Council, Inc.

Laurie Buckelew

████████ C/O Green & Gillispie

Lawrence Svrcek

Leanna Stanley

Learning For Life Inc.

Leatherstocking Council

Lebanon Lions Club

Lee Shedroff

Leo Kelly

████████ C/O Lujan & Wolff, LLP

Lincoln Heritage Council

Linda Davis

Linda Fant

Linda Jensen

Lindsay Bishop

Lisa C. Crocus

Lloyd Bryant

████████ C/O Law Offices of Gregory J. Stacker, LLC

Logan Bogardus

Logan Larrabee

Logan Mackay

Longhouse Council

██████████████████ C/O Robins Kaplan LLP

Louisville Metro Police Department

████████████ C/O Berman O'Connor & Mann

Luke Bennett
███████ C/O Bonina & Bonina, P.C.
Madison Osborne
████████████████ C/O Lujan &
    Wolff, LLP
Malcolm Boykin
Malmaison District
Manhattan Council, Boy Scouts of America
████████████████ C/O Lujan &
    Wolff, LLP
████████████████ C/O Lujan & Wolff,
    LLP
Marc Anderson
Marco Romero
Marcus Kang
Marcus Mack
█████████████/O Rebenack, Aronow,
    Mascolo, LLP
Marjorie Bewley
Marjorie Morris
█████████████ C/O Lujan & Wolff,
    LLP
█████████████ C/O Lujan & Wolff,
    LLP
Mark Helser and Jane Doe Helser
Mark Kern
█████████████ C/O Berman
    O'Connor & Mann
█████████████ C/O Berman
    O'Connor & Mann
█████████████ C/O Lujan & Wolff,
    LLP
Mark Tibbetts
Mark Tumeo
Mark Vincett
█████████████ C/O Lujan &
    Wolff, LLP
████████
Mathew Zaiss
Matt Day
█████████████ C/O Berman O'Connor &
    Mann
█████████████ C/O Pashman
    Stein Walder Hayden, P.C.

█████████ C/O Herman Law
Matthew Gelhausen
Matthew Inbody
Matthew McClay
Matthew S. Devore
Matthew Teixeira
Matthew Yakaboski
█████████████ C/O Pfau Cochran
    Vertetis Amala PLLC
Max Moon
Maya Cann
Mayflower Council
█████████████ C/O Berman
    O'Connor & Mann
Megan Knoernschild
█████████████ C/O Lujan & Wolff, LLP
█████████████ C/O Berman
    O'Connor & Mann
Micah Hattaway
█████████████████ C/O Clark,
    Hunt, Ahern & Embry
█████████████ C/O Law Office of
    Anthony C. Perez
█████████████ C/O Michael G. Dowd
█████████████ C/O Pfau Cochran
    Vertetis Amala PLLC
Michael Frys
█████████████ C/O Crew Janci
    LLP
█████████████ C/O Michael G. Dowd
Michael Kelsey
█████████████████ C/O Hall &
    Monagle, LLC
Michael Maffetone
██████████████████ C/O Roberts Fowler & Visosky
█████████ C/O Berman O'Connor &
    Mann
█████████████ C/O Gallik,
    Bremer & Molloy, P.C.
█████████████ C/O Michael G. Dowd

████████████████████ C/O Lujan &
Wolff, LLP
Michael Rega
████████████ C/O Crew Janci LLP
████████████ C/O Lujan &
Wolff, LLP
████████████ C/O Janet, Janet & Suggs,
LLC
Michael Sandifer
████████████ C/O Marsh Law Firm
████████████
Michelle Delutri
Michigan Crossroads Council, Inc.
Mid-America Council
Middle Tennessee Council
████████████████████ C/O Dumas Law
Group, LLC (A/K/A Dumas & Vaughn
Attorneys at Law)
Miles Woolsey
Monastery of Christ In The Desert
Monmouth Council
Monsignor Michael Harrington
Monsignor William Stanton
Montana Council
████████████ C/O Michael G.
Dowd
Mossy Ford, Inc.
Most Reverend Edward U. Kmiec
Most Reverend Henry J. Mansell
Most Reverend Richard J. Malone
████ C/O Belluck & Fox, LLP
████████████ C/O Crew Janci
LLP
New York Greater Councils
Newport Sea Base - Orange County Council
Niagara Frontier Council, Boy Scouts of
America
████████████ C/O David Yates,
Thomas Juanso
Nina Baldinucci
Nipmuck District of the Connecticut Rivers
Council of The Boy Scouts of America
████████████ /O Giancarlo R. Cellini
Nolan Henderson

████████████ C/O Lujan & Wolff, LLP
████████████████████ C/O
Clark, Hunt, Ahern & Embry
████████████ C/O Michael G. Dowd
North Florida Council
Northeast Georgia Council, Inc.
Northeastern Pennsylvania Council
Northern New Jersey Council
Northern Star Council
████████████████████ C/O Rubenstein & Rynecki
Old Republic Insurance Company, Inc.
Omega Pacific, Inc.
Orange County Council
Orange County Rowing Club
Oregon Trail Council, Inc.
████████████████████ C/O Robins
Kaplan LLP Our Savior Lutheran Church
C/O Roberts Fowler & Visosky Parker
████
Pat Currie
Pathway To Adventure Council Patricia
Donehue
Patricia Gerber
Patrick A. Mancuso

████████████ C/O The Law Office of
Carmen L. Durso
████████████████ C/O Berman
O'Connor & Mann
████████████ C/O Rebenack, Aronow,
Mascolo, LLP
████████████ C/O Gregory J. Cannata &
Associates, LLP
Patriots' Path Council
████████████ C/O Berman O'Connor
& Mann
Paul Antosh
Paul Brandon Paris
████████████ C/O Lujan & Wolff, LLP
Paul R. Thomson, Jr.
████████████████ C/O Berman
O'Connor & Mann
Paul Scarola



██████████████████ C/O Lujan & Wolff, LLP

██████████████ C/O Lujan & Wolff, LLP

████████████████ C/O Crew Janci LLP

Pauline Jenkins

████████████████ C/O Lujan & Wolff, LLP

Penn Mountains Council

Penny Nomura

█████████████ C/O Berman O'Connor & Mann

██████████ C/O Law Office of Anthony C. Perez

████████████████ C/O Lujan & Wolff, LLP

Peter Rymut

████████████ C/O Lujan & Wolff, LLP

████████ C/O Crew Janci LLP

████████ C/O Michael G. Dowd

████████ C/O Paul Mones

Pierce Hull

Pine Burr Area Council, Inc.

