**Exhibit C**

**McGowan Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**DECLARATION OF STEVEN P. MCGOWAN IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF HAYNES AND BOONE, LLP AS SPECIAL INSURANCE COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, *NUNC PRO TUNC* TO THE PETITION DATE**

I, Steven P. McGowan, being duly sworn, state the following under penalty of perjury:

1. I am the Secretary and General Counsel of the Boy Scouts of America. I submit this declaration in support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Haynes and Boone, LLP as Special Insurance Counsel for the Debtors and Debtors in Possession,* Nunc Pro Tunc *to the Petition Date* (the "Application")[2] of the BSA and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors").

**THE DEBTORS' SELECTION OF COUNSEL**

2. The Debtors recognize that a comprehensive review process is necessary when selecting and managing chapter 11 counsel to ensure that bankruptcy professionals are subject to the same client-driven market scrutiny and accountability as professionals in non-bankruptcy engagements. The BSA retained Haynes and Boone in January 2018 to advise the BSA

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Application.

regarding insurance coverage matters and coverage litigation. The BSA retained Haynes and Boone because of, among other factors, its extensive expertise and client service with respect to insurance matters. I believe that Haynes and Boone is both well qualified and uniquely able to represent the Debtors in these chapter 11 cases in an efficient and expert manner as special insurance counsel.

## RATE STRUCTURE

3.  In my capacity as General Counsel, I am responsible for supervising outside counsel retained by the Debtors in the ordinary course of business. Haynes and Boone has informed the Debtors that its rates for bankruptcy representations are comparable to the rates it charges for non-bankruptcy representations. As discussed below, I am also responsible for reviewing the invoices regularly submitted by Haynes and Boone, and the rates Haynes and Boone charged the Debtors in the prepetition period are the same as the regular, annually-adjusted rates Haynes and Boone will charge the Debtors in the postpetition period.

## COST SUPERVISION

4.  The Debtors recognize that they have the responsibility to closely monitor the billing practices of their counsel to ensure the fees and expenses paid by the estates remain consistent with the Debtors' expectations and the exigencies of these chapter 11 cases. As they did prepetition, the Debtors will continue to bring discipline, predictability, client involvement, and accountability to the counsel fees and expenses reimbursement process. To that end, the Debtors will review and monitor the invoices that Haynes and Boone submits.

*[Remainder of Page Intentionally Left Blank]*

3

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  March 17, 2020
        Wilmington, Delaware

Respectfully submitted,

 /s/ Steven P. McGowan
Steven P. McGowan
Secretary and General Counsel

*Boy Scouts of America and Delaware BSA, LLC*