IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>Re: Dkt No. 147 |

**AFFIDAVIT OF JOSHUA D. WEINBERG IN SUPPORT OF THE LIMITED OBJECTION OF CREDITORS AND PARTIES IN INTEREST FIRST STATE INSURANCE COMPANY AND TWIN CITY FIRE INSURANCE COMPANY TO NATIONAL SURETY CORPORATION'S MOTION (I) FOR RELIEF FROM THE AUTOMATIC STAY, OR IN THE ALTERNATIVE, (II) TO EXTEND THE STAY**

**WASHINGTON, DISTRICT OF COLUMBIA:**

BEFORE ME, the undersigned Notary Public, on this day, personally appeared JOSHUA D. WEINBERG, the affiant, whose identity is known to me. After I administered an oath, affiant testified as follows:

1. My name is Joshua D. Weinberg. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am a partner at the law firm of Shipman & Goodwin LLP and serve as counsel for First State Insurance Company and Twin City Fire Insurance Company (collectively, "Hartford") in connection with this matter. I am also counsel to First State and Twin City in the matter captioned *National Surety Corporation v. Boy Scouts of America, et al.*, Case No. 2017-CH-14975 pending in the Circuit Court of Cook County, Illinois, County Department, Chancery Division (the "Illinois Action").

3. On February 10, 2020, Allianz filed Allianz' First Amended Counterclaim Regarding the Monroe Settlement in the Illinois Action. A true and correct copy is attached as Exhibit 1.

4. On or about February 28, 2020, I conferred with counsel for Allianz in the Illinois Action and requested that Allianz agree that its counterclaims in the Illinois Lawsuit would remain stayed. Allianz did not agree to Hartford's request.

5. On March 6, 2020, Hartford filed a motion in the Illinois Lawsuit seeking an Order declaring that the Allianz counterclaims against Hartford are stayed.

6. On March 10, 2020, the Illinois court informed the parties, via electronic mail, that the Illinois Lawsuit is stayed pending resolution of this motion. A true and correct copy of the Court's e-mail is attached as Exhibit 2.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Joshua D. Weinberg

Sworn to me this

17th day of March, 2020

Notary Public Gregory Gomperts
My Commission Expires: August 31, 2022



GREGORY GOMPERTS
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires August 31, 2022

District of Columbia: SS
Subscribed and sworn to before me, in my presence,
this 17 day of March, 2020

_____
Gregory Gomperts, Notary Public, D.C.
My commission expires August 31, 2022.