# EXHIBIT 2

**From:** Weinberg, Joshua D.
**Sent:** Tuesday, March 10, 2020 12:49 PM
**To:** Williams, Abigail W.
**Subject:** Fwd: 17CH14975 NATIONAL SURETY V BOY SCOUTS - Motions filed on March 3, 2020

Sent from my iPhone

Begin forwarded message:

> **From:** "Sarah Lewis (Chief Judge's Office)"
> **Date:** March 10, 2020 at 12:11:28 PM EDT
> **To:** "Todd C. Jacobs" , "CWadley@walkerwilcox.com" , "Ernest.martin@haynesboone.com" , "adrian.azer@haynesboone.com" , "Jeremiah D. Junker" , "Dosborne@lpplawfirm.com" , "lrafferty@lpplawfirm.com" , "litchfield@litchfieldcavo.com" , "tooth@litchfieldcavo.com" , "msorem@nicolaidesllp.com" , "relrahman@nicolaidesllp.com" , "ssuave@hww-law.com" , "scott.turner@cna.com" , Dena Economou , "jcornbleet@karballaw.com" , "Weinberg, Joshua D." , "esmola@hurley-law.com" , "osielski@hurley-law.com" , "mfahey@clausen.com" , "larmenti@coughlinduffy.com" , "mhrinewski@coughlinduffy.com" , "kcoughlin@coughlinduffy.com" , "gschiltz@crottylaw.com" , "ssauve@hww-law.com" , "John E. Bucheit" , "David M. Caves"
> **Cc:** "Abigail Elmer (Chief Judge's Office)"
> **Subject: Re: 17CH14975 NATIONAL SURETY V BOY SCOUTS - Motions filed on March 3, 2020**
>
> *EXTERNAL EMAIL*
>
> Thank you for your quick response. Until the bankruptcy court grants relief from the automatic stay, this Court cannot hear motions in this case. To save everyone an unnecessary trip to court, perhaps the best thing to do is wait to hear from National Surety's counsel via email following the March 24, 2020 bankruptcy court date. If the bankruptcy court grants relief from the stay, we can arrange a court date via email and hear the pending motions at that date.
>
> ---
>
> **From:** Todd C. Jacobs
> **Sent:** Tuesday, March 10, 2020 10:54 AM
> **To:** Sarah Lewis (Chief Judge's Office) ; CWadley@walkerwilcox.com ; Ernest.martin@haynesboone.com ; adrian.azer@haynesboone.com ; Jeremiah D. Junker ; Dosborne@lpplawfirm.com ; lrafferty@lpplawfirm.com ; litchfield@litchfieldcavo.com ; tooth@litchfieldcavo.com ; msorem@nicolaidesllp.com ; relrahman@nicolaidesllp.com ; ssuave@hww-law.com ; scott.turner@cna.com ; Dena Economou ; jcornbleet@karballaw.com ; Joshua Weinberg ; esmola@hurley-law.com ; osielski@hurley-law.com ; mfahey@clausen.com ; larmenti@coughlinduffy.com ; mhrinewski@coughlinduffy.com ; kcoughlin@coughlinduffy.com ; gschiltz@crottylaw.com ; ssauve@hww-law.com ; John E. Bucheit ; David M. Caves
> **Cc:** Abigail Elmer (Chief Judge's Office)
> **Subject:** RE: 17CH14975 NATIONAL SURETY V BOY SCOUTS - Motions filed on March 3, 2020
>
> ## Dear Ms. Lewis:

We represent plaintiff National Surety Corporation ("National Surety"). National Surety has filed in the bankruptcy court a motion for relief from the automatic stay requesting that this matter be allowed to proceed. It is scheduled to be heard by the bankruptcy court on March 24. We will promptly advise the Court of the result of that motion. In the interim, we request the Court's guidance as to whether an appearance will be required in this matter on March 19. Thank you.



Todd C. Jacobs - *Shareholder*
Bradley Riley Jacobs PC
320 W. Ohio Street, Suite 3W, Chicago, IL 60654
Direct: (312) 281-0295 | Mobile: (847) 370-1837 | Iowa direct: (319) 861-8706
www.bradleyrileyjacobs.com | Profile

Chicago | Cedar Rapids | Iowa City

**Notice:** Because email messages sent between you and Bradley Riley Jacobs PC and its employees are transmitted over the internet, Bradley Riley Jacobs PC cannot assure that such messages are secure. You should be careful in transmitting information to Bradley Riley Jacobs PC that you consider confidential. If you are uncomfortable with such risks, you may decide not to use email to communicate with Bradley Riley Jacobs PC. This message is covered by the Electronic Communication Privacy Act, 18 U.S.C. Sections 2510-2515, is intended only for the use of the person to whom it is addressed and may contain information that is confidential and subject to the attorney-client privilege. It should not be forwarded to anyone else. If you received this message and are not the addressee, you have received this message in error. Please notify the person sending the message and destroy your copy. Thank you.

