**IN THE UNITED STATES BANKRUPCTY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>Re:  Dkt No. 147 |

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on March 17, 2020, a copy of the Limited Objection of Creditors and Parties In Interest First State Insurance Company and Twin City Fire Insurance Company to National Surety Corporation's Motion (I) For Relief from the Automatic Stay, or in the Alternative, (II) To Extend the Stay was filed electronically and notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.  The foregoing was also served on March 17, 2020, to the parties listed below via email and/or first class US Mail.

      In addition, the foregoing was served on March 17, 2020 on the parties who do not receive electronic service of documents.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**Debtor - Via first class mail**
Boy Scouts of America
Attn. Officer, Managing or General Agent or Agent for Service of Process
1325 West Walnut Hill Lane
Irving, TX 75038

**Debtors' Counsel - Via Email**
Derek C. Abbott
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
302-658-3989 (fax)
dabbott@mnat.com

Michael Christian Andolina
Sidley Austin
1 South Dearborn Street
Chicago, IL 60603
312 853-7000
312-853-7036 (fax)
mandolina@sidley.com

Joseph Charles Barsalona II
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
Suite 1600
Wilmington, DE 19801
302-351-9118
302-658-3989 (fax)
jbarsalona@mnat.com

Karim Basaria
1 South Dearborn
Chicago, IL 60603
312853-7000
312 853-7036 (fax)
kbasaria@sidley.com

Jessica C. Boelter
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
212 839-5300
212 839-5599 (fax)
jboelter@sidley.com

James F Conlan
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
212-839-5300
jconlan@sidley.com

Thomas A. Labuda, Jr.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
312-853-7000
312-853-7036 (fax)
tlabuda@sidley.com

Matthew Evan Linder
Sidley Austin LLP
1 South Dearborn Street
Chicago, IL 6603
312-853-7000
312-853-7036 (fax)
mlinder@sidley.com

Eric Moats
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19801
302-658-9200
302-658-3989 (fax)
emoats@mnat.com

Andrew R. Remming
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
302-658-9200
302-658-3989 (fax)
aremming@mnat.com

Paige Noelle Topper
Morris Nichols Arsht & Tunnel
1201 N. Market Street
Wilmington, DE 19801
302-658-9200
302-658-3989 (fax)
ptopper@mnat.com

Blair M. Warner
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
312-853-7000
blair.warner@sidley.com

**Counsel to US Trustee** - **Via email**
David L. Buchbinder
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
Suite 2207
Wilmington, DE 19801
302-573-6491
302-573-6497 (fax)
david.l.buchbinder@usdoj.gov

Hannah Mufson McCollum
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
302-573-6491
302-573-6497 (fax)
hannah.mccollum@usdoj.gov

Dated:  March 17, 2020

                                        By: /s/ Eric S. Goldstein_____
                                        Eric S. Goldstein
                                        Shipman & Goodwin LLP
                                        One Constitution Plaza
                                        Hartford, CT 06103
                                        (860) 251-5000

                                        *Counsel for First State Insurance Company*
                                        *and Twin City Fire Insurance Company*