## Exhibit D

**Pre-Petition Invoices**

The below charts summarize the Debtors' payment of invoices under the terms of the Prepetition FCR Agreement (as defined in the Motion):

| Payee | Invoice Date | Invoice Amount |
|---|---|---|
| Young Conaway | 2/12/2019 | 137,864.45 |
| Young Conaway | 3/20/2019 | 46,871.25 |
| Young Conaway | 4/22/2019 | 63,198.00 |
| Young Conaway | 5/16/2019 | 201,870.96 |
| Young Conaway | 6/14/2019 | 84,555.38 |
| Young Conaway | 7/10/2019 | 65,456.03 |
| Young Conaway | 8/20/2019 | 78,312.38 |
| Young Conaway | 9/19/2019 | 59,666.72 |
| Young Conaway | 10/15/2019 | 24,983.71 |
| Young Conaway | 11/20/2019 | 19,134.46 |
| Young Conaway | 12/16/2019 | 41,740.35 |
| Young Conaway | 1/17/2020 | 4,017.47 |
|  | **Total** | **827,671.16** |