UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:  Chapter 11
Case No. 20-10343 (LSS)

Debtors: BOY SCOUTS OF AMERICA AND
DELAWARE BSA, LLC

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of David E. Blabey, Jr. of Kramer Levin Naftalis & Frankel LLP to represent the Official Committee of Unsecured Creditors in these cases and any related adversary proceedings.

Dated: March 17, 2020
Wilmington, Delaware

By: */s/ Katelin A. Morales*
Katelin A. Morales (No. 6683)
REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, DE  19801
Telephone:  (302) 778-7500
E-mail: kmorales@reedsmith.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  March 17, 2020

By: */s/ David E. Blabey, Jr.*
David E. Blabey, Jr.
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
E-mail: dblabey@kramerlevin.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**Dated: March 17th, 2020**
**Wilmington, Delaware**

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE