# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 13th day of March, 2020, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002 [Docket No. 175]**

/s/ James E. O'Neill
James E. O'Neill (Bar No. 4042)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Boy Scouts of America and
Delaware BSA, LLC
2002 Service List FIRST CLASS MAIL
Case No. 20-10343 (LSS)
Document No. 227639.1
15 – Hand Delivery
76 – First Class Mail
01 – Foreign First Class Mail

(Counsel to Tort Claimants Committee)
James I. Stang, Esq.
James O'Neill, Esq.
Kenneth Brown, Esq.
Ilan Scharf, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE  19801

**HAND DELIVERY**
(Proposed Counsel to the Debtors)
Derek C. Abbott, Esq.
Joseph Charles Barsalona II, Esq.
Andrew R. Remming, Esq.
Eric Moats, Esq.
Paige Noelle Topper, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19899

**HAND DELIVERY**
(Counsel to Girl Scouts of the United States
of America)
Eric Lopez Schnabel, Esq.
Alessandra Glorioso, Esq.
Dorsey & Whitney LLP
300 Delaware Ave, Suite 1010
Wilmington, DE  19801

**HAND DELIVERY**
Office of the U.S. Trustee
David L. Buchbinder, Esq.
Hannah Mufson McCollum, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

**HAND DELIVERY**
(Counsel to Old Republic Insurance
Company)
Brett D. Fallon, Esq.
Brya M. Keilson, Esq.
Morris James LLP
500 Delaware Ave, Suite 1500
Wilmington, DE  19801

**HAND DELIVERY**
(Counsel to National Surety Corporation)
David M. Fournier, Esq.
Marcy J. McLaughlin Smith, Esq.
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE  19899-1709

**HAND DELIVERY**
(Counsel to The Church of Jesus Christ of
Latter-day Saints)
Michael Merchant, Esq.
Brett Haywood, Esq.
Richards, Layton & Finger, PA
One Rodney Square
920 N King Street
Wilmington, DE  19801

**HAND DELIVERY**
US Attorney for Delaware
David C Weiss, Esq.
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE  19899-2046

**HAND DELIVERY**
(Counsel to JPMorgan Chase Bank, NA)
Matthew Ward, Esq.
Morgan Patterson, Esq.
Womble Bond Dickinson (US) LLP
1313 N Market Street, Suite 1200
Wilmington, DE  19801

**HAND DELIVERY**
James L. Patton, Jr., Esq.
Robert Brady, Esq.
Edwin Harron, Esq.
Young Conaway Stargatt & Taylor
Rodney Square
1000 N King Street
Wilmington, DE 19801

**HAND DELIVERY**
(Counsel to Weaver Fundraising, LLC d/b/a Tail's End Popcorn Company)
Patrick A. Jackson, Esq.
Faegre Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801-1621

**HAND DELIVERY**
(Counsel to Pearson Education, Inc.; NCS Pearson, Inc.)
Jeffrey R. Waxman, Esq.
Eric J. Monzo, Esq.
Morris James LLP
500 Delaware Ave, Suite 1500
Wilmington, DE 19801

**HAND DELIVERY**
(Counsel to Waste Management)
Brian J. McLaughlin, Esq.
Rachel B. Mersky, Esq.
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

**HAND DELIVERY**
(Counsel to National Union Fire Insurance Company of Pittsburgh, PA; Lexington Insurance Company; Landmark Insurance Company; The Insurance Company of the State of Pennsylvania)
Deirdre M. Richards, Esq.
Fineman Krekstein & Harris P.C.
1300 N. King Street
Wilmington, DE 19801

**HAND DELIVERY**
(Counsel to Jane Doe)
Mark L. Desgrosseilliers, Esq.
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801

**HAND DELIVERY**
(Proposed Counsel to the Official Committee of Unsecured Creditors)
Kurt F. Gwynne, Esq.
Katelin A Morales, Esq.
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

**FIRST CLASS MAIL**
(Counsel to Certain Claimants, Joseph Kaminski and Other Claimants)
Raeann Warner, Esq.
Thomas Crumplar, Esq.
Jacobs & Crumplar, P.A.
750 Shipyard Dr, Suite 200
Wilmington, DE 19801

