**<u>Exhibit C</u>**

**McGowan Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

### DECLARATION OF STEVEN P. MCGOWAN IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. AS SPECIAL LITIGATION COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, *NUNC PRO TUNC* TO THE PETITION DATE

I, Steven P. McGowan, being duly sworn, state the following under penalty of perjury:

1. I am the Secretary and General Counsel of the Boy Scouts of America (the "BSA"). I submit this declaration in support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. as Special Litigation Counsel for the Debtors and Debtors in Possession,* Nunc Pro Tunc *to the Petition Date* (the "Application")[2] of the BSA and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors").

### THE DEBTORS' SELECTION OF COUNSEL

2. The Debtors recognize that a comprehensive review process is necessary when selecting and managing chapter 11 counsel to ensure that bankruptcy professionals are subject to the same client-driven market scrutiny and accountability as professionals in non-bankruptcy

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Application.

engagements. The BSA retained Ogletree Deakins in July 2016 to advise the BSA regarding the Litigation Matters. The BSA retained Ogletree Deakins because of, among other factors, its extensive expertise and client service with respect to such matters. I believe that Ogletree Deakins is both well qualified and uniquely able to represent the Debtors in these chapter 11 cases in an efficient and expert manner as special litigation counsel.

## RATE STRUCTURE

3. In my capacity as General Counsel, I am responsible for supervising outside counsel retained by the Debtors in the ordinary course of business. Ogletree Deakins has informed the Debtors that its rates for bankruptcy representations are comparable to the rates it charges for non-bankruptcy representations. As discussed below, I am also responsible for reviewing the invoices regularly submitted by Ogletree Deakins, and the rates Ogletree Deakins charged the Debtors in the prepetition period are the same as the regular, annually-adjusted rates Ogletree Deakins will charge the Debtors in the postpetition period.

## COST SUPERVISION

4. The Debtors recognize that they have the responsibility to closely monitor the billing practices of their counsel to ensure the fees and expenses paid by the estates remain consistent with the Debtors' expectations and the exigencies of these chapter 11 cases. As they did prepetition, the Debtors will continue to bring discipline, predictability, client involvement, and accountability to the counsel fees and expenses reimbursement process. To that end, the Debtors will review and monitor the invoices that Ogletree Deakins submits.

*[Remainder of Page Intentionally Left Blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 17, 2020
  Wilmington, Delaware

Respectfully submitted,

*/s/ Steven P. McGowan*
Steven P. McGowan
Secretary and General Counsel

*Boy Scouts of America and Delaware BSA, LLC*