**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re:                                                              Chapter 11
                                                                    Case No. 20-10343 (LSS)
Debtors: BOY SCOUTS OF AMERICA AND
         DELAWARE BSA, LLC

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Jennifer R. Sharret of Kramer Levin Naftalis & Frankel LLP to represent the Official Committee of Unsecured Creditors in these cases and any related adversary proceedings.

|  |  |
|---|---|
|  | By: /s/ Katelin A. Morales |
| Dated: March 17, 2020 | Katelin A. Morales (No. 6683) |
| Wilmington, Delaware | REED SMITH LLP |
|  | 1201 Market Street, Suite 1500 |
|  | Wilmington, DE 19801 |
|  | Telephone: (302) 778-7500 |
|  | E-mail: kmorales@reedsmith.com |

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bars of the State of New York and the State of New Jersey, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

|  |  |
|---|---|
|  | By: /s/ Jennifer R. Sharret |
| Dated: March 17, 2020 | Jennifer R. Sharret |
|  | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
|  | 1177 Avenue of the Americas |
|  | New York, NY 10036 |
|  | Telephone: (212) 715-9100 |
|  | E-mail: jsharret@kramerlevin.com |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**Dated: March 18th, 2020**                                          LAURIE SELBER SILVERSTEIN
**Wilmington, Delaware**                                             UNITED STATES BANKRUPTCY JUDGE