**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | **Related Docket No.: 147 & 211** |

**CERTIFICATION OF COUNSEL REGARDING**
**NATIONAL SURETY CORPORATION'S MOTION (I) FOR RELIEF FROM THE**
**AUTOMATIC STAY OR, IN THE ALTERNATIVE, (II) TO EXTEND THE STAY**

I, Andrew R. Remming, counsel to The Boy Scouts of America (the "BSA") and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors") hereby certify as follows to the best of my knowledge, information, and belief:

1. On March 6, 2020, National Surety Corporation ("National Surety") filed *National Surety Corporation's Motion (I) for Relief from the Automatic Stay or, in the Alternative, (II) to Extend the Stay* [D.I. 147] (the "Motion"). Through the Motion, National Surety sought relief from the automatic stay arising under 11 U.S.C. § 362(a) "for cause" pursuant to 11 U.S.C. § 362(d)(1) to continue litigating the Illinois Coverage Action.[2] In the alternative to stay relief, National Surety sought entry of an order extending the automatic stay to the Texas Proceedings. The objection deadline to the Motion was set as March 17, 2020 at 4:00 p.m. (ET) (the "Objection Deadline").

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

2. On March 17, 2020, First State Insurance Company and Twin City Fire Insurance Company filed the *Limited Objection of Creditors and Parties in Interest First State Insurance Company and Twin City Fire Insurance Company to National Surety Corporation's Motion (i) for Relief from the Automatic Stay, or in the Alternative, (ii) to Extend the Stay* [D.I. 211] (the "Objection"). Additionally, National Surety and the Debtors received informal comments to the Motion from counsel to the proposed Future Claimants' Representative. No other objections to the relief requested in the Motion appear on the docket in these cases, nor have any been received by counsel to National Surety or the Debtors.

3. National Surety and the Debtors met and conferred with respect to the Motion. National Surety and the Debtors have agreed to resolve the Motion on the terms and conditions of the proposed order (the "Proposed Order") attached hereto as **Exhibit A**, which grants the "alternative relief" requested in the Motion. A redline reflecting all changes to the proposed order filed with the Motion is attached hereto as **Exhibit B**. Counsel to First State Insurance Company, Twin City Fire Insurance Company, the proposed Future Claimants' Representative and the Tort Claimants' Committee have reviewed the Proposed Order and have no objection to the Court's entry of the Proposed Order.

4. Accordingly, the Debtors respectfully request that the Court enter the Proposed Order attached hereto as **Exhibit A** at its earliest convenience.

| | |
|---|---|
| Dated: March 18, 2020<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*Andrew R. Remming*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Joseph C. Barsalona II (No. 6102)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 425-4664<br>Email: dabbott@mnat.com<br>aremming@mnat.com<br>jbarsalona@mnat.com<br>emoats@mnat.com<br>ptopper@mnat.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Jessica C. K. Boelter (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-5300<br>Email: jboelter@sidley.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Thomas A. Labuda (admitted *pro hac vice*)<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Email: tlabuda@sidley.com<br>mandolina@sidley.com<br>mlinder@sidley.com<br><br>PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION |