# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

    Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Jeffrey T. Testa, Esq. of the law firm of McCarter & English, LLP, to represent the Boy Scouts of America Northern New Jersey Council in the above-captioned, jointly administered bankruptcy proceedings.

Dated:  March 18, 2020                  **McCARTER & ENGLISH, LLP**
        Wilmington, Delaware

                                           */s/ Kate R. Buck*
                                           Kate R. Buck (No. 5140)
                                           405 N. King Street, 8th Floor
                                           Wilmington, DE 19801
                                           Telephone (302) 984-6300
                                           kbuck@mccarter.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

    Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey and to submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

                                             */s/ Jeffrey T. Testa*
                                             Jeffrey T. Testa
                                             McCarter & English, LLP
                                             Four Gateway Center, 100 Mulberry Street
                                             Newark, NJ 07102
                                             Telephone (973) 622-4444
                                             jtesta@mccarter.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

ME1 32807579v.1

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: March 19th, 2020**  **LAURIE SELBER SILVERSTEIN**
**Wilmington, Delaware**  **UNITED STATES BANKRUPTCY JUDGE**

2

ME1 32807579v.1