Michael

# Court Conference

U.S. Bankruptcy Court-District of Delaware
Confirmed Telephonic Appearance Schedule
Honorable Laurie Selber Silverstein
#2

| Calendar Date: | 03/19/2020 |
| --- | --- |
| Calendar Time: | 02:00 PM ET |

Amended Calendar  Mar 19 2020 10:21AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Boy Scouts of America | 20-10343 | Hearing | 10472247 | Derek C. Abbott ✓ | (302) 351-9357 ext. | Morris Nichols Arsht & Tunnell LLP | Debtor, Boy Scouts of America and Delaware BSA, LLC / LIVE |
| | | Boy Scouts of America | 20-10343 | Hearing | 10472522 | Margaret M Anderson | (312) 224-1224 ext. | Fox, Swibel, Levin & Carroll, LLP | Creditor, Old Republic Insurance Company / LISTEN ONLY |
| | | Boy Scouts of America | 20-10343 | Hearing | 10472314 | Michael Andolina ✓ | (312) 853-2228 ext. | Sidley Austin LLP | Debtor, Boy Scouts of America and Delaware BSA, LLC / LIVE |
| | | Boy Scouts of America | 20-10343 | Hearing | 10473540 | Anne Andrews ✓ | (949) 748-1000 ext. | Andrews & Thornton | Creditor, Creditor, Jorge Vega / LIVE |
| | | Boy Scouts of America | 20-10343 | Hearing | 10474445 | Richard Bernard ✓ | (212) 338-3586 ext. | Foley & Lardner LLP | Creditor, Three Harbors Council Inc. Boy Scouts of America / LISTEN ONLY |
| | | Boy Scouts of America | 20-10343 | Hearing | 10474669 | Karen C. Bifferato | (302) 757-7300 ext. | Connolly Gallagher LLP | Claimant, IRC Burnsville Crossing L.L.C. / LIVE |
| | | Boy Scouts of America | 20-10343 | Hearing | 10472709 | Jeff Bjork | (213) 485-1234 ext. | Latham & Watkins LLP | Interested Party, The Church of Jesus Christ of Latter-day Saints / LIVE |
| | | Boy Scouts of America | 20-10343 | Hearing | 10472333 | Jessica Boelter ✓ | (312) 853-7030 ext. | Sidley Austin LLP | Debtor, Boy Scouts of America and Delaware BSA, LLC / LIVE |
| | | Boy Scouts of America | 20-10343 | Hearing | 10471898 | William Bowden | (302) 654-1888 ext. | Ashby & Geddes | Interested Party, Delmarva counsil / LIVE |
| | | Boy Scouts of America | 20-10343 | Hearing | 10473999 | Robert S. Brady | (302) 571-5713 ext. | Young, Conaway Stargatt & Taylor, LLP | Interested Party, Legal Representative for Future Claimants / LIVE |
| | | Boy Scouts of America | 20-10343 | Hearing | 10471788 | David L. Buchbinder | (302) 573-6491 ext. | Office of the United States Trustee | Trustee, United States Trustee / LIVE |
| | | Boy Scouts of America | 20-10343 | Hearing | 10474302 | Jason B. Burnett | (904) 598-9929 ext. | GrayRobinson, PA | Creditor, Greater Tampa Bay Council / LISTEN ONLY |
| | | Boy Scouts of America | 20-10343 | Hearing | 10473000 | Andrew Butler | (212) 326-8308 ext. | Jones Day | Interested Party, Jones Day / LISTEN ONLY |

| Case | Type | Case # | First Name | Last Name | ID | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|---|
| Boy Scouts of America | Hearing | 20-10343 | Joseph C. | Celentino | 10472258 | (212) 403-1000 ext. | Wachtell Lipton Rosen & Katz | Interested Party, The Ad Hoc Committee of Local Councils / LIVE |
| Boy Scouts of America | Hearing | 20-10343 | Jasmine | Chalashtori | 10472734 | (202) 772-1918 ext. | Gilbert LLP | Interested Party, Gilbert LLP / LISTEN ONLY |
| Boy Scouts of America | Hearing | 20-10343 | Randall | Chase | 10472572 | (302) 674-3037 ext. | Associated Press | Interested Party, Associated Press / LISTEN ONLY |
| Boy Scouts of America | Hearing | 20-10343 | Matthew | Chiappardi | 10473030 | (609) 805-1670 ext. | Law 360 | Interested Party, Law360 / LISTEN ONLY |
