**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, *et al.*, | ) ) | Case No. 20-10343 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Paul Mones, Esquire represent abuse victims in the above-captioned case and any and all adversary proceedings commended therein.

/s/ Domenic E. Pacitti
Domenic E. Pacitti (DE Bar No. 3989)
KLEHR HARRISON HARVEY BRANZBURG LLP
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: 302.552-5511
Email: dpacitti@klehr.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the State of Oregon, California, Massachusetts, and West Virginia (it is noted that I am on inactive status but in good standing), and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

/s/ Paul Mones
Paul Mones, Esquire
PAUL MONES, P.C.
13101 Washington Blvd., Suite 103
Los Angeles, California 90066
Telephone: 310.566.7418
Email: paul@paulmones.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED THAT counsel's motion for admission *pro hac vice* is granted.

**Dated: March 19th, 2020
Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE**

PHIL1 8755857v.1