# EXHIBIT A

## HARRON DECLARATION

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
:
In re:                                                 :        Chapter 11
                                                       :
BOY SCOUTS OF AMERICA AND                              :        Case No. 20-10343 (LSS)
DELAWARE BSA, LLC,[1]                                  :
                                                       :
          Debtors.                                     :
                                                       :
------------------------------------------------------- x

**DECLARATION OF EDWIN J. HARRON IN SUPPORT OF APPLICATION FOR
ENTRY OF ORDER AUTHORIZING THE PROPOSED FUTURE CLAIMANTS'
REPRESENTATIVE TO RETAIN AND EMPLOY YOUNG CONAWAY
STARGATT & TAYLOR, LLP, EFFECTIVE AS OF THE PETITION DATE,
AND STATEMENT AS COUNSEL TO THE PROPOSED FUTURE CLAIMANTS'
REPRESENTATIVE PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 2014(a)**

I, EDWIN J. HARRON, ESQUIRE, hereby state as follows:

1.      I am a partner in the firm of Young Conaway Stargatt & Taylor, LLP

("Young Conaway"), Rodney Square, 1000 North King Street, Wilmington, Delaware 19801.  I

am admitted to practice before the United States Court of Appeals for the Third Circuit; the United

States District Courts for the District of Columbia, the District of Delaware, the District of New

Jersey, the Southern District of New York, and the Western District of Pennsylvania; and the

Supreme Courts of the States of Delaware, New Jersey, New York, and the District of Columbia.[2]

2.      I am authorized to make this declaration (this "Declaration") on behalf of

Young Conaway.  This Declaration is submitted pursuant to Rule 2014(a) of the Federal Rules of

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification
number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing
address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]    I assumed inactive status with the Bar of the District of Columbia in 2017.

Bankruptcy Procedure in support of the application of James L. Patton, Jr., in his capacity as the proposed representative (the "Future Claimants' Representative") for future abuse-related personal injury claimants (the "Future Claimants") in the above-captioned chapter 11 cases, for entry of an order authorizing the employment of Young Conaway as counsel to the Future Claimants' Representative (the "YCST Application"), effective as of the Petition Date.

A.    **Professional Qualifications and Experience**

3.    Young Conaway is a general practice, litigation-oriented firm that maintains national, regional and local practices in the areas of corporate, bankruptcy, commercial, real estate, personal injury, employment and environmental law.

4.    Young Conaway was selected by the proposed Future Claimants' Representative because of Young Conaway's extensive experience and knowledge in the field of debtors' and creditors' rights and business reorganizations under chapter 11 of the Bankruptcy Code. Moreover, Young Conaway has substantial experience in bankruptcy cases affecting the rights of mass-tort claimants:

(a)    Young Conaway represented the legal representative for future claimants in the following asbestos bankruptcy cases that reached confirmation:[3] In re Yarway Corp., Ch. 11 Case No. 13-11025 (BLS) (Bankr. D. Del. 2013); In re Metex Mfg. Corp., Ch. 11 Case No. 12-14554 (BRL) (Bankr. S.D.N.Y. 2012); In re United Gilsonite Labs., Ch. 11 Case No. 11-2032 (Bankr. M.D. Pa. 2011); In re Specialty Prods. Holding Corp., Ch. 11 Case No. 10-11780 (JKF) (Bankr. D. Del. 2010); In re Leslie

---

[3] Mr. Patton was the Future Claimants' Representative in the bankruptcy cases of In re Yarway Corp., In re United Gilsonite Labs., and In re Leslie Controls, Inc.

26079686.4

Controls, Inc., Ch. 11 Case No. 10-12199 (CSS) (Bankr. D. Del. 2010); In re Durabla Mfg. Co., Ch. 11 Case No. 09-14415 (MFW) (Bankr. D. Del. 2009); In re Porter-Hayden Co., Ch. 11 Case No. 02-54152-SD (Bankr. D. Md. 2006); In re The Flintkote Co., Ch. 11 Case No. 04-11300 (JKF) (Bankr. D. Del. 2004); In re Mid-Valley, Inc., Ch. 11 Case No. 03-35592 (JKF) (Bankr. W.D. Pa. 2003); In re ACandS Inc., Ch. 11 Case No. 02-12687 (RJN) (Bankr. D. Del. 2002); In re Kaiser Aluminum Corp., Ch. 11 Case No. 02-10429 (JKF) (Bankr. D. Del. 2002); In re N. Am. Refractories Co., Ch. 11 Case No. 02-20198 (JKF) (Bankr. W.D. Pa. 2002); In re Glob. Indus. Techs., Inc., Ch. 11 Case No. 02-21626 (JKF) (Bankr. W.D. Pa. 2002); In re Federal-Mogul Glob. Inc., Ch. 11 Case No. 01-10578 (Bankr. D. Del. 2001); In re USG Corp., Ch. 11 Case No. 01-2094 (RJN) (Bankr. D. Del 2001); In re Armstrong World Indus., Inc., Ch. 11 Case No. 00-4471 (Bankr. D. Del. 2000); In re The Babcock & Wilcox Co., Ch. 11 Case No. 00-10092 (Bankr. E.D. La. 2000); In re Owens Corning, Ch. 11 Case No. 00-3837 (Bankr. D. Del. 2000); In re Pittsburgh Corning Corp., Ch. 11 Case No. 00-22876 (JKF) (Bankr. W.D. Pa. 2000); and In re The Celotex Corp., Ch. 11 Case No. 90-100016-8B1 (Bankr. M.D. Fla. 1996). In addition, Young Conaway represented the legal representative for future claimants exposed to tetrochloroethylene in In re Met-Coil Sys. Corp., Ch. 11 Case No. 03-12676 (MFW) (Bankr. D. Del. 2003).

(b)      Young Conaway currently represents the legal representative for future claimants in the pending bankruptcy cases of In re Imerys Talc

America, Case No. 19-10289 (LSS) (Bankr. D. Del. 2019), In re Fairbanks Co., Case No. 18-41768 (PWB) (Bankr. N.D. Ga. 2018), In re Duro Dyne Nat'l Corp., Ch. 11 Case No. 18-27963 (MBK) (Bankr. D. N.J. 2018), In re Bestwall LLC, Ch. 11 Case No. 17-31795 (LTB) (Bankr. W.D.N.C. 2017), In re Kaiser Gypsum Co., Ch. 11 Case No. 16-31602 (JCW) (Bankr. W.D.N.C. 2016), In re Rapid-Am. Corp., Ch. 11 Case No. 13-10687 (SMB) (Bankr. S.D.N.Y. 2013), and In re Sepco Corp., Ch. 11 Case No. 16-50058 (AMK) (Bankr. N.D. Ohio 2016).[4] There is also an application pending to retain Young Conaway as counsel to the future claimants representative in the pending bankruptcy case of In re Paddock Enterprises, LLC, Case No. 20-10028 (LSS) (Bankr. D. Del.).

(c)    Young Conaway represents the legal representative for future claimants in connection with asbestos personal injury settlement trusts[5] established from the ACandS, Babcock & Wilcox, Celotex, Federal-Mogul, Kaiser Aluminum, Porter-Hayden, Pittsburgh Corning, Flintkote, SPHC, UGL, Durabla, Leslie Controls, APG, NARCO, Metex, and Yarway, and Maremont bankruptcy cases.  In addition, Young Conaway represents the legal representative for future claimants in connection with the asbestos and silica settlement trusts established from the Mid-Valley (DII Industries, LLC) bankruptcy case, the legal representative for future claimants in

---

[4]    Mr. Patton is the future claimants' representative in In re Imerys Talc America and In re Fairbanks Co., and a motion is pending for his appointment as the future claimants' representative in In re Paddock Enterprises, LLC, Case No. 20-10028 (LSS) (Bankr. D. Del.).

[5]    Mr. Patton is the Future Claimants' Representative for the Celotex, UGL, Leslie Controls, Yarway, and Maremont trusts.

connection with the asbestos settlement trust established from the bankruptcy case of In re Quigley Co., Ch. 11 Case No. 04-15739 (SMB) (Bankr. S.D.N.Y. 2004), and the legal representative for future claimants in connection with the Met-Coil TCE Trust. Young Conaway also represents the State Insulation Corporation Asbestos Personal Injury Trust, of which I serve as the trustee.

(d)     Young Conaway represented the debtor in the asbestos-related chapter 11 case of In re Fuller-Austin Insulation Co., Ch. 11 Case No. 98-2038 (JJF) (Bankr. D. Del. 1998), for which a plan was confirmed in 1998.

**B.**     **Pre-Petition Service as Counsel to Proposed Future Claimants' Representative**

5.     Prior to the Petition Date, the Debtors engaged Mr. Patton to act as a pre-petition legal representative for future claimants for the purpose of representing the interests of individuals who may in the future assert abuse-related demands against the Debtors. In connection with his pre-petition representation of Future Claimants, Mr. Patton retained Young Conaway to act as his counsel. During the course of its pre-petition representation of Mr. Patton, Young Conaway developed an understanding of (among other things) the Debtors' assets and abuse-related liabilities.

6.     Since the Petition Date, the Future Claimants' Representative and Young Conaway as his counsel have, among other things, continued to engage in discussions with the Debtors and other parties in interest in connection with the administration of this case. Accordingly, the FCR Appointment Motion seeks the appointment of the Future Claimants' Representative effective as of the Petition Date. Young Conaway has assisted the Future

Claimants' Representative in his efforts since the Petition Date such that it is appropriate for Young Conaway's retention to be approved effective as of the Petition Date.

**C.**     **Connections to Persons Identified by the Debtors as Interested Parties**

7.     The Debtors have provided Young Conaway with a list of names (collectively, the "Interested Parties"), a copy of which is attached hereto as Schedule 1, of individuals or institutions who are potentially interested parties in these chapter 11 cases. Young Conaway has conducted searches in its conflicts database to identify connections to the Interested Parties. Unless otherwise indicated, this declaration discloses connections to persons identified as Interested Parties in matters in Young Conaway's records that are currently active or were active within the past two years.

8.     As a child, Mr. Patton participated in the scouting program of Boy Scouts of America. Other attorneys or staff of Young Conaway were and are involved in the scouting program of Boy Scouts of America. No attorneys or staff currently involved in the scouting program of Boy Scouts of America are or will be on the team of professionals serving as my counsel in my capacity as the FCR.

9.     Young Conaway represented the Catholic Diocese of Wilmington in its bankruptcy case stemming from clerical sexual abuse. The Catholic Diocese of Wilmington filed for bankruptcy on October 18, 2009, and its plan of reorganization went effective on September 26, 2011. Young Conaway is outside general counsel to the Catholic Diocese of Wilmington.

10.     Young Conaway represented the Del-Mar-Va Council Inc., Boy Scouts of America (the "DMV Council") commencing in December 2009 in connection with two cases in which  plaintiffs asserted sexual abuse claims against the council and BSA. On or about June 1,

2012, representation of the DMV Council was transferred to another law firm and Young Conaway filed a notice of substitution of counsel.

11.    Young Conaway previously represented the DMV Council in one other matter unrelated to BSA, sexual abuse claims, or this proceeding.   The last matter where YCST served as counsel to the DMV Council concluded in April 2015.

12.    A Young Conaway partner served on the volunteer board of the DMV Council from June 2017 to February 2020.  That partner has not been and will not be involved in this matter.

13.    Young Conaway represents Continental Casualty Company, Lexington Insurance Company, Certain Underwriters at Lloyd's London, Certain London Market Insurance Companies, Munich Reinsurance America, Inc., National Union Fire Insurance Company of Pittsburgh, Pa., Republic Insurance Company, Starr Indemnity & Liability Co., and XL Insurance America, Inc. in insurance coverage disputes that relate to environmental liabilities unrelated to sexual abuse claims or the Debtors.

14.    Young Conaway represents Aetna Life Insurance Company in connection with a regulatory matter unrelated to sexual abuse claims or the Debtors.

15.    Young Conaway represents XL Specialty Insurance Company in insurance coverage disputes unrelated to sexual abuse claims or the Debtors.

16.    A Young Conaway attorney represented various Travelers insurance entities in connection with workers compensation matters. That attorney left Young Conaway at the end of 2018 and those matters have been transferred to the attorney's new firm.

17.     Young Conaway represents certain Alvarez & Marsal entities (other than Alvarez and Marsal North America, LLC) in matters unrelated to sexual abuse claims or the Debtors.

18.     Young Conaway represents certain RBC entities and U.S. Bank National Association in matters unrelated to sexual abuse claims or the Debtors.

19.     Young Conaway has in the past and/or currently does work with and/or against a number of professionals involved in this case in connection with matters wholly unrelated to these chapter 11 cases.

20.     Except as set forth in this declaration, to the best of our knowledge, Young Conaway (a) does not hold or represent any adverse interest in connection with the matters upon which Young Conaway is to be engaged, (b) is disinterested, and (c) is independent of the Debtors and other Interested Parties.

21.     Young Conaway is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, in that Young Conaway, its partners, counsel and associates:

    (a)     are not creditors, equity security holders or insiders of the Debtors;

    (b)     have not been, within two years before the date of the filing of the Debtors' chapter 11 petition, directors, officers or employees of the Debtor; and

    (c)     do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

22.     I am not related, and to the best of my knowledge, no bankruptcy attorney at Young Conaway is related, to any United States Bankruptcy Judge in this district or to the U.S. Trustee for this district or any employee thereof.

26079686.4

8

23.     In addition, Young Conaway and certain of its partners, counsel and associates may have in the past represented, may currently represent, and likely in the future will represent parties in interest of the Debtors in connection with matters unrelated to the Debtors and this case.

24.     None of the representations described above are materially adverse to the interests of the Future Claimants or the Future Claimants' Representative.  Thus, Young Conaway is disinterested and may act as counsel to the Future Claimants' Representative notwithstanding that it represents creditors in unrelated matters.

