**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |
| BOY SCOUTS OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>A.A., *et al.*,[2]<br><br>　　　　　　　Defendants. | Adv. Pro. No. 20-50527 (LSS) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 24, 2020, AT 10:00 A.M. (ET)

RESOLVED MATTER

1.　　　National Surety Corporation's Motion (I) for Relief From the Automatic Stay or, in the Alternative, (II) to Extend the Stay (D.147, Filed 3/6/20).

　　　Objection Deadline:  March 17, 2020, at 4:00 p.m. (ET).

　　　Responses Received:

　　　　　a)　　Informal comments from the Debtors;

　　　　　b)　　Informal comments from proposed Future Claimants' Representative; and

---

[1]　　　The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2]　　　A full list of the Defendants in this adversary proceeding is included in redacted form on Exhibit A to the BSA's Verified Complaint for Injunctive Relief [Adv. D.I No. 1] to protect the privacy interests of abuse victims. An unredacted version of the Complaint and Exhibit A thereto will be served on each Defendant's counsel.

c)   Limited Objection of Creditors and Parties in Interest First State Insurance Company and Twin City Fire Insurance Company to National Surety Corporation's Motion (I) for Relief from the Automatic Stay, or in the Alternative, (II) to Extend the Stay (D.I. 211, Filed 3/17/20).

Related Pleadings:

a)   Certification of Counsel Regarding National Surety Corporation's Motion (I) for Relief from the Automatic Stay or, in the Alternative, (II) to Extend the Stay (D.I. 230, Filed 3/18/20); and

b)   Agreed Order Granting in Part National Surety Corporation's Motion for (I) for Relief from the Automatic Stay or, in the Alternative, (II) to Extend the Stay (D.I. 236, Filed 3/19/20).

Status:  An order resolving this matter has been entered.

ADJOURNED MATTERS

2.   Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to the Prepetition Secured Party Pursuant to 11 U.S.C. §§ 105(a), 361, 362, 363 and 507; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b); and (IV) Granting Related Relief (D.I. 5, Filed 2/18/20).

Objection Deadline:  March 17, 2020, at 4:00 p.m. (ET).   Extended to April 1, 2020, at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors, the Committee of Tort Claimants, the Future Claimants' Representative, and JPMorgan Chase Bank, National Association.

Responses Received:

a)   The Texas Taxing Authorities' Objection to Debtor's Interim Order (I) Authorizing the Debtors to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to the Prepetition Secured Party Pursuant to 11 U.S.C. §§ 105(a), 361, 362, 363, 503, and 507; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b); and (IV) Granting Related Relief (D.I. 143, Filed 3/6/20); and

b)   Local Texas Tax Authorities' Objection to Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to the Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 105(a), 361, 362, 363, 503, and 507; . . . (IV) Granting Related Relief (D.I. 221; Filed 3/17/20).

Related Pleadings:

a)    Notice of Filing of Revised Proposed Interim Order (I) Authorizing the Debtors to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to the Prepetition Secured Party Pursuant to 11 U.S.C. §§ 105(a), 361, 362, 363, 503 and 507; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b); and (IV) Granting Related Relief (D.I. 78, Filed 2/20/20);

b)    Interim Order (I) Authorizing the Debtors to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to the Prepetition Secured Party Pursuant to 11 U.S.C. §§ 105(a), 361, 362, 363 And 507; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b); and (IV) Granting Related Relief (D.I. 90, Entered 2/20/20);

c)    Notice of Final Hearing to Consider First Day Pleadings (D.I. 93, Filed 2/20/20); and

d)    [TO BE FILED] Certification of Counsel Regarding the Omnibus Order Amending Certain Interim Orders for First Day Motions.

Status:  This matter has been adjourned to April 15, 2020 at 10:00 a.m. (ET).

3.    Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue Using Existing Cash Management System, Including Existing Bank Accounts, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Existing Business Forms, (II) Waiving the Requirements of 11 U.S.C. § 345(b), and (III) Granting Related Relief (D.I. 13, Filed 2/18/20).

Objection Deadline:  March 17, 2020, at 4:00 p.m. (ET).  Extended to April 1, 2020, at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors, the Committee of Tort Claimants, the Future Claimants' Representative and JPMorgan Chase Bank, National Association.

Responses Received:  None.

