

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

Laurie Selber Silverstein  
Judge

824 N. Market Street  
Wilmington, DE 19801  
(302) 252-2900

March 20, 2020

**Via CM/ECF Notification:**

To all counsel in Boy Scouts of America. - Case No. 20-10343/Adv. Pro. No. 20-50527

    Re:    <u>March 24, 2020 Hearing</u>

Dear Counsel:

    Based on our call yesterday, my understanding is that the following two matters will go forward:

- Preliminary hearing/status conference on Motion for Relief from Stay filed by Girl Scouts of the United States of America, D.I. 155.
- Motion for a Preliminary Injunction filed by the Boy Scouts of America in Adversary Proceeding No. 20-50527.

All other matters are continued to the April 15, 2020 hearing or will be submitted under Certification of Counsel. If I have any questions on the matters submitted under Certification of Counsel, they will be addressed at the March 24 hearing. To be clear, the March 24 hearing will be via Courtcall and Skype for business, if necessary. No parties/witnesses will appear in person.

    With respect to the Motion for a Preliminary Injunction, I understand that Debtors have reached an agreement with the two committees and the prepetition lenders which includes a stay of underlying litigation until May 18, 2020 (with a provision for extending the stay). I also understand that there are, or will be, discussions with the five remaining objectors to see if a resolution can be reached. My review of the docket shows that the remaining objections are:

- Ronald Hernandez Hunter's Opposition to the BSA's Motion for a Preliminary Injunction Pursuant to Sections 105(a) and 362 of the Bankruptcy Code (D.I. 17)

Boy Scouts of America, Inc. - Case No. 20-10343
March 20, 2020
Page 2

- Defendants A.S., B.L, C.F., E.B., F.A., K.W., and N.C.'s First Memorandum in Opposition to Plaintiffs' Motion for a Preliminary Injunction Pursuant to Sections 105(a) and 362 of the Bankruptcy Code (D.I. 25)
- Attorney Affidavit of Laraine Kelley, Esq. (D.I. 32)
- Defendant Jane Doe's Objection to the BSA'S Motion for Preliminary Injunction Pursuant to Sections 105(a) and 362 of the Bankruptcy Code and Joinder in Objection of Defendants A.S., B.L, C.F., E.B., F.A., K.W. and N.C. to same (D.I. 33)
- Defendants R.L. and C.L., His Wife's Objection to BSA'S Motion for Preliminary Injunction Pursuant to Sections 105(a) and 362 of the Bankruptcy Code and Joinder in Objection of Defendants A.S., B.L, C.F., E.B., F.A., K.W. and N.C. to same (D.I. 38)

If a resolution is not reached, I understand that certain parties will want to submit evidence. Please try to reach an agreement in advance on the admissibility of any documents.

If there is a need for testimony, it will be done remotely. This is permissible under Federal Rule of Civil Procedure 43(a) (made applicable by Federal Rule of Bankruptcy Procedure 9017) for good cause in compelling circumstances and with appropriate safeguards. So that the hearing may run as smoothly as possible, and any appropriate safeguards can be implemented, please file the following information on the docket as soon as possible. For each witness, please supply:

1. The name and title of the witness.
2. The location of the witness (city, state, country).
3. The place from which the witness will be testifying (e.g., home, office – **no addresses**).
4. Whether anyone will be in the room with the witness during his/her testimony, and if so, who (name/title/relationship to witness) and for what purpose.
5. Whether the witness will have any documents with him/her, and if so, what documents.

If the witness has filed a declaration relevant to the matters to be heard, the declaration should be available to the witness during testimony.

Any party seeking to cross-examine any witness should circulate in advance a list of any exhibits with a reference to the applicable CM/ECF docket number. If an exhibit is not on the docket, please supply by email (pdf) to all relevant parties and the court as soon as possible, but no later than March 23, 2020 at 2:00 p.m. The party sponsoring the witness will be responsible for ensuring that any exhibits are supplied to the witness ahead of the hearing.

Boy Scouts of America, Inc. - Case No. 20-10343
March 20, 2020
Page 3

My IT department indicates that the optimal number of Skype participants is ten (10), as opposed to Courtcall, which is unlimited. So that we can appropriately plan for the hearing, any attorney desiring to participate by Skype must notify Ms. Johnson at [lora_johnson@deb.uscourts.gov](mailto:lora_johnson@deb.uscourts.gov) by March 23, 2020 at 2:00 p.m. I ask that Skype participation be limited to one attorney per firm, where possible, and that others who do not anticipate addressing the court do not request Skype participation. Of course, anyone who is questioning a witness should participate by Skype if possible.

Ms. Johnson will email a Skype link to all who are participating by Skype. It will be necessary to view video through the Skype link, but **all audio will be through Courtcall**. It is incumbent on the party sponsoring the witness to provide both the Skype link and the Courtcall phone number to the witness as well as to register the witness with Courtcall. We understand there may be a significant wait time for Courtcall, so we encourage you to register early and call in early for hearings.

Also, our experience is revealing that notwithstanding everyone's efforts to mute phones and the Skype microphone to avoid background noise, it can still be difficult to clearly hear all speakers. Please speak slowly. And, our IT department thinks that use of a headset or similar microphone might help.

**Status Reports**

Finally, I asked for status reports (today and Monday) concerning efforts to resolve the remaining objections. To the extent not resolved, as part of the Monday status report, please set out the stage of the underlying case and any existing/impending deadlines in the case between now and April 15, and thereafter through June 30 (e.g., discovery, filing of dispositive motions, trial).

We appreciate your cooperation as we work through this process. If you have any questions (technical or otherwise), please reach out to chambers.

Very truly yours,

*Laurie Selber Silverstein*
Laurie Selber Silverstein

LSS/cmb