IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC[1], | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Bielli & Klauder, LLC and Pfau Cochran Vertetis Amala PLLC, hereby enter their appearance pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. § 102(1) and all other applicable law as counsel of record for various tort claimants[2] in the above-referenced cases; and hereby request that copies of all notices and pleadings given or filed in this case be given and served upon the following:

| | |
|---|---|
| David M. Klauder, Esquire<br>**BIELLI & KLAUDER, LLC**<br>1204 N. King Street<br>Wilmington, DE 19801<br>Phone: (302) 803-4600<br>Facsimile: (302) 397-2557<br>dklauder@bk-legal.com | Michael T. Pfau, Esquire<br>Jason P. Amala, Esquire<br>Vincent T. Nappo, Esquire<br>**PFAU COCHRAN VERTETIS AMALA PLLC**<br>403 Columbia Street, Suite 500<br>Seattle, WA 98104<br>Phone: (206) 451-8260<br>Facsimile: (206) 623-3624<br>michael@pcvalaw.com<br>jason@pcvalaw.com<br>vnappo@pcvalaw.com |

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] The various tort claimants represented by the firms include over 475 cases men with claims against the Debtors for sexual abuse they endured as children.

whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above- referenced case and all proceedings therein.

|  |  |
|---|---|
|  | **BIELLI & KLAUDER, LLC** |
| Dated: March 20, 2020<br>Wilmington, Delaware | */s/ David M. Klauder*<br>David M. Klauder, Esquire (No. 5769)<br>1204 N. King Street<br>Wilmington, DE 19801<br>Phone: (302) 803-4600<br>Fax: (302) 397-2557<br>Email: dklauder@bk-legal.com |
|  | and |
|  | **PFAU COCHRAN VERTETIS AMALA PLLC**<br>Michael T. Pfau, Esquire<br>Jason P. Amala, Esquire<br>Vincent T. Nappo, Esquire<br>403 Columbia Street, Suite 500<br>Seattle, WA 98104<br>Phone: (206) 451-8260<br>Facsimile: (206) 623-3624<br>michael@pcvalaw.com<br>jason@pcvalaw.com<br>vnappo@pcvalaw.com |
|  | *Counsel to Various Tort Claimants* |