**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re: _____      Chapter _____

                                  Case No. ____-_____ (____)

Debtor: _____

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of _____

to represent _____

in this action.

_____

Firm Name:

Address:

Phone:

Email:

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of _____ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____

Firm Name:   Pfau Cochran Vertetis Amala PLLC

Address:     403 Columbia St. Ste. 500
             Seattle, Washington 98104

Phone:       (206) 451-8260

Email:       vnappo@pcvalaw.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105