**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re: _____          Chapter _____

                                                 Case No. ____-_____ (_____)

Debtor: _____

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of _____ to represent _____ in this action.

_____

Firm Name:

Address:

Phone:

Email:

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of _____ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____

Firm Name:   Pfau Cochran Vertetis Amala PLLC

Address:   403 Columbia St. Ste. 500
                Seattle, Washington 98104

Phone:    (206) 451-8260

Email:    jason@pcvalaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: March 20th, 2020**           **LAURIE SELBER SILVERSTEIN**
**Wilmington, Delaware**              **UNITED STATES BANKRUPTCY JUDGE**

Local Form 105