# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Del-Mar-Va Council, Inc., Boy Scouts of America ("Del-Mar-Va Council") hereby appears in the above-captioned cases through its counsel, Ashby & Geddes, P.A., and, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), requests that all notices given or required to be given in these cases or any related adversary proceeding and all papers served or required to be served in these cases be given and served upon:

**ASHBY & GEDDES, P.A.**
Bill Bowden, Esq.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899-1150
Tel:  (302) 654-1888
Fax:  (302) 654-2067
Email: wbowden@ashbygeddes.com

**PLEASE TAKE FURTHER NOTICE** that this request for notice and service includes copies of all papers, including, but not limited to, reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in these cases or any related adversary proceeding and that such service be by mailing one copy of each, unless

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{01548069;v1 }

otherwise directed by the Court, to the parties listed above.

**PLEASE TAKE FURTHER NOTICE** that Del-Mar-Va Council intends that neither this Notice of Appearance nor any later pleading shall waive (1) the right to have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Delaware (the "District Court"), (2) the right to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which Del-Mar-Va Council is or may be entitled under agreements in law or in equity.

Dated:  March 20, 2020                    **ASHBY & GEDDES, P.A.**

*/s/ William P. Bowden*
William P. Bowden, Esq. (DE #2553)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19801
Tel:  (302) 654-1888
Fax: (302) 654-2067
Email: wbowden@ashbygeddes.com

*Counsel to Del-Mar-Va Council, Inc., Boy Scouts of America*