**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br><br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 12, 70** |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) APPROVING THE DEBTORS' PROPOSED ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES, (II) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING, OR DISCONTINUING SERVICES, (III) APPROVING PROCEDURES FOR RESOLVING ADDITIONAL ADEQUATE ASSURANCE REQUESTS, AND (IV) GRANTING RELATED RELIEF**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1. On February 18, 2020, the Debtors filed the *Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Services, (III) Approving Procedures for Resolving Additional Adequate Assurance Requests, And (IV) Granting Related Relief* [D.I. 12] (the "Motion").

2. On February 19, 2020, the Court entered the *Interim Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Services, (III) Approving Procedures for Resolving Additional Adequate Assurance Requests, And (IV) Granting Related Relief* [D.I. 70].

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

3.      Pursuant to the notice of hearing regarding the Motion, the deadline to file objections or responses to the relief requested in the Motion was March 17, 2020, at 4:00 p.m. (ET), and was extended to March 20 2020 for the Committee of Tort Claimants (the "Objection Deadline").

4.      Prior to the Objection Deadline, the Debtors received informal comments to the Motion from the Official Committee of Unsecured Creditors and Waste Management (the "Objecting Parties"). Besides the informal comments from the Objecting Parties, the Debtors have received no other objection, response, or comments, and no objection or other responsive pleading to the Motion appears on the Court's docket.

5.      The Debtors have resolved the informal comments of the Objecting Parties through revisions to the proposed order granting the relief requested in the Motion (the "Revised Proposed Final Order"). The Revised Proposed Final Order is attached hereto as **Exhibit A**.

6.      For the convenience of the Court and all parties in interest, a blackline comparing the Revised Proposed Final Order to the form of order attached to the Motion is attached hereto as **Exhibit B**.

7.      The Objecting Parties and the U.S. Trustee have reviewed the Revised Proposed Final Order and do not object to its entry.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Proposed Final Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

| | |
|---|---|
| Dated:  March 20, 2020<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |

*/s/ Eric W. Moats*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Joseph C. Barsalona II (No. 6102)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Facsimile:   (302) 425-4664
Email:  dabbott@mnat.com
    aremming@mnat.com
    jbarsalona@mnat.com
    emoats@mnat.com
    ptopper@mnat.com

– and –

SIDLEY AUSTIN LLP
Jessica C. K. Boelter (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 839-5300
Email:  jboelter@sidley.com

– and –

SIDLEY AUSTIN LLP
Thomas A. Labuda (admitted *pro hac vice*)
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Email:  tlabuda@sidley.com
    mandolina@sidley.com
    mlinder@sidley.com

PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION