# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>    BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 14, 74** |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO (A) PAY PREPETITION WAGES, SALARIES, EMPLOYEE BENEFITS, AND OTHER COMPENSATION AND (B) MAINTAIN EMPLOYEE BENEFITS PROGRAMS AND PAY RELATED ADMINISTRATIVE OBLIGATIONS, (II) AUTHORIZING APPLICABLE BANKS AND OTHER FINANCIAL INSTITUTIONS TO HONOR AND PROCESS RELATED CHECKS AND TRANSFERS, AND
(III) GRANTING RELATED RELIEF**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1. On February 18, 2020, the Debtors filed the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors To (A) Pay Prepetition Wages, Salaries, Employee Benefits, and Other Compensation and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Authorizing Applicable Banks and Other Financial Institutions to Honor and Process Related Checks and Transfers, and (III) Granting Related Relief* [D.I. 14] (the "Motion").

2. On February 19, 2020, the Court entered the *Interim Order (I) Authorizing the Debtors To (A) Pay Prepetition Wages, Salaries, Employee Benefits, and Other Compensation and*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*(B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Authorizing Applicable Banks and Other Financial Institutions to Honor and Process Related Checks and Transfers, and (III) Granting Related Relief* [D.I. 74].

3. Pursuant to the notice of hearing regarding the Motion, the deadline to file objections or responses to the relief requested in the Motion was March 17, 2020, at 4:00 p.m. (ET), and was extended to March 20, 2020, at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors and the Committee of Tort Claimants (the "Objection Deadline").

4. Prior to the Objection Deadline, the Debtors received informal comments to the ESIS, Inc., the Official Committee of Unsecured Creditors, and the Committee of Tort Claimants (the "Objecting Parties"). Besides the informal comments from the Objecting Parties, the Debtors have received no other objection, response, or comments, and no objection or other responsive pleading to the Motion appears on the Court's docket.

5. The Debtors have resolved the informal comments of the Objecting Parties through revisions to the proposed order granting the relief requested in the Motion on a final basis (the "Revised Proposed Final Order"). The Revised Proposed Final Order is attached hereto as **Exhibit A**.

6. For the convenience of the Court and all parties in interest, a blackline comparing the Revised Proposed Final Order to the form of order attached to the Motion is attached hereto as **Exhibit B**.

7. The Objecting Parties and the U.S. Trustee have reviewed the Revised Proposed Final Order and do not object to its entry.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Proposed Final Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

| | |
|---|---|
| Dated: March 20, 2020<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Eric W. Moats*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Joseph C. Barsalona II (No. 6102)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 425-4664<br>Email: dabbott@mnat.com<br>    aremming@mnat.com<br>    jbarsalona@mnat.com<br>    emoats@mnat.com<br>    ptopper@mnat.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Jessica C. K. Boelter (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-5300<br>Email: jboelter@sidley.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Thomas A. Labuda (admitted *pro hac vice*)<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Email: tlabuda@sidley.com<br>    mandolina@sidley.com<br>    mlinder@sidley.com<br><br>PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION |