# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) <br><br> **Re: D.I. 75, 83, 90** |

## CERTIFICATION OF COUNSEL REGARDING THE OMNIBUS ORDER AMENDING CERTAIN INTERIM ORDERS FOR FIRST DAY MOTIONS

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1. On February 19, 2020, the Court entered the *Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Obligations Under Shared Services Arrangements, (II) Authorizing Continued Performance of Obligations Under Intercompany and Shared Services Arrangements, and (III) Granting Related Relief* (D.I. 75) (the "Interim Shared Services Order") and the *Interim Order (I) Authorizing Debtors to (A) Continue Using Existing Cash Management System, Including Existing Bank Accounts, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Existing Business Forms; (II) Waiving the Requirements of 11 U.S.C. § 345(b) for Cause; and (III) Granting Related Relief* (D.I. 83) (the "Interim Cash Management Order").

2. On February 20, 2020, the Court entered the *Interim Order (I) Authorizing the Debtors to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to the Prepetition Secured Party Pursuant to 11 U.S.C. §§ 105(a), 361, 362, 363, 503 and 507;*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*(III)Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b); and (IV) Granting Related Relief (D.I. 90)* (the "<u>Interim Cash Collateral Order</u>," and together with the Interim Shared Services Order and the Interim Cash Management Order, the "<u>Interim Orders</u>").

3. On March 16, 2020, the Court issued the *General Order* implementing certain procedures in response to the outbreak of COVID-19.

4. In accordance with the terms of the *General Order*, the Debtors believe it to be in the best interest of all parties in interest to extend the Final Hearing (as defined in the Interim Orders) with respect to certain first day motions from March 24, 2020, to April 15, 2020 at 10:00 a.m. (prevailing Eastern Time).

5. To ensure the Debtors can continue to operate between March 24, 2020, and April 15, 2020, the Debtors request certain amendments to the Interim Orders.

6. Accordingly, the Debtors drafted the *Omnibus Order Amending Certain Interim Orders for First Day* Motions (the "<u>Proposed Omnibus Order</u>"), a copy of which is attached hereto as **<u>Exhibit A</u>**. In addition to extending the Final Hearing, the Proposed Omnibus Order also extends the deadline to object to the final relief sought in the certain first day motions to April 1, 2020 at 4:00 p.m. (prevailing Eastern Time) for the Committee of Unsecured Creditors (the "<u>UCC</u>"), the Tort Claimants' Committee (the "<u>TCC</u>"), the proposed Future Claimants' Representative (the "<u>FCR</u>"), and JPMorgan Chase Bank, National Association ("<u>JPMorgan</u>").

7. The Office of the United States Trustee for the District of Delaware, the UCC, the TCC, the FCR, and JPMorgan have all reviewed the Proposed Omnibus Order and do not object to its entry.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Omnibus Order, substantially in the form attached hereto as **<u>Exhibit A</u>**, at its earliest convenience.

| | |
|---|---|
| Dated:  March 20, 2020<br>　　　　Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Eric W. Moats*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Joseph C. Barsalona II (No. 6102)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 425-4664<br>Email:  dabbott@mnat.com<br>　　　　aremming@mnat.com<br>　　　　jbarsalona@mnat.com<br>　　　　emoats@mnat.com<br>　　　　ptopper@mnat.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Jessica C. K. Boelter (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone:  (212) 839-5300<br>Email:  jboelter@sidley.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Thomas A. Labuda (admitted *pro hac vice*)<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone:  (312) 853-7000<br>Email:  tlabuda@sidley.com<br>　　　　mandolina@sidley.com<br>　　　　mlinder@sidley.com<br><br>PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION |

3