**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC., *et al.*, | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

    Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Nicholas M. DiCarlo, Esquire of Zuckerman Spaeder LLP to represent survivors of abuse in the above-captioned cases and any and all adversary proceedings commenced in connection therewith.

Dated: March 20, 2020
        Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Adam G. Landis*
Adam G. Landis (No. 3407)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

    Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District Columbia. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: March 20, 2020

*/s/ Nicholas M. DiCarlo*
**ZUCKERMAN SPAEDER LLP**
Nicholas M. DiCarlo, Esq.
1800 M. Street, NW, Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
Facsimile: (202) 822-8106
Email: ndicarlo@zukerman.com

**GRANTING MOTION**

    IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**Dated: March 20th, 2020**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**