# Exhibit 1

**Utility Service List**

| Utility Provider | Address | Account Number(s) (if known) | Service(s) | Existing Deposits | Proposed Adequate Assurance |
|---|---|---|---|---|---|
| AAF Hauling Inc. | 4694 El Llano Road Las Vegas, NM 87701 | | Waste Removal | | $4,889.12 |
| Advanced Disposal | 88005 Overseas Hwy Suite 10-189 Islamorada, FL 33036 | | Waste Removal | | $2,730.05* |
| Allstream Business US Inc. | 1201 Northeast Lloyd Blvd. Suite 750 Portland, OR 97232 | 725712 | Telecom | | $142.38 |
| AmeriGas | 413 Greenbrier Valley Mall Dr. Lewisburg, WV 24901 | 203346136 \| 202492995 \| 202356644 | Gas | | $5,095.53 |
| Appalachian Power | 1 Riverside Plaza Columbus, OH 43215-2372 | 020-088-902-0-0 \| 021-097-398-1-9 \| 023-769-738-3-6 \| 025-573-500-0-2 \| 029-112-995-1-5 \| 022-357-778-0-8 \| 022-527-262-1-7 | Electric | | $15,004.30 |
| Aspen Waste Systems, Inc. | 2951 Weeks Avenue S.E. Minneapolis, MN 55414 | 1-7362 4 | Waste Removal | | $94.50 |
| AT&T | 208 S. Akard Street Dallas, TX 75202 | 704 538-5322 440 3138 \| 831-000-4486 736 \| 831-000-5507 264 \| 8001-803-7863 \| 831-000-6654 065 \| 831-000-7585 561 \| 831-000-6415 985 \| 171-793-6304 449 \| 831-000-6408 \| 214 105-2247 558 7 \| 817 430-5139 578 5 \| 817 430-5300 600 0 \| 704-583-8220 220 3197 \| | Telecom | | $38,591.11 |
| AT&T Mobility | 208 S. Akard Street Dallas, TX 75202 | 287259217448 \| 999396002 | Mobility | | $14,366.63 |

* Calculated using amount of the highest bill for the twelve-month period ended December 31, 2019 rather than the average monthly bill for such period.

| Utility Provider | Address | Account Number(s) (if known) | Service(s) | Existing Deposits | Proposed Adequate Assurance |
|---|---|---|---|---|---|
| Cablevision Systems Corporation (Optimum) | 1111 Stewart Avenue Bethpage, NY 11714-3581 | 07801-700191-01-3 | Telecom | | $83.84 |
| Centerpoint Energy | 1111 Louisiana Street Houston, TX 77002 | 5625007-9 | Electric | | $35.28 |
| CenturyLink | 1025 Eldorado Blvd. Broomfield, CO 80021 | 801-530-0004 304B \| 74551546 \| 74462785 \| 575-376-4621 286B \| 575-376-2398 572B \| 575-376-2180 855B \| 575-376-1005 160B \| 575-376-2323 647B \| 74551539 | Telecom | | $2,358.02* |
| City of Charlotte | Attn: Utility Department 600 East 4th Street Charlotte, NC 28202 | 20529-1455 \| 20529-83664 | Water / Sewer | | $670.51 |
| City of Irving - Utility Billing | 825 W. Irving Blvd. Irving, TX 75060 | 40017801001 \| 42811201001 | Water / Sewer | | $2,225.14 |
| City of Mount Hope - Water | 609 Main Street Mount Hope, WV 25880 | 3529 \| 2720 | Water | | $1,785.00* |
| Claro Puerto Rico | 1515 Franklin D Roosevelt Avenue Guaynabo, PR 00968 | 7171652014 \| 717396313 8 | Telecom | | $132.28 |
| Consolidated Communications | 121 S. 17th Street Mattoon, IL 61938 | 936-441-4028/0 | Telecom | | $85.84 |
| County of Colfax | 230 North 3rd Street Raton, NM 87740 | 53410 | Waste Removal | | $105.00* |

\* Calculated using amount of the highest bill for the twelve-month period ended December 31, 2019 rather than the average monthly bill for such period.

