# Exhibit 1

**Noticing Designation Form**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICING DESIGNATION FORM FOR HOLDERS OF ABUSE CLAIMS

**PLEASE SUBMIT THIS FORM ONLY TO THE
ADDRESSES LISTED AT THE END OF THIS FORM.
DO NOT FILE THIS FORM WITH THE BANKRUPTCY COURT.**

On _____, 2020, the United States Bankruptcy Court for the District of Delaware entered the *Final Order (I) Authorizing the Debtors to File (A) a Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) a Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, and (III) Granting Related Relief* [Docket No. ___] (the "Order").[2]

The Order provides that any holder of an Abuse Claim may instruct the Debtors to send all required notices, mailings, and other communications <u>only</u> to counsel of record for such holder by completing and submitting (or directing his or her counsel of record to complete and submit on such holder's behalf) this form.

(Check One)

☐   I, _____, am the holder of an Abuse Claim, and I instruct the Debtors to send all required notices, mailings, and other communications only to my attorney, who I have identified below under the heading "Counsel of Record Designation" below.

☐   I, _____, affirm under penalty of perjury that I am retained counsel for the holder or holders of Abuse Claims identified below, and that my client(s) has/have requested that all required notices, mailings, and other communications be sent only to me on their behalf at the address listed below.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Order.

| | |
|---|---|
| **Name of Holder of Abuse Claim:**[3] | |
| **Mailing Address:** | |
| **City, State and Zip Code:** | |
| **COUNSEL OF RECORD DESIGNATION** ||
| **Name of Attorney to Receive Notice:** | |
| **Law Firm:** | |
| **Mailing Address:** | |
| **City, State and Zip Code:** | |
| **Telephone Number:** | |
| **Attorney Email Address:** | |

**Dated:** _____

**Printed Name:** _____

**Signature:** _____

**THIS ENTIRE FORM MUST BE COMPLETED AND RETURNED SO THAT IT IS RECEIVED BY EACH OF THE FOLLOWING PARTIES.**

>Sidley Austin LLP
>Attn: Blair M. Warner
>One South Dearborn Street
>Chicago, Illinois 60603
>
>BSA Noticing Designation Form
>c/o Omni Agent Solutions
>5955 De Soto Ave., Suite 100
>Woodland Hills, CA 91367

---

[3] Additional holders and their addresses may be listed on additional pages as necessary.