# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 75, 83 & 90** |

## OMNIBUS ORDER AMENDING CERTAIN INTERIM ORDERS FOR FIRST DAY MOTIONS

Upon the *Certification of Counsel Regarding the Omnibus Order Amending Certain Interim Orders for First Day Motions*:

WHEREAS on February 19, 2020, the Court entered the *Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Obligations Under Shared Services Arrangements, (II) Authorizing Continued Performance of Obligations Under Intercompany and Shared Services Arrangements, and (III) Granting Related Relief* (D.I. 75) (the "Interim Shared Services Order") and the *Interim Order (I) Authorizing Debtors to (A) Continue Using Existing Cash Management System, Including Existing Bank Accounts, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Existing Business Forms; (II) Waiving the Requirements of 11 U.S.C. § 345(b) for Cause; and (III) Granting Related Relief* (D.I. 83) (the "Interim Cash Management Order").

WHEREAS on February 20, 2020, the Court entered the *Interim Order (I) Authorizing the Debtors to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to the Prepetition Secured Party Pursuant to 11 U.S.C. §§ 105(a), 361, 362, 363, 503*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

and 507; (III)*Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b); and (IV) Granting Related Relief* (D.I. 90) (the "Interim Cash Collateral Order," and together with the Interim Shared Services Order and the Interim Cash Management Order, the "Interim Orders").

WHEREAS in light of the *General Order* dated March 16, 2020, implementing procedures in response to the outbreak of COVID-19, the Debtors have determined that it is in the best interest of all parties in interest to extend the Final Hearing (as defined in the Interim Orders) with respect to certain first day motions. As a result of the extended Final Hearing, certain amendments to the Interim Orders are necessary and appropriate.

**IT IS HEREBY ORDERED THAT:**

1. Notwithstanding anything to the contrary in the Interim Orders, the Final Hearing (as defined in the Interim Orders) shall be held on April 15, 2020 at 10:00 a.m. (prevailing Eastern Time) or at a later date as determined by the Court.

2. Notwithstanding anything to the contrary in the Interim Orders, the Objection Deadline (as defined in the Interim Orders) shall be extended to 4:00 p.m. (prevailing Eastern Time) on April 1, 2020, solely for the Committee of Unsecured Creditors, the Tort Claimants' Committee, the proposed Future Claimants' Representative and JPMorgan Chase Bank, National Association; provided, however, that the Debtors are authorized to further extend the Objection Deadline in their sole discretion without further order of the Court.

3. Notwithstanding anything to the contrary in the Interim Cash Collateral Order, paragraph 2(iv) of the Interim Cash Collateral Order is amended to read in its entirety as follows: "The Debtors' authorization to use Cash Collateral hereunder shall terminate at the conclusion of the Final Hearing, or as otherwise ordered by the Court."

4. All of the terms, conditions and provisions of the Interim Orders shall remain in full force and effect pursuant to the respective Interim Order, except to the extent expressly modified in this Order.

5. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Interim Order are immediately effective and enforceable upon its entry.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the respective Interim Orders.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Interim Order.

Dated: March 23rd, 2020
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

3