## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC.[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

### <u>AFFIDAVIT OF SERVICE</u>

I, Jorge Rodriguez, depose and say that I am employed by Omni Agent Solutions (**"Omni"**), the proposed claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 4, 2020 at my direction and under my supervision, employees of Omni caused true and correct copies of the following document to be served 1) by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A** and to be served 2) by the method set forth on the Additional Parties List attached hereto as **Exhibit B.**

- Debtors' Application for Entry of an Order Authorizing The Retention and Employment of Sidley Austin LLP as Attorneys for The Debtors and Debtors In Possession, Nunc Pro Tunc To the Petition Date [Docket No. 204]

- Debtors' Application for Entry of an Order Under 11 U.S.C. §§ 327(A), 328(A), and 1107(B), Fed. R. Bankr. P. 2014 and 2016, and Del. Bankr. L.R. 2014- 1 and 2016-1, Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Bankruptcy Co-Counsel for The Debtors Nunc Pro Tunc to The Petition Date [Docket No. 205]

- Debtors' Application for Entry of an Order Authorizing The Retention and Employment of Alvarez & Marsal North America, LLC as Financial Advisor for The Debtors and Debtors In Possession, Nunc Pro Tunc to The Petition Date [Docket No. 206]

- Debtors' Application for Entry of an Order Authorizing The Retention and Employment of Bates White, LLC as Abuse Claims Consultant for The Debtors and Debtors In Possession, Nunc Pro Tunc to The Petition Date [Docket No. 207]

- Debtors' Application for Entry of an Order Authorizing The Retention and Employment of KCIC, LLC as Insurance and Valuation Consultant for The Debtors and Debtors In Possession, *Nunc Pro Tunc* to The Petition Date [Docket No. 208]

- Debtors' Application for Entry of an Order Authorizing The Retention and Employment of Omni Agent Solutions as Administrative Agent for The Debtors and Debtors In Possession, Nunc Pro Tunc to The Petition Date [Docket No. 209]

- Debtors' Application for Entry of an Order Authorizing The Retention and Employment of Haynes and Boone, LLP as Special Insurance Counsel for The Debtors and Debtors In Possession, Nunc Pro Tunc To The Petition Date [Docket No. 210]

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

- Debtors' Motion for Entry of an Order Appointing James L. Patton, JR., as Legal Representative for Future Claimants, Nunc Pro Tunc to the Petition Date [Docket No. 213]

- Debtors' Motion for Entry of an Order Authorizing The Debtors to Retain and Compensate Certain Professionals Used In The Ordinary Course of Their Non-Profit Operations, Nunc Pro Tunc to The Petition Date [Docket No. 214]

- Debtors' Motion for Entry of an Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief [Docket No. 215]

- Debtors' Application for Entry of an Order Authorizing The Retention and Employment of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. as Special Litigation Counsel for The Debtors and Debtors in Possession, Nunc Pro Tunc to The Petition Date [Docket No. 220]

Dated: March 23, 2020

Jorge Rodriguez
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
{State of California          }
{                            } ss.
{County of Los Angeles        }
Woodland Hills, CA 91367
(818) 906-8300

Subscribed and sworn to (or affirmed) before me on this 23rd day of March, 2020, by Jorge Rodriguez proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

