IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Scott M. Ewing, depose and say that I am employed by Omni Agent Solutions ("**Omni**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 19, 2020 at my direction and under my supervision, employees of Omni caused true and correct copies of the following document to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**.

- **Further Amended Notice of Telephonic Status Conference [Docket No. 234]**

Dated: March 23, 2020

Scott M. Ewing
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
(818) 906-8300

{State of California   }
{                      } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 23rd day of March, 2020, by Scott M. Ewing proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

# **EXHIBIT A**

**Exhibit A**
Core/2002 Service List
Served as set forth below

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Top 30 Unsecured Creditor | American Engineers & Contractors | Attn: Shiv Shahi, Owner<br>224 Datura St, Ste 1012<br>West Palm Beach, FL 33401 | | shiv@aecbuild.Com | Email |
| Plaintiff Counsel | Andreozzi & Assoc, PC | Attn: Nathaniel L. Foote, Esq.<br>111 N Front St<br>Harrisburg, PA 17101 | 717-525-9143 | | Fax |
| Plaintiff Counsel | Ava Law Group, Inc | Attn: Andrew Van Arsdale, Esq.<br>3667 Voltaire St<br>San Diego, CA 92106 | 619-347-2705 | support@ava.law | Email |
| NOA - Sequoia Council of Boy Scouts, Inc. | Baker Manock & Jensen, PC | Attn: Jan T. Perkins<br>5260 North Palm Avenue, Suite 421<br>Fresno, CA 93704 | | jperkins@bakermanock.com | Email |
| Plaintiff Counsel | Bondurant, Mixson & Elmore, LLC | Attn: Michael B. Terry<br>One Atlantic Ctr<br>1201 W Peachtree St Nw, Ste 3900<br>Atlanta, GA 30309 | 404-881-4111 | terry@bmelaw.com | Email |
| Top 30 Unsecured Creditor | Bradley Farmer | Address Redacted | | Email Address Redacted | Email |
| NOA - Counsel for the National Surety Corporation | Bradley Riley Jacobs PC | Attn: Todd C. Jacobs<br>320 W Ohio St, Ste 3W<br>Chicago, IL 60654 | | tjacobs@bradleyriley.com | Email |
| Top 30 Unsecured Creditor | C Michael Hoover Jr | Address Redacted | | Email Address Redacted | Email |
| Top 30 Unsecured Creditor | C Wayne Brock | Address Redacted | | Email Address Redacted | Email |
| NOA - Counsel for Jane Doe, Party in Interest | Chipman, Brown, Cicero & Cole, LLP | Attn: Mark Desgrosseilliers<br>1313 N Market St, Ste 5400<br>Wilmington, DE 19801 | 302-295-0199 | degross@chipmanbrown.com | Email |
| NOA - Authorized Agent for the Commonwealth of Pennsylvania, Dept of Labor and Industry, Office of Unemployment Compensation Tax Services (UCTS) | Commonwealth of Pennsylvania | Dept of Labor & Industry<br>Attn: Deb Secrest/Collections Support Unit<br>651 Boas St, Rm 925<br>Harrisburg, PA 17121 | 717-787-7671 | ra-li-ucts-bankrupt@state.pa.us | Email |
| Plaintiff Counsel | Crew Janci LLP | Attn: Stephen Crew<br>1200 NW Naito Pkwy, Ste 500<br>Portland, OR 97209 | 503-467-4940 | steve@crewjanci.com | Email |
| Top 30 Unsecured Creditor | David J Ross II | Address Redacted | | Email Address Redacted | Email |
| NOA - Counsel for Girl Scouts of the United States of America | Dorsey & Whitney LLP | Attn: Bruce R Ewing<br>Attn: Eric Lopez Schnabel<br>51 W 52nd St<br>New York, NY 10019 | | ewing.bruce@dorsey.com<br>schnabel.eric@dorsey.com | Email |
| NOA - Counsel for Girl Scouts of the United States of America | Dorsey & Whitney LLP | Attn: Eric Lopez Schnabel<br>Attn: Alessandra Glorioso<br>300 Delaware Ave, Ste 1010<br>Wilmington, DE 19801 | | schnabel.eric@dorsey.com<br>glorioso.alessandra@dorsey.com | Email |
| Plaintiff Counsel | Dumas Law Group, LLC<br>aka Dumas & Vaughn Attorneys At Law | Attn: Gilion Dumas<br>3835 NE Hancock St, Ste Gl-B<br>Portland, OR 97212 | | gilion@dumaslawgroup.com | Email |
| Plaintiff Counsel | Eisenberg Rothweiler, Winkler, Eisenberg & Jeck, Pc | Attn: Stewart Eisenberg, Esq.<br>1634 Spruce St<br>Philadelphia, PA 19103 | 215-546-0118 | | Fax |

