**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC.[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Jorge Rodriguez, depose and say that I am employed by Omni Agent Solutions (**"Omni"**), the proposed claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 23, 2020 at my direction and under my supervision, employees of Omni caused true and correct copies of the following document to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**,

- Certification of Counsel Regarding National Surety Corporation's Motion (I) for Relief from the Automatic Stay or, in the Alternative, (II) to Extend the Stay [Docket No. 230]

- Agreed Order granting in Part National Surety Corporation's Motion (I) for Relief from the Automatic Stay or, In the Alternative, (II) to Extend the Stay [Docket No. 236]

- Final Order (I) Approving the Debtors' Proposes Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving Procedures for Resolving Additional Adequate Assurance Requests, and (IV) Granting Related Relief [Docket No. 273]

- Final Order (I) Authorizing the Debtors to File (A) a Consolidated list of Counsel Representing the Largest Numbers of Abuse Victims and (B) a Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentially Procedures, and (III) Granting Related Relief [Docket No. 274]

- Final Order (I) Authorizing Debtors to Pay Certain Prepetition Claims of Essential Vendors, Foreign Vendors, Shippers Warehousemen, 503(b)(9) Vendors, and (II) Granting Related Relief [Docket No. 275]

- Omnibus Order Amending Certain Interim Orders for First Day Motions [Docket No. 276]

- Final Order (I) Authorizing Debtors to (A) Maintain and Administer Prepetition Customer, Scout, and Donor Programs and Practices and (B) Pay and Honor Related Prepetition Obligations, and (II) Granting Related Relief [Docket No. 279]

///

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

On March 23, 2020 at my direction and under my supervision, employees of Omni caused true and correct copies of the following document to be served by the method set forth on the Utilities Service List attached hereto as **Exhibit B**,

- Final Order (I) Approving the Debtors' Proposes Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving Procedures for Resolving Additional Adequate Assurance Requests, and (IV) Granting Related Relief [Docket No. 273]

On March 23, 2020 at my direction and under my supervision, employees of Omni caused true and correct copies of the following document to be served by the method set forth on the Banks Service List attached hereto as **Exhibit C**.

- Omnibus Order Amending Certain Interim Orders for First Day Motions [Docket No. 276]

Dated: March 23, 2020

_____
Jorge Rodriguez
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
(818) 906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 23rd day of March, 2020, by Jorge Rodriguez proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

