# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) (Jointly Administered) |
| Debtors. | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Anne Andrews of ANDREWS & THORNTON, 4701 Von Karman Ave., Suite 300, Newport Beach, CA 92660 to represent Jorge Vega and all other current or future personal injury claimants represented by the law firm of Andrews & Thornton in the above-captioned cases.

Dated: March 26, 2020

A.M. SACCULLO LEGAL, LLC

*/s/ Mary E. Augustine*
Mary E. Augustine (Bar No. 4477)
27 Crimson King Drive
Bear, Delaware 19701
Telephone: (302) 836-8877
Facsimile: (302) 836-8787
Email:  ams@saccullolegal.com
Email: meg@saccullolegal.com

*Counsel for Jorge Vega and all other current or future personal injury claimants represented by the law firm of Andrews & Thornton*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Standing Order for District Fund* revised August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

ANDREWS & THORNTON

*/s/ Anne Andrews*
Anne Andrews, Esq., CA SBN 103280
4701 Von Karman Ave, Suite 300
Newport Beach, CA 92660
Telephone: (949) 748-1000
Facsimile: (949) 315-3540
Email: aa@andrewsthornton.com

*Counsel for Jorge Vega and all other current or future personal injury claimants represented by the law firm of Andrews & Thornton*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.