IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) (Jointly Administered) |
| Debtors. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

PLEASE TAKE NOTICE THAT, pursuant to Rules 2002(g) and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), section 1109(b) of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* ("Bankruptcy Code"), and Del. Bankr. L.R. 2002-1(d), counsel listed below enters their appearance as counsel to Jorge Vega and all other current or future personal injury claimants represented by the law firm of Andrews & Thornton (the "Client"). Counsel requests that they be added to the official mailing matrix and service lists in these cases and that copies of all pleadings, motions, notices, and other papers, filed or served, in these cases or any proceeding herein, be served upon the below-listed counsel at the following mailing or e-mail addresses or facsimile numbers:

Anne Andrews, Esq.
John C. Thornton, Esq.
ANDREWS & THORNTON
4701 Von Karman Ave, Suite 300
Newport Beach, CA 92660
Telephone: (949) 748-1000
Facsimile: (949) 315-3540
aa@andrewsthornton.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

-and-

Anthony M. Saccullo, Esq.
Mary E. Augustine, Esq.
A.M. SACCULLO LEGAL, LLC
27 Crimson King Drive
Bear, Delaware 19701
Telephone: (302) 836-8877
Facsimile: (302) 836-8787
ams@saccullolegal.com
meg@saccullolegal.com

PLEASE TAKE FURTHER NOTICE THAT, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders and notices of applications, motions, petitions, pleadings, requests, complaints, disclosure statements, plans, or demands, whether formal or informal, written or oral or transmitted or conveyed by mail delivery, telephone, telegraph, or otherwise, in these cases.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit are not intended as, nor shall be deemed, a consent to or waiver of the Client's: (i) right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claim, actions, defenses, setoffs, or recoupments to which the Client is or may be entitled under any agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: March 26, 2020

A.M. SACCULLO LEGAL, LLC

*/s/ Anthony M. Saccullo*
Anthony M. Saccullo (Bar No. 4141)
Mary E. Augustine (Bar No. 4477)
27 Crimson King Drive
Bear, Delaware 19701
Telephone: (302) 836-8877
Facsimile: (302) 836-8787
Email:  ams@saccullolegal.com
Email: meg@saccullolegal.com

-and-

ANDREWS & THORNTON
Anne Andrews, Esq., CA SBN 103280
John C. Thornton, Esq., CA SBN 84492
4701 Von Karman Ave, Suite 300
Newport Beach, CA 92660
Telephone: (949) 748-1000
Facsimile: (949) 315-3540
Email: aa@andrewsthornton.com

*Attorneys for Jorge Vega and all other current or future personal injury claimants represented by the law firm of Andrews & Thornton*