# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | ) Case No. 20-10343 (LSS) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) **Re: D.I. No. 301** |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Richard G. Mason of Wachtell, Lipton, Rosen & Katz to represent The Ad Hoc Committee of Local Councils of the Boy Scouts of America in the above captioned chapter 11 cases and any related adversary proceedings.

Dated: March 27, 2020  
    Wilmington, Delaware

*/s/ R. Craig Martin*  
R. Craig Martin (No. 5032)  
**DLA Piper, LLP (US)**  
1201 North Market Street, Suite 2100  
Wilmington, Delaware 19801  
Telephone: (302) 468-5655  
Email: craig.martin@dlapiper.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 9/1/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: March 27, 2020  
    Wilmington, Delaware

*/s/ Richard G. Mason*  
Richard G. Mason  
**WACHTELL, LIPTON, ROSEN & KATZ**  
51 W. 52nd Street  
New York, New York 10019  
Telephone: (212) 403-1252  
Email: rgmason@wlrk.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: March 27th, 2020**  
**Wilmington, Delaware**

LAURIE SELBER SILVERSTEIN  
UNITED STATES BANKRUPTCY JUDGE