# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | Re: D.I. 6 & 64 |

### CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE PAYMENT OF CERTAIN TAXES AND (II) GRANTING RELATED RELIEF

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1. On February 18, 2020, the Debtors filed the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Taxes and (II) Granting Related Relief* [D.I. 6] (the "Motion").

2. On February 19, 2020, the Court entered the *Interim Order (I) Authorizing the Payment of Certain Taxes and (II) Granting Related Relief* [D.I. 64].

3. 3Pursuant to the notice of hearing regarding the Motion, the deadline to file objections or responses to the relief requested in the Motion was March 17, 2020, at 4:00 p.m. (ET) and was extended to March 19, 2020, at 12:00 p.m. (ET) for the Official Committee of Unsecured Creditors and the Committee of Tort Claimants (the "Objection Deadline").

4. Prior to the Objection Deadline, the Debtors received informal comments to the Motion from the Official Committee of Unsecured Creditors and the Committee of Tort

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Claimants (the "Objecting Parties"). Besides the informal comments from the Objecting Parties, the Debtors have received no other objection, response, or comments, and no objection or other responsive pleading to the Motion appears on the Court's docket.

5. The Debtors resolved the informal comments of the Objecting Parties through revisions to the proposed order granting the relief requested in the Motion on a final basis (the "Revised Proposed Final Order").

6. On March 24, 2020, the Court held a hearing (the "Hearing") and raised certain concerns with the Revised Proposed Final Order.

7. Following the Hearing, the Debtors and the Objecting Parties negotiated further revised language to the proposed form of order that the parties believe addresses the Court's concerns raised at the Hearing.

8. Accordingly, attached hereto as **Exhibit A** is a further revised proposed form of order granting the relief requested in the Motion on a final basis (the "Further Revised Proposed Final Order").

9. For the convenience of the Court and all parties in interest, a blackline comparing the Further Revised Proposed Final Order to the Revised Proposed Final Order is attached hereto as **Exhibit B**.

10. The Objecting Parties and the U.S. Trustee have reviewed the Further Revised Proposed Final Order and do not object to its entry.

WHEREFORE, the Debtors respectfully request that the Court enter the Further Revised Proposed Final Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

| | |
|---|---|
| Dated:  March 27, 2020<br>　　　　Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Eric W. Moats*　　　　　　　　　　<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Joseph C. Barsalona II (No. 6102)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:   (302) 425-4664<br>Email:  dabbott@mnat.com<br>　　　　aremming@mnat.com<br>　　　　jbarsalona@mnat.com<br>　　　　emoats@mnat.com<br>　　　　ptopper@mnat.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Jessica C. K. Boelter (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone:  (212) 839-5300<br>Email:  jboelter@sidley.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Thomas A. Labuda (admitted *pro hac vice*)<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone:  (312) 853-7000<br>Email:  tlabuda@sidley.com<br>　　　　mandolina@sidley.com<br>　　　　mlinder@sidley.com<br><br>PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION |