# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Shivani Shah, Esq. is hereby withdrawn as counsel for JPMorgan Chase Bank, National Association ("JPM"), and should be removed from all notice and service lists in these cases.

PLEASE TAKE FURTHER NOTICE that this withdrawal is limited to Shivani Shah and does not impact the representation of the JPM by other Norton Rose Fulbright US LLP and Womble Bond Dickinson (US) LLP attorneys in the above-captioned cases.

Dated: March 30, 2020
　　　　Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Morgan L. Patterson*
Matthew P. Ward (Del. Bar No. 4471)
Morgan L. Patterson (Del. Bar No. 5388)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone:　(302) 252-4320
Facsimile:　(302) 252-4330
Email:　　　matthew.ward@wbd-us.com
　　　　　　morgan.patterson@wbd-us.com

-AND-

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**NORTON ROSE FULBRIGHT US LLP**
Louis R. Strubeck, Jr. (*pro hac vice* to be filed)
Kristian W. Gluck (*pro hac vice* to be filed)
Ryan E. Manns (*pro hac vice* to be filed)
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
Telephone:    (214) 855-8000
Facsimile:    (214) 855-8200
Email:    louis.strubeck@nortonrosefulbright.com
kristian.gluck@nortonrosefulbright.com
ryan.manns@nortonrosefulbright.com

*Counsel to JPMorgan Chase Bank, National Association*

2