# CERTIFICATE OF SERVICE

    I, Christopher A. Lewis, certify that I am not less than 18 years of age, and that on March 30, 2020, a copy of the foregoing document was electronically filed via CM/ECF and served via CM/ECF upon all parties registered to receive CM/ECF notices in these cases, and I caused copies to be served upon the following persons via U.S. first-class mail:

MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
Derek C. Abbott, Esquire
Andrew R. Remming, Esquire
Joseph C. Barsalona II, Esquire
Eric W. Moats, Esquire
Paige N. Topper, Esquire
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347

SIDLEY AUSTIN LLP
Jessica C. K. Boelter, Esquire
787 Seventh Avenue
New York, New York 10019

SIDLEY AUSTIN LLP
Thomas A. Labuda, Esquire
Michael C. Andolina, Esquire
Matthew E. Linder, Esquire
One South Dearborn Street
Chicago, Illinois 60603

KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
Thomas Moers Mayer, Esquire
Rachael Ringer, Esquire
David E. Blabey, Jr., Esquire
Jennifer R. Sharret, Esquire
Megan M. Wasson, Esquire
177 Avenue of the Americas
New York, NY 10036

REED SMITH LLP
Kurt F. Gwynne, Esquire
Katelin A Morales, Esquire
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

OFFICE OF THE U.S. TRUSTEE
FOR THE DISTRICT OF DELAWARE
Attn: David L. Buchbinder, Esquire
J. Caleb Boggs Federal Building
844 King Street Suite 2207 Lockbox 35
Wilmington, Delaware 19801

    Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: March 30, 2020              */s/ Christopher A. Lewis*
                                            Christopher A. Lewis