# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR PRO HAC VICE ADMISSION
## OF LAURA SMITH

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Laura Smith of the law firm Norton Rose Fulbright US LLP, 2200 Ross Avenue, Suite 3600, Dallas, Texas 75201-7932, to represent JPMorgan Chase Bank, National Association, in the above-captioned bankruptcy cases and any related adversary proceedings.

Dated: March 30, 2020　　　　　　　　**WOMBLE BOND DICKINSON (US) LLP**
　　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　*/s/ Morgan L. Patterson*
　　　　　　　　　　　　　　　　　　　　Matthew P. Ward (Del. Bar No. 4471)
　　　　　　　　　　　　　　　　　　　　Morgan L. Patterson (Del. Bar No. 5388)
　　　　　　　　　　　　　　　　　　　　1313 North Market Street, Suite 1200
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　Telephone:　(302) 252-4320
　　　　　　　　　　　　　　　　　　　　Facsimile:　(302) 252-4330
　　　　　　　　　　　　　　　　　　　　Email:　　　matthew.ward@wbd-us.com
　　　　　　　　　　　　　　　　　　　　　　　　　　morgan.patterson@wbd-us.com

　　　　　　　　　　　　　　　　　　　　*Counsel to JPMorgan Chase Bank, National Association*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

**CERTIFICATION BY COUNSEL TO BE ADMITTED <u>PRO</u> <u>HAC</u> <u>VICE</u>**

   Pursuant to Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Texas, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: March 30, 2020

                */s/ Laura Smith*
                Laura Smith
                **NORTON ROSE FULBRIGHT US LLP**
                2200 Ross Avenue, Suite 3600
                Dallas, Texas 75201-7932
                Telephone: (214) 855-8000
                Facsimile: (214) 855-8200

                *Counsel to JPMorgan Chase Bank, National Association*