IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 17, 161 |

**ALLIANZ GLOBAL RISKS US INSURANCE COMPANY'S PARTIAL JOINDER TO LIMITED OBJECTION OF CREDITORS FIRST STATE INSURANCE COMPANY AND TWIN CITY FIRE INSURANCE COMPANY AND PARTY IN INTEREST HARTFORD ACCIDENT AND INDEMNITY COMPANY TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPOINTING A JUDICIAL MEDIATOR, (II) REFERRING CERTAIN MATTERS TO MANDATORY MEDIATION, AND (III) <u>GRANTING RELATED RELIEF</u>**

Allianz Global Risks US Insurance Company ("<u>Allianz</u>"), by and through undersigned counsel, hereby files this partial joinder (the "<u>Joinder</u>") to the *Limited Objection of Creditors First State Insurance Company and Twin City Fire Insurance Company and Party in Interest Hartford Accident and Indemnity Company to Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief* [D.I. 161] (the "<u>Limited Objection</u>")[2] and states the following:

[*continued*]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Limited Objection.

- 2 -

## PARTIAL JOINDER[3]

Allianz hereby partially joins in the Limited Objection filed by Hartford. Allianz agrees with Hartford's views that any order granting the *Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief* [D.I. 17] (the "Motion") should (i) identify the "applicable insurers" referenced in the Motion and (ii) require the Debtors to meet and confer with its prepetition liability insurers (including Allianz, if applicable) on the selection of a mediator. Allianz does not join the Limited Objection to the extent it seeks entry of an order directing or requiring all insurers to attend mediation.

## CONCLUSION

WHEREFORE, Allianz respectfully requests that the Court enter an order granting (i) the relief requested in this Joinder and (ii) such other and further relief as is just and proper.

| | |
|---|---|
| Dated:  March 31, 2020<br>Wilmington, Delaware | PEPPER HAMILTON LLP<br><br>By: */s/ David M. Fournier*<br>   David M. Fournier (DE No. 2812)<br>   Marcy J. McLaughlin Smith (DE No. 6184)<br>   Hercules Plaza<br>   1313 Market Street<br>   Suite 5100<br>   P.O. Box 1709<br>   Wilmington, DE 19899-1709<br>   Telephone:   302.777.6500<br>   Facsimile:    302.421.8390<br><br>   *-and-* |

---

[3] Although the objection deadline for the Motion (defined herein) has passed, Allianz respectfully requests that this Joinder be considered timely. Allianz was unable to retain bankruptcy counsel until after the objection deadline.

TROUTMAN SANDERS LLP
Harris B. Winsberg (admitted *pro hac vice*)
Matthew G. Roberts (admitted *pro hac vice*)
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA  30308-2216
Telephone:   404.885.3000
Facsimile:   404.885.3900

*-and-*

NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP
Matthew W. Sorem (*pro hac vice* pending)
10 S. Wacker Dr.
21st Floor
Chicago, IL 60606
Telephone:  312.585.1433
Facsimile:   312.585.1401

*-and-*

MCDERMOTT WILL & EMERY LLP
Margaret H. Warner (*pro hac vice* pending)
Ryan S. Smethurst (*pro hac vice* pending)
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone:  202.756.8228
Facsimile:   202.756.8087

*Attorneys for Allianz Global Risks US Insurance Company*

#57563360 v1