## CERTIFICATE OF SERVICE

I, David M. Fournier, hereby certify that on the 31st day of March, 2020, I served, or caused to be served, the foregoing *Allianz Global Risks US Insurance Company's Partial Joinder to Limited Objection of Creditors First State Insurance Company and Twin City Fire Insurance Company and Party in Interest Hartford Accident and Indemnity Company to Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, And (III) Granting Related Relief* upon the parties set forth on the attached list, in the manner indicated.

                                                                        */s/ David M. Fournier*
                                                                     David M. Fournier (DE No. 2812)

BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC

Case No. 20-10343 (LSS)
Service List

| | |
|---|---|
| **BY FIRST CLASS MAIL & EMAIL**<br>James F. Conlan; Thomas A. Labuda; Michael C. Andolina; Matthew E. Linder; Karim Basaria; Blair Warner<br>**SIDLEY AUSTIN LLP**<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>jconlan@sidley.com; tlabuda@sidley.com; mandolina@sidley.com; mlinder@sidley.com; kbasaria@sidley.com; blair.warner@sidley.com | **BY FIRST CLASS MAIL & EMAIL**<br>Jessica C. K. Boelter<br>**SIDLEY AUSTIN LLP**<br>787 Seventh Avenue<br>New York, New York 10019<br>jboelter@sidley.com |
| **BY FIRST CLASS MAIL & EMAIL**<br>Derek C. Abbott; Andrew R. Remming; Joseph C. Barsalona II; Eric W. Moats; Paige N. Topper<br>**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>dabbott@mnat.com; aremming@mnat.com; jbarsalona@mnat.com; emoats@mnat.com; ptopper@mnat.com | **BY FIRST CLASS MAIL & EMAIL**<br>David L. Buchbinder<br>Hannah Mufson McCollum<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>david.l.buchbinder@usdoj.gov; hannah.mccollum@usdoj.gov |
| **BY FIRST CLASS MAIL**<br>Boy Scouts of America<br>Attn. Office, Managing or General Agent or Agent for Service of Process<br>1325 West Walnut Hill Lane<br>Irving, TX 75038 | |