# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Pepper Hamilton LLP, Troutman Sanders LLP, Nicolaides Fink Thorpe Michaelides Sullivan LLP, and McDermott Will & Emery LLP hereby appear as counsel for Allianz Global Risks US Insurance Company, and hereby request, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Section 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), that all notices given or required to be given and all papers served or required to be served in these cases also be given to and served at the following addresses and facsimile numbers:

| *Pepper Hamilton LLP* | |
|---|---|
| Attn: David M. Fournier<br>Hercules Plaza<br>1313 Market Street<br>Suite 5100<br>P.O. Box 1709<br>Wilmington, DE  19899-1709<br>Tel:  302.777.6500<br>Fax:  302.421.8390<br>Email: fournierd@pepperlaw.com | Attn: Marcy J. McLaughlin Smith<br>Hercules Plaza<br>1313 Market Street<br>Suite 5100<br>P.O. Box 1709<br>Wilmington, DE  19899-1709<br>Tel:  302.777.6500<br>Fax:  302.421.8390<br>Email: mclaughm@pepperlaw.com |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

#57563315 v1

| *Troutman Sanders LLP* ||
|---|---|
| Attn: Harris B. Winsberg<br>600 Peachtree St. NE<br>Suite 3000<br>Atlanta, GA 30308<br>Tel: 404.885.3348<br>Fax: 404.885.3900<br>Email: harris.winsberg@troutman.com | Attn: Matthew G. Roberts<br>600 Peachtree St. NE<br>Suite 3000<br>Atlanta, GA 30308<br>Tel: 404.885.2737<br>Fax: 404.885.3900<br>Email: matthew.roberts2@troutman.com |
| *Nicolaides Fink Thorpe Michaelides Sullivan LLP* ||
| Attn: Matthew S. Sorem<br>10 S. Wacker Dr.<br>21st Floor<br>Chicago, IL 60606<br>Tel: 312.585.1433<br>Fax: 312.585.1401<br>Email: msorem@nicolaidesllp.com ||
| *McDermott Will & Emery LLP* ||
| Attn: Ryan S. Smethurst<br>The McDermott Building<br>500 North Capitol Street, NW<br>Washington, DC 20001-1531<br>Tel: 202.756.8036<br>Fax: 202.756.8087<br>Email: rsmethurst@mwe.com | Attn: Margaret H. Warner<br>The McDermott Building<br>500 North Capitol Street, NW<br>Washington, DC 20001-1531<br>Tel: 202.756.8228<br>Fax: 202.756.8087<br>Email: mwarner@mwe.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of this Court, the foregoing request also includes, without limitation, any notice, application, proposed order, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraphic, telex or otherwise filed, which may affect or seek to affect the above-captioned Debtors. <u>Please add the foregoing addresses to such mailing matrix as may be used for all purposes in these cases.</u>

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Notices and Papers or any subsequent appearance, pleadings, claim or suit shall not be

#57563315 v1

deemed or construed to be a waiver of (i) the right to have final orders in non-core matters entered only after a *de novo* review by a District Court Judge; (ii) the right to trial by jury in any proceeding so triable in these cases; (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the above-named entities are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: March 31, 2020
Wilmington, Delaware

PEPPER HAMILTON LLP

By: /s/ David M. Fournier
David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
Hercules Plaza
1313 Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone:   302.777.6500
Facsimile:   302.421.8390

-and-

TROUTMAN SANDERS LLP
Harris B. Winsberg (admitted *pro hac vice*)
Matthew G. Roberts (admitted *pro hac vice*)
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA  30308-2216
Telephone:   404.885.3000
Facsimile:   404.885.3900

-and-

        NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP
Matthew W. Sorem (*pro hac vice* pending)
10 S. Wacker Dr.
21st Floor
Chicago, IL 60606
Telephone:  312.585.1433
Facsimile:  312.585.1401

-*and*-

MCDERMOTT WILL & EMERY LLP
Margaret H. Warner (*pro hac vice* pending)
Ryan S. Smethurst (*pro hac vice* pending)
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone:  202.756.8228
Facsimile:  202.756.8087

*Attorneys for Allianz Global Risks US Insurance Company*