## CERTIFICATE OF SERVICE

I, David M. Fournier, hereby certify that on the 31st day of March, 2020 I caused the foregoing *Notice of Appearance and Request for Service of Notices and Papers* to be served upon the following parties by first class mail, postage pre-paid:

| | |
|---|---|
| James F. Conlan<br>Thomas A. Labuda<br>Michael C. Andolina<br>**SIDLEY AUSTIN LLP**<br>One South Dearborn Street<br>Chicago, Illinois 60603 | Jessica C. K. Boelter<br>**SIDLEY AUSTIN LLP**<br>787 Seventh Avenue<br>New York, New York 10019 |
| Derek C. Abbott<br>Andrew R. Remming<br>Joseph C. Barsalona II<br>Eric W. Moats<br>Paige N. Topper<br>**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347 | David L. Buchbinder<br>Hannah Mufson McCollum<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 |

                                                */s/ David M. Fournier*
                                                David M. Fournier (DE No. 2812)

#57563315 v1