**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: : | |
| : | Chapter 11 |
| BOY SCOUTS OF AMERICA AND : | |
| DELAWARE BSA, LLC, : | Case No. 20-10343 (LSS) |
| : | |
| Debtors. : | Jointly Administered |
| : | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF RYAN S. SMETHURST

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Ryan S. Smethurst of McDermott Will & Emery LLP to represent Allianz Global Risks US Insurance Company in the above-captioned cases and any adversary proceeding related thereto.

Date: April 1, 2020  
Wilmington, Delaware

*/s/ Marcy J. McLaughlin Smith*  
Marcy J. McLaughlin Smith (DE No. 6184)  
**PEPPER HAMILTON LLP**  
Hercules Plaza, Suite 5100  
1313 N. Market Street  
Wilmington, Delaware 19801  
Tel: (302) 777-6500  
Email: mclaughm@pepperlaw.com

*Counsel to Allianz Global Risks US Insurance Company*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing, as a member of the Bars of the State of Maryland and the District of Columbia and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Dated: April 1, 2020

*/s/ Ryan S. Smethurst*  
Ryan S. Smethurst  
McDermott Will & Emery LLP  
The McDermott Building  
500 North Capitol Street, NW  
Washington, DC 20001-1531  
Tel: 202.756.8036  
Email: rsmethurst@mwe.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

#57572887 v1