# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | |
| : | Chapter 11 |
| BOY SCOUTS OF AMERICA AND : | |
| DELAWARE BSA, LLC, : | Case No. 20-10343 (LSS) |
| Debtors. : | Jointly Administered |
| : | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF MARGARET H. WARNER

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Margaret H. Warner of McDermott Will & Emery LLP to represent Allianz Global Risks US Insurance Company in the above-captioned cases and any adversary proceeding related thereto.

Date: April 1, 2020          */s/ Marcy J. McLaughlin Smith*
Wilmington, Delaware         Marcy J. McLaughlin Smith (DE No. 6184)
                             **PEPPER HAMILTON LLP**
                             Hercules Plaza, Suite 5100
                             1313 N. Market Street
                             Wilmington, Delaware 19801
                             Tel: (302) 777-6500
                             Email: mclaughm@pepperlaw.com

                             *Counsel to Allianz Global Risks US Insurance Company*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing, as a member of the Bar of the District of Columbia and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Dated: April 1, 2020         */s/ Margaret H. Warner*
                             Margaret H. Warner
                             McDermott Will & Emery LLP
                             The McDermott Building
                             500 North Capitol Street, NW
                             Washington, DC 20001-1531
                             Tel: 202.756.8228
                             Email: mwarner@mwe.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: April 1st, 2020**              **LAURIE SELBER SILVERSTEIN**
**Wilmington, Delaware**                **UNITED STATES BANKRUPTCY JUDGE**

#57573099 v1