# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| BOY SCOUTS OF AMERICA AND | : |
| DELAWARE BSA, LLC, | : Case No. 20-10343 (LSS) |
| Debtors. | : |
| | : Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF MATTHEW S. SOREM

    Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Matthew S. Sorem of Nicolaides Fink Thorpe Michaelides Sullivan LLP to represent Allianz Global Risks US Insurance Company in the above-captioned cases and any adversary proceeding related thereto.

Date: April 1, 2020  
Wilmington, Delaware

    */s/ Marcy J. McLaughlin Smith*  
    Marcy J. McLaughlin Smith (DE No. 6184)  
    **PEPPER HAMILTON LLP**  
    Hercules Plaza, Suite 5100  
    1313 N. Market Street  
    Wilmington, Delaware 19801  
    Tel: (302) 777-6500  
    Email: mclaughm@pepperlaw.com

    *Counsel to Allianz Global Risks US Insurance Company*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

    Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing, as a member of the Bar of the State of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Dated: April 1, 2020

    */s/ Matthew S. Sorem*  
    Matthew S. Sorem  
    Nicolaides Fink Thorpe Michaelides Sullivan LLP  
    10 S. Wacker Dr., 21st Floor  
    Chicago, IL 60606  
    Tel: 312.585.1433  
    Email: msorem@nicolaidesllp.com

## ORDER GRANTING MOTION

    IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: April 1st, 2020**  
**Wilmington, Delaware**

    **LAURIE SELBER SILVERSTEIN**  
    **UNITED STATES BANKRUPTCY JUDGE**

#57572157 v1