**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                     Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>Re:  D.I. 205 |

**NOTICE OF FILING OF REVISED SCHEDULES 2 AND 3 OF DECLARATION OF DEREK C. ABBOTT IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER UNDER 11 U.S.C. §§ 327(a), 328(a), AND 2016-1, AUTHORIZING RETENTION AND EMPLOYMENT OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP AS BANKRUPTCY CO-COUNSEL FOR THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE**

      PLEASE TAKE NOTICE that, on March 17, 2020, the above-captioned debtors and debtors in possession (the "Debtors"), filed the *Debtors' Application for Entry of an Order Under 11 U.S.C. §§ 327(a), 328(a), and 1107(b), Fed. R. Bankr. P. 2014 and 2016, and Del. Bankr. L.R. 2014-1 and 2016-1, Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Bankruptcy Co-Counsel for the Debtors nunc pro tunc to the Petition Date* (the "Application").[2]

      PLEASE TAKE FURTHER NOTICE that attached to the Application as Exhibit B is the *Declaration of Derek C. Abbott in Support of the Debtors' Application for Entry of an Order Under 11 U.S.C. §§ 327(a), 328(a), and 1107(b), Fed. R. Bankr. P. 2014 and 2016, and Del. Bankr. L.R. 2014-1 and 2016-1, Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Bankruptcy Co-Counsel for the Debtors nunc pro tunc to the Petition Date* (the "Abbott Declaration").  Annexed to the Abbott Declaration as Schedule 2 is a list of Potential Parties in Interest and/or affiliates thereof that Morris Nichols currently represents on matters unrelated to these chapter 11 cases ("Schedule 2") and annexed as Schedule 3 is a list of Potential Parties in Interest and/or affiliates thereof that Morris Nichols formerly represented on matters unrelated to these chapter 11 cases ("Schedule 3").

      PLEASE TAKE FURTHER NOTICE that in response to informal comments received from the United States Trustee, Morris Nichols has revised Schedules 2 and 3 to include the category that each disclosed party falls under, consistent with the list of Potential Parties in Interest, annexed to the Abbott Declaration as Schedule 1.  For the avoidance of doubt, Morris Nichols did not add or

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2] All capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Application.

remove any parties from Schedules 2 and 3.  The revised Schedules 2 and 3 are attached hereto as **Exhibit A**.

| | |
|---|---|
| Dated:  April 1, 2020<br>          Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Joseph C. Barsalona II (No. 6102)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Email:  dabbott@mnat.com<br>           aremming@mnat.com<br>           jbarsalona@mnat.com<br>           ptopper@mnat.com<br>           emoats@mnat.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>James F. Conlan (admitted *pro hac vice*)<br>Thomas A. Labuda (admitted *pro hac vice*)<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone:  (312) 853-7000<br>Email:  jconlan@sidley.com<br>           tlabuda@sidley.com<br>           mandolina@sidley.com<br>           wevanoff@sidley.com<br>           mlinder@sidley.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Jessica C. K. Boelter (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone:  (212) 839-5300<br>Email: jboelter@sidley.com<br><br>PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION |