## EXHIBIT A

**Revised Schedules 2 and 3 of Abbott Declaration**

# Schedule 2

Morris Nichols represents the Potential Parties in Interest and/or affiliates thereof identified below on matters unrelated to these chapter 11 cases.

**Insurers**
AIG
Allianz Insurance Company
Berkshire Hathaway Insurance Group

**Significant Contract Counterparties**
Amazon Web Services Inc.
AT&T
United Healthcare

**Credit Card Processors**
American Express
Discover
Paypal, Inc.
Shift4
Stripe (Shopify)
Wells Fargo

**Significant Utility Providers**
AT&T
Waste Management

**Secured Parties**
AT&T
Wells Fargo

**Professionals Representing Certain Parties in Interest**
Ankura Consulting Group, LLC
Berkeley Research Group, LLC

**Banks**
Blackrock
Charles Schwab
Northern Trust
TD Bank
US Bank
Wells Fargo

**Litigation Parties**
Charles Copeland[1]
CMR A/S/O Cox Communication
Ford Motor Co.
United Services Automobile Association
Walgreen Co.

**Current and Former Directors and Officers of the Debtors**
David Clark[2]

**Significant Vendors**
Facebook, Inc.
Lowe's Companies, Inc.
Shutterstock Inc.
Stamps.com
Sysco South Florida Inc.

**Ordinary Course Professionals**
PricewaterhouseCoopers LLP
Wiggin and Dana LLP
Winston & Strawn LLP

---

[1] Morris Nichols is disclosing this potential party in interest out of an abundance of caution; however, Morris Nichols has not confirmed that this individual is the same Charles Copeland listed as a litigation party on Schedule 1.

[2] Morris Nichols is disclosing this potential party in interest out of an abundance of caution; however, Morris Nichols has not confirmed that this individual is the same David Clark listed as a current or former director or officer of the Debtors on Schedule 1.

# Schedule 3

Morris Nichols formerly represented the Potential Parties in Interest and/or affiliates thereof identified below on matters unrelated to these chapter 11 cases.

**Significant Vendors**
American Airlines
Davis Polk & Wardwell LLP
Pacific Life & Annuity Services Inc.
Vista Outdoor Sales LLC

**Banks**
Bank of America
JPMorgan Chase

**Credit Card Processors**
Bank of America
JPMorgan Chase
TSYS/Cayan

**Significant Utility Providers**
Cablevision Systems Corporation
CenterPoint Energy
Duke Energy
Level 3 Communications LLC
Verizon Wireless
Windstream Communications Inc.

**Insurers**
Chubb Executive Risk
W.R. Berkley Group

**Ordinary Course Professionals**
Dentons US LLP
Perkins Coie
Towers Watson Delaware, Inc.
Wilson Elser Moskowitz Edelman & Dicker LLP

**Secured Parties**
JPMorgan Chase

**Significant Contract Counterparties**
Mimeo.com, Inc.
NTT Com Security (US) Inc.
Oracle America Inc.
Verifone

**Significant Donors**
Murray Energy Corporation

**Professionals to be Retained by the Debtors**
Sidley Austin LLP