# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC, <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343-LSS <br><br> Jointly Administered |
| BOY SCOUTS OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> A.A., *et al*.,, <br><br> Defendants. | Adv. Pro. No. 20-50527-LSS |

## NOTICE OF CHANGE OF FIRM AFFILIATION

**PLEASE TAKE NOTICE** that David A. Lebowitz, counsel for Ronald Hernandez Hunter, Plaintiff in *Hunter v. Boy Scouts of America*, No. 20 Civ. 315 (E.D.N.Y.) and a Defendant in the above-referenced adversary proceeding, requests that his contact information in regard to the above-captioned case be updated as follows, to reflect that he now represents Mr. Hunter as a partner at Kaufman Lieb Lebowitz & Frick LLP:

> David A. Lebowitz
> Kaufman Lieb Lebowitz & Frick LLP
> 10 East 40th Street, Suite 3307
> New York, New York 10016
> Telephone: (212) 660-2332
> Email: dlebowitz@kllf-law.com

{00027886. }

Dated: April 2, 2020
      Wilmington, Delaware  **THE ROSNER LAW GROUP LLC**

*/s/ Jason A. Gibson*
Jason A. Gibson (DE No. 6091)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Tel:  (302) 777-1111
Email: gibson@teamrosner.com

    -and-

Debra L. Greenberger (admitted *pro hac vice*)
Emery Celli Brinckerhoff & Abady LLP
600 Fifth Avenue, 10th Floor
New York, NY 10020
Telephone: (212) 763-5000
Email: dgreenberger @ecbalaw.com

    -and-

**KAUFMAN LIEB LEBOWITZ & FRICK LLP**

David A. Lebowitz (admitted *pro hac vice*)
10 East 40th Street, Suite 3307
New York, New York 10016
Tel: (212) 660-2332
Email: dlebowitz@kllflaw.com

*Attorneys for Ronald Hernandez Hunter*

{00027886. }