IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | Joltly Administered |
| Debtors. | Re: D.I. 215 |

**CERTIFICATE OF COUNSEL REGARDING THE DEBTORS' MOTION
FOR ENTRY OF AN ORDER (I) APPROVING PROCEDURES FOR
(A) INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES
OF RETAINED PROFESSIONALS AND (B) EXPENSE REIMBURSEMENT
FOR OFFICIAL COMMITTEE MEMBERS AND (II) GRANTING RELATED RELIEF**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1. On March 17, 2020, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* (D.I. 215) (the "Motion").[2]

1. Pursuant to the notice of Motion, objections or responses to the relief requested in the Motion were to be filed and served no later than March 31, 2020, at 4:00 p.m. (ET).

2. The Debtors received an informal comment to the relief requested in the Motion from the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"). The U.S. Trustee's sole comment was to move the Compensation Procedures that were

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2] Terms used herein but not otherwise defined shall have the meaning ascribed to them in the Motion.

attached to the proposed order as Exhibit 1 into the text of the proposed order. Besides the informal comment from the U.S. Trustee, the Debtors have received no other objection or informal comments to the Motion, and no objection or other responsive pleading to the Motion appears on the Court's docket.

3. The Debtors have revised the form of order granting the relief requested in the Motion (the "Revised Order") to resolve the informal comments of the U.S. Trustee. The Revised Order is attached hereto as **Exhibit A**.

4. For the convenience of the Court and all parties in interest, a blackline comparing the Revised Order against the form of order attached to the Motion is attached hereto as **Exhibit B**.

5. The U.S. Trustee has reviewed the Revised Order and does not object to its entry.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Order substantially in the form attached hereto as **Exhibit A** at its earliest convenience.

| | |
|---|---|
| Dated: April 2, 2020<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Joseph C. Barsalona II (No. 6102)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 425-4664<br>Email: dabbott@mnat.com<br>        aremming@mnat.com<br>        jbarsalona@mnat.com<br>        emoats@mnat.com<br>        ptopper@mnat.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Jessica C. K. Boelter (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-5300<br>Email: jboelter@sidley.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Thomas A. Labuda (admitted *pro hac vice*)<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Email: tlabuda@sidley.com<br>        mandolina@sidley.com<br>        mlinder@sidley.com<br><br>PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION |