**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,¹<br><br>              Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Ref. Docket No. 207 |

**SUPPLEMENTAL DECLARATION OF ANDREW R. EVANS IN SUPPORT
OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING
THE RETENTION AND EMPLOYMENT OF BATES WHITE, LLC AS ABUSE
CLAIMS CONSULTANT AND ADVISOR FOR THE DEBTORS AND DEBTORS
IN POSSESSION, *NUNC PRO TUNC* TO THE PETITION DATE**

Andrew R. Evans, being duly sworn, states the following under penalty of perjury:

1. I am a Partner at Bates White, LLC ("**Bates White**"), which has a principal place of business at 2001 K Street NW, North Building, Suite 500, Washington, DC 20006. I submit this supplemental declaration (this "**Supplemental Declaration**") on behalf of Bates White in support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Bates White, LLC as Abuse Claims Consultant for the Debtors and Debtors in Possession,* Nunc Pro Tunc *to the Petition Date* [Docket No. 207] (the "Application"),² by which the Debtors are seeking to retain Bates White on the terms and conditions set forth in the Application and the engagement letter between the Debtors, Sidley Austin, and Bates White attached to the Application as **Exhibit B** (the "Engagement Letter").

2. Except as otherwise noted, the facts set forth in this Supplemental Declaration are based upon my personal knowledge, information and belief, or client matter records kept in the

---

¹ The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

² Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

ordinary course of business that were reviewed by me or other employees of Bates White under my supervision and direction. If called and sworn as a witness, I could and would testify competently to the facts set forth herein. To the extent that any additional information disclosed herein requires amendment or modification upon Bates White's receipt of additional information or as additional creditor information becomes available, a further supplemental declaration will be submitted to the Court.

3. In connection with the Application, I submitted an initial declaration (the "**Initial Declaration**") describing Bates White's connections to the Debtors and other Potential Parties in Interest. The Initial Declaration was appended to the Application as Exhibit C. As stated in the Initial Declaration, Bates White undertook a detailed, good faith search to determine and to disclose whether it provided or currently provides consulting services to Potential Parties in Interest. To the extent that this inquiry has revealed that Bates White provided or currently provides consulting services to any Potential Parties in Interest, these parties were identified on the Schedule 2 to the Initial Declaration. As stated in the Initial Declaration, none of Bates White's services to any Potential Parties in Interest were or are related to the Debtors or the chapter 11 cases.

4. Bates White files this Supplemental Declaration to clarify that Bates White is providing consulting services, or has provided consulting services, to the Office of the Attorney General for each of the following states: Alabama, Alaska, Connecticut, Delaware, Georgia, Maine, Maryland, Massachusetts, Minnesota, New Hampshire, Ohio, Oregon, Pennsylvania, Tennessee, and Virginia.

I declare under penalty of perjury that, after reasonable inquiry, the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  April 6, 2020
       Washington, DC

/s/ Andrew R. Evans
Andrew R. Evans
Partner
BATES WHITE, LLC