**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **Re: 207 & 342** |

**CERTIFICATE OF COUNSEL REGARDING THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF BATES WHITE, LLC AS ABUSE CLAIMS CONSULTANT FOR THE DEBTORS AND DEBTORS IN POSSESSION, *NUNC PRO TUNC* TO THE PETITION DATE**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1. On March 17, 2020, the Debtors filed the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Bates White, LLC as Abuse Claims Consultant for the Debtors and Debtors in Possession,* Nunc Pro Tunc *to the Petition Date* (D.I. 207) (the "Application").

2. Pursuant to the notice of Application, objections or responses to the relief requested in the Application were to be filed and served no later than March 31, 2020, at 4:00 p.m. (ET). The deadline was extended to April 7, 2020, at 4:00 p.m. (ET) for the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee").

3. The Debtors received informal comments to the relief requested in the Application from the U.S. Trustee. Besides the informal comments from the U.S. Trustee, the

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

Debtors have received no other objection or informal comments to the Application, and no objection or other responsive pleading to the Application appears on the Court's docket.

4.      On April 6, 2020, the Debtors filed the *Supplemental Declaration of Andrew R. Evans in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Bates White, LLC as Abuse Claims Consultant, and Advisor for the Debtors and Debtors in Possession,* Nunc Pro Tunc *to the Petition Date* (D.I. 342) (the "Supplemental Declaration").

5.      To resolve the informal comments of the U.S. Trustee, the Debtors (i) filed the Supplemental Declaration and (ii) revised the form of order granting the relief requested in the Application (the "Revised Order").  The Revised Order is attached hereto as **Exhibit A**.

6.      For the convenience of the Court and all parties in interest, a blackline comparing the Revised Order against the form of order attached to the Application is attached hereto as **Exhibit B**.

7.      The U.S. Trustee has reviewed the Revised Order and does not object to its entry.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Order substantially in the form attached hereto as **Exhibit A** at its earliest convenience.

Dated:  April 6, 2020
        Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Eric W. Moats*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Joseph C. Barsalona II (No. 6102)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Facsimile:   (302) 425-4664
Email:  dabbott@mnat.com
        aremming@mnat.com
        jbarsalona@mnat.com
        emoats@mnat.com
        ptopper@mnat.com

– and –

SIDLEY AUSTIN LLP
Jessica C. K. Boelter (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 839-5300
Email:  jboelter@sidley.com

– and –

SIDLEY AUSTIN LLP
Thomas A. Labuda (admitted *pro hac vice*)
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Email:  tlabuda@sidley.com
        mandolina@sidley.com
        mlinder@sidley.com

CO-COUNSEL AND PROPOSED COUNSEL TO
THE DEBTORS AND DEBTORS IN POSSESSION