# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**RE:  209** |

**CERTIFICATE OF COUNSEL REGARDING THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF OMNI AGENT SOLUTIONS AS ADMINISTRATIVE AGENT FOR THE DEBTORS AND DEBTORS IN POSSESSION, _NUNC PRO TUNC_ TO THE PETITION DATE**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1. On March 17, 2020, the Debtors filed the _Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Omni Agent Solutions as Administrative Agent for the Debtors and Debtors in Possession,_ Nunc Pro Tunc _to the Petition Date_ (D.I. 209) (the "Application").

2. Pursuant to the notice of Application, objections or responses to the relief requested in the Application were to be filed and served no later than March 31, 2020, at 4:00 p.m. (ET).  The objection deadline was extended for the United States Trustee for the District of Delaware (the "U.S. Trustee") and the Official Committee of Tort Claimants (the "TCC").

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

3. The Debtors received informal comments to the relief requested in the Application from the U.S. Trustee and the TCC. Besides the informal comments from the U.S. Trustee and the TCC, the Debtors have received no other objection or informal comments to the Application, and no objection or other responsive pleading to the Application appears on the Court's docket.

4. The Debtors have revised the form of order granting the relief requested in the Application (the "Revised Order") to resolve the informal comments of the U.S. Trustee and the TCC. The Revised Order is attached hereto as **Exhibit A**.

5. For the convenience of the Court and all parties in interest, a blackline comparing the Revised Order against the form of order attached to the Application is attached hereto as **Exhibit B**.

6. The U.S. Trustee and the TCC have reviewed the Revised Order and do not object to its entry.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Order substantially in the form attached hereto as **Exhibit A** at its earliest convenience.

*(Remainder of Page Intentionally Left Blank)*

| | |
|---|---|
| Dated: April 6, 2020<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Eric W. Moats*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Joseph C. Barsalona II (No. 6102)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 425-4664<br>Email: dabbott@mnat.com<br>        aremming@mnat.com<br>        jbarsalona@mnat.com<br>        emoats@mnat.com<br>        ptopper@mnat.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Jessica C. K. Boelter (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-5300<br>Email: jboelter@sidley.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Thomas A. Labuda (admitted *pro hac vice*)<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Email: tlabuda@sidley.com<br>        mandolina@sidley.com<br>        mlinder@sidley.com<br><br>CO-COUNSEL AND PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION |