# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:                                                                    Chapter 11

BOY SCOUTS OF AMERICA                              Case No. 20-10343 (LSS)
AND DELAWARE BSA, LLC,                             Jointly Administered

                  Debtors.

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April, 2020, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of the:

**PEARSON EDUCATION, INC.'S (A) LIMITED OBJECTION TO DEBTORS' MOTION FOR AN ORDER (I) AUTHORIZING THE DEBTORS TO REJECT PROFESSIONAL SERVICES AGREEMENT WITH PEARSON EDUCATION, INC. AND (II) GRANTING RELATED RELIEF AND (B) CROSS-MOTION FOR AN ORDER GRANTING AN ADMINISTRATIVE CLAIM FOR POST-PETITION SERVICES PROVIDED**

upon the parties that are registered to receive notice via the Court's CM/ECF notification system, and additional service was completed via e-mail on the parties list below.

                                                      */s/ Jeffrey R. Waxman*
                                                      Jeffrey R. Waxman (Bar No. 4159)

11619009/1

Derek C. Abbott, Esq.
Joseph Charles Barsalona II, Esq.
Eric Moats, Esq.
Andrew R. Remming, Esq.
Paige Noelle Topper, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
Email: dabbott@mnat.com
Email: jbarsalona@mnat.com
Email: emoats@mnat.com
Email: aremming@mnat.com
Email: ptopper@mnat.com
*Counsel for Debtors*

Kurt F. Gwynne, Esq.
Katelin Ann Morales, Esq.
Reed Smith LLP
1201 Market Street
15th Floor
Wilmington, DE 19801
Email: kgwynne@reedsmith.com
Email: kmorales@reedsmith.com
*Counsel for the Official Committee of Unsecured Creditors*

James I. Stang, Esq.
Robert B. Orgel, Esq.
James E. O'Neill, Esq.
John W. Lucas, Esq.
Ilan D. Scharf, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19801
Email: jstang@pszjlaw.com
Email: rorgel@pszjlaw.com
Email: joneill@pszjlaw.com
Email: jlucas@pszjlaw.com
Email: ischarf@pszjlaw.com
*Proposed Counsel for the Tort Claimants' Committee*

Michael Christian Andolina, Esq.
Karim Basaria, Esq.
Matthew Evan Linder, Esq.
Blair M. Warner, Esq.
Sidley Austin
1 South Dearborn Street
Chicago, IL 60603
Email: mandolina@sidley.com
Email: kbasaria@sidley.com
Email: mlinder@sidley.com
Email: blair.warner@sidley.com
*Counsel for Debtors*

Jessica C. Boelter, Esq.
James F Conlan, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Email: jboelter@sidley.com
Email: jconlan@sidley.com
*Counsel for Debtors*

David E. Blabey, Jr., Esq.
Thomas Moers Mayer, Esq.
Rachael Ringer, Esq.
Jennifer R Sharret, Esq.
Kramer, Levin, Nafkalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Email: dblabey@kramerlevin.com
Email: tmayer@kramerlevin.com
Email: rringer@kramerlevin.com
Email: jsharret@kramerlevin.com
*Counsel for the Official Committee of Unsecured Creditors*

Louis Strubeck, Esq.
Kristian Gluck, Esq.
Ryan Manns, Esq.
Norton Rose Fulbright US LLP
2200 Ross Ave, Suite 3600
Dallas, TX 75201-7932
Email: louis.strubeck@nortonrosefulbright.com
Email: kristian.gluck@nortonrosefulbright.com
Email: ryan.manns@nortonrosefulbright.com
*Counsel to JPMorgan Chase Bank, NA*

Matthew Ward, Esq.
Morgan Patterson, Esq.
Womble Bond Dickinson (US) LLP
1313 N Market Street, Suite 1200
Wilmington, DE 19801
Email: matthew.ward@wbd-us.com
Email: morgan.patterson@wbd-us.com
*Counsel to JPMorgan Chase Bank, NA*

Richard Mason, Esq.
Douglas Mayer, Esq.
Joseph C. Celentino, Esq.
Wachtell, Lipton, Rosen & Katz
51 W 52nd Street
New York, NY 10019
Email: rgmason@wlrk.com
Email: dkmayer@wlrk.com
Email: jcccelentino@wlrk.com
*Counsel to Ad Hoc Committee of Local Councils of the Boy Scouts of America*

David L. Buchbinder
Hannah Mufson McCollum
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Email: david.l.buchbinder@usdoj.gov
Email: hannah.mccollum@usdoj.gov

John Stump, Esq.
Steptoe & Johnson PLLC
Chase Tower - Eighth Floor
707 Virginia Street E.
Charleston, WV 25301
Email: john.stump@steptoe-johnson.com
*Counsel to The County Commission Of Fayette County*

Edwin J. Harron, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Email: eharron@ycst.com
*Proposed Counsel to the Proposed Future Claimants' Representative*