**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | (Jointly Administered) |
| Debtors. | **Re: D.I. 6 & 64** |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION FOR ENTRY**
**OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE PAYMENT OF**
**CERTAIN TAXES AND (II) GRANTING RELATED RELIEF**

The undersigned counsel to the above-captioned debtors and debtors in possession

(the "Debtors") hereby certifies as follows:

1.       On February 18, 2020, the Debtors filed the *Debtors' Motion for Entry of*

*Interim and Final Orders (I) Authorizing the Payment of Certain Taxes and (II) Granting Related*

*Relief* [D.I. 6] (the "Motion").

2.       On February 19, 2020, the Court entered the *Interim Order (I) Authorizing the*

*Payment of Certain Taxes and (II) Granting Related Relief* [D.I. 64].

3.       Pursuant to the notice of hearing regarding the Motion, the deadline to file

objections or responses to the relief requested in the Motion was March 17, 2020, at 4:00 p.m. (ET)

and was extended to March 19, 2020, at 12:00 p.m. (ET) for the Official Committee of Unsecured

Creditors and the Committee of Tort Claimants (the "Objection Deadline").

4.       Prior to the Objection Deadline, the Debtors received informal comments to

the Motion from the Official Committee of Unsecured Creditors and the Committee of Tort

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax
identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC
(4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Claimants (the "Objecting Parties").  Besides the informal comments from the Objecting Parties, the Debtors have received no other objection, response, or comments, and no objection or other responsive pleading to the Motion appears on the Court's docket.

5.      The Debtors resolved the informal comments of the Objecting Parties through revisions to the proposed form of order granting the relief requested in the Motion on a final basis.

6.      On March 24, 2020, the Court held a hearing (the "Hearing") and raised certain concerns with the proposed form of order.

7.      Following the Hearing, the Debtors and the Objecting Parties negotiated further revised language to the proposed form of order that the parties believe addressed the Court's concerns raised at the Hearing and filed a revised proposed form of order under certification of counsel [D.I. 307] (the "Revised Proposed Final Order").

8.      On March 31, 2020, the Court indicated that it would not enter the Revised Proposed Final Order and requested that the parties either re-submit the order without paragraph 9 therein, or reschedule the matter for a hearing.

9.      The Debtors and the Objecting Parties conferred and agreed to remove paragraph 9 from the Revised Proposed Final Order.

10.     Accordingly, attached hereto as **Exhibit A** is a further revised proposed form of order granting the relief requested in the Motion on a final basis (the "Further Revised Proposed Final Order").

11.     For the convenience of the Court and all parties in interest, a blackline comparing the Further Revised Proposed Final Order to the Revised Proposed Final Order is attached hereto as **Exhibit B**.

12.     The Objecting Parties and the U.S. Trustee have reviewed the Further Revised Proposed Final Order and do not object to its entry.

WHEREFORE, the Debtors respectfully request that the Court enter the Further Revised Proposed Final Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

*(Remainder of Page Intentionally Left Blank)*

Dated:  April 7, 2020
      Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Eric W. Moats*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Joseph C. Barsalona II (No. 6102)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4664
Email:  dabbott@mnat.com
      aremming@mnat.com
      jbarsalona@mnat.com
      emoats@mnat.com
      ptopper@mnat.com

– and –

SIDLEY AUSTIN LLP
Jessica C. K. Boelter (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 839-5300
Email:  jboelter@sidley.com

– and –

SIDLEY AUSTIN LLP
Thomas A. Labuda (admitted *pro hac vice*)
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Email:  tlabuda@sidley.com
      mandolina@sidley.com
      mlinder@sidley.com


CO-COUNSEL AND PROPOSED COUNSEL TO
THE DEBTORS AND DEBTORS IN POSSESSION