**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) (Jointly Administered) |
| Debtors. | **Re: Docket Nos. 155, 157, 320, 321, 322** |

**LIMITED JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS TO THE DEBTORS' OBJECTION TO GIRL SCOUTS OF THE UNITED
STATES OF AMERICA'S MOTION FOR RELIEF FROM THE AUTOMATIC
STAY TO RESUME TRADEMARK ACTION**

The Official Committee of Unsecured Creditors (the "Creditors' Committee") submits this limited joinder to the *Debtors' Objection to Girl Scouts of the United States of America's Motion for Relief from the Automatic Stay to Resume Trademark Action* [Docket No. 320] (the "Debtors' Objection"),[2] and states as follows:

**BACKGROUND**

1.      On February 18, 2020 (the "Petition Date"), the Boy Scouts of America and Delaware BSA, LLC (collectively, the "Debtors") each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (the "Cases") in the United States Bankruptcy Court for the District of Delaware (the "Court").  Pursuant to §§ 1107(a) and 1108 of title 11 of the United States Code (the "Bankruptcy Code"), the Debtors continue to operate as debtors in possession.

2.      No trustee or examiner has been appointed in the Cases.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] The Girl Scouts of the United States of America is a member of the Creditors' Committee, and did not participate in the Creditors' Committee's decision to file this pleading.

3.      On March 5, 2020, the Office of the United States Trustee for the District of Delaware appointed the Creditors' Committee.  *See* Docket No. 141.[3]

4.      On March 10, 2020, the Girls Scouts of the United States of America (the "Girl Scouts") filed its *Motion for Relief from the Automatic Stay to Resume Trademark Action* [Docket No. 155] (the "Motion") and *Brief in Support of the Motion* [Docket No. 157] (the "Girl Scouts Brief").[4]  By the Motion, the Girl Scouts seek relief from the automatic stay to continue litigating the Trademark Action pending in the United Stated District Court for the Southern District of New York to (1) adjudicate the Girl Scouts' request for Post-petition Injunctive Relief; (2) liquidate the Post-Petition Damages Claim; and (3) liquidate the Pre-Petition Damages Claim.

5.      On March 31, 2020, the Debtors filed the Debtors' Objection asserting, among other things, that lifting the automatic stay to allow litigation of the Trademark Action would be "significantly prejudic[ial] . . . because precious managerial, financial, legal, and other resources would be diverted away from the restructuring efforts."  Debtors' Objection, ¶ 2.  The Debtors also note that the current COVID-19 pandemic has caused the Debtors to furlough a significant portion of its workforce, placing an additional burden on the Debtors' resources and remaining employees.  *Id.* ¶ 25, fn. 14.

## LIMITED JOINDER

6.      The Creditors' Committee joins in the Debtors' Objection to the extent the Court finds that continuation of the Trademark Action would impose a significant burden on the

---

[3] The Creditors' Committee subsequently selected Kramer Levin Naftalis & Frankel LLP, as proposed lead counsel to the Creditors' Committee, and Reed Smith LLP, as proposed Delaware counsel for the Creditors' Committee, pursuant to Sections 328(a) and 1103(a) of the Bankruptcy Code.

[4] Capitalized terms not otherwise defined in this Limited Joinder shall have the meaning ascribed to them in the Girl Scouts Brief.

Debtors' estates, and would negatively impact the Debtors' efforts to reorganize.  Such a burden

or distraction would not be in the best interests of the estates.  As this Court is aware, and

consistent with its fiduciary duties, the Creditors' Committee is conducting diligence and

informal discovery in furtherance of its ongoing investigations.  The Debtors must remain

focused on these Chapter 11 Cases and producing documents responsive to the Creditors'

Committee's diligence and discovery requests, thus enabling these Cases to reach an efficient,

effective resolution that benefits all stakeholders.

       7.      However, to the extent that denying the Motion and deferring a determination on

the Post-Petition Injunctive Relief would give rise to—and/or potentially increase—alleged Post-

Petition Damages Claims, if it is subsequently determined that the Debtors are infringing the Girl

Scouts' trademarks, *see* Girl Scouts Brief, p. 20 ("the Boy Scouts' infringing conduct is ongoing

and continuous"), such claims could potentially be detrimental to unsecured creditors'

recoveries.  In addition, resolution of the alleged infringement issue might have some bearing on

the reasonableness of the Debtors' business projections for purposes of future plan confirmation.

Such factors must be balanced against the harm to the Debtors' estates.

       8.      Accordingly, if the Court determines that the burden on the Debtors' estates does

not outweigh the potential harm to unsecured creditors of allegedly accruing Post-Petition

Damages Claims and any need to resolve the alleged infringement issue for purposes of plan

confirmation, the Creditors' Committee does not object to lifting the automatic stay to permit the

Trademark Action to proceed for the limited purpose of adjudicating the Post-Petition Injunctive

Relief regarding the Debtors' alleged infringement of the Girl Scouts' trademarks.

WHEREFORE, the Creditors' Committee requests that the Court enter an Order on the

Motion consistent with the foregoing.

Dated:  April 7, 2020                                    Respectfully submitted,
 Wilmington, Delaware

                                                        **REED SMITH LLP**

                                              By: */s/ Kurt F. Gwynne*
                                                        Kurt F. Gwynne (No. 3951)
                                                        Katelin A Morales (No. 6683)
                                                        1201 Market Street, Suite 1500
                                                        Wilmington, DE 19801
                                                        Telephone: (302) 778-7500
                                                        Facsimile: (302) 778-7575
                                                        E-mail: kgwynne@reedsmith.com
                                                        E-mail:  kmorales@reedsmith.com

                                                                -and-

                                                        Thomas Moers Mayer, Esquire
                                                        Rachael Ringer, Esquire
                                                        David E. Blabey, Jr., Esquire
                                                        Jennifer R. Sharret, Esquire
                                                        Megan M. Wasson, Esquire
                                                        KRAMER LEVIN NAFTALIS
                                                          & FRANKEL LLP
                                                        1177 Avenue of the Americas
                                                        New York, NY 10036
                                                        Telephone: (212) 715-9100
                                                        Facsimile: (212) 715-8000
                                                        E-mail: tmayer@kramerlevin.com
                                                        E-mail: rringer@kramerlevin.com
                                                        E-mail: dblabey@kramerlevin.com
                                                        E-mail: jsharret@kramerlevin.com
                                                        E-mail: mwasson@kramerlevin.com

                                                        *Proposed Counsel to the Official Committee*
                                                        *of Unsecured Creditors*