# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, John B. Lord, an employee of Reed Smith LLP, do hereby certify that, on this 7th day of April 2020, a true and correct copy of the **LIMITED JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE DEBTORS' OBJECTION TO GIRL SCOUTS OF AMERICA'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO RESUME TRADEMARK ACTION** was electronically filed via the Court's CM/ECF system and thereby served on those parties having registered to receive electronic notice in the above-captioned cases; and also was served separately on the parties listed below in the manners indicated.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**VIA E-MAIL**
David L. Buchbinder
Hannah Mufson McCollum
OFFICE OF THE UNITED
 STATES TRUSTEE
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
E-mail: david.l.buchbinder@usdoj.gov
E-mail: hannah.mccollum@usdoj.gov

**VIA E-MAIL**
Derek C. Abbott
Andrew R. Remming
Joseph C. Barsalona II
Eric W. Moats
Paige N. Topper
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
E-mail: dabbott@mnat.com
E-mail: aremming@mnat.com
E-mail: jbaralona@mnat.com
E-mail: emoats@mnat.com
E-mail: ptopper@mnat.com

**VIA E-MAIL**
Jessica C. K. Boelter
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
E-mail: jboelter@sidley.com

**VIA E-MAIL**
Thomas A. Labuda
Michael C. Andolina
Karim Basaria
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
E-mail: tlabuda@sidley.com
E-mail: mandolina@sidley.com
E-mail: kbasaria@sidley.com

**VIA E-MAIL**
Eric Lopez Schnabel
Alessandra Glorioso
DORSEY & WHITNEY
 (DELAWARE) LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
E-mail: schnabel.eric@dorsey.com
E-mail: glorioso.alessandra@dorsey.com

**VIA E-MAIL**
Bruce R. Ewing
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019
E-mail: ewing.bruce@dorsey.com

- 3 -

**VIA E-MAIL**
James I. Stang
Robert B. Orgel
James E. O'Neill
John W. Lucas
Ilan D. Scharf
PACHULSKI STANG ZIEHL
  & JONES LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
E-mail: jstang@pszjlaw.com
E-mail: rorgel@pszjlaw.com
E-mail: joneill@pszjlaw.com
E-mail: jlucas@pszjlaw.com
E-mail: ischarf@pszjlaw.com

By:   */s/ John B. Lord*
     John B. Lord
     Bankruptcy Paralegal
     **REED SMITH LLP**
     1201 N. Market St., Suite 1500
     Wilmington, DE 19801