**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **RE:  223** |

**CERTIFICATION OF COUNSEL REGARDING THE DEBTORS' MOTION FOR
ENTRY OF AN ORDER APPOINTING JAMES L. PATTON, JR., AS LEGAL
REPRESENTATIVE FOR FUTURE CLAIMANTS, *NUNC PRO TUNC*
TO THE PETITION DATE**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1. On March 17, 2020, the Debtors filed the *Debtors' Motion for Entry of an Order Appointing James L. Patton, Jr., as Legal Representative for Future Claimants,* Nunc Pro Tunc *to the Petition Date* (as refiled on March 18, D.I. 223) (the "Motion").[2]

2. Pursuant to the notice of Motion, objections or responses to the relief requested in the Motion were to be filed and served no later than March 31, 2020, at 4:00 p.m. (EST).

3. The Debtors received informal comments to the relief requested in the Motion from the official committee of tort claimants appointed in these chapter 11 cases (the "Tort Claimants' Committee").  Besides the informal comments from the Tort Claimants' Committee, the Debtors have received no other objection or informal comments to the Motion, and no objection or other responsive pleading to the Motion appears on the Court's docket.

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

4.      The Debtors have revised the form of order granting the relief requested in the Motion (the "Revised Order") to resolve the informal comments of the Tort Claimants' Committee. The Revised Order is attached hereto as **Exhibit A**.  Specifically, the Tort Claimants' Committee requested a modification to narrow the scope of "Future Claimants" to be represented by the Future Claimants Representative, and the agreed-upon definition of "Future Claimants" is incorporated in the Revised Order.

5.      For the convenience of the Court and all parties in interest, a blackline comparing the Revised Order against the form of order attached to the Motion is attached hereto as **Exhibit B**.

6.      The Tort Claimants' Committee and the United States Trustee for the District of Delaware have reviewed the Revised Order and do not object to its entry.

[*Remainder of Page Intentionally Left Blank*]

WHEREFORE, the Debtors respectfully request that the Court enter the Revised

Order substantially in the form attached hereto as <u>Exhibit A</u> at its earliest convenience.

Dated:  April 8, 2020
      Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/  Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Joseph C. Barsalona II (No. 6102)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4664
Email:  dabbott@mnat.com
       aremming@mnat.com
       jbarsalona@mnat.com
       emoats@mnat.com
       ptopper@mnat.com

– and –

SIDLEY AUSTIN LLP
Jessica C. K. Boelter (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 839-5300
Email:  jboelter@sidley.com

– and –

SIDLEY AUSTIN LLP
Thomas A. Labuda (admitted *pro hac vice*)
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Email:  tlabuda@sidley.com
       mandolina@sidley.com
       mlinder@sidley.com

CO-COUNSEL AND PROPOSED COUNSEL TO
THE DEBTORS AND DEBTORS IN POSSESSION

3