# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | Jointly Administered |
| Debtors. | RE: 13 |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTORS TO (A) CONTINUE USING EXISTING CASH MANAGEMENT SYSTEM, INCLUDING EXISTING BANK ACCOUNTS, (B) HONOR CERTAIN PREPETITION OBLIGATIONS RELATED THERETO, AND (C) MAINTAIN EXISTING BUSINESS FORMS, (II) WAIVING THE REQUIREMENTS OF 11 U.S.C. § 345(B), AND (III) GRANTING RELATED RELIEF**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1. On February 18, 2020, the Debtors filed the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue Using Existing Cash Management System, Including Existing Bank Accounts, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Existing Business Forms, (II) Waiving the Requirements of 11 U.S.C. § 345(b), and (III) Granting Related Relief* (D.I. 13) (the "Motion").

2. On February 20, 2020, the court entered the *Interim Order (I) Authorizing Debtors to (A) Continue Using Existing Cash Management System, Including Existing Bank Accounts, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Existing*

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

*Business Forms, (II) Waiving the Requirements of 11 U.S.C. § 345(b), and (III) Granting Related Relief* (D.I. 83) (the "Interim Order").

3. Pursuant to the notice of Motion, objections or responses to the relief requested in the Motion were to be filed and served no later than March 17, 2020, at 4:00 p.m. (ET) (the "Objection Deadline"). The Objection Deadline was extended to April 1, 2020, at 4:00 p.m. (ET) for JPMorgan Chase Bank, National Association ("JPMorgan") and extended to April 7, 2020, at 12:00 p.m. (ET) for the Committee of Unsecured Trade Creditors (the "UCC"), the Committee of Tort Claimants (the "TCC"), and the Future Claimants' Representative (the "FCR").

4. The Debtors received informal comments to the relief requested in the Motion from the U.S. Trustee, JPMorgan, the UCC, the TCC, and the FCR. Besides the informal comments, the Debtors have received no other objection or informal comments to the Motion, and no objection or other responsive pleading to the Motion appears on the Court's docket.

5. The Debtors have revised the form of order granting the relief requested in the Motion (the "Revised Order") to resolve the informal comments of the U.S. Trustee, JPMorgan, the UCC, the TCC, and the FCR. The Revised Order is attached hereto as **Exhibit A**.

6. For the convenience of the Court and all parties in interest, a blackline comparing the Revised Order against the form of order attached to the Motion is attached hereto as **Exhibit B**.

7. The U.S. Trustee, JPMorgan, the UCC, the TCC, and the FCR have reviewed the Revised Order and do not object to its entry.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Order substantially in the form attached hereto as **Exhibit A** at its earliest convenience.

Dated: April 8, 2020
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Eric W. Moats*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Joseph C. Barsalona II (No. 6102)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4664
Email: dabbott@mnat.com
aremming@mnat.com
jbarsalona@mnat.com
emoats@mnat.com
ptopper@mnat.com

– and –

SIDLEY AUSTIN LLP
Jessica C. K. Boelter (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Email: jboelter@sidley.com

– and –

SIDLEY AUSTIN LLP
Thomas A. Labuda (admitted *pro hac vice*)
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Email: tlabuda@sidley.com
mandolina@sidley.com
mlinder@sidley.com

CO-COUNSEL AND PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION