IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**JOINDER OF HARTFORD ACCIDENT AND INDEMNITY COMPANY, FIRST STATE INSURANCE COMPANY AND TWIN CITY FIRE INSURANCE COMPANY IN CENTURY'S LIMITED OBJECTION TO THE OFFICIAL TORT CLAIMANTS' COMMITTEE'S MOTION FOR AN ORDER CLARIFYING THE REQUIREMENTS TO PROVIDE ACCESS TO CONFIDENTIAL OR PRIVILEGED INFORMATION**

Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company (collectively, "Hartford") join in Century's limited objection [ECF No. 368] to the Official Tort Claimants' Committee's ("TCC") Motion For an Order Clarifying the Requirements to Provide Access to Confidential or Privileged Information [ECF No. 332] (the "Motion").

Hartford does not interpret the TCC's Motion as seeking any ruling as to whether the Debtors are permitted to share particular, confidential and/or privileged information with the TCC, its members or their counsel.  Nor does it appear that the Motion is seeking any ruling on whether attempts by Debtors to share any such information is consistent with their obligations under any insurance policies that they contend provide coverage.  Nonetheless, out of an abundance of caution, Hartford joins in Century's objection to any protective order that permits Debtors to disclose to the TCC any privileged documents or information relating to the defense

1

of the tort claims asserted against BSA or that otherwise constitutes common interest material. Debtors and the TCC should clarify the documents that they expect to be exchange, particularly those that relate to the defense of the tort claims against BSA (and/or the local councils), and Hartford, like Century, should be involved in the negotiation of any protective order that will govern the sharing of such information.

Date:  April 8, 2020

Respectfully submitted,

/s/ Eric S. Goldstein
Eric S. Goldstein (*pro hac vice* forthcoming)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
Tel: (860) 251-5000
Fax: (860) 251-5099

Joshua D. Weinberg (*pro hac vice* forthcoming)
Abigail W. Williams (*pro hac vice* forthcoming)
Shipman & Goodwin LLP
1875 K Street, NW, Suite 600
Washington, DC 20003
Tel: (202) 469-7750
Fax:  (202) 469-7751

*Attorneys for First State Insurance Company, Hartford Accident and Indemnity Company and Twin City Fire Insurance Company*