# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC[1] | : | Case No. 20-10343 (LSS) |
| | : | (Jointly Administered) |
| Debtors | : | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR ALL NOTICES AND PLEADINGS

Please enter my appearance as attorney for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Ace Insurance Group Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company, parties-in interest in the above-captioned matter.

Dated at Wilmington, DE, this 8th day of April 2020.

By: /s/ Richard C. Weinblatt
Richard C. Weinblatt (#5080)
Stamoulis & Weinblatt LLC
800 N. West Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 999-1540
weinblatt@swdelaw.com

*Counsel for Century Imdemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Ace Insurance Group Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

OMM_US:77553177.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2020, a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by First Class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Richard C. Weinblatt
Richard C. Weinblatt

OMM_US:77553177.1