Police Officer Annette Hoyt

Polly Root

Pope Francis

Progressive Casualty Insurance Company

Quapaw Area Council

Queen of Peace R.C. Church

Queens Council

R. Fleming Weaver, Jr.

█████████████████ C/O Berman O'Connor & Mann

████████████ C/O Pfau Cochran Vertetis Amala PLLC

Randolph "Randy" Nowak

████████████ C/O John P. Connor

Raul Cadena

████████ C/O Marsh Law Firm

████████ C/O Crew Janci LLP

████████ C/O Michael G. Dowd

███████████████ C/O Lujan & Wolff, LLP

█████████████ C/O Berman O'Connor & Mann

██████████████ C/O Lujan & Wolff, LLP

Reckson Operating Partnership, L.P

Red Mountain Asset Fund, LLC

Regina McCullough

████████████ C/O Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)

Regis High School

Reid Comita

Reilly Nahill

Rev. Basil Ormsby, S.J.

Rev. David Bialakowski

Rev. Donald W. Becker

Rev. Florian Jasinski

Rev. Frederick Fingerle

Rev. Gerald Jasinski

Rev. John P. Hajduk

Rev. Joseph Persich, S.J.

Rev. Nelson Kinmartin

Rev. Norbert Orsolits

Rev. Ronald Sajak

Rev. Ronald Silverio

Rev. Theodore Podson

Rev. William White

████████████ C/O Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)

███████████████ C/O Berman O'Connor & Mann

███████████████ C/O Lujan & Wolff, LLP

████████ C/O Crew Janci LLP

████████ C/O Michael G. Dowd

███████████████ C/O Berman O'Connor & Mann

████████████

Richard L. Lucero

████████████

Richard Lehr

███████████ C/O Panish Shea & Boyle,
LLP
Richard Mathews
██████████████████ C/O Crew Janci LLP
C/O Berman O'Connor & Mann
██████████████ C/O Marsh Law Firm
Richard Robbins
Richard Rognsvoog
████████████████████ C/O Paul
Mones
████████ C/O Dumas Law Group, LLC
(A/K/A Dumas & Vaughn Attorneys at
Law)
River Rivers Council, Boy Scouts of
America
███████████████ C/O Crew Janci
LLP
█████████ C/O Michael G. Dowd
Robert Bulens
███████████ C/O The Law Office of
Carmen L. Durso
██████████████ C/O Berman
O'Connor & Mann
Robert Hallum
Robert Jorgensen
██████████ C/O Peabody, Stirling, Hale &
Miller LLP
██████████ C/O Rebenack, Aronow,
Mascolo, LLP
Robert Logan Talbott River Road Trust
█████████████ C/O Parker Waichman
LLP
█████████████ C/O Marsh Law Firm
██████████ C/O
Dumas Law Group, LLC (A/K/A Dumas
& Vaughn Attorneys at Law)
███████████████ C/O Marsh Law
Firm
█████████ C/O Crew Janci LLP
Robert Sutterlin
Robert Talbott, Inc

████████████████████ C/O Lujan &
Wolff, LLP
Roberts. Talbott Revocable Trust
██████████████████ C/O Crew Janci LLP
████████████ C/O Berman
O'Connor & Mann
████████████████████ C/O
Lujan & Wolff, LLP
██████████████ C/O Crew Janci LLP
████████████████ C/O Berman O'Connor
& Mann
Roman Catholic Archbishop
Roman Catholic Archbishop of Agana
Roman Catholic Archdiocese of New York,
Archdiocese of New York
████████████████ C/O The
Panitch Law Group, P.C.
Ronald Hegwood
██████████ C/O Emery Celli
Brinckerhoff & Abady LLP
████████████████ C/O Lujan &
Wolff, LLP
████████████ C/O Michael G. Dowd
Ronnie Mason
████████████ C/O Berman O'Connor
& Mann
████████████ C/O Roberts Fowler &
Visosky
█████████████ C/O Lujan & Wolff, LLP
████████████████ C/O Berman
O'Connor & Mann
████████████ C/O Berman O'Connor
& Mann
Ruth Kvistad
██████ C/O Bonina & Bonina, P.C.
Sacred Heart - Espanola
Saint John The Baptist Church
████████████████ C/O Goff
Law Group
Salvador Rivera
Sam Houston Area Council
Sam Houston Area Council Phoenix District

Samuel Christian Carelton
Samuel Roche
San Gabriel Valley Council
Sandy Potjunas
Sarah Case Talbott River Road Trust
SC Boy Scouts Council Inc.
School Sisters of Notre Dame Central
    Pacific Province, Inc.
School Sisters of Notre Dame, Region of
    Guam
██████████ C/O Lafave, Wein & Frament,
    PLLC
████████████████ C/O Clark,
    Hunt, Ahern & Embry
██████████ C/O Michael G. Dowd
████████
Scott Michelson
██████████ C/O Crew Janci LLP
Scout Troop 4200
Second Baptist Church
Seneca Waterways Council, Boy Scouts of
    America
Sequoia Council
Sergeant Konrad Wojciehowski
██████████ C/O Berman O'Connor
    & Mann
██████████ C/O Dumas Law Group, LLC
    (A/K/A Dumas & Vaughn Attorneys at
    Law)
Sharon Giovingo
Sharon Richardson
██████████████ C/O
    Dumas Law Group, LLC (A/K/A Dumas
    & Vaughn Attorneys at Law)
Shawn Pelletier
██████████ C/O Simmons Hanly Conroy
Sheree Dodge
Sherrilynn Wood
Sherrye Howell
Shirley Williams
Silicon Valley Monterey Bay Council
Skylar Prestano
Sleepy Hollow Vineyards, L.P.
Society of Jesus, USA-Northeast Province