**From:** Sarah Lewis (Chief Judge's Office)
**Sent:** Tuesday, March 10, 2020 10:43 AM
**To:** CWadley@walkerwilcox.com; Ernest.martin@haynesboone.com; adrian.azer@haynesboone.com; Todd C. Jacobs ; Jeremiah D. Junker ; Dosborne@lpplawfirm.com; lrafferty@lpplawfirm.com; litchfield@litchfieldcavo.com; tooth@litchfieldcavo.com; msorem@nicolaidesllp.com; relrahman@nicolaidesllp.com; ssuave@hww-law.com; scott.turner@cna.com; Dena Economou ; jcornbleet@karballaw.com; Joshua Weinberg ; esmola@hurley-law.com; osielski@hurley-law.com; mfahey@clausen.com; larmenti@coughlinduffy.com; mhrinewski@coughlinduffy.com; kcoughlin@coughlinduffy.com; gschiltz@crottylaw.com; ssauve@hww-law.com
**Cc:** Abigail Elmer (Chief Judge's Office)
**Subject:** Fw: 17CH14975 NATIONAL SURETY V BOY SCOUTS - Motions filed on March 3, 2020
Sorry to send this again but I needed to amend typos in some of the email addresses and this way you all can reply all without get error messages.

**From:** Sarah Lewis (Chief Judge's Office) <Sarah.Lewis@cookcountyil.gov>
**Sent:** Tuesday, March 10, 2020 10:37 AM
**To:** CWadley@walkerwilcox.com <CWadley@walkerwilcox.com>; gschlitz@crottylaw.com <gschlitz@crottylaw.com>; Ernest.martin@haynesboone.com <Ernest.martin@haynesboone.com>; adrian.azer@haynesboone.com <adrian.azer@haynesboone.com>; tjacobs@bradleyriley.com <tjacobs@bradleyriley.com>; mcarrington@bradleyriley.com <mcarrington@bradleyriley.com>; jjunker@bradleyriley.com <jjunker@bradleyriley.com>; Dosborne@lpplawfirm.com <Dosborne@lpplawfirm.com>; lrafferty@lpplawfirm.com <lrafferty@lpplawfirm.com>; litchfield@litchfieldcavo.com <litchfield@litchfieldcavo.com>; tooth@litchfieldcavo.com <tooth@litchfieldcavo.com>; msorem@nicolaidesllp.com <msorem@nicolaidesllp.com>; relrahman@nicolaidesllp.com <relrahman@nicolaidesllp.com>; ssuave@hww-law.com <ssuave@hww-law.com>; scott.turner@cna.com <scott.turner@cna.com>; Dena Economou <deconomou@KARBALLAW.com>; jcornbleet@karballaw.com <jcornbleet@karballaw.com>; Joshua Weinberg <jweinberg@goodwin.com>; esmola@hurley-law.com <esmola@hurley-law.com>;

osielski@hurley-law.com <osielski@hurley-law.com>; mfahey@clausen.com <mfahey@clausen.com>; larmenti@coughlinduffy.com <larmenti@coughlinduffy.com>; mhrinewski@coughlinduffy.com <mhrinewski@coughlinduffy.com>; kcoughlin@coughlinduffy.com <kcoughlin@coughlinduffy.com>
**Cc:** Abigail Elmer (Chief Judge's Office) <Abigail.Elmer@cookcountyil.gov>
**Subject:** 17CH14975 NATIONAL SURETY V BOY SCOUTS - Motions filed on March 3, 2020
Good morning.
The Court is in receipt of Century's motions filed on March 3, 2020; however, the Court previously received a Suggestion of Bankruptcy from the Boy Scouts. Has the bankruptcy court given the parties leave to continue with this litigation? If so, please efile the bankruptcy court order granting such leave on this case's docket and deliver a courtesy copy to the Court.
Thank you.
**Sarah Cole Lewis, J.D.**
Judicial Law Clerk to the Honorable Alison Conlon
Circuit Court of Cook County, Chancery Division
50 W. Washington St., Room 2408
Chicago, IL 60602
(312) 603-4159
Sarah.Lewis@CookCountyIL.gov
Have you reviewed the Special Instructions for eFiling in Cook County or Calendar 4's Standing Orders?