**FIRST CLASS MAIL**
(Counsel to Certain Claimants, Joseph Kaminski and Other Claimants)
Thomas S. Neuberger, Esq.
Stephen J. Neuberger, Esq.
The Neuberger Firm
17 Harlech Drive
Wilmington, DE 19807

**FIRST CLASS MAIL**
(Top 25 Creditor)
Nathaniel L. Foote, Esq.
Andreozzi & Associates, PC
111 N Front Street
Harrisburg, PA 17101

**FIRST CLASS MAIL**
(Top 25 Creditor)
Stewart Eisenberg, Esq.
Eisenberg Rothweiler, Winkler
Eisenberg & Jeck, PC
1634 Spruce Street
Philadelphia, PA 19103

**FIRST CLASS MAIL**
(Top 25 Creditor)
Michael G Dowd, Esq.
Michael G Dowd
600 3rd Ave, 15th Floor
New York, NY 10016

**FIRST CLASS MAIL**
(Top 25 Creditor)
Sanford Rubenstein, Esq.
Rubenstein & Rynecki
16 Court Street, Suite 1717
Brooklyn, NY 11241

**FIRST CLASS MAIL**
(Top 25 Creditor)
Gerard Sweeney, Esq.
Sweeny Reich & Bolz, LLP
1981 Marcus Ave, Suite 200
Lake Success, NY 11042

**FIRST CLASS MAIL**
(Top 25 Creditor)
Andrew Van Arsdale, Esq.
Ava Law Group, Inc.
3667 Voltaire Street
San Diego, CA 92106

**FIRST CLASS MAIL**
(Top 25 Creditor)
Michael B. Terry, Esq.
Bondurant, Mixson & Elmore, LLC
One Atlantic Center
1201 W Peachtree Street NW, Suite 3900
Atlanta, GA 30309

**FIRST CLASS MAIL**
(Top 25 Creditor)
Stephen Crew, Esq.
Crew Janci LLP
1200 NW Naito Pkwy, Suite 500
Portland, OR 97209

**FIRST CLASS MAIL**
(Top 25 Creditor)
Gilion Dumas, Esq.
Dumas Law Group, LLC
aka Dumas & Vaughn Attorneys At Law
3835 NE Hancock Street, Suite G1-B
Portland, OR 97212

**FIRST CLASS MAIL**
(Top 25 Creditor)
Joshua Gillispie, Esq.
Green & Gillispie
1 Riverfront Pl, Suite 605
North Little Rock, AR 72114

**FIRST CLASS MAIL**
(Top 25 Creditor)
Jonathan Barnes, Esq.
Gregg, Hunt, Ahern & Embry
One Cranberry Hill, 304
Lexington, MA 02421

**FIRST CLASS MAIL**
(Top 25 Creditor)
Christopher Hurley, Esq.
Hurley Mckenna & Mertz PC
33 N Dearborn Street, Suite 1430
Chicago, IL 60602

**FIRST CLASS MAIL**
(Top 25 Creditor)
Jeffrey Anderson, Esq.
Jeff Anderson & Assoc, PA
505 Thornall Street, Suite 405
Edison, NJ 08837

**FIRST CLASS MAIL**
(Top 25 Creditor)
Timothy Kosnoff, Esq.
Kosnoff Law
1321 Upland Dr., PMB 4685
Houston, TX 77043

**FIRST CLASS MAIL**
(Top 25 Creditor)
Mitchell Garabedian, Esq.
Law Offices Of Mitchell Garabedian
100 State Street, 6th Floor
Boston, MA 02109

**FIRST CLASS MAIL**
(Top 25 Creditor)
James L Dumas, Esq.
Lindsay Hart, LLP
1300 SW 5th Avenue, Suite 3400
Portland, OR 97201

**FIRST CLASS MAIL**
(Top 25 Creditor)
James Marsh, Esq.
Marsh Law Firm
151 E Post Rd, Suite 102
White Plains, NY 10601

**FIRST CLASS MAIL**
(Top 25 Creditor)
Jordan Merson, Esq.
Merson Law
150 E 58th Street, 34th Floor
New York, NY 10155

**FIRST CLASS MAIL**
(Top 25 Creditor)
Darren Penn, Esq.
Penn Law Group
4200 Northside Pkwy, NW
Building One, Suite 100
Atlanta, GA 30327