| Boy Scouts of America | Hearing | 20-10343 | Mark L. | Desgrosseilliers | 10472733 | (302) 295-0191 ext. | Chipman Brown Cicero & Cole, LLP | Defendant(s), Jane Doe / LIVE |
| Boy Scouts of America | Hearing | 20-10343 | Clement | Farley | 10474708 | (973) 639-2064 ext. | McCarter & English | Interested Party, Northern New Jersey Council / LISTEN ONLY |
| Boy Scouts of America | Hearing | 20-10343 | Kevin | Finnerty | 10472618 | (617) 248-4993 ext. | Choate, Hall & Stewart | Insurer, CNA Insurance Company / LIVE |
| Boy Scouts of America | Hearing | 20-10343 | Alessandra | Glorioso | 10472390 | (302) 425-7171 ext. | Dorsey & Whitney LLP | Creditor, Girl Scouts of the United States of America / LIVE |
| Boy Scouts of America | Hearing | 20-10343 | Kristian W. | Gluck | 10472008 | (214) 855-8210 ext. | Norton Rose Fulbright US LLP | Creditor, JP Morgan Chase Bank / LIVE |
| Boy Scouts of America | Hearing | 20-10343 | Adam J. | Goldberg | 10472368 | (212) 906-1200 ext. | Latham & Watkins LLP | Interested Party, The Church of Jesus Christ of Latter-Day Saints / LIVE |
| Boy Scouts of America | Hearing | 20-10343 | Craig | Goldblatt | 10472377 | (202) 663-6483 ext. | Wilmer Cutler Pickering Hale & Dorr, LLP | Insurer, Continental Insurance Company / LIVE |
| Boy Scouts of America | Hearing | 20-10343 | Douglas R. | Gooding | 10472950 | (617) 248-5277 ext. | Choate Hall & Stewart, LLP | Interested Party, Liberty Mutual / LIVE |
| Boy Scouts of America | Hearing | 20-10343 | Susan N.K | Gummow | 10474384 | (312) 863-5000 ext. | Foran Glennon Palandech Ponzi & Rudloff, P.C. | Creditor, AIG / LIVE |
| Boy Scouts of America | Hearing | 20-10343 | Edwin | Harron | 10473997 | (302) 571-6703 ext. | Young, Conaway Stargatt & Taylor, LLP | Interested Party, Legal Representative for Future Claimants / LIVE |
| Boy Scouts of America | Hearing | 20-10343 | Brett M. | Haywood | 10472384 | (302) 651-7700 ext. | Richards, Layton & Finger, P.A. | Interested Party, The Church of Jesus Christ of Latter-day Saints / LISTEN ONLY |
| Boy Scouts of America | Hearing | 20-10343 | Patrick J. | Holohan | 10472875 | (646) 412-5336 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| Boy Scouts of America | Hearing | 20-10343 | Patrick A. | Jackson | 10474523 | (215) 988-2708 ext. | Faegre Drinker Biddle & Reath LLP | Interested Party, Weaver Fund Raising, LLC / LISTEN ONLY |

| Case | Style | Type | ID | Name | Firm | Representation |
|---|---|---|---|---|---|---|
| Boy Scouts of America | 20-10343 | Hearing | 10474501 | Todd Jacobs (847) 370-1837 ext. | Bradley Riley Jacobs PC | Interested Party, National Surety Corporation / LISTEN ONLY |
| Boy Scouts of America | 20-10343 | Hearing | 10472293 | Thomas Labuda Jr. (312) 853-7891 ext. | Sidley Austin LLP | Debtor, Boy Scouts of America and Delaware BSA, LLC / LIVE |
| Boy Scouts of America | 20-10343 | Hearing | 10472235 | Joseph H. Lemkin (609) 791-7022 ext. | Stark & Stark | Creditor, R.L. and C.L. his wife / LISTEN ONLY |
| Boy Scouts of America | 20-10343 | Hearing | 10472385 | Lauren Lifland (212) 295-6305 ext. | Wilmer Cutler Pickering Hale & Dorr LLP | Insurer, Continental Insurance Company / LISTEN ONLY |
| Boy Scouts of America | 20-10343 | Hearing | 10472259 | Matthew Linder (312) 853-7610 ext. | Sidley Austin LLP | Debtor, Boy Scouts of America and Delaware BSA, LLC / LIVE |
| Boy Scouts of America | 20-10343 | Hearing | 10472699 | John W. Lucas (415) 263-7000 ext. 5108 | Pachulski Stang Ziehl & Jones | Representing, Tort Claimants / LIVE |