25.     Young Conaway will periodically review its files during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new relevant facts or relationships are discovered or arise, Young Conaway will use reasonable efforts to identify such further developments and will promptly file a Supplemental Declaration as Bankruptcy Rule 2014(a) requires.

**D.      Professional Compensation**

26.     As described in the FCR Appointment Motion and the YCST Application, the Debtor provided to Young Conaway a retainer of $500,000  to pay the pre-petition fees and expenses of the Future Claimants' Representative and Young Conaway incurred while conducting due diligence of the Debtors.  After reconciling, the balance of the retainer remaining is $500,000 as of the Petition Date.  Attached as Exhibit B to the YCST Application is a summary of the pre-petition invoices and payments.

27.     Young Conaway intends to apply for compensation for professional services rendered in connection with these chapter 11 cases, subject to approval of this Court and in compliance with applicable provisions of the Bankruptcy Code, this Court's Local Rules and

26079686.4

any orders of this Court, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges that Young Conaway incurs.

28.     Young Conaway will charge hourly rates for its services in these cases that are consistent with the rates it charges in bankruptcy and non-bankruptcy matters of this type. These hourly rates are subject to periodic adjustments, without further notice to the Court or any other entity, to reflect economic and other conditions.  The principal attorneys and paralegals designated to represent the Future Claimants' Representative and their current standard hourly rates are:

| | |
|---|---|
| Robert S. Brady (Partner) | $1,025 per hour |
| Edwin J. Harron (Partner) | $970 per hour |
| Sharon M. Zieg (Partner) | $835 per hour |
| Kevin A. Guerke (Partner) | $775 per hour |
| Sara Beth A.R. Kohut (Counsel) | $700 per hour |
| Jordan E. Sazant (Associate) | $415 per hour |
| Jared W. Kochenash (Associate) | $400 per hour |
| Casey S. Cathcart (Paralegal) | $295 per hour |
| Lisa M. Eden (Paralegal) | $295 per hour |

The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions.  Subject to maintaining appropriate confidentiality restrictions, other attorneys and paralegals may from time to time serve the Future Claimants' Representative in connection with the matters herein described.

29.     It is Young Conaway's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case.  The expenses charged to clients include among other things, photocopying, scanning, witness fees, travel expenses, including airline upgrade certificates, certain secretarial and other overtime expenses, filing and recordation

fees, long distance telephone calls, postage, express mail and messenger charges, computerized legal research charges and other computer services, expenses for working meals and facsimile charges. Young Conaway will charge for these expenses in a manner and at rates consistent with charges made generally to its other clients. Young Conaway believes that it is fairer to charge these expenses to the particular client rather than increasing the hourly rates and spreading the expenses among all clients.

30.     No promises have been received by Young Conaway nor by any partner, counsel or associate thereof as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code. Young Conaway further states pursuant to Rule 2016(b) of the Federal Rules of Bankruptcy Procedure that it has not shared, nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, counsel and associates of Young Conaway, or (b) any compensation another person or party has received or may receive.

31.     Based on the foregoing disclosures, Young Conaway believes that (a) it is independent of the Debtors and the Interested Parties; (b) none of the matters disclosed in this declaration has had or will have an adverse effect on the firm's ability to carry out its duties to the FCR to loyally and effectively represent the Future Claimants; and (c) pursuant to section 101(14), Young Conaway is a "disinterested person" and does not have any interest that is materially adverse to the Future Claimants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of March, 2020.

_/s/ Edwin J. Harron_
Edwin J. Harron (No. 3396)
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600

26079686.4

## **SCHEDULE 1 TO HARRON DECLARATION**

### **INTERESTED PARTIES LIST**

**List of Schedules**

| Schedule | Category |
|----------|----------|
| 1(a) | Debtors |
| 1(b) | Current and Former Directors and Officers of the Debtors |
| 1(c) | Non-Debtor Affiliates |
| 1(d) | Selected Chartered Organizations |
| 1(e) | Local Councils |
| 1(f) | Secured Parties |
| 1(g) | Banks |
| 1(h) | Credit Card Processors |
| 1(i) | Insurers |
| 1(j) | Landlords |
| 1(k) | Litigation Parties |
| 1(l) | Professionals to be Retained by the Debtors |
| 1(m) | Professionals Representing Certain Parties in Interest |
| 1(n) | Ordinary Course Professionals |
| 1(o) | Tort Claimants Committee |
| 1(p) | Unsecured Creditors Committee |
| 1(q) | Top 25 Plaintiffs' Law Firms Representing the Largest Number of Abuse Victims Asserting Claims Against the Debtors |
| 1(r) | Top 30 General Unsecured Creditors of the Debtors (Non-Abuse Claims) |
| 1(s) | Deferred Compensation and Restoration Plan Participants |
| 1(t) | Significant Contract Counterparties |
| 1(u) | Significant Customers |
| 1(v) | Significant Donors |
| 1(w) | Significant Vendors |
| 1(x) | Significant Taxing Authorities |
| 1(y) | Significant Utility Providers |
| 1(z) | U.S. Trustee, Judges, and Court Contacts for the District of Delaware |

## **Schedule 1(a)**

**Debtors**

Boy Scouts of America
Delaware BSA, LLC

## Schedule 1(b)

### Current and Former Directors and Officers of the Debtors

Al Lambert
Alison K. Schuler
Arthur F. "Skip" Oppenheimer
Aubrey Harwell
Brad Haddock
Bradley D. Tilden
Bray B. Barnes
C. David Moody
Charles H. Smith
Charles W. Dahlquist
Craig Fenneman
D. Kent Clayburn
Dan Ownby
Daniel  Cabela
David Biegler
David L. Steward
David M. Clark
David Rumbarger
David S. Alexander
Dennis H. Chookaszian
Devang Desai
Dominic Wolters
Doug   Mitchell
Douglas H. Dittrick
Doyle Parrish
Drayton McLane Jr.
E. Gordon Gee
Ellie Morrison
Eric Schultz
Erin Eisner
Forrest Gertin
Francis McAllister
Frank D. Tsuru
Frank Ramirez
Fred Markham
Gary Crum
Gary E. Wendlandt
Glenn Adams
Hannah Carter
Hector A. "Tico" Perez
Howard Bulloch
J. Brett Harvey
Jack Furst

Jack Otto
James D. Rogers
James S. Turley
James S. Wilson
Janice Bryant Howroyd
Jeanette Prenger
Jeanne Arnold
Jeffrey R. Holland
Jennifer Hancock
Jim Ryffel
Joe Crafton
John C. Cushman
John Gottschalk
John Mosby
John R. Donnell Jr.
Jose  Nino
Joseph P Landy
Joy Jones
Keith A. Clark
L.B. Eckelkamp Jr.
Lisa Argyros
Lyle Knight
Mark Logemann
Matthew K. Rose
Matthew Parsons
Michael Ashline
Michael E. Sears
Michael G. Hoffman
Michael Surbaugh
Nathan O. Rosenberg
Nevada "Al" Kent
Pamela Petterchak
Patrick Sterrett
Paul Raines
Philip M. Condit
Pratik Vaidya
Ralph de la Vega
Randall Stephenson
Ray Capp
Raymond Johns
Rex W. Tillerson
Rick Cronk
Robert H. Reynolds

Robert M. Gates
Roger C. Mosby
Ron  Kirk
Ronald O. Coleman
Roy S. Roberts
Scott Christensen
Scott Sorrels
Scott W. Beckett
Stephen Owen
Steven E. Weekes
Steven Rendle
Tanya Acker
Thear Suzuki
Thomas C. Edwards
Thomas S. Monson
Thomas Yarboro
Wayne Perry
Wesley Coleman
Wesley J. Smith
William Rosner
William W. Stark Jr.

**<u>Schedule 1(c)</u>**

**Non-Debtor Affiliates**

Arrow WV, Inc.
Atikaki Youth Ventures Inc.
Atikokan Youth Ventures Inc.
BSA Asset Management, LLC
BSA Commingled Endowment Fund, LP
BSA Endowment Master Trust
Learning for Life
National Boy Scouts of America Foundation
NewWorld19, LLC
Texas BSA, LLC

**Schedule 1(d)**

**Selected Chartered Organizations[1]**

All Saints R.C. Church
Archdiocese of New York
Audubon Baptist Church
Beech Haven Baptist Church
Big Cross Elementary School
Bishop Turner High School
Calasanctius School of Buffalo
Canisius High School of Buffalo
Capuchin Franciscans
Capuchin Franciscans Custody of Star of
    The Sea
Capuchin Franciscans Province of St. Mary
Carmel of The Immaculate Concepcion
Cascade Charter Township
Church of The Holy Innocents
City of Bloomingdale
Corporation of the President of the Church
    of Jesus Christ of Latter-Day Saints
Country Farm Supply
Diocese of Brooklyn
Diocese of Buffalo
Discalced Carmelite Nuns (O.C.D.) A.K.A.
    Order of Discalced Carmelites
First Baptist Church of Athens
First Baptist Church of Danville D/B/A Boy
    Scout Troop 354
First Baptist Church of Gainesville
Glens Falls City School District
Greek Orthodox Archdiocese of America
Green Acres Baptist Church
Holy Family Church
Holy Family R.C. Church
House of Hope Presbyterian Church
Immaculate Conception R.C. Church
Louisville Metro Police Department, City of
    Louisville, Jefferson County / Louisville
    Consolidated Government
Mohawk District of The Northern New York
    Annual Conference of The Methodist
    Episcopal Church of New York

Monastery of Christ In The Desert
Our Lady of Lourdes Catholic School
Our Savior Lutheran Church
Queen of Peace R.C. Church
Reformation Lutheran Church
Regis High School
Roman Catholic Archbishop of Agana
Roman Catholic Archdiocese of New York,
    Archdiocese of New York
Roman Catholic Parish of St. Frances
    Xavier Cabrini, Rochester NY (Formerly
    "Church of The Annunciation Of
    Rochester, New York"), a Religious
    Corporation
Sacred Heart - Espanola
Saint John The Baptist Church
School Sisters of Notre Dame Central
    Pacific Province, Inc.
School Sisters of Notre Dame, Region of
    Guam
Silver Springs Shores Presbyterian Church,
    Inc.
Society of Jesus, USA-Northeast Province
    A/K/A The Jesuits
St. Ambrose Church
St. Benedict Joseph Labre Church
St. Benedict Joseph Labre School
St. Brigid's R.C. Church
St. Catherine's Roman Catholic Church
St. Catherine's Roman Catholic Church
    School
St. Demetrios Greek Orthodox Church St.
Francis of Assisi Roman Catholic
    Church
St. Francis Xavier Church
St. Helena Parish
St. John Gualbert R.C. Church
St. John Vianney R.C. Church
St. Josephats R.C. Church
St. Nicholas of Tolentine

---

[1] There are approximately 41,000 chartered organizations.  This list only includes those charted organizations known by the Debtors to be implicated in abuse claims with the BSA.

St. Paul's R.C. Church
St. Pius V
St. Pius X Catholic Church of Rochester, Minnesota
St. Teresa Parish A/K/A Church of St. Teresa of The Infant Jesus
St. Teresa R.C. Church
The Blessed Trinity R.C. Church
The Diocese of Rochester (A/K/A "Roman Catholic Diocese of Rochester"), A Religious Corporation
The Foundation of The Roman Catholic Diocese of Buffalo N.Y., Inc.
The Pingry School
The Roman Catholic Diocese of Syracuse
The Roman Catholic Diocese of Syracuse, NY
The School Sisters Of Notre Dame, Milwaukee Province, Inc.
Town of Deerfield
Town of Trumbull
University Heights Presbyterian Church
USA Northeast Province of The Society of Jesus
Weedsport Central School District
Weedsport Central School District Board of Education