Related Pleadings:

a)    Notice of Filing of Revised Proposed Interim Order Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue Using Existing Cash Management System, Including Existing Bank Accounts, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Existing Business Forms; (II) Waiving the Requirements of 11 U.S.C. § 345(b) for Cause; and (III) Granting Related Relief (D.I. 79, Filed 2/20/20);

b)    Interim and Final Orders (I) Authorizing Debtors to (A) Continue Using Existing Cash Management System, Including Existing Bank Accounts, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Existing Business Forms, (II) Waiving the Requirements of 11 U.S.C. § 345(b), and (III) Granting Related Relief (D.I. 83, Entered 2/20/20);

c)    Notice of Final Hearing to Consider First Day Pleadings (D.I. 93, Filed 2/20/20); and

d)    [TO BE FILED] Certification of Counsel Regarding the Omnibus Order Amending Certain Interim Orders for First Day Motions.

Status:  This matter has been adjourned to April 15, 2020 at 10:00 a.m. (ET).

4.    Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Obligations Under Shared Services Arrangements, (II) Authorizing Continued Performance of Obligations Under Shared Services Arrangements, and (III) Granting Related Relief (D.I. 15, Filed 2/18/20).

Objection Deadline:  March 17, 2020, at 4:00 p.m. (ET).  Extended to April 1, 2020, at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors, Committee of Tort Claimants, the Future Claimants' Representative and JPMorgan Chase Bank, National Association.

Responses Received:

a)    Informal comments from ESIS, Inc.

Related Pleadings:

a)    Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Obligations Under Shared Services Arrangements, (II) Authorizing Continued Performance of Obligations Under Shared Services Arrangements, and (III) Granting Related Relief (D.I. 75, Entered 2/19/20);

b)    Notice of Final Hearing to Consider First Day Pleadings (D.I. 93, Filed 2/20/20); and

c)    [TO BE FILED] Certification of Counsel Regarding the Omnibus Order Amending Certain Interim Orders for First Day Motions.

Status:  This matter has been adjourned to April 15, 2020 at 10:00 a.m. (ET).

5.   Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief (D.I. 17, Filed 2/18/20).

Objection Deadline:  March 11, 2020, at 4:00 p.m. (ET).  Extended to April 1, 2020, at 4:00 p.m. for the Committee of Unsecured Trade Creditors, the Committee of Tort Claimants, the proposed Future Claimaints' Representative, and JPMorgan Chase Bank, National Association.

Responses Received:

a)   Informal comments from JPMorgan Chase Bank, National Association;

b)   Limited Objection of Creditors First State Insurance Company and Twin City Fire Insurance Company and Party in Interest Hartford Accident and Indemnity Company to Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief (D.I. 161, Filed 3/11/20);

c)   Laraine Kelley, Esq. Affidavit in Opposition to (I) the BSA's motion for a preliminary injunction; and (II) the BSA's motion for for an order appointing a judicial mediator (D.I. 164 and A.D.I. 32, Filed 3/11/20); and

d)   National Surety Corporation's Partial Joinder to Limited Objection of Creditors First State Insurance Company and Twin City Fire Insurance Company and Party in Interest Hartford Accident and Indemnity Company to Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief (D.I. 166, Filed 3/11/20).

Related Pleadings:

a)   Notice of Hearing of the Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief (D.I. 107, Filed 2/26/20).

Status:  This matter has been adjourned to April 15, 2020 at 10:00 a.m. (ET).

6.   Debtors' Motion for Entry of an Order (I) Scheduling Certain Deadlines in Connection with Potential Disputes Regarding the Debtors' Identified Property and (II) Granting Related Relief (D.I. 19, Filed 2/18/20).

Objection Deadline:  March 11, 2020, at 4:00 p.m. (ET).  Extended to April 1, 2020, at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors, the Committee of Tort

Claimants, the proposed Future Claimaints' Representative, the U.S. Trustee and JPMorgan Chase Bank, National Association.

Responses Received:

    a)    Informal comments from the U.S. Trustee.

Related Pleadings:

    a)    Notice of Hearing of the Debtors' Motion for Entry of an Order (I) Scheduling Certain Deadlines in Connection with Potential Disputes Regarding the Debtors' Identified Property and (II) Granting Related Relief (D.I. 108, Filed 2/29/20).

Status:  This matter has been adjourned to April 15, 2020 at 10:00 a.m. (ET).

## MATTERS TO BE FILED UNDER CERTIFICATION

7.    Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Taxes and (II) Granting Related Relief (D.I. 6, Filed 2/18/20).