| Utility Provider | Address | Account Number(s) (if known) | Service(s) | Existing Deposits | Proposed Adequate Assurance |
|---|---|---|---|---|---|
| Crosier's Sanitary Service Inc. | 19 Auction House Road Lansing, WV 25862 | 006236-000123 | Septic | | $87,182.75* |
| Dakota Electric Association | 4300 220th Street West Farmington, MN 55024-9583 | 2000002663862 | Electric | | $104.79 |
| Direct Communications Rockland | 150 S. Main St. Rockland, ID 83271 | 799010491 | Telecom | | $49.50 |
| Direct Energy Business, Inc. | 1001 Liberty Avenue Pittsburgh, PA 15222 | 1265834 | Electric | | $11,390.29 |
| Duke Energy | 526 S. Church St. Charlotte, NC 28202 | 0003615811 | Electric | | $4,401.49 |
| Earthlink (Windstream) | 1375 Peachtree St. Atlanta, GA 30309 | 0000000003825797 | Telecom | | $71.08 |
| Eversource | 247 Station Drive Westwood, MA 02090 | 1084 502 0063 | Gas | | $533.59* |
| Ferrellgas | Lighton Tower7500 College Blvd. #1000Overland Park, KS 66210 | 3001961 | Gas | | $2,675.16* |
| Florida Keys Aqueduct Authority | 1100 Kennedy Drive Key West, FL 33040-4021 | 506506-019661 \| 506506-044797 \| 506506-000591 \| 506506-206644 \| 506506-206645 \| 506506-206646 \| 506506-206643 | Water | $5,340.00 | $2,667.69* |

* Calculated using amount of the highest bill for the twelve-month period ended December 31, 2019 rather than the average monthly bill for such period.

| Utility Provider | Address | Account Number(s) (if known) | Service(s) | Existing Deposits | Proposed Adequate Assurance |
|---|---|---|---|---|---|
| Florida Keys Electric Cooperative | 91630 Overseas Hwy Tavernier, FL 33070 | 61116480010 \| 6115271000 \| 6115272000 \| 6115273000 \| 6115274000 \| 6115275601 \| 6115275802 \| 6115276010 \| 6115276301 \| 6116370011 \| 6116490010 \| 6116490900 \| 6116495010 \| 6116496011 \| 6116496100 \| 6116500210 \| 6116650010 \| 6116654010 \| 6116655010 | Electric | $5,911.74 | $1,800.05* |
| Frontier Communications | 401 Merritt 7 Norwalk, CT 06851 | 972-518-8033-062002-5 \| 972-550-9217-053102-5 \| 972-580-0141-062890-5 \| 972-580-0295-020201-5 \| 972-580-1301-062102-5 \| 972-580-8964-042702-5 \| 972-714-4796-072612-5 \| 972-756-9219-100208-5 \| 304-469-1077-042913-4 \| 218-365-4811-041174-2 | Telecom | | $1,722.92 |
| Getronics Pomeroy IT Solutions | 1020 Petersburg Road Hebron, KY 41048 | 20110 | Telecom | | $212.76 |
| Granite Telecommunications | 100 Newport Ave. Ext Quincy, MA 02171 | 1920343 \| 3571004 | Telecom | | $16,990.56 |
| Keys Energy Services | 1001 James StreetKey West, FL 33040 | 8734813-00 \| 8734814-00 | Electric | | $7,645.61* |
| Kit Carson Electric Cooperative | P.O. Box 578 118 Cruz Alta Street Taos, NM 87571 | 389633-001 \| 389633-002 | Electric | | $291.56 |

* Calculated using amount of the highest bill for the twelve-month period ended December 31, 2019 rather than the average monthly bill for such period.

| Utility Provider | Address | Account Number(s) (if known) | Service(s) | Existing Deposits | Proposed Adequate Assurance |
|---|---|---|---|---|---|
| Lake Country Power | 8535 Park Ridge Drive Mountain Iron, MN 55768-2059 | 8704323600 \| 142549801 \| 4723800 \| 3263700 \| 3858200 \| 956100 \| 143020901 \| 142843301 \| 3597800 | Electric | | $2,210.02 |
| Level 3 Communications LLC | 1025 Eldorado Blvd. Broomfield, CO 80021 | 268821 \| 5-PJLLXKS7 \| 5-WH2ZTLDG | Telecom | | $6,829.98 |
| Lumos Networks DBA Segra | 1 Lumos Plaza Waynesboro, VA 22980 | 174284059 | Telecom | | $1,537.26 |
| Mountaineer Gas Company | 2401 Sissonville Drive Charleston, WV 25387 | 513758-512005 \| 112621-512005 | Gas | | $238.36 |
| National Grid | 40 Slyvan Road Waltham, MA 02451 | 62982-20001 | Electric | | $363.14* |
| Northern New Mexico Gas | 19 Agua Road Angel Fire, NM 87710 | RANPHI \| RANCIM \| RANCHA | Gas | | $3,933.26 |
| Oak Hill Garbage Disposal Inc. | 1479 Stanford Road Beckley, WV 25801 | 120188 \| 121310 \| 120107 \| 119918 \| 119872 \| 121434 \| 120223 | Waste Removal | | $8,131.03* |
| Pacific Centrex (Datavo LLC) | 114 E. Haley Street Suite A Santa Barbara, CA 93101-2347 | 1000118 \| 1000119 | Telecom | | $68.35 |
| Piedmont Natural Gas Company | 4720 Piedmont Row Drive Charlotte, NC 28210 | 7000434495001 \| 7000434495005 \| 7000434495002 \| 9001577348001 | Gas | | $649.62 |