## **EXHIBIT A**

**Exhibit A**
Core/2002 Service List
Served as set forth below

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Top 30 Unsecured Creditor | American Engineers & Contractors | Attn: Shiv Shahi, Owner 224 Datura St, Ste 1012 West Palm Beach, FL 33401 | | shiv@aecbuild.Com | First Class Mail and Email |
| Plaintiff Counsel | Andreozzi & Assoc, PC | Attn: Nathaniel L. Foote, Esq. 111 N Front St Harrisburg, PA 17101 | 717-525-9143 | | First Class Mail |
| Top 30 Unsecured Creditor | Anne Terry | Address Redacted | | | First Class Mail |
| Plaintiff Counsel | Ava Law Group, Inc | Attn: Andrew Van Arsdale, Esq. 3667 Voltaire St San Diego, CA 92106 | 619-347-2705 | support@ava.law | First Class Mail and Email |
| NOA - Sequoia Council of Boy Scouts, Inc. | Baker Manock & Jensen, PC | Attn: Jan T. Perkins 5260 North Palm Avenue, Suite 421 Fresno, CA 93704 | | jperkins@bakermanock.com | Email |
| Plaintiff Counsel | Bondurant, Mixson & Elmore, LLC | Attn: Michael B. Terry One Atlantic Ctr 1201 W Peachtree St Nw, Ste 3900 Atlanta, GA 30309 | 404-881-4111 | terry@bmelaw.com | First Class Mail and Email |
| Top 30 Unsecured Creditor | Bradley Farmer | Address Redacted | | Email Address Redacted | First Class Mail and Email |
| NOA - Counsel for the National Surety Corporation | Bradley Riley Jacobs PC | Attn: Todd C. Jacobs 320 W Ohio St, Ste 3W Chicago, IL 60654 | | tjacobs@bradleyriley.com | Email |
| Top 30 Unsecured Creditor | C Michael Hoover Jr | Address Redacted | | Email Address Redacted | First Class Mail and Email |
| Top 30 Unsecured Creditor | C Wayne Brock | Address Redacted | | Email Address Redacted | First Class Mail and Email |
| NOA - Counsel for Jane Doe, Party in Interest | Chipman, Brown, Cicero & Cole, LLP | Attn: Mark Desgrosseilliers 1313 N Market St, Ste 5400 Wilmington, DE 19801 | 302-295-0199 | degross@chipmanbrown.com | Email |
| NOA - Authorized Agent for the Commonwealth of Pennsylvania, Dept of Labor and Industry, Office of Unemployment Compensation Tax Services (UCTS) | Commonwealth of Pennsylvania | Dept of Labor & Industry Attn: Deb Secrest/Collections Support Unit 651 Boas St, Rm 925 Harrisburg, PA 17121 | 717-787-7671 | ra-li-ucts-bankrupt@state.pa.us | Email |
| Plaintiff Counsel | Crew Janci LLP | Attn: Stephen Crew 1200 NW Naito Pkwy, Ste 500 Portland, OR 97209 | 503-467-4940 | steve@crewjanci.com | First Class Mail and Email |
| Top 30 Unsecured Creditor | David J Ross II | Address Redacted | | Email Address Redacted | First Class Mail and Email |
| Top 30 Unsecured Creditor | Doe Claimant 2002 | Address Redacted | | | First Class Mail |
| Top 30 Unsecured Creditor | Donald Mcchesney | Address Redacted | | | First Class Mail |
| NOA - Counsel for Girl Scouts of the United States of America | Dorsey & Whitney LLP | Attn: Bruce R Ewing Attn: Eric Lopez Schnabel 51 W 52nd St New York, NY 10019 | | ewing.bruce@dorsey.com schnabel.eric@dorsey.com | Email |
| NOA - Counsel for Girl Scouts of the United States of America | Dorsey & Whitney LLP | Attn: Eric Lopez Schnabel Attn: Alessandra Glorioso 300 Delaware Ave, Ste 1010 Wilmington, DE 19801 | | schnabel.eric@dorsey.com glorioso.alessandra@dorsey.com | Email |
| Plaintiff Counsel | Dumas Law Group, LLC aka Dumas & Vaughn Attorneys At Law | Attn: Gilion Dumas 3835 NE Hancock St, Ste Gl-B Portland, OR 97212 | | gilion@dumaslawgroup.com | First Class Mail and Email |
| Plaintiff Counsel | Eisenberg Rothweiler, Winkler, Eisenberg & Jeck, Pc | Attn: Stewart Eisenberg, Esq. 1634 Spruce St Philadelphia, PA 19103 | 215-546-0118 | | First Class Mail |