**Exhibit A**
Core/2002 Service List
Served as set forth below

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Top 30 Unsecured Creditor | American Engineers & Contractors | Attn: Shiv Shahi, Owner<br>224 Datura St, Ste 1012<br>West Palm Beach, FL 33401 | | shiv@aecbuild.Com | Email |
| NOA - Counsel for Weaver Fundraising, LLC d/b/a Trail's End Popcorn Company | Faegre Drinker Biddle & Reath LLP | Attn: Jay Jaffe<br>600 E. 96th St, Ste 600<br>Indianapolis, IN 46240 | 317-569-4800 | jay.jaffe@faegredrinker.com | Email |
| NOA - Counsel for Weaver Fundraising, LLC d/b/a Trail's End Popcorn Company | Faegre Drinker Biddle & Reath LLP | Attn: Patrick A. Johnson<br>222 Delaware Ave, Ste 1410<br>Wilmington, DE 19801-1621 | 302-467-4201 | patrick.jackson@faegredrinker.com | Email |
| NOA - Counsel for National Union Fire Insurance Co of PA, AIG | Fineman Krekstein & Harris, PC | Attn: Dierdre M Richards<br>1300 N King St<br>Wilmington, DE 19801 | 302-394-9228 | drichards@finemanlawfirm.com | Email |
| NOA - Counsel for Boys Scouts of America San Diego | Foley & Lardner LLP | Attn: Richard J Bernard<br>90 Park Ave<br>New York, NY 10016 | 212-687-2329 | rbernard@foley.com | Email |
| NOA - Counsel for Boys Scouts of America San Diego | Foley & Lardner LLP | Attn: Victor Vilaplana<br>3579 Valley Centre Dr, Ste 300<br>San Diego, CA 92130 | 858-792-6773 | vavilaplana@foley.com | Email |
| NOA - Counsel for National Union Fire Insurance Co of PA, AIG | Foran Glennon Planadech Ponzi & Rudloff, P.C. | Attn: Susan N K Gummow<br>Attn: Igor Shleypak<br>222 N LaSalle St, Ste 1400<br>Chicago, IL 60614 | 312-863-5000 | sgummow@fgppr.com<br>ishleypak@fgppr.com | Email |
| NOA - Counsel for Old Republic Insurance Company | Fox Swibel Levin & Carroll LLP | Attn: Margaret M. Anderson<br>200 W Madison St, Ste 3000<br>Chicago, IL 60606 | 312-224-1201 | panderson@foxswibel.com | Email |
| Top 30 Unsecured Creditor | Gary Butler | Address Redacted | | Email Address Redacted | Email |
| Plaintiff Counsel | Green & Gillispie | Attn: Joshua Gillispie<br>1 Riverfront Pl, Ste 605<br>North Little Rock, AR 72114 | 501-244-2020 | josh@greenandgillispie.com | Email |
| Plaintiff Counsel | Gregg, Hunt, Ahern & Embry | Attorneys At Law<br>Attn: Jonathan Barnes<br>One Cranberry Hill, 304<br>Lexington, MA 02421 | 617-494-1921 | jbarnes@chelaw.com | Email |
| Top 30 Unsecured Creditor | Hugh Travis | Address Redacted | | Email Address Redacted | Email |
| Plaintiff Counsel | Hurley Mckenna & Mertz PC | Attn: Christopher Hurley<br>33 N Dearborn St, Ste 1430<br>Chicago, IL 60602 | 312-553-0964 | churley@hurley-law.com | Email |
| Core Parties | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | 855-235-6787 | | Fax |
| *NOA - Counsel to Certain Claimants | Jacobs & Crumplar, P.A. | Attn: Reann Warner<br>Attn: Thomas C. Crumplar<br>750 Shipyard Dr., Suite 200<br>Wilmington, DE 19801 | 302-656-5875 | raeann@jcdelaw.com<br>tom@jcdelaw.com | Email |
| NOA - Counsel to Claimant J.M. as party in interest | Janet, Janet & Scuggs, LLC | Attn: Gerald D Jowers, Jr<br>500 Taylor St, Ste 301<br>Columbia, SC 29201 | 803-727-1059 | GJowers@JJSJustice.com | Email |