# **EXHIBIT A**

**Exhibit A**
**Core/2002 Service List**
**Served as set forth below**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Notice of Appearance/Request for Notices Counsel to Del-Mar-Va Council, Inc., Boy Scouts of America | Ashby & Geddes, P.A. | Attn: Bill Bowden<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899-1150 | 302-654-2067 | wbowden@ashbygeddes.com | Email |
| Notice of Appearance/Request for Notices Sequoia Council of Boy Scouts, Inc. | Baker Manock & Jensen, PC | Attn: Jan T. Perkins<br>5260 North Palm Avenue, Suite 421<br>Fresno, CA 93704 | | jperkins@bakermanock.com | Email |
| Notice of Appearance/Request for Notices Counsel to Various Tort Claimants | Bielli & Klauder, LLC | Attn: David M. Klauder<br>1204 N. King Street<br>Wilmington, DE 19801 | 302-397-2557 | dklauder@bk-legal.com | Email |
| Notice of Appearance/Request for Notices Counsel for the National Surety Corporation | Bradley Riley Jacobs PC | Attn: Todd C. Jacobs<br>320 W Ohio St, Ste 3W<br>Chicago, IL 60654 | | tjacobs@bradleyriley.com | Email |
| Notice of Appearance/Request for Notices - Counsel for Jane Doe, Party in Interest | Chipman, Brown, Cicero & Cole, LLP | Attn: Mark Desgrosseilliers<br>1313 N Market St, Ste 5400<br>Wilmington, DE 19801 | 302-295-0199 | degross@chipmanbrown.com | Email |
| Notice of Appearance/Request for Notices - Authorized Agent for the Commonwealth of Pennsylvania, Dept of Labor and Industry, Office of Unemployment Compensation Tax Services (UCTS) | Commonwealth of Pennsylvania | Dept of Labor & Industry<br>Attn: Deb Secrest/Collections Support Unit<br>651 Boas St, Rm 925<br>Harrisburg, PA 17121 | 717-787-7671 | ra-li-ucts-bankrupt@state.pa.us | Email |
| Notice of Appearance/Request for Notices Counsel for IRC Burnsville Crossing, LLC | Connolly Gallagher, LLP | Attn: Karen C. Bifferato<br>Attn: Kelly M. Conlan<br>1201 N Market St, 20th Fl<br>Wilmington, DE 19801 | | kbifferato@connollygallagher.com<br>kconlan@connollygallagher.com | Email |
| Notice of Appearance/Request for Notices Counsel for Girl Scouts of the United States of America | Dorsey & Whitney LLP | Attn: Bruce R. Ewing<br>Attn: Eric Lopez Schnabel<br>51 W 52nd St<br>New York, NY 10019 | | ewing.bruce@dorsey.com<br>schnabel.eric@dorsey.com | Email |
| Notice of Appearance/Request for Notices Counsel for Girl Scouts of the United States of America | Dorsey & Whitney LLP | Attn: Eric Lopez Schnabel<br>Attn: Alessandra Glorioso<br>300 Delaware Ave, Ste 1010<br>Wilmington, DE 19801 | | schnabel.eric@dorsey.com<br>glorioso.alessandra@dorsey.com | Email |
| Notice of Appearance/Request for Notices Counsel for The Roman Catholic Diocese of Brooklyn, New York | Faegre Drinker Biddle & Reath LLP | Attn: Michael P. Pompeo<br>1177 Avenue of the Americas, 41st Floor<br>New York, NY 10036-2714 | 317-569-4800 | michael.pompeo@faegredrinker.com | Email |
| Notice of Appearance/Request for Notices Counsel for The Roman Catholic Diocese of Brooklyn, New York | Faegre Drinker Biddle & Reath LLP | Attn: Patrick A. Johnson<br>Attn: Kaitlin W. MacKenzie<br>222 Delaware Ave, Ste 1410<br>Wilmington, DE 19801-1621 | 302-467-4201 | patrick.jackson@faegredrinker.com<br>kaitlin.mackenzie@faegredrinker.com | Email |
| Notice of Appearance/Request for Notices Counsel for Weaver Fundraising, LLC d/b/a Trail's End Popcorn Company | Faegre Drinker Biddle & Reath LLP | Attn: Jay Jaffe<br>600 E. 96th St, Ste 600<br>Indianapolis, IN 46240 | 317-569-4800 | jay.jaffe@faegredrinker.com | Email |
| Notice of Appearance/Request for Notices Counsel for Weaver Fundraising, LLC d/b/a Trail's End Popcorn Company | Faegre Drinker Biddle & Reath LLP | Attn: Patrick A. Johnson<br>222 Delaware Ave, Ste 1410<br>Wilmington, DE 19801-1621 | 302-467-4201 | patrick.jackson@faegredrinker.com | Email |
| Notice of Appearance/Request for Notices Counsel for National Union Fire Insurance Co of PA, AIG | Fineman Krekstein & Harris, PC | Attn: Dierdre M. Richards<br>1300 N King St<br>Wilmington, DE 19801 | 302-394-9228 | drichards@finemanlawfirm.com | Email |
| Notice of Appearance/Request for Notices Counsel for Boys Scouts of America San Diego | Foley & Lardner LLP | Attn: Richard J. Bernard<br>90 Park Ave<br>New York, NY 10016 | 212-687-2329 | rbernard@foley.com | Email |
| Notice of Appearance/Request for Notices Counsel for Boys Scouts of America San Diego | Foley & Lardner LLP | Attn: Victor Vilaplana<br>3579 Valley Centre Dr, Ste 300<br>San Diego, CA 92130 | 858-792-6773 | vavilaplana@foley.com | Email |
| Notice of Appearance/Request for Notices Counsel for National Union Fire Insurance Co of PA, AIG | Foran Glennon Planadech Ponzi & Rudloff, P.C. | Attn: Susan N K Gummow<br>Attn: Igor Shleypak<br>222 N LaSalle St, Ste 1400<br>Chicago, IL 60614 | 312-863-5000 | sgummow@fgppr.com<br>ishleypak@fgppr.com | Email |
| Notice of Appearance/Request for Notices Counsel for Old Republic Insurance Company | Fox Swibel Levin & Carroll LLP | Attn: Margaret M. Anderson<br>200 W Madison St, Ste 3000<br>Chicago, IL 60606 | 312-224-1201 | panderson@foxswibel.com | Email |
| Core Parties | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | 855-235-6787 | | First Class Mail |
| Notice of Appearance/Request for Notices Counsel to Certain Claimants | Jacobs & Crumplar, P.A. | Attn: Reann Warner<br>Attn: Thomas C. Crumplar<br>750 Shipyard Dr., Suite 200<br>Wilmington, DE 19801 | 302-656-5875 | raeann@jcdelaw.com<br>tom@jcdelaw.com | Email |
| Notice of Appearance/Request for Notices Counsel to Claimant J.M. as party in interest | Janet, Janet & Scuggs, LLC | Attn: Gerald D. Jowers, Jr<br>500 Taylor St, Ste 301<br>Columbia, SC 29201 | 803-727-1059 | gjowers@JJSJustice.com | Email |
| Bank Debt | JPMorgan Chase Bank, NA | Attn: Phil Martin<br>10 S Dearborn St<br>Mail Code Il1-1415<br>Chicago, Il 60603 | | | First Class Mail |
| Notice of Appearance/Request for Notices Counsel for Chief Seattle Council, Boy Scouts of America | Karr Tuttle Campbell, PS | Attn: Bruce W. Leaverton<br>701 5th Ave, Ste 3300<br>Seattle, WA 98104 | 206-682-7100 | bleaverton@karrtuttle.com | Email |
| Notice of Appearance/Request for Notices Counsel to the Official Committee of Unsecured Creditors | Kramer Levin Naftalis & Frankel LLP | Attn: Thomas Moers Mayer<br>Attn: Rachel Ringer<br>Attn: David E. Blabey Jr.<br>Attn: Jennifer R. Sharret<br>Attn: Megan M. Wasson<br>177 Ave of the Americas<br>New York, NY 10036 | 212-715-8000 | tmayer@kramerlevin.com<br>rringer@kramerlevin.com<br>dblabey@kramerlevin.com<br>jsharret@kramerlevin.com<br>mwasson@kramerlevin.com | Email |
| Notice of Appearance/Request for Notices Counsel for The Church of Jesus Christ of Latter-day Saints | Latham & Watkins LLP | Attn: Adam J. Goldberg<br>885 3rd Ave<br>New York, NY 10022-4834 | 212-751-4864 | adam.goldberg@lw.com | Email |