Southeast Louisiana Council
Southern California Scullers Club
Southern Shores Field Service Council
Southwest Bartholomew Volunteer Fire
    Department, Inc.
St. Benedict Joseph Labre Church
St. Benedict Joseph Labre School
St. Brigid R.C. Church
St. Catherine's Roman Catholic Church
St. Catherine's Roman Catholic Church
    School
St. Demetrios Greek Orthodox Church
St. Francis of Assisi Roman Catholic
    Church
St. Francis Xavier Church
St. Helena Parish
St. John Gualbert R.C. Church
St. John Vianney R.C. Church
St. Joseph Investment Fund, Inc.
St. Josephats R.C. Church
St. Paul's R.C. Church
St. Teresa R.C. Church
██████████
Stanley Bassett
██████████████ C/O Eisenberg
    Rothweiler, Winkler, Eisenberg & Jeck,
    P.C.
State of Wisconsin
Stephanie K. Jones
Stephanie Regalia
██████████████ C/O Crew Janci LLP
██████████ C/O Law Offices of Mitchell
    Garabedian
██████████ C/O Hart McLaughlin &
    Eldridge
Stephen White
Stephen Zanetti
██████████████ C/O Dumas
    Law Group, LLC (A/K/A Dumas &
    Vaughn Attorneys at Law)
██████████████ C/O The Panitch
    Law Group, P.C.
██████████ C/O Crew Janci LLP
Steve Stenger

Steven Harris
Steven N. Brown
Strawbridge United Methodist Church
███████ C/O Michael G. Dowd
███████ C/O Michael G. Dowd
Suffolk County Council
Suffolk County Policy Department
███████ C/O Berman O'Connor
& Mann
Susan Burk
Susan Reisinger
Susanna Otto
Susquenango Council
Sussex District Boy Scouts of America
T.B.C.P.C
T.B.S.O.A.I.
███ C/O Herman Law
███ C/O Lujan & Wolff, LLP
Tanner Bailey
Ten Mile River Scout Camps A/K/A Ten
Mile River Scout Camps, Boy Scouts of
America
███████ C/O Pfau Cochran
Vertetis Amala PLLC
Terry A. Wright
███████ C/O Clark, Hunt,
Ahern & Embry
Terry Zellers
Thad Alton
The Blessed Trinity R.C. Church
The Church of Jesus Christ of Latter Day
Saints
The City of Irwindale
The County of Nassau
The Diocese of Rochester
The Estate of F.E. (Gene) Bobo
The Fidelis Care as a Trademark for the
Centene Corporation
The Foundation of The Roman Catholic
Diocese of Buffalo, N.Y., Inc.
The Hamlet of East Meadow
The Hartford Insurance Group
The National Boy Scouts of America
Foundation

The Roman Catholic Diocese of Syracuse,
NY
The School Sisters of Notre Dame
Milwaukee Providence, Inc.
The Temple Congregation Adath Israel-
B'rith Sholom Inc.
The Town of Hempstead
Theodore Roosevelt Council
Theresa Kennedy
Thomas Bogardu
███████ C/O Lujan & Wolff,
LLP
Thomas Doering
Thomas Kiely
███████
Thomas Lane
Thomas Larry
Thomas M. Thackeray
███████ C/O Michael G. Dowd
███████ C/O Gibson, McAskill &
Crosby, LLP
Thomas Scott
███████ C/O Dumas Law
Group, LLC (A/K/A Dumas & Vaughn
Attorneys at Law)
███████
Three Fires Council
Tidwald Law
Tiffany Riggs
███████ C/O Rebenack, Aronow,
Mascolo, LLP
███████ C/O Crew Janci LLP
███████ C/O Paul Mones
Timothy Black C/O Law & Moran,
Attorneys at Law
Timothy Fedor
███████ C/O Berman
O'Connor & Mann
Timothy Savage
███████ C/O Crew Janci LLP
Todd Puccio
Tom Hartmann
Tomas A. Camacho
Town of Deerfield
Town of Trumbull

Trapper Trails Council
███████████████ C/O Green & Gillispie
Travis Leppi
Trent Herlihy
Trevor B. Paulson
██████████████████ C/O Crew Janci
   LLP
Troop #7354
Troop 141 BSA
Twin Rivers Council
Union United Methodist Church
United Services Automobile Association
Unitedhealthcare Insurance Company
USA Northeast Province of The Society of
   Jesus
███████████████████ C/O Law
   Offices of Anthony M. Demarco
Valerie Mcgriff (Gawle)
Varteni Yerjanian
Vern Iverson
Vernon Wunnenberg
███████████████ C/O Lujan & Wolff,
   LLP
██████████████ C/O Lujan & Wolff, LLP
███████████████ C/O Lujan &
   Wolff, LLP
██████████████ C/O Lujan & Wolff,
   LLP
Victor Caps
███████████████ C/O David Luna
Vincent Liberto
██████████████ C/O Andrea E. Bonina
Virgil Sanders
Virginia Adkins
Walgreen Company
███████████████ C/O Rebenack, Aronow,
   Mascolo, LLP
Washington Crossing Council
Wayne Farrar
██████████████ C/O Berman O'Connor
   & Mann
Weedsport Central School District
Westchester Putnam Council
Westlake Hills Presbyterian Church
██████████████ C/O Crew Janci LLP

████████████████████████ C/O
   Dumas Law Group, LLC (A/K/A Dumas
   & Vaughn Attorneys at Law)
William Bewley
William Brannon
William Edward Bewley
███████████████ C/O Crew Janci LLP
███████████████ C/O Green & Gillispie
William Greenwald
William Hoke
██████████████████ C/O Paul Mones
██████████████████ C/O Crew Janci LLP
██████████████████ C/O Robins Kaplan LLP
William Pugh
William Pugh Jr
William Rick Bailey
William Rish Jr
William Ruscoe
███████████████ C/O Crew Janci LLP
███████████████ C/O Rebenack, Aronow,
   Mascolo, LLP
William Short
███████████████ C/O Green & Gillispie
███████████████ C/O Parker Waichman LLP
████████████████████████
█████████████ C/O Rubenstein & Rynecki
XYZ Corporation
XYZ Corporation 1-100
XYZ Entities 1-100
XYZ Insurance Corporation
Yucca Council
Zachary Babel
████████████████████████ C/O
   Clark, Hunt, Ahern & Embry
Zachary Schmidt
Zachary Spahr
Zorro Ragsdale

## <u>Schedule 1(l)</u>

**Professionals to be Retained by the Debtors**

Alvarez & Marsal North America, LLC
Bates White LLC
Haynes & Boone, LLP
KCIC, LLC
Morris, Nichols, Arsht & Tunnell LLP
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Omni Agent Solutions
Sidley Austin LLP

## Schedule 1(m)

### Professionals Representing Certain Parties in Interest

AlixPartners LLP
Ankura Consulting Group, LLC
Berkeley Research Group, LLC
Kramer Levin Naftalis & Frankel LLP
Norton Rose Fulbright US, LLP
Pachulski Stang Ziehl & Jones
PJT Partners, Inc.
Wachtell, Lipton, Rosen & Katz
Young Conway Stargatt & Taylor, LLP