**FIRST CLASS MAIL**
(Top 25 Creditor)
Michael Pfau, Esq.
Pfau, Cochran, Vertetis, Amala PLLC
403 Columbia Street, Suite 500
Seattle, WA 98104

**FIRST CLASS MAIL**
(Top 25 Creditor)
Jay Silvio Mascolo, Esq.
Rebenack, Aronow, Mascolo, LLP
111 Livingston Ave
New Brunswick, NJ 08901

**FIRST CLASS MAIL**
(Top 25 Creditor)
Patrick Stoneking, Esq.
Robins Kaplan LLP
399 Park Ave, Suite 3600
New York, NY 10022

**FIRST CLASS MAIL**
(Top 25 Creditor)
Tad Thomas, Esq.
Louis C. Schneider, Esq.
Thomas Law Office, PLLC
9418 Norton Commons Blvd, Suite 200
Louisville, KY 40059

**FIRST CLASS MAIL**
(Top 25 Creditor)
Paul Mones
13101 Washington Boulevard
Los Angeles, CA 90066

**FIRST CLASS MAIL**
(Top 30 Creditor)
American Engineers & Contractors
Shiv Shahi, Owner
224 Datura St, Suite 1012
West Palm Beach, FL 33401

**FIRST CLASS MAIL**
(Top 30 Creditor)
(Counsel to Doe Claimant 2001)
Jeffrey E. Martin, Esq.
Law Offices of Jeffrey E. Martin LLC
On behalf of Doe Claimant 2001
2340 S. Arlington Heights Rd, Suite 520
Arlington Heights, IL  60005

**FIRST CLASS MAIL**
(Top 30 Creditor)
Lion Brothers Co Inc.
Susan Ganz, CEO
10246 Reisterstown Rd
Owings Mills, MD  21117

**FIRST CLASS MAIL**
(Top 30 Creditor)
NCS Pearson, Inc.
Bjarne Tellmann, Esq.
Gen Counsel & CLO
200 Old Tappen Rd
Old Tappan, NJ  07675

**FIRST CLASS MAIL**
(Top 30 Creditor)
Quad/Graphics, Inc.
Joel Quadracci, Chairman, Pres & CEO
N61W23044 Harrys Way
Sussex, WI  53089-2827

**FIRST CLASS MAIL**
(Top 30 Creditor)
Pension Benefit Guaranty Corp
Patricia Kelly, CFO
Cassandra Burton
Craig Fessenden
1200 K Street NW
Washington, DC 20005

**FIRST CLASS MAIL**
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA  19101-7346

**FIRST CLASS MAIL**
The County Commission of Fayette County
Attn:  President
P.O. Box 307
Fayetteville, WV  25840

**FIRST CLASS MAIL**
JPMorgan Chase Bank, NA
Phil Martin
10 S Dearborn Street
Mail Code Il1-1415
Chicago, IL  60603

**FIRST CLASS MAIL**
United States Dept of Justice
950 Pennsylvania Ave, NW
Room 2242
Washington, DC 20530-0001

**FIRST CLASS MAIL**
(Proposed Counsel to the Debtors)
James F. Conlan, Esq.
Thomas A. Labuda, Esq.
Michael C. Andolina, Esq.
Matthew E. Linder, Esq.
Karim Basaria, Esq.
Blair M. Warner, Esq.
Sidley Austin
One South Dearborn Street
Chicago, IL  60603

**FIRST CLASS MAIL**
(Proposed Counsel to the Debtors)
Jessica C. Boelter, Esq.
Sidley Austin
787 Seventh Avenue
New York, NY  10019

**FIRST CLASS MAIL**
(Counsel to Sequoia Council of Boy Scouts, Inc.)
Jan T. Perkins, Esq.
Baker Manock & Jensen, PC
5260 N Palm Ave, Suite 421
Fresno, CA  93704

**FIRST CLASS MAIL**
(Counsel to National Surety Corporation)
Todd C. Jacobs, Esq.
Bradley Riley Jacobs PC
320 W Ohio Street, Suite 3W
Chicago, IL 60654

**FIRST CLASS MAIL**
(Counsel to Chickasaw Council, Boy Scouts of America)
Daniel W. Van Horn, Esq.
Butler Snow LP
P.O. Box 171443
Memphis, TN 38187-1443

**FIRST CLASS MAIL**
(Counsel to Chickasaw Council, Boy Scouts of America)
Jason P. Hood, Esq.
Davies Hood PLLC
22 N Front Street, Suite 620
Memphis, TN 38103-2100