| Boy Scouts of America | 20-10343 | Hearing | 10472223 | Thomas Moers Mayer (212) 715-9169 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Boy Scouts of America | 20-10343 | Hearing | 10471776 | Hannah M. McCollum (302) 573-6491 ext. | Office of the United States Trustee | Trustee, United States Trustee / LIVE |
| Boy Scouts of America | 20-10343 | Hearing | 10472556 | Marcy J. McLaughlin Smith (302) 777-6535 ext. | Pepper Hamilton LLP | Representing, National Surety Corporation / LIVE |
| Boy Scouts of America | 20-10343 | Hearing | 10472380 | Michael Merchant (302) 651-7854 ext. | Richards, Layton & Finger, P.A. | Interested Party, The Church of Jesus Christ of Latter-day Saints / LIVE |
| Boy Scouts of America | 20-10343 | Hearing | 10471842 | Gerardo Mijares-Shafai (202) 942-6114 ext. | Arnold & Porter Kaye Scholer LLP | Interested Party, Arnold & Porter Kaye Scholer LLP / LISTEN ONLY |
| Boy Scouts of America | 20-10343 | Hearing | 10473950 | Katelin Morales (415) 543-8700 ext. | Reed Smith LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Boy Scouts of America | 20-10343 | Hearing | 10474029 | Thomas S. Neuberger (302) 633-1303 ext. | The Neuberger Firm | Claimant, Joseph Kaminski and John Does 1 thru 3 / LIVE |
| Boy Scouts of America | 20-10343 | Hearing | 10474437 | Roger Ohmstede (212) 715-7654 ext. | Kramer Levin Naftalis & Frankel LLP | Creditor, Roger Ohmstede / LISTEN ONLY |
| Boy Scouts of America | 20-10343 | Hearing | 10472664 | James E. O'Neill (310) 652-4100 ext. | Pachulski Stang Ziehl & Jones | Representing, Tort Claimants / LIVE |
| Boy Scouts of America | 20-10343 | Hearing | 10472686 | Robert B. Orgel (212) 277-6910 ext. | Pachulski Stang Ziehl & Jones | Representing, Tort Claimants / LIVE |
| Boy Scouts of America | 20-10343 | Hearing | 10471966 | Morgan L. Patterson (302) 252-4326 ext. | Womble Bond Dickinson (US) LLP | Creditor, JP Morgan Chase Bank / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Boy Scouts of America | 20-10343 | Hearing | 10472125 | Richard Pedone | Nixon Peabody LLP | (617) 345-1305 ext. | Interested Party, Local Council Spirit of Adventure / LISTEN ONLY |
| Boy Scouts of America | 20-10343 | Hearing | 10474568 | Jonathan W. Randles | Dow Jones | (212) 416-2037 ext. | Interested Party, Jonathan W. Randles / LISTEN ONLY |
| Boy Scouts of America | 20-10343 | Hearing | 10472225 | Andrew R. Remming | Morris Nichols Arsht & Tunnell LLP | (302) 658-9200 ext. | Debtor, Boy Scouts of America and Delaware BSA, LLC / LIVE |
| Boy Scouts of America | 20-10343 | Hearing | 10474007 | Bradley Rice | Nagel Rice, LLP | (973) 618-0400 ext. | Claimant, Jack Doe / LISTEN ONLY |
| Boy Scouts of America | 20-10343 | Hearing | 10472033 | Rachael Ringer | Kramer Levin Naftalis & Frankel LLP | (212) 715-9506 ext. | Creditor, Unsecured Committee of Creditors / LIVE |
| Boy Scouts of America | 20-10343 | Hearing | 10472537 | Matthew G Roberts | Troutman Sanders LLP | (404) 885-2737 ext. | Representing, National Surety Corporation / LIVE |
| Boy Scouts of America | 20-10343 | Hearing | 10474087 | Colin R. Robinson | Pachulski Stang Ziehl & Jones | (302) 778-6426 ext. | Interested Party, Torts Claimants Committee / LISTEN ONLY |
| Boy Scouts of America | 20-10343 | Hearing | 10472273 | Chelsey Rosenbloom | Bryan Cave Leighton Paisner LLP | (212) 541-2149 ext. | Interested Party, Chelsey Rosenbloom / LIVE |
| Boy Scouts of America | 20-10343 | Hearing | 10472396 | Eric Schnabel | Dorsey & Whitney LLP | (302) 425-7171 ext. | Creditor, Girls Scouts of the United States of America / LIVE |
| Boy Scouts of America | 20-10343 | Hearing | 10472095 | Erik Schneider | Nixon Peabody LLP | (617) 345-1112 ext. | Interested Party, Local Council Spirit of Adventure / LISTEN ONLY |