## Schedule 1(e)

### Local Councils

Boy Scouts of America Abraham Lincoln Council

Boy Scouts of America Alabama-Florida Council

Boy Scouts of America Alameda Council

Boy Scouts of America Alamo Area Council

Boy Scouts of America Allegheny Highlands Council

Boy Scouts of America Aloha Council

Boy Scouts of America Andrew Jackson Council

Boy Scouts of America Anthony Wayne Area Council

Boy Scouts of America Arbuckle Area Council

Boy Scouts of America Atlanta Area Council

Boy Scouts of America Baden-Powell Council

Boy Scouts of America Baltimore Area Council

Boy Scouts of America Bay Area Council

Boy Scouts of America Bay-Lakes Council

Boy Scouts of America Black Hills Area Council

Boy Scouts of America Black Swamp Area Council

Boy Scouts of America Black Warrior Council

Boy Scouts of America Blackhawk Area Council

Boy Scouts of America Blue Grass Council

Boy Scouts of America Blue Mountain Council

Boy Scouts of America Blue Ridge Council

Boy Scouts of America Blue Ridge Mountains Council

Boy Scouts of America Buckeye Council

Boy Scouts of America Buckskin Council

Boy Scouts of America Bucktail Council

Boy Scouts of America Buffalo Trace Council

Boy Scouts of America Buffalo Trail Council

Boy Scouts of America Caddo Area Council

Boy Scouts of America Calcasieu Area Council

Boy Scouts of America California Inland Empire Council

Boy Scouts of America Cape Cod And Islands Council

Boy Scouts of America Cape Fear Council

Boy Scouts of America Capitol Area Council

Boy Scouts of America Cascade Pacific Council

Boy Scouts of America Catalina Council

Boy Scouts of America Central Florida Council

Boy Scouts of America Central Georgia Council

Boy Scouts of America Central Minnesota Council

Boy Scouts of America Central North Carolina Council

Boy Scouts of America Chattahoochee Council

Boy Scouts of America Cherokee Area Council

Boy Scouts of America Chester County Council

Boy Scouts of America Chickasaw Council

Boy Scouts Of America Chief Cornplanter Council

Boy Scouts of America Chief Seattle Council

Boy Scouts of America Chippewa Valley Council

Boy Scouts of America Choctaw Area Council

Boy Scouts of America Cimarron Council

Boy Scouts of America Circle Ten Council

Boy Scouts of America Coastal Carolina Council

Boy Scouts of America Coastal Georgia Council

Boy Scouts of America Colonial Virginia Council

Boy Scouts of America Columbia-Montour Council

Boy Scouts of America Connecticut Rivers Council

Boy Scouts of America Connecticut Yankee Council

Boy Scouts of America Conquistador Council

Boy Scouts of America Cornhusker Council

Boy Scouts of America Coronado Area Council

Boy Scouts of America Cradle Of Liberty Council

Boy Scouts of America Crater Lake Council

Boy Scouts of America Crossroads Of America Council

Boy Scouts of America Dan Beard Council

Boy Scouts of America Daniel Boone Council

Boy Scouts of America Daniel Webster Council

Boy Scouts of America De Soto Area Council

Boy Scouts of America Del-Mar-Va Council

Boy Scouts of America Denver Area Council

Boy Scouts of America East Carolina Council

Boy Scouts of America East Texas Area Council

Boy Scouts of America Erie Shores Council

Boy Scouts of America Evangeline Area Council

Boy Scouts of America Far East Council

Boy Scouts of America Five Rivers Council

Boy Scouts of America Flint River Council

Boy Scouts of America French Creek Council

Boy Scouts of America Gamehaven Council

Boy Scouts of America Garden State Council

Boy Scouts of America Gateway Area Council

Boy Scouts of America Georgia-Carolina Council

Boy Scouts of America Glacier's Edge Council

Boy Scouts of America Golden Empire Council

Boy Scouts of America Golden Spread Council

Boy Scouts of America Grand Canyon Council

Boy Scouts of America Grand Columbia Council

Boy Scouts of America Grand Teton Council

Boy Scouts of America Great Alaska Council

Boy Scouts of America Great Rivers Council

Boy Scouts of America Great Salt Lake Council

Boy Scouts of America Great Smoky Mountain Council

Boy Scouts of America Great Southwest Council

Boy Scouts of America Great Trail Council

Boy Scouts of America Greater Alabama Council

Boy Scouts of America Greater Los Angeles Area Council

Boy Scouts of America Greater New York Council

Boy Scouts of America Greater Niagara Frontier Council

Boy Scouts of America Greater St. Louis Area Council

Boy Scouts of America Greater Tampa Bay Area Council

Boy Scouts of America Greater Wyoming Council

Boy Scouts of America Greater Yosemite Council

Boy Scouts of America Green Mountain Council

Boy Scouts of America Greenwich Council

Boy Scouts of America Gulf Coast Council
Boy Scouts of America Gulf Stream Council
Boy Scouts of America Hawk Mountain Council
Boy Scouts of America Hawkeye Area Council
Boy Scouts of America Heart Of America Council
Boy Scouts of America Heart Of New England Council
Boy Scouts of America Heart Of Virginia Council
Boy Scouts of America Hoosier Trails Council
Boy Scouts of America Housatonic Council
Boy Scouts of America Hudson Valley Council
Boy Scouts of America Illowa Council
Boy Scouts of America Indian Nations Council
Boy Scouts of America Indian Waters Council
Boy Scouts of America Inland Northwest Council
Boy Scouts of America Iroquois Trail Council
Boy Scouts of America Istrouma Area Council
Boy Scouts of America Jayhawk Area Council
Boy Scouts of America Jersey Shore Council
Boy Scouts of America Juniata Valley Council
Boy Scouts of America Katahdin Area Council
Boy Scouts of America La Salle Council
Boy Scouts of America Lake Erie Council
Boy Scouts of America Las Vegas Area Council
Boy Scouts of America Last Frontier Council
Boy Scouts of America Laurel Highlands Council
Boy Scouts of America Leatherstocking Council

Boy Scouts of America Lincoln Heritage Council
Boy Scouts of America Long Beach Area Council
Boy Scouts of America Longhorn Council
Boy Scouts of America Longhouse Council
Boy Scouts of America Longs Peak Council
Boy Scouts of America Los Padres Council
Boy Scouts of America Louisiana Purchase Council
Boy Scouts of America Marin Council
Boy Scouts of America Mason-Dixon Council
Boy Scouts of America Mayflower Council
Boy Scouts of America Mecklenburg County Council
Boy Scouts of America Miami Valley Council
Boy Scouts of America Michigan Crossroads Council
Boy Scouts of America Mid-America Council
Boy Scouts of America Middle Tennessee Council
Boy Scouts of America Mid-Iowa Council
Boy Scouts of America Midnight Sun Council
Boy Scouts of America Minsi Trails Council
Boy Scouts of America Mississippi Valley Council
Boy Scouts of America Mobile Area Council
Boy Scouts of America Monmouth Council
Boy Scouts of America Montana Council
Boy Scouts of America Moraine Trails Council
Boy Scouts of America Mount Baker Council
Boy Scouts of America Mount Diablo Silverado Council
Boy Scouts of America Mountaineer Area Council
Boy Scouts of America Muskingum Valley Council
Boy Scouts of America Narragansett Council

Boy Scouts of America National Capital Area Council

Boy Scouts of America Nevada Area Council

Boy Scouts of America New Birth Of Freedom Council

Boy Scouts of America North Florida Council

Boy Scouts of America Northeast Georgia Council

Boy Scouts of America Northeast Illinois Council

Boy Scouts of America Northeast Iowa Council

Boy Scouts of America Northeastern Pennsylvania Council

Boy Scouts of America Northern Lights Council

Boy Scouts of America Northern New Jersey Council

Boy Scouts of America Northern Star Council

Boy Scouts of America Northwest Georgia Council

Boy Scouts of America Northwest Texas Council

Boy Scouts of America Norwela Council

Boy Scouts of America Occoneechee Council

Boy Scouts of America Ohio River Valley Council

Boy Scouts of America Old Hickory Council

Boy Scouts of America Old North State Council

Boy Scouts of America Orange County Council

Boy Scouts of America Oregon Trail Council

Boy Scouts of America Ore-Ida Council

Boy Scouts of America Overland Trails Council

Boy Scouts of America Ozark Trails Council

Boy Scouts of America Pacific Harbors Council

Boy Scouts of America Pacific Skyline Council

Boy Scouts of America Palmetto Council

Boy Scouts of America Pathway To Adventure Council

Boy Scouts of America Patriots' Path Council

Boy Scouts of America Pee Dee Area Council

Boy Scouts of America Pennsylvania Dutch Council

Boy Scouts of America Piedmont Council

Boy Scouts of America Pikes Peak Council

Boy Scouts of America Pine Burr Area Council

Boy Scouts of America Pine Tree Council

Boy Scouts of America Pony Express Council

Boy Scouts of America Potawatomi Area Council

Boy Scouts of America Prairielands Council

Boy Scouts of America Puerto Rico Council

Boy Scouts of America Pushmataha Area Council

Boy Scouts of America Quapaw Area Council

Boy Scouts of America Quivira Council

Boy Scouts of America Rainbow Council

Boy Scouts of America Redwood Empire Council

Boy Scouts of America Rio Grande Council

Boy Scouts of America Rip Van Winkle Council

Boy Scouts of America Rocky Mountain Council

Boy Scouts of America Sagamore Council

Boy Scouts of America Sam Houston Area Council

Boy Scouts of America Samoset Council

Boy Scouts of America San Diego-Imperial Council

Boy Scouts of America San Francisco Bay Area Council

Boy Scouts of America Santa Fe Trail Council

Boy Scouts of America Seneca Waterways Council

Boy Scouts of America Sequoia Council

Boy Scouts of America Sequoyah Council

Boy Scouts of America Shenandoah Area Council

Boy Scouts of America Silicon Valley Monterey Bay Council

Boy Scouts of America Simon Kenton Council

Boy Scouts of America Sioux Council

Boy Scouts of America Snake River Council

Boy Scouts of America South Florida Council

Boy Scouts of America South Georgia Council

Boy Scouts of America South Plains Council

Boy Scouts of America South Texas Council

Boy Scouts of America Southeast Louisiana Council

Boy Scouts of America Southern Sierra Council

Boy Scouts of America Southwest Florida Council

Boy Scouts of America Spirit Of Adventure Council

Boy Scouts of America Stonewall Jackson Area Council

Boy Scouts of America Suffolk County Council

Boy Scouts of America Susquehanna Council

Boy Scouts of America Suwannee River Area Council

Boy Scouts of America Tecumseh Council

Boy Scouts of America Texas Southwest Council

Boy Scouts of America Texas Trails Council

Boy Scouts of America Theodore Roosevelt Council

Boy Scouts of America Three Fires Council

Boy Scouts of America Three Harbors Council

Boy Scouts of America Three Rivers Council

Boy Scouts of America Tidewater Council

Boy Scouts of America Transatlantic Council

Boy Scouts of America Trapper Trails Council

Boy Scouts of America Tukabatchee Area Council

Boy Scouts of America Tuscarora Council

Boy Scouts of America Twin Rivers Council

Boy Scouts of America Twin Valley Council

Boy Scouts of America Utah National Parks Council

Boy Scouts of America Ventura County Council

Boy Scouts of America Verdugo Hills Council

Boy Scouts of America Voyageurs Area Council

Boy Scouts of America W.D. Boyce Council

Boy Scouts of America Washington Crossing Council

Boy Scouts of America West Tennessee Area Council

Boy Scouts of America Westark Area Council

Boy Scouts of America Westchester-Putnam Council

Boy Scouts of America Western Los Angeles County Council

Boy Scouts of America Western Massachusetts Council

Boy Scouts of America Westmoreland-Fayette Council

Boy Scouts of America Winnebago Council

Boy Scouts of America Yocona Area Council

Boy Scouts of America Yucca Council

## Schedule 1(f)

### Secured Parties

AT&T Capital Services, Inc.
AT&T Corporation
Automation Tools, LLC
CIT Bank, N.A.
Datamax, Inc.
EverBank Commercial Finance, Inc.
Firebird Structures, LLC
Giant Bicycle, Inc.
HYG Financial Services, Inc.
ImageNet Consulting, LLC
Insight Investments, LLC
JPMorgan Chase Bank, N.A.
Kaufman Fire Protection Systems, Inc.
Key Equipment Finance
Konica Minolta Premier Finance
MB Financial Bank, N.A.
Raymond Leasing Corp
TCF Equipment Finance, Inc.
The Chase Manhattan Bank
The "Green Bar Bill" Hillcourt Foundation
The "Green Bar Bill" Hillcourt Foundation, C/O Winstead PC
TIAA Commercial Finance, Inc.
UniFi Equipment Finance, Inc.
Veristor Capital, LLC
Wells Fargo Financial Leasing, Inc.

## **Schedule 1(g)**

### **Banks**

Banco Popular
Bank of America
BB&T
Blackrock
Charles Schwab
CIBC - First Caribbean Bank
Federated Bank
Fidelity Investments
Fifth Third Bank
First Bank - Virgin Islands
First State Bank
Goldman Sachs
InBank
JPMorgan Chase Bank, N.A.
Merrill Lynch, Pierce, Fenner & Smith, Inc.
Northern Trust Corporation
PNC Bank
RBC Bank
Regions Bank
Scotiabank
State Street Bank
TD Bank
US Bank
Wells Fargo & Company

**<u>Schedule 1(h)</u>**

**Credit Card Processors**

American Express
Authorize.net
Bank of America Merchant Services
Card Connect
Discover
Dynamic Payments
Global Payments Inc.
JPMorgan Chase Bank, N.A.
Mastercard
Moneris
Opticard
Paymentech, LLC
PayPal, Inc.
Shift4
Stripe (Shopify)
TSYS/Cayan
Valutec
Visa
Wells Fargo & Company
Wild Apricot

## Schedule 1(i)

### Insurers

Ace Insurance Group
Aetna Casualty and Surety Company
Agricultural Excess & Surplus Insurance
    Company
Agricultural Insurance Company
AIG
Allianz Global Corporate & Specialty SE
Allianz Global Risks US Insurance
    Company
Allianz Insurance Company
Allianz Societas Europaea
Allied World Assurance Co.
Allied World Assurance Company (U.S.),
    Inc.
Allied World Assurance Company, Ltd
Alterra Excess & Surplus Insurance
    Company
American Guarantee and Liability Insurance
    Company
American International Group, Inc.
American Re-Insurance Company
American Zurich Insurance Company
Arch Capital Group (U.S.)
Arch Insurance Company
Arch Reinsurance Ltd.
Argo Group International Holdings, Ltd
Argonaut Insurance Company
Argonaut Insurance Group
Arrowood Indemnity Company
Arrowpoint Capital Corp.
Aspen Insurance Holdings Limited
Ategrity Specialty
Ategrity Specialty Insurance Company
AXA Insurance Company
AXA XL
Axis Capital Holdings Limited
Axis Insurance Company
Axis Specialty Insurance Company
Axis Surplus Insurance Company
Beazley Insurance Company, Inc.
Berkley Insurance Company
Berkshire Hathaway Insurance Group
California Union Insurance Company

Catlin Underwriting Agencies Limited
Century Indemnity Company
Chubb Atlantic Indemnity Ltd.
Chubb Custom Insurance Company
Chubb Executive Risk
Chubb Group of Insurance Companies
Cincinnati Specialty Underwriters Insurance
    Company
Clarendon America Insurance Company
Clarendon National Insurance Company
CNA Insurance Companies
Colony Insurance Company
Columbia Casualty Company
Continental Insurance Company
Endurance American Insurance Company
Endurance American Specialty Insurance
    Company
Enstar Group Limited
Euclid Insurance Services, Inc.
Evanston Insurance Company
Everest National Insurance Company
Everest Re Group
Fairfax (US) Inc.
Fairfax Financial (USA) Group
Federal Insurance Company
Fireman's Fund Insurance Companies
First Specialty Insurance Corporation
First State Insurance Company
Gemini Insurance Company
General Star Indemnity Company
Great American
Great American Assurance Company
Great American E & S Insurance Company
Great American Property and Casualty
    Insurance Group
Gulf Insurance Company
Hallmark Specialty Insurance Company
Harbor Insurance Company
Hartford Accident and Indemnity Company
Houston Casualty Company
Indemnity Insurance Company of North
    America
Indian Harbor Insurance Company

Industrial Indemnity
Industrial Insurance Company of Hawaii
Insurance Company of North America
Insurance Company of the State of
    Pennsylvania (The)
International Insurance Company
Interstate Fire & Casualty Company
Landmark Insurance Company
Lexington Insurance Company
Liberty Insurance Underwriters, Inc.
Liberty Mutual Insurance Company
Liberty Surplus Insurance Corporation
Lloyd's of London
London Market
Markel American Insurance Company
Markel Corporation Group
Marsh & McLennan Companies
MHBT, a Marsh & McLennan Agency
Munich Re Group
Munich Reinsurance America, Inc.
National Casualty Company
National Surety Corporation
National Union Fire Insurance Company Of
    Pittsburgh, PA
Navigators Group, Inc.
Navigators Insurance Company
Navigators Specialty Insurance Company
Niagara Fire Insurance Company
Normandy Reinsurance Company Limited
Ohio Casualty Insurance Company (The)
Old Republic General Group
Old Republic Insurance Company
Old Republic Insurance Group
Pacific Employers Ins. Company
Pacific Indemnity Company
Property/Casualty Insurance Co. Of
    Hartford
RLI Professional Risk
Royal Indemnity Company
RSUI Group
R-T Specialty
Sompo - Endurance American Insurance
    Company
Sompo Holdings, Inc.