Objection Deadline:  March 17, 2020, at 4:00 p.m. (ET).  Extended to March 20, 2020, at 12:00 p.m. for the Committee of Tort Claimants.

Responses Received:

    a)    Informal comments from the Official Committee of Unsecured Creditors; and

    b)    Informal comments from the Committee of Tort Claimants.

Related Pleadings:

    a)    Interim Order (I) Authorizing the Payment of Certain Taxes and (II) Granting Related Relief (D.I. 64, Entered 2/19/20);

    b)    Notice of Final Hearing to Consider First Day Pleadings (D.I. 93, Filed 2/20/20); and

    c)    TO BE FILED Certification of Counsel Regarding the Omnibus Order Amending Certain Interim Orders for First Day Motions.

Status:  The Debtors have agreed to a revised form of final order with the Official Committee of Unsecured Creditors, the Committee of Tort Claimants, the Future Claimants Representative, and JPMorgan Chase Bank, National Association.  The Debtors intend to submit the revised form of final order under certification of counsel.

8.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Essential Vendors, Foreign Vendors, Shippers, Warehousemen, Other Lien Claimants, and 503(b)(9) Vendors, and (II) Granting Related Relief (D.I. 7, Filed 2/18/20).

    Objection Deadline:  March 17, 2020, at 4:00 p.m. (ET).  Extended to March 20, 2020, at 12:00 p.m. (ET) for the Official Committee of Unsecured Creditors and the Committee of Tort Claimants.

    Responses Received:

    a)  Informal comments received from the Official Committee of Unsecured Creditors.

    Related Pleadings:

    a)  Interim Order (I) Authorizing Debtors to Pay Certain Prepetition Claims of Essential Vendors, Foreign Vendors, Shippers, Warehousemen, Other Lien Claimants, and 503(b)(9) Vendors, and (II) Granting Related Relief (D.I. 65, Entered 2/19/20);

    b)  Notice of Final Hearing to Consider First Day Pleadings (D.I. 93, Filed 2/20/20); and

    c)  TO BE FILED Certification of Counsel Regarding the Omnibus Order Amending Certain Interim Orders for First Day Motions.

    Status:  The Debtors have agreed to a revised form of final order with the Official Committee of Unsecured Creditors, the Committee of Tort Claimants, the Future Claimants Representative, and JPMorgan Chase Bank, National Association.  The Debtors intend to submit the revised form of final order under certification of counsel.

9.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Maintain and Administer Prepetition Customer, Scout, and Donor Programs and Practices and (B) Pay and Honor Related Prepetition Obligations, and (II) Granting Related Relief (D.I. 8, Filed 2/18/20).

    Objection Deadline:  March 17, 2020, at 4:00 p.m. (ET).  Extended to March 19, 2020, at 12:00 p.m. (ET) for the Committee of Tort Claimants.  Extended to March 20, 2020, at 12:00 p.m. (ET) for the Official Committee of Unsecured Creditors and the Committee of Tort Claimants.

    Responses Received:

      a)      Informal comments from the Official Committee of Unsecured Creditors; and

      b)      Informal comments from the Committee of Tort Claimants.

Related Pleadings:

      a)      Interim Order (I) Authorizing Debtors to (A) Maintain and Administer Prepetition Customer, Scout, and Donor Programs and Practices and (B) Pay and Honor Related Prepetition Obligations, and (II) Granting Related Relief (D.I. 69, Entered 2/19/20);

      b)      Notice of Final Hearing to Consider First Day Pleadings (D.I. 93, Filed 2/20/20);

      c)      Supplement to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Maintain and Administer Prepetition Customer, Scout, and Donor Programs and Practices and (B) Pay and Honor Related Prepetition Obligations, and (II) Granting Related Relief (D.I. 134, Filed 3/3/20); and

      d)      TO BE FILED Certification of Counsel Regarding the Omnibus Order Amending Certain Interim Orders for First Day Motions.

Status:  The Debtors have agreed to a revised form of final order with the Official Committee of Unsecured Creditors, the Committee of Tort Claimants, the Future Claimants Representative, and JPMorgan Chase Bank, National Association.    The Debtors intend to submit the revised form of final order under certification of counsel.

10.      Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to File (A) a Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) a Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, (III) Authorizing and Approving Procedures for Providing Notice of Commencement, and (IV) Granting Related Relief (D.I. 9, Filed 2/18/20).