* Calculated using amount of the highest bill for the twelve-month period ended December 31, 2019 rather than the average monthly bill for such period.

| Utility Provider | Address | Account Number(s) (if known) | Service(s) | Existing Deposits | Proposed Adequate Assurance |
|---|---|---|---|---|---|
| Plyler Paper Stock Co Inc. | 800 Gesco Street Charlotte, NC 28208 | 2121 WESTINGHOUSE BL | Waste Removal | | $62.50 |
| Raleigh County Solid Waste | 200 Fernandez Drive Beckley, WV 25801 | 008120 | Waste Removal | | $7,258.26* |
| Republic Services, Inc. | 3358 Highway 51 N. Fort Mill, SC 29715 | 3-0742-2000026 | Waste Removal | | $15,613.31* |
| Shentel | 500 Shentel Way Edinburg, VA 22824 | 0000332712-001 \| 0000397669-001 | Telecom | | $971.47 |
| Sierra Communications | 193 Board Street Bangor, ME 04401 | 2643 \| 4923 | Telecom | | $6,757.79* |
| Springer Electric Cooperative, Inc. | 408 Maxwell Ave. Springer, NM 87747 | 11156000 \| 11156014 | Electric | | $10,581.22 |
| Time Warner Cable | 4145 S. Falkenburg Rd.Riverview, FL 33578-8652 | 8260 13 034 0000838 | Telecom | | $120.86 |
| Tri-County Electric Cooperative Inc. | 600 N.W. Parkway Azle, TX 76020 | 30068001 | Electric | | $906.08 |
| Trophy Club Muds | 100 Municipal Drive Trophy Club, TX 76262-5420 | 021-1600040-101 \| 021-1600041-101 | Water | | $168.06 |

\* Calculated using amount of the highest bill for the twelve-month period ended December 31, 2019 rather than the average monthly bill for such period.

| Utility Provider | Address | Account Number(s) (if known) | Service(s) | Existing Deposits | Proposed Adequate Assurance |
|---|---|---|---|---|---|
| Verizon Wireless | 1095 Avenue of the Americas New York, NY 10013 | 580682886-00001 \| 580682886-00003 \| 580682886-00009 | Mobility | | $1,171.08 |
| Village of Cimarron | 356B E. 9th Street P.O. Box 654 Cimarron, NM 87714 | 5170.04 \| 5190.02 | Water / Sewer | | $48.47 |
| Waste Connections Inc. | D/B/A: ACE Solid Waste, Inc. 6601 McKinley St. NW Ramsey, MN 55303-4302 | 3067229247 | Waste Removal | | $24.58 |
| Waste Management | 1001 Fannnin Suite 4000 Houston, TX 77002 | 8-22083-63004 \| 4-20820-92009 \| 13-45303-52001 | Waste Removal | | $2,723.12* |
| West Virginia American Water | 1600 Pennsylvania Ave. Charleston, WV 25302 | 1028-2200009271412 \| 1028-22000 7751264 | Water | | $57.57 |
| White Oak Public Service District | 20 Old Farm Road Scarbro, WV 25917 | 1001366 \| 1001292 | Waste Removal | | $32.33 |
| Windstream Communications Inc. | 4001 N. Rodney Parham Road, Little Rock, AR 72212-2442 | 10792786 \| 061837111 | Telecom | | $168.14 |
| WOW! Business | 1241 OG Skinner Dr. West Point, GA 31833-1789 | 2444940 | Telecom | | $28.12 |
| Xcel Energy | 414 Nicollet Mall Minneapolis, MN 55401 | 51-4525008-4 | Electric | | $210.46 |

* Calculated using amount of the highest bill for the twelve-month period ended December 31, 2019 rather than the average monthly bill for such period.

| Utility Provider | Address | Account Number(s) (if known) | Service(s) | Existing Deposits | Proposed Adequate Assurance |
|---|---|---|---|---|---|
| Zia Natural Gas Company | 100 Short Drive Ruidoso Downs, NM 88346 | 2300289-00 \| 2301491-00 \| 2300292-00 \| 2300291-00 \| 2300293-00 \| 2300485-01 \| 2300323-00 | Gas | | $4,886.35 |
| TOTAL | | | | $11,251.74 | $301,900.00 |

\* Calculated using amount of the highest bill for the twelve-month period ended December 31, 2019 rather than the average monthly bill for such period.