| NOA - Counsel for Weaver Fundraising, LLC d/b/a Trail's End Popcorn Company | Faegre Drinker Biddle & Reath LLP | Attn: Jay Jaffe 600 E. 96th St, Ste 600 Indianapolis, IN 46240 | 317-569-4800 | jay.jaffe@faegredrinker.com | Email |
| NOA - Counsel for Weaver Fundraising, LLC d/b/a Trail's End Popcorn Company | Faegre Drinker Biddle & Reath LLP | Attn: Patrick A. Johnson 222 Delaware Ave, Ste 1410 Wilmington, DE 19801-1621 | 302-467-4201 | patrick.jackson@faegredrinker.com | Email |
| NOA - Counsel for National Union Fire Insurance Co of PA, AIG | Fineman Krekstein & Harris, PC | Attn: Dierdre M Richards 1300 N King St Wilmington, DE 19801 | 302-394-9228 | drichards@finemanlawfirm.com | Email |
| NOA - Counsel for Boys Scouts of America San Diego | Foley & Lardner LLP | Attn: Richard J Bernard 90 Park Ave New York, NY 10016 | 212-687-2329 | rbernard@foley.com | Email |
| NOA - Counsel for Boys Scouts of America San Diego | Foley & Lardner LLP | Attn: Victor Vilaplana 3579 Valley Centre Dr, Ste 300 San Diego, CA 92130 | 858-792-6773 | vavilaplana@foley.com | Email |
| NOA - Counsel for National Union Fire Insurance Co of PA, AIG | Foran Glennon Planadech Ponzi & Rudloff, P.C. | Attn: Susan N K Gummow Attn: Igor Shleypak 222 N LaSalle St, Ste 1400 Chicago, IL 60614 | 312-863-5000 | sgummow@fgppr.com ishleypak@fgppr.com | Email |
| NOA - Counsel for Old Republic Insurance Company | Fox Swibel Levin & Carroll LLP | Attn: Margaret M. Anderson 200 W Madison St, Ste 3000 Chicago, IL 60606 | 312-224-1201 | panderson@foxswibel.com | Email |
| Top 30 Unsecured Creditor | Gary Butler | Address Redacted | | Email Address Redacted | First Class Mail and Email |
| Plaintiff Counsel | Green & Gillispie | Attn: Joshua Gillispie 1 Riverfront Pl, Ste 605 North Little Rock, AR 72114 | 501-244-2020 | josh@greenandgillispie.com | First Class Mail and Email |
| Plaintiff Counsel | Gregg, Hunt, Ahern & Embry | Attorneys At Law Attn: Jonathan Barnes One Cranberry Hill, 304 Lexington, MA 02421 | 617-494-1921 | jbarnes@chelaw.com | First Class Mail and Email |
| Top 30 Unsecured Creditor | Hugh Travis | Address Redacted | | Email Address Redacted | First Class Mail and Email |
| Plaintiff Counsel | Hurley Mckenna & Mertz PC | Attn: Christopher Hurley 33 N Dearborn St, Ste 1430 Chicago, IL 60602 | 312-553-0964 | churley@hurley-law.com | First Class Mail and Email |
| Core Parties | Internal Revenue Service | Centralized Insolvency Operation P.O. Box 7346 Philadelphia, PA 19101-7346 | 855-235-6787 | | First Class Mail |
| *NOA - Counsel to Certain Claimants | Jacobs & Crumplar, P.A. | Attn: Reann Warner Attn: Thomas C. Crumplar 750 Shipyard Dr., Suite 200 Wilmington, DE 19801 | 302-656-5875 | raeann@jcdelaw.com tom@jcdelaw.com | Email |
| NOA - Counsel to Claimant J.M. as party in interest | Janet, Janet & Scuggs, LLC | Attn: Gerald D Jowers, Jr 500 Taylor St, Ste 301 Columbia, SC 29201 | 803-727-1059 | GJowers@JJSJustice.com | Email |
| NOA - Counsel for Weaver Fundraising, LLC d/b/a Trail's End Popcorn Company | Jay Jaffe | 600 E. 96th St, Ste 600 Indianapolis, IN 46240 | | jay.jaffe@faegredrinker.com | Email |
| Plaintiff Counsel | Jeff Anderson & Assoc, PA | Attn: Jeffrey Anderson 505 Thornall St, Ste 405 Edison, NJ 08837 | | jeff@andersonadvocates.com | First Class Mail and Email |
| Top 30 Unsecured Creditor | Jeffrey Hunt | Address Redacted | | Email Address Redacted | First Class Mail and Email |
| Top 30 Unsecured Creditor | John Green | Address Redacted | | Email Address Redacted | First Class Mail and Email |
| Bank Debt | JPMorgan Chase Bank, NA | Attn: Phil Martin 10 S Dearborn St Mail Code Il1-1415 Chicago, Il 60603 | | | First Class Mail |
| Top 30 Unsecured Creditor | Judith Ratcliffe | Address Redacted | | | First Class Mail |