**Exhibit A**
Core/2002 Service List
Served as set forth below

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Top 30 Unsecured Creditor | American Engineers & Contractors | Attn: Shiv Shahi, Owner<br>224 Datura St, Ste 1012<br>West Palm Beach, FL 33401 | | shiv@aecbuild.Com | Email |
| NOA - Counsel for Weaver Fundraising, LLC d/b/a Trail's End Popcorn Company | Jay Jaffe | 600 E. 96th St, Ste 600<br>Indianapolis, IN 46240 | | jay.jaffe@faegredrinker.com | Email |
| Plaintiff Counsel | Jeff Anderson & Assoc, PA | Attn: Jeffrey Anderson<br>505 Thornall St, Ste 405<br>Edison, NJ 08837 | | jeff@andersonadvocates.com | Email |
| Top 30 Unsecured Creditor | Jeffrey Hunt | Address Redacted | | Email Address Redacted | Email |
| Top 30 Unsecured Creditor | John Green | Address Redacted | | Email Address Redacted | Email |
| NOA - Counsel for Chief Seattle Council, Boy Scouts of America | Karr Tuttle Campbell, PS | Attn: Bruce W. Leaverton<br>701 5th Ave, Ste 3300<br>Seattle, WA 98104 | 206-682-7100 | bleaverton@karrtuttle.com | Email |
| Top 30 Unsecured Creditor | Kathy Sue Stone | Address Redacted | | Email Address Redacted | Email |
| Top 30 Unsecured Creditor | Kenneth L Connelly | Address Redacted | | Email Address Redacted | Email |
| Plaintiff Counsel | Kosnoff Law | Attn: Timothy Kosnoff, Esq.<br>1321 Upland Dr PMB 4685<br>Houston, TX 77043 | 206-837-9690 | tim@kosnoff.com | Email |
| NOA - Counsel to the Official Committee of Unsecured Creditors | Kramer Levin Naftalis & Frankel LLP | Attn: Thomas Moers Mayer<br>Attn: Rachel Ringer<br>Attn: David E. Blabey Jr.<br>Attn: Jennifer R. Sharret<br>Attn: Megan M. Wasson<br>177 Ave of the Americas<br>New York, NY 10036 | 212-715-8000 | tmayer@kramerlevin.com<br>rringer@kramerlevin.com<br>dblabey@kramerlevin.com<br>jsharret@kramerlevin.com<br>mwasson@kramerlevin.com | Email |
| NOA - Counsel for The Church of Jesus Christ of Latter-day Saints | Latham & Watkins LLP | Attn: Adam J Goldberg<br>885 3rd Ave<br>New York, NY 10022-4834 | 212-751-4864 | adam.goldberg@lw.com | Email |
| NOA - Counsel for The Church of Jesus Christ of Latter-day Saints | Latham & Watkins LLP | Attn: Jeffrey E Bjork<br>Attn: Kimberly A Posin<br>Attn: Nicholas J Messana<br>355 S Grand Ave, Ste 100<br>Los Angeles, CA 90071-1560 | 213-891-8763 | jeff.bjork@lw.com<br>kim.posin@lw.com<br>nicholas.messana@lw.com | Email |
| Top 30 Unsecured Creditor | Law Offices of Jeffrey E. Martin LLC | On behalf of Doe Claimant 2001<br>2340 S. Arlington Hts Rd, Ste 520<br>Arlington Hts, IL 60005 | | jem@martinlawchicago.com | Email |
| Plaintiff Counsel | Law Offices Of Mitchell Garabedian | Attn: Mitchell Garabedian<br>100 State St, 6th Fl<br>Boston, MA 02109 | 617-523-3687 | mgarabedian@garabedianlaw.com | Email |
| Plaintiff Counsel | Lindsay Hart, LLP | Attn: James L Dumas<br>1300 SW 5th Ave, Ste 3400<br>Portland, OR 97201 | | jdumas@lindsayhart.com | Email |
| NOA - Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller<br>2777 N. Stemmons Fwy, Ste 1000<br>Dallas, TX 75207 | 469-221-5003 | dallas.bankruptcy@publicans.com | Email |
| NOA - Counsel for Houston Liens, Harris County, Cleveland ISD, Montgomery County, Orange County, and Montgomery County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman<br>P.O. Box 3064<br>Houston, TX 77253-3064 | 713-844-3503 | houston_bankruptcy@publicans.com | Email |