**Exhibit A**
**Core/2002 Service List**
**Served as set forth below**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Notice of Appearance/Request for Notices Counsel to Del-Mar-Va Council, Inc., Boy Scouts of America | Ashby & Geddes, P.A. | Attn: Bill Bowden<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899-1150 | 302-654-2067 | wbowden@ashbygeddes.com | Email |
| Notice of Appearance/Request for Notices Counsel for The Church of Jesus Christ of Latter-day Saints | Latham & Watkins LLP | Attn: Jeffrey E Bjork<br>Attn: Kimberly A Posin<br>Attn: Nicholas J Messana<br>355 S Grand Ave, Ste 100<br>Los Angeles, CA 90071-1560 | 213-891-8763 | jeff.bjork@lw.com<br>kim.posin@lw.com<br>nicholas.messana@lw.com | Email |
| Notice of Appearance/Request for Notices Counsel for Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller<br>2777 N. Stemmons Fwy, Ste 1000<br>Dallas, TX 75207 | 469-221-5003 | dallas.bankruptcy@publicans.com | Email |
| Notice of Appearance/Request for Notices Counsel for Houston Liens, Harris County, Cleveland ISD, Montgomery County, Orange County, and Montgomery County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman<br>P.O. Box 3064<br>Houston, TX 77253-3064 | 713-844-3503 | houston_bankruptcy@publicans.com | Email |
| Notice of Appearance/Request for Notices Counsel for The County of Anderson, Texas, The County of Denton, Texas, Harrison Central Appraisal District, The County of Harrison, Texas, The County of Henderson, Texas, Midland Central Appraisal District, The County of Milam, Texas, Terry County Appraisal District and The County of Williamson, Texas | McCreary, Veselka, Bragg & Allen, PC | Attn: Tara LeDay<br>P.O. Box 1269<br>Round Rock, TX 78680 | 512-323-3205 | tleday@mvbalaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for Sun Life Assurance Company of Canada | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Kate P Foley<br>1800 W Park Dr, Ste 400<br>Westborough, MA 01581 | 508-898-1502 | kfoley@mirickoconnell.com | Email |
| Notice of Appearance/Request for Notices Counsel for Sun Life Assurance Company of Canada | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Paul W Carey<br>100 Front St<br>Worcester, MA 01608 | 508-791-8502 | pcarey@mirickoconnell.com | Email |
| Notice of Appearance/Request for Notices Counsel for Missouri Department of Revenue | Missouri Department of Revenue | Bankruptcy Unit<br>Attn: Steven A. Ginther<br>PO Box 475<br>Jefferson City, MO 65105-0475 | 573-751-7232 | deecf@dor.mo.gov | Email |
| Notice of Appearance/Request for Notices Counsel for Waste Management | Monzack Mersky McLaughlin & Browder, PA | Attn: Brian McLaughlin<br>Attn: Rachel Mersky<br>1201 N Orange St, Ste 400<br>Wilmington, DE 19801 | 302-656-2769 | bmclaughlin@monlaw.com<br>rmersky@monlaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for Old Republic Insurance Company | Morris James LLP | Attn: Brett D. Fallon<br>Attn: Brya M. Keilson<br>500 Delaware Ave, Ste 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 | 302-571-1750 | bfallon@morrisjames.com<br>bkeilson@morrisjames.com | Email |
| Notice of Appearance/Request for Notices - Counsel for Pearson Education, Inc. and NCS Pearson, Inc. | Morris James LLP | Attn: Jeffrey R. Waxman<br>Attn: Eric J. Monso<br>500 Delaware Ave, Ste 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 | 302-571-1750 | jwaxman@morrisjames.com<br>emonzo@morrisjames.com | Email |
| Notice of Appearance/Request for Notices Counsel for Jack Doe, Creditor and Defendant in Adversary Case | Nagel Rice LLP | Attn: Bradley L Rice<br>103 Eisenhower Pkwy<br>Roseland, NJ 07068 | 973-618-9194 | brice@nagelrice.com | Email |
| Notice of Appearance/Request for Notices Counsel for JPMorgan Chase Bank, National Association | Norton Rose Fulbright Us LLP | Attn: Louis R. Strubeck, Jr.<br>1301 Ave of the Americas<br>New York, NY 10019-6022 |  | louis.strubeck@nortonrosefulbright.com | Email |
| Notice of Appearance/Request for Notices Counsel for JPMorgan Chase Bank, National Association | Norton Rose Fulbright Us LLP | Attn: Louis R. Strubeck, Jr<br>Attn: Kristian W. Gluck<br>Attn: Ryan E. Manns<br>Attn: Shivani Shah<br>2200 Ross Avenue, Suite 3600<br>Dallas, TX 75201-7933 | 214-855-8200 | louis.strubeck@nortonrosefulbright.com<br>kristian.gluck@nortonrosefulbright.com<br>ryan.manns@nortonrosefulbright.com<br>shivani.shah@nortonrosefulbright.com | Email |
| Core Parties<br>Office of the United States Trustee | Office of the United States Trustee | Attn: David L. Buchbinder<br>Attn: Hannah Mufson McCollum<br>844 King St, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | 302-573-6497 | david.l.buchbinder@usdoj.gov<br>hannah.mccollum@usdoj.gov | Email and First Class Mail |
| Notice of Appearance/Request for Notices Counsel to the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones LLP | Attn: James I. Stang<br>10100 Santa Monica Blvd, 13th Fl<br>Los Angeles, CA 90067-4003 | 302-652-4400 | jstang@pszjlaw.com | Email |
| Notice of Appearance/Request for Notices Counsel to the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones LLP | Attn: Robert Orgel<br>Attn: James O'Neill<br>Attn: John Lucas<br>Attn: Ilan Scharf<br>919 N Market St.,17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 | 302-652-4400 | jlucas@pszjlaw.com<br>ischarf@pszjlaw.com<br>jlucas@pszjlaw.com<br>ischarf@pszjlaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for the Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Patricia Kelly, CFO<br>Attn: Cassandra Burton, Attorney<br>1200 K St NW<br>Washington, DC 20005 | 202-326-4112 | kelly.patricia@pbgc.Gov<br>burton.cassandra@pbgc.gov<br>efile@pbgc.gov | Email |
| Notice of Appearance/Request for Notices Counsel for the National Surety Corporation | Pepper Hamilton LLP | Attn: David M. Fournier<br>Attn: Marcy J. McLaughlin Smith<br>1313 Market St, Ste 5100<br>P.O. Box 1709<br>Wilmington, DE 19899-1709 | 302-421-8390 | fournierd@pepperlaw.com<br>mclaughm@pepperlaw.com | Email |
| Notice of Appearance/Request for Notices Counsel to Various Tort Claimants | Pfau Cochran Vertetis Amala PLLC | Attn: Michael T. Pfau<br>Attn: Jason P. Amala<br>Attn: Vincent T. Nappo<br>403 Columbia Street, Suite 500<br>Seattle, WA 98104 | 206-623-3624 | michael@pcvalaw.com<br>jason@pcvalaw.com<br>vnappo@pcvalaw.com | Email |