## Schedule 1(n)

### Ordinary Course Professionals

An, Tian, Zhang & Partners
Bassford Remele PA
BAX Advisors LLC
Bays Lung Rose Holma Attorneys at Law
Bond, Schoeneck & King PLLC
Boone Karlberg P.C.
Carolina Fridman Law Corporation
CCPIT Patent & Trademark Law Office
Christopher T Hurley & Associates P.C.
Civille & Tang PLLC
Clarke Silverglate P.A.
Connell Foley LLP
Cranfill Sumner & Hartzog LLP
Crotty & Schiltz LLC
Dentons US LLP
Foland, Wickens, Roper Hofer & Crawford, P.C.
Fox Rothschild LLP
Gerolamo Mcnulty Divis & Lewbart, P.C.
Grefe & Sidney, P.L.C.
Gruber Thomas & Co.
Harper & Pearson
Hawley Troxell Ennis & Hawley LLP
Hecht, Latham Spencer & Associates, Inc.
Heplerbroom LLC
Herman Law Firm P.A. Trust Account
Hinshaw & Culbertson LLP
Howard & Co., LLP
Hueston Hennigan
Keleher & McLeod PA, Attorneys at Law
Keller & Almassian, PLC
Kipp and Christian, P.C.
Kosnoff Fasy PLLC Trust Account
LCG Associates, Inc.
Lightfoot Franklin & White LLC
Locke Lord LLP
Mandell Menkes, LLC
Mark Gallagher Attorney
Markowitz Herbold PC
McAngus Goudelock & Courie
McGuire Woods LLP
McGuire, Craddock & Strother, P.C.
McLane Middleton, Prof. Assoc.

Mead & Hunt, Inc.
Melick Porter, LLP
Miller & Martin PLLC
Miller, Johnson, Snell & Cummiskey, P.L.C.
Milliman Inc.
Milliman USA Inc.
Mitchell Garabedian Attorney
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C
MNP LLP
Nicholas W Mulick PA
Nigro Karlin Segal & Feldstein
Park Dietz & Associates, Inc.
Perkins Coie
PricewaterhouseCoopers LLP
Quinn Emanuel Urquhart & Sullivan LLP
Ruhter & Reynolds, Inc.
Saul Ewing LLP
Scheper Kim & Harris, LLP
Sheehy Ware & Pappas PC
Sitlinger & Theiler
Steptoe & Johnson PLLC
Stich, Angell, Kreidler, Dodge & Unke, P.A.
Stillwell Midgley PLLC
Stites & Harbison PLLC
Taylor, Porter, Brooks & Phillips, L.L.P.
Texas Medical Legal Consultants
Thompson Coe & O'Meara LLP
Towers Watson Delaware, Inc.
Upshaw Williams Biggers
Vinson & Elkins LLP
White and Williams LLP
Whitney Smith Company Inc.
Wicker, Smith, O'Hara, McCoy, & Ford, PA
Wiggin & Dana LLP
Wilson Elser Moskowitz Edelman & Dicker LLP
Winston & Strawn LLP

## Schedule 1(o)

### Tort Claimants Committee

Christopher Desmond Haywood
Douglas A. Kennedy
John Humphrey
Jorge Tabon
Jorge Vega
Morgan Wade Paul
Richard Halvorson
Robb Lawson
Robert Grier

## **Schedule 1(p)**

### **Unsecured Creditors Committee**

Girl Scouts of the United States of America
Lion Brothers Company Inc.
Pearson Education, Inc.
Pension Benefit Guaranty Corporation
Roger A. Ohmstede

## Schedule 1(q)

**Top 25 Plaintiffs' Law Firms Representing the Largest Number of Abuse Victims Asserting Claims Against the Debtors**

Andreozzi & Associates, P.C.
Ava Law Group, Inc.
Bondurant, Mixson & Elmore, LLP
Crew Janci LLP
Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)
Eisenberg Rothweiler, Winkler, Eisenberg & Jeck, P.C.
Green & Gillispie
Gregg, Hunt, Ahern & Embry Attorneys at Law
Hurley McKenna & Mertz, P.C.
Jeff Anderson & Associates, PA
Kosnoff Law
Law Offices of Mitchell Garabedian
Lindsay Hart, LLP
Lujan & Wolff, LLP
Marsh Law Firm
Merson Law
Michael G. Dowd
Paul Mones
Penn Law Group
Pfau Cochran Vertetis Amala PLLC
Rebenack, Aronow, Mascolo, LLP
Robins Kaplan LLP
Rubenstein & Rynecki
Sweeny Reich & Bolz, LLP
Thomas Law Office, PLLC

## Schedule 1(r)

### Top 30 General Unsecured Creditors of the Debtors (Non-Abuse Claims)[3]

American Engineers & Contractors
Anne Terry
Bradley Farmer
C. Michael Hoover Jr.
C. Wayne Brock
████████████████████████████
David J. Ross II
Donald McChesney
Gary Butler
Hugh Travis
Jeffrey Hunt
John Green
Judith Ratcliffe
Kathy Sue Stone
Kenneth L. Connelly
Michael Surbaugh
NCS Pearson, Inc.
████████████████████████████
Quad/Graphics, Inc.
Raymond L. Blackwell
Richard Lehr
Robert J. Mazzuca
Robert Tuggle
Roy L. Williams
Thomas H. Fitzgibbon
Thomas Harrington
Thomas Varnell

---

[3] The professionals seeking to be retained also ran the names of certain individual plaintiffs. In accordance with the *Interim Order (I) Authorizing the Debtors' to file (A) a Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) a Consolidated List of Other Unsecured Creditors of the Debtors, (III) Authorizing and Approving Procedures for Providing Notice of Commencement, and (IV) Granting Related Relief* [Docket No. 66], in order to protect the identities of individual plaintiffs asserting abuse claims and individual plaintiffs who are minors, the Debtors have redacted such information from this list. The Debtors will provide an unredacted version of this list to the Court, the Office of the United States Trustee, and the Committees upon request.