**FIRST CLASS MAIL**
(Counsel to Girl Scouts of the United States of America)
Bruce R Ewing, Esq.
Dorsey & Whitney LLP
51 W 52nd Street
New York, NY 10019

**FIRST CLASS MAIL**
(Counsel to Old Republic Insurance Company)
Margaret M. Anderson, Esq.
Fox Swibel Levin & Carroll LLP
200 W Madison Street, Suite 3000
Chicago, IL 60606

**FIRST CLASS MAIL**
(Counsel to JPMorgan Chase Bank, NA)
Louis R. Strubeck, Jr., Esq.
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019-6022

**FIRST CLASS MAIL**
(Counsel to The Church of Jesus Christ of Latter-day Saints)
Jeffrey E Bjork, Esq.
Kimberly A Posin, Esq.
Nicholas J Messana, Esq.
Latham & Watkins LLP
355 S Grand Ave, Suite 100
Los Angeles, CA 90071-1560

**FIRST CLASS MAIL**
(Counsel to The Church of Jesus Christ of Latter-day Saints)
Adam J Goldberg, Esq.
Latham & Watkins LLP
885 3rd Ave
New York, NY 10022-4834

**FIRST CLASS MAIL**
(Counsel to Houston Liens, Montgomery County, Harris County, Orange County, Cleveland ISD, Fort Bend County)
John P. Dillman, Esq.
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

**FIRST CLASS MAIL**
(Counsel to Dallas County)
Elizabeth Weller, Esq.
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207

**FIRST CLASS MAIL**
(Counsel to Sun Life Assurance Company of Canada)
Paul W Carey, Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608

**FIRST CLASS MAIL**
(Counsel to Sun Life Assurance Company of Canada)
Kate P Foley, Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 W Park Drive, Suite 400
Westborough, MA 01581

**FIRST CLASS MAIL**
(Counsel to JPMorgan Chase Bank, NA)
Louis Strubeck, Esq.
Kristian Gluck, Esq.
Ryan Manns, Esq.
Shivani Shah, Esq.
Norton Rose Fulbright US LLP
2200 Ross Ave, Suite 3600
Dallas, TX 75201-7932

**FIRST CLASS MAIL**
Sequoia Counsel of Boy Scouts, Inc.
Michael Marchese
6005 N Tamera Ave
Fresno, CA 93711

**FIRST CLASS MAIL**
(Counsel to Twin City Fire Insurance Company, First State Insurance Company, Hartford Accident and Indemnity Company)
Eric S. Goldstein, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

**FIRST CLASS MAIL**
(Counsel to Twin City Fire Insurance Company, First State Insurance Company, Hartford Accident and Indemnity Company)
Joshua D. Weinberg, Esq.
Abigail W. Williams, Esq.
Shipman & Goodwin LLP
1875 K Street, NW
Washington, DC 20006-1251

**FIRST CLASS MAIL**
Synchrony Bank
c/o PRA Receivables Management, LLC
Valerie Smith
PO Box 41021
Norfolk, VA 23541

**FIRST CLASS MAIL**
(Counsel to The County Commission Of Fayette County)
John Stump, Esq.
Steptoe & Johnson PLLC
Chase Tower - Eighth Floor
707 Virginia Street E.
Charleston, WV 25301

**FIRST CLASS MAIL**
(Counsel to National Surety Corporation)
Harris B. Winsberg, Esq.
Matthew G. Roberts, Esq.
Troutman Sanders LLP
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308

**FIRST CLASS MAIL**
(Counsel to Ad Hoc Committee of Local Councils of the Boy Scouts of America)
Richard Mason, Esq.
Douglas Mayer, Esq.
Joseph C. Celentino, Esq.
Wachtell, Lipton, Rosen & Katz
51 W 52nd Street
New York, NY 10019

**FIRST CLASS MAIL**
(Counsel to Sequoia Council of Boy Scouts, Inc.)
Riley C. Walter, Esq.
Wanger Jones Helsley, PC.
265 E River Park Circle, Suite 310
Fresno, CA 93720

**FIRST CLASS MAIL**
(Counsel to Boy Scouts of America San Diego – Imperial Council; Three Harbors Council Inc. Boy Scouts of America)
Richard J. Bernard, Esq.
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