| Boy Scouts of America | 20-10343 | Hearing | 10472428 | Louis Schneider | The Thomas Law Offices | (513) 360-6480 ext. | Defendant(s), B.L., et al / LIVE |
| Boy Scouts of America | 20-10343 | Hearing | 10474185 | Richard A. Sheils | Richard A. Sheils, Attorney at Law | (508) 868-7989 ext. | Interested Party, Heart of New England Council / LISTEN ONLY |
| Boy Scouts of America | 20-10343 | Hearing | 10472078 | Igor Shleypak | Foran Glennon Palandech Ponzi & Rudloff, P.C. | (312) 863-5083 ext. | Creditor, AIG / LIVE |
| Boy Scouts of America | 20-10343 | Hearing | 10472678 | James I. Stang | Pachulski Stang Ziehl & Jones | (310) 772-2354 ext. | Representing, Tort Claimants / LIVE |
| Boy Scouts of America | 20-10343 | Hearing | 10471873 | Jessica Steinhagen | Reorg Research, Inc. | (212) 588-8890 ext. | Interested Party, Reorg Research / LISTEN ONLY |
| Boy Scouts of America | 20-10343 | Hearing | 10471987 | Louis Strubeck | Norton Rose Fulbright US LLP | (214) 855-7131 ext. | Creditor, JP Morgan Chase Bank / LIVE |
| Boy Scouts of America | 20-10343 | Hearing | 10472492 | Tad Thomas | The Thomas Law Offices | (502) 688-5050 ext. | Defendant(s), B.L., et al / LIVE |
| Boy Scouts of America | 20-10343 | Hearing | 10474148 | Brian Tome | Reilly Mcdevitt & Henrich | (302) 777-1700 ext. | Interested Party, Brian Tome / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Boy Scouts of America | 20-10343 | Hearing | 10472209 | Paige N. Topper | (302) 351-9148 ext. | Morris Nichols Arsht & Tunnell LLP | Debtor, Boy Scouts of America and Delaware BSA, LLC / LISTEN ONLY |
| Boy Scouts of America | 20-10343 | Hearing | 10472389 | Matthew P. Ward | (302) 252-4338 ext. | Womble Bond Dickinson (US) LLP | Creditor, JP Morgan Chase Bank / LIVE |
| Boy Scouts of America | 20-10343 | Hearing | 10474019 | Raeann Warner | (302) 656-5445 ext. | Jacobs & Crumplar | Claimant, Joseph Kaminski and John Does 1 thru 3 / LIVE |
| Boy Scouts of America | 20-10343 | Hearing | 10472044 | Megan Wasson | (212) 715-9464 ext. | Kramer Levin Naftalis & Frankel LLP | Interested Party, Kramer Levin Naftalis & Frankel LLP / LISTEN ONLY |
| Boy Scouts of America | 20-10343 | Hearing | 10471782 | Jeffrey Waxman | (302) 888-5842 ext. | Morris James LLP | Creditor, Pierson Education, Inc. / LIVE |
| Boy Scouts of America | 20-10343 | Hearing | 10471830 | Joshua D. Weinberg | (202) 469-7754 ext. | Shipman & Goodwin LLP | Interested Party, Hartford / LIVE |
| Boy Scouts of America | 20-10343 | Hearing | 10472515 | Harris Winsberg | (404) 885-3348 ext. | Troutman Sanders LLP | Representing, National Surety Corporation / LIVE |
| Boy Scouts of America | 20-10343 | Hearing | 10472813 | Lindsay Zahradka Milne | (207) 228-7379 ext. | Bernstein Shur Sawyer & Nelson | Creditor, Daniel Webster Counsel / LIVE |
| Boy Scouts of America | 20-10343 (20-5052 7) | Hearing | 10474193 | Jason A. Gibson | (302) 777-1111 ext. | The Rosner Law Group LLC | Defendant(s), Ronald Hernandez Hunter / LIVE |
| Boy Scouts of America | 20-10343 (20-5052 7) | Hearing | 10474209 | Debbie Greenberger | (212) 763-5000 ext. | Emery Celli Brinckerhoff and Abady LLP | Defendant(s), Ronald Hernandez Hunter / LIVE |
| Boy Scouts of America | 20-10343 (20-5052 7) | Hearing | 10473093 | Amy C. Keller | (716) 849-1333 ext. 439 | Lipsitz Green Scime Cambria LLP | Representing, LG 37 Doe / LIVE |
| Boy Scouts of America | 20-10343 (20-5052 7) | Hearing | 10474219 | David Lebowitz | (212) 763-5000 ext. | Emery Celli Brinckerhoff and Abady LLP | Defendant(s), Ronald Hernandez Hunter / LIVE |