St. Paul Surplus Lines Insurance Company
Starr Indemnity & Liability Company
Starr Specialty
Steadfast Insurance Company
Swiss Re Group
Texas Pacific Indemnity Company
The Hartford Financial Services Group, Inc.
The Hartford Fire
The Hartford Insurance Group
The Hartford Steam Boiler Inspection And
    Insurance Company
The Travelers Companies, Inc.
Traders and Pacific Insurance Company
Travelers (Bermuda) Limited
Travelers Casualty and Surety Company
Travelers Indemnity Company
Twin City Fire Insurance Company
U.S. Fire Insurance Company
Universal Re-Insurance Company Limited
Utica Mutual Insurance Company
W. R. Berkley Corporation
W.R. Berkley Group
Westchester Fire Insurance Company
Westchester Surplus Lines Insurance
    Company
XL Catlin
XL Europe Limited
XL Insurance (Dublin) Ltd.
XL Insurance Company SE
Zurich Financial (USA) Group
Zurich Financial Services Group

## **Schedule 1(j)**

### **Landlords**

1040 Avenue of the Americas LLC
IRC Retail Centers

### Schedule 1(k)

### Litigation Parties[2]

90 Merrick LLC
 C/O Law Office of Anthony C. Perez

Aaron Moore

Aaron Yates

ABC Insurance Corporation

Adam Herrington
C/O Ryder Law Firm

Aderion Adkisson

Adrian Senentz

C/O Paul Mones

C/O Berman
O'Connor & Mann

C/O Lujan & Wolff, LLP

C/O Nixon, Vogelman,
Slawsky & Simoneau PA

C/O Lujan &
Wolff, LLP

Alicia Lifrak

/O Tremont, Sheldon,
Robinson, Mahoney, P.C.

All Saints R.C. Church

Allegheny Highlands Council

Allen Hughes

Aloha Council Chamorro District

Alpine Scout Camp

C/O Rubenstein & Rynecki

Andrea Watson

Andrew Aston

Andrew Bloom

Andrew Mannetta

Andrew McMorris

C/O Berman
O'Connor & Mann

C/O Pfau Cochran
Vertetis Amala PLLC

C/O Marsh Law Firm
C/O Andreozzi & Associates,
P.C.

C/O David
Luna

C/O Crew Janci LLP

Anita Gettleson

Anna Lee Ingram

C/O Patrick Noaker
C/O Roberts Fowler &
Visosky

C/O Berman
O'Connor & Mann

C/O Lujan & Wolff, LLP
C/O Berman
O'Connor & Mann

C/O Lujan & Wolff, LLP

Antonia Michelson

Aramark Campus, LLC

Archbishop Christopher Pierre, Apostolic
Nuncio of The Holy See For The United
States

Archbishop Timothy Dolan, Archbishop of
New York

Archdiocese of New York And Our Lady of
Lourdes Catholic School

---

[2] The professionals seeking to be retained also ran the names of certain individual plaintiffs. In accordance with the *Interim Order (I) Authorizing the Debtors' to file (A) a Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) a Consolidated List of Other Unsecured Creditors of the Debtors, (III) Authorizing and Approving Procedures for Providing Notice of Commencement, and (IV) Granting Related Relief* [Docket No. 66], in order to protect the identities of individual plaintiffs asserting abuse claims and individual plaintiffs who are minors, the Debtors have redacted such information from this list. The Debtors will provide an unredacted version of this list to the Court, the Office of the United States Trustee, and the Committees upon request.

████████████████ C/O Robins
  Kaplan LLP
████████████████ C/O Law
  Offices Of Anthony M. Demarco
Astral Energy, LLC
Atlanta Area Council, Inc.
Attorney(s) ABC and Accountant(S) XYZ
████████████████ C/O Lujan &
  Wolff, LLP
Austin Boley
████████████ C/O James Dilbeck
████████████ C/O Thomas Law
  Office, PLLC
Baden-Powell Council, Inc.
Baiting Hollow Scout Camp
Barbara Cowles
Beech Haven Baptist Church
████████████ C/O Casey Devoti &
  Brockland
████████████ C/O Berman
  O'Connor & Mann
Benjamin Cudeck
████████████████ C/O
  Berman O'Connor & Mann
████████████ C/O Lujan & Wolff, LLP
████████████ C/O Rebenack, Aronow,
  Mascolo, LLP
████████████ C/O Lujan &
  Wolff, LLP
Betty Boland, as the Administrator of The
  Estate of Ernest Boland
Big Cross Elementary School
Billie Jo Mojoinner
Bishop Turner High School
Blackhawk Area Council of Boy Scouts
████████████ C/O Leisawitz
  Heller
Blue Ridge Mountains Council
Board of Trustees of The First Baptist
  Church of Gainesville, Inc.
████████ C/O Crew Janci LLP
Bobby C. Jones

Bowmansville Fire Co., Inc.
Boy Scout Troop #50 of Hattiesburg,
  Mississippi
Boy Scout Troop 163
Boy Scout Troop 204 Memphis - Chickasaw
  Council - Thunderbird District
Boy Scout Troop 95
Boy Scout Trust Fund
Boy Scouts 11 of America
Boy Scouts of America - Hiawatha Council
Boy Scouts of America Atlantic Area
  Council Inc.
Boy Scouts of America Atlantic Area
  Council No. 331
Boy Scouts of America Big Apple District
Boy Scouts of America Greater Los Angeles
  Area Council
Boy Scouts of America Pack 494
Boy Scouts of America Phoenix District
  Troop 49
Boy Scouts of America San Diego-Imperial
  Council
Boy Scouts of America Troop 1000 Inc.
Boy Scouts Troop #64
Boy Scouts Troop 460
Brad Ewell
████████████ C/O Thomas Law
  Office, PLLC
████████████ C/O Rebenack, Aronow,
  Mascolo, LLP
Bradley Schumann
Brandon Wood
Brazen Matson
████████████████ C/O Paul Mones
Brennan Johnston
Brentley Wells
████████████ C/O Gallik,
  Bremer & Molloy, P.C.
Bretty Bybee
████████████ C/O Pfau Cochran
  Vertetis Amala PLLC
████████████ C/O Bonina &
  Bonina, P.C.
Brian P. Wagner

███████████████ C/O David Yates,
Thomas Juanso and Tad Thomas,
Lindsay Cordes - Thomas Law Offices
Bronx Council
Brooklyn Chinese-American Association
Brooklyn Council
Bruce Desandre
███████████ C/O Lujan & Wolff, LLP
███████████████████ C/O Goff Law
Group
███████████████ C/O Robins
Kaplan LLP
Buffalo Trail Council
Buffalo Trail Scout Ranch
Calasanctius School of Buffalo
Caleb Steinhoff
California Inland Empire Council
████████████████████████
Camille Travis
Camp Aquehonga
Camp Big Timber
Canisius High School of Buffalo
Capuchin Franciscans
Capuchin Franciscans Custody of Star of
The Sea
Capuchin Franciscans, Province of St. Mary
Carol Chacon
Carolyn Hemphill
Carrie Stafford
Carroll Township Police Department
Cascade Charter Township
Cascade Pacific Council
Casey Scott
Catholic Cemeteries of Roman Catholic
Diocese of Buffalo, Inc.
Catholic Health of WNY and its subsidiaries
Cathy Ostrenga
Celeste Rone-Moss
██████████████ C/O Law Offices Of Tyler H.
Fox
Charles Copeland
Charles Oglesby, Sr.
Charles Stauder
Charlie Bate
████████████████████████████
███████ C/O Lujan & Wolff, LLP

Chase Dansereau
Cherokee Area Council, Inc.
Chicago Area Council
Chickasaw Council
Chief of Police Jon Belmar
Chief Seattle Council
Chris Alvelo
████████████ C/O Crew Janci LLP
Chris Larrabee
Chris McCullough
Christ The King Seminary Fund, Inc.
██████████████ C/O David Yates,
Thomas Juanso and Tad Thomas,
Lindsay Cordes - Thomas Law Offices
Christina Vovchuk
██████████████ C/O Michael G. Dowd
Christopher Finks
Christopher Larrabee
████████████████████ C/O Silver Golub &
Teitell LLP
Christopher Payne
Christopher Pelletier
█████████████████ C/O Rebenack,
Aronow, Mascolo, LLP
Christopher Vogel
████████████████ C/O Crew Janci LLP
Church of The Holy Innocents
Cincinnati Insurance Company
Circle Ten Council
Citizens' Hose Company No. 1 of Dillsburg
Penna
City of Columbus
City of Louisville
City of Louisville-Jefferson County-
Louisville Consolidated Government
██████████████ C/O Javerbaum, Wurgaft,
Hicks, Kahn, Wikstrom & Sinins
Clark Martin
Claudius Douglas Mair-Worley
Clayton Historical Society
██████████████████ C/O Law Offices of
Mitchell Garabedian
Clifton Neyrey
CLK/HP 90 Merrick LLC
Clyde Noland

CMR A/S/O Cox Communication
████████████
Columbus School District
Complaint and Michigan Crossroads
        Council, Inc.
Connecticut Rivers Council
Connecticut Rivers Council Troops 258 &
        302
Connecticut Yankee Council, Inc.
Connor Cudeck
████████████████████████ C/O
        Padberg, Corrigan & Appelbaum
Continental Tire The Americas, LLC
Cornelia Berrocal
Corporation of the President of the Church
        of Jesus Christ of Latter-Day Saints
Country Farm Supply
Cradle of Liberty Boy Scouts of America
████████ C/O Crew Janci LLP
Craig Bingham
████████ C/O Marsh Law Firm
████████████████████████ C/O
        Berman O'Connor & Mann
Ct Yankee Council
Cub Scout Pack 601
Curtis Flaherty
████████████████ C/O Pfau Cochran
        Vertetis Amala PLLC
████████████████████████████
████
Dan McGill
Daniel Boone Council Inc.
Daniel Camerano
████████████████████ C/O
        Hirshfield & Costanzo, P.C.
████████████ C/O Berman
        O'Connor & Mann
████████████████ C/O Michael G. Dowd
████████████ C/O Michael G. Dowd
████████████ C/O Berman
        O'Connor & Mann
Daniel P. Sturtzel
Daniel Richardson
████████████████ C/O Lujan & Wolff,
        LLP
████████████ C/O Marsh Law Firm

Daniel Wagner
Daniel Webster Council Inc.
Darla Duarte
David A. Declue
████████████████ C/O Michael G. Dowd
████████████████████████ C/O Robins
        Kaplan LLP
David Dale
David G. Derrick
David Gomes
David H. Scharf
David K. Buterbaugh
████████████████████████ C/O Goff Law
        Group
David Lannes
David McDaniel
████████████ C/O Michael G. Dowd
David Michelson
████████████████ C/O Berman O'Connor
        & Mann
████████████ C/O Crew Janci LLP
████████████████ C/O Berman O'Connor
        & Mann
████████████
David Silva
████████████ C/O Michael G. Dowd
████████████ C/O Michael G. Dowd
████████████ C/O Rebenack, Aronow,
        Mascolo, LLP
████████████ C/O Riddle & Brantley
████████████ C/O Michael G. Dowd
████████████████████ C/O Lujan &
        Wolff, LLP
Debra Schwamberger
Dechaison White
Denis Lane
████████████████ C/O Paul Mones
Dillsburg Community Fair Association
Dillsburg Lions Club And Dillsburg Boy
        Scout Troop #38
Diocese of Brooklyn
Dolores Snyder
Donald C. Shriver
Donald Grande
Donald J. Hebert

█████████████████████ C/O Crew
Janci LLP
█████████████████ C/O Lujan & Wolff,
LLP
Doug Stevenson
█████████████ C/O Rebenack, Aronow,
Mascolo, LLP
████████████████ C/O Michael G. Dowd
Douglas Nail
█████████████ C/O Rebenack, Aronow,
Mascolo, LLP
████████████████████ C/O Crew
Janci LLP
Dwight Cable
████████████████ C/O Van Zanten
& Onik, LLC
██████████████ C/O Edmiston &
Colton Law Firm
Eamonn Ferrante
East Meadow Youth Baseball & Softball
Association
Ed Miller
Eddie Blue
Edgar Riecke
██████████████ C/O Michael G. Dowd
█████████████ C/O Simmons Hanly
Conroy
█████████ C/O John Tidwald Tidwald
Law
Edward M. Bednarczyk
Edward Perriera
████████████████ C/O Lujan &
Wolff, LLP
█████████████ C/O Rebenack, Aronow,
Mascolo, LLP
████████████████ C/O Lujan &
Wolff, LLP
Elijah Knight
Elliott Litz
Elwood Union Free School District
Emely Santos
█████████████ C/O Thomas C.
Patton
Emma O'Connor
█████████ C/O Rebenack, Aronow,
Mascolo, LLP