Objection Deadline:  March 17, 2020, at 4:00 p.m. (ET).  Extended to March 20, 2020, at 12:00 p.m. for the Committee of Tort Claimants.

Responses Received:

      a)      Informal comments received from the Committee of Tort Claimants.

Related Pleadings:

a)      Interim Order (I) Authorizing the Debtors to File (A) a Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) a Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, (III) Authorizing and Approving Procedures for Providing Notice of Commencement, and (IV) Granting Related Relief (D.I. 66, Entered 2/19/20); and

b)      Notice of Final Hearing to Consider First Day Pleadings (D.I. 93, Filed 2/20/20).

Status:  The Debtors have agreed to a revised form of final order with the Committee of Tort Claimants.  The Debtors intend to submit the revised form of final order under certification of counsel.

11.    Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Services, (III) Approving Procedures for Resolving Additional Adequate Assurance Requests, And (IV) Granting Related Relief (D.I. 12, Filed 2/18/20).

Objection Deadline:  March 17, 2020, at 4:00 p.m. (ET).  Extended to March 20, 2020, at 12:00 p.m. (ET) for the Committee of Tort Claimants.

Responses Received:

a)      Informal comments from Waste Management; and

b)      Informal comments from the Official Committee of Unsecured Creditors.

Related Pleadings:

a)      Interim Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Services, (III) Approving Procedures for Resolving Additional Adequate Assurance Requests, And (IV) Granting Related Relief (D.I. 70, Entered 2/19/20); and

b)      Notice of Final Hearing to Consider First Day Pleadings (D.I. 93, Filed 2/20/20).

Status:  The Debtors have agreed to a revised form of final order with the Official Committee of Unsecured Creditors and Waste Management.  The Debtors intend to submit the revised form of final order under certification of counsel.

12.     Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors To (A) Pay Prepetition Wages, Salaries, Employee Benefits, and Other Compensation and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Authorizing Applicable Banks and Other Financial Institutions to Honor and Process Related Checks and Transfers, and (III) Granting Related Relief (D.I. 14, Filed 2/18/20).

Objection Deadline:  March 17, 2020, at 4:00 p.m. (ET).  Extended to March 19, 2020, at 12:00 p.m. for the Committee of Tort Claimants.  Extended to March 20, 2020, at 12:00 p.m. (ET) for the Official Committee of Unsecured Creditors the Committee of Tort Claimants.

Responses Received:

    a)    Informal comments from ESIS, Inc.;

    b)    Informal comments from the Official Committee of Unsecured Creditors; and

    c)    Informal comments from the Committee of Tort Claimants.

Related Pleadings:

    a)    Interim Order (I) Authorizing the Debtors To (A) Pay Prepetition Wages, Salaries, Employee Benefits, and Other Compensation and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Authorizing Applicable Banks and Other Financial Institutions to Honor and Process Related Checks and Transfers, and (III) Granting Related Relief (D.I. 74, Entered 2/19/20); and

    b)    Notice of Final Hearing to Consider First Day Pleadings (D.I. 93, Filed 2/20/20).

Status:  The Debtors have agreed to a revised form of final order with the Official Committee of Unsecured Creditors, the Committee of Tort Claimants, and ESIS, Inc. The Debtors intend to submit the revised form of final order under certification of counsel.

STATUS CONFERENCE

13.     Girl Scouts of the United States of America's Motion for Relief From the Automatic Stay to Resume Trademark Action (D.I. 155, Filed 3/10/20).

Objection Deadline:  March 17, 2020, at 4:00 p.m. (ET).  Extended to April 6, 2020 for the Debtors, the Official Committee of Unsecured Creditors, the Committee of Tort Claimants, and the Future Claimants' Representative.

Responses Received:

     a)     Informal comments from the Debtors.

Related Pleadings:

     a)     Girl Scouts of the United States of America's Brief in Support of its Motion for Relief From the Automatic Stay to Resume Trademark Action (D.I. 157, Filed 3/10/20).

Status:  This matter is going forward solely as a status conference.

## ADVERSARY PROCEEDING

*Boy Scouts of America v. A.A., et. al., Adv. Pro. No. 20-50527*

14.    The BSA's Motion for a Preliminary Injunction Pursuant to Sections 105(a) and 362 of the Bankruptcy Code (A.D.I. 6, Filed 2/18/20).

    Objection Deadline:  March 10, 2020, at 4:00 p.m. (ET).  Extended to March 19, 2020, at 12:00 p.m. (ET) for the Committee of Unsecured Trade Creditors, the Committee of Tort Claimants, the proposed Future Claimaints' Representative, and JPMorgan Chase Bank, National Association.