**Exhibit A**
**Core/2002 Service List**
**Served as set forth below**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Top 30 Unsecured Creditor | American Engineers & Contractors | Attn: Shiv Shahi, Owner<br>224 Datura St, Ste 1012<br>West Palm Beach, FL 33401 | | shiv@aecbuild.Com | First Class Mail and Email |
| NOA - Counsel for Chief Seattle Council, Boy Scouts of America | Karr Tuttle Campbell, PS | Attn: Bruce W. Leaverton<br>701 5th Ave, Ste 3300<br>Seattle, WA 98104 | 206-682-7100 | bleaverton@karrtuttle.com | Email |
| Top 30 Unsecured Creditor | Kathy Sue Stone | Address Redacted | | Email Address Redacted | First Class Mail and Email |
| Top 30 Unsecured Creditor | Kenneth L Connelly | Address Redacted | | Email Address Redacted | First Class Mail and Email |
| Plaintiff Counsel | Kosnoff Law | Attn: Timothy Kosnoff, Esq.<br>1321 Upland Dr PMB 4685<br>Houston, TX 77043 | 206-837-9690 | tim@kosnoff.com | First Class Mail and Email |
| NOA - Counsel to the Official Committee of Unsecured Creditors | Kramer Levin Naftalis & Frankel LLP | Attn: Thomas Moers Mayer<br>Attn: Rachel Ringer<br>Attn: David E. Blabey Jr.<br>Attn: Jennifer R. Sharret<br>Attn: Megan M. Wasson<br>177 Ave of the Americas<br>New York, NY 10036 | 212-715-8000 | tmayer@kramerlevin.com<br>rringer@kramerlevin.com<br>dblabey@kramerlevin.com<br>jsharret@kramerlevin.com<br>mwasson@kramerlevin.com | Email |
| NOA - Counsel for The Church of Jesus Christ of Latter-day Saints | Latham & Watkins LLP | Attn: Adam J Goldberg<br>885 3rd Ave<br>New York, NY 10022-4834 | 212-751-4864 | adam.goldberg@lw.com | Email |
| NOA - Counsel for The Church of Jesus Christ of Latter-day Saints | Latham & Watkins LLP | Attn: Jeffrey E Bjork<br>Attn: Kimberly A Posin<br>Attn: Nicholas J Messana<br>355 S Grand Ave, Ste 100<br>Los Angeles, CA 90071-1560 | 213-891-8763 | jeff.bjork@lw.com<br>kim.posin@lw.com<br>nicholas.messana@lw.com | Email |
| Top 30 Unsecured Creditor | Law Offices of Jeffrey E. Martin LLC | On behalf of Doe Claimant 2001<br>2340 S. Arlington Hts Rd, Ste 520<br>Arlington Hts, IL 60005 | | jem@martinlawchicago.com | First Class Mail and Email |
| Plaintiff Counsel | Law Offices Of Mitchell Garabedian | Attn: Mitchell Garabedian<br>100 State St, 6th Fl<br>Boston, MA 02109 | 617-523-3687 | mgarabedian@garabedianlaw.com | First Class Mail and Email |
| Plaintiff Counsel | Lindsay Hart, LLP | Attn: James L Dumas<br>1300 SW 5th Ave, Ste 3400<br>Portland, OR 97201 | | jdumas@lindsayhart.com | First Class Mail and Email |
| NOA - Counsel for Houston Liens, Harris County, Cleveland ISD, Montgomery County, Orange County, and Montgomery County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman<br>P.O. Box 3064<br>Houston, TX 77253-3064 | 713-844-3503 | houston_bankruptcy@publicans.com | Email |
| NOA - Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller<br>2777 N. Stemmons Fwy, Ste 1000<br>Dallas, TX 75207 | 469-221-5003 | dallas.bankruptcy@publicans.com | Email |
| Top 30 Unsecured Creditor | Lion Brothers Co Inc | Attn: Susan Ganz, CEO<br>10246 Reisterstown Rd<br>Owings Mills, MD 21117 | | sganz@lionbrothers.Com | First Class Mail and Email |
| Plaintiff Counsel | Lujan & Wolff, LLP | Attn: David Lujan<br>238 Archbishop Flores St, Ste 300<br>DNA Bldg<br>Hagatna, GU 96910 | 671-477-5297 | | First Class Mail |
| Plaintiff Counsel | Marsh Law Firm | Attn: James Marsh<br>151 E Post Rd, Ste 102<br>White Plains, NY 10601 | | jamesmarch@marsh.law | First Class Mail and Email |
| NOA - The County of Anderson, Texas, The County of Denton, Texas, Harrison Central Appraisal District, The County of Harrison, Texas, The County of Henderson, Texas, Midland Central Appraisal District, The County of Milam, Texas, Terry County Appraisal District and The County of Williamson, Texas | McCreary, Veselka, Bragg & Allen, PC | Attn: Tara LeDay<br>P.O. Box 1269<br>Round Rock, TX 78680 | 512-323-3205 | tleday@mvbalaw.com | Email |
| Plaintiff Counsel | Merson Law | Attn: Jordan Merson<br>150 E 58th St, 34th Fl<br>New York, NY 10155 | 347-441-4171 | jmerson@mersonlaw.com | First Class Mail and Email |
| Plaintiff Counsel | Michael G Dowd | Attn: Michael G Dowd<br>600 3rd Ave, 15th Fl<br>New York, NY 10016 | | | First Class Mail |
| Top 30 Unsecured Creditor | Michael Surbaugh | Address Redacted | | Email Address Redacted | First Class Mail and Email |
| NOA - Counsel for Sun Life Assurance Company of Canada | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Kate P Foley<br>1800 W Park Dr, Ste 400<br>Westborough, MA 01581 | 508-898-1502 | kfoley@mirickoconnell.com | Email |
| NOA - Counsel for Sun Life Assurance Company of Canada | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Paul W Carey<br>100 Front St<br>Worcester, MA 01608 | 508-791-8502 | pcarey@mirickoconnell.com | Email |
| NOA - Missouri Department of Revenue | Missouri Department of Revenue | Bankruptcy Unit<br>Attn: Steven A. Ginther<br>PO Box 475<br>Jefferson City, MO  65105-0475 | 573-751-7232 | deecf@dor.mo.gov | Email |
| NOA - Counsel for Waste Management | Monzack Mersky McLaughlin & Browder, PA | Attn: Brian McLaughlin<br>Attn: Rachel Mersky<br>1201 N Orange St, Ste 400<br>Wilmington, DE 19801 | 302-656-2769 | bmclaughlin@monlaw.com<br>rmersky@monlaw.com | Email |
| NOA - Counsel for Old Republic Insurance Company | Morris James LLP | Attn: Brett D. Fallon<br>Attn: Brya M. Keilson<br>500 Delaware Ave, Ste 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 | 302-571-1750 | bfallon@morrisjames.com<br>bkeilson@morrisjames.com | Email |
| NOA - Counsel for Pearson Education, Inc. and NCS Pearson, Inc. | Morris James LLP | Attn: Jeffrey R. Waxman<br>Attn: Eric J. Monso<br>500 Delaware Ave, Ste 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 | 302-571-1750 | jwaxman@morrisjames.com<br>emonzo@morrisjames.com | Email |
| NOA - Counsel for Jack Doe, Creditor and Defendant in Adversary Case | Nagel Rice LLP | Attn: Bradley L Rice<br>103 Eisenhower Pkwy<br>Roseland, NJ 07068 | 973-618-9194 | brice@nagelrice.com | Email |
| Top 30 Unsecured Creditor | NCS Pearson, Inc | Attn: Bjarne Tellmann, Gen Counsel & CLO<br>200 Old Tappan Rd<br>Old Tappan, NJ 07675 | | Bjarne.Tellmann@Pearson.Com | First Class Mail and Email |
| NOA - Counsel for JPMorgan Chase Bank, National Association | Norton Rose Fulbright Us LLP | Attn: Louis R. Strubeck, Jr<br>Attn: Kristian W. Gluck<br>Attn: Ryan E. Manns<br>Attn: Shivani Shah<br>1301 Ave of the Americas<br>New York, NY 10019-6023 | 214-855-8200 | louis.strubeck@nortonrosefulbright.com<br>kristian.gluck@nortonrosefulbright.com<br>ryan.manns@nortonrosefulbright.com<br>shivani.shah@nortonrosefulbright.com | Email |
| NOA - Counsel for JPMorgan Chase Bank, National Association | Norton Rose Fulbright Us LLP | Attn: Louis R. Strubeck, Jr<br>2200 Ross Ave, Suite 3600<br>Dallas, TX 75201-7933 | | louis.strubeck@nortonrosefulbright.com | Email |

**Exhibit A**
Core/2002 Service List
Served as set forth below

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Top 30 Unsecured Creditor | American Engineers & Contractors | Attn: Shiv Shahi, Owner<br>224 Datura St, Ste 1012<br>West Palm Beach, FL 33401 | | shiv@aecbuild.Com | First Class Mail and Email |
| Core Parties | Office of the United States Trustee | Attn: David L. Buchbinder<br>Attn: Hannah Mufson McCollum<br>844 King St, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | 302-573-6497 | david.l.buchbinder@usdoj.gov<br>hannah.mccollum@usdoj.gov | |
| NOA - Counsel to the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones | Attn: James I. Stang<br>10100 Santa Monica Blvd, 13th Fl<br>Los Angeles, CA 90067-4003 | 302-652-4400 | jstang@pszjlaw.com | Email |
| NOA - Counsel to the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones LLP | Attn: Robert Orgel<br>Attn: James O'Neill<br>Attn: John Lucas<br>Attn: Ilan Scharf<br>919 N Market St.,17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 | 302-652-4400 | jlucas@pszjlaw.com<br>ischarf@pszjlaw.com<br>jlucas@pszjlaw.com<br>ischarf@pszjlaw.com | Email |
| NOA - Counsel for Weaver Fundraising, LLC d/b/a Trail's End Popcorn Company | Patrick A. Johnson | 222 Delaware Ave, Ste 1410<br>Wilmington, DE 19801-1621 | | patrick.jackson@faegredrinker.com | Email |
| Plaintiff Counsel | Paul Mones | Attn: Paul Mones<br>13101 Washington Blvd<br>Los Angeles, CA 90066 | | pamones@comcast.net | First Class Mail and Email |
| Plaintiff Counsel | Penn Law Group | Attn: Darren Penn<br>4200 Northside Pkwy, Nw<br>Building One, Ste 100<br>Atlanta, GA 30327 | | darren@pennlawgroup.com | First Class Mail and Email |
| NOA - Counsel for the Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Patricia Kelly, CFO<br>Attn: Cassandra Burton, Attorney<br>1200 K St NW<br>Washington, DC 20005 | 202-326-4112 | kelly.patricia@pbgc.Gov<br>burton.cassandra@pbgc.gov<br>efile@pbgc.gov | Email |
| NOA - Counsel for the National Surety Corporation | Pepper Hamilton LLP | Attn: David M. Fournier<br>Attn: Marcy J. McLaughlin Smith<br>1313 Market St, Ste 5100<br>P.O. Box 1709<br>Wilmington, DE 19899-1709 | 302-421-8390 | fournierd@pepperlaw.com<br>mclaughm@pepperlaw.com | Email |
| Plaintiff Counsel | Pfau, Cochran, Vertetis, Amala PLLC | Attn: Michael Pfau<br>403 Columbia St, Ste 500<br>Seattle, WA 98104 | 206-623-3624 | michael@pcvalaw.com | First Class Mail and Email |
| NOA - Counsel for Pearsons Education, Inc. and NSC Pearsons, Inc. | Phillips Lytle LLP | Attn: Angela Z Miller<br>One Canalside, 125 Main St<br>Buffalo, NY 14203, | 716-852-6100 | amiller@phillipslytle.com | Email |
| Top 30 Unsecured Creditor | Quad/Graphics, Inc | Attn: Joel Quadracci, Chairman, Pres & CEO<br>N61W23044 Harrys Way<br>Sussex, WI 53089-2827 | | Joel.Quadracci@Qg.Com | First Class Mail and Email |
| Top 30 Unsecured Creditor | Raymond L Blackwell | Address Redacted | | Email Address Redacted | First Class Mail and Email |
| Plaintiff Counsel | Rebenack, Aronow, Mascolo, LLP | Attn: Jay Silvio Mascolo<br>111 Livingston Ave<br>New Brunswick, NJ 08901 | 732-247-3630 | jmascolo@ram.law | First Class Mail and Email |
| NOA - Counsel to the Committee of Unsecured Creditors*NOA - Counsel to the Official Committee of Unsecured Creditors | Reed Smith LLP | Attn: Kurt F. Gwynne<br>Attn: Katelin A. Morales<br>120 N Market St, Ste 1500<br>Wilmington, DE 19801 | 302-778-7575 | kgwynne@reedsmith.com<br>kmorales@reedsmith.com | Email |
| Top 30 Unsecured Creditor | Richard Lehr | Address Redacted | | Email Address Redacted | First Class Mail and Email |
| NOA - Counsel for The Church of Jesus Christ of Latter-day Saints | Richards, Layton & Finger, PA | Attn: Michael Merchant<br>Attn: Brett Haywood<br>One Rodney Square<br>920 N King St<br>Wilmington, DE 19801 | 302-651-7701 | merchant@rlf.com<br>haywood@rlf.com | Email |
| Top 30 Unsecured Creditor | Robert J Mazzuca | Address Redacted | | Email Address Redacted | First Class Mail and Email |
| Top 30 Unsecured Creditor | Robert Tuggle | Address Redacted | | Email Address Redacted | First Class Mail and Email |
| Plaintiff Counsel | Robins Kaplan LLP | Attn: Patrick Stoneking<br>399 Park Ave, Ste 3600<br>New York, NY 10022 | 212-980-7499 | pstoneking@robinskaplan.com | Email |
| Top 30 Unsecured Creditor | Roger A Ohmstede | Address Redacted | | Email Address Redacted | First Class Mail and Email |
| Top 30 Unsecured Creditor | Roy L Williams | Address Redacted | | Email Address Redacted | First Class Mail |
| Plaintiff Counsel | Rubenstein & Rynecki | Attn: Sanford Rubenstein<br>16 Court St, Suite 1717<br>Brooklyn, NY 11241 | | | First Class Mail |
| NOA - Sequoia Council of Boy Scouts, Inc. | Sequoia Council of Boy Scouts, Inc. | Attn: Michael Marchese<br>6005 N. Tamera Avenue<br>Fresno, CA 93711 | | michael.marchese@scouting.org | Email |
| NOA - Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company | Shipman & Goodwin LLP | Attn: Abigail W. Williams<br>Attn: Joshua D. Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251 | 202-469-7751 | awilliams@goodwin.com<br>jweinberg@goodwin.com | Email |
| NOA - Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company | Shipman & Goodwin LLP | Attn: Eric S. Goldstein<br>One Constitution Plaza<br>Hartford, CT 06103-1919 | 860-251-5218 | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com | Email |
| NOA - Counsel to R.L. and C.L., Plaintiffs in State Court action pending in the Superior Court of New Jersey, Essex County | Stark & Stark, PC | Attn: Joseph H Lemkin<br>P.O. Box 5315<br>Princeton, NJ 08543 | 609-896-0629 | jlemkin@stark-stark.com | Email |
| Plaintiff Counsel | Sweeny Reich & Bolz, LLP | Attn: Gerard Sweeney<br>1981 Marcus Ave, Ste 200<br>Lake Success, NY 11042 | | | First Class Mail |
| NOA - Authorized Agent for Synchrony Bank | Synchrony Bank | c/o PRA Receivables Management, LLC<br>Attn: Valerie Smith<br>P.O. Box 41021<br>Norfolk, VA 23541 | 757-351-3257 | claims@recoverycorp.com | Email |
| Bonds | The County Commission Of Fayette County | Attn: President<br>P.O. Box 307<br>Fayetteville, WV 25840 | | | First Class Mail |
| Bonds | The County Commission Of Fayette County | c/o Steptoe & Johnson Pllc<br>Attn: John Stump, Esq.<br>Chase Tower - Eighth Fl<br>707 Virginia St E.<br>Charleston, WV 25301 | | | First Class Mail |
| *NOA - Counsel to Certain Claimants | The Neuberger Firm | Attn: Thomas S. Neuberger<br>Attn: Stephen J. Neuberger<br>17 Harlech Dr.<br>Wilmington, DE 19807 | 302-655-0582 | tsn@neubergerlaw.com<br>sjn@neubergerlaw.com | Email |
| Top 30 Unsecured Creditor | Thomas H Fitzgibbon | Address Redacted | | Email Address Redacted | First Class Mail and Email |
| Top 30 Unsecured Creditor | Thomas Harrington | Address Redacted | | Email Address Redacted | First Class Mail and Email |

**Exhibit A**
**Core/2002 Service List**
**Served as set forth below**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Top 30 Unsecured Creditor | American Engineers & Contractors | Attn: Shiv Shahi, Owner<br>224 Datura St, Ste 1012<br>West Palm Beach, FL 33401 | | shiv@aecbuild.Com | First Class Mail and Email |
| *NOA - Counsel to Certain Claimants | Thomas Law Office, PLLC | Attn: Tad Thomas<br>Attn: Louis C. Schneider<br>9418 Norton Commons Blvd, Ste 200<br>Louisville, KY 40059 | 877-955-7002 | tad@thomaslawoffices.com<br>lou.schneider@thomaslawoffices.com | Email |
| Top 30 Unsecured Creditor | Thomas Varnell | Address Redacted | | Email Address Redacted | First Class Mail and Email |
| NOA - Counsel for Jane Doe, Party in Interest | Tremont Sheldon Robinson Mahoney PC | Attn: Cindy Robinson<br>Attn: Doug Mahoney<br>64 Lyon Ter<br>Bridgeport, CT 06604 | 203-366-8503 | crobinson@tremontsheldon.com<br>dmahoney@tremontsheldon.com | Email |
| NOA - Counsel for the National Surety Corporation | Troutman Sanders LLP | Attn: Harris B. Winsberg<br>Attn: Matthew G. Roberts<br>600 Peachtree St NE, Ste 3000<br>Atlanta, GA 30308 | 404-885-3900 | harris.winsberg@troutman.com<br>matthew.roberts2@troutman.com | Email |
| Core Parties | United States Dept Of Justice | 950 Pennsylvania Ave, Nw<br>Room 2242<br>Washington, DC 20530-0001 | | | First Class Mail |
| Core Parties | US Attorney For Delaware | Attn: David C Weiss<br>1007 Orange St, Ste 700<br>P.O. Box 2046<br>Wilmington, DE 19899-2046 | 302-573-6220 | usade.ecfbankruptcy@usdoj.gov | First Class Mail and Email |
| Counsel to Ad Hoc Committee of Local Councils of the Boy Scouts of America | Wachtell, Lipton, Rosen & Katz | Attn: Richard Mason<br>Attn: Douglas Mayer<br>Attn: Joseph C. Celentino<br>51 W 52nd St<br>New York, NY 10019 | 212-403-2252 | rgmason@wlrk .com<br>dkmayer@wlrk.com<br>jcccelentino@wlrk.com | First Class Mail and Email |
| NOA - Sequoia Council of Boy Scouts, Inc. | Wanger Jones Helsley, PC | Attn: Riley C. Walter<br>265 E. River Park Circle, Suite 310<br>Fresno, CA 93720 | | rwalter@wjhattorneys.com | Email |
| NOA - Counsel for East Carolina Council BSA, Inc. | Ward and Smith, P.A. | Attn: Paul A Fanning<br>P.O. Box 8088<br>Greenville, NC 27835-8088 | 252-215-4077 | paf@wardandsmith.com | Email |
| NOA - Counsel for the Columbia Casualty Company and The Continental Insurance Company | Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Craig Goldblatt<br>1875 Pennsylvania Ave NW<br>6th Floor<br>Washington, DC 20006 | 202-663-6363 | craig.goldblatt@wilmerhale.com | Email |
| NOA - Counsel for JPMorgan Chase Bank, National Association | Womble Bond Dickinson (US) LLP | Attn: Matthew Ward<br>Attn: Morgan Patterson<br>1313 N Market St, Ste 1200<br>Wilmington, DE 19801 | 302-252-4330 | matthew.ward@wbd-us.com<br>morgan.patterson@wbd-us.com | Email |
| Core Parties | Young Conaway Stargatt & Taylor | Attn: James L. Patton, Jr<br>Attn: Robert Brady<br>Attn: Edwin Harron<br>Rodney Square<br>1000 N King St<br>Wilmington, DE 19801 | 302-576-3325 | jpatton@ycst.com<br>rbrady@ycst.com<br>eharron@ycst.com | First Class Mail and Email |

## **EXHIBIT B**

**Exhibit B**
Additional Parties List
Served via First Class  Mail

| Name | Address | | | |
|---|---|---|---|---|
| Jp Morgan Chase Bank N A | Sblc Group | 21591 Network Pl | Chicago, IL 60673-1215 | |
| The County Commission Of Fayette County | Attn: President | P.O. Box 307 | Fayetteville, WV 25840 | |
| Arrow Wv Inc Operating Account | 1325 W Walnut Hill Ln | Irving, TX 75015-2079 | | |
| Delaware Secretary Of State | 1209 Orange St | Wilmington, DE 19801 | | |
| Delaware Secretary Of State | Attn: Div of Corps | P.O. Box 5509 | Binghamton, NY 13902-5509 | |
| Delaware Secretary Of State | Division of Corps | P.O. Box 11728 | Newark, NJ 07101-4728 | |
| Delaware Secretary Of State | Division of Corps | P.O. Box 5509 | Binghamton, NY 13902-5509 | |
| Delaware Secretary Of State | Divisions of Corps | 401 Federal St, Ste 4 | Dover, DE 19901 | |
| Delaware Secretary of the Treasury | Attn: Colleen C. Davis | 820 Silver Lake Boulevard – Suite 100 | Dover, DE 19904 | |
| Securities & Exchange Commission | 100 F St, NE | Washington, DC 20549 | | |
| Securities & Exchange Commission | New York Regional Office | Attn: Andrew Calamari, Reg Dir | Brookfield Pl, 200 Vesey St, Ste 400 | New York, NY 10281-1022 |