**Exhibit A**
**Core/2002 Service List**
**Served as set forth below**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Top 30 Unsecured Creditor | American Engineers & Contractors | Attn: Shiv Shahi, Owner<br>224 Datura St, Ste 1012<br>West Palm Beach, FL 33401 | | shiv@aecbuild.Com | Email |
| Top 30 Unsecured Creditor | Lion Brothers Co Inc | Attn: Susan Ganz, CEO<br>10246 Reisterstown Rd<br>Owings Mills, MD 21117 | | sganz@lionbrothers.Com | Email |
| Plaintiff Counsel | Lujan & Wolff, LLP | Attn: David Lujan<br>238 Archbishop Flores St, Ste 300<br>DNA Bldg<br>Hagatna, GU 96910 | 671-477-5297 | | Fax |
| Plaintiff Counsel | Marsh Law Firm | Attn: James Marsh<br>151 E Post Rd, Ste 102<br>White Plains, NY 10601 | | jamesmarch@marsh.law | Email |
| NOA - The County of Anderson, Texas, The County of Denton, Texas, Harrison Central Appraisal District, The County of Harrison, Texas, The County of Henderson, Texas, Midland Central Appraisal District, The County of Milam, Texas, Terry County Appraisal District and The County of Williamson, Texas | McCreary, Veselka, Bragg & Allen, PC | Attn: Tara LeDay<br>P.O. Box 1269<br>Round Rock, TX 78680 | 512-323-3205 | tleday@mvbalaw.com | Email |
| Plaintiff Counsel | Merson Law | Attn: Jordan Merson<br>150 E 58th St, 34th Fl<br>New York, NY 10155 | 347-441-4171 | jmerson@mersonlaw.com | Email |
| Top 30 Unsecured Creditor | Michael Surbaugh | Address Redacted | | Email Address Redacted | Email |
| NOA - Counsel for Sun Life Assurance Company of Canada | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Kate P Foley<br>1800 W Park Dr, Ste 400<br>Westborough, MA 01581 | 508-898-1502 | kfoley@mirickoconnell.com | Email |
| NOA - Counsel for Sun Life Assurance Company of Canada | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Paul W Carey<br>100 Front St<br>Worcester, MA 01608 | 508-791-8502 | pcarey@mirickoconnell.com | Email |
| NOA - Missouri Department of Revenue | Missouri Department of Revenue | Bankruptcy Unit<br>Attn: Steven A. Ginther<br>PO Box 475<br>Jefferson City, MO 65105-0475 | 573-751-7232 | deecf@dor.mo.gov | Email |
| NOA - Counsel for Waste Management | Monzack Mersky McLaughlin & Browder, PA | Attn: Brian McLaughlin<br>Attn: Rachel Mersky<br>1201 N Orange St, Ste 400<br>Wilmington, DE 19801 | 302-656-2769 | bmclaughlin@monlaw.com<br>rmersky@monlaw.com | Email |
| NOA - Counsel for Old Republic Insurance Company | Morris James LLP | Attn: Brett D. Fallon<br>Attn: Brya M. Keilson<br>500 Delaware Ave, Ste 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 | 302-571-1750 | bfallon@morrisjames.com<br>bkeilson@morrisjames.com | Email |

**Exhibit A**
Core/2002 Service List
Served as set forth below

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Top 30 Unsecured Creditor | American Engineers & Contractors | Attn: Shiv Shahi, Owner<br>224 Datura St, Ste 1012<br>West Palm Beach, FL 33401 | | shiv@aecbuild.Com | Email |
| NOA - Counsel for Pearson Education, Inc. and NCS Pearson, Inc. | Morris James LLP | Attn: Jeffrey R. Waxman<br>Attn: Eric J. Monso<br>500 Delaware Ave, Ste 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 | 302-571-1750 | jwaxman@morrisjames.com<br>emonzo@morrisjames.com | Email |
| NOA - Counsel for Jack Doe, Creditor and Defendant in Adversary Case | Nagel Rice LLP | Attn: Bradley L Rice<br>103 Eisenhower Pkwy<br>Roseland, NJ 07068 | 973-618-9194 | brice@nagelrice.com | Email |
| Top 30 Unsecured Creditor | NCS Pearson, Inc | Attn: Bjarne Tellmann, Gen Counsel & CLO<br>200 Old Tappen Rd<br>Old Tappan, NJ 07675 | | Bjarne.Tellmann@Pearson.Com | Email |
| NOA - Counsel for JPMorgan Chase Bank, National Association | Norton Rose Fulbright Us LLP | Attn: Louis R. Strubeck, Jr<br>Attn: Kristian W. Gluck<br>Attn: Ryan E. Manns<br>Attn: Shivani Shah<br>1301 Ave of the Americas<br>New York, NY 10019-6023 | 214-855-8200 | louis.strubeck@nortonrosefulbright.com<br>kristian.gluck@nortonrosefulbright.com<br>ryan.manns@nortonrosefulbright.com<br>shivani.shah@nortonrosefulbright.com | Email |
| NOA - Counsel for JPMorgan Chase Bank, National Association | Norton Rose Fulbright Us LLP | Attn: Louis R. Strubeck, Jr<br>2200 Ross Ave, Suite 3600<br>Dallas, TX 75201-7933 | | louis.strubeck@nortonrosefulbright.com | Email |
| Core Parties | Office of the United States Trustee | Attn: David L. Buchbinder<br>Attn: Hannah Mufson McCollum<br>844 King St, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | 302-573-6497 | david.l.buchbinder@usdoj.gov<br>hannah.mccollum@usdoj.gov | Email |
| NOA - Counsel to the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones | Attn: James I. Stang<br>10100 Santa Monica Blvd, 13th Fl<br>Los Angeles, CA 90067-4003 | 302-652-4400 | jstang@pszjlaw.com | Email |
| NOA - Counsel to the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones LLP | Attn: Robert Orgel<br>Attn: James O'Neill<br>Attn: John Lucas<br>Attn: Ilan Scharf<br>919 N Market St.,17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 | 302-652-4400 | jlucas@pszjlaw.com<br>ischarf@pszjlaw.com<br>jlucas@pszjlaw.com<br>ischarf@pszjlaw.com | Email |
| NOA - Counsel for Weaver Fundraising, LLC d/b/a Trail's End Popcorn Company | Patrick A. Johnson | 222 Delaware Ave, Ste 1410<br>Wilmington, DE 19801-1621 | | patrick.jackson@faegredrinker.com | Email |
| Plaintiff Counsel | Paul Mones | Attn: Paul Mones<br>13101 Washington Blvd<br>Los Angeles, CA 90066 | | pamones@comcast.net | Email |
| Plaintiff Counsel | Penn Law Group | Attn: Darren Penn<br>4200 Northside Pkwy, Nw<br>Building One, Ste 100<br>Atlanta, GA 30327 | | darren@pennlawgroup.com | Email |

**Exhibit A**
Core/2002 Service List
Served as set forth below

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Top 30 Unsecured Creditor | American Engineers & Contractors | Attn: Shiv Shahi, Owner<br>224 Datura St, Ste 1012<br>West Palm Beach, FL 33401 | | shiv@aecbuild.Com | Email |
| NOA - Counsel for the Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Patricia Kelly, CFO<br>Attn: Cassandra Burton, Attorney<br>1200 K St NW<br>Washington, DC 20005 | 202-326-4112 | kelly.patricia@pbgc.Gov<br>burton.cassandra@pbgc.gov<br>efile@pbgc.gov | Email |
| NOA - Counsel for the National Surety Corporation | Pepper Hamilton LLP | Attn: David M. Fournier<br>Attn: Marcy J. McLaughlin Smith<br>1313 Market St, Ste 5100<br>P.O. Box 1709<br>Wilmington, DE 19899-1709 | 302-421-8390 | fournierd@pepperlaw.com<br>mclaughm@pepperlaw.com | Email |
| Plaintiff Counsel | Pfau, Cochran, Vertetis, Amala PLLC | Attn: Michael Pfau<br>403 Columbia St, Ste 500<br>Seattle, WA 98104 | 206-623-3624 | michael@pcvalaw.com | Email |
| NOA - Counsel for Pearsons Education, Inc. and NSC Pearsons, Inc. | Phillips Lytle LLP | Attn: Angela Z Miller<br>One Canalside, 125 Main St<br>Buffalo, NY 14203, | 716-852-6100 | amiller@phillipslytle.com | Email |
| Top 30 Unsecured Creditor | Quad/Graphics, Inc | Attn: Joel Quadracci, Chairman, Pres & CEO<br>N61W23044 Harrys Way<br>Sussex, WI 53089-2827 | | Joel.Quadracci@Qg.Com | Email |
| Top 30 Unsecured Creditor | Raymond L Blackwell | Address Redacted | | Email Address Redacted | Email |
| Plaintiff Counsel | Rebenack, Aronow, Mascolo, LLP | Attn: Jay Silvio Mascolo<br>111 Livingston Ave<br>New Brunswick, NJ 08901 | 732-247-3630 | jmascolo@ram.law | Email |
| NOA - Counsel to the Committee of Unsecured Creditors*NOA - Counsel to the Official Committee of Unsecured Creditors | Reed Smith LLP | Attn: Kurt F. Gwynne<br>Attn: Katelin A. Morales<br>120 N Market St, Ste 1500<br>Wilmington, DE 19801 | 302-778-7575 | kgwynne@reedsmith.com<br>kmorales@reedsmith.com | Email |
| Top 30 Unsecured Creditor | Richard Lehr | Address Redacted | | Email Address Redacted | Email |
| NOA - Counsel for The Church of Jesus Christ of Latter-day Saints | Richards, Layton & Finger, PA | Attn: Michael Merchant<br>Attn: Brett Haywood<br>One Rodney Square<br>920 N King St<br>Wilmington, DE 19801 | 302-651-7701 | merchant@rlf.com<br>haywood@rlf.com | Email |
| Top 30 Unsecured Creditor | Robert J Mazzuca | Address Redacted | | Email Address Redacted | Email |
| Top 30 Unsecured Creditor | Robert Tuggle | Address Redacted | | Email Address Redacted | Email |
| Plaintiff Counsel | Robins Kaplan LLP | Attn: Patrick Stoneking<br>399 Park Ave, Ste 3600<br>New York, NY 10022 | 212-980-7499 | pstoneking@robinskaplan.com | Email |
| Top 30 Unsecured Creditor | Roger A Ohmstede | Address Redacted | | Email Address Redacted | Email |
| NOA - Sequoia Council of Boy Scouts, Inc. | Sequoia Council of Boy Scouts, Inc. | Attn: Michael Marchese<br>6005 N. Tamera Avenue<br>Fresno, CA 93711 | | michael.marchese@scouting.org | Email |
| NOA - Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company | Shipman & Goodwin LLP | Attn: Abigail W. Williams<br>Attn: Joshua D. Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251 | 202-469-7751 | awilliams@goodwin.com<br>jweinberg@goodwin.com | Email |

**Exhibit A**
Core/2002 Service List
Served as set forth below

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Top 30 Unsecured Creditor | American Engineers & Contractors | Attn: Shiv Shahi, Owner<br>224 Datura St, Ste 1012<br>West Palm Beach, FL 33401 | | shiv@aecbuild.Com | Email |
| NOA - Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company | Shipman & Goodwin LLP | Attn: Eric S. Goldstein<br>One Constitution Plaza<br>Hartford, CT 06103-1919 | 860-251-5218 | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com | Email |
| NOA - Counsel to R.L. and C.L., Plaintiffs in State Court action pending in the Superior Court of New Jersey, Essex County | Stark & Stark, PC | Attn: Joseph H Lemkin<br>P.O. Box 5315<br>Princeton, NJ 08543 | 609-896-0629 | jlemkin@stark-stark.com | Email |
| NOA - Authorized Agent for Synchrony Bank | Synchrony Bank | c/o PRA Receivables Management, LLC<br>Attn: Valerie Smith<br>P.O. Box 41021<br>Norfolk, VA 23541 | 757-351-3257 | claims@recoverycorp.com | Email |
| *NOA - Counsel to Certain Claimants | The Neuberger Firm | Attn: Thomas S. Neuberger<br>Attn: Stephen J. Neuberger<br>17 Harlech Dr.<br>Wilmington, DE 19807 | 302-655-0582 | tsn@neubergerlaw.com<br>sjn@neubergerlaw.com | Email |
| Top 30 Unsecured Creditor | Thomas H Fitzgibbon | Address Redacted | | Email Address Redacted | Email |
| Top 30 Unsecured Creditor | Thomas Harrington | Address Redacted | | Email Address Redacted | Email |
| *NOA - Counsel to Certain Claimants | Thomas Law Office, PLLC | Attn: Tad Thomas<br>Attn: Louis C. Schneider<br>9418 Norton Commons Blvd, Ste 200<br>Louisville, KY 40059 | 877-955-7002 | tad@thomaslawoffices.com<br>lou.schneider@thomaslawoffices.com | Email |
| Top 30 Unsecured Creditor | Thomas Varnell | Address Redacted | | Email Address Redacted | Email |
| NOA - Counsel for Jane Doe, Party in Interest | Tremont Sheldon Robinson Mahoney PC | Attn: Cindy Robinson<br>Attn: Doug Mahoney<br>64 Lyon Ter<br>Bridgeport, CT 06604 | 203-366-8503 | crobinson@tremontsheldon.com<br>dmahoney@tremontsheldon.com | Email |
| NOA - Counsel for the National Surety Corporation | Troutman Sanders LLP | Attn: Harris B. Winsberg<br>Attn: Matthew G. Roberts<br>600 Peachtree St NE, Ste 3000<br>Atlanta, GA 30308 | 404-885-3900 | harris.winsberg@troutman.com<br>matthew.roberts2@troutman.com | Email |
| Core Parties | US Attorney For Delaware | Attn: David C Weiss<br>1007 Orange St, Ste 700<br>P.O. Box 2046<br>Wilmington, DE 19899-2046 | 302-573-6220 | usade.ecfbankruptcy@usdoj.gov | Email |
| Counsel to Ad Hoc Committee of Local Councils of the Boy Scouts of America | Wachtell, Lipton, Rosen & Katz | Attn: Richard Mason<br>Attn: Douglas Mayer<br>Attn: Joseph C. Celentino<br>51 W 52nd St<br>New York, NY 10019 | 212-403-2252 | rgmason@wlrk..com<br>dkmayer@wlrk.com<br>jcccelentino@wlrk.com | Email |
| NOA - Sequoia Council of Boy Scouts, Inc. | Wanger Jones Helsley, PC | Attn: Riley C. Walter<br>265 E. River Park Circle, Suite 310<br>Fresno, CA 93720 | | rwalter@wjhattorneys.com | Email |

**Exhibit A**
**Core/2002 Service List**
**Served as set forth below**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Top 30 Unsecured Creditor | American Engineers & Contractors | Attn: Shiv Shahi, Owner<br>224 Datura St, Ste 1012<br>West Palm Beach, FL 33401 | | shiv@aecbuild.Com | Email |
| NOA - Counsel for East Carolina Council BSA, Inc. | Ward and Smith, P.A. | Attn: Paul A Fanning<br>P.O. Box 8088<br>Greenville, NC 27835-8088 | 252-215-4077 | paf@wardandsmith.com | Email |
| NOA - Counsel for the Columbia Casualty Company and The Continental Insurance Company | Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Craig Goldblatt<br>1875 Pennsylvania Ave NW<br>Washington, DC 20006 | 202-663-6363 | craig.goldblatt@wilmerhale.com | Email |
| NOA - Counsel for JPMorgan Chase Bank, National Association | Womble Bond Dickinson (US) LLP | Attn: Matthew Ward<br>Attn: Morgan Patterson<br>1313 N Market St, Ste 1200<br>Wilmington, DE 19801 | 302-252-4330 | matthew.ward@wbd-us.com<br>morgan.patterson@wbd-us.com | Email |
| Core Parties | Young Conaway Stargatt & Taylor | Attn: James L. Patton, Jr<br>Attn: Robert Brady<br>Attn: Edwin Harron<br>Rodney Square<br>1000 N King St<br>Wilmington, DE 19801 | 302-576-3325 | jpatton@ycst.com<br>rbrady@ycst.com<br>eharron@ycst.com | Email |