**Exhibit A**
Core/2002 Service List
Served as set forth below

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Notice of Appearance/Request for Notices Counsel to Del-Mar-Va Council, Inc., Boy Scouts of America | Ashby & Geddes, P.A. | Attn: Bill Bowden<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899-1150 | 302-654-2067 | wbowden@ashbygeddes.com | Email |
| Notice of Appearance/Request for Notices Counsel for Pearsons Education, Inc. and NSC Pearsons, Inc. | Phillips Lytle LLP | Attn: Angela Z Miller<br>One Canalside, 125 Main St<br>Buffalo, NY 14203, | 716-852-6100 | amiller@phillipslytle.com | Email |
| Notice of Appearance/Request for Notices Counsel to the Official Committee of Unsecured Creditors | Reed Smith LLP | Attn: Kurt F. Gwynne<br>Attn: Katelin A. Morales<br>120 N Market St, Ste 1500<br>Wilmington, DE 19801 | 302-778-7575 | kgwynne@reedsmith.com<br>kmorales@reedsmith.com | Email |
| Notice of Appearance/Request for Notices Counsel for The Church of Jesus Christ of Latter-day Saints | Richards, Layton & Finger, PA | Attn: Michael Merchant<br>Attn: Brett Haywood<br>One Rodney Square<br>920 N King St<br>Wilmington, DE 19801 | 302-651-7701 | merchant@rlf.com<br>haywood@rlf.com | Email |
| Notice of Appearance/Request for Notices Sequoia Council of Boy Scouts, Inc. | Sequoia Council of Boy Scouts, Inc. | Attn: Michael Marchese<br>6005 N. Tamera Avenue<br>Fresno, CA 93711 | | michael.marchese@scouting.org | Email |
| Notice of Appearance/Request for Notices Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company | Shipman & Goodwin LLP | Attn: Abigail W. Williams<br>Attn: Joshua D. Weinberg<br>1875 K St NW, Ste 600<br>Washington, DC 20006-1251 | 202-469-7751 | awilliams@goodwin.com<br>jweinberg@goodwin.com | Email |
| Notice of Appearance/Request for Notices Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company | Shipman & Goodwin LLP | Attn: Eric S. Goldstein<br>One Constitution Plaza<br>Hartford, CT 06103-1919 | 860-251-5218 | egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com | Email |
| Notice of Appearance/Request for Notices Counsel to R.L. and C.L., Plaintiffs in State Court action pending in the Superior Court of New Jersey, Essex County | Stark & Stark, PC | Attn: Joseph H Lemkin<br>P.O. Box 5315<br>Princeton, NJ 08543 | 609-896-0629 | jlemkin@stark-stark.com | Email |
| Notice of Appearance/Request for Notices Authorized Agent for Synchrony Bank | Synchrony Bank | c/o PRA Receivables Management, LLC<br>Attn: Valerie Smith<br>P.O. Box 41021<br>Norfolk, VA 23541 | 757-351-3257 | claims@recoverycorp.com | Email |
| Bonds | The County Commission Of Fayette County | Attn: President<br>P.O. Box 307<br>Fayetteville, WV 25840 | | | First Class Mail |
| Bonds | The County Commission Of Fayette County | c/o Steptoe & Johnson Pllc<br>Attn: John Stump, Esq.<br>Chase Tower - Eighth Fl<br>707 Virginia St E.<br>Charleston, WV 25301 | | | First Class Mail |
| Notice of Appearance/Request for Notices Counsel to Certain Claimants | The Neuberger Firm | Attn: Thomas S. Neuberger<br>Attn: Stephen J. Neuberger<br>17 Harlech Dr.<br>Wilmington, DE 19807 | 302-655-0582 | tsn@neubergerlaw.com<br>sjn@neubergerlaw.com | Email |
| Notice of Appearance/Request for Notices Counsel to Certain Claimants | Thomas Law Office, PLLC | Attn: Tad Thomas<br>Attn: Louis C. Schneider<br>9418 Norton Commons Blvd, Ste 200<br>Louisville, KY 40059 | 877-955-7002 | tad@thomaslawoffices.com<br>lou.schneider@thomaslawoffices.com | Email |
| Notice of Appearance/Request for Notices Counsel for Jane Doe, Party in Interest | Tremont Sheldon Robinson Mahoney PC | Attn: Cindy Robinson<br>Attn: Doug Mahoney<br>64 Lyon Ter<br>Bridgeport, CT 06604 | 203-366-8503 | crobinson@tremontsheldon.com<br>dmahoney@tremontsheldon.com | Email |
| Notice of Appearance/Request for Notices Counsel for the National Surety Corporation | Troutman Sanders LLP | Attn: Harris B. Winsberg<br>Attn: Matthew G. Roberts<br>600 Peachtree St NE, Ste 3000<br>Atlanta, GA 30308 | 404-885-3900 | harris.winsberg@troutman.com<br>matthew.roberts2@troutman.com | Email |
| Core Parties | United States Dept Of Justice | 950 Pennsylvania Ave, Nw<br>Room 2242<br>Washington, DC 20530-0001 | | | First Class Mail |
| Core Parties | US Attorney For Delaware | Attn: David C Weiss<br>1007 Orange St, Ste 700<br>P.O. Box 2046<br>Wilmington, DE 19899-2046 | 302-573-6220 | usade.ecfbankruptcy@usdoj.gov | Email and First Class Mail |
| Core Parties<br>Counsel to Ad Hoc Committee of Local Councils of the Boy Scouts of America | Wachtell, Lipton, Rosen & Katz | Attn: Richard Mason<br>Attn: Douglas Mayer<br>Attn: Joseph C. Celentino<br>51 W 52nd St<br>New York, NY 10019 | 212-403-2252 | rgmason@wlrk..com<br>dkmayer@wlrk.com<br>jccelentino@wlrk.com | Email and First Class Mail |
| Notice of Appearance/Request for Notices Sequoia Council of Boy Scouts, Inc. | Wanger Jones Helsley, PC | Attn: Riley C. Walter<br>265 E. River Park Circle, Suite 310<br>Fresno, CA 93720 | | rwalter@wjhattorneys.com | Email |
| Notice of Appearance/Request for Notices Counsel for East Carolina Council BSA, Inc. | Ward and Smith, P.A. | Attn: Paul A Fanning<br>P.O. Box 8088<br>Greenville, NC 27835-8088 | 252-215-4077 | paf@wardandsmith.com | Email |
| Notice of Appearance/Request for Notices Counsel for the Columbia Casualty Company and The Continental Insurance Company | Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Craig Goldblatt<br>1875 Pennsylvania Ave NW<br>Washington, DC 20006 | 202-663-6363 | craig.goldblatt@wilmerhale.com | Email |
| Notice of Appearance/Request for Notices Counsel for JPMorgan Chase Bank, National Association | Womble Bond Dickinson (US) LLP | Attn: Matthew Ward<br>Attn: Morgan Patterson<br>1313 N Market St, Ste 1200<br>Wilmington, DE 19801 | 302-252-4330 | matthew.ward@wbd-us.com<br>morgan.patterson@wbd-us.com | Email |
| Core Parties | Young Conaway Stargatt & Taylor | Attn: James L. Patton, Jr<br>Attn: Robert Brady<br>Attn: Edwin Harron<br>Rodney Square<br>1000 N King St<br>Wilmington, DE 19801 | 302-576-3325 | jpatton@ycst.com<br>rbrady@ycst.com<br>eharron@ycst.com | Email and First Class Mail |

# **<u>EXHIBIT B</u>**

**Exhibit B**
**Utilities Service List**
**Served via First Class Mail**

| Name | | Address | | |
|---|---|---|---|---|
| Aaf Hauling Inc | President/Legal Department | 4694 El Llano Rd | Las Vegas, NM 87701 | |
| Aaf Hauling Inc | President/Legal Department | P.O. Box 415 | Guadalupita, NM 87722-0415 | |
| Advanced Disposal | President/Legal Department | Solid Waste Seast Inc | P.O. Box 743019 | Atlanta, GA 30374-3019 |
| Advanced Disposal | President/Legal Department | 88005 Overseas Hwy, Suite 10-189 | Islamorada, FL 33036 | |
| Allstream Business Us Inc | President/Legal Department | Dba-Allstream, Dba-Integra Telecom, Dba-Electric Lightw | P.O. Box 2966 | Milwaukee, WI 53201-2966 |
| Allstream Business Us Inc | President/Legal Department | 1201 Neast Lloyd Blvd, Suite 750 | Portland, OR 97232 | |
| Allstream Business Us Inc | President/Legal Department | 18110 SE 34th St, Bldg 1, Ste 100 | Vancouver, WA 98683 | |
| Amerigas | President/Legal Department | 413 Greenbrier Valley Mall Dr | Lewisburg, WV 24901 | |
| Amerigas | President/Legal Department | P.O. Box 105018 | Atlanta, GA 30348-5018 | |
| Amerigas | President/Legal Department | P.O. Box 371473 | Pittsburgh, PA 15250-7473 | |
| Appalachian Power | President/Legal Department | 1 Riverside Plaza | Colombus, OH 43215-2372 | |
| Appalachian Power | President/Legal Department | P.O. Box 371496 | Pittsburgh, PA 15250-7496 | |
| Aspen Waste Systems, Inc | Aws Service Center | P.O. Box 3050 | Des Moines, IA 50316 | |
| Aspen Waste Systems, Inc | President/Legal Department | 2951 Weeks Ave S.E. | Minneapolis, MN 55414 | |
| AT&T | President/Legal Department | 208 S Akard St | Dallas, TX 75202 | |
| AT&T | President/Legal Department | P.O. Box 13134 | Newark, NJ 07101-5634 | |
| AT&T | President/Legal Department | P.O. Box 13148 | Newark, NJ 07101-5648 | |
| AT&T | President/Legal Department | P.O. Box 5001 | Carol Stream, IL 60197-5001 | |
| AT&T | President/Legal Department | P.O. Box 5080 | Carol Stream, IL 60197-5080 | |
| AT&T | President/Legal Department | P.O. Box 5091 | Carol Stream, IL 60197-5091 | |
| AT&T | President/Legal Department | P.O. Box 70529 | Charlotte, NC 28272-0529 | |
| AT&T | President/Legal Department | P.O. Box 940012 | Dallas, TX 75394-0012 | |
| AT&T - Opus | President/Legal Department | P.O. Box 16649 | Atlanta, GA 30321-0649 | |
| AT&T (105251) | President/Legal Department | 208 S Akard St | Dallas, TX 75202 | |
| AT&T (105251) | President/Legal Department | P.O. Box 105251 | Atlanta, GA 30348-5251 | |
| AT&T (105262) | President/Legal Department | P.O. Box 105262 | Atlanta, GA 30348-5262 | |
| AT&T (105414) | President/Legal Department | P.O. Box 105414 | Atlanta, GA 30348-5414 | |
| AT&T (5019) | President/Legal Department | P.O. Box 5019 | Carol Stream, IL 60197-5019 | |
| AT&T (630047) | President/Legal Department | P.O. Box 630047 | Dallas, TX 75263-0047 | |
| AT&T (650516) | President/Legal Department | P.O. Box 650516 | Dallas, TX 75265-0516 | |
| AT&T (660921) | President/Legal Department | P.O. Box 660921 | Dallas, TX 75266-0921 | |
| AT&T (78045) | President/Legal Department | P.O. Box 78045 | Phoenix, AZ 85062-8045 | |
| AT&T (78225) | President/Legal Department | P.O. Box 78225 | Phoenix, AZ 85062-8225 | |
| AT&T (78522) | President/Legal Department | P.O. Box 78522 | Phoenix, AZ 85062-8522 | |
| AT&T (8100) | President/Legal Department | P.O. Box 8100 | Aurora, IL 60507-8100 | |
| AT&T (9001309) | President/Legal Department | P.O. Box 9001309 | Louisville, KY 40290-1309 | |
| AT&T (9001310) | President/Legal Department | P.O. Box 9001310 | Louisville, KY 40290-1310 | |
| AT&T (9005) | President/Legal Department | P.O. Box 9005 | Carol Stream, IL 60197-9005 | |
| AT&T (Sacramento) | President/Legal Department | Payment Center | Sacramento, CA 95887-0001 | |
| AT&T Long Distance (5017) | President/Legal Department | P.O. Box 5017 | Carol Stream, IL 60197-5017 | |
| AT&T Mobility | President/Legal Department | 208 S Akard St | Dallas, TX 75202 | |
| AT&T Mobility | President/Legal Department | P.O. Box 6463 | Carol Stream, IL 60197-6463 | |
| AT&T Mobility | President/Legal Department | P.O. Box 650553 | Dallas, TX 75265-0553 | |
| AT&T Wireless | President/Legal Department | 12525 Cingular Way 2nd Flr | Alpharetta, GA 30004 | |
| Cablevision Systems Corporation | President/Legal Department | dba Optimum | P.O. Box 742698 | Cincinnati, OH 45274-2698 |
| Cablevision Systems Corporation (Optimum) | President/Legal Department | 1111 Stewart Ave | Bethpage, NY 11714-3581 | |
| Centerpoint Energy | President/Legal Department | 1111 Louisiana St | Houston, TX 77002 | |
| Centerpoint Energy | President/Legal Department | P.O. Box 1297 | Minneapolis, MN 55440-1297 | |
| Centerpoint Energy | President/Legal Department | P.O. Box 4671 | Houston, TX 77210-4671 | |
| Centurylink | Business Services | P.O. Box 52187 | Phoenix, AZ 85072-2187 | |
| Centurylink | President/Legal Department | 1025 Eldorado Blvd | Broomfield, CO 80021 | |
| Centurylink | President/Legal Department | P.O. Box 2348 | Seattle, WA 98111-2348 | |
| Centurylink | President/Legal Department | P.O. Box 29040 | Phoenix, AZ 85038-9040 | |
| Centurylink | President/Legal Department | P.O. Box 91155 | Seattle, WA 98111-9255 | |
| Centurylink (2956) | President/Legal Department | 100 Centurylink Dr | Monroe, LA 71203 | |
| Centurylink (2956) | President/Legal Department | P.O. Box 2956 | Phoenix, AZ 85062-2956 | |
| Centurylink 91155 | President/Legal Department | P.O. Box 91155 | Seattle, WA 98111-9255 | |
| City Of Charlotte | President/Legal Department | Billing Center | P.O. Box 1316 | Charlotte, NC 28201-1316 |
| City Of Charlotte | Utility Dept | 600 E 4th St | Charlotte, NC 28202 | |
| City Of Irving - Utility Billing | President/Legal Department | 825 W Irving Blvd | Irving, TX 75060 | |
| City Of Irving-Municipal Services Bill | President/Legal Department | P.O. Box 840898 | Dallas, TX 75284-0898 | |
| City Of Mount Hope - Sewer | President/Legal Department | P.O. Box 151 | Mt Hope, WV 25880 | |
| City Of Mount Hope - Water | President/Legal Department | 609 Main St | Mount Hope, WV 25880 | |
| City Of Mount Hope - Water | President/Legal Department | P.O. Box 151 | Mt Hope, WV 25880 | |
| Claro Puerto Rico | President/Legal Department | 1515 Frnklin D Rsvelt Ave | Guaynabo, PR 968 | |
| Consolidated Communications | President/Legal Department | 121 S 17th St | Mattoon, IL 61938 | |
| Consolidated Communications | President/Legal Department | P.O. Box 66523 | St Louis, MO 63166-6523 | |
| County Of Colfax | President/Legal Department | Colfax County Refuse | P.O. Box 1498 | Raton, NM 87740 |
| County Of Colfax | President/Legal Department | 230 N 3rd St | Raton, NM 87740 | |
| Crosier'S Sanitary Service Inc | President/Legal Department | 19 Auction House Rd | Lansing, WV 25862 | |
| Crosier'S Sanitary Service Inc | President/Legal Department | P.O. Box 250 | Lansing, VA 25862 | |
| Dakota Electric Association | President/Legal Department | 4300 220th St W | Farmington, MN 55024-9583 | |
| Dakota Electric Association | President/Legal Department | P.O. Box 64427 | St. Paul, MN 55164-0427 | |
| Direct Communications Rockland | President/Legal Department | 150 S Main St | Rockland, ID 83271 | |
| Direct Communications Rockland | President/Legal Department | P.O. Box 269 | Rockland, ID 83271-0269 | |
| Direct Energy Business, Inc | President/Legal Department | 1001 Liberty Ave | Pittsburgh, PA 15222 | |
| Direct Energy Business,Inc | President/Legal Department | P.O. Box 660749 | Dallas, TX 75266 | |

**Exhibit B**
**Utilities Service List**
**Served via First Class Mail**

| Name | Address | | | |
|---|---|---|---|---|
| Duke Energy | President/Legal Department | 526 S Church St | Charlotte, NC 28202 | |
| Duke Energy | President/Legal Department | P.O. Box 70516 | Charlotte, NC 28272-0516 | |
| Earthlink (Windstream) | President/Legal Department | 1375 Peachtree St | Atlanta, GA 30309 | |
| Earthlink Business | President/Legal Department | P.O. Box 88104 | Chicago, IL 60680-1104 | |
| Eversource | President/Legal Department | 247 Station Dr | Westwood, MA 2090 | |
| Eversource | President/Legal Department | P.O. Box 660369 | Dallas, TX 75266-0369 | |
| Ferrellgas | President/Legal Department | Lighton Tower | 7500 College Blvd 1000 | Overland Park, KS 66210 |
| Ferrellgas | President/Legal Department | P.O. Box 173940 | Denver, CO 80217-3940 | |
| Florida Keys Aqueduct Authority | President/Legal Department | 1100 Kennedy Dr | Key West, FL 33040-4021 | |
| Florida Keys Electric Cooperative | President/Legal Department | 91630 Overseas Hwy | Tavernier, FL 33070 | |
| Florida Keys Electric Cooperative Assn | President/Legal Department | P.O. Box 377 | Tavernier, FL 33070-0377 | |
| Frontier Communications | Access Billing | P.O. Box 92713 | Rochester, NY 14692 | |
| Frontier Communications | President/Legal Department | 401 Merritt 7 | Norwalk, CT 6851 | |
| Frontier Communications | President/Legal Department | P.O. Box 740407 | Cincinnati, OH 45274-0407 | |
| Frontier Communications Of America | President/Legal Department | P.O. Box 20567 | Rochester, NY 14602-0567 | |
| Getronics Pomeroy It Solutions | President/Legal Department | 1020 Petersburg Rd | Hebron, KY 41048 | |
| Granite Telecommunications | President/Legal Department | Client Id 311 | P.O. Box 983119 | Boston, MA 02298-3119 |
| Granite Telecommunications | President/Legal Department | 100 Newport Ave Ext | Quincy, MA 2171 | |
| Keys Energy Services | President/Legal Department | 1001 James St | Key West, FL 33040 | |
| Keys Energy Services | President/Legal Department | P.O. Box 279038 | Miramar, FL 33027-9038 | |
| Keys Energy Services | President/Legal Department | P.O. Box 6100 | Key West, FL 33041-6100 | |
| Kit Carson Electric Cooperative | President/Legal Department | P.O. Box 578 | 118 Cruz Alta St | Taos, NM 87571 |
| Kit Carson Electric Cooperative Inc | President/Legal Department | P.O. Box 578 | Taos, NM 87571 | |
| Lake Country Power | President/Legal Department | 8535 Park Ridge Dr | Mountain Iron, MN 55768-2059 | |
| Level 3 Communications Llc | President/Legal Department | 1025 Eldorado Blvd | Broomfield, CO 80021 | |
| Level 3 Communications Llc | President/Legal Department | P.O. Box 910182 | Denver, CO 80291-0182 | |
| Lumos Networks | President/Legal Department | dba Segra | P.O. Box 580062 | Charlotte, NC 28258-0062 |
| Lumos Networks | President/Legal Department | One Lumos Plaza, P.O. Box 1068 | Waynesboro, VA 22980 | |
| Lumos Networks Dba Segra | President/Legal Department | 1 Lumos Plaza | Waynesboro, VA 22980 | |
| Mountaineer Gas Company | President/Legal Department | 2401 Sissonville Dr | Charleston, WV 25387 | |
| Mountaineer Gas Company | President/Legal Department | 501 56th St Se | Charleston, WV 25361-0201 | |
| Mountaineer Gas Company | President/Legal Department | P.O. Box 580211 | Charlotte, NC 28258-0211 | |
| National Grid | President/Legal Department | 40 Slyvan Rd | Waltham, MA 2451 | |
| National Grid | President/Legal Department | P.O. Box 11737 | Newark, NJ 07101-4737 | |
| Northern New Mexico Gas | President/Legal Department | 19 Agua Rd | Angel Fire, NM 87710 | |
| Northern New Mexico Gas | President/Legal Department | P.O. Box 144 | Angel Fire, NM 87710 | |
| Oak Hill Garbage Disposal Inc | President/Legal Department | 1479 Stanford Rd | Beckley, WV 25801 | |
| Pacific Centrex Datavo Llc | President/Legal Department | 114 E Haley St, Ste A | Santa Barbara, CA 93101 | |
| Pacific Centrex Datavo Llc | President/Legal Department | P.O. Box 4967 | Whittier, CA 90607 | |
| Piedmont Natural Gas Company | President/Legal Department | 4720 Piedmont Row Dr | Charlotte, NC 28210 | |
| Piedmont Natural Gas Company | President/Legal Department | P.O. Box 1246 | Charlotte, NC 28201-1246 | |
| Plyler Paper Stock Co Inc | President/Legal Department | 800 Gesco St | Charlotte, NC 28208 | |
| Raleigh County Solid Waste | President/Legal Department | 200 Fernandez Dr | Beckley, WV 25801 | |
| Republic Services #694 | President/Legal Department | 12820 Cumminsville Rd | Pimento, IN 47866 | |
| Republic Services #742 | President/Legal Department | P.O. Box 9001099 | Louisville, KY 40290-1099 | |
| Republic Services Inc #394 | President/Legal Department | P.O. Box 9001099 | Louisville, KY 40290-1099 | |
| Republic Services Of Colorado | President/Legal Department | P.O. Box 1186 | Commerce City, CO 80022 | |
| Republic Services, Inc | President/Legal Department | 3358 Hwy 51 N. | Fort Mill, SC 29715 | |
| Republic Services, Inc #794 | President/Legal Department | P.O. Box 78829 | Phoenix, AZ 85062-8829 | |
| Shentel | President/Legal Department | 500 Shentel Way | Edinburg, VA 22824 | |
| Shentel | President/Legal Department | P.O. Box 37014 | Baltimore, MD 21297-3014 | |
| Sierra Communications | President/Legal Department | 193 Board St | Bangor, ME 4401 | |
| Sierra Communications, Inc | President/Legal Department | P.O. Box 67 | Des Moines, NM 88418-0067 | |
| Springer Electric Coop | President/Legal Department | P.O. Box 698 | Springer, NM 87747 | |
| Springer Electric Cooperative, Inc | President/Legal Department | 408 Maxwell Ave | Springer, NM 87747 | |
| Time Warner Cable | President/Legal Department | 4145 S Falkenburg Rd | Riverview, FL 33578-8652 | |
| Time Warner Cable | President/Legal Department | Box 223085 | Pittsburgh, PA 15251-2085 | |
| Time Warner Cable | President/Legal Department | P.O. Box 11820 | Newark, NJ 7101 | |
| Time Warner Cable | President/Legal Department | P.O. Box 60074 | City Of Industry, CA 91716-0074 | |
| Time Warner Cable | President/Legal Department | P.O. Box 650063 | Dallas, TX 75265-0063 | |
| Tri-County Electric Cooperative Inc | President/Legal Department | 600 N.W. Pkwy | Azle, TX 76020 | |
| Tri-County Electric Cooperative Inc | President/Legal Department | P.O. Box 961032 | Fort Worth, TX 76161-0032 | |
| Trophy Club Muds | President/Legal Department | 100 Muncipal Dr | Trophy Club, TX 76262 | |
| Verizon Wireless | President/Legal Department | 1095 Ave of the Americas | New York, NY 10013 | |
| Verizon Wireless | President/Legal Department | P.O. Box 25505 | Lehigh Valley, PA 18002-5505 | |
| Verizon Wireless | President/Legal Department | P.O. Box 660108 | Dallas, TX 75266-0108 | |
| Verizon Wireless | President/Legal Department | P.O. Box 9622 | Mission Hills, CA 91346-9622 | |
| Verizon Wireless-(9622) | President/Legal Department | P.O. Box 9622 | Mission Hills, CA 91346-9622 | |
| Village Of Cimarron | President/Legal Department | 356B E 9th St | P.O. Box 654 | Cimarron, NM 87714 |
| Waste Connections Inc | President/Legal Department | dba Ace Solid Waste, Inc | 6601 Mckinley St Nw | Ramsey, MN 55303-4302 |
| Waste Connections Inc | President/Legal Department | Des Moines District | P.O. Box 660177 | Dallas, TX 75266 |
| Waste Connections, Inc | President/Legal Department | Dept. 1433 | Los Angeles, CA 90084-1433 | |
| Waste Management | President/Legal Department | Wm Dallas | P.O. Box 660345 | Dallas, TX 75266 |
| Waste Management | President/Legal Department | 1001 Fannnin, Suite 4000 | Houston, TX 77002 | |
| Waste Management | President/Legal Department | P.O. Box 13648 | Philadelphia, PA 19101-3648 | |
| Waste Management | President/Legal Department | P.O. Box 78251 | Phoenix, AZ 85062-8251 | |
| Waste Management - Blaine Mn | President/Legal Department | P.O. Box 105453 | Atlanta, GA 30348 | |
| Waste Management Florida | President/Legal Department | P.O. Box 4648 | Carol Stream, IL 60197-4648 | |

**Exhibit B**
**Utilities Service List**
**Served via First Class Mail**

| Name | Address | | | |
|---|---|---|---|---|
| Waste Management- Ft Worth Hauling | President/Legal Department | P.O. Box 660345 | Dallas, TX 75266-0345 | |
| Waste Management Lewisville Hauling | President/Legal Department | P.O. Box 660345 | Dallas, TX 75266-0345 | |
| Waste Management Of Denver | President/Legal Department | P.O. Box 78251 | Phoenix, AZ 85062-8251 | |
| Waste Management Of Michigan Inc | President/Legal Department | P.O. Box 4648 | Carol Stream, IL 60197-4648 | |
| West Virginia American Water | President/Legal Department | 1600 Pennsylvania Ave | Charleston, WV 25302 | |
| West Virginia American Water | President/Legal Department | P.O. Box 2738 | Camden, NJ 8120 | |
| West Virginia American Water | President/Legal Department | P.O. Box 371880 | Pittsburgh, PA 15250-7800 | |
| West Virginia American Water Co | President/Legal Department | 1600 Pennsylvania Ave | Charleston, WV 25302 | |
| White Oak Public Service District | President/Legal Department | 20 Old Farm Rd | Scarbro, WV 25917 | |
| White Oak Public Service District | President/Legal Department | P.O. Box 358 | Scarbro, WV 25917-0358 | |
| Windstream Communications | President/Legal Department | P.O. Box 70526 | Charlotte, NC 28272-0526 | |
| Windstream Communications Inc | President/Legal Department | 4001 N Rodney Parham Rd | Little Rock, AR 72212-2442 | |
| Windstream Communications Inc | President/Legal Department | P.O. Box 9001908 | Louisville, KY 40290-1908 | |
| Wow! Business | President/Legal Department | 1241 Og Skinner Dr | West Point, GA 31833-1789 | |
| Xcel Energy | President/Legal Department | 414 Nicollet Mall | Minneapolis, MN 55401 | |
| Xcel Energy | President/Legal Department | P.O. Box 9477 | Minneapolis, MN 55484-9477 | |
| Zia Natural Gas Company | President/Legal Department | 707 Short Dr | P.O. Box 888 | Ruidoso Downs, NM 88346 |
| Zia Natural Gas Company | President/Legal Department | 100 Short Dr | Ruidoso Downs, NM 88346 | |

# **EXHIBIT C**

**Exhibit C**
**Banks Service List**
**Served via First Class Mail**

| Name | Address1 | Address2 | Address3 | Address4 |
|---|---|---|---|---|
| Banco Popular | President/Legal Department | 209 Avenida Ponce De Leon | San Juan, PR 918 | |
| Bank Of America | Jake Thomas | 901 Main St, Ste 1100 | Dallas, TX 75202 | |
| Blackrock | President/Legal Department | P.O. Box 9889 | Providence, RI 02940-8089 | |
| Charles Schwab | Aaron Won | 7401 Wisconsin Ave, Ste 100 | Bethesda, MD 20814 | |
| CIBC - First Caribbean Bank | Iris Henchell | P.O. Box Ab-20401 | Great Abaco Island, Marsh Harbour | Bahamas |
| Federated Bank | Jonathan Lipinski | 1001 Liberty Ave | Pittsburgh, PA 15222 | |
| Fidelity Investments | President/Legal Department | 100 Crosby Pkwy | Covington, KY 41015 | |
| Fifth Third Bank | Lora Joyce | P.O. Box 630900 | Cincinnati, OH 45263-0900 | |
| First Bank - Virgin Islands | Delores Velasquez | P.O. Box 100 | Christiansted, VI 00821-0100 | |
| First State Bank | President/Legal Department | 1201 Simonton St | Key West, FL 33040 | |
| First State Bank | President/Legal Department | P.O. Box 1579 | Key West, FL 33040 | |
| Goldman Sachs | Dallas Mildfelt | 71 S Wacker Dr, Suite 500 | Chicago, IL 60606-4673 | |
| Inbank | Shirley Hooper | 31062 Hwy 64 | Cimarron, NM 87714 | |
| Jpmorgan Chase | William Kincaid | 2200 Ross Ave, 8th Fl | Mail Code Tx1-2939 | Dallas, TX 75201-2787 |
| Merrill Lynch, Pierce, Fenner & Smith, Inc. | Tracy Shelton | One Cowboys Way, Ste 400 | Frisco, TX 75034 | |
| Northern Trust | President/Legal Department | 50 S La Salle St | Chicago, IL 60603 | |
| Pnc Bank | President/Legal Department | P.O. Box 609 | Pittsburgh, PA 15230-9738 | |
| Rbc Bank | Ramiro Matias | P.O. Box Bag Service 2650 | Calgary, AB T2P 2M7 | Canada |
| Regions Bank | Stephanie Perryman | 1111 W Mockingbird Ln | Dallas, TX 75247 | |
| Scotiabank | Ruth Martelly | Bns Charlotte Amalie Br0 | P.O. Box 420 | Charlotte Amalie, VI 802 |
| State Street Bank | Ms. Kristine Gusz | 100 Plaza One, Ms Jcy03-0407 | Jersey City, NJ 7311 | |
| Td Bank | President/Legal Department | P.O. Box 1377 | Lewiston, ME 04243-1377 | |
| Us Bank | President/Legal Department | P.O. Box 1800 | St Paul, MN 55101-0800 | |
| Wells Fargo | Nicholas London | 1445 Ross Ave, 23rd Fl, Ste 2314 | Dallas, TX 75202 | |
| Wells Fargo | Shirley Hooper | 31062 Hwy 64 | Cimarron, NM 87714 | |

In re: Boy Scouts of America
and Delaware BSA, LLC
Case No. 20-10343

Page 1 of 1