**Schedule 1(s)**

**Deferred Compensation and Restoration Plan Participants**

| | |
|---|---|
| Alan Lambert | Alfred D Morin |
| Alfred D Morin | Patrick Sterrett |
| John Andrews | Ponciano Duran |
| Anne Terry | John Primrose |
| Bonnie H Bishop | Raymond L Blackwell |
| Bradford C Allen | Richard J Mathews |
| Bradley Farmer | Robert J Mazzuca |
| C. Wayne Brock | Robert Tuggle |
| C Michael Hoover Jr | Roger A Ohmstede |
| C Wayne Brock | Ron Oats |
| Pamela E. Carroll | Ronald K Hegwood |
| Danny R. Clifton | Roy L Williams |
| John A. Coyle | Steven P. McGowan |
| David J Ross Ii | Michael Surbaugh |
| Donald McChesney | Thomas H Fitzgibbon |
| Douglas S Smith Jr | Thomas Harrington |
| Erik L Nystrom | Hugh Travis |
| Erin Eisner | Thomas Varnell |
| Frances Lynne Park | Harold Watson |
| Frederick Wallace | Willie Iles Jr. |
| Gary Butler | |
| Jeffrie A. Herrmann | |
| Mark Holtz | |
| J Carey Keane | |
| Jeffrey Hunt | |
| John Green | |
| John Mosby | |
| Joseph S Coco | |
| Judith Ratcliffe | |
| Justin McCarthy | |
| Kathy Sue Stone | |
| Kendrick Miller | |
| Kenneth L Connelly | |
| Randall Kopsa | |
| Albert Kugler | |
| Lawrence F Potts | |
| Lawrence L Otto | |
| Mark Logemann | |
| Robert J. Mazzuca | |
| Michael Ashline | |
| Michael Kaufman | |
| Michael Surbaugh | |

## Schedule 1(t)

### Significant Contract Counterparties

3096-3227 Quebec Inc/Groupe Access
501c Services
Accelogix LLC
Ace Adventure Resort Inc.
Adobe Systems Inc.
AdvantageCS
Adven Capital Group LLC
Adventures WV
Alert Logic Inc.
Amazon Web Services Inc.
American Audio Visual Inc.
American Electric Equipment Inc.
American Food & Vending Corp
AMS America Inc.
Arnica Software Corp
Arrow Capital Solutions Inc.
AT&T (5019)
AT&T Capital Services, Inc.
AT&T Mobility
Automatic Data Processing Inc.
Avalara Inc.
Ayers Construction
Ayoka LLC
Blackbaud Inc.
Brown & Bigelow, Inc.
Butch Whitten Construction
Buxton Company
CEC Facilities Group LLC
Certain Inc.
CircuiTree, LLC
Constellation NewEnergy, Inc.
Corra Technology Inc.
Datamax
Dci / Shires Inc.
Dci Shires
Dupont Hotel Project Owner LLC
Durham School Services, L.P.
First Advantage Lns
First Maintenance Company
Freeman Decorating Co
Gaylord National Resort And Convention
    Center

Gaylord Texan Resort And Convention
    Center
Glas
Golin Harris International Inc.
Grant Thornton
Groupe Access
High Towers Wood, Welding & Fabrication,
    Inc.
Hyatt Regency Atlanta, Inc.
Hyatt Regency Dallas
Hyatt Regency New Orleans
IBM
Iidon Inc.
ImageNet Consulting LLC
Infosys
Infosys Limited
Insight Investments LLC
JDA Software Inc.
Ksquare Solutions Inc.
Lumos Networks
Maitreyi Consultants Inc.
Manchester Grand Hyatt
Mark Monitor Inc.
Meetings By Design Inc.
MetLife
Mi9 Retail Na Corp
Microsoft Services
Mimeo.com Inc.
Montclair State University
Morneau Shepell Limited (formerly known
    as Mercer Inc.)
MuleSoft Inc.
MXD Group Inc.
Naturally Slim
Nelson Westerberg/Atlas Van Lines
NTT Com Security (US) Inc.
Oracle America Inc.
Perimeter International
Philadelphia Marriott Downtown
Raymond Leasing Corporation
RCG Global Services Inc.
Riskonnect Inc.
River Expeditions

Robot And Pencils
Rpe Outsourcing, LLC
S & Me Inc.
Shawn H Jackson
Sheraton Birmingham
Skillsoft Corporation
Southern Air, Inc.
Sovos Compliance LLC
Sun Life Assurance Company of Canada
Tech Plan Inc.
The Vitality Group LLC (TVG)
Thomas Hjellming
Town Sports International Holdings, Inc.
United Healthcare
Unum
Upp Technology
Upper Keys Marine Construction, LLC
Verifone
VSP
Wage Works
Weston Solutions Inc.
Yeti Coolers, LLC

## Schedule 1(u)

**Significant Customers**

A-B Emblem
Classb
Flemington Dept. Store
Ramsey Outdoor Store
The Moritz Embroidery Works, Inc.

## **Schedule 1(v)**

### **Significant Donors**

Abigail Maddi
America's Charities
Anadarko Petroleum Corporation
Blake Family Trust
Dean Wm. Carr, Jr. Trust
Estate of Allen C. Weiss
Estate of Ingeborg M. Borre
Estate of Steven C. Schoger
Estate of Thomas Parissidi
Fowler Family Fund
Gorini & Gorini LLP
Greater Kansas City Community Foundation
H P Farrington Trust C/O Bank of America
H. P. Farrington - HPF Foundation RSDY
Insurance Auto Auction
James S. Turley
John C. Jadel
John D. Harkey
John D. Tickle
John E. Link
Krevsky, Silber & Bergen
Lonnie C. Poole
Murray Energy Corporation
Mutual of Omaha Insurance Company
Publishing Concepts, L.P.
R. Doyle Parrish
Robert Cruickshank
Stephen D. Bechtel, Jr. Foundation
Steven A. Antoline
Steven E. Zachow
The James Annenberg La Vea Charitable Foundation
The Walter R. Wormell Trust
Tilden Family Philanthropy Fund
Todd L. Johnson
Tridave, LLC

**Schedule 1(w)**

**Significant Vendors**

1-800-Pack-Rat
Ace / Esis
Ace Adventure Resort Inc.
Ace American Insurance Company
Adventure Medical/Tender Corp
Allied Rentals Inc.
American Airlines
American Outdoor Products
AR & JO & MH LLP
Aspen Corporation
Automotive Rentals Inc.
AVIO Consulting LLC
Barebones Systems
Barkley House Ii Inc.
BC Sales And Sourcing
Berman O'Connor & Mann
BHG Structured Settlements Inc.
Bison Designs LLC
Boxley Aggregates of West Virginia LLC
Boy Scouts GA Recon Acct
Boy Scouts of America Recon Clearance
BSA Florida Sea Base BPC
BSA Parents Inc.
Buzzshift Inc.
Cai Design Inc.
Calypso Water Sports & Charters, Inc.
Capital Printing Co
Capitol Business Equipment
CDW Direct, LLC
Chasan & Walton LLC
Coleman Co Inc.
Compass Group USA Inc.
Computer Digital Imaging Corporation
Council Unemployment
Covington & Burling LLP
Cramer Security & Investigations Inc.
Crest Craft Company
Crown Awards
Crystal Bay Corporation
David W McKeehan
Davis Polk & Wardwell LLP
Deprez Travel Bureau Inc.
Derby Worx Inc.

Diamond Brand Canvas Products
Eagles Nest Outfitters, Inc.
EAN Services LLC
Eco Structures Australia Pty LTD
Egroup Recognition
Eski Inc.
Facebook Inc.
FedEx
Fenwick & West LLP
Fidelity Retirement Services
Fiji Elevator Company
Forest Fitness LLC
FTI Consulting Inc.
G&G Outfitters Inc.
Gateway Press Inc.
General Datatech LP
Gerald Magar Jr
Gilbert LLP
Gillmann Services Inc.
Gregory M Skinner
GSI Outdoors Inc.
GSR LLC
Guinn Consulting LLC
Health Special Risk Inc.
Hike America
Hintz Targeted Marketing, LLC
Insigniam Performance LP
Jesse Scofield Productions LLC
Jurisprudent Deferral Solutions LLC
Kahoot Products Inc.
Klymit (Argon Technologies)
KT Brown Consulting LLC
Kuehne and Nagel
Labatt Food Service
Leatham Family LLC
Leatherman Tool Group Inc.
Lewis A Whitten
Liberty Mountain Sports LLC
Low Impact Excavators Inc.
Lowe's Companies, Inc.
Macro Integration Services Inc.
Magic Novelty Co Inc.
Marriott Business Services

Marriott International
Marsh & McLennan Agency LLC
McGovern & Company
Mercer
Mittera Group
Morris & Player PLLC
MTM Recognition Corp
Mutual of Omaha Structured
Myers Lawn Care Services
NCS Pearson Inc.
Nichols Kaster PLLP
Optum Health Bank
Oregon Freeze Dry Inc.
Orkin
Osprey Packs, Inc.
Out Island Sailing Adventures LLC
Pacific Life & Annuity Services Inc.
Paradies Gifts Inc.
Paramount Builders LLC
Paramount Headwear Inc.
Partnership Employment Dallas LLC
Peak Industries Inc.
Peiyork Intl Co Inc.
People 2.0 Global Inc.
Pray Publishing
Pro-Honor Design & Casting
Quad Graphics Inc.
Renegade Productions Inc.
Royle Printing Co
Ryder Last Mile Inc.
Saunders Staffing Inc.
Schwebel Goetz & Sieben PA
Shamrock Foods Company
Shutterstock Inc.
Silver Creek Leather Co
Silver Golub & Teitell LLP
Stamps.Com
Stange Company Inc.
State Board of Equalization
Strategic Orient Sourcing
Sunbelt Rentals
Supplyone Rockwell, Inc.
Symphonix Solutions Inc.
Syncb/Amazon
Sysco South Florida Inc.

Target Creative Group Inc.
Texas State Comptroller
The Duck Company
The McClellan Law Firm A/C Trust Fund
The Special Event Company
The Thrasher Group, Inc.
Thiel Law Office PLLC
Thorlo, Inc.
Tower Legal Staffing Inc.
Trainham Cattle Company
Transportation Management Services
True Digital Security Inc.
Ugly Mugz
Unblind Productions Inc.
US Foods, Inc.
USPS / Eps
Vandalia Bronze
Vigna Information System LLC
Vision Service Plan
Vista Outdoor Sales LLC
Wagner Equipment Company
Wealth-X LLC
White Wilderness Inc.
Wolverine World Wide Inc.
World Scout Bureau
World Scout Foundation
World Scout Shop LTD
Yadgarov & Associates PLLC
You Are Here LLC

**Schedule 1(x)**

**Significant Taxing Authorities**

Acadia Parish School Board
Alabama Attorney General's Office
Alabama Securities Commission
Arizona Corporation Commission
Arizona Dept. of Revenue
Arkansas Dept. of Finance
Ascension Parish Sales Tax Authority
Assumption Parish
Avoyelles Parish School Board
Beauregard Parish Sales Tax
Bossier City - Parish
Caddo Shreveport Sales
Calcasieu Parish School Board
California Department of Justice
Canada Revenue Agency
Capitol Corporate Services Inc.
Charleston County
City of Canon City
City of Chicago - Dept. Of Revenue
City of Colorado Springs
City of Craig Alaska
City of Davenport
City of Detroit
City of Grand Junction Finance
City of Greenwood Village
City of Gustavus
City of Johnson City
City of Knoxville
City of Kodiak
City of Lakewood
City of Loveland
City of Melbourne
City of Palmer
City of Pueblo
City of Seattle
City of Steamboat Springs
City of Tacoma
City of Thorne Bay
Collin County Tax Assessor Collector
Colorado Dept. of Revenue
Colorado Secretary of State
Commonwealth of Massachusetts
Commonwealth of Pennsylvania

Commonwealth of Puerto Rico
Commonwealth of Virginia
Concordia Parish School Board
Connecticut Public Charity Unit
DC Treasurer
Delaware Secretary of State
Denton County Tax Assessor Collector
Departamento De Finanzas, Municipio
   Autonomo De Guaynabo
City of New Orleans, Department of
   Finance Bureau
Department of The Treasury, IRS
Desoto Parish Sales
East Feliciana Parish
False Alarm Reduction Unit, County of
   Fairfax (VA)
Florida Department of Revenue
Florida Department of State
Florida Dept. of Agri & Consumer Svcs
Forsyth County Tax Collector
Fred Sisk Knox County Trustee, County of
   Knox
Georgia Secretary of State
Grant Parish School Board
Harris County Sheriff's Office Alarm Detail
Iberia Parish School Board
Illinois Charity Bureau Fund
Illinois Department of Revenue
Iowa Dept. of Revenue And Finance
Jackson Parish Sales Tax Collection
Jefferson Davis Parish School
Jefferson Parish Sheriff's Office
Jefferson Parish Tax Collector
Kansas Department of Revenue
Kansas Secretary of State
Kentucky State Treasurer
Lafayette Parish School Board
Lafourche Parish School Board
Lincoln Parish
Livingston Parish School Board
Louisiana Dept. of Justice
Louisiana Dept. of Revenue And Taxation
Maine Revenue Services

Maricopa County Treasurer
Mass DOR (Dept. of Revenue)
Massachusetts Dept. of Revenue
Maryland Secretary of State
Michigan Dept. of Treasury
Minister of Finance - Manitoba
Minnesota Dept. of Revenue
Montana Secretary of State
Monterey County Tax Collector
Montgomery County
Morehouse Sales & Use Tax Commission
Minnesota Pollution Control Agency
    (MPCA)
MS Secretary of State
NC Department of Revenue
Nebraska Dept. of Revenue
Nevada Secretary of State
New Mexico Secretary of State
New Mexico Taxation & Revenue Dept.
New York Sales Tax Bureau
New York State Corporation Tax
New York State Dept. of Law
NJ Division of Consumer Affairs
NM Taxation & Revenue Dept.
North Carolina Secretary Of State
NV Stmt of Business Publication
Office of State Tax Commissioner, North
    Dakota
Office of The Attorney General, California,
    Registry of Charitable Trusts
Ohio Attorney General
Ohio Treasurer of State
Oklahoma Secretary of State
Oklahoma Tax Commission
Orange County Tax Collector
Oregon Dept. of Justice
Pa Dept. of Labor & Industry
Parish of East Baton Rouge
Parish of Iberville
Parish of St Bernard
Parish of Terrebonne
Plaquemines Parish
Puerto Rico Department of The Treasury
Rapides Parish
Sabine Parish
Sacramento County

Sales And Use Tax Office, St. John The
    Baptist Parish
SBC Tax Collector, County of San
    Bernardino
SD Secretary of State
Secretary of State - ND
Secretary of State of Rhode Island
Shelby County Trustee- David Lenor
South Carolina Department of Revenue
South Carolina Secretary of State
South Dakota Dept. of Revenue
St Charles Parish School Board
St James Parish School Board
St Landry Parish School Board
St Martin Parish School Board
St Mary Parish
St Tammany Parish Sheriff's DPT
State Board of Equalization, California
State of Alaska
State of Connecticut
State of Delaware
State of Georgia
State of Maine
State of Maryland
State of Minnesota
State of New Hampshire
State of NJ-Sales & Use Tax
State of Rhode Island Division/ Taxation
State of Rhode Island General Treasurer
State of Tennessee
State of Washington Dept. Of Revenue
State of Wyoming
State Tax Commission, Mississippi
State of Idaho Tax Commission
Tangipahoa Parish School System
Tarrant County Tax Assessor-Collector
Tax Collector Monroe County FL
Taxation & Revenue Department, Monroe,
    Louisiana
Taxation & Revenue Dept., Santa Fe, New
    Mexico
Tennessee Dept. of Revenue
Texas State Comptroller
The City of Cortez
Treasurer of Virginia
Treasurer State of Connecticut

Treasurer State of Ohio
Treasurer, City of Memphis
U.S. Department of Homeland Security,
    Customs and Border Protection
Utah Department of Agriculture And Food
    (UDAF)
Union Parish
United States Department of The Treasury
Utah Dept. of Commerce
VDH - Bedding, Commonwealth of Virginia
Vermillion Parish School Board
Vermont Department of Taxes
Vernon Parish School Board
Virgin Islands Bureau of Internal Revenue
Washington County Trustee
Washington Office of Insurance
Washington Parish
Washington Secretary of State
Webster Parish School Board
West Baton Rouge Parish
West Feliciana Parish School BD
West Virginia Division of Labor
West Virginia Secretary of State
West Virginia State Tax Dept.
WI Dept. of Financial Institutions
Winn Parish
Wisconsin Department of Revenue
WV Secretary of State

**Schedule 1(y)**

**Significant Utility Providers**

| | |
|---|---|
| AAF Hauling Inc. | National Grid |
| Advanced Disposal | Northern New Mexico Gas |
| Allstream Business Us Inc. | Oak Hill Garbage Disposal Inc. |
| Amerigas | Pacific Centrex (Datavo LLC) |
| Appalachian Power | Piedmont Natural Gas Company |
| Aspen Waste Systems, Inc. | Plyler Paper Stock Co Inc. |
| AT&T | Raleigh County Solid Waste |
| AT&T - Opus | Republic Services, Inc. |
| AT&T Mobility | Shentel |
| AT&T Wireless | Sierra Communications, Inc. |
| Cablevision Systems Corporation | Springer Electric Cooperative, Inc. |
| CenterPoint Energy | Time Warner Cable |
| CenturyLink | Tri-County Electric Cooperative Inc. |
| City of Charlotte | Trophy Club Muds |
| City of Irving - Utility Billing | Verizon Wireless |
| City of Irving - Municipal Services Bill | Village of Cimarron |
| City of Mount Hope - Sewer | Waste Connections, Inc. |
| City of Mount Hope - Water | Waste Management |
| Claro Puerto Rico | Waste Management - Blaine MN |
| Consolidated Communications | Waste Management Florida |
| County of Colfax | Waste Management- Ft Worth Hauling |
| Crosier's Sanitary Service Inc. | Waste Management Lewisville Hauling |
| Dakota Electric Association | Waste Management of Denver |
| Direct Communications Rockland | Waste Management of Michigan Inc. |
| Direct Energy Business, Inc. | West Virginia American Water |
| Duke Energy | West Virginia American Water Co |
| EarthLink (Windstream) | White Oak Public Service District |
| EarthLink Business | Windstream Communications Inc. |
| Eversource | Wow! Business |
| Ferrellgas | Xcel Energy |
| Florida Keys Aqueduct Authority | Zia Natural Gas Company |
| Florida Keys Electric Cooperative | |
| Frontier Communications | |
| Getronics Pomeroy IT Solutions | |
| Granite Telecommunications | |
| Keys Energy Services | |
| Kit Carson Electric Cooperative | |
| Lake Country Power | |
| Level 3 Communications LLC | |
| Lumos Networks | |
| Lumos Networks DBA Segra | |
| Mountaineer Gas Company | |

**Schedule 1(z)**

**U.S. Trustee, Judges, and Court Contacts for the District of Delaware**

Agarwal, Robert
Hon. Ashley M. Chan
Benjamin Hackman
Hon. Brendan L. Shannon
Brian Cavello
Cacia Batts
Catherine Farrell
Cheryl Szymanski
Christine Green
Hon. Christopher S. Sontchi
Claire Brady
Danielle Gadson
David Buchbinder
David Villagrana
Diane Giordano
Dion Wynn
Donna Grottini
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Janet Moore
Jeffrey Heck
Jill Walker
Hon. John T Dorsey
Juliet Sarkessian
Hon. Karen B. Owens
Karen Starr
Karen Strupczewski
Hon. Kevin Gross
Laura Haney
Lauren Attix
Laurie Capp
Hon. Laurie Selber Silverstein
Linda Casey
Linda Richenderfer
Lora Johnson
Marquietta Lopez
Hon. Mary F. Walrath
Michael Panacio

Nancy Hunt
Rachel Bello
Rachel Werkheiser
Ramona Vinson
Richard Schepacarter
Shakima L. Dortch
Sherry Scaruzzí
T. Patrick Tinker
Timothy J. Fox Jr.
Una O'Boyle

## <u>Schedule 2</u>

**Results of the Connections Search**

(a)    Circumstances in which Haynes and Boone has represented clients other than the Debtors in matters involving the Debtors or their non-debtor affiliates:

See Declaration.

(b)    Representations by Haynes and Boone of Current and Former Directors and Officers of the Debtors:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Rex W. Tillerson<br>Matthew K. Rose<br>Randall Stephenson | None. |

(c)    Representations by Haynes and Boone of Non-Debtor Affiliates:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Learning for Life | None. |

(d)    Representations by Haynes and Boone of Selected Chartered Organizations:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Archdiocese of New York | None. |

(e)    Representations by Haynes and Boone of Local Councils:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Boy Scouts of America Aloha Council<br>Boy Scouts of America Buffalo Trail Council<br>Boy Scouts of America Cascade Pacific Council<br>Boy Scouts of America Chicago Area Council<br>Boy Scouts of America Chickasaw Council<br>Boy Scouts of America Connecticut Yankee Council<br>Boy Scouts of America New Birth Of Freedom Council<br>Boy Scouts of America Northwest Georgia Council<br>Boy Scouts of America San Diego-Imperial Council<br>Boy Scouts of America Spirit Of Adventure Council | None. |

(f)    Representations by Haynes and Boone of Secured Parties:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| AT&T Corp. | UniFi Equipment Finance, Inc. |
| CIT Bank, N.A. | |
| JPMorgan Chase Bank NA | |
| Wells Fargo Financial Leasing, Inc. | |
| JPMorgan Chase | |
| Raymond Leasing Corporation | |
| The Chase Manhattan Bank | |

(g)    Representations by Haynes and Boone of Banks:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Regions Bank | Scotiabank |
| TD BANK | First State Bank |
| US Bank | |
| Merrill Lynch, Pierce, Fenner & Smith Incorporated | |
| Goldman Sachs | |
| Bank of America | |
| Northern Trust Company | |
| PNC Bank | |
| RBC BANK | |
| Banco Popular | |
| BB&T | |
| BlackRock | |
| Fifth Third Bank | |
| FIDELITY INVESTMENTS | |

(h)    Representations by Haynes and Boone of Credit Card Processors:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Paymentech, LLC | None. |
| Paypal, Inc. | |
| Wells Fargo | |
| Bank of America Merchant Services | |
| DISCOVER | |

(i)    Representations by Haynes and Boone of Insurers:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Munich Re Group | None. |

3

(j)    Representations by Haynes and Boone of Landlords:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None. | None. |

(k)    Representations by Haynes and Boone of Litigation Parties:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Walgreen Company<br>United Services Automobile Association<br>Boy Scout Troop 204 Memphis -<br>Chickasaw Council -<br>Thunderbird District<br>Connecticut Yankee Council<br>Roman Catholic Archbishop<br>Cascade Pacific Council<br>Chicago Area Council | THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS<br>Corporation of the President of the Church of Jesus Christ of Latter-Day Saints |

(l)    Representations by Haynes and Boone of Professionals to be Retained by the Debtors:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None. | None. |

(m)    Representations by Haynes and Boone of Professionals Representing Certain Parties in Interest:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Ankura Consulting Group, LLC<br>AlixPartners LLP<br>Norton Rose Fulbright US LLP | None. |

(n)    Representations by Haynes and Boone of Ordinary Course Professionals:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Hueston Hennigan | None. |

(o)    Representations by Haynes and Boone of Tort Claimants' Committee:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None. | None. |

(p)     Representations by Haynes and Boone of Unsecured Creditors Committee:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None. | None. |

(q)     Representations by Haynes and Boone of Top 25 Plaintiffs' Law Firms Representing the Largest Number of Abuse Victims Asserting Claims Against the Debtors:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None. | None. |

(r)     Representations by Haynes and Boone of Top 30 General Unsecured Creditors of the Debtors (Non-Abuse Claims):

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None. | None. |

(s)     Representations by Haynes and Boone of Deferred Compensation and Restoration Plan Participants:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| John A. Coyle | None. |

(t)     Representations by Haynes and Boone of Significant Contract Counterparties:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| RCG Global Services Inc.<br>AT&T (5019)<br>AT&T Mobility<br>AT&T Capital Services, Inc.<br>Golin Harris International Inc.<br>Grant Thornton | None. |

(u)     Representations by Haynes and Boone of Significant Customers:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None. | None. |

(v)     Representations by Haynes and Boone of Significant Donors:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Anadarko Petroleum Corporation<br>Publishing Concepts LP<br>Insurance Auto Action | None. |

| Robert Cruickshank Tilden Family Philanthropy Fund | |
|---|---|

(w)    Representations by Haynes and Boone of Significant Vendors:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Pacific Life & Annuity Services Inc. Syncb/Amazon Mutual of Omaha Structured American Airlines | GSR LLC |

(x)    Representations by Haynes and Boone of Significant Taxing Authorities:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None. | None. |

(y)    Representations by Haynes and Boone of Significant Utility Providers:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| AT&T Wireless AT&T Consolidated Communications AT&T - Opus Time Warner Cable Ferrellgas Republic Services, Inc. | None. |

(z)    Representations by Haynes and Boone of U.S. Trustee, Judges, and Court Contacts for the District of Delaware:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None. | None. |