**FIRST CLASS MAIL**
(Counsel to Boy Scouts of America San Diego – Imperial Council; Three Harbors Council Inc. Boy Scouts of America)
Victor Vilaplana, Esq.
Foley & Lardner LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130

**FIRST CLASS MAIL**
John A. Vos
1430 Lincoln Avenue
San Rafael, CA 94901

**FIRST CLASS MAIL**
Steven A. Ginther, Esq.
Missouri Department of Revenue
Bankruptcy Unit
General Counsel's Office
301 W. High Street, Room 670
PO Box 475
Jefferson, City, MO 65105-0475

**FIRST CLASS MAIL**
(Counsel to Chief Seattle Council, Boy Scouts of America)
Bruce W. Leaverton, Esq.
Karr Tuttle Campbell, P.S.
701 Fifth Avenue, Suite 3300
Seattle, WA 98104

**FIRST CLASS MAIL**
(Counsel to Weaver Fundraising, LLC d/b/a Tail's End Popcorn Company)
Jay Jaffe, Esq.
Faegre Drinker Biddle & Reath LLP
600 E. 96th Street, Suite 600
Indianapolis, IN 46240

**FIRST CLASS MAIL**
Deb Secrest
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121

**FIRST CLASS MAIL**
(Counsel to Pearson Education, Inc.; NCS Pearson, Inc.)
Angela Z. Miller, Esq.
Phillips Lytle LLP
One Canalside
125 Main Street
Buffalo, NY 14203

**FIRST CLASS MAIL**
(Counsel to The County of Anderson Texas; The County of Denton, Texas; Harrison Central Appraisal District; The County of Harrison, Texas; The County of Henderson, Texas; Midland Central Appraisal District; The County of Milam, Texas; Terry County Appraisal District; The County of Williamson, Texas)
Tara LeDay, Esq.
McCreary, Veselka, Bragg & Allen, P.C.
PO Box 1269
Round Rock, TX 78680

**FIRST CLASS MAIL**
(Counsel to National Union Fire Insurance Company of Pittsburgh, PA; Lexington Insurance Company; Landmark Insurance Company; The Insurance Company of the State of Pennsylvania)
Susan N.K. Gummow, Esq.
Igor Shleypak, Esq.
Foran Glennon Palandech Ponzi & Rudloff, P.C.
222 N. LaSalle Street, Suite 1400
Chicago, IL  60614

**FIRST CLASS MAIL**
(Counsel to East Carolina Council BSA, Inc.)
Paul A. Fanning, Esq.
Ward and Smith, P.A.
PO Box 8088
Greenville, NC  27835-8088

**FIRST CLASS MAIL**
(Counsel to Columbia Casualty Company; The Continental Insurance Company as successor in interest to certain policies issued by Harbor Insurance Company; The Continental Insurance Company successor by merger to Niagara Fire Insurance; The Continental Insurance Company)
Craig Goldblatt, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006

**FIRST CLASS MAIL**
(Counsel to Jack Doe, creditor and defendant)
Bradley L. Rice, Esq.
Nagel and Rice LLP
103 Eisenhower Parkway
Roseland, NJ  07068

**FIRST CLASS MAIL**
(Counsel to Jane Doe)
Cindy L. Robinson, Esq.
Doug Mahoney, Esq.
Tremont Sheldon Robinson Mahoney P.C.
64 Lyon Terrace
Bridgeport, CT  06604

**FIRST CLASS MAIL**
(Proposed Counsel to the Official Committee of Unsecured Creditors)
Thomas Moers Mayer, Esq.
Rachael Ringer, Esq.
David E. Blabey, Jr., Esq.
Jennifer R. Sharret, Esq.
Megan M. Wasson, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

**FIRST CLASS MAIL**
(Counsel to R.L. and C.L., his wife (Plaintiffs in State Court action pending in the Superior Court of New Jersey, Essex County, Docket No. ESX-L-63-20))
Joseph H. Lemkin, Esq.
Stark & Stark, P.C.
PO Box 5315
Princeton, NJ  08543

**FOREIGN FIRST CLASS**
(Top 25 Creditor)
David Lujan, Esq.
Lujan & Wolff, LLP
238 Archbishop Flores Street, Suite 300
DNA Bldg
Hagatna, GU  96910