Eric L. Young, Administrator of The Estate
of Christopher Alvelo
Eric R. Park
Essex County Council of The Boy Scouts of
America
Estate of Robert Whitelaw, Deceased
Ethan Fuller
Ethan Rapier
█████████████████ C/O Lujan &
Wolff, LLP
Evan Park Howell, Iii
████████████████████ C/O
Berman O'Connor & Mann
████████████ C/O Berman
O'Connor & Mann
Evergreen Area Council, Boy Scouts of
America
Fabian Lopez
Fairfield County Council of Boy Scouts of
America, Inc.
Fayetteville United Methodist Church
█████████████ C/O Berman
O'Connor & Mann
█████████ C/O Lujan & Wolff, LLP
First Baptist Church of Athens
First Baptist Church of Danville D/B/A Boy
Scout Troop 354
First Baptist Church of Gainesville
Five Rivers Council Inc.
Floodwood Mountain Scout Reservation
Association, Inc.
Ford Motor Company
Francis (Skip) Toomey Ii
█████████████████ C/O Lujan &
Wolff, LLP
█████████████ C/O Roberts
Fowler & Visosky
██████████████ C/O Lujan & Wolff, LLP
████████████ C/O Rebenack, Aronow,
Mascolo, LLP
█████████████ C/O Berman
O'Connor & Mann
Frank Pedone
█████████████████ C/O Lujan & Wolff, LLP

███████████ C/O Michael G. Dowd
███████████ C/O Berman
   O'Connor & Mann
███████████ C/O Crew Janci
   LLP
███████████ C/O Berman
   O'Connor & Mann
G.A.C.
███ C/O Dreyer Boyajian
Gabriel Racine
Gage Wilson
Garden State Council
Gary Ackerman
Gary Carroll
███████████ C/O Crew Janci LLP
███████████ C/O Berman
   O'Connor & Mann
Gary L Strain
Gary Langsdale
███████████████ C/O
   Hall Law, P.A.
███████████ C/O Lujan & Wolff,
   LLP
███████████ C/O Berman O'Connor
   & Mann
George D. McClay
███████████ C/O Berman
   O'Connor & Mann
███████████ C/O Berman
   O'Connor & Mann
George J. Eberl
Geovanni McClain
███████████ C/O Rubenstein & Rynecki
███████████ C/O Lujan & Wolff,
   LLP
Glens Falls City School District
Gloria Garcia
Governor Clinton Council, Inc., Boy Scouts
   of America
Grace Gordon
Grand Canyon Council
Great Alaska Council
Great Salt Lake Council
Great Southwest Council
Greater Alabama Council
Greater New York City Councils

Greater Niagara Frontier Council
Greater Niagara Frontier Council #380 of
   The Boy Scouts of America
Greater St. Louis Area Council, Boy Scouts
   of America, Inc.
Greater Tampa Bay Area Council, Inc.
Greater Yosemite Council, Inc.
Greek Orthodox Archdiocese of America
Green Acres Baptist Church
Greenport Fire Department
Greg Day
███████████ C/O Crew Janci
   LLP
Greg Ploski
███████████ C/O Berman
   O'Connor & Mann
███████████ C/O Lujan &
   Wolff, LLP
███████████ C/O Michael G. Dowd
Guy Rollf
Guy Thomas Buker
Hacker Coverage Dispute
Harley Avenue Primary School
███████████ C/O Robins Kaplan LLP
███████████ C/O Javerbaum, Wurgaft,
   Hicks, Kahn, Wikstrom & Sinins
███████████ C/O Riddle & Brantley
███████████ C/O Gruel Mills
   Nims & Pylman PLLC
Hawk Mountain Council, Inc., Boy Scouts
   of America
Hawkeye Area Council, Boy Scouts of
   America, An Iowa Corporation
Heart of America Council
Heart of New England
Heart of Virginia Council, Inc., Boy Scouts
   of America
Heath Faucheux
Henry Reinsburrow
Holy Family Church
Holy See Instrumentalities

Holy See, State of Vatican City - The
    Vatican
House of Hope Presbyterian Church
    ███████████████ C/O Roberts
    Fowler & Visosky
    ███████████ C/O Crew Janci LLP
    ████████████████ C/O Lujan &
    Wolff, LLP
Hudson Valley Council
Hunter Iverson
████████
Ian Simpson
███████████████ C/O Berman
    O'Connor & Mann
Immaculate Conception R.C. Church
Indian Waters Council Boy Scouts of
    America Inc.
Iroquois Trail Council Inc.
Irwindale Police Department
Istrouma Area Council
██ C/O Marsh Law Firm
J.E. Mathis
███████████ C/O Brautigam &
    Brautigam, LLP
███████ C/O Bradley L. Rice
Jack Rose
████████████
Jacob Nelson
████████████ C/O Lujan &
    Wolff, LLP
████████ C/O Green & Gillispie
██████ C/O Lujan & Wolff, LLP
James Gambrell King
████████████
███████ C/O Marsh Rickard &
    Bryan
███████ C/O Crew Janci LLP
James Kennedy
████████ C/O The Panitch Law Group,
    P.C.
████████████ C/O Michael G. Dowd
███████ C/O Law Offices Of Mitchell
    Garabedian
James Potjunas
████████████
James Stillwell, Jr.

James T. Grace Jr.
████████ C/O Law Offices Of
    Mitchell Garabedian
███████ C/O Lujan & Wolff, LLP
████████ C/O Jeff Anderson &
    Associates, PA
Jane Sutterlin
Janessa Miller
Jarred Pai
Jasiah Marshall
████████
Jason Hofmann
████████ C/O Berman O'Connor &
    Mann
Jason R. Brockman
██████████████████ C/O
    Merson Law
████████ C/O Merson Law
Jayshawn Brown
Jefferson County
Jefferson County / Louisville Consolidated
    Government
Jeffery Leonard And Individual
████████ C/O Green & Gillispie
███████████ C/O Robins
    Kaplan LLP
████████ C/O Rebenack, Aronow,
    Mascolo, LLP
███████████ C/O Robins
    Kaplan LLP
Jersey Shore Council
Jesse Bessette
████████ C/O Berman O'Connor &
    Mann
████████ C/O Lujan & Wolff,
    LLP
████████ C/O Berman O'Connor
    & Mann
████████ C/O Berman O'Connor &
    Mann
Jessie Tomeo
████████ C/O Berman O'Connor &
    Mann
███████████ C/O Eisenberg
    Rothweiler, Winkler, Eisenberg & Jeck,
    P.C.

███████████ C/O Marsh Law Firm
Joanne Nauheimer (Class Action)
Joanne Nauheimer (Individual)
███████████ C/O Lujan &
    Wolff, LLP
███████████ C/O Lujan &
    Wolff, LLP
██████
Joel Shumway
John B. Lowell
John Cimral
███████ C/O Roberts Fowler & Visosky
███████ C/O Dumas Law
    Group, LLC (A/K/A Dumas & Vaughn
    Attorneys at Law)
John Gruber
███████ C/O Michael G. Dowd

John J. Beardsworth, Jr.
███████ C/O Davis Miles McGuire
    Gardner
John Jones
████████████
████████████ C/O Lujan & Wolff,
    LLP
John Lund
███████ C/O Berman
    O'Connor & Mann
███████ C/O Berman
    O'Connor & Mann
███████ C/O Okun, Oddo & Babat,
    P.C.
███████ C/O Lujan & Wolff, LLP
███████ C/O Lujan &
    Wolff, LLP
███████ C/O Goff Law
    Group
John Richers
███████ C/O Rebenack, Aronow,
    Mascolo, LLP
███████ C/O Paul Mones
███████ C/O Michael G. Dowd
███████ C/O Lujan & Wolff, LLP

███████ C/O Law Office of
    Patrick Sorsby
Jonathan Dunn
███████ C/O Andrew S. Janet
███████ C/O Andreozzi &
    Associates, P.C.
███████
Joseph Alvarado
███████ C/O Berman
    O'Connor & Mann
███████ C/O Law Offices of Mitchell
    Garabedian
███████ C/O Berman
    O'Connor & Mann
███████ C/O Lowey
    Dannenberg, P.C.
███████ C/O Berman
    O'Connor & Mann
Joseph F. Snyder
███████ C/O Berman O'Connor
    & Mann
███████ C/O Lujan &
    Wolff, LLP
Joseph L. Snyder
███████ C/O Law Offices of
    Mitchell Garabedian
███████ C/O Soloff & Zervanos, P.C.
Joseph Porter and Gail Porter
███████ C/O Lujan & Wolff,
    LLP
███████ C/O Lujan &
    Wolff, LLP
Joseph Tetlow
███████ C/O Berman O'Connor
    & Mann
███████ C/O Berman
    O'Connor & Mann
███████ C/O Michael S. Steinger
Joshua Goodwin
Joshua P. Christ
Joshua Simpson
Joshua White
Judy Crawford
Julie Hedrick
Julie Schmidt

██████████ C/O Patrick Malone &
Associates, P.C.
██████████████ C/O
Hirshfield & Costanzo, P.C.
████████████████ C/O Clark, Hunt,
Ahern & Embry
Kaden Lynch
Kalin Bart Talbott River Road Trust
Kalvin Marshall
Karin Larrabee
Karina Miller
████████████████ C/O David Yates,
Thomas Juanso and Tad Thomas,
Lindsay Cordes - Thomas Law Offices
Kathleen Hufford
Kathryn (Katie) Schulze
████████████████████████████
████████████████

Keegan Day
███████████ C/O Andreozzi & Associates,
P.C.
██████████ C/O Panish Shea & Boyle LLP
███████████ C/O James, Vernon &
Weeks, P.A.
Kellie Bogardus
███████████ C/O Rebenack, Aronow,
Mascolo, LLP
Kenneth Betts
████████████████ C/O Berman
O'Connor & Mann
██████████ C/O Crew Janci LLP
Kent L. Wallace
Kerrie Galvin (Obo Trevor Galvin)
███████████ C/O Rubenstein & Rynecki
█████████
Keystone College
Kimberly Payne
Kincaid Tyas
Kireon D. Pleis
████████████ C/O Berman O'Connor
& Mann
██████████

███████████ C/O Law Office of David
Jaskowiak
█████████████ C/O Crew
Janci LLP
Kristopher Bartee
Kyle Boell
████████████████ C/O John P. Connor
████████████ C/O Law Office of Mark
Gallagher
Landon Bassett
████████████ C/O Rebenack, Aronow,
Mascolo, LLP
██████████████ C/O Berman
O'Connor & Mann
Las Vegas Area Council, Inc.
Laurie Buckelew
██████████ C/O Green & Gillispie
Lawrence Svrcek
Leanna Stanley
Learning For Life Inc.
Leatherstocking Council
Lebanon Lions Club
Lee Shedroff
Leo Kelly
██████████ C/O Lujan & Wolff, LLP
Lincoln Heritage Council
Linda Davis
Linda Fant
Linda Jensen
Lindsay Bishop
Lisa C. Crocus
Lloyd Bryant
██████████ C/O Law Offices of Gregory
J. Stacker, LLC
Logan Bogardus
Logan Larrabee
Logan Mackay
Longhouse Council
████████████████████ C/O Robins
Kaplan LLP
Louisville Metro Police Department
████████████ C/O Berman O'Connor
& Mann

Luke Bennett
█████ C/O Bonina & Bonina, P.C.
Madison Osborne
████████████████ C/O Lujan &
     Wolff, LLP
Malcolm Boykin
Malmaison District
Manhattan Council, Boy Scouts of America
████████████████ C/O Lujan &
     Wolff, LLP
████████████ C/O Lujan & Wolff,
     LLP
Marc Anderson
Marco Romero
Marcus Kang
Marcus Mack
████████ /O Rebenack, Aronow,
     Mascolo, LLP
Marjorie Bewley
Marjorie Morris
███████████ C/O Lujan & Wolff,
     LLP
███████████ C/O Lujan & Wolff,
     LLP
Mark Helser and Jane Doe Helser
Mark Kern
███████████ C/O Berman
     O'Connor & Mann
███████████ C/O Berman
     O'Connor & Mann
███████████ C/O Lujan & Wolff,
     LLP
Mark Tibbetts
Mark Tumeo
Mark Vincett
███████████ C/O Lujan &
     Wolff, LLP
████████
Mathew Zaiss
Matt Day
████████████ C/O Berman O'Connor &
     Mann
████████████████ C/O Pashman
     Stein Walder Hayden, P.C.

█████ C/O Herman Law
Matthew Gelhausen
Matthew Inbody
Matthew McClay
Matthew S. Devore
Matthew Teixeira
Matthew Yakaboski
████████████████ C/O Pfau Cochran
     Vertetis Amala PLLC
Max Moon
Maya Cann
Mayflower Council
███████████ C/O Berman
     O'Connor & Mann
Megan Knoernschild
████████████ C/O Lujan & Wolff, LLP
███████████ C/O Berman
     O'Connor & Mann
Micah Hattaway
██████████████████ C/O Clark,
     Hunt, Ahern & Embry
████████████ C/O Law Office of
     Anthony C. Perez
████████████ C/O Michael G. Dowd
████████████████ C/O Pfau Cochran
     Vertetis Amala PLLC
Michael Frys
██████████████ C/O Crew Janci
     LLP
████████ C/O Michael G. Dowd
Michael Kelsey
███████████████ C/O Hall &
     Monagle, LLC
Michael Maffetone
███████████████████ C/O Roberts Fowler & Visosky
████████ C/O Berman O'Connor &
     Mann
████████████████ C/O Gallik,
     Bremer & Molloy, P.C.
████████████ C/O Michael G. Dowd

███████████████████ C/O Lujan &
Wolff, LLP
Michael Rega
███████████ C/O Crew Janci LLP
███████████████ C/O Lujan &
Wolff, LLP
██████████ C/O Janet, Janet & Suggs,
LLC
Michael Sandifer
███████████ C/O Marsh Law Firm
██████████
Michelle Delutri
Michigan Crossroads Council, Inc.
Mid-America Council
Middle Tennessee Council
████████████████ C/O Dumas Law
Group, LLC (A/K/A Dumas & Vaughn
Attorneys at Law)
Miles Woolsey
Monastery of Christ In The Desert
Monmouth Council
Monsignor Michael Harrington
Monsignor William Stanton
Montana Council
█████████████ C/O Michael G.
Dowd
Mossy Ford, Inc.
Most Reverend Edward U. Kmiec
Most Reverend Henry J. Mansell
Most Reverend Richard J. Malone
███████ C/O Belluck & Fox, LLP
██████████████ C/O Crew Janci
LLP
New York Greater Councils
Newport Sea Base - Orange County Council
Niagara Frontier Council, Boy Scouts of
America
█████████████ C/O David Yates,
Thomas Juanso
Nina Baldinucci
Nipmuck District of the Connecticut Rivers
Council of The Boy Scouts of America
██████████ /O Giancarlo R. Cellini
Nolan Henderson

██████████████ C/O Lujan & Wolff, LLP
███████████████████ C/O
Clark, Hunt, Ahern & Embry
█████████ C/O Michael G. Dowd
North Florida Council
Northeast Georgia Council, Inc.
Northeastern Pennsylvania Council
Northern New Jersey Council
Northern Star Council
███████████████ C/O Rubenstein & Rynecki
Old Republic Insurance Company, Inc.
Omega Pacific, Inc.
Orange County Council
Orange County Rowing Club
Oregon Trail Council, Inc.
███████████████ C/O Robins
Kaplan LLP Our Savior Lutheran Church
C/O Roberts Fowler & Visosky Parker
████
Pat Currie
Pathway To Adventure Council Patricia
Donehue
Patricia Gerber
Patrick A. Mancuso

███████████ C/O The Law Office of
Carmen L. Durso
█████████████ C/O Berman
O'Connor & Mann
████████████ C/O Rebenack, Aronow,
Mascolo, LLP
███████████ C/O Gregory J. Cannata &
Associates, LLP
Patriots' Path Council
██████████ C/O Berman O'Connor
& Mann
Paul Antosh
Paul Brandon Paris
███████████ C/O Lujan & Wolff, LLP
Paul R. Thomson, Jr.
████████████ C/O Berman
O'Connor & Mann
Paul Scarola



C/O Lujan & Wolff, LLP

C/O Lujan & Wolff, LLP

C/O Crew Janci LLP

Pauline Jenkins

C/O Lujan & Wolff, LLP

Penn Mountains Council

Penny Nomura

C/O Berman O'Connor & Mann

C/O Law Office of Anthony C. Perez

C/O Lujan & Wolff, LLP

Peter Rymut

C/O Lujan & Wolff, LLP

C/O Crew Janci LLP

C/O Michael G. Dowd

C/O Paul Mones

Pierce Hull

Pine Burr Area Council, Inc.

Police Officer Annette Hoyt

Polly Root

Pope Francis

Progressive Casualty Insurance Company

Quapaw Area Council

Queen of Peace R.C. Church

Queens Council

R. Fleming Weaver, Jr.

C/O Berman O'Connor & Mann

C/O Pfau Cochran Vertetis Amala PLLC

Randolph "Randy" Nowak

C/O John P. Connor

Raul Cadena

C/O Marsh Law Firm

C/O Crew Janci LLP

C/O Michael G. Dowd

C/O Lujan & Wolff, LLP

C/O Berman O'Connor & Mann

C/O Lujan & Wolff, LLP

Reckson Operating Partnership, L.P

Red Mountain Asset Fund, LLC

Regina McCullough

C/O Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)

Regis High School

Reid Comita

Reilly Nahill

Rev. Basil Ormsby, S.J.

Rev. David Bialakowski

Rev. Donald W. Becker

Rev. Florian Jasinski

Rev. Frederick Fingerle

Rev. Gerald Jasinski

Rev. John P. Hajduk

Rev. Joseph Persich, S.J.

Rev. Nelson Kinmartin

Rev. Norbert Orsolits

Rev. Ronald Sajak

Rev. Ronald Silverio

Rev. Theodore Podson

Rev. William White

C/O Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)

C/O Berman O'Connor & Mann

C/O Lujan & Wolff, LLP

C/O Crew Janci LLP

C/O Michael G. Dowd

C/O Berman O'Connor & Mann

Richard L. Lucero

Richard Lehr

██████████ C/O Panish Shea & Boyle, LLP
Richard Mathews
█████████████ C/O Crew Janci LLP
C/O Berman O'Connor & Mann
███████████ C/O Marsh Law Firm
Richard Robbins
Richard Rognsvoog
███████████████ C/O Paul Mones
███████ C/O Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)
River Rivers Council, Boy Scouts of America
███████████ C/O Crew Janci LLP
██████ C/O Michael G. Dowd
Robert Bulens
█████████ C/O The Law Office of Carmen L. Durso
█████████ C/O Berman O'Connor & Mann
Robert Hallum
Robert Jorgensen
██████ C/O Peabody, Stirling, Hale & Miller LLP
████████ C/O Rebenack, Aronow, Mascolo, LLP
Robert Logan Talbott River Road Trust
█████████ C/O Parker Waichman LLP
█████████ C/O Marsh Law Firm C/O Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)
█████████ C/O Marsh Law Firm
██████ C/O Crew Janci LLP
Robert Sutterlin
Robert Talbott, Inc

██████████ C/O Lujan & Wolff, LLP
Roberts. Talbott Revocable Trust
████████████ C/O Crew Janci LLP
██████████ C/O Berman O'Connor & Mann
█████████████ C/O Lujan & Wolff, LLP
██████████ C/O Crew Janci LLP
██████████ C/O Berman O'Connor & Mann
Roman Catholic Archbishop
Roman Catholic Archbishop of Agana
Roman Catholic Archdiocese of New York, Archdiocese of New York
███████████ C/O The Panitch Law Group, P.C.
Ronald Hegwood
████████ C/O Emery Celli Brinckerhoff & Abady LLP
██████████ C/O Lujan & Wolff, LLP
████████ C/O Michael G. Dowd
Ronnie Mason
█████████ C/O Berman O'Connor & Mann
█████████ C/O Roberts Fowler & Visosky
████████ C/O Lujan & Wolff, LLP
██████████ C/O Berman O'Connor & Mann
█████████ C/O Berman O'Connor & Mann
Ruth Kvistad
██████ C/O Bonina & Bonina, P.C.
Sacred Heart - Espanola
Saint John The Baptist Church
███████████ C/O Goff Law Group
Salvador Rivera
Sam Houston Area Council
Sam Houston Area Council Phoenix District

Samuel Christian Carelton
Samuel Roche
San Gabriel Valley Council
Sandy Potjunas
Sarah Case Talbott River Road Trust
SC Boy Scouts Council Inc.
School Sisters of Notre Dame Central
    Pacific Province, Inc.
School Sisters of Notre Dame, Region of
    Guam
████████████ C/O Lafave, Wein & Frament,
    PLLC
████████████████████ C/O Clark,
    Hunt, Ahern & Embry
████████████ C/O Michael G. Dowd
████████
Scott Michelson
████████████ C/O Crew Janci LLP
Scout Troop 4200
Second Baptist Church
Seneca Waterways Council, Boy Scouts of
    America
Sequoia Council
Sergeant Konrad Wojciehowski
████████████ C/O Berman O'Connor
    & Mann
████████ C/O Dumas Law Group, LLC
    (A/K/A Dumas & Vaughn Attorneys at
    Law)
Sharon Giovingo
Sharon Richardson
████████████████ C/O
    Dumas Law Group, LLC (A/K/A Dumas
    & Vaughn Attorneys at Law)
Shawn Pelletier
████████████ C/O Simmons Hanly Conroy
Sheree Dodge
Sherrilynn Wood
Sherrye Howell
Shirley Williams
Silicon Valley Monterey Bay Council
Skylar Prestano
Sleepy Hollow Vineyards, L.P.
Society of Jesus, USA-Northeast Province

Southeast Louisiana Council
Southern California Scullers Club
Southern Shores Field Service Council
Southwest Bartholomew Volunteer Fire
    Department, Inc.
St. Benedict Joseph Labre Church
St. Benedict Joseph Labre School
St. Brigid R.C. Church
St. Catherine's Roman Catholic Church
St. Catherine's Roman Catholic Church
    School
St. Demetrios Greek Orthodox Church
St. Francis of Assisi Roman Catholic
    Church
St. Francis Xavier Church
St. Helena Parish
St. John Gualbert R.C. Church
St. John Vianney R.C. Church
St. Joseph Investment Fund, Inc.
St. Josephats R.C. Church
St. Paul's R.C. Church
St. Teresa R.C. Church
████████████
Stanley Bassett
████████████████ C/O Eisenberg
    Rothweiler, Winkler, Eisenberg & Jeck,
    P.C.
State of Wisconsin
Stephanie K. Jones
Stephanie Regalia
████████████████ C/O Crew Janci LLP
████████████ C/O Law Offices of Mitchell
    Garabedian
████████████ C/O Hart McLaughlin &
    Eldridge
Stephen White
Stephen Zanetti
████████████████ C/O Dumas
    Law Group, LLC (A/K/A Dumas &
    Vaughn Attorneys at Law)
████████████████ C/O The Panitch
    Law Group, P.C.
████████████ C/O Crew Janci LLP
Steve Stenger

Steven Harris
Steven N. Brown
Strawbridge United Methodist Church
        ███████ C/O Michael G. Dowd
        ███████ C/O Michael G. Dowd
Suffolk County Council
Suffolk County Policy Department
        ████████ C/O Berman O'Connor
    & Mann
Susan Burk
Susan Reisinger
Susanna Otto
Susquenango Council
Sussex District Boy Scouts of America
T.B.C.P.C
T.B.S.O.A.I.
    ███ C/O Herman Law
    ███ C/O Lujan & Wolff, LLP
Tanner Bailey
Ten Mile River Scout Camps A/K/A Ten
    Mile River Scout Camps, Boy Scouts of
    America
    ████████ C/O Pfau Cochran
    Vertetis Amala PLLC
Terry A. Wright
    ██████████ C/O Clark, Hunt,
    Ahern & Embry
Terry Zellers
Thad Alton
The Blessed Trinity R.C. Church
The Church of Jesus Christ of Latter Day
    Saints
The City of Irwindale
The County of Nassau
The Diocese of Rochester
The Estate of F.E. (Gene) Bobo
The Fidelis Care as a Trademark for the
    Centene Corporation
The Foundation of The Roman Catholic
    Diocese of Buffalo, N.Y., Inc.
The Hamlet of East Meadow
The Hartford Insurance Group
The National Boy Scouts of America
    Foundation

The Roman Catholic Diocese of Syracuse,
    NY
The School Sisters of Notre Dame
    Milwaukee Providence, Inc.
The Temple Congregation Adath Israel-
    B'rith Sholom Inc.
The Town of Hempstead
Theodore Roosevelt Council
Theresa Kennedy
Thomas Bogardu
    ████████ C/O Lujan & Wolff,
    LLP
Thomas Doering
Thomas Kiely
    █████
Thomas Lane
Thomas Larry
Thomas M. Thackeray
    ████████ C/O Michael G. Dowd
    ████████ C/O Gibson, McAskill &
    Crosby, LLP
Thomas Scott
    ████████ C/O Dumas Law
    Group, LLC (A/K/A Dumas & Vaughn
    Attorneys at Law)
    ███████
Three Fires Council
Tidwald Law
Tiffany Riggs
    █████ C/O Rebenack, Aronow,
    Mascolo, LLP
    ████████ C/O Crew Janci LLP
    ████████ C/O Paul Mones
Timothy Black C/O Law & Moran,
    Attorneys at Law
Timothy Fedor
    ████████ C/O Berman
    O'Connor & Mann
Timothy Savage
    ██████ C/O Crew Janci LLP
Todd Puccio
Tom Hartmann
Tomas A. Camacho
Town of Deerfield
Town of Trumbull

Trapper Trails Council
███████████ C/O Green & Gillispie
Travis Leppi
Trent Herlihy
Trevor B. Paulson
███████████ C/O Crew Janci
LLP
Troop #7354
Troop 141 BSA
Twin Rivers Council
Union United Methodist Church
United Services Automobile Association
Unitedhealthcare Insurance Company
USA Northeast Province of The Society of
Jesus
███████████ C/O Law
Offices of Anthony M. Demarco
Valerie Mcgriff (Gawle)
Varteni Yerjanian
Vern Iverson
Vernon Wunnenberg
███████████ C/O Lujan & Wolff,
LLP
███████████ C/O Lujan & Wolff, LLP
███████████ C/O Lujan &
Wolff, LLP
███████████ C/O Lujan & Wolff,
LLP
Victor Caps
███████████ C/O David Luna
Vincent Liberto
███████████ C/O Andrea E. Bonina
Virgil Sanders
Virginia Adkins
Walgreen Company
███████████ C/O Rebenack, Aronow,
Mascolo, LLP
Washington Crossing Council
Wayne Farrar
███████████ C/O Berman O'Connor
& Mann
Weedsport Central School District
Westchester Putnam Council
Westlake Hills Presbyterian Church
███████████ C/O Crew Janci LLP

███████████ C/O
Dumas Law Group, LLC (A/K/A Dumas
& Vaughn Attorneys at Law)
William Bewley
William Brannon
William Edward Bewley
███████████ C/O Crew Janci LLP
███████████ C/O Green & Gillispie
William Greenwald
William Hoke
███████████ C/O Paul Mones
███████████ C/O Crew Janci LLP
███████████ C/O Robins Kaplan LLP
William Pugh
William Pugh Jr
William Rick Bailey
William Rish Jr
William Ruscoe
███████████ C/O Crew Janci LLP
███████████ C/O Rebenack, Aronow,
Mascolo, LLP
William Short
███████████ C/O Green & Gillispie
███████████ C/O Parker Waichman LLP
███████████
███████████ C/O Rubenstein & Rynecki
XYZ Corporation
XYZ Corporation 1-100
XYZ Entities 1-100
XYZ Insurance Corporation
Yucca Council
Zachary Babel
███████████ C/O
Clark, Hunt, Ahern & Embry
Zachary Schmidt
Zachary Spahr
Zorro Ragsdale

### **Schedule 1(l)**

**Professionals to be Retained by the Debtors**

Alvarez & Marsal North America, LLC
Bates White LLC
Haynes & Boone, LLP
KCIC, LLC
Morris, Nichols, Arsht & Tunnell LLP
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Omni Agent Solutions
Sidley Austin LLP

## **Schedule 1(m)**

### **Professionals Representing Certain Parties in Interest**

AlixPartners LLP
Ankura Consulting Group, LLC
Berkeley Research Group, LLC
Kramer Levin Naftalis & Frankel LLP
Norton Rose Fulbright US, LLP
Pachulski Stang Ziehl & Jones
PJT Partners, Inc.
Wachtell, Lipton, Rosen & Katz
Young Conway Stargatt & Taylor, LLP

**Schedule 1(n)**

**Ordinary Course Professionals**

An, Tian, Zhang & Partners
Bassford Remele PA
BAX Advisors LLC
Bays Lung Rose Holma Attorneys at Law
Bond, Schoeneck & King PLLC
Boone Karlberg P.C.
Carolina Fridman Law Corporation
CCPIT Patent & Trademark Law Office
Christopher T Hurley & Associates P.C.
Civille & Tang PLLC
Clarke Silverglate P.A.
Connell Foley LLP
Cranfill Sumner & Hartzog LLP
Crotty & Schiltz LLC
Dentons US LLP
Foland, Wickens, Roper Hofer & Crawford, P.C.
Fox Rothschild LLP
Gerolamo Mcnulty Divis & Lewbart, P.C.
Grefe & Sidney, P.L.C.
Gruber Thomas & Co.
Harper & Pearson
Hawley Troxell Ennis & Hawley LLP
Hecht, Latham Spencer & Associates, Inc.
Heplerbroom LLC
Herman Law Firm P.A. Trust Account
Hinshaw & Culbertson LLP
Howard & Co., LLP
Hueston Hennigan
Keleher & McLeod PA, Attorneys at Law
Keller & Almassian, PLC
Kipp and Christian, P.C.
Kosnoff Fasy PLLC Trust Account
LCG Associates, Inc.
Lightfoot Franklin & White LLC
Locke Lord LLP
Mandell Menkes, LLC
Mark Gallagher Attorney
Markowitz Herbold PC
McAngus Goudelock & Courie
McGuire Woods LLP
McGuire, Craddock & Strother, P.C.
McLane Middleton, Prof. Assoc.

Mead & Hunt, Inc.
Melick Porter, LLP
Miller & Martin PLLC
Miller, Johnson, Snell & Cummiskey, P.L.C.
Milliman Inc.
Milliman USA Inc.
Mitchell Garabedian Attorney
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C
MNP LLP
Nicholas W Mulick PA
Nigro Karlin Segal & Feldstein
Park Dietz & Associates, Inc.
Perkins Coie
PricewaterhouseCoopers LLP
Quinn Emanuel Urquhart & Sullivan LLP
Ruhter & Reynolds, Inc.
Saul Ewing LLP
Scheper Kim & Harris, LLP
Sheehy Ware & Pappas PC
Sitlinger & Theiler
Steptoe & Johnson PLLC
Stich, Angell, Kreidler, Dodge & Unke, P.A.
Stillwell Midgley PLLC
Stites & Harbison PLLC
Taylor, Porter, Brooks & Phillips, L.L.P.
Texas Medical Legal Consultants
Thompson Coe & O'Meara LLP
Towers Watson Delaware, Inc.
Upshaw Williams Biggers
Vinson & Elkins LLP
White and Williams LLP
Whitney Smith Company Inc.
Wicker, Smith, O'Hara, McCoy, & Ford, PA
Wiggin & Dana LLP
Wilson Elser Moskowitz Edelman & Dicker LLP
Winston & Strawn LLP

## **Schedule 1(o)**

### **Tort Claimants Committee**

Christopher Desmond Haywood
Douglas A. Kennedy
John Humphrey
Jorge Tabon
Jorge Vega
Morgan Wade Paul
Richard Halvorson
Robb Lawson
Robert Grier

## **Schedule 1(p)**

### **Unsecured Creditors Committee**

Girl Scouts of the United States of America
Lion Brothers Company Inc.
Pearson Education, Inc.
Pension Benefit Guaranty Corporation
Roger A. Ohmstede

**<u>Schedule 1(q)</u>**

**Top 25 Plaintiffs' Law Firms Representing the Largest Number of Abuse Victims Asserting Claims Against the Debtors**

Andreozzi & Associates, P.C.
Ava Law Group, Inc.
Bondurant, Mixson & Elmore, LLP
Crew Janci LLP
Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)
Eisenberg Rothweiler, Winkler, Eisenberg & Jeck, P.C.
Green & Gillispie
Gregg, Hunt, Ahern & Embry Attorneys at Law
Hurley McKenna & Mertz, P.C.
Jeff Anderson & Associates, PA
Kosnoff Law
Law Offices of Mitchell Garabedian
Lindsay Hart, LLP
Lujan & Wolff, LLP
Marsh Law Firm
Merson Law
Michael G. Dowd
Paul Mones
Penn Law Group
Pfau Cochran Vertetis Amala PLLC
Rebenack, Aronow, Mascolo, LLP
Robins Kaplan LLP
Rubenstein & Rynecki
Sweeny Reich & Bolz, LLP
Thomas Law Office, PLLC

**Schedule 1(r)**

**Top 30 General Unsecured Creditors of the Debtors (Non-Abuse Claims)[3]**

American Engineers & Contractors
Anne Terry
Bradley Farmer
C. Michael Hoover Jr.
C. Wayne Brock
███████████████████████
David J. Ross II
Donald McChesney
Gary Butler
Hugh Travis
Jeffrey Hunt
John Green
Judith Ratcliffe
Kathy Sue Stone
Kenneth L. Connelly
Michael Surbaugh
NCS Pearson, Inc.
███████████████████████████
Quad/Graphics, Inc.
Raymond L. Blackwell
Richard Lehr
Robert J. Mazzuca
Robert Tuggle
Roy L. Williams
Thomas H. Fitzgibbon
Thomas Harrington
Thomas Varnell

---

[3] The professionals seeking to be retained also ran the names of certain individual plaintiffs. In accordance with the *Interim Order (I) Authorizing the Debtors' to file (A) a Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) a Consolidated List of Other Unsecured Creditors of the Debtors, (III) Authorizing and Approving Procedures for Providing Notice of Commencement, and (IV) Granting Related Relief* [Docket No. 66], in order to protect the identities of individual plaintiffs asserting abuse claims and individual plaintiffs who are minors, the Debtors have redacted such information from this list.  The Debtors will provide an unredacted version of this list to the Court, the Office of the United States Trustee, and the Committees upon request.

**Schedule 1(s)**

**Deferred Compensation and Restoration Plan Participants**

| | |
|---|---|
| Alan Lambert | Alfred D Morin |
| Alfred D Morin | Patrick Sterrett |
| John Andrews | Ponciano Duran |
| Anne Terry | John Primrose |
| Bonnie H Bishop | Raymond L Blackwell |
| Bradford C Allen | Richard J Mathews |
| Bradley Farmer | Robert J Mazzuca |
| C. Wayne Brock | Robert Tuggle |
| C Michael Hoover Jr | Roger A Ohmstede |
| C Wayne Brock | Ron Oats |
| Pamela E. Carroll | Ronald K Hegwood |
| Danny R. Clifton | Roy L Williams |
| John A. Coyle | Steven P. McGowan |
| David J Ross Ii | Michael Surbaugh |
| Donald McChesney | Thomas H Fitzgibbon |
| Douglas S Smith Jr | Thomas Harrington |
| Erik L Nystrom | Hugh Travis |
| Erin Eisner | Thomas Varnell |
| Frances Lynne Park | Harold Watson |
| Frederick Wallace | Willie Iles Jr. |
| Gary Butler | |
| Jeffrie A. Herrmann | |
| Mark Holtz | |
| J Carey Keane | |
| Jeffrey Hunt | |
| John Green | |
| John Mosby | |
| Joseph S Coco | |
| Judith Ratcliffe | |
| Justin McCarthy | |
| Kathy Sue Stone | |
| Kendrick Miller | |
| Kenneth L Connelly | |
| Randall Kopsa | |
| Albert Kugler | |
| Lawrence F Potts | |
| Lawrence L Otto | |
| Mark Logemann | |
| Robert J. Mazzuca | |
| Michael Ashline | |
| Michael Kaufman | |
| Michael Surbaugh | |

## Schedule 1(t)

### Significant Contract Counterparties

3096-3227 Quebec Inc/Groupe Access
501c Services
Accelogix LLC
Ace Adventure Resort Inc.
Adobe Systems Inc.
AdvantageCS
Adven Capital Group LLC
Adventures WV
Alert Logic Inc.
Amazon Web Services Inc.
American Audio Visual Inc.
American Electric Equipment Inc.
American Food & Vending Corp
AMS America Inc.
Arnica Software Corp
Arrow Capital Solutions Inc.
AT&T (5019)
AT&T Capital Services, Inc.
AT&T Mobility
Automatic Data Processing Inc.
Avalara Inc.
Ayers Construction
Ayoka LLC
Blackbaud Inc.
Brown & Bigelow, Inc.
Butch Whitten Construction
Buxton Company
CEC Facilities Group LLC
Certain Inc.
CircuiTree, LLC
Constellation NewEnergy, Inc.
Corra Technology Inc.
Datamax
Dci / Shires Inc.
Dci Shires
Dupont Hotel Project Owner LLC
Durham School Services, L.P.
First Advantage Lns
First Maintenance Company
Freeman Decorating Co
Gaylord National Resort And Convention
    Center

Gaylord Texan Resort And Convention
    Center
Glas
Golin Harris International Inc.
Grant Thornton
Groupe Access
High Towers Wood, Welding & Fabrication,
    Inc.
Hyatt Regency Atlanta, Inc.
Hyatt Regency Dallas
Hyatt Regency New Orleans
IBM
Iidon Inc.
ImageNet Consulting LLC
Infosys
Infosys Limited
Insight Investments LLC
JDA Software Inc.
Ksquare Solutions Inc.
Lumos Networks
Maitreyi Consultants Inc.
Manchester Grand Hyatt
Mark Monitor Inc.
Meetings By Design Inc.
MetLife
Mi9 Retail Na Corp
Microsoft Services
Mimeo.com Inc.
Montclair State University
Morneau Shepell Limited (formerly known
    as Mercer Inc.)
MuleSoft Inc.
MXD Group Inc.
Naturally Slim
Nelson Westerberg/Atlas Van Lines
NTT Com Security (US) Inc.
Oracle America Inc.
Perimeter International
Philadelphia Marriott Downtown
Raymond Leasing Corporation
RCG Global Services Inc.
Riskonnect Inc.
River Expeditions

Robot And Pencils
Rpe Outsourcing, LLC
S & Me Inc.
Shawn H Jackson
Sheraton Birmingham
Skillsoft Corporation
Southern Air, Inc.
Sovos Compliance LLC
Sun Life Assurance Company of Canada
Tech Plan Inc.
The Vitality Group LLC (TVG)
Thomas Hjellming
Town Sports International Holdings, Inc.
United Healthcare
Unum
Upp Technology
Upper Keys Marine Construction, LLC
Verifone
VSP
Wage Works
Weston Solutions Inc.
Yeti Coolers, LLC

## **Schedule 1(u)**

### **Significant Customers**

A-B Emblem
Classb
Flemington Dept. Store
Ramsey Outdoor Store
The Moritz Embroidery Works, Inc.

**<u>Schedule 1(v)</u>**

**Significant Donors**

Abigail Maddi
America's Charities
Anadarko Petroleum Corporation
Blake Family Trust
Dean Wm. Carr, Jr. Trust
Estate of Allen C. Weiss
Estate of Ingeborg M. Borre
Estate of Steven C. Schoger
Estate of Thomas Parissidi
Fowler Family Fund
Gorini & Gorini LLP
Greater Kansas City Community Foundation
H P Farrington Trust C/O Bank of America
H. P. Farrington - HPF Foundation RSDY
Insurance Auto Auction
James S. Turley
John C. Jadel
John D. Harkey
John D. Tickle
John E. Link
Krevsky, Silber & Bergen
Lonnie C. Poole
Murray Energy Corporation
Mutual of Omaha Insurance Company
Publishing Concepts, L.P.
R. Doyle Parrish
Robert Cruickshank
Stephen D. Bechtel, Jr. Foundation
Steven A. Antoline
Steven E. Zachow
The James Annenberg La Vea Charitable Foundation
The Walter R. Wormell Trust
Tilden Family Philanthropy Fund
Todd L. Johnson
Tridave, LLC

**Schedule 1(w)**

**Significant Vendors**

1-800-Pack-Rat
Ace / Esis
Ace Adventure Resort Inc.
Ace American Insurance Company
Adventure Medical/Tender Corp
Allied Rentals Inc.
American Airlines
American Outdoor Products
AR & JO & MH LLP
Aspen Corporation
Automotive Rentals Inc.
AVIO Consulting LLC
Barebones Systems
Barkley House Ii Inc.
BC Sales And Sourcing
Berman O'Connor & Mann
BHG Structured Settlements Inc.
Bison Designs LLC
Boxley Aggregates of West Virginia LLC
Boy Scouts GA Recon Acct
Boy Scouts of America Recon Clearance
BSA Florida Sea Base BPC
BSA Parents Inc.
Buzzshift Inc.
Cai Design Inc.
Calypso Water Sports & Charters, Inc.
Capital Printing Co
Capitol Business Equipment
CDW Direct, LLC
Chasan & Walton LLC
Coleman Co Inc.
Compass Group USA Inc.
Computer Digital Imaging Corporation
Council Unemployment
Covington & Burling LLP
Cramer Security & Investigations Inc.
Crest Craft Company
Crown Awards
Crystal Bay Corporation
David W McKeehan
Davis Polk & Wardwell LLP
Deprez Travel Bureau Inc.
Derby Worx Inc.

Diamond Brand Canvas Products
Eagles Nest Outfitters, Inc.
EAN Services LLC
Eco Structures Australia Pty LTD
Egroup Recognition
Eski Inc.
Facebook Inc.
FedEx
Fenwick & West LLP
Fidelity Retirement Services
Fiji Elevator Company
Forest Fitness LLC
FTI Consulting Inc.
G&G Outfitters Inc.
Gateway Press Inc.
General Datatech LP
Gerald Magar Jr
Gilbert LLP
Gillmann Services Inc.
Gregory M Skinner
GSI Outdoors Inc.
GSR LLC
Guinn Consulting LLC
Health Special Risk Inc.
Hike America
Hintz Targeted Marketing, LLC
Insigniam Performance LP
Jesse Scofield Productions LLC
Jurisprudent Deferral Solutions LLC
Kahoot Products Inc.
Klymit (Argon Technologies)
KT Brown Consulting LLC
Kuehne and Nagel
Labatt Food Service
Leatham Family LLC
Leatherman Tool Group Inc.
Lewis A Whitten
Liberty Mountain Sports LLC
Low Impact Excavators Inc.
Lowe's Companies, Inc.
Macro Integration Services Inc.
Magic Novelty Co Inc.
Marriott Business Services

Marriott International
Marsh & McLennan Agency LLC
McGovern & Company
Mercer
Mittera Group
Morris & Player PLLC
MTM Recognition Corp
Mutual of Omaha Structured
Myers Lawn Care Services
NCS Pearson Inc.
Nichols Kaster PLLP
Optum Health Bank
Oregon Freeze Dry Inc.
Orkin
Osprey Packs, Inc.
Out Island Sailing Adventures LLC
Pacific Life & Annuity Services Inc.
Paradies Gifts Inc.
Paramount Builders LLC
Paramount Headwear Inc.
Partnership Employment Dallas LLC
Peak Industries Inc.
Peiyork Intl Co Inc.
People 2.0 Global Inc.
Pray Publishing
Pro-Honor Design & Casting
Quad Graphics Inc.
Renegade Productions Inc.
Royle Printing Co
Ryder Last Mile Inc.
Saunders Staffing Inc.
Schwebel Goetz & Sieben PA
Shamrock Foods Company
Shutterstock Inc.
Silver Creek Leather Co
Silver Golub & Teitell LLP
Stamps.Com
Stange Company Inc.
State Board of Equalization
Strategic Orient Sourcing
Sunbelt Rentals
Supplyone Rockwell, Inc.
Symphonix Solutions Inc.
Syncb/Amazon
Sysco South Florida Inc.

Target Creative Group Inc.
Texas State Comptroller
The Duck Company
The McClellan Law Firm A/C Trust Fund
The Special Event Company
The Thrasher Group, Inc.
Thiel Law Office PLLC
Thorlo, Inc.
Tower Legal Staffing Inc.
Trainham Cattle Company
Transportation Management Services
True Digital Security Inc.
Ugly Mugz
Unblind Productions Inc.
US Foods, Inc.
USPS / Eps
Vandalia Bronze
Vigna Information System LLC
Vision Service Plan
Vista Outdoor Sales LLC
Wagner Equipment Company
Wealth-X LLC
White Wilderness Inc.
Wolverine World Wide Inc.
World Scout Bureau
World Scout Foundation
World Scout Shop LTD
Yadgarov & Associates PLLC
You Are Here LLC

**Schedule 1(x)**

**Significant Taxing Authorities**

Acadia Parish School Board
Alabama Attorney General's Office
Alabama Securities Commission
Arizona Corporation Commission
Arizona Dept. of Revenue
Arkansas Dept. of Finance
Ascension Parish Sales Tax Authority
Assumption Parish
Avoyelles Parish School Board
Beauregard Parish Sales Tax
Bossier City - Parish
Caddo Shreveport Sales
Calcasieu Parish School Board
California Department of Justice
Canada Revenue Agency
Capitol Corporate Services Inc.
Charleston County
City of Canon City
City of Chicago - Dept. Of Revenue
City of Colorado Springs
City of Craig Alaska
City of Davenport
City of Detroit
City of Grand Junction Finance
City of Greenwood Village
City of Gustavus
City of Johnson City
City of Knoxville
City of Kodiak
City of Lakewood
City of Loveland
City of Melbourne
City of Palmer
City of Pueblo
City of Seattle
City of Steamboat Springs
City of Tacoma
City of Thorne Bay
Collin County Tax Assessor Collector
Colorado Dept. of Revenue
Colorado Secretary of State
Commonwealth of Massachusetts
Commonwealth of Pennsylvania

Commonwealth of Puerto Rico
Commonwealth of Virginia
Concordia Parish School Board
Connecticut Public Charity Unit
DC Treasurer
Delaware Secretary of State
Denton County Tax Assessor Collector
Departamento De Finanaz, Municipio
    Autonomo De Guaynabo
City of New Orleans, Department of
    Finance Bureau
Department of The Treasury, IRS
Desoto Parish Sales
East Feliciana Parish
False Alarm Reduction Unit, County of
    Fairfax (VA)
Florida Department of Revenue
Florida Department of State
Florida Dept. of Agri & Consumer Svcs
Forsyth County Tax Collector
Fred Sisk Knox County Trustee, County of
    Knox
Georgia Secretary of State
Grant Parish School Board
Harris County Sheriff's Office Alarm Detail
Iberia Parish School Board
Illinois Charity Bureau Fund
Illinois Department of Revenue
Iowa Dept. of Revenue And Finance
Jackson Parish Sales Tax Collection
Jefferson Davis Parish School
Jefferson Parish Sheriff's Office
Jefferson Parish Tax Collector
Kansas Department of Revenue
Kansas Secretary of State
Kentucky State Treasurer
Lafayette Parish School Board
Lafourche Parish School Board
Lincoln Parish
Livingston Parish School Board
Louisiana Dept. of Justice
Louisiana Dept. of Revenue And Taxation
Maine Revenue Services

Maricopa County Treasurer
Mass DOR (Dept. of Revenue)
Massachusetts Dept. of Revenue
Maryland Secretary of State
Michigan Dept. of Treasury
Minister of Finance - Manitoba
Minnesota Dept. of Revenue
Montana Secretary of State
Monterey County Tax Collector
Montgomery County
Morehouse Sales & Use Tax Commission
Minnesota Pollution Control Agency
    (MPCA)
MS Secretary of State
NC Department of Revenue
Nebraska Dept. of Revenue
Nevada Secretary of State
New Mexico Secretary of State
New Mexico Taxation & Revenue Dept.
New York Sales Tax Bureau
New York State Corporation Tax
New York State Dept. of Law
NJ Division of Consumer Affairs
NM Taxation & Revenue Dept.
North Carolina Secretary Of State
NV Stmt of Business Publication
Office of State Tax Commissioner, North
    Dakota
Office of The Attorney General, California,
    Registry of Charitable Trusts
Ohio Attorney General
Ohio Treasurer of State
Oklahoma Secretary of State
Oklahoma Tax Commission
Orange County Tax Collector
Oregon Dept. of Justice
Pa Dept. of Labor & Industry
Parish of East Baton Rouge
Parish of Iberville
Parish of St Bernard
Parish of Terrebonne
Plaquemines Parish
Puerto Rico Department of The Treasury
Rapides Parish
Sabine Parish
Sacramento County

Sales And Use Tax Office, St. John The
    Baptist Parish
SBC Tax Collector, County of San
    Bernardino
SD Secretary of State
Secretary of State - ND
Secretary of State of Rhode Island
Shelby County Trustee- David Lenor
South Carolina Department of Revenue
South Carolina Secretary of State
South Dakota Dept. of Revenue
St Charles Parish School Board
St James Parish School Board
St Landry Parish School Board
St Martin Parish School Board
St Mary Parish
St Tammany Parish Sheriff's DPT
State Board of Equalization, California
State of Alaska
State of Connecticut
State of Delaware
State of Georgia
State of Maine
State of Maryland
State of Minnesota
State of New Hampshire
State of NJ-Sales & Use Tax
State of Rhode Island Division/ Taxation
State of Rhode Island General Treasurer
State of Tennessee
State of Washington Dept. Of Revenue
State of Wyoming
State Tax Commission, Mississippi
State of Idaho Tax Commission
Tangipahoa Parish School System
Tarrant County Tax Assessor-Collector
Tax Collector Monroe County FL
Taxation & Revenue Department, Monroe,
    Louisiana
Taxation & Revenue Dept., Santa Fe, New
    Mexico
Tennessee Dept. of Revenue
Texas State Comptroller
The City of Cortez
Treasurer of Virginia
Treasurer State of Connecticut

Treasurer State of Ohio
Treasurer, City of Memphis
U.S. Department of Homeland Security,
    Customs and Border Protection
Utah Department of Agriculture And Food
    (UDAF)
Union Parish
United States Department of The Treasury
Utah Dept. of Commerce
VDH - Bedding, Commonwealth of Virginia
Vermillion Parish School Board
Vermont Department of Taxes
Vernon Parish School Board
Virgin Islands Bureau of Internal Revenue
Washington County Trustee
Washington Office of Insurance
Washington Parish
Washington Secretary of State
Webster Parish School Board
West Baton Rouge Parish
West Feliciana Parish School BD
West Virginia Division of Labor
West Virginia Secretary of State
West Virginia State Tax Dept.
WI Dept. of Financial Institutions
Winn Parish
Wisconsin Department of Revenue
WV Secretary of State

### Schedule 1(y)

### Significant Utility Providers

AAF Hauling Inc.
Advanced Disposal
Allstream Business Us Inc.
Amerigas
Appalachian Power
Aspen Waste Systems, Inc.
AT&T
AT&T - Opus
AT&T Mobility
AT&T Wireless
Cablevision Systems Corporation
CenterPoint Energy
CenturyLink
City of Charlotte
City of Irving - Utility Billing
City of Irving - Municipal Services Bill
City of Mount Hope - Sewer
City of Mount Hope - Water
Claro Puerto Rico
Consolidated Communications
County of Colfax
Crosier's Sanitary Service Inc.
Dakota Electric Association
Direct Communications Rockland
Direct Energy Business, Inc.
Duke Energy
EarthLink (Windstream)
EarthLink Business
Eversource
Ferrellgas
Florida Keys Aqueduct Authority
Florida Keys Electric Cooperative
Frontier Communications
Getronics Pomeroy IT Solutions
Granite Telecommunications
Keys Energy Services
Kit Carson Electric Cooperative
Lake Country Power
Level 3 Communications LLC
Lumos Networks
Lumos Networks DBA Segra
Mountaineer Gas Company

National Grid
Northern New Mexico Gas
Oak Hill Garbage Disposal Inc.
Pacific Centrex (Datavo LLC)
Piedmont Natural Gas Company
Plyler Paper Stock Co Inc.
Raleigh County Solid Waste
Republic Services, Inc.
Shentel
Sierra Communications, Inc.
Springer Electric Cooperative, Inc.
Time Warner Cable
Tri-County Electric Cooperative Inc.
Trophy Club Muds
Verizon Wireless
Village of Cimarron
Waste Connections, Inc.
Waste Management
Waste Management - Blaine MN
Waste Management Florida
Waste Management- Ft Worth Hauling
Waste Management Lewisville Hauling
Waste Management of Denver
Waste Management of Michigan Inc.
West Virginia American Water
West Virginia American Water Co
White Oak Public Service District
Windstream Communications Inc.
Wow! Business
Xcel Energy
Zia Natural Gas Company

**Schedule 1(z)**

**U.S. Trustee, Judges, and Court Contacts for the District of Delaware**

Agarwal, Robert
Hon. Ashley M. Chan
Benjamin Hackman
Hon. Brendan L. Shannon
Brian Cavello
Cacia Batts
Catherine Farrell
Cheryl Szymanski
Christine Green
Hon. Christopher S. Sontchi
Claire Brady
Danielle Gadson
David Buchbinder
David Villagrana
Diane Giordano
Dion Wynn
Donna Grottini
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Janet Moore
Jeffrey Heck
Jill Walker
Hon. John T Dorsey
Juliet Sarkessian
Hon. Karen B. Owens
Karen Starr
Karen Strupczewski
Hon. Kevin Gross
Laura Haney
Lauren Attix
Laurie Capp
Hon. Laurie Selber Silverstein
Linda Casey
Linda Richenderfer
Lora Johnson
Marquietta Lopez
Hon. Mary F. Walrath
Michael Panacio

Nancy Hunt
Rachel Bello
Rachel Werkheiser
Ramona Vinson
Richard Schepacarter
Shakima L. Dortch
Sherry Scaruzzí
T. Patrick Tinker
Timothy J. Fox Jr.
Una O'Boyle