    Responses Received:

        a)     Informal comments from Committee of Tort Claimants;

        b)     Ronald Hernandez Hunter's Opposition to the BSA's Motion for a Preliminary Injunction Pursuant to Sections 105(a) and 362 of the Bankruptcy Code (A.D.I 17, Filed 3/3/20);

        c)     Defendants A.S., B.L, C.F., E.B., F.A., K.W., and N.C.'S First Memorandum in Opposition to Plaintiffs' Motion for a Preliminary Injunction Pursuant to Sections 105(a) and 362 of the Bankruptcy Code (A.D.I. 25, Filed 3/10/20);

        d)     Laraine Kelley, Esq. Affidavit in Opposition to (I) the BSA's Motion for a Preliminary Injunction; and (II) the BSA's Motion for an Order Appointing a Judicial Mediator (A.D.I. 32 and D.I. 164, Filed 3/11/20);

        e)     Defendant Jane Doe's Objection to the BSA's Motion for a Preliminary Injunction Pursuant to Sections 105(a) and 362 of the Bankruptcy Code and Joinderin Objection of Defendants A.S., B.L., C.F., E.B., F.A., K.W., and N.C., to Same (A.D.I. 33, Filed 3/12/20); and

f)      Defendants R.L. and C.L., His Wife's Objection to BSA's Motion for a Preliminary Injunction Pursuant to Sections 105(a) and 362 of the Bankruptcy Code and Joinder to Objection of Defendants A.S., B.L., C.F., E.B., F.A., K.W., and N.C. to Same (A.D.I. 38, filed 3/16/20).

Related Pleadings:

a)      The BSA's Opening Brief In Support of Motion for a Preliminary Injunction Pursuant to Sections 105(a) and 362 of the Bankruptcy Code (A.D.I. 7, Filed 2/18/20);

b)      Declaration of Brian Whittman In Support of the BSA's Motion for a Preliminary Injunction Pursuant to Sections 105(a) and 362 of the Bankruptcy Code (A.D.I. 8, Filed 2/18/20);

c)      Declaration of Adrian C. Azer In Support of the BSA's Motion for a Preliminary Injunction Pursuant to Sections 105(a) and 362 of the Bankruptcy Code (A.D.I. 9, Filed 2/18/20);

d)      [SEALED] Declaration of Bruce A. Griggs In Support of the BSA's Motion for a Preliminary Injunction Pursuant to Sections 105(a) and 362 of the Bankruptcy Code (A.D.I. 10. Filed 2/18/20);

e)      Notice of Filing of Proposed Redacted Version of Declaration of Bruce A. Griggs In Support of the BSA's Motion for a Preliminary Injunction Pursuant to Sections 105(a) and 362 of the Bankruptcy Code (A.D.I. 11, Filed 2/18/20);

f)      Motion for Leave to Exceed Page Limitation Requirements With Respect to the BSA's Opening Brief In Support of Its Motion for a Preliminary Injunction Pursuant to Sections 105(a) and 362 of the Bankruptcy Code (A.D.I. 12, Filed 2/18/20); and

g)      Notice of Hearing of The BSA's Motion for a Preliminary Injunction Pursuant to Sections 105(a) and 362 of the Bankruptcy Code (A.D.I. 13 Filed 2/25/20).

Status:  The Debtors have agreed to a form of consent order with the Official Committee of Unsecured Creditors, the Committee for Tort Claimants, the Future Claimants' Representative and the Ad Hoc Committee of Local Councils.  The Debtors have made significant progress with resolving the outstanding objections and will provide a status update by March 20, 2020 at 4:00 p.m. (ET).

Dated:  March 20, 2020                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP
     Wilmington, Delaware

/s/  Eric W. Moats
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Joseph C. Barsalona II (No. 6102)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4664
Email:  dabbott@mnat.com
     aremming@mnat.com
     jbarsalona@mnat.com
     emoats@mnat.com
     ptopper@mnat.com

– and –

SIDLEY AUSTIN LLP
Jessica C. K. Boelter (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 839-5300
Email:  jboelter@sidley.com

– and –

SIDLEY AUSTIN LLP
Thomas A. Labuda (admitted *pro hac vice*)
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Email:  tlabuda@sidley.com
     mandolina@sidley.com
     mlinder@sidley.com

PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION