# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
|  | Jointly Administered |
| Debtors. |  |

## SCHEDULES OF ASSETS AND LIABILITIES FOR
## BOY SCOUTS OF AMERICA (CASE NO. 20-10343)

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## GLOBAL NOTES, METHODOLOGY, AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### Introduction

The Boy Scouts of America (the "BSA") and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors"), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for the District of Delaware (the "Court"), pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") and rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These global notes, methodology, and specific disclosures regarding the Debtors' Schedules and Statements (these "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of each of the Schedules and Statements. These Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.[1]

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and

---

[1] These Global Notes supplement and are in addition to any specific notes contained in each Debtor's Schedules or Statements. The fact that the Debtors have prepared a Global Note with respect to an individual Debtor's Schedules and Statements and not those of another Debtor should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to the Debtors' other Schedules and Statements, as applicable. Disclosure of information in one Schedule, one Statement, or an exhibit or attachment to a Schedule or Statement, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or attachment.

potential adjustment and reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

The Debtors and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein or in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. Although reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised or re-categorized. In no event shall the Debtors or their agents, attorneys and financial advisors be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, without limitation, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or their board members, officers, agents, attorneys and financial advisors are advised of the possibility of such damages.

Michael Ashline, in his capacity as the Chief Financial Officer of the Debtors, has signed each of the Schedules and Statements. Mr. Ashline is an authorized signatory for the Debtors. In reviewing and signing the Schedules and Statements, Mr. Ashline necessarily has relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors. Mr. Ashline has not (nor could have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

## Global Notes and Overview of Methodology

1.  **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation: the right to amend the Schedules and Statements with respect to a claim (each, a "Claim") description, designation, or the Debtor against which the Claim is asserted; to dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status or classification; to subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or to object to the extent, validity, enforceability, priority or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" shall not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim shall not constitute an admission of liability by the Debtor against which the Claim is listed or against either of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable

subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. No specific reservation of rights contained elsewhere in these Global Notes shall limit in any respect the general reservation of rights contained in this paragraph.

2.   **Description of Cases and "As Of" Information Date**. On February 18, 2020 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief with the Court under chapter 11 of the Bankruptcy Code. The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b) [Docket No. 61]. The Debtors continue to operate their organization and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

On March 5, 2020, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "UCC") and an official committee of tort claimants (the "Tort Claimants' Committee") pursuant to section 1102 of the Bankruptcy Code [Docket Nos. 141, 142]. No party has requested the appointment of a trustee or examiner in these chapter 11 cases.

The asset and liability information provided in the Schedules represents the asset and liability data of the Debtors as of the Petition Date, except as otherwise noted.

3.   **Identified Property**. Details with respect to the Debtors' Identified Property (as defined in the Identified Property Motion, defined below) are provided in the *Debtors' Motion for Entry of an Order (I) Scheduling Certain Deadlines in Connection with Potential Disputes Regarding the Debtors' Identified Property and (II) Granting Related Relief* [Docket No. 19] (the "Identified Property Motion"). Because the official forms of the Schedules do not distinguish whether property may be subject to enforceable restrictions under applicable law and/or may be otherwise unavailable to satisfy creditor claims, the Debtors have endeavored in these Global Notes and accompanying Statements to highlight Identified Property wherever possible to provide creditors with more accurate information as to the assets potentially available to satisfy their claims. The Debtors determined the best way to capture the Identified Property, while at the same time providing meaningful disclosure, is to report Identified Property in response to question 21 of the Statements as assets held for another. While some of the Identified Property is not "held for another" strictly speaking (e.g., as in a formal trust structure), the Debtors believe reporting Identified Property on the Statement, rather than on Schedule A/B, is more appropriate given that the inclusion of such property on Schedule A/B may result in a significant overstatement of assets available for distribution to creditors. While the Debtors and their professionals have used their best efforts in good faith to bifurcate Identified Property in these disclosures, the review of the Debtors' records is ongoing and may reveal additional restrictions. Accordingly, failure to identify particular assets as restricted in these Global Notes, Statements or Schedules does not constitute an admission by the Debtors that such assets are available to satisfy creditor claims.

4.   **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all

of their assets.  Accordingly, unless otherwise indicated, the Schedules and Statements reflect net book values as of the Petition Date.  Because the book values of certain assets, including, without limitation, artwork, patents, trademarks and copyrights, may materially differ from the fair market values of such assets, the Debtors have listed certain assets with undetermined values.  In addition, certain assets may not appear in the Schedules and Statements because the Debtors have depreciated the entire book value of such assets or otherwise expensed such assets in their entirety. The Schedules and Statements of such Debtors reflect only the undetermined value of the Debtors' ownership of their direct subsidiaries. Given, among other things, the current market valuation of certain assets and the valuation and nature of certain liabilities, nothing in the Schedules and Statements shall be, or shall be deemed to be, an admission that a Debtor was solvent or insolvent as of the Petition Date.

5.    **Recharacterization**.  Notwithstanding the Debtors' commercially reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' organization.  Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed thereon were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

6.    **Liabilities**.  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.  Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

7.    **Excluded Assets and Liabilities**.  The Debtors also have excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that the Debtors may or may not reject, to the extent such damage Claims exist or may arise.  In addition, certain immaterial assets and liabilities may have been excluded.

The Court has authorized the Debtors to pay, in their discretion, certain outstanding prepetition Claims on a postpetition basis.  Certain prepetition liabilities which have been paid postpetition may have been excluded from the Schedules and Statements.  Prepetition trade liabilities which have been paid postpetition pursuant to this authorization have been marked as "contingent" in these Schedules and Statements.

8.    **Insiders**.  For purposes of the Schedules and Statements, the Debtors defined "insiders" in accordance with section 101(31) of the Bankruptcy Code as:  (a) directors; (b) officers; (c) persons in control of the Debtors; (d) relatives of the Debtors' directors, officers, or persons

in control of the Debtors; and (e) Debtor/non-debtor affiliates of the foregoing. Persons listed as "insiders" have been included for informational purposes only and, by including them in the Schedules, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code. Moreover, the Debtors do not take any position with respect to: (i) any insider's influence over the control of the Debtors; (ii) the management responsibilities or functions of any such insider; (iii) the decision-making or corporate authority of any such insider; or (iv) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

9.  **Intellectual Property Rights**. Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

10. **Executory Contracts**. Although the Debtors made reasonable and diligent attempts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so given the complexity and size of the Debtors' organization. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

11. **Classifications**. Listing (a) a Claim on Schedule D as "secured," (b) a Claim on Part 1 of Schedule E/F as "priority," (c) a Claim on Part 2 of Schedule E/F as "unsecured," or (d) a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to re-characterize or reclassify such Claims or contracts or to setoff of such Claims.

12. **Claims Description**. Schedules D and E/F permit each of the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Schedule or Statement as "disputed," "contingent," or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any Claim reflected on their respective Schedules and Statements on any grounds, including liability or classification. Additionally, the Debtors expressly reserve all of their rights to subsequently designate such Claims as "disputed," "contingent" or "unliquidated." Moreover, listing a Claim does not constitute an admission of liability by the Debtors.

13. **Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege,

license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

14. **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

    a. Undetermined Amounts. The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

    b. Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

    c. Paid Claims. The Debtors were authorized (but not directed) to pay certain outstanding prepetition Claims pursuant to various orders entered by the Court. Accordingly, certain scheduled liabilities have been flagged as "contingent." To the extent the Debtors pay any of the Claims listed in the Schedules and Statements pursuant to any orders entered by the Court, the Debtors reserve all of their rights to amend or supplement the Schedules and Statements or take other action as is necessary or appropriate to avoid over-payment of, or duplicate payments for, any such liabilities.

    d. Liens. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or may have attached) to such property and equipment.

15. **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

16. **Intercompany Claims**. Intercompany payables and receivables among the Debtors in these chapter 11 cases and among the Debtors and their non-debtor affiliates are reported at book value on Schedule A/B or Schedule E/F, as applicable. Intercompany transfers between the Debtors and their non-debtor affiliates are set forth on Statement 4. Intercompany balances are reflected as of the Petition Date throughout the Schedules and Statements. In the ordinary course of operations, receivables and payables are created between and among the Debtors and their non-Debtor affiliates. Unless otherwise noted in the Schedules and Statements, the Debtors record the resulting net balances of these transactions in their books and records as equalized entries that have been entered into in the ordinary course of operations. The listing of any amounts with respect to such receivables and payables is not and shall not be construed as an admission of the characterization of such balances as debt, or otherwise. Furthermore, the listing of these amounts is not necessarily indicative of the ultimate recovery, if any, on any intercompany asset account or the impairment or Claim status of any intercompany liability account. The

Debtors reserve all rights to later change the characterization, classification, categorization or designation of intercompany accounts reported in the Schedules and Statements.

The Debtors may act on behalf of another Debtor or non-debtor in the ordinary course of their organizational operations. This process is described in greater detail in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Obligations Under Shared Services Arrangements, (II) Authorizing Continued Performance of Obligations Under Shared Services Arrangements, and (III) Granting Related Relief* [Docket No. 15] (the "<u>Shared Services Motion</u>"). The Debtors have made reasonable efforts to indicate the ultimate beneficiary of a payment or obligation. Whether or not a particular payment or obligation was incurred by the entity actually making the payment or incurring the obligation is a complex question of applicable non-bankruptcy law, and nothing herein shall constitute an admission that any particular Debtor entity is an obligor with respect to any such payment. The Debtors reserve all rights to reclassify any payment or obligation as attributable to another entity and all rights with respect to the proper accounting and treatment of such payments and liabilities.

17. <u>Setoffs</u>. The Debtors periodically incur certain setoffs in the ordinary course of operations. Setoffs in the ordinary course can result from various items including, but not limited to, intercompany transactions, pricing discrepancies, returns, warranties, refunds, and other disputes between the Debtors and their customers and/or suppliers. Such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Schedules and Statements.

18. <u>Employee, Victim and Minor Information</u>. Where applicable, the Debtors have redacted the identities and/or personal contact information of holders of abuse claims, the parents or legal guardians of any minor involved in litigation against either of the Debtors, and current and former employees or volunteers of the Debtors in accordance with the *Final Order (I) Authorizing the Debtors to File (A) a Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) a Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, and (III) Granting Related Relief* [Docket No. 274].

<u>**Specific Disclosures with Respect to the Debtors' Schedules**</u>

<u>**Schedules A/B**</u>

<u>**Part 1**</u>.  Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Use Their Cash Management System, Including Existing Bank Accounts, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms; (II) Waiving the Requirements of Section 345(b) For Cause; and Granting Related Relief* [Docket No. 13] (the "<u>Cash Management Motion</u>").  Amounts identified in Item 2 of Part 1 reflect actual amounts in the respective accounts as of the Petition Date and may vary from the amounts currently reflected in the Debtors' books and records. While the full amount of the Deferred Compensation Investment Account with Fidelity, which is described in greater detail in the Cash Management

Motion, has been included in Question 4 of Part 1, the Deferred Compensation Investment Account contains two subaccounts: one for employees of the BSA, and one containing funds contributed by and held in the name of certain Local Councils with employees who participate in the 457(b) Plan (as defined in the Cash Management Motion).    Funds in the Deferred Compensation Investment Account are invested solely at the direction of the individual participants in the 457(b) Plan.

**Part 2**.    The Court has entered a final order granting the *Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from altering, Refusing, or Discontinuing Services, (III) Approving Procedures for Resolving Additional Adequate Assurance Requests, and (IV) Granting Related Relief* [Docket No. 12], which authorized the Debtors to provide adequate assurance of payment for future utility services, including an initial deposit in the amount of $301,900.00 [Docket No. 273] (the "Utilities Order").    Such deposits are not listed on Schedule A/B, which is presented as of the Petition Date.    Additionally, the amounts set forth on Part 2 of Schedule A/B do not include amounts held as retainers by professionals.

**Part 4**.    Ownership interests in subsidiaries and the BSA Commingled Endowment Fund, LP have been listed in Schedule A/B, Part 4 as undetermined amounts, as the fair market value of such ownership is dependent on numerous variables and factors, and may differ significantly from their net book value.

**Part 6**.    Certain off-balance sheet farm equipment listed in this response may not have a depreciation schedule available.

**Part 8**.    Certain off-balance sheet vehicles listed in this response may not have a depreciation schedule available.

**Part 9**.    For the Debtors that own real property, such owned real estate is reported at book value, net of accumulated depreciation.    The Debtors may have listed certain assets as real property when such assets are in fact personal property, or the Debtors may have listed certain assets as personal property when such assets are in fact real property.    Buildings and land improvements are listed on Schedule A/B independent of whether the real property to which the building or land improvement is connected is Debtor-owned property.    The Debtors reserve all of their rights to re-categorize and/or re-characterize such asset holdings to the extent the Debtors determine that such holdings were improperly listed.

Certain real property owned by the Debtors is pledged to secure the Debtors' obligations under their prepetition funded indebtedness, including the Debtors' Texas headquarters and the Debtors' high-adventure facilities in Florida, New Mexico, and Minnesota/Canada.    A detailed description of such prepetition obligations can be found in the *Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to the Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 105(a), 361, 362, 363 and 507; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b); and (IV) Granting Related Relief* [Docket No. 5] (the "Cash Collateral Motion").

**Part 10**.  Because the Debtors do not attribute any book value to their customer lists and other intellectual property, the Debtors have listed these assets with undetermined values.  The Debtors' intellectual property may include the Debtors' rights under various agreements set forth on Schedule G.

**Part 11**.  In the ordinary course of their organizational operations, the Debtors may have accrued, or may subsequently accrue, certain rights to counter claims, cross-claims, setoffs, refunds with their customers and suppliers, or potential warranty claims against their suppliers.  Additionally, certain of the Debtors may be parties to pending litigation in which the Debtors have asserted, or may assert, claims as a plaintiff or counter claims and/or cross-claims as a defendant.  Because such claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B.

The Debtors are non-profit entities under 26 U.S.C. § 501(c)(3) and therefore are not obligated to pay federal income taxes in the United States related to their charitable or educational purposes. However, the Debtors pay unrelated business income taxes, income taxes in Canada, and a franchise tax to the state of New Mexico in connection with their in-state operations. The Debtors have incurred approximately $41.7 million in net operating loss carryforwards for federal and state income tax purposes.

**Schedule D**.  Except as otherwise agreed pursuant to a stipulation or final order of the Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset of a secured creditor listed on Schedule D of any Debtor.  Moreover, although the Debtors have scheduled Claims of various creditors as secured Claims, the Debtors reserve all of their rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's Claim.  The descriptions provided on Schedule D are solely intended to be a summary—and not an admission—of liability.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens.  The secured debt is jointly and severally the responsibility of the Debtors, and, as such, the liability has been listed with respect to each Debtor who is an obligor or guarantor of such debt.  Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.  Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. The Debtors reserve all of their rights to amend Schedule D to the extent that the Debtors determine that any Claims associated with such agreements should be reported on Schedule D.  Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to re-characterize or reclassify such Claim or contract.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.  As set forth on the Schedules, the amounts outstanding under the prepetition credit facilities reflects approximate amounts as of the Petition Date.

Although Arrow WV, Inc. ("Arrow") is a guarantor of certain prepetition obligations of the Debtors, prior to the Petition Date, on February 17, 2020, the Debtors and Prepetition Secured Parties (as defined in the Cash Collateral Motion) entered into that certain Limited Waiver, waiving certain existing and prospective events of default with respect to Arrow under the Prepetition Loan Documents.  Arrow is not a Debtor in these chapter 11 cases.

## Schedule E/F

**Part 1**.  The Court has authorized the Debtors, in their discretion, to pay certain liabilities that may be entitled to priority under the applicable provisions of the Bankruptcy Code.  For example, on March 26, 2020, the Court entered the *Final Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Authorizing Applicable Banks and Other Financial Institutions to Honor and Process Related Checks and Transfers, and (III) Granting Related Relief* [Docket No. 295], which authorized the Debtors to pay or honor certain prepetition obligations with respect to employee wages, salaries and other compensation, reimbursable employee expenses and similar benefits.  Similarly, on February 19, 2020, the Court entered the *Interim Order (I) Authorizing the Payment of Certain Taxes and (II) Granting Related Relief* [Docket No. 64].  To the extent such Claims have been paid or may be paid pursuant to further Court order, they may not be included on Part 1 of Schedule E/F.

**Part 2**.  The Debtors have used reasonable efforts to report all non-priority general unsecured Claims against the Debtors on Part 2 of Schedule E/F based upon the Debtors' existing books and records as of the Petition Date.  The Claims of individual creditors for, among other things, products, goods, or services are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the applicable Debtor.  The Debtors reserve all of their rights with respect to any such credits and allowances, including the right to assert objections and/or setoffs with respect to the same.  Part 2 does not include certain deferred charges, deferred liabilities, accruals, or general reserves.  Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP.  Such accruals are general estimates of liabilities and do not represent specific Claims as of the Petition Date.  The Debtors have made every effort to include as contingent, unliquidated, or disputed the Claim of any vendor not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

The Claims listed on Part 2 of Schedule E/F arose or were incurred on various dates.  In certain instances, the date on which a Claim arose is an open issue of fact.  Determining the date upon which each Claim on Part 2 was incurred or arose would be unduly burdensome and cost prohibitive.  As a result, the Debtors have not listed a date for each Claim listed on Part 2.

Part 2 of Schedule E/F contains information regarding pending litigation involving the Debtors.  The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements.  This section also contains Claims listed as "Abuse Litigation," "Abuse Pending Claims," and "Abuse Asserted Claims" for which the Debtors have received sufficient contact information from the claimants and in which the Debtors have reasonably ascertainable records.

Claims marked as "Abuse Litigation" consist of Claims in which lawsuits are pending against the Debtors. Claims marked as "Abuse Pending Claims" and "Abuse Asserted Claims" consist of Claims in which abuse claimants have contacted the Debtors to report their Claims or Claims of which the Debtors are otherwise aware but for which a lawsuit has not yet been filed.

Part 2 of Schedule E/F does not include obligations owed by third party insurance companies on account of abuse-related liabilities, including, without limitation, defense costs due and owing to litigation defense counsel and related professionals.

Part 2 of Schedule E/F contains Claims of BSA employees and Local Council employees on account of the Restoration Plan (as defined in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits and Other Compensation and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Authorizing Applicable Banks and Other Financial Institutions to Honor and Process Related Checks and Transfers, and (III) Granting Related Relief* [Docket No. 14]), which was offered by the Debtors prior to the Petition Date. The Restoration Plan is a non-qualified defined benefit retirement plan under section 457(f) of the Internal Revenue Code. Such claims, which are unliquidated, are based on a preliminary actuarial determination and the actual amount of the Claims may vary. Restoration Plan Claims of the Local Council employees have been marked as "contingent," as the Debtors believe that such Claims are properly asserted against the Local Councils.

Part 2 of Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts may, however, be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. Additionally, Part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Prepetition Customer, Scout and Donor Programs**. Pursuant to the *Final Order (I) Authorizing the Debtors to (A) Maintain and Administer Prepetition Customer, Scout, and Donor Programs and Practices and (B) Pay and Honor Certain Prepetition Obligations and (II) Granting Related Relief* [Docket No. 279] (the "Public Programs Final Order"), the Debtors have the authority to honor certain prepetition customer, scout and donor programs. Accordingly, certain debts arising from these programs have not been included in the Schedules.

With respect to gift cards, the Debtors cannot ascertain the identity of the vast majority of the holders of such gift cards or whether such cards are still in existence. Therefore, the Debtors have not included any holders of gift cards on the Schedules. The Debtors estimate that approximately $2.5 million of gift cards were outstanding as of the Petition Date, and this amount is not specifically identified on the Schedules. Pursuant to the Public Programs Final Order, if the Debtors at any time during these chapter 11 cases cease to honor Gift Cards, the Debtors shall file a notice of the same with the Court, and serve such notice on the Office of the U.S. Trustee, the UCC, the Tort Claimants' Committee, the proposed future claimants' representative, and any party that has requested notice pursuant to Bankruptcy Rule 2002.

**Schedule G**. Although the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors, and the Debtors

have made diligent efforts to ensure the accuracy of each Debtor's Schedule G, inadvertent errors and omissions may have occurred.  Certain information, such as the contact information of the counterparty, may not be included where such information could not be obtained using the Debtors' reasonable efforts.  The Debtors reserve all of their rights to alter, amend, or supplement Schedule G to the extent that additional executory contracts are identified.  Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable against one or more of the Debtors.  The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth on Schedule G and to amend or supplement Schedule G as necessary.

Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

As is customary for an organization of the Debtors' complexity and size, the Debtors are party to various confidentiality and non-disclosure agreements in the ordinary course.  By their terms, certain of these agreements may prohibit the disclosure of those agreements or the identity of the counterparty.  The Debtors have therefore excluded confidentiality or non-disclosure agreements from the applicable Schedule G.  The Debtors reserve all of their rights with respect to such agreements.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, without limitation, purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry.  The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement or multiple, severable, or separate contracts.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.  Unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.  In some cases, the same counterparty appears multiple times on Schedule G.  This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such counterparty.

The Debtors may have entered into various other types of agreements in the ordinary course of their operations, such as indemnity agreements, supplemental agreements, amendments/letter agreements, and title agreements.  Such documents may not be set forth on Schedule G.  Further,

the Debtors reserve all of their rights to alter or amend the Schedules to the extent that additional information regarding the Debtor obligor to such executory contracts becomes available. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory contracts or unexpired leases that have not been reduced to writing, if any, are not included on Schedule G.

The Debtors' omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

The Debtors utilize purchase orders to obtain goods from various vendors in the ordinary course of business. The Debtors' rights under the Bankruptcy Code with respect to any such omitted purchase orders are not impaired by the omission.

The Debtors reserve all of their rights, claims and Causes of Action with respect to the contracts on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's Claim.  In addition, the Debtors reserve all of their rights to dispute the validity and/or effectiveness of any contract, agreement or lease identified on Schedule G or to amend Schedule G at any time to remove any such contract, agreement or lease.

**Schedule H**.  The Debtors and non-debtor affiliate that are either principal obligors or guarantors with respect to the Debtors' prepetition funded debt are listed as co-debtors on Schedule H.  The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. The Debtors reserve all of their rights to amend the Schedules to the extent that additional guarantees are identified or guarantees are discovered to have expired or to be unenforceable.

The BSA is involved in pending or threatened litigation.  These matters may involve multiple plaintiffs and/or defendants, certain of which have asserted or may assert cross-Claims or counter-Claims against other parties.  Because all such Claims are contingent, disputed, or unliquidated, such Claims have not been set forth individually on Schedule H.  Litigation matters can be found on Part 2 of BSA's Schedule E/F and Statement 7, as applicable.

## Specific Disclosures with Respect to the Debtors' Statements

**Statement 2.**  Statement 2 presents all non-business revenue received by the Debtors. To be consistent with the ordinary course financial reporting, investment income is reported net of brokers' fees.

**Statement 3**.  Statement 3 includes any disbursement or other transfer made by the Debtors except for those made to insiders (which payments appear in Statement 4), bankruptcy professionals (which payments appear in Statement 11) and employees.  Disbursements made on account of multiple invoices may be reflected as a single payment.  For additional detail on the Debtors' cash management system, see the Cash Management Motion. All transfers in Part 2, Question 3 of the Statements are listed as of the payment date.

**Statement 4**.  Statement 4 presents (a) transactions among the Debtors, (b) transactions between the Debtors and their non-debtor affiliates and (c) other transfers to insiders.  As described in the Shared Services Motion, in the ordinary course of their organizational operations, the Debtors provide certain services to, and engage in intercompany transactions with, the Related Non-Debtor Entities (as defined in the Shared Services Motion), resulting in receivables and payables between the applicable Debtor and Related Non-Debtor Entity (as defined in the Shared Services Motion, the "Related Entity Transactions").

With respect to individuals, the amounts listed reflect the universe of payments and transfers to such individuals in the year before the Petition Date, including compensation, bonuses, other employee benefits, and expense reimbursements.  The payroll-related amounts shown in response to this question are gross amounts that do not include reductions for amounts relating to employee tax or benefit withholdings.  For the sake of completeness and out of an abundance of caution, the Debtors have listed transfers valued at less than $6,825 in their response to Question 4.

**Statement 6**.  Certain professionals provided both bankruptcy-related and non-bankruptcy related services to the Debtors.  The figures presented in Part 6, Question 11 may include amounts related to non-bankruptcy matters incurred by professionals who also advised the Debtor with respect to bankruptcy-related issues.  The Debtors did not attempt to delineate in Part 6, Question 11 the payments to such professionals related only to advice on bankruptcy issues or to separately account for invoices for non-bankruptcy services, which in some cases would require additional analysis.  In addition, although not representatives or professionals of the Debtors, out of an abundance of caution, the Debtors have also included payments made to Young Conaway Stargatt & Taylor, LLP and Ankura Consulting Group, LLC in association with their representation of James R. Patton in his role as the prepetition FCR.

**Statement 7**.  Statement 7 lists only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial, or other adjudicative forum as of the Petition Date.  The Debtors have not included confidential matters in response to this question where disclosure would violate certain laws or where the investigating jurisdiction has requested confidentiality.  Additionally, any information listed in Statement 7 shall not be a binding admission of the Debtors' liabilities with respect to any of the suits and proceedings identified therein.  The Debtors reserve all rights with respect to the suits and administrative proceedings listed in Statement 7, and any claims filed in relation to such suits and administrative proceedings.

**Statement 9**.  Certain *de minimis* gifts that are not reported or tracked centrally may have been excluded. Certain gifts included in this response were paid to organizations affiliated with members of the BSA National Executive Board.  These gifts are disclosed in both Statement 9 and Statement 4.  In some instances, gifts made out of a BSA bank account are on behalf of National Boy Scouts of America Foundation.  These gifts are disclosed in response to Statement 9.

**Statement 10**.  The Debtors occasionally incur losses for a variety of reasons, including theft and property damage.  The Debtors may not, however, have records of all such losses to the extent such losses do not have a material impact on the Debtors' organization or are not reported for insurance purposes.  Therefore, some losses may have been excluded.

**Statement 11**.    All payments for services of any entities that provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date are listed on the applicable Debtor's response to SOFA 11.    Additional information regarding the Debtors' retention of professional service firms is more fully described in individual retention applications and related orders.

**Statement 16**.  In the ordinary course of their organizational operations, the Debtors collect certain personally identifiable information ("<u>PII</u>"), including but not limited to, their customers' names, billing and shipping addresses, phone number(s), birthdates, and email addresses.  The Debtors maintain a privacy policy regarding the use of PII.

**Statement 21**.  The Debtors hold various pieces of artwork, miscellaneous Scouting items, and historical memorabilia and equipment that is owned by others.  The value of these items can be and often is material; however, it would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for all of these assets.  Accordingly, the applicable Debtors have listed the value of artwork, Scouting items, and historical memorabilia as undetermined in Statement 21.

**Statements 22–24**.    The Debtors have made reasonable efforts to identify all applicable environmental information as required by Part 12.  These efforts included reviewing the Debtors' environmental records and incorporating the historical knowledge of the Debtors into the Schedules and Statements to the extent applicable and practicable.

**Statement 26a-c**.  The Debtors have listed those individuals and/or firms that have been identified as having the primary responsibility to maintain or supervise the keeping of the Debtors' books and records.  Notwithstanding this listing, additional parties not listed may have had access to the Debtors' books and records, including individuals listed in response to Statements 28 and 29.

**Statement 26d**.    Pursuant to the requirements of the Internal Revenue Service, Boy Scouts of America has filed with the Internal Revenue Service (the "<u>IRS</u>") reports on Form 990 and Form 990-T. These IRS filings contain financial information relating to the Debtors. Additionally, financial information for the Debtors is posted on the BSA's website at https://www.scouting.org/about/annual-report/financial-statements/.  Because the IRS filings and the website are publicly available records, the Debtors do not maintain records of the parties that requested or obtained copies of any of the IRS filings from the IRS or the Debtors.

In addition, in the ordinary course of their operations, the Debtors provide certain parties, such as financial institutions, investment banks, auditors, parties to mediation, insurance providers, vendors, and financial advisers, financial statements that may not be part of a public filing.  The Debtors do not maintain complete lists to track such disclosures.  As such, the Debtors have not provided lists of these parties in response to this question.

**Statement 30**.  Where applicable, the Debtors have included a comprehensive response to Statement 30 in Statement 4.

**Fill in this information to identify the case:**

Debtor name  Boy Scouts of America

United States Bankruptcy Court for the: _____ District of Delaware

Case number (If known):  20-10343 (LSS)

❑ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:    Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ........................................................

   $ _____8,818,467.57
   + undetermined amounts

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* .......................................................................

   $ ___478,997,744.74
   + undetermined amounts

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ......................................................................

   $ ___487,816,212.31
   + undetermined amounts

---

**Part 2:    Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............................

   $ ___283,804,412.00
   + undetermined amounts

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* .............................................

   $ _____65,019.27
   + undetermined amounts

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .................................

   **+** $ ___45,602,894.13
   + undetermined amounts

4. **Total liabilities** ....................................................................................................................
   Lines 2 + 3a + 3b

   $ ___329,472,325.40
   + undetermined amounts

---

**Fill in this information to identify the case:**

Debtor name  Boy Scouts of America

United States Bankruptcy Court for the: _____ District of Delaware

Case number (If known):  20-10343 (LSS) _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**  $_____109,936.92

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. See Attached Rider | | | $_____64,786,067.46 |
| 3.2. | | | $_____ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. See Attached Rider | $_____191,374,343.79 |
| --- | --- |
| 4.2. | $_____ |

5. **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$_____256,270,348.17

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1. See Attached Rider | $_____5,198,509.87 |
| --- | --- |
| 7.2. | $_____ |

Debtor  __Boy Scouts of America_____     Case number *(if known)*__20-10343 (LSS)_____
        Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. _See Attached Rider_____     $_____56,150,521.29

   8.2. _____     $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.     $_____61,349,031.16

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☒ Yes. Fill in the information below.

    |  | Current value of debtor's interest |
    |---|---|

11. **Accounts receivable**

    11a. 90 days old or less:  __14,757,984.56__  –  __0.00__  = ........➡  $_____14,757,984.56
             face amount      doubtful or uncollectible accounts

    11b. Over 90 days old:  __741,193.22__  –  __103,000.00__  = ........➡  $_____638,193.22
             face amount      doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.     $_____15,396,177.78

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.

    ☒ Yes. Fill in the information below.

    |  | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _None_____     _____     $_____0.00

    14.2. _____     _____     $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:     % of ownership:

    15.1. _See Attached Rider_____     ____%     _____     $_____0.00

    15.2. _____     ____%     _____     $_____+ undetermined amounts

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _None_____     _____     $_____0.00

    16.2. _____     _____     $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.     $_____0.00
        + undetermined amounts

---

Debtor      Boy Scouts of America

Name

Case number *(if known)*   20-10343 (LSS)

---

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| RAW MATERIALS | VARIOUS<br>MM / DD / YYYY | $ 568,198.71 | COST | $ 568,198.71 |
| 20. **Work in progress** | | | | |
| None | MM / DD / YYYY | $ | | $ 0.00 |
| 21. **Finished goods, including goods held for resale** | | | | |
| FINISHED GOODS | VARIOUS<br>MM / DD / YYYY | $ 66,454,964.53 | COST | $ 66,454,964.53 |
| 22. **Other inventory or supplies** | | | | |
| None | MM / DD / YYYY | $ | | $ 0.00 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 67,023,163.24

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☒ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☒ Yes. Book value ___Undetermined___ Valuation method _____ Current value ___Undetermined___

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| None | $ | | $ 0.00 |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| See Attached Rider | $ 0.00 | | $ 0.00<br>+ undetermined amounts |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| Farm Equipment and Machinery | $ 447,091.92 | Net Book Value | $ 447,091.92 |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| See Attached Rider | $ 0.00 | | $ 0.00<br>+ undetermined amounts |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| None | | | $ 0.00 |

Debtor    Boy Scouts of America _____    Case number (if known)___20-10343 (LSS)_____
                    Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.          $_____447,091.92

34. **Is the debtor a member of an agricultural cooperative?**

    ☒ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☒ No

    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No
    ☒ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☒ No
    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|---------------------------------------|----------------------------------|------------------------------------|
| 39. **Office furniture** | | | |
| Furniture | $    1,219,121.82 | Net Book Value | $    1,219,121.82 |
| 40. **Office fixtures** | | | |
| Fixtures | $    6,233,788.26 | Net Book Value | $    6,233,788.26 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| See Attached Rider | $   12,433,069.41 | | $   12,433,069.41 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1  See Attached Rider | $    0.00 | | $    0.00 |
| 42.2 | $_____ | _____ | $  + undetermined amounts |
| 42.3 | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.          $_____19,885,979.49
                                                                    + undetermined amounts

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No
    ☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No
    ☒ Yes

Debtor    Boy Scouts of America
                    Name                                                                      Case number (if known)    20-10343 (LSS)

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 See Attached Rider | $ 1,404,540.23 | | $ 1,404,540.23 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 See Attached Rider | $ 1,161,303.91 | | $ 1,161,303.91 |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 None | $ | | $ 0.00 |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Machinery & Equipment | $ 6,322,488.77 | Net Book Value | $ 6,322,488.77 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 8,888,332.92

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Debtor | Boy Scouts of America | Case number (if known) | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 See Attached Rider | | $ 8,818,467.56 | | $ 8,818,467.56<br>+ undetermined amounts |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 8,818,467.57
+ undetermined amounts

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☒ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☒ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>See Attached Rider | $ 0.00 | | $ 0.00<br>+ undetermined amounts |
| **61. Internet domain names and websites**<br>See Attached Rider | $ 0.00 | | $ 0.00<br>+ undetermined amounts |
| **62. Licenses, franchises, and royalties**<br>See Attached Rider | $ 0.00 | | $ 0.00<br>+ undetermined amounts |
| **63. Customer lists, mailing lists, or other compilations**<br>Customer List(s) | $ Undetermined | N/A | $ Undetermined |
| **64. Other intangibles, or intellectual property**<br>None | $ | | $ 0.00 |
| **65. Goodwill**<br>None | $ | | $ 0.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00
+ undetermined amounts

Debtor    __Boy Scouts of America_____    Case number (if known)___20-10343 (LSS)_____
      Name

---

67.  **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

    ☐  No

    ☒  Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☒  No

    ☐  Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☒  No

    ☐  Yes

**Part 11:    All other assets**

---

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐  No. Go to Part 12.

    ☒  Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. **Notes receivable** | | |
| Description (include name of obligor) | | |
| None     Total face amount − doubtful or uncollectible amount = ➔ | | $ 0.00 |
| 72. **Tax refunds and unused net operating losses (NOLs)** | | |
| Description (for example, federal, state, local) | | |
| See Attached Rider | Tax year _____ | $ 41,752,092.00 |
| | Tax year _____ | $ _____ |
| | Tax year _____ | $ _____ |
| 73. **Interests in insurance policies or annuities** | | |
| See Attached Rider | | $ 0.00 |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | | |
| See Attached Rider | | $ 0.00 |
| | | + undetermined amounts |
| **Nature of claim** _____ | | |
| **Amount requested** $ _____ | | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | | |
| None | | $ 0.00 |
| **Nature of claim** _____ | | |
| **Amount requested** $ _____ | | |
| 76. **Trusts, equitable or future interests in property** | | |
| None | | $ 0.00 |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | | |
| See Attached Rider | | $ 7,985,528.06 |
| | | + undetermined amounts |
| | | $ _____ |
| 78. **Total of Part 11.** | | |
| Add lines 71 through 77. Copy the total to line 90. | | $ 49,737,620.06 |
| | | + undetermined amounts |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☒  No

    ☐  Yes

Debtor    Boy Scouts of America
          _____
          Name

Case number (*if known*)____20-10343 (LSS)_____

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 256,270,348.17 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 61,349,031.16 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 15,396,177.78 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00<br>+ undetermined amounts | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 67,023,163.24<br>+ undetermined amounts | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 447,091.92<br>+ undetermined amounts | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 19,885,979.49<br>+ undetermined amounts | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 8,888,332.92 | |
| 88. **Real property.** *Copy line 56, Part 9.* . ............................................ ➜ | | $ 8,818,467.57<br>+ undetermined amounts |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00<br>+ undetermined amounts | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 49,737,620.06<br>+ undetermined amounts | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 478,997,744.74<br>+ undetermined amounts | 91b. $ 8,818,467.57<br>+ undetermined amounts |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................................................................
$ 487,816,212.31
+ undetermined amounts

Debtor Name: Boy Scouts of America                                              Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| BANCO POPULAR | Depository Account | 0627 | $1,275.00 |
| BANK OF AMERICA | Disbursement Account | 4519 | $460,839.56 |
| BANK OF AMERICA | Depository Account | 5703 | $309,031.44 |
| BANK OF AMERICA | Disbursement Account | 5716 | $95,509.75 |
| BANK OF AMERICA | Depository Account | 2874 | $12,184.87 |
| BB&T | Depository Account | 3719 | $1,252.00 |
| CHARLES SCHWAB | Depository Account | 8792 | $91.60 |
| CIBC BANK | Operating Account | 6370 | $15,536.81 |
| FIFTH THIRD BANK | Depository Account | 2245 | $4,671.34 |
| FIRST BANK - VIRGIN ISLANDS | Depository Account | 7272 | $15,000.00 |
| FIRST BANK - VIRGIN ISLANDS | Disbursement Account | 4153 | $500.00 |
| INBANK | Depository Account | 0538 | $20,000.00 |
| JPMORGAN CHASE | Depository Account | 0828 | $12,481.53 |
| JPMORGAN CHASE | Disbursement Account | 6428 | $163,107.30 |
| JPMORGAN CHASE | Concentration Account | 0208 | $1,578.24 |
| JPMORGAN CHASE | Concentration Account | 1724 | $751,000.00 |
| JPMORGAN CHASE | Disbursement Account | 5039 | $17,117.00 |
| JPMORGAN CHASE | General Account | 8973 | $62,773,574.40 |
| JPMORGAN CHASE | Depository Account | 2515 | $962.30 |
| JPMORGAN CHASE | Disbursement Account | 3869 | $10,000.00 |
| JPMORGAN CHASE | Depository Account | 0669 | $32,304.91 |
| JPMORGAN CHASE | Disbursement Account | 9450 | $18,552.29 |
| JPMORGAN CHASE | Depository Account | 2609 | $4,319.67 |
| JPMORGAN CHASE | Disbursement Account | 1889 | $10,054.94 |
| MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. | Depository Account | 2802 | $3,471.30 |
| PNC BANK | Depository Account | 2908 | $3,977.44 |
| RBC BANK | Depository Account | 1031 | $5,000.00 |
| RBC BANK | Disbursement Account | 8741 | $23,788.55 |
| REGIONS BANK | Depository Account | 1445 | $4,992.28 |
| SCOTIABANK | Depository Account | 2418 | $4,877.10 |
| TD BANK | Depository Account | 1683 | $3,180.84 |

Debtor Name: Boy Scouts of America                          Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| US BANK | Depository Account | 4080 | $4,709.00 |
| US BANK | Depository Account | 0658 | $1,126.00 |
| | | TOTAL | $64,786,067.46 |

Debtor Name:        Boy Scouts of America                              Case Number:        20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 1, Question 4:** Other cash equivalents

| Description | Current value of debtor's interest |
|---|---:|
| Credit Card Receivables | $2,493,368.08 |
| Deferred Compensation Investment Account - Fidelity | $1,200,000.00 |
| General Working Fund Investment Account - Federated (4775) | $621,000.00 |
| Insurance Deductible Investment Account - BlackRock (9074) | $1,343,982.41 |
| PayChex Cash | $59,210.56 |
| Premium Contribution Investment Account - JPMorgan (2075) | $69,250,674.05 |
| RBT Investment Account - Northern Trust (5247) | $65,583,000.00 |
| Unrestricted Endowment Investment Account - State Street (6979) | $50,823,108.69 |
| **TOTAL** | **$191,374,343.79** |

Debtor Name: Boy Scouts of America

Case Number:    20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 2, Question 7:** Deposits, including security deposits and utility deposits

| Description | Name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| Security Deposit | 1040 Avenue of the Americas LLC | $57,630.00 |
| Utility Deposit | Florida Aqueduct Authority | $5,340.00 |
| Utility Deposit | Florida Keys Electric Cooperative Association | $5,911.74 |
| Misc. Deposit | JPMorgan Paymentech | $5,000,000.00 |
| Security Deposit | Liberty Mutual | $92,610.00 |
| Security Deposit | MXD Group, Inc. | $22,755.20 |
| Misc. Deposit | North Carolina - Employment Security Commission | $14,086.48 |
| Misc. Deposit | Ohio Bureau of Worker's Compensation | $176.45 |
| | **TOTAL** | **$5,198,509.87** |

Debtor Name: Boy Scouts of America                                    Case Number:    20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Prepaid - Misc. Expenses | Advantage | $181,616.55 |
| Prepaid - Misc. Expenses | Adven Capital | $38,404.72 |
| Prepaid - Legal / Professional Expenses | Alvarez & Marsal Holdings, LLC | $787,150.00 |
| Prepaid - Misc. Expenses | Amazon | $100,000.00 |
| Prepaid - Inventory Expenses | Amazon | $52,356.83 |
| Prepaid - Legal / Professional Expenses | Ankura Consulting Group, LLC | $300,000.00 |
| Prepaid - Misc. Expenses | Aptean | $49,444.60 |
| Prepaid - Inventory Expenses | ARGYLE Haus of Apparel | $198,975.00 |
| Prepaid - Misc. Expenses | Avalara | $38,028.78 |
| Prepaid - Misc. Expenses | Bag Arts | $1,576.86 |
| Prepaid - Legal / Professional Expenses | Bates White LLC | $123,767.50 |
| Prepaid - Legal / Professional Expenses | BAX Advisors LLC | $110,000.00 |
| Prepaid - Inventory Expenses | BC Sales & Sourcing, LLC | $23,170.69 |
| Prepaid - Misc. Expenses | Blackbaud | $100,860.85 |
| Prepaid - Misc. Expenses | Box, Inc | $7,410.00 |
| Prepaid - Inventory Expenses | CamelBak Products, LLC | $45,828.01 |
| Prepaid - Misc. Expenses | CAP Software | $227,979.00 |
| Prepaid - Misc. Expenses | Certain, Inc | $167,287.37 |
| Prepaid - Misc. Expenses | Citrix Systems Inc. | $924.41 |
| Prepaid - Misc. Expenses | City of Irving - Post Office | $10,072.01 |
| Prepaid - Legal / Professional Expenses | Civille & Tang PLLC | $60,000.00 |
| Prepaid - Legal / Professional Expenses | Covington & Burling, LLP | $1,370,000.00 |
| Prepaid - Legal / Professional Expenses | Cranfill Sumner & Hartzog LLP | $75,000.00 |
| Prepaid - Legal / Professional Expenses | Davis Polk & Wardwell LLP | $250,000.00 |
| Prepaid - Misc. Expenses | Dropbox, Inc | $9,564.41 |
| Prepaid - Misc. Expenses | DTI Integrated Business Sol | $36,164.26 |
| Prepaid - Misc. Expenses | Entrust | $27,078.14 |
| Prepaid - Legal / Professional Expenses | Fenwick & West LLP | $25,000.00 |
| Prepaid - Legal / Professional Expenses | FTI Consulting Inc. | $183,529.37 |
| Prepaid - Legal / Professional Expenses | Garrett Investigations LLC | $2,400.00 |
| Prepaid - Legal / Professional Expenses | Gary T. Brock MD | $4,500.00 |
| Prepaid - Legal / Professional Expenses | Gilbert, LLP | $150,000.00 |
| Prepaid - Legal / Professional Expenses | Haynes & Boone, LLP | $405,253.68 |
| Prepaid - Misc. Expenses | Health Special Risk Inc. | $49,863.71 |
| Prepaid - Legal / Professional Expenses | Hinshaw & Culbertson LLP | $15,000.00 |
| Prepaid - Misc. Expenses | JDA | $107,546.87 |
| Prepaid - Legal / Professional Expenses | KCIC LLC | $20,000.00 |
| Prepaid - Legal / Professional Expenses | Keleher & Mcleaod PA, Attorneys At Law | $21,454.54 |
| Prepaid - Legal / Professional Expenses | Keller & Almassian PLC | $50,000.00 |
| Prepaid - Legal / Professional Expenses | Kemp Smith LLP | $5,000.00 |
| Prepaid - Legal / Professional Expenses | Kipp And Christian PC | $145,000.00 |
| Prepaid - Inventory Expenses | Kuehnle + Nagel | $66,822.62 |
| Prepaid - Inventory Expenses | LaRose/Cra-z-Art | $129.57 |

Debtor Name: Boy Scouts of America

Case Number:    20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Name of holder of prepayment | Current value of debtor's interest |
| --- | --- | --- |
| Prepaid - Misc. Expenses | Lovan Industries | $1,376.25 |
| Prepaid - Misc. Expenses | Magento | $80,349.76 |
| Prepaid - Misc. Expenses | Mark Monitor Inc | $23,413.79 |
| Prepaid - Legal / Professional Expenses | Markowitz Herbold Glade & Mehlhaf PC | $309,718.78 |
| Prepaid - Insurance Expenses | Marsh & McLennan Agency LLC | $36,311,519.29 |
| Prepaid - Legal / Professional Expenses | Mcguire Woods LLP | $43,750.00 |
| Prepaid - Legal / Professional Expenses | Melick Porter LLP | $20,000.00 |
| Prepaid - Misc. Expenses | MI19 Retail NA Corp. | $236,214.84 |
| Prepaid - Misc. Expenses | Microsoft | $208,505.67 |
| Prepaid - Legal / Professional Expenses | Miller Johnson Snell & Cummiskey PLC | $150,000.00 |
| Prepaid - Taxes | Misc. Taxing Authorities | $80.00 |
| Prepaid - Legal / Professional Expenses | Mitchell, Williams, Selig, Gates | $30,000.00 |
| Prepaid - Misc. Expenses | Mittera Group | $25,297.32 |
| Prepaid - Legal / Professional Expenses | Morris Nichols Arsht & Tunnell | $350,000.00 |
| Prepaid - Misc. Expenses | Mulesoft | $36,538.29 |
| Prepaid - Inventory Expenses | Nite Ize, Inc. | $26,859.57 |
| Prepaid - Misc. Expenses | NPS Media Group | $13,100.00 |
| Prepaid - Misc. Expenses | NTT Security | $71,414.21 |
| Prepaid - Legal / Professional Expenses | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. | $450,000.00 |
| Prepaid - Legal / Professional Expenses | Omni Management Group Inc. | $50,000.00 |
| Prepaid - Misc. Expenses | Oracle | $242,610.11 |
| Prepaid - Legal / Professional Expenses | Pachulski Stang Ziehl & Jones LLP | $47,555.98 |
| Prepaid - Inventory Expenses | Paradies Gifts Inc. | $32,754.96 |
| Prepaid - Legal / Professional Expenses | Park Dietz | $20,000.00 |
| Prepaid - Misc. Expenses | Pearson | $1,911.62 |
| Prepaid - Inventory Expenses | Pearson / IPP | $155,183.88 |
| Prepaid - Legal / Professional Expenses | Quinn Emanuel Urquhart & Sullivan, LLP | $900,000.00 |
| Prepaid - Legal / Professional Expenses | Ravi Dhar | $20,000.00 |
| Prepaid - Legal / Professional Expenses | Richard B Pesikoff MD | $20,000.00 |
| Prepaid - Legal / Professional Expenses | Robert Half Technology Inc. | $17,500.00 |
| Prepaid - Inventory Expenses | S.O.S. | $7,228,261.89 |
| Prepaid - Inventory Expenses | Sakar Int'l, Inc. | $15.76 |
| Prepaid - Legal / Professional Expenses | Salmons Consulting | $60,000.00 |
| Prepaid - Legal / Professional Expenses | Saul Ewing, LLP | $83,172.78 |
| Prepaid - Legal / Professional Expenses | Sheehy Ware & Pappas PC | $24,000.00 |
| Prepaid - Legal / Professional Expenses | Sidley Austin LLP | $116,346.00 |
| Prepaid - Misc. Expenses | Smith, Michael | $3,958.95 |
| Prepaid - Misc. Expenses | Sovos Compliance | $29,699.43 |
| Prepaid - Misc. Expenses | Stamps.com | $74,858.05 |
| Prepaid - Legal / Professional Expenses | Steptoe & Johnson | $200,000.00 |
| Prepaid - Legal / Professional Expenses | Stillwell Midgley PLCC | $2,500.00 |
| Prepaid - Legal / Professional Expenses | Stitch Angell Kreidler Unke & Scattergood | $20,000.00 |
| Prepaid - Legal / Professional Expenses | Stites & Harbison PLLC | $20,000.00 |

Debtor Name: Boy Scouts of America

Case Number:    20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Name of holder of prepayment | Current value of debtor's interest |
| --- | --- | --- |
| Prepaid - Inventory Expenses | Tell Steel Inc. | $16.46 |
| Prepaid - Legal / Professional Expenses | Texas Medical Legal Consultants | $1,100.00 |
| Prepaid - Misc. Expenses | True Digital Security | $43,192.71 |
| Prepaid - Inventory Expenses | U.S. Customs & Border Protection | $1,127,457.80 |
| Prepaid - Misc. Expenses | ULINE | $180.18 |
| Prepaid - Misc. Expenses | United States Postal Service (USPS) | $435,294.54 |
| Prepaid - Misc. Printing Expenses | Various Parties | $366,483.39 |
| Prepaid - Misc. Expenses | Various Parties | $1,522.22 |
| Prepaid - Misc. Expenses | Vertiv | $9,265.35 |
| Prepaid - Inventory Expenses | Walmart Inc. | $3,766.81 |
| Prepaid - Legal / Professional Expenses | White & Williams LLP | $27,500.00 |
| Prepaid - Legal / Professional Expenses | Whitney Smith Company Inc | $3,900.00 |
| Prepaid - Legal / Professional Expenses | Wiggin & Dana LLP | $100,000.00 |
| Prepaid - Legal / Professional Expenses | Wilson Elser Moskowitz | $100,000.00 |
| Prepaid - Misc. Expenses | WP Engine, Inc | $28,214.30 |
| Prepaid - Legal / Professional Expenses | Young Conaway Stargatt & Taylor, LLP | $500,000.00 |
| | **TOTAL** | **$56,150,521.29** |

Debtor Name: Boy Scouts of America                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

| Name of Entity | % of ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| BSA Asset Management, LLC | 100% | N/A | Undetermined |
| Delaware BSA, LLC | 100% | N/A | Undetermined |
| NewWorld19, LLC | 100% | N/A | Undetermined |
| Texas BSA, LLC | 100% | N/A | Undetermined |
| BSA Commingled Endowment Fund, LP | 26.0694% | N/A | Undetermined |
| | | **TOTAL** | **$0.00**<br>**+ undetermined amounts** |

Debtor Name: Boy Scouts of America                                  Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 6, Question 29:** Farm animals - Examples: Livestock, poultry, farm-raised fish

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interst |
|---|---|---|---|
| Buffaloes (160) | Undetermined | N/A | Undetermined |
| Chickens (30) | Undetermined | N/A | Undetermined |
| Grade Cows (193) | Undetermined | N/A | Undetermined |
| Horses (237) | Undetermined | N/A | Undetermined |
| Registered Bulls (7) | Undetermined | N/A | Undetermined |
| Steers (33) | Undetermined | N/A | Undetermined |
| | | **TOTAL** | **$0.00 + undetermined amounts** |

Debtor Name: Boy Scouts of America                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 6, Question 31:** Farm and fishing supplies, chemicals, and feed

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Cow and Horse Feed | Undetermined | N/A | Undetermined |
| Hay (312 tons) | Undetermined | N/A | Undetermined |
| | | **TOTAL** | **$0.00**<br>**+ undetermined amounts** |

Debtor Name:        Boy Scouts of America                                          Case Number:        20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| IT Hardware | $9,082,833.08 | $7,096,680.92 | $1,986,152.16 | Net Book Value | $1,986,152.16 |
| IT Software | $47,382,732.63 | $36,935,815.38 | $10,446,917.25 | Net Book Value | $10,446,917.25 |
| | | | | TOTAL | $12,433,069.41 |

Debtor Name: Boy Scouts of America

Case Number: 20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 7, Question 42:** Collectibles

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Artwork<br>Title: "100th Anniversary of World Scouting"<br>Artist: Joseph Csatari<br>Appraisal Value: $27,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "100th Anniversary of Eagle Scouts"<br>Artist: Joseph Csatari<br>Appraisal Value: $40,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "100th Anniversary of the Order of the Arrow"<br>Artist: Joseph Csatari<br>Appraisal Value: $40,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "1976 Handbook Cover"<br>Artist: Joseph Csatari<br>Appraisal Value: $32,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "A Daily Good Turn"<br>Artist: Norman Rockwell<br>Appraisal Value: $750,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "A Good Scout"<br>Artist: Norman Rockwell<br>Appraisal Value: $750,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "A Good Sign All Over the World"<br>Artist: Norman Rockwell<br>Appraisal Value: $750,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "A Good Turn"<br>Artist: Joseph Csatari<br>Appraisal Value: $40,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "A Good Turn"<br>Artist: Joseph Csatari<br>Appraisal Value: $750 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "A Good Turn"<br>Artist: Joseph Csatari | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "A Good Turn"<br>Artist: Norman Rockwell<br>Appraisal Value: $1,000,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "A Great Moment"<br>Artist: Norman Rockwell<br>Appraisal Value: $1,500,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "A Guiding Hand"<br>Artist: Norman Rockwell<br>Appraisal Value: $1,250,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "A Scout is Brave"<br>Artist: Henry "Hy" Hintermeister<br>Appraisal Value: $9,500 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 7, Question 42:** Collectibles

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Artwork<br>Title: "A Scout is Cheerful"<br>Artist: Henry "Hy" Hintermeister<br>Appraisal Value: $9,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "A Scout is Clean"<br>Artist: Henry "Hy" Hintermeister<br>Appraisal Value: $9,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "A Scout is Courteous"<br>Artist: Henry "Hy" Hintermeister<br>Appraisal Value: $9,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "A Scout is Friendly"<br>Artist: Henry "Hy" Hintermeister<br>Appraisal Value: $9,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "A Scout is Friendly"<br>Artist: Norman Rockwell<br>Appraisal Value: $750,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "A Scout is Helpful"<br>Artist: Henry "Hy" Hintermeister<br>Appraisal Value: $9,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "A Scout is Kind"<br>Artist: Henry "Hy" Hintermeister<br>Appraisal Value: $9,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "A Scout is Loyal"<br>Artist: Henry "Hy" Hintermeister<br>Appraisal Value: $9,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "A Scout is Loyal"<br>Artist: Norman Rockwell<br>Appraisal Value: $1,500,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "A Scout is Obedient"<br>Artist: Henry "Hy" Hintermeister<br>Appraisal Value: $9,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "A Scout is Reverent"<br>Artist: Henry "Hy" Hintermeister<br>Appraisal Value: $9,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "A Scout is Reverent"<br>Artist: Joseph Csatari<br>Appraisal Value: $2,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "A Scout is Reverent"<br>Artist: Norman Rockwell<br>Appraisal Value: $750,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "A Scout is Thrifty"<br>Artist: Henry "Hy" Hintermeister<br>Appraisal Value: $9,500 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 7, Question 42:** Collectibles

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Artwork<br>Title: "A Scout is Trustworthy"<br>Artist: Henry "Hy" Hintermeister<br>Appraisal Value: $9,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "A Winner"<br>Artist: Joseph Csatari<br>Appraisal Value: $500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Achievement"<br>Artist: Henry "Hy" Hintermeister<br>Appraisal Value: $6,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Adventure"<br>Artist: Henry "Hy" Hintermeister<br>Appraisal Value: $17,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "After Hours"<br>Artist: Joseph Csatari<br>Appraisal Value: $22,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "After Hours"<br>Artist: Joseph Csatari<br>Appraisal Value: $500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "All Together"<br>Artist: Norman Rockwell<br>Appraisal Value: $1,000,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "America Builds Tomorrow"<br>Artist: Norman Rockwell<br>Appraisal Value: $1,000,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "American Spotted Chimera"<br>Artist: James Carter Beard | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "America's Boypower, Project SOAR"<br>Artist: Paul Troth<br>Appraisal Value: $250 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "America's Manpower Begins with Boypower"<br>Artist: Norman Rockwell<br>Appraisal Value: $1,000,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "America's Strength"<br>Artist: Don Lupo<br>Appraisal Value: $3,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Australian Lung Fish"<br>Artist: James Carter Beard<br>Appraisal Value: $250 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Bechtel Portrait"<br>Artist: Joseph Csatari<br>Appraisal Value: $37,500 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 7, Question 42:** Collectibles

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Artwork<br>Title: "Beyond the Easel"<br>Artist: Norman Rockwell<br>Appraisal Value: $1,000,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Black Footed Albatross"<br>Artist: James Carter Beard<br>Appraisal Value: $250 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Bluefish"<br>Artist: James Carter Beard | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Boy and Dogs, New Puppies"<br>Artist: Norman Rockwell<br>Appraisal Value: $1,000,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Boy Scout and Father at Nathan Hale Statue"<br>Artist: Dean Cornwell<br>Appraisal Value: $25,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Boy Scout and Pilot"<br>Artist: Dean Cornwell<br>Appraisal Value: $25,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Boy Scout Hiking"<br>Artist: Norman Rockwell<br>Appraisal Value: $1,000,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Boy Scout Saluting"<br>Artist: Lawrence Nelson Wilbur<br>Appraisal Value: $7,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Boy Scout"<br>Artist: Howard Chandler Christy<br>Appraisal Value: $150,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Boy Scouts of America, 25th Anniversary"<br>Artist: Walter Beach Humphrey<br>Appraisal Value: $35,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Boy Scouts of America, Region Eight"<br>Artist: Tricomi<br>Appraisal Value: $1,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Boy Scouts of America, Region Eleven"<br>Artist: Tricomi<br>Appraisal Value: $1,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Boy Scouts of America, Region Five"<br>Artist: Tricomi<br>Appraisal Value: $1,000 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 7, Question 42:** Collectibles

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Artwork<br>Title: "Boy Scouts of America, Region Four"<br>Artist: Tricomi<br>Appraisal Value: $1,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Boy Scouts of America, Region Nine"<br>Artist: Tricomi<br>Appraisal Value: $1,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Boy Scouts of America, Region One"<br>Artist: Tricomi<br>Appraisal Value: $1,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Boy Scouts of America, Region Seven"<br>Artist: Tricomi<br>Appraisal Value: $1,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Boy Scouts of America, Region Six"<br>Artist: Tricomi<br>Appraisal Value: $1,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Boy Scouts of America, Region Ten"<br>Artist: Tricomi<br>Appraisal Value: $1,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Boy Scouts of America, Region Three"<br>Artist: Tricomi<br>Appraisal Value: $1,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Boy Scouts of America, Region Twelve"<br>Artist: Tricomi<br>Appraisal Value: $1,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Boy Scouts of America, Region Two"<br>Artist: Tricomi<br>Appraisal Value: $1,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Boy Scouts Pledging, 60th Boy's Life"<br>Artist: Norman Rockwell<br>Appraisal Value: $175,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Boypower, Manpower"<br>Artist: Norman Rockwell<br>Appraisal Value: $200,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Boy's Life Cover"<br>Artist: Harrison Cady<br>Appraisal Value: $12,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Boyscout Membership"<br>Artist: C.K. Berryman<br>Appraisal Value: $1,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Breakthrough for Freedom"<br>Artist: Norman Rockwell<br>Appraisal Value: $500,000 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 7, Question 42:** Collectibles

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Artwork<br>Title: "Brown and Bigelow Calendar"<br>Artist: Keely<br>Appraisal Value: $2,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "BSA 100th Anniversary"<br>Artist: Joseph Csatari<br>Appraisal Value: $37,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Building a Fire"<br>Artist: Joseph Csatari<br>Appraisal Value: $1,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Bullhead Catfish"<br>Artist: James Carter Beard | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Butterfly's"<br>Artist: Bentley and Bentley<br>Appraisal Value: $3,750 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Butterfly's"<br>Artist: Bentley and Bentley<br>Appraisal Value: $3,750 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Butterfly's"<br>Artist: Bentley and Bentley<br>Appraisal Value: $3,750 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Butterfly's"<br>Artist: Bentley and Bentley<br>Appraisal Value: $3,750 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Butterfly's"<br>Artist: Bentley and Bentley<br>Appraisal Value: $6,250 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "California Grey Whales Attacked by Killer Whales"<br>Artist: James Carter Beard<br>Appraisal Value: $250 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Canadian Lynx"<br>Artist: James Carter Beard | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Can't Wait"<br>Artist: Norman Rockwell<br>Appraisal Value: $1,250,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Can't Wait"<br>Artist: Norman Rockwell<br>Appraisal Value: $4,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Carry On"<br>Artist: Norman Rockwell<br>Appraisal Value: $1,500,000 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 7, Question 42:** Collectibles

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Artwork<br>Title: "Character Counts"<br>Artist: Joseph Csatari<br>Appraisal Value: $35,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Charles L. Sommers, High Adventure Base"<br>Artist: Joseph Csatari<br>Appraisal Value: $32,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Charter Members"<br>Artist: Joseph Csatari<br>Appraisal Value: $30,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Citizenship: BSA"<br>Artist: Remington Schuyler<br>Appraisal Value: $20,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Coke"<br>Artist: Frederic Kimball Mizen<br>Appraisal Value: $20,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Come and Get It"<br>Artist: Norman Rockwell<br>Appraisal Value: $1,250,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Come On, Join Us"<br>Artist: Joseph Csatari<br>Appraisal Value: $1,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Common Dolphins"<br>Artist: James Carter Beard<br>Appraisal Value: $250 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Common Puffin"; "Tufted Puffin"; and "Rhinoceros Auklet"<br>Artist: James Carter Beard<br>Appraisal Value: $250 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Congo Snake"<br>Artist: James Carter Beard<br>Appraisal Value: $750 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Cub Scout 75th Anniversary"<br>Artist: Joseph Csatari<br>Appraisal Value: $27,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Cub Scout 75th Anniversary" or "A Winner"<br>Artist: Joseph Csatari<br>Appraisal Value: $27,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Cub Scouts Running an Indoor Course"<br>Artist: Remington Schuyler<br>Appraisal Value: $1,500 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 7, Question 42:** Collectibles

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Artwork<br>Title: "Daniel Carter Beard"<br>Artist: James Henry Beard<br>Appraisal Value: $2,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Devil Fish"<br>Artist: James Carter Beard<br>Appraisal Value: $250 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Dr. Fretwell, Donald and Mickey"<br>Artist: Walt Disney<br>Appraisal Value: $30,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Dr. James E. West"<br>Artist: Albert A. Ross<br>Appraisal Value: $12,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Dreams Can Come Trust in Venturing"<br>Artist: Joseph Csatari<br>Appraisal Value: $27,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Duty to God and Country"<br>Artist: Joseph Csatari<br>Appraisal Value: $1,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Eagle Court of Honor"<br>Artist: Joseph Csatari<br>Appraisal Value: $22,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Eagle Court of Honor"<br>Artist: Joseph Csatari<br>Appraisal Value: $27,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Eagle Court of Honor"-pencil on paper<br>Artist: Joseph Csatari<br>Appraisal Value: $4,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Eagle in Flight"<br>Artist: Maynard Reece<br>Appraisal Value: $7,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Eagle Scout Award"<br>Artist: T.H. Foley<br>Appraisal Value: $12,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Eagle Service Project"<br>Artist: Joseph Csatari<br>Appraisal Value: $35,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Eagle with Blue Dog Neckerchief Slide"<br>Artist: George Rodrigue<br>Appraisal Value: $25,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Edward C. Joullian III"<br>Artist: Unknown<br>Appraisal Value: $4,500 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 7, Question 42:** Collectibles

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Artwork<br>Title: "Elaine Eel"<br>Artist: James Carter Beard<br>Appraisal Value: $250 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Ellsworth H. Augustus"<br>Artist: Eugene A. Montgomery<br>Appraisal Value: $12,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Ellsworth H. Augustus"<br>Artist: Unknown<br>Appraisal Value: $4,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Ever Onward"<br>Artist: Norman Rockwell<br>Appraisal Value: $1,000,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Family Camping"<br>Artist: Joseph Csatari<br>Appraisal Value: $25,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Family Camping"<br>Artist: Joseph Csatari<br>Appraisal Value: $25,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Federal Charter of the Boy Scouts"<br>Artist: United States Congress<br>Appraisal Value: $2,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Florida Sea Base"<br>Artist: Joseph Csatari<br>Appraisal Value: $40,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Florida Sea Base"<br>Artist: Joseph Csatari<br>Appraisal Value: $2,250 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Florida Wood Rat"<br>Artist: James Carter Beard<br>Appraisal Value: $500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Flying Fish"<br>Artist: James Carter Beard | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Flying Foxes (Bats)"<br>Artist: James Carter Beard<br>Appraisal Value: $500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Fort A. P. Hill"<br>Artist: Milton Arthur Candiff<br>Appraisal Value: $2,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Forward America"<br>Artist: Norman Rockwell<br>Appraisal Value: $2,000,000 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 7, Question 42:** Collectibles

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Artwork<br>Title: "Forward on Liberty's Team"<br>Artist: Ernest Pascoe<br>Appraisal Value: $1,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Four Seasons"<br>Artist: Norman Rockwell<br>Appraisal Value: $18,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Friend in Need"<br>Artist: Norman Rockwell<br>Appraisal Value: $1,250,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "From Concord to Tranquility"<br>Artist: Norman Rockwell<br>Appraisal Value: $750,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "General Omar Bradley"<br>Artist: Frank Eliscu<br>Appraisal Value: $8,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "George W. Pirtle"<br>Artist: Unknown<br>Appraisal Value: $4,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Giant Eagle, Planes, and Scout"<br>Artist: James Bingham<br>Appraisal Value: $9,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Gift of a Lifetime"<br>Artist: Joseph Csatari<br>Appraisal Value: $10,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Glacier Bear"<br>Artist: James Carter Beard<br>Appraisal Value: $500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Good Scouts"<br>Artist: Walt Disney<br>Appraisal Value: $12,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Greenhead Alert"<br>Artist: David Moss<br>Appraisal Value: $1,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Grey Squirrel"<br>Artist: James Carter Beard<br>Appraisal Value: $500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Growth of a Leader"<br>Artist: Norman Rockwell<br>Appraisal Value: $750,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Hell Bender"<br>Artist: James Carter Beard<br>Appraisal Value: $500 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 7, Question 42:** Collectibles

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Artwork<br>Title: "High Adventure at Philmont"<br>Artist: Norman Rockwell<br>Appraisal Value: $3,000,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Higher Vision"<br>Artist: Joseph Csatari<br>Appraisal Value: $10,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Homecoming"<br>Artist: Norman Rockwell<br>Appraisal Value: $1,500,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Hudson Bay Lemming"; "Field Mouse"; "Red Backed Mouse"; and "Northwest Volve"<br>Artist: James Carter Beard<br>Appraisal Value: $500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "I Will Do My Best"<br>Artist: Norman Rockwell<br>Appraisal Value: $1,500,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "In a Welch Valley"<br>Artist: Charles Chauvel / B.W. Leader<br>Appraisal Value: $1,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Indian and Travois"<br>Artist: Remington Schuyler<br>Appraisal Value: $7,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Indian in Canoe (triptych)"<br>Artist: Remington Schuyler<br>Appraisal Value: $27,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Irving Feist"<br>Artist: Norman Rockwell<br>Appraisal Value: $125,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "It's a Boy's Life"<br>Artist: Joseph Csatari<br>Appraisal Value: $22,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "James West"<br>Artist: S. Posie Wood<br>Appraisal Value: $500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Johnston Historical Museum"<br>Artist: Herbert Mott<br>Appraisal Value: $1,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Jumping Mouse"<br>Artist: James Carter Beard<br>Appraisal Value: $250 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 7, Question 42:** Collectibles

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Artwork<br>Title: "Liberty Bell"<br>Artist: Ernest Henry<br>Appraisal Value: $3,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Lincoln Memorial"<br>Artist: Dean Cornwell<br>Appraisal Value: $25,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Loon and Murres"<br>Artist: James Carter Beard | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Lord Baden Powell"<br>Artist: Benjamin Eggleston<br>Appraisal Value: $40,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Lord Baden Powell"<br>Artist: Unknown<br>Appraisal Value: $5,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Man to Man"<br>Artist: L.D. Warren<br>Appraisal Value: $2,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Manatee"<br>Artist: James Carter Beard<br>Appraisal Value: $500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Men of Tomorrow"<br>Artist: Norman Rockwell<br>Appraisal Value: $1,500,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Menobranchas"<br>Artist: James Carter Beard<br>Appraisal Value: $500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Mighty Proud"<br>Artist: Norman Rockwell<br>Appraisal Value: $1,000,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Miriam Lumpkin Rand Johnston"<br>Artist: Unknown<br>Appraisal Value: $5,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Monk and Jester"<br>Artist: Salvators Frangiamore<br>Appraisal Value: $20,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Mustangs"<br>Artist: John Gutzon Borglum<br>Appraisal Value: $22,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "National Archives"<br>Artist: William Arthur Smith<br>Appraisal Value: $7,500 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 7, Question 42:** Collectibles

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Artwork<br>Title: "National Conference, Order of the Arrow"<br>Artist: Tricomi<br>Appraisal Value: $1,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "National Conference, Order of the Arrow"<br>Artist: Tricomi | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "National Jamboree Fort A.P. Hill, Virginia"<br>Artist: Joseph Csatari<br>Appraisal Value: $22,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "National Scouting Museum Founders"<br>Artist: Joseph Csatari<br>Appraisal Value: $30,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Native American Village"<br>Artist: Andy Jansen<br>Appraisal Value: $1,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Official Call"<br>Artist: Joseph Csatari<br>Appraisal Value: $750 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Old Ironside"<br>Artist: Betty Mahony<br>Appraisal Value: $2,250 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Old Ironside"<br>Artist: Betty Mahony | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "On My Honor"<br>Artist: Norman Rockwell<br>Appraisal Value: $2,000,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "On My Honor"<br>Artist: Norman Rockwell | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "On to Washington"<br>Artist: Norman Rockwell<br>Appraisal Value: $750,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Onward…For God and My Country"<br>Artist: Paul Remmey<br>Appraisal Value: $6,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Our Heritage"<br>Artist: Norman Rockwell<br>Appraisal Value: $1,500,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Out of the Past Into the Future"<br>Artist: Joseph Csatari<br>Appraisal Value: $27,500 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                      Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 7, Question 42:** Collectibles

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Artwork<br>Title: "Pass It On"<br>Artist: Joseph Csatari<br>Appraisal Value: $32,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Perry R. Bass"<br>Artist: Unknown<br>Appraisal Value: $4,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Pheasants in the Snow"<br>Artist: David Moss<br>Appraisal Value: $1,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Pocket Gophers"<br>Artist: James Carter Beard<br>Appraisal Value: $250 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Pointing the Way"<br>Artist: Norman Rockwell<br>Appraisal Value: $1,250,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Portrait of Abraham Lincoln"<br>Artist: Unknown<br>Appraisal Value: $2,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Portrait of Alden G. Barber"<br>Artist: Eugene H. Montgomery<br>Appraisal Value: $15,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Portrait of Arch Munson, Jr."<br>Artist: Joseph Csatari<br>Appraisal Value: $37,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Portrait of Baden-Powell"<br>Artist: Hjordis Nyberg<br>Appraisal Value: $12,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Portrait of Ben H. Love"<br>Artist: Joseph Csatari<br>Appraisal Value: $35,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Portrait of Charles M. Pigott"<br>Artist: Joseph Csatari<br>Appraisal Value: $35,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Portrait of Dr. Arthur Schuck"<br>Artist: Paul Trebilcock<br>Appraisal Value: $30,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Portrait of Dr. Thomas C. MacAvoy"<br>Artist: Joseph Csatari<br>Appraisal Value: $35,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Portrait of Edward C. Joullian"<br>Artist: Joseph Csatari<br>Appraisal Value: $35,000 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 7, Question 42:** Collectibles

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Artwork<br>Title: "Portrait of Edward Joullian III"<br>Artist: Joseph Csatari<br>Appraisal Value: $35,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Portrait of Elbert Fretwell in a Scout Uniform"<br>Artist: Martin Mockford<br>Appraisal Value: $3,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Portrait of Gale F. Johnson"<br>Artist: Albert A. Rose<br>Appraisal Value: $20,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Portrait of Gale F. Johnson"<br>Artist: Robert "Bob" Kovacs<br>Appraisal Value: $1,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Portrait of George H. Fisher"<br>Artist: Lurtos<br>Appraisal Value: $5,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Portrait of Harvey L. Price"<br>Artist: Joseph Csatari<br>Appraisal Value: $22,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Portrait of Irving Feist"<br>Artist: Eugene H. Montgomery<br>Appraisal Value: $15,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Portrait of J. L. Tarr"<br>Artist: Joseph Csatari<br>Appraisal Value: $35,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Portrait of J.F. Kennedy in Scout Uniform"<br>Artist: Robert "Bob" Kovacs<br>Appraisal Value: $2,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Portrait of Jere B. Ratcliff"<br>Artist: Joseph Csatari<br>Appraisal Value: $35,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Portrait of Joseph A. Burton, Jr."<br>Artist: Robert "Bob" Kovacs<br>Appraisal Value: $2,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Portrait of Lady Baden-Powell"<br>Artist: Robert "Bob" Kovacs<br>Appraisal Value: $1,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Portrait of Norton Clapp"<br>Artist: J. Anthony Wills<br>Appraisal Value: $15,000 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 7, Question 42:** Collectibles

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Artwork<br>Title: "Portrait of Robert W. Reneker"<br>Artist: Joseph Csatari<br>Appraisal Value: $37,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Portrait of Sanford N. McDonnell"<br>Artist: Joseph Csatari<br>Appraisal Value: $37,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Prepared To Do A Good Turn" or 9/11"<br>Artist: Joseph Csatari<br>Appraisal Value: $37,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Public Attention"<br>Artist: Shaw McCutcheon<br>Appraisal Value: $1,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Public Relations"<br>Artist: Unknown<br>Appraisal Value: $750 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Reading Partners"<br>Artist: Joseph Csatari<br>Appraisal Value: $27,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Ribbon Seals"<br>Artist: James Carter Beard<br>Appraisal Value: $500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Sanford N. McDonnel"<br>Artist: Unknown<br>Appraisal Value: $4,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Santa Claus and Scout"<br>Artist: Jay Vance<br>Appraisal Value: $1,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Saturday Evening Post Cover"<br>Artist: James Lewicki<br>Appraisal Value: $3,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scout Bugler, Swimming Call"<br>Artist: Harold N. Anderson | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scout Crossing-Jamboree"<br>Artist: Jeff Segler<br>Appraisal Value: $16,100 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scout Master"<br>Artist: Joseph Csatari<br>Appraisal Value: $500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scout Signs Up"<br>Artist: Remington Schuyler<br>Appraisal Value: $1,000 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                      Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 7, Question 42:** Collectibles

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Artwork<br>Title: "Scout with Binoculars"<br>Artist: Remington Schuyler<br>Appraisal Value: $500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scout with English Sailor"<br>Artist: Z.P. Nikolaki<br>Appraisal Value: $4,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scout with Native American"<br>Artist: Remington Schuyler<br>Appraisal Value: $750 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scouting Builds Leaders"<br>Artist: Joseph Csatari<br>Appraisal Value: $30,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scouting Family"<br>Artist: R.S. Kemp<br>Appraisal Value: $1,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scouting for all Seasons"<br>Artist: Joseph Csatari<br>Appraisal Value: $42,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scouting For All Seasons"<br>Artist: Joseph Csatari<br>Appraisal Value: $1,750 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scouting Hero's"<br>Artist: Joseph Csatari<br>Appraisal Value: $27,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scouting in the World"<br>Artist: Martha Jane Starr<br>Appraisal Value: $4,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scouting is Outing"<br>Artist: Norman Rockwell<br>Appraisal Value: $750,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scouting Makes Real Men Out of Real Boys"<br>Artist: Norman Rockwell<br>Appraisal Value: $750,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scouting Salutes Community Organizations"<br>Artist: Joseph Csatari<br>Appraisal Value: $27,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scouting Values"<br>Artist: Joseph Csatari<br>Appraisal Value: $25,000 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number: 20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 7, Question 42:** Collectibles

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Artwork<br>Title: "Scouting Values"<br>Artist: Joseph Csatari<br>Appraisal Value: $32,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scouting's Tribute to Law Enforcement"<br>Artist: Jeff Segler<br>Appraisal Value: $15,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scoutmaster"<br>Artist: Joseph Csatari<br>Appraisal Value: $500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scouts and Important Holidays"<br>Artist: Remington Schuyler<br>Appraisal Value: $750 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scouts are Patriotic"<br>Artist: Joseph Csatari<br>Appraisal Value: $1,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scouts Around a Campfire"<br>Artist: Remington Schuyler<br>Appraisal Value: $750 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scouts at Doorway to Sky Patrol Building"<br>Artist: Remington Schuyler<br>Appraisal Value: $750 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scouts Building a Log Structure"<br>Artist: Remington Schuyler<br>Appraisal Value: $750 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scouts Cooking at Camp"<br>Artist: Remington Schuyler<br>Appraisal Value: $500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scouts Cooking at Camp"<br>Artist: Remington Schuyler<br>Appraisal Value: $500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scouts Hiking Near Totem Pole"<br>Artist: Remington Schuyler<br>Appraisal Value: $750 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scouts Hiking"<br>Artist: Joseph Csatari<br>Appraisal Value: $1,250 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scouts in Winter Camp" Series (1)<br>Artist: Remington Schuyler<br>Appraisal Value: $3,500 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 7, Question 42:** Collectibles

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Artwork<br>Title: "Scouts in Winter Camp" Series (2)<br>Artist: Remington Schuyler<br>Appraisal Value: $3,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scouts in Winter Camp" Series (3)<br>Artist: Remington Schuyler<br>Appraisal Value: $3,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scouts in Winter Camp" Series (4)<br>Artist: Remington Schuyler<br>Appraisal Value: $3,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scouts in Winter Camp" Series (5)<br>Artist: Remington Schuyler<br>Appraisal Value: $3,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scouts in Winter Camp" Series (6)<br>Artist: Remington Schuyler<br>Appraisal Value: $3,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scouts in Winter Camp" Series (7)<br>Artist: Remington Schuyler<br>Appraisal Value: $3,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scouts in Winter Camp" Series (8)<br>Artist: Remington Schuyler<br>Appraisal Value: $3,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scouts of Many Trails"<br>Artist: Norman Rockwell<br>Appraisal Value: $1,250,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scouts on a Hike"<br>Artist: Remington Schuyler<br>Appraisal Value: $1,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scouts on Hike Near Seashore"<br>Artist: Remington Schuyler<br>Appraisal Value: $750 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scouts Resting Along a Trail"<br>Artist: Remington Schuyler<br>Appraisal Value: $3,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scouts Setting Up Camp Near a Lake"<br>Artist: Remington Schuyler<br>Appraisal Value: $750 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scouts Signaling"<br>Artist: Joseph Christian Leyendecker<br>Appraisal Value: $175,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scouts Sitting in Front of a Tepee"<br>Artist: Remington Schuyler<br>Appraisal Value: $750 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 7, Question 42:** Collectibles

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Artwork<br>Title: "Scouts Swimming and Diving"<br>Artist: Remington Schuyler<br>Appraisal Value: $750 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scouts Washing Up at Camp"<br>Artist: Remington Schuyler<br>Appraisal Value: $750 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Scouts Welcoming a New Member"<br>Artist: Remington Schuyler<br>Appraisal Value: $750 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Sea Scout at Ship's Wheel"<br>Artist: Harold N. Anderson<br>Appraisal Value: $7,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Sea Scouts"<br>Artist: Walt Disney<br>Appraisal Value: $10,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Sitting Scouts Dressed as Native Americans"<br>Artist: Remington Schuyler<br>Appraisal Value: $750 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Spider Monkeys"<br>Artist: James Carter Beard<br>Appraisal Value: $500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Spirit Lives On"<br>Artist: Joseph Csatari<br>Appraisal Value: $25,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Squirrel"<br>Artist: James Carter Beard<br>Appraisal Value: $250 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Stellar's Sea Lions"<br>Artist: James Carter Beard<br>Appraisal Value: $500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Stormy Petrel"<br>Artist: James Carter Beard<br>Appraisal Value: $250 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Straight Talks from the Scoutmaster"<br>Artist: Norman Rockwell<br>Appraisal Value: $750,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Study for Grandma's Recipe"<br>Artist: Norman Rockwell<br>Appraisal Value: $45,000 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 7, Question 42:** Collectibles

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Artwork<br>Title: "Study for Spirit of America"<br>Artist: Norman Rockwell<br>Appraisal Value: $60,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Study for the Spirit of 1976"<br>Artist: Norman Rockwell<br>Appraisal Value: $100,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Study for Washington"<br>Artist: Norman Rockwell<br>Appraisal Value: $60,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Study for Weapons of Liberty"<br>Artist: Norman Rockwell<br>Appraisal Value: $40,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Sunfish"; "Calico Bass"; "Yellow Perch"; and "Small Mouthed Black Bass"<br>Artist: James Carter Beard<br>Appraisal Value: $250 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Surrey's Pleasant Hills"<br>Artist: Charles Chauvel / B.W. Leader<br>Appraisal Value: $1,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Tait McKenzie Statue"<br>Artist: Homer Hill<br>Appraisal Value: $1,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Tarpon"<br>Artist: James Carter Beard | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Thank You, Scout Volunteers"<br>Artist: Joseph Csatari<br>Appraisal Value: $22,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "The Adventure Trail"<br>Artist: Norman Rockwell<br>Appraisal Value: $1,250,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "The Angler"<br>Artist: James Carter Beard | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "The Boy Scout"<br>Artist: Robert Tait McKenzie<br>Appraisal Value: $45,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "The Boy Scout"<br>Artist: Robert Tait McKenzie<br>Appraisal Value: $45,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "The Campfire Story"<br>Artist: Norman Rockwell<br>Appraisal Value: $750,000 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                    Case Number: 20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 7, Question 42:** Collectibles

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Artwork<br>Title: "The Measure of a Man"<br>Artist: Edward D. Kuekes<br>Appraisal Value: $3,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "The Mountaineer"<br>Artist: Carl Clemens Moritz Rungius<br>Appraisal Value: $750,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "The New Spirit"<br>Artist: Joseph Csatari<br>Appraisal Value: $25,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "The Ordeal"<br>Artist: Joseph Csatari<br>Appraisal Value: $10,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "The Patrol Leader"<br>Artist: Joseph Csatari<br>Appraisal Value: $15,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "The Reunion"<br>Artist: Joseph Csatari<br>Appraisal Value: $22,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "The Right Way"<br>Artist: Norman Rockwell<br>Appraisal Value: $1,500,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "The Scouting Trail"<br>Artist: Norman Rockwell<br>Appraisal Value: $750,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "The Scoutmaster"<br>Artist: Joseph Csatari<br>Appraisal Value: $30,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "The Scoutmaster"<br>Artist: Joseph Csatari<br>Appraisal Value: $50,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "The Scoutmaster"<br>Artist: Norman Rockwell<br>Appraisal Value: $2,000,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "The Second Class Requirements"<br>Artist: Remington Schuyler<br>Appraisal Value: $500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "The Spanish Mackerel"<br>Artist: James Carter Beard | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "The Spirit Lives On"<br>Artist: Larry Frost<br>Appraisal Value: $8,500 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 7, Question 42:** Collectibles

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Artwork<br>Title: "The Summit"<br>Artist: Joseph Csatari<br>Appraisal Value: $40,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "The Tenderfoot Requirements"<br>Artist: Remington Schuyler<br>Appraisal Value: $750 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "They See a Vision That Once Was Yours"<br>Artist: Harold Van Schmidt<br>Appraisal Value: $10,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Thomas J. Watson, Jr."<br>Artist: Joseph Csatari<br>Appraisal Value: $20,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Tippy"<br>Artist: Remington Schuyler<br>Appraisal Value: $750 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "To Keep Myself Physically Strong"<br>Artist: Norman Rockwell<br>Appraisal Value: $1,000,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Tomorrow's Leader"<br>Artist: Norman Rockwell<br>Appraisal Value: $1,750,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Trail to Eagle"<br>Artist: Martha Jane Starr<br>Appraisal Value: $1,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Trail to Eagle"<br>Artist: Ted Summers<br>Appraisal Value: $3,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Trail to Manhood"<br>Artist: Peter M. Fillerup<br>Appraisal Value: $35,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Treasure Island"<br>Artist: E.Urner Goodman<br>Appraisal Value: $5,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Triumph and Tragedy"<br>Artist: George Angelini<br>Appraisal Value: $1,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Two Scouts at Picketburg Sign Post"<br>Artist: Remington Schuyler<br>Appraisal Value: $1,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Two Spined Stickleback"<br>Artist: James Carter Beard | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 7, Question 42:** Collectibles

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Artwork<br>Title: "Typical Pocket-Mouse and Kangaroo Rat"<br>Artist: James Carter Beard<br>Appraisal Value: $250 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Unicorn Whales"<br>Artist: James Carter Beard<br>Appraisal Value: $750 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Untitled Scout"<br>Artist: Jeff Segler<br>Appraisal Value: $5,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Urban Good Turn"<br>Artist: Joseph Csatari<br>Appraisal Value: $22,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Values That Last a Lifetime"<br>Artist: Joseph Csatari<br>Appraisal Value: $32,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Walter Scott"<br>Artist: Joseph Csatari<br>Appraisal Value: $40,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "We Thank Thee O'Lord"<br>Artist: Norman Rockwell<br>Appraisal Value: $250,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "We Thank Thee, O'Lord"<br>Artist: Norman Rockwell<br>Appraisal Value: $1,000,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "We, Too, Have a Job to Do"<br>Artist: Norman Rockwell<br>Appraisal Value: $1,000,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Weapons for Liberty"<br>Artist: Joseph Christian Leyendecker<br>Appraisal Value: $275,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Where Brook and River Meet"<br>Artist: A. Boulard / B.W. Leader<br>Appraisal Value: $1,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Wild Wings"<br>Artist: David Moss<br>Appraisal Value: $1,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Winter Camping Scene"<br>Artist: Joseph Csatari<br>Appraisal Value: $37,500 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 7, Question 42:** Collectibles

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Artwork<br>Title: "Woodchuck"<br>Artist: James Carter Beard<br>Appraisal Value: $250 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "Wright Brothers"<br>Artist: Dean Cornwell<br>Appraisal Value: $25,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: "You Can Do It"<br>Artist: Joseph Csatari<br>Appraisal Value: $22,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: 2008 "Year of the Volunteer"<br>Artist: Joseph Csatari<br>Appraisal Value: $27,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: Maquette for "Trail to Manhood"<br>Artist: Peter M. Fillerup<br>Appraisal Value: $7,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: Study for "The Scoutmaster"<br>Artist: Norman Rockwell<br>Appraisal Value: $75,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: Study for "We Thank Thee, O'Lord"<br>Artist: Norman Rockwell<br>Appraisal Value: $40,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: Untitled from the "Health, Safety, and First Aid"<br>Artist: Ruth Pisano<br>Appraisal Value: $1,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: Untitled from the "Health, Safety, and First Aid"<br>Artist: Ruth Pisano<br>Appraisal Value: $2,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: Untitled from the "Health, Safety, and First Aid"<br>Artist: Ruth Pisano<br>Appraisal Value: $1,000 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: Untitled from the "Health, Safety, and First Aid"<br>Artist: Ruth Pisano<br>Appraisal Value: $1,500 | Undetermined | N/A | Undetermined |
| Artwork<br>Title: Untitled from the "Health, Safety, and First Aid"<br>Artist: Ruth Pisano<br>Appraisal Value: $1,500 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 7, Question 42:** Collectibles

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Artwork<br>Title: Untitled from the "Health, Safety, and First Aid"<br>Artist: Ruth Pisano<br>Appraisal Value: $1,500 | Undetermined | N/A | Undetermined |
| | | **TOTAL** | **$0.00**<br>**+ undetermined amounts** |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 8, Question 47:** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Automobiles | $1,142,352.90 | Net Book Value | $1,142,352.90 |
| Automobile Accessories | $150,664.55 | Net Book Value | $150,664.55 |
| Trailers | $64,532.06 | Net Book Value | $64,532.06 |
| Tractors | $35,384.23 | Net Book Value | $35,384.23 |
| Utility Vehicles | $11,606.49 | Net Book Value | $11,606.49 |
| | | **TOTAL** | **$1,404,540.23** |

Debtor Name: Boy Scouts of America                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 8, Question 48:** Watercraft, trailers, motors, and related accessories

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Boats | $608,670.61 | Net Book Value | $608,670.61 |
| Watercraft Accessories | $508,998.97 | Net Book Value | $508,998.97 |
| Canoes / Kayaks | $43,634.33 | Net Book Value | $43,634.33 |
| | | **TOTAL** | **$1,161,303.91** |

Debtor Name:    Boy Scouts of America                    Case Number:    20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property | Nature and extent of debtor's interest | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Building Improvements | Building Improvements | $2,433,413.21 | Net Book Value | $2,433,413.21 |
| Buildings | Buildings | $2,808,532.77 | Net Book Value | $2,808,532.77 |
| Construction in Progress | Construction in Progress | $1,065,468.10 | Net Book Value | $1,065,468.10 |
| Land | Land | $2,061,680.37 | Net Book Value | $2,061,680.37 |
| Land Improvements | Land Improvements | $423,802.52 | Net Book Value | $423,802.52 |
| Leasehold Improvements | Leasehold Improvements | $25,570.59 | Net Book Value | $25,570.59 |
| National Headquarters 1325 W. Walnut Hill Lane Irving, TX 75038 | National Headquarters | Undetermined | N/A | Undetermined |
| Scouting University 1301 Solana Blvd. Bldg 5 Westlake, TX 76262 | Scouting University | Undetermined | N/A | Undetermined |
| Carolina Scout Shop 2121 Westinghouse Blvd. Charlotte, NC 28273 | Carolina Scout Shop | Undetermined | N/A | Undetermined |
| National Distribution Center 2109 Westinghouse Blvd. Charlotte, NC 28273 | National Distribution Center | Undetermined | N/A | Undetermined |
| | | | TOTAL | $8,818,467.56 + undetermined amounts |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Patent (US) #: US 6,343,6014 B1 | Undetermined | N/A | Undetermined |
| Registered Patent (US) #: US 8,795,027 B2 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: CSN0001126 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: CSN0002760 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: CSN0006927 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: CSN0009414 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: CSN0010124 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: CSN0013566 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: CSN0014315 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: CSN0015361 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: CSN0020486 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: CSN0031217 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: CSN0036413 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: CSN0036868 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: CSN0038248 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: CSN0040065 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: CSN0040482 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: CSN0042597 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: CSN0057687 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: CSN0107092 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: CSN0113984 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: CSN0128152 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: CSN0139064 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: CSN0139139 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: GP100318 (1975) | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: PA0000201556 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: PA0000431917 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: PA0000440674 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: PA0001703141 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000007879 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000015999 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0000021351 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000021668 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000025420 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000025421 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000028670 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000034547 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000041778 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000043563 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000043564 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000043565 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000045969 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000047774 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000047775 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000054876 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000054877 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000055019 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000058430 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000059643 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000070906 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000070907 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000079283 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000082414 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000088490 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000091825 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000094398 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000095992 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000101812 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000104514 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000106428 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000106429 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000107013 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0000107014 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000107015 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000114388 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000116272 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000116733 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000125872 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000127281 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000142504 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000150478 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000150479 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000155317 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000169723 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000191071 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000191186 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000194929 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000194930 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000194931 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000194932 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000197253 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000211048 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000212389 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000212390 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000212391 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000212392 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000218666 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000225836 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000225837 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000227990 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000233954 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000238772 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000241856 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0000254900 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000256293 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000257640 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000257784 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000261589 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000266078 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000266631 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000269194 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000269751 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000270032 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000270033 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000270034 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000277644 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000283993 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000296492 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000296493 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000306132 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000311620 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000316179 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000316180 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000316181 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000316185 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000316186 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000316189 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000330259 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000330260 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000332695 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000332696 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000336196 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000339528 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000343874 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                                                 Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0000361729 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000365892 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000365893 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000382105 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000382106 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000385948 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000389281 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000390146 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000407823 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000407838 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000408141 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000408586 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000408587 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000432165 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000445039 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000454901 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000463743 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000464014 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000469312 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000469313 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000473882 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000481861 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000481862 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000489058 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000500735 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000510402 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000518216 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000520804 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000520805 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000520997 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000522428 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0000530147 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000532198 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000542159 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000547761 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000550609 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000567642 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000567643 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000569020 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000569022 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000569032 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000569071 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000569072 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000569143 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000569164 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000569165 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000569166 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000569168 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000569169 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000569170 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000569208 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000569238 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000569386 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000570005 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000570009 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000577282 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000578366 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000580979 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000588366 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000599868 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000617184 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000625071 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0000625093 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000625407 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000626392 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000628918 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000628919 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000628920 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000628921 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000630748 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000640988 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000643000 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000643945 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000645310 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000645525 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000660614 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000666305 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000670313 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000674567 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000678391 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000689528 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000699269 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000699586 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000699667 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000699668 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000700345 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000702668 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000709301 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000713337 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000713338 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000721052 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000732053 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000732991 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0000733550 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000747755 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000757128 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000757165 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000758582 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000763139 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000768808 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000769170 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000771762 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000772911 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000773371 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000775981 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000782924 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000786028 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000786982 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000786983 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000786984 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000786985 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000786986 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000786987 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000786988 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000786989 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000789325 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000793047 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000793625 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000795159 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000799878 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000800171 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000800172 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000804492 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000804496 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0000804614 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000805302 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000809369 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000809378 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000811145 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000812660 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000812673 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000823531 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000827099 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000831086 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000841718 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000854233 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000858242 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000865033 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000865034 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000865035 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000867069 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000871052 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000875933 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000877267 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000878588 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000886363 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000891118 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000892861 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000893176 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000893926 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000894935 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000896530 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000899730 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000900475 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000903465 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                          Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0000903466 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000906379 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000915599 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000919343 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000920586 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000921328 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000928630 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000932871 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000948953 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000957699 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000959580 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000959581 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000959582 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000959583 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000959584 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000965586 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000968953 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000969531 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000973139 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000974545 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000986160 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000989765 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0000994549 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001007096 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001007097 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001007098 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001011536 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001017646 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001025501 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001026318 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001047758 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0001051351 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001052111 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001060669 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001071481 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001078544 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001078545 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001078546 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001084198 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001087136 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001095553 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001095892 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001096873 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001098563 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001098564 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001098565 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001107522 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001109313 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001110572 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001115327 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001117739 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001124136 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001135930 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001135932 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001136572 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001141436 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001142974 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001150486 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001156213 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001168127 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001168308 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001168325 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                                Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0001184497 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001190211 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001196508 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001198533 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001203063 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001221495 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001222306 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001222307 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001227607 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001229928 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001238827 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001239438 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001245770 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001256206 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001264735 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001264736 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001264739 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001264774 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001269578 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001270123 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001275062 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001281559 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001282903 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001282942 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001284857 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001284871 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001290968 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001297446 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001305095 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001306650 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001307704 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                                      Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0001307987 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001310001 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001310027 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001315301 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001317024 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001319045 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001319046 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001322156 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001329002 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001331791 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001331792 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001332891 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001343461 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001343596 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001343909 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001349452 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001363691 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001365384 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001365395 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001365498 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001368066 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001381557 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001383244 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001388020 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001396103 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001405171 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001410145 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001414295 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001431369 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001433846 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001437600 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0001438327 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001438716 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001442026 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001445861 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001447995 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001449817 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001459462 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001470418 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001481613 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001487500 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001495338 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001495367 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001509314 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001525280 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001527000 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001527951 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001543188 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001551369 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001558905 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001564634 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001576651 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001582296 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001600452 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001600889 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001601005 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001601029 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001601703 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001601704 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001601705 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001601716 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001601717 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0001601718 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001601719 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001601720 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001601871 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001601872 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001601873 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001601874 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001601875 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001614977 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001643547 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001652114 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001653705 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001661864 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001669738 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001680055 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001701121 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001702522 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001702584 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001703483 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001717593 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001723701 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001725194 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001743908 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001767089 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001775259 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001786961 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001791848 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001810677 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001821407 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001822967 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001830565 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                             Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0001841214 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001874923 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001888556 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001890064 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001893145 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001894296 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001902624 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001930484 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001930485 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001933458 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001943742 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001948310 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001948440 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001958063 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001961536 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001966401 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001967318 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001968881 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001975157 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001975641 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001980070 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0001990760 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002004854 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002021889 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002046721 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002049860 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002050831 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002057522 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002064973 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002070833 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002081496 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0002089976 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002090274 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002103163 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002106155 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002131134 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002144678 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002157398 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002164472 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002164593 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002171281 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002181368 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002195538 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002197519 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002217536 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002218096 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002219718 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002219719 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002220114 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002220905 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002224127 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002230963 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002238161 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002246794 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002246844 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002249127 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002278871 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002279165 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002283290 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002287189 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002302473 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002304235 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0002313427 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002320483 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002334631 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002345908 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002351508 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002355396 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002374883 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002377485 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002388240 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002411965 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002435121 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002436591 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002446463 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002452916 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002454408 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002456666 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002458050 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002458172 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002484483 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002498917 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002503179 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002505511 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002509049 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002515379 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002533534 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002534780 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002535514 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002564863 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002583203 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002592513 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002597624 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0002619522 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002624988 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002644151 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002644340 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002666682 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002687306 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002695953 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002696817 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002712362 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002719843 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002753223 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002760397 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002760398 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002768200 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002774856 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002794261 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002811564 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002811802 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002819235 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002822117 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002831763 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002846964 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002862240 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002868562 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002869879 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002869883 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002869935 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002885231 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002900485 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002903236 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002906398 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                                                 Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0002914853 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002915416 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002926399 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002931405 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002934212 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002936134 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002937205 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002939968 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002940295 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002944278 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002946563 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002950262 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002963459 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002971668 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0002975713 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003011032 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003011064 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003021989 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003034614 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003042721 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003063642 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003098840 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003098841 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003143089 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003146958 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003146959 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003146960 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003146968 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003147034 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003147218 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003151656 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0003162310 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003169608 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003180791 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003181916 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003181917 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003181918 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003181922 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003182969 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003182970 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003182971 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003182973 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003182974 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003182975 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003183200 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003183201 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003183203 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003184848 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003184872 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003189813 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003196089 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003203181 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003232660 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003235986 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003235988 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003286291 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003286292 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003286293 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003291593 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003302175 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003304863 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003305243 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0003307667 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003357353 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003357354 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003357369 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003357370 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003357371 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003357372 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003357377 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003357383 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003357402 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003357403 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003357404 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003358867 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003358868 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003358869 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003358870 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003366489 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003367742 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003367743 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003369421 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003402554 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003402555 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003402556 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003402557 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003402558 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003409118 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003409681 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003410494 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003410531 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003415627 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003415628 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number: 20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0003415972 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003441819 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003447710 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003448777 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003459949 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003467568 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003469593 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003485467 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003494444 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003513167 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003513195 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003550901 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003550902 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003550903 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003556469 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003557319 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003558133 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003558134 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003558135 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003558136 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003558137 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003558138 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003558139 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003558149 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003558163 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003558455 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003558458 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003558517 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003559702 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003567593 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003567594 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0003567595 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003571304 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003574710 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003574712 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003574713 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003583273 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003585663 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003603851 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003615906 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003618413 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003618662 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003631715 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003637951 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003665238 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003667872 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003671012 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003676027 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003677638 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003678293 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003679388 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003679401 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003679402 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003681416 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003682252 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003683303 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003683304 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003684474 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003686186 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003698614 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003740648 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003743685 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0003743688 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003746182 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003748348 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003749303 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003749308 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003758271 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003770889 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003770890 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003770891 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003770978 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003770979 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003770980 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003770981 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003770982 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003770983 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003772175 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003785923 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003794020 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003810783 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003824143 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003827900 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003828417 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003837561 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003843143 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003867100 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003871511 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003871713 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003871714 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003871764 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003871770 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003875210 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number: 20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0003875701 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003881653 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003895485 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003906123 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003928024 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003928025 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003928079 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003929674 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003947462 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003954708 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003962746 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003963574 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003965578 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003965599 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003969611 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003986266 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003990066 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003990073 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0003992998 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004017819 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004024954 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004052898 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004052944 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004053106 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004057903 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004057904 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004061749 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004065358 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004065359 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004065360 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004065434 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                                Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| Registered Copyright (US): #: TX0004070716 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004071760 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004071761 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004071762 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004071763 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004073292 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004073293 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004079973 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004082010 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004128110 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004131746 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004142241 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004147867 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004147868 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004147869 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004147870 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004148479 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004148577 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004148578 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004152518 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004152520 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004153132 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004174133 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004174741 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004174742 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004174743 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004180829 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004181026 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004181027 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004185794 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004190893 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0004191499 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004204571 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004206186 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004206187 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004207005 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004207006 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004226653 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004226661 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004237923 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004237924 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004237925 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004237926 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004237927 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004237928 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004237929 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004237930 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004237942 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004240299 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004270955 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004270956 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004300220 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004300221 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004308096 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004308098 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004333604 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004342208 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004349880 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004349881 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004367897 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004391560 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004391561 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0004398774 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004398775 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004398776 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004398777 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004398778 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004402879 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004404908 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004405759 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004421189 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004421190 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004423061 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004424386 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004424387 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004425936 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004439918 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004439919 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004441257 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004441258 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004441259 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004441260 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004441261 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004441262 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004441263 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004441264 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004441265 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004441266 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004441267 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004441268 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004441269 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004450548 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004450549 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                                    Case Number: 20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0004450550 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004450808 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004450809 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004464527 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004470910 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004473166 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004473195 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004475154 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004475155 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004482484 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004482485 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004491353 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004491354 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004492453 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004497696 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004497697 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004497698 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004497699 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004497700 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004497701 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004502407 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004502408 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004522758 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004522759 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004537629 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004537630 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004537631 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004541570 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004541583 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004555494 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004555700 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                                Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0004557479 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004560164 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004574902 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004581830 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004581831 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004604674 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004604769 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004604828 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004616519 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004616520 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004630034 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004644076 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004644077 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004651842 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004652351 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004654108 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004656741 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004658464 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004668399 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004668400 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004668462 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004670662 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004706102 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004706103 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004711575 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004725646 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004734134 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004734135 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004744189 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004759017 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004759018 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0004766220 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004768832 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004768833 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004783151 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004788551 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004790421 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004790926 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004811983 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004820470 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004820471 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004824752 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004833264 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004835769 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004845571 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004847236 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004847489 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004850193 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004852210 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004854187 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004881071 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004881073 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004883360 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004883362 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004883363 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004884182 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004884372 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004884373 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004885521 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004886943 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004886944 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004887039 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0004887046 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004887047 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004887048 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004887049 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004887050 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004893107 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004896000 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004916327 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004926117 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004929757 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004941138 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004956301 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004956302 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004961020 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004961021 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004961022 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004961023 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004969855 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004973067 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004973068 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004976053 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004976900 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004977589 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004977590 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004977591 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004977597 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004977752 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004986114 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004986216 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004990108 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004990113 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number: 20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0004990236 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004992790 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004995564 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0004995571 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005001686 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005001687 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005004359 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005005084 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005005085 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005005900 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005005901 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005005902 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005005903 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005005904 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005007078 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005007079 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005007524 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005007701 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005009908 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005025467 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005025468 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005031558 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005031559 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005031560 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005031561 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005031562 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005031563 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005036507 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005037793 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005039660 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005039661 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                      Case Number: 20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0005040314 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005051167 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005058041 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005059794 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005061115 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005061116 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005067049 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005074906 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005077018 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005079504 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005090390 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005090391 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005093046 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005093303 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005097570 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005105502 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005105511 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005113374 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005130754 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005130755 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005159438 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005159439 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005164298 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005170373 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005170374 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005172531 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005172532 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005180010 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005202448 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005209051 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005209052 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                      Case Number: 20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0005211910 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005222674 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005224682 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005233613 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005233614 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005233615 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005233616 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005253965 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005253966 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005254088 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005282139 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005282177 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005295432 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005295433 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005301663 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005318579 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005318580 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005319819 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005319988 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005320018 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005320019 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005324927 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005324929 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005328722 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005346866 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005346867 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005360373 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005360374 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005369696 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005369697 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005400193 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| Registered Copyright (US): #: TX0005400194 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005408923 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005421058 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005429586 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005470494 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005519152 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005519322 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005519327 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005519328 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005524593 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005524788 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005524789 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005531175 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005532265 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005570260 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005573049 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005573050 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005573130 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005573131 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005573132 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005573133 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005573134 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005573135 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005573136 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005573137 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005573138 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005573139 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005573140 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005573168 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005573169 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005573170 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0005582704 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005582705 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005582706 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005590016 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005590595 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005615880 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005615881 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005615882 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005615883 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005615884 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005615885 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005615886 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005620173 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005620174 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005620175 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005622786 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005640495 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005640496 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005640497 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005640498 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005640499 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005640500 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005640501 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005640502 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005640503 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005640504 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005641384 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005649810 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005653753 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005653754 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005653755 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0005653756 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005653757 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005653758 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005653759 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005661635 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005670511 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005670529 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005693635 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005695278 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005703795 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005709411 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005711320 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005711321 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005711322 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005711323 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005711324 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005711325 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005711326 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005711327 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005711328 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005711329 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005713446 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005715497 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005771384 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005771385 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005771386 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005771387 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005771388 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005772569 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005797286 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005797287 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                              Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0005797288 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005797289 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005797290 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005797291 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005797292 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005797293 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005797294 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005798655 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005799373 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005821244 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005821245 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005821246 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005821247 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005821248 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005821336 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005821337 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005821338 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005821339 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005821340 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005821341 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005821342 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005828073 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005828074 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005828075 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005828076 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005828077 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005828078 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005828079 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005828080 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005828081 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005828082 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                                      Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0005828972 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005828973 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005830896 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005830897 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005830898 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005830899 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005830900 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005830901 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005830902 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005830903 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005830904 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005830905 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005830906 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005830907 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005833598 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005833599 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005860873 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005860874 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005860875 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005860876 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005860877 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005860878 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005860879 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005860880 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005860881 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005860882 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005874245 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005874246 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005874247 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005916510 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005916511 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0005920711 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005921331 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005921332 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005953627 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005953628 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005953629 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005953630 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005982727 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005982728 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005982729 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005982730 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005982731 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005982732 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005982733 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005982734 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005982735 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005982736 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005982737 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005982738 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005983076 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005983077 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005983078 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005983079 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005983187 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005983188 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005984741 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005984742 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005989921 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005989922 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005989923 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005989924 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                        Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0005989925 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005989926 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005990124 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005990125 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005990126 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005990127 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005990128 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005990131 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005997150 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005997151 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005997152 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005997153 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005997154 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005997155 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005997156 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0005997157 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006001755 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006001761 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006001762 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006001763 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006005900 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006007649 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006008103 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006008104 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006014129 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006014130 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006014131 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006018968 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006030259 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006030260 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006030261 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0006030262 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006038484 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006038485 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006038486 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006050460 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006050461 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006050462 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006052336 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006052337 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006052338 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006052780 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006052781 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006052782 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006053552 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006056860 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006056861 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006056882 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006056892 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006059366 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006069029 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006071032 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006071033 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006080627 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006080628 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006080629 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006095378 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006096111 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006096112 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006102873 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006102874 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006102875 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                        Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0006104134 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006104135 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006104136 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006104199 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006106643 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006106675 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006106676 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006106677 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006106678 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006109931 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006116332 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006116333 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006116334 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006129040 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006129041 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006129042 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006142267 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006142268 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006142269 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006145057 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006151766 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006151767 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006151768 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006151769 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006153960 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006153961 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006153962 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006169831 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006169832 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006169833 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006169834 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                              Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0006179096 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006179210 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006190227 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006190228 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006190229 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006190230 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006190231 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006190232 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006192137 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006192138 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006192139 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006196800 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006207069 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006207070 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006207071 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006210995 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006210996 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006213720 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006213721 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006219992 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006219993 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006219994 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006223747 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006228703 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006228904 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006228913 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006228915 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006228916 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006230745 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006230766 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006230767 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                          Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0006230768 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006231310 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006231311 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006231312 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006234518 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006239071 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006239072 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006246315 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006246320 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006246323 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006252643 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006252644 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006254607 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006254619 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006286863 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006286864 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006286865 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006290842 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006290843 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006290844 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006315997 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006327363 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006327364 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006327365 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006331054 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006333106 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006333107 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006333108 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006333109 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006333110 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006333112 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0006342591 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006342599 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006342600 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006342601 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006347351 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006357489 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006357490 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006357491 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006362113 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006365625 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006365626 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006366595 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006371777 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006393775 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006393776 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006393777 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006411393 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006411394 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006411395 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006428700 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006429507 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006453597 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006463640 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006463641 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006463642 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006463857 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006463858 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006463859 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006480856 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006489799 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006489800 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0006489801 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006497138 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006497139 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006497140 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006497271 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006497272 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006497273 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006497808 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006511196 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006511198 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006511199 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006538854 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006544255 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006544256 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006544257 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006567481 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006567907 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006567908 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006572686 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006572849 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006572852 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006572853 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006576065 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006576066 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006576067 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006626887 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006648181 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006648182 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006824444 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006837920 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006837923 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                             Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0006837928 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006843834 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006856619 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006856621 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006856630 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006880107 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006888365 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006903010 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006903021 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006914672 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006930930 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006932032 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006932035 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006943953 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006944321 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006944325 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006992071 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006992079 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006992385 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006993250 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0006993253 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007034908 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007034941 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007048048 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007052458 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007054867 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007055654 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007056109 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007057317 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007058911 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007061936 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0007061948 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007070937 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007072201 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007072932 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007073066 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007073072 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007074313 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007075723 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007081016 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007085045 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007085370 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007085385 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007085461 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007085529 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007085548 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007086398 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007086408 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007086645 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007088952 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007088975 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007091747 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007092167 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007092686 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007097183 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007097207 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007100193 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007100195 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007101024 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007108269 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007109423 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007109651 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0007109726 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007111624 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007112484 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007114039 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007115660 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007127536 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007139427 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007139431 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007155107 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007160408 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007164988 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007167742 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007167745 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007167768 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007167769 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007174345 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007178293 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007179700 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007179747 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007179748 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007182998 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007190451 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007190454 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007190823 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007190900 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007192011 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007192015 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007198641 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007209704 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007217631 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007217633 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0007217916 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007217921 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007219690 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007219692 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007219694 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007231565 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007238942 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007238964 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007245101 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007252323 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007257415 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007257418 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007272180 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007272182 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007289302 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007313089 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007316139 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007316140 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007326955 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007330571 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007333952 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007345447 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007349897 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007353322 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007365855 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007365858 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007367693 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007368931 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007397095 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007397098 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007397311 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                          Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0007417132 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007430221 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007430224 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007434879 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007441710 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007444893 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007460519 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007461017 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007461018 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007461020 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007471038 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007516884 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007516887 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007530194 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007531145 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007531210 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007539926 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007539947 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007539968 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007542525 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007542527 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007543521 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007563535 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007577859 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007581305 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007581308 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007592083 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007592086 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007594848 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007614339 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007619708 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0007621480 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007623903 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007630894 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007632730 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007649206 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007651561 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007654712 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007656601 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007662416 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007662418 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007664020 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007676568 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007689405 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007700477 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007700544 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007700578 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007701651 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007701657 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007717169 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007717210 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007743397 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007743399 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007757203 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007771295 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007772609 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007773479 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007785782 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007789424 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007789437 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007789705 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007789707 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0007790265 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007790296 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007799589 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007800060 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007805802 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007811747 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007814187 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007819976 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007838916 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007854137 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007854142 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007854206 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007875629 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007892315 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007892435 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007892439 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007893179 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007893181 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007898082 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007906256 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007916033 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007923321 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007925552 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007927145 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007927160 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007948793 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007950446 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007954510 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007954511 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007958784 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007960174 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                          Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0007987048 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007998515 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0007998518 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008004739 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008008381 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008018588 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008021727 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008033422 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008066212 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008066224 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008080778 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008080781 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008080787 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008088778 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008088816 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008088858 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008121163 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008121174 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008134094 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008134131 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008137133 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008139399 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008139536 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008145988 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008161061 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008161064 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008161486 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008186484 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008189274 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008203535 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008203537 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                                          Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0008210859 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008210860 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008235306 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008244436 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008244437 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008245446 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008259747 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008267644 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008267651 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008291442 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008291444 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008298863 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008298953 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008299288 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008300930 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008300938 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008300941 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008309453 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008309455 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008309457 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008325387 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008325390 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008337326 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008338030 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008358611 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008358624 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008364828 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008367568 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008367571 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008402833 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008402836 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                                          Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0008410785 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008410787 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008410794 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008419095 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008430527 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008434682 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008434698 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008441729 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008458899 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008458901 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008461035 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008461043 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008473856 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008475125 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008476899 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008523655 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008523679 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008523680 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008551384 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008551385 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008557639 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008564519 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008564526 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008570559 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008570560 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008570561 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008571534 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008571536 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008571540 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008584058 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008585091 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                                Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| Registered Copyright (US): #: TX0008585099 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008599902 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008599908 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008599912 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008620747 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008635980 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008640253 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008646818 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008652489 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008652507 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008658959 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008658961 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008663514 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008663515 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008663516 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008675814 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008675816 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008675824 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008710051 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008710059 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008717902 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008718882 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008719824 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008720237 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008721251 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008722251 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008722259 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008722800 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008733863 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008733866 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008758803 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                              Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: TX0008758809 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008760269 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008761499 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008761504 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008776368 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008786154 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008797975 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008797981 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008798048 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008804255 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TX0008804256 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TXU000220704 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TXU000238408 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TXU000279703 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TXU000917116 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: TXU000967245 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: VA0000003820 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: VA0000049441 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: VA0000049442 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: VA0000049443 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: VA0000049444 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: VA0000089332 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: VA0000097860 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: VA0000102027 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: VA0000102754 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: VA0000103372 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: VA0000106652 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: VA0000107953 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: VA0000116374 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: VA0000118072 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: VA0000121248 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Copyright (US): #: VA0000124438 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: VA0000142338 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: VA0000156189 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: VA0000189176 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: VA0000206646 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: VA0000290606 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: VA0000361186 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: VA0000375562 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: VA0000434981 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: VA0000439813 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: VA0000457361 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: VA0000506492 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: VA0000528106 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: VA0000568456 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: VA0000654538 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: VA0000676831 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: VA0000806601 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: VA0000806602 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: VA0001682415 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: VA0002016157 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: VAU000032524 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: VAU000042182 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: VAU000100375 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: VAU000125099 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: VAU000215078 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: VAU000217092 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: VAU000248290 | Undetermined | N/A | Undetermined |
| Registered Copyright (US): #: VAU000336355 | Undetermined | N/A | Undetermined |
| Registered Trademark (Bangladesh): TM #: 155451 | Undetermined | N/A | Undetermined |
| Registered Trademark (Bangladesh): TM #: 155452 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Trademark (China): TM #: 10049059 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 10049060 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 10049062 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 10049065 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 10049068 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 10049609 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 10049610 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 10049611 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 11478353 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13349216 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13349217 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13349288 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13349289 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13349290 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13349292 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13349293 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13349295 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13349296 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13349297 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13349299 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13349300 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13349301 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13349302 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13349303 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13349304 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Trademark (China): TM #: 13349305 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13385891 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13385892 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13386253 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13386254 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13386255 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13386256 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13386257 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13396166 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13396167 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13396174 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13396175 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13396176 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13396178 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13396180 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13396180A | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13396181 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13396182 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13396183 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13409942 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13409943 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13409944 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13409945 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13409946 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13409947 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Trademark (China): TM #: 13409948 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13409950 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13409951 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13409952 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13525441 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13525442 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13525443 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13525444 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13525445 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13525446 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13545893 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13545894 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13545895 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13545896 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13545897 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13545898 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13545899 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13588552 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13588553 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13588554 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13588555 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13588556 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13588557 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13588558 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13588559 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                            Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Trademark (China): TM #: 13588560 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13588561 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13588562 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13588563 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13616724 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13616725 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13616726 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13616727 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13616728 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13616729 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13616730 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13616731 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13616732 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13701024 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13701025 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13701026 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13701027 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13701028 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13701029 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13701030 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13701031 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13701032 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13701033 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13701034 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 13701035 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Trademark (China): TM #: 14045174 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 14045175 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 14045176 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 14045177 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 14045178 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 14610870 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 15931323 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 15931324 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 16170413 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 16170414 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 16170414A | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 16170415 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 16170416 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 16170417 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 16170417A | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 16170418 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 16259973 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 16259974 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 16259975A | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 16259976 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 16259977 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 16259978 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 16259979 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 16259980A | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 16409206 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                          Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Trademark (China): TM #: 17380059 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 17380060 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 17380093 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 17380094 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 18125693 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 7686446 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 7686448 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 7686449 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 7686450 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 7686451 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 7686452 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 7686453 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 7686454 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 7686455 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 7686462 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 7686463 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 7686464 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 7686465 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 7686466 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 7686467 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 7686468 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 7686469 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 7686470 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 7686471 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 7686472 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 7686473 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 7686474 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 7686475 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8180007 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280002 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                          Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Trademark (China): TM #: 8280003 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280004 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280005 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280008 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280009 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280012 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280013 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280014 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280015 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280016 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280017 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280018 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280020 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280021 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280022 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280023 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280024 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280025 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280026 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280027 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280028 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280029 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280030 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280031 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280032 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280033 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280034 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280035 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280036 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280037 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280039 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Trademark (China): TM #: 8280040 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280041 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280042 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280043 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280044 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280045 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280046 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280047 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280048 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280049 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280050 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280051 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280203 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280205 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 8280206 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 9160091 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 9160092 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 9160093 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 9160094 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 9160095 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 9160096 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 9160097 | Undetermined | N/A | Undetermined |
| Registered Trademark (China): TM #: 9160098 | Undetermined | N/A | Undetermined |
| Registered Trademark (Hong Kong): TM #: 302770623 | Undetermined | N/A | Undetermined |
| Registered Trademark (Hong Kong): TM #: 302770632AA | Undetermined | N/A | Undetermined |
| Registered Trademark (Hong Kong): TM #: 302770632AB | Undetermined | N/A | Undetermined |
| Registered Trademark (Hong Kong): TM #: 302770641 | Undetermined | N/A | Undetermined |
| Registered Trademark (Hong Kong): TM #: 302770650 | Undetermined | N/A | Undetermined |
| Registered Trademark (Hong Kong): TM #: 302770669 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Trademark (Hong Kong): TM #: 3027720803 | Undetermined | N/A | Undetermined |
| Registered Trademark (Hong Kong): TM #: 302778210 | Undetermined | N/A | Undetermined |
| Registered Trademark (Hong Kong): TM #: 302778229AA | Undetermined | N/A | Undetermined |
| Registered Trademark (Hong Kong): TM #: 302778229AB | Undetermined | N/A | Undetermined |
| Registered Trademark (Hong Kong): TM #: 302778256 | Undetermined | N/A | Undetermined |
| Registered Trademark (Hong Kong): TM #: 302778292 | Undetermined | N/A | Undetermined |
| Registered Trademark (Hong Kong): TM #: 302778300 | Undetermined | N/A | Undetermined |
| Registered Trademark (Hong Kong): TM #: 302779363 | Undetermined | N/A | Undetermined |
| Registered Trademark (Hong Kong): TM #: 302792223 | Undetermined | N/A | Undetermined |
| Registered Trademark (Hong Kong): TM #: 302849130 | Undetermined | N/A | Undetermined |
| Registered Trademark (Hong Kong): TM #: 302849149 | Undetermined | N/A | Undetermined |
| Registered Trademark (Hong Kong): TM #: 302894536 | Undetermined | N/A | Undetermined |
| Registered Trademark (Hong Kong): TM #: 303211866 | Undetermined | N/A | Undetermined |
| Registered Trademark (Hong Kong): TM #: 303261474 | Undetermined | N/A | Undetermined |
| Registered Trademark (Japan): TM #: 530129 | Undetermined | N/A | Undetermined |
| Registered Trademark (Japan): TM #: 5340233 | Undetermined | N/A | Undetermined |
| Registered Trademark (Japan): TM #: 5350351 | Undetermined | N/A | Undetermined |
| Registered Trademark (Japan): TM #: 5350352 | Undetermined | N/A | Undetermined |
| Registered Trademark (Japan): TM #: 5350353 | Undetermined | N/A | Undetermined |
| Registered Trademark (Japan): TM #: 5350354 | Undetermined | N/A | Undetermined |
| Registered Trademark (Japan): TM #: 5361118 | Undetermined | N/A | Undetermined |
| Registered Trademark (Japan): TM #: 5361119 | Undetermined | N/A | Undetermined |
| Registered Trademark (Japan): TM #: 5361120 | Undetermined | N/A | Undetermined |
| Registered Trademark (Japan): TM #: 5361121 | Undetermined | N/A | Undetermined |
| Registered Trademark (Japan): TM #: 5366107 | Undetermined | N/A | Undetermined |
| Registered Trademark (Japan): TM #: 5366108 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Trademark (Japan): TM #: 5378965 | Undetermined | N/A | Undetermined |
| Registered Trademark (Japan): TM #: 5390130 | Undetermined | N/A | Undetermined |
| Registered Trademark (Japan): TM #: 5720096 | Undetermined | N/A | Undetermined |
| Registered Trademark (Japan): TM #: 5720097 | Undetermined | N/A | Undetermined |
| Registered Trademark (Japan): TM #: 5790290 | Undetermined | N/A | Undetermined |
| Registered Trademark (Japan): TM #: 5814084 | Undetermined | N/A | Undetermined |
| Registered Trademark (Philippines): TM #: 4-2010-002365 | Undetermined | N/A | Undetermined |
| Registered Trademark (Philippines): TM #: 4-2010-002366 | Undetermined | N/A | Undetermined |
| Registered Trademark (Philippines): TM #: 4-2010-002367 | Undetermined | N/A | Undetermined |
| Registered Trademark (Philippines): TM #: 4-2010-002368 | Undetermined | N/A | Undetermined |
| Registered Trademark (Philippines): TM #: 4-2010-002370 | Undetermined | N/A | Undetermined |
| Registered Trademark (Philippines): TM #: 4-2010-005003 | Undetermined | N/A | Undetermined |
| Registered Trademark (Philippines): TM #: 4-2010-005004 | Undetermined | N/A | Undetermined |
| Registered Trademark (Philippines): TM #: 4-2010-005005 | Undetermined | N/A | Undetermined |
| Registered Trademark (Philippines): TM #: 4-2010-005006 | Undetermined | N/A | Undetermined |
| Registered Trademark (Philippines): TM #: 4-2010-005007 | Undetermined | N/A | Undetermined |
| Registered Trademark (Philippines): TM #: 4-2010-005009 | Undetermined | N/A | Undetermined |
| Registered Trademark (Philippines): TM #: 4-2010-005010 | Undetermined | N/A | Undetermined |
| Registered Trademark (Philippines): TM #: 4-2011-012355 | Undetermined | N/A | Undetermined |
| Registered Trademark (S. Korea): TM #: 40-0864283 | Undetermined | N/A | Undetermined |
| Registered Trademark (S. Korea): TM #: 40-0864854 | Undetermined | N/A | Undetermined |
| Registered Trademark (S. Korea): TM #: 40-0864886 | Undetermined | N/A | Undetermined |
| Registered Trademark (S. Korea): TM #: 40-0876230 | Undetermined | N/A | Undetermined |
| Registered Trademark (S. Korea): TM #: 40-0877713 | Undetermined | N/A | Undetermined |
| Registered Trademark (S. Korea): TM #: 40-0893795 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                              Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Trademark (S. Korea): TM #: 40-0893830 | Undetermined | N/A | Undetermined |
| Registered Trademark (S. Korea): TM #: 40-0893834 | Undetermined | N/A | Undetermined |
| Registered Trademark (S. Korea): TM #: 40-0893908 | Undetermined | N/A | Undetermined |
| Registered Trademark (S. Korea): TM #: 40-0910142 | Undetermined | N/A | Undetermined |
| Registered Trademark (S. Korea): TM #: 45-0034762 | Undetermined | N/A | Undetermined |
| Registered Trademark (S. Korea): TM #: 45-0046536 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1093258 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1118310 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1156497 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1178881 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1197850 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1197851 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1207585 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1209322 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1210129 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1210130 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1212992 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1213648 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1213649 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1213650 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1213651 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1213652 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1215938 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1215939 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1217898 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1230011 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1230013 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1237787 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1245661 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                      Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Trademark (US): TM #: 1251338 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1257219 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1258038 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1258976 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1258977 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1316207 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1325164 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1343850 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1363872 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1369109 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1370697 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1517631 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1529576 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1564432 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1608231 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1615209 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1689411 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1695120 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1701404 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1702357 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1714555 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1714556 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1725084 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1745316 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1796124 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1877499 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1884925 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 1953019 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 2149660 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 2153107 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 2197815 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                                              Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Trademark (US): TM #: 2261792 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 2281786 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 2298890 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 2302263 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 2314084 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 2318713 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 2337809 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 2340259 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 2356801 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 2359375 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 2367839 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 2370065 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 2425635 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 2431443 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 2449751 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 2521697 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 2552443 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 2578122 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 2657094 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 2673351 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 2697668 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 2726270 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 2726615 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 2741339 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 2748478 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 2755916 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 2765350 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 2797066 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 2858607 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 2906262 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 2909258 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                          Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Trademark (US): TM #: 2942523 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 2947271 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 3028717 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 3081076 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 3334786 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 3343918 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 3379637 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 3390896 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 3638293 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 3711113 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 3777130 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 3777248 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 3805536 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 3855671 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 3877547 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 3937033 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 3937230 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 3947196 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 3982576 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 3988794 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 4026368 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 4122834 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 4182077 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 4206726 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 4286702 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 4289867 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 4317594 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 4325239 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 4416625 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 4433132 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 4440216 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number: 20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Trademark (US): TM #: 4443273 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 4532877 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 4541993 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 4550328 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 4634294 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 4649931 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 4653974 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 4678201 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 4678202 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 4697053 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 4731586 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 4731652 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 4742244 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 4742246 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 4742248 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 4808553 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 4811796 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 4852003 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 4853863 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 4857884 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 4865183 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 4903993 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 4984184 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 5011156 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 5011158 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 5024959 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 5141919 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 5158664 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 5174758 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 5232820 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 5277316 | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                        Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Trademark (US): TM #: 5282081 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 5301928 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 5324304 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 5516899 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 5628083 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 5800416 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 87640069 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 87882226 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 87906407 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 87906567 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 88196788 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 88466643 | Undetermined | N/A | Undetermined |
| Registered Trademark (US): TM #: 88689514 | Undetermined | N/A | Undetermined |
| | | **TOTAL** | **$0.00**<br>**+ undetermined amounts** |

Debtor Name: Boy Scouts of America                                   Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 19wsj.com | Undetermined | N/A | Undetermined |
| 19wsj.info | Undetermined | N/A | Undetermined |
| 19wsj.net | Undetermined | N/A | Undetermined |
| 19wsj.org | Undetermined | N/A | Undetermined |
| 2012sustainabilitysummit.com | Undetermined | N/A | Undetermined |
| 2013nationaljambo.com | Undetermined | N/A | Undetermined |
| 2013nationaljambo.org | Undetermined | N/A | Undetermined |
| 2013sustainabilitysummit.com | Undetermined | N/A | Undetermined |
| 2014sustainabilitysummit.com | Undetermined | N/A | Undetermined |
| 2015sustainabilitysummit.com | Undetermined | N/A | Undetermined |
| 2017jamboree.com | Undetermined | N/A | Undetermined |
| 2017jamboree.net | Undetermined | N/A | Undetermined |
| 2017jamboree.org | Undetermined | N/A | Undetermined |
| 2017jambostaff.org | Undetermined | N/A | Undetermined |
| 2017nationaljambo.com | Undetermined | N/A | Undetermined |
| 2017nationaljambo.org | Undetermined | N/A | Undetermined |
| 2019worldjamboree.com | Undetermined | N/A | Undetermined |
| 2019worldjamboree.info | Undetermined | N/A | Undetermined |
| 2019worldjamboree.net | Undetermined | N/A | Undetermined |
| 2019worldjamboree.org | Undetermined | N/A | Undetermined |
| 2019wsj.com | Undetermined | N/A | Undetermined |
| 2019wsj.info | Undetermined | N/A | Undetermined |
| 2019wsj.net | Undetermined | N/A | Undetermined |
| 2019wsj.org | Undetermined | N/A | Undetermined |
| 2019-wsj.org | Undetermined | N/A | Undetermined |
| 24thworldjamboree.com | Undetermined | N/A | Undetermined |
| 24thworldjamboree.info | Undetermined | N/A | Undetermined |
| 24thworldjamboree.net | Undetermined | N/A | Undetermined |
| 24thworldjamboree.org | Undetermined | N/A | Undetermined |
| 24thworldscoutjamboree.com | Undetermined | N/A | Undetermined |
| 24thworldscoutjamboree.info | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 24thworldscoutjamboree.net | Undetermined | N/A | Undetermined |
| 24thworldscoutjamboree.org | Undetermined | N/A | Undetermined |
| 24thwsj.com | Undetermined | N/A | Undetermined |
| 24thwsj.info | Undetermined | N/A | Undetermined |
| 24thwsj.net | Undetermined | N/A | Undetermined |
| 24thwsj.org | Undetermined | N/A | Undetermined |
| 24w2j.com | Undetermined | N/A | Undetermined |
| 24w2j.info | Undetermined | N/A | Undetermined |
| 24w2j.net | Undetermined | N/A | Undetermined |
| 24w2j.org | Undetermined | N/A | Undetermined |
| 24worldscoutjamboree.com | Undetermined | N/A | Undetermined |
| 24worldscoutjamboree.info | Undetermined | N/A | Undetermined |
| 24worldscoutjamboree.net | Undetermined | N/A | Undetermined |
| 24worldscoutjamboree.org | Undetermined | N/A | Undetermined |
| 37dno.com | Undetermined | N/A | Undetermined |
| 37dno.info | Undetermined | N/A | Undetermined |
| 37dno.net | Undetermined | N/A | Undetermined |
| 37dno.org | Undetermined | N/A | Undetermined |
| 37northoutfitters.com | Undetermined | N/A | Undetermined |
| 37northoutfitters.info | Undetermined | N/A | Undetermined |
| 37northoutfitters.net | Undetermined | N/A | Undetermined |
| 37northoutfitters.org | Undetermined | N/A | Undetermined |
| academyadventurefest.net | Undetermined | N/A | Undetermined |
| alohacouncilbsa.com | Undetermined | N/A | Undetermined |
| alohacouncilbsa.info | Undetermined | N/A | Undetermined |
| alohacouncilbsa.net | Undetermined | N/A | Undetermined |
| alohacouncilbsa.org | Undetermined | N/A | Undetermined |
| alumnimail.info | Undetermined | N/A | Undetermined |
| alumnimail.org | Undetermined | N/A | Undetermined |
| amanginacha.org | Undetermined | N/A | Undetermined |
| arrowoflight.info | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| arrowoflight.org | Undetermined | N/A | Undetermined |
| arrowoflight.us | Undetermined | N/A | Undetermined |
| arscouting.org | Undetermined | N/A | Undetermined |
| artsandhumanitiesexploring.org | Undetermined | N/A | Undetermined |
| awac.org | Undetermined | N/A | Undetermined |
| bascout.org | Undetermined | N/A | Undetermined |
| beascout.biz | Undetermined | N/A | Undetermined |
| beascout.info | Undetermined | N/A | Undetermined |
| beascout.net | Undetermined | N/A | Undetermined |
| beascout.org | Undetermined | N/A | Undetermined |
| beascout.us | Undetermined | N/A | Undetermined |
| beascoutforab100.com | Undetermined | N/A | Undetermined |
| beascoutforab100.info | Undetermined | N/A | Undetermined |
| beascoutforab100.net | Undetermined | N/A | Undetermined |
| beascoutforab100.org | Undetermined | N/A | Undetermined |
| bechtelreserve.info | Undetermined | N/A | Undetermined |
| bechtelreserve.net | Undetermined | N/A | Undetermined |
| bechtelreserve.org | Undetermined | N/A | Undetermined |
| bechtelreservescout.com | Undetermined | N/A | Undetermined |
| bechtelreservescout.info | Undetermined | N/A | Undetermined |
| bechtelreservescout.net | Undetermined | N/A | Undetermined |
| bechtelreservescout.org | Undetermined | N/A | Undetermined |
| bechtelscout.com | Undetermined | N/A | Undetermined |
| bechtelscout.info | Undetermined | N/A | Undetermined |
| bechtelscout.net | Undetermined | N/A | Undetermined |
| bechtelscout.org | Undetermined | N/A | Undetermined |
| bechtelscoutreserve.com | Undetermined | N/A | Undetermined |
| bechtelscoutreserve.info | Undetermined | N/A | Undetermined |
| bechtelscoutreserve.net | Undetermined | N/A | Undetermined |
| bechtelscoutreserve.org | Undetermined | N/A | Undetermined |
| bechtelsummit.info | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| bechtelsummit.net | Undetermined | N/A | Undetermined |
| bechtelsummitreserve.com | Undetermined | N/A | Undetermined |
| bechtelsummitreserve.info | Undetermined | N/A | Undetermined |
| bechtelsummitreserve.net | Undetermined | N/A | Undetermined |
| bechtelsummitreserve.org | Undetermined | N/A | Undetermined |
| beprepared.org | Undetermined | N/A | Undetermined |
| beprepared.us | Undetermined | N/A | Undetermined |
| boylife.com | Undetermined | N/A | Undetermined |
| boyscout.biz | Undetermined | N/A | Undetermined |
| boyscout.com | Undetermined | N/A | Undetermined |
| boy-scout.com | Undetermined | N/A | Undetermined |
| boyscout.info | Undetermined | N/A | Undetermined |
| boy-scout.info | Undetermined | N/A | Undetermined |
| boyscout.mobi | Undetermined | N/A | Undetermined |
| boyscout.net | Undetermined | N/A | Undetermined |
| boyscout.org | Undetermined | N/A | Undetermined |
| boy-scout.org | Undetermined | N/A | Undetermined |
| boyscoutadvancement.com | Undetermined | N/A | Undetermined |
| boyscoutcamp.com | Undetermined | N/A | Undetermined |
| boyscoutcampcard.com | Undetermined | N/A | Undetermined |
| boyscoutcamps.com | Undetermined | N/A | Undetermined |
| boyscoutcamps.info | Undetermined | N/A | Undetermined |
| boyscoutcamps.net | Undetermined | N/A | Undetermined |
| boyscoutcamps.org | Undetermined | N/A | Undetermined |
| boyscoutcaps.com | Undetermined | N/A | Undetermined |
| boyscoutcaps.info | Undetermined | N/A | Undetermined |
| boyscoutcaps.net | Undetermined | N/A | Undetermined |
| boyscoutcaps.org | Undetermined | N/A | Undetermined |
| boyscoutforms.com | Undetermined | N/A | Undetermined |
| boyscoutforms.info | Undetermined | N/A | Undetermined |
| boyscoutforms.net | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| boyscoutforms.org | Undetermined | N/A | Undetermined |
| boyscoutfundraiser.com | Undetermined | N/A | Undetermined |
| boyscoutfundraiser.info | Undetermined | N/A | Undetermined |
| boyscoutfundraiser.net | Undetermined | N/A | Undetermined |
| boyscoutfundraiser.org | Undetermined | N/A | Undetermined |
| boyscoutgear.com | Undetermined | N/A | Undetermined |
| boyscoutgear.info | Undetermined | N/A | Undetermined |
| boyscoutgear.net | Undetermined | N/A | Undetermined |
| boyscoutgear.org | Undetermined | N/A | Undetermined |
| boyscouthandbook.com | Undetermined | N/A | Undetermined |
| boyscouthandbook.info | Undetermined | N/A | Undetermined |
| boyscouthandbook.net | Undetermined | N/A | Undetermined |
| boyscouthandbook.org | Undetermined | N/A | Undetermined |
| boyscouthats.com | Undetermined | N/A | Undetermined |
| boyscouthats.info | Undetermined | N/A | Undetermined |
| boyscouthats.net | Undetermined | N/A | Undetermined |
| boyscouthats.org | Undetermined | N/A | Undetermined |
| boy-scouting.com | Undetermined | N/A | Undetermined |
| boy-scouting.info | Undetermined | N/A | Undetermined |
| boy-scouting.net | Undetermined | N/A | Undetermined |
| boy-scouting.org | Undetermined | N/A | Undetermined |
| boyscoutjamboree.com | Undetermined | N/A | Undetermined |
| boyscoutjamboree.info | Undetermined | N/A | Undetermined |
| boyscoutjamboree.net | Undetermined | N/A | Undetermined |
| boyscoutjamboree.org | Undetermined | N/A | Undetermined |
| boyscoutmuseum.info | Undetermined | N/A | Undetermined |
| boyscoutnationaljamboree.com | Undetermined | N/A | Undetermined |
| boyscoutnationaljamboree.info | Undetermined | N/A | Undetermined |
| boyscoutnationaljamboree.net | Undetermined | N/A | Undetermined |
| boyscoutnationaljamboree.org | Undetermined | N/A | Undetermined |
| boyscoutofamerica.com | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| boyscoutofamerica.info | Undetermined | N/A | Undetermined |
| boyscoutofamerica.net | Undetermined | N/A | Undetermined |
| boyscoutofamerica.org | Undetermined | N/A | Undetermined |
| boyscoutonline.com | Undetermined | N/A | Undetermined |
| boyscoutonline.info | Undetermined | N/A | Undetermined |
| boyscoutonline.net | Undetermined | N/A | Undetermined |
| boyscoutonline.org | Undetermined | N/A | Undetermined |
| boyscoutpack.com | Undetermined | N/A | Undetermined |
| boyscoutpack.info | Undetermined | N/A | Undetermined |
| boyscoutpack.net | Undetermined | N/A | Undetermined |
| boyscoutpack.org | Undetermined | N/A | Undetermined |
| boyscoutpatches.com | Undetermined | N/A | Undetermined |
| boyscoutpatches.net | Undetermined | N/A | Undetermined |
| boyscoutpatches.org | Undetermined | N/A | Undetermined |
| boyscoutpopcorn.net | Undetermined | N/A | Undetermined |
| boyscouts.biz | Undetermined | N/A | Undetermined |
| boyscouts.com | Undetermined | N/A | Undetermined |
| boy-scouts.com | Undetermined | N/A | Undetermined |
| boyscouts.info | Undetermined | N/A | Undetermined |
| boyscouts.net | Undetermined | N/A | Undetermined |
| boyscouts.org | Undetermined | N/A | Undetermined |
| boy-scouts.org | Undetermined | N/A | Undetermined |
| boyscoutscampcard.com | Undetermined | N/A | Undetermined |
| boyscoutscollectibles.com | Undetermined | N/A | Undetermined |
| boyscoutscollectibles.info | Undetermined | N/A | Undetermined |
| boyscoutscollectibles.net | Undetermined | N/A | Undetermined |
| boyscoutscollectibles.org | Undetermined | N/A | Undetermined |
| boyscoutsfundraiser.com | Undetermined | N/A | Undetermined |
| boyscoutshirts.net | Undetermined | N/A | Undetermined |
| boyscoutsigns.com | Undetermined | N/A | Undetermined |
| boyscoutsmedia.com | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                          Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| boyscoutsmedia.org | Undetermined | N/A | Undetermined |
| boyscoutsmuseum.com | Undetermined | N/A | Undetermined |
| boyscoutsmuseum.info | Undetermined | N/A | Undetermined |
| boyscoutsmuseum.net | Undetermined | N/A | Undetermined |
| boyscoutsmuseum.org | Undetermined | N/A | Undetermined |
| boyscoutsnews.info | Undetermined | N/A | Undetermined |
| boyscoutsnews.net | Undetermined | N/A | Undetermined |
| boyscoutsnews.org | Undetermined | N/A | Undetermined |
| boyscoutsofamerica.biz | Undetermined | N/A | Undetermined |
| boyscoutsofamerica.com | Undetermined | N/A | Undetermined |
| boyscouts-of-america.com | Undetermined | N/A | Undetermined |
| boyscoutsofamerica.info | Undetermined | N/A | Undetermined |
| boyscouts-of-america.info | Undetermined | N/A | Undetermined |
| boyscoutsofamerica.mobi | Undetermined | N/A | Undetermined |
| boyscoutsofamerica.net | Undetermined | N/A | Undetermined |
| boyscouts-of-america.net | Undetermined | N/A | Undetermined |
| boyscoutsofamerica.org | Undetermined | N/A | Undetermined |
| boyscouts-of-america.org | Undetermined | N/A | Undetermined |
| boyscoutsofamerica.tv | Undetermined | N/A | Undetermined |
| boyscoutsofamerica.us | Undetermined | N/A | Undetermined |
| boyscoutspatches.net | Undetermined | N/A | Undetermined |
| boyscoutspatches.org | Undetermined | N/A | Undetermined |
| boyscoutstuff.com | Undetermined | N/A | Undetermined |
| boyscoutstuff.info | Undetermined | N/A | Undetermined |
| boyscoutstuff.net | Undetermined | N/A | Undetermined |
| boyscoutstuff.org | Undetermined | N/A | Undetermined |
| boyscoutsuniform.com | Undetermined | N/A | Undetermined |
| boyscoutsuniform.org | Undetermined | N/A | Undetermined |
| boyscoutsuniforms.com | Undetermined | N/A | Undetermined |
| boyscoutsuniforms.info | Undetermined | N/A | Undetermined |
| boyscoutsuniforms.net | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                                      Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| boyscoutsuniforms.org | Undetermined | N/A | Undetermined |
| boyscoutsusa.info | Undetermined | N/A | Undetermined |
| boyscoutsusa.net | Undetermined | N/A | Undetermined |
| boyscouttroop.com | Undetermined | N/A | Undetermined |
| boyscouttroop.net | Undetermined | N/A | Undetermined |
| boyscoutuniform.com | Undetermined | N/A | Undetermined |
| boyscoutuniforms.com | Undetermined | N/A | Undetermined |
| boyscoutuniforms.info | Undetermined | N/A | Undetermined |
| boyscoutuniforms.net | Undetermined | N/A | Undetermined |
| boyscoutuniforms.org | Undetermined | N/A | Undetermined |
| boyscoutusa.com | Undetermined | N/A | Undetermined |
| boyscoutusa.info | Undetermined | N/A | Undetermined |
| boyscoutusa.net | Undetermined | N/A | Undetermined |
| boyscoutusa.org | Undetermined | N/A | Undetermined |
| boyslife.biz | Undetermined | N/A | Undetermined |
| boys-life.biz | Undetermined | N/A | Undetermined |
| boyslife.com | Undetermined | N/A | Undetermined |
| boys-life.com | Undetermined | N/A | Undetermined |
| boyslife.info | Undetermined | N/A | Undetermined |
| boys-life.info | Undetermined | N/A | Undetermined |
| boyslife.mobi | Undetermined | N/A | Undetermined |
| boys-life.mobi | Undetermined | N/A | Undetermined |
| boyslife.net | Undetermined | N/A | Undetermined |
| boys-life.net | Undetermined | N/A | Undetermined |
| boyslife.org | Undetermined | N/A | Undetermined |
| boys-life.org | Undetermined | N/A | Undetermined |
| boyslife.tv | Undetermined | N/A | Undetermined |
| boyslife.us | Undetermined | N/A | Undetermined |
| boys-life.us | Undetermined | N/A | Undetermined |
| boyslifemag.com | Undetermined | N/A | Undetermined |
| boyslifemag.info | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| boyslifemag.net | Undetermined | N/A | Undetermined |
| boyslifemag.org | Undetermined | N/A | Undetermined |
| boyslifemagazine.com | Undetermined | N/A | Undetermined |
| boys-life-magazine.com | Undetermined | N/A | Undetermined |
| boyslifemagazine.info | Undetermined | N/A | Undetermined |
| boys-life-magazine.info | Undetermined | N/A | Undetermined |
| boyslifemagazine.net | Undetermined | N/A | Undetermined |
| boys-life-magazine.net | Undetermined | N/A | Undetermined |
| boyslifemagazine.org | Undetermined | N/A | Undetermined |
| boys-life-magazine.org | Undetermined | N/A | Undetermined |
| boyslifestudio.com | Undetermined | N/A | Undetermined |
| boyslifestudio.info | Undetermined | N/A | Undetermined |
| boyslifestudio.net | Undetermined | N/A | Undetermined |
| boyslifestudio.org | Undetermined | N/A | Undetermined |
| boyslifestudio.us | Undetermined | N/A | Undetermined |
| boys-scouts.com | Undetermined | N/A | Undetermined |
| bpcouncil.org | Undetermined | N/A | Undetermined |
| bsa.us | Undetermined | N/A | Undetermined |
| bsa100.com | Undetermined | N/A | Undetermined |
| bsa100.info | Undetermined | N/A | Undetermined |
| bsa100.net | Undetermined | N/A | Undetermined |
| bsaadoptaschool.org | Undetermined | N/A | Undetermined |
| bsaadventurefest.com | Undetermined | N/A | Undetermined |
| bsaadventurefest.info | Undetermined | N/A | Undetermined |
| bsaadventurefest.net | Undetermined | N/A | Undetermined |
| bsaadventurefest.org | Undetermined | N/A | Undetermined |
| bsaalumni.biz | Undetermined | N/A | Undetermined |
| bsaalumni.com | Undetermined | N/A | Undetermined |
| bsaalumni.info | Undetermined | N/A | Undetermined |
| bsaalumni.net | Undetermined | N/A | Undetermined |
| bsaalumni.org | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| bsaalumni.us | Undetermined | N/A | Undetermined |
| bsaam.org | Undetermined | N/A | Undetermined |
| bsaapparel.com | Undetermined | N/A | Undetermined |
| bsaapparel.net | Undetermined | N/A | Undetermined |
| bsaapparel.org | Undetermined | N/A | Undetermined |
| bsabeststudy.org | Undetermined | N/A | Undetermined |
| bsacbc.com | Undetermined | N/A | Undetermined |
| bsacbc.info | Undetermined | N/A | Undetermined |
| bsacbc.net | Undetermined | N/A | Undetermined |
| bsacbc.org | Undetermined | N/A | Undetermined |
| bsachief.com | Undetermined | N/A | Undetermined |
| bsachief.info | Undetermined | N/A | Undetermined |
| bsachief.net | Undetermined | N/A | Undetermined |
| bsachief.org | Undetermined | N/A | Undetermined |
| bsacms.com | Undetermined | N/A | Undetermined |
| bsacms.info | Undetermined | N/A | Undetermined |
| bsacms.net | Undetermined | N/A | Undetermined |
| bsacms.org | Undetermined | N/A | Undetermined |
| bsacollectibles.com | Undetermined | N/A | Undetermined |
| bsacollectibles.net | Undetermined | N/A | Undetermined |
| bsacollectibles.org | Undetermined | N/A | Undetermined |
| bsacollector.com | Undetermined | N/A | Undetermined |
| bsacollector.info | Undetermined | N/A | Undetermined |
| bsacollector.mobi | Undetermined | N/A | Undetermined |
| bsacollector.net | Undetermined | N/A | Undetermined |
| bsacollector.org | Undetermined | N/A | Undetermined |
| bsacustom.com | Undetermined | N/A | Undetermined |
| bsacustom.info | Undetermined | N/A | Undetermined |
| bsacustom.net | Undetermined | N/A | Undetermined |
| bsacustom.org | Undetermined | N/A | Undetermined |
| bsacustomdirect.com | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| bsacustomdirect.info | Undetermined | N/A | Undetermined |
| bsacustomdirect.net | Undetermined | N/A | Undetermined |
| bsacustomdirect.org | Undetermined | N/A | Undetermined |
| bsacustompatches.com | Undetermined | N/A | Undetermined |
| bsacustompatches.net | Undetermined | N/A | Undetermined |
| bsacustompatches.org | Undetermined | N/A | Undetermined |
| bsacustomproducts.com | Undetermined | N/A | Undetermined |
| bsacustomproducts.info | Undetermined | N/A | Undetermined |
| bsacustomproducts.net | Undetermined | N/A | Undetermined |
| bsacustomproducts.org | Undetermined | N/A | Undetermined |
| bsa-cvc.org | Undetermined | N/A | Undetermined |
| bsaendowment.com | Undetermined | N/A | Undetermined |
| bsaendowment.info | Undetermined | N/A | Undetermined |
| bsaendowment.net | Undetermined | N/A | Undetermined |
| bsaendowment.org | Undetermined | N/A | Undetermined |
| bsafieldbook.com | Undetermined | N/A | Undetermined |
| bsafieldbook.info | Undetermined | N/A | Undetermined |
| bsafieldbook.net | Undetermined | N/A | Undetermined |
| bsafieldbook.org | Undetermined | N/A | Undetermined |
| bsafinance.info | Undetermined | N/A | Undetermined |
| bsafinance.net | Undetermined | N/A | Undetermined |
| bsafinance.org | Undetermined | N/A | Undetermined |
| bsafoundation.com | Undetermined | N/A | Undetermined |
| bsafoundation.info | Undetermined | N/A | Undetermined |
| bsafoundation.net | Undetermined | N/A | Undetermined |
| bsafoundation.org | Undetermined | N/A | Undetermined |
| bsa-fsd.com | Undetermined | N/A | Undetermined |
| bsa-fsd.info | Undetermined | N/A | Undetermined |
| bsa-fsd.net | Undetermined | N/A | Undetermined |
| bsa-fsd.org | Undetermined | N/A | Undetermined |
| bsagiftlaw.com | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| bsagiftlaw.info | Undetermined | N/A | Undetermined |
| bsagiftlaw.net | Undetermined | N/A | Undetermined |
| bsagiftlaw.org | Undetermined | N/A | Undetermined |
| bsagiftplan.com | Undetermined | N/A | Undetermined |
| bsagiftplan.info | Undetermined | N/A | Undetermined |
| bsagiftplan.net | Undetermined | N/A | Undetermined |
| bsagiftplan.org | Undetermined | N/A | Undetermined |
| bsagraphics.com | Undetermined | N/A | Undetermined |
| bsagraphics.org | Undetermined | N/A | Undetermined |
| bsahandbook.com | Undetermined | N/A | Undetermined |
| bsahandbook.info | Undetermined | N/A | Undetermined |
| bsahandbook.net | Undetermined | N/A | Undetermined |
| bsahandbook.org | Undetermined | N/A | Undetermined |
| bsajambo.com | Undetermined | N/A | Undetermined |
| bsajambo.net | Undetermined | N/A | Undetermined |
| bsajambo.org | Undetermined | N/A | Undetermined |
| bsajamboree.biz | Undetermined | N/A | Undetermined |
| bsajamboree.com | Undetermined | N/A | Undetermined |
| bsajamboree.info | Undetermined | N/A | Undetermined |
| bsajamboree.mobi | Undetermined | N/A | Undetermined |
| bsajamboree.net | Undetermined | N/A | Undetermined |
| bsajamboree.org | Undetermined | N/A | Undetermined |
| bsajamboree.us | Undetermined | N/A | Undetermined |
| bsalegacy.org | Undetermined | N/A | Undetermined |
| bsalegal.org | Undetermined | N/A | Undetermined |
| bsa-lhc.org | Undetermined | N/A | Undetermined |
| bsalicensees.com | Undetermined | N/A | Undetermined |
| bsalicensees.info | Undetermined | N/A | Undetermined |
| bsalicensees.net | Undetermined | N/A | Undetermined |
| bsalicensees.org | Undetermined | N/A | Undetermined |
| bsalicensing.com | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                          Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| bsalicensing.info | Undetermined | N/A | Undetermined |
| bsalicensing.net | Undetermined | N/A | Undetermined |
| bsalicensing.org | Undetermined | N/A | Undetermined |
| bsamac.org | Undetermined | N/A | Undetermined |
| bsamail.com | Undetermined | N/A | Undetermined |
| bsamail.info | Undetermined | N/A | Undetermined |
| bsamail.org | Undetermined | N/A | Undetermined |
| bsamarketing.info | Undetermined | N/A | Undetermined |
| bsamarketing.org | Undetermined | N/A | Undetermined |
| bsameritbadge.com | Undetermined | N/A | Undetermined |
| bsameritbadge.info | Undetermined | N/A | Undetermined |
| bsameritbadge.net | Undetermined | N/A | Undetermined |
| bsameritbadge.org | Undetermined | N/A | Undetermined |
| bsameritbadges.com | Undetermined | N/A | Undetermined |
| bsameritbadges.info | Undetermined | N/A | Undetermined |
| bsameritbadges.net | Undetermined | N/A | Undetermined |
| bsameritbadges.org | Undetermined | N/A | Undetermined |
| bsamuddylions.org | Undetermined | N/A | Undetermined |
| bsamuseum.info | Undetermined | N/A | Undetermined |
| bsamuseum.org | Undetermined | N/A | Undetermined |
| bsanc.org | Undetermined | N/A | Undetermined |
| bsanesa.info | Undetermined | N/A | Undetermined |
| bsanesa.net | Undetermined | N/A | Undetermined |
| bsanews.com | Undetermined | N/A | Undetermined |
| bsanews.info | Undetermined | N/A | Undetermined |
| bsanews.net | Undetermined | N/A | Undetermined |
| bsanews.org | Undetermined | N/A | Undetermined |
| bsapatches.info | Undetermined | N/A | Undetermined |
| bsapatches.net | Undetermined | N/A | Undetermined |
| bsapatches.org | Undetermined | N/A | Undetermined |
| bsapilottracker.info | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                                Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| bsapilottracker.net | Undetermined | N/A | Undetermined |
| bsapilottracker.org | Undetermined | N/A | Undetermined |
| bsaprizemania.org | Undetermined | N/A | Undetermined |
| bsasales.info | Undetermined | N/A | Undetermined |
| bsasales.net | Undetermined | N/A | Undetermined |
| bsasales.org | Undetermined | N/A | Undetermined |
| bsascouting.com | Undetermined | N/A | Undetermined |
| bsascouting.info | Undetermined | N/A | Undetermined |
| bsascouting.net | Undetermined | N/A | Undetermined |
| bsascouting.org | Undetermined | N/A | Undetermined |
| bsascoutranch.com | Undetermined | N/A | Undetermined |
| bsascoutranch.info | Undetermined | N/A | Undetermined |
| bsascoutranch.net | Undetermined | N/A | Undetermined |
| bsascoutranch.org | Undetermined | N/A | Undetermined |
| bsascouts.net | Undetermined | N/A | Undetermined |
| bsaseabase.com | Undetermined | N/A | Undetermined |
| bsaseabase.info | Undetermined | N/A | Undetermined |
| bsaseabase.net | Undetermined | N/A | Undetermined |
| bsaseabase.org | Undetermined | N/A | Undetermined |
| bsaspark.org | Undetermined | N/A | Undetermined |
| bsaspecialties.com | Undetermined | N/A | Undetermined |
| bsaspecialties.net | Undetermined | N/A | Undetermined |
| bsaspecialties.org | Undetermined | N/A | Undetermined |
| bsastemscouts.com | Undetermined | N/A | Undetermined |
| bsastemscouts.net | Undetermined | N/A | Undetermined |
| bsastemscouts.org | Undetermined | N/A | Undetermined |
| bsasupply.com | Undetermined | N/A | Undetermined |
| bsasupply.info | Undetermined | N/A | Undetermined |
| bsasupply.net | Undetermined | N/A | Undetermined |
| bsasupply.org | Undetermined | N/A | Undetermined |
| bsasupplymarketing.com | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| bsasupplymarketing.org | Undetermined | N/A | Undetermined |
| bsatap.org | Undetermined | N/A | Undetermined |
| bsatours.com | Undetermined | N/A | Undetermined |
| bsatours.info | Undetermined | N/A | Undetermined |
| bsatours.net | Undetermined | N/A | Undetermined |
| bsatours.org | Undetermined | N/A | Undetermined |
| bsatravel.com | Undetermined | N/A | Undetermined |
| bsatravel.info | Undetermined | N/A | Undetermined |
| bsatravel.net | Undetermined | N/A | Undetermined |
| bsatravel.org | Undetermined | N/A | Undetermined |
| bsauniform.com | Undetermined | N/A | Undetermined |
| bsauniform.info | Undetermined | N/A | Undetermined |
| bsauniform.net | Undetermined | N/A | Undetermined |
| bsauniform.org | Undetermined | N/A | Undetermined |
| bsauniforms.com | Undetermined | N/A | Undetermined |
| bsauniforms.info | Undetermined | N/A | Undetermined |
| bsauniforms.net | Undetermined | N/A | Undetermined |
| bsauniforms.org | Undetermined | N/A | Undetermined |
| bsayouthprotection.com | Undetermined | N/A | Undetermined |
| bsayouthprotection.info | Undetermined | N/A | Undetermined |
| bsayouthprotection.net | Undetermined | N/A | Undetermined |
| bsayouthprotection.org | Undetermined | N/A | Undetermined |
| buckeyecouncil.info | Undetermined | N/A | Undetermined |
| buckeyecouncil.net | Undetermined | N/A | Undetermined |
| buckeyecouncil.org | Undetermined | N/A | Undetermined |
| bucktail.org | Undetermined | N/A | Undetermined |
| businessexploring.org | Undetermined | N/A | Undetermined |
| buybsa.com | Undetermined | N/A | Undetermined |
| buybsa.info | Undetermined | N/A | Undetermined |
| buybsa.net | Undetermined | N/A | Undetermined |
| buybsa.org | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| cacbsa.org | Undetermined | N/A | Undetermined |
| caddobsa.org | Undetermined | N/A | Undetermined |
| campthreefalls.com | Undetermined | N/A | Undetermined |
| campthreefalls.org | Undetermined | N/A | Undetermined |
| campwillett.com | Undetermined | N/A | Undetermined |
| campwillett.info | Undetermined | N/A | Undetermined |
| campwillett.net | Undetermined | N/A | Undetermined |
| campwillett.org | Undetermined | N/A | Undetermined |
| chehawcouncil.org | Undetermined | N/A | Undetermined |
| colemanadventurefest.com | Undetermined | N/A | Undetermined |
| colemanadventurefest.info | Undetermined | N/A | Undetermined |
| colemanadventurefest.net | Undetermined | N/A | Undetermined |
| colemanadventurefest.org | Undetermined | N/A | Undetermined |
| communicationsexploring.org | Undetermined | N/A | Undetermined |
| communityscouting.org | Undetermined | N/A | Undetermined |
| craterlakecouncil.com | Undetermined | N/A | Undetermined |
| craterlakecouncil.info | Undetermined | N/A | Undetermined |
| craterlakecouncil.net | Undetermined | N/A | Undetermined |
| craterlakecouncil.org | Undetermined | N/A | Undetermined |
| crbsa.com | Undetermined | N/A | Undetermined |
| crbsa.info | Undetermined | N/A | Undetermined |
| crbsa.net | Undetermined | N/A | Undetermined |
| crbsa.org | Undetermined | N/A | Undetermined |
| cubmaster.info | Undetermined | N/A | Undetermined |
| cubmaster.net | Undetermined | N/A | Undetermined |
| cubscout.com | Undetermined | N/A | Undetermined |
| cub-scout.com | Undetermined | N/A | Undetermined |
| cubscout.info | Undetermined | N/A | Undetermined |
| cub-scout.info | Undetermined | N/A | Undetermined |
| cub-scout.net | Undetermined | N/A | Undetermined |
| cubscout.org | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| cub-scout.org | Undetermined | N/A | Undetermined |
| cubscout.us | Undetermined | N/A | Undetermined |
| cubscoutadvancement.com | Undetermined | N/A | Undetermined |
| cubscouting.com | Undetermined | N/A | Undetermined |
| cub-scouting.com | Undetermined | N/A | Undetermined |
| cubscouting.info | Undetermined | N/A | Undetermined |
| cub-scouting.info | Undetermined | N/A | Undetermined |
| cub-scouting.net | Undetermined | N/A | Undetermined |
| cubscouting.org | Undetermined | N/A | Undetermined |
| cub-scouting.org | Undetermined | N/A | Undetermined |
| cubscoutlife.com | Undetermined | N/A | Undetermined |
| cubscoutlife.org | Undetermined | N/A | Undetermined |
| cubscouts.com | Undetermined | N/A | Undetermined |
| cub-scouts.com | Undetermined | N/A | Undetermined |
| cubscouts.info | Undetermined | N/A | Undetermined |
| cub-scouts.info | Undetermined | N/A | Undetermined |
| cubscouts.net | Undetermined | N/A | Undetermined |
| cub-scouts.net | Undetermined | N/A | Undetermined |
| cubscouts.org | Undetermined | N/A | Undetermined |
| cub-scouts.org | Undetermined | N/A | Undetermined |
| cubscoutsbadge.com | Undetermined | N/A | Undetermined |
| cubscoutsbsa.com | Undetermined | N/A | Undetermined |
| cubscoutsbsa.info | Undetermined | N/A | Undetermined |
| cubscoutsbsa.net | Undetermined | N/A | Undetermined |
| cubscoutsbsa.org | Undetermined | N/A | Undetermined |
| cubscoutsfundraiser.com | Undetermined | N/A | Undetermined |
| cubscoutsfundraiser.info | Undetermined | N/A | Undetermined |
| cubscoutsfundraiser.net | Undetermined | N/A | Undetermined |
| cubscoutsfundraiser.org | Undetermined | N/A | Undetermined |
| cubscoutshirts.com | Undetermined | N/A | Undetermined |
| cubscoutslogo.com | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| cubscoutsmedal.com | Undetermined | N/A | Undetermined |
| cubscoutstore.com | Undetermined | N/A | Undetermined |
| cubscoutstore.info | Undetermined | N/A | Undetermined |
| cubscoutstore.net | Undetermined | N/A | Undetermined |
| cubscoutstore.org | Undetermined | N/A | Undetermined |
| cubscoutstuff.com | Undetermined | N/A | Undetermined |
| cubscoutstuff.info | Undetermined | N/A | Undetermined |
| cubscoutstuff.net | Undetermined | N/A | Undetermined |
| cubscoutstuff.org | Undetermined | N/A | Undetermined |
| cubscoutsuniform.com | Undetermined | N/A | Undetermined |
| cubscoutsupplies.com | Undetermined | N/A | Undetermined |
| cubscoutworld.com | Undetermined | N/A | Undetermined |
| cubscoutworld.info | Undetermined | N/A | Undetermined |
| cubscoutworld.net | Undetermined | N/A | Undetermined |
| cubscoutworld.org | Undetermined | N/A | Undetermined |
| daycamplhc.org | Undetermined | N/A | Undetermined |
| den1.info | Undetermined | N/A | Undetermined |
| den1.org | Undetermined | N/A | Undetermined |
| denone.info | Undetermined | N/A | Undetermined |
| denone.net | Undetermined | N/A | Undetermined |
| denone.org | Undetermined | N/A | Undetermined |
| dicksadventurefest.com | Undetermined | N/A | Undetermined |
| dicksadventurefest.info | Undetermined | N/A | Undetermined |
| dicksadventurefest.net | Undetermined | N/A | Undetermined |
| dicksadventurefest.org | Undetermined | N/A | Undetermined |
| directservicebsa.com | Undetermined | N/A | Undetermined |
| directservicebsa.info | Undetermined | N/A | Undetermined |
| directservicebsa.net | Undetermined | N/A | Undetermined |
| directservicebsa.org | Undetermined | N/A | Undetermined |
| eaglemail.info | Undetermined | N/A | Undetermined |
| eaglemail.org | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| eaglescallmagazine.com | Undetermined | N/A | Undetermined |
| eaglescallmagazine.info | Undetermined | N/A | Undetermined |
| eaglescallmagazine.net | Undetermined | N/A | Undetermined |
| eaglescallmagazine.org | Undetermined | N/A | Undetermined |
| eaglescout.info | Undetermined | N/A | Undetermined |
| eaglescout.net | Undetermined | N/A | Undetermined |
| eaglescout.us | Undetermined | N/A | Undetermined |
| eaglescout.ws | Undetermined | N/A | Undetermined |
| eaglescoutparents.info | Undetermined | N/A | Undetermined |
| eaglescouts.com | Undetermined | N/A | Undetermined |
| eaglescouts.info | Undetermined | N/A | Undetermined |
| eaglescouts.org | Undetermined | N/A | Undetermined |
| eaglescoutsus.com | Undetermined | N/A | Undetermined |
| eaglescoutsus.info | Undetermined | N/A | Undetermined |
| eaglescoutsus.net | Undetermined | N/A | Undetermined |
| eaglescoutsus.org | Undetermined | N/A | Undetermined |
| eaglescoutsus.us | Undetermined | N/A | Undetermined |
| emeritbadge.com | Undetermined | N/A | Undetermined |
| emeritbadge.net | Undetermined | N/A | Undetermined |
| emeritbadge.org | Undetermined | N/A | Undetermined |
| engineeringexploring.org | Undetermined | N/A | Undetermined |
| explorer.org | Undetermined | N/A | Undetermined |
| explorerclubs.com | Undetermined | N/A | Undetermined |
| explorerclubs.info | Undetermined | N/A | Undetermined |
| explorerclubs.net | Undetermined | N/A | Undetermined |
| explorerclubs.org | Undetermined | N/A | Undetermined |
| explorerscouts.com | Undetermined | N/A | Undetermined |
| explorerscouts.net | Undetermined | N/A | Undetermined |
| exploring.org | Undetermined | N/A | Undetermined |
| exploringexplosion.com | Undetermined | N/A | Undetermined |
| exploringexplosion.info | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| exploringexplosion.net | Undetermined | N/A | Undetermined |
| exploringexplosion.org | Undetermined | N/A | Undetermined |
| familyadventurefest.com | Undetermined | N/A | Undetermined |
| familyadventurefest.info | Undetermined | N/A | Undetermined |
| familyadventurefest.net | Undetermined | N/A | Undetermined |
| familyadventurefest.org | Undetermined | N/A | Undetermined |
| fireandemergencyservicesexploring.org | Undetermined | N/A | Undetermined |
| flintrivercouncil.com | Undetermined | N/A | Undetermined |
| flintrivercouncil.info | Undetermined | N/A | Undetermined |
| flintrivercouncil.net | Undetermined | N/A | Undetermined |
| flintrivercouncil.org | Undetermined | N/A | Undetermined |
| friends-of-scouting.com | Undetermined | N/A | Undetermined |
| friendsofscouting.info | Undetermined | N/A | Undetermined |
| friends-of-scouting.info | Undetermined | N/A | Undetermined |
| friendsofscouting.net | Undetermined | N/A | Undetermined |
| friends-of-scouting.net | Undetermined | N/A | Undetermined |
| friends-of-scouting.org | Undetermined | N/A | Undetermined |
| fsbconferencecenter.com | Undetermined | N/A | Undetermined |
| fsbconferencecenter.info | Undetermined | N/A | Undetermined |
| fsbconferencecenter.net | Undetermined | N/A | Undetermined |
| fsbconferencecenter.org | Undetermined | N/A | Undetermined |
| fsbshipstore.info | Undetermined | N/A | Undetermined |
| fsbshipstore.net | Undetermined | N/A | Undetermined |
| fsbshipstore.org | Undetermined | N/A | Undetermined |
| fsd.org | Undetermined | N/A | Undetermined |
| fsdsurvey.com | Undetermined | N/A | Undetermined |
| fsdsurvey.info | Undetermined | N/A | Undetermined |
| fsdsurvey.net | Undetermined | N/A | Undetermined |
| gecbsa.com | Undetermined | N/A | Undetermined |
| gec-bsa.com | Undetermined | N/A | Undetermined |
| gec-bsa.net | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| gecbsa.org | Undetermined | N/A | Undetermined |
| gec-bsa.org | Undetermined | N/A | Undetermined |
| give2bsa.com | Undetermined | N/A | Undetermined |
| give2bsa.info | Undetermined | N/A | Undetermined |
| give2bsa.net | Undetermined | N/A | Undetermined |
| give2bsa.org | Undetermined | N/A | Undetermined |
| givetobsa.com | Undetermined | N/A | Undetermined |
| givetobsa.info | Undetermined | N/A | Undetermined |
| givetobsa.net | Undetermined | N/A | Undetermined |
| givetobsa.org | Undetermined | N/A | Undetermined |
| goldenempirecouncil.com | Undetermined | N/A | Undetermined |
| goldenempirecouncil.net | Undetermined | N/A | Undetermined |
| goodturnforamerica.com | Undetermined | N/A | Undetermined |
| goodturnforamerica.info | Undetermined | N/A | Undetermined |
| goodturnforamerica.org | Undetermined | N/A | Undetermined |
| goventuring.com | Undetermined | N/A | Undetermined |
| goventuring.info | Undetermined | N/A | Undetermined |
| goventuring.net | Undetermined | N/A | Undetermined |
| goventuring.org | Undetermined | N/A | Undetermined |
| gpc-bsa.org | Undetermined | N/A | Undetermined |
| greatscoutingproducts.com | Undetermined | N/A | Undetermined |
| green2deepgreen.com | Undetermined | N/A | Undetermined |
| green2deepgreen.info | Undetermined | N/A | Undetermined |
| green2deepgreen.net | Undetermined | N/A | Undetermined |
| green2deepgreen.org | Undetermined | N/A | Undetermined |
| greentodeepgreen.com | Undetermined | N/A | Undetermined |
| greentodeepgreen.info | Undetermined | N/A | Undetermined |
| greentodeepgreen.net | Undetermined | N/A | Undetermined |
| greentodeepgreen.org | Undetermined | N/A | Undetermined |
| greentoodeepgreen.org | Undetermined | N/A | Undetermined |
| healthexploring.org | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                            Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| iac-bsa.org | Undetermined | N/A | Undetermined |
| illowabsa.com | Undetermined | N/A | Undetermined |
| illowabsa.org | Undetermined | N/A | Undetermined |
| interamfoundation.info | Undetermined | N/A | Undetermined |
| interamfoundation.net | Undetermined | N/A | Undetermined |
| jambolive.com | Undetermined | N/A | Undetermined |
| jambolive.info | Undetermined | N/A | Undetermined |
| jambolive.net | Undetermined | N/A | Undetermined |
| jambolive.org | Undetermined | N/A | Undetermined |
| jamboree2017.com | Undetermined | N/A | Undetermined |
| jamboree2017.net | Undetermined | N/A | Undetermined |
| jamboree2017.org | Undetermined | N/A | Undetermined |
| jamboreecalendar.com | Undetermined | N/A | Undetermined |
| jamboreecalendar.info | Undetermined | N/A | Undetermined |
| jamboreecalendar.net | Undetermined | N/A | Undetermined |
| jamboreecalendar.org | Undetermined | N/A | Undetermined |
| jamboreepatches.com | Undetermined | N/A | Undetermined |
| jamboreepatches.info | Undetermined | N/A | Undetermined |
| jamboreepatches.net | Undetermined | N/A | Undetermined |
| jamboreepatches.org | Undetermined | N/A | Undetermined |
| jamboreestuff.com | Undetermined | N/A | Undetermined |
| jamboreestuff.info | Undetermined | N/A | Undetermined |
| jamboreestuff.net | Undetermined | N/A | Undetermined |
| jamboreestuff.org | Undetermined | N/A | Undetermined |
| jamboreestuff.us | Undetermined | N/A | Undetermined |
| joinboyscouting.com | Undetermined | N/A | Undetermined |
| joinboyscouting.info | Undetermined | N/A | Undetermined |
| joinboyscouting.net | Undetermined | N/A | Undetermined |
| joinboyscouting.org | Undetermined | N/A | Undetermined |
| joinboyscouts.info | Undetermined | N/A | Undetermined |
| joinboyscouts.net | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| joinboyscouts.org | Undetermined | N/A | Undetermined |
| joincubscouting.com | Undetermined | N/A | Undetermined |
| joincubscouting.info | Undetermined | N/A | Undetermined |
| joincubscouting.net | Undetermined | N/A | Undetermined |
| joincubscouting.org | Undetermined | N/A | Undetermined |
| joincubscouts.info | Undetermined | N/A | Undetermined |
| joincubscouts.net | Undetermined | N/A | Undetermined |
| joincubscouts.org | Undetermined | N/A | Undetermined |
| joinscouting.com | Undetermined | N/A | Undetermined |
| joinscouting.info | Undetermined | N/A | Undetermined |
| joinscouting.net | Undetermined | N/A | Undetermined |
| joinscouting.org | Undetermined | N/A | Undetermined |
| joinscouts.info | Undetermined | N/A | Undetermined |
| joinscouts.org | Undetermined | N/A | Undetermined |
| joinventuring.info | Undetermined | N/A | Undetermined |
| joinventuring.net | Undetermined | N/A | Undetermined |
| joinventuring.org | Undetermined | N/A | Undetermined |
| justicescoutcamp.com | Undetermined | N/A | Undetermined |
| justicescoutcamp.info | Undetermined | N/A | Undetermined |
| justicescoutcamp.net | Undetermined | N/A | Undetermined |
| justicescoutcamp.org | Undetermined | N/A | Undetermined |
| lasallecouncilbsa.org | Undetermined | N/A | Undetermined |
| laurelhighlandscouncil.org | Undetermined | N/A | Undetermined |
| lawandgovernmentexploring.org | Undetermined | N/A | Undetermined |
| lawenforcementexploring.org | Undetermined | N/A | Undetermined |
| lhc-bsa.org | Undetermined | N/A | Undetermined |
| libertyflotilla.org | Undetermined | N/A | Undetermined |
| licensingbsa.com | Undetermined | N/A | Undetermined |
| licensingbsa.info | Undetermined | N/A | Undetermined |
| licensingbsa.net | Undetermined | N/A | Undetermined |
| licensingbsa.org | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number: 20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| licensinginsider.org | Undetermined | N/A | Undetermined |
| licensinglfl.com | Undetermined | N/A | Undetermined |
| licensinglfl.info | Undetermined | N/A | Undetermined |
| licensinglfl.net | Undetermined | N/A | Undetermined |
| licensinglfl.org | Undetermined | N/A | Undetermined |
| livescoutingsadventure.com | Undetermined | N/A | Undetermined |
| livescoutingsadventure.info | Undetermined | N/A | Undetermined |
| livescoutingsadventure.net | Undetermined | N/A | Undetermined |
| livescoutingsadventure.org | Undetermined | N/A | Undetermined |
| lizardhead.com | Undetermined | N/A | Undetermined |
| lodge57.org | Undetermined | N/A | Undetermined |
| longbeachbsa.org | Undetermined | N/A | Undetermined |
| mbacbsa.org | Undetermined | N/A | Undetermined |
| meritbadges.org | Undetermined | N/A | Undetermined |
| minsitrails.info | Undetermined | N/A | Undetermined |
| mississippivalleybsa.org | Undetermined | N/A | Undetermined |
| mybsa.biz | Undetermined | N/A | Undetermined |
| mybsa.com | Undetermined | N/A | Undetermined |
| mybsa.com | Undetermined | N/A | Undetermined |
| mybsa.info | Undetermined | N/A | Undetermined |
| mybsa.net | Undetermined | N/A | Undetermined |
| mybsa.org | Undetermined | N/A | Undetermined |
| mybsa.us | Undetermined | N/A | Undetermined |
| mybsabenefits.info | Undetermined | N/A | Undetermined |
| mybsabenefits.net | Undetermined | N/A | Undetermined |
| mybsacamp.info | Undetermined | N/A | Undetermined |
| mybsacamp.net | Undetermined | N/A | Undetermined |
| mycouncilsolutions.com | Undetermined | N/A | Undetermined |
| mylfl.info | Undetermined | N/A | Undetermined |
| mylfl.net | Undetermined | N/A | Undetermined |
| mylfl.org | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| mynesa.com | Undetermined | N/A | Undetermined |
| mynesa.info | Undetermined | N/A | Undetermined |
| mynesa.net | Undetermined | N/A | Undetermined |
| mynesa.org | Undetermined | N/A | Undetermined |
| myparticipation.com | Undetermined | N/A | Undetermined |
| myparticipation.info | Undetermined | N/A | Undetermined |
| myparticipation.net | Undetermined | N/A | Undetermined |
| myparticipation.org | Undetermined | N/A | Undetermined |
| myscouting.biz | Undetermined | N/A | Undetermined |
| my-scouting.biz | Undetermined | N/A | Undetermined |
| myscouting.com | Undetermined | N/A | Undetermined |
| myscouting.info | Undetermined | N/A | Undetermined |
| my-scouting.info | Undetermined | N/A | Undetermined |
| myscouting.mobi | Undetermined | N/A | Undetermined |
| my-scouting.mobi | Undetermined | N/A | Undetermined |
| myscouting.net | Undetermined | N/A | Undetermined |
| my-scouting.net | Undetermined | N/A | Undetermined |
| myscouting.org | Undetermined | N/A | Undetermined |
| my-scouting.org | Undetermined | N/A | Undetermined |
| myscouting.us | Undetermined | N/A | Undetermined |
| my-scouting.us | Undetermined | N/A | Undetermined |
| myscoutingtools.com | Undetermined | N/A | Undetermined |
| myscoutingtools.info | Undetermined | N/A | Undetermined |
| myscoutingtools.net | Undetermined | N/A | Undetermined |
| myscoutingtools.org | Undetermined | N/A | Undetermined |
| myscoutmaster.com | Undetermined | N/A | Undetermined |
| myscoutmaster.info | Undetermined | N/A | Undetermined |
| myscoutmaster.net | Undetermined | N/A | Undetermined |
| myscoutmaster.org | Undetermined | N/A | Undetermined |
| myscoutshonor.com | Undetermined | N/A | Undetermined |
| myscoutshonorcard.com | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                          Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| myscoutstories.com | Undetermined | N/A | Undetermined |
| myscoutstories.info | Undetermined | N/A | Undetermined |
| myscoutstories.net | Undetermined | N/A | Undetermined |
| myscoutstories.org | Undetermined | N/A | Undetermined |
| myscoutstory.info | Undetermined | N/A | Undetermined |
| myscoutstory.net | Undetermined | N/A | Undetermined |
| myscoutstory.org | Undetermined | N/A | Undetermined |
| nationaljambostore.com | Undetermined | N/A | Undetermined |
| nationalscoutingmuseum.com | Undetermined | N/A | Undetermined |
| nationalscoutingmuseum.info | Undetermined | N/A | Undetermined |
| nationalscoutingmuseum.net | Undetermined | N/A | Undetermined |
| nationalscoutingmuseum.org | Undetermined | N/A | Undetermined |
| nationalscoutjamboree.biz | Undetermined | N/A | Undetermined |
| nationalscoutjamboree.com | Undetermined | N/A | Undetermined |
| nationalscoutjamboree.info | Undetermined | N/A | Undetermined |
| nationalscoutjamboree.mobi | Undetermined | N/A | Undetermined |
| nationalscoutjamboree.net | Undetermined | N/A | Undetermined |
| nationalscoutjamboree.org | Undetermined | N/A | Undetermined |
| nationalscoutjamboree.us | Undetermined | N/A | Undetermined |
| nationalyouthprotectionsymposium.org | Undetermined | N/A | Undetermined |
| ncsbsa.com | Undetermined | N/A | Undetermined |
| ncsbsa.info | Undetermined | N/A | Undetermined |
| ncsbsa.net | Undetermined | N/A | Undetermined |
| ncsbsa.org | Undetermined | N/A | Undetermined |
| nerbsa.com | Undetermined | N/A | Undetermined |
| nerbsa.info | Undetermined | N/A | Undetermined |
| nerbsa.net | Undetermined | N/A | Undetermined |
| nerbsa.org | Undetermined | N/A | Undetermined |
| nesa.org | Undetermined | N/A | Undetermined |
| nesabsa.com | Undetermined | N/A | Undetermined |
| nesabsa.info | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number: 20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| nesabsa.net | Undetermined | N/A | Undetermined |
| nesabsa.org | Undetermined | N/A | Undetermined |
| nesastore.info | Undetermined | N/A | Undetermined |
| netbsa.com | Undetermined | N/A | Undetermined |
| netbsa.info | Undetermined | N/A | Undetermined |
| netbsa.net | Undetermined | N/A | Undetermined |
| netbsa.org | Undetermined | N/A | Undetermined |
| newbsauniform.com | Undetermined | N/A | Undetermined |
| newbsauniform.info | Undetermined | N/A | Undetermined |
| newbsauniform.net | Undetermined | N/A | Undetermined |
| newbsauniform.org | Undetermined | N/A | Undetermined |
| noac2018.com | Undetermined | N/A | Undetermined |
| noac2018.info | Undetermined | N/A | Undetermined |
| noac2018.net | Undetermined | N/A | Undetermined |
| noac2018.org | Undetermined | N/A | Undetermined |
| noac2020.com | Undetermined | N/A | Undetermined |
| noac2020.info | Undetermined | N/A | Undetermined |
| noac2020.net | Undetermined | N/A | Undetermined |
| noac2020.org | Undetermined | N/A | Undetermined |
| noac2022.com | Undetermined | N/A | Undetermined |
| noac2022.info | Undetermined | N/A | Undetermined |
| noac2022.net | Undetermined | N/A | Undetermined |
| noac2022.org | Undetermined | N/A | Undetermined |
| northerntier.info | Undetermined | N/A | Undetermined |
| northerntier.net | Undetermined | N/A | Undetermined |
| ntier.info | Undetermined | N/A | Undetermined |
| ntier.org | Undetermined | N/A | Undetermined |
| nwtcbsa.org | Undetermined | N/A | Undetermined |
| oa-bsa.com | Undetermined | N/A | Undetermined |
| oa-bsa.info | Undetermined | N/A | Undetermined |
| oa-bsa.net | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| oabsa.org | Undetermined | N/A | Undetermined |
| oa-bsa.org | Undetermined | N/A | Undetermined |
| ocscouts.com | Undetermined | N/A | Undetermined |
| okpik.net | Undetermined | N/A | Undetermined |
| orderby.info | Undetermined | N/A | Undetermined |
| orderby.org | Undetermined | N/A | Undetermined |
| orderofarrow.com | Undetermined | N/A | Undetermined |
| orderofarrow.info | Undetermined | N/A | Undetermined |
| orderofarrow.net | Undetermined | N/A | Undetermined |
| orderofarrow.org | Undetermined | N/A | Undetermined |
| orderofthearrow.com | Undetermined | N/A | Undetermined |
| orderofthearrow.info | Undetermined | N/A | Undetermined |
| orderofthearrow.net | Undetermined | N/A | Undetermined |
| orderofthearrow.org | Undetermined | N/A | Undetermined |
| orderofthearrow.us | Undetermined | N/A | Undetermined |
| ouachitabsa.org | Undetermined | N/A | Undetermined |
| padutchbsa.org | Undetermined | N/A | Undetermined |
| philmont.biz | Undetermined | N/A | Undetermined |
| philmont.com | Undetermined | N/A | Undetermined |
| philmont.info | Undetermined | N/A | Undetermined |
| philmont.net | Undetermined | N/A | Undetermined |
| philmontonline.com | Undetermined | N/A | Undetermined |
| philmontonline.info | Undetermined | N/A | Undetermined |
| philmontonline.net | Undetermined | N/A | Undetermined |
| philmontonline.org | Undetermined | N/A | Undetermined |
| philmontscoutranch.info | Undetermined | N/A | Undetermined |
| philmontscoutranch.net | Undetermined | N/A | Undetermined |
| philmontscoutranch.org | Undetermined | N/A | Undetermined |
| philmontscoutranch.us | Undetermined | N/A | Undetermined |
| philmonttrainingcenter.com | Undetermined | N/A | Undetermined |
| philmonttrainingcenter.info | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| philmonttrainingcenter.net | Undetermined | N/A | Undetermined |
| philmonttrainingcenter.org | Undetermined | N/A | Undetermined |
| pinewoodderby.info | Undetermined | N/A | Undetermined |
| pinewoodderby.org | Undetermined | N/A | Undetermined |
| pinewoodderbygame.com | Undetermined | N/A | Undetermined |
| plugandaxel.biz | Undetermined | N/A | Undetermined |
| plugandaxel.com | Undetermined | N/A | Undetermined |
| plugandaxel.info | Undetermined | N/A | Undetermined |
| plugandaxel.net | Undetermined | N/A | Undetermined |
| plugandaxel.org | Undetermined | N/A | Undetermined |
| postyourcolors.com | Undetermined | N/A | Undetermined |
| postyourcolors.info | Undetermined | N/A | Undetermined |
| postyourcolors.net | Undetermined | N/A | Undetermined |
| postyourcolors.org | Undetermined | N/A | Undetermined |
| programresources.org | Undetermined | N/A | Undetermined |
| pvcboyscoutsofamerica.com | Undetermined | N/A | Undetermined |
| pvcboyscoutsofamerica.info | Undetermined | N/A | Undetermined |
| pvcboyscoutsofamerica.net | Undetermined | N/A | Undetermined |
| pvcboyscoutsofamerica.org | Undetermined | N/A | Undetermined |
| pwcbsa.org | Undetermined | N/A | Undetermined |
| quapawbsa.biz | Undetermined | N/A | Undetermined |
| quapawbsa.com | Undetermined | N/A | Undetermined |
| quapawbsa.info | Undetermined | N/A | Undetermined |
| quapawbsa.net | Undetermined | N/A | Undetermined |
| quapawbsa.org | Undetermined | N/A | Undetermined |
| quapawbsa.us | Undetermined | N/A | Undetermined |
| quivira.org | Undetermined | N/A | Undetermined |
| safescouting.com | Undetermined | N/A | Undetermined |
| safescouting.net | Undetermined | N/A | Undetermined |
| safescouting.org | Undetermined | N/A | Undetermined |
| sbrstaff.com | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                              Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| sbrstaff.info | Undetermined | N/A | Undetermined |
| sbrstaff.net | Undetermined | N/A | Undetermined |
| sbrstaff.org | Undetermined | N/A | Undetermined |
| scforumsqa.com | Undetermined | N/A | Undetermined |
| scienceexploring.org | Undetermined | N/A | Undetermined |
| scout.life | Undetermined | N/A | Undetermined |
| scout.works | Undetermined | N/A | Undetermined |
| scoutadvancement.com | Undetermined | N/A | Undetermined |
| scoutadvancement.org | Undetermined | N/A | Undetermined |
| scoutalumni.com | Undetermined | N/A | Undetermined |
| scoutalumni.info | Undetermined | N/A | Undetermined |
| scoutalumni.net | Undetermined | N/A | Undetermined |
| scoutalumni.org | Undetermined | N/A | Undetermined |
| scoutbechtel.com | Undetermined | N/A | Undetermined |
| scoutbechtel.info | Undetermined | N/A | Undetermined |
| scoutbechtel.net | Undetermined | N/A | Undetermined |
| scoutbechtel.org | Undetermined | N/A | Undetermined |
| scoutbechtelreserve.com | Undetermined | N/A | Undetermined |
| scoutbechtelreserve.info | Undetermined | N/A | Undetermined |
| scoutbechtelreserve.net | Undetermined | N/A | Undetermined |
| scoutbechtelreserve.org | Undetermined | N/A | Undetermined |
| scoutbook.com | Undetermined | N/A | Undetermined |
| scoutbook.info | Undetermined | N/A | Undetermined |
| scoutcasting.com | Undetermined | N/A | Undetermined |
| scoutcasting.info | Undetermined | N/A | Undetermined |
| scoutcasting.net | Undetermined | N/A | Undetermined |
| scoutcasting.org | Undetermined | N/A | Undetermined |
| scoutcoffeeco.com | Undetermined | N/A | Undetermined |
| scouter.org | Undetermined | N/A | Undetermined |
| scoutfleet.org | Undetermined | N/A | Undetermined |
| scoutgear.com | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number: 20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| scouting.club | Undetermined | N/A | Undetermined |
| scouting.info | Undetermined | N/A | Undetermined |
| scouting.org | Undetermined | N/A | Undetermined |
| scouting.us | Undetermined | N/A | Undetermined |
| scouting.works | Undetermined | N/A | Undetermined |
| scouting4life.info | Undetermined | N/A | Undetermined |
| scoutingadvancement.com | Undetermined | N/A | Undetermined |
| scoutingalumni.info | Undetermined | N/A | Undetermined |
| scoutingalumni.net | Undetermined | N/A | Undetermined |
| scoutingalumni.org | Undetermined | N/A | Undetermined |
| scoutingandsoccer.com | Undetermined | N/A | Undetermined |
| scoutingandsoccer.info | Undetermined | N/A | Undetermined |
| scoutingandsoccer.org | Undetermined | N/A | Undetermined |
| scoutingar.com | Undetermined | N/A | Undetermined |
| scoutingar.org | Undetermined | N/A | Undetermined |
| scoutingarkansas.com | Undetermined | N/A | Undetermined |
| scoutingarkansas.org | Undetermined | N/A | Undetermined |
| scoutingaround.info | Undetermined | N/A | Undetermined |
| scoutingaround.tv | Undetermined | N/A | Undetermined |
| scoutingatthetop.com | Undetermined | N/A | Undetermined |
| scoutingatthetop.info | Undetermined | N/A | Undetermined |
| scoutingatthetop.org | Undetermined | N/A | Undetermined |
| scoutingcoins.com | Undetermined | N/A | Undetermined |
| scoutingforadventure.com | Undetermined | N/A | Undetermined |
| scoutingforadventure.info | Undetermined | N/A | Undetermined |
| scoutingforadventure.net | Undetermined | N/A | Undetermined |
| scoutingforadventure.org | Undetermined | N/A | Undetermined |
| scoutingforadventure.us | Undetermined | N/A | Undetermined |
| scoutingforlife.com | Undetermined | N/A | Undetermined |
| scoutingforlife.info | Undetermined | N/A | Undetermined |
| scoutingfriends.com | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| scoutingfriends.info | Undetermined | N/A | Undetermined |
| scoutingfriends.net | Undetermined | N/A | Undetermined |
| scoutingfriends.org | Undetermined | N/A | Undetermined |
| scoutinglife.info | Undetermined | N/A | Undetermined |
| scoutinglife.net | Undetermined | N/A | Undetermined |
| scoutinglife.org | Undetermined | N/A | Undetermined |
| scoutingmagazine.com | Undetermined | N/A | Undetermined |
| scouting-magazine.com | Undetermined | N/A | Undetermined |
| scoutingmagazine.info | Undetermined | N/A | Undetermined |
| scouting-magazine.info | Undetermined | N/A | Undetermined |
| scoutingmagazine.net | Undetermined | N/A | Undetermined |
| scouting-magazine.net | Undetermined | N/A | Undetermined |
| scoutingmagazine.org | Undetermined | N/A | Undetermined |
| scouting-magazine.org | Undetermined | N/A | Undetermined |
| scoutingmagazine.us | Undetermined | N/A | Undetermined |
| scoutingmuseum.com | Undetermined | N/A | Undetermined |
| scoutingmuseum.info | Undetermined | N/A | Undetermined |
| scoutingmuseum.net | Undetermined | N/A | Undetermined |
| scoutingnewsroom.com | Undetermined | N/A | Undetermined |
| scoutingnewsroom.info | Undetermined | N/A | Undetermined |
| scoutingnewsroom.net | Undetermined | N/A | Undetermined |
| scoutingnewsroom.org | Undetermined | N/A | Undetermined |
| scoutingquartermaster.com | Undetermined | N/A | Undetermined |
| scoutingquartermaster.info | Undetermined | N/A | Undetermined |
| scoutingquartermaster.net | Undetermined | N/A | Undetermined |
| scoutingquartermaster.org | Undetermined | N/A | Undetermined |
| scoutingssecondcentury.org | Undetermined | N/A | Undetermined |
| scoutingtoday.info | Undetermined | N/A | Undetermined |
| scoutingtoday.net | Undetermined | N/A | Undetermined |
| scoutingtools.org | Undetermined | N/A | Undetermined |
| scoutingtours.com | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                      Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| scoutingtours.info | Undetermined | N/A | Undetermined |
| scoutingtours.net | Undetermined | N/A | Undetermined |
| scoutingtravel.org | Undetermined | N/A | Undetermined |
| scoutingtv.com | Undetermined | N/A | Undetermined |
| scoutingtv.info | Undetermined | N/A | Undetermined |
| scoutingtv.net | Undetermined | N/A | Undetermined |
| scoutingtv.org | Undetermined | N/A | Undetermined |
| scoutingvalelapena.com | Undetermined | N/A | Undetermined |
| scoutingvalelapena.info | Undetermined | N/A | Undetermined |
| scoutingvalelapena.org | Undetermined | N/A | Undetermined |
| scoutingwire.com | Undetermined | N/A | Undetermined |
| scoutingwire.info | Undetermined | N/A | Undetermined |
| scoutingwire.net | Undetermined | N/A | Undetermined |
| scoutingwire.org | Undetermined | N/A | Undetermined |
| scoutingworks.com | Undetermined | N/A | Undetermined |
| scoutingworks.info | Undetermined | N/A | Undetermined |
| scoutingworks.net | Undetermined | N/A | Undetermined |
| scoutingworks.org | Undetermined | N/A | Undetermined |
| scoutjamboree.com | Undetermined | N/A | Undetermined |
| scoutjamboree.info | Undetermined | N/A | Undetermined |
| scoutjamboree.net | Undetermined | N/A | Undetermined |
| scoutjamboree.org | Undetermined | N/A | Undetermined |
| scoutjamboree.us | Undetermined | N/A | Undetermined |
| scoutlife.com | Undetermined | N/A | Undetermined |
| scoutlife.org | Undetermined | N/A | Undetermined |
| scoutlifemagazine.com | Undetermined | N/A | Undetermined |
| scoutlifemagazine.org | Undetermined | N/A | Undetermined |
| scoutmaster.info | Undetermined | N/A | Undetermined |
| scoutmaster.net | Undetermined | N/A | Undetermined |
| scoutmasters.com | Undetermined | N/A | Undetermined |
| scoutmasters.info | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| scoutmasters.net | Undetermined | N/A | Undetermined |
| scoutmasters.org | Undetermined | N/A | Undetermined |
| scoutmein.info | Undetermined | N/A | Undetermined |
| scoutmein.net | Undetermined | N/A | Undetermined |
| scoutmein.org | Undetermined | N/A | Undetermined |
| scoutmemorabilia.com | Undetermined | N/A | Undetermined |
| scoutmuseum.com | Undetermined | N/A | Undetermined |
| scoutmuseum.net | Undetermined | N/A | Undetermined |
| scoutmuseum.org | Undetermined | N/A | Undetermined |
| scoutnewsroom.com | Undetermined | N/A | Undetermined |
| scoutnewsroom.info | Undetermined | N/A | Undetermined |
| scoutnewsroom.net | Undetermined | N/A | Undetermined |
| scoutnewsroom.org | Undetermined | N/A | Undetermined |
| scoutparents.com | Undetermined | N/A | Undetermined |
| scoutparents.info | Undetermined | N/A | Undetermined |
| scoutparents.net | Undetermined | N/A | Undetermined |
| scoutparents.org | Undetermined | N/A | Undetermined |
| scoutpatches.org | Undetermined | N/A | Undetermined |
| scoutprinting.com | Undetermined | N/A | Undetermined |
| scoutproducts.com | Undetermined | N/A | Undetermined |
| scoutreachbsa.com | Undetermined | N/A | Undetermined |
| scoutreachbsa.info | Undetermined | N/A | Undetermined |
| scoutreachbsa.net | Undetermined | N/A | Undetermined |
| scoutreachbsa.org | Undetermined | N/A | Undetermined |
| scoutreserve.com | Undetermined | N/A | Undetermined |
| scoutreserve.info | Undetermined | N/A | Undetermined |
| scoutreserve.net | Undetermined | N/A | Undetermined |
| scoutreserve.org | Undetermined | N/A | Undetermined |
| scouts.life | Undetermined | N/A | Undetermined |
| scouts.us | Undetermined | N/A | Undetermined |
| scouts.works | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                          Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| scoutsandsoccer.com | Undetermined | N/A | Undetermined |
| scoutsandsoccer.info | Undetermined | N/A | Undetermined |
| scoutsarethrifty.com | Undetermined | N/A | Undetermined |
| scoutsarethrifty.info | Undetermined | N/A | Undetermined |
| scoutsarethrifty.net | Undetermined | N/A | Undetermined |
| scoutsarethrifty.org | Undetermined | N/A | Undetermined |
| scoutsbsa.com | Undetermined | N/A | Undetermined |
| scoutsbsa.info | Undetermined | N/A | Undetermined |
| scoutsbsa.net | Undetermined | N/A | Undetermined |
| scoutsbsa.org | Undetermined | N/A | Undetermined |
| scoutsbsa.us | Undetermined | N/A | Undetermined |
| scoutshirts.net | Undetermined | N/A | Undetermined |
| scoutshop.org | Undetermined | N/A | Undetermined |
| scoutslifemagazine.com | Undetermined | N/A | Undetermined |
| scoutslifemagazine.org | Undetermined | N/A | Undetermined |
| scoutsoccerstuff.com | Undetermined | N/A | Undetermined |
| scoutsoccerstuff.info | Undetermined | N/A | Undetermined |
| scoutsoccerstuff.net | Undetermined | N/A | Undetermined |
| scoutsoccerstuff.org | Undetermined | N/A | Undetermined |
| scoutsource.info | Undetermined | N/A | Undetermined |
| scoutsource.org | Undetermined | N/A | Undetermined |
| scoutspace.info | Undetermined | N/A | Undetermined |
| scoutspace.mobi | Undetermined | N/A | Undetermined |
| scoutstuf.org | Undetermined | N/A | Undetermined |
| scoutstuff.com | Undetermined | N/A | Undetermined |
| scoutstuff.info | Undetermined | N/A | Undetermined |
| scoutstuff.net | Undetermined | N/A | Undetermined |
| scoutstuff.org | Undetermined | N/A | Undetermined |
| scoutstuff.us | Undetermined | N/A | Undetermined |
| scoutsummit.com | Undetermined | N/A | Undetermined |
| scoutsummit.info | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| scoutsummit.net | Undetermined | N/A | Undetermined |
| scoutsummit.org | Undetermined | N/A | Undetermined |
| scoutsummitreserve.com | Undetermined | N/A | Undetermined |
| scoutsummitreserve.info | Undetermined | N/A | Undetermined |
| scoutsummitreserve.net | Undetermined | N/A | Undetermined |
| scoutsummitreserve.org | Undetermined | N/A | Undetermined |
| scoutsurge.com | Undetermined | N/A | Undetermined |
| scoutsurge.info | Undetermined | N/A | Undetermined |
| scoutsurge.net | Undetermined | N/A | Undetermined |
| scoutsurge.org | Undetermined | N/A | Undetermined |
| scoutsurge911.com | Undetermined | N/A | Undetermined |
| scoutsurge911.info | Undetermined | N/A | Undetermined |
| scoutsurge911.net | Undetermined | N/A | Undetermined |
| scoutsurge911.org | Undetermined | N/A | Undetermined |
| scoutsurvey.org | Undetermined | N/A | Undetermined |
| scouttough.info | Undetermined | N/A | Undetermined |
| scouttough.net | Undetermined | N/A | Undetermined |
| scouttough.org | Undetermined | N/A | Undetermined |
| scouttours.info | Undetermined | N/A | Undetermined |
| scouttours.net | Undetermined | N/A | Undetermined |
| scouttracking.com | Undetermined | N/A | Undetermined |
| scouttravel.org | Undetermined | N/A | Undetermined |
| scout-wire.org | Undetermined | N/A | Undetermined |
| seascout.com | Undetermined | N/A | Undetermined |
| seascout.net | Undetermined | N/A | Undetermined |
| seascout.org | Undetermined | N/A | Undetermined |
| sea-scout.org | Undetermined | N/A | Undetermined |
| sea-scouting.com | Undetermined | N/A | Undetermined |
| sea-scouting.info | Undetermined | N/A | Undetermined |
| sea-scouting.net | Undetermined | N/A | Undetermined |
| sea-scouting.org | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                      Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| seascouts.com | Undetermined | N/A | Undetermined |
| sea-scouts.com | Undetermined | N/A | Undetermined |
| sea-scouts.info | Undetermined | N/A | Undetermined |
| sea-scouts.org | Undetermined | N/A | Undetermined |
| serverscouts.com | Undetermined | N/A | Undetermined |
| seunscout.com | Undetermined | N/A | Undetermined |
| seunscout.net | Undetermined | N/A | Undetermined |
| seunscout.org | Undetermined | N/A | Undetermined |
| ships-store.com | Undetermined | N/A | Undetermined |
| ships-store.net | Undetermined | N/A | Undetermined |
| ships-store.org | Undetermined | N/A | Undetermined |
| shopscouting.com | Undetermined | N/A | Undetermined |
| shopscouting.info | Undetermined | N/A | Undetermined |
| shopscouting.net | Undetermined | N/A | Undetermined |
| shopscouting.org | Undetermined | N/A | Undetermined |
| shopworldjambo.com | Undetermined | N/A | Undetermined |
| soccerandscouting.com | Undetermined | N/A | Undetermined |
| soccerandscouting.info | Undetermined | N/A | Undetermined |
| soccerandscouting.org | Undetermined | N/A | Undetermined |
| socialservicesexploring.org | Undetermined | N/A | Undetermined |
| soutsbsa.com | Undetermined | N/A | Undetermined |
| soutsbsa.net | Undetermined | N/A | Undetermined |
| soutsbsa.org | Undetermined | N/A | Undetermined |
| spcampproducts.com | Undetermined | N/A | Undetermined |
| spcampproducts.info | Undetermined | N/A | Undetermined |
| spcampproducts.net | Undetermined | N/A | Undetermined |
| spcampproducts.org | Undetermined | N/A | Undetermined |
| srbsa.com | Undetermined | N/A | Undetermined |
| srbsa.info | Undetermined | N/A | Undetermined |
| srbsa.net | Undetermined | N/A | Undetermined |
| srbsa.org | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number: 20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| stemdaycamp.com | Undetermined | N/A | Undetermined |
| stemdaycamp.org | Undetermined | N/A | Undetermined |
| stemdaycamps.com | Undetermined | N/A | Undetermined |
| stemdaycamps.org | Undetermined | N/A | Undetermined |
| stemscouts.com | Undetermined | N/A | Undetermined |
| stemscouts.net | Undetermined | N/A | Undetermined |
| stemscouts.org | Undetermined | N/A | Undetermined |
| summitbechtel.com | Undetermined | N/A | Undetermined |
| summitbechtel.info | Undetermined | N/A | Undetermined |
| summitbechtel.net | Undetermined | N/A | Undetermined |
| summitbechtel.org | Undetermined | N/A | Undetermined |
| summitbechtelreserve.com | Undetermined | N/A | Undetermined |
| summitbechtelreserve.info | Undetermined | N/A | Undetermined |
| summitbechtelreserve.net | Undetermined | N/A | Undetermined |
| summitbechtelreserve.org | Undetermined | N/A | Undetermined |
| summitbsa.com | Undetermined | N/A | Undetermined |
| summitbsa.info | Undetermined | N/A | Undetermined |
| summitbsa.net | Undetermined | N/A | Undetermined |
| summitbsa.org | Undetermined | N/A | Undetermined |
| summitbsajamboree.com | Undetermined | N/A | Undetermined |
| summitbsajamboree.info | Undetermined | N/A | Undetermined |
| summitbsajamboree.net | Undetermined | N/A | Undetermined |
| summitbsajamboree.org | Undetermined | N/A | Undetermined |
| summitbsareserve.com | Undetermined | N/A | Undetermined |
| summitbsareserve.info | Undetermined | N/A | Undetermined |
| summitbsareserve.net | Undetermined | N/A | Undetermined |
| summitbsareserve.org | Undetermined | N/A | Undetermined |
| summithighadventure.info | Undetermined | N/A | Undetermined |
| summithighadventure.net | Undetermined | N/A | Undetermined |
| summithighadventure.org | Undetermined | N/A | Undetermined |
| summitjamboree.com | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| summitjamboree.info | Undetermined | N/A | Undetermined |
| summitjamboree.net | Undetermined | N/A | Undetermined |
| summitjamboree.org | Undetermined | N/A | Undetermined |
| summitnationaljamboree.com | Undetermined | N/A | Undetermined |
| summitnationaljamboree.info | Undetermined | N/A | Undetermined |
| summitnationaljamboree.net | Undetermined | N/A | Undetermined |
| summitnationaljamboree.org | Undetermined | N/A | Undetermined |
| summitscoutjamboree.com | Undetermined | N/A | Undetermined |
| summitscoutjamboree.info | Undetermined | N/A | Undetermined |
| summitscoutjamboree.net | Undetermined | N/A | Undetermined |
| summitscoutjamboree.org | Undetermined | N/A | Undetermined |
| summitscoutreserve.com | Undetermined | N/A | Undetermined |
| summitscoutreserve.info | Undetermined | N/A | Undetermined |
| summitscoutreserve.net | Undetermined | N/A | Undetermined |
| summitscoutreserve.org | Undetermined | N/A | Undetermined |
| susquehannabsa.com | Undetermined | N/A | Undetermined |
| susquehannabsa.info | Undetermined | N/A | Undetermined |
| susquehannabsa.net | Undetermined | N/A | Undetermined |
| thebechtelsummit.com | Undetermined | N/A | Undetermined |
| thebechtelsummit.info | Undetermined | N/A | Undetermined |
| thebechtelsummit.net | Undetermined | N/A | Undetermined |
| thebechtelsummit.org | Undetermined | N/A | Undetermined |
| theboyscout1.com | Undetermined | N/A | Undetermined |
| theboyscout1.info | Undetermined | N/A | Undetermined |
| theboyscout1.net | Undetermined | N/A | Undetermined |
| theboyscout1.org | Undetermined | N/A | Undetermined |
| theboyscouts.info | Undetermined | N/A | Undetermined |
| theboyscouts.net | Undetermined | N/A | Undetermined |
| theboyscouts.org | Undetermined | N/A | Undetermined |
| thescoutzone.com | Undetermined | N/A | Undetermined |
| thescoutzone.info | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| thescoutzone.net | Undetermined | N/A | Undetermined |
| thescoutzone.org | Undetermined | N/A | Undetermined |
| thesummitbsajamboree.com | Undetermined | N/A | Undetermined |
| thesummitbsajamboree.info | Undetermined | N/A | Undetermined |
| thesummitbsajamboree.net | Undetermined | N/A | Undetermined |
| thesummitbsajamboree.org | Undetermined | N/A | Undetermined |
| thesummitbsareserve.com | Undetermined | N/A | Undetermined |
| thesummitbsareserve.info | Undetermined | N/A | Undetermined |
| thesummitbsareserve.net | Undetermined | N/A | Undetermined |
| thesummitbsareserve.org | Undetermined | N/A | Undetermined |
| thesummitjamboree.com | Undetermined | N/A | Undetermined |
| thesummitjamboree.info | Undetermined | N/A | Undetermined |
| thesummitjamboree.net | Undetermined | N/A | Undetermined |
| thesummitjamboree.org | Undetermined | N/A | Undetermined |
| thesummitnationaljamboree.com | Undetermined | N/A | Undetermined |
| thesummitnationaljamboree.info | Undetermined | N/A | Undetermined |
| thesummitnationaljamboree.net | Undetermined | N/A | Undetermined |
| thesummitnationaljamboree.org | Undetermined | N/A | Undetermined |
| thesummitscoutjamboree.com | Undetermined | N/A | Undetermined |
| thesummitscoutjamboree.info | Undetermined | N/A | Undetermined |
| thesummitscoutjamboree.net | Undetermined | N/A | Undetermined |
| thesummitscoutjamboree.org | Undetermined | N/A | Undetermined |
| thesummitscoutreserve.com | Undetermined | N/A | Undetermined |
| thesummitscoutreserve.info | Undetermined | N/A | Undetermined |
| thesummitscoutreserve.net | Undetermined | N/A | Undetermined |
| thesummitscoutreserve.org | Undetermined | N/A | Undetermined |
| thetelegraph.org | Undetermined | N/A | Undetermined |
| theworldscoutshop.org | Undetermined | N/A | Undetermined |
| topatopa.org | Undetermined | N/A | Undetermined |
| toughscout.com | Undetermined | N/A | Undetermined |
| toughscout.info | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| toughscout.net | Undetermined | N/A | Undetermined |
| toughscout.org | Undetermined | N/A | Undetermined |
| trailstop.net | Undetermined | N/A | Undetermined |
| trailstop.org | Undetermined | N/A | Undetermined |
| trektek.info | Undetermined | N/A | Undetermined |
| trektek.net | Undetermined | N/A | Undetermined |
| troopleader.org | Undetermined | N/A | Undetermined |
| tuscaroracouncil.org | Undetermined | N/A | Undetermined |
| vccbsa.com | Undetermined | N/A | Undetermined |
| vccbsa.net | Undetermined | N/A | Undetermined |
| vccbsa.org | Undetermined | N/A | Undetermined |
| venturacountycouncil.com | Undetermined | N/A | Undetermined |
| venturacountycouncil.info | Undetermined | N/A | Undetermined |
| venturacountycouncil.net | Undetermined | N/A | Undetermined |
| venturacountycouncil.org | Undetermined | N/A | Undetermined |
| venturer.us | Undetermined | N/A | Undetermined |
| venturers.us | Undetermined | N/A | Undetermined |
| venturing.com | Undetermined | N/A | Undetermined |
| venturing.net | Undetermined | N/A | Undetermined |
| venturing.org | Undetermined | N/A | Undetermined |
| venturing-bsa.com | Undetermined | N/A | Undetermined |
| venturing-bsa.info | Undetermined | N/A | Undetermined |
| venturing-bsa.net | Undetermined | N/A | Undetermined |
| venturing-bsa.org | Undetermined | N/A | Undetermined |
| virtualboyscout.com | Undetermined | N/A | Undetermined |
| virtualboyscout.info | Undetermined | N/A | Undetermined |
| virtualboyscout.net | Undetermined | N/A | Undetermined |
| virtualboyscout.org | Undetermined | N/A | Undetermined |
| visitjambo.com | Undetermined | N/A | Undetermined |
| visitjambo.info | Undetermined | N/A | Undetermined |
| visitjambo.net | Undetermined | N/A | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| visitjambo.org | Undetermined | N/A | Undetermined |
| webelos.net | Undetermined | N/A | Undetermined |
| webelos.org | Undetermined | N/A | Undetermined |
| webelos.us | Undetermined | N/A | Undetermined |
| woodbadgestore.info | Undetermined | N/A | Undetermined |
| worldjambo.biz | Undetermined | N/A | Undetermined |
| worldjambostore.info | Undetermined | N/A | Undetermined |
| worldjamboweb.net | Undetermined | N/A | Undetermined |
| worldjamboweb.org | Undetermined | N/A | Undetermined |
| worldscoutshops.net | Undetermined | N/A | Undetermined |
| wrbsa.com | Undetermined | N/A | Undetermined |
| wrbsa.info | Undetermined | N/A | Undetermined |
| wrbsa.net | Undetermined | N/A | Undetermined |
| wrbsa.org | Undetermined | N/A | Undetermined |
| wwwboyslife.com | Undetermined | N/A | Undetermined |
| wwwboyslife.net | Undetermined | N/A | Undetermined |
| wwwboyslife.org | Undetermined | N/A | Undetermined |
| youthprotectionsymposium.com | Undetermined | N/A | Undetermined |
| youthprotectionsymposium.org | Undetermined | N/A | Undetermined |
| youthscouts.com | Undetermined | N/A | Undetermined |
| youthscouts.info | Undetermined | N/A | Undetermined |
| youthscouts.net | Undetermined | N/A | Undetermined |
| | | **TOTAL** | **$0.00**<br>**+ undetermined amounts** |

Debtor Name: Boy Scouts of America                                    Case Number: 20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Aerial Permit / License (3) | Undetermined | N/A | Undetermined |
| Environmental Permit / License (24) | Undetermined | N/A | Undetermined |
| Food Retail Permit / License (13) | Undetermined | N/A | Undetermined |
| Misc. Business Permit / License (37) | Undetermined | N/A | Undetermined |
| Research Permit / License (4) | Undetermined | N/A | Undetermined |
| Title & Registration Permit / License (9) | Undetermined | N/A | Undetermined |
| Vehicle Registration Permit / License (181) | Undetermined | N/A | Undetermined |
| Vessel Permit / License (13) | Undetermined | N/A | Undetermined |
| Weight Distance Permit / License (21) | Undetermined | N/A | Undetermined |
| | | **TOTAL** | **$0.00**<br>**+ undetermined amounts** |

Debtor Name: Boy Scouts of America                                      Case Number:    20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 11, Question 72:** Tax refunds and unused net operating losses (NOLs)

| Description | Tax year | Current value of debtor's interest |
|---|---|---|
| Federal Income Tax NOL through Tax Year 2018 | Various | $41,748,332.00 |
| Illinois Department of Revenue Unrelated Business Income Tax Refund | 2018 | $762.00 |
| Massachusetts Department of Revenue Unrelated Business Income Tax Refund | 2018 | $2,959.00 |
| North Carolina Department of Revenue Unrelated Business Income Tax Refund | 2018 | $39.00 |
| | **TOTAL** | **$41,752,092.00** |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| AETNA CASUALTY AND SURETY COMPANY | Excess Liability, 1/1/1979 - 1/1/1980 | 01 XN 2046 WCA | Undetermined |
| AETNA CASUALTY AND SURETY COMPANY | Excess Liability, 1/1/1980 - 1/1/1981 | 01 XN 2438 WCA | Undetermined |
| AGRICULTURAL EXCESS & SURPLUS INSURANCE COMPANY | Excess Liability, 3/1/2000 - 3/1/2001 | ELD3211225 | Undetermined |
| AGRICULTURAL EXCESS & SURPLUS INSURANCE COMPANY | Excess Liability, 3/1/2001 - 3/1/2002 | ELD3211225 | Undetermined |
| AGRICULTURAL EXCESS & SURPLUS INSURANCE COMPANY | Excess Liability, 3/1/2002 - 3/1/2003 | ELD3211225 | Undetermined |
| AGRICULTURAL EXCESS & SURPLUS INSURANCE COMPANY | Excess Liability, 3/1/2003 - 3/1/2004 | ELD3211225 | Undetermined |
| AGRICULTURAL EXCESS & SURPLUS INSURANCE COMPANY | Excess Liability, 3/1/2004 - 3/1/2005 | ELD3211225 | Undetermined |
| AGRICULTURAL EXCESS & SURPLUS INSURANCE COMPANY | Excess Liability, 3/1/2005 - 3/1/2006 | ELD3211225 | Undetermined |
| AGRICULTURAL INSURANCE COMPANY | Excess Liability, 3/1/1993 - 3/1/1994 | EXC-794-74-14-00 | Undetermined |
| AGRICULTURAL INSURANCE COMPANY | Excess Liability, 3/1/1994 - 3/1/1995 | EXC-7636343 | Undetermined |
| AGRICULTURAL INSURANCE COMPANY | Excess Liability, 3/1/1995 - 3/1/1996 | EXC 878-39-32-00 | Undetermined |
| AGRICULTURAL INSURANCE COMPANY | Excess Liability, 3/1/1996 - 3/1/1997 | EXC-878-0969 | Undetermined |
| ALLIANZ INSURANCE COMPANY | Excess Liability, 1/1/1980 - 1/1/1981 | UMB 599346 | Undetermined |
| ALLIED WORLD ASSURANCE CO (U.S.) INC. | Excess Liability, 3/1/2020 - 3/1/2021 | 03053351 | Undetermined |
| ALLIED WORLD ASSURANCE COMPANY (U.S.), INC. | Excess Liability, 3/1/2019 - 3/1/2020 | 3053351 | Undetermined |
| ALLIED WORLD ASSURANCE COMPANY, LTD | Excess Liability, 3/1/2002 - 3/1/2003 | C000112 | Undetermined |
| ALLIED WORLD ASSURANCE COMPANY, LTD | Excess Liability, 3/1/2005 - 3/1/2006 | AW2154834 | Undetermined |
| ALLIED WORLD ASSURANCE COMPANY, LTD | Excess Liability, 3/1/2006 - 3/1/2007 | AW1907934 | Undetermined |
| ALLIED WORLD ASSURANCE COMPANY, LTD | Excess Liability, 3/1/2007 - 3/1/2008 | C006822002 | Undetermined |
| ALLIED WORLD ASSURANCE COMPANY, LTD | Excess Liability, 3/1/2008 - 3/1/2009 | C009030003 | Undetermined |
| ALLIED WORLD ASSURANCE COMPANY, LTD | Excess Liability, 3/1/2009 - 3/1/2010 | C009030/004 | Undetermined |
| ALLIED WORLD ASSURANCE COMPANY, LTD | Excess Liability, 3/1/2010 - 3/1/2011 | 0305-3351 | Undetermined |
| ALLIED WORLD ASSURANCE COMPANY, LTD | Excess Liability, 3/1/2011 - 3/1/2012 | 0305-3351 | Undetermined |
| ALLIED WORLD ASSURANCE COMPANY, LTD | Excess Liability, 3/1/2012 - 3/1/2013 | 0305-3351 | Undetermined |
| ALLIED WORLD ASSURANCE COMPANY, LTD | Excess Liability, 3/1/2013 - 3/1/2014 | 0305-3351 | Undetermined |
| ALLIED WORLD ASSURANCE COMPANY, LTD | Excess Liability, 3/1/2014 - 3/1/2015 | 0305-3351 | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| ALLIED WORLD ASSURANCE COMPANY, LTD | Excess Liability, 3/1/2015 - 3/1/2016 | 0305-3351 | Undetermined |
| ALLIED WORLD ASSURANCE COMPANY, LTD | Excess Liability, 3/1/2016 - 3/1/2017 | 0305-3351 | Undetermined |
| ALLIED WORLD ASSURANCE COMPANY, LTD | Excess Liability, 3/1/2017 - 3/1/2018 | 0305-3351 | Undetermined |
| ALLIED WORLD ASSURANCE COMPANY, LTD | Excess Liability, 3/1/2018 - 3/1/2019 | 0305-3351 | Undetermined |
| ALTERRA EXCESS & SURPLUS INSURANCE COMPANY | Excess Liability, 3/1/2012 - 3/1/2013 | MAX3EC30000062 | Undetermined |
| ALTERRA EXCESS & SURPLUS INSURANCE COMPANY | Excess Liability, 3/1/2013 - 3/1/2014 | MAX3EC30000192 | Undetermined |
| ALTERRA EXCESS & SURPLUS INSURANCE COMPANY | Excess Liability, 3/1/2014 - 3/1/2015 | MAX3EC30000296 | Undetermined |
| ALTERRA EXCESS & SURPLUS INSURANCE COMPANY | Excess Liability, 3/1/2015 - 3/1/2016 | MAX3EC30000468 | Undetermined |
| AMERICAN EXCESS INSURANCE ASSOCIATION | Excess Liability, 3/1/1996 - 3/1/1997 | HR000105096 | Undetermined |
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY | Excess Liability, 3/1/2001 - 3/1/2002 | AEC 3657270-04 | Undetermined |
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY | Excess Liability, 3/1/2001 - 3/1/2002 | AEC 9278457 00 | Undetermined |
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY | Excess Liability, 3/1/2002 - 3/1/2003 | AEC 3657270 05 | Undetermined |
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY | Excess Liability, 3/1/2002 - 3/1/2003 | AEC 9278457 01 | Undetermined |
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY | Excess Liability, 3/1/2003 - 3/1/2004 | AEC 3657270 06 | Undetermined |
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY | Excess Liability, 3/1/2003 - 3/1/2004 | AEC 9278457 02 | Undetermined |
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY | Excess Liability, 3/1/2004 - 3/1/2005 | AEC 3657270 07 | Undetermined |
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY | Excess Liability, 3/1/2004 - 3/1/2005 | AEC 9278457 03 | Undetermined |
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY | Excess Liability, 3/1/2005 - 3/1/2006 | AEC 3657270 08 | Undetermined |
| AMERICAN ZURICH INSURANCE COMPANY | Excess Liability, 3/1/1989 - 3/1/1990 | CEO 6371780-00 | Undetermined |
| AMERICAN ZURICH INSURANCE COMPANY | Excess Liability, 3/1/1996 - 3/1/1997 | AUO-3657270-00 | Undetermined |
| AMERICAN ZURICH INSURANCE COMPANY | Excess Liability, 3/1/1997 - 3/1/1998 | AUO 3657270-01 | Undetermined |
| AMERICAN ZURICH INSURANCE COMPANY | Excess Liability, 3/1/1998 - 3/1/1999 | EUO 3657270-02 | Undetermined |
| AMERICAN ZURICH INSURANCE COMPANY | Excess Liability, 3/1/1999 - 3/1/2000 | EUO 3657270-03 | Undetermined |
| AMERICAN ZURICH INSURANCE COMPANY | Excess Liability, 3/1/2000 - 3/1/2001 | EUO 3657270-03 | Undetermined |
| ARCH INSURANCE COMPANY | Excess Liability, 3/1/2020 - 3/1/2021 | UXP102797701 | Undetermined |
| ARCH REINSURANCE LTD. | Excess Liability, 3/1/2008 - 3/1/2009 | UXP0025030 | Undetermined |
| ARCH REINSURANCE LTD. | Excess Liability, 3/1/2009 - 3/1/2010 | UXP0025030-01 | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| ARCH REINSURANCE LTD. | Excess Liability, 3/1/2010 - 3/1/2011 | UXP0025030-02 | Undetermined |
| ARCH REINSURANCE LTD. | Excess Liability, 3/1/2011 - 3/1/2012 | UXP0042842 | Undetermined |
| ARCH REINSURANCE LTD. | Excess Liability, 3/1/2012 - 3/1/2013 | UXP0042842-01 | Undetermined |
| ARCH REINSURANCE LTD. | Excess Liability, 3/1/2019 - 3/1/2020 | UXP102797700 | Undetermined |
| ARCH SPECIALTY INSURANCE COMPANY | Property, 3/1/2020 - 3/1/2021 | ESP100018900 | Undetermined |
| ARGONAUT INSURANCE COMPANY | Excess Liability, 5/1/1972 - 5/1/1973 | UL71286000088 | Undetermined |
| ARGONAUT INSURANCE COMPANY | Excess Liability, 5/1/1973 - 5/1/1974 | UL 71-298-000088 | Undetermined |
| ARGONAUT INSURANCE COMPANY | Excess Liability, 5/1/1974 - 1/1/1975 | UL 71-298-000088 | Undetermined |
| ASPEN | Excess Liability, 3/1/2016 - 3/1/2017 | CX0043416 | Undetermined |
| ASPEN | Excess Liability, 3/1/2016 - 3/1/2017 | CX0044G16 | Undetermined |
| ASPEN | Excess Liability, 3/1/2017 - 3/1/2018 | CX0043417 | Undetermined |
| ASPEN | Excess Liability, 3/1/2017 - 3/1/2018 | CX0044G17 | Undetermined |
| ASPEN | Excess Liability, 3/1/2018 - 3/1/2019 | CX0043418 | Undetermined |
| ASPEN | Excess Liability, 3/1/2018 - 3/1/2019 | CX0044G17 | Undetermined |
| ATEGRITY SPECIALTY INSURANCE COMPANY | Excess Liability, 3/1/2019 - 3/1/2020 | 01BXLP000012300 | Undetermined |
| AXIS INSURANCE COMPANY | Excess Liability, 3/1/2006 - 3/1/2007 | EAU720252/01/2006 | Undetermined |
| AXIS INSURANCE COMPANY | Excess Liability, 3/1/2008 - 3/1/2009 | EAU720252012008 | Undetermined |
| AXIS INSURANCE COMPANY | Excess Liability, 3/1/2008 - 3/1/2009 | EAU737684012008 | Undetermined |
| AXIS INSURANCE COMPANY | Excess Liability, 3/1/2009 - 3/1/2010 | EAU720252/01/2009 | Undetermined |
| AXIS INSURANCE COMPANY | Excess Liability, 3/1/2009 - 3/1/2010 | EAU737684/01/2009 | Undetermined |
| AXIS INSURANCE COMPANY | Excess Liability, 3/1/2010 - 3/1/2011 | EAU720252/01/2010 | Undetermined |
| AXIS INSURANCE COMPANY | Excess Liability, 3/1/2011 - 3/1/2012 | EAU758049012011 | Undetermined |
| AXIS INSURANCE COMPANY | Excess Liability, 3/1/2012 - 3/1/2013 | EAU720252/01/2012 | Undetermined |
| AXIS INSURANCE COMPANY | Excess Liability, 3/1/2012 - 3/1/2013 | EAU758049/01/2012 | Undetermined |
| AXIS SPECIALITY INSURANCE COMPANY | Excess Liability, 3/1/2005 - 3/1/2006 | AAU720252/01/2005 | Undetermined |
| AXIS SURPLUS INSURANCE COMPANY | Excess Liability, 3/1/2007 - 3/1/2008 | EAU720252/01/2007 | Undetermined |
| BOILER INSPECTION & INS CO OF CANADA | Equipment Breakdown, 3/1/2020 - 3/1/2021 | 760479311 | Undetermined |
| CALIFORNIA UNION INSURANCE COMPANY | Excess Liability, 3/1/1992 - 3/1/1993 | ZCX 02 00 25 | Undetermined |
| CATLIN UNDERWRITING AGENCIES LIMITED | Excess Liability, 3/1/2009 - 3/1/2010 | XSC942550310 | Undetermined |
| CATLIN UNDERWRITING AGENCIES LIMITED | Excess Liability, 3/1/2010 - 3/1/2011 | XSC942550311 | Undetermined |

Debtor Name: Boy Scouts of America

Case Number: 20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| CATLIN UNDERWRITING AGENCIES LIMITED | Excess Liability, 3/1/2011 - 3/1/2012 | XSC-94255-0312 | Undetermined |
| CATLIN UNDERWRITING AGENCIES LIMITED | Excess Liability, 3/1/2012 - 3/1/2013 | XSC-94255-0313 | Undetermined |
| CATLIN UNDERWRITING AGENCIES LIMITED | Excess Liability, 3/1/2013 - 3/1/2014 | XSC-94255-0314 | Undetermined |
| CATLIN UNDERWRITING AGENCIES LIMITED | Excess Liability, 3/1/2014 - 3/1/2015 | XSC-94255-0315 | Undetermined |
| CATLIN UNDERWRITING AGENCIES LIMITED | Excess Liability, 3/1/2015 - 3/1/2016 | XSC-94255-0316 | Undetermined |
| CERTAIN UNDERWRITERS AT LLOYD'S | Deductible Buyback, 3/1/2020 - 3/1/2021 | B1306P53262190 | Undetermined |
| CERTAIN UNDERWRITERS AT LLOYD'S | Deductible Buyback, 3/1/2020 - 3/1/2021 | B1306P532631900 | Undetermined |
| CERTAIN UNDERWRITERS AT LLOYD'S | Property, 3/1/2020 - 3/1/2021 | B1306P537292000 | Undetermined |
| CHUBB ATLANTIC INDEMNITY LTD. | Excess Liability, 3/1/1997 - 3/1/1998 | (98) 3310-02-12 | Undetermined |
| CHUBB ATLANTIC INDEMNITY LTD. | Excess Liability, 3/1/1998 - 3/1/1999 | (99) 3310-02-12 | Undetermined |
| CHUBB ATLANTIC INDEMNITY LTD. | Excess Liability, 3/1/1999 - 3/1/2000 | (00) 3310-02-12 | Undetermined |
| CHUBB ATLANTIC INDEMNITY LTD. | Excess Liability, 3/1/2000 - 3/1/2001 | (00) 3310-02-12 | Undetermined |
| CHUBB CUSTOM INSURANCE COMPANY | Excess Liability, 6/3/1986 - 3/1/1987 | 7931?00?02 | Undetermined |
| CLARENDON AMERICA INSURANCE COMPANY | Excess Liability, 3/1/2003 - 3/1/2004 | XLX 39306224 | Undetermined |
| CLARENDON AMERICA INSURANCE COMPANY | Excess Liability, 3/1/2004 - 3/1/2005 | XLX 00310351 | Undetermined |
| CLARENDON AMERICA INSURANCE COMPANY | Excess Liability, 3/1/2005 - 3/1/2006 | XLX00311014 | Undetermined |
| COLONY INSURANCE COMPANY | Excess Liability, 3/1/2017 - 3/1/2018 | AR3461897 | Undetermined |
| COLONY INSURANCE COMPANY | Excess Liability, 3/1/2018 - 3/1/2019 | AR4460619 | Undetermined |
| COLONY INSURANCE COMPANY | Excess Liability, 3/1/2019 - 3/1/2020 | AR4460619 | Undetermined |
| COLONY INSURANCE COMPANY | Excess Liability, 3/1/2020 - 3/1/2021 | AR4460619 | Undetermined |
| COLONY INSURANCE COMPANY | Property, 3/1/2020 - 3/1/2021 | XP1900451 | Undetermined |
| COLUMBIA CASUALTY COMPANY | Excess Liability,  1/1/1985 - 1/1/1986 | RDX 917 64 99 | Undetermined |
| COLUMBIA CASUALTY COMPANY | Excess Liability,  1/1/1986 - 3/1/1986 | RDX 917 64 99 | Undetermined |
| CONTINENTAL INSURANCE COMPANY | Excess Liability, 3/1/1996 - 3/1/1997 | 157334179 | Undetermined |
| ENDURANCE AMERICAN INSURANCE COMPANY | Excess Liability, 3/1/2018 - 3/1/2019 | EXC10004584704 | Undetermined |
| ENDURANCE AMERICAN INSURANCE COMPANY | Excess Liability, 3/1/2019 - 3/1/2020 | EXC10004584705 | Undetermined |
| ENDURANCE AMERICAN SPECIALTY INS CO | Excess Liability, 3/1/2020 - 3/1/2021 | EXC10004584706 | Undetermined |
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY | Excess Liability, 3/1/2006 - 3/1/2007 | ELD 100000952 | Undetermined |

Debtor Name: Boy Scouts of America                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY | Excess Liability, 3/1/2007 - 3/1/2008 | ELD10000334501 | Undetermined |
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY | Excess Liability, 3/1/2007 - 3/1/2008 | ELD 100003346 01 | Undetermined |
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY | Excess Liability, 3/1/2008 - 3/1/2009 | ELD10000334502 | Undetermined |
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY | Excess Liability, 3/1/2008 - 3/1/2009 | ELD10000334602 | Undetermined |
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY | Excess Liability, 3/1/2009 - 3/1/2010 | ELD10000334503 | Undetermined |
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY | Excess Liability, 3/1/2009 - 3/1/2010 | ELD10001240600 | Undetermined |
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY | Excess Liability, 3/1/2010 - 3/1/2011 | ELD10000334504 | Undetermined |
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY | Excess Liability, 3/1/2010 - 3/1/2011 | ELD1000019337 | Undetermined |
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY | Excess Liability, 3/1/2011 - 3/1/2012 | ELD10000334505 | Undetermined |
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY | Excess Liability, 3/1/2011 - 3/1/2012 | ELD10003026000 | Undetermined |
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY | Excess Liability, 3/1/2012 - 3/1/2013 | ELD100003345 06 | Undetermined |
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY | Excess Liability, 3/1/2012 - 3/1/2013 | ELD10003553700 | Undetermined |
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY | Excess Liability, 3/1/2014 - 3/1/2015 | EXC10004584700 | Undetermined |
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY | Excess Liability, 3/1/2015 - 3/1/2016 | EXC10004584701 | Undetermined |
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY | Excess Liability, 3/1/2016 - 3/1/2017 | EXC10004584702 | Undetermined |
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY | Excess Liability, 3/1/2017 - 3/1/2018 | EXC1004584703 | Undetermined |
| EVANSTON INSURANCE COMPANY | Excess Liability, 3/1/2016 - 3/1/2017 | MKLV40LE106420 | Undetermined |
| EVANSTON INSURANCE COMPANY | Excess Liability, 3/1/2017 - 3/1/2018 | MKLV4EUE10037 | Undetermined |
| EVANSTON INSURANCE COMPANY | Excess Liability, 3/1/2018 - 3/1/2019 | MKLV4EUE100128 | Undetermined |
| EVANSTON INSURANCE COMPANY | Commercial General Liability, 3/1/2019 - 3/1/2020 | MKLV4PBC000310 | Undetermined |
| EVANSTON INSURANCE COMPANY | Excess Liability, 3/1/2019 - 3/1/2020 | MKLV4EUL102026 | Undetermined |
| EVANSTON INSURANCE COMPANY | Excess Liability, 3/1/2019 - 3/1/2020 | MKLV4EUE100212 | Undetermined |
| EVANSTON INSURANCE COMPANY | Commercial General Liability, 3/1/2020 - 3/1/2021 | MKLV4PBC000980 | Undetermined |
| EVANSTON INSURANCE COMPANY | Excess Liability, 3/1/2020 - 3/1/2021 | MKLV4EUL102595 | Undetermined |
| EVEREST NATIONAL INSURANCE COMPANY | Excess Liability, 3/1/2007 - 3/1/2008 | 71G600050-071 | Undetermined |
| EVEREST NATIONAL INSURANCE COMPANY | Excess Liability, 3/1/2008 - 3/1/2009 | 71G600050081 | Undetermined |

Debtor Name: Boy Scouts of America                                              Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| EVEREST NATIONAL INSURANCE COMPANY | Excess Liability, 3/1/2009 - 3/1/2010 | 71G000200091 | Undetermined |
| EVEREST NATIONAL INSURANCE COMPANY | Excess Liability, 3/1/2009 - 3/1/2010 | 71G000059091 | Undetermined |
| EVEREST NATIONAL INSURANCE COMPANY | Excess Liability, 3/1/2010 - 3/1/2011 | 71G6000050101 | Undetermined |
| EVEREST NATIONAL INSURANCE COMPANY | Excess Liability, 3/1/2011 - 3/1/2012 | 71G6000050101 | Undetermined |
| FEDERAL INSURANCE COMPANY | Excess Liability, 1/1/1985 - 1/1/1986 | (86) 7928-83-37 | Undetermined |
| FEDERAL INSURANCE COMPANY | Excess Liability, 1/1/1986 - 3/1/1986 | (86) 7928-83-37 | Undetermined |
| FEDERAL INSURANCE COMPANY | Excess Liability, 3/1/1988 - 3/1/1989 | (89) 7907-8617 | Undetermined |
| FEDERAL INSURANCE COMPANY | Excess Liability, 3/1/1989 - 3/1/1990 | (90)7907 86 17 | Undetermined |
| FEDERAL INSURANCE COMPANY | Excess Liability, 3/1/1990 - 3/1/1991 | (91)7907 86 17 | Undetermined |
| FEDERAL INSURANCE COMPANY | Excess Liability, 10/19/1990 - 3/1/1991 | (91)7929-52-34 | Undetermined |
| FEDERAL INSURANCE COMPANY | Excess Liability, 3/1/1991 - 3/1/1992 | (92) 7907 86 17 | Undetermined |
| FEDERAL INSURANCE COMPANY | Excess Liability, 3/1/1992 - 3/1/1993 | (93) 7907-86-17 | Undetermined |
| FEDERAL INSURANCE COMPANY | Excess Liability, 3/1/1993 - 3/1/1994 | (94) 7907-86-17 | Undetermined |
| FEDERAL INSURANCE COMPANY | Excess Liability, 3/1/2001 - 3/1/2002 | 7907-86-17 | Undetermined |
| FEDERAL INSURANCE COMPANY | Excess Liability, 3/1/2002 - 3/1/2003 | 7907-86-17 DAL | Undetermined |
| FEDERAL INSURANCE COMPANY | Multimedia, 3/1/2020 - 3/1/2021 | 82115854 | Undetermined |
| FIRST SPECIALTY INSURANCE CORPORATION | Excess Liability, 3/1/2013 - 3/1/2014 | IRE 2000295 00 | Undetermined |
| FIRST SPECIALTY INSURANCE CORPORATION | Excess Liability, 3/1/2014 - 3/1/2015 | IRE 2000295 01 | Undetermined |
| FIRST SPECIALTY INSURANCE CORPORATION | Excess Liability, 3/1/2015 - 3/1/2016 | IRE 2000295 02 | Undetermined |
| FIRST SPECIALTY INSURANCE CORPORATION | Excess Liability, 3/1/2016 - 3/1/2017 | IRE 2000295 03 | Undetermined |
| FIRST SPECIALTY INSURANCE CORPORATION | Excess Liability, 3/1/2017 - 3/1/2018 | IRE 2000295 04 | Undetermined |
| FIRST SPECIALTY INSURANCE CORPORATION | Excess Liability, 3/1/2018 - 3/1/2019 | IRE 2000295 05 | Undetermined |
| FIRST STATE INSURANCE COMPANY | Excess Liability, 1/1/1978 - 1/1/1979 | 908954 | Undetermined |
| FIRST STATE INSURANCE COMPANY | Excess Liability, 1/1/1979 - 1/1/1980 | 927616 | Undetermined |
| FIRST STATE INSURANCE COMPANY | Excess Liability, 1/1/1981 - 1/1/1982 | 931255 | Undetermined |
| FIRST STATE INSURANCE COMPANY | Excess Liability, 1/1/1981 - 1/1/1982 | 931257 | Undetermined |
| FIRST STATE INSURANCE COMPANY | Excess Liability, 1/1/1982 - 1/1/1983 | 931255 | Undetermined |
| FIRST STATE INSURANCE COMPANY | Excess Liability, 1/1/1982 - 1/1/1983 | 931257 | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| FIRST STATE INSURANCE COMPANY | Excess Liability, 3/1/1988 - 3/1/1989 | EU 006921 | Undetermined |
| GEMINI INSURANCE COMPANY | Excess Liability, 3/1/2013 - 3/1/2014 | CEX09600051-00 | Undetermined |
| GEMINI INSURANCE COMPANY | Excess Liability, 3/1/2013 - 3/1/2014 | CEX09600052-00 | Undetermined |
| GEMINI INSURANCE COMPANY | Excess Liability, 3/1/2013 - 3/1/2014 | CEX09600166-00 | Undetermined |
| GEMINI INSURANCE COMPANY | Excess Liability, 3/1/2014 - 3/1/2015 | CEX0960051-01 | Undetermined |
| GEMINI INSURANCE COMPANY | Excess Liability, 3/1/2014 - 3/1/2015 | CEX09600052-01 | Undetermined |
| GEMINI INSURANCE COMPANY | Excess Liability, 3/1/2014 - 3/1/2015 | CEX09600166-01 | Undetermined |
| GEMINI INSURANCE COMPANY | Excess Liability, 3/1/2015 - 3/1/2016 | CEX09600051-02 | Undetermined |
| GEMINI INSURANCE COMPANY | Excess Liability, 3/1/2015 - 3/1/2016 | CEX09600052-02 | Undetermined |
| GEMINI INSURANCE COMPANY | Excess Liability, 3/1/2015 - 3/1/2016 | CEX09600166-02 | Undetermined |
| GEMINI INSURANCE COMPANY | Excess Liability, 3/1/2016 - 3/1/2017 | CEX09600051-03 | Undetermined |
| GEMINI INSURANCE COMPANY | Excess Liability, 3/1/2016 - 3/1/2017 | CEX09600052-03 | Undetermined |
| GEMINI INSURANCE COMPANY | Excess Liability, 3/1/2016 - 3/1/2017 | CEX09600166-03 | Undetermined |
| GEMINI INSURANCE COMPANY | Excess Liability, 3/1/2017 - 3/1/2018 | CEX09600051-04 | Undetermined |
| GEMINI INSURANCE COMPANY | Excess Liability, 3/1/2017 - 3/1/2018 | CEX09600052-04 | Undetermined |
| GEMINI INSURANCE COMPANY | Excess Liability, 3/1/2017 - 3/1/2018 | CEX09600166-04 | Undetermined |
| GEMINI INSURANCE COMPANY | Excess Liability, 3/1/2018 - 3/1/2019 | CEX0960051-05 | Undetermined |
| GEMINI INSURANCE COMPANY | Excess Liability, 3/1/2018 - 3/1/2019 | CEX0960052-05 | Undetermined |
| GEMINI INSURANCE COMPANY | Excess Liability, 3/1/2018 - 3/1/2019 | CEX09600166-05 | Undetermined |
| GEMINI INSURANCE COMPANY | Excess Liability, 3/1/2019 - 3/1/2020 | BXS0960355800 | Undetermined |
| GEMINI INSURANCE COMPANY | Excess Liability, 3/1/2019 - 3/1/2020 | CEX096005106 | Undetermined |
| GEMINI INSURANCE COMPANY | Excess Liability, 3/1/2019 - 3/1/2020 | CEX0960005206 | Undetermined |
| GEMINI INSURANCE COMPANY | Excess Liability, 3/1/2019 - 3/1/2020 | CEX0960016606 | Undetermined |
| GEMINI INSURANCE COMPANY | Excess Liability, 3/1/2020 - 3/1/2021 | BXS0960355801 | Undetermined |
| GEMINI INSURANCE COMPANY | Excess Liability, 3/1/2020 - 3/1/2021 | CEX0960005107 | Undetermined |
| GEMINI INSURANCE COMPANY | Excess Liability, 3/1/2020 - 3/1/2021 | CEX0960005207 | Undetermined |
| GEMINI INSURANCE COMPANY | Excess Liability, 3/1/2020 - 3/1/2021 | CEX0960016607 | Undetermined |
| GEMINI INSURANCE COMPANY | Excess Liability, 3/1/2020 - 3/1/2021 | CEX0960410300 | Undetermined |
| GENERAL STAR INDEMNITY COMPANY | Excess Liability, 3/1/1990 - 3/1/1991 | NEX036306 | Undetermined |
| GENERAL STAR INDEMNITY COMPANY | Excess Liability, 3/1/1992 - 3/1/1993 | IXG-307138 | Undetermined |
| GENERAL STAR INDEMNITY COMPANY | Excess Liability, 3/1/1993 - 3/1/1994 | IXG-307138A | Undetermined |

Debtor Name: Boy Scouts of America                                                                Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| GENERAL STAR INDEMNITY COMPANY | Excess Liability, 3/1/1994 - 3/1/1995 | IXG-307138B | Undetermined |
| GENERAL STAR INDEMNITY COMPANY | Excess Liability, 3/1/1995 - 3/1/1996 | IXG-307138C | Undetermined |
| GULF INSURANCE COMPANY | Excess Liability, 10/19/1990 - 3/1/1991 | GFE-536 22 31 | Undetermined |
| GULF INSURANCE COMPANY | Excess Liability, 3/1/1991 - 3/1/1992 | GFE 536 23 96 | Undetermined |
| GULF INSURANCE COMPANY | Excess Liability, 3/1/1992 - 3/1/1993 | GFE-5450026 | Undetermined |
| GULF INSURANCE COMPANY | Excess Liability, 3/1/1998 - 3/1/1999 | GA 6097623 | Undetermined |
| GULF INSURANCE COMPANY | Excess Liability, 3/1/1999 - 3/1/2000 | GA0283547 | Undetermined |
| GULF INSURANCE COMPANY | Excess Liability, 3/1/2000 - 3/1/2001 | GA0483924 | Undetermined |
| GULF INSURANCE COMPANY | Excess Liability, 3/1/2001 - 3/1/2002 | GA0720986 | Undetermined |
| GULF INSURANCE COMPANY | Excess Liability, 3/1/2002 - 3/1/2003 | GA2857739 | Undetermined |
| GULF INSURANCE COMPANY | Excess Liability, 3/1/2003 - 3/1/2004 | GA1327247 | Undetermined |
| HALLMARK SPECIALTY INSURANCE COMPANY | Property, 3/1/2020 - 3/1/2021 | 73PRX199F95 | Undetermined |
| HARBOR INSURANCE COMPANY | Excess Liability, 5/20/1986 - 3/1/1987 | HI 218373 | Undetermined |
| HARTFORD ACCIDENT AND INDEMNITY COMPANY | Excess Liability, 5/1/1971 - 5/1/1972 | 10 HUA 43300 | Undetermined |
| HARTFORD ACCIDENT AND INDEMNITY COMPANY | Comprehensive General Liability, 9/21/1971 - 1/1/1972 | 10CA43315 | Undetermined |
| HARTFORD ACCIDENT AND INDEMNITY COMPANY | Comprehensive General Liability, 1/1/1972 - 1/1/1973 | 10CA43303 | Undetermined |
| HARTFORD ACCIDENT AND INDEMNITY COMPANY | Comprehensive General Liability, 1/1/1972 - 1/1/1973 | 10CA43304 | Undetermined |
| HARTFORD ACCIDENT AND INDEMNITY COMPANY | Excess Liability, 1/1/1972 - 1/1/1973 | 10HUA43302 | Undetermined |
| HARTFORD ACCIDENT AND INDEMNITY COMPANY | Excess Liability, 5/1/1972 - 5/1/1973 | 10HUA43303 | Undetermined |
| HARTFORD ACCIDENT AND INDEMNITY COMPANY | Comprehensive General Liability, 1/1/1973 - 1/1/1974 | 10CA43303 | Undetermined |
| HARTFORD ACCIDENT AND INDEMNITY COMPANY | Comprehensive General Liability, 1/1/1973 - 1/1/1974 | 10CA43304 | Undetermined |
| HARTFORD ACCIDENT AND INDEMNITY COMPANY | Excess Liability, 1/1/1973 - 1/1/1974 | 10HUA43302 | Undetermined |
| HARTFORD ACCIDENT AND INDEMNITY COMPANY | Excess Liability, 5/1/1973 - 5/1/1974 | 10HUA43303 | Undetermined |
| HARTFORD ACCIDENT AND INDEMNITY COMPANY | Comprehensive General Liability, 1/1/1974 - 1/1/1975 | 10CA43329 | Undetermined |
| HARTFORD ACCIDENT AND INDEMNITY COMPANY | Comprehensive General Liability, 1/1/1974 - 1/1/1975 | 10CA43324 | Undetermined |
| HARTFORD ACCIDENT AND INDEMNITY COMPANY | Excess Liability, 1/1/1974 - 1/1/1975 | 10HUA43331 | Undetermined |
| HARTFORD ACCIDENT AND INDEMNITY COMPANY | Excess Liability, 5/1/1974 - 1/1/1975 | 10HUA43335 | Undetermined |

Debtor Name: Boy Scouts of America                                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| HARTFORD ACCIDENT AND INDEMNITY COMPANY | Comprehensive General Liability, 1/1/1975 - 1/1/1976 | 10CA43342E | Undetermined |
| HARTFORD ACCIDENT AND INDEMNITY COMPANY | Comprehensive General Liability, 1/1/1976 - 1/1/1977 | 10CA43349E | Undetermined |
| HARTFORD ACCIDENT AND INDEMNITY COMPANY | Comprehensive General Liability, 1/1/1977 - 1/1/1978 | 10CA43359E | Undetermined |
| HARTFORD FIRE INSURANCE COMPANY | Automobile Liability, 3/1/2020 - 3/1/2021 | 46ABS43302 | Undetermined |
| HARTFORD STEAM BOILER INSPECTION & INSURANCE COMPANY | Equipment Breakdown, 3/1/2020 - 3/1/2021 | FBP7334791 | Undetermined |
| HIGHLANDS INSURANCE COMPANY | Excess Liability, 1/1/1985 - 1/1/1986 | SR 51238 | Undetermined |
| HIGHLANDS INSURANCE COMPANY | Excess Liability, 1/1/1986 - 3/1/1986 | SR 51497 | Undetermined |
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA | Comprehensive General Liability, 3/1/1995 - 3/1/1996 | HDO G1 54 98 13 4 | Undetermined |
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA | Excess Liability, 3/1/1995 - 3/1/1996 | CAO G1 549814 6 | Undetermined |
| INDIAN HARBOR INSURANCE COMPANY | Excess Liability, 3/1/2017 - 3/1/2018 | SCS0049368 | Undetermined |
| INDIAN HARBOR INSURANCE COMPANY | Excess Liability, 3/1/2020 - 3/1/2021 | SXS004936803 | Undetermined |
| INDUSTRIAL INDEMNITY | Excess Liability, 3/1/1991 - 3/1/1992 | JE9108935 | Undetermined |
| INDUSTRIAL INSURANCE COMPANY OF HAWAII | Excess Liability, 3/1/1990 - 3/1/1991 | JE 910 7188 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Comprehensive General Liability, 1/1/1962 - 1/1/1963 | CGL191836 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Comprehensive General Liability, 1/1/1963 - 1/1/1964 | CGL 20 46 80 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Comprehensive General Liability, 1/1/1964 - 1/1/1965 | CGL 21 29 22 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Comprehensive General Liability, 1/1/1965 - 1/1/1966 | CGL 23 24 70 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Comprehensive General Liability, 1/1/1966 - 1/1/1967 | CGL 24 88 96 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Comprehensive General Liability, 1/1/1967 - 1/1/1968 | GLP11200 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Comprehensive General Liability, 1/1/1968 - 1/1/1969 | GLP15 12 11 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Comprehensive General Liability, 1/1/1969 - 1/1/1970 | GLP 16 09 81 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Excess Liability, 3/26/1969 - 1/1/1970 | XBC43198 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Comprehensive General Liability, 1/1/1970 - 1/1/1971 | BLB 51323 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Excess Liability, 1/1/1970 - 1/1/1971 | XBC 77302 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Comprehensive General Liability, 1/1/1971 - 1/1/1972 | BLB 51323 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Excess Liability, 1/1/1971 - 5/3/1971 | XBC85370 | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| INSURANCE COMPANY OF NORTH AMERICA | Comprehensive General Liability, 1/1/1978 - 1/1/1979 | GLP 70 64 52 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Comprehensive General Liability, 1/1/1979 - 1/1/1980 | GLP 70 64 52 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Excess Liability, 1/1/1979 - 1/1/1980 | XBC 151748 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Comprehensive General Liability, 1/1/1980 - 1/1/1981 | GLP 70 64 52 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Comprehensive General Liability, 1/1/1981 - 1/1/1982 | ISL1353 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Comprehensive General Liability, 1/1/1982 - 1/1/1983 | ISL1364 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Excess Liability, 11/17/1982 - 1/1/1984 | XCP 144961 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Comprehensive General Liability, 1/1/1983 - 1/1/1984 | ISL G0 28 34 57?1 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Excess Liability, 1/1/1983 - 1/1/1984 | XCP144965 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Excess Liability, 1/1/1983 - 1/1/1984 | XCP 144966 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Comprehensive General Liability, 1/1/1984 - 1/1/1985 | ISL G0 29 31 72 2 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Excess Liability, 1/1/1984 - 1/1/1985 | XCP 145365 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Excess Liability, 1/1/1984 - 1/1/1985 | XCP 145366 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Comprehensive General Liability, 12/31/1984 - 12/31/1985 | ISL G0 29 31 72 2 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Excess Liability, 1/1/1985 - 1/1/1986 | XCP 144232 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Comprehensive General Liability, 12/31/1985 - 3/1/1986 | ISL G0 29 31 72 2 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Excess Liability, 1/1/1986 - 3/1/1986 | ISG GO 293149-7 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Excess Liability, 1/1/1986 - 3/1/1986 | XCP 144232 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Comprehensive General Liability, 3/1/1986 - 3/1/1987 | ISL G0 293184?9 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Comprehensive General Liability, 3/1/1987 - 3/1/1988 | ISL G0 997957 8 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Excess Liability, 3/1/1987 - 3/1/1988 | ISG GO 81 65 36-1 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Excess Liability, 3/1/1987 - 3/1/1988 | XCP-GO-816538-5 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Comprehensive General Liability, 3/1/1988 - 3/1/1989 | HDO-G1-136741-0 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Excess Liability, 3/1/1988 - 3/1/1989 | CAO G1 135164-5 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Excess Liability, 3/1/1988 - 3/1/1989 | XCPG1-135165-7 | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| INSURANCE COMPANY OF NORTH AMERICA | Comprehensive General Liability, 3/1/1989 - 3/1/1990 | HDO-G1-136741-0 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Excess Liability, 3/1/1989 - 3/1/1990 | CAO G1 135164-5 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Comprehensive General Liability, 3/1/1990 - 3/1/1991 | HDO-G1-075409-4 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Excess Liability, 3/1/1990 - 3/1/1991 | CAO G1 075410-0 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Comprehensive General Liability, 3/1/1991 - 3/1/1992 | HDO G1 07 54 47-1 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Excess Liability, 3/1/1991 - 3/1/1992 | CAO G1 075448-3 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Comprehensive General Liability, 3/1/1992 - 3/1/1993 | HDO G1 549654-A | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Excess Liability, 3/1/1992 - 3/1/1993 | CAO-G1-549655-1 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Comprehensive General Liability, 3/1/1993 - 3/1/1994 | HDO G1 549727-0 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Excess Liability, 3/1/1993 - 3/1/1994 | CAO-G1-5497701 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Comprehensive General Liability, 3/1/1994 - 3/1/1995 | HDO G1 549769-5 | Undetermined |
| INSURANCE COMPANY OF NORTH AMERICA | Excess Liability, 3/1/1994 - 3/1/1995 | CAO G1 549770-1 | Undetermined |
| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA (THE) | Excess Liability, 3/1/1990 - 3/1/1991 | 4290-2158 | Undetermined |
| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA (THE) | Excess Liability, 3/1/2002 - 3/1/2003 | 4602-2491 | Undetermined |
| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA (THE) | Excess Liability, 3/1/2003 - 3/1/2004 | 4603-3681 | Undetermined |
| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA (THE) | Excess Liability, 3/1/2003 - 3/1/2004 | 4603-3682 | Undetermined |
| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA (THE) | Excess Liability, 3/1/2004 - 3/1/2005 | 4604-4698 | Undetermined |
| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA (THE) | Excess Liability, 3/1/2005 - 3/1/2006 | 4605-1591 | Undetermined |
| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA (THE) | Excess Liability, 3/1/2006 - 3/1/2007 | 4606-2795 | Undetermined |
| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA (THE) | Excess Liability, 3/1/2007 - 3/1/2008 | 4890463 | Undetermined |
| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA (THE) | Excess Liability, 3/1/2008 - 3/1/2009 | 4890599 | Undetermined |
| INTERNATIONAL INSURANCE COMPANY | Excess Liability, 1/1/1985 - 1/1/1986 | 522 048501 | Undetermined |
| INTERNATIONAL INSURANCE COMPANY | Excess Liability, 1/1/1986 - 3/1/1986 | 522 048501 | Undetermined |
| INTERNATIONAL INSURANCE COMPANY | Excess Liability, 3/1/1990 - 3/1/1991 | 531-202912-2 | Undetermined |
| INTERNATIONAL INSURANCE COMPANY | Excess Liability, 3/1/1991 - 3/1/1992 | 531-204182-1 | Undetermined |
| INTERNATIONAL INSURANCE COMPANY | Excess Liability, 3/1/1992 - 3/1/1993 | 531-205301-7 | Undetermined |

Debtor Name: Boy Scouts of America                                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| INTERSTATE FIRE & CASUALTY COMPANY | Excess Liability, 3/1/2001 - 3/1/2002 | XUO-1102139 | Undetermined |
| INTERSTATE FIRE & CASUALTY COMPANY | Excess Liability, 3/1/2002 - 3/1/2003 | XUO1102274 | Undetermined |
| INTERSTATE FIRE & CASUALTY COMPANY | Excess Liability, 3/1/2003 - 3/1/2004 | XSO 1014504 | Undetermined |
| INTERSTATE FIRE & CASUALTY COMPANY | Excess Liability, 3/1/2007 - 3/1/2008 | HFX 1002516 | Undetermined |
| INTERSTATE FIRE & CASUALTY COMPANY | Excess Liability, 3/1/2008 - 3/1/2009 | HFX1002550 | Undetermined |
| INTERSTATE FIRE & CASUALTY COMPANY | Excess Liability, 3/1/2008 - 3/1/2009 | HFX1002552 | Undetermined |
| INTERSTATE FIRE & CASUALTY COMPANY | Excess Liability, 3/1/2009 - 3/1/2010 | HFX00079995585 | Undetermined |
| INTERSTATE FIRE & CASUALTY COMPANY | Excess Liability, 3/1/2009 - 3/1/2010 | HFX00082075581 | Undetermined |
| LANDMARK INSURANCE COMPANY | Excess Liability, 1/1/1985 - 1/1/1986 | FE4002136 | Undetermined |
| LANDMARK INSURANCE COMPANY | Excess Liability, 1/1/1986 - 3/1/1986 | FE4002136 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Excess Liability, 3/1/1987 - 3/1/1988 | 5529760 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Excess Liability, 3/1/1988 - 3/1/1989 | 556-6184 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Excess Liability, 3/1/1989 - 3/1/1990 | 556-7563 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Excess Liability, 3/1/1990 - 3/1/1991 | 556-9527 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Excess Liability, 3/1/1991 - 3/1/1992 | 8653405 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Excess Liability, 3/1/1992 - 3/1/1993 | 8654653 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Excess Liability, 3/1/1993 - 3/1/1994 | 866-7104 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Excess Liability, 3/1/2003 - 3/1/2004 | 3583189 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Excess Liability, 3/1/2003 - 3/1/2004 | 3583190 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Excess Liability, 3/1/2004 - 3/1/2005 | 3583264 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Excess Liability, 3/1/2004 - 3/1/2005 | 3583265 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Excess Liability, 3/1/2005 - 3/1/2006 | 8851123 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Excess Liability, 3/1/2005 - 3/1/2006 | 8851124 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Excess Liability, 3/1/2006 - 3/1/2007 | 6679155 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Excess Liability, 3/1/2006 - 3/1/2007 | 6679156 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Excess Liability, 3/1/2007 - 3/1/2008 | 51134 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Excess Liability, 3/1/2007 - 3/1/2008 | 501135 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Excess Liability, 3/1/2008 - 3/1/2009 | 1172858 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Excess Liability, 3/1/2008 - 3/1/2009 | 1172859 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Excess Liability, 3/1/2008 - 3/1/2009 | 1172861 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Excess Liability, 3/1/2014 - 3/1/2015 | 15375964 | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| LEXINGTON INSURANCE COMPANY | Excess Liability, 3/1/2015 - 3/1/2016 | 15375964 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Excess Liability, 3/1/2015 - 3/1/2016 | 15375234 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Excess Liability, 3/1/2016 - 3/1/2017 | 15375964 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Excess Liability, 3/1/2016 - 3/1/2017 | 15375234 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Excess Liability, 3/1/2019 - 3/1/2020 | O23627630 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Excess Liability, 3/1/2020 - 3/1/2021 | 023627630 | Undetermined |
| LEXINGTON INSURANCE COMPANY | Property, 3/1/2020 - 3/1/2021 | 12116595 | Undetermined |
| LIBERTY INSURANCE CORPORATION | Excess Liability, 3/1/2020 - 3/1/2021 | 100032394702 | Undetermined |
| LIBERTY INSURANCE UNDERWRITERS, INC. | Excess Liability, 3/1/2011 - 3/1/2012 | EXCDA1205871 | Undetermined |
| LIBERTY INSURANCE UNDERWRITERS, INC. | Excess Liability, 3/1/2019 - 3/1/2020 | 100032394701 | Undetermined |
| LIBERTY MUTUAL INSURANCE COMPANY | Commercial General Liability, 3/1/1996 - 3/1/1997 | TB1-191-409751-126 | Undetermined |
| LIBERTY MUTUAL INSURANCE COMPANY | Excess Liability, 3/1/1996 - 3/1/1997 | TH1-191-409751-116 | Undetermined |
| LIBERTY MUTUAL INSURANCE COMPANY | Commercial General Liability, 3/1/1997 - 3/1/1998 | TB1-191-409751-127 | Undetermined |
| LIBERTY MUTUAL INSURANCE COMPANY | Excess Liability, 3/1/1997 - 3/1/1998 | TH1-191-409751-117 | Undetermined |
| LIBERTY MUTUAL INSURANCE COMPANY | Commercial General Liability, 3/1/1998 - 3/1/1999 | TB1-191-409751-128 | Undetermined |
| LIBERTY MUTUAL INSURANCE COMPANY | Excess Liability, 3/1/1998 - 3/1/1999 | TH1-191-409751-118 | Undetermined |
| LIBERTY MUTUAL INSURANCE COMPANY | Commercial General Liability, 3/1/1999 - 3/1/2000 | TB1-191-409751-129 | Undetermined |
| LIBERTY MUTUAL INSURANCE COMPANY | Excess Liability, 3/1/1999 - 3/1/2000 | TH1-191-409751-119 | Undetermined |
| LIBERTY MUTUAL INSURANCE COMPANY | Commercial General Liability, 3/1/2000 - 3/1/2001 | TB1-191-409751-129 | Undetermined |
| LIBERTY MUTUAL INSURANCE COMPANY | Excess Liability, 3/1/2000 - 3/1/2001 | TH1-191-409751-119 | Undetermined |
| LIBERTY MUTUAL INSURANCE COMPANY | Commercial General Liability, 3/1/2001 - 3/1/2002 | TB1-191-409751-121 | Undetermined |
| LIBERTY MUTUAL INSURANCE COMPANY | Excess Liability, 3/1/2001 - 3/1/2002 | TH1-191-409751-111 | Undetermined |
| LIBERTY MUTUAL INSURANCE COMPANY | Commercial General Liability, 3/1/2002 - 3/1/2003 | TB1-191-409751-122 | Undetermined |
| LIBERTY MUTUAL INSURANCE COMPANY | Excess Liability, 3/1/2002 - 3/1/2003 | TH1-191-409751-112 | Undetermined |
| LIBERTY MUTUAL INSURANCE COMPANY | Commercial General Liability, 3/1/2003 - 3/1/2004 | TB1-191-409751-123 | Undetermined |
| LIBERTY MUTUAL INSURANCE COMPANY | Excess Liability, 3/1/2003 - 3/1/2004 | TH1-191-409751-113 | Undetermined |
| LIBERTY MUTUAL INSURANCE COMPANY | Commercial General Liability, 3/1/2004 - 3/1/2005 | TB1-191-409751-124 | Undetermined |
| LIBERTY MUTUAL INSURANCE COMPANY | Excess Liability, 3/1/2004 - 3/1/2005 | TH1-191-409751-114 | Undetermined |

Debtor Name: Boy Scouts of America                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY | Commercial General Liability, 3/1/2005 - 3/1/2006 | TB1-191-409751-125 | Undetermined |
| LIBERTY MUTUAL INSURANCE COMPANY | Excess Liability, 3/1/2005 - 3/1/2006 | TH1-191-409751-115 | Undetermined |
| LIBERTY MUTUAL INSURANCE COMPANY | Commercial General Liability, 3/1/2006 - 3/1/2007 | TB1-191-409751-126 | Undetermined |
| LIBERTY MUTUAL INSURANCE COMPANY | Excess Liability, 3/1/2006 - 3/1/2007 | TH1-191-409751-116 | Undetermined |
| LIBERTY MUTUAL INSURANCE COMPANY | Commercial General Liability, 3/1/2007 - 3/1/2008 | TB1-191-409751-127 | Undetermined |
| LIBERTY SURPLUS INSURANCE CORPORATION | Excess Liability, 3/1/2013 - 3/1/2014 | 1000038829-01 | Undetermined |
| LIBERTY SURPLUS INSURANCE CORPORATION | Storage Tank Corrective Action and Cleanup, 12/31/2019 - 12/31/2020 | IRONTX00904514 | Undetermined |
| LLOYD'S SYNDICATE 2623 | Cyber Liability, 3/1/2020 - 3/1/2021 | W19CD8200501 | Undetermined |
| LONDON MARKET | Excess Liability, 9/17/1976 - 9/17/1977 | 76-10-08-02 | Undetermined |
| LONDON MARKET | Excess Liability, 1/1/1981 - 1/1/1982 | 931255A | Undetermined |
| LONDON MARKET | Excess Liability, 1/1/1981 - 1/1/1982 | 931257A | Undetermined |
| LONDON MARKET | Excess Liability, 1/1/1982 - 1/1/1983 | 931255A | Undetermined |
| LONDON MARKET | Excess Liability, 1/1/1982 - 1/1/1983 | 931257A | Undetermined |
| LUMBERMENS MUTUAL CASUALTY COMPANY | Excess Liability, 3/1/2001 - 3/1/2002 | 9SR131379-00 | Undetermined |
| LUMBERMENS MUTUAL CASUALTY COMPANY | Excess Liability, 3/1/2002 - 3/1/2003 | 9SX 131379-01 | Undetermined |
| MERCER INSURANCE COMPANY | Excess Liability, 3/1/2020 - 3/1/2021 | 27307557 | Undetermined |
| MISSION NATIONAL INSURANCE COMPANY | Excess Liability, 1/1/1984 - 1/1/1985 | MN 02 79 69 | Undetermined |
| MISSION NATIONAL INSURANCE COMPANY | Excess Liability, 1/1/1985 - 1/1/1986 | MN 045730 | Undetermined |
| NATIONAL SURETY CORPORATION | Excess Liability, 1/1/1983 - 1/1/1984 | XLX-148 43 09 | Undetermined |
| NATIONAL SURETY CORPORATION | Excess Liability, 1/1/1984 - 1/1/1985 | XLX1484392 | Undetermined |
| NATIONAL SURETY CORPORATION | Excess Liability, 10/19/1990 - 3/1/1991 | XXK-211 24 33 | Undetermined |
| NATIONAL SURETY CORPORATION | Excess Liability, 3/1/1991 - 3/1/1992 | XXK-217 83 02 | Undetermined |
| NATIONAL SURETY CORPORATION | Excess Liability, 3/1/1992 - 3/1/1993 | XXK-217 50 18 | Undetermined |
| NATIONAL SURETY CORPORATION | Excess Liability, 3/1/1993 - 3/1/1994 | XXK-000-1462-6451 | Undetermined |
| NATIONAL SURETY CORPORATION | Excess Liability, 3/1/1994 - 3/1/1995 | XXK00065650605 | Undetermined |
| NATIONAL SURETY CORPORATION | Excess Liability, 3/1/1995 - 3/1/1996 | XXK-000-9534-9775 | Undetermined |
| NATIONAL SURETY CORPORATION | Excess Liability, 3/1/1996 - 3/1/1997 | CSR-283-95-07 | Undetermined |
| NATIONAL SURETY CORPORATION | Excess Liability, 3/1/1996 - 3/1/1997 | XXK-000-9551-6738 | Undetermined |

Debtor Name: Boy Scouts of America                                              Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | Excess Liability, 1/1/1975 - 1/1/1976 | BE1140592 | Undetermined |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | Excess Liability, 1/1/1976 - 1/1/1977 | BE 115 15 59 | Undetermined |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | Excess Liability, 1/1/1977 - 1/1/1978 | BE 121 82 55 | Undetermined |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | Excess Liability, 1/1/1978 - 1/1/1979 | CE 115 77 77 | Undetermined |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | Excess Liability, 3/1/1986 - 3/1/1987 | 9607508 | Undetermined |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | Excess Liability, 6/3/1986 - 3/1/1987 | 9601862 | Undetermined |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | Excess Liability, 3/1/1987 - 3/1/1988 | 9601888 | Undetermined |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | Excess Liability, 3/1/1989 - 3/1/1990 | 960-75-95 | Undetermined |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | Excess Liability, 3/1/1997 - 3/1/1998 | 310 27 29 | Undetermined |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | Excess Liability, 3/1/1998 - 3/1/1999 | BE 3463902 | Undetermined |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | Excess Liability, 3/1/1999 - 3/1/2000 | BE 3463968 | Undetermined |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | Excess Liability, 3/1/2000 - 3/1/2001 | BE 3463968 | Undetermined |
| NAVIGATORS INSURANCE COMPANY | Excess Liability, 3/1/2012 - 3/1/2013 | CH12EXC7470341C | Undetermined |
| NAVIGATORS SPECIALTY INSURANCE COMPANY | Excess Liability, 3/1/2013 - 3/1/2014 | CH13EXC747034IC | Undetermined |
| NIAGARA FIRE INSURANCE COMPANY | Excess Liability, 10/19/1990 - 3/1/1991 | ERX-000 387 | Undetermined |
| NIAGARA FIRE INSURANCE COMPANY | Excess Liability, 3/1/1991 - 3/1/1992 | HXU 001040 | Undetermined |
| NIAGARA FIRE INSURANCE COMPANY | Excess Liability, 3/1/1992 - 3/1/1993 | HXU-001209 | Undetermined |
| NIAGARA FIRE INSURANCE COMPANY | Excess Liability, 3/1/1993 - 3/1/1994 | HXU 001262 | Undetermined |
| NIAGARA FIRE INSURANCE COMPANY | Excess Liability, 3/1/1994 - 3/1/1995 | HXU 001319 | Undetermined |
| NIAGARA FIRE INSURANCE COMPANY | Excess Liability, 3/1/1995 - 3/1/1996 | HXU 001363 | Undetermined |
| NORMANDY REINSURANCE COMPANY LIMITED | Excess Liability, 3/1/1997 - 3/1/1998 | 1-10001-00 | Undetermined |
| NORMANDY REINSURANCE COMPANY LIMITED | Excess Liability, 3/1/1998 - 3/1/1999 | 1-10001-00 | Undetermined |
| NORMANDY REINSURANCE COMPANY LIMITED | Excess Liability, 3/1/1998 - 3/1/1999 | NOR 1-10000-00 | Undetermined |
| NORMANDY REINSURANCE COMPANY LIMITED | Excess Liability, 3/1/1999 - 3/1/2000 | NOR 1-10001-00 | Undetermined |
| NORMANDY REINSURANCE COMPANY LIMITED | Excess Liability, 3/1/1999 - 3/1/2000 | NOR 1-10000-00 | Undetermined |
| NORMANDY REINSURANCE COMPANY LIMITED | Excess Liability, 3/1/1999 - 3/1/2000 | NOR 1-10002-00 | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| NORMANDY REINSURANCE COMPANY LIMITED | Excess Liability, 3/1/2000 - 3/1/2001 | NOR 1-10001-00 | Undetermined |
| NORMANDY REINSURANCE COMPANY LIMITED | Excess Liability, 3/1/2000 - 3/1/2001 | NOR 1-10000-00 | Undetermined |
| OHIO CASUALTY INSURANCE COMPANY (THE) | Excess Liability, 3/1/2008 - 3/1/2009 | EC00953709960 | Undetermined |
| OHIO CASUALTY INSURANCE COMPANY (THE) | Excess Liability, 3/1/2009 - 3/1/2010 | ECO(10)53709*960 | Undetermined |
| OHIO CASUALTY INSURANCE COMPANY (THE) | Excess Liability, 3/1/2010 - 3/1/2011 | ECO1153709960 | Undetermined |
| OHIO CASUALTY INSURANCE COMPANY (THE) | Excess Liability, 3/1/2011 - 3/1/2012 | ECO1153709960 | Undetermined |
| OHIO CASUALTY INSURANCE COMPANY (THE) | Excess Liability, 3/1/2012 - 3/1/2013 | ECO 13 54672120 | Undetermined |
| OHIO CASUALTY INSURANCE COMPANY (THE) | Excess Liability, 3/1/2013 - 3/1/2014 | ECO (14) 54 67 21 20 | Undetermined |
| OHIO CASUALTY INSURANCE COMPANY (THE) | Excess Liability, 3/1/2014 - 3/1/2015 | ECO (15) 55 94 28 39 | Undetermined |
| OHIO CASUALTY INSURANCE COMPANY (THE) | Excess Liability, 3/1/2015 - 3/1/2016 | ECO (16) 55 94 28 39 | Undetermined |
| OHIO CASUALTY INSURANCE COMPANY (THE) | Excess Liability, 3/1/2016 - 3/1/2017 | ECO (17) 55 94 28 39 | Undetermined |
| OHIO CASUALTY INSURANCE COMPANY (THE) | Excess Liability, 3/1/2017 - 3/1/2018 | ECO (18) 55 94 28 39 | Undetermined |
| OHIO CASUALTY INSURANCE COMPANY (THE) | Excess Liability, 3/1/2018 - 3/1/2019 | ECO (19) 5594 2839 | Undetermined |
| OLD REPUBLIC INSURANCE COMPANY | Excess Liability, 3/1/2007 - 3/1/2008 | MWZX 26633 | Undetermined |
| OLD REPUBLIC INSURANCE COMPANY | Commercial General Liability, 3/1/2008 - 3/1/2009 | MWZY 57807 | Undetermined |
| OLD REPUBLIC INSURANCE COMPANY | Excess Liability, 3/1/2008 - 3/1/2009 | MWZX 26642 | Undetermined |
| OLD REPUBLIC INSURANCE COMPANY | Commercial General Liability, 3/1/2009 - 3/1/2010 | MWZY 58122 | Undetermined |
| OLD REPUBLIC INSURANCE COMPANY | Excess Liability, 3/1/2009 - 3/1/2010 | MWZX 26652 | Undetermined |
| OLD REPUBLIC INSURANCE COMPANY | Commercial General Liability, 3/1/2010 - 3/1/2011 | MWZY 58666 | Undetermined |
| OLD REPUBLIC INSURANCE COMPANY | Excess Liability, 3/1/2010 - 3/1/2011 | MWZX 26667 | Undetermined |
| OLD REPUBLIC INSURANCE COMPANY | Commercial General Liability, 3/1/2011 - 3/1/2012 | MWZY 59097 | Undetermined |
| OLD REPUBLIC INSURANCE COMPANY | Excess Liability, 3/1/2011 - 3/1/2012 | MWZX 26702 | Undetermined |
| OLD REPUBLIC INSURANCE COMPANY | Commercial General Liability, 3/1/2012 - 3/1/2013 | MWZY 59555 | Undetermined |
| OLD REPUBLIC INSURANCE COMPANY | Excess Liability, 3/1/2012 - 3/1/2013 | MWZX 26709 | Undetermined |
| OLD REPUBLIC INSURANCE COMPANY | Commercial General Liability, 3/1/2013 - 3/1/2014 | MWZY 59997 | Undetermined |
| OLD REPUBLIC INSURANCE COMPANY | Excess Liability, 3/1/2013 - 3/1/2014 | MWZX 26713 | Undetermined |

Debtor Name: Boy Scouts of America

Case Number: 20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| OLD REPUBLIC INSURANCE COMPANY | Commercial General Liability, 3/1/2014 - 3/1/2015 | MWZY 301262 | Undetermined |
| OLD REPUBLIC INSURANCE COMPANY | Excess Liability, 3/1/2014 - 3/1/2015 | MWZX 300758 | Undetermined |
| OLD REPUBLIC INSURANCE COMPANY | Commercial General Liability, 3/1/2015 - 3/1/2016 | MWZY 303431 | Undetermined |
| OLD REPUBLIC INSURANCE COMPANY | Excess Liability, 3/1/2015 - 3/1/2016 | MWZX 303430 | Undetermined |
| OLD REPUBLIC INSURANCE COMPANY | Commercial General Liability, 3/1/2016 - 3/1/2017 | MWZY 306938 | Undetermined |
| OLD REPUBLIC INSURANCE COMPANY | Excess Liability, 3/1/2016 - 3/1/2017 | MWZX 306937 | Undetermined |
| OLD REPUBLIC INSURANCE COMPANY | Commercial General Liability, 3/1/2017 - 3/1/2018 | MWZY 309927 | Undetermined |
| OLD REPUBLIC INSURANCE COMPANY | Excess Liability, 3/1/2017 - 3/1/2018 | MWZX 309926 | Undetermined |
| OLD REPUBLIC INSURANCE COMPANY | Commercial General Liability, 3/1/2018 - 3/1/2019 | MWZY 312833 | Undetermined |
| OLD REPUBLIC INSURANCE COMPANY | Excess Liability, 3/1/2018 - 3/1/2019 | MWZX 312832 | Undetermined |
| PACIFIC EMPLOYERS INS. COMPANY | Excess Liability, 4/1/1986 - 3/1/1987 | XCC 001154 | Undetermined |
| PLANET INSURANCE COMPANY | Excess Liability, 3/1/1988 - 3/1/1989 | NV 1253834 | Undetermined |
| PLANET INSURANCE COMPANY | Excess Liability, 3/1/1989 - 3/1/1990 | NUA 149419100 | Undetermined |
| PLANET INSURANCE COMPANY | Excess Liability, 3/1/1990 - 3/1/1991 | NUA 149419101 | Undetermined |
| PLANET INSURANCE COMPANY | Excess Liability, 3/1/1991 - 3/1/1992 | NUA 149419102 | Undetermined |
| ROYAL INDEMNITY COMPANY | Excess Liability, 1/1/1985 - 1/1/1986 | ED 103126 | Undetermined |
| ROYAL INDEMNITY COMPANY | Excess Liability, 1/1/1986 - 3/1/1986 | ED 103126 | Undetermined |
| ROYAL INDEMNITY COMPANY | Excess Liability, 3/1/1989 - 3/1/1990 | RHA000409 | Undetermined |
| ROYAL INDEMNITY COMPANY | Excess Liability, 3/1/1990 - 3/1/1991 | RHA4001621 | Undetermined |
| RSUI INDEMNITY COMPANY | Property, 3/1/2020 - 3/1/2021 | NHT911686 | Undetermined |
| ST. PAUL SURPLUS LINES INSURANCE COMPANY | Excess Liability, 5/28/1986 - 3/1/1987 | LCO 55 17312 | Undetermined |
| ST. PAUL SURPLUS LINES INSURANCE COMPANY | Excess Liability, 3/1/1987 - 3/1/1988 | LCO 55 18254 | Undetermined |
| ST. PAUL SURPLUS LINES INSURANCE COMPANY | Excess Liability, 3/1/1988 - 3/1/1989 | LCO 55 19006 | Undetermined |
| ST. PAUL SURPLUS LINES INSURANCE COMPANY | Excess Liability, 3/1/1989 - 3/1/1990 | LCO5519547 | Undetermined |
| ST. PAUL SURPLUS LINES INSURANCE COMPANY | Excess Liability, 3/1/1993 - 3/1/1994 | LCO 55 2117 | Undetermined |
| ST. PAUL SURPLUS LINES INSURANCE COMPANY | Excess Liability, 3/1/1994 - 3/1/1995 | LCO 55 21644 | Undetermined |
| ST. PAUL SURPLUS LINES INSURANCE COMPANY | Excess Liability, 3/1/1994 - 3/1/1995 | LCO 55 21645 | Undetermined |
| ST. PAUL SURPLUS LINES INSURANCE COMPANY | Excess Liability, 3/1/1995 - 3/1/1996 | LCO 55 21644 | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| ST. PAUL SURPLUS LINES INSURANCE COMPANY | Excess Liability, 3/1/1995 - 3/1/1996 | LCO 55 23054 | Undetermined |
| ST. PAUL SURPLUS LINES INSURANCE COMPANY | Excess Liability, 3/1/1996 - 3/1/1997 | LC0 55 24186 | Undetermined |
| ST. PAUL SURPLUS LINES INSURANCE COMPANY | Excess Liability, 3/1/1996 - 3/1/1997 | LC0 55 24187 | Undetermined |
| ST. PAUL SURPLUS LINES INSURANCE COMPANY | Excess Liability, 3/1/1997 - 3/1/1998 | LC0 55 24948 | Undetermined |
| ST. PAUL SURPLUS LINES INSURANCE COMPANY | Excess Liability, 3/1/1998 - 3/1/1999 | LC0 55 25809 | Undetermined |
| ST. PAUL SURPLUS LINES INSURANCE COMPANY | Excess Liability, 3/1/2001 - 3/1/2002 | QY05501051 | Undetermined |
| ST. PAUL SURPLUS LINES INSURANCE COMPANY | Excess Liability, 3/1/2003 - 3/1/2004 | QY05501227 | Undetermined |
| ST. PAUL SURPLUS LINES INSURANCE COMPANY | Excess Liability, 3/1/2004 - 3/1/2005 | QY06815029 | Undetermined |
| ST. PAUL SURPLUS LINES INSURANCE COMPANY | Excess Liability, 3/1/2005 - 3/1/2006 | QY06825006 | Undetermined |
| ST. PAUL SURPLUS LINES INSURANCE COMPANY | Excess Liability, 3/1/2006 - 3/1/2007 | QY01225190 | Undetermined |
| ST. PAUL SURPLUS LINES INSURANCE COMPANY | Excess Liability, 3/1/1999- 3/1/2000 | LC0 55 25809 | Undetermined |
| STARR SURPLUS LINES INSURANCE COMPANY | Property, 3/1/2020 - 3/1/2021 | SLSTPTY11265120 | Undetermined |
| STEADFAST INSURANCE COMPANY | Excess Liability, 3/1/2006 - 3/1/2007 | AEC 3657270 09 | Undetermined |
| TEXAS PACIFIC INDEMNITY COMPANY | Excess Liability, 3/1/1994 - 3/1/1995 | (95) 7907-86-17 | Undetermined |
| TEXAS PACIFIC INDEMNITY COMPANY | Excess Liability, 3/1/1995 - 3/1/1996 | (96) 7907-86-17 | Undetermined |
| TEXAS PACIFIC INDEMNITY COMPANY | Excess Liability, 3/1/1996 - 3/1/1997 | (97) 7907-86-17 CAS/(97) 7907-86-17 RMG | Undetermined |
| TEXAS PACIFIC INDEMNITY COMPANY | Excess Liability, 3/1/1997 - 3/1/1998 | (98) 7907-86-17 CAS | Undetermined |
| TEXAS PACIFIC INDEMNITY COMPANY | Excess Liability, 3/1/1998 - 3/1/1999 | (99) 7907-86-17 | Undetermined |
| TEXAS PACIFIC INDEMNITY COMPANY | Excess Liability, 3/1/1999 - 3/1/2000 | 7907-86-17 | Undetermined |
| TEXAS PACIFIC INDEMNITY COMPANY | Excess Liability, 3/1/2000 - 3/1/2001 | 7907-86-17 | Undetermined |
| THE CINCINNATI SPECIALTY UNDERWRITERS | Products & Completed Operations Liability, 3/1/2020 - 3/1/2021 | CSU0067388 | Undetermined |
| THE CINCINNATI SPECIALTY UNDERWRITERS | Products Recall, 3/1/2020 - 3/1/2021 | CSU0067384 | Undetermined |
| TRADERS AND PACIFIC INSURANCE COMPANY | Excess Liability, 3/1/2006 - 3/1/2007 | ELD 100000951 | Undetermined |
| TRANSIT CASUALTY COMPANY | Excess Liability, 1/1/1981 - 1/1/1982 | UMB964076 | Undetermined |
| TRAVELERS (BERMUDA) LIMITED | Excess Liability, 3/1/2000 - 3/1/2001 | 7BGB PUN 291T355 3 00 | Undetermined |
| TRAVELERS CASUALTY & SURETY CO OF AMERICA | Fiduciary/Crime, 4/12/2019 - 3/1/2021 | 105569405 | Undetermined |

Debtor Name: Boy Scouts of America                                                                    Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| TRUMBULL INSURANCE COMPANY | Worker's Compensation and Employers' Liability, 3/1/2020 - 3/1/2021 | 46WNS43300 | Undetermined |
| TWIN CITY FIRE INSURANCE COMPANY | Excess Liability, 1/1/1982 - 1/1/1983 | TXU 100325 | Undetermined |
| U.S. FIRE INSURANCE COMPANY | Excess Liability, 3/1/1986 - 3/1/1987 | 523 425440 7 | Undetermined |
| U.S. FIRE INSURANCE COMPANY | Excess Liability, 3/1/1987 - 3/1/1988 | 522 065060 1 | Undetermined |
| U.S. FIRE INSURANCE COMPANY | Excess Liability, 3/1/1988 - 3/1/1989 | 531-200-352-6 | Undetermined |
| U.S. FIRE INSURANCE COMPANY | Excess Liability, 3/1/1989 - 3/1/1990 | 531-201-602-7 | Undetermined |
| UNIVERSAL RE-INSURANCE COMPANY LIMITED | Excess Liability, 3/1/1997 - 3/1/1998 | PD10126 | Undetermined |
| UTICA MUTUAL INS. COMPANY | Excess Liability, 3/1/1986 - 3/1/1987 | 10272 | Undetermined |
| WESTCHESTER FIRE INSURANCE COMPANY | Excess Liability, 3/1/2001 - 3/1/2002 | HXS-648016 | Undetermined |
| WESTCHESTER FIRE INSURANCE COMPANY | Excess Liability, 3/1/2002 - 3/1/2003 | MES-676215 | Undetermined |
| WESTCHESTER FIRE INSURANCE COMPANY | Excess Liability, 3/1/2002 - 3/1/2003 | HXS-648125 | Undetermined |
| WESTCHESTER FIRE INSURANCE COMPANY | Excess Liability, 3/1/2003 - 3/1/2004 | HXS-744263 | Undetermined |
| WESTCHESTER FIRE INSURANCE COMPANY | Excess Liability, 3/1/2004 - 3/1/2005 | HXW-776138 | Undetermined |
| WESTCHESTER FIRE INSURANCE COMPANY | Excess Liability, 3/1/2010 - 3/1/2011 | G24114673001 | Undetermined |
| WESTCHESTER FIRE INSURANCE COMPANY | Excess Liability, 3/1/2011 - 3/1/2012 | G24114673002 | Undetermined |
| WESTCHESTER FIRE INSURANCE COMPANY | Excess Liability, 3/1/2012 - 3/1/2013 | G24114673003 | Undetermined |
| WESTCHESTER FIRE INSURANCE COMPANY | Excess Liability, 3/1/2013 - 3/1/2014 | G24114673004 | Undetermined |
| WESTCHESTER FIRE INSURANCE COMPANY | Excess Liability, 3/1/2014 - 3/1/2015 | G24114673 005 | Undetermined |
| WESTCHESTER SURPLUS LINES INSURANCE CO | Excess Liability, 3/1/2020 - 3/1/2021 | G71497094002 | Undetermined |
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY | Excess Liability, 3/1/2019 - 3/1/2020 | G71497094001 | Undetermined |
| XL CATLIN | Excess Liability, 3/1/2018 - 3/1/2019 | PN CW 02 1015 | Undetermined |
| XL CATLIN | Excess Liability, 3/1/2019 - 3/1/2020 | SXS004936802 | Undetermined |
| XL EUROPE LIMITED | Excess Liability, 3/1/2005 - 3/1/2006 | IE00012302LI05A | Undetermined |
| XL EUROPE LIMITED | Excess Liability, 3/1/2006 - 3/1/2007 | IE00013105L106A | Undetermined |
| XL EUROPE LIMITED | Excess Liability, 3/1/2007 - 3/1/2008 | IE00013396L107A | Undetermined |
| XL INSURANCE (BERMUDA) LIMITED | Excess Liability, 3/1/1997 - 3/1/1998 | XLUMB-02391 | Undetermined |
| XL INSURANCE (DUBLIN) LTD. | Excess Liability, 3/1/2004 - 3/1/2005 | XLEOCC-0488-04 | Undetermined |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| | | **TOTAL** | **$0.00**<br>**+ undetermined amounts** |

Debtor Name: Boy Scouts of America

Case Number:  20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 11, Question 74:** Causes of action against third parties (whether or not a lawsuit has been filed)

| Description | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| Boy Scouts of America, Connecticut Yankee Council, Spirit of Adventure Council, Aloha Council, Cascade Pacific Council v. The Hartford Accident and Indemnity Co., First State Insurance Co. | Litigation | Undetermined | Undetermined |
| Boy Scouts Of America, Aloha Council, New Birth Of Freedom Council, Chicago Area Council v. Insurance Company Of North America, Century Indemnity Company, Allianz Global Risks US Insurance Company, National Surety Corporation | Litigation | Undetermined | Undetermined |
| | | **TOTAL** | **$0.00 + undetermined amounts** |

Debtor Name:        Boy Scouts of America                                    Case Number:        20-10343 (LSS)

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Description | Current value of debtor's interest |
|---|---:|
| Intercompany Receivable from BSA Asset Management, Inc. | $159,494.27 |
| Intercompany Receivable from National Boy Scouts of America Foundation | $1,469,452.76 |
| Other Accounts Receivable - COBRA | $30,881.97 |
| Other Accounts Receivable - Direct Benefit Payments | $44,217.33 |
| Other Accounts Receivable - Employee Travel Advances | $9,786.98 |
| Other Accounts Receivable - NC Sales Tax Refund | $84,043.83 |
| Other Accounts Receivable - Personal Travel | $1,756.52 |
| Other Accounts Receivable - Registration | $5,985,230.59 |
| Other Accounts Receivable - Scout Executive Alliance | $1,766.92 |
| Other Accounts Receivable - Summit Income | $198,896.89 |
| Oil and Gas Royalties | Undetermined |
| Various Revocable Gifts | Undetermined |
| **TOTAL** | **$7,985,528.06**<br>**+ undetermined amounts** |

**Fill in this information to identify the case:**

Debtor name _Boy Scouts of America_

United States Bankruptcy Court for the: _____ District of _Delaware_

Case number (If known): ___20-10343 (LSS)___

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2.** List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1 Creditor's name**<br>AT&T CAPITAL SERVICES, INC | **Describe debtor's property that is subject to a lien**<br>As provided in the UCC Financing Statement | $ Undetermined | $ Undetermined |

**Creditor's mailing address**
36 S FAIRVIEW AVE.
1ST FLOOR, SUITE C
PARK RIDGE, IL 60068

**Describe the lien**
UCC Lien No. 16-00131044 dated: 04/25/2016

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**  Undetermined

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

| **2.2 Creditor's name**<br>AT&T CAPITAL SERVICES, INC | **Describe debtor's property that is subject to a lien**<br>As provided in the UCC Financing Statement | $ Undetermined | $ Undetermined |
|---|---|---|---|

**Creditor's mailing address**
36 S FAIRVIEW AVE.
1ST FLOOR, SUITE C
PARK RIDGE, IL 60068

**Describe the lien**
UCC Lien No. 19-0023829842 dated: 06/25/2019

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**  Undetermined

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$ 283,804,412.00
+ undetermined amounts

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3**

**Creditor's name**
AUTOMATION TOOLS, LLC

**Creditor's mailing address**
701 TERRA VIEW CIR
FORT COLLINS, CO 80525

**Creditor's email address, if known**

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

**Describe the lien**
UCC Lien No. 15-0008658497 dated: 03/23/2015

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined | $ Undetermined

---

**2.4**

**Creditor's name**
CIT BANK, N.A.

**Creditor's mailing address**
10201 CENTURION PKWY N.
SUITE 100
JACKSONVILLE, FL 32256

**Creditor's email address, if known**

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

**Describe the lien**
UCC Lien No. 15-0040976800 dated: 12/30/2015

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined | $ Undetermined

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*   20-10343 (LSS)
_____

| Part 1: | **Additional Page** | | **Column A**<br>Amount of claim<br>Do not deduct the<br>value of collateral | **Column B**<br>Value of collateral<br>that supports this<br>claim |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.5**

**Creditor's name**
DATAMAX , INC

**Creditor's mailing address**
2121 HAMPTON AVE.
SAINT LOUIS, MO 63109

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of  creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

**Describe the lien**
UCC Lien No. 16-0008128642 dated: 03/14/2016

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined

$ Undetermined

---

**2.6**

**Creditor's name**
DATAMAX , INC

**Creditor's mailing address**
2145 HAMPTON AVE.
SAINT LOUIS, MO 63139

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of  creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

**Describe the lien**
UCC Lien No. 18-0043332842 dated: 12/12/2018

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined

$ Undetermined

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|--------|----------------------|--------------------------|----------------|
| | Name | | |

| Part 1: | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---------|---------------------|-------|-------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

| 2.7 | **Creditor's name**<br>EVERBANK COMMERCIAL FINANCE, INC | **Describe debtor's property that is subject to a lien**<br>As provided in the UCC Financing Statement | $ Undetermined | $ Undetermined |

**Creditor's mailing address**
10 WATERVIEW BLVD.
PARSIPPANY, NJ07054

**Describe the lien**
UCC Lien No. 15-0030647298 dated: 09/24/2015

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
- [X] No
- [ ] Yes

**Date debt was incurred**    Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
- [X] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
- [X] No
- [ ] Yes. Have you already specified the relative priority?

    - [ ] No. Specify each creditor, including this creditor, and its relative priority.

    - [ ] Yes. The relative priority of creditors is specified on lines

**As of the petition date, the claim is:**
Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

---

| 2.8 | **Creditor's name**<br>FIREBIRD STRUCTURES, LLC | **Describe debtor's property that is subject to a lien**<br>As provided in the UCC Financing Statement | $ Undetermined | $ Undetermined |

**Creditor's mailing address**

**Describe the lien**
UCC Lien No. 201802617 dated: 09/27/2018

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
- [X] No
- [ ] Yes

**Date debt was incurred**    Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
- [X] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
- [X] No
- [ ] Yes. Have you already specified the relative priority?

    - [ ] No. Specify each creditor, including this creditor, and its relative priority.

    - [ ] Yes. The relative priority of creditors is specified on lines

**As of the petition date, the claim is:**
Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)
_____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.9** **Creditor's name**
FIREBIRD STRUCTURES, LLC

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

**Describe the lien**
UCC Lien No. 201801738 dated: 07/09/2018

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined    $ Undetermined

---

**2.10** **Creditor's name**
GIANT BICYCLE, INC

**Creditor's mailing address**
3587 OLD CONEJO RD.
NEWBURY PARK, CA 91320

**Creditor's email address, if known**

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

**Describe the lien**
UCC Lien No. 2018099240 dated: 10/02/2018

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined    $ Undetermined

---

Debtor ___Boy Scouts of America_____     Case number *(if known)* __20-10343 (LSS)_____
　　　　　Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially
from the previous page.**

---

**2.11** **Creditor's name**
GIANT BICYCLE, INC

**Creditor's mailing address**
3587 OLD CONEJO RD.
NEWBURY PARK, CA 91320

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

☒ No
☐ Yes. Have you already specified the
　　relative priority?

　　☐ No. Specify each creditor, including
　　　　this creditor, and its relative priority.

　　☐ Yes. The relative priority of creditors is
　　　　specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

**Describe the lien**
UCC Lien No. 18-0031815835 dated: 09/10/2018

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined     $ Undetermined

---

**2.12** **Creditor's name**
HYG FINANCIAL SERVICES, INC

**Creditor's mailing address**
P.O. BOX 35701
BILLINGS, MT 59107

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

☒ No
☐ Yes. Have you already specified the
　　relative priority?

　　☐ No. Specify each creditor, including
　　　　this creditor, and its relative priority.

　　☐ Yes. The relative priority of creditors is
　　　　specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

**Describe the lien**
UCC Lien No. 2017036104 dated: 04/03/2017

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined     $ Undetermined

---

| Debtor | Boy Scouts of America | Case number (if known) | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| Part 1: | **Additional Page** | | **Column A** Amount of claim Do not deduct the value of collateral | **Column B** Value of collateral that supports this claim |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.13**

**Creditor's name**
IMAGENET CONSULTING, LLC

**Creditor's mailing address**
913 N BROADWAY
OKLAHOMA CITY, OK73102

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

**Describe the lien**
UCC Lien No. 16-0008430234 dated: 03/16/2016

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined    $ Undetermined

---

**2.14**

**Creditor's name**
IMAGENET CONSULTING, LLC

**Creditor's mailing address**
913 N BROADWAY
OKLAHOMA CITY, OK73102

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

**Describe the lien**
UCC Lien No. 16-0021159338 dated: 06/29/2016

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined    $ Undetermined

---

Debtor     Boy Scouts of America
           _____
           Name

Case number *(if known)*   20-10343 (LSS)
                                    _____

| Part 1: | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

2.15    **Creditor's name**
INSIGHT INVESTMENTS, LLC

**Creditor's mailing address**
611 ANTON BLVD.
SUITE 700
COSTA MESA, CA 92626

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

**Describe the lien**
UCC Lien No. 2013052074 dated: 05/03/2013

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined     $ Undetermined

---

2.16    **Creditor's name**
INSIGHT INVESTMENTS, LLC

**Creditor's mailing address**
611 ANTON BLVD.
SUITE 700
COSTA MESA, CA 92626

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

**Describe the lien**
UCC Lien No. 13-0011159485 dated: 04/09/2013

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined     $ Undetermined

---

Debtor    Boy Scouts of America
_____
Name

Case number (if known)    20-10343 (LSS)
_____

| Part 1: | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially
from the previous page.

---

2.17   **Creditor's name**
JPMORGAN CHASE BANK, N.A.

**Creditor's mailing address**
2200 ROSS AVE.
8TH FLOOR
DALLAS, TX 75201

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

☒ No
☐ Yes. Have you already specified the
relative priority?

☐ No. Specify each creditor, including
this creditor, and its relative priority.

☐ Yes. The relative priority of  creditors is
specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

**Describe the lien**
UCC Lien No. 2019029605 dated: 03/22/2019

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined    $ Undetermined

---

2.18   **Creditor's name**
JPMORGAN CHASE BANK, N.A.

**Creditor's mailing address**
2200 ROSS AVE.
8TH FLOOR
DALLAS, TX 75201

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

☒ No
☐ Yes. Have you already specified the
relative priority?

☐ No. Specify each creditor, including
this creditor, and its relative priority.

☐ Yes. The relative priority of  creditors is
specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

**Describe the lien**
UCC Lien No. 2212356 dated: 03/26/2019

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined    $ Undetermined

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)
_____

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially
from the previous page.

| 2.19 | **Creditor's name**<br>JPMORGAN CHASE BANK, N.A. | **Describe debtor's property that is subject to a lien**<br>As provided in the UCC Financing Statement | $ Underedetermined | $ Undetermined |
|---|---|---|---|---|

**Creditor's name**
JPMORGAN CHASE BANK, N.A.

**Creditor's mailing address**
2200 ROSS AVE.
8TH FLOOR
DALLAS, TX 75201

**Creditor's email address, if known**

**Date debt was incurred**    Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**
☒ No
☐ Yes. Have you already specified the
   relative priority?

   ☐ No. Specify each creditor, including
      this creditor, and its relative priority.

   ☐ Yes. The relative priority of  creditors is
      specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

**Describe the lien**
UCC Lien No. 201900092468 dated: 04/12/2019

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined          $ Undetermined

---

| 2.20 | **Creditor's name**<br>JPMORGAN CHASE BANK, N.A. |

**Creditor's name**
JPMORGAN CHASE BANK, N.A.

**Creditor's mailing address**
2200 ROSS AVE.
8TH FLOOR
DALLAS, TX 75201

**Creditor's email address, if known**

**Date debt was incurred**    Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**
☒ No
☐ Yes. Have you already specified the
   relative priority?

   ☐ No. Specify each creditor, including
      this creditor, and its relative priority.

   ☐ Yes. The relative priority of  creditors is
      specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

**Describe the lien**
UCC Lien No. 2215289 dated: 04/12/2019

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined          $ Undetermined

Debtor    Boy Scouts of America
_____
Name

Case number (if known)   20-10343 (LSS)
_____

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.21 | **Creditor's name**<br>JPMORGAN CHASE BANK, N.A. | **Describe debtor's property that is subject to a lien**<br>As provided in the UCC Financing Statement | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

**Creditor's mailing address**
2200 ROSS AVE.
8TH FLOOR
DALLAS, TX 75201

**Describe the lien**
UCC Lien No. 201900092469 dated: 04/12/2019

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

| 2.22 | **Creditor's name**<br>JPMORGAN CHASE BANK, N.A. | **Describe debtor's property that is subject to a lien**<br>As provided in the UCC Financing Statement | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

**Creditor's mailing address**
2200 ROSS AVE.
8TH FLOOR
DALLAS, TX 75201

**Describe the lien**
UCC Lien No. 2215290 dated: 04/12/2019

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.23**

**Creditor's name**
JPMORGAN CHASE BANK, N.A.

**Creditor's mailing address**
2200 ROSS AVE.
8TH FLOOR
DALLAS, TX 75201

**Creditor's email address, if known**

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

**Describe the lien**
UCC Lien No. 01352011 dated: 03/22/2019

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined    $ Undetermined

**2.24**

**Creditor's name**
JPMORGAN CHASE BANK, N.A.

**Creditor's mailing address**
2200 ROSS AVE.
8TH FLOOR
DALLAS, TX 75201

**Creditor's email address, if known**

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

**Describe the lien**
UCC Lien No. 01353120 dated: 04/15/2019

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined    $ Undetermined

Debtor  Boy Scouts of America
        Name

Case number *(if known)*  20-10343 (LSS)

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral** |
| | | Do not deduct the value of collateral | **that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.25**

**Creditor's name**
JPMORGAN CHASE BANK, N.A.

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

$ Underundetermined

$ Underundetermined

**Creditor's mailing address**
2200 ROSS AVE.
8TH FLOOR
DALLAS, TX 75201

**Describe the lien**
UCC Lien No. 01353121 dated: 04/15/2019

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines

---

**2.26**

**Creditor's name**
JPMORGAN CHASE BANK, N.A.

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

$ Underundetermined

$ Underundetermined

**Creditor's mailing address**
2200 ROSS AVE.
8TH FLOOR
DALLAS, TX 75201

**Describe the lien**
UCC Lien No. 201900645 dated: 03/25/2019

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines

---

| Debtor | Boy Scouts of America | Case number (if known) | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| Part 1: | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.27**

**Creditor's name**
JPMORGAN CHASE BANK, N.A.

**Creditor's mailing address**
2200 ROSS AVE.
8TH FLOOR
DALLAS, TX 75201

**Creditor's email address, if known**

**Date debt was incurred**    Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

**Describe the lien**
UCC Lien No. 2019029602 dated: 03/22/2019

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined | $ Undetermined

---

**2.28**

**Creditor's name**
JPMORGAN CHASE BANK, N.A.

**Creditor's mailing address**
2200 ROSS AVE.
8TH FLOOR
DALLAS, TX 75201

**Creditor's email address, if known**

**Date debt was incurred**    Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

**Describe the lien**
UCC Lien No. 201900741 dated: 04/03/2019

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined | $ Undetermined

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| 2.29 | **Creditor's name**<br>JPMORGAN CHASE BANK, N.A. | **Describe debtor's property that is subject to a lien**<br>As provided in the UCC Financing Statement | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

**Creditor's mailing address**
2200 ROSS AVE.
8TH FLOOR
DALLAS, TX 75201

**Describe the lien**
UCC Lien No. 2019029603 dated: 03/22/2019

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

| 2.30 | **Creditor's name**<br>JPMORGAN CHASE BANK, N.A. | **Describe debtor's property that is subject to a lien**<br>As provided in the UCC Financing Statement | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

**Creditor's mailing address**
2200 ROSS AVE.
8TH FLOOR
DALLAS, TX 75201

**Describe the lien**
UCC Lien No. 201900742 dated: 04/03/2019

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

Debtor    Boy Scouts of America
_____
Name

Case number (if known) __20-10343 (LSS)__
_____

| **Part 1:** | **Additional Page** | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

2.31

**Creditor's name**
JPMORGAN CHASE BANK, N.A.

**Creditor's mailing address**
2200 ROSS AVE.
8TH FLOOR
DALLAS, TX 75201

**Creditor's email address, if known**

**Date debt was incurred**    Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

**Describe the lien**
UCC Lien No. 2019029604 dated: 03/22/2019

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined        $ Undetermined

2.32

**Creditor's name**
JPMORGAN CHASE BANK, N.A.

**Creditor's mailing address**
P.O. BOX 33035
LOUISVILLE, KY 40202

**Creditor's email address, if known**

**Date debt was incurred**    Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

**Describe the lien**
UCC Lien No. 15-00181486 dated: 06/10/2015

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined        $ Undetermined

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| Part 1: | **Additional Page** | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.33**

**Creditor's name**
JPMORGAN CHASE BANK, N.A.

**Creditor's mailing address**
ATTN: PHIL MARTIN
10 S. DEARBORN STREET
MAIL CODE IL1-1415
CHICAGO, IL 60603

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

**Describe the lien**
2010 RCF Agreement - Revolver, Maturity Date of March 2, 2020

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $25,212,317.00
Column B: $ Undetermined

---

**2.34**

**Creditor's name**
JPMORGAN CHASE BANK, N.A.

**Creditor's mailing address**
ATTN: PHIL MARTIN
10 S. DEARBORN STREET
MAIL CODE IL1-1415
CHICAGO, IL 60603

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

**Describe the lien**
Letter of Credit No. NUSCGS018647 for the Benefit of Old Republic Insurance Company

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Column A: $ Undetermined
Column B: $ Undetermined

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)
_____

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| 2.35 | **Creditor's name**<br>JPMORGAN CHASE BANK, N.A. | **Describe debtor's property that is subject to a lien**<br>See Schedule D Disclosures | $11,250,000.00 | $ Undetermined |
|---|---|---|---|---|

**Creditor's mailing address**
ATTN: PHIL MARTIN
10 S. DEARBORN STREET
MAIL CODE IL1-1415
CHICAGO, IL 60603

**Describe the lien**
2010 RCF Agreement - Term Loan, Maturity Date of March 2, 2022

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**    Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

**As of the petition date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

| 2.36 | **Creditor's name**<br>JPMORGAN CHASE BANK, N.A. | **Describe debtor's property that is subject to a lien**<br>See Schedule D Disclosures | $61,542,720.00 | $ Undetermined |
|---|---|---|---|---|

**Creditor's mailing address**
ATTN: PHIL MARTIN
10 S. DEARBORN STREET
MAIL CODE IL1-1415
CHICAGO, IL 60603

**Describe the lien**
2019 RCF Agreement - LC Facility, Maturity Date March 21, 2021

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**    Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

Debtor   Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)
_____

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.37**   **Creditor's name**
JPMORGAN CHASE BANK, N.A.

**Creditor's mailing address**
ATTN: PHIL MARTIN
10 S. DEARBORN STREET
MAIL CODE IL1-1415
CHICAGO, IL 60603

**Creditor's email address, if known**

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

**Describe the lien**
2010 Bond Agreement, Due November 5, 2020

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$40,137,274.00    $ Undetermined

---

**2.38**   **Creditor's name**
JPMORGAN CHASE BANK, N.A.

**Creditor's mailing address**
ATTN: PHIL MARTIN
10 S. DEARBORN STREET
MAIL CODE IL1-1415
CHICAGO, IL 60603

**Creditor's email address, if known**

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

**Describe the lien**
2012 Bond Agreement, Due March 9, 2022

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$145,662,101.00    $ Undetermined

---

| Debtor | Boy Scouts of America | Case number _(if known)_ | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.39**

**Creditor's name**
JPMORGAN CHASE BANK, N.A.

**Creditor's mailing address**
ATTN: PHIL MARTIN
10 S. DEARBORN STREET
MAIL CODE IL1-1415
CHICAGO, IL 60603

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

**Describe the lien**
Letter of Credit No. CTCS-158221 for the Benefit of ACE American Insurance Company

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined | $ Undetermined

---

**2.40**

**Creditor's name**
JPMORGAN CHASE BANK, N.A.

**Creditor's mailing address**
ATTN: PHIL MARTIN
10 S. DEARBORN STREET
MAIL CODE IL1-1415
CHICAGO, IL 60603

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

**Describe the lien**
Letter of Credit No. CTCS-158223 for the Benefit of Liberty Mutual Insurance Company

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined | $ Undetermined

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)
_____

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially
from the previous page.

| 2.41 | **Creditor's name**<br>JPMORGAN CHASE BANK, N.A. | **Describe debtor's property that is subject to a lien**<br>See Schedule D Disclosures | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

**Creditor's mailing address**
ATTN: PHIL MARTIN
10 S. DEARBORN STREET
MAIL CODE IL1-1415
CHICAGO, IL 60603

**Describe the lien**
Letter of Credit No. CTCS-158225 for the Benefit of Old Republic
Insurance Company

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the
same property?**
☒ No
☐ Yes. Have you already specified the
relative priority?

☐ No. Specify each creditor, including
this creditor, and its relative priority.

☐ Yes. The relative priority of  creditors is
specified on lines

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

| 2.42 | **Creditor's name**<br>JPMORGAN CHASE BANK, N.A. | **Describe debtor's property that is subject to a lien**<br>See Schedule D Disclosures | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

**Creditor's mailing address**
ATTN: PHIL MARTIN
10 S. DEARBORN STREET
MAIL CODE IL1-1415
CHICAGO, IL 60603

**Describe the lien**
Letter of Credit No. CTCS-158224 for the Benefit of Zurich
American Insurance Company

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the
same property?**
☒ No
☐ Yes. Have you already specified the
relative priority?

☐ No. Specify each creditor, including
this creditor, and its relative priority.

☐ Yes. The relative priority of  creditors is
specified on lines

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|--------|------------------------|--------------------------|----------------|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.43**

**Creditor's name**
JPMORGAN CHASE BANK, N.A.

**Creditor's mailing address**
ATTN: PHIL MARTIN
10 S. DEARBORN STREET
MAIL CODE IL1-1415
CHICAGO, IL 60603

**Creditor's email address, if known**

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

**Describe the lien**
Letter of Credit No. CTCS-158222 for the Benefit of The Hartford Fire Insurance Company

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined   $ Undetermined

**2.44**

**Creditor's name**
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

**Creditor's mailing address**
P.O. BOX 2558
HOUSTON, TX 77252

**Creditor's email address, if known**

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

**Describe the lien**
UCC Lien No. 2015019964 dated: 03/06/2015

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined   $ Undetermined

Debtor    Boy Scouts of America
_____Name_____

Case number (if known)  20-10343 (LSS)

| **Part 1:** | **Additional Page** | | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.45**

**Creditor's name**
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

**Creditor's mailing address**
P.O. BOX 2558
HOUSTON, TX 77252

**Creditor's email address, if known**

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

**Describe the lien**
UCC Lien No. 2015022155 dated: 03/12/2015

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined | $ Undetermined

---

**2.46**

**Creditor's name**
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

**Creditor's mailing address**
P.O. BOX 2558
HOUSTON, TX 77252

**Creditor's email address, if known**

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

**Describe the lien**
UCC Lien No. 2019029601 dated: 03/22/2019

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined | $ Undetermined

---

Debtor   Boy Scouts of America
_____
         Name

Case number *(if known)*   20-10343 (LSS)
_____

| Part 1: | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
| --- | --- | --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially
from the previous page.

---

**2.47**

**Creditor's name**
KAUFMAN FIRE PROTECTION SYSTEMS, INC

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account**
**number**

**Do multiple creditors have an interest in the**
**same property?**

- [X] No
- [ ] Yes. Have you already specified the
      relative priority?

  - [ ] No. Specify each creditor, including
        this creditor, and its relative priority.

  - [ ] Yes. The relative priority of creditors is
        specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

**Describe the lien**
UCC Lien No. 200803199 dated: 09/18/2008

**Is the creditor an insider or related party?**
- [X] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [X] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

$ Underdetermined    $ Underdetermined

---

**2.48**

**Creditor's name**
KEY EQUIPMENT FINANCE, A DIVISION OF
KEYBSNK NATIONAL ASSOCIATION

**Creditor's mailing address**
1000 S MCCASLIN BLVD
SUPERIOR, CO 80027

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account**
**number**

**Do multiple creditors have an interest in the**
**same property?**

- [X] No
- [ ] Yes. Have you already specified the
      relative priority?

  - [ ] No. Specify each creditor, including
        this creditor, and its relative priority.

  - [ ] Yes. The relative priority of creditors is
        specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

**Describe the lien**
UCC Lien No. 2018025349 dated: 03/12/2018

**Is the creditor an insider or related party?**
- [X] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [X] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

$ Underdetermined    $ Underdetermined

---

Debtor      Boy Scouts of America
            _____
            Name

Case number *(if known)*   20-10343 (LSS)
                           _____

| Part 1: | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially
from the previous page.

---

**2.49**

**Creditor's name**
KEY EQUIPMENT FINANCE, A DIVISION OF
KEYBSNK NATIONAL ASSOCIATION

**Creditor's mailing address**
1000 S MCCASLIN BLVD
SUPERIOR, CO 80027

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

☒ No
☐ Yes. Have you already specified the
      relative priority?

   ☐ No. Specify each creditor, including
        this creditor, and its relative priority.

   ☐ Yes. The relative priority of  creditors is
         specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

**Describe the lien**
UCC Lien No. 15-00015197 dated: 01/14/2015

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Underundetermined    $ Undetermined

$ Undetermined    $ Undetermined

---

**2.50**

**Creditor's name**
KEY EQUIPMENT FINANCE, A DIVISION OF
KEYBSNK NATIONAL ASSOCIATION

**Creditor's mailing address**
1000 S MCCASLIN BLVD
SUPERIOR, CO 80027

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the
same property?**

☒ No
☐ Yes. Have you already specified the
      relative priority?

   ☐ No. Specify each creditor, including
        this creditor, and its relative priority.

   ☐ Yes. The relative priority of  creditors is
         specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

**Describe the lien**
UCC Lien No. 18-00074694 dated: 03/06/2018

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined    $ Undetermined

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| 2.51 | | | | |
|---|---|---|---|---|

**Creditor's name**
KEY EQUIPMENT FINANCE

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

$ Underdetermined        $ Underdetermined

**Creditor's mailing address**
1000 S MCCASLIN BLVD
SUPERIOR, CO 80027

**Describe the lien**
UCC Lien No. 13-00197235 dated: 06/20/2013

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
[X] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
[X] No
[ ] Yes. Have you already specified the relative priority?

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

    [ ] No. Specify each creditor, including this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is specified on lines

---

| 2.52 | | | | |
|---|---|---|---|---|

**Creditor's name**
KONICA MINOLTA PREMIER FINANCE

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

$ Underdetermined        $ Underdetermined

**Creditor's mailing address**
10201 CENTURION PKWY N
JACKSONVILLE, FL 32256

**Describe the lien**
UCC Lien No. 15-0040976800 dated: 12/30/2015

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
[X] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
[X] No
[ ] Yes. Have you already specified the relative priority?

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

    [ ] No. Specify each creditor, including this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is specified on lines

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| 2.53 | **Creditor's name**<br>MB FINANCIAL BANK, N.A. | **Describe debtor's property that is subject to a lien**<br>As provided in the UCC Financing Statement | $ Underdetermined | $ Underdetermined |

**Creditor's mailing address**
6111 N RIVER RD
ROSEMONT, IL 60018

**Describe the lien**
UCC Lien No. 2014107480 dated: 11/20/2014

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

| 2.54 | **Creditor's name**<br>MB FINANCIAL BANK, N.A. | **Describe debtor's property that is subject to a lien**<br>As provided in the UCC Financing Statement | $ Underdetermined | $ Underdetermined |

**Creditor's mailing address**
6111 N RIVER RD
ROSEMONT, IL 60018

**Describe the lien**
UCC Lien No. 15-00072317 dated: 03/09/2015

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.55**

**Creditor's name**
RAYMOND LEASING CORP

**Creditor's mailing address**
CORPORATE HEADQUARTERS
GREENE, NY 13778

**Creditor's email address, if known**

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

**Describe the lien**
UCC Lien No. 17-0027269286 dated: 08/09/2017

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Underdetermined | $ Underdetermined

---

**2.56**

**Creditor's name**
TCF EQUIPMENT FINANCE, INC

**Creditor's mailing address**
11100 WAYZATA BLVD.
SUITE 801
MINNETONKA, MN 55305

**Creditor's email address, if known**

**Date debt was incurred**  Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

**Describe the lien**
UCC Lien No. 2013061260 dated: 05/28/2013

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Underdetermined | $ Underdetermined

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.57**

**Creditor's name**
TCF EQUIPMENT FINANCE, INC

**Creditor's mailing address**
11100 WAYZATA BLVD.
SUITE 801
MINNETONKA, MN 55305

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

**Describe the lien**
UCC Lien No. 13-00169851 dated: 05/29/2013

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined | $ Undetermined

**2.58**

**Creditor's name**
THE CHASE MANHATTAN BANK

**Creditor's mailing address**
P.O. BOX 2558
HOUSTON, TX 77252

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

**Describe the lien**
UCC Lien No. 05-000267647 dated: 08/26/2005

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined | $ Undetermined

Debtor ___Boy Scouts of America___    Case number *(if known)* __20-10343 (LSS)__
      Name

| **Part 1:** | **Additional Page** | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | *Column B*<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.59**

**Creditor's name**
THE GREEN BAR BILL HILLCOURT FOUNDATION

**Creditor's mailing address**
C/O WINSTEAD PC
N.R. BLOCK, 600 TRAVIS ST, STE5200
HOUSTON, TX 77002

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

**Describe the lien**
UCC Lien No. 18-00360165 dated: 10/11/2018

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined     $ Undetermined

---

**2.60**

**Creditor's name**
THE GREEN BAR BILL HILLCOURT FOUNDATION

**Creditor's mailing address**
C/O WINSTEAD PC
N.R. BLOCK, 600 TRAVIS ST, STE5200
HOUSTON, TX 77002

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

**Describe the lien**
UCC Lien No. 2018102635 dated: 10/12/2018

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined     $ Undetermined

---

Debtor    Boy Scouts of America
_____
          Name

Case number *(if known)*    20-10343 (LSS)
_____

| Part 1: | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.61**

**Creditor's name**
TIAA COMMERCIAL FINANCE, INC

**Creditor's mailing address**
10 WATERVIEW BLVD.
PARSIPPANY, NJ07054

**Creditor's email address, if known**

**Date debt was incurred**    Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

**Describe the lien**
UCC Lien No. 19-0012417196 dated: 04/05/2019

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined     $ Undetermined

---

**2.62**

**Creditor's name**
UNIFI EQUIPMENT FINANCE, INC

**Creditor's mailing address**
3893 RESEARCH PARK DR.
ANN ARBOR, MI 48108

**Creditor's email address, if known**

**Date debt was incurred**    Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

**Describe the lien**
UCC Lien No. 16-0012855250 dated: 04/21/2016

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined     $ Undetermined

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| Part 1: | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

2.63

**Creditor's name**
VERISTOR CAPITAL, LLC

**Creditor's mailing address**
4850 RIVER GREEN PKWY
DULUTH, GA 30096

**Creditor's email address, if known**

**Date debt was incurred**  Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the
relative priority?

☐ No. Specify each creditor, including
this creditor, and its relative priority.

☐ Yes. The relative priority of  creditors is
specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

**Describe the lien**
UCC Lien No. 15-0030647298 dated: 09/24/2015

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined    $ Undetermined

---

2.64

**Creditor's name**
VERISTOR CAPITAL, LLC

**Creditor's mailing address**
4850 RIVER GREEN PKWY
DULUTH, GA 30096

**Creditor's email address, if known**

**Date debt was incurred**  Undetermined
**Last 4 digits of account
number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the
relative priority?

☐ No. Specify each creditor, including
this creditor, and its relative priority.

☐ Yes. The relative priority of  creditors is
specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

**Describe the lien**
UCC Lien No. 16-0012855250 dated: 04/21/2016

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined    $ Undetermined

---

Debtor   Boy Scouts of America
_____
Name

Case number *(if known)*   20-10343 (LSS)
_____

| Part 1: | **Additional Page** | Column A **Amount of claim** Do not deduct the value of collateral | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

2.65  **Creditor's name**
VERISTOR CAPITAL, LLC

**Creditor's mailing address**
4850 RIVER GREEN PKWY
DULUTH, GA 30096

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

**Describe the lien**
UCC Lien No. 19-0012417196 dated: 04/05/2019

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined   $ Undetermined

---

2.66  **Creditor's name**
WELLS FARGO FINANCIAL LEASING, INC

**Creditor's mailing address**
800 WALNUT ST.
DES MOINES, IA 50309

**Creditor's email address, if known**

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
As provided in the UCC Financing Statement

**Describe the lien**
UCC Lien No. 15-0003128989 dated: 02/02/2015

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ Undetermined   $ Undetermined

---

Debtor    Boy Scouts of America
_____
Name

Case number (if known)  20-10343 (LSS)
_____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no other need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| JPMORGAN CHASE BANK, N.A.<br>C/O: NORTON ROSE FULBRIGHT US LLP<br>ATTN: LOUIS R. STRUBECK, JR.<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019-6022 | Line 34 | |
| JPMORGAN CHASE BANK, N.A.<br>C/O: NORTON ROSE FULBRIGHT US LLP<br>ATTN: LOUIS R. STRUBECK, JR.<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019-6022 | Line 35 | |
| JPMORGAN CHASE BANK, N.A.<br>C/O: NORTON ROSE FULBRIGHT US LLP<br>ATTN: LOUIS R. STRUBECK, JR.<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019-6022 | Line 33 | |
| JPMORGAN CHASE BANK, N.A.<br>C/O: NORTON ROSE FULBRIGHT US LLP<br>ATTN: LOUIS R. STRUBECK, JR.<br>2200 ROSS AVENUE<br>SUITE 3600<br>DALLAS, TX 75201-7932 | Line 34 | |
| JPMORGAN CHASE BANK, N.A.<br>C/O: NORTON ROSE FULBRIGHT US LLP<br>ATTN: LOUIS R. STRUBECK, JR.<br>2200 ROSS AVENUE<br>SUITE 3600<br>DALLAS, TX 75201-7932 | Line 35 | |
| JPMORGAN CHASE BANK, N.A.<br>C/O: NORTON ROSE FULBRIGHT US LLP<br>ATTN: LOUIS R. STRUBECK, JR.<br>2200 ROSS AVENUE<br>SUITE 3600<br>DALLAS, TX 75201-7932 | Line 33 | |
| JPMORGAN CHASE BANK, N.A.<br>C/O: NORTON ROSE FULBRIGHT US LLP<br>ATTN: LOUIS R. STRUBECK, JR.<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019-6022 | Line 39 | |
| JPMORGAN CHASE BANK, N.A.<br>C/O: NORTON ROSE FULBRIGHT US LLP<br>ATTN: LOUIS R. STRUBECK, JR.<br>2200 ROSS AVENUE<br>SUITE 3600<br>DALLAS, TX 75201-7932 | Line 39 | |
| JPMORGAN CHASE BANK, N.A.<br>C/O: NORTON ROSE FULBRIGHT US LLP<br>ATTN: LOUIS R. STRUBECK, JR.<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019-6022 | Line 36 | |
| JPMORGAN CHASE BANK, N.A.<br>C/O: NORTON ROSE FULBRIGHT US LLP<br>ATTN: LOUIS R. STRUBECK, JR.<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019-6022 | Line 40 | |

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

<span style="background:black;color:white">**Part 2:**</span> **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no other need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| JPMORGAN CHASE BANK, N.A.<br>C/O: NORTON ROSE FULBRIGHT US LLP<br>ATTN: LOUIS R. STRUBECK, JR.<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019-6022 | Line 43 | |
| JPMORGAN CHASE BANK, N.A.<br>C/O: NORTON ROSE FULBRIGHT US LLP<br>ATTN: LOUIS R. STRUBECK, JR.<br>2200 ROSS AVENUE<br>SUITE 3600<br>DALLAS, TX 75201-7932 | Line 40 | |
| JPMORGAN CHASE BANK, N.A.<br>C/O: NORTON ROSE FULBRIGHT US LLP<br>ATTN: LOUIS R. STRUBECK, JR.<br>2200 ROSS AVENUE<br>SUITE 3600<br>DALLAS, TX 75201-7932 | Line 43 | |
| JPMORGAN CHASE BANK, N.A.<br>C/O: NORTON ROSE FULBRIGHT US LLP<br>ATTN: LOUIS R. STRUBECK, JR.<br>2200 ROSS AVENUE<br>SUITE 3600<br>DALLAS, TX 75201-7932 | Line 36 | |
| JPMORGAN CHASE BANK, N.A.<br>C/O: NORTON ROSE FULBRIGHT US LLP<br>ATTN: LOUIS R. STRUBECK, JR.<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019-6022 | Line 41 | |
| JPMORGAN CHASE BANK, N.A.<br>C/O: NORTON ROSE FULBRIGHT US LLP<br>ATTN: LOUIS R. STRUBECK, JR.<br>2200 ROSS AVENUE<br>SUITE 3600<br>DALLAS, TX 75201-7932 | Line 42 | |
| JPMORGAN CHASE BANK, N.A.<br>C/O: NORTON ROSE FULBRIGHT US LLP<br>ATTN: LOUIS R. STRUBECK, JR.<br>2200 ROSS AVENUE<br>SUITE 3600<br>DALLAS, TX 75201-7932 | Line 41 | |
| JPMORGAN CHASE BANK, N.A.<br>C/O: NORTON ROSE FULBRIGHT US LLP<br>ATTN: LOUIS R. STRUBECK, JR.<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019-6022 | Line 42 | |
| JPMORGAN CHASE BANK, N.A.<br>C/O: NORTON ROSE FULBRIGHT US LLP<br>ATTN: LOUIS R. STRUBECK, JR.<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019-6022 | Line 37 | |
| JPMORGAN CHASE BANK, N.A.<br>C/O: NORTON ROSE FULBRIGHT US LLP<br>ATTN: LOUIS R. STRUBECK, JR.<br>2200 ROSS AVENUE<br>SUITE 3600<br>DALLAS, TX 75201-7932 | Line 37 | |

Debtor    Boy Scouts of America
_____
          Name

Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no other need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| JPMORGAN CHASE BANK, N.A.<br>C/O: NORTON ROSE FULBRIGHT US LLP<br>ATTN: LOUIS R. STRUBECK, JR.<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019-6022 | Line 38 | |
| JPMORGAN CHASE BANK, N.A.<br>C/O: NORTON ROSE FULBRIGHT US LLP<br>ATTN: LOUIS R. STRUBECK, JR.<br>2200 ROSS AVENUE<br>SUITE 3600<br>DALLAS, TX 75201-7932 | Line 38 | |

**Fill in this information to identify the case:**

Debtor      Boy Scouts of America

United States Bankruptcy Court for the: _____ District of Delaware

Case number   20-10343 (LSS)
(if known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
ACADIA PARISH SCHOOL BOARD
ATTN: SALES & USE TAX DEPARTMENT
P.O. DRAWER 309
CROWLEY, LA 70527-0309

**As of the petition filing date, the claim is:** $ ___ Undetermined    $ ___ Undetermined
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8 ___ )

---

**2.2** Priority creditor's name and mailing address
ALABAMA ATTORNEY GENERALS OFFICE
ATTN: CONSUMER PROTECTION
P.O. BOX 300152
MONTGOMERY, AL 36130

**As of the petition filing date, the claim is:** $ ___ Undetermined    $ ___ Undetermined
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Undetermined

**Basis for the claim:**
Charitable Registration Tax

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8 ___ )

---

**2.3** Priority creditor's name and mailing address
ALABAMA SECURITIES COMMISSION
P.O. BOX 304700
MONTGOMERY, AL 36130-4700

**As of the petition filing date, the claim is:** $ ___ Undetermined    $ ___ Undetermined
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

Undetermined

**Basis for the claim:**
Reporting & Licensing Tax

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8 ___ )

---

Debtor    Boy Scouts of America
     Name

Case number (if known)   20-10343 (LSS)

---

**Part 1.**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

| 2.4 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

ARIZONA CORPORATION COMMISSION
C/O ANNUAL REPORTS-CORP DIVISION
1300 W WASHINGTON
PHOENIX, AZ 85007-2929

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Business Reporting Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.5 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

ARIZONA DEPT. OF REVENUE
P.O. BOX 29009
PHOENIX, AZ 85038

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Income Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.6 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

ARKANSAS DEPT. OF FINANCE
P.O. BOX 9941 (WH)
LITTLE ROCK, AR 72203-9941

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.7 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

ASCENSION PARISH SALES TAX AUTHORITY
P.O. BOX 1718
GONZALES, LA 70707-1718

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)*  20-10343 (LSS)

---

**Part 1.**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.8** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |

ASSUMPTION PARISH
ATTN: SALES AND USE TAX DEPARTMENT
P.O. DRAWER 920
NAPOLEONVILLE, LA 70390

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales & Use Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.9** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |

AVOYELLES PARISH SCHOOL BOARD
ATTN: SALES & USE TAX DEPARTMENT
201 TUNICA DRIVE WEST
MARKSVILLE, LA 71351-2603

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales & Use Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.10** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |

BEAUREGARD PARISH SALES TAX
122 S. STEWART STREET
DERIDDER, LA 70634

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales & Use Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.11** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |

BOSSIER CITY - PARISH
ATTN: SALES AND USE TAX DIVISION
P.O. BOX 5337
BOSSIER CITY, LA 71171-5337

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales & Use Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)* _20-10343 (LSS)_

---

**Part 1.**    **Additional Page**

| | Total claim | Priority amount |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

---

**2.12** **Priority creditor's name and mailing address**    $ Undetermined    $ Undetermined

CADDO SHREVEPORT SALES
ATTN: AND USE TAX COMMISSION
P.O. BOX 104
SHREVEPORT, LA 71161-0104

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.13** **Priority creditor's name and mailing address**    $ Undetermined    $ Undetermined

CALCASIEU PARISH SCHOOL BOARD
ATTN: SALES TAX DEPARTMENT
P.O. BOX 3227
LAKE CHARLES, LA 70602-3227

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.14** **Priority creditor's name and mailing address**    $ Undetermined    $ Undetermined

CALIFORNIA DEPARMENT OF JUSTICE
P.O. BOX 903447
SACRAMENTO, CA 94203-4470

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Charitable Registration Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.15** **Priority creditor's name and mailing address**    $ Undetermined    $ Undetermined

CANADA REVENUE AGENCY
INTERNATIONAL TAX SERVICES
102A-2204 WALKLEY ROAD
OTTAWA, ON K1A 1A8
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Income Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* 20-10343 (LSS)

| Part 1. | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.16** **Priority creditor's name and mailing address**   $ Undetermined    $ Undetermined

CAPITOL CORPORATE SERVICES INC
P.O. BOX 1831
AUSTIN, TX 78767

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Reporting & Licensing Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.17** **Priority creditor's name and mailing address**   $ Undetermined    $ Undetermined

CHARLESTON COUNTY
4045 BRIDGE VIEW DR.
NORTH CHARLESTON, SC 29405-7464

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Business License Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.18** **Priority creditor's name and mailing address**   $19,617.60    $13,650.00

CHIEN, WENDY J
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
02/12/2020

**Basis for the claim:**
Severance Payable

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.19** **Priority creditor's name and mailing address**   $ Undetermined    $ Undetermined

CITY OF CANON CITY
128 MAIN ST.
P.O. BOX 1460
CANON CITY, CO 81215-1460

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor  Boy Scouts of America
        _____
        Name

Case number *(if known)*  20-10343 (LSS)

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.20**  **Priority creditor's name and mailing address**

CITY OF CHICAGO - DEPT. OF REVENUE
121 N. LASALLE ST.
ROOM 107
CHICAGO, IL 60680-4956

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Checkout Bag Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined       $ Undetermined

---

**2.21**  **Priority creditor's name and mailing address**

CITY OF COLORADO SPRINGS
P.O. BOX 2408
COLORADO SPRINGS, CO 80901

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales & Use Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined       $ Undetermined

---

**2.22**  **Priority creditor's name and mailing address**

CITY OF CRAIG ALASKA
P.O. BOX 725
CRAIG, AK 99921

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales & Use Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined       $ Undetermined

---

**2.23**  **Priority creditor's name and mailing address**

CITY OF DAVENPORT
ATTN: BUSINESS LICENSING
226 WEST 4TH ST
DAVENPORT, IA 52801

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Business License Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined       $ Undetermined

---

Debtor      Boy Scouts of America
_____
            Name

Case number (if known) __20-10343 (LSS)__

---

**Part 1.    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.24** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

CITY OF DETROIT
ATTN: ENVIRONMENTAL HEALTH & SAFETY
3245 E JEFFERSON AVE, STE 100
DETROIT, MI 48207-4222

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Business Reporting Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.25** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

CITY OF GRAND JUNCTION FINANCE
250 N 5TH ST
GRAND JUNCTION, CO 81501

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.26** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

CITY OF GREENWOOD VILLAGE
6060 S QUEBEC ST.
GREENWOOD VILLAGE, CO 80111

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.27** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

CITY OF GUSTAVUS
P.O. BOX 1
GUSTAVUS, AK 99829

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    Boy Scouts of America
_____
          Name                                                    Case number *(if known)*  20-10343 (LSS)

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.28**  **Priority creditor's name and mailing address**                                          $ Undetermined         $ Undetermined

CITY OF JOHNSON CITY
C/O CITY RECORDER
P.O. BOX 2227
JOHNSON CITY, TN 37605-2227

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Personal Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.29**  **Priority creditor's name and mailing address**                                          $ Undetermined         $ Undetermined

CITY OF KNOXVILLE
ATTN: REVENUE OFFICE
P.O. BOX 15001
KNOXVILLE, TN 37901-5001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Personal Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.30**  **Priority creditor's name and mailing address**                                          $ Undetermined         $ Undetermined

CITY OF KODIAK
710 MILL BAY RD.
ROOM 213
KODIAK, AK 99615

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.31**  **Priority creditor's name and mailing address**                                          $ Undetermined         $ Undetermined

CITY OF LAKEWOOD
ATTN: REVENUE DIVISION
P.O. BOX 261450
LAKEWOOD, CO 80226-9450

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)* 20-10343 (LSS)

| Part 1. | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.32** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

CITY OF LOVELAND
500 E THIRD ST
LOVELAND, CO 80537

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.33** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

CITY OF MELBOURNE
ATTN: REVENUE DIVISION
900 E. STRAWBRIDGE AVENUE
MELBOURNE, FL 32901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Business License Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.34** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

CITY OF PALMER
231 W EVERGREEN AVE.
PALMER, AK 99645

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.35** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

CITY OF PUEBLO
ATTN: FINANCE DEPT/SALES TAX DIVISION
1 CITY HALL PL
PUEBLO, CO 81003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* 20-10343 (LSS)

| **Part 1.** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |

---

**2.36**    **Priority creditor's name and mailing address**    $ Undetermined    $ Undetermined

CITY OF SEATTLE
ATTN: REVENUE AND CONSUMER AFFAIRS
P.O. BOX 34904
SEATTLE, WA 98124-1907

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Business License Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.37**    **Priority creditor's name and mailing address**    $ Undetermined    $ Undetermined

CITY OF STEAMBOAT SPRINGS
P.O. BOX 772869
STEAMBOAT SPRINGS, CO 80477-2869

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.38**    **Priority creditor's name and mailing address**    $ Undetermined    $ Undetermined

CITY OF TACOMA
ATTN: FINANCE DEPT/TAX & LICENSE DIV
733 MARKET ST RM 21
TACOMA, WA 98402-3770

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Business License Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.39**    **Priority creditor's name and mailing address**    $ Undetermined    $ Undetermined

CITY OF THORNE BAY
P.O. BOX 19110
THORNE BAY, AK 99919

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor ___Boy Scouts of America_____    Case number *(if known)* __20-10343 (LSS)___
          Name

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

---

**2.40** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

CITY OF WILMINGTON
ATTN: ROBIN BROWN; REVENUE AUDIT AGENT
DEPT. OF FINANCE, WAGE TAX DIVISION
800 FRENCH STREET
8TH FLOOR
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
NC & DOL Tax Audit

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.41** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

COLLIN COUNTY TAX ASSESSOR COLLECTOR
ATTN: KENNETH L MAUN
P.O. BOX 8046
MCKINNEY, TX 75070-8046

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Personal Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.42** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

COLORADO DEPT. OF REVENUE
1375 SHERMAN ST.
DENVER, CO 80261-0009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.43** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

COLORADO SECRETARY OF STATE
1700 BROADWAY
SUITE 200
DENVER, CO 80290

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Charitable Registration Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    Boy Scouts of America
_____
Name

Case number (if known)    20-10343 (LSS)

**Part 1.    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.44** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

COMMONWEALTH OF MASSACHUSETTS
ATTN: DEPT OF ATTORNEY GENERAL
DIVISION OF PUBLIC CHARITIES
BOSTON, MA 02108-1698

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Charitable Registration Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.45** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

COMMONWEALTH OF PENNSYLVANIA
ATTN: DEPARTMENT OF REVENUE
DEPT. 280414
HARRISBURG, PA 17128-0414

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.46** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

COMMONWEALTH OF PENNSYLVANIA
ATTN: BUREAU OF CHARITABLE
ORGANIZATIONS
207 NORTH OFFICE BUILDING
HARRISBURG, PA 17120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Charitable Registration Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.47** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

COMMONWEALTH OF PUERTO RICO
ATTN: DEPT OF LABOR & HUMAN RESOURCES
BUREAU OF EMPLOYMENT SECURITY
SAN JUAN, PR 00919-1020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Income Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    Boy Scouts of America
          Name

Case number (if known)  20-10343 (LSS)

**Part 1.**    **Additional Page**

| | Total claim | Priority amount |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

---

**2.48**    **Priority creditor's name and mailing address**    $ Undetermined    $ Undetermined

COMMONWEALTH OF VIRGINIA
P.O. BOX 1197
RICHMOND, VA 23218-1197

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Business Reporting Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.49**    **Priority creditor's name and mailing address**    $ Undetermined    $ Undetermined

CONCORDIA PARISH SCHOOL BOARD
ATTN: SALES TAX DEPARTMENT
P.O. BOX 160
VIDALIA, LA 71373-0160

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.50**    **Priority creditor's name and mailing address**    $ Undetermined    $ Undetermined

CONNECTICUT PUBLIC CHARITY UNIT
450 COLUMBUS BLVD.
#801
HARTFORD, CT 06103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Charitable Registration Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.51**    **Priority creditor's name and mailing address**    $11,557.83    $11,557.83

DAHL, MARIA DEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
10/01/2019

**Basis for the claim:**
Severance Payable

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Debtor   Boy Scouts of America
         _____
         Name

Case number *(if known)*  20-10343 (LSS)
                          _____

**Part 1.    Additional Page**

| | Total claim | Priority amount |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

| 2.52 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |

DC TREASURER
ATTN: DEPT OF FINANCE & REVENUE
P.O. BOX 679
WASHINGTON, DC 20044

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.53 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |

DELAWARE SECRETARY OF STATE
ATTN: DIVISION OF CORPORATIONS
P.O. BOX 5509
BINGHAMTON, NY 13902-5509

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Business Reporting Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.54 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |

DENTON COUNTY TAX ASSESSOR COLLECTOR
ATTN: TAX ASSESSOR/COLLECTOR
P.O. BOX 90223
DENTON, TX 76202-5223

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Personal Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.55 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |

DEPARTAMENTO DE FINANZAZ
ATTN: MUNICIPIO AUTONOMO DE GUAYNABO
APARTADO 71370
GUAYNABO, PR 00970

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor   Boy Scouts of America
         _____
         Name

Case number *(if known)*  20-10343 (LSS)
                          _____

---

**Part 1.    Additional Page**

| | Total claim | Priority amount |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

---

**2.56**  **Priority creditor's name and mailing address**    $ Underdetermined    $ Underdetermined

DEPARTMENT OF FINANCE BUREAU
OF REVENUE ROOM 1W09
CITY HALL 1300 PERDIDO STREET
NEW ORLEANS, LA 70112-2114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.57**  **Priority creditor's name and mailing address**    $ Underdetermined    $ Underdetermined

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Excise Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.58**  **Priority creditor's name and mailing address**    $ Underdetermined    $ Underdetermined

DESOTO PARISH SALES
ATTN: AND USE TAX COMMISSION
P.O. BOX 471
MANSFIELD, LA 71052-0471

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.59**  **Priority creditor's name and mailing address**    $ Underdetermined    $ Underdetermined

EAST FELICIAN PARISH
ATTN: SALES TAX DEPARTMENT
P.O. BOX 397
CLINTON, LA 70722-0397

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    Boy Scouts of America
_____
         Name

Case number *(if known)*  20-10343 (LSS)

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.60**    **Priority creditor's name and mailing address**                                     $ Undetermined    $ Undetermined

FALSE ALARM REDUCTION UNIT
4100 CHAIN BRIDGE RD.
FAIRFAX, VA 22030

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Permit Fees & Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.61**    **Priority creditor's name and mailing address**                                     $ Undetermined    $ Undetermined

FLORIDA DEPARTMENT OF REVENUE
5050 W TENNESSEE
TALLAHASSEE, FL 32399-0120

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.62**    **Priority creditor's name and mailing address**                                     $ Undetermined    $ Undetermined

FLORIDA DEPARTMENT OF STATE
ATTN: DIVISION OF CORPORATIONS
P.O. BOX 1500
TALLAHASSEE, FL 32302-1500

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Business Reporting Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.63**    **Priority creditor's name and mailing address**                                     $ Undetermined    $ Undetermined

FLORIDA DEPT. OF AGRI & CONSUMER SVCS
P.O. BOX 6700
TALLAHASSEE, FL 32314-6700

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Charitable Registration Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor _____Boy Scouts of America_____
          Name

Case number *(if known)* ___20-10343 (LSS)___

---

**Part 1.**   **Additional Page**

| | Total claim | Priority amount |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.64**  **Priority creditor's name and mailing address**                    $ Undetermined          $ Undetermined

FORSYTH COUNTY TAX COLLECTOR
P.O. BOX 82
WINSTON-SALEM, NC 27102-0082

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Personal Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.65**  **Priority creditor's name and mailing address**                    $ Undetermined          $ Undetermined

FRED SISK KNOX COUNTY TRUSTEE
P.O. BOX 70
KNOXVILLE, TN 37901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Personal Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.66**  **Priority creditor's name and mailing address**                    $ Undetermined          $ Undetermined

GEORGIA SECRETARY OF STATE
ATTN: SECURITIES & CHARITIES DIVISION
2 MLK JR DR SE, STE 317 WEST TOWER
ATLANTA, GA 30334

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Charitable Registration Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.67**  **Priority creditor's name and mailing address**                    $ Undetermined          $ Undetermined

GRANT PARISH SCHOOL BOARD
ATTN: SALES TAX DEPARTMENT
P.O. BOX 208
COLFAX, LA 71417-0208

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.68 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

HARRIS COUNTY SHERIFF'S OFFICE ALARM DETAIL
1200 BAKER STREET
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Permit Fees & Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| 2.69 | **Priority creditor's name and mailing address** | | $4,098.65 | $4,098.65 |
|---|---|---|---|---|

HENRIKSEN, DEBANY E
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
01/31/2020

**Basis for the claim:**
Severance Payable

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| 2.70 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

IBERIA PARISH SCHOOL BOARD
ATTN: SALES TAX DEPARTMENT
P.O. BOX 9770
NEW IBERIA, LA 70562-9770

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| 2.71 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

ILLINOIS CHARITY BUREAU FUND
CHARITABLE TRUST FUND ATTN: ANNUAL REPORT SECTION
100 WEST RANDOLPH ST., 11TH FLOOR
CHICAGO, IL 60601-3175

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Charitable Registration Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor    Boy Scouts of America
Name

Case number (if known)  20-10343 (LSS)

| Part 1. | Additional Page |

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

---

**2.72** **Priority creditor's name and mailing address**    $ Underdetermined    $ Underdetermined

ILLINOIS DEPARTMENT OF REVENUE
ATTN: RETAILERS OCCUPATION TAX
SPRINGFIELD, IL 62796-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.73** **Priority creditor's name and mailing address**    $ Underdetermined    $ Underdetermined

IOWA DEPT. OF REVENUE AND FINANCE
P. O. BOX 10412
DES MOINES, IA 50306-0412

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.74** **Priority creditor's name and mailing address**    $ Underdetermined    $ Underdetermined

JACKSON PARISH SALES TAX COLLECTION
102 FOURTH STREET
JONESBORO, LA 71251

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.75** **Priority creditor's name and mailing address**    $ Underdetermined    $ Underdetermined

JEFFERSON DAVIS PARISH SCHOOL
ATTN: BOARD SALES TAX DEPARTMENT
P.O. BOX 1161
JENNINGS, LA 70004-0627

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor ___Boy Scouts of America_____
        Name

Case number (if known) ___20-10343 (LSS)_____

| Part 1. | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.76** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

JEFFERSON PARISH SHERIFF'S OFFICE
P.O. BOX 248
GRETNA, LA 70054-0248

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.77** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

JEFFERSON PARISH TAX COLLECTOR
ATTN: PROPERTY TAX DIVISION
P.O. BOX 130
GRETNA, LA 70054-0130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Personal Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.78** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

KANSAS DEPARTMENT OF REVENUE
ATTN: DIRECTOR OF TAXATION
TOPEKA, KS 66625-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.79** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

KANSAS SECRETARY OF STATE
120 SW 10TH AVE
TOPEKA, KS 66612

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Business Reporting Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor ___Boy Scouts of America_____    Case number *(if known)* ___20-10343 (LSS)_____
          Name

| **Part 1.** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.80** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

KENTUCKY STATE TREASURER
ATTN: DEPT OF REVENUE
FRANKFORT, KY 40601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.81** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

LAFAYETTE PARISH SCHOOL BOARD
ATTN: SALES TAX DIVISION
P.O. BOX 3883
LAFAYETTE, LA 70502-3883

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.82** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

LAFOURCHE PARISH SCHOOL BOARD
ATTN: SALES TAX DEPARTMENT
P.O. BOX 997
THIBODEAUX, LA 70302-0997

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.83** | **Priority creditor's name and mailing address** | $29,745.19 | $13,650.00

LAUGHLIN, JEFFREY COLIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
02/03/2020

**Basis for the claim:**
Severance Payable

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** |

Debtor    Boy Scouts of America
_____
Name

Case number (if known) 20-10343 (LSS)
_____

**Part 1.**    **Additional Page**

| | Total claim | Priority amount |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

| 2.84 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

LINCOLN PARISH
ATTN: SALES & USE TAX COMMISSION
P.O. BOX 863
RUSTON, LA 71273-0863

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales & Use Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.85 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

LIVINGSTON PARISH SCHOOL BOARD
P.O. BOX 1030
LIVINGSTON, LA 70754-1030

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales & Use Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.86 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

LOUISIANA DEPT. OF JUSTICE
1885 N 3RD ST.
4TH FLOOR
BATON ROUGE, LA 70802-5146

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Charitable Registration Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

| 2.87 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

LOUISIANA DEPT. OF REVENUE AND TAXATION
P.O. BOX 91017
BATON ROUGE, LA 70821-9017

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales & Use Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Boy Scouts of America
          Name

Case number *(if known)*  20-10343 (LSS)

---

**Part 1.    Additional Page**

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|---|

---

**2.88** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

MAINE REVENUE SERVICES
ATTN: SALES & USE TAX DIVISION
P.O. BOX 9112
AUGUSTA, ME 04332-9112

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.89** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

MARICOPA COUNTY TREASURER
P.O. BOX 52133
PHOENIX, AZ 85072-2133

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Personal Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.90** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

MASS DOR (DEPT. OF REVENUE)
P.O. BOX 7038
BOSTON, MA 02204-7038

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.91** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

MASSACHUSETTS DEPT. OF REVENUE
P.O. BOX 7067
BOSTON, MA 02204

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Income Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor ___Boy Scouts of America_____     Case number *(if known)*___20-10343 (LSS)_____
        Name

**Part 1.**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.92 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |
|---|---|---|---|

MD SECRETARY OF STATE
STATE HOUSE
ANNAPOLIS, MD 21401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Charitable Registration Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.93 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |
|---|---|---|---|

MICHIGAN DEPT. OF TREASURY
DEPARTMENT 77802
DETROIT, MI 48277-0802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.94 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |
|---|---|---|---|

MINISTER OF FINANCE - MANITOBA
101-401 YORK AVENUE
WINIPEG, MB R3C OP8
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Reporting & Licensing Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.95 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |
|---|---|---|---|

MINNESOTA DEPT. OF REVENUE
P.O. BOX 64622
ST PAUL, MN 55164-0622

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor _____Boy Scouts of America_____     Case number *(if known)* __20-10343 (LSS)_____
         Name

**Part 1.    Additional Page**

| | Total claim | Priority amount |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

| 2.96 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |
|---|---|---|---|

MONTANA SECRETARY OF STATE
P.O. BOX 202801
HELENA, MT 59620-2801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Business Reporting Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| 2.97 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |
|---|---|---|---|

MONTEREY COUNTY TAX COLLECTOR
P.O. BOX 891
SALINAS, CA 93902-0891

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Personal Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| 2.98 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |
|---|---|---|---|

MONTGOMERY COUNTY
255 ROCKVILE PIKE
SUITE L-15
ROCKVILLE, MD 20850

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Checkout Bag Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| 2.99 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |
|---|---|---|---|

MOREHOUSE SALES & USE TAX COMMISSION
P.O BOX 672
BASTROP, LA 71221-0672

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor      Boy Scouts of America
            _____
            Name

Case number (if known) ___20-10343 (LSS)____

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.100** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

MPCA
ATTN: MINNESOTA POLLUTION CONTROL
AGENCY
P.O. BOX 64893
ST PAUL, MN 55164-0893

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Permit Fees & Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.101** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

MS SECRETARY OF STATE
125 SOUTH CONGRESS STREET
JACKSON, MS 39201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Charitable Registration Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.102** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

NC DEPARTMENT OF REVENUE
P.O. BOX 25000
RALEIGH, NC 27640-0150

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.103** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

NEBRASKA DEPT. OF REVENUE
P.O. BOX 94818
LINCOLN, NE 68509-4818

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Reporting & Licensing Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    Boy Scouts of America
Name

Case number (if known)  20-10343 (LSS)

---

**Part 1.**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

| 2.104 | Priority creditor's name and mailing address | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

NEBRASKA DEPT. OF REVENUE
P.O. BOX 98923
LINCOLN, NE 68509-8923

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.105 | Priority creditor's name and mailing address | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

NEVADA SECRETARY OF STATE
202 N CARSON ST.
CARSON CITY, NV 89701-4201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Business Reporting Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.106 | Priority creditor's name and mailing address | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

NEW MEXICO SECRETARY OF STATE
325 DON GASPAR
SUITE 300
SANTA FE, NM 87501

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Business Reporting Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.107 | Priority creditor's name and mailing address | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

NEW MEXICO TAXATION & REVENUE DEPT.
ATTN: CORPORATE INCOME & FRANCHISE TAX
P.O. BOX 25127
SANTA FE, NM 87504-5127

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Income Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor      Boy Scouts of America
            _____
            Name

Case number (if known)  20-10343 (LSS)

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.108** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

NEW YORK SALES TAX BUREAU
ATTN: CEN RETURNS PROC UNIT
P.O. BOX 894
NEW YORK, NY 10005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.109** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

NEW YORK STATE CORPORATION TAX
ATTN: CORPORATION TAX PROCESSING
W A HARRIMAN CAMPUS
ALBANY, NY 12227

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Income Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.110** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

NEW YORK STATE DEPT. OF LAW
ATTN: CHARITIES BUREAU-REGISTRATION
SECTION
120 BROADWAY
NEW YORK, NY 10271

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Charitable Registration Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.111** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

NJ DIVISION OF CONSUMER AFFAIRS
P.O. BOX 45021
NEWARK, NJ 07101-8002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Charitable Registration Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| Debtor | Boy Scouts of America | Case number (if known) | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.112** **Priority creditor's name and mailing address** $ Underdetermined   $ Underdetermined

NM TAXATION & REVENUE DEPT
P.O. BOX 25123
SANTA FE, NM 87504-5123

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Reporting & Licensing Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.113** **Priority creditor's name and mailing address** $ Underdetermined   $ Underdetermined

NORTH CAROLINA SECRETARY OF STATE
ATTN: CHARITABLE SOLICITATION LICENSING
P.O. BOX 29622
RALEIGH, NC 27626-0622

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Charitable Registration Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.114** **Priority creditor's name and mailing address** $ Underdetermined   $ Underdetermined

NV STMT OF BUSINESS PUBLICATION
ATTN: NEVADA LEGAL PRESS
101 N. CARSON STREET, SUITE 3
CARSON CITY, NV 89701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Business Reporting Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.115** **Priority creditor's name and mailing address** $ Underdetermined   $ Underdetermined

OFFICE OF STATE TAX COMMISSIONER
STATE CAPITOL
600 E BOULEVARD AVE., DEPT 127
BISMARK, ND 58505-0553

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)
_____

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.116** **Priority creditor's name and mailing address**    $ Undetermined    $ Undetermined

OFFICE OF THE ATTORNEY GENERAL
ATTN: REGISTRY OF CHARITABLE TRUSTS
P.O. BOX 903447
SACRAMENTO, CA 94203-4470

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Charitable Registration Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.117** **Priority creditor's name and mailing address**    $ Undetermined    $ Undetermined

OHIO ATTORNEY GENERAL
30 E. BROAD STREET
14TH FLOOR
COLUMBUS, OH 43215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Charitable Registration Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.118** **Priority creditor's name and mailing address**    $ Undetermined    $ Undetermined

OHIO TREASURER OF STATE
P.O. BOX 16560
COLUMBUS, OH 43216-6560

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.119** **Priority creditor's name and mailing address**    $ Undetermined    $ Undetermined

OKLAHOMA SECRETARY OF STATE
2300 N LINCOLN #101
OKLAHOMA CITY, OK73105-4897

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Charitable Registration Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    Boy Scouts of America
          _____
          Name

Case number (if known) __20-10343 (LSS)__

---

**Part 1.**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.120** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

OKLAHOMA TAX COMMISSION
P.O. BOX 26930
OKLAHOMA CITY, OK 73126-0930

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.121** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

ORANGE COUNTY TAX COLLECTOR
P.O. BOX 1438
SANTA ANA, CA 92702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Personal Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.122** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

OREGON DEPT. OF JUSTICE
100 SW MARKET STREET
PORTLAND, OR 97201-5702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Charitable Registration Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.123** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

PA DEPT. OF LABOR & INDUSTRY
ATTN: BEDDING AND UPHOLSTERY SECTION
651 BOAS - RM 1623
HARRISBURG, PA 17121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Bedding License Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 31 of 878

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 1.**    **Additional Page**

| | Total claim | Priority amount |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

---

**2.124**  **Priority creditor's name and mailing address**                          $ Underdetermined    $ Underdetermined

PARISH OF EAST BATON ROUGE
ATTN: SALES TAX DEPARTMENT
P.O. BOX 2590
BATON ROUGE, LA 70821-2590

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.125**  **Priority creditor's name and mailing address**                          $ Underdetermined    $ Underdetermined

PARISH OF IBERVILLE
P.O. BOX 355
PLAQUEMINE, LA 70765-0355

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.126**  **Priority creditor's name and mailing address**                          $ Underdetermined    $ Underdetermined

PARISH OF ST BERNARD
P.O. BOX 168
CHALMETTE, LA 70044

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.127**  **Priority creditor's name and mailing address**                          $ Underdetermined    $ Underdetermined

PARISH OF TERREBONNE
ATTN: SALES TAX FUND
P.O. BOX 670
HOUMA, LA 70361-0670

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)
_____

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.128** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

PLAQUEMINES PARISH
ATTN: SALES TAX DIVISION
7163 HIGHWAY 39 SUITE 105
BRAITHWAITE, LA 70040-2262

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.129** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

PUERTO RICO DEPARTMENT OF THE TREASURY
P.O. BOX 9022501
SAN JUAN, PR 00902-2501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.130** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

RAPIDES PARISH
ATTN: SALES & USE TAX DEPARTMENT
P.O. BOX 671
ALEXANDRIA, LA 71309-0671

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.131** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

SABINE PARISH
ATTN: SALES & USE TAX COMMISSION
P.O. BOX 249
MANY, LA71449-0249

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    Boy Scouts of America
          Name

Case number (if known)  20-10343 (LSS)

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.132** Priority creditor's name and mailing address                                   $ Underdetermined    $ Underdetermined

SACRAMENTO COUNTY
ATTN: UNSECURED TAX UNIT
P. O. BOX 508
SACRAMENTO, CA 95812-0508

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Personal Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.133** Priority creditor's name and mailing address                                   $ Underdetermined    $ Underdetermined

SALES AND USE TAX OFFICE
ATTN: ST JOHN THE BAPTIST PARISH
P.O. BOX 432
RESERVE, LA 70084

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.134** Priority creditor's name and mailing address                                   $ Underdetermined    $ Underdetermined

SBC TAX COLLECTOR
172 W THIRD STREET
1ST FLOOR
SAN BERNARDINO, CA 92415-0360

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Personal Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.135** Priority creditor's name and mailing address                                   $ Underdetermined    $ Underdetermined

SD SECRETARY OF STATE
CAPITOL BUILDING
500 EAST CAPITOL AVENUE; SUITE 204
PIERRE, SD 57501-5070

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Business Reporting Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| Debtor | Boy Scouts of America | Case number (if known) | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.136** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

SECRETARY OF STATE - ND
600 E BOULEVARD AVE
DEPT 108
BISMARCK, ND 58505-0500

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Charitable Registration Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.137** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

SECRETARY OF STATE OF RHODE ISLAND
ATTN: CORPORATIONS DIVISION
100 NORTH MAIN STREET
PROVIDENCE, RI 02903-1335

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Business Reporting Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.138** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

SHELBY COUNTY TRUSTEE- DAVID LENOR
P.O. BOX 2751
MEMPHIS, TN 38101-2751

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Personal Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.139** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

SOUTH CAROLINA DEPARTMENT OF REVENUE
ATTN: SALES TAX RETURN
COLUMBIA, SC 29214-0101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    Boy Scouts of America
　　　　　Name

Case number (if known)  20-10343 (LSS)

**Part 1.    Additional Page**

| | Total claim | Priority amount |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.140   Priority creditor's name and mailing address**　　　　　　　　　　$ Undetermined　　　　$ Undetermined

SOUTH CAROLINA SECRETARY OF STATE
ATTN: SC SECRETARY OF STATE'S OFFICE
1205 PENDLETON STREET, SUITE 525
COLUMBIA, SC 29201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Charitable Registration Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.141   Priority creditor's name and mailing address**　　　　　　　　　　$ Undetermined　　　　$ Undetermined

SOUTH DAKOTA DEPT. OF REVENUE
P. O. BOX 5055
SIOUX FALLS, SD 57117-5055

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.142   Priority creditor's name and mailing address**　　　　　　　　　　$ Undetermined　　　　$ Undetermined

ST CHARLES PARISH SCHOOL BOARD
ATTN: SALES AND USE TAX DEPARTMENT
P.O. BOX 46
LULING, LA 70070

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.143   Priority creditor's name and mailing address**　　　　　　　　　　$ Undetermined　　　　$ Undetermined

ST JAMES PARISH SCHOOL BOARD
ATTN: SALES & USE TAX DEPARTMENT
P.O. BOX 368
LUTCHER, LA 70071-0368

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)
_____

---

**Part 1.**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.144**  **Priority creditor's name and mailing address**                                                    $ Underdetermined        $ Underdetermined

ST LANDRY PARISH SCHOOL BOARD
ATTN: SALES & USE TAX DEPARTMENT
P.O. BOX 1210
OPELOUSAS, LA 70571

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.145**  **Priority creditor's name and mailing address**                                                    $ Underdetermined        $ Underdetermined

ST MARTIN PARISH SCHOOL BOARD
ATTN: SALES TAX DEPT
P/O BOX 1000
BREAUX BRIDGE, LA 70517

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.146**  **Priority creditor's name and mailing address**                                                    $ Underdetermined        $ Underdetermined

ST MARY PARISH
ATTN: SALES & USE TAX DEPARTMENT
P.O. BOX 1142
MORGAN CITY, LA 70381-1142

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.147**  **Priority creditor's name and mailing address**                                                    $ Underdetermined        $ Underdetermined

ST TAMMANY PARISH SHERIFF'S DPT
ATTN: SALES TAX DEPARTMENT
P.O. BOX 479
COVINGTON, LA 70434-0479

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)*  20-10343 (LSS)

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.148** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

STATE BOARD OF EQUALIZATION
CALIFORNIA SALES TAX
P.O. BOX 863
SACRAMENTO, CA 95804

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.149** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

STATE OF ALASKA
1031 W 4TH AVE.
SUITE 200
ANCHORAGE, AK 99501-1994

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Charitable Registration Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.150** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

STATE OF CONNECTICUT
ATTN: DEPARTMENT OF REVENUE SERVICES
P.O. BOX 5030
HARTFORD, CT 06102-5030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.151** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

STATE OF DELAWARE
ATTN: DIVISION OF CORPORATIONS
P.O. BOX 5509
BINGHAMTON, NY 13902-5509

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Business Reporting Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)*  20-10343 (LSS)
                          _____

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.152 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

STATE OF GEORGIA
ATTN: DEPT OF REVENUE
P.O. BOX 105296
ATLANTA, GA 30348

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.153 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

STATE OF MAINE
35 STATE HOUSE STATION
AUGUSTA, ME 04333-0035

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Charitable Registration Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.154 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

STATE OF MARYLAND
P.O. BOX 17405
BALTIMORE, MD 21297-1405

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.155 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

STATE OF MINNESOTA
ATTN: ATTORNEY GENERAL-CHARITIES
DIVISION
445 MINNESOTA STREET, SUITE#1200
ST PAUL, MN 55101-2130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Business Reporting Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)* 20-10343 (LSS)
                        _____

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

---

**2.156** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

STATE OF NEW HAMPSHIRE
ATTN: ATTORNEY GENERAL CHARITABLE TRUST
UNIT
33 CAPITOL STREET
CONCORD, NH 03301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Charitable Registration Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.157** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

STATE OF NJ-SALES & USE TAX
P.O. BOX 999
TRENTON, NJ 08646-0999

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.158** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

STATE OF RHODE ISLAND DIVISION/ TAXATION
ONE CAPITOL HILL STE 36
PROVIDENCE, RI 02908-5829

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.159** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

STATE OF RHODE ISLAND GENERAL
TREASURER
JOHN O PASTORE CENTER
1511 PONTIAC AVE BLDG 69-1
CRANSTON, RI 02920

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Bedding License Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    Boy Scouts of America
Name                                                                    Case number (if known)   20-10343 (LSS)

---

**Part 1.** **Additional Page**

| | Total claim | Priority amount |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

---

**2.160** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

STATE OF TENNESSEE
312 ROSA L PARKS AVE.
8TH FLOOR
NASHVILLE, TN 37243-0308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Charitable Registration Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.161** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

STATE OF WASHINGTON DEPT. OF REVENUE
P.O. BOX 34052
SEATTLE, WA 98124-1052

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.162** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

STATE OF WYOMING
ATTN: DEPT OF REVENUE
HERSCHLER BUILDING
CHEYENNE, WY 82002-0110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.163** | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined

STATE TAX COMMISSION IDAHO
P.O. BOX 83784
BOISE, ID 83707-3784

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)

## Part 1.    Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

---

**2.164**  **Priority creditor's name and mailing address**

$ Undetermined         $ Undetermined

STATE TAX COMMISSION
P.O. BOX 960
JACKSON, MS 39205-0960

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.165**  **Priority creditor's name and mailing address**

$ Undetermined         $ Undetermined

TANGIPAHOA PARISH SCHOOL SYSTEM
ATTN: SALES & USE TAX DIVISION
P.O. BOX 159
AMITE, LA 70422-0159

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.166**  **Priority creditor's name and mailing address**

$ Undetermined         $ Undetermined

TARRANT COUNTY TAX ASSESSOR-COLLECTOR
ATTN: TARRANT CNTY TAX
ASSESSOR/COLLECTOR
100 E WEATHERFORD
FT WORTH, TX 76196-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Personal Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.167**  **Priority creditor's name and mailing address**

$ Undetermined         $ Undetermined

TAX COLLECTOR MONROE COUNTY FL
ATTN: DANISE D. HENRIQUEZ CFC
P.O. BOX 1129
KEY WEST, FL 33041-1129

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Environmental & Stormwater Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.168 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |
|---|---|---|---|

TAXATION & REVENUE DEPARTMENT
P.O. BOX 123
MONROE, LA 71210-0123

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.169 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |
|---|---|---|---|

TAXATION & REVENUE DEPT
P.O. BOX 2527
SANTA FE, NM 87504-2527

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.170 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |
|---|---|---|---|

TENNESSEE DEPT. OF REVENUE
ANDREW JACKSON STATE OFFICE BLDG
500 DEADERICK STREET
NASHVILLE, TN 37242-1399

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Business License Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.171 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |
|---|---|---|---|

TEXAS STATE COMPTROLLER
ATTN: COMPTROLLER OF PUBLIC ACCOUNTS
CAPITOL STATION
AUSTIN, TX 78774-0100

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor __Boy Scouts of America_____     Case number *(if known)* __20-10343 (LSS)__
       Name

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.172** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

THE CITY OF CORTEZ
123 ROGER SMITH AVE.
CORTEZ, CO 81321

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.173** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

TREASURER OF VIRGINIA
ATTN: DEPT OF AGRICULTURE & CONSUMER SERV
102 GOVERNOR ST, LOWER LEVEL
RICHMOND, VA 23219

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Charitable Registration Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.174** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

TREASURER STATE OF CONNECTICUT
165 CAPITOL AVENUE
HARTFORD, CT 06106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Bedding License Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.175** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

TREASURER STATE OF OHIO
6606 TUSSING RD
P.O. BOX 4009
REYNOLDSBURG, OH 43068-9009

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Bedding License Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor  Boy Scouts of America
Name

Case number *(if known)*  20-10343 (LSS)

**Part 1.**   **Additional Page**

| | Total claim | Priority amount |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.176**  **Priority creditor's name and mailing address**    $ Undetermined    $ Undetermined

TREASURER, CITY OF MEMPHIS
P.O. BOX 185
MEMPHIS, TN 38101-0185

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Personal Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**2.177**  **Priority creditor's name and mailing address**    $ Undetermined    $ Undetermined

U.S. CUSTOMS AND BORDER PROTECTION
IPL/CBP INFO CENTER
1300 PENNSLYVANIA AVENUE NW; MS:1345
WASHINGTON, DC 20229

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Duties & Import Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**2.178**  **Priority creditor's name and mailing address**    $ Undetermined    $ Undetermined

U.S. DEPARTMENT OF LABOR
EMPLOYEE BENEFITS SECURITY
ADMINISTRATION
525 S. GRIFFIN STREET
FEDERAL BUILDING, ROOM 900
DALLAS, TX 75202-5025

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Pension Tax Audit

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**2.179**  **Priority creditor's name and mailing address**    $ Undetermined    $ Undetermined

UDAF
350 NORTH REDWOOD RD.
P.O. BOX 146500
SALT LAKE CITY, UT 84114-6500

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Bedding License Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|--------|------------------------|--------------------------|----------------|
|        | Name                   |                          |                |

**Part 1.    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.180 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|-------|---|---|---|---|

UNION PARISH
ATTN: SALES TAX DEPARTMENT
P.O. BOX 545
FARMERSVILLE, LA 71241-0545

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.181 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|-------|---|---|---|---|

UNITED STATES TREASURY
2970 MARKET STREET
BLN#3-G23, 100
PHILADELPHIA, PA 19104-5002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Reporting & Licensing Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.182 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|-------|---|---|---|---|

UTAH DEPT. OF COMMERCE
160 E 300 SOUTH
SALT LAKE CITY, UT 84114-6704

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Charitable Registration Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| 2.183 | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined |
|-------|---|---|---|---|

VDH - BEDDING
P.O. BOX 2448 ROOM 521
RICHMOND, VA 23218

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Bedding License Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor ___Boy Scouts of America_____     Case number *(if known)* __20-10343 (LSS)__
    Name

| Part 1. | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.184** **Priority creditor's name and mailing address**      $ Undetermined     $ Undetermined

VERMILLION PARISH SCHOOL BOARD
ATTN: SALES TAX DIVISION
DRAWER 520
ABBEVILLE, LA 70511-0520

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.185** **Priority creditor's name and mailing address**      $ Undetermined     $ Undetermined

VERMONT DEPARTMENT OF TAXES
P.O. BOX 547
MONTPELIER, VT 05601-0547

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.186** **Priority creditor's name and mailing address**      $ Undetermined     $ Undetermined

VERNON PARISH SCHOOL BOARD
ATTN: SALES TAX DEPARTMENT
117 BELVIEW RD
LEESVILLE, LA 71446-2902

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.187** **Priority creditor's name and mailing address**      $ Undetermined     $ Undetermined

VIRGIN ISLANDS BUREAU OF INTERNAL
REVENUE
6115 ESTATE SMITH BAY
SUITE 225
ST THOMAS, VI 00802-1332

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Income Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* 20-10343 (LSS)

---

**Part 1.**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.188**  **Priority creditor's name and mailing address**                    $ Undetermined    $ Undetermined

WASHINGTON COUNTY TRUSTEE
P.O. BOX 215
JONESBOROUGH, TN 37659

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Personal Property Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.189**  **Priority creditor's name and mailing address**                    $ Undetermined    $ Undetermined

WASHINGTON OFFICE OF INSURANCE
P.O. BOX 40256
OLYMPIA, WA 98504

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Reporting & Licensing Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.190**  **Priority creditor's name and mailing address**                    $ Undetermined    $ Undetermined

WASHINGTON PARISH
ATTN: SALES TAX DEPARTMENT
P.O. BOX 508
FRANKLINTON, LA 70438

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.191**  **Priority creditor's name and mailing address**                    $ Undetermined    $ Undetermined

WASHINGTON SECRETARY OF STATE
801 CAPITAL WAY SOUTH
OLYMPIA, WA 98501-1226

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Business Reporting Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor  Boy Scouts of America
        Name

Case number (if known)  20-10343 (LSS)

| **Part 1.** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

---

**2.192** | **Priority creditor's name and mailing address** — $ Undetermined — $ Undetermined

WEBSTER PARISH SCHOOL BOARD
ATTN: SALES TAX DEPARTMENT
P.O. BOX 357
MINDEN, LA 71058-0357

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.193** | **Priority creditor's name and mailing address** — $ Undetermined — $ Undetermined

WEST BATON ROUGE PARISH
ATTN: SALES TAX DEPARTMENT
P.O. BOX 53
PORT ALLEN, LA 70767-0053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.194** | **Priority creditor's name and mailing address** — $ Undetermined — $ Undetermined

WEST FELICIANA PARISH SCHOOL BD
ATTN: SALES TAX DEPARTMENT
P.O. BOX 1910
ST FRANCISVILLE, LA 70775-1910

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.195** | **Priority creditor's name and mailing address** — $ Undetermined — $ Undetermined

WEST VIRGINIA DIVISION OF LABOR
1900 KANAWHA BLVD E
STATE CAPITOL COMPLEX, BLDG3, RM 200
CHARLESTON, WV 25305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Bedding License Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    Boy Scouts of America
          Name

Case number (if known)  20-10343 (LSS)

| Part 1. | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.196** Priority creditor's name and mailing address

WEST VIRGINIA SECRETARY OF STATE
ATTN: BUSINESS AND LICENSING DIVISION
P.O. BOX 40300
CHARLESTON, WV 25364

$ Undetermined        $ Undetermined

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Business Reporting Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.197** Priority creditor's name and mailing address

WEST VIRGINIA STATE TAX DEPT
ATTN: ACCOUNTING DIVISION
PO DRAWER 1667
CHARLESTON, WV 25326-1667

$ Undetermined        $ Undetermined

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.198** Priority creditor's name and mailing address

WI DEPT. OF FINANCIAL INSTITUTIONS
ATTN: CHARITABLE ORGANIZATIONS
201 W WASHINGTON AVE, STE 500
MADISON, WI 53703

$ Undetermined        $ Undetermined

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Charitable Registration Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.199** Priority creditor's name and mailing address

WINN PARISH
ATTN: SCHOOL BOARD
P.O. BOX 430
WINNFIELD, LA 71483-0430

$ Undetermined        $ Undetermined

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    Boy Scouts of America
_____
          Name

Case number *(if known)*  20-10343 (LSS)
_____

---

## Part 1.    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.200** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

WISCONSIN DEPARTMENT OF REVENUE
P.O. BOX 93389
MILWAUKEE, WI 53293-0389

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Sales & Use Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.201** | **Priority creditor's name and mailing address** | | $ Undetermined | $ Undetermined

WV SECRETARY OF STATE
1615 E WASHINGTON ST.
CHARLESTON, WV 25311

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Charitable Registration Tax

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

| Debtor | Boy Scouts of America | Case number (if known) | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
1-800-PACK-RAT
11640 NORTHPARK DR, STE 200
WAKE FOREST, NC 27587

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 466.53

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**3.2** | **Nonpriority creditor's name and mailing address**
1040 AVENUE OF THE AMERICAS LLC
PO BOX 765
SHORT HILLS, NJ 07078

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 19.80

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number** __ __ __ __

**3.3** | **Nonpriority creditor's name and mailing address**
2CIMPLE INC
3101 HOFFMAN DR
PLANO, TX 75025

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,500.00

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**3.4** | **Nonpriority creditor's name and mailing address**
3096-3227 QUEBEC INC/GROUPE ACCESS
8270 MAYRAND
MONTREAL, QC H4P 2C5
CANADA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 11,636.69

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**3.5** | **Nonpriority creditor's name and mailing address**
876 MEDIA LLC
122 GODDARD AVE
FAYETTEVILLE, WV 25840

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 120.00

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**3.6** | **Nonpriority creditor's name and mailing address**
A & A LINE & WIRE CORP
29 LIBERTY ST
PASSAIC, NJ 07055

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 13,860.00

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7** | **Nonpriority creditor's name and mailing address** | $348.90

A & S SUPPLIERS INC
1970 W 84TH ST
HIALEAH, FL 33014

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.8** | **Nonpriority creditor's name and mailing address** | $137,720.62

A B EMBLEMS & CAPS
PO BOX 695
WEAVERVILLE, NC 28787

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.9** | **Nonpriority creditor's name and mailing address** | $1,000.00

A-1 SERVICES INC
2715 HWY 37
EVELETH, MN 55734

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.10** | **Nonpriority creditor's name and mailing address** | $7,737.47

AAF HAULING INC
PO BOX 415
GUADALUPITA, NM 87722-0415

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.11** | **Nonpriority creditor's name and mailing address** | $10.00

AARON BLISS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.12** | **Nonpriority creditor's name and mailing address** | | $142,923.51

ABBOTT, LARRY C.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.13** | **Nonpriority creditor's name and mailing address** | | $95.40

ABC BURGLAR ALARM SYSTEMS INC
PO BOX 189
ORLAND PARK, IL 60462-0189

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.14** | **Nonpriority creditor's name and mailing address** | | $198.33

ABENITY INC
725 COOL SPRINGS BLVD SUITE 600
FRANKLIN, TN 37067

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.15** | **Nonpriority creditor's name and mailing address** | | $249.86

ABF FREIGHT SYSTEM INC
PO BOX 667
BELMONT, NC 28012-0667

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.16** | **Nonpriority creditor's name and mailing address** | | $6,731.93

ABF FREIGHT SYSTEM INC
PO BOX 667
BELMONT, NC 28012-0667

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.17 | **Nonpriority creditor's name and mailing address** | | $16,551.47 |
|---|---|---|---|

ABF FREIGHT SYSTEM
325 PEACH ORCHARD STREET
BELMONT, NC 28012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.18 | **Nonpriority creditor's name and mailing address** | | $18.75 |
|---|---|---|---|

ABRAHAM LINCOLN CNCL #144
5231 S SIXTH ST ROAD
SPRINGFIELD, IL 62703

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.19 | **Nonpriority creditor's name and mailing address** | | $325.00 |
|---|---|---|---|

ACCT
1079 HOVER ST, STE 200
LONGMONT, CO 80501

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.20 | **Nonpriority creditor's name and mailing address** | | $30,172.03 |
|---|---|---|---|

ACE AMERICAN INSURANCE COMPANY
DEPT CH 10123
PALATINE, IL 60055

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.21 | **Nonpriority creditor's name and mailing address** | | $235.80 |
|---|---|---|---|

ACE LOCKSMITH 2, LLC
3232 IRVING BLVD
DALLAS, TX 75247

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor   Boy Scouts of America
         _____
         Name

Case number *(if known)*  20-10343 (LSS)
         _____

**Part 2:** **Additional Page**

| | Amount of claim |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.22** | **Nonpriority creditor's name and mailing address** | $61.46

ACE SOLID WASTE INC
PO BOX 679859
DALLAS, TX 75267-9859

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.23** | **Nonpriority creditor's name and mailing address** | $22,635.36

ACME UNITED CORP
PO BOX 347808
PITTSBURGH, PA 15250-4808

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.24** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ADDRESS ON FILE 2020-357421
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employment EEOC Matter

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.25** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ADDRESS ON FILE 2020-357422
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employment EEOC Matter

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.26** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ADDRESS ON FILE 2020-357424
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employment Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:   Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.27**   **Nonpriority creditor's name and mailing address**                                         $ Undetermined

ADDRESS ON FILE 2020-357425
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employment EEOC Matter

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.28**   **Nonpriority creditor's name and mailing address**                                         $ Undetermined

ADDRESS ON FILE 2020-357426
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employment EEOC Matter

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.29**   **Nonpriority creditor's name and mailing address**                                         $ Undetermined

ADDRESS ON FILE 2020-357428
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employment EEOC Matter

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.30**   **Nonpriority creditor's name and mailing address**                                         $ Undetermined

ADDRESS ON FILE 2020-357429
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.31**   **Nonpriority creditor's name and mailing address**                                         $ Undetermined

ADDRESS ON FILE 2020-357430
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employment EEOC Matter

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor      Boy Scouts of America
            _____
            Name

Case number *(if known)*___20-10343 (LSS)___

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.32 | **Nonpriority creditor's name and mailing address** | $ Undetermined

ADDRESS ON FILE 2020-357432
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employment EEOC Matter

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.33 | **Nonpriority creditor's name and mailing address** | $ Undetermined

ADDRESS ON FILE 2020-357433
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.34 | **Nonpriority creditor's name and mailing address** | $ Undetermined

ADDRESS ON FILE 2020-357434
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employment EEOC Matter

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.35 | **Nonpriority creditor's name and mailing address** | $ Undetermined

ADDRESS ON FILE 2020-357435
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.36 | **Nonpriority creditor's name and mailing address** | $ Undetermined

ADDRESS ON FILE 2020-357436
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employment Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.37** **Nonpriority creditor's name and mailing address**      $ Undetermined

ADDRESS ON FILE 2020-357438
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employment EEOC Matter

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.38** **Nonpriority creditor's name and mailing address**      $ Undetermined

ADDRESS ON FILE 2020-357440
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employment EEOC Matter

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.39** **Nonpriority creditor's name and mailing address**      $ Undetermined

ADDRESS ON FILE 2020-357441
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.40** **Nonpriority creditor's name and mailing address**      $ Undetermined

ADDRESS ON FILE 2020-357442
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employment EEOC Matter

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.41** **Nonpriority creditor's name and mailing address**      $ Undetermined

ADDRESS ON FILE 2020-357444
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employment EEOC Matter

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      Page 59 of 878

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* _20-10343 (LSS)_

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.42** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ADDRESS ON FILE 2020-357446
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employment EEOC Matter

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.43** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ADDRESS ON FILE 2020-357448
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employment Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.44** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ADDRESS ON FILE 2020-357449
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.45** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ADDRESS ON FILE 2020-357450
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employment EEOC Matter

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.46** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ADDRESS ON FILE 2020-357452
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employment EEOC Matter

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 60 of 878

Debtor     Boy Scouts of America
           _____
           Name

Case number (if known) ___20-10343 (LSS)___

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.47**  **Nonpriority creditor's name and mailing address**                              $ Undetermined

ADDRESS ON FILE 2020-357454
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employment EEOC Matter

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.48**  **Nonpriority creditor's name and mailing address**                              $ Undetermined

ADDRESS ON FILE 2020-357455
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.49**  **Nonpriority creditor's name and mailing address**                              $ Undetermined

ADDRESS ON FILE 2020-357456
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employment Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.50**  **Nonpriority creditor's name and mailing address**                              $ Undetermined

ADDRESS ON FILE 2020-357458
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Employment Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.51**  **Nonpriority creditor's name and mailing address**                              $ Undetermined

ADDRESS ON FILE 2020-357459
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|--------|----------------------|---------------------------|----------------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.52** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

ADDRESS ON FILE 2020-357460
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employment Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.53** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

ADDRESS ON FILE 2020-357461
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.54** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

ADDRESS ON FILE 2020-357462
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employment EEOC Matter

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.55** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

ADDRESS ON FILE 2020-357465
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.56** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

ADDRESS ON FILE 2020-357466
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* 20-10343 (LSS)

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.57** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ADDRESS ON FILE 2020-357467
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.58** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ADDRESS ON FILE 2020-357475
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.59** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ADDRESS ON FILE 2020-357477
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.60** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ADDRESS ON FILE 2020-357479
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.61** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ADDRESS ON FILE 2020-357481
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
          Name

Case number *(if known)*  20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.62 | **Nonpriority creditor's name and mailing address**                                $ Undetermined

ADDRESS ON FILE 2020-357486
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.63 | **Nonpriority creditor's name and mailing address**                                $ Undetermined

ADDRESS ON FILE 2020-357500
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.64 | **Nonpriority creditor's name and mailing address**                                $ Undetermined

ADDRESS ON FILE 2020-357504
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.65 | **Nonpriority creditor's name and mailing address**                                $ Undetermined

ADDRESS ON FILE 2020-357506
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.66 | **Nonpriority creditor's name and mailing address**                                $ Undetermined

ADDRESS ON FILE 2020-357514
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number (if known)  20-10343 (LSS)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.67**  **Nonpriority creditor's name and mailing address**                                     $ Undetermined

ADDRESS ON FILE 2020-357516                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                                 *Check all that apply.*

                                                ☒ Contingent
                                                ☒ Unliquidated
                                                ☒ Disputed

                                                **Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined   **Is the claim subject to offset?**

**Last 4 digits of account number**                ☐ No
                                                ☐ Yes

---

**3.68**  **Nonpriority creditor's name and mailing address**                                     $ Undetermined

ADDRESS ON FILE 2020-357518                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                                 *Check all that apply.*

                                                ☒ Contingent
                                                ☒ Unliquidated
                                                ☒ Disputed

                                                **Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined   **Is the claim subject to offset?**

**Last 4 digits of account number**                ☐ No
                                                ☐ Yes

---

**3.69**  **Nonpriority creditor's name and mailing address**                                     $ Undetermined

ADDRESS ON FILE 2020-357524                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                                 *Check all that apply.*

                                                ☒ Contingent
                                                ☒ Unliquidated
                                                ☒ Disputed

                                                **Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined   **Is the claim subject to offset?**

**Last 4 digits of account number**                ☐ No
                                                ☐ Yes

---

**3.70**  **Nonpriority creditor's name and mailing address**                                     $ Undetermined

ADDRESS ON FILE 2020-357526                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                                 *Check all that apply.*

                                                ☒ Contingent
                                                ☒ Unliquidated
                                                ☒ Disputed

                                                **Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined   **Is the claim subject to offset?**

**Last 4 digits of account number**                ☐ No
                                                ☐ Yes

---

**3.71**  **Nonpriority creditor's name and mailing address**                                     $ Undetermined

ADDRESS ON FILE 2020-357528                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                                 *Check all that apply.*

                                                ☒ Contingent
                                                ☒ Unliquidated
                                                ☒ Disputed

                                                **Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined   **Is the claim subject to offset?**

**Last 4 digits of account number**                ☐ No
                                                ☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.72**    **Nonpriority creditor's name and mailing address**                                    $ Undetermined

ADDRESS ON FILE 2020-357531
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.73**    **Nonpriority creditor's name and mailing address**                                    $ Undetermined

ADDRESS ON FILE 2020-357536
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.74**    **Nonpriority creditor's name and mailing address**                                    $ Undetermined

ADDRESS ON FILE 2020-357540
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.75**    **Nonpriority creditor's name and mailing address**                                    $ Undetermined

ADDRESS ON FILE 2020-357542
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.76**    **Nonpriority creditor's name and mailing address**                                    $ Undetermined

ADDRESS ON FILE 2020-357548
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.77 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

ADDRESS ON FILE 2020-357550
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.78 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

ADDRESS ON FILE 2020-357551
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.79 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

ADDRESS ON FILE 2020-357552
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.80 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

ADDRESS ON FILE 2020-357553
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.81 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

ADDRESS ON FILE 2020-357560
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 67 of 878 |
|---|---|---|

Debtor __Boy Scouts of America_____    Case number *(if known)*__20-10343 (LSS)__
         Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.82** | **Nonpriority creditor's name and mailing address**    $ Undetermined

ADDRESS ON FILE 2020-357562
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address**    $ Undetermined

ADDRESS ON FILE 2020-357566
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address**    $ Undetermined

ADDRESS ON FILE 2020-357584
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employment EEOC Matter

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address**    $ Undetermined

ADDRESS ON FILE 2020-357586
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employment EEOC Matter

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address**    $ Undetermined

ADDRESS ON FILE 2020-357588
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employment Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F             **Schedule E/F: Creditors Who Have Unsecured Claims**             Page 68 of 878

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* __20-10343 (LSS)__

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.87**    **Nonpriority creditor's name and mailing address**                                    $ Undetermined

ADDRESS ON FILE 2020-357590
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employment EEOC Matter

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.88**    **Nonpriority creditor's name and mailing address**                                    $ Undetermined

ADDRESS ON FILE 2020-357592
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employment EEOC Matter

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.89**    **Nonpriority creditor's name and mailing address**                                    $ Undetermined

ADDRESS ON FILE 2020-357596
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employment EEOC Matter

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.90**    **Nonpriority creditor's name and mailing address**                                    $ Undetermined

ADDRESS ON FILE 2020-357598
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employment EEOC Matter

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.91**    **Nonpriority creditor's name and mailing address**                                    $ Undetermined

ADDRESS ON FILE 2020-357600
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employment Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.92** **Nonpriority creditor's name and mailing address**                                     $ Undetermined

ADDRESS ON FILE 2020-357602
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employment EEOC Matter

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.93** **Nonpriority creditor's name and mailing address**                                     $ Undetermined

ADDRESS ON FILE 2020-357604
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employment Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.94** **Nonpriority creditor's name and mailing address**                                     $ Undetermined

ADDRESS ON FILE 2020-357606
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employment Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.95** **Nonpriority creditor's name and mailing address**                                     $ Undetermined

ADDRESS ON FILE 2020-357609
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employment EEOC Matter

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.96** **Nonpriority creditor's name and mailing address**                                     $ Undetermined

ADDRESS ON FILE 2020-357610
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employment EEOC Matter

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.97 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

ADDRESS ON FILE 2020-357611
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employment EEOC Matter

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.98 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

ADDRESS ON FILE 2020-437285
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employment Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.99 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

ADDRESS ON FILE 2020-437300
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employment Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.100 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

ADDRESS ON FILE 2020-437317
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.101 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

ADDRESS ON FILE 2020-437322
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 71 of 878 |
|---|---|---|

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.102**  **Nonpriority creditor's name and mailing address**                                              $ Undetermined

ADDRESS ON FILE 2020-437325
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.103**  **Nonpriority creditor's name and mailing address**                                              $ Undetermined

ADDRESS ON FILE 2020-437327
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.104**  **Nonpriority creditor's name and mailing address**                                              $ Undetermined

ADDRESS ON FILE 2020-437328
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.105**  **Nonpriority creditor's name and mailing address**                                              $ Undetermined

ADDRESS ON FILE 2020-437333
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.106**  **Nonpriority creditor's name and mailing address**                                              $ Undetermined

ADDRESS ON FILE 2020-437334
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employment EEOC Matter

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* ___20-10343 (LSS)___

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.107** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ADDRESS ON FILE 2020-437338
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employment Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.108** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ADDRESS ON FILE 2020-437345
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employment EEOC Matter

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.109** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ADDRESS ON FILE 2020-437346
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.110** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ADDRESS ON FILE 2020-437349
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Employment Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.111** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ADDRESS ON FILE 2020-523323
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* __20-10343 (LSS)__

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.112**  **Nonpriority creditor's name and mailing address**                                                $ Undetermined

ADDRESS ON FILE 2020-523324
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.113**  **Nonpriority creditor's name and mailing address**                                                $ Undetermined

ADDRESS ON FILE 2020-523325
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.114**  **Nonpriority creditor's name and mailing address**                                                $ Undetermined

ADDRESS ON FILE 2020-523326
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.115**  **Nonpriority creditor's name and mailing address**                                                $ Undetermined

ADDRESS ON FILE 2020-523327
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.116**  **Nonpriority creditor's name and mailing address**                                                $ Undetermined

ADDRESS ON FILE 2020-523328
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)*   20-10343 (LSS)

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.117 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

ADDRESS ON FILE 2020-523329
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

ADDRESS ON FILE 2020-523330
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

ADDRESS ON FILE 2020-523331
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

ADDRESS ON FILE 2020-523332
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

ADDRESS ON FILE 2020-523333
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 75 of 878

Debtor    Boy Scouts of America
_____
          Name

Case number *(if known)*___20-10343 (LSS)___

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.122** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ADDRESS ON FILE 2020-523335
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.123** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ADDRESS ON FILE 2020-523336
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.124** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ADDRESS ON FILE 2020-523337
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.125** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ADDRESS ON FILE 2020-523338
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.126** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ADDRESS ON FILE 2020-523339
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 76 of 878

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.127 | **Nonpriority creditor's name and mailing address** | $ Undetermined

ADDRESS ON FILE 2020-523340
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.128 | **Nonpriority creditor's name and mailing address** | $ Undetermined

ADDRESS ON FILE 2020-523341
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.129 | **Nonpriority creditor's name and mailing address** | $49.68

ADT LLC
DBA PROTECTION ONE
PO BOX 872987
KANSAS CITY, MO 64187-2987

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.130 | **Nonpriority creditor's name and mailing address** | $717.36

ADT SECURITY SERVICES
PO BOX 371878
PITTSBURGH, PA 15250-7878

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.131 | **Nonpriority creditor's name and mailing address** | $326.34

ADVANCE AUTO PARTS
AAP FINANCIAL SERVICES
PO BOX 742063
ATLANTA, GA 30374-2063

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.132** **Nonpriority creditor's name and mailing address** $880.84

ADVANCED DISPOSAL
SOLID WASTE SOUTHEAST INC
PO BOX 743019
ATLANTA, GA30374-3019

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.133** **Nonpriority creditor's name and mailing address** $1,672.03

ADVANCED EQUIPMENT COMPANY
1408 CENTER PARK DR
CHARLOTTE, NC 28217

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.134** **Nonpriority creditor's name and mailing address** $335.10

ADVANTAGE EMBLEM & SCREEN PRINTING
4313 HAINES ROAD
DULUTH, MN 55811-1542

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.135** **Nonpriority creditor's name and mailing address** $8,427.55

ADVANTAGECS
3850 RANCHERO DRIVE
ANN ARBOR, MI 48108

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.136** **Nonpriority creditor's name and mailing address** $300.00

ADVEN CAPITAL GROUP LLC
SERVICE IT DIRECT
PO BOX 307
ADDISON, TX 75001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.137 | **Nonpriority creditor's name and mailing address** | | $222.00 |
|---|---|---|---|

ADVENTURE MEDICAL/TENDER CORP
944 INDUSTRIAL PARK RD
LITTLETON, NH 03561-3956

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | | $520.00 |
|---|---|---|---|

AGILITY RECOVERY SOLUTIONS
PO BOX 733788
DALLAS, TX 75373-3788

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | | $9,505.52 |
|---|---|---|---|

AGRON INC
2440 S SEPULVEDA BLVD, STE 201
LOS ANGELES, CA 90064

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | | $18.45 |
|---|---|---|---|

AIRGAS INC
DBA: AIRGAS USA LLC
PO BOX 734672
DALLAS, TX 75373-4672

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | | $1,674.00 |
|---|---|---|---|

ALAMEDA CNCL #22
1714 EVERETT ST
ALAMEDA, CA 94501-1529

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.142**  **Nonpriority creditor's name and mailing address**                                              $4,832.46

ALAMO AREA CNCL#583
2226 N W MILITARY HWY
SAN ANTONIO, TX 78213

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.143**  **Nonpriority creditor's name and mailing address**                                              $169.46

ALAN PLUMMER & ASSOCIATES INC
1320 S UNIVERSITY DR, STE 300
FORT WORTH, TX 87714

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.144**  **Nonpriority creditor's name and mailing address**                                              $20.00

ALARM SECURITY & CONTRACTING INC
P O BOX 71389
CORPUS CHRISTI, TX 78467-1389

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.145**  **Nonpriority creditor's name and mailing address**                                              $10.00

ALEXANDER CARSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.146**  **Nonpriority creditor's name and mailing address**                                              $125.00

ALEXIS BADAMI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor ___Boy Scouts of America_____     Case number *(if known)* ___20-10343 (LSS)___
     Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.147**  **Nonpriority creditor's name and mailing address**                                                    $550.00

ALL AMERICAN TRUCK ACCESSORIES
718 60TH COURT E
BRADENTON, FL 34208

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.148**  **Nonpriority creditor's name and mailing address**                                                    $120.00

ALLEGHENY HIGHLANDS CNCL #382
50 HOUGH HILL RD
PO BOX 0261
FALCONER, NY 14733-0261

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.149**  **Nonpriority creditor's name and mailing address**                                                    $15,171.74

ALLEN, BRADFORD C
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.150**  **Nonpriority creditor's name and mailing address**                                                    $3,257.70

ALLIED 100 LLC
DBA AED SUPERSTORE
1800 US HWY 51 N
WOODRUFF, WI 54568

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.151**  **Nonpriority creditor's name and mailing address**                                                    $1.11

ALLSTREAM BUSINESS US INC
18110 SE 34TH ST, BLDG 1, STE 100
VANCOUVER, WA 98683

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor      Boy Scouts of America
            _____
            Name

Case number *(if known)* ___20-10343 (LSS)___

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

| 3.152 | **Nonpriority creditor's name and mailing address** | $3,283.99 |

ALOHA CNCL #104
42 PUIWA ROAD
HONOLULU, HI 96817-1127

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.153 | **Nonpriority creditor's name and mailing address** | $5,322.00 |

ALPINE LUMBER CO
PO BOX 6263
BROOMFIELD, CO 80021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.154 | **Nonpriority creditor's name and mailing address** | $24.00 |

ALYSON STONEBRAKER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.155 | **Nonpriority creditor's name and mailing address** | $7,012.50 |

AMAZE DESIGN INC
171 MILK ST, STE 42
BOSTON, MA 02109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.156 | **Nonpriority creditor's name and mailing address** | $978.11 |

AMAZON.COM SERVICES INC
410 TERRY AVE N
SEATTLE, WA 98109-5210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor    Boy Scouts of America
_____
          Name

Case number (if known)    20-10343 (LSS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.157** | **Nonpriority creditor's name and mailing address** | $11,466.32

AMER SPORTS WINTER & OUTDOOR CO
PO BOX 3141
CAROL STREAM, IL 60132-3141

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.158** | **Nonpriority creditor's name and mailing address** | $434.08

AMERICA'S CHARITIES
ATTN FINANCE DEPT
14150 NEWBROOK DRIVE SUITE 110
CHANTILLY, VA 20151

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.159** | **Nonpriority creditor's name and mailing address** | $321.58

AMERICAN CAMPERS INC
140 AMERICAN CAMPERS ROAD
PO BOX 65
BRADLEY, WV 25818

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.160** | **Nonpriority creditor's name and mailing address** | $22,194.36

AMERICAN ELECTRIC EQUIPMENT INC
PO BOX 710
BECKLEY, WV 25802

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.161** | **Nonpriority creditor's name and mailing address** | $533,950.84

AMERICAN ENGINEERS & CONTRACTORS
224 DATURA ST, STE 1012
WEST PALM BEACH, FL 33401

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 83 of 878

Debtor    Boy Scouts of America
_____
Name

Case number (if known)   20-10343 (LSS)
_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.162**   **Nonpriority creditor's name and mailing address**                                                $27,004.65

AMERICAN FOOD & VENDING CORP
124 METROPOLITAN PARK DRIVE
SYRACUSE, NY 13088

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.163**   **Nonpriority creditor's name and mailing address**                                                $72.00

AMERICAN TIMBER MKT GRP LLC
DBA: WILDERNESS WOOD CO
8960 WILDERNESS HWY
NALLEN, WV 26680

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.164**   **Nonpriority creditor's name and mailing address**                                                $25.00

AMIR JAMOUSSI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.165**   **Nonpriority creditor's name and mailing address**                                                $571.72

AMPLITUDE LLC
138 KINGSWOOD CT
RENO, NV 89511

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.166**   **Nonpriority creditor's name and mailing address**                                                $720.59

AMTRUST NORTH AMERICA INC
PO BOX 94557
CLEVELAND, OH 44101-4557

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 84 of 878

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | **Amount of claim** |
|---|---|---|

---

**3.167**  **Nonpriority creditor's name and mailing address**                                                     $1,131.00

AN, TIAN, ZHANG & PARTNERS
4TH FLOOR, TOWER C, B28, UNIVERSAL BUSINESS PARK, #10
JIUXIANQIAO ROAD, CHAOYANG DISTRICK
BEIJING 100015
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.168**  **Nonpriority creditor's name and mailing address**                                                     $ Undetermined

ANDREW ASTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.169**  **Nonpriority creditor's name and mailing address**                                                     $5.00

ANDREW BRUNA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.170**  **Nonpriority creditor's name and mailing address**                                                     $10.00

ANDREW STEWART
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.171**  **Nonpriority creditor's name and mailing address**                                                     $500.00

ANDREW YU
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.172 | **Nonpriority creditor's name and mailing address** | | $240,064.60 |
|---|---|---|---|

ANDREWS, JOHN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.173 | **Nonpriority creditor's name and mailing address** | | $9,308.28 |
|---|---|---|---|

ANDREWS, JOHN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.174 | **Nonpriority creditor's name and mailing address** | | $244.82 |
|---|---|---|---|

ANDY CHAPMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.175 | **Nonpriority creditor's name and mailing address** | | $41.85 |
|---|---|---|---|

ANGELA P LEAKE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.176 | **Nonpriority creditor's name and mailing address** | | $3.75 |
|---|---|---|---|

ANNA TINCH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.177**    **Nonpriority creditor's name and mailing address**    $13.75

ANNE JACOPETTI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.178**    **Nonpriority creditor's name and mailing address**    $3,048.31

ANNIN & CO
PO BOX 970076
BOSTON, MA 02297-0076

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.179**    **Nonpriority creditor's name and mailing address**    $10.00

ANTHONY HARRIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.180**    **Nonpriority creditor's name and mailing address**    $220.56

ANTHONY JOHNSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.181**    **Nonpriority creditor's name and mailing address**    $54.30

ANTHONY PELUSO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.182** | **Nonpriority creditor's name and mailing address** | $909.00

ANTHONY WAYNE AREA CNCL#157
8315 W JEFFERSON BLVD
FORT WAYNE, IN 46804

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.183** | **Nonpriority creditor's name and mailing address** | $42,568.28

APPALACHIAN POWER
PO BOX 371496
PITTSBURGH, PA 15250-7496

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.184** | **Nonpriority creditor's name and mailing address** | $2,526.25

APTEAN INC
4325 ALEXANDER DR, STE 100
ALPHARETTA, GA 30022

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.185** | **Nonpriority creditor's name and mailing address** | $140.00

AQUA LUNG AMERICA, INC.
PO BOX 51819
LOS ANGELES, CA 90051-6119

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.186** | **Nonpriority creditor's name and mailing address** | $2,900.00

ARBUCKLE AREA CNCL #468
PO BOX 5309
ARDMORE, OK 73403-0309

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|---|
| | Name | | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td colspan="2"><strong>Additional Page</strong></td></tr>
</table>

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.187**  **Nonpriority creditor's name and mailing address**                                                                $10.00

ARIEL ADKINS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.188**  **Nonpriority creditor's name and mailing address**                                                                $92.95

ARMOUR FIRE PROTECTION
PO BOX 211622
BEDFORD, TX 76095

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.189**  **Nonpriority creditor's name and mailing address**                                                                $410.00

ARMY NAVY ACADEMY
2605 CARLSBAD BLVD
CARLSBAD, CA 92008

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.190**  **Nonpriority creditor's name and mailing address**                                                                $42.49

ARNETT JACKIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.191**  **Nonpriority creditor's name and mailing address**                                                                $7,950.00

ARTGAME LIMITED
7370 EASTGATE RD, STE 150
HENDERSON, NV 89011

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.192** | **Nonpriority creditor's name and mailing address** | $196,427.85

ASHLINE, MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.193** | **Nonpriority creditor's name and mailing address** | $90.00

ASHOK KARRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.194** | **Nonpriority creditor's name and mailing address** | $120.00

ASHOK KARRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.195** | **Nonpriority creditor's name and mailing address** | $211.70

ASPEN WASTE SYSTEMS, INC.
AWS SERVICE CENTER
PO BOX 3050
DES MOINES, IA 50316

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.196** | **Nonpriority creditor's name and mailing address** | $1,435.79

ASSOCIATED BATTERY COMPANY
P O BOX 1590
INDIAN TRAIL, NC 28079

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.197**

**Nonpriority creditor's name and mailing address**

$945.00

ASSOCIATION OF SCOUTS OF AZERBAIJAN
507-513 I GUTQASHINLI
BAKU AZ1073
AZERBAIJAN

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.198**

**Nonpriority creditor's name and mailing address**

$ Undetermined

ASTRAL ENERGY, LLC.
580 SYLVAN AVE
SUITE 2J
ENGLEWOOD CLIFFS, NJ 07632

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Director & Officer Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.199**

**Nonpriority creditor's name and mailing address**

$47.69

ASTUDILLO EGBERTO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.200**

**Nonpriority creditor's name and mailing address**

$5.19

ASYLYN BRODISH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.201**

**Nonpriority creditor's name and mailing address**

$55.34

AT&T (105251)
208 S AKARD ST
DALLAS, TX 75202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)* 20-10343 (LSS)
          _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.202 | **Nonpriority creditor's name and mailing address** | | $1,790.17 |
|---|---|---|---|

AT&T (105262)
PO BOX 105262
ATLANTA, GA 30348-5262

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | | $1,762.29 |
|---|---|---|---|

AT&T (105414)
PO BOX 105414
ATLANTA, GA 30348-5414

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | | $111,625.55 |
|---|---|---|---|

AT&T (5019)
PO BOX 5019
CAROL STREAM, IL 60197-5019

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | | $21,961.09 |
|---|---|---|---|

AT&T MOBILITY
PO BOX 6463
CAROL STREAM, IL 60197-6463

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | | $8,453.49 |
|---|---|---|---|

AT&T TELECONFERENCE SERVICES
PO BOX 5002
CAROL STREAM, IL 60197-5002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|--------|----------------------|--------------------------|-----------------|
| | Name | | |

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.207** Nonpriority creditor's name and mailing address                                              $14.68

AT&T
PO BOX 5001
CAROL STREAM, IL 60197-5001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.208** Nonpriority creditor's name and mailing address                                              $2,729.25

ATLANTA AREA CNCL#92
1800 CIRCLE 75 PKWY SE
ATLANTA, GA 30339-3055

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.209** Nonpriority creditor's name and mailing address                                              $11,702.81

ATLAS VAN LINES, INC
P O BOX 952340
ST LOUIS, MO 63195-2340

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.210** Nonpriority creditor's name and mailing address                                              $765.66

ATOMIK CLIMBING HOLDS
55 E 600 S
PROVO, UT 84606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.211** Nonpriority creditor's name and mailing address                                              $77.63

AUTOMOTIVE RENTALS INC
P O BOX 8500-4375
PHILADELPHIA, PA 19178-4375

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 93 of 878

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.212** | **Nonpriority creditor's name and mailing address** | $60,711.71

AUTOMOTIVE RENTALS INC
P O BOX 8500-4375
PHILADELPHIA, PA 19178-4375

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.213** | **Nonpriority creditor's name and mailing address** | $21,139.78

AVIO CONSULTING LLC
15851 N DALLAS PKWY
ADDISON, TX 75001

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.214** | **Nonpriority creditor's name and mailing address** | $371.79

AVIS RENT A CAR SYSTEM INC
7876 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.215** | **Nonpriority creditor's name and mailing address** | $25.80

AWARDS UNLIMITED INC
336 E 4TH ST
LOVELAND, CO 80537

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.216** | **Nonpriority creditor's name and mailing address** | $ Undetermined

AZ SPECIAL PROJECT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** General Liability Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
          Name

Case number *(if known)*  20-10343 (LSS)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.217** | **Nonpriority creditor's name and mailing address** | $125.00

B & B GLASS INC
403 MAIN STREET E
OAK HILL, WV 25901-0000

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.218** | **Nonpriority creditor's name and mailing address** | $14,200.68

B&G PTL ENTERPRISES INC
1830 SW 2ND ST
POMPANO BEACH, FL 33069

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.219** | **Nonpriority creditor's name and mailing address** | $69.00

BACK COUNTRY BAKERY
1995 EAST COLTON RD #68-202
SUPERIOR, CO 80027

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.220** | **Nonpriority creditor's name and mailing address** | $408.90

BADEN-POWELL CNCL #368
2150 NYS ROUTE 12
BINGHAMTON, NY 13901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.221** | **Nonpriority creditor's name and mailing address** | $2,864.25

BALDY MOUNTAIN WELDING
RT 1 BOX 39A
SPRINGER, NM 87747

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)* ___20-10343 (LSS)___

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.222** | Nonpriority creditor's name and mailing address | $3,120.96

BALTIMORE AREA CNCL#220
701 WYMAN PARK DR
BALTIMORE, MD 21211-2805

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.223** | Nonpriority creditor's name and mailing address | $119.63

BARBARA BYRD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.224** | Nonpriority creditor's name and mailing address | $4,461.55

BARE NECESSITIES LLC
C/O MICHELLE L BARE
PO BOX 1309
CRAB ORCHARD, WV 25827

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.225** | Nonpriority creditor's name and mailing address | $2,027.50

BARLOW DESIGNS INC
20 COMMERCIAL WAY
EAST PROVIDENCE, RI 02914

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.226** | Nonpriority creditor's name and mailing address | $277,472.81

BARNES, STEPHEN E
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)
_____

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

| 3.227 | **Nonpriority creditor's name and mailing address** | | $426,175.47 |
|---|---|---|---|

BARON, LESLIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | $583.00 |
|---|---|---|

BAY AREA CNCL#574
3020 53RD ST
GALVESTON, TX 77551

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | $1,713.33 |
|---|---|---|

BAY LAKES CNCL#635
PO BOX 267
APPLETON, WI 54912-0267

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | $153.00 |
|---|---|---|

BC SALES AND SOURCING
13712 WEST 80TH STREET
LENEXA, KS 66215

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | $2,640.00 |
|---|---|---|

BEACON HILL STAFFING GROUP, LLC
P O BOX 846193
BOSTON, MA 02284-6193

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)
_____

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

---

**3.232**    **Nonpriority creditor's name and mailing address**    $19.90

BECKLEY RURAL KING
100 CROSSROADS MALL
MT HOPE, WV 25880

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.233**    **Nonpriority creditor's name and mailing address**    $160.29

BECKLEY WELDING SUPPLY INC
PO BOX 1027
3331 ROBERT C BYRD DR
BECKLEY, WV 25802-1027

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.234**    **Nonpriority creditor's name and mailing address**    $162.81

BECKMANNS AUTO SUPPLY INC
DBA NAPA AUTO PARTS
PO BOX 727
KEY LARGO, FL 33037

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.235**    **Nonpriority creditor's name and mailing address**    $16.38

BENNETT B BREED
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.236**    **Nonpriority creditor's name and mailing address**    $475.00

BERT BENDER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Boy Scouts of America | | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.237 | **Nonpriority creditor's name and mailing address** | | $77.50 |
|---|---|---|---|

BESSIE'S FLORAL DESIGN INC
124 MAIN STREET WEST
OAK HILL, WV 25901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.238 | **Nonpriority creditor's name and mailing address** | | $293.46 |
|---|---|---|---|

BEVERLY SQUIRRELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.239 | **Nonpriority creditor's name and mailing address** | | $337.71 |
|---|---|---|---|

BIG AGNES INC
PO BOX 773072
STEAMBOAT SPRINGS, CO 80477

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.240 | **Nonpriority creditor's name and mailing address** | | $19.98 |
|---|---|---|---|

BILL CONFROY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.241 | **Nonpriority creditor's name and mailing address** | | $87,223.44 |
|---|---|---|---|

BISHOP, BONNIE H
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 99 of 878 |
|---|---|---|

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.242**  **Nonpriority creditor's name and mailing address**    $632.00

BISON DESIGNS LLC
PO BOX 912176
DENVER, CO 80291-2176

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.243**  **Nonpriority creditor's name and mailing address**    $13,724.12

BISON DESIGNS LLC
735 S LINCOLN ST
LONGMONT, CO 80501

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.244**  **Nonpriority creditor's name and mailing address**    $61,288.32

BLACK DIAMOND EQUIPMENT
PO BOX 734175
DALLAS, TX 75373-4175

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.245**  **Nonpriority creditor's name and mailing address**    $1,767.26

BLACKBAUD INC
PO BOX 930256
ATLANTA, GA31193-0256

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.246**  **Nonpriority creditor's name and mailing address**    $3,256.91

BLACKHAWK AREA CNCL#660
2820 MCFARLAND ROAD
ROCKFORD, IL 61107

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
Name

Case number *(if known)*    20-10343 (LSS)

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.247 | **Nonpriority creditor's name and mailing address** | | $174,241.06 |
|---|---|---|---|

BLACKWELL, RAYMOND L
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | | $450.00 |
|---|---|---|---|

BLOOMBERG FINANCE LP
PO BOX 416604
BOSTON, MA 02241-6604

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | | $1.20 |
|---|---|---|---|

BLUE DOLPHIN
1127 HIGH RIDGE RD, STE 335
STAMFORD, CT 06905-1203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | | $245.00 |
|---|---|---|---|

BLUE GRASS CNCL #204
2134 NICHOLASVILLE RD, STE 3
LEXINGTON, KY 40503

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | | $1,275.00 |
|---|---|---|---|

BLUE RIDGE CNCL #551
1 PARK PLAZA
GREENVILLE, SC 29607-5851

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.252 | **Nonpriority creditor's name and mailing address** | | $1,476.55 |
|---|---|---|---|

BLUE RIDGE MOUNTAINS CNCL #599
2131 VALLEY VIEW BLVD NW
ROANOKE, VA 24012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | | $682.03 |
|---|---|---|---|

BOOKER, W ROBERT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | | $9,703.25 |
|---|---|---|---|

BORDER COUNTY SIGN CO
DBA: ELY DESIGN WORKS
766 E MADISON ST
ELY, MN 55731

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | | $1,553.96 |
|---|---|---|---|

BOUND TREE MEDICAL
23537 NETWORK PLACE
CHICAGO, IL 60673-1235

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | | $256.80 |
|---|---|---|---|

BRAESIDE HOLDINGS LLC
795 BARTLETT AVE
ANTIOCH, IL 60002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.257 | **Nonpriority creditor's name and mailing address** | | $50.00 |
|---|---|---|---|

BRANDON WANG
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.258 | **Nonpriority creditor's name and mailing address** | | $15.35 |
|---|---|---|---|

BRANDON YEAGER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.259 | **Nonpriority creditor's name and mailing address** | | $6,318.78 |
|---|---|---|---|

BREATHING AIR CONCEPTS
103680 OVERSEAS HWY
KEY LARGO, FL 33037

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.260 | **Nonpriority creditor's name and mailing address** | | $575.00 |
|---|---|---|---|

BRENT MULTER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.261 | **Nonpriority creditor's name and mailing address** | | $50.00 |
|---|---|---|---|

BRETERNITZ ERIC
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* __20-10343 (LSS)__

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.262** | **Nonpriority creditor's name and mailing address** | $3,695.15

BRIDGEWAY SOLUTIONS, INC.
600 EAST UNION STREET
MORGANTON, NC 28655

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.263** | **Nonpriority creditor's name and mailing address** | $4,490.00

BRIGHAM YOUNG UNIVERSITY
ATTN OFFICE CAMPUS SCHOLARSHIPS
A-41 ASB
PROVO, UT 84602

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.264** | **Nonpriority creditor's name and mailing address** | $54.95

BRITTANY FEGANCHER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.265** | **Nonpriority creditor's name and mailing address** | $1,010,659.57

BROCK, C WAYNE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.266** | **Nonpriority creditor's name and mailing address** | $130,095.86

BROCK, C WAYNE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.267** | **Nonpriority creditor's name and mailing address** | | $1,093.70

BROWN & BIGELOW LICENSE CO
345 PLATO BLVD EAST
ST PAUL, MN 55107

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.268** | **Nonpriority creditor's name and mailing address** | | $190.22

BROWN & BIGELOW LICENSING CO
345 PLATO BLVD EAST
ST PAUL, MN 55107

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.269** | **Nonpriority creditor's name and mailing address** | | $91,236.12

BROWN, LAWRENCE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.270** | **Nonpriority creditor's name and mailing address** | | $150.00

BRUCE GIDEON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.271** | **Nonpriority creditor's name and mailing address** | | $18.00

BRUCE KELLEHER INC
3246 GARDEN BROOK
FARMERS BRANCH, TX 75234

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor __Boy Scouts of America_____    Case number *(if known)* __20-10343 (LSS)____
             Name

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.272 | **Nonpriority creditor's name and mailing address** | | $10.00 |

BRYAN BARROW
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | | $50.00 |

BRYCE WARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | | $8.03 |

BRYSON LEFEW
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | | $3,455.52 |

BUCKEYE CNCL #436
2301-13TH ST, N W
CANTON, OH 44708-3157

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address** | | $550.00 |

BUCKTAIL CNCL #509
209 FIRST ST
DUBOIS, PA 15801-3007

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.277** | **Nonpriority creditor's name and mailing address** | $5,000.00

BUFFALO TRACE CNCL #156
3501 E LLOYD EXPRESSWAY
EVANSVILLE, IN 47715-8624

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.278** | **Nonpriority creditor's name and mailing address** | $206.00

BUFFALO TRAIL CNCL#567
1101 W TEXAS AVE
MIDLAND, TX 79701-6171

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.279** | **Nonpriority creditor's name and mailing address** | $1,110.30

BURCO CHEMICAL & SUPPLY INC
1125 SOUTH SECOND ST
RATON, NM 87740

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.280** | **Nonpriority creditor's name and mailing address** | $254.00

BURNS & LEVINSON LLP
125 SUMMER STREET
BOSTON, MA 02110

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.281** | **Nonpriority creditor's name and mailing address** | $324,387.52

BUTLER, GARY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.282**

**Nonpriority creditor's name and mailing address**

$1,910.68

C ADAM TONEY TIRES-WHOLESALE
PO BOX 99
OAK HILL, WV 25901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.283**

**Nonpriority creditor's name and mailing address**

$980.00

C ALLEN HOWARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.284**

**Nonpriority creditor's name and mailing address**

$850.00

C BRANDFORD ALLEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.285**

**Nonpriority creditor's name and mailing address**

$4,467.16

C RANDY PILAND
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.286**

**Nonpriority creditor's name and mailing address**

$40.05

C082 TROOP1776

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number _(if known)_ | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.287 | **Nonpriority creditor's name and mailing address** | | $15,206.00 |
|---|---|---|---|

C2G ENGINEERING INC
34 INDUSTRIAL LN
HUNTINGTON, WV 25702

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.288 | **Nonpriority creditor's name and mailing address** | | $279,236.20 |
|---|---|---|---|

CABEZA, JOHN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.289 | **Nonpriority creditor's name and mailing address** | | $12.52 |
|---|---|---|---|

CABLEVISION SYSTEMS CORPORATION
DBA OPTIMUM
PO BOX 742698
CINCINNATI, OH 45274-2698

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.290 | **Nonpriority creditor's name and mailing address** | | $600.00 |
|---|---|---|---|

CAITLIN KUHWALD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.291 | **Nonpriority creditor's name and mailing address** | | $195.00 |
|---|---|---|---|

CALCASIEU AREA CNCL #209
304 DR MICHAEL DEBAKEY DR
LAKE CHARLES, LA 70601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|--------|----------------------|--------------------------|----------------|
| | Name | | |

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.292** | **Nonpriority creditor's name and mailing address** | $1,614.31

CALIFORNIA INLAND EMPIRE CNCL #45
1230 INDIANA CT
REDLANDS, CA 92374-2100

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.293** | **Nonpriority creditor's name and mailing address** | $0.10

CAMELBAK PRODUCTS INC
PO BOX 734148
CHICAGO, IL 60673-4148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.294** | **Nonpriority creditor's name and mailing address** | $1,796.52

CANTEEN REFRESHMENT SERVICES
PO BOX 417632
BOSTON, MA 02241-7632

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.295** | **Nonpriority creditor's name and mailing address** | $422.75

CAPE COD & THE ISLANDS CNCL #224
247 WILLOW ST
YARMOUTH PORT, MA02675-1744

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.296** | **Nonpriority creditor's name and mailing address** | $534.00

CAPE FEAR CNCL #425
PO BOX 7156
WILMINGTON, NC 28406

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| 3.297 | **Nonpriority creditor's name and mailing address** | $144,446.58 |

CAPITAL PRINTING CO
4001 CAVEN RD
AUSTIN, TX 78744

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | |
|---|---|---|
| 3.298 | **Nonpriority creditor's name and mailing address** | $363.00 |

CAPITOL AREA CNCL#564
12500 NORTH IH 35
AUSTIN, TX 78753

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | |
|---|---|---|
| 3.299 | **Nonpriority creditor's name and mailing address** | $5,256.50 |

CAPITOL BUSINESS EQUIPMENT
DBA CAPITOL BUSINESS INTERIORS
711 INDIANA AVENUE
CHARLESTON, WV 25302-5300

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | |
|---|---|---|
| 3.300 | **Nonpriority creditor's name and mailing address** | $406.50 |

CAPT TIM LLC
100 CABANA CAY CIR, APT106
PANAMA CITY BEACH, FL32413

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | | |
|---|---|---|
| 3.301 | **Nonpriority creditor's name and mailing address** | $10,027.63 |

CARAWAY, KENT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|--------|----------------------|--------------------------|----------------|
|        | Name                 |                          |                |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.302**  **Nonpriority creditor's name and mailing address**                                            $2,600.00

CAREY INTERNATIONAL INC
7445 NEW TECHNOLOGY WAY
FREDERICK, MD 21703

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

**3.303**  **Nonpriority creditor's name and mailing address**                                               $19.98

CARL DIEMER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☒ No
☐ Yes

---

**3.304**  **Nonpriority creditor's name and mailing address**                                              $333.68

CAROLINA BUSINESS SUPPLIES
5100 ROSSELLES FERRY RD
CHARLOTTE, NC 28216

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

**3.305**  **Nonpriority creditor's name and mailing address**                                              $900.27

CARR TEXTILE CORPORATION
243 WOLFNER DR
FENTON, MO 63026

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

**3.306**  **Nonpriority creditor's name and mailing address**                                              $500.00

CARRIE SKEEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

Debtor   Boy Scouts of America
_____
         Name

Case number *(if known)* 20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.307**  **Nonpriority creditor's name and mailing address**                                         $255,582.06

CARROLL, PAMELA E
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.308**  **Nonpriority creditor's name and mailing address**                                         $17,226.67

CARROLL, PAMELA E
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation Claim

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.309**  **Nonpriority creditor's name and mailing address**                                         $22.23

CARTER THOMPSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.310**  **Nonpriority creditor's name and mailing address**                                         $6,006.06

CASCADE DESIGNS NEVADA LLC
29383 NETWORK PL
CHICAGO, IL 60673-1293

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.311**  **Nonpriority creditor's name and mailing address**                                         $450.32

CASCADE PACIFIC CNCL NO 492
2145 NAITO PKWY
PORTLAND, OR 97201-5197

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.312**  **Nonpriority creditor's name and mailing address**                                    $180.00

CASSANDRA M ROBINSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.313**  **Nonpriority creditor's name and mailing address**                                  $5,160.00

CATALINA AREA CNCL#11
2250 E BROADWAY BLVD
TUCSON, AZ 85719

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.314**  **Nonpriority creditor's name and mailing address**                                    $57.96

CATHEDRAL CAFÉ
134 SOUTH COURT STREET
FAYETTEVILLE, WV 25840

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.315**  **Nonpriority creditor's name and mailing address**                                   $360.00

CATHERINE A FEUER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.316**  **Nonpriority creditor's name and mailing address**                                  $7,352.46

CATHERINE BARANKIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.317 | **Nonpriority creditor's name and mailing address** | | $11.75 |
|---|---|---|---|

CATHERINE BEARDSLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.318 | **Nonpriority creditor's name and mailing address** | | $150.00 |
|---|---|---|---|

CATHY KNIGHT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.319 | **Nonpriority creditor's name and mailing address** | | $19.30 |
|---|---|---|---|

CAUIS GUILLIAMS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.320 | **Nonpriority creditor's name and mailing address** | | $74.85 |
|---|---|---|---|

CAYAN LLC
DBA CAYAN HOLDINGS
1 FEDERAL ST, 2ND FL
BOSTON, MA 02110

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.321 | **Nonpriority creditor's name and mailing address** | | $9,904.27 |
|---|---|---|---|

CDW DIRECT, LLC
PO BOX 75723
CHICAGO, IL 60675-5723

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.322**

**Nonpriority creditor's name and mailing address**                                                      $19,508.66

CEC FACILITIES GROUP LLC
1275 VALLEY VIEW LN
IRVING, TX 75061

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.323**

**Nonpriority creditor's name and mailing address**                                                      $6,201.74

CECIL I WALKER MACHINERY COMPANY
29773 NETWORK PLACE
CHICAGO, IL 60673-1297

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.324**

**Nonpriority creditor's name and mailing address**                                                      $36.92

CENTERPOINT ENERGY
PO BOX 4671
HOUSTON, TX 77210-4671

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.325**

**Nonpriority creditor's name and mailing address**                                                      $4,316.75

CENTRAL FLORIDA CNCL #83
1951 S ORANGE BLOSSOM TRL, STE 102
APOPKA, FL 32703-7747

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.326**

**Nonpriority creditor's name and mailing address**                                                      $5,815.00

CENTRAL MINNESOTA CNCL#296
1191 SCOUT DR
SARTELL, MN 56377

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.327 | **Nonpriority creditor's name and mailing address** | | $160.00 |
|---|---|---|---|

CENTRAL NORTH CAROLINA CNCL #416
32252 HIGHWAY 24-27
PO BOX 250
ALBAMARLE, NC 28002-0250

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.328 | **Nonpriority creditor's name and mailing address** | | $237.16 |
|---|---|---|---|

CENTRAL PRINTING
PO BOX 552
MABSCOTT, WV 25871

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.329 | **Nonpriority creditor's name and mailing address** | | $86.32 |
|---|---|---|---|

CENTURYLINK
BUSINESS SERVICES
PO BOX 52187
PHOENIX, AZ 85072-2187

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.330 | **Nonpriority creditor's name and mailing address** | | $50.12 |
|---|---|---|---|

CENTURYLINK
PO BOX 91155
SEATTLE, WA 98111-9255

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.331 | **Nonpriority creditor's name and mailing address** | | $1,298.00 |
|---|---|---|---|

CENVEO SAN ANTONIO
PO BOX 749004
LOS ANGELES, CA 90065-1733

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor  Boy Scouts of America
_____
Name

Case number *(if known)* 20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.332 | **Nonpriority creditor's name and mailing address** | | $17,625.65 |
|---|---|---|---|

CERTIFIED DIESEL CORPORATION
3641 W STATE RD 84
FT LAUDERDALE, FL 33312

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

| 3.333 | **Nonpriority creditor's name and mailing address** | | $1,455.00 |
|---|---|---|---|

CHALAGROUP INC
6949 BUCKEYE ST
CHINO, CA 91710

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

| 3.334 | **Nonpriority creditor's name and mailing address** | | $153.79 |
|---|---|---|---|

CHANNEL CRAFT & DIST. INC.
PO BOX 101
601 MONONGAHELA AVE.
N. CHARLEROI, PA 15022

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

| 3.335 | **Nonpriority creditor's name and mailing address** | | $72.33 |
|---|---|---|---|

CHARLES ECHARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

| 3.336 | **Nonpriority creditor's name and mailing address** | | $40.00 |
|---|---|---|---|

CHARLESTON COUNTY
4045 BRIDGE VIEW DR
NORTH CHARLESTON, SC 29405-7464

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)*  20-10343 (LSS)
                          _____

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.337 | **Nonpriority creditor's name and mailing address** | $450.00 |
|---|---|---|

CHEMSEARCHFE
P O BOX 971269
DALLAS, TX 75397-1269

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.338 | **Nonpriority creditor's name and mailing address** | $2,589.00 |
|---|---|---|

CHEROKEE AREA CNCL #556
6031 LEE HIGHWAY
CHATTANOOGA, TN37421-2930

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.339 | **Nonpriority creditor's name and mailing address** | $61.92 |
|---|---|---|

CHERYL SNYDER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.340 | **Nonpriority creditor's name and mailing address** | $190.11 |
|---|---|---|

CHESTER COUNTY CNCL #539
226 EXTON SQUARE PARKWAY
EXTON, PA 19341

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.341 | **Nonpriority creditor's name and mailing address** | $3,724.38 |
|---|---|---|

CHICKASAW CNCL #558
171 S HOLLYWOOD ST
MEMPHIS, TN 38112-4802

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    Boy Scouts of America
Name

Case number *(if known)*    20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.342** | **Nonpriority creditor's name and mailing address** | $14,111.27

CHICKASAW NATION DIV OF COMMER
DBA WINSTAR WORLD CASINO
GROUP SALES, 777 CASINO AVE
THACKERVILLE, OK 73459

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.343** | **Nonpriority creditor's name and mailing address** | $21.03

CHIEF CORNPLANTER CNCL #538
316 FOURTH AVE
WARREN, PA 16365-2320

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.344** | **Nonpriority creditor's name and mailing address** | $1,894.42

CHIEF SEATTLE CNCL #609
3120 RAINIER AVE S
SEATTLE, WA 98144

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.345** | **Nonpriority creditor's name and mailing address** | $100,000.00

CHIEF SEATTLE CNCL #609
3120 RAINIER AVE S
SEATTLE, WA 98144

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.346** | **Nonpriority creditor's name and mailing address** | $2,449.83

CHIPPEWA VALLEY CNCL NO637
710 S HASTINGS WAY
EAU CLAIRE, WI 54701-3425

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.347**  **Nonpriority creditor's name and mailing address**    $ Underdetermined

CHRIS ALVELO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.348**  **Nonpriority creditor's name and mailing address**    $75.00

CHRIS GRANGER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.349**  **Nonpriority creditor's name and mailing address**    $323.16

CHRIS HORN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.350**  **Nonpriority creditor's name and mailing address**    $10.00

CHRIS KWOK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.351**  **Nonpriority creditor's name and mailing address**    $ Undetermined

CHRIS LARRABEE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number (if known) __20-10343 (LSS)__

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | **Amount of claim** |
|---|---|---|

**3.352** **Nonpriority creditor's name and mailing address** $19.99

CHRIS MITCHELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.353** **Nonpriority creditor's name and mailing address** $10.00

CHRIS SWEET
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.354** **Nonpriority creditor's name and mailing address** $719.50

CHRISMAR MAPPING SERVICES INC
7 WILSON ST
UXBRIDGE, ON L9P 1H8
CANADA

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.355** **Nonpriority creditor's name and mailing address** $5.00

CHRISTIAN GRIFFITH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.356** **Nonpriority creditor's name and mailing address** $ Undetermined

CHRISTIAN MARTIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor      Boy Scouts of America
            _____
            Name

Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.357 | **Nonpriority creditor's name and mailing address** | $ Undetermined

CHRISTINA VOVCHUK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.358 | **Nonpriority creditor's name and mailing address** | $10.00

CHRISTOPHER FAZIO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.359 | **Nonpriority creditor's name and mailing address** | $ Undetermined

CHRISTOPHER PELLETIER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.360 | **Nonpriority creditor's name and mailing address** | $374.62

CHUBB GROUP OF INSURANCE COMPANIES
15 MOUNTAIN VIEW RD
WARREN, NJ 07059

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.361 | **Nonpriority creditor's name and mailing address** | $234.68

CIMARRON HOUSE OF PIZZA
P O BOX 508
CIMARRON, NM 87714

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|--------|----------------------|--------------------------|----------------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.362 | **Nonpriority creditor's name and mailing address** | | $6,051.10 |
|---|---|---|---|

CIMARRON WEST
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.363 | **Nonpriority creditor's name and mailing address** | | $12.50 |
|---|---|---|---|

CINDY WICAL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.364 | **Nonpriority creditor's name and mailing address** | | $302.05 |
|---|---|---|---|

CINTAS CORP #200
PO BOX 630803
CINCINNATI, OH 45263-0803

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.365 | **Nonpriority creditor's name and mailing address** | | $814.16 |
|---|---|---|---|

CINTAS CORPORATION 003
PO BOX 630803
CINCINNATI, OH 45263-0803

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.366 | **Nonpriority creditor's name and mailing address** | | $179.37 |
|---|---|---|---|

CINTAS CORPORATION 492
PO BOX 650838
DALLAS, TX 75265-0838

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.367 | **Nonpriority creditor's name and mailing address** | $90.00

CIRCLE TEN CNCL 571
8605 HARRY HINES BLVD
PO BOX 35726
DALLAS, TX 75235-0726

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.368 | **Nonpriority creditor's name and mailing address** | $681.87

CIRCUITREE LLC
1353 LAKE SHORE DR
BRANSON, MO 65616

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.369 | **Nonpriority creditor's name and mailing address** | $129.00

CITY CREEK PARKING INC
PO BOX 112130
SALT LAKE CITY, UT84147-2130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.370 | **Nonpriority creditor's name and mailing address** | $705.62

CITY OF CHARLOTTE
BILLING CENTER
PO BOX 1316
CHARLOTTE, NC 28201-1316

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.371 | **Nonpriority creditor's name and mailing address** | $2,292.28

CITY OF IRVING-MUNICIPAL SERVICES BILL
PO BOX 840898
DALLAS, TX 75284-0898

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number _(if known)_ | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.372** | **Nonpriority creditor's name and mailing address** | $25,130.81

CITY OF MOUNT HOPE - WATER
PO BOX 151
MT HOPE, WV 25880

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.373** | **Nonpriority creditor's name and mailing address** | $100.00

CITY OF TASTE TOURS LLC
14125 BEACH BLVD
JACKSONVILLE BEACH, FL 32250

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.374** | **Nonpriority creditor's name and mailing address** | $12,050.93

CLABAUGH, SCOTT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.375** | **Nonpriority creditor's name and mailing address** | $1,043.96

CLARKE SLIVERGLATE PA
799 BRICKELL PLAZA, STE 900
MIAMI, FL 33131

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.376** | **Nonpriority creditor's name and mailing address** | $2,369.52

CLASS B
9437 CORPORATE LAKE DR
TAMPA, FL 33634

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.377**

**Nonpriority creditor's name and mailing address**                                    $11,454.44

CLASSB INC
9437 CORPORATE LAKE DR
TAMPA, FL33634

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.378**

**Nonpriority creditor's name and mailing address**                                    $310,028.39

CLIFTON, DANNY R
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.379**

**Nonpriority creditor's name and mailing address**                                    $41,626.05

CLIFTON, DANNY R
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.380**

**Nonpriority creditor's name and mailing address**                                    $ Undetermined

CMR A/S/O COX COMMUNICATION
PO BOX 60770
OKLAHOMA CITY, OK73146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.381**

**Nonpriority creditor's name and mailing address**                                    $2,472.00

COASTAL CAROLINA CNCL NO550
9297 MEDICAL PLAZA DR
NORTH CHARLESTON, SC 29406

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor     Boy Scouts of America
           _____
           Name

Case number (if known)   20-10343 (LSS)
                         _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.382** | **Nonpriority creditor's name and mailing address** | $267.00

COASTAL GEORGIA COUNCIL #99
11900 ABERCORN ST
SAVANNAH, GA 31419

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.383** | **Nonpriority creditor's name and mailing address** | $1,502.08

COCA COLA REFRESHMENTS
SOUTH DADE COCA-COLA
PO BOX 403390
ATLANTA, GA 30384-3390

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.384** | **Nonpriority creditor's name and mailing address** | $16,005.97

COCO, JOSEPH S
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.385** | **Nonpriority creditor's name and mailing address** | $182.19

CODEMANTRA US LLC
101 FEDERAL ST, STE 1900
BOSTON, MA 02110

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.386** | **Nonpriority creditor's name and mailing address** | $297.50

COLONIAL VIRGINIA CNCL #595
PO BOX 12144
NEWPORT NEWS, VA 23612

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.387** | **Nonpriority creditor's name and mailing address** | $34,533.74

COLORADO PRINTING COMPANY
CPCNEUTEK
2800 PRINTERS WAY
GRAND JUNCTION, CO 81506

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.388** | **Nonpriority creditor's name and mailing address** | $21,573.66

COLUMBIA SPORTSWEAR CO
PO BOX 935641
ATLANTA, GA 31193-5641

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.389** | **Nonpriority creditor's name and mailing address** | $242.00

COLUMBIA-MONTOUR CNCL NO 504
5 AUDUBON COURT
BLOOMSBURG, PA 17815

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.390** | **Nonpriority creditor's name and mailing address** | $575.67

COMCAST
PO BOX 71211
CHARLOTTE, NC 28272-1211

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.391** | **Nonpriority creditor's name and mailing address** | $55,518.13

COMPASS GROUP USA INC
DBA EUREST DINING SERVICES
2400 YORKMONT RD
CHARLOTTE, NC 28217

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|--------|----------------------|--------------------------|----------------|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.392**

**Nonpriority creditor's name and mailing address**                                         $2,250.00

COMPLETE CARE CONSULTING SERVICE LLC
957 CAPETOWN LN
CLOVER, SC 29710

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.393**

**Nonpriority creditor's name and mailing address**                                         $2,051.14

COMPUTER DATA SOURCE INC
275 INDUSTRIAL WAY WEST
EATONTOWN, NJ 07724-2205

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.394**

**Nonpriority creditor's name and mailing address**                                         $5,811.00

CONNECTICUT RIVERS CNCL #66
60 DARLIN STREET
EAST HARTFORD, CT 06108-3256

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.395**

**Nonpriority creditor's name and mailing address**                                         $1,020.00

CONNECTICUT YANKEE CNCL#72
60 WELLINGTON ROAD
P O BOX 32
MILFORD, CT 06460-0032

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.396**

**Nonpriority creditor's name and mailing address**                                         $2,952.00

CONNECTICUT YANKEE CNCL#72
P O BOX 32
MILFORD, CT 06460-0032

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)*  20-10343 (LSS)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.397** | **Nonpriority creditor's name and mailing address** | $948,559.60

CONNELLY, KENNETH L
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.398** | **Nonpriority creditor's name and mailing address** | $31.64

CONNOR MIHOLOVICH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.399** | **Nonpriority creditor's name and mailing address** | $26.00

CONSUMER REPORTS
SUBSCRIPTION DEPT
BOX 2069
HARLAN, IA 51593-4252

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.400** | **Nonpriority creditor's name and mailing address** | $119.91

CONTINENTAL AMERICAN INSURANCE COMPANY
2801 DEVINE STREET
COLUMBIA, SC 29205

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.401** | **Nonpriority creditor's name and mailing address** | $247.74

CONTINENTAL MESSAGE SOLUTION INC
41 S GRANT AVE
COLUMBUS, OH 43215-3979

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

Debtor   Boy Scouts of America
_____
         Name

Case number *(if known)*  20-10343 (LSS)
_____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.402** | **Nonpriority creditor's name and mailing address** | | $230.88

COOK COUNTY AUDITOR
411 WEST 2ND ST
GRAND MARAIS, MN 55604-2307

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.403** | **Nonpriority creditor's name and mailing address** | | $37,394.56

COOPER, NANCY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.404** | **Nonpriority creditor's name and mailing address** | | $4,382.75

CORAL REEF PARK CO INC
PO BOX 1560
KEY LARGO, FL 33033

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.405** | **Nonpriority creditor's name and mailing address** | | $16,090.14

CORNERSTONE RELOCATION GROUP LLC
106 ALLEN RD
BASKING RIDGE, NJ 07920

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.406** | **Nonpriority creditor's name and mailing address** | | $71.00

CORNHUSKER CNCL NO 324
P O BOX 269
WALTON, NE 68461

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor      Boy Scouts of America
            _____
            Name

Case number *(if known)*  20-10343 (LSS)

---

**Part 2:**   **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.407**  **Nonpriority creditor's name and mailing address**                                                                    $39,347.50

CORRA TECHNOLOGY INC
363 BLOOMFIELD AVE, STE 3C
MONTCLAIR, NJ 07042

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.408**  **Nonpriority creditor's name and mailing address**                                                                    $1,301.48

COSMES OUTBOARD SERVICE LLC
44 PELICAN LN
BIG PINE KEY, FL 33043

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.409**  **Nonpriority creditor's name and mailing address**                                                                    $58,010.37

COUNCIL UNEMPLOYMENT
JP MORGAN CHASE
CUPERTINO, CA 95014

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.410**  **Nonpriority creditor's name and mailing address**                                                                    $732.48

COUNTRY INN AND SUITES
2120 HARPER ROAD
BECKLEY, WV 25801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.411**  **Nonpriority creditor's name and mailing address**                                                                    $1,432.75

COVE MARINA GROUP LLC
DBA: CALOOSA COVE MARINA
73501 OVERSEAS HWY
ISLAMORADA, FL 33036

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor      Boy Scouts of America
            _____
            Name

Case number (if known)   20-10343 (LSS)
                         _____

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | **Amount of claim** |
| --- | --- | --- |

---

**3.412** | **Nonpriority creditor's name and mailing address** | $81,805.02

COYLE, JOHN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation Claim

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.413** | **Nonpriority creditor's name and mailing address** | $92.00

CRADLE OF LIBERTY CNCL #525
1485 VALLEY FORGE ROAD
WAYNE, PA 19087

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.414** | **Nonpriority creditor's name and mailing address** | $11,821.36

CRAMER SECURITY & INVESTIGATIONS INC
PO BOX 1082
BECKLEY, WV 25802-1082

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.415** | **Nonpriority creditor's name and mailing address** | $70.00

CRATER LAKE CNCL NO 491
3039 HANLEY RD
CENTRAL POINT, OR 97502-1474

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.416** | **Nonpriority creditor's name and mailing address** | $4,786.05

CREATIVE CIRCLE, LLC
PO BOX 74008799
CHICAGO, IL 60674-8799

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor  Boy Scouts of America
_____
Name

Case number *(if known)* 20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.417** | **Nonpriority creditor's name and mailing address** | $217.20

CREATIVE LASER SOLUTIONS
13404 WOODLAND AVE
KANSAS CITY, MO 64146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.418** | **Nonpriority creditor's name and mailing address** | $886.55

CREATIVE SPECIALTIES LLC
PO BOX 27986
DENVER, CO 80227-0986

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.419** | **Nonpriority creditor's name and mailing address** | $214.61

CREDITSAFE USA INC
4635 CRACKERSPORT RD
ALLENTOWN, PA 18104

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.420** | **Nonpriority creditor's name and mailing address** | $332.49

CREST CRAFT COMPANY
4460 LAKE FOREST DRIVE, SUITE 232
CINCINNATI, OH 45242

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.421** | **Nonpriority creditor's name and mailing address** | $114.68

CREST CRAFT OF RI DIV OR J&A MKTG
200 COMPASS CIRCLE
NORTH KINGSTOWN, RI 02852

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 135 of 878

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.422** **Nonpriority creditor's name and mailing address** $4.00

CREW 129
C/O MARGARET LEPAK
5002 GRIMM DRIVE
ALEXANDRIA, VA 22304

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.423** **Nonpriority creditor's name and mailing address** $2,256.00

CROSSROADS OF AMERICA COUNCIL NO 160
7125 FALL CREEK RD NORTH
INDIANAPOLIS, IN 46256

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.424** **Nonpriority creditor's name and mailing address** $611.00

CROSSROADS OF AMERICA COUNCIL NO 160
7125 FALL CREEK RD NORTH
INDIANAPOLIS, IN 46256

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.425** **Nonpriority creditor's name and mailing address** $43.50

CROWN EQUIPMENT CORPORATION
PO BOX 641173
CINCINNATI, OH 45264-1173

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.426** **Nonpriority creditor's name and mailing address** $100.00

CRYSTAL BAY CORPORATION
DBA WOODLUND HOMES
PO BOX 600
WYOMING, MN 55092

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
          Name

Case number *(if known)* __20-10343 (LSS)__

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.427 | **Nonpriority creditor's name and mailing address** | | $3,220.16 |
|---|---|---|---|

CSC HOLDINGS LLC
CP SANIBEL LLC-DBA SANIBEL HARBOUR MARRIOTT RESORT&SPA
17260 HARBOUR POINTE DR
FT MYERS, FL 33908

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.428 | **Nonpriority creditor's name and mailing address** | | $298.07 |
|---|---|---|---|

CUNNINGHAM ELECTRIC INC
13445 VILLA RD
ELY, MN55731-8188

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.429 | **Nonpriority creditor's name and mailing address** | | $552,002.82 |
|---|---|---|---|

CURRIE, PAT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.430 | **Nonpriority creditor's name and mailing address** | | $0.05 |
|---|---|---|---|

CUSTOM ACCESSORIES INC
5900 AMI DR
RICHMOND, IL 60071

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.431 | **Nonpriority creditor's name and mailing address** | | $3,170.57 |
|---|---|---|---|

CUSTOM GREENSCAPING INC
1780 HURD DR
IRVING, TX 75038

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)*  20-10343 (LSS)

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

---

**3.432**  **Nonpriority creditor's name and mailing address**                                                          $214.80

D & R ENGRAVING & RUBBER STAMP INC
2709 QUAIL RIDGE
IRVING, TX 75060

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.433**  **Nonpriority creditor's name and mailing address**                                                          $77.85

D-BEN SECURITY SYSTEMS INC
91 THOMPSON ST
NEWBURGH, NY 12550

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.434**  **Nonpriority creditor's name and mailing address**                                                          $41.00

DALE COPELAND
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.435**  **Nonpriority creditor's name and mailing address**                                                          $175.00

DALLAS BAR ASSOCIATION
2101 ROSS AVE
DALLAS, TX 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.436**  **Nonpriority creditor's name and mailing address**                                                          $ Undetermined

DALTON OWENS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.437 | **Nonpriority creditor's name and mailing address** | | $544.50 |
|---|---|---|---|

DAN BEARD CNCL NO 438
10078 READING RD
CINCINNATI, OH 45241

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

| 3.438 | **Nonpriority creditor's name and mailing address** | | $901.00 |
|---|---|---|---|

DAN HUNKER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

| 3.439 | **Nonpriority creditor's name and mailing address** | | $324.00 |
|---|---|---|---|

DANIEL BOONE CNCL NO 414
333 WEST HAYWOOD ST
ASHEVILLE, NC 28801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

| 3.440 | **Nonpriority creditor's name and mailing address** | | $1,330.00 |
|---|---|---|---|

DANIEL DIETRICH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

| 3.441 | **Nonpriority creditor's name and mailing address** | | $8.87 |
|---|---|---|---|

DANIEL W MCNEIL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|--------|----------------------|--------------------------|----------------|
|        | Name                 |                          |                |

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.442 | **Nonpriority creditor's name and mailing address** | | $3,751.93 |
|-------|------|------|------|

DANIEL WEBSTER CNCL #330
571 HOLT AVE
MANCHESTER, NH 03109-5213

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.443 | **Nonpriority creditor's name and mailing address** | | $1,500.00 |
|-------|------|------|------|

DANIEL WEBSTER CNCL #330
571 HOLT AVE
MANCHESTER, NH 03109-5213

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.444 | **Nonpriority creditor's name and mailing address** | | $8.00 |
|-------|------|------|------|

DANIELLE NEAL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.445 | **Nonpriority creditor's name and mailing address** | | $9,034.65 |
|-------|------|------|------|

DARN TOUGH VERMONT
PO BOX 1784
BRATTLEBORO, VT 05302-1784

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.446 | **Nonpriority creditor's name and mailing address** | | $8,700.00 |
|-------|------|------|------|

DARRYL YOUNGBLOOD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor   Boy Scouts of America
_____
Name

Case number *(if known)*   20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.447** **Nonpriority creditor's name and mailing address**                                          $771.53

DATAMAX
LEASING DIVISION
PO BOX 2235
ST LOUIS, MO 63139-5535

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.448** **Nonpriority creditor's name and mailing address**                                          $517.48

DAVCO ROOFING & SHEETMETAL
4408 NORTHPOINTE INDUSTRIAL BLVD
CHARLOTTLE, NC 28216

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.449** **Nonpriority creditor's name and mailing address**                                          $50.00

DAVID BRAEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.450** **Nonpriority creditor's name and mailing address**                                          $100.00

DAVID CLEMENT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.451** **Nonpriority creditor's name and mailing address**                                          $ Undetermined

DAVID GOMES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.452** | **Nonpriority creditor's name and mailing address** | $75.00

DAVID H SIRKEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.453** | **Nonpriority creditor's name and mailing address** | $131.03

DAVID JORGENSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.454** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DAVID MCDANIEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.455** | **Nonpriority creditor's name and mailing address** | $15.00

DAVID MCFARLAND
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.456** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DAVID ROWE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.457**    **Nonpriority creditor's name and mailing address**                                                                     $300.00

DAVID WILTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.458**    **Nonpriority creditor's name and mailing address**                                                                     $11.25

DAWN M WARREN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.459**    **Nonpriority creditor's name and mailing address**                                                                     $140,951.25

DCI / SHIRES INC
PO BOX 1259
2980 BIG LAUREL HWY, STE 7B
BLUEFIELD, WV 24701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.460**    **Nonpriority creditor's name and mailing address**                                                                     $23.90

DD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.461**    **Nonpriority creditor's name and mailing address**                                                                     $18.94

DE LAGE LANDEN FINANCIAL SERVICES
PO BOX 41602
PHILADELPHIA, PA 19101-1602

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.462** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DEBRA SCHWAMBERGER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.463** | **Nonpriority creditor's name and mailing address** | $7,609.88

DECISIONPATHHR
8720 RED OAK BLVD, STE 300
CHARLOTTE, NC 28217

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.464** | **Nonpriority creditor's name and mailing address** | $25.01

DEEP SOUTH SCHOONER INC
202 WILLIAM ST
KEY WEST, FL 33040-6645

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.465** | **Nonpriority creditor's name and mailing address** | $90.00

DEL-MAR-VA CNCL#81
100 W 10TH ST SUITE 915
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.466** | **Nonpriority creditor's name and mailing address** | $235.17

DENIS MILLER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.467 | **Nonpriority creditor's name and mailing address** | | $341.32 |
|---|---|---|---|

DENNIS KAMPA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.468 | **Nonpriority creditor's name and mailing address** | | $1,380.00 |
|---|---|---|---|

DENVER AREA CNCL NO61
10455 W 6TH AVE STE 100
DENVER, CO 80215

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.469 | **Nonpriority creditor's name and mailing address** | | $672.30 |
|---|---|---|---|

DESIGN ASSOCIATES AD LLC
DBA ADVENTURE OUTFITTERS
PO BOX 32307
PHOENIX, AZ 85064

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.470 | **Nonpriority creditor's name and mailing address** | | $10,814.36 |
|---|---|---|---|

DESIGNSENSORY
1740 COMMONS POINT DRIVE
CENTERPOINT COMMONS BLDG 1
KNOXVILLE, TN 37932

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.471 | **Nonpriority creditor's name and mailing address** | | $2,100.00 |
|---|---|---|---|

DEVELOPMENT DIMENSIONS INTERNATIONAL INC
PO BOX 780470
PHILADELPHIA, PA 19178-0470

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.472** | **Nonpriority creditor's name and mailing address** | $134.10

DHEERA LIMITED COMPANY LLC
PO BOX 16387
FORT WORTH, TX 76162

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.473** | **Nonpriority creditor's name and mailing address** | $233.10

DIANA CARRILLO TIBURCIO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.474** | **Nonpriority creditor's name and mailing address** | $34.88

DIANE BOND
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.475** | **Nonpriority creditor's name and mailing address** | $264.00

DIGITAL MARKETING & PRINT SOLUTIONS
3305 WILEY POST
CARROLLTON, TX 75006

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.476** | **Nonpriority creditor's name and mailing address** | $32,020.23

DIRECT ENERGY BUSINESS,INC.
PO BOX 660749
DALLAS, TX 75266

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|--------|----------------------|--------------------------|----------------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.477** | **Nonpriority creditor's name and mailing address** | $261.36

DIRECTV
PO BOX 5006
CAROL STREAM, IL 60197-5006

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.478** | **Nonpriority creditor's name and mailing address** | $421.35

DIRECTV
PO BOX 105249
ATLANTA, GA 30348-5249

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.479** | **Nonpriority creditor's name and mailing address** | $155.00

DIVERSIFIED SECURITY, INC.
P. O. BOX 18891
WEST PALM BEACH, FL 33416

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.480** | **Nonpriority creditor's name and mailing address** | $150.00

DIVING EQUIPMENT & MARKETING ASSOC
3750 CONVOY ST #310
SAN DIEGO, CA 92111

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.481** | **Nonpriority creditor's name and mailing address** | $16.04

DIVYA G THULASEEDHARAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.482**   **Nonpriority creditor's name and mailing address**                                      $10.00

DJ DEVINCENZI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.483**   **Nonpriority creditor's name and mailing address**                                      $3,252.48

DO-GREE FASHIONS LTD USA
DO-GREE FASHIONS
3205 BEDFORD RD
MONTREAL, QC H3S 1G3
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.484**   **Nonpriority creditor's name and mailing address**                                      $ Undetermined

DOE CLAIMANT 001
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.485**   **Nonpriority creditor's name and mailing address**                                      $ Undetermined

DOE CLAIMANT 002
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.486**   **Nonpriority creditor's name and mailing address**                                      $ Undetermined

DOE CLAIMANT 003
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor     Boy Scouts of America
_____
           Name

Case number *(if known)*___20-10343 (LSS)___

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.487**  **Nonpriority creditor's name and mailing address**                                            $ Undetermined

DOE CLAIMANT 004
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.488**  **Nonpriority creditor's name and mailing address**                                            $ Undetermined

DOE CLAIMANT 005
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.489**  **Nonpriority creditor's name and mailing address**                                            $ Undetermined

DOE CLAIMANT 006
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.490**  **Nonpriority creditor's name and mailing address**                                            $ Undetermined

DOE CLAIMANT 007
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.491**  **Nonpriority creditor's name and mailing address**                                            $ Undetermined

DOE CLAIMANT 008
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.492** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

DOE CLAIMANT 009
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.493** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

DOE CLAIMANT 010
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.494** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

DOE CLAIMANT 011
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.495** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

DOE CLAIMANT 012
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.496** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

DOE CLAIMANT 013
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.497 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 014
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.498 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 015
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.499 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 016
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.500 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 017
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.501 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 018
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.502**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 019
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.503**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 020
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.504**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 021
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.505**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 022
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.506**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 023
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
          Name

Case number *(if known)*   20-10343 (LSS)

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.507 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 024
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.508 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 025
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.509 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 026
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.510 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 028
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.511 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 029
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* __20-10343 (LSS)__

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.512 **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 030
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.513 **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 031
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.514 **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 032
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.515 **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 033
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.516 **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 034
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
          Name

Case number *(if known)*  20-10343 (LSS)

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.517** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 035
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.518** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 036
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.519** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 037
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.520** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 038
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.521** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 039
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.522**    **Nonpriority creditor's name and mailing address**                                       $ Underdetermined

DOE CLAIMANT 040
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.523**    **Nonpriority creditor's name and mailing address**                                       $ Undetermined

DOE CLAIMANT 041
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.524**    **Nonpriority creditor's name and mailing address**                                       $ Undetermined

DOE CLAIMANT 042
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.525**    **Nonpriority creditor's name and mailing address**                                       $ Undetermined

DOE CLAIMANT 043
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.526**    **Nonpriority creditor's name and mailing address**                                       $ Undetermined

DOE CLAIMANT 044
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*   20-10343 (LSS)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.527**  **Nonpriority creditor's name and mailing address**                                                             $ Underdetermined

DOE CLAIMANT 045                           **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined        **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**                       ☐ Yes

---

**3.528**  **Nonpriority creditor's name and mailing address**                                                             $ Underdetermined

DOE CLAIMANT 046                           **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined        **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**                       ☐ Yes

---

**3.529**  **Nonpriority creditor's name and mailing address**                                                             $ Underdetermined

DOE CLAIMANT 047                           **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined        **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**                       ☐ Yes

---

**3.530**  **Nonpriority creditor's name and mailing address**                                                             $ Underdetermined

DOE CLAIMANT 048                           **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined        **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**                       ☐ Yes

---

**3.531**  **Nonpriority creditor's name and mailing address**                                                             $ Underdetermined

DOE CLAIMANT 049                           **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined        **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**                       ☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.532** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 050
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.533** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 051
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.534** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 052
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.535** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 053
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.536** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 054
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor _____Boy Scouts of America_____     Case number *(if known)* __20-10343 (LSS)__
                          Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.537 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

DOE CLAIMANT 055
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.538 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

DOE CLAIMANT 056
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.539 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

DOE CLAIMANT 057
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.540 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

DOE CLAIMANT 058
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.541 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

DOE CLAIMANT 059
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.542 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 060
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.543 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 061
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.544 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 062
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.545 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 063
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.546 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 064
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.547 **Nonpriority creditor's name and mailing address**

$ Underdetermined

DOE CLAIMANT 065
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.548 **Nonpriority creditor's name and mailing address**

$ Underdetermined

DOE CLAIMANT 066
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.549 **Nonpriority creditor's name and mailing address**

$ Underdetermined

DOE CLAIMANT 067
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.550 **Nonpriority creditor's name and mailing address**

$ Underdetermined

DOE CLAIMANT 068
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.551 **Nonpriority creditor's name and mailing address**

$ Underdetermined

DOE CLAIMANT 069
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.552**  **Nonpriority creditor's name and mailing address**                                                        $ Underdetermined

DOE CLAIMANT 070
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.553**  **Nonpriority creditor's name and mailing address**                                                        $ Underdetermined

DOE CLAIMANT 072
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.554**  **Nonpriority creditor's name and mailing address**                                                        $ Underdetermined

DOE CLAIMANT 073
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.555**  **Nonpriority creditor's name and mailing address**                                                        $ Underdetermined

DOE CLAIMANT 074
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.556**  **Nonpriority creditor's name and mailing address**                                                        $ Underdetermined

DOE CLAIMANT 075
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor      Boy Scouts of America
            _____
            Name

Case number *(if known)*  20-10343 (LSS)

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.557 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
| --- | --- | --- | --- |

DOE CLAIMANT 076
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.558 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
| --- | --- | --- | --- |

DOE CLAIMANT 077
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.559 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
| --- | --- | --- | --- |

DOE CLAIMANT 079
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.560 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
| --- | --- | --- | --- |

DOE CLAIMANT 080
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.561 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
| --- | --- | --- | --- |

DOE CLAIMANT 081
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor    Boy Scouts of America
_____
          Name

Case number *(if known)* __20-10343 (LSS)__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.562** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 082
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.563** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 083
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.564** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 084
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.565** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 085
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.566** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 086
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 164 of 878

Debtor  Boy Scouts of America
Name

Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.567 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 087
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.568 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 088
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.569 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 089
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.570 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 090
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.571 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 091
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)

---

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.572 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 092
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.573 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 093
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.574 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 094
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.575 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 095
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.576 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 096
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor ___Boy Scouts of America_____
         Name

Case number *(if known)*___20-10343 (LSS)___

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.577**  **Nonpriority creditor's name and mailing address**                                   $ Undetermined

DOE CLAIMANT 097
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.578**  **Nonpriority creditor's name and mailing address**                                   $ Undetermined

DOE CLAIMANT 098
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.579**  **Nonpriority creditor's name and mailing address**                                   $ Undetermined

DOE CLAIMANT 099
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.580**  **Nonpriority creditor's name and mailing address**                                   $ Undetermined

DOE CLAIMANT 1000
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.581**  **Nonpriority creditor's name and mailing address**                                   $ Undetermined

DOE CLAIMANT 1001
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 167 of 878

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|--------|----------------------|------------------------|----------------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.582 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1002
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.583 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1003
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.584 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1004
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.585 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1005
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.586 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1006
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)
_____

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.587 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 1007
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.588 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 1008
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.589 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 1009
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.590 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 1010
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.591 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 1011
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor      Boy Scouts of America
            _____
            Name

Case number *(if known)*    20-10343 (LSS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.592**  **Nonpriority creditor's name and mailing address**                                      $ Underdetermined

DOE CLAIMANT 1012                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

                                           ☒ Contingent
                                           ☒ Unliquidated
                                           ☒ Disputed

                                           **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**               ☐ No
                                                  ☐ Yes

---

**3.593**  **Nonpriority creditor's name and mailing address**                                      $ Underdetermined

DOE CLAIMANT 1013                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

                                           ☒ Contingent
                                           ☒ Unliquidated
                                           ☒ Disputed

                                           **Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**               ☐ No
                                                  ☐ Yes

---

**3.594**  **Nonpriority creditor's name and mailing address**                                      $ Underdetermined

DOE CLAIMANT 1014                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

                                           ☒ Contingent
                                           ☒ Unliquidated
                                           ☒ Disputed

                                           **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**               ☐ No
                                                  ☐ Yes

---

**3.595**  **Nonpriority creditor's name and mailing address**                                      $ Underdetermined

DOE CLAIMANT 1015                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

                                           ☒ Contingent
                                           ☒ Unliquidated
                                           ☐ Disputed

                                           **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**               ☐ No
                                                  ☐ Yes

---

**3.596**  **Nonpriority creditor's name and mailing address**                                      $ Underdetermined

DOE CLAIMANT 1016                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

                                           ☒ Contingent
                                           ☒ Unliquidated
                                           ☒ Disputed

                                           **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**               ☐ No
                                                  ☐ Yes

---

Debtor      Boy Scouts of America
            _____
            Name

Case number *(if known)*   20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.597   **Nonpriority creditor's name and mailing address**                    $ Undetermined

DOE CLAIMANT 1017               **As of the petition filing date, the claim is:**
ADDRESS ON FILE                 *Check all that apply.*

                                ☒ Contingent
                                ☒ Unliquidated
                                ☒ Disputed

                                **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☐ No
                                                    ☐ Yes

---

3.598   **Nonpriority creditor's name and mailing address**                    $ Undetermined

DOE CLAIMANT 1018               **As of the petition filing date, the claim is:**
ADDRESS ON FILE                 *Check all that apply.*

                                ☒ Contingent
                                ☒ Unliquidated
                                ☒ Disputed

                                **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☐ No
                                                    ☐ Yes

---

3.599   **Nonpriority creditor's name and mailing address**                    $ Undetermined

DOE CLAIMANT 101                **As of the petition filing date, the claim is:**
ADDRESS ON FILE                 *Check all that apply.*

                                ☒ Contingent
                                ☒ Unliquidated
                                ☒ Disputed

                                **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☐ No
                                                    ☐ Yes

---

3.600   **Nonpriority creditor's name and mailing address**                    $ Undetermined

DOE CLAIMANT 1019               **As of the petition filing date, the claim is:**
ADDRESS ON FILE                 *Check all that apply.*

                                ☒ Contingent
                                ☒ Unliquidated
                                ☒ Disputed

                                **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☐ No
                                                    ☐ Yes

---

3.601   **Nonpriority creditor's name and mailing address**                    $ Undetermined

DOE CLAIMANT 1020               **As of the petition filing date, the claim is:**
ADDRESS ON FILE                 *Check all that apply.*

                                ☒ Contingent
                                ☒ Unliquidated
                                ☒ Disputed

                                **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☐ No
                                                    ☐ Yes

---

Official Form 206E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   Boy Scouts of America
         _____
         Name

Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.602 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1021
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.603 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1022
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.604 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1023
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.605 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1024
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.606 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1025
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
Name

Case number *(if known)*    20-10343 (LSS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.607  **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1026
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.608  **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1027
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.609  **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1028
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.610  **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 102
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.611  **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1029
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.612** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1030
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.613** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1031
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.614** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1032
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.615** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1033
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.616** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1034
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 174 of 878

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.617** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1035
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.618** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1037
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.619** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1038
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.620** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 103
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.621** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1039
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
          Name

Case number *(if known)*    20-10343 (LSS)

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.622 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

DOE CLAIMANT 1040
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.623 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

DOE CLAIMANT 1041
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.624 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

DOE CLAIMANT 1042
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.625 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

DOE CLAIMANT 1043
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.626 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

DOE CLAIMANT 1044
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor _____Boy Scouts of America_____    Case number *(if known)*___20-10343 (LSS)___
　　　　　　　Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.627 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 1046
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.628 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 1047
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.629 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 1048
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.630 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 104
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.631 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 1049
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor        Boy Scouts of America
              _____
              Name

Case number *(if known)*    20-10343 (LSS)

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

---

| 3.632 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1050
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.633 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1051
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.634 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1052
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.635 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1053
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.636 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1054
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* 20-10343 (LSS)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.637** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1055
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.638** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1056
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.639** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1057
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.640** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1058
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.641** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 105
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number _(if known)_ | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.642** **Nonpriority creditor's name and mailing address**　　　　　　　　　　　　　　$ Undetermined

DOE CLAIMANT 1059
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.643** **Nonpriority creditor's name and mailing address**　　　　　　　　　　　　　　$ Undetermined

DOE CLAIMANT 1060
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.644** **Nonpriority creditor's name and mailing address**　　　　　　　　　　　　　　$ Undetermined

DOE CLAIMANT 1061
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.645** **Nonpriority creditor's name and mailing address**　　　　　　　　　　　　　　$ Undetermined

DOE CLAIMANT 1062
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.646** **Nonpriority creditor's name and mailing address**　　　　　　　　　　　　　　$ Undetermined

DOE CLAIMANT 1063
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

　　　**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.647** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1064
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.648** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1065
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.649** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1067
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.650** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1068
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.651** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 106
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)*  20-10343 (LSS)

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.652 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1069
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.653 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1070
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.654 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1071
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.655 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1072
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.656 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1073
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*   20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.657** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1074
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.658** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1075
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.659** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1076
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.660** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1077
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.661** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1078
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.662 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 107
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.663 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1079
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.664 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1080
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.665 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1081
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.666 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1082
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.667   **Nonpriority creditor's name and mailing address**                                              $ Undetermined

DOE CLAIMANT 1083          **As of the petition filing date, the claim is:**
ADDRESS ON FILE           *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined          **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**                       ☐ Yes

---

3.668   **Nonpriority creditor's name and mailing address**                                              $ Undetermined

DOE CLAIMANT 1084          **As of the petition filing date, the claim is:**
ADDRESS ON FILE           *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined          **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**                       ☐ Yes

---

3.669   **Nonpriority creditor's name and mailing address**                                              $ Undetermined

DOE CLAIMANT 1085          **As of the petition filing date, the claim is:**
ADDRESS ON FILE           *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined          **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**                       ☐ Yes

---

3.670   **Nonpriority creditor's name and mailing address**                                              $ Undetermined

DOE CLAIMANT 1086          **As of the petition filing date, the claim is:**
ADDRESS ON FILE           *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined          **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**                       ☐ Yes

---

3.671   **Nonpriority creditor's name and mailing address**                                              $ Undetermined

DOE CLAIMANT 1087          **As of the petition filing date, the claim is:**
ADDRESS ON FILE           *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined          **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**                       ☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|--------|----------------------|--------------------------|----------------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.672** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1088
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.673** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 108
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.674** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1089
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.675** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1090
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.676** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1091
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
          Name

Case number *(if known)*   20-10343 (LSS)

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.677**   **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1092
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.678**   **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1093
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.679**   **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1094
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.680**   **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1095
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.681**   **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1097
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor  Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)

---

**Part 2:   Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.682 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1098
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.683 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 109
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.684 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1099
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.685 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1100
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.686 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1101
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor Boy Scouts of America
Name

Case number (if known) 20-10343 (LSS)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.687 **Nonpriority creditor's name and mailing address** $ Undetermined

DOE CLAIMANT 1102
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.688 **Nonpriority creditor's name and mailing address** $ Undetermined

DOE CLAIMANT 1103
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.689 **Nonpriority creditor's name and mailing address** $ Undetermined

DOE CLAIMANT 1104
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.690 **Nonpriority creditor's name and mailing address** $ Undetermined

DOE CLAIMANT 1105
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

3.691 **Nonpriority creditor's name and mailing address** $ Undetermined

DOE CLAIMANT 1106
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.692** **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 1107
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.693** **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 1108
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.694** **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 110
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.695** **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 1109
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.696** **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 1110
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* _ 20-10343 (LSS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.697 **Nonpriority creditor's name and mailing address**                    $ Undetermined

DOE CLAIMANT 1111
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.698 **Nonpriority creditor's name and mailing address**                    $ Undetermined

DOE CLAIMANT 1112
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.699 **Nonpriority creditor's name and mailing address**                    $ Undetermined

DOE CLAIMANT 1113
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.700 **Nonpriority creditor's name and mailing address**                    $ Undetermined

DOE CLAIMANT 1114
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.701 **Nonpriority creditor's name and mailing address**                    $ Undetermined

DOE CLAIMANT 1115
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*   20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.702** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1116
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.703** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1117
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.704** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1118
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.705** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 111
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.706** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1119
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* __20-10343 (LSS)__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.707** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1120
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.708** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1121
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.709** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1122
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.710** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1123
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.711** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1124
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.712**   **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1125
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.713**   **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1127
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.714**   **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1128
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.715**   **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 112
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.716**   **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1129
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor  Boy Scouts of America
        _____
        Name

Case number *(if known)* __20-10343 (LSS)__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.717**   **Nonpriority creditor's name and mailing address**                                $ Undetermined

DOE CLAIMANT 1130
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.718**   **Nonpriority creditor's name and mailing address**                                $ Undetermined

DOE CLAIMANT 1131
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.719**   **Nonpriority creditor's name and mailing address**                                $ Undetermined

DOE CLAIMANT 1132
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.720**   **Nonpriority creditor's name and mailing address**                                $ Undetermined

DOE CLAIMANT 1133
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.721**   **Nonpriority creditor's name and mailing address**                                $ Undetermined

DOE CLAIMANT 1134
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor  Boy Scouts of America
_____
Name

Case number *(if known)* __20-10343 (LSS)__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.722** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1135
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.723** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1136
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.724** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1137
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.725** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1138
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.726** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 113
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
    Name

Case number *(if known)*  20-10343 (LSS)

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.727**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1139
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.728**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1140
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.729**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1141
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.730**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1142
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.731**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1143
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.732  **Nonpriority creditor's name and mailing address**                                              $ Undetermined

DOE CLAIMANT 1144                        **As of the petition filing date, the claim is:**
ADDRESS ON FILE                          *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**          ☐ No
☐ Yes

---

3.733  **Nonpriority creditor's name and mailing address**                                              $ Undetermined

DOE CLAIMANT 1145                        **As of the petition filing date, the claim is:**
ADDRESS ON FILE                          *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**          ☐ No
☐ Yes

---

3.734  **Nonpriority creditor's name and mailing address**                                              $ Undetermined

DOE CLAIMANT 1146                        **As of the petition filing date, the claim is:**
ADDRESS ON FILE                          *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**          ☐ No
☐ Yes

---

3.735  **Nonpriority creditor's name and mailing address**                                              $ Undetermined

DOE CLAIMANT 1147                        **As of the petition filing date, the claim is:**
ADDRESS ON FILE                          *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**          ☐ No
☐ Yes

---

3.736  **Nonpriority creditor's name and mailing address**                                              $ Undetermined

DOE CLAIMANT 1148                        **As of the petition filing date, the claim is:**
ADDRESS ON FILE                          *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**          ☐ No
☐ Yes

---

Debtor      Boy Scouts of America
            _____
            Name

Case number *(if known)*  20-10343 (LSS)
                          _____

**Part 2:    Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

| 3.737 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 114
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.738 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1149
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.739 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1150
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.740 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1151
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.741 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1152
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor      Boy Scouts of America
            _____
            Name

Case number *(if known)*   20-10343 (LSS)
                           _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |

---

| 3.742 | **Nonpriority creditor's name and mailing address** | $ Underdetermined |

DOE CLAIMANT 1153
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.743 | **Nonpriority creditor's name and mailing address** | $ Underdetermined |

DOE CLAIMANT 1154
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.744 | **Nonpriority creditor's name and mailing address** | $ Underdetermined |

DOE CLAIMANT 1155
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.745 | **Nonpriority creditor's name and mailing address** | $ Underdetermined |

DOE CLAIMANT 1156
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.746 | **Nonpriority creditor's name and mailing address** | $ Underdetermined |

DOE CLAIMANT 1157
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number (if known)___20-10343 (LSS)

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.747 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

DOE CLAIMANT 1158
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.748 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

DOE CLAIMANT 115
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.749 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

DOE CLAIMANT 1159
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.750 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

DOE CLAIMANT 1160
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.751 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

DOE CLAIMANT 1161
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.752** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1162
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.753** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1163
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.754** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1164
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.755** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1165
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.756** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1166
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* __20-10343 (LSS)__

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.757** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1167
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.758** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1168
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.759** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 116
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.760** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1169
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.761** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1170
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.762** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1171
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.763** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1172
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.764** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1173
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.765** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1174
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.766** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1175
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*   20-10343 (LSS)
_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.767** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1176
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.768** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1177
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.769** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1178
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.770** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 117
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.771** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1179
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.772** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1180
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.773** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1181
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.774** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1182
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.775** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1183
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.776** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1184
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*   20-10343 (LSS)
_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.777** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1185
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.778** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1186
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.779** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1187
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.780** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1188
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.781** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 118
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.782 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1189
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.783 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1190
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.784 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1191
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.785 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1192
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.786 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1193
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Boy Scouts of America
_____
Name

Case number *(if known)*   20-10343 (LSS)
_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.787** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1194
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.788** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1195
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.789** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1196
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.790** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1197
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.791** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1198
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.792**   **Nonpriority creditor's name and mailing address**                                           $ Underdetermined

DOE CLAIMANT 119
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.793**   **Nonpriority creditor's name and mailing address**                                           $ Underdetermined

DOE CLAIMANT 1199
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.794**   **Nonpriority creditor's name and mailing address**                                           $ Underdetermined

DOE CLAIMANT 1200
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.795**   **Nonpriority creditor's name and mailing address**                                           $ Underdetermined

DOE CLAIMANT 1201
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.796**   **Nonpriority creditor's name and mailing address**                                           $ Underdetermined

DOE CLAIMANT 1202
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | | Case number _(if known)_ | 20-10343 (LSS) |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.797 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1203
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.798 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1204
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.799 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1205
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.800 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1206
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.801 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1207
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor      Boy Scouts of America
            Name

Case number *(if known)*   20-10343 (LSS)

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.802**   **Nonpriority creditor's name and mailing address**                    $ Undetermined

DOE CLAIMANT 1208
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.803**   **Nonpriority creditor's name and mailing address**                    $ Undetermined

DOE CLAIMANT 120
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.804**   **Nonpriority creditor's name and mailing address**                    $ Undetermined

DOE CLAIMANT 1209
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.805**   **Nonpriority creditor's name and mailing address**                    $ Undetermined

DOE CLAIMANT 1210
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.806**   **Nonpriority creditor's name and mailing address**                    $ Undetermined

DOE CLAIMANT 1211
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* 20-10343 (LSS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.807   **Nonpriority creditor's name and mailing address**                                          $ Underdetermined

DOE CLAIMANT 1212                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

                                           ☒ Contingent
                                           ☒ Unliquidated
                                           ☒ Disputed

                                           **Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                ☐ No
                                                   ☐ Yes

---

3.808   **Nonpriority creditor's name and mailing address**                                          $ Underdetermined

DOE CLAIMANT 1213                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

                                           ☒ Contingent
                                           ☒ Unliquidated
                                           ☒ Disputed

                                           **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                ☐ No
                                                   ☐ Yes

---

3.809   **Nonpriority creditor's name and mailing address**                                          $ Underdetermined

DOE CLAIMANT 1214                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

                                           ☒ Contingent
                                           ☒ Unliquidated
                                           ☒ Disputed

                                           **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                ☐ No
                                                   ☐ Yes

---

3.810   **Nonpriority creditor's name and mailing address**                                          $ Underdetermined

DOE CLAIMANT 1215                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

                                           ☒ Contingent
                                           ☒ Unliquidated
                                           ☒ Disputed

                                           **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                ☐ No
                                                   ☐ Yes

---

3.811   **Nonpriority creditor's name and mailing address**                                          $ Underdetermined

DOE CLAIMANT 1216                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

                                           ☒ Contingent
                                           ☒ Unliquidated
                                           ☒ Disputed

                                           **Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                ☐ No
                                                   ☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

### Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.812** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1217
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.813** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1218
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.814** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 121
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.815** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1219
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.816** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1220
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
Name

Case number *(if known)*   20-10343 (LSS)

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.817 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 1221
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.818 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 1222
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.819 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 1223
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.820 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 1224
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.821 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 1225
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor      Boy Scouts of America
            _____
            Name

Case number *(if known)*    20-10343 (LSS)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.822**  **Nonpriority creditor's name and mailing address**                                              $ Underdetermined

DOE CLAIMANT 1226                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

                                          ☒ Contingent
                                          ☒ Unliquidated
                                          ☒ Disputed

                                          **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                   ☐ No
                                                      ☐ Yes

---

**3.823**  **Nonpriority creditor's name and mailing address**                                              $ Underdetermined

DOE CLAIMANT 1227                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

                                          ☒ Contingent
                                          ☒ Unliquidated
                                          ☒ Disputed

                                          **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                   ☐ No
                                                      ☐ Yes

---

**3.824**  **Nonpriority creditor's name and mailing address**                                              $ Underdetermined

DOE CLAIMANT 1228                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

                                          ☒ Contingent
                                          ☒ Unliquidated
                                          ☒ Disputed

                                          **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                   ☐ No
                                                      ☐ Yes

---

**3.825**  **Nonpriority creditor's name and mailing address**                                              $ Underdetermined

DOE CLAIMANT 122                           **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

                                          ☒ Contingent
                                          ☒ Unliquidated
                                          ☐ Disputed

                                          **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                   ☐ No
                                                      ☐ Yes

---

**3.826**  **Nonpriority creditor's name and mailing address**                                              $ Underdetermined

DOE CLAIMANT 1229                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

                                          ☒ Contingent
                                          ☒ Unliquidated
                                          ☒ Disputed

                                          **Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                   ☐ No
                                                      ☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.827 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1230
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.828 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1231
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.829 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1232
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.830 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1233
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.831 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1234
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)*___20-10343 (LSS)___

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.832 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1235
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.833 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1236
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.834 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1237
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.835 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1238
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.836 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 123
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.837** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1239
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.838** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1240
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.839** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1241
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.840** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1242
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.841** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1243
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
          Name

Case number (if known)___20-10343 (LSS)____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.842   **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 1244                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                           *Check all that apply.*

                                          ☒ Contingent
                                          ☒ Unliquidated
                                          ☒ Disputed

                                          **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**
                                          ☐ No
**Last 4 digits of account number**                  ☐ Yes

---

3.843   **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 1245                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                           *Check all that apply.*

                                          ☒ Contingent
                                          ☒ Unliquidated
                                          ☒ Disputed

                                          **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**
                                          ☐ No
**Last 4 digits of account number**                  ☐ Yes

---

3.844   **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 1246                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                           *Check all that apply.*

                                          ☒ Contingent
                                          ☒ Unliquidated
                                          ☒ Disputed

                                          **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**
                                          ☐ No
**Last 4 digits of account number**                  ☐ Yes

---

3.845   **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 1247                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                           *Check all that apply.*

                                          ☒ Contingent
                                          ☒ Unliquidated
                                          ☒ Disputed

                                          **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**
                                          ☐ No
**Last 4 digits of account number**                  ☐ Yes

---

3.846   **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 1248                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                           *Check all that apply.*

                                          ☒ Contingent
                                          ☒ Unliquidated
                                          ☒ Disputed

                                          **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**
                                          ☐ No
**Last 4 digits of account number**                  ☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* 20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.847    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 124
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.848    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1249
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.849    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1250
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.850    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1251
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.851    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1252
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|--------|----------------------|--------------------------|----------------|
|        | Name                 |                          |                |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.852** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1253
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.853** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1254
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.854** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1255
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.855** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1256
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.856** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1257
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.857**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1258
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.858**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 125
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.859**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1259
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.860**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1260
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.861**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1261
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)* 20-10343 (LSS)

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.862 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1262
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.863 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1263
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.864 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1264
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.865 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1265
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.866 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1266
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.867 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1267
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.868 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1268
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.869 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 126
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.870 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1269
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.871 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1270
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)*   20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.872**  **Nonpriority creditor's name and mailing address**                                          $ Underdetermined

DOE CLAIMANT 1271
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.873**  **Nonpriority creditor's name and mailing address**                                          $ Underdetermined

DOE CLAIMANT 1272
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.874**  **Nonpriority creditor's name and mailing address**                                          $ Underdetermined

DOE CLAIMANT 1273
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.875**  **Nonpriority creditor's name and mailing address**                                          $ Underdetermined

DOE CLAIMANT 1274
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.876**  **Nonpriority creditor's name and mailing address**                                          $ Underdetermined

DOE CLAIMANT 1275
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.877** **Nonpriority creditor's name and mailing address** $ Undetermined

DOE CLAIMANT 1276
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.878** **Nonpriority creditor's name and mailing address** $ Undetermined

DOE CLAIMANT 1277
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.879** **Nonpriority creditor's name and mailing address** $ Undetermined

DOE CLAIMANT 1278
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.880** **Nonpriority creditor's name and mailing address** $ Undetermined

DOE CLAIMANT 127
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.881** **Nonpriority creditor's name and mailing address** $ Undetermined

DOE CLAIMANT 1279
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.882** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1280
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.883** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1281
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.884** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1282
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.885** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1283
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.886** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1284
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
          Name

Case number *(if known)*    20-10343 (LSS)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.887    **Nonpriority creditor's name and mailing address**                    $ Undetermined

DOE CLAIMANT 1285
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.888    **Nonpriority creditor's name and mailing address**                    $ Undetermined

DOE CLAIMANT 1286
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.889    **Nonpriority creditor's name and mailing address**                    $ Undetermined

DOE CLAIMANT 1287
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.890    **Nonpriority creditor's name and mailing address**                    $ Undetermined

DOE CLAIMANT 1288
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.891    **Nonpriority creditor's name and mailing address**                    $ Undetermined

DOE CLAIMANT 128
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.892 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1289
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.893 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1290
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.894 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1291
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.895 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1292
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.896 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1293
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor ____Boy Scouts of America_____   Case number *(if known)*___20-10343 (LSS)_____
           Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.897** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1294
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.898** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1295
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.899** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1296
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.900** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1297
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.901** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1298
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.902**   **Nonpriority creditor's name and mailing address**                                              $ Underdetermined

DOE CLAIMANT 129
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.903**   **Nonpriority creditor's name and mailing address**                                              $ Underdetermined

DOE CLAIMANT 1299
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.904**   **Nonpriority creditor's name and mailing address**                                              $ Underdetermined

DOE CLAIMANT 1300
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.905**   **Nonpriority creditor's name and mailing address**                                              $ Underdetermined

DOE CLAIMANT 1301
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.906**   **Nonpriority creditor's name and mailing address**                                              $ Underdetermined

DOE CLAIMANT 1302
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*   20-10343 (LSS)

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

**3.907** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1303
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.908** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1304
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.909** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1305
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.910** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1306
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.911** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1307
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
          Name

Case number *(if known)*  20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.912** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1308
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.913** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 130
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.914** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1309
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.915** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1310
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.916** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1311
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|--------|----------------------|--------------------------|----------------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.917** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1312
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.918** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1313
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.919** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1314
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.920** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1315
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.921** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1316
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor      Boy Scouts of America
_____
            Name

Case number *(if known)*   20-10343 (LSS)
_____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.922**   **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 1317                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                      *Check all that apply.*

                                     ☒ Contingent
                                     ☒ Unliquidated
                                     ☒ Disputed

                                     **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                   ☐ No
                                                      ☐ Yes

---

**3.923**   **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 1318                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                      *Check all that apply.*

                                     ☒ Contingent
                                     ☒ Unliquidated
                                     ☒ Disputed

                                     **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                   ☐ No
                                                      ☐ Yes

---

**3.924**   **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 131                     **As of the petition filing date, the claim is:**
ADDRESS ON FILE                      *Check all that apply.*

                                     ☒ Contingent
                                     ☒ Unliquidated
                                     ☒ Disputed

                                     **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                   ☐ No
                                                      ☐ Yes

---

**3.925**   **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 1319                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                      *Check all that apply.*

                                     ☒ Contingent
                                     ☒ Unliquidated
                                     ☐ Disputed

                                     **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                   ☐ No
                                                      ☐ Yes

---

**3.926**   **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 1320                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                      *Check all that apply.*

                                     ☒ Contingent
                                     ☒ Unliquidated
                                     ☒ Disputed

                                     **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                   ☐ No
                                                      ☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.927** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1321
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.928** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1322
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.929** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1323
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.930** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1324
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.931** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1325
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
Name

Case number *(if known)*    20-10343 (LSS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.932   **Nonpriority creditor's name and mailing address**                         $ Undetermined

DOE CLAIMANT 1326                              **As of the petition filing date, the claim is:**
ADDRESS ON FILE                               *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**           ☐ No
                                              ☐ Yes

---

3.933   **Nonpriority creditor's name and mailing address**                         $ Undetermined

DOE CLAIMANT 1327                              **As of the petition filing date, the claim is:**
ADDRESS ON FILE                               *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**           ☐ No
                                              ☐ Yes

---

3.934   **Nonpriority creditor's name and mailing address**                         $ Undetermined

DOE CLAIMANT 1328                              **As of the petition filing date, the claim is:**
ADDRESS ON FILE                               *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**           ☐ No
                                              ☐ Yes

---

3.935   **Nonpriority creditor's name and mailing address**                         $ Undetermined

DOE CLAIMANT 132                               **As of the petition filing date, the claim is:**
ADDRESS ON FILE                               *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**           ☐ No
                                              ☐ Yes

---

3.936   **Nonpriority creditor's name and mailing address**                         $ Undetermined

DOE CLAIMANT 1329                              **As of the petition filing date, the claim is:**
ADDRESS ON FILE                               *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**           ☐ No
                                              ☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.937 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1330
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.938 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1331
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.939 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1332
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.940 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1333
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.941 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1334
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 239 of 878

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.942**   **Nonpriority creditor's name and mailing address**                                $ Underdetermined

DOE CLAIMANT 1335
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.943**   **Nonpriority creditor's name and mailing address**                                $ Underdetermined

DOE CLAIMANT 1336
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.944**   **Nonpriority creditor's name and mailing address**                                $ Underdetermined

DOE CLAIMANT 1337
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.945**   **Nonpriority creditor's name and mailing address**                                $ Underdetermined

DOE CLAIMANT 1338
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.946**   **Nonpriority creditor's name and mailing address**                                $ Underdetermined

DOE CLAIMANT 133
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor _____Boy Scouts of America_____     Case number *(if known)*___20-10343 (LSS)_____
         Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.947**    **Nonpriority creditor's name and mailing address**         $ Undetermined

DOE CLAIMANT 1339
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.948**    **Nonpriority creditor's name and mailing address**         $ Undetermined

DOE CLAIMANT 1340
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.949**    **Nonpriority creditor's name and mailing address**         $ Undetermined

DOE CLAIMANT 1341
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.950**    **Nonpriority creditor's name and mailing address**         $ Undetermined

DOE CLAIMANT 1342
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.951**    **Nonpriority creditor's name and mailing address**         $ Undetermined

DOE CLAIMANT 1343
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* ___20-10343 (LSS)___

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.952 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1344
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.953 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1345
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.954 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1346
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.955 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1347
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.956 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1348
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.957**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 134
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.958**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1349
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.959**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1350
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.960**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1351
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.961**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1352
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
                      Name

Case number *(if known)*   20-10343 (LSS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.962    **Nonpriority creditor's name and mailing address**                               $ Undetermined

DOE CLAIMANT 1353
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.963    **Nonpriority creditor's name and mailing address**                               $ Undetermined

DOE CLAIMANT 1354
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.964    **Nonpriority creditor's name and mailing address**                               $ Undetermined

DOE CLAIMANT 1355
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.965    **Nonpriority creditor's name and mailing address**                               $ Undetermined

DOE CLAIMANT 1356
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.966    **Nonpriority creditor's name and mailing address**                               $ Undetermined

DOE CLAIMANT 1358
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* __20-10343 (LSS)__

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.967**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 135
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.968**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1359
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.969**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1360
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.970**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1361
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.971**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1362
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor   Boy Scouts of America
_____
Name

Case number *(if known)* 20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.972 **Nonpriority creditor's name and mailing address**

$ Undetermined

DOE CLAIMANT 1363
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.973 **Nonpriority creditor's name and mailing address**

$ Undetermined

DOE CLAIMANT 1364
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.974 **Nonpriority creditor's name and mailing address**

$ Undetermined

DOE CLAIMANT 1365
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.975 **Nonpriority creditor's name and mailing address**

$ Undetermined

DOE CLAIMANT 1366
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.976 **Nonpriority creditor's name and mailing address**

$ Undetermined

DOE CLAIMANT 1367
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|--------|----------------------|--------------------------|----------------|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.977**  **Nonpriority creditor's name and mailing address**                                                        $ Underdetermined

DOE CLAIMANT 1368                           **As of the petition filing date, the claim is:**
ADDRESS ON FILE                             *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined       **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**                     ☐ Yes

---

**3.978**  **Nonpriority creditor's name and mailing address**                                                        $ Underdetermined

DOE CLAIMANT 136                            **As of the petition filing date, the claim is:**
ADDRESS ON FILE                             *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined       **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**                     ☐ Yes

---

**3.979**  **Nonpriority creditor's name and mailing address**                                                        $ Underdetermined

DOE CLAIMANT 1369                           **As of the petition filing date, the claim is:**
ADDRESS ON FILE                             *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined       **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**                     ☐ Yes

---

**3.980**  **Nonpriority creditor's name and mailing address**                                                        $ Underdetermined

DOE CLAIMANT 1370                           **As of the petition filing date, the claim is:**
ADDRESS ON FILE                             *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined       **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**                     ☐ Yes

---

**3.981**  **Nonpriority creditor's name and mailing address**                                                        $ Underdetermined

DOE CLAIMANT 1371                           **As of the petition filing date, the claim is:**
ADDRESS ON FILE                             *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined       **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**                     ☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.982 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 1372
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.983 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 1373
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.984 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 1374
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.985 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 1375
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.986 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 1376
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* __20-10343 (LSS)__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.987**  **Nonpriority creditor's name and mailing address**

$ Undetermined

DOE CLAIMANT 1377
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.988**  **Nonpriority creditor's name and mailing address**

$ Undetermined

DOE CLAIMANT 1378
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.989**  **Nonpriority creditor's name and mailing address**

$ Undetermined

DOE CLAIMANT 137
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.990**  **Nonpriority creditor's name and mailing address**

$ Undetermined

DOE CLAIMANT 1379
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.991**  **Nonpriority creditor's name and mailing address**

$ Undetermined

DOE CLAIMANT 1380
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
Name                                                    Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |

---

**3.992** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1381
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.993** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1382
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.994** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1383
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.995** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1384
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.996** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1385
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* __20-10343 (LSS)__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.997** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1386
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.998** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1387
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.999** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1388
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1000** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 138
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1001** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1389
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 251 of 878

Debtor     Boy Scouts of America
_____
           Name

Case number *(if known)*___20-10343 (LSS)___

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1002**  **Nonpriority creditor's name and mailing address**                                      $ Undetermined

DOE CLAIMANT 1390                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                      *Check all that apply.*

                                     ☒ Contingent
                                     ☒ Unliquidated
                                     ☒ Disputed

                                     **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**
                                                     ☐ No
**Last 4 digits of account number**                  ☐ Yes

---

**3.1003**  **Nonpriority creditor's name and mailing address**                                      $ Undetermined

DOE CLAIMANT 1391                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                      *Check all that apply.*

                                     ☒ Contingent
                                     ☒ Unliquidated
                                     ☒ Disputed

                                     **Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**
                                                     ☐ No
**Last 4 digits of account number**                  ☐ Yes

---

**3.1004**  **Nonpriority creditor's name and mailing address**                                      $ Undetermined

DOE CLAIMANT 1392                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                      *Check all that apply.*

                                     ☒ Contingent
                                     ☒ Unliquidated
                                     ☒ Disputed

                                     **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**
                                                     ☐ No
**Last 4 digits of account number**                  ☐ Yes

---

**3.1005**  **Nonpriority creditor's name and mailing address**                                      $ Undetermined

DOE CLAIMANT 1393                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                      *Check all that apply.*

                                     ☒ Contingent
                                     ☒ Unliquidated
                                     ☐ Disputed

                                     **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**
                                                     ☐ No
**Last 4 digits of account number**                  ☐ Yes

---

**3.1006**  **Nonpriority creditor's name and mailing address**                                      $ Undetermined

DOE CLAIMANT 1394                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                      *Check all that apply.*

                                     ☒ Contingent
                                     ☒ Unliquidated
                                     ☒ Disputed

                                     **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**
                                                     ☐ No
**Last 4 digits of account number**                  ☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1007** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1395
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1008** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1396
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1009** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1397
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1010** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1398
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1011** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 139
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1012** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1399
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1013** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1400
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1014** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1401
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1015** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1402
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1016** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1403
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1017**   **Nonpriority creditor's name and mailing address**                                                     $ Underdetermined

DOE CLAIMANT 1404
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1018**   **Nonpriority creditor's name and mailing address**                                                     $ Underdetermined

DOE CLAIMANT 1405
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1019**   **Nonpriority creditor's name and mailing address**                                                     $ Underdetermined

DOE CLAIMANT 1406
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1020**   **Nonpriority creditor's name and mailing address**                                                     $ Underdetermined

DOE CLAIMANT 1407
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1021**   **Nonpriority creditor's name and mailing address**                                                     $ Underdetermined

DOE CLAIMANT 1408
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1022 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 140
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1023 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1409
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1024 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1410
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1025 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1411
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1026 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1412
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
          Name

Case number *(if known)*    20-10343 (LSS)

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

---

**3.1027** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1413
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1028** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1414
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1029** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1415
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1030** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1416
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1031** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1417
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** |

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1032** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 141
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1033** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1419
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1034** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1420
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1035** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1421
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1036** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1422
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1037** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1423
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1038** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1424
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1039** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1425
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1040** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1426
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1041** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1427
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*   20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1042   **Nonpriority creditor's name and mailing address**                      $ Undetermined

DOE CLAIMANT 1428
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1043   **Nonpriority creditor's name and mailing address**                      $ Undetermined

DOE CLAIMANT 142
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1044   **Nonpriority creditor's name and mailing address**                      $ Undetermined

DOE CLAIMANT 1429
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1045   **Nonpriority creditor's name and mailing address**                      $ Undetermined

DOE CLAIMANT 1430
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1046   **Nonpriority creditor's name and mailing address**                      $ Undetermined

DOE CLAIMANT 1431
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
          Name

Case number *(if known)*    20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.1047 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1432
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1048 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1433
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1049 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1434
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1050 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1435
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1051 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1436
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor     Boy Scouts of America
_____
           Name

Case number *(if known)*  20-10343 (LSS)

---

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1052 | **Nonpriority creditor's name and mailing address**                    $ Underdetermined

DOE CLAIMANT 1437                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                           *Check all that apply.*

                                          ☒ Contingent
                                          ☒ Unliquidated
                                          ☒ Disputed

                                          **Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                    ☐ No
                                                       ☐ Yes

---

3.1053 | **Nonpriority creditor's name and mailing address**                    $ Underdetermined

DOE CLAIMANT 1438                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                           *Check all that apply.*

                                          ☒ Contingent
                                          ☒ Unliquidated
                                          ☒ Disputed

                                          **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                    ☐ No
                                                       ☐ Yes

---

3.1054 | **Nonpriority creditor's name and mailing address**                    $ Underdetermined

DOE CLAIMANT 143                           **As of the petition filing date, the claim is:**
ADDRESS ON FILE                           *Check all that apply.*

                                          ☒ Contingent
                                          ☒ Unliquidated
                                          ☒ Disputed

                                          **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                    ☐ No
                                                       ☐ Yes

---

3.1055 | **Nonpriority creditor's name and mailing address**                    $ Underdetermined

DOE CLAIMANT 1439                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                           *Check all that apply.*

                                          ☒ Contingent
                                          ☒ Unliquidated
                                          ☒ Disputed

                                          **Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                    ☐ No
                                                       ☐ Yes

---

3.1056 | **Nonpriority creditor's name and mailing address**                    $ Underdetermined

DOE CLAIMANT 1440                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                           *Check all that apply.*

                                          ☒ Contingent
                                          ☒ Unliquidated
                                          ☒ Disputed

                                          **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                    ☐ No
                                                       ☐ Yes

---

Debtor  Boy Scouts of America
_____
Name

Case number *(if known)* 20-10343 (LSS)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1057 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1441
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1058 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1442
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1059 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1443
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1060 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1444
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1061 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1445
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* __20-10343 (LSS)__

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1062** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1446
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1063** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1447
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1064** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1448
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1065** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 144
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1066** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1449
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|--------|----------------------|--------------------------|----------------|
|        | Name                 |                          |                |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1067**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1450
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1068**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1451
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1069**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1452
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1070**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1453
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1071**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1454
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor      Boy Scouts of America
                  Name

Case number *(if known)*   20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1072   **Nonpriority creditor's name and mailing address**                                              $ Undetermined

DOE CLAIMANT 1455
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1073   **Nonpriority creditor's name and mailing address**                                              $ Undetermined

DOE CLAIMANT 1456
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1074   **Nonpriority creditor's name and mailing address**                                              $ Undetermined

DOE CLAIMANT 1457
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1075   **Nonpriority creditor's name and mailing address**                                              $ Undetermined

DOE CLAIMANT 1458
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1076   **Nonpriority creditor's name and mailing address**                                              $ Undetermined

DOE CLAIMANT 145
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.1077 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1459
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1078 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1460
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1079 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1461
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1080 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1462
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1081 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1463
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
　　　　　　Name

Case number *(if known)*  20-10343 (LSS)

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1082** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1464
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1083** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1465
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1084** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1466
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1085** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1467
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1086** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1468
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* __20-10343 (LSS)__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1087** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 146
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1088** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1470
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1089** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1471
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1090** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1472
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1091** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1473
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1092** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1474
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1093** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1475
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1094** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1476
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1095** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1477
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1096** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 147
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1097** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1479
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1098** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1480
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1099** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1481
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1100** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1482
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1101** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1483
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* 20-10343 (LSS)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1102** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1484
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1103** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1485
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1104** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1486
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1105** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1487
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1106** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1488
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 272 of 878

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1107**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 148
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1108**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1489
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1109**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1490
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1110**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1491
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1111**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1492
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor      Boy Scouts of America
            Name

Case number *(if known)*    20-10343 (LSS)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1112** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1493
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.1113** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1494
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.1114** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1495
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.1115** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1496
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.1116** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1497
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
          Name

Case number *(if known)*    20-10343 (LSS)

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1117**  **Nonpriority creditor's name and mailing address**                                          $ Undetermined

DOE CLAIMANT 1498                            **As of the petition filing date, the claim is:**
ADDRESS ON FILE                              *Check all that apply.*

                                             ☒ Contingent
                                             ☒ Unliquidated
                                             ☒ Disputed

                                             **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                   ☐ No
                                                      ☐ Yes

---

**3.1118**  **Nonpriority creditor's name and mailing address**                                          $ Undetermined

DOE CLAIMANT 1499                            **As of the petition filing date, the claim is:**
ADDRESS ON FILE                              *Check all that apply.*

                                             ☒ Contingent
                                             ☒ Unliquidated
                                             ☒ Disputed

                                             **Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                   ☐ No
                                                      ☐ Yes

---

**3.1119**  **Nonpriority creditor's name and mailing address**                                          $ Undetermined

DOE CLAIMANT 1500                            **As of the petition filing date, the claim is:**
ADDRESS ON FILE                              *Check all that apply.*

                                             ☒ Contingent
                                             ☒ Unliquidated
                                             ☒ Disputed

                                             **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                   ☐ No
                                                      ☐ Yes

---

**3.1120**  **Nonpriority creditor's name and mailing address**                                          $ Undetermined

DOE CLAIMANT 1501                            **As of the petition filing date, the claim is:**
ADDRESS ON FILE                              *Check all that apply.*

                                             ☒ Contingent
                                             ☒ Unliquidated
                                             ☐ Disputed

                                             **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                   ☐ No
                                                      ☐ Yes

---

**3.1121**  **Nonpriority creditor's name and mailing address**                                          $ Undetermined

DOE CLAIMANT 1502                            **As of the petition filing date, the claim is:**
ADDRESS ON FILE                              *Check all that apply.*

                                             ☒ Contingent
                                             ☒ Unliquidated
                                             ☒ Disputed

                                             **Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                   ☐ No
                                                      ☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1122**    **Nonpriority creditor's name and mailing address**                                   $ Underdetermined

DOE CLAIMANT 1503                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                      *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
                                                      ☐ Yes

---

**3.1123**    **Nonpriority creditor's name and mailing address**                                   $ Underdetermined

DOE CLAIMANT 1504                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                      *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
                                                      ☐ Yes

---

**3.1124**    **Nonpriority creditor's name and mailing address**                                   $ Underdetermined

DOE CLAIMANT 1505                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                      *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
                                                      ☐ Yes

---

**3.1125**    **Nonpriority creditor's name and mailing address**                                   $ Underdetermined

DOE CLAIMANT 1506                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                      *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
                                                      ☐ Yes

---

**3.1126**    **Nonpriority creditor's name and mailing address**                                   $ Underdetermined

DOE CLAIMANT 1507                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                      *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
                                                      ☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1127** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1508
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1128** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 150
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1129** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1509
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1130** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1510
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1131** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1511
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor  Boy Scouts of America
_____
Name

Case number *(if known)* 20-10343 (LSS)
_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1132 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1512
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1133 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1513
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1134 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1514
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1135 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1515
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1136 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1516
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 278 of 878

Debtor      Boy Scouts of America
                    Name

Case number *(if known)*   20-10343 (LSS)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1137  **Nonpriority creditor's name and mailing address**                                      $ Underdetermined

DOE CLAIMANT 1517                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

                                           ☒ Contingent
                                           ☒ Unliquidated
                                           ☒ Disputed

                                           **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
                                                     ☐ Yes

---

3.1138  **Nonpriority creditor's name and mailing address**                                      $ Underdetermined

DOE CLAIMANT 1518                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

                                           ☒ Contingent
                                           ☒ Unliquidated
                                           ☒ Disputed

                                           **Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
                                                     ☐ Yes

---

3.1139  **Nonpriority creditor's name and mailing address**                                      $ Underdetermined

DOE CLAIMANT 151                           **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

                                           ☒ Contingent
                                           ☒ Unliquidated
                                           ☒ Disputed

                                           **Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
                                                     ☐ Yes

---

3.1140  **Nonpriority creditor's name and mailing address**                                      $ Underdetermined

DOE CLAIMANT 1519                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

                                           ☒ Contingent
                                           ☒ Unliquidated
                                           ☐ Disputed

                                           **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
                                                     ☐ Yes

---

3.1141  **Nonpriority creditor's name and mailing address**                                      $ Underdetermined

DOE CLAIMANT 1520                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

                                           ☒ Contingent
                                           ☒ Unliquidated
                                           ☒ Disputed

                                           **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
                                                     ☐ Yes

---

Debtor     Boy Scouts of America
           _____
           Name

Case number *(if known)*   20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1142 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1521
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1143 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1522
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1144 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1523
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1145 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1525
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1146 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1526
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1147**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1527
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1148**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1528
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1149**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 152
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1150**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1529
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1151**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1530
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1152** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1531
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1153** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1532
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1154** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1533
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1155** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1534
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1156** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1535
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| Debtor | Boy Scouts of America |
| | Name |

Case number *(if known)* 20-10343 (LSS)

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1157**  **Nonpriority creditor's name and mailing address**                                      $ Underdetermined

DOE CLAIMANT 1536
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1158**  **Nonpriority creditor's name and mailing address**                                      $ Undetermined

DOE CLAIMANT 1537
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1159**  **Nonpriority creditor's name and mailing address**                                      $ Undetermined

DOE CLAIMANT 1538
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1160**  **Nonpriority creditor's name and mailing address**                                      $ Undetermined

DOE CLAIMANT 153
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1161**  **Nonpriority creditor's name and mailing address**                                      $ Undetermined

DOE CLAIMANT 1539
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.1162** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1540
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1163** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1541
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1164** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1542
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1165** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1543
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1166** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1544
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1167** **Nonpriority creditor's name and mailing address**  $ Undetermined

DOE CLAIMANT 1545
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1168** **Nonpriority creditor's name and mailing address**  $ Undetermined

DOE CLAIMANT 1546
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1169** **Nonpriority creditor's name and mailing address**  $ Undetermined

DOE CLAIMANT 1547
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1170** **Nonpriority creditor's name and mailing address**  $ Undetermined

DOE CLAIMANT 1548
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1171** **Nonpriority creditor's name and mailing address**  $ Undetermined

DOE CLAIMANT 1549
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor      Boy Scouts of America
            Name

Case number *(if known)*   20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1172 **Nonpriority creditor's name and mailing address**                                                $ Underdetermined

DOE CLAIMANT 1550
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1173 **Nonpriority creditor's name and mailing address**                                                $ Underdetermined

DOE CLAIMANT 1552
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1174 **Nonpriority creditor's name and mailing address**                                                $ Underdetermined

DOE CLAIMANT 1553
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1175 **Nonpriority creditor's name and mailing address**                                                $ Underdetermined

DOE CLAIMANT 1554
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1176 **Nonpriority creditor's name and mailing address**                                                $ Underdetermined

DOE CLAIMANT 1555
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* ___20-10343 (LSS)___

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.1177 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 1556
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1178 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 1557
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1179 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 1558
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1180 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 155
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1181 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 1559
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
          Name

Case number *(if known)*   20-10343 (LSS)

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1182  **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1560
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1183  **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1561
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1184  **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1562
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1185  **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1563
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1186  **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1564
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 288 of 878

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|--------|----------------------|--------------------------|----------------|
| | Name | | |

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1187**   **Nonpriority creditor's name and mailing address**                          $ Undetermined

DOE CLAIMANT 1565
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1188**   **Nonpriority creditor's name and mailing address**                          $ Undetermined

DOE CLAIMANT 1566
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1189**   **Nonpriority creditor's name and mailing address**                          $ Undetermined

DOE CLAIMANT 1567
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1190**   **Nonpriority creditor's name and mailing address**                          $ Undetermined

DOE CLAIMANT 1568
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1191**   **Nonpriority creditor's name and mailing address**                          $ Undetermined

DOE CLAIMANT 156
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1192** **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1569
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1193** **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1570
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1194** **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1571
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1195** **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1572
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1196** **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1573
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)*    20-10343 (LSS)

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.1197 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 1574
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1198 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 1575
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1199 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 1576
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1200 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 1577
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1201 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 1578
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1202** **Nonpriority creditor's name and mailing address** $ Undetermined

DOE CLAIMANT 157
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.1203** **Nonpriority creditor's name and mailing address** $ Undetermined

DOE CLAIMANT 1579
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.1204** **Nonpriority creditor's name and mailing address** $ Undetermined

DOE CLAIMANT 1580
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.1205** **Nonpriority creditor's name and mailing address** $ Undetermined

DOE CLAIMANT 1581
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.1206** **Nonpriority creditor's name and mailing address** $ Undetermined

DOE CLAIMANT 1582
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*   20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1207 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1584
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1208 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1585
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1209 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1586
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1210 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1587
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1211 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1588
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*   20-10343 (LSS)

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1212**   **Nonpriority creditor's name and mailing address**                               $ Undetermined

DOE CLAIMANT 158                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                          *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**            ☐ No
☐ Yes

---

**3.1213**   **Nonpriority creditor's name and mailing address**                               $ Undetermined

DOE CLAIMANT 1589                         **As of the petition filing date, the claim is:**
ADDRESS ON FILE                          *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**            ☐ No
☐ Yes

---

**3.1214**   **Nonpriority creditor's name and mailing address**                               $ Undetermined

DOE CLAIMANT 1590                         **As of the petition filing date, the claim is:**
ADDRESS ON FILE                          *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**            ☐ No
☐ Yes

---

**3.1215**   **Nonpriority creditor's name and mailing address**                               $ Undetermined

DOE CLAIMANT 1591                         **As of the petition filing date, the claim is:**
ADDRESS ON FILE                          *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**            ☐ No
☐ Yes

---

**3.1216**   **Nonpriority creditor's name and mailing address**                               $ Undetermined

DOE CLAIMANT 1592                         **As of the petition filing date, the claim is:**
ADDRESS ON FILE                          *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**            ☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)

---

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1217** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1593
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1218** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1594
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1219** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1595
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1220** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1596
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1221** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1597
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 295 of 878

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.1222** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1598
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1223** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 159
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1224** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1599
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1225** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1600
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1226** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1601
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
　　　　　Name

Case number *(if known)*　20-10343 (LSS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1227 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1602
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1228 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1603
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1229 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1604
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1230 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1605
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1231 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1606
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1232** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1607
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1233** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1608
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1234** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 160
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1235** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1609
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1236** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1610
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|--------|----------------------|--------------------------|----------------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.1237** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1611
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1238** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1612
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1239** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1613
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1240** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1614
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1241** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1615
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
          Name

Case number *(if known)*   20-10343 (LSS)

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1242   **Nonpriority creditor's name and mailing address**                              $ Undetermined

DOE CLAIMANT 1616
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1243   **Nonpriority creditor's name and mailing address**                              $ Undetermined

DOE CLAIMANT 1617
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1244   **Nonpriority creditor's name and mailing address**                              $ Undetermined

DOE CLAIMANT 1618
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1245   **Nonpriority creditor's name and mailing address**                              $ Undetermined

DOE CLAIMANT 161
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1246   **Nonpriority creditor's name and mailing address**                              $ Undetermined

DOE CLAIMANT 1619
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1247**    **Nonpriority creditor's name and mailing address**                                              $ Undetermined

DOE CLAIMANT 1620
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1248**    **Nonpriority creditor's name and mailing address**                                              $ Undetermined

DOE CLAIMANT 1621
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1249**    **Nonpriority creditor's name and mailing address**                                              $ Undetermined

DOE CLAIMANT 1622
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1250**    **Nonpriority creditor's name and mailing address**                                              $ Undetermined

DOE CLAIMANT 1623
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1251**    **Nonpriority creditor's name and mailing address**                                              $ Undetermined

DOE CLAIMANT 1624
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*   20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1252** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1625
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1253** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1626
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1254** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1627
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1255** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1628
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1256** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 162
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* __20-10343 (LSS)__

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1257 **Nonpriority creditor's name and mailing address**                              $ Underdetermined

DOE CLAIMANT 1629
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1258 **Nonpriority creditor's name and mailing address**                              $ Underdetermined

DOE CLAIMANT 1630
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1259 **Nonpriority creditor's name and mailing address**                              $ Underdetermined

DOE CLAIMANT 1631
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1260 **Nonpriority creditor's name and mailing address**                              $ Underdetermined

DOE CLAIMANT 1632
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1261 **Nonpriority creditor's name and mailing address**                              $ Underdetermined

DOE CLAIMANT 1633
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)
_____

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

---

**3.1262** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1634
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1263** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1635
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1264** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1636
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1265** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1637
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1266** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1638
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number _(if known)_ | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1267**   **Nonpriority creditor's name and mailing address**                               $ Undetermined

DOE CLAIMANT 163                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                           *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined        **Is the claim subject to offset?**

**Last 4 digits of account number**                      ☐ No
                                                         ☐ Yes

---

**3.1268**   **Nonpriority creditor's name and mailing address**                               $ Undetermined

DOE CLAIMANT 1639                         **As of the petition filing date, the claim is:**
ADDRESS ON FILE                           *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined        **Is the claim subject to offset?**

**Last 4 digits of account number**                      ☐ No
                                                         ☐ Yes

---

**3.1269**   **Nonpriority creditor's name and mailing address**                               $ Undetermined

DOE CLAIMANT 1640                         **As of the petition filing date, the claim is:**
ADDRESS ON FILE                           *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined        **Is the claim subject to offset?**

**Last 4 digits of account number**                      ☐ No
                                                         ☐ Yes

---

**3.1270**   **Nonpriority creditor's name and mailing address**                               $ Undetermined

DOE CLAIMANT 1641                         **As of the petition filing date, the claim is:**
ADDRESS ON FILE                           *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined        **Is the claim subject to offset?**

**Last 4 digits of account number**                      ☐ No
                                                         ☐ Yes

---

**3.1271**   **Nonpriority creditor's name and mailing address**                               $ Undetermined

DOE CLAIMANT 1642                         **As of the petition filing date, the claim is:**
ADDRESS ON FILE                           *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined        **Is the claim subject to offset?**

**Last 4 digits of account number**                      ☐ No
                                                         ☐ Yes

---

Debtor    Boy Scouts of America
_____
          Name

Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1272** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1643
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1273** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1644
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1274** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1645
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1275** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1646
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1276** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1647
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*   20-10343 (LSS)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1277  **Nonpriority creditor's name and mailing address**                                $ Underdetermined

DOE CLAIMANT 1648
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1278  **Nonpriority creditor's name and mailing address**                                $ Underdetermined

DOE CLAIMANT 164
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1279  **Nonpriority creditor's name and mailing address**                                $ Underdetermined

DOE CLAIMANT 1649
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1280  **Nonpriority creditor's name and mailing address**                                $ Underdetermined

DOE CLAIMANT 1651
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1281  **Nonpriority creditor's name and mailing address**                                $ Underdetermined

DOE CLAIMANT 1652
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor     Boy Scouts of America
        Name

Case number *(if known)*   20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1282** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1653
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.1283** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1654
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.1284** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1655
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.1285** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1656
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.1286** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1657
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1287    **Nonpriority creditor's name and mailing address**                    $ Undetermined

DOE CLAIMANT 1658
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1288    **Nonpriority creditor's name and mailing address**                    $ Undetermined

DOE CLAIMANT 165
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1289    **Nonpriority creditor's name and mailing address**                    $ Undetermined

DOE CLAIMANT 1659
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1290    **Nonpriority creditor's name and mailing address**                    $ Undetermined

DOE CLAIMANT 1660
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1291    **Nonpriority creditor's name and mailing address**                    $ Undetermined

DOE CLAIMANT 1661
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 309 of 878

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1292**    **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1662
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1293**    **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1663
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1294**    **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1664
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1295**    **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1665
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1296**    **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1666
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1297** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1667
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1298** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1668
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1299** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 166
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1300** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1669
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1301** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1670
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1302**   **Nonpriority creditor's name and mailing address**                                            $ Underdetermined

DOE CLAIMANT 1671
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1303**   **Nonpriority creditor's name and mailing address**                                            $ Underdetermined

DOE CLAIMANT 1672
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1304**   **Nonpriority creditor's name and mailing address**                                            $ Underdetermined

DOE CLAIMANT 1673
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1305**   **Nonpriority creditor's name and mailing address**                                            $ Underdetermined

DOE CLAIMANT 1674
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1306**   **Nonpriority creditor's name and mailing address**                                            $ Underdetermined

DOE CLAIMANT 1675
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number (if known) | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1307** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1676
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1308** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1677
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1309** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1678
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1310** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 167
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1311** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1679
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor      Boy Scouts of America
_____
            Name

Case number *(if known)* 20-10343 (LSS)
_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.1312 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1680
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1313 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1681
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1314 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1682
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1315 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1684
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1316 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1685
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1317**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1686                           **As of the petition filing date, the claim is:**
ADDRESS ON FILE                             *Check all that apply.*

                                            ☒ Contingent
                                            ☒ Unliquidated
                                            ☒ Disputed

                                            **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**

**Last 4 digits of account number**          ☐ No
                                            ☐ Yes

---

**3.1318**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1687                           **As of the petition filing date, the claim is:**
ADDRESS ON FILE                             *Check all that apply.*

                                            ☒ Contingent
                                            ☒ Unliquidated
                                            ☒ Disputed

                                            **Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**

**Last 4 digits of account number**          ☐ No
                                            ☐ Yes

---

**3.1319**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1688                           **As of the petition filing date, the claim is:**
ADDRESS ON FILE                             *Check all that apply.*

                                            ☒ Contingent
                                            ☒ Unliquidated
                                            ☒ Disputed

                                            **Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**

**Last 4 digits of account number**          ☐ No
                                            ☐ Yes

---

**3.1320**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 168                            **As of the petition filing date, the claim is:**
ADDRESS ON FILE                             *Check all that apply.*

                                            ☒ Contingent
                                            ☒ Unliquidated
                                            ☐ Disputed

                                            **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**

**Last 4 digits of account number**          ☐ No
                                            ☐ Yes

---

**3.1321**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1689                           **As of the petition filing date, the claim is:**
ADDRESS ON FILE                             *Check all that apply.*

                                            ☒ Contingent
                                            ☒ Unliquidated
                                            ☒ Disputed

                                            **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**

**Last 4 digits of account number**          ☐ No
                                            ☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|--------|-----------------------|--------------------------|----------------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1322**  **Nonpriority creditor's name and mailing address**                                                  $ Undetermined

DOE CLAIMANT 1690                         **As of the petition filing date, the claim is:**
ADDRESS ON FILE                          *Check all that apply.*

                                         ☒ Contingent
                                         ☒ Unliquidated
                                         ☒ Disputed

                                         **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
                                                     ☐ Yes

---

**3.1323**  **Nonpriority creditor's name and mailing address**                                                  $ Undetermined

DOE CLAIMANT 1691                         **As of the petition filing date, the claim is:**
ADDRESS ON FILE                          *Check all that apply.*

                                         ☒ Contingent
                                         ☒ Unliquidated
                                         ☒ Disputed

                                         **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
                                                     ☐ Yes

---

**3.1324**  **Nonpriority creditor's name and mailing address**                                                  $ Undetermined

DOE CLAIMANT 1692                         **As of the petition filing date, the claim is:**
ADDRESS ON FILE                          *Check all that apply.*

                                         ☒ Contingent
                                         ☒ Unliquidated
                                         ☒ Disputed

                                         **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
                                                     ☐ Yes

---

**3.1325**  **Nonpriority creditor's name and mailing address**                                                  $ Undetermined

DOE CLAIMANT 1693                         **As of the petition filing date, the claim is:**
ADDRESS ON FILE                          *Check all that apply.*

                                         ☒ Contingent
                                         ☒ Unliquidated
                                         ☐ Disputed

                                         **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
                                                     ☐ Yes

---

**3.1326**  **Nonpriority creditor's name and mailing address**                                                  $ Undetermined

DOE CLAIMANT 1694                         **As of the petition filing date, the claim is:**
ADDRESS ON FILE                          *Check all that apply.*

                                         ☒ Contingent
                                         ☒ Unliquidated
                                         ☒ Disputed

                                         **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
                                                     ☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1327** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1695
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1328** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1696
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1329** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1697
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1330** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1698
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1331** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 169
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
          Name

Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1332 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1699
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1333 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1700
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1334 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1701
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1335 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1702
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1336 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1703
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)
_____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1337 **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 1704
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1338 **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 1705
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1339 **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 1706
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1340 **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 1707
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1341 **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 1708
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor  Boy Scouts of America
        Name

Case number *(if known)*  20-10343 (LSS)

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1342** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 170
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1343** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1709
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1344** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1710
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1345** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1711
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1346** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1712
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)*   20-10343 (LSS)

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1347** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1713
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1348** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1714
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1349** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1715
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1350** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1716
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1351** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1717
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 321 of 878

Debtor ___Boy Scouts of America_____
Name

Case number *(if known)*___20-10343 (LSS)___

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1352** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1718
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1353** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 171
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1354** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1719
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1355** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1720
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1356** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1721
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
                Name

Case number *(if known)*  20-10343 (LSS)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1357**  **Nonpriority creditor's name and mailing address**                                                                                          $ Underdetermined

DOE CLAIMANT 1722
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1358**  **Nonpriority creditor's name and mailing address**                                                                                          $ Underdetermined

DOE CLAIMANT 1723
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1359**  **Nonpriority creditor's name and mailing address**                                                                                          $ Underdetermined

DOE CLAIMANT 1724
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1360**  **Nonpriority creditor's name and mailing address**                                                                                          $ Underdetermined

DOE CLAIMANT 1725
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1361**  **Nonpriority creditor's name and mailing address**                                                                                          $ Underdetermined

DOE CLAIMANT 1726
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor      Boy Scouts of America
            _____
            Name

Case number *(if known)*   20-10343 (LSS)

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

---

**3.1362**   **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 1727
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1363**   **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 1728
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1364**   **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 172
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1365**   **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 1729
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1366**   **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 1730
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 324 of 878

Debtor    Boy Scouts of America
_____
        Name

Case number *(if known)*    20-10343 (LSS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1367 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1731
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1368 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1732
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1369 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1733
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1370 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1734
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1371 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1735
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor __Boy Scouts of America_____  Case number *(if known)* __20-10343 (LSS)__
Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.1372 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1736
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1373 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1737
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1374 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1738
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1375 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 173
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1376 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1739
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    <u>Boy Scouts of America</u>
Name

Case number *(if known)*   <u>20-10343 (LSS)</u>

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1377** | **Nonpriority creditor's name and mailing address** | $ <u>Undetermined</u>

DOE CLAIMANT 1740
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1378** | **Nonpriority creditor's name and mailing address** | $ <u>Undetermined</u>

DOE CLAIMANT 1741
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1379** | **Nonpriority creditor's name and mailing address** | $ <u>Undetermined</u>

DOE CLAIMANT 1742
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1380** | **Nonpriority creditor's name and mailing address** | $ <u>Undetermined</u>

DOE CLAIMANT 1743
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1381** | **Nonpriority creditor's name and mailing address** | $ <u>Undetermined</u>

DOE CLAIMANT 1744
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1382**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1745
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1383**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1746
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1384**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1747
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1385**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1748
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1386**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 174
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**      Page 328 of 878

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.1387 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1749
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1388 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1750
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1389 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1751
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1390 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1752
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1391 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1753
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.1392 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1754
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.1393 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1755
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.1394 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1756
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.1395 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1757
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.1396 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1758
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**            Page 330 of 878

Debtor      Boy Scouts of America
            _____
            Name

Case number *(if known)*  20-10343 (LSS)

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1397  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 175
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1398  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1759
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1399  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1760
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1400  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1761
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1401  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1762
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**            Page 331 of 878

Debtor __Boy Scouts of America_____    Case number *(if known)* __20-10343 (LSS)__
       Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     **Amount of claim**

---

**3.1402** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1763
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1403** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1764
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1404** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1765
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1405** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1766
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1406** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1767
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
Name

Case number *(if known)*    20-10343 (LSS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.1407 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 1768
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1408 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 176
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1409 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 1769
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1410 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 1770
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1411 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 1771
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1412**  **Nonpriority creditor's name and mailing address**                                          $ Underdetermined

DOE CLAIMANT 1772
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1413**  **Nonpriority creditor's name and mailing address**                                          $ Underdetermined

DOE CLAIMANT 1773
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1414**  **Nonpriority creditor's name and mailing address**                                          $ Underdetermined

DOE CLAIMANT 1774
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1415**  **Nonpriority creditor's name and mailing address**                                          $ Underdetermined

DOE CLAIMANT 1775
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1416**  **Nonpriority creditor's name and mailing address**                                          $ Underdetermined

DOE CLAIMANT 1776
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1417**   **Nonpriority creditor's name and mailing address**                          $ Undetermined

DOE CLAIMANT 1777                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                      *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

☐ No
**Last 4 digits of account number**                  ☐ Yes

---

**3.1418**   **Nonpriority creditor's name and mailing address**                          $ Undetermined

DOE CLAIMANT 1778                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                      *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

☐ No
**Last 4 digits of account number**                  ☐ Yes

---

**3.1419**   **Nonpriority creditor's name and mailing address**                          $ Undetermined

DOE CLAIMANT 177                     **As of the petition filing date, the claim is:**
ADDRESS ON FILE                      *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

☐ No
**Last 4 digits of account number**                  ☐ Yes

---

**3.1420**   **Nonpriority creditor's name and mailing address**                          $ Undetermined

DOE CLAIMANT 1779                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                      *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

☐ No
**Last 4 digits of account number**                  ☐ Yes

---

**3.1421**   **Nonpriority creditor's name and mailing address**                          $ Undetermined

DOE CLAIMANT 1780                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                      *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

☐ No
**Last 4 digits of account number**                  ☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)
_____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1422** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1781
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1423** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1782
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1424** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1783
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1425** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1784
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1426** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1785
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor  Boy Scouts of America
Name                                                                        Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1427   **Nonpriority creditor's name and mailing address**                                      $ Undetermined

DOE CLAIMANT 1786                        **As of the petition filing date, the claim is:**
ADDRESS ON FILE                          *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☐ No
                                                    ☐ Yes

---

3.1428   **Nonpriority creditor's name and mailing address**                                      $ Undetermined

DOE CLAIMANT 1787                        **As of the petition filing date, the claim is:**
ADDRESS ON FILE                          *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☐ No
                                                    ☐ Yes

---

3.1429   **Nonpriority creditor's name and mailing address**                                      $ Undetermined

DOE CLAIMANT 1788                        **As of the petition filing date, the claim is:**
ADDRESS ON FILE                          *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☐ No
                                                    ☐ Yes

---

3.1430   **Nonpriority creditor's name and mailing address**                                      $ Undetermined

DOE CLAIMANT 178                         **As of the petition filing date, the claim is:**
ADDRESS ON FILE                          *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☐ No
                                                    ☐ Yes

---

3.1431   **Nonpriority creditor's name and mailing address**                                      $ Undetermined

DOE CLAIMANT 1789                        **As of the petition filing date, the claim is:**
ADDRESS ON FILE                          *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☐ No
                                                    ☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1432** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1790
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1433** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1791
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1434** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1792
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1435** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1793
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1436** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1794
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor      Boy Scouts of America
            _____
            Name

Case number *(if known)*  20-10343 (LSS)

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.1437 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1795
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1438 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1796
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1439 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1797
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1440 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1798
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1441 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 179
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1442**   **Nonpriority creditor's name and mailing address**                                $ Undetermined

DOE CLAIMANT 1799
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1443**   **Nonpriority creditor's name and mailing address**                                $ Undetermined

DOE CLAIMANT 1800
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1444**   **Nonpriority creditor's name and mailing address**                                $ Undetermined

DOE CLAIMANT 1801
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1445**   **Nonpriority creditor's name and mailing address**                                $ Undetermined

DOE CLAIMANT 1802
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1446**   **Nonpriority creditor's name and mailing address**                                $ Undetermined

DOE CLAIMANT 1803
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor      Boy Scouts of America
            _____
            Name

Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1447 | **Nonpriority creditor's name and mailing address** | | $ Undetermined

DOE CLAIMANT 1804
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1448 | **Nonpriority creditor's name and mailing address** | | $ Undetermined

DOE CLAIMANT 1805
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1449 | **Nonpriority creditor's name and mailing address** | | $ Undetermined

DOE CLAIMANT 1806
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1450 | **Nonpriority creditor's name and mailing address** | | $ Undetermined

DOE CLAIMANT 1807
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1451 | **Nonpriority creditor's name and mailing address** | | $ Undetermined

DOE CLAIMANT 1808
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
          Name

Case number *(if known)* 20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1452 **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 180
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1453 **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1809
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1454 **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1810
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1455 **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1811
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1456 **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1812
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.1457 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1813
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1458 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1814
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1459 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1815
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1460 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1816
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1461 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1817
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor     Boy Scouts of America
           _____
           Name

Case number *(if known)* __20-10343 (LSS)__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1462** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1818
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1463** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 181
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1464** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1819
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1465** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1820
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1466** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1821
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*   20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1467**  **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1822
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1468**  **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1823
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1469**  **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1824
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1470**  **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1825
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1471**  **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 1826
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor ___Boy Scouts of America_____    Case number *(if known)*___20-10343 (LSS)___
                Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1472   **Nonpriority creditor's name and mailing address**                                                                          $ Underlined

DOE CLAIMANT 1827
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1473   **Nonpriority creditor's name and mailing address**                                                                          $ Underlined

DOE CLAIMANT 1828
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1474   **Nonpriority creditor's name and mailing address**                                                                          $ Underlined

DOE CLAIMANT 182
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1475   **Nonpriority creditor's name and mailing address**                                                                          $ Underlined

DOE CLAIMANT 1829
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1476   **Nonpriority creditor's name and mailing address**                                                                          $ Underlined

DOE CLAIMANT 1830
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor     Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1477  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1831                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                      *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**                  ☐ Yes

---

3.1478  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1832                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                      *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**                  ☐ Yes

---

3.1479  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1833                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                      *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**                  ☐ Yes

---

3.1480  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1834                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                      *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**                  ☐ Yes

---

3.1481  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1836                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                      *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**                  ☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1482**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1837
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1483**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1838
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1484**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 183
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1485**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1839
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1486**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1840
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)*    20-10343 (LSS)

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.1487** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1841
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1488** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1842
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1489** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1843
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1490** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1844
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1491** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1845
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* ___20-10343 (LSS)___

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1492  **Nonpriority creditor's name and mailing address**                                            $ Undetermined

DOE CLAIMANT 1846                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

                                           ☒ Contingent
                                           ☒ Unliquidated
                                           ☒ Disputed

                                           **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                   ☐ No
                                                       ☐ Yes

---

3.1493  **Nonpriority creditor's name and mailing address**                                            $ Undetermined

DOE CLAIMANT 1847                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

                                           ☒ Contingent
                                           ☒ Unliquidated
                                           ☒ Disputed

                                           **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                   ☐ No
                                                       ☐ Yes

---

3.1494  **Nonpriority creditor's name and mailing address**                                            $ Undetermined

DOE CLAIMANT 1848                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

                                           ☒ Contingent
                                           ☒ Unliquidated
                                           ☒ Disputed

                                           **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                   ☐ No
                                                       ☐ Yes

---

3.1495  **Nonpriority creditor's name and mailing address**                                            $ Undetermined

DOE CLAIMANT 184                           **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

                                           ☒ Contingent
                                           ☒ Unliquidated
                                           ☐ Disputed

                                           **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                   ☐ No
                                                       ☐ Yes

---

3.1496  **Nonpriority creditor's name and mailing address**                                            $ Undetermined

DOE CLAIMANT 1849                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

                                           ☒ Contingent
                                           ☒ Unliquidated
                                           ☒ Disputed

                                           **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                   ☐ No
                                                       ☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* ___20-10343 (LSS)___

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1497** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1850
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1498** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1851
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1499** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1852
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1500** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1853
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1501** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1854
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
          Name

Case number *(if known)*  20-10343 (LSS)

---

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1502** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1855
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1503** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1856
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1504** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1857
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1505** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1858
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1506** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 185
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1507** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1859
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.1508** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1860
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.1509** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1863
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.1510** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1865
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.1511** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1866
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)*   20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1512**   **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1868
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1513**   **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 186
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1514**   **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1869
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1515**   **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1870
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1516**   **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 1871
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3.1517 Nonpriority creditor's name and mailing address
$ Undetermined

DOE CLAIMANT 1872
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

### 3.1518 Nonpriority creditor's name and mailing address
$ Undetermined

DOE CLAIMANT 1873
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

### 3.1519 Nonpriority creditor's name and mailing address
$ Undetermined

DOE CLAIMANT 1874
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

### 3.1520 Nonpriority creditor's name and mailing address
$ Undetermined

DOE CLAIMANT 1875
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

### 3.1521 Nonpriority creditor's name and mailing address
$ Undetermined

DOE CLAIMANT 1876
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor      Boy Scouts of America
_____
            Name

Case number *(if known)* __20-10343 (LSS)__

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1522** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1877
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1523** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1878
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1524** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 187
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1525** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1879
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1526** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1880
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.1527 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1882
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1528 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1883
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1529 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1884
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1530 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1885
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1531 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1886
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1532**  **Nonpriority creditor's name and mailing address**                                  $ Undetermined

DOE CLAIMANT 1887          **As of the petition filing date, the claim is:**
ADDRESS ON FILE            *Check all that apply.*

                          ☒ Contingent
                          ☒ Unliquidated
                          ☒ Disputed

                          **Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**               ☐ No
                                                  ☐ Yes

---

**3.1533**  **Nonpriority creditor's name and mailing address**                                  $ Undetermined

DOE CLAIMANT 1888          **As of the petition filing date, the claim is:**
ADDRESS ON FILE            *Check all that apply.*

                          ☒ Contingent
                          ☒ Unliquidated
                          ☒ Disputed

                          **Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**               ☐ No
                                                  ☐ Yes

---

**3.1534**  **Nonpriority creditor's name and mailing address**                                  $ Undetermined

DOE CLAIMANT 188           **As of the petition filing date, the claim is:**
ADDRESS ON FILE            *Check all that apply.*

                          ☒ Contingent
                          ☒ Unliquidated
                          ☒ Disputed

                          **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**               ☐ No
                                                  ☐ Yes

---

**3.1535**  **Nonpriority creditor's name and mailing address**                                  $ Undetermined

DOE CLAIMANT 1889          **As of the petition filing date, the claim is:**
ADDRESS ON FILE            *Check all that apply.*

                          ☒ Contingent
                          ☒ Unliquidated
                          ☒ Disputed

                          **Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**               ☐ No
                                                  ☐ Yes

---

**3.1536**  **Nonpriority creditor's name and mailing address**                                  $ Undetermined

DOE CLAIMANT 1890          **As of the petition filing date, the claim is:**
ADDRESS ON FILE            *Check all that apply.*

                          ☒ Contingent
                          ☒ Unliquidated
                          ☒ Disputed

                          **Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**               ☐ No
                                                  ☐ Yes

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)*   20-10343 (LSS)

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1537** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1891
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1538** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1892
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1539** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1893
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1540** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1894
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1541** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1895
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)* ___20-10343 (LSS)___

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1542 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1896
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1543 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1897
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1544 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1898
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1545 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 189
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1546 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1899
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 360 of 878

Debtor    Boy Scouts of America
_____
          Name

Case number (if known) ___20-10343 (LSS)___

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.1547 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1900
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1548 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1901
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1549 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1902
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1550 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1903
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1551 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1904
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number (if known)    20-10343 (LSS)

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.1552 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

DOE CLAIMANT 1905
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1553 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

DOE CLAIMANT 1906
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1554 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

DOE CLAIMANT 1907
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1555 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

DOE CLAIMANT 1908
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1556 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

DOE CLAIMANT 190
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1557** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1909
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1558** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1910
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1559** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1911
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1560** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1912
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1561** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1913
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1562** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1914
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1563** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1915
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1564** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1916
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1565** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1917
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1566** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1918
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.1567 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

DOE CLAIMANT 191
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1568 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

DOE CLAIMANT 1919
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1569 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

DOE CLAIMANT 1920
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1570 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

DOE CLAIMANT 1921
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1571 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

DOE CLAIMANT 1922
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor _____ Boy Scouts of America _____
           Name

Case number *(if known)* ___ 20-10343 (LSS) ___

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1572** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1923
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1573** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1924
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1574** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1925
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1575** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1926
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1576** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1927
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor      Boy Scouts of America
                    Name

Case number *(if known)*   20-10343 (LSS)

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.1577 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1928
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1578 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 192
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1579 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1929
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1580 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1930
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1581 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1931
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor  Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

| 3.1582 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1932
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.1583 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1933
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.1584 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1934
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.1585 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1935
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.1586 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 1936
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)*  20-10343 (LSS)

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.1587 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 1937
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1588 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 1938
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1589 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 193
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1590 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 1939
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1591 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 1940
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

---

3.1592 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1941
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1593 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1942
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1594 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1943
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1595 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1944
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1596 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1945
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1597** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1946
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1598** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1947
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1599** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1948
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1600** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 194
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1601** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1949
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*   20-10343 (LSS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1602**  **Nonpriority creditor's name and mailing address**                                            $ Underdetermined

DOE CLAIMANT 1950
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1603**  **Nonpriority creditor's name and mailing address**                                            $ Underdetermined

DOE CLAIMANT 1951
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1604**  **Nonpriority creditor's name and mailing address**                                            $ Underdetermined

DOE CLAIMANT 1952
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1605**  **Nonpriority creditor's name and mailing address**                                            $ Underdetermined

DOE CLAIMANT 1953
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1606**  **Nonpriority creditor's name and mailing address**                                            $ Underdetermined

DOE CLAIMANT 1954
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number _(if known)_  20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.1607 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
| --- | --- | --- | --- |

DOE CLAIMANT 1955
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1608 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
| --- | --- | --- | --- |

DOE CLAIMANT 1956
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1609 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
| --- | --- | --- | --- |

DOE CLAIMANT 1957
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1610 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
| --- | --- | --- | --- |

DOE CLAIMANT 1958
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1611 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
| --- | --- | --- | --- |

DOE CLAIMANT 195
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1612** **Nonpriority creditor's name and mailing address** $ Undetermined

DOE CLAIMANT 1959
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1613** **Nonpriority creditor's name and mailing address** $ Undetermined

DOE CLAIMANT 1960
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1614** **Nonpriority creditor's name and mailing address** $ Undetermined

DOE CLAIMANT 1961
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1615** **Nonpriority creditor's name and mailing address** $ Undetermined

DOE CLAIMANT 1962
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1616** **Nonpriority creditor's name and mailing address** $ Undetermined

DOE CLAIMANT 1963
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1617   **Nonpriority creditor's name and mailing address**                                      $ Undetermined

DOE CLAIMANT 1964
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1618   **Nonpriority creditor's name and mailing address**                                      $ Undetermined

DOE CLAIMANT 1965
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1619   **Nonpriority creditor's name and mailing address**                                      $ Undetermined

DOE CLAIMANT 1966
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1620   **Nonpriority creditor's name and mailing address**                                      $ Undetermined

DOE CLAIMANT 1967
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1621   **Nonpriority creditor's name and mailing address**                                      $ Undetermined

DOE CLAIMANT 1968
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor ___Boy Scouts of America_____
        Name

Case number *(if known)*___20-10343 (LSS)___

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1622** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1969
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1623** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1970
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1624** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1971
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1625** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1972
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1626** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 1973
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)*   20-10343 (LSS)

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1627  **Nonpriority creditor's name and mailing address**                                   $ Underdetermined

DOE CLAIMANT 1974
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1628  **Nonpriority creditor's name and mailing address**                                   $ Underdetermined

DOE CLAIMANT 1975
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1629  **Nonpriority creditor's name and mailing address**                                   $ Underdetermined

DOE CLAIMANT 1976
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1630  **Nonpriority creditor's name and mailing address**                                   $ Underdetermined

DOE CLAIMANT 1977
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1631  **Nonpriority creditor's name and mailing address**                                   $ Underdetermined

DOE CLAIMANT 1978
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)*  20-10343 (LSS)

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.1632 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 197
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1633 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1979
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1634 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1980
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1635 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1981
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1636 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1982
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1637  **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 1983                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined          **Is the claim subject to offset?**

**Last 4 digits of account number**                        ☐ No
                                                           ☐ Yes

---

3.1638  **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 1984                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined          **Is the claim subject to offset?**

**Last 4 digits of account number**                        ☐ No
                                                           ☐ Yes

---

3.1639  **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 1985                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined          **Is the claim subject to offset?**

**Last 4 digits of account number**                        ☐ No
                                                           ☐ Yes

---

3.1640  **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 1987                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined          **Is the claim subject to offset?**

**Last 4 digits of account number**                        ☐ No
                                                           ☐ Yes

---

3.1641  **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 1988                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined          **Is the claim subject to offset?**

**Last 4 digits of account number**                        ☐ No
                                                           ☐ Yes

---

Debtor  Boy Scouts of America
        _____
        Name

Case number (if known)  20-10343 (LSS)

---

**Part 2:**  **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.1642 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 198
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1643 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1989
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1644 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1990
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1645 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1991
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1646 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 1992
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
Name

Case number (if known)   20-10343 (LSS)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1647   **Nonpriority creditor's name and mailing address**                     $ Underdetermined

DOE CLAIMANT 1993
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1648   **Nonpriority creditor's name and mailing address**                     $ Underdetermined

DOE CLAIMANT 1994
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1649   **Nonpriority creditor's name and mailing address**                     $ Underdetermined

DOE CLAIMANT 1995
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1650   **Nonpriority creditor's name and mailing address**                     $ Underdetermined

DOE CLAIMANT 1996
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1651   **Nonpriority creditor's name and mailing address**                     $ Underdetermined

DOE CLAIMANT 1997
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor      Boy Scouts of America
            _____
            Name

Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1652**  **Nonpriority creditor's name and mailing address**                                                      $ Underptermined — *$ Undetermined*

DOE CLAIMANT 1998
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1653**  **Nonpriority creditor's name and mailing address**                                                      $ Undetermined

DOE CLAIMANT 199
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1654**  **Nonpriority creditor's name and mailing address**                                                      $ Undetermined

DOE CLAIMANT 1999
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1655**  **Nonpriority creditor's name and mailing address**                                                      $ Undetermined

DOE CLAIMANT 2000
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1656**  **Nonpriority creditor's name and mailing address**                                                      $ Undetermined

DOE CLAIMANT 2001
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 382 of 878

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1657**  **Nonpriority creditor's name and mailing address**                                                    $ Underdetermined

DOE CLAIMANT 2002
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1658**  **Nonpriority creditor's name and mailing address**                                                    $ Underdetermined

DOE CLAIMANT 2003
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1659**  **Nonpriority creditor's name and mailing address**                                                    $ Underdetermined

DOE CLAIMANT 2004
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1660**  **Nonpriority creditor's name and mailing address**                                                    $ Underdetermined

DOE CLAIMANT 2005
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1661**  **Nonpriority creditor's name and mailing address**                                                    $ Underdetermined

DOE CLAIMANT 2006
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|--------|----------------------|--------------------------|----------------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1662  **Nonpriority creditor's name and mailing address**                                    $ Undertermined

DOE CLAIMANT 2007
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1663  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 2008
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1664  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 200
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1665  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 2010
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1666  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 2011
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
          Name

Case number *(if known)*   20-10343 (LSS)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1667  **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 2012                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                       *Check all that apply.*

                                      ☒ Contingent
                                      ☒ Unliquidated
                                      ☒ Disputed

                                      **Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
                                                     ☐ Yes

---

3.1668  **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 2013                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                       *Check all that apply.*

                                      ☒ Contingent
                                      ☒ Unliquidated
                                      ☒ Disputed

                                      **Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
                                                     ☐ Yes

---

3.1669  **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 2014                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                       *Check all that apply.*

                                      ☒ Contingent
                                      ☒ Unliquidated
                                      ☒ Disputed

                                      **Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
                                                     ☐ Yes

---

3.1670  **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 2015                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                       *Check all that apply.*

                                      ☒ Contingent
                                      ☒ Unliquidated
                                      ☒ Disputed

                                      **Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
                                                     ☐ Yes

---

3.1671  **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 2016                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                       *Check all that apply.*

                                      ☒ Contingent
                                      ☒ Unliquidated
                                      ☒ Disputed

                                      **Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
                                                     ☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1672**   **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 2017
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1673**   **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 2018
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1674**   **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 201
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1675**   **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 2019
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1676**   **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 2020
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1677 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2021
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1678 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2022
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1679 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2023
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1680 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2024
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1681 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2025
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 387 of 878

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1682** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2026
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1683** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2027
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1684** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2028
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1685** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 202
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1686** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2029
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor      Boy Scouts of America
            _____
            Name

Case number *(if known)*    20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.1687 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 2030
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1688 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 2031
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1689 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 2032
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1690 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 2033
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1691 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 2034
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1692** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2035
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1693** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2036
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1694** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2037
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1695** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2038
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1696** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 203
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|---|
| | Name | | | |

<table>
<tr><td><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.1697 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 2039
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1698 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 2040
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1699 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 2041
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1700 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 2042
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1701 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 2043
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
          Name

Case number *(if known)* ___20-10343 (LSS)___

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.1702 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 2044
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1703 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 2045
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1704 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 2046
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1705 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 2047
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1706 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 2048
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)*   20-10343 (LSS)
          _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1707** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 204
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1708** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2049
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1709** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2050
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1710** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2051
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1711** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2052
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 393 of 878

Debtor    Boy Scouts of America
      Name

Case number *(if known)*   20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1712** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2053
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1713** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2054
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1714** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2055
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1715** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2056
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1716** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2057
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
Name

Case number *(if known)*   20-10343 (LSS)

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.1717   **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 2058
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.1718   **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 205
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.1719   **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 2059
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.1720   **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 2060
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.1721   **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 2061
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* ___20-10343 (LSS)___

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1722   **Nonpriority creditor's name and mailing address**                                              $ Undetermined

DOE CLAIMANT 2062
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1723   **Nonpriority creditor's name and mailing address**                                              $ Undetermined

DOE CLAIMANT 2063
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1724   **Nonpriority creditor's name and mailing address**                                              $ Undetermined

DOE CLAIMANT 2064
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1725   **Nonpriority creditor's name and mailing address**                                              $ Undetermined

DOE CLAIMANT 2065
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1726   **Nonpriority creditor's name and mailing address**                                              $ Undetermined

DOE CLAIMANT 2066
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1727** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2067
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1728** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2068
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1729** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 206
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1730** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2069
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1731** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2070
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)
_____

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.1732 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 2071
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1733 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 2072
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1734 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 2073
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1735 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 2074
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.1736 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 2075
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1737    **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 2076
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1738    **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 2077
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1739    **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 2078
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1740    **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 207
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1741    **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 2079
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)
_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1742** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2080
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1743** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2081
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1744** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2082
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1745** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2083
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1746** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2084
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* __20-10343 (LSS)__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3.1747 | Nonpriority creditor's name and mailing address

$ Undetermined

DOE CLAIMANT 2085
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.1748 | Nonpriority creditor's name and mailing address

$ Undetermined

DOE CLAIMANT 2086
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.1749 | Nonpriority creditor's name and mailing address

$ Undetermined

DOE CLAIMANT 2087
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.1750 | Nonpriority creditor's name and mailing address

$ Undetermined

DOE CLAIMANT 2088
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

### 3.1751 | Nonpriority creditor's name and mailing address

$ Undetermined

DOE CLAIMANT 208
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor   Boy Scouts of America
                   Name

Case number *(if known)*   20-10343 (LSS)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1752** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2089
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1753** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2090
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1754** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2091
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1755** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2092
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1756** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2093
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
Name

Case number *(if known)*    20-10343 (LSS)

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.1757**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 2094
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

**3.1758**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 2095
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

**3.1759**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 2096
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

**3.1760**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 2097
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

**3.1761**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 2098
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.1762 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 209
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1763 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 2099
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1764 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 2100
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1765 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 2101
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.1766 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 2102
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
         Name

Case number *(if known)* 20-10343 (LSS)

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1767**  **Nonpriority creditor's name and mailing address**                                   $ Undetermined

DOE CLAIMANT 2103
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1768**  **Nonpriority creditor's name and mailing address**                                   $ Undetermined

DOE CLAIMANT 2104
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1769**  **Nonpriority creditor's name and mailing address**                                   $ Undetermined

DOE CLAIMANT 2105
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1770**  **Nonpriority creditor's name and mailing address**                                   $ Undetermined

DOE CLAIMANT 2106
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1771**  **Nonpriority creditor's name and mailing address**                                   $ Undetermined

DOE CLAIMANT 2107
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)*   20-10343 (LSS)

---

**Part 2:    Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

3.1772   **Nonpriority creditor's name and mailing address**                              $ Undetermined

DOE CLAIMANT 2108
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1773   **Nonpriority creditor's name and mailing address**                              $ Undetermined

DOE CLAIMANT 210
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1774   **Nonpriority creditor's name and mailing address**                              $ Undetermined

DOE CLAIMANT 2110
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1775   **Nonpriority creditor's name and mailing address**                              $ Undetermined

DOE CLAIMANT 2111
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1776   **Nonpriority creditor's name and mailing address**                              $ Undetermined

DOE CLAIMANT 2112
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 406 of 878

Debtor      Boy Scouts of America
            _____
            Name

Case number *(if known)*___20-10343 (LSS)___

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1777  **Nonpriority creditor's name and mailing address**                                      $ Undetermined

DOE CLAIMANT 2113                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

                                           ☒ Contingent
                                           ☒ Unliquidated
                                           ☒ Disputed

                                           **Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                    ☐ No
                                                       ☐ Yes

---

3.1778  **Nonpriority creditor's name and mailing address**                                      $ Undetermined

DOE CLAIMANT 2114                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

                                           ☒ Contingent
                                           ☒ Unliquidated
                                           ☒ Disputed

                                           **Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                    ☐ No
                                                       ☐ Yes

---

3.1779  **Nonpriority creditor's name and mailing address**                                      $ Undetermined

DOE CLAIMANT 2115                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

                                           ☒ Contingent
                                           ☒ Unliquidated
                                           ☒ Disputed

                                           **Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                    ☐ No
                                                       ☐ Yes

---

3.1780  **Nonpriority creditor's name and mailing address**                                      $ Undetermined

DOE CLAIMANT 2116                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

                                           ☒ Contingent
                                           ☒ Unliquidated
                                           ☒ Disputed

                                           **Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                    ☐ No
                                                       ☐ Yes

---

3.1781  **Nonpriority creditor's name and mailing address**                                      $ Undetermined

DOE CLAIMANT 2117                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

                                           ☒ Contingent
                                           ☒ Unliquidated
                                           ☒ Disputed

                                           **Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                    ☐ No
                                                       ☐ Yes

---

Debtor   Boy Scouts of America
_____
Name

Case number *(if known)*   20-10343 (LSS)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1782**  **Nonpriority creditor's name and mailing address**                                                $ Underdetermined

DOE CLAIMANT 2118
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1783**  **Nonpriority creditor's name and mailing address**                                                $ Underdetermined

DOE CLAIMANT 211
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1784**  **Nonpriority creditor's name and mailing address**                                                $ Underdetermined

DOE CLAIMANT 2119
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1785**  **Nonpriority creditor's name and mailing address**                                                $ Underdetermined

DOE CLAIMANT 2120
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1786**  **Nonpriority creditor's name and mailing address**                                                $ Underdetermined

DOE CLAIMANT 2121
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1787** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2122
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1788** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2123
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1789** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2124
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1790** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2125
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1791** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2126
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 409 of 878

Debtor    Boy Scouts of America
      Name

Case number *(if known)*    20-10343 (LSS)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1792 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2126
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1793 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2127
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1794 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2127
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1795 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2128
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1796 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2128
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____    Case number *(if known)*  20-10343 (LSS)
Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1797** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 212
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1798** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2129
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1799** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2129
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1800** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2130
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1801** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2130
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1802 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2131
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1803 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2131
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1804 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2132
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1805 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2132
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1806 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2133
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
Name

Case number *(if known)*    20-10343 (LSS)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1807**  **Nonpriority creditor's name and mailing address**                                               $ Underdetermined

DOE CLAIMANT 2133
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1808**  **Nonpriority creditor's name and mailing address**                                               $ Underdetermined

DOE CLAIMANT 2134
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1809**  **Nonpriority creditor's name and mailing address**                                               $ Underdetermined

DOE CLAIMANT 2134
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1810**  **Nonpriority creditor's name and mailing address**                                               $ Underdetermined

DOE CLAIMANT 2135
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1811**  **Nonpriority creditor's name and mailing address**                                               $ Underdetermined

DOE CLAIMANT 2136
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 413 of 878

Debtor    Boy Scouts of America
_____
Name

Case number _(if known)_ ___20-10343 (LSS)___

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1812 | **Nonpriority creditor's name and mailing address** | $ <u>Undetermined</u>

DOE CLAIMANT 2136
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1813 | **Nonpriority creditor's name and mailing address** | $ <u>Undetermined</u>

DOE CLAIMANT 2137
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1814 | **Nonpriority creditor's name and mailing address** | $ <u>Undetermined</u>

DOE CLAIMANT 2137
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1815 | **Nonpriority creditor's name and mailing address** | $ <u>Undetermined</u>

DOE CLAIMANT 2138
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1816 | **Nonpriority creditor's name and mailing address** | $ <u>Undetermined</u>

DOE CLAIMANT 2138
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor  Boy Scouts of America
      Name

Case number *(if known)*  20-10343 (LSS)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1817** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 213
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1818** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2139
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1819** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2139
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1820** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2140
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1821** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2140
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|--------|----------------------|--------------------------|----------------|
|        | Name                 |                          |                |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1822** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2141
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1823** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2141
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1824** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2142
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1825** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2142
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1826** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2143
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1827**   **Nonpriority creditor's name and mailing address**                    $ Undetermined

DOE CLAIMANT 2143
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1828**   **Nonpriority creditor's name and mailing address**                    $ Undetermined

DOE CLAIMANT 2144
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1829**   **Nonpriority creditor's name and mailing address**                    $ Undetermined

DOE CLAIMANT 2144
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1830**   **Nonpriority creditor's name and mailing address**                    $ Undetermined

DOE CLAIMANT 2145
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1831**   **Nonpriority creditor's name and mailing address**                    $ Undetermined

DOE CLAIMANT 2145
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
          Name

Case number *(if known)* 20-10343 (LSS)

---

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1832** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2146
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1833** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2146
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1834** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2147
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1835** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2147
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1836** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2148
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1837**  **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 2148
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1838**  **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 214
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1839**  **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 2149
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1840**  **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 2149
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1841**  **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 2150
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
     Name

Case number *(if known)* 20-10343 (LSS)

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1842**    **Nonpriority creditor's name and mailing address**        $ Undetermined

DOE CLAIMANT 2150
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1843**    **Nonpriority creditor's name and mailing address**        $ Undetermined

DOE CLAIMANT 2151
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1844**    **Nonpriority creditor's name and mailing address**        $ Undetermined

DOE CLAIMANT 2151
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1845**    **Nonpriority creditor's name and mailing address**        $ Undetermined

DOE CLAIMANT 2152
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1846**    **Nonpriority creditor's name and mailing address**        $ Undetermined

DOE CLAIMANT 2152
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)* __20-10343 (LSS)__

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1847** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2153
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1848** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2153
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1849** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2154
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1850** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2154
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1851** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2155
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1852**    **Nonpriority creditor's name and mailing address**                                    $ Underremined

DOE CLAIMANT 2155
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined        **Is the claim subject to offset?**

**Last 4 digits of account number**                     ☐ No
                                                        ☐ Yes

---

**3.1853**    **Nonpriority creditor's name and mailing address**                                    $ Underremined

DOE CLAIMANT 2156
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined        **Is the claim subject to offset?**

**Last 4 digits of account number**                     ☐ No
                                                        ☐ Yes

---

**3.1854**    **Nonpriority creditor's name and mailing address**                                    $ Underremined

DOE CLAIMANT 2156
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined        **Is the claim subject to offset?**

**Last 4 digits of account number**                     ☐ No
                                                        ☐ Yes

---

**3.1855**    **Nonpriority creditor's name and mailing address**                                    $ Underremined

DOE CLAIMANT 2157
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined        **Is the claim subject to offset?**

**Last 4 digits of account number**                     ☐ No
                                                        ☐ Yes

---

**3.1856**    **Nonpriority creditor's name and mailing address**                                    $ Underremined

DOE CLAIMANT 2157
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined        **Is the claim subject to offset?**

**Last 4 digits of account number**                     ☐ No
                                                        ☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1857**  **Nonpriority creditor's name and mailing address**                                                    $ Undetermined

DOE CLAIMANT 2158
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1858**  **Nonpriority creditor's name and mailing address**                                                    $ Undetermined

DOE CLAIMANT 2158
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1859**  **Nonpriority creditor's name and mailing address**                                                    $ Undetermined

DOE CLAIMANT 215
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1860**  **Nonpriority creditor's name and mailing address**                                                    $ Undetermined

DOE CLAIMANT 2159
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1861**  **Nonpriority creditor's name and mailing address**                                                    $ Undetermined

DOE CLAIMANT 2159
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*___20-10343 (LSS)___

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1862 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2160
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1863 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2160
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1864 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2161
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1865 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2161
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1866 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2162
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)* ___20-10343 (LSS)___

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1867 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2163
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1868 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2163
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1869 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2164
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1870 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2164
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1871 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2165
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*   20-10343 (LSS)

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |

---

3.1872  **Nonpriority creditor's name and mailing address**                    $ Underdetermined

DOE CLAIMANT 2165                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                      *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
☐ Yes

---

3.1873  **Nonpriority creditor's name and mailing address**                    $ Underdetermined

DOE CLAIMANT 2166                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                      *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
☐ Yes

---

3.1874  **Nonpriority creditor's name and mailing address**                    $ Underdetermined

DOE CLAIMANT 2166                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                      *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
☐ Yes

---

3.1875  **Nonpriority creditor's name and mailing address**                    $ Underdetermined

DOE CLAIMANT 2167                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                      *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
☐ Yes

---

3.1876  **Nonpriority creditor's name and mailing address**                    $ Underdetermined

DOE CLAIMANT 2167                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                      *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
☐ Yes

---

Debtor    Boy Scouts of America
Name

Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1877  **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 2168
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1878  **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 2168
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1879  **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 216
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1880  **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 2169
ADDRESS OF FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1881  **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

DOE CLAIMANT 2170
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number _(if known)_ | 20-10343 (LSS) |
|--------|----------------------|--------------------------|----------------|
|        | Name |  |  |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1882** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2172
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1883** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2173
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1884** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2174
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1885** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2176
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1886** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2177
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1887** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2178
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1888** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 217
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1889** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2179
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1890** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2180
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1891** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2181
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 429 of 878

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|--------|----------------------|------------|------------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1892 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2182
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1893 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2183
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1894 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2184
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1895 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2185
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1896 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2187
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1897**    **Nonpriority creditor's name and mailing address**                                          $ Underpaid

DOE CLAIMANT 2188                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                        ☐ No
                                                           ☐ Yes

---

**3.1898**    **Nonpriority creditor's name and mailing address**                                          $ Underpaid

DOE CLAIMANT 218                           **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                        ☐ No
                                                           ☐ Yes

---

**3.1899**    **Nonpriority creditor's name and mailing address**                                          $ Underpaid

DOE CLAIMANT 2189                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                        ☐ No
                                                           ☐ Yes

---

**3.1900**    **Nonpriority creditor's name and mailing address**                                          $ Underpaid

DOE CLAIMANT 2190                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                        ☐ No
                                                           ☐ Yes

---

**3.1901**    **Nonpriority creditor's name and mailing address**                                          $ Underpaid

DOE CLAIMANT 2191                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                        ☐ No
                                                           ☐ Yes

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1902** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2192
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1903** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2193
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1904** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2194
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1905** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2195
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1906** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2196
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 432 of 878

Debtor    Boy Scouts of America
Name

Case number *(if known)* 20-10343 (LSS)

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1907** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 219
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1908** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2200
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1909** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2201
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1910** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2201
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1911** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2202
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)* ___20-10343 (LSS)___

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1912** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2202
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1913** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2203
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1914** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2203
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1915** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2204
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1916** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2204
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1917 | **Nonpriority creditor's name and mailing address** | | $ Undetermined

DOE CLAIMANT 2205
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1918 | **Nonpriority creditor's name and mailing address** | | $ Undetermined

DOE CLAIMANT 2206
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1919 | **Nonpriority creditor's name and mailing address** | | $ Undetermined

DOE CLAIMANT 2206
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1920 | **Nonpriority creditor's name and mailing address** | | $ Undetermined

DOE CLAIMANT 2207
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

3.1921 | **Nonpriority creditor's name and mailing address** | | $ Undetermined

DOE CLAIMANT 2208
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1922** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 220
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1923** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2209
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1924** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2210
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1925** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2211
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1926** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2212
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor     Boy Scouts of America
           _____
           Name

Case number *(if known)* __20-10343 (LSS)__

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1927** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2213
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1928** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2214
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1929** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2215
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1930** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2216
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1931** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2217
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1932** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2218
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1933** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 221
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1934** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2219
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1935** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2220
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1936** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2221
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
          Name

Case number (if known)    20-10343 (LSS)
_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1937**   Nonpriority creditor's name and mailing address                                        $ Undetermined

DOE CLAIMANT 2222
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1938**   Nonpriority creditor's name and mailing address                                        $ Undetermined

DOE CLAIMANT 2223
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1939**   Nonpriority creditor's name and mailing address                                        $ Undetermined

DOE CLAIMANT 2224
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1940**   Nonpriority creditor's name and mailing address                                        $ Undetermined

DOE CLAIMANT 2225
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1941**   Nonpriority creditor's name and mailing address                                        $ Undetermined

DOE CLAIMANT 2226
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 439 of 878

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)*   20-10343 (LSS)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1942    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 2227
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1943    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 2228
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1944    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 222
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1945    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 2229
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1946    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 2230
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor ___Boy Scouts of America_____
          Name

Case number _(if known)___20-10343 (LSS)_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1947 **Nonpriority creditor's name and mailing address**                     $ Undetermined

DOE CLAIMANT 2231
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1948 **Nonpriority creditor's name and mailing address**                     $ Undetermined

DOE CLAIMANT 2232
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1949 **Nonpriority creditor's name and mailing address**                     $ Undetermined

DOE CLAIMANT 2233
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1950 **Nonpriority creditor's name and mailing address**                     $ Undetermined

DOE CLAIMANT 2234
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.1951 **Nonpriority creditor's name and mailing address**                     $ Undetermined

DOE CLAIMANT 2235
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1952**    **Nonpriority creditor's name and mailing address**                                $ Undetermined

DOE CLAIMANT 2236
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1953**    **Nonpriority creditor's name and mailing address**                                $ Undetermined

DOE CLAIMANT 2237
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1954**    **Nonpriority creditor's name and mailing address**                                $ Undetermined

DOE CLAIMANT 2238
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1955**    **Nonpriority creditor's name and mailing address**                                $ Undetermined

DOE CLAIMANT 223
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1956**    **Nonpriority creditor's name and mailing address**                                $ Undetermined

DOE CLAIMANT 2239
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor     Boy Scouts of America
           Name

Case number *(if known)*  20-10343 (LSS)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1957** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2240
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1958** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2241
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1959** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2242
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1960** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2243
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1961** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2244
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
        Name

Case number *(if known)*___20-10343 (LSS)___

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1962**    **Nonpriority creditor's name and mailing address**    $ Underdetermined

DOE CLAIMANT 2245
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1963**    **Nonpriority creditor's name and mailing address**    $ Underdetermined

DOE CLAIMANT 2246
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1964**    **Nonpriority creditor's name and mailing address**    $ Underdetermined

DOE CLAIMANT 2247
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1965**    **Nonpriority creditor's name and mailing address**    $ Underdetermined

DOE CLAIMANT 2248
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1966**    **Nonpriority creditor's name and mailing address**    $ Underdetermined

DOE CLAIMANT 224
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.1967 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 2249
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1968 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 2250
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1969 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 2251
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1970 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 2252
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.1971 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 2253
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1972** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2254
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1973** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2255
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1974** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2256
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1975** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2257
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1976** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2258
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor   Boy Scouts of America
         Name

Case number (if known)   20-10343 (LSS)

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1977** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 225
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1978** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2259
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1979** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2260
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1980** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2261
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.1981** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2262
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1982**  **Nonpriority creditor's name and mailing address**                                  $ Undetermined

DOE CLAIMANT 2263
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1983**  **Nonpriority creditor's name and mailing address**                                  $ Undetermined

DOE CLAIMANT 2264
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1984**  **Nonpriority creditor's name and mailing address**                                  $ Undetermined

DOE CLAIMANT 2265
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1985**  **Nonpriority creditor's name and mailing address**                                  $ Undetermined

DOE CLAIMANT 2266
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1986**  **Nonpriority creditor's name and mailing address**                                  $ Undetermined

DOE CLAIMANT 2267
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
          Name

Case number *(if known)*  20-10343 (LSS)

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.1987** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2268
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1988** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 226
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1989** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2269
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1990** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2270
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1991** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 2271
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 449 of 878

Debtor    Boy Scouts of America
          Name

Case number *(if known)* 20-10343 (LSS)

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.1992 **Nonpriority creditor's name and mailing address**                                              $ Underdetermined

DOE CLAIMANT 2272                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

                                           ☒ Contingent
                                           ☒ Unliquidated
                                           ☒ Disputed

                                           **Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**        ☐ No
                                           ☐ Yes

---

3.1993 **Nonpriority creditor's name and mailing address**                                              $ Underdetermined

DOE CLAIMANT 2273                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

                                           ☒ Contingent
                                           ☒ Unliquidated
                                           ☒ Disputed

                                           **Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**        ☐ No
                                           ☐ Yes

---

3.1994 **Nonpriority creditor's name and mailing address**                                              $ Underdetermined

DOE CLAIMANT 2274                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

                                           ☒ Contingent
                                           ☒ Unliquidated
                                           ☒ Disputed

                                           **Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**        ☐ No
                                           ☐ Yes

---

3.1995 **Nonpriority creditor's name and mailing address**                                              $ Underdetermined

DOE CLAIMANT 2275                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

                                           ☒ Contingent
                                           ☒ Unliquidated
                                           ☒ Disputed

                                           **Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**        ☐ No
                                           ☐ Yes

---

3.1996 **Nonpriority creditor's name and mailing address**                                              $ Underdetermined

DOE CLAIMANT 2276                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                            *Check all that apply.*

                                           ☒ Contingent
                                           ☒ Unliquidated
                                           ☒ Disputed

                                           **Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**        ☐ No
                                           ☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1997** **Nonpriority creditor's name and mailing address** $ Undetermined

DOE CLAIMANT 2277
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1998** **Nonpriority creditor's name and mailing address** $ Undetermined

DOE CLAIMANT 2278
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.1999** **Nonpriority creditor's name and mailing address** $ Undetermined

DOE CLAIMANT 227
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2000** **Nonpriority creditor's name and mailing address** $ Undetermined

DOE CLAIMANT 2279
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2001** **Nonpriority creditor's name and mailing address** $ Undetermined

DOE CLAIMANT 2280
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
Name

Case number *(if known)*    20-10343 (LSS)

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.2002 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 2281
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.2003 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 2282
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.2004 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 2283
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.2005 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 2284
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.2006 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 2285
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
          Name

Case number *(if known)* ___20-10343 (LSS)___

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.2007   **Nonpriority creditor's name and mailing address**                    $ Undetermined

DOE CLAIMANT 2286
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2008   **Nonpriority creditor's name and mailing address**                    $ Undetermined

DOE CLAIMANT 2287
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2009   **Nonpriority creditor's name and mailing address**                    $ Undetermined

DOE CLAIMANT 2288
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2010   **Nonpriority creditor's name and mailing address**                    $ Undetermined

DOE CLAIMANT 228
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2011   **Nonpriority creditor's name and mailing address**                    $ Undetermined

DOE CLAIMANT 2289
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
          Name
                                        Case number *(if known)*   20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                              **Amount of claim**

---

**3.2012**  **Nonpriority creditor's name and mailing address**                                            $ Undetermined

DOE CLAIMANT 2290                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                      *Check all that apply.*

                                     ☒ Contingent
                                     ☒ Unliquidated
                                     ☒ Disputed

                                     **Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☐ No
                                                     ☐ Yes

---

**3.2013**  **Nonpriority creditor's name and mailing address**                                            $ Undetermined

DOE CLAIMANT 2291                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                      *Check all that apply.*

                                     ☒ Contingent
                                     ☒ Unliquidated
                                     ☒ Disputed

                                     **Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☐ No
                                                     ☐ Yes

---

**3.2014**  **Nonpriority creditor's name and mailing address**                                            $ Undetermined

DOE CLAIMANT 2292                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                      *Check all that apply.*

                                     ☒ Contingent
                                     ☒ Unliquidated
                                     ☒ Disputed

                                     **Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☐ No
                                                     ☐ Yes

---

**3.2015**  **Nonpriority creditor's name and mailing address**                                            $ Undetermined

DOE CLAIMANT 2293                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                      *Check all that apply.*

                                     ☒ Contingent
                                     ☒ Unliquidated
                                     ☒ Disputed

                                     **Basis for the claim:** Abuse Asserted Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☐ No
                                                     ☐ Yes

---

**3.2016**  **Nonpriority creditor's name and mailing address**                                            $ Undetermined

DOE CLAIMANT 229                     **As of the petition filing date, the claim is:**
ADDRESS ON FILE                      *Check all that apply.*

                                     ☒ Contingent
                                     ☒ Unliquidated
                                     ☒ Disputed

                                     **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☐ No
                                                     ☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number (if known) 20-10343 (LSS)

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2017** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 230
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2018** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 231
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2019** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 232
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2020** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 233
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2021** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 234
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* __20-10343 (LSS)__

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2022** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 235
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2023** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 236
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2024** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 237
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2025** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 238
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2026** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 239
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.2027  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 240                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                     *Check all that apply.*

                                    ☒ Contingent
                                    ☒ Unliquidated
                                    ☒ Disputed

                                    **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined   **Is the claim subject to offset?**

**Last 4 digits of account number**                ☐ No
                                                   ☐ Yes

---

3.2028  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 241                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                     *Check all that apply.*

                                    ☒ Contingent
                                    ☒ Unliquidated
                                    ☒ Disputed

                                    **Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined   **Is the claim subject to offset?**

**Last 4 digits of account number**                ☐ No
                                                   ☐ Yes

---

3.2029  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 242                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                     *Check all that apply.*

                                    ☒ Contingent
                                    ☒ Unliquidated
                                    ☒ Disputed

                                    **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined   **Is the claim subject to offset?**

**Last 4 digits of account number**                ☐ No
                                                   ☐ Yes

---

3.2030  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 243                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                     *Check all that apply.*

                                    ☒ Contingent
                                    ☒ Unliquidated
                                    ☐ Disputed

                                    **Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined   **Is the claim subject to offset?**

**Last 4 digits of account number**                ☐ No
                                                   ☐ Yes

---

3.2031  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 245                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                     *Check all that apply.*

                                    ☒ Contingent
                                    ☒ Unliquidated
                                    ☒ Disputed

                                    **Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined   **Is the claim subject to offset?**

**Last 4 digits of account number**                ☐ No
                                                   ☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 457 of 878

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2032** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 246
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2033** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 247
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2034** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 248
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2035** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 249
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2036** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 250
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2037** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 251
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2038** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 252
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2039** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 253
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2040** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 254
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2041** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 255
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 459 of 878

Debtor     Boy Scouts of America
           _____
           Name

Case number *(if known)*   20-10343 (LSS)
                           _____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2042**  **Nonpriority creditor's name and mailing address**                                          $ Undetermined

DOE CLAIMANT 256                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                           *Check all that apply.*

                                          ☒ Contingent
                                          ☒ Unliquidated
                                          ☒ Disputed

                                          **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
                                                     ☐ Yes

---

**3.2043**  **Nonpriority creditor's name and mailing address**                                          $ Undetermined

DOE CLAIMANT 257                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                           *Check all that apply.*

                                          ☒ Contingent
                                          ☒ Unliquidated
                                          ☒ Disputed

                                          **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
                                                     ☐ Yes

---

**3.2044**  **Nonpriority creditor's name and mailing address**                                          $ Undetermined

DOE CLAIMANT 258                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                           *Check all that apply.*

                                          ☒ Contingent
                                          ☒ Unliquidated
                                          ☒ Disputed

                                          **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
                                                     ☐ Yes

---

**3.2045**  **Nonpriority creditor's name and mailing address**                                          $ Undetermined

DOE CLAIMANT 259                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                           *Check all that apply.*

                                          ☒ Contingent
                                          ☒ Unliquidated
                                          ☒ Disputed

                                          **Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
                                                     ☐ Yes

---

**3.2046**  **Nonpriority creditor's name and mailing address**                                          $ Undetermined

DOE CLAIMANT 260                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                           *Check all that apply.*

                                          ☒ Contingent
                                          ☒ Unliquidated
                                          ☒ Disputed

                                          **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined     **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
                                                     ☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 460 of 878

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.2047** | Nonpriority creditor's name and mailing address | $ Undetermined

DOE CLAIMANT 261
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2048** | Nonpriority creditor's name and mailing address | $ Undetermined

DOE CLAIMANT 262
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2049** | Nonpriority creditor's name and mailing address | $ Undetermined

DOE CLAIMANT 263
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2050** | Nonpriority creditor's name and mailing address | $ Undetermined

DOE CLAIMANT 264
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2051** | Nonpriority creditor's name and mailing address | $ Undetermined

DOE CLAIMANT 265
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* 20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.2052 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 266
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2053 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 267
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2054 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 268
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2055 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 269
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2056 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 270
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
          Name

Case number *(if known)*  20-10343 (LSS)
_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2057**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 271                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                     *Check all that apply.*

                                    ☒ Contingent
                                    ☒ Unliquidated
                                    ☒ Disputed

                                    **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☐ No
                                                    ☐ Yes

---

**3.2058**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 272                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                     *Check all that apply.*

                                    ☒ Contingent
                                    ☒ Unliquidated
                                    ☒ Disputed

                                    **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☐ No
                                                    ☐ Yes

---

**3.2059**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 273                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                     *Check all that apply.*

                                    ☒ Contingent
                                    ☒ Unliquidated
                                    ☒ Disputed

                                    **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☐ No
                                                    ☐ Yes

---

**3.2060**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 274                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                     *Check all that apply.*

                                    ☒ Contingent
                                    ☒ Unliquidated
                                    ☐ Disputed

                                    **Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☐ No
                                                    ☐ Yes

---

**3.2061**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 275                    **As of the petition filing date, the claim is:**
ADDRESS ON FILE                     *Check all that apply.*

                                    ☒ Contingent
                                    ☒ Unliquidated
                                    ☒ Disputed

                                    **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                 ☐ No
                                                    ☐ Yes

---

Debtor    Boy Scouts of America
_____
    Name

Case number *(if known)* __20-10343 (LSS)__

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2062**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 276
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2063**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 277
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2064**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 278
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2065**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 279
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2066**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 280
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor _____Boy Scouts of America_____    Case number *(if known)*___20-10343 (LSS)____
            Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.2067 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 281
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2068 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 282
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2069 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 283
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2070 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 284
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2071 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 285
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 465 of 878

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.2072 | **Nonpriority creditor's name and mailing address** | $ <u>Undetermined</u>

DOE CLAIMANT 286
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2073 | **Nonpriority creditor's name and mailing address** | $ <u>Undetermined</u>

DOE CLAIMANT 288
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2074 | **Nonpriority creditor's name and mailing address** | $ <u>Undetermined</u>

DOE CLAIMANT 289
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2075 | **Nonpriority creditor's name and mailing address** | $ <u>Undetermined</u>

DOE CLAIMANT 290
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2076 | **Nonpriority creditor's name and mailing address** | $ <u>Undetermined</u>

DOE CLAIMANT 291
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 466 of 878

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:  Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.2077 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 292
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.2078 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 293
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.2079 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 294
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.2080 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 296
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.2081 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 297
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor __Boy Scouts of America_____     Case number *(if known)* __20-10343 (LSS)__
　　　　　Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2082** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 298
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2083** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 299
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2084** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 300
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2085** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 301
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2086** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 302
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.2087 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 303
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2088 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 304
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2089 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 305
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2090 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 306
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2091 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 307
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.2092 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 308
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2093 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 309
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2094 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 310
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2095 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 311
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2096 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 312
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2097** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 313
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2098** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 314
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2099** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 315
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2100** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 316
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2101** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 317
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2102**    **Nonpriority creditor's name and mailing address**                                            $ Undetermined

DOE CLAIMANT 318
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2103**    **Nonpriority creditor's name and mailing address**                                            $ Undetermined

DOE CLAIMANT 319
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2104**    **Nonpriority creditor's name and mailing address**                                            $ Undetermined

DOE CLAIMANT 320
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2105**    **Nonpriority creditor's name and mailing address**                                            $ Undetermined

DOE CLAIMANT 321
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2106**    **Nonpriority creditor's name and mailing address**                                            $ Undetermined

DOE CLAIMANT 322
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
          Name

Case number *(if known)*    20-10343 (LSS)

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.2107 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 323
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.2108 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 324
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.2109 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 325
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.2110 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 326
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.2111 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 327
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2112** **Nonpriority creditor's name and mailing address**  $ Undetermined

DOE CLAIMANT 328
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2113** **Nonpriority creditor's name and mailing address**  $ Undetermined

DOE CLAIMANT 329
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2114** **Nonpriority creditor's name and mailing address**  $ Undetermined

DOE CLAIMANT 331
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2115** **Nonpriority creditor's name and mailing address**  $ Undetermined

DOE CLAIMANT 332
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2116** **Nonpriority creditor's name and mailing address**  $ Undetermined

DOE CLAIMANT 333
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor     Boy Scouts of America
_____
           Name

Case number *(if known)*   20-10343 (LSS)

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.2117 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 334
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.2118 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 335
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.2119 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 336
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.2120 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 337
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.2121 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 338
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2122** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 339
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2123** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 340
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2124** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 341
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2125** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 342
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2126** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 343
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2127**   **Nonpriority creditor's name and mailing address**                                           $ Undetermined

DOE CLAIMANT 344
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2128**   **Nonpriority creditor's name and mailing address**                                           $ Undetermined

DOE CLAIMANT 345
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2129**   **Nonpriority creditor's name and mailing address**                                           $ Undetermined

DOE CLAIMANT 346
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2130**   **Nonpriority creditor's name and mailing address**                                           $ Undetermined

DOE CLAIMANT 347
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2131**   **Nonpriority creditor's name and mailing address**                                           $ Undetermined

DOE CLAIMANT 348
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

**3.2132** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 349
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2133** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 350
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2134** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 351
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2135** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 352
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2136** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 353
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2137** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 354
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2138** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 355
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2139** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 356
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2140** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 357
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2141** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 358
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2142**  **Nonpriority creditor's name and mailing address**          $ Undetermined

DOE CLAIMANT 359
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2143**  **Nonpriority creditor's name and mailing address**          $ Undetermined

DOE CLAIMANT 360
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2144**  **Nonpriority creditor's name and mailing address**          $ Undetermined

DOE CLAIMANT 361
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2145**  **Nonpriority creditor's name and mailing address**          $ Undetermined

DOE CLAIMANT 362
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2146**  **Nonpriority creditor's name and mailing address**          $ Undetermined

DOE CLAIMANT 363
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)*___20-10343 (LSS)___

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2147** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 365
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2148** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 366
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2149** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 367
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2150** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 368
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2151** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 369
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.2152 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 370
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2153 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 371
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2154 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 372
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2155 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 373
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2156 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 374
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor      Boy Scouts of America
          Name

Case number *(if known)*   20-10343 (LSS)

---

**Part 2:**     **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.2157 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 375
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.2158 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 376
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.2159 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 377
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.2160 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 378
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.2161 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 379
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
          _____
          Name

Case number (if known)    20-10343 (LSS)

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.2162 | **Nonpriority creditor's name and mailing address** | | $ <u>Undetermined</u> |

DOE CLAIMANT 380
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2163 | **Nonpriority creditor's name and mailing address** | | $ <u>Undetermined</u> |

DOE CLAIMANT 381
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2164 | **Nonpriority creditor's name and mailing address** | | $ <u>Undetermined</u> |

DOE CLAIMANT 382
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2165 | **Nonpriority creditor's name and mailing address** | | $ <u>Undetermined</u> |

DOE CLAIMANT 383
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2166 | **Nonpriority creditor's name and mailing address** | | $ <u>Undetermined</u> |

DOE CLAIMANT 384
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 484 of 878

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2167**   **Nonpriority creditor's name and mailing address**                                   $ Underdetermined

DOE CLAIMANT 385
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2168**   **Nonpriority creditor's name and mailing address**                                   $ Underdetermined

DOE CLAIMANT 386
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2169**   **Nonpriority creditor's name and mailing address**                                   $ Underdetermined

DOE CLAIMANT 387
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2170**   **Nonpriority creditor's name and mailing address**                                   $ Underdetermined

DOE CLAIMANT 388
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2171**   **Nonpriority creditor's name and mailing address**                                   $ Underdetermined

DOE CLAIMANT 389
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.2172 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 390
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2173 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 391
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2174 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 392
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2175 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 393
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2176 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 394
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* ___20-10343 (LSS)___

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.2177  **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 395
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2178  **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 396
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2179  **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 397
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2180  **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 398
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2181  **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 399
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor      Boy Scouts of America
            _____
            Name

Case number *(if known)*  20-10343 (LSS)

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.2182 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 400
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.2183 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 401
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.2184 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 402
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.2185 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 403
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.2186 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 404
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor      Boy Scouts of America
            _____
            Name

Case number *(if known)*  20-10343 (LSS)

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2187**   **Nonpriority creditor's name and mailing address**                         $ Undetermined

DOE CLAIMANT 405                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                           *Check all that apply.*

                                          ☒ Contingent
                                          ☒ Unliquidated
                                          ☒ Disputed

                                          **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**
                                                    ☐ No
**Last 4 digits of account number**                 ☐ Yes

---

**3.2188**   **Nonpriority creditor's name and mailing address**                         $ Undetermined

DOE CLAIMANT 406                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                           *Check all that apply.*

                                          ☒ Contingent
                                          ☒ Unliquidated
                                          ☒ Disputed

                                          **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**
                                                    ☐ No
**Last 4 digits of account number**                 ☐ Yes

---

**3.2189**   **Nonpriority creditor's name and mailing address**                         $ Undetermined

DOE CLAIMANT 407                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                           *Check all that apply.*

                                          ☒ Contingent
                                          ☒ Unliquidated
                                          ☒ Disputed

                                          **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**
                                                    ☐ No
**Last 4 digits of account number**                 ☐ Yes

---

**3.2190**   **Nonpriority creditor's name and mailing address**                         $ Undetermined

DOE CLAIMANT 408                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                           *Check all that apply.*

                                          ☒ Contingent
                                          ☒ Unliquidated
                                          ☒ Disputed

                                          **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**
                                                    ☐ No
**Last 4 digits of account number**                 ☐ Yes

---

**3.2191**   **Nonpriority creditor's name and mailing address**                         $ Undetermined

DOE CLAIMANT 409                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                           *Check all that apply.*

                                          ☒ Contingent
                                          ☒ Unliquidated
                                          ☒ Disputed

                                          **Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**
                                                    ☐ No
**Last 4 digits of account number**                 ☐ Yes

---

Debtor    Boy Scouts of America
      Name

Case number *(if known)*   20-10343 (LSS)

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.2192 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 410
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.2193 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 411
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.2194 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 412
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.2195 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 413
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.2196 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 414
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor     Boy Scouts of America
           _____
           Name

Case number *(if known)* __20-10343 (LSS)__

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

---

| 3.2197 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 416
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.2198 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 417
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.2199 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 418
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.2200 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 419
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.2201 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 420
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
　　　　　Name

Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2202** **Nonpriority creditor's name and mailing address**

DOE CLAIMANT 421
ADDRESS ON FILE

$ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2203** **Nonpriority creditor's name and mailing address**

DOE CLAIMANT 422
ADDRESS ON FILE

$ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2204** **Nonpriority creditor's name and mailing address**

DOE CLAIMANT 423
ADDRESS ON FILE

$ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2205** **Nonpriority creditor's name and mailing address**

DOE CLAIMANT 424
ADDRESS ON FILE

$ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2206** **Nonpriority creditor's name and mailing address**

DOE CLAIMANT 425
ADDRESS ON FILE

$ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
          Name

Case number *(if known)*    20-10343 (LSS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2207** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 426
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2208** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 427
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2209** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 428
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2210** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 429
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2211** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 430
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 493 of 878

Debtor    Boy Scouts of America
_____
          Name

Case number *(if known)* ___20-10343 (LSS)___

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.2212 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 431
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2213 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 432
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2214 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 433
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2215 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 434
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2216 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 436
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
          Name

Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.2217 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 437
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2218 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 438
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2219 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 439
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2220 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 440
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2221 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 441
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* __20-10343 (LSS)__

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2222**  **Nonpriority creditor's name and mailing address**                                                                $ Undetermined

DOE CLAIMANT 442
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2223**  **Nonpriority creditor's name and mailing address**                                                                $ Undetermined

DOE CLAIMANT 443
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2224**  **Nonpriority creditor's name and mailing address**                                                                $ Undetermined

DOE CLAIMANT 444
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2225**  **Nonpriority creditor's name and mailing address**                                                                $ Undetermined

DOE CLAIMANT 445
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2226**  **Nonpriority creditor's name and mailing address**                                                                $ Undetermined

DOE CLAIMANT 446
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 496 of 878

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* 20-10343 (LSS)
_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.2227  **Nonpriority creditor's name and mailing address**                                    $ Underined

DOE CLAIMANT 447                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                           *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
                                                     ☐ Yes

---

3.2228  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 448                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                           *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
                                                     ☐ Yes

---

3.2229  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 449                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                           *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
                                                     ☐ Yes

---

3.2230  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 450                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                           *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
                                                     ☐ Yes

---

3.2231  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 451                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                           *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**                  ☐ No
                                                     ☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2232** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 452
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2233** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 453
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2234** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 454
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2235** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 455
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2236** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 456
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2237**  **Nonpriority creditor's name and mailing address**                          $ Underdetermined

DOE CLAIMANT 457
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2238**  **Nonpriority creditor's name and mailing address**                          $ Underdetermined

DOE CLAIMANT 458
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2239**  **Nonpriority creditor's name and mailing address**                          $ Underdetermined

DOE CLAIMANT 459
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2240**  **Nonpriority creditor's name and mailing address**                          $ Underdetermined

DOE CLAIMANT 460
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2241**  **Nonpriority creditor's name and mailing address**                          $ Underdetermined

DOE CLAIMANT 461
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number _(if known)_ | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2242**   **Nonpriority creditor's name and mailing address**   $ Undetermined

DOE CLAIMANT 462
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2243**   **Nonpriority creditor's name and mailing address**   $ Undetermined

DOE CLAIMANT 464
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2244**   **Nonpriority creditor's name and mailing address**   $ Undetermined

DOE CLAIMANT 465
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2245**   **Nonpriority creditor's name and mailing address**   $ Undetermined

DOE CLAIMANT 466
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2246**   **Nonpriority creditor's name and mailing address**   $ Undetermined

DOE CLAIMANT 467
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
          Name

Case number *(if known)* __20-10343 (LSS)__

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2247**    **Nonpriority creditor's name and mailing address**                    $ Undetermined

DOE CLAIMANT 468
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2248**    **Nonpriority creditor's name and mailing address**                    $ Undetermined

DOE CLAIMANT 469
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2249**    **Nonpriority creditor's name and mailing address**                    $ Undetermined

DOE CLAIMANT 470
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2250**    **Nonpriority creditor's name and mailing address**                    $ Undetermined

DOE CLAIMANT 471
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2251**    **Nonpriority creditor's name and mailing address**                    $ Undetermined

DOE CLAIMANT 472
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2252** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 473
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2253** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 474
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2254** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 475
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2255** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 476
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2256** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 477
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.2257    **Nonpriority creditor's name and mailing address**

$ Underdetermined

DOE CLAIMANT 478
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2258    **Nonpriority creditor's name and mailing address**

$ Underdetermined

DOE CLAIMANT 479
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2259    **Nonpriority creditor's name and mailing address**

$ Underdetermined

DOE CLAIMANT 480
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2260    **Nonpriority creditor's name and mailing address**

$ Underdetermined

DOE CLAIMANT 481
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2261    **Nonpriority creditor's name and mailing address**

$ Underdetermined

DOE CLAIMANT 482
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
          Name

Case number *(if known)*    20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2262**  Nonpriority creditor's name and mailing address                                      $ Undertermined

DOE CLAIMANT 483
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2263**  Nonpriority creditor's name and mailing address                                      $ Undetermined

DOE CLAIMANT 484
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2264**  Nonpriority creditor's name and mailing address                                      $ Undetermined

DOE CLAIMANT 485
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2265**  Nonpriority creditor's name and mailing address                                      $ Undetermined

DOE CLAIMANT 486
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2266**  Nonpriority creditor's name and mailing address                                      $ Undetermined

DOE CLAIMANT 487
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2267** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 488
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2268** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 489
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2269** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 490
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2270** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 491
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2271** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 492
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
    Name

Case number *(if known)*  20-10343 (LSS)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2272**  **Nonpriority creditor's name and mailing address**                                              $ Underdetermined

DOE CLAIMANT 493
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2273**  **Nonpriority creditor's name and mailing address**                                              $ Underdetermined

DOE CLAIMANT 494
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2274**  **Nonpriority creditor's name and mailing address**                                              $ Underdetermined

DOE CLAIMANT 495
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2275**  **Nonpriority creditor's name and mailing address**                                              $ Underdetermined

DOE CLAIMANT 496
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2276**  **Nonpriority creditor's name and mailing address**                                              $ Underdetermined

DOE CLAIMANT 497
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 506 of 878

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2277**  **Nonpriority creditor's name and mailing address**                              $ Underetermined

DOE CLAIMANT 498
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2278**  **Nonpriority creditor's name and mailing address**                              $ Undetermined

DOE CLAIMANT 499
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2279**  **Nonpriority creditor's name and mailing address**                              $ Undetermined

DOE CLAIMANT 500
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2280**  **Nonpriority creditor's name and mailing address**                              $ Undetermined

DOE CLAIMANT 501
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2281**  **Nonpriority creditor's name and mailing address**                              $ Undetermined

DOE CLAIMANT 502
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor      Boy Scouts of America
            _____
            Name

Case number *(if known)*   20-10343 (LSS)
                           _____

**Part 2:**   **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

| 3.2282 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 503
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.2283 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 504
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.2284 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 505
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.2285 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 506
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.2286 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 507
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2287** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 508
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2288** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 509
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2289** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 510
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2290** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 511
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2291** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 512
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
          Name

Case number *(if known)*   20-10343 (LSS)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.2292 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 513
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.2293 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 514
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.2294 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 515
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.2295 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 516
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.2296 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 517
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2297** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 518
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2298** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 519
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2299** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 520
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2300** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 521
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2301** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 522
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2302** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 523
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2303** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 524
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2304** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 525
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2305** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 526
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2306** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 527
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.2307 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 528
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.2308 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 529
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.2309 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 530
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.2310 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 531
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.2311 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 532
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor     Boy Scouts of America
           _____
           Name

Case number *(if known)*  20-10343 (LSS)

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.2312 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 533
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | |
|---|---|
| 3.2313 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 534
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | |
|---|---|
| 3.2314 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 535
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | |
|---|---|
| 3.2315 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 536
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| | |
|---|---|
| 3.2316 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 537
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*   20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.2317    **Nonpriority creditor's name and mailing address**                                      $ Undetermined

DOE CLAIMANT 538
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2318    **Nonpriority creditor's name and mailing address**                                      $ Undetermined

DOE CLAIMANT 539
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2319    **Nonpriority creditor's name and mailing address**                                      $ Undetermined

DOE CLAIMANT 540
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2320    **Nonpriority creditor's name and mailing address**                                      $ Undetermined

DOE CLAIMANT 541
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2321    **Nonpriority creditor's name and mailing address**                                      $ Undetermined

DOE CLAIMANT 542
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.2322 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 543
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2323 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 544
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2324 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 545
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2325 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 546
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2326 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 547
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor _____Boy Scouts of America_____
        Name

Case number *(if known)* __20-10343 (LSS)__

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2327** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 548
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2328** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 549
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2329** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 551
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2330** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 552
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2331** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 553
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor     Boy Scouts of America
           Name

Case number *(if known)*    20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2332** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 554
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2333** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 555
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2334** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 556
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2335** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 557
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2336** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 558
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2337**   **Nonpriority creditor's name and mailing address**                                  $ Undetermined

DOE CLAIMANT 559
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2338**   **Nonpriority creditor's name and mailing address**                                  $ Undetermined

DOE CLAIMANT 560
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2339**   **Nonpriority creditor's name and mailing address**                                  $ Undetermined

DOE CLAIMANT 561
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2340**   **Nonpriority creditor's name and mailing address**                                  $ Undetermined

DOE CLAIMANT 562
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2341**   **Nonpriority creditor's name and mailing address**                                  $ Undetermined

DOE CLAIMANT 563
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.2342 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 564
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.2343 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 565
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.2344 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 566
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.2345 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 567
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.2346 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 569
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number (if known) | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.2347 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 570
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.2348 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 571
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.2349 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 572
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.2350 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 573
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.2351 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 574
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* __20-10343 (LSS)__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2352** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 575
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2353** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 576
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2354** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 577
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2355** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 578
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2356** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 579
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor　　　Boy Scouts of America
　　　　　　　Name

Case number *(if known)*　20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.2357  **Nonpriority creditor's name and mailing address**　　　　　　　$ Undetermined

DOE CLAIMANT 580
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2358  **Nonpriority creditor's name and mailing address**　　　　　　　$ Undetermined

DOE CLAIMANT 581
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2359  **Nonpriority creditor's name and mailing address**　　　　　　　$ Undetermined

DOE CLAIMANT 582
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2360  **Nonpriority creditor's name and mailing address**　　　　　　　$ Undetermined

DOE CLAIMANT 583
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2361  **Nonpriority creditor's name and mailing address**　　　　　　　$ Undetermined

DOE CLAIMANT 584
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F　　　　　**Schedule E/F: Creditors Who Have Unsecured Claims**　　　　　Page 523 of 878

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2362** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 585
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2363** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 586
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2364** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 587
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2365** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 588
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2366** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 589
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2367** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 590
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2368** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 591
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2369** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 592
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2370** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 593
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2371** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 594
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor      Boy Scouts of America
            _____
            Name

Case number *(if known)*   20-10343 (LSS)
            _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.2372 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 595
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.2373 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 596
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.2374 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 597
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.2375 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 598
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.2376 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 599
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*   20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.2377 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 600
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2378 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 601
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2379 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 602
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2380 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 603
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2381 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 604
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.2382 | **Nonpriority creditor's name and mailing address** |

$ Underdetermined

DOE CLAIMANT 605
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.2383 | **Nonpriority creditor's name and mailing address** |

$ Underdetermined

DOE CLAIMANT 606
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.2384 | **Nonpriority creditor's name and mailing address** |

$ Underdetermined

DOE CLAIMANT 607
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.2385 | **Nonpriority creditor's name and mailing address** |

$ Underdetermined

DOE CLAIMANT 608
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.2386 | **Nonpriority creditor's name and mailing address** |

$ Underdetermined

DOE CLAIMANT 609
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.2387 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 610
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2388 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 611
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2389 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 612
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2390 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 613
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2391 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 614
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* __20-10343 (LSS)__

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2392** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 615
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2393** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 616
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2394** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 617
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2395** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 618
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2396** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 619
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.2397 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 620
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2398 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 621
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2399 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 622
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2400 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 623
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2401 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 624
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
Name

Case number (if known)    20-10343 (LSS)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2402** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 625
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2403** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 626
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2404** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 627
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2405** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 628
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2406** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 629
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
          Name                                                    Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2407** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 630
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2408** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 631
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2409** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 632
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2410** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 633
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2411** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 634
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor  Boy Scouts of America
_____
Name

Case number *(if known)* 20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2412**  **Nonpriority creditor's name and mailing address**  $ Undetermined

DOE CLAIMANT 635
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2413**  **Nonpriority creditor's name and mailing address**  $ Undetermined

DOE CLAIMANT 636
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2414**  **Nonpriority creditor's name and mailing address**  $ Undetermined

DOE CLAIMANT 637
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2415**  **Nonpriority creditor's name and mailing address**  $ Undetermined

DOE CLAIMANT 638
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2416**  **Nonpriority creditor's name and mailing address**  $ Undetermined

DOE CLAIMANT 639
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.2417 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 640
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2418 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 641
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2419 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 642
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2420 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 643
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2421 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 644
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.2422 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 645
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.2423 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 646
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.2424 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 647
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.2425 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 648
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.2426 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 649
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2427** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 650
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2428** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 651
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2429** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 652
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2430** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 653
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2431** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 654
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
          Name

Case number *(if known)*  20-10343 (LSS)

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2432** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

DOE CLAIMANT 655
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.2433** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

DOE CLAIMANT 656
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.2434** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

DOE CLAIMANT 657
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.2435** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

DOE CLAIMANT 658
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.2436** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

DOE CLAIMANT 659
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2437** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 660
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2438** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 661
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2439** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 662
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2440** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 663
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2441** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 664
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* __20-10343 (LSS)__

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2442** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 665
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2443** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 666
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2444** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 667
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2445** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 668
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2446** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 669
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
Name

Case number *(if known)*   20-10343 (LSS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2447**   **Nonpriority creditor's name and mailing address**      $ Undetermined

DOE CLAIMANT 670
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2448**   **Nonpriority creditor's name and mailing address**      $ Undetermined

DOE CLAIMANT 671
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2449**   **Nonpriority creditor's name and mailing address**      $ Undetermined

DOE CLAIMANT 672
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2450**   **Nonpriority creditor's name and mailing address**      $ Undetermined

DOE CLAIMANT 673
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2451**   **Nonpriority creditor's name and mailing address**      $ Undetermined

DOE CLAIMANT 674
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**     

Debtor  Boy Scouts of America
        Name

Case number *(if known)* 20-10343 (LSS)

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.2452 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 675
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2453 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 676
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2454 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 677
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2455 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 678
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2456 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 679
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2457**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 680
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2458**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 681
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2459**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 682
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2460**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 683
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2461**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 684
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.2462 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 685
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2463 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 686
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2464 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 687
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2465 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 688
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2466 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 689
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor     Boy Scouts of America
Name

Case number *(if known)*     20-10343 (LSS)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2467** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 690
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2468** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 691
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2469** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 692
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2470** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 693
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2471** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 694
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)* ___20-10343 (LSS)___

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.2472 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 695
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2473 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 696
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2474 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 697
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2475 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 698
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2476 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 699
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
Name

Case number *(if known)*    20-10343 (LSS)

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.2477 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 700
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2478 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 701
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2479 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 702
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2480 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 703
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2481 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 704
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Boy Scouts of America
_____
Name

Case number *(if known)*___20-10343 (LSS)___

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.2482 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 705
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2483 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 706
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2484 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 707
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2485 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 708
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2486 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 709
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 548 of 878

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2487** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 710
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2488** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 711
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2489** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 712
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2490** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 713
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2491** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 714
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number _(if known)_ 20-10343 (LSS) |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2492** | **Nonpriority creditor's name and mailing address** | $ Underribbon __Undetermined__

DOE CLAIMANT 715
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2493** | **Nonpriority creditor's name and mailing address** | $ __Undetermined__

DOE CLAIMANT 716
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2494** | **Nonpriority creditor's name and mailing address** | $ __Undetermined__

DOE CLAIMANT 717
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2495** | **Nonpriority creditor's name and mailing address** | $ __Undetermined__

DOE CLAIMANT 718
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2496** | **Nonpriority creditor's name and mailing address** | $ __Undetermined__

DOE CLAIMANT 719
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.2497 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 720
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2498 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 721
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2499 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 722
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2500 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 723
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2501 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 724
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2502** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 725
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2503** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 726
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2504** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 727
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2505** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 728
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2506** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 729
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2507**  **Nonpriority creditor's name and mailing address**                                     $ Undetermined

DOE CLAIMANT 730
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2508**  **Nonpriority creditor's name and mailing address**                                     $ Undetermined

DOE CLAIMANT 731
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2509**  **Nonpriority creditor's name and mailing address**                                     $ Undetermined

DOE CLAIMANT 732
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2510**  **Nonpriority creditor's name and mailing address**                                     $ Undetermined

DOE CLAIMANT 733
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2511**  **Nonpriority creditor's name and mailing address**                                     $ Undetermined

DOE CLAIMANT 734
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2512**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 735
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2513**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 736
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2514**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 737
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2515**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 738
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2516**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

DOE CLAIMANT 739
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number (if known)    20-10343 (LSS)
_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2517** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 740
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2518** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 741
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2519** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 742
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2520** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 743
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2521** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 744
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2522** **Nonpriority creditor's name and mailing address** $ Undetermined

DOE CLAIMANT 745
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.2523** **Nonpriority creditor's name and mailing address** $ Undetermined

DOE CLAIMANT 746
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.2524** **Nonpriority creditor's name and mailing address** $ Undetermined

DOE CLAIMANT 747
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.2525** **Nonpriority creditor's name and mailing address** $ Undetermined

DOE CLAIMANT 748
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.2526** **Nonpriority creditor's name and mailing address** $ Undetermined

DOE CLAIMANT 749
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*   20-10343 (LSS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.2527   **Nonpriority creditor's name and mailing address**                                         $ Underdetermined

DOE CLAIMANT 750
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2528   **Nonpriority creditor's name and mailing address**                                         $ Underdetermined

DOE CLAIMANT 751
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2529   **Nonpriority creditor's name and mailing address**                                         $ Underdetermined

DOE CLAIMANT 752
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2530   **Nonpriority creditor's name and mailing address**                                         $ Underdetermined

DOE CLAIMANT 753
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2531   **Nonpriority creditor's name and mailing address**                                         $ Underdetermined

DOE CLAIMANT 754
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
          Name

Case number *(if known)*  20-10343 (LSS)

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.2532 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 755
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.2533 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 756
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.2534 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 757
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.2535 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 758
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.2536 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 759
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2537** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 760
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2538** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 761
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2539** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 762
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2540** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 763
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2541** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 764
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
          Name

Case number *(if known)*  20-10343 (LSS)
                          _____

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.2542 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 765
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2543 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 766
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2544 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 767
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2545 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 768
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2546 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOE CLAIMANT 769
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 560 of 878

Debtor    Boy Scouts of America
_____
Name

Case number (if known)___20-10343 (LSS)___

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.2547 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 770
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2548 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 771
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2549 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 772
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2550 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 773
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2551 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 774
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* ___20-10343 (LSS)___

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2552**  **Nonpriority creditor's name and mailing address**                                      $ Undetermined

DOE CLAIMANT 775
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2553**  **Nonpriority creditor's name and mailing address**                                      $ Undetermined

DOE CLAIMANT 776
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2554**  **Nonpriority creditor's name and mailing address**                                      $ Undetermined

DOE CLAIMANT 777
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2555**  **Nonpriority creditor's name and mailing address**                                      $ Undetermined

DOE CLAIMANT 778
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2556**  **Nonpriority creditor's name and mailing address**                                      $ Undetermined

DOE CLAIMANT 779
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)*    20-10343 (LSS)

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.2557  **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 780
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.2558  **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 781
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.2559  **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 782
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.2560  **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 783
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.2561  **Nonpriority creditor's name and mailing address** | $ Undetermined |

DOE CLAIMANT 784
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America

Name

Case number *(if known)*   20-10343 (LSS)

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.2562 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 785
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.2563 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 786
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.2564 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 787
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.2565 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 788
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.2566 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

DOE CLAIMANT 789
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number (if known)    20-10343 (LSS)
_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2567**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 790
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2568**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 791
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2569**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 792
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2570**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 793
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2571**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 794
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* 20-10343 (LSS)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2572** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 795
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2573** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 796
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2574** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 797
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2575** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 798
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2576** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 799
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)*  20-10343 (LSS)
                          _____

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.2577 | **Nonpriority creditor's name and mailing address** |

$ Underdetermined

DOE CLAIMANT 800
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2578    **Nonpriority creditor's name and mailing address**

$ Underdetermined

DOE CLAIMANT 801
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2579    **Nonpriority creditor's name and mailing address**

$ Underdetermined

DOE CLAIMANT 802
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2580    **Nonpriority creditor's name and mailing address**

$ Underdetermined

DOE CLAIMANT 803
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2581    **Nonpriority creditor's name and mailing address**

$ Underdetermined

DOE CLAIMANT 804
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.2582 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 805
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2583 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 806
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2584 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 807
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2585 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 808
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2586 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 809
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 568 of 878

Debtor      Boy Scouts of America
            _____
            Name

Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2587** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 810
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2588** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 811
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2589** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 812
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2590** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 813
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2591** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 814
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2592** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 815
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.2593** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 816
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.2594** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 817
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.2595** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 818
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.2596** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 819
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2597** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 820
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2598** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 821
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2599** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 822
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2600** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 823
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2601** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 824
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* __20-10343 (LSS)__

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.2602** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 825
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2603** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 826
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2604** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 827
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2605** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 828
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2606** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 829
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.2607** | Nonpriority creditor's name and mailing address | $ Undetermined

DOE CLAIMANT 830
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2608** | Nonpriority creditor's name and mailing address | $ Undetermined

DOE CLAIMANT 831
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2609** | Nonpriority creditor's name and mailing address | $ Undetermined

DOE CLAIMANT 832
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2610** | Nonpriority creditor's name and mailing address | $ Undetermined

DOE CLAIMANT 833
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2611** | Nonpriority creditor's name and mailing address | $ Undetermined

DOE CLAIMANT 834
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)*    20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.2612 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 835
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2613 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 836
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2614 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 837
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2615 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 838
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2616 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 839
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor      Boy Scouts of America
            _____
            Name

Case number (if known)   20-10343 (LSS)
            _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2617** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 840
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2618** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 841
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2619** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 842
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2620** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 843
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2621** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 844
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2622** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 845
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2623** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 846
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2624** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 847
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2625** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 848
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2626** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 849
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* ___20-10343 (LSS)___

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2627**  **Nonpriority creditor's name and mailing address**                               $ Undetermined

DOE CLAIMANT 850                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                           *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                   ☐ No
☐ Yes

---

**3.2628**  **Nonpriority creditor's name and mailing address**                               $ Undetermined

DOE CLAIMANT 851                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                           *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                   ☐ No
☐ Yes

---

**3.2629**  **Nonpriority creditor's name and mailing address**                               $ Undetermined

DOE CLAIMANT 852                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                           *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                   ☐ No
☐ Yes

---

**3.2630**  **Nonpriority creditor's name and mailing address**                               $ Undetermined

DOE CLAIMANT 853                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                           *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                   ☐ No
☐ Yes

---

**3.2631**  **Nonpriority creditor's name and mailing address**                               $ Undetermined

DOE CLAIMANT 854                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                           *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined      **Is the claim subject to offset?**

**Last 4 digits of account number**                   ☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|--------|----------------------|--------------------------|----------------|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2632** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 855
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2633** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 856
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2634** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 857
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2635** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 858
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2636** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 859
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.2637** Nonpriority creditor's name and mailing address                                   $ Underedmined

DOE CLAIMANT 860
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Abuse Litigation

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

**3.2638** Nonpriority creditor's name and mailing address                                   $ Undetermined

DOE CLAIMANT 861
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Abuse Pending Claim

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

**3.2639** Nonpriority creditor's name and mailing address                                   $ Undetermined

DOE CLAIMANT 862
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Abuse Pending Claim

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

**3.2640** Nonpriority creditor's name and mailing address                                   $ Undetermined

DOE CLAIMANT 863
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Abuse Litigation

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

**3.2641** Nonpriority creditor's name and mailing address                                   $ Undetermined

DOE CLAIMANT 864
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Abuse Pending Claim

Date or dates debt was incurred Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2642** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 865
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2643** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 866
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2644** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 867
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2645** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 868
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2646** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 869
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor  Boy Scouts of America
_____
Name

Case number *(if known)* 20-10343 (LSS)
_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2647** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 870
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2648** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 871
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2649** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 872
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2650** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 873
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2651** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 874
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2652**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 875
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2653**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 876
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2654**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 877
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2655**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 878
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2656**    **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 879
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2657** | Nonpriority creditor's name and mailing address | $ Undetermined

DOE CLAIMANT 880
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2658** | Nonpriority creditor's name and mailing address | $ Undetermined

DOE CLAIMANT 881
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2659** | Nonpriority creditor's name and mailing address | $ Undetermined

DOE CLAIMANT 882
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2660** | Nonpriority creditor's name and mailing address | $ Undetermined

DOE CLAIMANT 883
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2661** | Nonpriority creditor's name and mailing address | $ Undetermined

DOE CLAIMANT 884
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2662** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 885
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2663** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 886
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2664** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 887
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2665** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 888
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2666** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 890
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor      Boy Scouts of America
            _____
            Name

Case number *(if known)* __20-10343 (LSS)__

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.2667 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 891
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.2668 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 892
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.2669 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 893
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.2670 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 894
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.2671 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

DOE CLAIMANT 895
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* 20-10343 (LSS)

---

**Part 2:** **Additional Page**

| | |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

3.2672 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 896
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2673 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 897
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2674 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 898
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2675 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 899
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2676 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 900
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.2677  **Nonpriority creditor's name and mailing address**                              $ Undetermined

DOE CLAIMANT 901
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2678  **Nonpriority creditor's name and mailing address**                              $ Undetermined

DOE CLAIMANT 902
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2679  **Nonpriority creditor's name and mailing address**                              $ Undetermined

DOE CLAIMANT 903
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2680  **Nonpriority creditor's name and mailing address**                              $ Undetermined

DOE CLAIMANT 904
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2681  **Nonpriority creditor's name and mailing address**                              $ Undetermined

DOE CLAIMANT 905
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2682**  | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 906
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2683**  | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 907
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2684**  | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 908
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2685**  | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 909
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2686**  | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 910
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
Name

Case number *(if known)*    20-10343 (LSS)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.2687 **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 911
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2688 **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 912
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2689 **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 913
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2690 **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 914
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2691 **Nonpriority creditor's name and mailing address**    $ Undetermined

DOE CLAIMANT 915
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)
_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2692** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 916
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2693** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 917
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2694** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 918
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2695** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 919
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2696** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 920
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* ___20-10343 (LSS)___

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2697** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 921
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2698** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 922
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2699** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 923
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2700** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 924
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2701** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 925
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 591 of 878

Debtor      Boy Scouts of America
            _____
            Name

Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.2702 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

DOE CLAIMANT 926
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2703 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

DOE CLAIMANT 927
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2704 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

DOE CLAIMANT 928
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2705 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

DOE CLAIMANT 929
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2706 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

DOE CLAIMANT 930
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor _____Boy Scouts of America_____
Name

Case number *(if known)* ___20-10343 (LSS)___

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2707** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 931
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2708** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 932
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2709** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 933
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2710** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 934
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2711** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 935
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* ___20-10343 (LSS)___

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2712** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 936
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2713** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 937
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2714** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 938
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2715** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 939
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2716** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 940
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 594 of 878

Debtor    Boy Scouts of America
Name

Case number *(if known)* 20-10343 (LSS)

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |

---

**3.2717** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 941
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2718** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 942
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2719** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 943
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2720** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 944
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2721** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 945
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* 20-10343 (LSS) |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2722** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 946
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2723** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 947
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2724** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 948
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2725** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 949
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2726** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 950
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor     Boy Scouts of America
_____
           Name

Case number *(if known)*    20-10343 (LSS)
_____

**Part 2:     Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

---

3.2727 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 951
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2728 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 952
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2729 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 953
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2730 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 954
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2731 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 955
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)
_____

---

**Part 2:**   **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.2732**   **Nonpriority creditor's name and mailing address**                                   $ Underremined

DOE CLAIMANT 956
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2733**   **Nonpriority creditor's name and mailing address**                                   $ Underremined

DOE CLAIMANT 957
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2734**   **Nonpriority creditor's name and mailing address**                                   $ Underremined

DOE CLAIMANT 958
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2735**   **Nonpriority creditor's name and mailing address**                                   $ Underremined

DOE CLAIMANT 959
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2736**   **Nonpriority creditor's name and mailing address**                                   $ Underremined

DOE CLAIMANT 960
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
           Name

Case number *(if known)*   20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.2737**  **Nonpriority creditor's name and mailing address**                                   $ Undetermined

DOE CLAIMANT 961
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2738**  **Nonpriority creditor's name and mailing address**                                   $ Undetermined

DOE CLAIMANT 962
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2739**  **Nonpriority creditor's name and mailing address**                                   $ Undetermined

DOE CLAIMANT 963
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2740**  **Nonpriority creditor's name and mailing address**                                   $ Undetermined

DOE CLAIMANT 964
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2741**  **Nonpriority creditor's name and mailing address**                                   $ Undetermined

DOE CLAIMANT 965
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*   20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.2742 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 966
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2743 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 967
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2744 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 968
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2745 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 969
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2746 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 970
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor __Boy Scouts of America_____    Case number *(if known)*__20-10343 (LSS)__
Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.2747 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 971
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2748 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 972
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2749 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 973
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2750 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 974
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2751 | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 975
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor     Boy Scouts of America
           _____
           Name

Case number *(if known)*  20-10343 (LSS)

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2752** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 976
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2753** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 977
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2754** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 978
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2755** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 979
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2756** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 980
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 602 of 878

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*___20-10343 (LSS)___

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2757** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 981
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2758** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 982
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2759** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 983
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2760** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 984
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2761** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DOE CLAIMANT 985
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2762**  **Nonpriority creditor's name and mailing address**                                             $ Underdetermined

DOE CLAIMANT 986
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2763**  **Nonpriority creditor's name and mailing address**                                             $ Underdetermined

DOE CLAIMANT 987
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2764**  **Nonpriority creditor's name and mailing address**                                             $ Underdetermined

DOE CLAIMANT 988
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2765**  **Nonpriority creditor's name and mailing address**                                             $ Underdetermined

DOE CLAIMANT 989
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2766**  **Nonpriority creditor's name and mailing address**                                             $ Underdetermined

DOE CLAIMANT 990
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
                    Name

Case number *(if known)*    20-10343 (LSS)

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2767**  **Nonpriority creditor's name and mailing address**                     $ Undetermined

DOE CLAIMANT 992
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2768**  **Nonpriority creditor's name and mailing address**                     $ Undetermined

DOE CLAIMANT 993
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2769**  **Nonpriority creditor's name and mailing address**                     $ Undetermined

DOE CLAIMANT 994
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2770**  **Nonpriority creditor's name and mailing address**                     $ Undetermined

DOE CLAIMANT 995
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2771**  **Nonpriority creditor's name and mailing address**                     $ Undetermined

DOE CLAIMANT 996
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
Name

Case number *(if known)*    20-10343 (LSS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.2772    **Nonpriority creditor's name and mailing address**                                $ Undetermined

DOE CLAIMANT 997
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2773    **Nonpriority creditor's name and mailing address**                                $ Undetermined

DOE CLAIMANT 998
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2774    **Nonpriority creditor's name and mailing address**                                $ Undetermined

DOE CLAIMANT 999
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Pending Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2775    **Nonpriority creditor's name and mailing address**                                $106.64

DOMINIC WOLTERS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

3.2776    **Nonpriority creditor's name and mailing address**                                $ Undetermined

DONALD COOPER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor  Boy Scouts of America
_____
Name

Case number *(if known)* 20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2777** | **Nonpriority creditor's name and mailing address** | $97.05

DONALD HARTMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.2778** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DONALD VARNEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2779** | **Nonpriority creditor's name and mailing address** | $10.00

DONNIE CARL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2780** | **Nonpriority creditor's name and mailing address** | $280.81

DORTHEA RATH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.2781** | **Nonpriority creditor's name and mailing address** | $660.00

DOUBLE R ACQUISITION LLC
DBA DOUBLE R ELECTRIC
4010 FORNEY RD
MESQUITE, TX 75149

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.2782 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DOUG STEVENSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2783 | **Nonpriority creditor's name and mailing address** | | $10.99 |
|---|---|---|---|

DOUGLAS ROHDE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2784 | **Nonpriority creditor's name and mailing address** | | $31.72 |
|---|---|---|---|

DPC INDUSTRIES INC
PO BOX 301023
DALLAS, TX 75303-1023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2785 | **Nonpriority creditor's name and mailing address** | | $349.28 |
|---|---|---|---|

DR FRANCIS J RIGNEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2786 | **Nonpriority creditor's name and mailing address** | | $229,844.47 |
|---|---|---|---|

DRADDY, ETHAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.2787 | **Nonpriority creditor's name and mailing address** | | $6,000.00 |
|---|---|---|---|

DRAKE UNIVERSITY
ATTN STUDENT FINANCIAL PLANNING SERVICES
2507 UNIVERSITY AVE
DES MOINES, IA 50311

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.2788 | **Nonpriority creditor's name and mailing address** | | $567.00 |
|---|---|---|---|

DRUG TESTING SERVICES INC
DBA KEYS CONSORTIUM
93911 OVERSEAS HWY, STE 3
TAVERNIER, FL 33070

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.2789 | **Nonpriority creditor's name and mailing address** | | $14.72 |
|---|---|---|---|

DS SERVICES OF AMERICA INC
DBA CRYSTAL SPRINGS
PO BOX 660579
DALLAS, TX 75266-0579

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.2790 | **Nonpriority creditor's name and mailing address** | | $14,449.84 |
|---|---|---|---|

DUGGER, THOMAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.2791 | **Nonpriority creditor's name and mailing address** | | $8,316.88 |
|---|---|---|---|

DUKE ENERGY
P O BOX 70516
CHARLOTTE, NC 28272-0516

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2792** | **Nonpriority creditor's name and mailing address** | $53.63

DUNCAN-PARNELL CORPORATE
PO BOX 35649
CHARLOTTE, NC 28235

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2793** | **Nonpriority creditor's name and mailing address** | $143,561.34

DURAN, PONCIANO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2794** | **Nonpriority creditor's name and mailing address** | $361.20

DUSKY'S SPORT CENTER
110 N BRYAN RD
DANIA, FL 33004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2795** | **Nonpriority creditor's name and mailing address** | $1,397.50

DVS RENEWAL
17 E CHAPMAN ST
ELY, MN55731

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2796** | **Nonpriority creditor's name and mailing address** | $133,067.54

DWYER, WILLIAM T
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)* ___20-10343 (LSS)___

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2797** **Nonpriority creditor's name and mailing address**                                        $12,896.76

EAN SERVICES LLC
PO BOX 402383
ATLANTA, GA30384-2383

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2798** **Nonpriority creditor's name and mailing address**                                        $1,707.00

EAST CAROLINA CNCL NO 426
313 BOY SCOUTS BLVD
PO BOX 1698
KINSTON, NC 28503-1698

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2799** **Nonpriority creditor's name and mailing address**                                        $603.50

EAST CONTINENTAL SUPPLIES
7955 W 20TH AVE
HIALEAH, FL 33014

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2800** **Nonpriority creditor's name and mailing address**                                        $5,252.00

EAST TEXAS AREA CNCL#585
1331 E. FIFTH ST.
TYLER, TX 75701-3427

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2801** **Nonpriority creditor's name and mailing address**                                        $930.52

EATON STREET LUMBER
MANLEY DE BOER LUMBER COMPANY
1109 EATON ST
KEY WEST, FL33040-6926

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.2802 | Nonpriority creditor's name and mailing address | | $375.00 |
|---|---|---|---|

EBENEZER COUNSELING SERVICES
325 EBENEZER RD
KNOXVILLE, TN 37923-5310

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.2803 | Nonpriority creditor's name and mailing address | | $2,630.65 |
|---|---|---|---|

ECARD SYSTEMS
9517 BUTLER DRIVE
STE 200
BRENTWOOD, TN 37027

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.2804 | Nonpriority creditor's name and mailing address | | $1,499.67 |
|---|---|---|---|

ECARD SYSTEMS
7109 BAKERS BRIDGE AVE
BRENTWOOD, TN 37027

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.2805 | Nonpriority creditor's name and mailing address | | $4,395.05 |
|---|---|---|---|

ECI SOFTWARE SOLUTIONS, INC
PO BOX 200164
PITTSBURGH, PA 15251-0164

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.2806 | Nonpriority creditor's name and mailing address | | $607.29 |
|---|---|---|---|

ECOLAB
PO BOX 32027
NEW YORK, NY 10087-2027

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    Boy Scouts of America
　　　　　Name

Case number *(if known)* 20-10343 (LSS)

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.2807 **Nonpriority creditor's name and mailing address** | $7.50 |

EDDY IRISH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.2808 **Nonpriority creditor's name and mailing address** | $ Undetermined |

EDGAR RIECKE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| | |
|---|---|
| 3.2809 **Nonpriority creditor's name and mailing address** | $10.00 |

EDGARDO MARTINEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | |
|---|---|
| 3.2810 **Nonpriority creditor's name and mailing address** | $38.59 |

EDUCATIONAL OUTFITTERS
14 A BROAD ST
NASHAU, NH 03064

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | |
|---|---|
| 3.2811 **Nonpriority creditor's name and mailing address** | $650.00 |

EDWARD DANNEMILLER II
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* 20-10343 (LSS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |

---

**3.2812** | **Nonpriority creditor's name and mailing address** | $2.96

EDWARD DEGANI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.2813** | **Nonpriority creditor's name and mailing address** | $3.47

EDWARD M BARBER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2814** | **Nonpriority creditor's name and mailing address** | $16.01

EDWARD M BARBER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.2815** | **Nonpriority creditor's name and mailing address** | $7.15

EDWIN MARTINEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.2816** | **Nonpriority creditor's name and mailing address** | $23,203.97

EISNER, ERIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2817** | **Nonpriority creditor's name and mailing address** | $100.00

ELBURN DAUGHTRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2818** | **Nonpriority creditor's name and mailing address** | $2,399.00

ELECTRONIC SPECIALTY COMPANY
1325 DUNBAR AVENUE
PO BOX 400
DUNBAR, WV 25064

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2819** | **Nonpriority creditor's name and mailing address** | $6,729.53

ELEMENT MOVING & STORAGE
3210 SKYLANE DR
CARROLLTON, TX 75006

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2820** | **Nonpriority creditor's name and mailing address** | $10.00

ELIJAH BRITTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.2821** | **Nonpriority creditor's name and mailing address** | $4,451.00

ELLINGTON A/C & HEAT INC
3280 HWY US 1
ROCKLEDGE, FL 32955

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 615 of 878

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2822**  **Nonpriority creditor's name and mailing address**                                                                $71.00

ELLIOT INVESTMENT CORP
DBA PETALS & STEMS FLORIST
13319 MONTFORT DR
DALLAS, TX 75240

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2823**  **Nonpriority creditor's name and mailing address**                                                              $1,066.01

ELY NORTHLAND MARKET
1230 E SHERIDAN ST
ELY, MN55731

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2824**  **Nonpriority creditor's name and mailing address**                                                                $968.86

EMR ELEVATOR INC
2320 MICHIGAN CT
ARLINGTON, TX 76016

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2825**  **Nonpriority creditor's name and mailing address**                                                              $3,664.48

EPROMOS PROMOTIONAL PRODUCTS INC
113 5TH AVENUE SOUTH
ST CLOUD, MN 56301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2826**  **Nonpriority creditor's name and mailing address**                                                                $20.99

ERNESTINE GIBLIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Official Form 206E/F                          **Schedule E/F: Creditors Who Have Unsecured Claims**                          Page 616 of 878

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2827**    **Nonpriority creditor's name and mailing address**        $ Undetermined

ESTATE OF WEISS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2828**    **Nonpriority creditor's name and mailing address**        $5,734.70

ESTES EXPRESS LINES
P O BOX 25612
RICHMOND, VA 23260-5612

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2829**    **Nonpriority creditor's name and mailing address**        $3,591.57

ESTES EXPRESS LINES
P. O. BOX 25612
RICHMOND, VA 23260-5612

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2830**    **Nonpriority creditor's name and mailing address**        $215.80

ESTES INDUSTRIES LLC
1295 H STREET
PENROSE, CO 81240

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2831**    **Nonpriority creditor's name and mailing address**        $10.00

EVAN MARCH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*   20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.2832 | **Nonpriority creditor's name and mailing address** | | $50.00

EVAN PLATZER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

3.2833 | **Nonpriority creditor's name and mailing address** | | $2,004.00

EVANGELINE AREA CNCL#212
2266 S COLLEGE ROAD EXT, STE E
LAFAYETTE, LA 70508

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2834 | **Nonpriority creditor's name and mailing address** | | $7,358.57

EVERBRIDGE INC
PO BOX 740745
LOS ANGELES, CA 90074-0745

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2835 | **Nonpriority creditor's name and mailing address** | | $280.96

EVERSOURCE
PO BOX 660369
DALLAS, TX 75266-0369

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.2836 | **Nonpriority creditor's name and mailing address** | | $10,000.00

EXPERIENCE BASED LEARNING SYS
HC1-124, 75 ULUA RD
KAUNAKAKAI, HI 96748

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* 20-10343 (LSS) |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2837**  **Nonpriority creditor's name and mailing address**                                                                                          $6,253.16

EXXEL OUTDOORS LLC
6235 LOOKOUT RD, STE B
BOULDER, CO 80301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2838**  **Nonpriority creditor's name and mailing address**                                                                                          $183.35

EXXONMOBIL
PO BOX 6404
SIOUX FALLS, SD 57117-6404

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2839**  **Nonpriority creditor's name and mailing address**                                                                                          $7,392.00

F & M HAT COMPANY INC
103 WALNUT STREET
P O BOX 40
DENVER, PA 17517-0040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2840**  **Nonpriority creditor's name and mailing address**                                                                                          $14.63

FAISAL AHMED
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.2841**  **Nonpriority creditor's name and mailing address**                                                                                          $400.00

FAITH BUTLER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:     Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2842** | **Nonpriority creditor's name and mailing address** | $410.58

FAR EAST COUNCIL 803
FAR EAST COUNCIL
MCB CAMP FOSTER UNIT 35049
FPO AP 96373-5049

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2843** | **Nonpriority creditor's name and mailing address** | $304,736.45

FARMER, BRADLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2844** | **Nonpriority creditor's name and mailing address** | $500.00

FAYETTE COUNTY CHAMBER OF COMMERCE
310 OYLER AVE
OAK HILL, WV 25901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2845** | **Nonpriority creditor's name and mailing address** | $ Undetermined

FAYETTEVILLE UNITED METHODIST CHURCH
MANLIUS, NY 13104

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2846** | **Nonpriority creditor's name and mailing address** | $7,195.85

FEDEX DALLAS
PO BOX 660481
DALLAS, TX 75266-0481

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor        Boy Scouts of America
              Name

Case number *(if known)*  20-10343 (LSS)

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.2847 | **Nonpriority creditor's name and mailing address** |

**$153.72**

FEDEX FREIGHT PA
PO BOX 223125
PITTSBURGH, PA 15250-2125

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.2848 | **Nonpriority creditor's name and mailing address** |

**$368.09**

FEDEX FREIGHT
PO BOX 223125
PITTSBURGH, PA 15251-2125

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.2849 | **Nonpriority creditor's name and mailing address** |

**$1,546.45**

FEDEX
PO BOX 94515
PALATINE, IL 60094-4515

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.2850 | **Nonpriority creditor's name and mailing address** |

**$95.04**

FEDEX
PO BOX 94515
PALATINE, IL 60094-4515

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.2851 | **Nonpriority creditor's name and mailing address** |

**$1,136.68**

FEDEX
PO BOX 371461
PITTSBURGH, PA 15250-7461

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.2852 | **Nonpriority creditor's name and mailing address** | | $83,950.41 |
|---|---|---|---|

FEDEX
PO BOX 371461
PITTSBURGH, PA 15250-7461

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2853 | **Nonpriority creditor's name and mailing address** | | $476.34 |
|---|---|---|---|

FEE TRANSPORTATION SERVICES INC
3400 STONEWELL DR
LANCASTER, TX 75134-1536

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2854 | **Nonpriority creditor's name and mailing address** | | $199.59 |
|---|---|---|---|

FERGUSON ENTERPRISES INC #1480
PO BOX 644054
PITTSBURGH, PA 15264-4054

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2855 | **Nonpriority creditor's name and mailing address** | | $1.20 |
|---|---|---|---|

FERNANDO RAY TRUJILLO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2856 | **Nonpriority creditor's name and mailing address** | | $232.58 |
|---|---|---|---|

FERRELLGAS
PO BOX 173940
DENVER, CO 80217-3940

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor        Boy Scouts of America
              _____
              Name

Case number *(if known)*  20-10343 (LSS)

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

3.2857   **Nonpriority creditor's name and mailing address**                            $2,831.53

FIDELITY INVESTMENTS
100 CROSBY PARKWAY
COVINGTON, KY 41015

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2858   **Nonpriority creditor's name and mailing address**                            $28,867.63

FIDELITY RETIREMENT SERVICES
ONE UTAH CENTER
SALT LAKE CITY, UT84111

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2859   **Nonpriority creditor's name and mailing address**                            $4,928.73

FIESTA
2834 E 46TH ST
VERNON, CA 90058

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2860   **Nonpriority creditor's name and mailing address**                            $6.31

FIIX INC
35 GOLDEN AVE, STE A-201
TORONTO, ON M6R 2J5
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.2861   **Nonpriority creditor's name and mailing address**                            $150.00

FINCHAM ENTERPRISES INC
5601 WILSHIRE AVENUE NE
ALBUQUERQUE, NM 87113

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor  Boy Scouts of America
_____
Name

Case number *(if known)* 20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.2862** | **Nonpriority creditor's name and mailing address** | $140.66

FIRE PROTECTION SERVICE CORP
3292 HARRISON BLVD
OGDEN, UT 84403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2863** | **Nonpriority creditor's name and mailing address** | $87,002.88

FIRST ADVANTAGE LNS
PO BOX 403532
ATLANTA, GA 30384-3532

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2864** | **Nonpriority creditor's name and mailing address** | $353,449.14

FITZGIBBON, THOMAS H
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2865** | **Nonpriority creditor's name and mailing address** | $888.00

FIVE RIVERS CNCL NO 375
244 W WATER STREET
ELMIRA, NY 14901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2866** | **Nonpriority creditor's name and mailing address** | $1,598.00

FLAKE CONSULTING INC
8374 MARKET ST, #412
LAKEWOOD RANCH, FL 34202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 624 of 878

Debtor    Boy Scouts of America
          _____
          Name

Case number (if known)  20-10343 (LSS)
          _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2867**    **Nonpriority creditor's name and mailing address**                     $358.00

FLINT RIVER CNCL NO 95
1361 ZEBULON RD
GRIFFIN, GA 30224-5100

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

**3.2868**    **Nonpriority creditor's name and mailing address**                     $13,729.31

FLORIDA KEYS AQUEDUCT AUTHORITY
1100 KENNEDY DRIVE
KEY WEST, FL 33040-4021

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☒ Yes

---

**3.2869**    **Nonpriority creditor's name and mailing address**                     $7,607.13

FLORIDA KEYS ELECTRIC COOPERATIVE ASSN
PO BOX 377
TAVERNIER, FL 33070-0377

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☒ Yes

---

**3.2870**    **Nonpriority creditor's name and mailing address**                     $150.00

FLOYD HOLMGRAIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☒ No
☐ Yes

---

**3.2871**    **Nonpriority creditor's name and mailing address**                     $1,618.56

FLYING A SECURITY SYSTEMS, INC
12605 SW 114TH AVENUE
MIAMI, FL 33176

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)*   20-10343 (LSS)
                          _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2872**   **Nonpriority creditor's name and mailing address**

$ Undetermined

FRANCIS (SKIP) TOOMEY II
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2873**   **Nonpriority creditor's name and mailing address**

$55.00

FRANCOTYP POSTALIA INC
P O BOX 157
BEDFORD PARK, IL 60499-0157

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2874**   **Nonpriority creditor's name and mailing address**

$853.47

FRANK E WELLING
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2875**   **Nonpriority creditor's name and mailing address**

$2,447.63

FRANKLIN COVEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2876**   **Nonpriority creditor's name and mailing address**

$722.20

FREESE AND NICHOLS, INC
P O BOX 980004
FT WORTH, TX 76198-0004

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* 20-10343 (LSS) |
|--------|------------------------|------------------------------------------|
|        | Name | |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.2877 | **Nonpriority creditor's name and mailing address** | | $296.00 |
|--------|-----------------------------------------------------|---|---------|

FRENCH CREEK CNCL NO 532
1815 ROBISON RD WEST
ERIE, PA 16509-4905

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.2878 | **Nonpriority creditor's name and mailing address** | | $872.18 |
|--------|-----------------------------------------------------|---|---------|

FRM SOCKS LLC
227 POPLAR ST, PO BOX 298
OSAGE, IA 50461

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.2879 | **Nonpriority creditor's name and mailing address** | | $1,500.29 |
|--------|-----------------------------------------------------|---|-----------|

FRONTIER COMMUNICATIONS
PO BOX 740407
CINCINNATI, OH 45274-0407

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.2880 | **Nonpriority creditor's name and mailing address** | | $7,355.17 |
|--------|-----------------------------------------------------|---|-----------|

FUEL VISUAL MEDIA INC
PO BOX 503025
INDIANAPOLIS, IN 46250

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.2881 | **Nonpriority creditor's name and mailing address** | | $690.54 |
|--------|-----------------------------------------------------|---|---------|

G MEN ENVIRONMENTAL SERVICES INC
PO BOX 269
ELY, MN 55731

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2882**

**Nonpriority creditor's name and mailing address**

GA DESIGNS INC
DBA ANJU
75 JOHN PORTMAN BLVD NW, STE 6S-349
ATLANTA, GA 30303

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

$1,422.00

---

**3.2883**

**Nonpriority creditor's name and mailing address**

GAK STONN LLC
107 KIT CARSON RD, STE A
TAOS, NM 87571

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

$692.00

---

**3.2884**

**Nonpriority creditor's name and mailing address**

GAMBLE, WILLIAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

$166,195.03

---

**3.2885**

**Nonpriority creditor's name and mailing address**

GAMEHAVEN CNCL #299
1124 11-1/2 ST SE
ROCHESTER, MN 55904-5097

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

$176.00

---

**3.2886**

**Nonpriority creditor's name and mailing address**

GANNETT CO INC
DBA IMAGN CONTENT SERVICES
7950 JONES BRANCH DR
MCLEAN, VA 22107

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

$200.00

---

Debtor __Boy Scouts of America_____     Case number *(if known)* __20-10343 (LSS)__
      Name

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.2887 | **Nonpriority creditor's name and mailing address** | | $2,941.42 |
|---|---|---|---|

GARDEN STATE COUNCIL#690
693 RANCOCAS ROAD
WESTHAMPTON, NJ 08060

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.2888 | **Nonpriority creditor's name and mailing address** | | $5.00 |
|---|---|---|---|

GARDEN STATE COUNCIL#690
693 RANCOCAS RD
WESTAMPTON, NJ 8060

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2889 | **Nonpriority creditor's name and mailing address** | | $224,763.44 |
|---|---|---|---|

GASPARO, DANIEL R
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.2890 | **Nonpriority creditor's name and mailing address** | | $102.63 |
|---|---|---|---|

GATES SUPPLY
363 RAGLAND RD
BECKLEY, WV 25801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.2891 | **Nonpriority creditor's name and mailing address** | | $92.00 |
|---|---|---|---|

GATEWAY AREA CNCL NO624
2600 QUARRY RD
LA CROSSE, WI 54601-3997

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor _____Boy Scouts of America_____
        Name

Case number *(if known)* ___20-10343 (LSS)___

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2892** | **Nonpriority creditor's name and mailing address** | $102.20

GAVIN CHO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.2893** | **Nonpriority creditor's name and mailing address** | $52,642.20

GENERAL MILLS FINANCE INC
PO BOX 120845
DALLAS, TX 75312-0845

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2894** | **Nonpriority creditor's name and mailing address** | $238.86

GENERAL SECURITY INC
100 FAIRCHILD AVE
PLAINVIEW, NY 11803

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2895** | **Nonpriority creditor's name and mailing address** | $100.00

GEORGE COOPER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.2896** | **Nonpriority creditor's name and mailing address** | $634.62

GEORGE GILES & ASSOCIATES INC
DBA RIGHT MANAGEMENT
14131 MIDWAY RD, STE 1140
ADDISON, TX 75001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)*  20-10343 (LSS)

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2897** | **Nonpriority creditor's name and mailing address** | $3,904.29

GEORGIA-CAROLINA CNCL #93
4132 MADELINE DRIVE
AUGUSTA, GA 30909

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2898** | **Nonpriority creditor's name and mailing address** | $725.00

GETTY IMAGES INC
P O BOX 953604
ST. LOUIS, MO 63195-3604

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2899** | **Nonpriority creditor's name and mailing address** | $330.79

GIBBS SMITH PUBLISHER
PO BOX 667
LAYTON, UT 84041

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2900** | **Nonpriority creditor's name and mailing address** | $142,525.84

GIBBS, KENT W
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2901** | **Nonpriority creditor's name and mailing address** | $25,391.79

GILLMANN SERVICES INC
11848 ROCK LANDING DR, STE 102
NEWPORT NEWS, VA 23606

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2902** | **Nonpriority creditor's name and mailing address** | $ Underdetermined

GIRL SCOUTS OF AMERICA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2903** | **Nonpriority creditor's name and mailing address** | $35.54

GIUSEPPES RESTAURANT
707 MAIN ST
MT HOPE, WV 25880

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2904** | **Nonpriority creditor's name and mailing address** | $4,477.65

GLACIER'S EDGE COUNCIL #620
PO BOX 14135
MADISON, WI 53708-0135

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2905** | **Nonpriority creditor's name and mailing address** | $2,405.97

GLOBAL EQUIPMENT COMPANY INC
29833 NETWORK PLACE
CHICAGO, IL 60673-1298

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2906** | **Nonpriority creditor's name and mailing address** | $ Underdetermined

GLORIA GARCIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number _(if known)_ | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2907** | **Nonpriority creditor's name and mailing address** | $6,663.55

GOLDEN EMPIRE CNCL #47
PO BOX 13558
SACRAMENTO, CA 95853-3558

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2908** | **Nonpriority creditor's name and mailing address** | $2,400.00

GOLDEN SPREAD CNCL #562
401 TASCOSA RD
AMARILLO, TX 79124-1619

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2909** | **Nonpriority creditor's name and mailing address** | $18.00

GORDON DITTO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2910** | **Nonpriority creditor's name and mailing address** | $716.03

GORDON FOOD SERVICE INC
PO BOX 88029
CHICAGO, IL 60680-1029

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2911** | **Nonpriority creditor's name and mailing address** | $128.12

GRAINGER
DEPT 802392720
PO BOX 419267
KANSAS CITY, MO 64141-6267

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor      Boy Scouts of America
            _____
            Name

Case number *(if known)*   20-10343 (LSS)

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |

---

**3.2912** | **Nonpriority creditor's name and mailing address** | $3,707.28

GRAND ELY LODGE
1914 S 7TH ST
BRAINERD, MN 56401

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2913** | **Nonpriority creditor's name and mailing address** | $38.09

GRAND TETON CNCL #107
3910 SOUTH YELLOWSTONE HWY
IDAHO FALLS, ID 83402

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2914** | **Nonpriority creditor's name and mailing address** | $1,919.44

GRANITE GEAR
2312 10TH STREET
P.O. BOX 278
TWO HARBORS, MN 55616-0278

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2915** | **Nonpriority creditor's name and mailing address** | $33,270.53

GRANITE TELECOMMUNICATIONS
CLIENT ID 311
PO BOX 983119
BOSTON, MA 02298-3119

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2916** | **Nonpriority creditor's name and mailing address** | $650.00

GRANT MIEHM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 634 of 878

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2917** **Nonpriority creditor's name and mailing address**                                                                    $673.67

GRANT'S SUPERMARKET
1808 JEFFERSON ST
BLUEFIELD, WV 24701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.2918** **Nonpriority creditor's name and mailing address**                                                                    $33,276.00

GREAT LAKES FSC #784
1776 W WARREN AVE
DETROIT, MI 48208-2215

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.2919** **Nonpriority creditor's name and mailing address**                                                                    $180.00

GREAT RIVERS CNCL NO 653
1203 FAY ST
COLUMBIA, MO 65201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.2920** **Nonpriority creditor's name and mailing address**                                                                    $595.00

GREAT SALT LAKE CNCL#590
525 FOOTHILL BLVD
SALT LAKE CITY, UT 84113-1199

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.2921** **Nonpriority creditor's name and mailing address**                                                                    $3,312.15

GREAT SMOKY MOUNTAIN CNCL NO557
1333 OLD WEISGARBER RD.
P.O. BOX 51885
KNOXVILLE, TN 37950-1885

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)*  20-10343 (LSS)
                          _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2922**  **Nonpriority creditor's name and mailing address**                                              $1,130.76

GREAT SMOKY MOUNTAIN CNCL NO557
1333 OLD WEISGARBER RD.
KNOXVILLE, TN 37950-1885

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.2923**  **Nonpriority creditor's name and mailing address**                                              $425.00

GREAT SOUTHWEST CNCL NO412
5841 OFFICE BLVD, NE
ALBUQUERQUE, NM 87109-5820

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2924**  **Nonpriority creditor's name and mailing address**                                              $6.79

GREAT TRAIL CNCL#433
4500 HUDSON DR
STOW, OH 44224

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2925**  **Nonpriority creditor's name and mailing address**                                              $58,445.15

GREAT WOLF LODGE
1 GREAT WOLF DRIVE
SCOTRUN, PA 18355

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2926**  **Nonpriority creditor's name and mailing address**                                              $71.00

GREATER ALABAMA CNCL NO1
516 LIBERTY PARKWAY
PO BOX 43307
BIRMINGHAM, AL 35243-0307

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F                     **Schedule E/F: Creditors Who Have Unsecured Claims**                     Page 636 of 878

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2927** | **Nonpriority creditor's name and mailing address** | $17,163.71

GREATER LOS ANGELES AREA CNCL#33
2333 SCOUT WAY
LOS ANGELES, CA 90026-4995

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2928** | **Nonpriority creditor's name and mailing address** | $297.50

GREATER LOS ANGELES AREA COUNCIL#33
2333 SCOUT WAY
LOS ANGELES, CA 90026-4995

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.2929** | **Nonpriority creditor's name and mailing address** | $3,410.88

GREATER NEW YORK CNCL NO 640
475 RIVERSIDE DR, STE 600
NEW YORK, NY 10115

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2930** | **Nonpriority creditor's name and mailing address** | $789.16

GREATER NEW YORK CNCL NO 640
475 RIVERSIDE DR, STE 600
NEW YORK, NY 10115

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.2931** | **Nonpriority creditor's name and mailing address** | $60.00

GREATER NIAGARA FRONTIER COUNCIL
2860 GENESEE ST
BUFFALO, NY 14225

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 637 of 878

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2932** | **Nonpriority creditor's name and mailing address** | | $6,837.67

GREATER TAMPA BAY AREA COUNCIL#89
13228 N CENTRAL AVE
TAMPA, FL33612

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2933** | **Nonpriority creditor's name and mailing address** | | $15.00

GREATER WYOMING COUNCIL
3939 CASPER MOUNTAIN RD
CASPER, WY 82601

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2934** | **Nonpriority creditor's name and mailing address** | | $2,532.00

GREATER YOSEMITE CNCL#59
4031 TECHNOLOGY DR
MODESTO, CA 95356

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2935** | **Nonpriority creditor's name and mailing address** | | $30.00

GREEN BAY POLICE DEPT
C/O GREEN BAY CITY CLERK
100 NORTH JEFFERSON STREET
GREEN BAY, WI54301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.2936** | **Nonpriority creditor's name and mailing address** | | $329.00

GREEN MOUNTAIN CNCL NO 592
PO BOX 557
WATERBURY, VT05676-0557

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2937**  **Nonpriority creditor's name and mailing address**　　　　　　　　　　　　　　　　$224,126.37

GREEN, JOHN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2938**  **Nonpriority creditor's name and mailing address**　　　　　　　　　　　　　　　　$294,405.49

GREEN, RONALD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2939**  **Nonpriority creditor's name and mailing address**　　　　　　　　　　　　　　　　$1,200.00

GREENBARLABS, LLC
1802 N HOWARD AVE
PO BOX 4514
TAMPA, FL33602

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2940**  **Nonpriority creditor's name and mailing address**　　　　　　　　　　　　　　　　$60.00

GREENWICH CNCL NO 67
63 MASON ST
GREENWICH, CT 06830

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2941**  **Nonpriority creditor's name and mailing address**　　　　　　　　　　　　　　　　$42.65

GREG PLACY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Boy Scouts of America
              Name

Case number *(if known)*    20-10343 (LSS)

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.2942 | **Nonpriority creditor's name and mailing address** | | $808.00 |

GREGORY D IRVIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2943 | **Nonpriority creditor's name and mailing address** | | $1,185.37 |

GROUPE SHAREGATE INC
1751 RUE RICHARDSON, STE 5400
MONTREAL, QC H3K 1G6
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2944 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

GUAM BANKRUPTCY CASE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2945 | **Nonpriority creditor's name and mailing address** | | $8,678.70 |

GULF STREAM CNCL #85
8335 NORTH MILITARY TRAIL
PALM BEACH GARDENS, FL 33410-6329

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.2946 | **Nonpriority creditor's name and mailing address** | | $732.92 |

GUNOLD USA
980 COBB PLACE BLVD - SUITE 130
KENNESAW, GA 30144

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Boy Scouts of America
_____
Name

Case number *(if known)*   20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2947**   **Nonpriority creditor's name and mailing address**                    $ Underfined

GUY ROLLF
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2948**   **Nonpriority creditor's name and mailing address**                    $ Undetermined

HACKER COVERAGE DISPUTE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2949**   **Nonpriority creditor's name and mailing address**                    $124,896.28

HAINES, WILLIAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2950**   **Nonpriority creditor's name and mailing address**                    $127.83

HAMMONDS FAYE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2951**   **Nonpriority creditor's name and mailing address**                    $6,486.00

HAND-DONE-T-SHIRTS
15 E SHERIDAN ST
ELY, MN55731

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|--------|----------------------|--------------------------|----------------|
|        | Name                 |                          |                |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2952** | **Nonpriority creditor's name and mailing address** | | $225.00

HARLEY SCHWADRON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2953** | **Nonpriority creditor's name and mailing address** | | $228,275.19

HARRINGTON, THOMAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2954** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

HARTFORD CASUALTY INSURANCE COMPANY
ONE HARTFORD PLAZA
HARTFORD, CT 06155

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond No. 46BSBCD8896 for the benefit of The State of West Virginia in the amount of $1,000

**Date or dates debt was incurred** 01/01/2020

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.2955** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

HARTFORD CASUALTY INSURANCE COMPANY
ONE HARTFORD PLAZA
HARTFORD, CT 06155

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond No. 46BSBAH2841 for the benefit of The State of Georgia in the amount of $7,642

**Date or dates debt was incurred** 12/31/2019

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.2956** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

HARTFORD CASUALTY INSURANCE COMPANY
ONE HARTFORD PLAZA
HARTFORD, CT 06155

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond No. 46BSBAH2790 for the benefit of The Maryland Insurance Commissioner in the amount of $4,575

**Date or dates debt was incurred** 09/30/2018

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2957** | **Nonpriority creditor's name and mailing address** | $ Undetermined

HARTFORD FIRE INSURANCE COMPANY
ONE HARTFORD PLAZA
HARTFORD, CT 06155

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond No. 46BSBHO2672 for the benefit of The People of
the State of New York in the amount of $1,000

**Date or dates debt was incurred** 01/01/2019
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.2958** | **Nonpriority creditor's name and mailing address** | $ Undetermined

HARTFORD INSURANCE GROUP

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Claim

**Date or dates debt was incurred** Undetermined
**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2959** | **Nonpriority creditor's name and mailing address** | $99.00

HARVARD BUSINESS REVIEW
PO BOX 62180
TAMPA, FL 33663-1803

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various
**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2960** | **Nonpriority creditor's name and mailing address** | $82.96

HASAN SOHAIB
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various
**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.2961** | **Nonpriority creditor's name and mailing address** | $63,652.70

HASEL, DAVID
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation Claim

**Date or dates debt was incurred** Various
**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2962**  **Nonpriority creditor's name and mailing address**                                          $2,376.00

HAWK MOUNTAIN CNCL NO 528
5027 POTTSVILLE PIKE
READING, PA 19605-9713

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2963**  **Nonpriority creditor's name and mailing address**                                          $8.00

HAWK MOUNTAIN CNCL
5027 POTTSVILLE PIKE
READING, PA 19605-9713

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.2964**  **Nonpriority creditor's name and mailing address**                                          $1,956.84

HAWKEYE AREA CNCL NO 172
660 32ND AVENUE SW
CEDAR RAPIDS, IA 52404-3910

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2965**  **Nonpriority creditor's name and mailing address**                                          $115,385.01

HAYS, E EARL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2966**  **Nonpriority creditor's name and mailing address**                                          $57.00

HEART OF NEW ENGLAND COUNCIL #230
1980 LUNENBURG RD
LANCASTER, MA 01523

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2967** **Nonpriority creditor's name and mailing address** $800.00

HEART OF VIRGINIA CNCL #602
4015 FITZHUGH AVENUE
PO BOX 6809
RICHMOND, VA 23230-6809

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2968** **Nonpriority creditor's name and mailing address** $149,829.90

HEGWOOD, RONALD K
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2969** **Nonpriority creditor's name and mailing address** $0.06

HEINEMANN ERIC
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2970** **Nonpriority creditor's name and mailing address** $3.75

HENRY C GULLETT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2971** **Nonpriority creditor's name and mailing address** $ Undetermined

HENRY TRUSLOW
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor **Boy Scouts of America**
Name

Case number *(if known)* **20-10343 (LSS)**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2972** | **Nonpriority creditor's name and mailing address** | $2,254.34

HERLOCKER MECHANICAL SYSTEMS, INC
12600 DOWNS ROAD
PINEVILLE, NC 28134

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2973** | **Nonpriority creditor's name and mailing address** | $13.98

HERNANDEZ BRAVO JOSE LUIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2974** | **Nonpriority creditor's name and mailing address** | $315,770.44

HERRMANN, JEFFRIE A
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2975** | **Nonpriority creditor's name and mailing address** | $1,992.31

HESTER'S MOTORSPORTS INC
1190 S. SECOND STREET
RATON, NM 87740

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2976** | **Nonpriority creditor's name and mailing address** | $2,078.77

HINTZ TARGETED MARKETING, LLC
DBA AMERICAN BACKCOUNTRY
PO BOX 1566
ASHEVILLE, NC 28802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2977**  **Nonpriority creditor's name and mailing address**                                                      $3,748.76

HOLIDAY CREDIT OFFICE
HOLIDAY COMPANIES
PO BOX 860456
MINNEAPOLIS, MN 55486-0456

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2978**  **Nonpriority creditor's name and mailing address**                                                      $30,610.42

HOLMES, RONALD W
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2979**  **Nonpriority creditor's name and mailing address**                                                      $66,216.01

HOLTZ, MARK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2980**  **Nonpriority creditor's name and mailing address**                                                      $5,706.06

HOME DEPOT CREDIT SERVICES
PO BOX 78047
PHOENIX, AZ 85062-8047

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.2981**  **Nonpriority creditor's name and mailing address**                                                      $278.71

HOME DEPOT CREDIT SERVICES
DEPT 32-2500188028
PO BOX 9001043
LOUISVILLE, KY 40290-1043

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

---

**3.2982**   **Nonpriority creditor's name and mailing address**                                                   $646.75

HOMESTEAD MILLS
P O BOX 1115
COOK, MN 55723

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2983**   **Nonpriority creditor's name and mailing address**                                                   $16,722.75

HOOSIER TRAILS CNCL #145
5625 E STATE RD 46
BLOOMINGTON, IN 47401

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2984**   **Nonpriority creditor's name and mailing address**                                                   $915,037.28

HOOVER JR, C MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2985**   **Nonpriority creditor's name and mailing address**                                                   $32,016.72

HORMEL FOODS SALES LLC
1 HORMEL PL
AUSTIN, MN 55912

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2986**   **Nonpriority creditor's name and mailing address**                                                   $412.58

HP2 INC
2880 E NORTHERN AVE
PHOENIX, AZ 85028

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2987** **Nonpriority creditor's name and mailing address**   $2,335.53

HUDSON GRAPHICS INC
FINE PRINTING/HUDSON PRINTING
P O BOX 7010
LONGVIEW, TX 75607

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.2988** **Nonpriority creditor's name and mailing address**   $3,141.46

HUDSON VALLEY CNCL NO374
6 JEANNE DRIVE
NEWBURGH, NY 12550

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.2989** **Nonpriority creditor's name and mailing address**   $237,271.49

HUNT, JEFFREY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.2990** **Nonpriority creditor's name and mailing address**   $2,933.80

HUNTER LEE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.2991** **Nonpriority creditor's name and mailing address**   $388.80

HYDRAPAK LLC
6605 SAN LEANDRO ST
OAKLAND, CA 94621

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)* 20-10343 (LSS)
                         _____

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.2992 | Nonpriority creditor's name and mailing address | | $2,103.42 |
|---|---|---|---|

HYG FINANCIAL SERVICES INC
PO BOX 14545
DES MOINES, IA 50306-3545

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.2993 | Nonpriority creditor's name and mailing address | | $25,612.55 |
|---|---|---|---|

IBM
PO BOX 9005
CAROL STREAM, IL 60197-9005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.2994 | Nonpriority creditor's name and mailing address | | $3,554.54 |
|---|---|---|---|

IDENTISYS
PO BOX 1086
MINNETONKA, MN 55345-0086

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.2995 | Nonpriority creditor's name and mailing address | | $29,033.64 |
|---|---|---|---|

IIDON INC
PO BOX 973091
DALLAS, TX 75397-3091

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.2996 | Nonpriority creditor's name and mailing address | | $158,398.34 |
|---|---|---|---|

ILES JR., WILLIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor      Boy Scouts of America
                 Name

Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2997** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ILLINOIS DJ (HACKER)
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2998** | **Nonpriority creditor's name and mailing address** | $104.50

ILLOWA CNCL#133
4412 N BRADY ST
DAVENPORT, IA52806-4009

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2999** | **Nonpriority creditor's name and mailing address** | $4,125.81

IMAGENET CONSULTING LLC
913 NORTH BROADWAY AVE
OKLAHOMA CITY, OK73102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3000** | **Nonpriority creditor's name and mailing address** | $440.85

IMAGING SPECTRUM INC
1101 SUMMIT AVE
PLANO, TX 75074

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3001** | **Nonpriority creditor's name and mailing address** | $4,805.53

IMPRIMIS/FREEMAN+LEONARD
4835 LBJ FREEWAY SUITE 1000
DALLAS, TX 75244

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 651 of 878

Debtor    Boy Scouts of America
          Name

Case number *(if known)*   20-10343 (LSS)

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.3002  **Nonpriority creditor's name and mailing address**                                    $187.98

IN THE SWIM
PO BOX 505428
ST LOUIS, MO 63150-5428

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.3003  **Nonpriority creditor's name and mailing address**                                    $501.61

INDEED INC
MAIL CODE 5160, PO BOX 660367
DALLAS, TX 75266-0367

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.3004  **Nonpriority creditor's name and mailing address**                                    $238.76

INDIAN NATIONS CNCL #488
4295 S GARNETT RD
TULSA, OK 74146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.3005  **Nonpriority creditor's name and mailing address**                                    $140.00

INDIAN VILLAGE INC
2209 W HWY 66
GALLUP, NM 87301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.3006  **Nonpriority creditor's name and mailing address**                                    $32,094.00

INDIAN WATERS CNCL #553
715 BETSY DR
PO BOX 144
COLUMBIA, SC 29202-0144

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 652 of 878

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.3007 | **Nonpriority creditor's name and mailing address** | | $465.59 |
|---|---|---|---|

INDUSTRIAL SAFETY LLC
431 POST RD E, STE 1
WESTPORT, CT 06880

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.3008 | **Nonpriority creditor's name and mailing address** | | $330.00 |
|---|---|---|---|

INFINITY MANAGEMENT INC
P O BOX 2410
FLEMINGTON, NJ 08822-2410

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.3009 | **Nonpriority creditor's name and mailing address** | | $271.43 |
|---|---|---|---|

INFOR (US) INC
13560 MORRIS RD, STE 4100
ALPHARETTA, GA 30004

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.3010 | **Nonpriority creditor's name and mailing address** | | $79.94 |
|---|---|---|---|

INLAND NORTHWEST CNCL #611
411 W BOY SCOUT WAY
SPOKANE, WA 99201-2243

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.3011 | **Nonpriority creditor's name and mailing address** | | $2,808.68 |
|---|---|---|---|

INSIGHT INVESTMENTS LLC
611 ANTON BLVD, STE 700
COSTA MESA, CA 92626

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3012**  **Nonpriority creditor's name and mailing address**    $8,856.67

INTERCONTINENTAL HOTELS GROUP
3 RAVINIA DR, STE 100
ATLANTA, GA 30346-2121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3013**  **Nonpriority creditor's name and mailing address**    $1,867.35

INTERNATIONAL DELIVERY SOLUTIONS
P.O. BOX 420
OAK CREEK, WI 53154-0420

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3014**  **Nonpriority creditor's name and mailing address**    $1,053.66

IRON HORSE WELDING LLC
PO BOX 1521
PERALTA, NM 87042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3015**  **Nonpriority creditor's name and mailing address**    $1,483.03

IRON MOUNTAIN INC
PO BOX 915004
DALLAS, TX 75391-5004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3016**  **Nonpriority creditor's name and mailing address**    $1,492.26

IRON MOUNTAIN
PO BOX 915026
DALLAS, TX 75391-5026

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number _(if known)_ | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3017** | **Nonpriority creditor's name and mailing address** | $378.00

IROQUOIS TRAIL CNCL #376
201 E MAIN ST
BATAVIA, NY 14020

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3018** | **Nonpriority creditor's name and mailing address** | $25.00

ISAAC BREWSTER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3019** | **Nonpriority creditor's name and mailing address** | $10.00

ISABELLE BLACKBURN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3020** | **Nonpriority creditor's name and mailing address** | $7,906.94

ISTROUMA AREA CNCL #211
9644 BROOKLINE AVE
BATON ROUGE, LA 70809-1432

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3021** | **Nonpriority creditor's name and mailing address** | $360.00

ITN INTERNATIONAL INC
9696 S 500 W
SANDY, UT 84070

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* __20-10343 (LSS)__

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | |
|---|---|---|
| | | **Amount of claim** |

---

**3.3022** | **Nonpriority creditor's name and mailing address** | $689.72

ITW FOOD EQUIPMENT GROUP LLC
HOBART SERVICE
PO BOX 2517
CAROL STREAM, IL 60132-2517

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3023** | **Nonpriority creditor's name and mailing address** | $ Undetermined

J.E. MATHIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3024** | **Nonpriority creditor's name and mailing address** | $ Undetermined

JACK ROSE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3025** | **Nonpriority creditor's name and mailing address** | $5.00

JACOB MCWHIRTER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3026** | **Nonpriority creditor's name and mailing address** | $111,013.69

JACOBS, JEAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 656 of 878

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3027**  **Nonpriority creditor's name and mailing address**                                                    $316.39

JAKE BRILLHART
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3028**  **Nonpriority creditor's name and mailing address**                                                    $250.00

JAMES BELLO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3029**  **Nonpriority creditor's name and mailing address**                                                    $7.50

JAMES COLDWELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3030**  **Nonpriority creditor's name and mailing address**                                                    $98.39

JAMES COOPER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3031**  **Nonpriority creditor's name and mailing address**                                                    $ Undetermined

JAMES HERRING
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.3032 | **Nonpriority creditor's name and mailing address** | | $3.75 |
|---|---|---|---|

JAMES MORGAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3033 | **Nonpriority creditor's name and mailing address** | | $150.00 |
|---|---|---|---|

JAMES SHILLINGTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3034 | **Nonpriority creditor's name and mailing address** | | $200.00 |
|---|---|---|---|

JAMESON SIMPSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3035 | **Nonpriority creditor's name and mailing address** | | $12.74 |
|---|---|---|---|

JANA OWEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3036 | **Nonpriority creditor's name and mailing address** | | $3.75 |
|---|---|---|---|

JANE ANDERSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor     Boy Scouts of America
_____
           Name

Case number *(if known)*  20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.3037 | **Nonpriority creditor's name and mailing address** | $ Undermined |
|---|---|---|

JANESSA MILLER
, AZ

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.3038 | **Nonpriority creditor's name and mailing address** | $9.74 |
|---|---|---|

JANICE S BLOOM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.3039 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

JASIAH MARSHALL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.3040 | **Nonpriority creditor's name and mailing address** | $1,000.00 |
|---|---|---|

JASON CHO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3041 | **Nonpriority creditor's name and mailing address** | $13.50 |
|---|---|---|

JASON MOORE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3042** | **Nonpriority creditor's name and mailing address** | | $100.00

JASON SCIARONI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Last 4 digits of account number**

---

**3.3043** | **Nonpriority creditor's name and mailing address** | | $3,400.00

JAY R GOLDMAN DMD LCSW
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
[ ] No
[ ] Yes

**Last 4 digits of account number**

---

**3.3044** | **Nonpriority creditor's name and mailing address** | | $267.45

JDS INDUSTRIES
PO BOX 84806
SIOUX FALLS, SD 57118-4806

**As of the petition filing date, the claim is:**
*Check all that apply.*

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
[ ] No
[ ] Yes

**Last 4 digits of account number**

---

**3.3045** | **Nonpriority creditor's name and mailing address** | | $16,807.00

JEFFREY A HWAY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
[ ] No
[ ] Yes

**Last 4 digits of account number**

---

**3.3046** | **Nonpriority creditor's name and mailing address** | | $45.24

JEFFREY CONROY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
[X] No
[ ] Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
            Name

Case number *(if known)*  20-10343 (LSS)
                          _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3047** | **Nonpriority creditor's name and mailing address** | $1,450.00

JEFFREY SCOTT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3048** | **Nonpriority creditor's name and mailing address** | $200.00

JENKINS ERIC
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3049** | **Nonpriority creditor's name and mailing address** | $600.00

JENNIFER KAMM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3050** | **Nonpriority creditor's name and mailing address** | $8.00

JERRY BECK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3051** | **Nonpriority creditor's name and mailing address** | $ Undetermined

JERRY PHAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3052** | **Nonpriority creditor's name and mailing address** | $1,596.00

JERSEY SHORE CNCL #341
1518 RIDGEWAY RD
TOMS RIVER, NJ 08755

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3053** | **Nonpriority creditor's name and mailing address** | $30.00

JESSEL V WILLIAMS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3054** | **Nonpriority creditor's name and mailing address** | $10.00

JILL BERGMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3055** | **Nonpriority creditor's name and mailing address** | $151.46

JIM NEUBAUM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3056** | **Nonpriority creditor's name and mailing address** | $77.98

JOE MOHM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3057** | **Nonpriority creditor's name and mailing address** | $618.26

JOE'S MARINE & REPAIR INC
25 W CHAPMAN ST
ELY, MN55731

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3058** | **Nonpriority creditor's name and mailing address** | $800.00

JOEY ELLIS INC
12800 BEDDINGFIELD DR
CHARLOTTE, NC 28278

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3059** | **Nonpriority creditor's name and mailing address** | $13.08

JOHN BLESSING
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3060** | **Nonpriority creditor's name and mailing address** | $150.00

JOHN C FITZPATRICK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3061** | **Nonpriority creditor's name and mailing address** | $9.00

JOHN ENRIGHT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)
_____

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

---

**3.3062** | **Nonpriority creditor's name and mailing address** | $5.00

JOHN F MCINTOSH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3063** | **Nonpriority creditor's name and mailing address** | $3,000.00

JOHN KIMBERLIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3064** | **Nonpriority creditor's name and mailing address** | $250.00

JOHN MONKMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3065** | **Nonpriority creditor's name and mailing address** | $231.47

JOHN REID
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3066** | **Nonpriority creditor's name and mailing address** | $65.00

JOHN ROMAN DBA JOHN ROMAN AUDIO PROD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)*  20-10343 (LSS)

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

| 3.3067 | **Nonpriority creditor's name and mailing address** | $150.00 |
|---|---|---|

JOHN SUMMERS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.3068 | **Nonpriority creditor's name and mailing address** | $460.04 |
|---|---|---|

JOHN VAN DREESE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.3069 | **Nonpriority creditor's name and mailing address** | $7.10 |
|---|---|---|

JOHNSON TERRIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.3070 | **Nonpriority creditor's name and mailing address** | $149.95 |
|---|---|---|

JON CLUTE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.3071 | **Nonpriority creditor's name and mailing address** | $2.52 |
|---|---|---|

JOSEPH CSATARI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor      Boy Scouts of America
                    Name                                                                    Case number (if known)    20-10343 (LSS)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3072**  **Nonpriority creditor's name and mailing address**                                                          $300.00

JOSEPH SIEDLARZ                              **As of the petition filing date, the claim is:**
ADDRESS ON FILE                             *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various        **Is the claim subject to offset?**
                                                                    ☒ No
**Last 4 digits of account number**                 ☐ Yes

---

**3.3073**  **Nonpriority creditor's name and mailing address**                                                          $12.50

JOYCE BOUNDS                                  **As of the petition filing date, the claim is:**
ADDRESS ON FILE                             *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various        **Is the claim subject to offset?**
                                                                    ☒ No
**Last 4 digits of account number**                 ☐ Yes

---

**3.3074**  **Nonpriority creditor's name and mailing address**                                                          $8,925.18

JP ENTERPRISES DALLAS                        **As of the petition filing date, the claim is:**
2828 TRADE CENTER DRIVE, STE 100            *Check all that apply.*
CARROLLTON, TX 75007
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various        **Is the claim subject to offset?**
                                                                    ☐ No
**Last 4 digits of account number**                 ☐ Yes

---

**3.3075**  **Nonpriority creditor's name and mailing address**                                                          $ Undetermined

JUDY CRAWFORD                                 **As of the petition filing date, the claim is:**
ADDRESS ON FILE                             *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**
                                                                    ☐ No
**Last 4 digits of account number**                 ☐ Yes

---

**3.3076**  **Nonpriority creditor's name and mailing address**                                                          $45.00

JULIA S NUNN-WALKER                          **As of the petition filing date, the claim is:**
ADDRESS ON FILE                             *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various        **Is the claim subject to offset?**
                                                                    ☒ No
**Last 4 digits of account number**                 ☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3077** | **Nonpriority creditor's name and mailing address** | $2.14

JULIE A SETON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3078** | **Nonpriority creditor's name and mailing address** | $500.00

JULIE CHAMBERS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3079** | **Nonpriority creditor's name and mailing address** | $ Undetermined

JULIE HEDRICK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3080** | **Nonpriority creditor's name and mailing address** | $50.00

JUSTIN LANDAU
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3081** | **Nonpriority creditor's name and mailing address** | $2.50

K ANTHONY SPENGLER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
          Name

Case number *(if known)*    20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3082** | **Nonpriority creditor's name and mailing address** | $25.74

KAELIN W BARFIELD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3083** | **Nonpriority creditor's name and mailing address** | $982.17

KAMM & MCCONNELL LLC
PO BOX 1148
300 COOK AVE
RATON, NM 87740

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3084** | **Nonpriority creditor's name and mailing address** | $1,269.72

KANTAR MEDIA SRDS
3333 WARRENVILLE RD, STE 500
LISLE, IL 60532

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3085** | **Nonpriority creditor's name and mailing address** | $ Undetermined

KARL WEILAND
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3086** | **Nonpriority creditor's name and mailing address** | $14.00

KATAHDIN AREA CNCL#216
PO BOX 1869
BANGOR, ME 04402-1869

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 668 of 878

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3087** | **Nonpriority creditor's name and mailing address** | | $18.00

KATE SCHEID
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.3088** | **Nonpriority creditor's name and mailing address** | | $2,618.10

KATHERINE G MATTHEWS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.3089** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

KATHRYN (KATIE) SCHULZE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.3090** | **Nonpriority creditor's name and mailing address** | | $300.00

KATHRYN HUGHES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.3091** | **Nonpriority creditor's name and mailing address** | | $98.98

KATIE SCHNEIDER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number (if known) | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3092**   **Nonpriority creditor's name and mailing address**                                              $965.72

KATZSON BROTHERS INC
P O BOX 40348
DENVER, CO 80204-0348

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

**3.3093**   **Nonpriority creditor's name and mailing address**                                              $69,995.10

KAUFMAN, MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

**3.3094**   **Nonpriority creditor's name and mailing address**                                              $28,745.35

KEANE, J CAREY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

**3.3095**   **Nonpriority creditor's name and mailing address**                                              $69,464.33

KEATHLEY, CHARLES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

**3.3096**   **Nonpriority creditor's name and mailing address**                                              $735.00

KELLY GENERATOR & EQUIPMENT OF PA & WV,
ATTN: ACCTS RECEIVABLE
1955 DALE LN
OWINGS, MD 20736

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3097** **Nonpriority creditor's name and mailing address** $26.55

KENDRA FAIRCHILD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3098** **Nonpriority creditor's name and mailing address** $82.14

KENNETH ECKBERG
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3099** **Nonpriority creditor's name and mailing address** $100.00

KERRY CHEESMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3100** **Nonpriority creditor's name and mailing address** $12.50

KEVIN BUTT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3101** **Nonpriority creditor's name and mailing address** $218.88

KEY WEST CHEMICAL & PAPER SPLY
909 SIMONTON STREET
PO BOX 4918
KEY WEST, FL 33041-4918

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F **Schedule E/F: Creditors Who Have Unsecured Claims** Page 671 of 878

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3102**  **Nonpriority creditor's name and mailing address**  $8,543.28

KEYS ENERGY SERVICES
PO BOX 279038
MIRAMAR, FL 33027-9038

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3103**  **Nonpriority creditor's name and mailing address**  $1,117.00

KEYS KAYAK LLC
10499 OVERSEAS HIGHWAY
MARATHON, FL 33050

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3104**  **Nonpriority creditor's name and mailing address**  $250.00

KHADIJAH TILGNER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3105**  **Nonpriority creditor's name and mailing address**  $50.00

KHAN FAISAL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3106**  **Nonpriority creditor's name and mailing address**  $2.90

KIMBERLY KILLPACK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 672 of 878

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3107**  **Nonpriority creditor's name and mailing address**                                    $158.13

KIMBERLY L GRAYBOYES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3108**  **Nonpriority creditor's name and mailing address**                                    $1,500.10

KINGS TIRE SERVICE INC
107 STANFORD RD
BECKLEY, WV 25801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3109**  **Nonpriority creditor's name and mailing address**                                    $345.50

KIPP AND CHRISTIAN PC
10 EXCHANGE PL, STE 400
SALT LAKE CITY, UT84111

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3110**  **Nonpriority creditor's name and mailing address**                                    $1,385.84

KIT CARSON ELECTRIC COOPERATIVE INC
PO BOX 578
TAOS, NM 87571

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3111**  **Nonpriority creditor's name and mailing address**                                    $3,144.00

KNITEC INC
1235 PUERTA DEL SOL, UNIT100
SAN CLEMENTE, CA 92673

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3112**  **Nonpriority creditor's name and mailing address**                                                                    $21,789.89

KOHL, DENNIS J
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3113**  **Nonpriority creditor's name and mailing address**                                                                    $1,507.16

KONICA MINOLTA BUSINESS SOLUTIONS
21146 NETWORK PLACE
CHICAGO, IL 60673-1211

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3114**  **Nonpriority creditor's name and mailing address**                                                                    $59,202.40

KOPSA, RANDALL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3115**  **Nonpriority creditor's name and mailing address**                                                                    $50.00

KRISTINE MILLER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3116**  **Nonpriority creditor's name and mailing address**                                                                    $ Undetermined

KRISTOPHER BARTEE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor _____Boy Scouts of America_____
Name

Case number *(if known)* ___20-10343 (LSS)____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3117** **Nonpriority creditor's name and mailing address** $250.00

KRTN AM-FM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3118** **Nonpriority creditor's name and mailing address** $4,720.00

KSQUARE SOLUTIONS INC
433 E LAS COLINAS BLVD STE 850
IRVING, TX 75039

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3119** **Nonpriority creditor's name and mailing address** $192,200.00

KSQUARE SOLUTIONS INC
433 E LAS COLINAS BLVD STE 850
IRVING, TX 75039

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3120** **Nonpriority creditor's name and mailing address** $55,105.27

KUEHNE AND NAGEL
10 EXCHANGE PL
JERSEY CITY, NJ 07302

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3121** **Nonpriority creditor's name and mailing address** $57,456.00

KUEHNE AND NAGEL
10 EXCHANGE PL
JERSEY CITY, NJ 07302

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*   20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3122** | **Nonpriority creditor's name and mailing address** | $ Undetermined

KYLE BOELL
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3123** | **Nonpriority creditor's name and mailing address** | $1,738.40

L & M FISHERIES
DBA BIONIC BAIT
95 N W 13TH AVENUE
POMPANO BEACH, FL 33069

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3124** | **Nonpriority creditor's name and mailing address** | $500.00

LA RED
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3125** | **Nonpriority creditor's name and mailing address** | $33,631.37

LABATT INSTITUTIONAL SUPPLY CO
PO BOX 27730
ALBUQUERQUE, NM 87125

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3126** | **Nonpriority creditor's name and mailing address** | $25.00

LACHLAN THOMAS
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 676 of 878

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3127** **Nonpriority creditor's name and mailing address**                                                        $13,454.89

LAKE COUNTRY POWER
8535 PARK RIDGE DR
MOUNTAIN IRON, MN 55768-2059

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3128** **Nonpriority creditor's name and mailing address**                                                        $787.50

LAMAR ADVERTISING SOUTHWEST INC
5321 CORPORATE BLVD
BATON ROUGE, LA 70896

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3129** **Nonpriority creditor's name and mailing address**                                                        $161,151.29

LAMBERT, ALAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3130** **Nonpriority creditor's name and mailing address**                                                        $612.63

LAMINEX
P O BOX 49457
GREENWOOD, SC 29649

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3131** **Nonpriority creditor's name and mailing address**                                                        $100.00

LANDON MARX
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 677 of 878

Debtor    Boy Scouts of America
          Name

Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.3132 **Nonpriority creditor's name and mailing address**                                    $1,658.00

LANDRY ARCHITECTS
1202 RICHARDSON DR STE 106
RICHARDSON, TX 75080

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.3133 **Nonpriority creditor's name and mailing address**                                    $370.00

LANGUAGE RESOURCE CENTER INC
4801 E INDEPENDANCE BLVD, STE 303
CHARLOTTE, NC 28212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.3134 **Nonpriority creditor's name and mailing address**                                    $290,443.75

LARKIN, DAVID E
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.3135 **Nonpriority creditor's name and mailing address**                                    $ Undetermined

LARRY PENN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.3136 **Nonpriority creditor's name and mailing address**                                    $5,289.39

LAST FRONTIER CNCL #480
3031 N W 64TH ST
OKLAHOMA CITY, OK73116-3257

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 678 of 878

Debtor  Boy Scouts of America
        Name

Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3137** **Nonpriority creditor's name and mailing address**                      $13,025.60

LAUREL HIGHLANDS COUNCIL #527
FLAG PLAZA - 1275 BEDFORD AVE
PITTSBURGH, PA 15219-3699

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3138** **Nonpriority creditor's name and mailing address**                      $100.00

LAUREN SAVARIEGO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3139** **Nonpriority creditor's name and mailing address**                      $12,500.00

LCG ASSOCIATES INC
400 GALLERIA PARKWAY
SUITE 1800
ATLANTA, GA 30339

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3140** **Nonpriority creditor's name and mailing address**                      $ Undetermined

LEANNA STANLEY
, IL

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3141** **Nonpriority creditor's name and mailing address**                      $14,079,946.77

LEARNING FOR LIFE
1325 W. WALNUT HILL LANE
IRVING, TX 75038

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
          Name

Case number *(if known)* __20-10343 (LSS)__

---

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3142** | **Nonpriority creditor's name and mailing address** | $210.00

LEATHERSTOCKING COUNCIL #400
1401 GENESSEE ST
UTICA, NY 13501-4399

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3143** | **Nonpriority creditor's name and mailing address** | $749.21

LEAVE NO TRACE CENTER FOR OUTDOOR ETHICS
PO BOX 997
BOULDER, CO 80306

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3144** | **Nonpriority creditor's name and mailing address** | $1,050.00

LEE BLACKWELL PHD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3145** | **Nonpriority creditor's name and mailing address** | $ Undetermined

LEE SHEDROFF
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Director & Officer Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3146** | **Nonpriority creditor's name and mailing address** | $665.00

LEIGH SERVICE & REPAIR INC
242 LIGNUMVITAE DR
KEY LARGO, FL 33037

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor      Boy Scouts of America
            _____
            Name

Case number *(if known)* 20-10343 (LSS)

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.3147 | **Nonpriority creditor's name and mailing address** |

$8.00

LENORA CARUSO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.3148 **Nonpriority creditor's name and mailing address**

$287.68

LENOVO INC
PO BOX 643055
PITTSBURGH, PA 15264-3055

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.3149 **Nonpriority creditor's name and mailing address**

$ Undetermined

LEO KELLY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.3150 **Nonpriority creditor's name and mailing address**

$4,068.01

LESLIE EQUIPMENT CO
PO BOX 1220
BEAVER, WV 25813

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.3151 **Nonpriority creditor's name and mailing address**

$3,621.09

LEVEL 3 COMMUNICATIONS LLC
PO BOX 910182
DENVER, CO 80291-0182

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3152** | **Nonpriority creditor's name and mailing address** | $18.00

LIANNA HEIMBIGNER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3153** | **Nonpriority creditor's name and mailing address** | $11,062.69

LIBERTY MUTUAL INSURANCE GROUP
REMITTANCE PROCESSING CENTER
P O BOX 8500
DOVER, NH 03821-8500

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3154** | **Nonpriority creditor's name and mailing address** | $740.00

LIFELOCK MEDICAL SUPPLY LLC
DBA AED MARKET
3011 HARRAH DR, STE R
SPRING HILL, TN 37174

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3155** | **Nonpriority creditor's name and mailing address** | $149.00

LIFETIME DOCK & LUMBER INC
24536 OVERSEAS HWY
SUMMERLAND KEY, FL 33042

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3156** | **Nonpriority creditor's name and mailing address** | $20,797.74

LIGHTHOUSE DOCUMENT TECHNOLOGIES
DBA LIGHTHOUSE
DEPT LA 24291
PASADENA, CA 91185-4291

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor  Boy Scouts of America
Name

Case number *(if known)*  20-10343 (LSS)

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

---

**3.3157** | **Nonpriority creditor's name and mailing address** | $3,080.65

LINCOLN HERITAGE CNCL #205
12001 SYCAMORE STATION PLACE
LOUISVILLE, KY 40299

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3158** | **Nonpriority creditor's name and mailing address** | $336.00

LINDA BROMMER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3159** | **Nonpriority creditor's name and mailing address** | $355,795.41

LION BROTHERS COMPANY INC
300 RED BROOK BLVD, STE 410
OWINGS MILLS, MD 21117-5147

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3160** | **Nonpriority creditor's name and mailing address** | $161.42

LISA MERLOTTI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3161** | **Nonpriority creditor's name and mailing address** | $ Undetermined

LISA THORNTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* __20-10343 (LSS)__

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.3162** | **Nonpriority creditor's name and mailing address** | $6.99

LISA WEBER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3163** | **Nonpriority creditor's name and mailing address** | $619.29

LODGING ACCESS SYSTEMS LLC
DBA RFID HOTEL
55 SKYLINE DR, STE 2850
LAKE MARY, FL32746

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3164** | **Nonpriority creditor's name and mailing address** | $10.00

LOGAN BIRD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3165** | **Nonpriority creditor's name and mailing address** | $ Undetermined

LOGAN LARRABEE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3166** | **Nonpriority creditor's name and mailing address** | $300.00

LOGAN OPP
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 684 of 878

Debtor    Boy Scouts of America
Name

Case number *(if known)*   20-10343 (LSS)

---

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

| 3.3167 | **Nonpriority creditor's name and mailing address** | $95,043.42 |
|---|---|---|

LOGEMANN, MARK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3168 | **Nonpriority creditor's name and mailing address** | $3,245.00 |
|---|---|---|

LOGISOURCE
P. O. BOX 10200
MATTHEWS, NC 28105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3169 | **Nonpriority creditor's name and mailing address** | $48.81 |
|---|---|---|

LONEY SHANDAR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3170 | **Nonpriority creditor's name and mailing address** | $98,341.12 |
|---|---|---|

LONG, JOSEPH A
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3171 | **Nonpriority creditor's name and mailing address** | $6,165.00 |
|---|---|---|

LONGHORN COUNCIL #662
PO BOX 54190
HURST, TX 76054-4190

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor  Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3172** | **Nonpriority creditor's name and mailing address** | $1,890.00

LONGS PEAK CNCL #62
2215 23RD AVE
PO BOX 1166
GREELEY, CO 80632-1166

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3173** | **Nonpriority creditor's name and mailing address** | $31.25

LORA DENNIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3174** | **Nonpriority creditor's name and mailing address** | $10.00

LORENZO NELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3175** | **Nonpriority creditor's name and mailing address** | $10.00

LORENZO NELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3176** | **Nonpriority creditor's name and mailing address** | $138.00

LORRIE KELLY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:  Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3177** **Nonpriority creditor's name and mailing address** $83.50

LOS PADRES CNCL #53
4000 MODOC ROAD
SANTA BARBARA, CA 93110-1807

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3178** **Nonpriority creditor's name and mailing address** $168.10

LOVAN INDUSTRIES
DBA CANTRELL SUPPLY INC
4910 SHARP ST
DALLAS, TX 75247

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3179** **Nonpriority creditor's name and mailing address** $8,135.40

LOWCOUNTRY CATERING
DBA LOWCOUNTRY BARBECUE INC
2000 S PIONEER DR
SMYRNA, GA 30082

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3180** **Nonpriority creditor's name and mailing address** $97.71

LOWE'S BUSINESS ACCT
PO BOX 530970
ATLANTA, GA 30353-0970

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3181** **Nonpriority creditor's name and mailing address** $0.75

LOWE'S COMPANIES, INC
PO BOX 530954
ATLANTA, GA 30353-0954

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

---

**Part 2:   Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | **Amount of claim** |
|---|---|---|

---

**3.3182** | **Nonpriority creditor's name and mailing address** | $1,176.84

LOWER KEYS ELECTRIC INC
PO BOX 420854
SUMMERLAND KEY, FL 33042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3183** | **Nonpriority creditor's name and mailing address** | $29,958.02

LOWES
PO BOX 530954
ATLANTA, GA 30353-0954

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3184** | **Nonpriority creditor's name and mailing address** | $289,305.47

LUCAS, WILLIAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3185** | **Nonpriority creditor's name and mailing address** | $10.00

LUKA SPECTER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3186** | **Nonpriority creditor's name and mailing address** | $31.32

LUKE WOODCOCK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor __Boy Scouts of America_____     Case number _(if known)_ __20-10343 (LSS)__
        Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3187** | **Nonpriority creditor's name and mailing address** | $281.16

LYLE STRAHOTA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3188** | **Nonpriority creditor's name and mailing address** | $1,746.00

MA DIVISION OF UNEMPLOYMENT ASSISTANCE
PO BOX 419815
BOSTON, MA 02241-9815

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3189** | **Nonpriority creditor's name and mailing address** | $37,719.00

MACRO INTEGRATION SERVICES INC
PO BOX 939
COLFAX, NC 27235-0939

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3190** | **Nonpriority creditor's name and mailing address** | $2,495.44

MADEIRA USA LTD
P O BOX 6068
30 BAYSIDE COURT
LACONIA, NH 03246

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3191** | **Nonpriority creditor's name and mailing address** | $250.00

MAIL MART INC
4812 TOP LINE DR
DALLAS, TX 75247

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3192** | **Nonpriority creditor's name and mailing address** | | $379.61

MAILFINANCE INC
478 WHEELERS FARMS RD
MILFORD, CT 06461

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3193** | **Nonpriority creditor's name and mailing address** | | $2,854.63

MAILFINANCE INC
478 WHEELERS FARMS RD
MILFORD, CT 06461

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3194** | **Nonpriority creditor's name and mailing address** | | $1,503.00

MAILROOM FINANCE INC
DBA NEOFUNDS BY NEOPOST
PO BOX 6813
CAROL STREAM, IL 60197-6813

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3195** | **Nonpriority creditor's name and mailing address** | | $40,342.31

MAITREYI CONSULTANTS INC
2187 BALSAN WAY
WELLINGTON, FL 33414

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3196** | **Nonpriority creditor's name and mailing address** | | $312.00

MAJOR SECURITY HOLDINGS, LLC
DBA: CUNNINGHAM SECURITY SYSTEMS
10 PRINCES POINT ROAD
YARMOUTH, ME 04096

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.3197 | **Nonpriority creditor's name and mailing address** | | $1.00 |
|---|---|---|---|

MALISSA HAYS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3198 | **Nonpriority creditor's name and mailing address** | | $0.40 |
|---|---|---|---|

MARCI SCHUMACHER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3199 | **Nonpriority creditor's name and mailing address** | | $10.00 |
|---|---|---|---|

MARCUS NJENGA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3200 | **Nonpriority creditor's name and mailing address** | | $125.00 |
|---|---|---|---|

MARCY GUTOW
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3201 | **Nonpriority creditor's name and mailing address** | | $15.60 |
|---|---|---|---|

MARGARITA KROPINOVA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor  Boy Scouts of America
        _____
        Name

Case number *(if known)* 20-10343 (LSS)

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | **Amount of claim** |

---

**3.3202** | **Nonpriority creditor's name and mailing address** | $77.82

MARIA BENNETT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3203** | **Nonpriority creditor's name and mailing address** | $55.62

MARIA C DAHL- SMITH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3204** | **Nonpriority creditor's name and mailing address** | $11.97

MARIA JEROSO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3205** | **Nonpriority creditor's name and mailing address** | $219.92

MARIE HANSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3206** | **Nonpriority creditor's name and mailing address** | $888.25

MARIN CNCL #35
225 WEST END AVE
SAN RAFAEL, CA 94901-2645

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | **Amount of claim** |
|---|---|---|

---

**3.3207**  Nonpriority creditor's name and mailing address — $1,391.61

MARINE SPORTS MFG, INC.
1514 SYDNEY ROAD
PLANT CITY, FL 33566

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Various

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.3208**  Nonpriority creditor's name and mailing address — $45.40

MARK HOSTERMAN
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unclaimed Property

Date or dates debt was incurred Various

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.3209**  Nonpriority creditor's name and mailing address — $ Undetermined

MARK JOHNSTON
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: General Liability Claim

Date or dates debt was incurred Undetermined

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.3210**  Nonpriority creditor's name and mailing address — $2,878.28

MARK MONITOR INC
PO BOX 71398
CHICAGO, IL 60694-1398

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Various

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.3211**  Nonpriority creditor's name and mailing address — $1,968.45

MARK PARSONS
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Unclaimed Property

Date or dates debt was incurred Various

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3212** | **Nonpriority creditor's name and mailing address** | $1,659.57

MARK RAY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3213** | **Nonpriority creditor's name and mailing address** | $555.00

MARK SODERBERG
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3214** | **Nonpriority creditor's name and mailing address** | $872.37

MARSH & MCLENNAN AGENCY LLC
8144 WALNUT HILL LANE
16TH FLOOR
DALLAS, TX 75231

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3215** | **Nonpriority creditor's name and mailing address** | $6,046.88

MARSH USA INC
PO BOX 846015
DALLAS, TX 75284-6015

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3216** | **Nonpriority creditor's name and mailing address** | $ Undetermined

MARY LABELLA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)* ___20-10343 (LSS)___

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3217** Nonpriority creditor's name and mailing address | $12.50

MARY MCCLOUD
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

Date or dates debt was incurred Various

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.3218** Nonpriority creditor's name and mailing address | $123.90

MARYLAND UNEMPLOYMENT INSURANCE FUND
DIVISION OF UNEMPLOYMENT INSURANCE
PO BOX 84
BALTIMORE, MD 21203-0084

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

Date or dates debt was incurred Various

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.3219** Nonpriority creditor's name and mailing address | $120.00

MASON-DIXON CNCL #221
18600 CRESTWOOD DR.
HAGERSTOWN, MD 21742

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

Date or dates debt was incurred Various

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.3220** Nonpriority creditor's name and mailing address | $85.20

MATHESON TRI-GAS INC
DEPT 3028 PO BOX 123028
DALLAS, TX 75312

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

Date or dates debt was incurred Various

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.3221** Nonpriority creditor's name and mailing address | $150.00

MATHEW BACON
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

Date or dates debt was incurred Various

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3222** **Nonpriority creditor's name and mailing address**  $ Underdetermined

MATHEW ZAISS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3223** **Nonpriority creditor's name and mailing address**  $20,287.10

MATHEWS, RICHARD J
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3224** **Nonpriority creditor's name and mailing address**  $50.00

MATT JOHNSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3225** **Nonpriority creditor's name and mailing address**  $11.20

MATTHEW HEYMANN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3226** **Nonpriority creditor's name and mailing address**  $233.81

MATTHEW MCMAHAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3227**  **Nonpriority creditor's name and mailing address**    $ Undetermined

MATTHEW TEIXEIRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3228**  **Nonpriority creditor's name and mailing address**    $12,870.00

MATTHEWS INTERNATIONAL CORPORATION
503 MARINDALE ST
PITTSBURGH, PA 15212

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3229**  **Nonpriority creditor's name and mailing address**    $822.50

MAVENECOMMERCE
1177 AVENUE OF THE AMERICAS,5TH FL
NEW YORK, NY 10036

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3230**  **Nonpriority creditor's name and mailing address**    $1,055.00

MAVERICK GLASS
518 E MAIN ST
TRINIDAD, CO 81082

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3231**  **Nonpriority creditor's name and mailing address**    $ Undetermined

MAX MOON
CLAYTON, CA 94517

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor   Boy Scouts of America
         _____
         Name

Case number *(if known)*   20-10343 (LSS)
                          _____

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

---

**3.3232** | **Nonpriority creditor's name and mailing address** | $10.00

MAX O'HARREN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3233** | **Nonpriority creditor's name and mailing address** | $3,184.45

MAX SASSEEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3234** | **Nonpriority creditor's name and mailing address** | $100.00

MAXWELL MUNICIPAL SCHOOL
PO BOX 275
MAXWELL, NM 87728

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3235** | **Nonpriority creditor's name and mailing address** | $2,505.00

MAYFLOWER CNCL #251
2 MT ROYAL AVE, STE100
MARLBOROUGH, MA 01752

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3236** | **Nonpriority creditor's name and mailing address** | $1,575,298.36

MAZZUCA, ROBERT J
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3237**  **Nonpriority creditor's name and mailing address**                                                    $34,364.50

MAZZUCA, ROBERT J
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3238**  **Nonpriority creditor's name and mailing address**                                                    $5,032.96

MCCARTHY, JUSTIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3239**  **Nonpriority creditor's name and mailing address**                                                    $328,739.51

MCCHESNEY, DONALD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3240**  **Nonpriority creditor's name and mailing address**                                                    $49,115.92

MCGOWAN, STEVE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3241**  **Nonpriority creditor's name and mailing address**                                                    $648.00

MCGUIRE WOODS LLP
ACCOUNTS RECEIVABLE
800 E CANAL ST
RICHMOND, VA 23219-3916

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3242**  Nonpriority creditor's name and mailing address                                                    $7,485.00

MCLANE MIDDLETON PROF ASSOC
900 ELM ST
PO BOX 326
MANCHESTER, NH 03105-0326

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3243**  Nonpriority creditor's name and mailing address                                                    $100.00

MEADOWS OIL CO INC
DBA AFTERMARKET SPECIALTIES
PO BOX 631
BECKLEY, WV 25802

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3244**  Nonpriority creditor's name and mailing address                                                    $2,290.79

MECKLENBURG COUNTY CNCL #415
1410 EAST 7TH ST
CHARLOTTE, NC 28204-2488

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3245**  Nonpriority creditor's name and mailing address                                                    $5,705.95

MELICK PORTER LLP
1 LIBERTY SQUARE 7TH FLOOR
BOSTON, MA 02109

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3246**  Nonpriority creditor's name and mailing address                                                    $395.88

MELISSA RICHARDS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|--------|------------------------|--------------------------|----------------|
|        | Name                   |                          |                |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.3247 | **Nonpriority creditor's name and mailing address** | | $3.75 |
|--------|------|------|------|

MELODIE SOLTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.3248 | **Nonpriority creditor's name and mailing address** | | $126.88 |
|--------|------|------|------|

MENARDS
C/O CAPITAL ONE COMMERCIAL
PO BOX 60506
CITY OF INDUSTRY, CA91716-0506

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.3249 | **Nonpriority creditor's name and mailing address** | | $241.18 |
|--------|------|------|------|

MERHAR'S ACE HARDWARE
48 E CHAPMAN ST
ELY, MN55731

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.3250 | **Nonpriority creditor's name and mailing address** | | $1,000.00 |
|--------|------|------|------|

MERRYCK & CO AMERICAS LLC
PO BOX 9187
PORTLAND, OR 97207

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.3251 | **Nonpriority creditor's name and mailing address** | | $2,023.06 |
|--------|------|------|------|

MESA EQUIPMENT & SUPPLY COMPANY
P. O. BOX 91568
ALBUQUERQUE, NM 87199-1568

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3252** | **Nonpriority creditor's name and mailing address** | $1,588.26

MFASCO HEALTH AND SAFETY
PO BOX 386
ROSEVILLE, MI 48066

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3253** | **Nonpriority creditor's name and mailing address** | $375.00

MI9 RETAIL NA CORP
RAYMARK ULC
12000 BISCAYNE BLVD, STE 600
MIAMI, FL 33181

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3254** | **Nonpriority creditor's name and mailing address** | $274.00

MIAMI VALLEY CNCL #444
7285 POE AVENUE
DAYTON, OH 45414

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3255** | **Nonpriority creditor's name and mailing address** | $950.00

MICHAEL ALBERT ZIGARELLI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3256** | **Nonpriority creditor's name and mailing address** | $ Undetermined

MICHAEL ERICKSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3257** | **Nonpriority creditor's name and mailing address** | $1,511.95

MICHAEL HANSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3258** | **Nonpriority creditor's name and mailing address** | $288.54

MICHAEL MINNIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3259** | **Nonpriority creditor's name and mailing address** | $141.92

MICHAEL PAOLINI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3260** | **Nonpriority creditor's name and mailing address** | $1,996.13

MICHAEL PAYNE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3261** | **Nonpriority creditor's name and mailing address** | $19.89

MICHAEL S STANDIFER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*___20-10343 (LSS)___

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

---

**3.3262** | **Nonpriority creditor's name and mailing address** | $486.12

MICHAEL ZUEGE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3263** | **Nonpriority creditor's name and mailing address** | $3.99

MICHELE J PARATORE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3264** | **Nonpriority creditor's name and mailing address** | $23.40

MICHELLE CORD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3265** | **Nonpriority creditor's name and mailing address** | $ Undetermined

MICHELLE DELUTRI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3266** | **Nonpriority creditor's name and mailing address** | $17,112.94

MICHIGAN CROSSROADS COUNCIL 780
137 MARKETPLACE BLVD
LANSING, MI 48917

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** |

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3267**  **Nonpriority creditor's name and mailing address**                                                  $110,627.25

MICHIGAN CROSSROADS COUNCIL 780
137 MARKETPLACE BLVD
LANSING, MI 48917

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3268**  **Nonpriority creditor's name and mailing address**                                                  $12,889.62

MICHIGAN DEPT OF TREASURY
DEPARTMENT 77802
DETROIT, MI 48277-0802

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3269**  **Nonpriority creditor's name and mailing address**                                                  $18.00

MICROSOFT CORPORATION
C/O BANK OF AMERICA, LOCKBOX 842467
1950 N STEMMONS FRWY, STE 5010
DALLAS, TX 75207

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3270**  **Nonpriority creditor's name and mailing address**                                                  $8,377.55

MID IOWA CNCL #177
6123 SCOUT TRL
DES MOINES, IA 50321

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3271**  **Nonpriority creditor's name and mailing address**                                                  $438.00

MID-AMERICA CNCL #326
12401 WEST MAPLE RD
OMAHA, NE 68164-1853

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 705 of 878

Debtor    Boy Scouts of America
Name

Case number *(if known)* 20-10343 (LSS)

---

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.3272 | **Nonpriority creditor's name and mailing address** |

$4,913.12

MID-ATLANTIC ENTRY SYSTEMS INC
8450 OLD RICHFOOD RD
MECHANICSVILLE, VA 23116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.3273 | **Nonpriority creditor's name and mailing address** |

$710.00

MIDDLE TENNESSEE CNCL #560
3414 HILLSBORO RD
PO BOX 150409
NASHVILLE, TN 37215-0409

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.3274 | **Nonpriority creditor's name and mailing address** |

$159.25

MIKE MOTORS INC
908 EAST SHERIDAN
ELY, MN 55731

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.3275 | **Nonpriority creditor's name and mailing address** |

$1,700.88

MIKE ROEMER PHOTOGRAPHY INC
P.O. BOX 28237
GREEN BAY, WI 54324

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.3276 | **Nonpriority creditor's name and mailing address** |

$11,984.16

MILLER, KENDRICK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* __20-10343 (LSS)__

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3277**  **Nonpriority creditor's name and mailing address**                                              $13,762.50

MILLIMAN USA INC
101 W RENNER ROAD, SUITE 325
RICHARDSON, TX 75082

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3278**  **Nonpriority creditor's name and mailing address**                                              $5,250.28

MIMEO.COM INC
PO BOX 654018
DALLAS, TX 75265

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3279**  **Nonpriority creditor's name and mailing address**                                              $26.00

MINSI TRAILS CNCL #502
PO BOX 20624
LEHIGH VALLEY, PA18002-0624

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3280**  **Nonpriority creditor's name and mailing address**                                              $88.64

MISTER SWEEPER INC
P O BOX 560048
DALLAS, TX 75356-0048

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3281**  **Nonpriority creditor's name and mailing address**                                              $300.00

MITCHELL SWARTWOOD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)
_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3282** | **Nonpriority creditor's name and mailing address** | $ Undetermined

MN SPECIAL PROJECT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3283** | **Nonpriority creditor's name and mailing address** | $1,008.23

MOBILE AREA CNCL#4
2587 GOVERNMENT BLVD
MOBILE, AL 36606-1697

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3284** | **Nonpriority creditor's name and mailing address** | $262.70

MODERN CHINA CO INC
PO BOX 309
SEBRING, OH 44672

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3285** | **Nonpriority creditor's name and mailing address** | $1,800.00

MOLD MONSTER PRODUCTS LLC
121 HWY 36, STE 180
WEST LONG BEACH, NJ 07764

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3286** | **Nonpriority creditor's name and mailing address** | $48.75

MONITRONICS FUNDING LP
DBA BRINKS HOME SECURITY
DEPT CH 8628
PALATINE, IL60055-8628

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3287** | **Nonpriority creditor's name and mailing address** | | $745.14

MONMOUTH CNCL NO 347
705 GINESI DRIVE
MORGANVILLE, NJ 07751

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3288** | **Nonpriority creditor's name and mailing address** | | $149.44

MONROE COUNTY SOLID WASTE MGMT
BOARD OF CO COMMISSIONERS
1100 SIMONTON ST, RM #2-231
KEY WEST, FL 33040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3289** | **Nonpriority creditor's name and mailing address** | | $137.76

MONROE TIRE AND AUTO SERVICE CENTER INC
77 INDUSTRIAL RD STE A
BIG PINE KEY, FL 33043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3290** | **Nonpriority creditor's name and mailing address** | | $196.80

MONTANA CNCL #315
820 17TH AVE SOUTH
GREAT FALLS, MT 59405-5939

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3291** | **Nonpriority creditor's name and mailing address** | | $25.00

MONTGOMERY COUNTY MARYLAND
PO BOX 83399
GAITHERSBURG, MD 20883-3399

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
          Name

Case number (if known)    20-10343 (LSS)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3292**  **Nonpriority creditor's name and mailing address**    $216,530.00

MOORE, PAUL R
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3293**  **Nonpriority creditor's name and mailing address**    $66.75

MORELL STUDIOS LLC
420 SUNSET RD
WEST PALM BEACH, FL 33401

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3294**  **Nonpriority creditor's name and mailing address**    $1,557.57

MORIN, ALFRED D
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3295**  **Nonpriority creditor's name and mailing address**    $143.10

MORITZ EMBROIDERY WORK INC
21 N COURTLAND ST
EAST STROUDSBURG, PA 18301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3296**  **Nonpriority creditor's name and mailing address**    $54,804.80

MORNEAU SHEPELL LIMITED
115 PREIMETER CENTER PL
ATLANTA, GA 30346

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor   Boy Scouts of America
_____
Name

Case number *(if known)*   20-10343 (LSS)
_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3297** | **Nonpriority creditor's name and mailing address** | $2,583.36

MORRISETTE PAPER COMPANY INC
PO BOX 890982
CHARLOTTE, NC 28289-0982

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3298** | **Nonpriority creditor's name and mailing address** | $8,815.34

MOSARK LLC
35257 HWY 87
RATON, NM 87740

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3299** | **Nonpriority creditor's name and mailing address** | $35,688.05

MOSBY, JOHN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3300** | **Nonpriority creditor's name and mailing address** | $245.00

MOUNT BAKER CNCL #606
1715 100TH PLACE SE, SUITE B
EVERETT, WA98223

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3301** | **Nonpriority creditor's name and mailing address** | $512.67

MOUNT DIABLO-SILVERADO CNCL #23
800 ELLINWOOD WAY
PLEASANT HILL, CA 94523

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3302**  **Nonpriority creditor's name and mailing address**  $400.09

MOUNTAINEER AUTOMOTIVE LLC
615 N EISENHOWER DRIVE
BECKLEY, WV 25801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3303**  **Nonpriority creditor's name and mailing address**  $2,894.72

MOUNTAINEER GAS COMPANY
501 56TH ST SE
CHARLESTON, WV 25361-0201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3304**  **Nonpriority creditor's name and mailing address**  $1,747.83

MPACT SOLUTIONS
1451 S ELM EUGENE ST, BOX 39
GREENSBORO, NC 27406-2284

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3305**  **Nonpriority creditor's name and mailing address**  $495.00

MPCA
MINNESOTA POLLUTION CONTROL AGENCY
PO BOX 64893
ST PAUL, MN 55164-0893

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3306**  **Nonpriority creditor's name and mailing address**  $529.50

MUSEUM MASTERWORKS INC
8417 GLAZEBROOK AVE
RICHMOND, VA 23228

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

### Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3307**  **Nonpriority creditor's name and mailing address**  $2,589.00

MUSKINGUM VALLEY CNCL #467
734 MOOREHEAD
ZANESVILLE, OH 43701-3349

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3308**  **Nonpriority creditor's name and mailing address**  $29,934.00

MYERS LAWN CARE SERVICES
C/O DOUGLAS A BICKSLER CPA
HC 40 BOX 69
LEWISBURG, WV 24901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3309**  **Nonpriority creditor's name and mailing address**  $ Undetermined

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3310**  **Nonpriority creditor's name and mailing address**  $ Undetermined

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3311**  **Nonpriority creditor's name and mailing address**  $ Undetermined

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
         Name

Case number *(if known)*  20-10343 (LSS)
_____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3312** | **Nonpriority creditor's name and mailing address** | $ Undetermined

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3313** | **Nonpriority creditor's name and mailing address** | $ Undetermined

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3314** | **Nonpriority creditor's name and mailing address** | $ Undetermined

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3315** | **Nonpriority creditor's name and mailing address** | $ Undetermined

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3316** | **Nonpriority creditor's name and mailing address** | $ Undetermined

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.3317 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.3318 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.3319 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.3320 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.3321 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)*  20-10343 (LSS)
          _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.3322 | Nonpriority creditor's name and mailing address | $ Undetermined |
|---|---|---|

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.3323 | Nonpriority creditor's name and mailing address | $ Undetermined |
|---|---|---|

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.3324 | Nonpriority creditor's name and mailing address | $ Undetermined |
|---|---|---|

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.3325 | Nonpriority creditor's name and mailing address | $ Undetermined |
|---|---|---|

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.3326 | Nonpriority creditor's name and mailing address | $ Undetermined |
|---|---|---|

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Boy Scouts of America | | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|---|
| | Name | | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3327** | **Nonpriority creditor's name and mailing address** | $ Undetermined

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3328** | **Nonpriority creditor's name and mailing address** | $ Undetermined

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3329** | **Nonpriority creditor's name and mailing address** | $ Undetermined

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3330** | **Nonpriority creditor's name and mailing address** | $ Undetermined

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3331** | **Nonpriority creditor's name and mailing address** | $ Undetermined

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

<table>
<tr><td style="background:black;color:white">**Part 2:**</td><td>**Additional Page**</td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3332** | **Nonpriority creditor's name and mailing address** | $ Undetermined

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3333** | **Nonpriority creditor's name and mailing address** | $ Undetermined

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3334** | **Nonpriority creditor's name and mailing address** | $ Undetermined

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3335** | **Nonpriority creditor's name and mailing address** | $ Undetermined

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3336** | **Nonpriority creditor's name and mailing address** | $ Undetermined

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
          Name

Case number *(if known)*    20-10343 (LSS)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3337** **Nonpriority creditor's name and mailing address**    $ Undetermined

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3338** **Nonpriority creditor's name and mailing address**    $ Undetermined

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3339** **Nonpriority creditor's name and mailing address**    $ Undetermined

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3340** **Nonpriority creditor's name and mailing address**    $ Undetermined

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3341** **Nonpriority creditor's name and mailing address**    $ Undetermined

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)
_____

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.3342 | **Nonpriority creditor's name and mailing address** |

$ Underdetermined

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.3343    **Nonpriority creditor's name and mailing address**

$ Underdetermined

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.3344    **Nonpriority creditor's name and mailing address**

$ Underdetermined

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.3345    **Nonpriority creditor's name and mailing address**

$ Underdetermined

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.3346    **Nonpriority creditor's name and mailing address**

$ Underdetermined

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Boy Scouts of America
         _____
         Name

Case number *(if known)*   20-10343 (LSS)
                           _____

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.3347 | **Nonpriority creditor's name and mailing address** |

3.3347 | **Nonpriority creditor's name and mailing address** | $ Undetermined

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.3348 | **Nonpriority creditor's name and mailing address** | $ Undetermined

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.3349 | **Nonpriority creditor's name and mailing address** | $ Undetermined

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.3350 | **Nonpriority creditor's name and mailing address** | $ Undetermined

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.3351 | **Nonpriority creditor's name and mailing address** | $ Undetermined

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.3352 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.3353 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.3354 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.3355 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.3356 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor    Boy Scouts of America
_____
          Name

Case number *(if known)*  20-10343 (LSS)

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

---

**3.3357**  **Nonpriority creditor's name and mailing address**                                             $ Undetermined

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3358**  **Nonpriority creditor's name and mailing address**                                             $ Undetermined

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3359**  **Nonpriority creditor's name and mailing address**                                             $ Undetermined

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3360**  **Nonpriority creditor's name and mailing address**                                             $ Undetermined

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** General Liability Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3361**  **Nonpriority creditor's name and mailing address**                                             $ Undetermined

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 723 of 878

| Debtor | Boy Scouts of America | Case number _(if known)_ | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3362** **Nonpriority creditor's name and mailing address**                                    $ Undetermined

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Abuse Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3363** **Nonpriority creditor's name and mailing address**                                    $10.00

NAPA COUNTY OFFICE OF EDUCATION
C/O BARBARA NEMKO
2121 IMOLA AVENUE
NAPA, CA 94559

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3364** **Nonpriority creditor's name and mailing address**                                    $225.94

NAPA PARTS CENTER INC
45 E CHAPMAN STREET
ELY, MN 55731

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3365** **Nonpriority creditor's name and mailing address**                                    $25.11

NARRAGANSETT CNCL #546
P O BOX 14777
EAST PROVIDENCE, RI 02914-0777

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3366** **Nonpriority creditor's name and mailing address**                                    $2,279.00

NASCO
901 JANESVILLE AVENUE
FORT ATKINSON, WI 53538

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*   20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3367** | **Nonpriority creditor's name and mailing address** | $217.41

NATALIE NICHOLS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3368** | **Nonpriority creditor's name and mailing address** | $9.16

NATHANAEL MCCULLY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3369** | **Nonpriority creditor's name and mailing address** | $300.00

NATHANIEL PFEIFER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3370** | **Nonpriority creditor's name and mailing address** | $22,037.98

NATIONAL CAPITAL AREA CNCL#82
9190 ROCKVILLE PIKE
BETHESDA, MD 20814-3897

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3371** | **Nonpriority creditor's name and mailing address** | $562.51

NATIONAL GRID
PO BOX 11737
NEWARK, NJ 07101-4737

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3372** | **Nonpriority creditor's name and mailing address** | $594.00

NAVITOR
ATTN RHODA SEABOLT
727 CLAYTON AVE
WAYNESBORO, PA17268

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3373** | **Nonpriority creditor's name and mailing address** | $203.04

NC DIVISION OF MOTOR VEHICLES
P O BOX 29620
RALEIGH, NC 27626-0620

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3374** | **Nonpriority creditor's name and mailing address** | $566,742.21

NCS PEARSON INC
32651 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3375** | **Nonpriority creditor's name and mailing address** | $16,790.40

NELSON WESTERBERG OF TX INC
75 REMITTANCE DRIVE SUITE 1200
CHICAGO, IL 60675-1200

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3376** | **Nonpriority creditor's name and mailing address** | $9.29

NETSEO TRAILS CNCL #580
3787 NW LOOP 286
PARIS, TX 75460-3503

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|--------|----------------------|--------------------------|----------------|
|        | Name                 |                          |                |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3377** **Nonpriority creditor's name and mailing address**                                              $244.90

NEW HAMPSHIRE CLOCKS
31 STERLING DR
FRANKLIN, NH 03235

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various          **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**                  ☐ Yes

---

**3.3378** **Nonpriority creditor's name and mailing address**                                              $928.50

NEW MEXICO DEPARTMENT OF GAME & FISH
P O BOX 25112
SANTA FE, NM 87507

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various          **Is the claim subject to offset?**
☒ No
**Last 4 digits of account number**                  ☐ Yes

---

**3.3379** **Nonpriority creditor's name and mailing address**                                              $35.00

NEW MEXICO HEREFORD ASSOCIATION
183 KING RD
STANELY, NM87056

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various          **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**                  ☐ Yes

---

**3.3380** **Nonpriority creditor's name and mailing address**                                              $110.00

NEW MEXICO LIVESTOCK BOARD
PO BOX 242
SPRINGER, NM 87747

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various          **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**                  ☐ Yes

---

**3.3381** **Nonpriority creditor's name and mailing address**                                              $659.67

NEXTOPIA SOFTWARE CORPORATION
260 KING ST EAST, STE A200
TORONTO, ON M5A 4L5
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various          **Is the claim subject to offset?**
☐ No
**Last 4 digits of account number**                  ☐ Yes

---

Debtor   Boy Scouts of America
         _____
         Name

Case number *(if known)*  20-10343 (LSS)
                          _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3382**   **Nonpriority creditor's name and mailing address**                                          $93.26

NICHOLAS GRAZIANO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3383**   **Nonpriority creditor's name and mailing address**                                          $650.00

NICHOLAS ROBERT NARIGON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3384**   **Nonpriority creditor's name and mailing address**                                          $10.00

NICO BAER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3385**   **Nonpriority creditor's name and mailing address**                                          $405.06

NIKWAX NORTH AMERICA INC
801 NW 42ND STREET SUITE 204
SEATTLE, WA 98107

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3386**   **Nonpriority creditor's name and mailing address**                                          $0.05

NITE IZE
PO BOX 913144
DENVER, CO 80291-3144

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.3387 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

NOLAN HENDERSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3388 | **Nonpriority creditor's name and mailing address** | | $26,224.00 |
|---|---|---|---|

NORTH FLORIDA CNCL #87
521 S EDGEWOOD AVENUE
JACKSONVILLE, FL 32205-5359

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3389 | **Nonpriority creditor's name and mailing address** | | $5,009.23 |
|---|---|---|---|

NORTHEAST GEORGIA CNCL #101
PO BOX 399
JEFFERSON, GA 30549-0399

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3390 | **Nonpriority creditor's name and mailing address** | | $1,398.25 |
|---|---|---|---|

NORTHEAST ILLINOIS CNCL #129
850 FOREST EDGE DR
VERNON HILLS, IL 60061-3105

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3391 | **Nonpriority creditor's name and mailing address** | | $64.00 |
|---|---|---|---|

NORTHEASTERN PENNSYLVANIA COUNCIL
72 MONTAGE MOUNTAIN RD
MOOSIC, PA 18507-1776

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
          Name

Case number *(if known)*   20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.3392 | **Nonpriority creditor's name and mailing address** | $609.96

NORTHERN LIGHTS CNCL #429
4200 19TH AVENUE S
FARGO, ND 58103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.3393 | **Nonpriority creditor's name and mailing address** | $387.00

NORTHERN NEW JERSEY CNCL #333
25 RAMAX VALLEY RD
OAKLAND, NJ 07436

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.3394 | **Nonpriority creditor's name and mailing address** | $4,009.87

NORTHERN NEW MEXICO GAS
P.O. BOX 144
ANGEL FIRE, NM 87710

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.3395 | **Nonpriority creditor's name and mailing address** | $61.77

NORTHERN STAR COUNCIL #250
6202 BLOOMINGTON RD
FT SNELLING, MN 55111

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.3396 | **Nonpriority creditor's name and mailing address** | $2,576.89

NORTON ROSE FULBRIGHT LLP
19/F CHINA WORLD TOWER
NO 1 JIANGUOMENWAI AVE
BEIGING 100004
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3397** | **Nonpriority creditor's name and mailing address** | | $3,946.42

NOVATECH INC
4106 CHARLOTTE AVE
NASHVILLE, TN 37209

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3398** | **Nonpriority creditor's name and mailing address** | | $251.00

NRS
2009 SOUTH MAIN ST
MOSCOW, ID 83843

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3399** | **Nonpriority creditor's name and mailing address** | | $12,874.22

NS412 LLC
DBA NATURALLY SLIM INC
6500 NAAMAN FOREST BLVD, STE 100
GARLAND, TX 75044

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3400** | **Nonpriority creditor's name and mailing address** | | $5,369.52

NSF INTERNATIONAL
DEPT LOCKBOX 771380
PO BOX 77000
DETROIT, MI 42877-1380

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3401** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

NY SPECIAL PROJECT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Boy Scouts of America
_____
Name

Case number *(if known)*   20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3402**   **Nonpriority creditor's name and mailing address**                                $138,008.16

NYSTROM, ERIK L
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3403**   **Nonpriority creditor's name and mailing address**                                $3,526.40

O'REILLY AUTO ENTERPRISES LLC
O'REILLY AUTO PARTS
PO BOX 9464
SPRINGFIELD, MO 65801-9464

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3404**   **Nonpriority creditor's name and mailing address**                                $3,846.50

OAK HILL GARBAGE DISPOSAL INC
1479 STANAFORD ROAD
BECKLEY, WV 25801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3405**   **Nonpriority creditor's name and mailing address**                                $124,498.68

OATS, RON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3406**   **Nonpriority creditor's name and mailing address**                                $5,448.69

OBOZ FOOTWARE LLC
PO BOX 11365
BOZEMAN, MT 59719

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)*  20-10343 (LSS)
          _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3407** | **Nonpriority creditor's name and mailing address** | $12,924.00

OCCONEECHEE CNCL #421
3231 ATLANTIC AVENUE
RALEIGH, NC 27604

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3408** | **Nonpriority creditor's name and mailing address** | $6.25

ODELL E SCOTT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3409** | **Nonpriority creditor's name and mailing address** | $280.00

ODYSSEY MARKETING CORP
PO BOX 1036
CHARLOTTE, NC 28201-1036

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3410** | **Nonpriority creditor's name and mailing address** | $9,685.10

OFD FOODS LLC
ODF FOODS
15913 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3411** | **Nonpriority creditor's name and mailing address** | $14.63

OFFICE DEOPT, INC.
PO BOX 633211
CINCINNATI, OH 45263-3211

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
          Name

Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3412** | **Nonpriority creditor's name and mailing address** | $4,938.07

OFFICE DEPOT INC
PO BOX 1413
CHARLOTTE, NC 28201-1413

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3413** | **Nonpriority creditor's name and mailing address** | $1,676.14

OFFICE DEPOT
PO BOX 660113
DALLAS, TX 75266-0113

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3414** | **Nonpriority creditor's name and mailing address** | $1,997.21

OFFICETEAM
12400 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3415** | **Nonpriority creditor's name and mailing address** | $2,103.00

OHIO UNIVERSITY
OFFICE OF THE BURSAR
PO BOX 960
ATHENS, OH 45701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3416** | **Nonpriority creditor's name and mailing address** | $512,590.29

OHMSTEDE, ROGER A
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3417**  **Nonpriority creditor's name and mailing address**                                                  $1,641.35

OLD HICKORY CNCL #427
6600 SILAS CREEK PARKWAY
WINSTON-SALEM, NC 27106-5058

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3418**  **Nonpriority creditor's name and mailing address**                                                  $541.00

OLD NORTH STATE CNCL#70
1405 WESTOVER TER
GREENSBORO, NC 27408

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3419**  **Nonpriority creditor's name and mailing address**                                                  $89.97

OLIVIER JAMIN CHANGEART
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3420**  **Nonpriority creditor's name and mailing address**                                                  $0.05

ONYX FINE NATIVE JEWELRY AND ART

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3421**  **Nonpriority creditor's name and mailing address**                                                  $15,813.62

OPTUM HEALTH BANK
2525 LAKE PARK BLVD
SALT LAKE CITY, UT84120

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 735 of 878

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)*    20-10343 (LSS)
                            _____

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.3422 | **Nonpriority creditor's name and mailing address** |

$37,139.36

ORACLE AMERICA INC
PO BOX 203448
DALLAS, TX 75320-3448

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.3423 | **Nonpriority creditor's name and mailing address** |

$1,915.50

ORANGE COUNTY CNCL #39
1211 E DYER RD
SANTA ANA, CA92705

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.3424 | **Nonpriority creditor's name and mailing address** |

$ Undetermined

ORANGE COUNTY ROWING CLUB

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Director & Officer Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.3425 | **Nonpriority creditor's name and mailing address** |

$515.00

ORE-IDA CNCL #106
8901 W FRANKLIN RD
BOSIE, ID 83709-0638

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| | |
|---|---|
| 3.3426 | **Nonpriority creditor's name and mailing address** |

$51.00

OREGON TRAIL CNCL #697
2525 MARTIN LUTHER KING JR BLVD
EUGENE, OR 97401-5806

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3427** | **Nonpriority creditor's name and mailing address** | $2,287.68

OSPREY PACKS, INC.
PO BOX 913157
DENVER, CO 80291-3157

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3428** | **Nonpriority creditor's name and mailing address** | $173,974.81

OTTO, LAWRENCE L
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3429** | **Nonpriority creditor's name and mailing address** | $16,403.65

OUTDOOR RESEARCH
2203 1ST AVE S
SUITE 700
SEATTLE, WA 98134

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3430** | **Nonpriority creditor's name and mailing address** | $2,652.00

OVERLAND TRAILS CNCL #322
2808 O' FLANNAGAN
PO BOX 1361
GRAND ISLAND, NE 68802-1361

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3431** | **Nonpriority creditor's name and mailing address** | $5,280.00

PACIFIC HARBORS CNCL #612
4802 SOUTH 19TH STREET
TACOMA, WA 98405

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor      Boy Scouts of America
            _____
            Name

Case number (if known)___20-10343 (LSS)___

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3432** | **Nonpriority creditor's name and mailing address** | $6,583.48

PACIFIC MARKET INTERNATIONAL, LLC
2401 ELLIOTT AVE,4TH FL
SEATTLE, WA98121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3433** | **Nonpriority creditor's name and mailing address** | $7,080.00

PACIFIC SKYLINE CNCL #31
1150 CHESS DRIVE
FOSTER CITY, CA94404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3434** | **Nonpriority creditor's name and mailing address** | $4,861.50

PADI AMERICAS INC
30151 TOMAS ST
RANCHO SANTA MARGARITA, CA92688-2125

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3435** | **Nonpriority creditor's name and mailing address** | $56.83

PALAY DISPLAY INDUSTRIES INC
10901 LOUISIANA AVE SOUTH
BLOOMINGTON, MN 55438

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3436** | **Nonpriority creditor's name and mailing address** | $1,488.00

PALMETTO AREA CNCL#549
420 S CHURCH ST
SPARTANBURG, SC29306-5232

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3437** | **Nonpriority creditor's name and mailing address** | $988.88

PALMETTO PACKAGING CORPORATION
1131 EDWARDS CIRCLE
PO BOX 4740
FLORENCE, SC 29502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3438** | **Nonpriority creditor's name and mailing address** | $0.10

PARADIES GIFTS INC
2325 W AIRPORT BLVD
SANFORD, FL 32771

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3439** | **Nonpriority creditor's name and mailing address** | $225.30

PARADISE ISLANDS PIZZA INC
DBA PAPA JOHNS PIZZA
538 TRUMAN AVE
KEY WEST, FL 33040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3440** | **Nonpriority creditor's name and mailing address** | $691.20

PARAMOUNT HEADWEAR INC
P. O. BOX 790051
ST. LOUIS, MO 63179-0051

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3441** | **Nonpriority creditor's name and mailing address** | $164,377.08

PARK, FRANCES LYNNE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3442** | **Nonpriority creditor's name and mailing address** | $10.00

PARKER HARDAGE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3443** | **Nonpriority creditor's name and mailing address** | $52,939.14

PARTNERSHIP EMPLOYMENT DALLAS LLC
PO BOX 75343
CHICAGO, IL 60675-5343

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3444** | **Nonpriority creditor's name and mailing address** | $6,649.78

PATHWAY TO ADVENTURE COUNCIL
811 W HILLGROVE AVENUE
LAGRANGE, IL 60525-5822

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3445** | **Nonpriority creditor's name and mailing address** | $5.00

PATRICIA DOWLING
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3446** | **Nonpriority creditor's name and mailing address** | $7.50

PATRICIA WOOLLETT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3447** | **Nonpriority creditor's name and mailing address** | | $3,649.42

PATRIOTS' PATH CNCL#358
1 SADDLE ROAD
CEDAR KNOLLS, NJ 07927

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3448** | **Nonpriority creditor's name and mailing address** | | $300.00

PAUL CAULFIELD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3449** | **Nonpriority creditor's name and mailing address** | | $27.10

PAYPAL, INC
4100 SOLUTIONS CENTER
#774100
CHICAGO, IL 60677-4001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3450** | **Nonpriority creditor's name and mailing address** | | $280.00

PEE DEE AREA CNCL #552
PO BOX 268
FLORENCE, SC 29503-0268

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3451** | **Nonpriority creditor's name and mailing address** | | $1,100.50

PENGUIN GROUP USA INC
4920 COLLECTIONS CTR DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3452** | **Nonpriority creditor's name and mailing address** | $50.00

PENN CREDIT CORP
PO BOX 69703
HARRISBURG, PA 17106-9703

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3453** | **Nonpriority creditor's name and mailing address** | $700.00

PENNY MANN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3454** | **Nonpriority creditor's name and mailing address** | $ Undetermined

PENSION BENEFIT GUARANTY CORPORATION
ATTN: PATRICIA KELLY, CHIEF FINANCIAL OFFICER
1200 K STREET N.W.
WASHINGTON, DC 20005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Pension Guaranty

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3455** | **Nonpriority creditor's name and mailing address** | $5,054.05

PEOPLE 2.0 GLOBAL INC
PO BOX 536853
ATLANTA, GA 30353-6853

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3456** | **Nonpriority creditor's name and mailing address** | $4,510.01

PEOPLE 2.0 GLOBAL INC
PO BOX 536853
ATLANTA, GA 30353-6853

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor ___Boy Scouts of America_____
Name

Case number _(if known)_ ___20-10343 (LSS)____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3457** **Nonpriority creditor's name and mailing address** $231.75

PEPSI COLA COMPANY
PO BOX 841828
DALLAS, TX 75284-1828

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3458** **Nonpriority creditor's name and mailing address** $15,919.47

PERFORMANCE STAFFING INC
PO BOX 7064
SAN FRANCISCO, CA 94120-7064

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3459** **Nonpriority creditor's name and mailing address** $1,562.00

PERIMETER INTERNATIONAL
2700 STORY RD, STE 150
IRVING, TX 75038

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3460** **Nonpriority creditor's name and mailing address** $103.00

PETER PATE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3461** **Nonpriority creditor's name and mailing address** $ Undetermined

PETER RYMUT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
          Name

Case number *(if known)*  20-10343 (LSS)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3462** | **Nonpriority creditor's name and mailing address** | $64.96

PETER ULRICH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3463** | **Nonpriority creditor's name and mailing address** | $2,779.57

PETROLEUM PRODUCTS LLC
PO BOX 644274
PITTSBURGH, PA 15264-4274

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3464** | **Nonpriority creditor's name and mailing address** | $715.14

PETTE GRUTZUIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3465** | **Nonpriority creditor's name and mailing address** | $3,884.80

PHASE 3 MEDIA LLC
DEPT 7052
PO BOX 2153
BIRMINGHAM, AL 35287-7052

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3466** | **Nonpriority creditor's name and mailing address** | $2,093.87

PHILLIPPO, BETTY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☒ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3467** | **Nonpriority creditor's name and mailing address** | $340.00

PHILLIPS SIGN & LIGHTING INC
40920 EXECUTIVE DR
HARRISON TWP, MI 48045

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3468** | **Nonpriority creditor's name and mailing address** | $330.00

PHU TRAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3469** | **Nonpriority creditor's name and mailing address** | $8.21

PHYLLIS REDING
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3470** | **Nonpriority creditor's name and mailing address** | $620.00

PIEDMONT CNCL #420
PO BOX 1059
GASTONIA, NC 28053-1059

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3471** | **Nonpriority creditor's name and mailing address** | $2,726.02

PIEDMONT NATURAL GAS COMPANY
PO BOX 1246
CHARLOTTE, NC 28201-1246

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor  Boy Scouts of America
_____
Name

Case number *(if known)* 20-10343 (LSS)
_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.3472 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

PIERCE HULL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3473 | **Nonpriority creditor's name and mailing address** | $483.00 |

PINE BURR AREA CNCL#304
1318 HARDY ST
HATTIESBURG, MS 39401-4982

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3474 | **Nonpriority creditor's name and mailing address** | $3,635.14 |

PINE TREE CNCL #218
146 PLAINS RD
RAYMOND, ME 04071-6234

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3475 | **Nonpriority creditor's name and mailing address** | $742.54 |

PITNEY BOWES INC
PO BOX 371896
PITTSBURGH, PA 15250-7896

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3476 | **Nonpriority creditor's name and mailing address** | $1,600.00 |

PITNEY BOWES
RESERVE ACCOUNT
PO BOX 223648
500 ROSS ST, STE 154-0460
PITTSBURGH, PA 15262-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3477**  **Nonpriority creditor's name and mailing address**    $1,320.86

PLANT INTERSCAPES INC
DBA NATURA
6436 BABCOCK ROAD
SAN ANTONIO, TX 78249

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3478**  **Nonpriority creditor's name and mailing address**    $51,498.77

POLAND, CRAIG
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3479**  **Nonpriority creditor's name and mailing address**    $2,685.29

POLARIS SALES INC
PO BOX 205446
DALLAS, TX 75320-5446

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3480**  **Nonpriority creditor's name and mailing address**    $254.10

POMEROY IT SOLUTIONS SALES CO INC
DBA GETRONICS
1020 PETERSBURG RD
HEBRON, KY 41048

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3481**  **Nonpriority creditor's name and mailing address**    $6,256.20

POSTMASTER-IRVING
PO BOX 152091
WINDOW SECTION
IRVING, TX 75015-2091

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3482**  **Nonpriority creditor's name and mailing address**                                                      $594.04

POSTMASTER
ATTN: BUSINESS REPLY SECTION
PO BOX 152091
IRVING, TX 75015-2091

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3483**  **Nonpriority creditor's name and mailing address**                                                      $240.00

POSTMASTER
BUSINESS MAIL ENTRY UNIT
2901 SCOTT FUTRELL DR
CHARLOTTE, NC 28228-9979

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3484**  **Nonpriority creditor's name and mailing address**                                                      $2,769.35

POTAWATOMI AREA CNCL#651
804 BLUEMOUND RD
WAUKESHA, WI 53188-1698

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3485**  **Nonpriority creditor's name and mailing address**                                                      $6.00

POTAWATOMI AREA CNCL#651
804 BLUEMOUND RD
WAUKESHA, WI 53188-1698

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3486**  **Nonpriority creditor's name and mailing address**                                                      $43,222.32

POTTS, LAWRENCE F
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* 20-10343 (LSS)

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

---

3.3487  **Nonpriority creditor's name and mailing address**                                            $450.00

POWER WASHING SERVICES INC
PO BOX 4494
KEY WEST, FL 33041

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

3.3488  **Nonpriority creditor's name and mailing address**                                            $203.42

PRAIRIELANDS CNCL #117
3301 FARBER DR
PO BOX 6267
CHAMPAIGN, IL 61826-6267

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

3.3489  **Nonpriority creditor's name and mailing address**                                            $10.00

PRAKASH KEELEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

3.3490  **Nonpriority creditor's name and mailing address**                                            $4,098.06

PRECISION GRAPHICS
1715 W. 4TH STREET
TEMPE, AZ 85281

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

3.3491  **Nonpriority creditor's name and mailing address**                                            $1,645.00

PRECISION SETS AND SERVICE INC
1307 MOLLS BACKBONE RD
CATAWBA, NC 28609

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.3492** | **Nonpriority creditor's name and mailing address** | | $331.21

PREMIER TECHNOLOGY GROUP LLC
PO BOX 242014
CHARLOTTE, NC 28224

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

Date or dates debt was incurred Various

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.3493** | **Nonpriority creditor's name and mailing address** | | $26,964.00

PRESIDENT GERALD R FORD FSC #781
3213 WALKER AVE NW
GRAND RAPIDS, MI 49544-9775

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

Date or dates debt was incurred Various

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.3494** | **Nonpriority creditor's name and mailing address** | | $25.00

PRESTON MARQUIS
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

Date or dates debt was incurred Various

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.3495** | **Nonpriority creditor's name and mailing address** | | $287,561.87

PRIMROSE, JOHN M
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

Date or dates debt was incurred Various

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.3496** | **Nonpriority creditor's name and mailing address** | | $4,340.93

PRINCETON TEC
PO BOX 8057
TRENTON, NJ 08650

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

Date or dates debt was incurred Various

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor   Boy Scouts of America
_____
Name

Case number *(if known)*   20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3497** | **Nonpriority creditor's name and mailing address** | $143,132.84

PROBAR LLC
190 N APOLLO RD
SALT LAKE CITY, UT 84116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3498** | **Nonpriority creditor's name and mailing address** | $193.45

PROJECT AWARE
30151 TOMAS
RANCHO SANTA MARGARITA, CA 92688

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3499** | **Nonpriority creditor's name and mailing address** | $451.16

PROTECTION ONE ALARM MONITORING INC
PO BOX 219044
KANSAS CITY, MO 64121-9044

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3500** | **Nonpriority creditor's name and mailing address** | $4,584.00

PUERTO RICO COUNCIL 661
AVE ESMERALDA 405 SUITE 102 PMB 661
GUAYNABO, PR 00969-3486

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3501** | **Nonpriority creditor's name and mailing address** | $47.44

PUERTO RICO TELEPHONE
CLARO
PO BOX 70366
SAN JUAN, PR 00936-8366

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3502** | **Nonpriority creditor's name and mailing address** | $1,190.75

PURE HEALTH SOLUTIONS INC
DBA PURE WATER TECHNOLOGY
PO BOX 5066
HARTFORD, CT 06115-5066

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3503** | **Nonpriority creditor's name and mailing address** | $1,548.60

PURE POOLS INC
DBA API
880 JUPITER PARK DR, STE 14
JUPITER, FL 33458

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3504** | **Nonpriority creditor's name and mailing address** | $178,232.63

QUADGRAPHICS INC
PO BOX 644840
PITTSBURGH, PA 15264-4840

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3505** | **Nonpriority creditor's name and mailing address** | $ Undetermined

QUAKER BRIDGE MALL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3506** | **Nonpriority creditor's name and mailing address** | $6.38

QUENCH USA INC
PO BOX 781393
PHILADELPHIA, PA 19178-1393

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|--------|----------------------|---------------------------|-----------------|
|        | Name |  |  |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3507** | **Nonpriority creditor's name and mailing address** | $500.00

QUIESCENCE DIVING SERVICES INC
QUIESCENCE INC
103680 OVERSEAS HWY
KEY LARGO, FL 33037

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3508** | **Nonpriority creditor's name and mailing address** | $2,042.76

QUILL CORPORATION
PO BOX 37600
PHILADELPHIA, PA 19101-0600

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3509** | **Nonpriority creditor's name and mailing address** | $2,264.75

QUIVIRA CNCL #198
3247 N OLIVER
WICHITA, KS 67220

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3510** | **Nonpriority creditor's name and mailing address** | $2,022.68

R B POWERS COMPANY
118 WEST HIGH STREET
ASHLEY, OH 43003

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3511** | **Nonpriority creditor's name and mailing address** | $8.00

RACHEL BANCROFT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor       Boy Scouts of America
             _____
             Name

Case number (if known)   20-10343 (LSS)
                        _____

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

---

**3.3512** | **Nonpriority creditor's name and mailing address** | $1,769.18

RAINBOW CNCL #702
921 S STATE ST
LOCKPORT, IL 60441

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3513** | **Nonpriority creditor's name and mailing address** | $246.74

RALEIGH COUNTY SOLID WASTE
200 FERNANDEZ DRIVE
BECKLEY, WV 25801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3514** | **Nonpriority creditor's name and mailing address** | $53.23

RANDY DOWDLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3515** | **Nonpriority creditor's name and mailing address** | $594,295.40

RATCLIFFE, JUDITH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3516** | **Nonpriority creditor's name and mailing address** | $1,690.12

RATON AMERICAN PARTS, INC.
326 S. SECOND STREET
RATON, NM 87740

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* __20-10343 (LSS)__

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3517** | **Nonpriority creditor's name and mailing address** | $472.50

RATON WATER WORKS
P. O. BOX 99
RATON, NM 87740

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3518** | **Nonpriority creditor's name and mailing address** | $1,188.00

RAWVOICE INC
17525 EGAN DR
COOPERSVILLE, MI 49404

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3519** | **Nonpriority creditor's name and mailing address** | $851.72

RAYMOND STORAGE CONCEPTS INC
5480 CREEK ROAD
CINCINNATI, OH 45242

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3520** | **Nonpriority creditor's name and mailing address** | $369.36

RC PRINTING
7643 TROWBRIDGE CT
RALEIGH, NC 27604

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3521** | **Nonpriority creditor's name and mailing address** | $159,209.41

RCG GLOBAL SERVICES INC
PO BOX 829989
PHILADELPHIA, PA 19182-9989

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

### Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3522** | **Nonpriority creditor's name and mailing address** | $56.81

READY REFRESH BY NESTLE
PO BOX 856680
LOUISVILLE, KY 40285-6680

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3523** | **Nonpriority creditor's name and mailing address** | $1,631.40

RECORDS HARDWARE INC
RECORDS ACE HARDWARE
1124 S 2ND ST
RATON, NM 87740

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3524** | **Nonpriority creditor's name and mailing address** | $4,736.85

RED MOUNTAIN APPRAISAL SERVICES, LLC
116 SOUTH 2ND
RATON, NM 87740

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3525** | **Nonpriority creditor's name and mailing address** | $61.44

REDWING COMPANY INC
419 MAIN ST
MOUNT HOPE, WV 25880

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3526** | **Nonpriority creditor's name and mailing address** | $47.50

REDWOOD EMPIRE CNCL #41
1000 APOLLO WAY SUITE 106
SANTA ROSA, CA 95407-5442

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.3527 | **Nonpriority creditor's name and mailing address** | | $75.00 |
|---|---|---|---|

REEF ENVIRONMENTAL EDU FOUNDTN
98300 OVERSEAS HWY
KEY LARGO, FL 33037

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

| 3.3528 | **Nonpriority creditor's name and mailing address** | | $35,268.84 |
|---|---|---|---|

REESOR, JOHN E
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

| 3.3529 | **Nonpriority creditor's name and mailing address** | | $474.86 |
|---|---|---|---|

REGENCY ENTERPRISES INC
9261 JORDAN AVE
CHATSWORTH, CA 91311

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

| 3.3530 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

REGINA MCCULLOUGH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

| 3.3531 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

REID COMITA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

Debtor    Boy Scouts of America
          _____
          Name

Case number (if known)  20-10343 (LSS)
                        _____

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

**3.3532** | Nonpriority creditor's name and mailing address | $20,362.73

RELX INC
DBA LEXIS NEXIS
PO BOX 733106
DALLAS, TX 75373-3106

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3533** | Nonpriority creditor's name and mailing address | $162.86

RENTOKIL NORTH AMERICA INC
1125 E BERKSHIRE BLVD, STE 150
READING, PA 19610

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3534** | Nonpriority creditor's name and mailing address | $1,444.75

REPUBLIC SERVICES #742
PO BOX 9001099
LOUISVILLE, KY 40290-1099

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3535** | Nonpriority creditor's name and mailing address | $796.64

REPUBLIC SERVICES, INC #794
PO BOX 78829
PHOENIX, AZ 85062-8829

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3536** | Nonpriority creditor's name and mailing address | $7,200.00

RETAIL DIMENSIONS INC
4905 SW GRIFFITH DR
BEAVERTON, OR 97005

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong>    <strong>Additional Page</strong></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.3537 | **Nonpriority creditor's name and mailing address** | | $695.00 |
|---|---|---|---|

REY YLAGAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.3538 | **Nonpriority creditor's name and mailing address** | | $300.00 |
|---|---|---|---|

RICHARD DENSLOW
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.3539 | **Nonpriority creditor's name and mailing address** | | $5.40 |
|---|---|---|---|

RICHARD IMMELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.3540 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

RICHARD MATHEWS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

| 3.3541 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

RICHARD ROGNSVOOG
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** General Liability Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

Debtor      Boy Scouts of America
_____
            Name

Case number *(if known)*    20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3542**  **Nonpriority creditor's name and mailing address**                                          $21.40

RICK DEGREGO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3543**  **Nonpriority creditor's name and mailing address**                                          $10,147.40

RIGHTSTAR SYSTEMS INC
1951 KIDWELL DRIVE STE 110
VIENNA, VA 22182

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3544**  **Nonpriority creditor's name and mailing address**                                          $294.00

RIO GRANDE CNCL #775
6912 W EXPRESSWAY 83
PO BOX 2424
HARLINGEN, TX 78551-2424

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3545**  **Nonpriority creditor's name and mailing address**                                          $26.50

ROBERT A VALCOURT JR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3546**  **Nonpriority creditor's name and mailing address**                                          $14.00

ROBERT ANDRETZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3547**   **Nonpriority creditor's name and mailing address**                                    $10.53

ROBERT CIHAK JR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3548**   **Nonpriority creditor's name and mailing address**                                    $770.31

ROBERT HALF TECHNOLOGY INC
PO BOX 743295
LOS ANGELES, CA 90074-3295

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3549**   **Nonpriority creditor's name and mailing address**                                    $7,180.95

ROBERT HALF TECHNOLOGY INC
12400 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3550**   **Nonpriority creditor's name and mailing address**                                    $ Undetermined

ROBERT HALLUM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3551**   **Nonpriority creditor's name and mailing address**                                    $18.00

ROBERT HARVIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor  Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.3552 | **Nonpriority creditor's name and mailing address** | $3,375.00 |

ROBERT JOHNSTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.3553 | **Nonpriority creditor's name and mailing address** | $ Undetermined |

ROBERT JORGENSEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.3554 | **Nonpriority creditor's name and mailing address** | $23,927.93 |

ROBOTS AND PENCILS
1215 SUPERIOR AVE, STE M25
CLEVELAND, OH 44114

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.3555 | **Nonpriority creditor's name and mailing address** | $1,791.00 |

ROCKY MOUNTAIN CNCL #63
411 S PUEBLO BLVD
PUEBLO, CO 81005-1204

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.3556 | **Nonpriority creditor's name and mailing address** | $436.47 |

ROCKY MOUNTAIN PEST CONTROL LLC
DBA ROCKY MOUNTAIN PEST CONTROL
PO BOX 751
SPRINGER, NM 87747

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor __Boy Scouts of America_____
Name

Case number *(if known)* __20-10343 (LSS)__

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| 3.3557 | **Nonpriority creditor's name and mailing address** |

| | |
|---|---|
| 3.3557 | $683.00 |

ROGER D ELLIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.3558 | **Nonpriority creditor's name and mailing address** | $700.00 |
|---|---|---|

RON PETERSON FIREARMS
4418 CENTRAL AVE SE
ALBUQUERQUE, NM 87108

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.3559 | **Nonpriority creditor's name and mailing address** | $12.87 |
|---|---|---|

RONALD T THALMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3560 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

RONNIE MASON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.3561 | **Nonpriority creditor's name and mailing address** | $100.00 |
|---|---|---|

ROSMAN MIDDLE & HIGH SCHOOL
2770 OLD ROSMAN HWY
ROSMAN, NC 28772

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|--------|----------------------|--------------------------|----------------|
|        | Name                 |                          |                |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3562** | **Nonpriority creditor's name and mailing address** | $904,795.26

ROSS II, DAVID J
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [X] Unliquidated
- [ ] Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

---

**3.3563** | **Nonpriority creditor's name and mailing address** | $134,158.56

ROSSER, MARY MARGARET
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [X] Contingent
- [X] Unliquidated
- [ ] Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

---

**3.3564** | **Nonpriority creditor's name and mailing address** | $400.00

ROY ADAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.3565** | **Nonpriority creditor's name and mailing address** | $493.81

RR DONNELLEY LOGISTICS SERV WORLDWIDE
PO BOX 932721
CLEVELAND, OH 44193

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

---

**3.3566** | **Nonpriority creditor's name and mailing address** | $1,447.24

RT ROGERS OIL CO INC
153 GRACE ST
PO BOX 160
HINTON, WV 25951

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3567**  **Nonpriority creditor's name and mailing address**                               $164,556.89

RUFFINO, RICHARD M
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.3568**  **Nonpriority creditor's name and mailing address**                               $742.98

RUSCO PLUMBING & HEATING INC
2788 S ECHO TRAIL
ELY, MN 55731

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.3569**  **Nonpriority creditor's name and mailing address**                               $0.99

RUSSELL'S SUNDRIES
P O BOX 447
CIMARRON, NM 87714

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.3570**  **Nonpriority creditor's name and mailing address**                               $0.02

RUTH BIBLER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.3571**  **Nonpriority creditor's name and mailing address**                               $278.25

RUTHEMMA ELLISON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
     Name

Case number *(if known)*   20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim**

---

**3.3572** | **Nonpriority creditor's name and mailing address** | $33.81

RYAN JONES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3573** | **Nonpriority creditor's name and mailing address** | $69.02

RYAN TREFNY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3574** | **Nonpriority creditor's name and mailing address** | $3,752.92

RYDER TRANSPORTATION SERVICES
PO BOX 402366
ATLANTA, GA 30384-2366

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3575** | **Nonpriority creditor's name and mailing address** | $3,000.00

S & J CAPITOL CONCEPTS, LLC
400 WHITE OAKS BLVD
BRIDGEPORT, WV 26330

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3576** | **Nonpriority creditor's name and mailing address** | $4,391.85

S & ME INC
PO BOX 277523
ATLANTA, GA 30384-7523

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor __Boy Scouts of America_____     Case number *(if known)* __20-10343 (LSS)__
Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3577** | **Nonpriority creditor's name and mailing address** | $347.50

S J NEATHAWK LUMBER INC
PO DRAWER 427
LEWISBURG, WV 24901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3578** | **Nonpriority creditor's name and mailing address** | $9.69

SAFEWAY
P O BOX 840210
DALLAS, TX 75284-0210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3579** | **Nonpriority creditor's name and mailing address** | $ Undetermined

SALVADOR RIVERA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3580** | **Nonpriority creditor's name and mailing address** | $350.00

SAM BROTHMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3581** | **Nonpriority creditor's name and mailing address** | $4,020.25

SAM HOUSTON AREA CNCL#576
2225 NORTH LOOP WEST
HOUSTON, TX 77008

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor  Boy Scouts of America
_____
Name

Case number *(if known)* 20-10343 (LSS)
_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3582**

**Nonpriority creditor's name and mailing address**

$139.07

SAM'S CLUB DIRECT
P. O. BOX 530930
ATLANTA, GA30353-0930

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3583**

**Nonpriority creditor's name and mailing address**

$3,216.67

SAMOSET CNCL #627
3511 CAMP PHILLIPS RD
WESTON, WI 54476

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3584**

**Nonpriority creditor's name and mailing address**

$1,032.00

SAN DIEGO-IMPERIAL CNCL #49
1207 UPAS ST
SAN DIEGO, CA 92103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3585**

**Nonpriority creditor's name and mailing address**

$24.00

SAN DIEGO-IMPERIAL CNCL #49
1207 UPAS ST
SAN DIEGO, CA 92103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3586**

**Nonpriority creditor's name and mailing address**

$3,460.96

SAN FRANCISCO BAY AREA CNCL#28
1001 DAVIS ST
SAN LEANDRO, CA 94577-1514

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3587** | **Nonpriority creditor's name and mailing address** | $408.83

SANDS OF THE KEYS INC
PO BOX 345
ISLAMORADA, FL 33036

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3588** | **Nonpriority creditor's name and mailing address** | $370.54

SANMAR CORPORATION
PO BOX 643693
CINCINNATI, OH 45264-3693

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3589** | **Nonpriority creditor's name and mailing address** | $1,000.00

SANTA CLARA UNIVERSITY
ATTN: MARGUERETE A MOSES
500 EL CAMINO REAL
SANTA CLARA, CA 95053-0615

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3590** | **Nonpriority creditor's name and mailing address** | $65.00

SANTA FE TRAIL ASSOCIATION
1349 K-156 HWY
LARNED, KS 67500

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3591** | **Nonpriority creditor's name and mailing address** | $3,993.85

SANTA FE TRAIL CNCL#194
402 E FULTON, STE 4
GARDEN CITY, KS 67846-5677

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3592** | **Nonpriority creditor's name and mailing address** | $10.00

SARAH RAJARATNAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3593** | **Nonpriority creditor's name and mailing address** | $10,712.28

SAUNDERS STAFFING INC
PO BOX 211
BLUEFIELD, WV 24701

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3594** | **Nonpriority creditor's name and mailing address** | $750.00

SCHEPER KIM & HARRIS LLP
601 W 5TH ST, 12TH FL
LOS ANGELES, CA 90071

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3595** | **Nonpriority creditor's name and mailing address** | $75.00

SCOTT A MASEAR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3596** | **Nonpriority creditor's name and mailing address** | $77,215.44

SCOUT EXECUTIVE ALLIANCE
PO BOX 152079
IRVING, TX 75015-2079

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3597** | Nonpriority creditor's name and mailing address | $2,250.00

SEA SCOUT SHIP 550
C/O ALBERT GUERRA
5875 E APPIAN WAY
LONG BEACH, CA 90803

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3598** | Nonpriority creditor's name and mailing address | $330.00

SEALCO LLC
1751 INTERNATIONAL PARKWAY, STE115
RICHARDSON, TX 75081

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3599** | Nonpriority creditor's name and mailing address | $ Undetermined

SEAN DULLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3600** | Nonpriority creditor's name and mailing address | $311.85

SELECT STAFF INC
12700 HILLCREST RD SUITE 218
DALLAS, TX 75230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3601** | Nonpriority creditor's name and mailing address | $8,943.56

SELMAN JR, FOSTER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor  Boy Scouts of America
Name

Case number *(if known)*  20-10343 (LSS)

**Part 2:**  **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3602** | **Nonpriority creditor's name and mailing address** | $330.00

SENECA WATERWAYS COUNCIL397
2320 BRIGHTON HENRIETTA TOWN LINE RD
ROCHESTER, NY 14623

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3603** | **Nonpriority creditor's name and mailing address** | $84.00

SEQUOYAH AREA CNCL#713
129 BOONE RIDGE DR
PO BOX 3010 CRS
JOHNSON CITY, TN 37602-3010

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3604** | **Nonpriority creditor's name and mailing address** | $10.00

SETH ELLLIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3605** | **Nonpriority creditor's name and mailing address** | $50.00

SETH GRIFFITH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3606** | **Nonpriority creditor's name and mailing address** | $75.00

SETH PHILLIPS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3607** | **Nonpriority creditor's name and mailing address** | $52,666.81

SHAMROCK FOODS COMPANY
PO BOX 52409
PHOENIX, AZ 85072-2409

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3608** | **Nonpriority creditor's name and mailing address** | $120.00

SHANNON HAFER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3609** | **Nonpriority creditor's name and mailing address** | $5.35

SHARON LONG
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3610** | **Nonpriority creditor's name and mailing address** | $ Undetermined

SHARON RICHARDSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3611** | **Nonpriority creditor's name and mailing address** | $5,400.00

SHAWN H JACKSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor ___Boy Scouts of America_____   Case number *(if known)* __20-10343 (LSS)__
Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.3612 | **Nonpriority creditor's name and mailing address** | $931.00 |
|---|---|---|

SHAWN H JACKSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.3613 | **Nonpriority creditor's name and mailing address** | $23.60 |
|---|---|---|

SHELL OF SUMMERLAND
24838 OVERSEAS HWY
SUMMERLAND KEY, FL 33042

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.3614 | **Nonpriority creditor's name and mailing address** | $125.00 |
|---|---|---|

SHELLY JONES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

| 3.3615 | **Nonpriority creditor's name and mailing address** | $38.00 |
|---|---|---|

SHENANDOAH AREA CNCL #598
107 YOUTH DEVELOPMENT COURT
WINCHESTER, VA 22602-2425

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.3616 | **Nonpriority creditor's name and mailing address** | $3.27 |
|---|---|---|

SHENTEL
PO BOX 37014
BALTIMORE, MD 21297-3014

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor    Boy Scouts of America
Name

Case number *(if known)*    20-10343 (LSS)

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

---

**3.3617** | **Nonpriority creditor's name and mailing address** | $14,272.47

SHERIDAN BOOKS INC
PO BOX 419823
BOSTON, MA 02241-9823

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3618** | **Nonpriority creditor's name and mailing address** | $38.86

SHERIFF OF FAYETTE COUNTY
PO BOX 509
FAYETTEVILLE, WV 25840

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3619** | **Nonpriority creditor's name and mailing address** | $343.91

SHERIFF OF FAYETTE COUNTY
PO BOX 509
FAYETTEVILLE, WV 25840

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3620** | **Nonpriority creditor's name and mailing address** | $ Undetermined

SHERRYE HOWELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3621** | **Nonpriority creditor's name and mailing address** | $2.14

SHERYL L BARBER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor ___Boy Scouts of America_____     Case number *(if known)* __20-10343 (LSS)__
Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3622** | **Nonpriority creditor's name and mailing address** | $203.71

SHIRLEY HIGBIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.3623** | **Nonpriority creditor's name and mailing address** | $ Undetermined

SHIRLEY WILLIAMS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.3624** | **Nonpriority creditor's name and mailing address** | $0.05

SHWAIKO INC

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.3625** | **Nonpriority creditor's name and mailing address** | $691.50

SIBYL COLLVER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.3626** | **Nonpriority creditor's name and mailing address** | $124.11

SIDNEY SALAZAR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

Debtor ___Boy Scouts of America_____    Case number *(if known)* __20-10343 (LSS)__
　　　　　Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3627** | **Nonpriority creditor's name and mailing address** | $165.81

SIERRA COMMUNICATIONS, INC.
P. O. BOX 67
DES MOINES, NM 88418-0067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3628** | **Nonpriority creditor's name and mailing address** | $1,032.19

SIFFRON
8181 DARROW RD
TWINSBURG, OH 44087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3629** | **Nonpriority creditor's name and mailing address** | $846.00

SILICON VALLEY MONTEREY BAY CNCL#55
970 W JULIAN ST
SAN JOSE, CA 95126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3630** | **Nonpriority creditor's name and mailing address** | $12,689.60

SILVER NUGGET INC
416 JUAN TABO NE
ALBUQUERQUE, NM 87123

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3631** | **Nonpriority creditor's name and mailing address** | $10.49

SILVIA MARTINEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)*  20-10343 (LSS)

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

| 3.3632 | **Nonpriority creditor's name and mailing address** | | $2,406.79 |
|---|---|---|---|

SIMON KENTON CNCL #441
807 KINNEAR RD
COLUMBUS, OH 43212

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3633 | **Nonpriority creditor's name and mailing address** | | $664.49 |
|---|---|---|---|

SINGLE PAY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3634 | **Nonpriority creditor's name and mailing address** | | $378.19 |
|---|---|---|---|

SINGLE PAY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3635 | **Nonpriority creditor's name and mailing address** | | $149.86 |
|---|---|---|---|

SIOUX CNCL #733
800 N WEST AVE
SIOUX FALLS, SD 57104

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3636 | **Nonpriority creditor's name and mailing address** | | $650.00 |
|---|---|---|---|

SKU GLOBAL INC
DBA: GLADE GRAPHICS
2108 PALOMAR TRL
SOUTHLAKE, TX 76092

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3637** | **Nonpriority creditor's name and mailing address** | | $87.93

SL ACQUISITION COMPANY LLC
DBA SUPERIOR LANDSCAPES
PO BOX 678139
DALLAS, TX 75267-8139

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3638** | **Nonpriority creditor's name and mailing address** | | $923.28

SMITH GROUNDS MANAGEMENTS LLC
PO BOX 2134
MATTHEWS, NC 28106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3639** | **Nonpriority creditor's name and mailing address** | | $16,162.56

SMITH JR, DOUGLAS S
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3640** | **Nonpriority creditor's name and mailing address** | | $1,393.92

SOL SUNGUARD CORPORATION
6525 15TH AVE, NW #125
SEATTLE, WA 98117-5587

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3641** | **Nonpriority creditor's name and mailing address** | | $500.00

SONOCO RECYCLING LLC
1 N 2ND ST
HARTSVILLE, SC 29550

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3642** | **Nonpriority creditor's name and mailing address** | $413.25

SOUTH FLORIDA CNCL #84
15255 N W 82ND AVE
MIAMI LAKES, FL 33016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3643** | **Nonpriority creditor's name and mailing address** | $261.00

SOUTH PLAINS AREA CNCL #694
30 BRIERCROFT OFFICE PARK
LUBBOCK, TX 79412-3099

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3644** | **Nonpriority creditor's name and mailing address** | $36.00

SOUTH PLAINS AREA CNCL #694
30 BRIERCROFT OFFICE PARK
LUBBOCK, TX 79412-3099

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3645** | **Nonpriority creditor's name and mailing address** | $7,177.79

SOUTHEAST LOUISIANA CNCL #214
4200 S. I-10 SERVICE RD W, STE 101
PO BOX 1146
METAIRIE, LA 70001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3646** | **Nonpriority creditor's name and mailing address** | $21.00

SOUTHEAST LOUISIANA CNCL #214

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3647** | **Nonpriority creditor's name and mailing address** | | $2,180.00

SOUTHEASTERN CHEMICAL CO INC
320 CITY AVENUE
BECKLEY, WV 25801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3648** | **Nonpriority creditor's name and mailing address** | | $2,185.69

SOUTHERN AIR, INC
P O BOX 4205
LYNCHBURG, VA 24502

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3649** | **Nonpriority creditor's name and mailing address** | | $1,984.00

SOUTHERN SHORES FSC #783
4290 BRISTLECONE DR
PORTAGE, MI 49024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3650** | **Nonpriority creditor's name and mailing address** | | $7,668.00

SOUTHERN SHORES FSC 783
3914 BESTECH RD
YPSILANTI, MI 48197

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3651** | **Nonpriority creditor's name and mailing address** | | $1,020.00

SOUTHERN SIERRA CNCL #30
2417 M ST
BAKERSFIELD, CA 93301-2341

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3652** | **Nonpriority creditor's name and mailing address** | **$243.00**

SOUTHWEST FLORIDA CNCL #88
1801 BOY SCOUT DR
FORT MYERS, FL 33907-2114

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3653** | **Nonpriority creditor's name and mailing address** | **$3,925.00**

SPARKFUN ELECTRONICS INC
6333 DRY CREEK PKWY
NIWOT, CO 80503

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3654** | **Nonpriority creditor's name and mailing address** | **$1,232.00**

SPORT HANSA INC
79 DOGWOOD RD
ASHEVILLE, NC 28806

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3655** | **Nonpriority creditor's name and mailing address** | **$37,307.31**

SPRINGER ELECTRIC COOP
P.O. BOX 698
SPRINGER, NM 87747

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3656** | **Nonpriority creditor's name and mailing address** | **$3,370.00**

STADIUM SPORTS
933 E 3RD AVE
SPOKANE, WA 99202

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor __Boy Scouts of America_____     Case number _(if known)__20-10343 (LSS)____
Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

---

**3.3657** | **Nonpriority creditor's name and mailing address** | $3,125.00

STANFORD UNIVERSITY
ATTN: FINANCIAL AID OFFICE/SCHOLARSHIP
MONTAG HALL 355 GALVEZ
STANFORD, CA 94305-6106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3658** | **Nonpriority creditor's name and mailing address** | $342.52

STANGE COMPANY INC
2324 WELDON PKWY
ST LOUIS, MO 63146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3659** | **Nonpriority creditor's name and mailing address** | $1,461.49

STAPLES BUSINESS CREDIT
PO BOX 105638
ATLANTA, GA 30348-5638

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3660** | **Nonpriority creditor's name and mailing address** | $3,345.18

STAPLES INC
DBA STAPLES CONTRACT & COMMERC
PO BOX 660409
DALLAS, TX 75266-0409

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3661** | **Nonpriority creditor's name and mailing address** | $0.55

STAPLES
PO BOX 660406
DALLAS, TX 75266

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.3662 | **Nonpriority creditor's name and mailing address** | | $670.17 |
|---|---|---|---|

STAR STATIONERS
PO BOX 690070
CHARLOTTE, NC 28227

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.3663 | **Nonpriority creditor's name and mailing address** | | $68.64 |
|---|---|---|---|

STARCLAIRE HOUSE OF FLOWERS
1421 EMERYWOOD DRIVE
CHARLOTTE, NC 28210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.3664 | **Nonpriority creditor's name and mailing address** | | $5.80 |
|---|---|---|---|

STATE ELECTRIC SUPPLY CO
PO BOX 890889
CHARLOTTE, NC 28289-0889

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.3665 | **Nonpriority creditor's name and mailing address** | | $80.60 |
|---|---|---|---|

STEELCON SUPPLY CO
265 INDUSTRIAL DRIVE
BECKLEY, WV 25801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.3666 | **Nonpriority creditor's name and mailing address** | | $34,948.85 |
|---|---|---|---|

STEGER, BRIAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)*   20-10343 (LSS)
                           _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.3667 | **Nonpriority creditor's name and mailing address** | $113,089.42

STEIN, JASON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.3668 | **Nonpriority creditor's name and mailing address** | $425.00

STEPHEN GATES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.3669 | **Nonpriority creditor's name and mailing address** | $ Undetermined

STEPHEN WHITE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.3670 | **Nonpriority creditor's name and mailing address** | $105,208.89

STERRETT, PATRICK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.3671 | **Nonpriority creditor's name and mailing address** | $275.00

STEVE KLUBERTANZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3672** | Nonpriority creditor's name and mailing address | $8.75

STEVE SCHECHNER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3673** | Nonpriority creditor's name and mailing address | $ Undetermined

STEVEN HAYDEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3674** | Nonpriority creditor's name and mailing address | $25.00

STEVEN HOLLIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3675** | Nonpriority creditor's name and mailing address | $175.00

STEVEN SANFORD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3676** | Nonpriority creditor's name and mailing address | $55.86

STEVEN TALLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor  Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3677** | **Nonpriority creditor's name and mailing address** | $628.73

STEVES AUTO PARTS LLC
1808 E MAIN ST
OAK HILL, WV 25901

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3678** | **Nonpriority creditor's name and mailing address** | $4,661.98

STITES & HARBISON PLLC
400 W MARKET STREET, SUITE 1800
LOUISVILLE, KY 40202-3352

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3679** | **Nonpriority creditor's name and mailing address** | $6,000.00

STONE WARRIOR DESIGN & INNOVATION
BRIAN A SHANNON
11 DIAMOND STREET
TERRYVILLE, CT 06786

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3680** | **Nonpriority creditor's name and mailing address** | $254,068.18

STONE, KATHY SUE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3681** | **Nonpriority creditor's name and mailing address** | $775.00

STRAIGHT FROM THE HEART INC
5404 N MONTANA AVE
PORTLAND, OR 97217

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor  Boy Scouts of America
_____
Name

Case number *(if known)* 20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3682** **Nonpriority creditor's name and mailing address** $2,606.80

STRATEGIC ORIENT SOURCING
ROOM 910 CONCORDIA PLAZA NO 1
SCIENCE MUSEUM ROAD TSIM SHA TSUI EAST
KOWLOON
HONG KONG

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3683** **Nonpriority creditor's name and mailing address** $22,337.05

STRATUS MIDCO INC
210 NORTH TUCKER
6TH FLOOR
ST. LOUIS, MO 63101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3684** **Nonpriority creditor's name and mailing address** $566.97

SUBURBAN PROPANE
PO BOX 260
WHIPPANY, NJ 07981

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3685** **Nonpriority creditor's name and mailing address** $11,885.49

SUFFOLK COUNTY CNCL #404
7 SCOUTING BLVD
MEDFORD, NY 11763-2241

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3686** **Nonpriority creditor's name and mailing address** $615.06

SUMMERLAND HARDWARE
PO BOX 420289
SUMMERLAND KEY, FL 33042

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|---|
| | Name | | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td colspan="2"><strong>Additional Page</strong></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.3687  **Nonpriority creditor's name and mailing address**                                    $4,025.00

SUMMIT KEYS LLC
DBA MANGROVE MARINA
200 FLORIDA AVE
TAVERNIER, FL33070

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.3688  **Nonpriority creditor's name and mailing address**                                    $40,510.90

SUN LIFE ASSURANCE CO OF CANADA
1 YORK ST
TORONTO, ON M5J 0B6
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.3689  **Nonpriority creditor's name and mailing address**                                    $23,607.77

SUN LIFE ASSURANCE CO OF CANADA
1 YORK ST
TORONTO, ON M5J 0B6
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.3690  **Nonpriority creditor's name and mailing address**                                    $7,191.96

SUNBELT RENTALS
P.O. BOX 409211
ATLANTA, GA30384-9211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.3691  **Nonpriority creditor's name and mailing address**                                    $18,750.00

SUNTREAT
PO BOX 562
HURLEY, NM 88043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Boy Scouts of America
_____
Name

Case number *(if known)*   20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3692** | **Nonpriority creditor's name and mailing address** | $18,042.50

SUPERIOR BUILDING SERVICES INC
3158 S 108TH AVE, STE 274
TULSA, OK 74146

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3693** | **Nonpriority creditor's name and mailing address** | $22,450.03

SUPPLYONE ROCKWELL, INC
P O BOX 534331
ATLANTA, GA 30353-5331

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3694** | **Nonpriority creditor's name and mailing address** | $699,388.64

SURBAUGH, MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3695** | **Nonpriority creditor's name and mailing address** | $4.57

SUSAN BARTUS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3696** | **Nonpriority creditor's name and mailing address** | $ Undetermined

SUSAN BURK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)
_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3697**  **Nonpriority creditor's name and mailing address**                                          $768.00

SUSAN MIHANOVICH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3698**  **Nonpriority creditor's name and mailing address**                                          $16.00

SUSAN OREMLAND
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3699**  **Nonpriority creditor's name and mailing address**                                          $2,400.00

SUSAN P NORRIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3700**  **Nonpriority creditor's name and mailing address**                                          $408.00

SUSQUEHANNA CNCL #533
815 NORTHWAY RD
WILLIAMSPORT, PA17701-3815

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3701**  **Nonpriority creditor's name and mailing address**                                          $72.13

SUSTAINABLE FORESTRY INITIATIVE INC
2121 K ST NW, STE 750
WASHINGTON, DC 20037

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 791 of 878

Debtor    Boy Scouts of America
_____
Name

Case number (if known)    20-10343 (LSS)
_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3702**

**Nonpriority creditor's name and mailing address**    $1,476.00

SUWANNEE RIVER CNCL #664
2032 THOMASVILLE RD
TALLAHASSEE, FL 32308

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3703**

**Nonpriority creditor's name and mailing address**    $145.00

SUZANNE MARTIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3704**

**Nonpriority creditor's name and mailing address**    $2,563.41

SYMPHONIX SOLUTIONS INC
623 S CEDAR ST
CHARLOTTE, NC 28202

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3705**

**Nonpriority creditor's name and mailing address**    $75.10

SYNCB/AMAZON
PO BOX 530958
ATLANTA, GA30353-0958

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3706**

**Nonpriority creditor's name and mailing address**    $218.40

SYNCB/AMAZON
PO BOX 530958
ATLANTA, GA30353-0958

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor __Boy Scouts of America_____     Case number *(if known)* __20-10343 (LSS)__
           Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3707** | **Nonpriority creditor's name and mailing address** | $27,308.46

SYSCO SOUTH FLORIDA INC
P O BOX 64000-A
MIAMI, FL 33164

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3708** | **Nonpriority creditor's name and mailing address** | $1.50

T-BONE RACING ENTERPRISES LLC
DBA ATV PARTS PLUS
925 EWART AVE
BECKLEY, WV 25801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3709** | **Nonpriority creditor's name and mailing address** | $16.00

TABITHA HAZEUR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3710** | **Nonpriority creditor's name and mailing address** | $14,982.69

TAHSIN INDUSTRIAL CORPORATION USA
111 HOWARD BLVD, STE 206
MOUNT ARILINGTON, NJ 07856

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3711** | **Nonpriority creditor's name and mailing address** | $50.00

TANNER MARIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number (if known) | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3712** Nonpriority creditor's name and mailing address — **$900.00**

TARA TAMER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3713** Nonpriority creditor's name and mailing address — **$4,103.20**

TARGET CREATIVE GROUP INC
151 N NOB HILL RD
PLANTATION, FL 33324

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3714** Nonpriority creditor's name and mailing address — **$17,113.48**

TARSCO BOLTED TANK INC
5897 STATE HWY 59
GOODMAN, MO 64843

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3715** Nonpriority creditor's name and mailing address — **$179.70**

TARVIS SEVY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3716** Nonpriority creditor's name and mailing address — **$1,051.15**

TASCOSA OFFICE MACHINES
126 SOUTH 2ND STREET
RATON, NM 87740

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:   Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.3717 | **Nonpriority creditor's name and mailing address** | | $281,147.48 |
|---|---|---|---|

TECHAU, TRACY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3718 | **Nonpriority creditor's name and mailing address** | | $2,446.00 |
|---|---|---|---|

TECUMSEH CNCL #439
326 S THOMPSON
SPRINGFIELD, OH 45506-1198

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3719 | **Nonpriority creditor's name and mailing address** | | $2,263.62 |
|---|---|---|---|

TEMPLAR, DANIEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3720 | **Nonpriority creditor's name and mailing address** | | $3,204.32 |
|---|---|---|---|

TERRAMAR SPORTS INC
PO BOX 392613
PITTSBURGH, PA 15251-9613

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3721 | **Nonpriority creditor's name and mailing address** | | $136.11 |
|---|---|---|---|

TERREL MILLER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|--------|----------------------|--------------------------|----------------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3722** **Nonpriority creditor's name and mailing address**                                                                                     $1,175.00

TERRI HADDOCK
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3723** **Nonpriority creditor's name and mailing address**                                                                                     $393,977.68

TERRY, ANNE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3724** **Nonpriority creditor's name and mailing address**                                                                                     $0.20

TESUQUE GLASSWORKS INC
PO BOX 146
TESUQUE, NM 87574-0146

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3725** **Nonpriority creditor's name and mailing address**                                                                                     $735.00

TEXAS SOUTHWEST CNCL NO 741
PO BOX 1584
SAN ANGELO, TX 76902-1584

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3726** **Nonpriority creditor's name and mailing address**                                                                                     $404.00

TEXAS TRAILS COUNCIL #561
3811 N 1ST ST
ABILENE, TX 79603

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor  Boy Scouts of America
Name

Case number *(if known)* 20-10343 (LSS)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3727** | **Nonpriority creditor's name and mailing address** | $4,688.60

THE ALEXON GROUP INC
1201 STELLAR DR
OXNARD, CA 93033-0245

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3728** | **Nonpriority creditor's name and mailing address** | $19,157.69

THE DUCK COMPANY
5601 GRAY STREET
ARVADA, CO 80002-2821

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3729** | **Nonpriority creditor's name and mailing address** | $398.28

THE DUCK COMPANY
5601 GRAY STREET
ARVADA, CO 80002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3730** | **Nonpriority creditor's name and mailing address** | $98.00

THE HOME DEPOT
8555 HOME DEPOT DRIVE
IRVING, TX 75063

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3731** | **Nonpriority creditor's name and mailing address** | $5,838.11

THE NEW BIRTH OF FREEDOM CNCL 544
ONE BADEN POWELL LANE
MECHANICSBURG, PA 17050

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor     Boy Scouts of America
           _____
           Name

Case number *(if known)*  20-10343 (LSS)
                          _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3732**  **Nonpriority creditor's name and mailing address**                                                    $645,855.71

THE NORTHERN TRUST COMPANY
ATTN STANDBY LETTER OF CREDIT SPECIALIST C2N
801 S CANAL ST
CHICAGO, IL 60607

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3733**  **Nonpriority creditor's name and mailing address**                                                    $351.00

THE ORB FACTORY LTD
225 HERRING COVE RD
HALIFAX, NS B3P 1L3
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3734**  **Nonpriority creditor's name and mailing address**                                                    $1,242.00

THE PACK SHACK INC
PO BOX 598
EAGAR, AZ 85925

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3735**  **Nonpriority creditor's name and mailing address**                                                    $6,899.45

THE SELECT GROUP US LLC
5520 CAPITAL CENTER DR
RALEIGH, NC 27605

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3736**  **Nonpriority creditor's name and mailing address**                                                    $6,177.87

THE SPIRIT OF ADVENTURE COUNCIL
2 TOWER OFFICE PARK
WOBURN, MA 01801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*   20-10343 (LSS)
_____

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

| 3.3737 | **Nonpriority creditor's name and mailing address** | | $22,391.22 |
|---|---|---|---|

THE THRASHER GROUP, INC.
PO BOX 940
BRIDGEPORT, WV 26330

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3738 | **Nonpriority creditor's name and mailing address** | | $5.00 |
|---|---|---|---|

THERESA NUNES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3739 | **Nonpriority creditor's name and mailing address** | | $1,248.50 |
|---|---|---|---|

THOMAS BOYD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3740 | **Nonpriority creditor's name and mailing address** | | $2,500.00 |
|---|---|---|---|

THOMAS DALEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3741 | **Nonpriority creditor's name and mailing address** | | $870.00 |
|---|---|---|---|

THOMAS GAUCHER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor       Boy Scouts of America
             _____
             Name

Case number *(if known)* __20-10343 (LSS)__

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.3742** | **Nonpriority creditor's name and mailing address** | $2,900.00

THOMAS HJELLMING
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3743** | **Nonpriority creditor's name and mailing address** | $123.03

THOMAS MARTIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3744** | **Nonpriority creditor's name and mailing address** | $240.00

THOMAS ROBERTS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3745** | **Nonpriority creditor's name and mailing address** | $507.01

THOMAS S BAIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3746** | **Nonpriority creditor's name and mailing address** | $67.90

THOMAS W COOK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3747** | **Nonpriority creditor's name and mailing address** | $25.00

THOMAS WOZNIAK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3748** | **Nonpriority creditor's name and mailing address** | $3,169.34

THOMPSON GAS PROPANE PARTNERS LLC
5260 WESTVIEW DR, STE 200
FREDERICK, MD 21703

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3749** | **Nonpriority creditor's name and mailing address** | $2,487.09

THOMPSON GAS PROPANE PARTNERS LLC
5260 WESTVIEW DR, STE 200
FREDERICK, MD 21703

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3750** | **Nonpriority creditor's name and mailing address** | $7,501.11

THOMPSON, SAMUEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3751** | **Nonpriority creditor's name and mailing address** | $5,502.90

THOMSON REUTERS WEST
PAYMENT CENTER
PO BOX 6292
CAROL STREAM, IL 60197-6292

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor  Boy Scouts of America
        _____
        Name

Case number *(if known)*  20-10343 (LSS)
                          _____

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

| 3.3752 | **Nonpriority creditor's name and mailing address** | $7,401.64 |
|---|---|---|

THORNTON, MATTHEW
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.3753 | **Nonpriority creditor's name and mailing address** | $3,844.00 |
|---|---|---|

THREE FIRES CNCL #127
415 N SECOND ST
ST CHARLES, IL 60174-9990

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.3754 | **Nonpriority creditor's name and mailing address** | $1,758.82 |
|---|---|---|

THREE HARBORS CNCL #636
330 SOUTH 84TH ST.
MILWAUKEE, WI53214-1468

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.3755 | **Nonpriority creditor's name and mailing address** | $50.00 |
|---|---|---|

THYS VANDERSCHOOT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| 3.3756 | **Nonpriority creditor's name and mailing address** | $1,996.30 |
|---|---|---|

TIAA COMMERCIAL FINANCE INC
PO BOX 911608
DENVER, CO 80291-1608

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

<table>
<tr><td style="background:black;color:white"><b>Part 2:</b></td><td><b>Additional Page</b></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3757** Nonpriority creditor's name and mailing address $10.00

TIBERIUS WALT
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

Date or dates debt was incurred Various

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.3758** Nonpriority creditor's name and mailing address $85.00

TIDY AIRE INCORPORATED
PO BOX 850533
RICHARDSON, TX 75085-0533

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

Date or dates debt was incurred Various

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.3759** Nonpriority creditor's name and mailing address $7.50

TIFFANY PIEJA
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

Date or dates debt was incurred Various

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.3760** Nonpriority creditor's name and mailing address $150.00

TIM BROUNSCHEIDEL
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

Date or dates debt was incurred Various

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number

---

**3.3761** Nonpriority creditor's name and mailing address $3,025.75

TIMA BRANDS INC
9098 E MOHAWK LN
SCOTTSDALE, AZ 85255

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

Date or dates debt was incurred Various

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3762** | **Nonpriority creditor's name and mailing address** | $2.00

TIME INC - QSP
3000 UNIVERSITY CENTER DR
TAMPA, FL33612-6408

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3763** | **Nonpriority creditor's name and mailing address** | $3.25

TIME INC COSMOS GRP
3000 UNIVERSITY CTR DR
TAMPA, FL33612

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3764** | **Nonpriority creditor's name and mailing address** | $271.53

TIME WARNER CABLE
PO BOX 60074
CITY OF INDUSTRY, CA91716-0074

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3765** | **Nonpriority creditor's name and mailing address** | $14,700.25

TINKER, JAMES C
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3766** | **Nonpriority creditor's name and mailing address** | $14.99

TOM SIKES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3767** | **Nonpriority creditor's name and mailing address** | $240.00

TONY'S SERVICE STATION
3 EAST SHERIDAN ST
ELY, MN 55731

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3768** | **Nonpriority creditor's name and mailing address** | $450.00

TORMAX USA INC
12859 WETMORE RD
SAN ANTONIO, TX 78247

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3769** | **Nonpriority creditor's name and mailing address** | $800.00

TOTALFUNDS BY HASLER
PO BOX 30193
TAMPA, FL 33630-3193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3770** | **Nonpriority creditor's name and mailing address** | $7,538.46

TOWERS WATSON DELAWARE, INC
LOCKBOX 28025
28025 NETWORK PLACE
CHICAGO, IL 60673-1280

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3771** | **Nonpriority creditor's name and mailing address** | $14,000.00

TOWERS WATSON DELAWARE, INC
LOCKBOX 28025
28025 NETWORK PLACE
CHICAGO, IL 60673-1280

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3772**  **Nonpriority creditor's name and mailing address**                                    $84,577.82

TOWNSEND, DONALD L
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3773**  **Nonpriority creditor's name and mailing address**                                    $1,478.26

TRACTOR SUPPLY CREDIT PLAN
DEPT 30 - 1105082950
PO BOX 78004
PHOENIX, AZ 85062-8004

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3774**  **Nonpriority creditor's name and mailing address**                                    $5,251.86

TRACY ATHERTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3775**  **Nonpriority creditor's name and mailing address**                                    $7.35

TRACY MARLOW
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3776**  **Nonpriority creditor's name and mailing address**                                    $2.50

TRACY ROMANS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor     Boy Scouts of America                    Case number *(if known)*   20-10343 (LSS)
Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3777**   **Nonpriority creditor's name and mailing address**                $ Undetermined

TRACY SOURWINE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3778**   **Nonpriority creditor's name and mailing address**                $253.84

TRANE US INC
PO BOX 406469
ATLANTA, GA30384-6469

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3779**   **Nonpriority creditor's name and mailing address**                $8,644.00

TRANSATLANTIC CNCL #802
USAG BRUSSELS
UNIT 28100 BOX 24
APO AE 09714

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3780**   **Nonpriority creditor's name and mailing address**                $88.00

TRANSATLANTIC CNCL #802
USAG BRUSSELS
UNIT 28100 BOX 24
APO-AE 09714

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3781**   **Nonpriority creditor's name and mailing address**                $976.22

TRANSATLANTIC COUNCIL #802
USAG BRUSSELS
UNIT 28100 BOX 24
APO AE 09714

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3782** | **Nonpriority creditor's name and mailing address** | $1,547.98

TRANSOURCE
P O BOX 931898
ATLANTA, GA 31193-1898

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3783** | **Nonpriority creditor's name and mailing address** | $266.00

TRAPPER TRAILS CNCL #589
1200 EAST 5400 SOUTH
OGDEN, UT 84403-4599

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3784** | **Nonpriority creditor's name and mailing address** | $2,037.00

TRAVEL DOCUMENT SYSTEMS INC
1625 K STREET N.W.
WASHINGTON, DC 20006

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3785** | **Nonpriority creditor's name and mailing address** | $ Undetermined

TRAVELERS CASUALTY AND SURETY COMPANY
1 TOWER SQUARE
HARTFORD, CT 06183

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond No. 400HP4424 for the benefit of The State of New Mexico in the amount of $40,782

**Date or dates debt was incurred** 02/17/2020

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3786** | **Nonpriority creditor's name and mailing address** | $ Undetermined

TRAVELERS CASUALTY AND SURETY COMPANY
1 TOWER SQUARE
HARTFORD, CT 06183

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond No. 400GZ5290 for the benefit of The State of Colorado in the amount of $10,775

**Date or dates debt was incurred** 01/04/2020

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor     Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

---

**3.3787** | **Nonpriority creditor's name and mailing address** | $ Underlined Undetermined

TRAVELERS CASUALTY AND SURETY COMPANY
1 TOWER SQUARE
HARTFORD, CT 06183

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond No. 400HP4426 for the benefit of The State of Oregon in the amount of $3,000

**Date or dates debt was incurred** 02/22/2018

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3788** | **Nonpriority creditor's name and mailing address** | $ Undetermined

TRAVIS LEPPI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3789** | **Nonpriority creditor's name and mailing address** | $152,115.44

TRAVIS, HUGH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3790** | **Nonpriority creditor's name and mailing address** | $306,816.71

TRAVIS, HUGH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3791** | **Nonpriority creditor's name and mailing address** | $18.00

TREVOR LWIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3792** | **Nonpriority creditor's name and mailing address** | $1,611.47

TREY MORAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3793** | **Nonpriority creditor's name and mailing address** | $310.96

TRI M NGUYEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3794** | **Nonpriority creditor's name and mailing address** | $6,145.15

TRI-COUNTY ELECTRIC COOPERATIVE INC
P O BOX 961032
FORT WORTH, TX 76161-0032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3795** | **Nonpriority creditor's name and mailing address** | $73.00

TRINITY WORKS
P O BOX 12206
FT WORTH, TX 76110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3796** | **Nonpriority creditor's name and mailing address** | $165.00

TROOP 1000
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
Name

Case number (if known)    20-10343 (LSS)

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.3797    **Nonpriority creditor's name and mailing address**    $995.00

TROOP 102
C/O HEATHER MCCOY
8311 DAMASCUS
BOERNE, TX 78015

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

3.3798    **Nonpriority creditor's name and mailing address**    $860.00

TROOP 113895
C/O JOHN IRVINE
5494 FM 521 RD
BRAZORIA, TX 77422

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

3.3799    **Nonpriority creditor's name and mailing address**    $1,200.00

TROOP 113
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.3800    **Nonpriority creditor's name and mailing address**    $2,000.00

TROOP 1357
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.3801    **Nonpriority creditor's name and mailing address**    $1,812.50

TROOP 146; ATTN: MARK SHOEMAKER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number _(if known)_ | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3802** | **Nonpriority creditor's name and mailing address** | $100.00

TROOP 1460
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3803** | **Nonpriority creditor's name and mailing address** | $475.00

TROOP 148
8000 S WISLEY LN
BLOOMINGTON, IN 48401

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3804** | **Nonpriority creditor's name and mailing address** | $462.50

TROOP 153
42-19 WESTMORELAND ST
LITTLE NECK, NY 11363

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3805** | **Nonpriority creditor's name and mailing address** | $800.00

TROOP 1539
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3806** | **Nonpriority creditor's name and mailing address** | $200.00

TROOP 158
C/O JACK BOLINGER
421 DOVER DRIVE
LAFAYETTE, LA 70503

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3807** | **Nonpriority creditor's name and mailing address** | $881.25

TROOP 20
C/O DANIEL D LINDLEY
106 SHORE DR
PORTLAND, TX 78374

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3808** | **Nonpriority creditor's name and mailing address** | $1,420.00

TROOP 2
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3809** | **Nonpriority creditor's name and mailing address** | $300.00

TROOP 303
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3810** | **Nonpriority creditor's name and mailing address** | $9,780.00

TROOP 30
1502-B W 23RD
HOUSTON, TX 77008

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3811** | **Nonpriority creditor's name and mailing address** | $67.50

TROOP 327
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Boy Scouts of America
_____
Name

Case number *(if known)*   20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3812** | **Nonpriority creditor's name and mailing address** | $100.00

TROOP 333 - DERRICK JENKINS
2773 CARLENE CT
JACKSONVILLE, FL 32223

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3813** | **Nonpriority creditor's name and mailing address** | $465.85

TROOP 345
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3814** | **Nonpriority creditor's name and mailing address** | $300.00

TROOP 34
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3815** | **Nonpriority creditor's name and mailing address** | $300.00

TROOP 34
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3816** | **Nonpriority creditor's name and mailing address** | $700.00

TROOP 36
C/O CLINTON STOCKTON
126 MONTANA DRIVE
DANVILLE, CA 94526

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3817**  **Nonpriority creditor's name and mailing address**    $700.00

TROOP 400
C/O GIL MEDINA
4829 PACE PATRIOT BLVD
PACE, FL 32571

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3818**  **Nonpriority creditor's name and mailing address**    $100.00

TROOP 445
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3819**  **Nonpriority creditor's name and mailing address**    $500.00

TROOP 44
C/O CHRIS CHILDERS
3144 FERNS GLEN DR
TALLAHASSEE, FL 32309

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3820**  **Nonpriority creditor's name and mailing address**    $473.00

TROOP 454
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3821**  **Nonpriority creditor's name and mailing address**    $2,200.00

TROOP 46 C/O SCOTT MILKOVICH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3822** | **Nonpriority creditor's name and mailing address** | $906.00

TROOP 460
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number**

---

**3.3823** | **Nonpriority creditor's name and mailing address** | $800.00

TROOP 46
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number**

---

**3.3824** | **Nonpriority creditor's name and mailing address** | $870.00

TROOP 4
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number**

---

**3.3825** | **Nonpriority creditor's name and mailing address** | $80.00

TROOP 497
C/O BILL PITTS
2073 BEAR CREEK CROSSING
MCGREGOR, TX 76657

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

**Last 4 digits of account number**

---

**3.3826** | **Nonpriority creditor's name and mailing address** | $881.25

TROOP 501
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [X] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3827**  **Nonpriority creditor's name and mailing address**                                              $225.00

TROOP 504
C/O JEFFERY JOURDAN
216 WEKIVA COVE
DESTIN, FL 32541

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3828**  **Nonpriority creditor's name and mailing address**                                              $148.57

TROOP 554
1907 TRIPLE MAST CIR
LEAGUE CITY, TX 77573

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3829**  **Nonpriority creditor's name and mailing address**                                              $11,520.00

TROOP 57
1 EASTON CT
ORINDA, CA 94563

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3830**  **Nonpriority creditor's name and mailing address**                                              $870.00

TROOP 633
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3831**  **Nonpriority creditor's name and mailing address**                                              $870.00

TROOP 71
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number _(if known)_ | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3832** — **Nonpriority creditor's name and mailing address** — $925.00

TROOP 777
201 DISSPAYNE DR
NASHVILLE, TN 37214

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3833** — **Nonpriority creditor's name and mailing address** — $399.50

TROOP 815
C/O SCOT SANDLIN
4912 BRIARGROVE LANE
DALLAS, TX 75287

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3834** — **Nonpriority creditor's name and mailing address** — $812.50

TROOP 86
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3835** — **Nonpriority creditor's name and mailing address** — $6,580.00

TROOP 8
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3836** — **Nonpriority creditor's name and mailing address** — $250.00

TROOP 8
C/O CANDACE ROBINETT
2100 DEER TRAIL
JEFFERSON CITY, MO 65101

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.3837 | **Nonpriority creditor's name and mailing address** | $800.00

TROOP 9111
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.3838 | **Nonpriority creditor's name and mailing address** | $96.15

TROPHY CLUB COUNTRY CLUB
500 TROPHY CLUB DR
TROPHY CLUB, TX 76262

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.3839 | **Nonpriority creditor's name and mailing address** | $375.87

TROPHY CLUB MUDS
100 MUNCIPAL DR
TROPHY CLUB, TX 76262

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.3840 | **Nonpriority creditor's name and mailing address** | $676.78

TRUDEGREE
223 BACON ST
RATON, NM 87740

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.3841 | **Nonpriority creditor's name and mailing address** | $ Undetermined

TRUSTEES OF CAMP FAWCETT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Director & Officer Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor      Boy Scouts of America
            _____
            Name

Case number *(if known)* 20-10343 (LSS)
            _____

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | | **Amount of claim** |
|---|---|---|

**3.3842** | **Nonpriority creditor's name and mailing address** | $316.73

TSC APPAREL / GEORGIA TEES
P. O. BOX 632505
CINCINNATI, OH 45263-2505

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.3843** | **Nonpriority creditor's name and mailing address** | $57.00

TSC APPAREL / GEORGIA TEES
P. O. BOX 632050
CINCINNATI, OH 45263-2505

**As of the petition filing date, the claim is:**
*Check all that apply.*

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
[X] No
[ ] Yes

---

**3.3844** | **Nonpriority creditor's name and mailing address** | $589,471.08

TUGGLE, ROBERT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

[ ] Contingent
[X] Unliquidated
[ ] Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[ ] Yes

---

**3.3845** | **Nonpriority creditor's name and mailing address** | $27.00

TUKABATCHEE AREA CNCL#5
3067 CARTER HILL
PO BOX 11106
MONTGOMERY, AL36111-0106

**As of the petition filing date, the claim is:**
*Check all that apply.*

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[ ] Yes

---

**3.3846** | **Nonpriority creditor's name and mailing address** | $410.00

TUSCARORA CNCL #424
316 E WALNUT ST
PO BOX 1436
GOLDSBORO, NC 27533-1436

**As of the petition filing date, the claim is:**
*Check all that apply.*

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
[ ] No
[ ] Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3847** | **Nonpriority creditor's name and mailing address** | $61.50

TWIN CITY FILTER SERVICE INC
2529 25TH AVE SOUTH
MINNEAPOLIS, MN 55406

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3848** | **Nonpriority creditor's name and mailing address** | $1,755.00

TWIN RIVERS CNCL NO 364
253 WASHINGTON AVE
ALBANY, NY 12205-5504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3849** | **Nonpriority creditor's name and mailing address** | $954.00

TWIN VALLEY CNCL #283
810 MADISON AVE
MANKATO, MN 56001-6195

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3850** | **Nonpriority creditor's name and mailing address** | $300.00

TYLER HAIGH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3851** | **Nonpriority creditor's name and mailing address** | $10,000.00

U S POSTAL SERVICE
CMRS-PBP
PO BOX 0566
CAROL STREAM, IL 60132-0566

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3852**  **Nonpriority creditor's name and mailing address**                                                    $2,162.87

ULINE INC
ACCOUNTS RECEIVABLES
PO BOX 88741
CHICAGO, IL 60680-1741

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3853**  **Nonpriority creditor's name and mailing address**                                                    $386.63

UNI-SIM CORPORATION
PO BOX 1358
WINDHAM, ME 04062

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3854**  **Nonpriority creditor's name and mailing address**                                                    $272.82

UNIFI EQUIPMENT FINANCE INC
PO BOX 7365
ANN ARBOR, MI 48107-7365

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3855**  **Nonpriority creditor's name and mailing address**                                                    $21,958.27

UNITED HEALTHCARE
22703 NETWORK PLACE
CHICAGO, IL 60673-1227

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3856**  **Nonpriority creditor's name and mailing address**                                                    $4,171.55

UNITED PARCEL SERVICE
55 GLENLAKE PKWY NE
ATLANTA, GA 30328

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor  Boy Scouts of America
Name

Case number *(if known)*  20-10343 (LSS)

**Part 2:**  **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

**3.3857** Nonpriority creditor's name and mailing address $15,000.00

UNITED STATES NAVAL ACADEMY
COMPTROLLER DEPARTMENT
181 WAINWRIGHT RD
ANNAPOLIS, MD 21402

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Various

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

**3.3858** Nonpriority creditor's name and mailing address $5,000.00

UNIVERSITY OF CINCINNATI
ATTN: STUDENT ACCOUNTS OFFICE
PO BOX 210125
CINCINNATI, OH 45221-0125

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Various

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

**3.3859** Nonpriority creditor's name and mailing address $5,000.00

UNIVERSITY OF TEXAS AT AUSTIN
ATTN OFFICE OF STUDENT FINANCIAL SERVICES
100 W DEAN KEETON ST, E3700
AUSTIN, TX 78712

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Various

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

**3.3860** Nonpriority creditor's name and mailing address $18,466.81

UNUM LIFE INSURANCE COMPANY OF AMERICA
P O BOX 406946
ATLANTA, GA 30384-6946

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Various

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

**3.3861** Nonpriority creditor's name and mailing address $8,011.53

UPPER LAKES FOODS INC
VIKING BUILDING
801 INDUSTRY AVE
CLOQUET, MN 55720

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Various

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3862** | **Nonpriority creditor's name and mailing address** | **$228.20**

UPS-PHILADELPHIA
PO BOX 7247-0244
PHILADELPHIA, PA 19170-0001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3863** | **Nonpriority creditor's name and mailing address** | **$73.88**

UPS
LOCKBOX 577
CAROL STREAM, IL 60132-0577

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3864** | **Nonpriority creditor's name and mailing address** | **$50.09**

US FOODS INC
PO BOX 281838
ATLANTA, GA 30384-1838

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3865** | **Nonpriority creditor's name and mailing address** | **$2,763.90**

USDA FOREST SERVICE
US BANK
PO BOX 6200-09
PORTLAND, OR 97228-6200

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3866** | **Nonpriority creditor's name and mailing address** | **$230.00**

USI INSURANCE SERVICES LLC
100 SUMMIT LAKE DR, STE 400
VALHALLA, NY 10595

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 824 of 878

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| 3.3867 | **Nonpriority creditor's name and mailing address** | $4,678.53 |

USPS DISBURSING OFFICE
ACCOUNTING SERVICE CENTER
PO BOX 21666
EAGAN, MN 55121-0666

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| 3.3868 | **Nonpriority creditor's name and mailing address** | $222.72 |

UST BRAND
PO BOX 95000-1007
PHILADELPHIA, PA 19195-1107

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| 3.3869 | **Nonpriority creditor's name and mailing address** | $38,186.28 |

UTAH NATIONAL PARKS CNCL#591
748 N 1340 WEST
OREM, UT 84057

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| 3.3870 | **Nonpriority creditor's name and mailing address** | $4,667.60 |

VALUTEC
113 SEABOARD LN, STE A-200
FRANKLIN, TN 37067-4830

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| | | |
|---|---|---|
| 3.3871 | **Nonpriority creditor's name and mailing address** | $13,129.98 |

VALUTEC
113 SEABOARD LANE STE A-200
FRANKLIN, TN 37067

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

Debtor    Boy Scouts of America
_____
Name

Case number (if known)    20-10343 (LSS)
_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3872**  **Nonpriority creditor's name and mailing address**                                    $3,590.00

VANGUARD MODULAR BUILDING SYSTEMS LLC
3 GREAT VALLEY PKWY, STE170
MALVERN, PA 19355

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3873**  **Nonpriority creditor's name and mailing address**                                    $755.25

VARI SALES CORPORATION
1221 S BELT LINE RD, STE 500
COPPELL, TX 75019

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3874**  **Nonpriority creditor's name and mailing address**                                    $371,520.74

VARNELL, THOMAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Local Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3875**  **Nonpriority creditor's name and mailing address**                                    $397,582.81

VARNELL, THOMAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3876**  **Nonpriority creditor's name and mailing address**                                    $1,836.00

VENTURA COUNTY CNCL #57
509 E DAILY DRIVE
CAMARILLO, CA 93010

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3877**  **Nonpriority creditor's name and mailing address**  $275.00

VENTURE CREW 100
4339 35TH AVE W
SEATTLE, WA 98199

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3878**  **Nonpriority creditor's name and mailing address**  $400.00

VENTURE CREW 2015
C/O ERNEST CRAWFORD
360 COTTAGE PLACE
RUSSELL, PA 16345

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3879**  **Nonpriority creditor's name and mailing address**  $1,450.00

VENTURE CREW 305
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3880**  **Nonpriority creditor's name and mailing address**  $300.00

VENTURING CREW 276
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3881**  **Nonpriority creditor's name and mailing address**  $252.00

VERDUGO HILLS CNCL #58
1325 GRANDVIEW AVE
GLENDALE, CA 91201-2297

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3882** | **Nonpriority creditor's name and mailing address** | $400.00

VERISTITCH INC
PO BOX 106
TERRELL, NC 28682

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3883** | **Nonpriority creditor's name and mailing address** | $1,045.97

VERIZON WIRELESS
P O BOX 660108
DALLAS, TX 75266-0108

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3884** | **Nonpriority creditor's name and mailing address** | $1.60

VERN WITHERBEE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3885** | **Nonpriority creditor's name and mailing address** | $522.00

VERNIS & BOWLING OF THE FL KEYS
1680 NE 135TH ST
MIAMI, FL 33181

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3886** | **Nonpriority creditor's name and mailing address** | $ Undetermined

VERNON WUNNENBERG
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor        Boy Scouts of America
_____
              Name

Case number *(if known)* __20-10343 (LSS)__

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

---

| 3.3887 | **Nonpriority creditor's name and mailing address** | $12,734.88 |
|---|---|---|

VF OUTDOOR / SMARTWOOL
VF OUTDOOR, INC
32842 COLLECTION CENTER DR
CHICAGO, IL 60693-0328

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3888 | **Nonpriority creditor's name and mailing address** | $471.66 |
|---|---|---|

VF OUTDOOR INC
13911 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3889 | **Nonpriority creditor's name and mailing address** | $1,053.12 |
|---|---|---|

VI BUREAU OF INTERNAL REVENUE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3890 | **Nonpriority creditor's name and mailing address** | $15.24 |
|---|---|---|

VICKEY KALAMBAKAL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3891 | **Nonpriority creditor's name and mailing address** | $100.00 |
|---|---|---|

VICTORIA E NAVARO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3892**  | **Nonpriority creditor's name and mailing address** | | $7,250.00

VIGNA INFORMATION SYSTEM LLC
5105 MYSTIC HOLLOW CT
FLOWER MOUND, TX 75028

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3893** | **Nonpriority creditor's name and mailing address** | | $118.20

VILLAGE OF CIMARRON
PO BOX 654
CIMARRON, NM 87714

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3894** | **Nonpriority creditor's name and mailing address** | | $95,778.33

VINSON & ELKINS LLP
PO BOX 301019
DALLAS, TX 75303-1019

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3895** | **Nonpriority creditor's name and mailing address** | | $7,257.60

VISTA OUTDOOR SALES LLC
DBA GOLD TIP
9200 CODY
OVERLAND PARK, KS 66214

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3896** | **Nonpriority creditor's name and mailing address** | | $46.80

VIVIAN SKINNER
, TX

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor  Boy Scouts of America
        Name

Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3897**  **Nonpriority creditor's name and mailing address**                                $276.00

VORTEX COLORADO INC
FILE 1525
1801 W OLYMPIC BLVD
PASADENA, CA 91199-1525

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3898**  **Nonpriority creditor's name and mailing address**                              $3,653.16

VOYAGEURS AREA CNCL#286
3877 STEBNER RD
HERMANTOWN, MN 55811-1733

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3899**  **Nonpriority creditor's name and mailing address**                                $600.00

VP'S PORTABLE TOILETS
BOX 315
ELY, MN55731

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3900**  **Nonpriority creditor's name and mailing address**                              $2,315.87

VTEX COMMERCE CLOUD SOLUTIONS
501 E LAS OLAS BLVD, 3RD FL VTEX
FT LAUDERDALE, FL 33301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3901**  **Nonpriority creditor's name and mailing address**                              $1,420.97

W D BOYCE CNCL #138
614 N E MADISON
PEORIA, IL 61603-3886

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)* 20-10343 (LSS)

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.3902 | **Nonpriority creditor's name and mailing address** | | $65.00 |
|---|---|---|---|

W V SECRETARY OF STATE
1615 E WASHINGTON ST
CHARLESTON, WV 25311

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3903 | **Nonpriority creditor's name and mailing address** | | $166.45 |
|---|---|---|---|

WADE JOHNSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3904 | **Nonpriority creditor's name and mailing address** | | $408.94 |
|---|---|---|---|

WAGEWORKS INC
1100 PARK PL, STE 400
SAN MATEO, CA 94403

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3905 | **Nonpriority creditor's name and mailing address** | | $7,987.02 |
|---|---|---|---|

WAITING ROOM SUBSCRIPTION SERVICES LLC
653 W FALLBROOK AVE, STE 101
FRESNO, CA 93711

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3906 | **Nonpriority creditor's name and mailing address** | | $37,680.58 |
|---|---|---|---|

WALLACE, FREDERICK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor     Boy Scouts of America
_____
Name

Case number *(if known)* 20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3907** | **Nonpriority creditor's name and mailing address** | $269.19

WALMART- WV
204 TOWN CENTER RD
FAYETTEVILLE, WV 25840

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3908** | **Nonpriority creditor's name and mailing address** | $150.00

WARREN FIELDS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3909** | **Nonpriority creditor's name and mailing address** | $1,610.11

WASHINGTON CROSSING CNCL #777
1 SCOUT WAY
DOYLESTOWN, PA 18901-4915

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3910** | **Nonpriority creditor's name and mailing address** | $309.80

WASTE MANAGEMENT
PO BOX 13648
PHILADELPHIA, PA 19101-3648

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3911** | **Nonpriority creditor's name and mailing address** | $587.74

WASTE MANAGEMENT
WM DALLAS
PO BOX 660345
DALLAS, TX 75266

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3912**  **Nonpriority creditor's name and mailing address**                                                $26,931.78

WATER & WOODS FSC #782
4205 E COURT ST
BURTON, MI 48509-1719

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3913**  **Nonpriority creditor's name and mailing address**                                                $3,285.61

WATSON, HAROLD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Deferred Compensation Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3914**  **Nonpriority creditor's name and mailing address**                                            $ Undetermined

WAYNE FARRAR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Director & Officer Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3915**  **Nonpriority creditor's name and mailing address**                                                $89.00

WELLS FARGO VENDOR FIN SERV
PO BOX 70239
PHILADELPHIA, PA 19178-0239

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3916**  **Nonpriority creditor's name and mailing address**                                                $81.00

WEST TENNESSEE CNCL #559
1995 HOLLYWOOD DR
JACKSON, TN 38305-4325

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor      Boy Scouts of America
                    Name

Case number (if known)    20-10343 (LSS)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.3917 | **Nonpriority creditor's name and mailing address** | $377.10

WEST VIRGINIA AMERICAN WATER
PO BOX 2738
CAMDEN, NJ 08120

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.3918 | **Nonpriority creditor's name and mailing address** | $180.00

WEST VIRGINIA DIVISION OF LABOR
1900 KANAWHA BLVD E
STATE CAPITOL COMPLEX, BLDG3, RM 200
CHARLESTON, WV 25305

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.3919 | **Nonpriority creditor's name and mailing address** | $131.15

WEST VIRGINIA FORESTRY ASSOCIATION
2008 QUARRIER ST
CHARLESTON, WV 25311

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.3920 | **Nonpriority creditor's name and mailing address** | $4,452.00

WESTARK AREA CNCL#16
1401 OLD GREENWOOD RD
FORT SMITH, AR 72901

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.3921 | **Nonpriority creditor's name and mailing address** | $711.00

WESTCAVE PRINTING CORPORATION
DBA: HORIZON PRINTING
2111 GRAND AVENUE PKWY
AUSTIN, TX 78728

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 835 of 878

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3922**

**Nonpriority creditor's name and mailing address**   $1,152.42

WESTCHESTER-PUTNAM CNCL #388
41 SAW MILL RIVER RD
HAWTHORNE, NY 10532-1519

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3923**

**Nonpriority creditor's name and mailing address**   $460.75

WESTERN LOS ANGELES COUNTY CNCL #51
16525 SHERMAN WAY, STE C8
VAN NUYS, CA 91406-3753

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3924**

**Nonpriority creditor's name and mailing address**   $105.00

WESTERN MASSACHUSETTS CNCL #234
1 ARCH ROAD, SUITE 5
WESTFIELD, MA 01085

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3925**

**Nonpriority creditor's name and mailing address**   $207.10

WHITE OAK PUBLIC SERVICE DISTRICT
PO BOX 358
SCARBRO, WV 25917-0358

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3926**

**Nonpriority creditor's name and mailing address**   $38,322.38

WHITE WILDERNESS INC
PO BOX 727
ELY, MN 55731-0727

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* 20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3927** | **Nonpriority creditor's name and mailing address** | $32.69

WIDEOPENWEST INC
DBA WOW BUSINESS
1241 OG SKINNER DR
WEST POINT, GA 31833

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3928** | **Nonpriority creditor's name and mailing address** | $1,752.50

WILD MOUNTAIN SOAP COMPANY LLC
523 HINKLE RD, STE A
FAYETTEVILLE, WV 25840

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3929** | **Nonpriority creditor's name and mailing address** | $349.50

WILDROSE GRAPHICS
PO BOX 3945
SPOKANE, WA 99220-3945

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3930** | **Nonpriority creditor's name and mailing address** | $10.00

WILL CALHOUN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3931** | **Nonpriority creditor's name and mailing address** | $208.09

WILLIAM C DIBBLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3932** | Nonpriority creditor's name and mailing address | $308.15

WILLIAM MILLER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3933** | Nonpriority creditor's name and mailing address | $ Undetermined

WILLIAM PUGH JR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3934** | Nonpriority creditor's name and mailing address | $ Undetermined

WILLIAM RISH JR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3935** | Nonpriority creditor's name and mailing address | $21.80

WILLIAM ROWAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3936** | Nonpriority creditor's name and mailing address | $84.38

WILLIAM STARK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3937** | **Nonpriority creditor's name and mailing address** | $5.00

WILLIAM STEWART
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3938** | **Nonpriority creditor's name and mailing address** | $10.00

WILLIAM VEENSTRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3939** | **Nonpriority creditor's name and mailing address** | $2,927.05

WILLIAM W WILLIAMS JR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3940** | **Nonpriority creditor's name and mailing address** | $2,386,986.12

WILLIAMS, ROY L
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** National Council Restoration Plan Claim

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3941** | **Nonpriority creditor's name and mailing address** | $1,758.62

WILSHIRE ASSOCIATES INC
ATTN ACCOUNTS RECEIVABLES
1299 OCEAN AVENUE SUITE 700
SANTA MONICA, CA 90401-1085

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3942** | **Nonpriority creditor's name and mailing address** | $1,565.00

WILSON SAFE COMPANY
3031 ISLAND AVE. PO BOX 5310
PO BOX 5310
PHILADELPHIA, PA 19153

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3943** | **Nonpriority creditor's name and mailing address** | $148.70

WINDSTREAM COMMUNICATIONS INC
PO BOX 9001908
LOUISVILLE, KY 40290-1908

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3944** | **Nonpriority creditor's name and mailing address** | $134.80

WINDSTREAM HOLDINGS INC
4001 N RODNEY PARHAM RD
LITTLE ROCK, AR 72212-2442

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3945** | **Nonpriority creditor's name and mailing address** | $4,294.00

WINDY DAY PLUMBING CO INC
82891 OVERSEAS HWY
PO BOX 569
ISLAMORADA, FL 33036

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.3946** | **Nonpriority creditor's name and mailing address** | $1,286.16

WINGATE BY WYNDHAM 1-77 & TYVOLA
CHARLOTTE AIRPORT SOUTH
6050 TYVOLA GLEN CIRCLE
CHARLOTTE, NC 28217

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor __Boy Scouts of America_____    Case number *(if known)* __20-10343 (LSS)__
　　　　　Name

---

**Part 2:**　**Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

---

**3.3947** | **Nonpriority creditor's name and mailing address** | **$380.97**

WINNEBAGO CNCL #173
2929 AIRPORT BLVD.
WATERLOO, IA 50703-9627

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.3948** | **Nonpriority creditor's name and mailing address** | **$0.05**

WOODROW GORDON BATTEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.3949** | **Nonpriority creditor's name and mailing address** | **$ Undetermined**

WORKER'S COMP CLAIMANT #100
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.3950** | **Nonpriority creditor's name and mailing address** | **$ Undetermined**

WORKER'S COMP CLAIMANT #101
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.3951** | **Nonpriority creditor's name and mailing address** | **$ Undetermined**

WORKER'S COMP CLAIMANT #102
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 841 of 878

Debtor   Boy Scouts of America
         _____
         Name

Case number *(if known)* __20-10343 (LSS)__

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3952**  **Nonpriority creditor's name and mailing address**                                                        $ Underdetermined

WORKER'S COMP CLAIMANT #103
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3953**  **Nonpriority creditor's name and mailing address**                                                        $ Underdetermined

WORKER'S COMP CLAIMANT #104
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3954**  **Nonpriority creditor's name and mailing address**                                                        $ Underdetermined

WORKER'S COMP CLAIMANT #105
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3955**  **Nonpriority creditor's name and mailing address**                                                        $ Underdetermined

WORKER'S COMP CLAIMANT #106
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3956**  **Nonpriority creditor's name and mailing address**                                                        $ Underdetermined

WORKER'S COMP CLAIMANT #107
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3957** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKER'S COMP CLAIMANT #108
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3958** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKER'S COMP CLAIMANT #10
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3959** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKER'S COMP CLAIMANT #109
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3960** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKER'S COMP CLAIMANT #110
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3961** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKER'S COMP CLAIMANT #111
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|--------|----------------------|--------------------------|----------------|
|        | Name                 |                          |                |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.3962 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|--------|------|------|------|

WORKER'S COMP CLAIMANT #112
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3963 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|--------|------|------|------|

WORKER'S COMP CLAIMANT #11
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3964 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|--------|------|------|------|

WORKER'S COMP CLAIMANT #12
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3965 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|--------|------|------|------|

WORKER'S COMP CLAIMANT #13
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3966 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|--------|------|------|------|

WORKER'S COMP CLAIMANT #14
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor  Boy Scouts of America
Name

Case number *(if known)*  20-10343 (LSS)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3967** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKER'S COMP CLAIMANT #15
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3968** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKER'S COMP CLAIMANT #16
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3969** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKER'S COMP CLAIMANT #17
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3970** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKER'S COMP CLAIMANT #18
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3971** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKER'S COMP CLAIMANT #1
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Boy Scouts of America
         _____
         Name

Case number *(if known)*   20-10343 (LSS)
                           _____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.3972   **Nonpriority creditor's name and mailing address**                          $ Underigned

WORKER'S COMP CLAIMANT #19
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.3973   **Nonpriority creditor's name and mailing address**                          $ Undetermined

WORKER'S COMP CLAIMANT #20
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.3974   **Nonpriority creditor's name and mailing address**                          $ Undetermined

WORKER'S COMP CLAIMANT #21
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.3975   **Nonpriority creditor's name and mailing address**                          $ Undetermined

WORKER'S COMP CLAIMANT #22
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.3976   **Nonpriority creditor's name and mailing address**                          $ Undetermined

WORKER'S COMP CLAIMANT #23
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor ___Boy Scouts of America_____    Case number *(if known)* ___20-10343 (LSS)___
     Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.3977 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

WORKER'S COMP CLAIMANT #24
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3978 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

WORKER'S COMP CLAIMANT #25
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3979 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

WORKER'S COMP CLAIMANT #26
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3980 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

WORKER'S COMP CLAIMANT #27
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3981 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

WORKER'S COMP CLAIMANT #28
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* 20-10343 (LSS)
_____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.3982 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|--------|-----------------------------------------------------|----------------|

WORKER'S COMP CLAIMANT #2
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3983 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|--------|-----------------------------------------------------|----------------|

WORKER'S COMP CLAIMANT #29
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3984 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|--------|-----------------------------------------------------|----------------|

WORKER'S COMP CLAIMANT #30
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3985 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|--------|-----------------------------------------------------|----------------|

WORKER'S COMP CLAIMANT #31
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3986 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|--------|-----------------------------------------------------|----------------|

WORKER'S COMP CLAIMANT #32
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.3987**    **Nonpriority creditor's name and mailing address**        $ Undetermined

WORKER'S COMP CLAIMANT #33
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3988**    **Nonpriority creditor's name and mailing address**        $ Undetermined

WORKER'S COMP CLAIMANT #34
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3989**    **Nonpriority creditor's name and mailing address**        $ Undetermined

WORKER'S COMP CLAIMANT #35
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3990**    **Nonpriority creditor's name and mailing address**        $ Undetermined

WORKER'S COMP CLAIMANT #36
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.3991**    **Nonpriority creditor's name and mailing address**        $ Undetermined

WORKER'S COMP CLAIMANT #37
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor      Boy Scouts of America
_____
            Name

Case number *(if known)* ___20-10343 (LSS)___

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.3992 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|--------|----|----|

WORKER'S COMP CLAIMANT #38
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3993 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|--------|----|----|

WORKER'S COMP CLAIMANT #3
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3994 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|--------|----|----|

WORKER'S COMP CLAIMANT #39
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3995 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|--------|----|----|

WORKER'S COMP CLAIMANT #40
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.3996 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|--------|----|----|

WORKER'S COMP CLAIMANT #41
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*    20-10343 (LSS)

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

**3.3997** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKER'S COMP CLAIMANT #42
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3998** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKER'S COMP CLAIMANT #43
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3999** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKER'S COMP CLAIMANT #44
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.4000** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKER'S COMP CLAIMANT #45
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.4001** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKER'S COMP CLAIMANT #46
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)* 20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.4002**  **Nonpriority creditor's name and mailing address**                                                       $ Underined

WORKER'S COMP CLAIMANT #47
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.4003**  **Nonpriority creditor's name and mailing address**                                                       $ Undetermined

WORKER'S COMP CLAIMANT #48
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.4004**  **Nonpriority creditor's name and mailing address**                                                       $ Undetermined

WORKER'S COMP CLAIMANT #4
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.4005**  **Nonpriority creditor's name and mailing address**                                                       $ Undetermined

WORKER'S COMP CLAIMANT #49
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.4006**  **Nonpriority creditor's name and mailing address**                                                       $ Undetermined

WORKER'S COMP CLAIMANT #50
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)* ___20-10343 (LSS)___

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.4007**  **Nonpriority creditor's name and mailing address**    $ Undetermined

WORKER'S COMP CLAIMANT #51
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.4008**  **Nonpriority creditor's name and mailing address**    $ Undetermined

WORKER'S COMP CLAIMANT #52
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.4009**  **Nonpriority creditor's name and mailing address**    $ Undetermined

WORKER'S COMP CLAIMANT #53
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.4010**  **Nonpriority creditor's name and mailing address**    $ Undetermined

WORKER'S COMP CLAIMANT #54
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.4011**  **Nonpriority creditor's name and mailing address**    $ Undetermined

WORKER'S COMP CLAIMANT #55
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.4012**   **Nonpriority creditor's name and mailing address**                                    $ Underdetermined

WORKER'S COMP CLAIMANT #56
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.4013**   **Nonpriority creditor's name and mailing address**                                    $ Undetermined

WORKER'S COMP CLAIMANT #57
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.4014**   **Nonpriority creditor's name and mailing address**                                    $ Undetermined

WORKER'S COMP CLAIMANT #58
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.4015**   **Nonpriority creditor's name and mailing address**                                    $ Undetermined

WORKER'S COMP CLAIMANT #5
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.4016**   **Nonpriority creditor's name and mailing address**                                    $ Undetermined

WORKER'S COMP CLAIMANT #59
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____    Case number *(if known)*  20-10343 (LSS)
Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.4017   **Nonpriority creditor's name and mailing address**                                    $ Undetermined

WORKER'S COMP CLAIMANT #60
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**
☒ No
☐ Yes

---

3.4018   **Nonpriority creditor's name and mailing address**                                    $ Undetermined

WORKER'S COMP CLAIMANT #61
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**
☒ No
☐ Yes

---

3.4019   **Nonpriority creditor's name and mailing address**                                    $ Undetermined

WORKER'S COMP CLAIMANT #62
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**
☒ No
☐ Yes

---

3.4020   **Nonpriority creditor's name and mailing address**                                    $ Undetermined

WORKER'S COMP CLAIMANT #63
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**
☒ No
☐ Yes

---

3.4021   **Nonpriority creditor's name and mailing address**                                    $ Undetermined

WORKER'S COMP CLAIMANT #64
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined    **Is the claim subject to offset?**

**Last 4 digits of account number**
☒ No
☐ Yes

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.4022** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKER'S COMP CLAIMANT #65
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.4023** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKER'S COMP CLAIMANT #66
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.4024** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKER'S COMP CLAIMANT #67
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.4025** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKER'S COMP CLAIMANT #68
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.4026** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKER'S COMP CLAIMANT #6
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)
_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.4027**  **Nonpriority creditor's name and mailing address**   $ Undetermined

WORKER'S COMP CLAIMANT #69
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.4028**  **Nonpriority creditor's name and mailing address**   $ Undetermined

WORKER'S COMP CLAIMANT #70
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.4029**  **Nonpriority creditor's name and mailing address**   $ Undetermined

WORKER'S COMP CLAIMANT #71
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.4030**  **Nonpriority creditor's name and mailing address**   $ Undetermined

WORKER'S COMP CLAIMANT #72
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.4031**  **Nonpriority creditor's name and mailing address**   $ Undetermined

WORKER'S COMP CLAIMANT #73
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.4032 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|--------|------|------|

WORKER'S COMP CLAIMANT #74
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.4033 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|--------|------|------|

WORKER'S COMP CLAIMANT #75
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.4034 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|--------|------|------|

WORKER'S COMP CLAIMANT #76
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.4035 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|--------|------|------|

WORKER'S COMP CLAIMANT #77
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.4036 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|--------|------|------|

WORKER'S COMP CLAIMANT #78
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.4037   **Nonpriority creditor's name and mailing address**                                   $ Undetermined

WORKER'S COMP CLAIMANT #7
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

3.4038   **Nonpriority creditor's name and mailing address**                                   $ Undetermined

WORKER'S COMP CLAIMANT #79
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

3.4039   **Nonpriority creditor's name and mailing address**                                   $ Undetermined

WORKER'S COMP CLAIMANT #80
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

3.4040   **Nonpriority creditor's name and mailing address**                                   $ Undetermined

WORKER'S COMP CLAIMANT #81
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

3.4041   **Nonpriority creditor's name and mailing address**                                   $ Undetermined

WORKER'S COMP CLAIMANT #82
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.4042 | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKER'S COMP CLAIMANT #83
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.4043 | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKER'S COMP CLAIMANT #84
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.4044 | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKER'S COMP CLAIMANT #85
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.4045 | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKER'S COMP CLAIMANT #86
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.4046 | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKER'S COMP CLAIMANT #87
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.4047** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKER'S COMP CLAIMANT #88
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.4048** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKER'S COMP CLAIMANT #8
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.4049** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKER'S COMP CLAIMANT #89
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.4050** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKER'S COMP CLAIMANT #90
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.4051** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKER'S COMP CLAIMANT #91
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor  __Boy Scouts of America_____  Case number *(if known)* __20-10343 (LSS)___
     Name

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                              **Amount of claim**

---

**3.4052** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKER'S COMP CLAIMANT #92
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.4053** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKER'S COMP CLAIMANT #93
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.4054** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKER'S COMP CLAIMANT #94
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.4055** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKER'S COMP CLAIMANT #95
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.4056** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WORKER'S COMP CLAIMANT #96
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.4057**   **Nonpriority creditor's name and mailing address**    $ Undetermined

WORKER'S COMP CLAIMANT #97
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.4058**   **Nonpriority creditor's name and mailing address**    $ Undetermined

WORKER'S COMP CLAIMANT #98
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.4059**   **Nonpriority creditor's name and mailing address**    $ Undetermined

WORKER'S COMP CLAIMANT #9
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.4060**   **Nonpriority creditor's name and mailing address**    $ Undetermined

WORKER'S COMP CLAIMANT #99
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Worker's Compensation Claim

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.4061**   **Nonpriority creditor's name and mailing address**    $150.00

WORKING THROUGH INC
4568 S HIGHLAND DR, STE 100
SALT LAKE CITY, UT 84117-4234

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Boy Scouts of America
         _____
         Name

Case number *(if known)*   20-10343 (LSS)
                           _____

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

---

**3.4062** | **Nonpriority creditor's name and mailing address** | $1,770.00

WORKPLACE SOLUTIONS
2651 NORTH HARWOOD, SUITE 300
DALLAS, TX 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.4063** | **Nonpriority creditor's name and mailing address** | $1,257.50

WORLD WIDE PRODUCTS COMPANY
239 FOURTH STREET
POTTSBORO, TX 75076

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.4064** | **Nonpriority creditor's name and mailing address** | $230.00

WVU INSTITUTE OF TECHNOLOGY
1 WATERFRONT PL, PO BOX 6005
MORGANTOWN, WV 26506-6005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.4065** | **Nonpriority creditor's name and mailing address** | $24.00

WYATT W SHEFFIELD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.4066** | **Nonpriority creditor's name and mailing address** | $749.90

XCEL ENERGY
P.O. BOX 9477
MINNEAPOLIS, MN 55484-9477

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 864 of 878

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.4067**  **Nonpriority creditor's name and mailing address**                                                        $867.80

XEROX CORP
P O BOX 827598
PHILADELPHIA, PA 19182-7598

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.4068**  **Nonpriority creditor's name and mailing address**                                                        $467.17

XEROX CORPORATION
P O BOX 802555
CHICAGO, IL 60680-2555

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.4069**  **Nonpriority creditor's name and mailing address**                                                        $4,695.09

YALE CAROLINAS INC
DBA: WHEELER MATERIAL HANDLING
9839 S TRYON STREET
CHARLOTTE, NC 28273

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.4070**  **Nonpriority creditor's name and mailing address**                                                        $165.00

YOCONA AREA CNCL#748
505 AIR PARK RD
TUPELO, MS 38801

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.4071**  **Nonpriority creditor's name and mailing address**                                                        $243.37

YRC
PO BOX 730375
DALLAS, TX 75373-0375

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Boy Scouts of America
         _____
         Name

Case number *(if known)*  20-10343 (LSS)

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

---

**3.4072** | **Nonpriority creditor's name and mailing address** | $2,688.00

YUCCA CNCL #573
P O BOX 971056
7601 LOCKHEED DR
EL PASO, TX 79997-1056

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.4073** | **Nonpriority creditor's name and mailing address** | $130.00

YUNICA MALDONADO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

**3.4074** | **Nonpriority creditor's name and mailing address** | $476.50

ZELLER'S CLEANERS
401 SOUTH 2ND STREET
RATON, NM 87740

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.4075** | **Nonpriority creditor's name and mailing address** | $15,241.32

ZIA NATURAL GAS COMPANY
707 SHORT DRIVE
P. O. BOX 888
RUIDOSO DOWNS, NM 88346

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.4076** | **Nonpriority creditor's name and mailing address** | $2,185.31

ZIPRECRUITTER
604 ARIZONA AVE
SANTA MONICA, CA 90401

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.4077** | **Nonpriority creditor's name and mailing address** | $ Undetermined

ZORRO RAGSDALE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** General Liability - Personal Injury Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.4078** | **Nonpriority creditor's name and mailing address** | $1,188.00

ZUMA & SONS DISTRIBUTOR CORP
10800 NW 100 ST, STE 1
MIAMI, FL 33178

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.4079** | **Nonpriority creditor's name and mailing address** | $4,466.92

ZUP'S FOOD MARKET
303 EAST SHERIDAN STREET
ELY, MN55731

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Boy Scouts of America
Name

Case number *(if known)*    20-10343 (LSS)

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 1  DOE CLAIMANT 1861<br>ADDRESS ON FILE | Line 2633<br><br>☐ Not listed. Explain _____ | |
| 2  DOE CLAIMANT 1862<br>ADDRESS ON FILE | Line 1019<br><br>☐ Not listed. Explain _____ | |
| 3  DOE CLAIMANT 1862<br>ADDRESS ON FILE | Line 1509<br><br>☐ Not listed. Explain _____ | |
| 4  DOE CLAIMANT 1863<br>ADDRESS ON FILE | Line 2659<br><br>☐ Not listed. Explain _____ | |
| 5  DOE CLAIMANT 1864<br>ADDRESS ON FILE | Line 1459<br><br>☐ Not listed. Explain _____ | |
| 6  DOE CLAIMANT 1864<br>ADDRESS ON FILE | Line 1510<br><br>☐ Not listed. Explain _____ | |
| 7  DOE CLAIMANT 1865<br>ADDRESS ON FILE | Line 602<br><br>☐ Not listed. Explain _____ | |

Debtor    Boy Scouts of America    Case number *(if known)*  20-10343 (LSS)
_____    _____
Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------------------------|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|--------------------------------------------------------------------------|------------------------------------------|
| 8  DOE CLAIMANT 1866<br>ADDRESS ON FILE | Line 813<br>☐ Not listed. Explain _____ | |
| 9  DOE CLAIMANT 1867<br>ADDRESS ON FILE | Line 1504<br>☐ Not listed. Explain _____ | |
| 10  DOE CLAIMANT 1867<br>ADDRESS ON FILE | Line 1511<br>☐ Not listed. Explain _____ | |
| 11  DOE CLAIMANT 1868<br>ADDRESS ON FILE | Line 1578<br>☐ Not listed. Explain _____ | |
| 12  DOE CLAIMANT 1870<br>ADDRESS ON FILE | Line 633<br>☐ Not listed. Explain _____ | |
| 13  DOE CLAIMANT 1871<br>ADDRESS ON FILE | Line 929<br>☐ Not listed. Explain _____ | |
| 14  DOE CLAIMANT 1872<br>ADDRESS ON FILE | Line 1455<br>☐ Not listed. Explain _____ | |
| 15  DOE CLAIMANT 1873<br>ADDRESS ON FILE | Line 1259<br>☐ Not listed. Explain _____ | |
| 16  DOE CLAIMANT 1874<br>ADDRESS ON FILE | Line 1339<br>☐ Not listed. Explain _____ | |
| 17  DOE CLAIMANT 1875<br>ADDRESS ON FILE | Line 2176<br>☐ Not listed. Explain _____ | |

Debtor _____Boy Scouts of America_____
        Name

Case number *(if known)* __20-10343 (LSS)__

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 18 DOE CLAIMANT 1876<br>ADDRESS ON FILE | Line 684<br>☐ Not listed. Explain _____ | |
| 19 DOE CLAIMANT 1877<br>ADDRESS ON FILE | Line 2671<br>☐ Not listed. Explain _____ | |
| 20 DOE CLAIMANT 1878<br>ADDRESS ON FILE | Line 1164<br>☐ Not listed. Explain _____ | |
| 21 DOE CLAIMANT 1879<br>ADDRESS ON FILE | Line 682<br>☐ Not listed. Explain _____ | |
| 22 DOE CLAIMANT 1880<br>ADDRESS ON FILE | Line 2325<br>☐ Not listed. Explain _____ | |
| 23 DOE CLAIMANT 1881<br>ADDRESS ON FILE | Line 2139<br>☐ Not listed. Explain _____ | |
| 24 DOE CLAIMANT 1881<br>ADDRESS ON FILE | Line 1526<br>☐ Not listed. Explain _____ | |
| 25 DOE CLAIMANT 1882<br>ADDRESS ON FILE | Line 693<br>☐ Not listed. Explain _____ | |
| 26 DOE CLAIMANT 1883<br>ADDRESS ON FILE | Line 2130<br>☐ Not listed. Explain _____ | |
| 27 DOE CLAIMANT 1884<br>ADDRESS ON FILE | Line 2256<br>☐ Not listed. Explain _____ | |

Debtor      Boy Scouts of America
            Name

Case number (if known)   20-10343 (LSS)

**Part 3:     Additional Page for Others to Be Notified About Unsecured Claims**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 28 DOE CLAIMANT 1885<br>ADDRESS ON FILE | Line 2640<br><br>☐ Not listed. Explain _____ | |
| 29 DOE CLAIMANT 1886<br>ADDRESS ON FILE | Line 1118<br><br>☐ Not listed. Explain _____ | |
| 30 DOE CLAIMANT 1887<br>ADDRESS ON FILE | Line 2353<br><br>☐ Not listed. Explain _____ | |
| 31 DOE CLAIMANT 1888<br>ADDRESS ON FILE | Line 1077<br><br>☐ Not listed. Explain _____ | |
| 32 DOE CLAIMANT 1890<br>ADDRESS ON FILE | Line 2654<br><br>☐ Not listed. Explain _____ | |
| 33 DOE CLAIMANT 1891<br>ADDRESS ON FILE | Line 1052<br><br>☐ Not listed. Explain _____ | |
| 34 DOE CLAIMANT 1892<br>ADDRESS ON FILE | Line 2051<br><br>☐ Not listed. Explain _____ | |
| 35 DOE CLAIMANT 2003<br>ADDRESS ON FILE | Line 43<br><br>☐ Not listed. Explain _____ | |
| 36 DOE CLAIMANT 2004<br>ADDRESS ON FILE | Line 49<br><br>☐ Not listed. Explain _____ | |
| 37 DOE CLAIMANT 2005<br>ADDRESS ON FILE | Line 50<br><br>☐ Not listed. Explain _____ | |

Debtor ___Boy Scouts of America_____  Case number *(if known)* __20-10343 (LSS)_____
            Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 38 DOE CLAIMANT 2006<br>ADDRESS ON FILE | Line 52<br>☐ Not listed. Explain _____ | |
| 39 DOE CLAIMANT 2007<br>ADDRESS ON FILE | Line 3315<br>☐ Not listed. Explain _____ | |
| 40 DOE CLAIMANT 2008<br>ADDRESS ON FILE | Line 3320<br>☐ Not listed. Explain _____ | |
| 41 DOE CLAIMANT 2009<br>ADDRESS ON FILE | Line 3322<br>☐ Not listed. Explain _____ | |
| 42 DOE CLAIMANT 2010<br>ADDRESS ON FILE | Line 3326<br>☐ Not listed. Explain _____ | |
| 43 DOE CLAIMANT 2011<br>ADDRESS ON FILE | Line 3328<br>☐ Not listed. Explain _____ | |
| 44 DOE CLAIMANT 2012<br>ADDRESS ON FILE | Line 3329<br>☐ Not listed. Explain _____ | |
| 45 DOE CLAIMANT 2013<br>ADDRESS ON FILE | Line 3335<br>☐ Not listed. Explain _____ | |
| 46 DOE CLAIMANT 2014<br>ADDRESS ON FILE | Line 3336<br>☐ Not listed. Explain _____ | |
| 47 DOE CLAIMANT 2015<br>ADDRESS ON FILE | Line 3345<br>☐ Not listed. Explain _____ | |

Debtor    Boy Scouts of America
          Name

Case number (if known)  20-10343 (LSS)

**Part 3:**    **Additional Page for Others to Be Notified About Unsecured Claims**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 48  DOE CLAIMANT 2016<br>ADDRESS ON FILE | Line 3346<br>☐ Not listed. Explain _____ | |
| 49  DOE CLAIMANT 2017<br>ADDRESS ON FILE | Line 4077<br>☐ Not listed. Explain _____ | |
| 50  DOE CLAIMANT 2018<br>ADDRESS ON FILE | Line 3530<br>☐ Not listed. Explain _____ | |
| 51  DOE CLAIMANT 2019<br>ADDRESS ON FILE | Line 3610<br>☐ Not listed. Explain _____ | |
| 52  DOE CLAIMANT 2020<br>ADDRESS ON FILE | Line 3352<br>☐ Not listed. Explain _____ | |
| 53  DOE CLAIMANT 2021<br>ADDRESS ON FILE | Line 78<br>☐ Not listed. Explain _____ | |
| 54  DOE CLAIMANT 2022<br>ADDRESS ON FILE | Line 3387<br>☐ Not listed. Explain _____ | |
| 55  DOE CLAIMANT 2023<br>ADDRESS ON FILE | Line 3358<br>☐ Not listed. Explain _____ | |
| 56  DOE CLAIMANT 2024<br>ADDRESS ON FILE | Line 3359<br>☐ Not listed. Explain _____ | |
| 57  DOE CLAIMANT 2025<br>ADDRESS ON FILE | Line 3579<br>☐ Not listed. Explain _____ | |

Debtor ____Boy Scouts of America_____
        Name

Case number *(if known)*__20-10343 (LSS)_____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
| --- | --- |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |
| 58 DOE CLAIMANT 2026<br>ADDRESS ON FILE | Line 3231<br>☐ Not listed. Explain _____ | |
| 59 DOE CLAIMANT 2027<br>ADDRESS ON FILE | Line 3075<br>☐ Not listed. Explain _____ | |
| 60 DOE CLAIMANT 2028<br>ADDRESS ON FILE | Line 198<br>☐ Not listed. Explain _____ | |
| 61 DOE CLAIMANT 2029<br>ADDRESS ON FILE | Line 92<br>☐ Not listed. Explain _____ | |
| 62 DOE CLAIMANT 2030<br>ADDRESS ON FILE | Line 93<br>☐ Not listed. Explain _____ | |
| 63 DOE CLAIMANT 2031<br>ADDRESS ON FILE | Line 3310<br>☐ Not listed. Explain _____ | |
| 64 DOE CLAIMANT 2033<br>ADDRESS ON FILE | Line 3312<br>☐ Not listed. Explain _____ | |
| 65 DOE CLAIMANT 2035<br>ADDRESS ON FILE | Line 3461<br>☐ Not listed. Explain _____ | |
| 66 DOE CLAIMANT 2036<br>ADDRESS ON FILE | Line 3623<br>☐ Not listed. Explain _____ | |
| 67 DOE CLAIMANT 2037<br>ADDRESS ON FILE | Line 3149<br>☐ Not listed. Explain _____ | |

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Part 3:    Additional Page for Others to Be Notified About Unsecured Claims**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 68 DOE CLAIMANT 2038<br>ADDRESS ON FILE | Line 2906<br><br>☐ Not listed. Explain _____ | |
| 69 DOE CLAIMANT 2039<br>ADDRESS ON FILE | Line 3037<br><br>☐ Not listed. Explain _____ | |
| 70 DOE CLAIMANT 2135<br>ADDRESS ON FILE | Line 1812<br><br>☐ Not listed. Explain _____ | |
| 71 DOE CLAIMANT 2162<br>ADDRESS ON FILE | Line 1868<br><br>☐ Not listed. Explain _____ | |
| 72 DOE CLAIMANT 2169<br>ADDRESS ON FILE | Line 1881<br><br>☐ Not listed. Explain _____ | |
| 73 DOE CLAIMANT 2171<br>ADDRESS ON FILE | Line 1882<br><br>☐ Not listed. Explain _____ | |
| 74 DOE CLAIMANT 2186<br>ADDRESS ON FILE | Line 1896<br><br>☐ Not listed. Explain _____ | |
| 75 DOE CLAIMANT 2205<br>ADDRESS ON FILE | Line 1919<br><br>☐ Not listed. Explain _____ | |
| 76 DUMAS LAW GROUP, LLC (A/K/A DUMAS & VAUGHN ATTORNEYS AT LAW)<br>ATTN: GILION DUMAS<br>3835 NE HANCOCK STREET<br>SUITE GL-B<br>PORTLAND, OR 97212 | Line 2364<br><br>☐ Not listed. Explain _____ | |
| 77 DUMAS LAW GROUP, LLC (A/K/A DUMAS & VAUGHN ATTORNEYS AT LAW)<br>ATTN: GILION DUMAS<br>3835 NE HANCOCK STREET<br>SUITE GL-B<br>PORTLAND, OR 97212 | Line 2728<br><br>☐ Not listed. Explain _____ | |

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

## Part 3: Additional Page for Others to Be Notified About Unsecured Claims

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 78 JEFF ANDERSON & ASSOCIATES, PA<br>ATTN: JEFFREY ANDERSON<br>505 THORNALL STREET<br>SUITE 405<br>EDISON, NJ 08837 | Line 865<br><br>☐ Not listed. Explain _____ | |
| 79 ORANGE COUNTY ROWING CLUB C/O HERITAGE LAW, LLP | Line 3424<br><br>☐ Not listed. Explain _____ | |
| 80 SWEENY REICH & BOLZ, LLP<br>ATTN: GERARD SWEENEY<br>1981 MARCUS AVENUE<br>SUITE 200<br>LAKE SUCCESS, NY 11042 | Line 2442<br><br>☐ Not listed. Explain _____ | |
| 81 SWEENY REICH & BOLZ, LLP<br>ATTN: GERARD SWEENEY<br>1981 MARCUS AVENUE<br>SUITE 200<br>LAKE SUCCESS, NY 11042 | Line 739<br><br>☐ Not listed. Explain _____ | |
| 82 SWEENY REICH & BOLZ, LLP<br>ATTN: GERARD SWEENEY<br>1981 MARCUS AVENUE<br>SUITE 200<br>LAKE SUCCESS, NY 11042 | Line 2161<br><br>☐ Not listed. Explain _____ | |
| 83 SWEENY REICH & BOLZ, LLP<br>ATTN: GERARD SWEENEY<br>1981 MARCUS AVENUE<br>SUITE 200<br>LAKE SUCCESS, NY 11042 | Line 2129<br><br>☐ Not listed. Explain _____ | |
| 84 SWEENY REICH & BOLZ, LLP<br>ATTN: GERARD SWEENEY<br>1981 MARCUS AVENUE<br>SUITE 200<br>LAKE SUCCESS, NY 11042 | Line 2564<br><br>☐ Not listed. Explain _____ | |
| 85 SWEENY REICH & BOLZ, LLP<br>ATTN: GERARD SWEENEY<br>1981 MARCUS AVENUE<br>SUITE 200<br>LAKE SUCCESS, NY 11042 | Line 690<br><br>☐ Not listed. Explain _____ | |
| 86 SWEENY REICH & BOLZ, LLP<br>ATTN: GERARD SWEENEY<br>1981 MARCUS AVENUE<br>SUITE 200<br>LAKE SUCCESS, NY 11042 | Line 1230<br><br>☐ Not listed. Explain _____ | |
| 87 SWEENY REICH & BOLZ, LLP<br>ATTN: GERARD SWEENEY<br>1981 MARCUS AVENUE<br>SUITE 200<br>LAKE SUCCESS, NY 11042 | Line 2448<br><br>☐ Not listed. Explain _____ | |

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)*    20-10343 (LSS)
          _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 88  SWEENY REICH & BOLZ, LLP<br>ATTN: GERARD SWEENEY<br>1981 MARCUS AVENUE<br>SUITE 200<br>LAKE SUCCESS, NY 11042 | Line 2553<br><br>☐ Not listed. Explain _____ | |
| 89  SWEENY REICH & BOLZ, LLP<br>ATTN: GERARD SWEENEY<br>1981 MARCUS AVENUE<br>SUITE 200<br>LAKE SUCCESS, NY 11042 | Line 891<br><br>☐ Not listed. Explain _____ | |

Debtor   Boy Scouts of America
_____
         Name

Case number (if known) 20-10343 (LSS)
_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | | Total of claim amounts |
|--|--|--|------------------------|
| 5a.  **Total claims from Part 1** | 5a. | $ | 65,019.27 <br> + undetermined amounts |
| 5b.  **Total claims from Part 2** | 5b. **+** | $ | 45,602,894.13 <br> + undetermined amounts |
| 5c.  **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ | 45,667,913.40 <br> + undetermined amounts |

**Fill in this information to identify the case:**

Debtor name  Boy Scouts of America

United States Bankruptcy Court for the: _____  District of  Delaware

Case number (If known):  20-10343 (LSS)  Chapter  11

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Standard Form of Office Lease Dated 05/05/2014 | 1040 AVENUE OF THE AMERICAS LLC 13-15 WEST 54TH STREET, 1ST FLOOR NEW YORK, NY 10019 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement Dated 01/29/2020 | 1IN6, INC. P.O. BOX 711113 LOS ANGELES, CA 90071 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Staffing Agreement Dated 12/08/2015 | 20/20 STAFFING, INC. 100 DECKER COURT, SUITE 190 IRVING, TX 75062 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Consent to Sublease Dated 10/27/2018 | 4M PLAZA & OFFICE CENTER, LLC 1649 MONTGOMERY ROAD SUITE 1 AURORA, IL 60504 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | 501 MANAGEMENT, INC. 10080 N WOLFE ROAD, SW3, SUITE 250 CUPERTINO, CA 95014 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.6** | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement | 501(C) INSURANCES, SERVICES INC 10080 N WOLFE ROAD, SW3, SUITE 250 CUPERTINO, CA 95014 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.7** | **State what the contract or lease is for and the nature of the debtor's interest** | Program Terms | ABENITY INC 725 COOL SPRINGS BLVD SUITE 600 FRANKLIN, TN 37067 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.8** | **State what the contract or lease is for and the nature of the debtor's interest** | Risk Management Services Agreement Renewal Addendum Dated 03/01/2018 | ACE / ESIS DEPT CH 10123 PALATINE, IL60055-0123 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.9** | **State what the contract or lease is for and the nature of the debtor's interest** | Rental Agreement Dated 07/11/2020 | ADJUTANT GENERAL OF THE STATE OF WEST VIRGINIA 1707 COONSKIN DRIVE CHARLESTON, WV 25311-1099 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.10** | **State what the contract or lease is for and the nature of the debtor's interest** | Sales Order Dated 01/23/2019 | ADOBE INC. (ADUS) 345 PARK AVENUE SAN JOSE, CA 95110 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.11** | **State what the contract or lease is for and the nature of the debtor's interest** | Sales Order Dated 05/15/2019 | ADOBE INC. (ADUS) 345 PARK AVENUE SAN JOSE, CA 95110 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.12** | **State what the contract or lease is for and the nature of the debtor's interest** | Sales Order Dated 01/22/2018 | ADOBE SYSTEMS INCORPORATED (ADUS) 345 PARK AVENUE SAN JOSE, CA 95110 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Boy Scouts of America                 Case number *(if known)*   20-10343 (LSS)
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | Additions Schedule Dated 04/09/2009 | ADP TAXWARE<br>401 EDGEWATER PLACE, SUITE 260<br>ATTENTION: LEGAL<br>WAKEFIELD, MA 01880 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | Early Booking Application & Licensing Agreement Dated 01/05/2017 | ADVANSTAR COMMUNICATIONS INC.<br>131 WEST FIRST STREET<br>DULUTH, MN 55802-2065 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | Self-Service Storage Rental Agreement Dated 03/29/2016 | ADVANTAGE STORAGE - LASCOLINAS<br>330 W. IH635<br>IRVING, TX 75063 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Dated 10/03/2017 | ADVEN CAPITAL GROUP, LLC DBA SERVICE IT DIRECT<br>2033 CHENAULT DRIVE, SUITE 130<br>CARROLLTON, TX 75006 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | Invoice Dated 07/01/2017 | ADVEN CAPITAL GROUP, LLC DBA SERVICE IT DIRECT<br>2033 CHENAULT DRIVE, SUITE 130<br>CARROLLTON, TX 75006 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | Invoice Dated 08/25/2017 | ADVEN CAPITAL GROUP, LLC DBA SERVICE IT DIRECT<br>2033 CHENAULT DRIVE, SUITE 130<br>CARROLLTON, TX 75006 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | Offsite Climbing agreement Dated 06/01/2018 | ADVENTURES WV<br>DBA: ADVENTURES ON THE GORGE<br>PO BOX 78<br>LANSING, WV 25862-0078 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Boy Scouts of America    Case number *(if known)*   20-10343 (LSS)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | Whitewater Adventure Contract Dated 05/09/2018 | ADVENTURES WV<br>DBA: ADVENTURES ON THE GORGE<br>PO BOX 78<br>LANSING, WV 25862-0078 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | Membership Services Agreement Dated 03/01/2013 | AGILITY RECOVERY SOLUTIONS<br>PO BOX 733788<br>DALLAS, TX 75373-3788 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Dated 02/01/2015 | ALAMO AREA COUNCIL, BOY SCOUTS OF AMERICA<br>2226 NW MILITARY HWY<br>SAN ANTONIO, TX 78213-1894 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement Dated 01/28/2015 | ALERT LOGIC INC.<br>1776 YORKTOWN, 7TH FLOOR<br>HOUSTON, TX 77056 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Annual Patch Commitment Agreement Dated: 04/01/2019 | ALOHA COUNCIL, BOY SCOUTS OF AMERICA<br>42 PUIWA RD<br>HONOLULU, HI 96817-1127 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | Private Pricing Addendum Dated 02/01/2019 | AMAZON WEB SERVICES INC<br>PO BOX 84023<br>SEATTLE, WA 98124-8423 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | Membership Agreement Dated 12/16/2015 | AMERICA'S CHARITIES<br>14150 NEWBROOK DRIVE, SUITE 110<br>CHANTILLY, VA 20151 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Boy Scouts of America
          Name

Case number *(if known)*   20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement Dated 08/22/2019 | AMERICAN AUDIO VISUAL, INC.<br>9484 AMERICAN EAGLE WAY<br>ORLANDO, FL 32837 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement Dated 08/22/2019 | AMERICAN AUDIO VISUAL, INC.<br>9484 AMERICAN EAGLE WAY<br>ORLANDO, FL 32837 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement Dated 08/22/2019 | AMERICAN AUDIO VISUAL, INC.<br>9484 AMERICAN EAGLE WAY<br>ORLANDO, FL 32837 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement Dated 08/22/2019 | AMERICAN AUDIO VISUAL, INC.<br>9484 AMERICAN EAGLE WAY<br>ORLANDO, FL 32837 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement Dated 09/06/2017 | AMERICAN AUDIO VISUAL, INC.<br>9484 AMERICAN EAGLE WAY<br>ORLANDO, FL 32837 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 05/18/2020 | AMERICAN AUDIO VISUAL, INC.<br>9484 AMERICAN EAGLE WAY<br>ORLANDO, FL 32837 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 04/30/2019 | AMERICAN AUDIO VISUAL, INC.<br>9484 AMERICAN EAGLE WAY<br>ORLANDO, FL 32837 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Boy Scouts of America
          Name                                                    Case number (if known)   20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 05/21/2021 | AMERICAN AUDIO VISUAL, INC. 9484 AMERICAN EAGLE WAY ORLANDO, FL 32837 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 08/06/2021 | AMERICAN AUDIO VISUAL, INC. 9484 AMERICAN EAGLE WAY ORLANDO, FL 32837 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 05/18/2018 | AMERICAN AUDIO VISUAL, INC. 9484 AMERICAN EAGLE WAY ORLANDO, FL 32837 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | Offsite Climbing Agreement Dated 06/01/2018 | AMERICAN CANADIAN EXPEDITIONS LTD PO BOX 1168 OAK HILL, WV 25901 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | Whitewater Adventure Contract Dated 04/01/2018 | AMERICAN CANADIAN EXPEDITIONS LTD PO BOX 1168 OAK HILL, WV 25901 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | General Contractor Agreement Dated 11/27/2017 | AMERICAN ELECTRIC EQUIPMENT, INC. PO BOX 710 BECKLEY, WV 24801 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | General Contractor Agreement Dated 11/28/2017 | AMERICAN ELECTRIC EQUIPMENT, INC. PO BOX 710 BECKLEY, WV 24801 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.41** | State what the contract or lease is for and the nature of the debtor's interest | General Contractor Agreement Dated 11/28/2017 | AMERICAN ELECTRIC EQUIPMENT, INC. PO BOX 710 BECKLEY, WV 24801 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.42** | State what the contract or lease is for and the nature of the debtor's interest | Food Service Agreement Dated 01/01/2016 | AMERICAN FOOD & VENDING 124 METROPOLITAN PARK DRIVE SYRACUSE, NY 13088 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.43** | State what the contract or lease is for and the nature of the debtor's interest | Food Service Agreement Dated 01/01/2018 | AMERICAN FOOD & VENDING 124 METROPOLITAN PARK DRIVE SYRACUSE, NY 13088 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.44** | State what the contract or lease is for and the nature of the debtor's interest | First Amendment to Memorandum of Understanding Dated 06/02/2019 | AMERICAN HEART ASSOCIATION PO BOX 15120 CHICAGO, IL 60693 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.45** | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Maintenance Contract Dated 12/04/2015 | AMERICAN MECHANICAL SERVICES OF TEXAS, LLC 6115 CAMPUS CIRCLE DRIVE WEST IRVING, TX 75063 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.46** | State what the contract or lease is for and the nature of the debtor's interest | Propane Contract Amendment Dated 12/03/2015 | AMERIGAS PROPANE, L.P. P.O. BOX 965 VALLEY FORGE, PA 19482 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.47** | State what the contract or lease is for and the nature of the debtor's interest | Propane Gas Agreement Dated 10/02/2014 | AMERIGAS PROPANE, L.P. P.O. BOX 965 VALLEY FORGE, PA 19482 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor ___Boy Scouts of America_____     Case number *(if known)* __20-10343 (LSS)__
<span style="font-size:smaller">Name</span>

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Dated 04/30/2018 | ANDREW JACKSON COUNCIL, BOY SCOUTS OF AMERICA<br>855 RIVERSIDE DRIVE<br>JACKSON, MS 39202-1199 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement Dated 07/10/2017 | ANNEX CLOUD<br>5301 BEETHOVEN STREET<br>#260<br>LOS ANGELES, CA 90066 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | Standard Terms Agreement Dated 03/02/2012 | APPLE INC<br>PO BOX 846095<br>DALLAS, TX 75284-6095 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | Third Amendment to Lease and Service Agreement Dated 05/06/2011 | ARI FLEET LT<br>4001 LEADENHALL ROAD<br>PO BOX 5039<br>MT. LAUREL, NJ 08054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | Fourth Amendment to lease and Services Agreement Dated 06/18/2012 | ARI FLEET LT<br>9000 MIDLANTIC DRIVE<br>PO BOX 5039<br>MT. LAUREL, NJ 08054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | Software Site License Agreement Dated 07/15/2004 | ARNICA SOFTWARE CORPORATION<br>410 MERTON STREET<br>TORONTO, ON M4S 1B3<br>CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | Shared Services Agreement and Lease of Premises Dated 02/13/2017 | ARROW WV, INC.<br>1325 W. WALNUT HILL LANE<br>IRVING, TX 75038 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Boy Scouts of America    Case number *(if known)*   20-10343 (LSS)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | Invoice Dated 12/20/2017 | ASCAP<br>TWO MUSIC SQUARE WEST 2ND FLOOR<br>NASHVILLE, TN 37203 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | Term Music Use Agreement Dated 03/01/2017 | ASSOCIATED PRODUCTION MUSIC LLC<br>6255 SUNSET BOULEVARD, SUITE 900<br>HOLLYWOOD, CA 90028 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | Music Use Agreement Dated 03/01/2011 | ASSOCIATED PRODUCTION MUSIC LLC<br>6255 SUNSET BOULEVARD, SUITE 820<br>HOLLYWOOD, CA 90028 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | Invoice Dated 02/18/2018 | ASURE SOFTWARE<br>3700 N CAPITAL OF TEXAS HWY<br>SUITE 350<br>AUSTIN, TX 78746 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Dated 05/31/2019 | AT&T CAPITAL SERVICES, INC.<br>36 S. FAIRVIEW AVE.<br>PARK RIDGE, IL 60068 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | Pricing Schedule Dated 12/11/2011 | AT&T CORP.<br>ONE AT&T WAY<br>ATTN: MASTER AGREEMENT SUPPORT TEAM<br>BEDMINSTER, NJ 07921-0752 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | Pricing Schedule Dated 06/19/2019 | AT&T CORP.<br>ONE AT&T WAY<br>BEDMINSTER, NJ 07921-0752 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Boy Scouts of America                                    Case number *(if known)*   20-10343 (LSS)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | Pricing Schedule Dated 01/13/2010 | AT&T CORP. ONE AT&T PLAZA DALLAS, TX 75202 |
| | State the term remaining List the contract number of any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | Pricing Schedule Dated 10/07/2013 | AT&T CORP. ONE AT&T WAY BEDMINSTER, NJ 07921-0752 |
| | State the term remaining List the contract number of any government contract | | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | Pricing Schedule Dated 10/07/2013 | AT&T CORP. ONE AT&T WAY BEDMINSTER, NJ 07921-0752 |
| | State the term remaining List the contract number of any government contract | | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | Pricing Schedule Dated 07/02/2019 | AT&T CORP. C/O CARMEN BOPP 800 GUARDIANS WAY ALLEN, TX 75013 |
| | State the term remaining List the contract number of any government contract | | |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | Pricing Schedule | AT&T CORP. C/O CHRIS CHAMBLESS 2200 N. GREENVILLE AVE, SUITE 2E RICHARDSON, TX 75082 |
| | State the term remaining List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | AT&T CORP. C/O KATHERINE WEST 2200 GREENVILLE AVE RICHARDSON, TX 75082 |
| | State the term remaining List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | Pricing Schedule | AT&T CORP. C/O MARK COMPTON 2200 GREENVILLE AVE RICHARDSON, TX 75082 |
| | State the term remaining List the contract number of any government contract | | |

Debtor    Boy Scouts of America                                    Case number *(if known)*  20-10343 (LSS)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | Pricing Schedule Dated 08/31/2011 | AT&T CORP.<br>ONE AT&T WAY<br>ATTN: MASTER AGREEMENT SUPPORT TEAM<br>BEDMINSTER, NJ 07921-0752 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | Hosting and Application Services Pricing Schedule Dated 08/31/2011 | AT&T CORP.<br>ATTN: MASTER AGREEMENT SUPPORT TEAM<br>ONE AT&T WAY<br>BEDMINSTER, NJ 07921-0752 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | Pricing Schedule Amendment #12 Dated 04/01/2016 | AT&T CORP.<br>ATTN: MASTER AGREEMENT SUPPORT TEAM<br>ONE AT&T WAY<br>BEDMINSTER, NJ 07921-0752 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | Digital Advantage Agreement | AT&T MOBILITY NATIONAL ACCOUNTS, LLC<br>P.O. BOX 97016<br>ATTN: OFFER, DEVELOPMENT & NEGOTIATION<br>REDMOND, WA 98073 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Dated 03/01/2014 | ATLANTA AREA COUNCIL, BOY SCOUTS OF AMERICA<br>1800 CIRCLE 75 PKWY SE<br>ATLANTA, GA 30339-3055 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | Boy Scouts of America Thursday June 25, 2020 Dated 04/18/2019 | ATLANTA HALL MANAGEMENT, INC.<br>100 CNN CENTER<br>ATLANTA, GA 30303 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | Transportation Services Agreement Dated 10/01/2008 | ATLAS VAN LINES, INC.<br>ATTENTION: KATHLEEN M. THOMPSON<br>1212 ST GEORGE ROAD<br>EVANSVILLE, IN 47711 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Boy Scouts of America
         Name                                                    Case number (if known)   20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | Temporary Services Agreement Dated 02/17/2014 | ATTAIN GROUP INC.<br>127 WORTHINGTON AVENUE<br>SUITE 100<br>CHARLOTTE, NC 28203 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Dated 12/20/2017 | AUCTANE LLC DBA SHIPSTATION<br>3800 N. LAMAR BLVD., #220<br>AUSTIN, TX 78756 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | By-Laws Dated 06/16/1919 | AUDIT BUREAU OF CIRCULATIONS<br>ALLIANCE FOR AUDITED MEDIA<br>48 W. SEEGERS ROAD<br>ARLINGTON HEIGHTS, IL 60005 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | Software License and Services Agreement Dated 03/26/2008 | AUTHORIA, INC.<br>300 FIFTH AVENUE<br>WALTHAM, MA 02451 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | Software License Agreement Dated 03/18/2015 | AUTOMATIC TOOLS, LLC<br>704 TERA VIEW CIRCLE<br>FORT COLLINS, CO 80525 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | Third Amendment to Lease and Service Agreement Dated 05/06/2011 | AUTOMOTIVE RENTALS, INC.<br>4001 LEADENHALL ROAD<br>PO BOX 5039<br>MT. LAUREL, NJ 08054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | Fourth Amendment to lease and Services Agreement Dated 06/18/2012 | AUTOMOTIVE RENTALS, INC.<br>9000 MIDLANTIC DRIVE<br>PO BOX 5039<br>MT. LAUREL, NJ 08054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor     Boy Scouts of America
           Name

Case number *(if known)*   20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | Lease And Lease Management Services Agreement Dated 01/18/2016 | AUTOMOTIVE RENTALS, INC. 4001 LEADENHALL ROAD P.O. BOX 5039 MT. LAUREL, NJ 08054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | First Amendment to Lease And Fleet Management Services Agreement Dated 02/16/2016 | AUTOMOTIVE RENTALS, INC. 4001 LEADENHALL ROAD P.O. BOX 5039 MT. LAUREL, NJ 08054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | Service Terms and Conditions Dated 01/01/2016 | AVALARA, INC. 1100 2ND AVE #300 SEATTLE, WA 98101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | Addendum to Terms and Conditions Dated 01/01/2016 | AVALARA, INC. 1100 2ND AVE #300 SEATTLE, WA 98101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 06/21/2016 | AVALARA, INC. 1100 2ND AVE #300 SEATTLE, WA 98101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreements Invoice Dated 04/02/2018 | AVAYA INC. 14400 HERTZ QUAIL SPRING PKWY OKLAHOMA CITY, OK 73134 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreements Invoice Dated 03/09/2018 | AVAYA INC. 14400 HERTZ QUAIL SPRING PKWY OKLAHOMA CITY, OK 73134 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Boy Scouts of America
         Name

Case number (if known)  20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement Dated 12/03/2019 | AVIO CONSULTING, LLC<br>15851 DALLAS PKWY<br>ATTN: BRANDON DEAN<br>ADDISON, TX 75001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 12/03/2019 | AVIO CONSULTING, LLC<br>15851 DALLAS PKWY<br>ATTN: BRANDON DEAN<br>ADDISON, TX 75001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | Worldwide Rate Agreement Dated 03/15/2019 | AVIS BUDGET CAR RENTAL, LLC<br>6 SYLVAN WAY<br>PARSIPPANY, NJ 07054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | General Contractor Agreement Dated 04/03/2019 | AYERS CONSTRUCTION COMPANY<br>PO BOX 681<br>BECKLEY, WV 25802 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | Annual Patch Commitment Agreement Dated: 10/10/2019 | BALTIMORE AREA COUNCIL, BOY SCOUTS OF AMERICA<br>701 WYMAN PARK DRIVE<br>BALTIMORE, MD 21211-2805 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | Annual Patch Commitment Agreement Dated: 06/25/2019 | BAY-LAKES COUNCIL, BOY SCOUTS OF AMERICA<br>2555 NORTHERN ROAD<br>P.O. BOX 267<br>APPLETON, WI 54912-0267 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Dated 01/01/2016 | BAY-LAKES COUNCIL, BOY SCOUTS OF AMERICA<br>2555 NORTHERN ROAD<br>P.O. BOX 267<br>APPLETON, WI 54912-0267 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Boy Scouts of America
            Name

Case number (if known)  20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | Temporary Services Agreement Dated 08/13/2015 | BEACON HILL STAFFING GROUP LLC<br>152 BOWDOIN ST<br>BOSTON, MA 02108 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | Beazley Breach Response Renewal Application Dated 01/30/2019 | BEAZLEY INSURANCE COMPANY INC.<br>30 BATTERSON PARK ROAD<br>FARMINGTON, CT 06032 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | Renewal Application Dated 02/10/2020 | BEAZLEY INSURANCE COMPANY INC.<br>30 BATTERSON PARK ROAD<br>FARMINGTON, CT 06032 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement Dated 05/07/2012 | BELFOR USA GROUP, INC.<br>185 OAKLAND AVENUE, SUITE 300<br>BIRMINGHAM, MI 48009 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | Contributor's Agreement Dated 08/27/2019 | BILL THOMAS<br>3110 AUBURN STREET<br>ERIE, PA 16508 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Dated 01/18/2016 | BLACK SWAMP AREA COUNCIL, BOY SCOUTS OF AMERICA<br>2100 BROAD AVE.<br>FINDLAY, OH 45840-2748 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | Renewal Form Dated 04/25/2017 | BLACKBAUD, INC.<br>2000 DANIEL ISLAND DRIVE<br>CHARLESTON, SC 29492 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Boy Scouts of America
          Name

Case number *(if known)* __20-10343 (LSS)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | Renewal Form Dated 12/10/2016 | BLACKBAUD, INC.<br>2000 DANIEL ISLAND DRIVE<br>CHARLESTON, SC 29492 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 03/29/2017 | BLACKBAUD, INC.<br>2000 DANIEL ISLAND DRIVE<br>CHARLESTON, SC 29492 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 06/20/2017 | BLACKBAUD, INC.<br>2000 DANIEL ISLAND DRIVE<br>CHARLESTON, SC 29492 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | Master Services and Software Agreement Dated 03/30/2011 | BLACKBAUD, INC.<br>2000 DANIEL ISLAND DRIVE<br>CHARLESTON, SC 29492 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | Renewal Form Dated 05/26/2016 | BLACKBAUD, INC.<br>2000 DANIEL ISLAND DRIVE<br>CHARLESTON, SC 29492 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | Renewal Invoice Dated 04/28/2017 | BLACKBAUD, INC.<br>2000 DANIEL ISLAND DRIVE<br>CHARLESTON, SC 29492 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | Agreement to Purchase Dated 03/10/2011 | BLACKBAUD, INC.<br>2000 DANIEL ISLAND DRIVE<br>CHARLESTON, SC 29492-7541 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Boy Scouts of America

Name

Case number *(if known)*   20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.111 | State what the contract or lease is for and the nature of the debtor's interest | Scope of Work Dated 03/29/2010 | BLACKBAUD, INC.<br>2000 DANIEL ISLAND DRIVE<br>CHARLESTON, SC 29492-7541 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | Terms and Conditions Addendum Dated 03/01/2011 | BLACKBAUD, INC.<br>2000 DANIEL ISLAND DRIVE<br>CHARLESTON, SC 29492 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.113 | State what the contract or lease is for and the nature of the debtor's interest | Annual Patch Commitment Agreement Dated: 07/09/2019 | BLACKHAWK AREA COUNCIL, BOY SCOUTS OF AMERICA<br>2820 MCFARLAND ROAD<br>ROCKFORD, IL 61107 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.114 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Dated 09/01/2016 | BLACKHAWK AREA COUNCIL, BOY SCOUTS OF AMERICA<br>2820 MCFARLAND ROAD<br>ROCKFORD, IL 61107 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.115 | State what the contract or lease is for and the nature of the debtor's interest | Investment Management Agreement Dated 03/31/2009 | BLACKROCK FINANCIAL MANAGEMENT, INC.<br>ATTN: GENERAL COUNSEL<br>40 EAST 52ND STREET<br>NEW YORK, NY 10022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.116 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement Dated 05/06/2019 | BLOOMBERG FINANCE L.P.<br>731 LEXINGTON AVENUE<br>NEW YORK, NY 10022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.117 | State what the contract or lease is for and the nature of the debtor's interest | Annual Patch Commitment Agreement Dated: 04/01/2019 | BLUE GRASS COUNCIL, BOY SCOUTS OF AMERICA<br>2134 NICHOLASVILLE RD.<br>SUITE 3<br>LEXINGTON, KY 40503 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor ___Boy Scouts of America_____    Case number *(if known)* __20-10343 (LSS)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement Dated 07/01/2015 | BLUE RIDGE COUNCIL, BOY SCOUTS OF AMERICA<br>1 PARK PLAZA<br>GREENVILLE, SC 29607-5851 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest** | Memorandum of Understanding Dated 05/11/2016 | BLUE RIDGE COUNCIL, BOY SCOUTS OF AMERICA<br>1 PARK PLAZA<br>GREENVILLE, SC 29607-5851 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement | BOARDVANTAGE, INC.<br>4300 BOHANNON DRIVE, SUITE 110<br>MENLO PARK, CA 94025 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest** | Contributor's Agreement Dated 01/23/2020 | BOB VOJTKO<br>18317 WALNUT DRIVE<br>STRONGSVILLE, OH 44149 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work Dated 04/25/2018 | BONSAI DESIGN, LLC<br>201 SOUTH AVENUE<br>GRAND JUNCTION, CO 80501 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.123 | **State what the contract or lease is for and the nature of the debtor's interest** | Maintenance, Inspection and Training Service Agreement Dated 04/01/2018 | BONSAI DESIGN, LLC<br>201 SOUTH AVENUE<br>GRAND JUNCTION, CO 81501 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest** | Print and Distribution Agreement Dated 10/23/2019 | BOOKBABY<br>7905 N CRESCENT BLVD<br>PENNSAUKEN, NJ 08110 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Boy Scouts of America
Name
Case number *(if known)*  20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.125 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement Dated 09/06/2018 | BOX, INC.<br>900 JEFFERSON AVE<br>REDWOOD CITY, CA 94063 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.126 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work Dated 09/06/2018 | BOX, INC.<br>900 JEFFERSON AVE<br>REDWOOD CITY, CA 94063 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.127 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement Dated 04/11/2017 | BRETT A. FREEMAN |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.128 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement Dated 09/20/2015 | BRICKS R US, INC.<br>MIAMI CENTER<br>201 S. BISCAYNE BOULEVARD<br>28TH FLOOR<br>MIAMI, FL 33131 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.129 | **State what the contract or lease is for and the nature of the debtor's interest** | Music Performance Agreement Dated 07/01/1991 | BROADCAST MUSIC, INC.<br>320 WEST 57TH STREET<br>NEW YORK, NY 10019 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.130 | **State what the contract or lease is for and the nature of the debtor's interest** | Artwork Agreement Dated 03/01/1991 | BROWN & BIGELOW, INC.<br>345 PLATE BOULEVARD EAST<br>ST. PAUL, MN 55107 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.131 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Artwork Agreement Dated 12/15/1998 | BROWN & BIGELOW, INC.<br>345 PLATO BOULEVARD EAST<br>ST. PAUL, MN 55107 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Boy Scouts of America
          Name
                                                    Case number (if known)   20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest** | Rights Agreement Dated 05/01/2019 | BRYAN WENDELL<br>ADDRESS ON FILE |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter of Agreement Dated 05/09/2011 | BSA ASSET MANAGEMENT, LLC<br>1325 W. WALNUT HILL LANE<br>IRVING, TX 75038 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement Dated 06/01/2015 | BUCKEYE COUNCIL, BOY SCOUTS OF AMERICA<br>2301 - 13TH ST., NW<br>CANTON, OH 44708-3157 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest** | Worldwide Rate Agreement Dated 03/15/2019 | BUDGET RENT A CAR SYSTEM INC<br>BUDGET VEHICLE DAMAGE CLAIMS DEPT<br>PO BOX 403962<br>ATLANTA, GA30384 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment to Master Service Agreement Dated 01/01/2017 | BUXTON COMPANY<br>ATTN: JIM SELLERS<br>2651 SOUTH POLARIS DRIVE<br>FORT WORTH, TN 76137 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work Dated 01/29/2013 | BUXTON COMPANY<br>ATTN: JIM SELLERS<br>2651 SOUTH POLARIS DRIVE<br>FORT WORTH, TN 76137 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement Dated 01/29/2013 | BUXTON, INC.<br>ATTN: JIM SELLERS<br>2651 SOUTH POLARIS DRIVE<br>FORT WORTH, TX 76137 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |

Debtor     Boy Scouts of America
           Name

Case number *(if known)*  20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.139 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work Dated 01/29/2013 | BUXTON, INC.<br>ATTN: JIM SELLERS<br>2651 SOUTH POLARIS DRIVE<br>FORT WORTH, TX 76137 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.140 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement Dated 11/13/2017 | BUZZSHIFT, INC<br>6333 E. MOCKINGBIRD<br>SUITE 147-814<br>DALLAS, TX 75214 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement Dated 11/13/2017 | BUZZSHIFT, INC<br>6333 E MOCKINGBIRD, SUITE 147-814<br>DALLAS, TX 75214 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.142 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form & Terms Dated 06/30/2019 | C & R RESEARCH<br>500 N MICHIGAN AVE, STE 1100<br>CHICAGO, IL 60611 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest** | Order and Subscription Terms and Conditions Dated 07/05/2017 | C & R RESEARCH<br>500 N MICHIGAN AVE, STE 1100<br>CHICAGO, IL 60611 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription Terms and Conditions Dated 06/30/2018 | C & R RESEARCH<br>500 N MICHIGAN AVE, STE 1100<br>CHICAGO, IL 60611 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Dated 07/28/2017 | CA TECHNOLOGIES INC<br>LOCKBOX 3591<br>PO BOX 8500<br>PHILADELPHIA, PA 19178-3591 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   Boy Scouts of America
         Name                                          Case number (if known)   20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.146 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Dated 07/01/2015 | CALIFORNIA INLAND EMPIRE COUNCIL, BOY SCOUTS OF AMERICA 1230 INDIANA COURT REDLANDS, CA 92374-2100 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.147 | State what the contract or lease is for and the nature of the debtor's interest | Travel Services Agreement Dated 07/01/2018 | CAMPBELL RESOURCES 14800 LANDMARK BLVD #155 DALLAS, TX 75254 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.148 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 02/08/2017 | CAP SOFTWARE 7250 W VICKERY BLVD FT WORTH, TX 76116 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.149 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Dated 04/15/2014 | CAPE FEAR COUNCIL, BOY SCOUTS OF AMERICA P. O. BOX 7156 WILMINGTON, NC 28406-7156 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.150 | State what the contract or lease is for and the nature of the debtor's interest | Service Contract Dated 10/15/2019 | CAPITOL SERVICES, INC. THAYER PHILLIPS DIRECTOR OF TRANSPORTATION 108 NORTH VIRGINIA AVENUE FALLS CHURCH, VA 22046 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.151 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Dated 10/01/2017 | CASCADE PACIFIC COUNCIL, BOY SCOUTS OF AMERICA 2145 NAITO PARKWAY PORTLAND, OR 97201-5197 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.152 | State what the contract or lease is for and the nature of the debtor's interest | Maintenance and Inspection Services Agreement Dated 04/01/2019 | CATALYST ADVENTURE GROUP LLC P.O. BOX 285 FAIRFIELD, CT 06824 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor ___Boy Scouts of America_____     Case number *(if known)* __20-10343 (LSS)__
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.153 | State what the contract or lease is for and the nature of the debtor's interest | Exclusive Sales Listing Agreement Dated 10/01/2019 | CBRE INC<br>BANK OF AMERICA LOXBOX SERVICES<br>PO BOX 281620, LOCATION CODE 4606<br>ATLANTA, GA 30384-1620 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.154 | State what the contract or lease is for and the nature of the debtor's interest | Multiple Year Agreement Dated 05/01/2015 | CCH<br>4025 W PETERSON AVE<br>CHICAGO, IL 60646-6085 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.155 | State what the contract or lease is for and the nature of the debtor's interest | Invoice Dated 12/23/2015 | CDW DIRECT<br>P.O. BOX 75723<br>CHICAGO, IL 60675-5723 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.156 | State what the contract or lease is for and the nature of the debtor's interest | Short Form Agreement with General Contractor Dated 11/27/2018 | CEC FACILITIES GROUP LLC<br>1275 VALLEY VIEW LN<br>IRVING, TX 75061 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.157 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Dated 07/01/2015 | CENTRAL FLORIDA COUNCIL, BOY SCOUTS OF AMERICA<br>1951 S. ORANGE BLOSSOM TRL<br>SUITE 102<br>APOPKA, FL 32703-7747 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.158 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Dated 07/01/2015 | CENTRAL FLORIDA COUNCIL, BOY SCOUTS OF AMERICA<br>1951 S. ORANGE BLOSSOM TRL<br>SUITE 102<br>APOPKA, FL 32703-7747 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.159 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Dated 09/01/2016 | CENTRAL GEORGIA COUNCIL, BOY SCOUTS OF AMERICA<br>4335 CONFEDERATE WAY<br>MACON, GA 31217-4719 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor   <u>Boy Scouts of America</u>
         Name                                                          Case number (if known)  __20-10343 (LSS)__

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.160 | **State what the contract or lease is for and the nature of the debtor's interest** | Quote #11379365 Dated 11/07/2018 | CENTURYLINK<br>1025 ELDORADO BLVD.<br>BROOMFIELD, CO 80021 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.161 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement Dated 02/21/2017 | CERNER HEALTHCARE SOLUTIONS, INC.<br>2800 ROCKCREEK PARKWAY<br>KANSAS CITY, MO 64117 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.162 | **State what the contract or lease is for and the nature of the debtor's interest** | Sales Order Dated 07/01/2017 | CERNER HEALTHCARE SOLUTIONS, INC.<br>2800 ROCKCREEK PARKWAY<br>KANSAS CITY, MO 64117 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.163 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement Dated 11/01/2017 | CERTAIN, INC.<br>ATTN: CHIEF FINANCIAL OFFICER<br>75 HAWTHORNE STREET, SUITE 550<br>SAN FRANCISCO, CA 94105 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.164 | **State what the contract or lease is for and the nature of the debtor's interest** | Quote Dated 11/01/2019 | CERTAIN, INC.<br>75 HAWTHORNE STREET, SUITE 550<br>SAN FRANCISCO, CA 94105 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.165 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease and Operating Agreement Dated 11/01/2013 | CHASE RANCH FOUNDATION<br>PO BOX 1218<br>RATON, NM 87740 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.166 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement Dated 07/01/2015 | CHATTAHOOCHEE COUNCIL, BOY SCOUTS OF AMERICA<br>1237 1ST AVE<br>COLUMBUS, GA 31901 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Boy Scouts of America
          Name

Case number (if known)    20-10343 (LSS)

    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.167 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Dated 08/01/2015 | CHICKASAW COUNCIL, BOY SCOUTS OF AMERICA 171 SOUTH HOLLYWOOD ST MEMPHIS, TN 38112-4802 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.168 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Dated 07/01/2015 | CHIEF SEATTLE COUNCIL, BOY SCOUTS OF AMERICA 3120 RAINIER AVE SOUTH WEST SEATTLE, WA 98144 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.169 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Dated 07/01/2015 | CHIEF SEATTLE COUNCIL, BOY SCOUTS OF AMERICA 3120 RAINIER AVE SOUTH WEST SEATTLE, WA 98144 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.170 | State what the contract or lease is for and the nature of the debtor's interest | Letter of Agreement Dated 12/01/2019 | CHILLY DOGS SLED DOG KENNEL LLC 1557 ESTERBERG ROAD ELY, MN 55731 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.171 | State what the contract or lease is for and the nature of the debtor's interest | Appraisal Agreement Dated 11/29/2017 | CHRISTIE'S APPRAISALS, INC. 20 ROCKEFELLER PLAZA NEW YORK, NY 10020 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.172 | State what the contract or lease is for and the nature of the debtor's interest | Appraisal Agreement Dated 11/29/2017 | CHRISTIE'S APPRAISALS, INC. 20 ROCKEFELLER PLAZA NEW YORK, NY 10020 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.173 | State what the contract or lease is for and the nature of the debtor's interest | Application for Media and Internet Liability Coverage Dated 04/04/2019 | CHUBB GROUP OF INSURANCE COMPANIES 15 MOUNTAIN VIEW RD. WARREN, NJ 07059 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Boy Scouts of America
        Name

Case number *(if known)*  20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.174 | State what the contract or lease is for and the nature of the debtor's interest | New Business Application Dated 03/01/2020 | CHUBB GROUP OF INSURANCE COMPANIES 15 MOUNTAIN VIEW ROAD WARREN, NJ 07059 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.175 | State what the contract or lease is for and the nature of the debtor's interest | Software License and Support Services Agreement Dated 01/01/2015 | CHUCK ATKINSON, INC. D/B/A CAP SOFTWARE 4100 INTERNATIONAL PLAZA, SUITE 510 FORT WORTH, TX 76109 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.176 | State what the contract or lease is for and the nature of the debtor's interest | Purchase of Real Property Dated 06/15/2015 | CIMARRONCITA RANCH, LLC 29820 US-64 UTE PARK, NM 87749 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.177 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Dated 07/01/2015 | CIRCLE TEN COUNCIL, BOY SCOUTS OF AMERICA P. O. BOX 35726 DALLAS, TX 75235-0726 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.178 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Dated 08/01/2015 | CIRCLE TEN COUNCIL, BOY SCOUTS OF AMERICA P. O. BOX 35726 DALLAS, TX 75235-0726 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.179 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement Dated 04/23/2018 | CIRCUITREE LLC 1353 LAKE SHORE DR BRANSON, MO 65616 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.180 | State what the contract or lease is for and the nature of the debtor's interest | Maintenance Renewal Dated 02/17/2017 | CITRIX SYSTEMS, INC. 851 W CYPRESS CREEK RD FORT LAUDERDALE, FL 33309 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor     Boy Scouts of America
            Name

Case number (if known)   20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.181 | State what the contract or lease is for and the nature of the debtor's interest | General Contractor Agreement Dated 04/14/2016 | CLEAN SWEEP CONTRACTING, INC.<br>PO BOX 525<br>MABSCOTT, WV 25871 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.182 | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Professional Services Dated 01/08/2018 | CMGRP, INC.<br>ATTN: BUSINESS & LEGAL AFFAIRS<br>909 THIRD AVENUE<br>NEW YORK, NY 10022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.183 | State what the contract or lease is for and the nature of the debtor's interest | Exhibit A Dated 01/08/2018 | CMGRP, INC.<br>ATTN: BUSINESS & LEGAL AFFAIRS<br>909 THIRD AVENUE<br>NEW YORK, NY 10022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.184 | State what the contract or lease is for and the nature of the debtor's interest | Temporary Services Agreement Dated 06/06/2013 | COAST PERSONNEL SERVICES<br>800 CENTRAL PKWY EAST<br>STE. 200<br>PLANO, TX 75074 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.185 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement Dated 05/09/2016 | COMPASS GROUP USA, INC. BY AND THROUGH ITS EUREST DINING SERVICES DIVISION<br>ATTN: MARK H. MALONEY-DIVISION PRESIDENT-EUREST<br>1 GATEHALL DRIVE - SUITE 203<br>PARSIPPANY, NJ07054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.186 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 05/09/2016 | COMPASS GROUP USA, INC. BY AND THROUGH ITS EUREST DINING SERVICES DIVISION<br>ATTENTION: MARK H. MALONEY - DIVISION PRESIDENT - EUREST<br>1 GATEHALL DRIVE - SUITE 203<br>PARSIPPANY, NJ07054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.187 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement Dated 05/09/2016 | COMPASS GROUP USA, INC.<br>ATTN: GENERAL COUNSEL AND SECRETARY<br>2400 YORKMONT ROAD<br>CHARLOTTE, NC 28217 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Boy Scouts of America
Name

Case number *(if known)*   20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.188** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Dated 01/08/2018 | COMPUTER DATA SOURCE, INC.<br>275 INDUSTRIAL WAY WEST<br>EATONTOWN, NJ 07724-2205 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.189** | **State what the contract or lease is for and the nature of the debtor's interest** | Administrative Services Agreement Dated 02/01/2005 | CONEXIS BENEFITS ADMINISTRATORS, LP<br>6191 NORTH STATE HIGHWAY161, SUITE 400<br>IRVING, TX 75038 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.190** | **State what the contract or lease is for and the nature of the debtor's interest** | Administrative Services Agreement Dated 02/01/2005 | CONEXIS BENEFITS ADMINISTRATORS, LP<br>6191 NORTH STATE HIGHWAY161, SUITE 400<br>IRVING, TX 75038 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.191** | **State what the contract or lease is for and the nature of the debtor's interest** | Software License Agreement Dated 05/19/2011 | CONNECTEDSIGN, LLC<br>480 NEW HOLLAND AVE, SUITE 8204<br>LANCASTER, PA 17607 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.192** | **State what the contract or lease is for and the nature of the debtor's interest** | Invoice Dated 04/26/2012 | CONNECTEDSIGN, LLC<br>480 NEW HOLLAND AVE, SUITE 8204<br>LANCASTER, PA 17607 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.193** | **State what the contract or lease is for and the nature of the debtor's interest** | Invoice Dated 05/19/2011 | CONNECTEDSIGN, LLC<br>480 NEW HOLLAND AVE, SUITE 8204<br>LANCASTER, PA 17602 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.194** | **State what the contract or lease is for and the nature of the debtor's interest** | Invoice Dated 05/19/2011 | CONNECTEDSIGN, LLC<br>480 NEW HOLLAND AVE, SUITE 8204<br>LANCASTER, PA 17602 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   Boy Scouts of America                          Case number *(if known)*  20-10343 (LSS)
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.195 | State what the contract or lease is for and the nature of the debtor's interest | Invoice Dated 03/01/2017 | CONNECTEDSIGN, LLC<br>480 NEW HOLLAND AVE, SUITE 6202<br>LANCASTER, PA 17602 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.196 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Dated 08/01/2015 | CONNECTICUT RIVERS COUNCIL, BOY SCOUTS OF AMERICA<br>60 DARLIN ST.<br>EAST HARTFORD, CT 06108-3256 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.197 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Dated 08/01/2015 | CONNECTICUT YANKEE COUNCIL, BOY SCOUTS OF AMERICA<br>60 WELLINGTON ROAD<br>P. O. BOX 32<br>MILFORD, CT 06460-0032 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.198 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Dated 02/09/2016 | CONSTANT CONTACT<br>1601 TRAPELO ROAD, SUITE 329<br>WALTHAM, MA 02451 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.199 | State what the contract or lease is for and the nature of the debtor's interest | Electricity Supply Agreement | CONSTELLATION NEWENERGY, INC.<br>1221 LAMAR ST., SUITE 750<br>ATTN: CONTRACTS ADMINISTRATION<br>HOUSTON, TX 77010 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.200 | State what the contract or lease is for and the nature of the debtor's interest | Letter Agreement Dated 11/21/2014 | CONSUMER MARKETING SOLUTIONS LLC<br>499 SEVENTH AVENUE, FLOOR 18 S<br>NEW YORK, NY 10018 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | Letter Agreement Dated 11/21/2014 | CONSUMER MARKETING SOLUTIONS LLC<br>499 SEVENTH AVENUE, FLOOR 18 S<br>NEW YORK, NY 10018 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor    Boy Scouts of America
Name

Case number (if known)  20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.202 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement Dated 06/20/2018 | CONTINENTAL MESSAGE SOLUTION, INC.<br>41 S. GRANT AVE.<br>COLUMBUS, OH 43215 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.203 | State what the contract or lease is for and the nature of the debtor's interest | Relocation Service Agreement Dated 10/24/2019 | CORNERSTONE RELOCATION GROUP, L.L.C.<br>106 ALLEN ROAD<br>BASKING RIDGE, NJ 07920 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.204 | State what the contract or lease is for and the nature of the debtor's interest | Relocation Service Agreement Dated 10/24/2019 | CORNERSTONE RELOCATION GROUP, L.L.C.<br>106 ALLEN ROAD<br>BASKING RIDGE, NJ 07920 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.205 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement Dated 10/22/2018 | CORRA TECHNOLOGY, INC.<br>304 MADISON AVENUE, SUITE 3A<br>NEW YORK, NY 10173 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.206 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Work Order Schedule A Dated 10/22/2018 | CORRA TECHNOLOGY, INC.<br>304 MADISON AVENUE, SUITE 3A<br>NEW YORK, NY 10173 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.207 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Work Order Schedule A Dated 10/22/2019 | CORRA TECHNOLOGY, INC.<br>304 MADISON AVENUE, SUITE 3A<br>NEW YORK, NY 10173 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.208 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 11/11/2019 | CORRA TECHNOLOGY, INC.<br>304 MADISON AVENUE, SUITE 3A<br>NEW YORK, NY 10173 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Boy Scouts of America
         Name

Case number (if known)   20-10343 (LSS)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.209 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Dated 02/28/2012 | COUNTY OF COLFAX<br>230 NORTH 3RD STREET<br>RATON, NM 87740 |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.210 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Dated 08/01/2015 | CRADLE OF LIBERTY COUNCIL, BOY SCOUTS OF AMERICA<br>1485 VALLEY FORGE RD.<br>WAYNE, PA19087 |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.211 | State what the contract or lease is for and the nature of the debtor's interest | Licensing Agreement Dated 08/15/2012 | CREATIVE MANAGER, INC.<br>721 AUTH AVENUE<br>OAKHURST, NJ 07755 |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.212 | State what the contract or lease is for and the nature of the debtor's interest | CreditSafe Proposal Dated 02/01/2019 | CREDITSAFE USA, INC.<br>2711 CENTERVILLE ROAD<br>SUITE 400<br>WILMINGTON, DE 19808 |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.213 | State what the contract or lease is for and the nature of the debtor's interest | Creditsafe Proposal Dated 01/24/2020 | CREDITSAFE USA, INC.<br>2711 CENTERVILLE ROAD<br>SUITE 400<br>WILMINGTON, DE 19808 |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.214 | State what the contract or lease is for and the nature of the debtor's interest | Terms and Services | CRESCENDO INTERACTIVE, INC.<br>110 CAMINO RUIZ<br>ATTN : BILLING DEPT.<br>CAMARILLO, CA 93012 |
|  | State the term remaining<br>List the contract number of any government contract | | |
| 2.215 | State what the contract or lease is for and the nature of the debtor's interest | Rental Agreement Dated 06/11/2014 | CROWN EQUIPMENT CORPORATION (DBA CROWN LIFT TRUCKS)<br>8404 WESTMORELAND DRIVE<br>CONCORD, NC 28027 |
|  | State the term remaining<br>List the contract number of any government contract | | |

Debtor    Boy Scouts of America                            Case number *(if known)*   20-10343 (LSS)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.216 | State what the contract or lease is for and the nature of the debtor's interest | Short Term Rental Agreement Dated 05/30/2014 | CROWN EQUIPMENT CORPORATION D/B/A CROWN LIFT TRUCKS 8401 WESTMORELAND DRIVE CONCORD, NC 28027 |
| | State the term remaining List the contract number of any government contract | | |
| 2.217 | State what the contract or lease is for and the nature of the debtor's interest | Short Form Agreement Dated 05/22/2019 | CUSTOM GREENSCAPING 1780 HURD DR. IRVING, TX 75038 |
| | State the term remaining List the contract number of any government contract | | |
| 2.218 | State what the contract or lease is for and the nature of the debtor's interest | Group Sales Agreement Dated 12/15/2016 | DALLAS/FORT WORTH MARRIOTT SOLANA 1301 SOLANA BOULEVARD, BUILDING 3 WESTLAKE, TX 76262 |
| | State the term remaining List the contract number of any government contract | | |
| 2.219 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease Dated 07/01/2015 | DAN BEARD COUNCIL, BOY SCOUTS OF AMERICA 10078 READING RD CINCINNATI, OH 45241 |
| | State the term remaining List the contract number of any government contract | | |
| 2.220 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease Dated 08/01/2015 | DANIEL BOONE COUNCIL, BOY SCOUTS OF AMERICA 333 WEST HAYWOOD STREET ASHEVILLE, NC 28801 |
| | State the term remaining List the contract number of any government contract | | |
| 2.221 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease Dated 08/01/2015 | DANIEL BOONE COUNCIL, BOY SCOUTS OF AMERICA 333 WEST HAYWOOD STREET ASHEVILLE, NC 28801 |
| | State the term remaining List the contract number of any government contract | | |
| 2.222 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease Dated 07/01/2015 | DANIEL WEBSTER COUNCIL, BOY SCOUTS OF AMERICA 571 HOLT AVENUE MANCHESTER, NH 03109-5214 |
| | State the term remaining List the contract number of any government contract | | |

Debtor    Boy Scouts of America
          Name

Case number (if known)   20-10343 (LSS)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.223 | State what the contract or lease is for and the nature of the debtor's interest | Master SaaS Agreement Dated 03/15/2019 | DATA MANAGEMENT, INC.<br>1 TIME CLOCK DRIVE<br>SAN ANGELO, TX 76904 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.224 | State what the contract or lease is for and the nature of the debtor's interest | Computer Illustration Agreement Dated 04/16/2015 | DEBUT ART LTD<br>30 TOTTENHAM STREET<br>LONDON W1T 4RJ<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.225 | State what the contract or lease is for and the nature of the debtor's interest | Temporary Services Agreement Dated 06/15/2015 | DECISIONPATHHR<br>8720 RED OAK BLVD, STE 300<br>CHARLOTTE, NC 28217 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.226 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement Dated 09/30/2015 | DEEM<br>301 HOWARD STREET<br>21ST FLOOR<br>SAN FRANCISCO, CA 94105 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.227 | State what the contract or lease is for and the nature of the debtor's interest | Annual Patch Commitment Agreement Dated: 04/01/2019 | DEL-MAR-VA COUNCIL, BOY SCOUTS OF AMERICA<br>1910 BADEN POWELL WAY<br>DOVER, DE 19904 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.228 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement Dated 09/20/2017 | DEVELOPMENTAL DIMENSIONS, INC.<br>KRIS ZAJAC<br>1225 WASHINGTON PIKE<br>BRIDGEVILLE, PA 15017-2838 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.229 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement Dated 08/09/2013 | DIRECT ENERGY BUSINESS, LLC<br>1001 LIBERTY AVENUE<br>PITTSBURGH, PA 15222 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor   Boy Scouts of America
         Name

Case number *(if known)*  20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.230 | State what the contract or lease is for and the nature of the debtor's interest | Commodity Master Agreement Dated 10/16/2019 | DIRECT ENERGY BUSINESS, LLC<br>1001 LIBERTY AVENUE<br>PITTSBURGH, PA 15222 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.231 | State what the contract or lease is for and the nature of the debtor's interest | Invoice Dated 11/14/2019 | DROPBOX INC<br>PO BOX 102345<br>PASADENA, CA 91189-2345 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.232 | State what the contract or lease is for and the nature of the debtor's interest | Transportation Agreement Dated 04/01/2018 | DURHAM SCHOOL SERVICES<br>2601 NAVISTAR DRIVE<br>LISLE, IL 60532 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.233 | State what the contract or lease is for and the nature of the debtor's interest | Rollover Agreement Dated 04/11/2012 | E*TRADE SECURITIES LLC<br>RETIREMENT PRODUCT MANAGEMENT<br>4005 WINDWARD PLAZA<br>ALPHARETTA, GA 30005 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.234 | State what the contract or lease is for and the nature of the debtor's interest | Invoice Dated 11/01/2017 | EAGLE TECHNOLOGY MANAGEMENT<br>P.O. BOX 11100<br>CEDAR RAPIDS, IA 52410-1100 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.235 | State what the contract or lease is for and the nature of the debtor's interest | License, Maintenance and Support Agreement | ECI SOFTWARE SOLUTIONS, INC. D/B/A ECI MI<br>3191 TEMPLE AVENUE<br>SUITE 230<br>POMONA, CA 91768 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.236 | State what the contract or lease is for and the nature of the debtor's interest | Software As a Service Subscription Agreement Dated 04/04/2019 | EFFICIENT FRONTIERS, INC. D/B/A RESERVE INTERACTIVE<br>3215 GOLF ROAD<br>SUITE 165<br>DELAFIELD, WI 53018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Boy Scouts of America
                Name
Case number *(if known)*  20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.237 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement Dated 04/13/2016 | EHIRE, LLC<br>TONY VERDE<br>3565 PIEDMONT RD, NE<br>BLDG. 4, SUITE 30326<br>ATLANTA, GA 30326 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.238 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Customer Agreement Dated 04/23/2019 | ELASTIC SEARCH, INC<br>800 WEST EL CAMINO REAL<br>SUITE 350<br>MOUNTAIN VIEW, CA 94040 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.239 | **State what the contract or lease is for and the nature of the debtor's interest** | Order Form/SOW Dated 05/01/2019 | ELASTIC SEARCH, INC<br>800 W EL CAMINO REAL<br>SUITE 350<br>MOUNTAIN VIEW, CA 94040 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.240 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement Dated 05/01/2018 | ELECTRONIC SPECIALTY COMPANY<br>1325 DUNBAR AVENUE<br>DUNBAR, WV 25064 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.241 | **State what the contract or lease is for and the nature of the debtor's interest** | General Contractor Agreement Dated 01/01/2017 | EMR ELEVATOR INC.<br>2320 MICHIGAN COURT<br>ARLINGTON, TX 76016 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.242 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Agreement Dated 01/01/2020 | EMR ELEVATOR INC.<br>2320 MICHIGAN COURT<br>ARLINGTON, TX 76016 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.243 | **State what the contract or lease is for and the nature of the debtor's interest** | Software Support Agreement Purchase Order Dated 01/01/2017 | EMS SOFTWARE<br>6455 GREENWOOD PLAZA BLVD<br>SUITE 600<br>CENTENNIAL, CO 80111 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor     Boy Scouts of America _____     Case number (if known)  20-10343 (LSS)
            Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.244 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Dated 08/01/2017 | ENTIT SOFTWARE LLC<br>1140 ENTERPRISE WAY<br>SUNNYVALE, CA 95747 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.245 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement Dated 11/15/2016 | ERSKINE FINANCIAL SERVICES<br>1001 BERKELEY ROAD<br>WILMINGTON, DE 19807 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.246 | State what the contract or lease is for and the nature of the debtor's interest | Quotation Dated 04/21/2017 | EVERBRIDGE<br>155 NORTH LAKE AVENUE<br>SUITE 900<br>PASADENA, CA 91101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.247 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Dated 10/26/2017 | EXTENSIS CORP.<br>1800 SW 1ST AVENUE, SUITE 500<br>PORTLAND, OR 97201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.248 | State what the contract or lease is for and the nature of the debtor's interest | Hotel Accommodations Dated 03/20/2020 | FAHOLO CHRISTIAN CONFERENCE CENTER<br>PAUL WEBER<br>3000 MT. HOPE ROAD<br>GRASS LAKE, MI 49240-9551 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.249 | State what the contract or lease is for and the nature of the debtor's interest | Letter Amendment Dated 07/01/2019 | FIDELITY INVESTMENTS<br>WI STRATEGY AND PLANNING, CONTRACTS<br>ATTN: REBECCA MCBREEN |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.250 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Dated 01/01/2019 | FIDELITY WORK PLACE SERVICES LLC<br>ATTN: WI CONTRACTS<br>245 SUMMER STREET, V7B<br>BOSTON, MA 02210 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Boy Scouts of America
          Name

Case number (if known)    20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.251 | State what the contract or lease is for and the nature of the debtor's interest | Invoice Dated 01/03/2017 | FIG LEAF SOFTWARE, INC. 1400 16TH ST. NW SUITE 450 WASHINGTON, DC 20036 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.252 | State what the contract or lease is for and the nature of the debtor's interest | Elevator Refurbishment Dated 06/26/2019 | FIJI ELEVATOR COMPANY 9167 OAK ALLEY WAY LAKE WORTH, FL 33467 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.253 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 01/01/2017 | FIRST ADVANTAGE LNS PO BOX 403532 ATLANTA, GA30384-3532 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.254 | State what the contract or lease is for and the nature of the debtor's interest | Agreement With General Contractor Dated 11/01/2018 | FIRST MAINTENANCE COMPANY 3158 S. 108TH EAST AVENUE STE 274 TULSA, OK 74146 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.255 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract for Commercials Dated 04/24/2014 | FLEISHMAN HILLARD INC PO BOX 771733 ST LOUIS, MO 63177 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.256 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease Dated 05/01/2017 | FLINT RIVER COUNCIL, BOY SCOUTS OF AMERICA 1363 ZEBULON ROAD GRIFFIN, GA 30224-0173 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.257 | State what the contract or lease is for and the nature of the debtor's interest | Purchase/Lease Contract Dated 01/01/2016 | FLYING A SECURITY SYSTEMS, INC. 12605 S.W. 114 AVE MIAMI, FL 33176 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Boy Scouts of America
          Name

Case number *(if known)*  20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.258 | State what the contract or lease is for and the nature of the debtor's interest | Software License Agreement Dated 05/19/2011 | FOUR WINDS INTERACTIVE LLC<br>1859 YORK ST.<br>DENVER, CO 80206 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.259 | State what the contract or lease is for and the nature of the debtor's interest | National Annual Meeting Dated 05/16/2020 | GAYLORD NATIONAL RESORT & CONVENTION CENTER<br>201 WATERFRONT STREET<br>NATIONAL HARBOR, MD 20745 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.260 | State what the contract or lease is for and the nature of the debtor's interest | Convention Agreement Dated 03/31/2016 | GAYLORD NATIONAL RESORT & CONVENTION CENTER<br>201 WATERFORD STREET<br>NATIONAL HARBOR, MD 20745 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.261 | State what the contract or lease is for and the nature of the debtor's interest | National Annual Meeting Dated 03/25/2016 | GAYLORD TEXAN RESORT & CONVENTION CENTER<br>1501 GAYLORD TRAIL<br>GRAPEVINE, TX 76051 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.262 | State what the contract or lease is for and the nature of the debtor's interest | Resort Convention Agreement Dated 03/31/2016 | GAYLORD TEXAN RESORT & CONVENTION CENTER<br>1501 GAYLORD TRAIL<br>GRAPEVINE, TX 76051 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.263 | State what the contract or lease is for and the nature of the debtor's interest | Master Products and Services Agreement Dated 10/01/2015 | GENERAL DATATECH, L.P.<br>999 METROMEDIA PLACE<br>DALLAS, TX 75247 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.264 | State what the contract or lease is for and the nature of the debtor's interest | Competitive Assistance Program Dated 06/16/2019 | GENERAL MOTORS FLEET<br>ROANOKE, TX 76262 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor __Boy Scouts of America__         Case number *(if known)* __20-10343 (LSS)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.265 | **State what the contract or lease is for and the nature of the debtor's interest** | Guest Group Contract Dated 03/22/2018 | GENEVA CENTER<br>5282 N OLD US HWY 31<br>ROCHESTER, IN 45975 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.266 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement of Lease Dated 08/01/2015 | GEORGIA-CAROLINA COUNCIL, BOY SCOUTS OF AMERICA<br>4132 MADELINE DR.<br>AUGUSTA, GA 30909 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.267 | **State what the contract or lease is for and the nature of the debtor's interest** | New Customer Order Form Dated 05/05/2017 | GITLAB, INC.<br>1233 HOWARD STREET<br>SUITE 2F<br>SAN FRANCISCO, CA 94103 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.268 | **State what the contract or lease is for and the nature of the debtor's interest** | Renewal Order Form Dated 04/29/2017 | GITLAB, INC.<br>1233 HOWARD STREET<br>SUITE 2F<br>SAN FRANCISCO, CA 94103 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.269 | **State what the contract or lease is for and the nature of the debtor's interest** | Temporary Services Agreement Dated 07/20/2015 | GO SOURCE LLC<br>2012 W HWY 160<br>MILL, SC 29708 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.270 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement of Lease Dated 07/01/2015 | GOLDEN EMPIRE COUNCIL, BOY SCOUTS OF AMERICA<br>251 COMMERCE CIRCLE<br>SACRAMENTO, CA 95853-0558 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.271 | **State what the contract or lease is for and the nature of the debtor's interest** | Invoice Dated 09/16/2017 | GOOGLE, INC.<br>1600 AMPHITHEATRE PKWY<br>MOUNTAIN VIEW, CA 94043 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Boy Scouts of America                              Case number *(if known)*    20-10343 (LSS)
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.272 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Supplier Manual and Agreement. | GOPRO<br>26740 NETWORK PLACE<br>CHICAGO, IL 60673-1267 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.273 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter of Agreement Dated 05/15/2017 | GRAHAM YACHTING LLC<br>3555 LAKEFRONT TRL<br>HELENA, AL 35022 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.274 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement of Lease Dated 05/01/2016 | GRAND COLUMBIA COUNCIL, BOY SCOUTS OF AMERICA<br>12 NORTH 10TH AVE.<br>YAKIMA, WA 25304 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.275 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement of Lease Dated 10/15/2015 | GRAND TETON COUNCIL, BOY SCOUTS OF AMERICA<br>3910 SOUTH YELLOWSTONE HIGHWAY<br>IDAHO FALLS, ID 83402 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.276 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement of Lease Dated 08/01/2016 | GREAT SALT LAKE COUNCIL, BOY SCOUTS OF AMERICA<br>8389 S. 700 W<br>SANDY, UT 84070 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.277 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement of Lease Dated 08/01/2016 | GREAT SALT LAKE COUNCIL, BOY SCOUTS OF AMERICA<br>8389 S. 700 W<br>SANDY, UT 84070 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.278 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement of Lease Dated 08/01/2016 | GREAT SALT LAKE COUNCIL, BOY SCOUTS OF AMERICA<br>8389 S. 700 W<br>SANDY, UT 84070 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   Boy Scouts of America _____   Case number (if known) __20-10343 (LSS)__
_____Name_____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.279 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement of Lease Dated 07/01/2015 | GREAT SOUTHWEST COUNCIL, BOY SCOUTS OF AMERICA<br>5841 OFFICE BLVD NE<br>ALBUQUERQUE, NM 87109-5820 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.280 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement of Lease Dated 08/01/2015 | GREATER ALABAMA COUNCIL, BOY SCOUTS OF AMERICA<br>P. O. BOX 43307<br>BIRMINGHAM, AL 35243-0307 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.281 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement of Lease Dated 08/01/2015 | GREATER ALABAMA COUNCIL, BOY SCOUTS OF AMERICA<br>P. O. BOX 43307<br>BIRMINGHAM, AL 35243-0307 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.282 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement for Lease Dated 07/01/2015 | GREATER LOS ANGELES AREA COUNCIL, BOY SCOUTS OF AMERICA<br>2333 SCOUT WAY<br>LOS ANGELES, CA 90026 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.283 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement for Lease Dated 07/01/2015 | GREATER LOS ANGELES AREA COUNCIL, BOY SCOUTS OF AMERICA<br>2333 SCOUT WAY<br>LOS ANGELES, CA 90026 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.284 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement for Lease Dated 07/01/2015 | GREATER LOS ANGELES AREA COUNCIL, BOY SCOUTS OF AMERICA<br>2333 SCOUT WAY<br>LOS ANGELES, CA 90026 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.285 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement for Lease Dated 08/01/2015 | GREATER NIAGARA FRONTIER COUNCIL, BOY SCOUTS OF AMERICA<br>2860 GENESEE STREET<br>BUFFALO, NY 14225 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Boy Scouts of America
          Name                                                    Case number (if known)   20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.286 | State what the contract or lease is for and the nature of the debtor's interest | N/A Dated 08/01/2015 | GREATER ST. LOUIS AREA COUNCIL, BOY SCOUTS OF AMERICA 4568 WEST PINE BLVD. ST. LOUIS, MO 63108-2193 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.287 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease Dated 07/01/2015 | GREATER ST. LOUIS AREA COUNCIL, BOY SCOUTS OF AMERICA 4568 WEST PINE BLVD. ST. LOUIS, MO 63108-2193 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.288 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease Dated 09/01/2015 | GREATER ST. LOUIS AREA COUNCIL, BOY SCOUTS OF AMERICA 4568 WEST PINE BLVD. ST. LOUIS, MO 63108-2193 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.289 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease Dated 07/01/2016 | GREATER TAMPA BAY AREA COUNCIL, BOY SCOUTS OF AMERICA 13228 N. CENTRAL AVENUE TAMPA, FL 33612-3462 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.290 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease Dated 07/01/2015 | GREATER YOSEMITE COUNCIL, BOY SCOUTS OF AMERICA 4031 TECHNOLOGY DRIVE MODESTO, CA 95356 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.291 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 06/05/2019 | GROUPE ACCESS 1255 UNIVERSITE, SUITE 100 MONTREAL, QUEBEC H38B 3A9 CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.292 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement Dated 10/07/2015 | GROUPE ACCESS 1255 UNIVERSITE, SUITE 100 MONTREAL, QUEBEC H38B 3A9 CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Boy Scouts of America
Name

Case number *(if known)*   20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.293 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 01/08/2019 | GROUPE ACCESS<br>1255 UNIVERSITE, SUITE 100<br>MONTREAL, QUEBEC H38B 3A9<br>CANADA |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.294 | State what the contract or lease is for and the nature of the debtor's interest | Website Development Agreement Dated 01/23/2017 | GUIDANCE SOLUTIONS, INC.<br>ATTENTION: JASON MEUGNIOT, CHIEF EXECUTIVE OFFICER<br>4134 DEL REY AVENUE<br>MARINA DEL REY, CA90292 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.295 | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Lease Dated 07/01/2015 | GULF COAST COUNCIL, BOY SCOUTS OF AMERICA<br>9440 UNIVERSITY PKWY<br>PENSACOLA, FL 32514-5434 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.296 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease Dated 07/01/2016 | GULF STREAM COUNCIL, BOY SCOUTS OF AMERICA<br>8335 NORTH MILITARY TRL<br>PALM BEACH GARDENS, FL 33410-6329 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.297 | State what the contract or lease is for and the nature of the debtor's interest | Program Development Agreement Dated 08/13/2014 | GUNDERSEN HEALTH SYSTEM<br>1900 SOUTH AVENUE<br>MAIL STOP: WINST<br>ATTN: NCPTC DIRECTOR<br>LA CROSSE, WI 54601 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.298 | State what the contract or lease is for and the nature of the debtor's interest | Program Development Agreement Dated 08/13/2014 | GUNDERSEN HEALTH SYSTEM<br>ATTN: LEGAL DEPARTMENT<br>1900 SOUTH AVENUE<br>MAIL STOP: GB1-001<br>LA CROSSE, WI 54601 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.299 | State what the contract or lease is for and the nature of the debtor's interest | Program Development Agreement Dated 08/13/2014 | GUNDERSEN LUTHERAN ADMINISTRATIVE SERVICES, INC., INDEPENDENTLY AND AS AGENT FOR GUNDERSEN LUTHERAN MEDICAL CENTER, INC.<br>1900 SOUTH AVENUE<br>LA CROSSE, WI 54601 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor    Boy Scouts of America        Case number *(if known)* __20-10343 (LSS)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.300 | **State what the contract or lease is for and the nature of the debtor's interest** | Invoice Dated 03/26/2015 | HAPPYLANDER LTD.<br>33A WHITESTILE ROAD<br>BRENTFORD<br>MIDDLESEX TW8 9NR<br>UNITED KINGDOM |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.301 | **State what the contract or lease is for and the nature of the debtor's interest** | Notice of Renewal Dated 06/05/2016 | HARLAND TECHNOLOGY SERVICES<br>2020 S. 156TH CIRCLE<br>OMAHA, NE 88130<br>UNITED KINGDOM |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.302 | **State what the contract or lease is for and the nature of the debtor's interest** | Contributor's Agreement Dated 01/22/2020 | HARLEY SCHWADRON<br>P.O. BOX 1347<br>ANN ARBOR, MI 48106 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.303 | **State what the contract or lease is for and the nature of the debtor's interest** | Contributor's Agreement Dated 01/23/2020 | HARLEY SCHWADRON<br>P.O. BOX 1347<br>ANN ARBOR, MI 48106 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.304 | **State what the contract or lease is for and the nature of the debtor's interest** | Auditing Services Dated 12/03/2018 | HARPER & PEARSON COMPANY, PC<br>ONE RIVERWAY<br>SUITE 1900<br>HOUSTON, TX 77056-1973 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.305 | **State what the contract or lease is for and the nature of the debtor's interest** | Auditing Services Dated 12/03/2018 | HARPER & PEARSON COMPANY, PC<br>ONE RIVERWAY<br>SUITE 1900<br>HOUSTON, TX 77056-1973 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.306 | **State what the contract or lease is for and the nature of the debtor's interest** | Auditing Services Dated 12/03/2019 | HARPER & PEARSON COMPANY, PC<br>ONE RIVERWAY<br>SUITE 1900<br>HOUSTON, TX 77056-1973 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor     Boy Scouts of America                                   Case number (if known)  20-10343 (LSS)
           Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.307 | State what the contract or lease is for and the nature of the debtor's interest | Auditing Services Dated 12/03/2018 | HARPER & PEARSON COMPANY, PC<br>ONE RIVERWAY<br>SUITE 1900<br>HOUSTON, TX 77056-1973 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.308 | State what the contract or lease is for and the nature of the debtor's interest | Business Associate Agreement Dated 03/12/2009 | HARPER & PEARSON COMPANY, PC<br>ONE RIVERWAY<br>SUITE 1000<br>HOUSTON, TX 77056-1973 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.309 | State what the contract or lease is for and the nature of the debtor's interest | Copyright License Agreement Dated 01/11/2018 | HARRY WIMBROUGH<br>3137 DASHIELL RD.,<br>FALLS CHURCH, VA 22042 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.310 | State what the contract or lease is for and the nature of the debtor's interest | Annual Patch Commitment Agreement Dated: 04/01/2019 | HEART OF AMERICA COUNCIL, BOY SCOUTS OF AMERICA<br>10210 HOLMES RD.<br>KANSAS CITY, MO 64131 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.311 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease Dated 07/01/2015 | HEART OF AMERICA COUNCIL, BOY SCOUTS OF AMERICA<br>10210 HOLMES RD.<br>KANSAS CITY, MO 64131 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.312 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Sublease Dated 03/01/2016 | HEART OF AMERICA COUNCIL, BOY SCOUTS OF AMERICA<br>10210 HOLMES RD.<br>KANSAS CITY, MO 64131 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.313 | State what the contract or lease is for and the nature of the debtor's interest | General Contractor Agreement Dated 01/01/2018 | HIGH TOWERS WOOD, WELDING & FAB., INC.<br>PO BOX 186<br>BRADLEY, WV 25818 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Boy Scouts of America   Case number *(if known)* 20-10343 (LSS)
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.314 | State what the contract or lease is for and the nature of the debtor's interest | General Contractor Agreement Dated 01/07/2020 | HIGH TOWERS WOOD, WELDING & FAB., INC. PO BOX 186 BRADLEY, WV 25818 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.315 | State what the contract or lease is for and the nature of the debtor's interest | General Contractor Agreement Dated 01/07/2020 | HIGH TOWERS WOOD, WELDING & FAB., INC. PO BOX 186 BRADLEY, WV 25818 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.316 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement Dated 06/17/2016 | HITACHI CONSULTING ATTN: SONA MANZO 14642 DALLAS PARKWAY #800 DALLAS, TX 75254 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.317 | State what the contract or lease is for and the nature of the debtor's interest | Annual Patch Commitment Agreement Dated: 04/01/2019 | HOOSIER TRAILS COUNCIL, BOY SCOUTS OF AMERICA 5625 EAST STATE ROAD 46 BLOOMINGTON, IN 47401 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.318 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease Dated 03/01/2018 | HOOSIER TRAILS COUNCIL, BOY SCOUTS OF AMERICA 5625 EAST STATE ROAD 46 BLOOMINGTON, IN 47401 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.319 | State what the contract or lease is for and the nature of the debtor's interest | Letter of Agreement Dated 09/16/2019 | HOTEL ALYESKA, LLC DBA ALYESKA RESORT OR THE HOTEL ALYESKA PO BOX 249 GIRDWOOD, AK 99587 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.320 | State what the contract or lease is for and the nature of the debtor's interest | First Amendment to Statement of Work Dated 01/31/2017 | HSP EPI ACQUISITION, LLC DBA ENTERTAINMENT 1401 CROOKS RD SUITE 150 TROY, MI 48084 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor     Boy Scouts of America                                    Case number (if known) __20-10343 (LSS)__
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.321 | State what the contract or lease is for and the nature of the debtor's interest | National Annual Meeting 2023 Dated 10/04/2018 | HYATT REGENCY ATLANTA<br>265 PEACHTREE STREET NE<br>ATLANTA, GA 30303 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.322 | State what the contract or lease is for and the nature of the debtor's interest | Top Hands Conference 2021 Dated 11/28/2016 | HYATT REGENCY DALLAS<br>300 REUNION BOULEVARD<br>DALLAS, TX 75207 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.323 | State what the contract or lease is for and the nature of the debtor's interest | Conference Hotel Contract Dated 11/28/2016 | HYATT REGENCY DALLAS<br>300 REUNION BOULEVARD<br>DALLAS, TX 75207 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.324 | State what the contract or lease is for and the nature of the debtor's interest | Top Hands Conference 2023 Dated 12/10/2018 | HYATT REGENCY NEW ORLEANS<br>601 LOYOLA AVENUE<br>NEW ORLEANS, LA 70113 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.325 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Schedule Dated 08/02/2016 | HYG FINANCIAL SERVICES, INC.<br>300 E. JOHN CARPENTER FREEWAY<br>IRVING, TX 75062-2712 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.326 | State what the contract or lease is for and the nature of the debtor's interest | Auction Service Agreement Dated 07/07/2011 | IAA<br>ATTENTION: JEFF HUBBARD<br>ATTENTION: JEANENE O'BRIEN<br>TWO WESTBROOK CORPORATE CENTER<br>SUITE 500<br>WESTCHESTER, IL 60154 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.327 | State what the contract or lease is for and the nature of the debtor's interest | Joint Marketing and Co-Branding Agreement Dated 06/24/2011 | IAA<br>ATTN: JEFF HUBBARD<br>ATTN: JEANENE O'BRIEN<br>TWO WESTBROOK CORPORATE CENTER<br>SUITE 500<br>WESTCHESTER, IL 60154 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor     Boy Scouts of America
           Name
Case number *(if known)*   20-10343 (LSS)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.328 | State what the contract or lease is for and the nature of the debtor's interest | Cloud Services Agreement Dated 11/01/2018 | IBM CORPORATION<br>MARCUS STEELE<br>1 NEW ORCHARD ROAD<br>ARMONK, NY 10504 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.329 | State what the contract or lease is for and the nature of the debtor's interest | Invoice Dated 05/01/2018 | IDENTISYS, INC.<br>7630 COMMERCE WAY<br>EDEN PRAIRIE, MN 55344-00866 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.330 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease Dated 11/01/2018 | ILLOWA COUNCIL, BOY SCOUTS OF AMERICA<br>4412 N. BRADY ST.<br>DAVENPORT, IA52806 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.331 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Dated 04/16/2016 | IMAGENET CONSULTING<br>ATTN: CONTRACTS DEPARTMENT<br>913 N. BROADWAY<br>OKLAHOMA CITY, OK73102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.332 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement Dated 01/19/2016 | IMAGENET CONSULTING<br>913 N.  BROADWAY<br>OKLAHOMA CITY, OK73102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.333 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement Dated 01/19/2016 | IMAGENET CONSULTING<br>ATTENTION: CONTRACTS DEPARTMENT<br>913 NORTH BROADWAY<br>OKLAHOMA CITY, OK73102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.334 | State what the contract or lease is for and the nature of the debtor's interest | Service Level Agreement Dated 01/25/2016 | IMAGENET CONSULTING<br>913 NORTH BROADWAY<br>OKLAHOMA CITY, OK73102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Boy Scouts of America                     Case number *(if known)*   20-10343 (LSS)
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.335 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement Dated 01/19/2016 | IMAGENET CONSULTING<br>ATTENTION: CONTRACTS DIVISION<br>913 NORTH BROADWAY<br>OKLAHOMA CITY, OK 73102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.336 | State what the contract or lease is for and the nature of the debtor's interest | Service Level Agreement Dated 01/25/2016 | IMAGENET CONSULTING<br>913 NORTH BROADWAY<br>OKLAHOMA CITY, OK 73102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.337 | State what the contract or lease is for and the nature of the debtor's interest | License of Rights Agreement Dated 12/22/2015 | IMPACT PRODUCTIONS<br>ATTN: TOM NEWMAN<br>3939 SOUTH HARVARD AVENUE<br>TULSA, OK 74135 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.338 | State what the contract or lease is for and the nature of the debtor's interest | Temporary Services Agreement Dated 07/12/2012 | IMPRIMIS GROUP, INC./BRAVO TECHNICAL RESOURCES, INC.<br>4835 LBJ FREEWAY<br>SUITE 1000<br>DALLAS, TX 75244 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.339 | State what the contract or lease is for and the nature of the debtor's interest | Settlement Agreement Dated 10/25/2017 | INDIAN MOTORCYCLE INTERNATIONAL, LLC<br>ATTN: GENERAL COUNSEL<br>2100 HIGHWAY 55<br>MEDINA, MN 55340 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.340 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease Dated 07/01/2018 | INDIAN NATIONS COUNCIL, BOY SCOUTS OF AMERICA<br>4295 S. GARNETT ROAD<br>TULSA, OK 74146-4261 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.341 | State what the contract or lease is for and the nature of the debtor's interest | Group Sales Agreement Dated 10/25/2019 | INDIANAPOLIS MARRIOTT DOWNTOWN<br>350 WEST MARYLAND STREET<br>INDIANAPOLIS, IN 46225 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor  Boy Scouts of America                          Case number *(if known)*  20-10343 (LSS)
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.342 | State what the contract or lease is for and the nature of the debtor's interest | Contract for Services Dated 11/21/2017 | INFINITY MANAGEMENT, INC.<br>84 PARK AVENUE<br>SUITE C-101<br>FLEMINGTON, NJ 08801 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.343 | State what the contract or lease is for and the nature of the debtor's interest | Master License and Services Agreement Dated 02/23/2017 | INFOGROUP INC., AND ITS AFFILIATES<br>ATTENTION: CORPORATE COUNSEL<br>1020 EAST 1ST STREET<br>PAPILLION, NE 68046 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.344 | State what the contract or lease is for and the nature of the debtor's interest | Product, Services and Pricing Schedule to Master License and Services Agreement Dated 05/15/2019 | INFOGROUP<br>1020 EAST 1ST STREET<br>PAPILLION, NE 68046 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.345 | State what the contract or lease is for and the nature of the debtor's interest | SaaS Order Form | INFOR (US) INC<br>13560 MORRIS RD, STE 4100<br>ALPHARETTA, GA 30004 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.346 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement Dated 11/01/2012 | INFOSTAF CONSULTING INC., D/B/A SOURCE DIRECT<br>ATTN: JAMES D. MACINTYRE, GENERAL COUNSEL<br>15301 DALLAS PARKWAY, SUITE700<br>ADDISON, TX 75001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.347 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 10/12/2014 | INFOSTAF CONSULTING INC., D/B/A SOURCE DIRECT<br>15301 DALLAS PARKWAY, SUITE700<br>ADDISON, TX 75001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.348 | State what the contract or lease is for and the nature of the debtor's interest | Storage and Compute Capacity Agreement Dated 11/01/2012 | INFOSTAF CONSULTING INC., D/B/A SOURCE DIRECT<br>15301 DALLAS PARKWAY, SUITE700<br>ADDISON, TX 75001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Boy Scouts of America                              Case number *(if known)*   20-10343 (LSS)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.349 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement Dated 05/22/2019 | INFOSYS LIMITED<br>ATTN: LEGAL DEPARTMENT<br>2400 N. GLENVILLE DRIVE<br>SUITE C150<br>RICHARDSON, TX 75082 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.350 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 05/22/2019 | INFOSYS LIMITED<br>ATTN: LEGAL DEPARTMENT<br>2400 N. GLENVILLE DRIVE<br>SUITE C150<br>RICHARDSON, TX 75082 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.351 | State what the contract or lease is for and the nature of the debtor's interest | Third Lease Agreement Dated 04/01/2015 | INLAND COMMERCIAL PROPERTY MANAGEMENT<br>7117 10TH STREET NORTH<br>OAKDALE, MN 55125 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.352 | State what the contract or lease is for and the nature of the debtor's interest | Annual Patch Commitment Agreement Dated: 10/23/2019 | INLAND NORTHWEST COUNCIL, BOY SCOUTS OF AMERICA<br>WEST 411 BOY SCOUT WAY<br>SPOKANE, WA 99201-2243 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.353 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease Dated 07/01/2015 | INLAND NORTHWEST COUNCIL, BOY SCOUTS OF AMERICA<br>WEST 411 BOY SCOUT WAY<br>SPOKANE, WA 99201-2243 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.354 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 08/03/2016 | INSIGHT INVESTMENTS, CORP.<br>611 ANTON BLVD<br>SUITE #700<br>COSTA MESA, CA 92626 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.355 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 08/03/2016 | INSIGHT INVESTMENTS, CORP.<br>611 ANTON BLVD<br>SUITE 700<br>COSTA MESA, CA 92626 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Boy Scouts of America _____     Case number *(if known)* __20-10343 (LSS)__
             Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.356 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work Dated 04/13/2017 | INSIGHT INVESTMENTS, CORP. 611 ANTON BLVD SUITE 700 COSTA MESA, CA 92626 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.357 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work Dated 04/01/2017 | INSIGHT INVESTMENTS, LLC. 611 ANTON BLVD. SUITE 700 COSTA MESA, CA 92626 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.358 | **State what the contract or lease is for and the nature of the debtor's interest** | SOW #6 Dated 11/28/2016 | INSIGHT INVESTMENTS, LLC 611 ANTON BLVD SUITE 700 COSTA MESA, CA 92626 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.359 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work Dated 05/01/2018 | INSIGHT INVESTMENTS, LLC 611 ANTON BLVD SUITE 700 COSTA MESA, CA 92626 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.360 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work Dated 05/01/2018 | INSIGHT INVESTMENTS, LLC 611 ANTON BLVD SUITE 700 COSTA MESA, CA 92626 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.361 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work Dated 10/01/2018 | INSIGHT INVESTMENTS, LLC 611 ANTON BLVD SUITE 700 COSTA MESA, CA 92626 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.362 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work Dated 07/01/2018 | INSIGHT INVESTMENTS, LLC 611 ANTON BLVD SUITE 700 COSTA MESA, CA 92626 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Boy Scouts of America                              Case number *(if known)*  20-10343 (LSS)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.363 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 10/01/2017 | INSIGHT INVESTMENTS, LLC<br>611 ANTON BLVD.<br>SUITE 700<br>COSTA MESA, CA 92626 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.364 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 03/01/2017 | INSIGHT INVESTMENTS, LLC<br>611 ANTON BLVD<br>SUITE 700<br>COSTA MESA, CA 92626 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.365 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 09/01/2017 | INSIGHT INVESTMENTS, LLC<br>611 ANTON BLVD<br>SUITE 700<br>COSTA MESA, CA 92626 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.366 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement (where Intergralis is providing consultancy) Dated 02/02/2012 | INTEGRALIS INC.<br>60 HICKORY DRIVE<br>WALTHAM, MA 02451 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.367 | State what the contract or lease is for and the nature of the debtor's interest | Software License, Maintenance and Support Agreement Dated 05/05/2006 | INTEGRATED WAREHOUSING SOLUTIONS, LLC<br>3075 HIGHLAND PARKWAY<br>DOWNERS GROVE, IL 60515 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.368 | State what the contract or lease is for and the nature of the debtor's interest | General Contractor Agreement Dated 01/01/2018 | INTEGRITY SERVICES GROUP<br>706 INDUSTRIAL PARKWAY<br>BEAVER, WV 25832 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.369 | State what the contract or lease is for and the nature of the debtor's interest | Member Assistance Program Dated 04/01/2017 | INTERFACE EAP<br>2424 WILCREST DRIVE<br>SUITE 230<br>HOUSTON, TX 77042 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor     Boy Scouts of America                                    Case number (if known) __20-10343 (LSS)__
           Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.370 | State what the contract or lease is for and the nature of the debtor's interest | Order and Pricing Schedule Dated 11/01/2018 | INTERNATIONAL BUSINESS MACHINES CORPORATION<br>1 NEW ORCHARD ROAD<br>ARMONK, NY 10504-1722 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.371 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreement Dated 12/02/2011 | INVESCO REAL ESTATE FUND III, L.P.<br>ATTENTION: MELISSA NECKAR<br>C/O IRI FUND III, L.P.<br>13155 NOEL ROAD<br>DALLAS, TX 75240 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.372 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Agreement Dated 01/01/2019 | IODIN SECURITY ASSOCIATES<br>4055 VALLEY VIEW LANE<br>STE. 150<br>FARMERS BRANCH, TX 75244 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.373 | State what the contract or lease is for and the nature of the debtor's interest | Transportation Agreement Dated 06/01/2017 | IRON MOUNTAIN INFORMATION MANAGEMENT, LLC<br>7277 N HAGGERTY RD<br>CANTON, MI 48187 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.374 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement Dated 06/01/2017 | IRON MOUNTAIN<br>7277 N HAGGERTY RD<br>CANTON, MI 48187 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.375 | State what the contract or lease is for and the nature of the debtor's interest | Invoice Dated 02/01/2017 | ISI TELEMANAGEMENT SOLUTIONS, LLC<br>1051 PERIMETER DRIVE<br>STE 200<br>SCHAUMBURG, IL 60173 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.376 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease Dated 08/01/2015 | ISTROUMA AREA COUNCIL, BOY SCOUTS OF AMERICA<br>9644 BROOKLINE AVENUE<br>BATON ROUGE, LA 70809 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor __Boy Scouts of America_____     Case number (if known) __20-10343 (LSS)_____
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.377 | State what the contract or lease is for and the nature of the debtor's interest | Warehouse Services Agreement Dated 05/08/2019 | J.P. ENTERPRISES INC. 2828 TRADE CENTER DRIVE, SUITE 100 CARROLLTON, TX |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.378 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease Dated 07/01/2015 | JAYHAWK AREA COUNCIL, BOY SCOUTS OF AMERICA 1020 SE MONROE TOPEKA, KS 66612-1110 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.379 | State what the contract or lease is for and the nature of the debtor's interest | Cloud Services Subscription and Professional Services Agreement Dated 11/01/2019 | JDA SOFTWARE, INC. CHIEF EXECUTIVE OFFICER 15059 N. SCOTTSDALE RD. SCOTTSDALE, AZ 85254 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.380 | State what the contract or lease is for and the nature of the debtor's interest | Maintenance Schedule Dated 03/01/2019 | JDA SOFTWARE, INC. ATTENTION: GENERAL COUNSEL COPY TO: CHIEF EXECUTIVE OFFICER 15059 N. SCOTTSDALE ROAD SUITE 400 SCOTTSDALE, AZ 85254 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.381 | State what the contract or lease is for and the nature of the debtor's interest | Software and Maintenance Schedule Dated 04/20/2012 | JDA SOFTWARE, INC. ATTENTION: GENERAL COUNSEL W COPY TO: CHIEF EXECUTIVE OFFICER 14400 N. 87TH STREET SCOTTSDALE, AZ 85260-3649 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.382 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement Dated 02/27/2008 | JDA SOFTWARE, INC. ATTENTION: GENERAL COUNSEL W COPY TO: CHIEF EXECUTIVE OFFICER 14400 N. 87TH STREET SCOTTSDALE, AZ 85260-3649 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.383 | State what the contract or lease is for and the nature of the debtor's interest | Amended Maintenance Schedule Dated 03/01/2018 | JDA SOFTWARE, INC. ATTENTION: GENERAL COUNSEL W COPY TO: CHIEF EXECUTIVE OFFICER 15059 N. SCOTTSDALE ROAD SUITE 400 SCOTTSDALE, AZ 85254 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor     Boy Scouts of America                  Case number *(if known)* __20-10343 (LSS)__
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.384 | **State what the contract or lease is for and the nature of the debtor's interest** | Software Agreement Dated 02/27/2008 | JDA SOFTWARE, INC.<br>14400 N. 87TH STREET<br>SCOTTSDALE, AZ 85260-3649 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.385 | **State what the contract or lease is for and the nature of the debtor's interest** | Amended Maintenance Schedule Dated 05/30/2017 | JDA SOFTWARE, INC.<br>15059 N. SCOTTSDALE ROAD, SUITE 400<br>SCOTTSDALE, AZ 85254 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.386 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement of Lease Dated 07/01/2015 | JERSEY SHORE COUNCIL, BOY SCOUTS OF AMERICA<br>1518 RIDGEWAY ROAD<br>TOMS RIVER, NJ 08755-4072 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.387 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement Dated 04/13/2019 | JESSE STARK<br>18041 FORRER ST.<br>DETROIT, MI 48235 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.388 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement Dated 04/14/2019 | JESSE STARK<br>18041 FORRER ST.<br>DETROIT, MI 48235 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.389 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement Dated 02/15/2019 | JESSE STARK<br>18041 FORRER ST.<br>DETROIT, MI 48235 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.390 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement Dated 02/14/2019 | JESSE STARK<br>18041 FORRER ST.<br>DETROIT, MI 48235 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Boy Scouts of America
          Name
                                    Case number *(if known)*   20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.391 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement Dated 02/15/2019 | JESSE STARK<br>18041 FORRER ST.<br>DETROIT, MI 48235 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.392 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement Dated 02/13/2015 | JHC TECHNOLOGY, INC.<br>ATTN: CRAIG ATKINSON<br>401 POST OFFICE ROAD<br>SUITE 201<br>WALDORF, MD 20602 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.393 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement Dated 04/07/2016 | JHC TECHNOLOGY, INC.<br>ATTN: CRAIG ATKINSON<br>401 POST OFFICE ROAD<br>SUITE 201<br>WALDORF, MD 20602 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.394 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement Dated 02/04/2019 | JOANNE MCGUIRE<br>4/394 PINE RIDGE ROAD<br>COOMBABAH QLD 4216<br>AUSTRALIA |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.395 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement Dated 02/04/2019 | JOANNE MCGUIRE<br>4/394 PINE RIDGE ROAD<br>COOMBABAH QLD 4216<br>AUSTRALIA |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.396 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement Dated 02/04/2019 | JOANNE MCGUIRE<br>4/394 PINE RIDGE ROAD<br>COOMBABAH Q1D<br>AUSTRALIA |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.397 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement Dated 02/14/2019 | JOANNE MCGUIRE<br>4/394 PINE RIDGE ROAD<br>COOMBABAH Q1D 4216<br>AUSTRALIA |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor <u>Boy Scouts of America</u>    Case number *(if known)* <u>20-10343 (LSS)</u>
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.398 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement Dated 02/14/2019 | JOANNE MCGUIRE<br>4/394 PINE RIDGE ROAD<br>COOMBABAH Q1D 4216<br>AUSTRALIA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.399 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement Dated 02/14/2019 | JOANNE MCGUIRE<br>4/394 PINE RIDGE ROAD<br>COMMBABAH Q1D 4216<br>AUSTRALIA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.400 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement Dated 02/04/2019 | JOANNE MCGUIRE<br>4/394 PINE RIDGE ROAD<br>COOMBABAH Q1D 4216<br>AUSTRALIA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.401 | **State what the contract or lease is for and the nature of the debtor's interest** | Advertising Agency Fee Agreement Dated 01/01/2018 | JOHNSON & SEKIN<br>800 JACKSON STREET, SUITE 300<br>DALLAS, TX |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.402 | **State what the contract or lease is for and the nature of the debtor's interest** | Cloud Services Agreement Dated 03/05/2019 | JONAS SOFTWARE USA LLC<br>7600 NORTH 15TH STREET, SUITE 250<br>PHOENIX, AZ 85020 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.403 | **State what the contract or lease is for and the nature of the debtor's interest** | Copyright License Agreement Dated 01/11/2018 | JOSEPH DUREL<br>1406 S WALTER REED DR.,<br>ARLINGTON, VA 22204 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.404 | **State what the contract or lease is for and the nature of the debtor's interest** | JP Logistics Warehousing and Services Agreement Dated 04/01/2014 | JP LOGISTICS<br>2840 COMMODORE DRIVE #120<br>CARROLLTON, TX 75006 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   Boy Scouts of America
    Name

Case number *(if known)*   20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.405 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Warehousing and Services Agreement Dated 04/01/2015 | JP LOGISTICS<br>2840 COMMODORE DRIVE #120<br>CARROLLTON, TX 75006 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.406 | **State what the contract or lease is for and the nature of the debtor's interest** | Commercial Card Classic Application & Agreement Dated 12/14/2015 | JPMORGAN CHASE BANK, N.A.<br>10 SOUTH DEARBORN, FLOOR 34<br>CHICAGO, IL 60603-2300 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.407 | **State what the contract or lease is for and the nature of the debtor's interest** | Commercial Card Classic Application & Agreement Dated 11/05/2015 | JPMORGAN CHASE BANK, N.A.<br>2500 WESTFIELD DRIVE<br>ELGIN, IL 60124 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.408 | **State what the contract or lease is for and the nature of the debtor's interest** | Payment Instrument Processing Agreement Dated 05/12/2016 | JPMORGAN CHASE BANK, N.A.<br>4 NORTHEASTERN BOULEVARD<br>SALEM, NH 03079 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.409 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Agreement Dated 05/12/2016 | JPMORGAN CHASE BANK, N.A.<br>ATTN: PHIL MARTIN<br>10 S. DEARBORN STREET<br>MAIL CODE IL1-1415<br>CHICAGO, IL 60603 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.410 | **State what the contract or lease is for and the nature of the debtor's interest** | Implementation Statement of Work | JPMORGAN CHASE BANK, N.A.<br>ATTN: PHIL MARTIN<br>10 S. DEARBORN STREET<br>MAIL CODE IL1-1415<br>CHICAGO, IL 60603 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.411 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement Dated 03/01/2017 | JUSTIN PACK PROFESSIONAL ARBORIST, LLC<br>17768 FRIARS HILL ROAD<br>FRANKFORD, WV 24938 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor <u>Boy Scouts of America</u>
Name

Case number *(if known)* <u>20-10343 (LSS)</u>

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.412 | State what the contract or lease is for and the nature of the debtor's interest | Investment Management Agreement Dated 01/10/2012 | KENNEDY CAPITAL MANAGEMENT, INC. 10829 OLIVE BLVD. ST. LOUIS, MO 63141 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.413 | State what the contract or lease is for and the nature of the debtor's interest | Software License and Support Agreement Dated 06/29/2012 | KEWILL INC. 1 EXECUTIVE DRIVE CHELMSFORD, MA 01824 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.414 | State what the contract or lease is for and the nature of the debtor's interest | Addendum to Software License and Support Agreement Dated 11/20/2012 | KEWILL INC. 1 EXECUTIVE DRIVE CHELMSFORD, MA 01824 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.415 | State what the contract or lease is for and the nature of the debtor's interest | General Contractor Agreement Dated 03/09/2017 | KITE CONSTRUCTION PO BOX 95 EAGLE NEST, NM 87718 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.416 | State what the contract or lease is for and the nature of the debtor's interest | Premier Lease Agreement Dated 11/20/2015 | KONICA MINOLTA PREMIER FINANCE 4251 W. JOHN CARPENTER FREEWAY IRVING, TX 75063 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.417 | State what the contract or lease is for and the nature of the debtor's interest | Conditions for Professional Services on a Continuing Basis for the Boy Scouts of America Dated 01/26/2010 | LANDRY ARCHITECTS 1202 RICHARDSON DR., SUITE 106 RICHARDSON, TX 75080 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.418 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease By and Between Last Frontier Counsel, BSA and National Council, BSA Dated 04/01/2018 | LAST FRONTIER COUNCIL, BOY SCOUTS OF AMERICA 3031 NW 64TH STREET OKLAHOMA CITY, OK73116-3257 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Boy Scouts of America
         Name
Case number *(if known)*   20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.419 | State what the contract or lease is for and the nature of the debtor's interest | Annual Patch Commitment Agreement Dated: 04/01/2019 | LAUREL HIGHLANDS COUNCIL, BOY SCOUTS OF AMERICA FLAG PLAZA 1275 BEDFORD AVENUE PITTSBURGH, PA 15219-3699 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.420 | State what the contract or lease is for and the nature of the debtor's interest | Boy Scouts of America Supply Group Lease/Contract Approval Dated 08/01/2016 | LAUREL HIGHLANDS COUNCIL, BOY SCOUTS OF AMERICA FLAG PLAZA 1275 BEDFORD AVENUE PITTSBURGH, PA 15219-3699 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.421 | State what the contract or lease is for and the nature of the debtor's interest | Investment Consulting Agreement Dated 01/01/2015 | LCG ASSOCIATES, INC. 400 GALLERIA PARKWAY, SUITE 1800 ATLANTA, GA 30339 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.422 | State what the contract or lease is for and the nature of the debtor's interest | Master Software License and Services Agreement Dated 12/02/2015 | LEGATO MANAGEMENT SOLUTIONS, INC. 7550 IH 10, SUITE 940 SAN ANTONIO, TX 78229 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.423 | State what the contract or lease is for and the nature of the debtor's interest | General Sales Agreement- LEGO Systems, Inc. Dated 05/15/2017 | LEGO SYSTEMS, INC. 555 TAYLOR ROAD, P.O. BOX 1600 ENFIELD, CT 06083-1600 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.424 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement Dated 05/25/2006 | LEVEL 3 COMMUNICATIONS, LLC 1025 ELDORADO BLVD. BROOMFIELD, CO 80021 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.425 | State what the contract or lease is for and the nature of the debtor's interest | Services Order Form and Terms Dated 02/01/2019 | LEXISNEXIS STATE NET 2101 K STREET SACRAMENTO, CA 95816 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   <u>Boy Scouts of America</u>
Name

Case number *(if known)* <u>20-10343 (LSS)</u>

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.426 | **State what the contract or lease is for and the nature of the debtor's interest** | Annual Patch Commitment Agreement Dated: 04/01/2019 | LINCOLN HERITAGE COUNCIL, BOY SCOUTS OF AMERICA 12001 SYCAMORE STATION PLACE LOUISVILLE, KY 40299-4898 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.427 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement of Lease by and Between Lincoln Heritage Council, BSA and National Council, BSA Dated 01/01/2015 | LINCOLN HERITAGE COUNCIL, BOY SCOUTS OF AMERICA 12001 SYCAMORE STATION PLACE LOUISVILLE, KY 40299-4898 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.428 | **State what the contract or lease is for and the nature of the debtor's interest** | Linked Retail Collaborative B2C and B2B Solutions Dated 08/08/2017 | LINKED RETAIL 2557 WESTHOLLOW DRIVE HOUSTON, TX 77082 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.429 | **State what the contract or lease is for and the nature of the debtor's interest** | Linked Retail EC Contract#NT8817 Dated 10/01/2017 | LINKED RETAIL 2557 WESTHOLLOW DRIVE HOUSTON, TX 77082 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.430 | **State what the contract or lease is for and the nature of the debtor's interest** | LinkedIn Pricing Proposal Dated 12/19/2019 | LINKEDIN CORPORATION 1000 WEST MAUDE AVENUE SUNNYVALE, CA 94085 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.431 | **State what the contract or lease is for and the nature of the debtor's interest** | LinkedIn Invoice Dated 09/08/2017 | LINKEDIN CORPORATION 1000 WEST MAUDE AVE. SUNNYVALE, CA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.432 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Dated 09/20/2017 | LINODE, LLC 329 E. JIMMIE LEEDS RD, STE. A GALLOWAY, NJ 08205 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Boy Scouts of America
          Name                                                    Case number (if known)    20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.433 | **State what the contract or lease is for and the nature of the debtor's interest** | Boy Scouts of America Check Request Dated 06/28/2017 | LIQUID WEB INC 2703 ENA DR. LANSING, MI 48917-8585 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.434 | **State what the contract or lease is for and the nature of the debtor's interest** | Licensing Agreement Dated 10/22/2015 | LOGMEIN, INC. 320 SUMMER STREET BOSTON, MA 02210-1701 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.435 | **State what the contract or lease is for and the nature of the debtor's interest** | Boy Scouts of America Supply Group Lease/Contract Approval Dated 07/01/2015 | LONGHORN COUNCIL, BOY SCOUTS OF AMERICA P. O. BOX 54190 HURST, TX 76054-0190 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.436 | **State what the contract or lease is for and the nature of the debtor's interest** | Boy Scouts of America Supply Group Lease/Contract Approval Dated 08/01/2015 | LONGHORN COUNCIL, BOY SCOUTS OF AMERICA P. O. BOX 54190 HURST, TX 76054-0190 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.437 | **State what the contract or lease is for and the nature of the debtor's interest** | Boy Scouts of America Supply Group Lease/Contract Approval Dated 08/10/2015 | LONGHORN COUNCIL, BOY SCOUTS OF AMERICA P. O. BOX 54190 HURST, TX 76054-0190 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.438 | **State what the contract or lease is for and the nature of the debtor's interest** | Boy Scouts of America Supply Group Lease/Contract Approval Dated 08/10/2015 | LONGHORN COUNCIL, BOY SCOUTS OF AMERICA P. O. BOX 54190 HURST, TX 76054-0190 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.439 | **State what the contract or lease is for and the nature of the debtor's interest** | Boy Scouts of America Supply Group Lease/Contract Approval Dated 07/21/2015 | LONGHOUSE COUNCIL, BOY SCOUTS OF AMERICA 2803 BREWERTON ROAD SYRACUSE, NY 13211-1003 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   Boy Scouts of America                              Case number (if known)   20-10343 (LSS)
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.440 | State what the contract or lease is for and the nature of the debtor's interest | Boy Scouts of America Supply Group Lease/Contract Approval Dated 08/04/2015 | LONGS PEAK COUNCIL, BOY SCOUTS OF AMERICA 2215 23RD AVE GREELEY, CO 80632-1166 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.441 | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement Dated 11/15/2011 | LOWE'S COMPANIES, INC. 1000 LOWE'S BOULEVARD MOORESVILLE, NC 28117 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.442 | State what the contract or lease is for and the nature of the debtor's interest | Participating Addendum Dated 02/14/2018 | LOWE'S HOME CENTERS, LLC. 1605 CURTIS BRIDGE ROAD WILKESBORO, NC 28697 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.443 | State what the contract or lease is for and the nature of the debtor's interest | Fiber Optic Lease Agreement | LUMOS NETWORKS OF WEST VIRGINIA INC. 1 LUMOS PLAZA WAYNESBORO, VA 22980 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.444 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Dated 10/11/2018 | LUMOS NETWORKS P.O. BOX 1068 WAYNESBORO, VA 22980 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.445 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Dated 08/03/2016 | LUMOS NETWORKS P.O. BOX 1068 WAYNESBORO, VA 22980 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.446 | State what the contract or lease is for and the nature of the debtor's interest | Fiber Optic Lease Agreement | LUMOS NETWORKS 1 LUMOS PLAZA WAYNESBORO, VA 22980 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)*  20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.447 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Dated 12/05/2012 | LUMOS NETWORKS<br>P.O. BOX 1068<br>WAYNESBORO, VA 22980 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.448 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement For Goods and Services Dated 11/05/2018 | MACRO INTEGRATION SERVICES<br>311 SOUTH REGIONAL ROAD<br>GREENSBORO, NC 27409 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.449 | State what the contract or lease is for and the nature of the debtor's interest | Magento Invoice Dated 03/12/2018 | MAGENTO INC.<br>3640 HOLDREGE AVENUE<br>LOS ANGELES, CA 90016 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.450 | State what the contract or lease is for and the nature of the debtor's interest | Product Lease Agreement with Meter Rental Agreement Dated 11/14/2012 | MAILFINANCE INC - NEOPOST USA INC.<br>478 WHEELERS FARM ROAD<br>MILFORD, CT 06461 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.451 | State what the contract or lease is for and the nature of the debtor's interest | Mail Finance Lease Agreement Dated 06/05/2012 | MAILFINANCE INC.<br>478 WHEELERS FARMS ROAD<br>MILFORD, CT 06461 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.452 | State what the contract or lease is for and the nature of the debtor's interest | Boy Scouts of America Lease/Contract Approval Dated 10/20/2016 | MAINTENANCE ASSISTANT INC.<br>35 GOLDEN AVE, SUITE A201<br>TORONTO, ON M6R 2J5<br>CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.453 | State what the contract or lease is for and the nature of the debtor's interest | Letter Agreement Dated 04/12/2017 | MALLORY, BRENDA<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Boy Scouts of America
          Name

Case number (if known)   20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.454 | State what the contract or lease is for and the nature of the debtor's interest | TruEdit Service Order Dated 03/23/2017 | MANAGING EDITOR INC. 610 OLD YORK RD., SUITE 400 JENKINTOWN, PA 19046 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.455 | State what the contract or lease is for and the nature of the debtor's interest | Approved Contract Boy Scouts of America - National Annual Meeting Dated 02/06/2018 | MANCHESTER GRAND HYATT 1 MARKET PL SAN DIEGO, CA 92101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.456 | State what the contract or lease is for and the nature of the debtor's interest | Boy Scouts of America Lease/Contract Approval Dated 05/10/2016 | MARK MONITOR INC PO BOX 71398 CHICAGO, IL 60694-1398 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.457 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement Dated 04/25/2007 | MARKETPAY ASSOCIATES, LLC 2401 15TH STREET, SUITE 300 DENVER, CO 80202 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.458 | State what the contract or lease is for and the nature of the debtor's interest | Second Amendment to Order Dated 08/29/2016 | MARKETPAY ASSOCIATES, LLC 2401 15TH STREET, SUITE 300 DENVER, CO 80202 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.459 | State what the contract or lease is for and the nature of the debtor's interest | Marketsmart Services Agreement Dated 10/12/2018 | MARKETSMART LLC 6404 IVY LN, STE 110 GREENBELT, MD 20770 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.460 | State what the contract or lease is for and the nature of the debtor's interest | Boy Scouts of America Lease/Contract Approval Dated 03/07/2006 | MARKMONITOR, INC. 45 FREMONT STREET, SUITE 1400 SAN FRANCISCO, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Boy Scouts of America
         Name
                                          Case number *(if known)*   20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.461 | **State what the contract or lease is for and the nature of the debtor's interest** | Annual Patch Commitment Agreement Dated: 11/19/2019 | MAYFLOWER COUNCIL, BOY SCOUTS OF AMERICA 2 MOUNT ROYAL AVE., STE.100 MARLBOROUGH, MA 01752 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.462 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement Dated 03/15/2019 | MEAD & HUNT INC. 400 TRACY WAY, SUITE200 CHARLESTON, WV 25311 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.463 | **State what the contract or lease is for and the nature of the debtor's interest** | Mediaradar, Inc. Subscription Agreement Dated 12/22/2017 | MEDIARADAR, INC. 252 W 37TH STREET SUITE 1001 NEW YORK, NY 10018 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.464 | **State what the contract or lease is for and the nature of the debtor's interest** | Melissa Data DOWS Service License Agreement Dated 09/01/2015 | MELISSA DATA CORP. 22382 AVENIDA EMPRESA RANCHO SANTA MARGARITA, CA92688-2112 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.465 | **State what the contract or lease is for and the nature of the debtor's interest** | Fourth Amendment to the Agreement for Services Dated 12/31/2016 | MERCER (US) INC PO BOX 730212 DALLAS, TX 75373-0212 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.466 | **State what the contract or lease is for and the nature of the debtor's interest** | Fourth Amendment to the Agreement for Services Dated 12/31/2016 | MERCER HEALTH & BENEFITS LLC ATTN: GLOBAL CHIEF COUNSEL - MERCER SERVICES INVESTORS WAY NORWOOD, MA 02062 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.467 | **State what the contract or lease is for and the nature of the debtor's interest** | Fourth Amendment to the Agreement for Services Dated 12/31/2016 | MERCER HEALTH & BENEFITS LLC ATTN: GLOBAL CHIEF COUNSEL - MERCER SERVICES INVESTORS WAY NORWOOD, MA 02062 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   Boy Scouts of America                                    Case number *(if known)*   20-10343 (LSS)
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.468 | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Services to the Employee Benefit Plans of the Boy Scouts of America Dated 07/01/2005 | MERCER HR SERVICES, LLC<br>7324 SOUTHWEST FREEWAY, SUITE1400<br>HOUSTON, TX 77074 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.469 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 09/05/2014 | MERCER HR SERVICES, LLC<br>7324 SOUTHWEST FREEWAY, SUITE1400<br>HOUSTON, TX 77074 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.470 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement Dated 01/01/2020 | MERRYCK & CO AMERICAS, LLC<br>PO BOX 9187<br>PORTLAND, OR 97207 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.471 | State what the contract or lease is for and the nature of the debtor's interest | Renewal Package Dated 06/29/2016 | METLIFE<br>C/O CHRIS DAVENPORT<br>5400 LBJ FREEWAY, SUITE1100<br>DALLAS, TX 75240 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.472 | State what the contract or lease is for and the nature of the debtor's interest | 1st Extension of Lease Agreement Dated 09/08/2017 | METRO MANAGEMENT INC<br>OFFICES AT EBENEZER<br>500 EBENEZER RD<br>KNOXVILLE, TN 37923 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.473 | State what the contract or lease is for and the nature of the debtor's interest | Metropolitan Life Insurance Company application for Group Insurance Dated 01/01/1996 | METROPOLITAN LIFE INSURANCE COMPANY<br>ONE MADISON AVENUE<br>NEW YORK, NY 10010-3690 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.474 | State what the contract or lease is for and the nature of the debtor's interest | Metropolitan Life Insurance Company Dated 05/08/2003 | METROPOLITAN LIFE INSURANCE COMPANY<br>ONE MADISON AVENUE<br>NEW YORK, NY 10010-3690 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Boy Scouts of America
Name

Case number *(if known)*  20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.475 | State what the contract or lease is for and the nature of the debtor's interest | Boy Scouts of America Lease/Contract Approval Dated 02/07/2002 | METROPOLITAN LIFE INSURANCE COMPANY ONE MADISON AVENUE NEW YORK, NY 10010-3690 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.476 | State what the contract or lease is for and the nature of the debtor's interest | Administrative Services Agreement Dated 01/01/1999 | METROPOLITAN LIFE INSURANCE COMPANY ONE MADISON AVENUE NEW YORK, NY 10010 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.477 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease By and Between Miami Valley Council, BSA and National Council, BSA Dated 06/01/2018 | MIAMI VALLEY COUNCIL, BOY SCOUTS OF AMERICA 7285 POE AVENUE DAYTON, OH 45414 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.478 | State what the contract or lease is for and the nature of the debtor's interest | Annual Patch Commitment Agreement Dated: 04/04/2019 | MICHIGAN CROSSROADS COUNCIL, BOY SCOUTS OF AMERICA 137 S. MARKETPLACE BLVD. LANSING, MI 48917 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.479 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease By and Between Michigan Crossroads Council, BSA and National Council, BSA Dated 05/01/2015 | MICHIGAN CROSSROADS COUNCIL, BOY SCOUTS OF AMERICA 137 S. MARKETPLACE BLVD. LANSING, MI 48917 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.480 | State what the contract or lease is for and the nature of the debtor's interest | Microsoft Premier Core services Agreement Invoice # 232910 Dated 04/04/2013 | MICROSOFT CORP ONE MICROSOFT WAY REDMOND, WA 98052 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.481 | State what the contract or lease is for and the nature of the debtor's interest | Microsoft Volume Licensing Dated 09/11/2019 | MICROSOFT CORP 6100 NEIL ROAD, SUITE 210 RENO, NE 89511-1137 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Boy Scouts of America
Name

Case number (if known)    20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.482 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement of Lease By and Between Mid-America Council, BSA and National Council, BSA Dated 07/01/2015 | MID-AMERICA COUNCIL, BOY SCOUTS OF AMERICA 12401 WEST MAPLE RD. OMAHA, NE 68164-1853 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.483 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement of Lease By and Between Mid-Iowa Council, BSA and National Council, BSA Dated 04/01/2018 | MID-IOWA COUNCIL, BOY SCOUTS OF AMERICA 6123 SCOUT TRAIL DES MOINES, IA 50321-1601 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.484 | **State what the contract or lease is for and the nature of the debtor's interest** | Contributor's Agreement Dated 01/20/2020 | MIKE ADAIR 10401 BARTON OVERLAND PARK |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.485 | **State what the contract or lease is for and the nature of the debtor's interest** | Contributor's Agreement Dated 01/20/2020 | MIKE ADAIR 10401 BARTON OVERLAND PARK |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.486 | **State what the contract or lease is for and the nature of the debtor's interest** | Contributor's Agreement Dated 01/20/2020 | MIKE ADAIR 10401 BARTON OVERLAND PARK, KS 66214 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.487 | **State what the contract or lease is for and the nature of the debtor's interest** | Contributor's Agreement Dated 01/31/2020 | MIKE ROEMER P.O. BOX 28237 GREEN BAY, WI 54324 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.488 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Services Agreement Dated 04/02/2019 | MILLIMAN, INC. 101 W. RENNER ROAD, SUITE 325 RICHARDSON, TX 75082 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Boy Scouts of America
          Name

Case number *(if known)*  20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.489 | State what the contract or lease is for and the nature of the debtor's interest | 2020 Actuarial Consulting Services Dated 02/05/2020 | MILLIMAN, INC. 101 W. RENNER ROAD SUITE 325 RICHARDSON, TX 75082 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.490 | State what the contract or lease is for and the nature of the debtor's interest | Mimeo Customer Services Agreement Dated 12/10/2019 | MIMEO.COM 16 WEST 22ND STREET, 10TH FLOOR NEW YORK, NY 10010 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.491 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease By and Between Minsi Trails Council, BSA and National Council, BSA Dated 08/01/2015 | MINSI TRAILS COUNCIL, BOY SCOUTS OF AMERICA P.O. BOX 20624 LEHIGH VALLEY, PA18002-0624 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.492 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease By and Between Mobile Area Council, BSA and National Council, BSA Dated 12/01/2015 | MOBILE AREA COUNCIL, BOY SCOUTS OF AMERICA 2587 GOVERNMENT BLVD MOBILE, AL 36606-1697 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.493 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Dated 07/17/2012 | MODULAR BUILDING CONSULTANTS, INC. P.O. BOX 608 POCA, WV 25159 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.494 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease By and Between Monmouth Council, BSA and National Council, BSA Dated 08/01/2015 | MONMOUTH COUNCIL, BOY SCOUTS OF AMERICA 705 GINESI DRIVE MORGANVILLE, NJ 07751-1235 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.495 | State what the contract or lease is for and the nature of the debtor's interest | Second Amendment to Sponsored Research Agreement Dated 03/14/2018 | MONTCLAIR STATE UNIVERSITY C/O ROSA CORDOVA, GRANT ACCOUNTING 1 NORMAL AVE MONTCLAIR, NJ 07043 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Boy Scouts of America    Case number (if known)  20-10343 (LSS)
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.496 | State what the contract or lease is for and the nature of the debtor's interest | Change Order - 2020 Open Enrollment Dated 10/14/2019 | MORNEAU SHEPELL LIMITED<br>115 PREIMETER CENTER PL<br>ATLANTA, GA 30346 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.497 | State what the contract or lease is for and the nature of the debtor's interest | Change Order HRIS Implementation - Benefits Administration Dated 10/04/2019 | MORNEAU SHEPELL LIMITED<br>115 PREIMETER CENTER PL<br>ATLANTA, GA 30346 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.498 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 10/14/2019 | MORNEAU SHEPELL LIMITED<br>115 PREIMETER CENTER PL<br>ATLANTA, GA 30346 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.499 | State what the contract or lease is for and the nature of the debtor's interest | Change Order Dated 10/04/2019 | MORNEAU SHEPELL LIMITED<br>115 PREIMETER CENTER PL<br>ATLANTA, GA 30346 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.500 | State what the contract or lease is for and the nature of the debtor's interest | Umbrella License Agreement Dated 04/12/2015 | MOTION PICTURE LICENSING CORPORATION<br>5455 CENTINELA AVENUE<br>LOS ANGELES, CA 90066-6970 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.501 | State what the contract or lease is for and the nature of the debtor's interest | Annual Patch Commitment Agreement Dated: 11/14/2019 | MOUNT DIABLO SILVERADO COUNCIL, BOY SCOUTS OF AMERICA<br>800 ELLINWOOD WAY<br>PLEASANT HILL, CA 94523 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.502 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease By and Between Mount Diablo Silverado Council, BSA and National Council, BSA Dated 07/01/2015 | MOUNT DIABLO SILVERADO COUNCIL, BOY SCOUTS OF AMERICA<br>800 ELLINWOOD WAY<br>PLEASANT HILL, CA 94523 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Boy Scouts of America
          Name

Case number *(if known)*   20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.503 | State what the contract or lease is for and the nature of the debtor's interest | Artifi SaaS Hosting Agreement Dated 08/30/2017 | MRR SOFT, INC. 10437 W INNOVATION DR., SUITE 516 WAUWATOSA, WI 53226 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.504 | State what the contract or lease is for and the nature of the debtor's interest | Sublease Dated 05/08/2017 | MXD GROUP, INC. 7795 WALTON PARKWAY NEW ALBANY, OH 43054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.505 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease By and Between National Capital Area Council, BSA and National Council, Basa Dated 12/17/2015 | NATIONAL CAPITAL AREA COUNCIL, BOY SCOUTS OF AMERICA 9190 ROCKVILLE PIKE BETHESDA, MD 20814-3897 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.506 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement Dated 12/20/2013 | NATIONAL PUBLISHER SERVICES, LLC 9 BRIDGE STREET METUCHEN, NJ 08840 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.507 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement Dated 12/20/2013 | NATIONAL PUBLISHER SERVICES, LLC 9 BRIDGE STREET METUCHEN, NJ 08840 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.508 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Invoice Dated 07/23/2015 | NATIONWIDE POWER 1060 MARY CREST HENDERSON, NV 89074 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.509 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Wellness Program Agreement Dated 01/01/2011 | NATURALLY SLIM INC. 12712 PARK CENTRAL DRIVE SUITE 300 DALLAS, TX 75251 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____Boy Scouts of America_____     Case number *(if known)* __20-10343 (LSS)___
       Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.510 | State what the contract or lease is for and the nature of the debtor's interest | Invoice Dated 01/01/2020 | NAVEX GLOBAL, INC.<br>5500 MEADOWS RD, SUITE 500<br>LAKE OSWEGO, OR 97035-3626 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.511 | State what the contract or lease is for and the nature of the debtor's interest | Mail Finance Lease Agreement Dated 06/05/2012 | NEOPOST USA INC.<br>478 WHEELERS FARMS ROAD<br>MILFORD, CT 06461 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.512 | State what the contract or lease is for and the nature of the debtor's interest | Annual Patch Commitment Agreement Dated: 07/22/2019 | NEW BIRTH OF FREEDOM COUNCIL, BOY SCOUTS OF AMERICA<br>ONE BADEN-POWELL LANE<br>MECHANICSBURG, PA 17050 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.513 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease Dated 09/15/2015 | NEW BIRTH OF FREEDOM COUNCIL, BOY SCOUTS OF AMERICA<br>ONE BADEN-POWELL LANE<br>MECHANICSBURG, PA 17050 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.514 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease Dated 09/01/2016 | NEW BIRTH OF FREEDOM COUNCIL, BOY SCOUTS OF AMERICA<br>ONE BADEN-POWELL LANE<br>MECHANICSBURG, PA 17050 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.515 | State what the contract or lease is for and the nature of the debtor's interest | First Amendment to Land Lease Agreement Dated 03/29/2012 | NEW CINGULAR WIRELESS PCS, LLC<br>12555 CINGULAR WAY, SUITE 1300<br>ALPHARETTA, GA 30004 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.516 | State what the contract or lease is for and the nature of the debtor's interest | New Relic, Inc. Order Form Dated 09/07/2018 | NEW RELIC, INC.<br>188 SPEAR STREET, SUITE 1200<br>SAN FRANCISCO, CA 94105 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor   Boy Scouts of America
         Name

Case number *(if known)*   20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.517 | State what the contract or lease is for and the nature of the debtor's interest | Shared Services Agreement Dated 10/31/2016 | NEWWORLD19, LLC<br>1325 W. WALNUT HILL LANE<br>IRVING, TX 75038 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.518 | State what the contract or lease is for and the nature of the debtor's interest | Shared Services Agreement Dated 10/31/2016 | NEWWORLD19, LLC<br>1325 W. WALNUT HILL LANE<br>IRVING, TX 75038 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.519 | State what the contract or lease is for and the nature of the debtor's interest | Boy Scouts of America - Executive Summary Dated 01/23/2019 | NONPROFIT LEADERSHIP ALLIANCE<br>1801 MAIN STREET, SUITE 200<br>KANSAS CITY, MO 64108 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.520 | State what the contract or lease is for and the nature of the debtor's interest | Leaderosity, A Program of the Nonprofit Leadership Alliance Service Agreement Dated 08/30/2019 | NONPROFIT LEADERSHIP ALLIANCE<br>1801 MAIN STREET, SUITE 200<br>KANSAS CITY, MO 64108 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.521 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement Dated 12/02/2019 | NONPROFIT RISK MANAGEMENT CENTER<br>204 SOUTH KING STREET<br>LEESBURG, VA 20175 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.522 | State what the contract or lease is for and the nature of the debtor's interest | Annual Patch Commitment Agreement Dated: 09/01/2019 | NORTH FLORIDA COUNCIL, BOY SCOUTS OF AMERICA<br>521 S. EDGEWOOD AVENUE<br>JACKSONVILLE, FL 32205-5359 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.523 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease By and Between North Florida Council, BSA and National Council, BSA Dated 08/01/2015 | NORTH FLORIDA COUNCIL, BOY SCOUTS OF AMERICA<br>521 S. EDGEWOOD AVENUE<br>JACKSONVILLE, FL 32205-5359 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Boy Scouts of America_____     Case number (if known)  20-10343 (LSS)
      Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.524 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease By and Between Northeast Georgia Council, BSA and National Council, BSA Dated 05/01/2019 | NORTHEAST GEORGIA COUNCIL, BOY SCOUTS OF AMERICA<br>P. O. BOX 399<br>JEFFERSON, GA 30549-0399 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.525 | State what the contract or lease is for and the nature of the debtor's interest | Annual Patch Commitment Agreement Dated: 11/14/2019 | NORTHERN LIGHTS COUNCIL, BOY SCOUTS OF AMERICA<br>4200 19TH AVE S<br>FARGO, ND 58103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.526 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease By and Between Northern Lights Council, BSA and National Council, BSA Dated 08/01/2017 | NORTHERN LIGHTS COUNCIL, BOY SCOUTS OF AMERICA<br>4200 19TH AVE S<br>FARGO, ND 58103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.527 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease By and Between Northern New Jersey Council, BSA and National Council, BSA Dated 07/01/2015 | NORTHERN NEW JERSEY COUNCIL, BOY SCOUTS OF AMERICA<br>25 RAMAPO VALLEY ROAD<br>OAKLAND, NJ 07436-1709 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.528 | State what the contract or lease is for and the nature of the debtor's interest | Annual Patch Commitment Agreement Dated: 04/01/2019 | NORTHERN STAR COUNCIL, BOY SCOUTS OF AMERICA<br>6202 BLOOMINGTON RD.<br>FT. SNELLING, MN 55111 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.529 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease By and Between Northern Star Council, BSA and National Council, BSA Dated 07/01/2017 | NORTHERN STAR COUNCIL, BOY SCOUTS OF AMERICA<br>6202 BLOOMINGTON RD.<br>FT. SNELLING, MN 55111 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.530 | State what the contract or lease is for and the nature of the debtor's interest | Boy Scouts of America Employee Welfare Benefit Trust Dated 08/24/2016 | NORTHERN TRUST COMPANY<br>50 SOUTH LASALLE STREET, B-7<br>CHICAGO, IL 60603 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor     Boy Scouts of America
           Name

Case number *(if known)*    20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.531 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement with Service Dated 12/22/2015 | NOVACOPY, INC.<br>P.O. BOX 372, DEPARTMENT 200<br>MEMPHIS, TN 38101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.532 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 3 to Wellness Program Agreement Dated 01/01/2017 | NS412, LLC<br>6500 NAAMAN FOREST BLVD, SUITE 100<br>GARLAND, TX 75044 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.533 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Wellness Program Agreement Dated 01/01/2017 | NS412, LLC<br>ATTN: MARCIA UPSON<br>6500 NAAMAN FOREST BLVD<br>SUITE 100<br>GARLAND, TX 75044 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.534 | State what the contract or lease is for and the nature of the debtor's interest | Boy Scouts of America Purchase Requisition Form Dated 03/10/2015 | NTT COM SECURITY (US) INC.<br>310 WEST NEWBERRY ROAD<br>BLOOMFIELD, CT 06002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.535 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work #2 Amendment #3 for Boy Scouts of America Dated 06/12/2019 | NTT COM SECURITY (US) INC.<br>310 WEST NEWBERRY ROAD<br>BLOOMFIELD, CT 06002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.536 | State what the contract or lease is for and the nature of the debtor's interest | Boy Scouts of America Purchase Requisition Form Dated 03/10/2015 | NTT COM SECURITY<br>301 W. NEWBERRY ROAD<br>BLOOMFIELD, CT 06002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.537 | State what the contract or lease is for and the nature of the debtor's interest | Boy Scouts of America Purchase Requisition Form Dated 03/15/2016 | NTT COM SECURITY<br>204 W. NEWBERRY RD., #101<br>BLOOMFIELD, CT 06002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor     Boy Scouts of America
           Name

Case number *(if known)*    20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.538 | **State what the contract or lease is for and the nature of the debtor's interest** | Annual Patch Commitment Agreement Dated: 11/19/2019 | OCCONEECHEE COUNCIL, BOY SCOUTS OF AMERICA 3231 ATLANTIC AVE. RALEIGH, NC 27604 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.539 | **State what the contract or lease is for and the nature of the debtor's interest** | agreement of Lease By and Between Occoneechee Council, BSA and National Council, BSA Dated 07/01/2015 | OCCONEECHEE COUNCIL, BOY SCOUTS OF AMERICA 3231 ATLANTIC AVE. RALEIGH, NC 27604 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.540 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement of Lease By and Between Occoneechee Council, BSA and National Council, BSA Dated 07/01/2015 | OCCONEECHEE COUNCIL, BOY SCOUTS OF AMERICA 3231 ATLANTIC AVE. RALEIGH, NC 27604 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.541 | **State what the contract or lease is for and the nature of the debtor's interest** | Office Depot Supply Agreement Dated 12/15/2015 | OFFICE DEPOT, INC. 6600 NORTH MILITARY TRAIL BOCA RATON, FL 33496 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.542 | **State what the contract or lease is for and the nature of the debtor's interest** | Annual Patch Commitment Agreement Dated: 04/01/2019 | OLD HICKORY COUNCIL, BOY SCOUTS OF AMERICA 6600 SILAS CREEK PKWY WINSTON-SALEM, NC 27106-5058 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.543 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement of Lease By and Between Old Hickory Council, BSA and National Council, BSA Dated 08/01/2015 | OLD HICKORY COUNCIL, BOY SCOUTS OF AMERICA 6600 SILAS CREEK PKWY WINSTON-SALEM, NC 27106-5058 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.544 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement of Lease By and Between Old North State Council, BSA and National Council, BSA Dated 07/01/2015 | OLD NORTH STATE COUNCIL, BOY SCOUTS OF AMERICA P. O. BOX 29046 GREENSBORO, NC 27429-9046 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   __Boy Scouts of America_____     Case number *(if known)* __20-10343 (LSS)__
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.545 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter of Agreement Dated 11/12/2018 | OMNI HOTELS MANAGEMENT CORPORATION<br>100 CNN CENTER<br>ATLANTA, GA30303 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.546 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter of Agreement Dated 06/28/2017 | OMNI HOTELS MANAGEMENT CORPORATION<br>112 COLLEGE STREET<br>SAN ANTONIO, TX 78205 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.547 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Program Agreement Dated 06/28/2017 | OMNICARD, LLC<br>ATTN: BLACKHAWK LEGAL DEPARTMENT<br>6220 STONERIDGE MALL ROAD<br>PLEASANTON, CA 94588 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.548 | **State what the contract or lease is for and the nature of the debtor's interest** | Co-Brand Approval Services Agreement Dated 06/27/2017 | OMNICARD, LLC<br>ATTN: BLACKHAWK LEGAL DEPARTMENT<br>6220 STONERIDGE MALL ROAD<br>PLEASANTON, CA 94588 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.549 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Order Master Terms Dated 03/15/2007 | OMNITURE<br>55 EAST TIMPANOGOS CIRCLE<br>OREM, UT 84097 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.550 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Order Dated 03/15/2007 | OMNITURE<br>55 EAST TIMPANOGOS CIRCLE<br>OREM, UT 84097 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.551 | **State what the contract or lease is for and the nature of the debtor's interest** | One World Direct Terms and Conditions Dated 07/23/2009 | ONE WORLD DISTRIBUTION, INC.<br>PO BOX 6<br>MOBRIDGE, SD 57601-0006 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Boy Scouts of America                                Case number *(if known)*   20-10343 (LSS)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.552 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement Dated 01/01/2015 | ONLINE COMMUNITY SERVICES, LLC<br>5113 FILMORE PLACE<br>SANFORD, FL 32773 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.553 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement Dated 12/05/2011 | ONLINE COMMUNITY SERVICES, LLC<br>413 OAK HILL DRIVE<br>ALTAMONTE SPRINGS, FL 32701 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.554 | State what the contract or lease is for and the nature of the debtor's interest | Online Community Services, LLC and Boy Scouts of America Licensing Agreement for Software/Data Virtualization Tool Dated 07/01/2016 | ONLINE COMMUNITY SERVICES, LLC<br>413 OAK HILL DRIVE<br>ALTAMONTE SPRINGS, FL 32701 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.555 | State what the contract or lease is for and the nature of the debtor's interest | Licensing Agreement for Software/JavaScript Dated 07/01/2016 | ONLINE COMMUNITY SERVICES, LLC<br>413 OAK HILL DRIVE<br>ALTAMONTE SPRINGS, FL 32701 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.556 | State what the contract or lease is for and the nature of the debtor's interest | Licensing Agreement for Software/Applications known as Azimuth, between Online Community Services (OCS) and the BSA Dated 07/01/2016 | ONLINE COMMUNITY SERVICES, LLC<br>413 OAK HILL DRIVE<br>ALTAMONTE SPRINGS, FL 32701 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.557 | State what the contract or lease is for and the nature of the debtor's interest | Health Savings Account Batch Enrollment Agreement | OPTUM HEALTH BANK, INC.<br>2525 LAKE PARK BOULEVARD<br>WEST VALLEY CITY, UT 84120 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.558 | State what the contract or lease is for and the nature of the debtor's interest | Oracle License and Services Agreement Dated 02/25/2011 | ORACLE AMERICA, INC.<br>500 ORACLE PARKWAY<br>REDWOOD CITY, CA 94065 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.559** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order invoice Dated 06/05/2016 | ORACLE AMERICA, INC.<br>P.O. BOX 203448<br>DALLAS, TX 75320-3448 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.560** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Invoice Dated 01/27/2017 | ORACLE AMERICA, INC.<br>500 ORACLE PARKWAY<br>REDWOOD SHORES, CA 94065 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.561** | **State what the contract or lease is for and the nature of the debtor's interest** | Ordering Document Dated 08/25/2018 | ORACLE AMERICA, INC.<br>500 ORACLE PARKWAY<br>REDWOOD SHORES, CA 94065 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.562** | **State what the contract or lease is for and the nature of the debtor's interest** | Oracle Cloud Services Agreement Dated 10/07/2015 | ORACLE AMERICA, INC.<br>500 ORACLE PARKWAY<br>REDWOOD SHORES, CA 94015 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.563** | **State what the contract or lease is for and the nature of the debtor's interest** | Oracle Master Agreement Amendment One Dated 12/15/2014 | ORACLE AMERICA, INC.<br>500 ORACLE PARKWAY<br>REDWOOD SHORES, CA 94065 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.564** | **State what the contract or lease is for and the nature of the debtor's interest** | Oracle General Terms Dated 12/15/2014 | ORACLE AMERICA, INC.<br>500 ORACLE PARKWAY<br>REDWOOD SHORES, CA 94065 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.565** | **State what the contract or lease is for and the nature of the debtor's interest** | Oracle Ordering Document Dated 02/28/2012 | ORACLE AMERICA, INC.<br>500 ORACLE PARKWAY<br>REDWOOD SHORES, CA 94065 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Boy Scouts of America                                    Case number *(if known)*   20-10343 (LSS)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.566 | State what the contract or lease is for and the nature of the debtor's interest | Oracle Ordering Document Dated 02/28/2012 | ORACLE AMERICA, INC. 500 ORACLE PARKWAY REDWOOD SHORES, CA 94065 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.567 | State what the contract or lease is for and the nature of the debtor's interest | Oracle Purchase Order Dated 02/23/2017 | ORACLE AMERICA, INC. 500 ORACLE PARKWAY REDWOOD SHORES, CA 94066 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.568 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Dated 01/17/2017 | ORACLE USA INC. P.O. BOX 44471 SAN FRANCISCO, CA 94144-4471 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.569 | State what the contract or lease is for and the nature of the debtor's interest | Annual Patch Commitment Agreement Dated: 10/29/2019 | ORANGE COUNTY COUNCIL, BOY SCOUTS OF AMERICA 1211 EAST DYER RD SANTA ANA, CA 92705 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.570 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease By and Between Orange County Council, BSA and National Council, BSA Dated 08/01/2015 | ORANGE COUNTY COUNCIL, BOY SCOUTS OF AMERICA 1211 EAST DYER RD SANTA ANA, CA 92705 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.571 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease By and Between Orange County Council, BSA and National Council, BSA Dated 08/01/2015 | ORANGE COUNTY COUNCIL, BOY SCOUTS OF AMERICA 1211 EAST DYER RD SANTA ANA, CA 92705 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.572 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease By and Between Orange County Council, BSA and National Council, BSA Dated 08/01/2015 | ORANGE COUNTY COUNCIL, BOY SCOUTS OF AMERICA 1211 EAST DYER RD SANTA ANA, CA 92705 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor      Boy Scouts of America
                Name

Case number (if known)   20-10343 (LSS)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.573 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease By and Between Ore-Ida Council, BSA and National Council, BSA Dated 05/01/2016 | ORE-IDA COUNCIL, BOY SCOUTS OF AMERICA<br>8901 W FRANKLIN RD<br>BOISE, ID 83709-0638 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.574 | State what the contract or lease is for and the nature of the debtor's interest | General Contractor Agreement Dated 03/06/2018 | ORKIN LLC<br>185 BLUE ANGEL LANE<br>, WV 25813 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.575 | State what the contract or lease is for and the nature of the debtor's interest | General Contractor Agreement Dated 12/01/2015 | ORKIN LLC<br>185 BLUE ANGEL LANE<br>BEAVER, WV 25813 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.576 | State what the contract or lease is for and the nature of the debtor's interest | Rights Agreement | ORLANDO BUSINO<br>P.O. BOX 463<br>RIDGEFIELD, CT 06877 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.577 | State what the contract or lease is for and the nature of the debtor's interest | Contributor's Agreement | ORLANDO BUSINO<br>P.O. BOX 463<br>RIDGEFIELD, CT 06877 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.578 | State what the contract or lease is for and the nature of the debtor's interest | Invoice 310753 Dated 07/13/2011 | OSPREY PACKS, INC.<br>115 PROGRESS CIRCLE<br>CORTEZ, CO 81321 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.579 | State what the contract or lease is for and the nature of the debtor's interest | Otis Maintenance Agreement Dated 01/13/2014 | OTIS ELEVATOR COMPANY<br>4768 CHIMNEY DRIVE<br>CHARLESTON, WV 25302 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor ___Boy Scouts of America_____   Case number *(if known)* __20-10343 (LSS)__
Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.580 | State what the contract or lease is for and the nature of the debtor's interest | Otis Maintenance Agreement Dated 05/01/2014 | OTIS ELEVATOR COMPANY<br>4768 CHIMNEY DRIVE<br>CHARLESTON, WV 25302 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.581 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease By and Between Ozark Trails Council, BSA and National Council, BSA Dated 05/01/2018 | OZARK TRAILS COUNCIL, BOY SCOUTS OF AMERICA<br>1616 S. EASTGATE AVENUE<br>SPRINGFIELD, MO 65809-2116 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.582 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement 25412897 Dated 10/05/2016 | PACIFIC OFFICE AUTOMATION, INC.<br>1325 W 2200 S SUITE B<br>SALT LAKE CITY, UT 84119 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.583 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease By and Between Pacific skyline Council, BSA and National Council, BSA Dated 08/01/2015 | PACIFIC SKYLINE COUNCIL, BOY SCOUTS OF AMERICA<br>1150 CHESS DRIVE<br>FOSTER CITY, CA 94404 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.584 | State what the contract or lease is for and the nature of the debtor's interest | 3rd Amendment to Lease Dated 05/01/2015 | PACIFICA TEXAS, L.P.<br>720 N. POST OAK RD.<br>SUITE 500<br>HOUSTON, TX 77024 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.585 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease By and Between Palmetto Council, BSA and National Council, BSA Dated 08/01/2015 | PALMETTO COUNCIL, BOY SCOUTS OF AMERICA<br>420 S. CHURCH STREET<br>SPARTANBURG, SC 29306-5232 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.586 | State what the contract or lease is for and the nature of the debtor's interest | Temporary Services Agreement Dated 08/25/2014 | PARTNERSHIP EMPLOYMENT<br>6565 N MACARTHUR BLVD. #130<br>IRVING, TX 75039 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor      Boy Scouts of America
            Name                                                          Case number *(if known)*    20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.587 | State what the contract or lease is for and the nature of the debtor's interest | Order/Scope of Work Dated 02/11/2020 | PATHABLE, INC.<br>4065 4TH AVENUE NE<br>SEATTLE, WA 98105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.588 | State what the contract or lease is for and the nature of the debtor's interest | Annual Patch Commitment Agreement Dated: 04/01/2019 | PATHWAY TO ADVENTURE COUNCIL, BOY SCOUTS OF AMERICA<br>1218 WEST ADAMS ST.<br>CHICAGO, IL 60607-2802 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.589 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease By and Between Pathway to Adventure - Chicago, IL Council, BSA and National Council, BSA Dated 01/28/2016 | PATHWAY TO ADVENTURE COUNCIL, BOY SCOUTS OF AMERICA<br>1218 WEST ADAMS ST.<br>CHICAGO, IL 60607-2802 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.590 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease By and Between Pathway to Adventure - Chicago, IL Council, BSA and National Council, BSA Dated 01/01/2016 | PATHWAY TO ADVENTURE COUNCIL, BOY SCOUTS OF AMERICA<br>1218 WEST ADAMS ST.<br>CHICAGO, IL 60607-2802 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.591 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease By and Between Pathway to Adventure - Chicago, IL Council, BSA and National Council, BSA Dated 01/01/2016 | PATHWAY TO ADVENTURE COUNCIL, BOY SCOUTS OF AMERICA<br>1218 WEST ADAMS ST.<br>CHICAGO, IL 60607-2802 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.592 | State what the contract or lease is for and the nature of the debtor's interest | Paychex Major Market Services Term Agreement Dated 12/09/2014 | PAYCHEX, INC.<br>8605 FREEPORT PARKWAY<br>IRVING, TX 75063 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.593 | State what the contract or lease is for and the nature of the debtor's interest | Paychex Major Market Services Term Agreement Dated 12/09/2014 | PAYCHEX, INC.<br>8605 FREEPORT PARKWAY<br>IRVING, TX 75063 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Boy Scouts of America _____  Case number (if known) __20-10343 (LSS)__
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.594 | State what the contract or lease is for and the nature of the debtor's interest | Master Agreement Dated 05/12/2016 | PAYMENTECH, LLC<br>4 NORTHEASTERN BOULEVARD<br>SALEM, NH 03079 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.595 | State what the contract or lease is for and the nature of the debtor's interest | Payment Instrument Processing Agreement Dated 05/12/2016 | PAYMENTECH, LLC<br>4 NORTHEASTERN BOULEVARD<br>SALEM, NH 03079 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.596 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement Dated 01/27/2014 | PCI<br>HERITAGE SQUARE, 4835 LBJ FREEWAY, SUITE1100<br>DALLAS, TX 75244 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.597 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work G Dated 02/28/2017 | PCI<br>HERITAGE SQUARE, 4835 LBJ FREEWAY, SUITE1100<br>DALLAS, TX 75244 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.598 | State what the contract or lease is for and the nature of the debtor's interest | Novation agreement Dated 08/01/2016 | PEARSON EDUCATION, INC.<br>501 BOYLSTON STREET<br>BOSTON, MA 02116 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.599 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement Dated 09/01/2016 | PEARSON EDUCATION, INC.<br>221 RIVER STREET<br>HOBOKEN, NJ 07030 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.600 | State what the contract or lease is for and the nature of the debtor's interest | Assignment and Assumption Agreement Dated 02/04/2014 | PEARSON EDUCATION, INC.<br>501 BOYLSTON STREET<br>BOSTON, MA 02116 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Boy Scouts of America                                                    Case number *(if known)*   20-10343 (LSS)
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.601 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement Dated 09/24/2019 | PENNY MANN<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.602 | State what the contract or lease is for and the nature of the debtor's interest | Beverage Sales Agreement Dated 02/26/2018 | PEPSI BEVERAGES COMPANY<br>3605 NORTH STONE AVE<br>COLORADO SPRINGS, CO 80907 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.603 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement Dated 01/07/2019 | PERFICIENT, INC.<br>555 MARYVILLE UNIVERSITY DRIVE, SUITE 600<br>ST. LOUIS, MO 63141 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.604 | State what the contract or lease is for and the nature of the debtor's interest | Temporary Services Agreement Dated 05/16/2011 | PERFORMANCE STAFFING SOLUTIONS INC.<br>11709 FRUEHAUF DRIVE<br>CHARLOTTE, NC 28273 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.605 | State what the contract or lease is for and the nature of the debtor's interest | Warehouse Services Agreement Dated 10/01/2019 | PERIMETER GLOBAL LOGISTICS<br>2800 STORY ROAD W., SUITE 100<br>IRVING, TX 75038 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.606 | State what the contract or lease is for and the nature of the debtor's interest | Invoice 13547 Dated 07/29/2015 | PERSITS SOFTWARE, INC.<br>246 W 38TH ST. 10TH FLOOR<br>NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.607 | State what the contract or lease is for and the nature of the debtor's interest | Memorandum of Understanding Dated 07/18/2017 | PHI BETA SIGMA FRATERNITY INC<br>PO BOX 551126<br>ORLANDO, FL 32855 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Boy Scouts of America   Case number *(if known)*   20-10343 (LSS)
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.608 | **State what the contract or lease is for and the nature of the debtor's interest** | Approved Contract Boy Scouts of America - Top Hands Conference Dated 11/07/2017 | PHILADELPHIA MARRIOTT DOWNTOWN 1201 MARKET STREET |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.609 | **State what the contract or lease is for and the nature of the debtor's interest** | Documentary Services Agreement Dated 02/05/2010 | PHILLIP GITTELMAN PRODUCTIONS, INC. 9032 PUESTA DEL SOL DESERT HOT SPRINGS, CA 92240 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.610 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement of Lease By and Between Piedmont Council, BSA and National Council, BSA Dated 01/01/2015 | PIEDMONT COUNCIL, BOY SCOUTS OF AMERICA P. O. BOX 1059 GASTONIA, NC 28053-1059 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.611 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement of Lease By and Between Pikes Peak Council, BSA and National Council, BSA Dated 06/01/2016 | PIKES PEAK COUNCIL, BOY SCOUTS OF AMERICA 985 W FILLMORE STREET COLORADO SPRINGS, CO 80907-5809 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.612 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement of Lease By and Between Pine Tree Council, BSA and National Council, BSA Dated 07/01/2015 | PINE TREE COUNCIL, BOY SCOUTS OF AMERICA 146 PLAINS ROAD RAYMOND, ME 04071-6234 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.613 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement Dated 01/16/2018 | PITNEY BOWES INC PO BOX 371896 PITTSBURGH, PA 15250-7896 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.614 | **State what the contract or lease is for and the nature of the debtor's interest** | General Contractor Agreement Dated 09/01/2014 | PLANT INTERSCAPES, INC. 10744 N. STEMMONS FREEWAY DALLAS, TX 75220 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor     Boy Scouts of America
           Name                                                Case number (if known)   20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.615 | State what the contract or lease is for and the nature of the debtor's interest | Master Supply Agreement Dated 11/08/2016 | POMEROY IT SOLUTIONS SALES COMPANY, INC.<br>1020 PETERSBURG ROAD<br>HEBRON, KY 41048-8222 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.616 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease By and Between Potawatomi Area Council, BSA and National Council, BSA Dated 08/01/2015 | POTAWATOMI AREA COUNCIL, BOY SCOUTS OF AMERICA<br>804 BLUEMOUND ROAD<br>WAUKESHA, WI 53188-1698 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.617 | State what the contract or lease is for and the nature of the debtor's interest | PagePack Pricing for Xerox Devices Dated 03/24/2016 | PREMIER TECHNOLOGY GROUP LLC<br>PO BOX 242014<br>CHARLOTTE, NC 28224 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.618 | State what the contract or lease is for and the nature of the debtor's interest | PagePack Pricing for Graphics Arts Devices | PREMIER TECHNOLOGY GROUP LLC<br>PO BOX 242014<br>CHARLOTTE, NC 28224 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.619 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease Agreement Dated 03/01/2017 | PREPRESS CONSULTANTS<br>1584 VZ CR 4909<br>BEN WHEELER, TX 75754 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.620 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement Dated 06/01/2018 | PRESTO-X<br>2075 MCDANIEL DRIVE<br>#100<br>CARROLLTON, TX 75006 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.621 | State what the contract or lease is for and the nature of the debtor's interest | Letter Agreement Dated 09/23/2019 | PRICEWATERHOUSECOOPERS LLP<br>2121 N. PEARL STREET<br>SUITE 2000<br>DALLAS, TX 75201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Boy Scouts of America                                    Case number *(if known)*  20-10343 (LSS)
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.622 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement Dated 03/19/2019 | PRICEWATERHOUSECOOPERS LLP<br>2121 NORTH PEARL STREET<br>SUITE 2000<br>DALLAS, TX 75201 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.623 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement Dated 09/23/2019 | PRICEWATERHOUSECOOPERS LLP<br>2121 N. PEARL STREET, SUITE 2000<br>DALLAS, TX 75201 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.624 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement Dated 07/25/2018 | PRICEWATERHOUSECOOPERS LLP<br>2001 ROSS AVENUE, SUITE 1800<br>DALLAS, TX 75201 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.625 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement Dated 09/23/2019 | PRICEWATERHOUSECOOPERS LLP<br>2001 ROSS AVENUE, SUITE 1800<br>DALLAS, TX 75201 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.626 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement Dated 07/25/2018 | PRICEWATERHOUSECOOPERS LLP<br>2001 ROSS AVENUE, SUITE 1800<br>DALLAS, TX 75201 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.627 | **State what the contract or lease is for and the nature of the debtor's interest** | Software License Agreement | PRINTERS SOFTWARE INC.<br>3665 BEE RIDGE RD., SUITE #112<br>SARASOTA, FL 34233 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.628 | **State what the contract or lease is for and the nature of the debtor's interest** | Printers Software Inc Invoice Dated 11/06/2017 | PRINTERS SOFTWARE INC.<br>3665 BEE RIDGE ROAD, SUITE 112<br>SARASOTA, FL 34233 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Boy Scouts of America
          Name

Case number *(if known)*  20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.629 | State what the contract or lease is for and the nature of the debtor's interest | Copyright Use License Agreement Between Project Management Institute, Inc. and Boy Scouts of America Dated 09/08/2015 | PROJECT MANAGEMENT INSTITUTE EDUCATIONAL FOUNDATION 14 CAMPUS BOULEVARD NEWTOWN SQUARE, PA 19073-3299 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.630 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement Dated 05/24/2016 | PROSHRED SECURITY 803 PRESSLEY RD SUITE 108 CHARLOTTE, NC 28217-0000 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.631 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement Dated 08/15/2012 | PROTECTION ONE ALARM MONITORING, INC. 1035 N. 3RD STREET, SUITE 101 LAWRENCE, KS 66044 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.632 | State what the contract or lease is for and the nature of the debtor's interest | Rental Agreement | PURE HEALTH SOLUTIONS, INC. DBA REDCANOE 950 CORPORATE WOODS PARKWAY VERNON HILLS, IL 60061 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.633 | State what the contract or lease is for and the nature of the debtor's interest | Fourth amendment Dated 02/28/2018 | QUAD/GRAPHICS, INC. N61 W23044 HARRY'S WAY SUSSEX, WI 53089 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.634 | State what the contract or lease is for and the nature of the debtor's interest | Novation agreement Dated 08/01/2016 | QUAD/GRAPHICS, INC. N63W32075 HIGHWAY 74 SUSSEX, WI 53089 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.635 | State what the contract or lease is for and the nature of the debtor's interest | Assignment and Assumption Agreement Dated 02/04/2014 | QUAD/GRAPHICS, INC. N63W32075 HIGHWAY 74 SUSSEX, WI 53089 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor ___Boy Scouts of America_____     Case number *(if known)* __20-10343 (LSS)__
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.636 | State what the contract or lease is for and the nature of the debtor's interest | Qualtrics License Agreement Dated 06/12/2012 | QUALTRICS LLC<br>PO BOX 29650, DEPT 880102<br>PHOENIX, AZ 85038-9650 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.637 | State what the contract or lease is for and the nature of the debtor's interest | Quark Publishing System End User License Agreement Dated 04/26/1993 | QUARK, INC.<br>1800 GRANT ST.<br>DENVER, CO 80203 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.638 | State what the contract or lease is for and the nature of the debtor's interest | Invoice Dated 04/13/2016 | QUESTIONMARK CORPORATION<br>35 NUTMEG DRIVE<br>SUITE 330<br>TRUMBULL, CT 06611 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.639 | State what the contract or lease is for and the nature of the debtor's interest | Addendum to Questinmark US OnDemand Services Terms and Conditions | QUESTIONMARK CORPORATION<br>35 NUTMEG DRIVE, SUITE 330<br>TRUMBULL, CT 06611 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.640 | State what the contract or lease is for and the nature of the debtor's interest | Boy Scouts Of America Supply Group Lease/Contract Approval Dated 07/01/2015 | QUIVIRA COUNCIL, BOY SCOUTS OF AMERICA<br>3247 N. OLIVER<br>WICHITA, KS 75220-2106 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.641 | State what the contract or lease is for and the nature of the debtor's interest | Oil, Gas and Mineral Lease Dated 08/01/2009 | RANGE TEXAS PRODUCTION, L.L.C.,<br>100 THROCKMORTON STREET<br>SUITE 1200<br>FORT WORTH 76102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.642 | State what the contract or lease is for and the nature of the debtor's interest | General Agreements between Boy Scouts of America and Raymark Xpert Business Systems Inc. Dated 06/29/2015 | RAYMARK XPERT BUSINESS SYSTEMS INC<br>5460 COTE DE LIESSE MONTREAL<br>QUEBEC<br>CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Boy Scouts of America
         Name
                                             Case number (if known)   20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.643 | State what the contract or lease is for and the nature of the debtor's interest | General Agreement between Boys Scout of America and Raymark Xpert Business Systems Inc. Dated 06/29/2015 | RAYMARK XPERT BUSINESS SYSTEMS INC 5460 COTE DE LIESSE, MONTREAL QUEBEC CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.644 | State what the contract or lease is for and the nature of the debtor's interest | Raymond Leasing Corporation Dated 04/03/2017 | RAYMOND STORAGE CONCEPTS, INC. RAYMOND STORAGE CONCEPTS INC 4333 DIRECTORS BLVD GROVEPORT, OH 43125 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.645 | State what the contract or lease is for and the nature of the debtor's interest | Comprehensive Fixed Price Maintenance (C.F.P.M) Contract Dated 08/08/2017 | RAYMOND STORAGE CONCEPTS, INC. 4333 DIRECTORS BLVD GROVEPORT, OH 43125 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.646 | State what the contract or lease is for and the nature of the debtor's interest | General Services Agreement Dated 2013 | RBA, INC. 294 GROVE LANE EAST SUITE 100 WAYZATA, MN 55391 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.647 | State what the contract or lease is for and the nature of the debtor's interest | General Services Agreement | RBA, INC. 294 GROVE LANE EAST SUITE 100 WAYZATA, MN 55391 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.648 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement Dated 05/13/2016 | RCG GLOBAL SERVICES, INC. 379 THRONALL STREET 14TH FLOOR EDISON, NJ 08837 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.649 | State what the contract or lease is for and the nature of the debtor's interest | Redis Enterprise Software Subscription Agreement Dated 04/01/2018 | REDIS LABS, INC., 700 E EL CAMINO REAL SUITE 250 MOUNTAIN VIEW, CA 94040 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Boy Scouts of America
          Name

Case number *(if known)*   20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.650 | State what the contract or lease is for and the nature of the debtor's interest | Temporary Services Agreement Dated 02/27/2014 | REDRIVER SYSTEMS, LLC<br>1100 E. CAMPBELL ROAD<br>SUITE 210<br>RICHARDSON, TX 75081 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.651 | State what the contract or lease is for and the nature of the debtor's interest | BOY SCOUTS OF AMERICA SUPPLY GROUP LEASE/CONTRACT APPROVAL Dated 07/01/2015 | REDWOOD EMPIRE COUNCIL, BOY SCOUTS OF AMERICA<br>1000 APOLLO WAY<br>SANTA ROSA, CA 95407 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.652 | State what the contract or lease is for and the nature of the debtor's interest | Relationship Science Terms of Use | RELATIONSHIP SCIENCE LLC<br>PO BOX 347989<br>PITTSBURGH, PA 15251-4989 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.653 | State what the contract or lease is for and the nature of the debtor's interest | Customer Service Agreement Dated 01/01/2013 | REPUBLIC SERVICES, INC.<br>3358 HIGHWAY 51 N.<br>FORT MILL, SC 29715 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.654 | State what the contract or lease is for and the nature of the debtor's interest | Fee Exemption Fixed Rate & Flat Rate Fee Approval Form Dated 01/27/2012 | REPUBLIC SERVICES, INC.<br>3358 HIGHWAY 51 N.<br>FORT MILL, SC 29715 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.655 | State what the contract or lease is for and the nature of the debtor's interest | Customer Service Agreement Dated 09/27/2007 | REPUBLIC SERVICES, INC.<br>3358 HIGHWAY 51 N.<br>FORT MILL, SC 29715 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.656 | State what the contract or lease is for and the nature of the debtor's interest | MASTER AGREEMENT | RETAIL INFORMATION SYSTEMS<br>2555 WESTHOLLOW DR<br>HOUSTON, TX 77082 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Boy Scouts of America
          Name

Case number *(if known)*  20-10343 (LSS)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.657 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Agreement Dated 09/07/2017 | RETAIL INFORMATION SYSTEMS<br>2555 WESTHOLLOW DRIVE<br>HOUSTON, TX 77082 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.658 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work for Boy Scouts of America Dated 04/30/2019 | RETAIL PROCESS ENGINEERING, LLC<br>20537 AMBERFIELD DRIVE<br>LAND O LAKES, FL 34638 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.659 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement Dated 05/11/2016 | RETHINK WORKFLOW, INC.<br>3431 MAYHILL CT.<br>ARLINGTON, TX 76014 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.660 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Dated 05/10/2016 | REZSTREAM<br>3801 E FLORIDA AVE<br>SUITE 800<br>DENVER, NM 80210 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.661 | **State what the contract or lease is for and the nature of the debtor's interest** | TEMPORARY SERVICES AGREEMENT Dated 08/02/2011 | RIGHTSTAFF INC<br>4919 MCKINNEY AVE<br>DALLAS, TX 75205 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.662 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Requisition Form Dated 12/01/2015 | RIGHTSTAR SYSTEMS, INC<br>1951 KIDWELL DRIVE<br>SUITE 110<br>VIENNA, VA 22182 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.663 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement Between Rightstar and Boy Scouts of America Dated 05/02/2018 | RIGHTSTAR SYSTEMS<br>1951 KIDWELL DRIVE, SUITE 110<br>VIENNA, VA 22182 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor __Boy Scouts of America_____
Name

Case number *(if known)* __20-10343 (LSS)__



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.664 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work Dated 03/08/2018 | RIGHTSTAR SYSTEMS<br>1951 KIDWELL DRIVE, SUITE 110<br>VIENNA, VA 22182 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.665 | **State what the contract or lease is for and the nature of the debtor's interest** | Software License and Support Contract Dated 07/21/2008 | RISK LABORATORIES, LLC<br>531 ROSELANE STREET NW, SUITE 800<br>MARIETTA, GA 30060 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.666 | **State what the contract or lease is for and the nature of the debtor's interest** | Exhibit B to the Agreement Subscription Order No. 01 Dated 12/20/2016 | RISKONNECT, INC.<br>1701 BARRETT LAKES BLVD<br>SUITE 500<br>KENNESAW, GA 30144 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.667 | **State what the contract or lease is for and the nature of the debtor's interest** | Boy Scouts of America Lease/Contract Approval Dated 12/20/2016 | RISKONNECT, INC.<br>1701 BARRETT LAKES BLVD<br>SUITE 500<br>KENNESAW, GA 30144 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.668 | **State what the contract or lease is for and the nature of the debtor's interest** | WHITEWATER ADVENTURE CONTRACT Dated 05/01/2018 | RIVER EXPEDITIONS<br>PO BOX 9<br>LANSING, WV 25862 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.669 | **State what the contract or lease is for and the nature of the debtor's interest** | Copyright License Agreement Dated 01/11/2018 | ROB FARIS<br>5915 15TH STREET N,<br>ARLINGTON, VA 22205 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.670 | **State what the contract or lease is for and the nature of the debtor's interest** | Temporary Services Agreement Dated 06/20/2011 | ROBERT HALF INTERNATIONAL INC.<br>3440 TORINGDON WAY, SUITE 201<br>CHARLOTTE, NC 28277 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor ___Boy Scouts of America_____    Case number *(if known)* __20-10343 (LSS)__
Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.671 | State what the contract or lease is for and the nature of the debtor's interest | Addendum No. 11 to information Technology Services Agreement Dated 05/31/2019 | RPE OUTSOURCING, LLC<br>10150 HIGHLAND MANOR DR<br>SUITE 330<br>TAMPA, FL 33610 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.672 | State what the contract or lease is for and the nature of the debtor's interest | BOY SCOUTS OF AMERICA LEASE/CONTRACT APPROVAL Dated 04/24/2008 | RPE OUTSOURCING, LLC<br>10150 HIGHLAND MANOR DR<br>SUITE 330<br>TAMPA, FL 33610 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.673 | State what the contract or lease is for and the nature of the debtor's interest | Directors and Officers Liability - Not For Profit Organization Renewal Application Dated 02/13/2019 | RSUI INDEMNITY COMPANY<br>945 E. PACES FERRY ROAD<br>SUITE 1800<br>ATLANTA, GA 30326 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.674 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement Dated 08/20/2015 | S&ME, INC.<br>9751 SOUTHERN PINE BLVD.,<br>CHARLOTTE, NC 28273 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.675 | State what the contract or lease is for and the nature of the debtor's interest | S&ME, Inc. Dated 04/12/2016 | S&ME, INC.<br>2550 JACK FURST DRIVE<br>GLEN JEAN, WV 25846 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.676 | State what the contract or lease is for and the nature of the debtor's interest | Annual Patch Commitment Agreement Dated: 03/01/2019 | SAM HOUSTON AREA COUNCIL, BOY SCOUTS OF AMERICA<br>2225 NORTH LOOP W<br>HOUSTON, TX 77008-1311 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.677 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease By and Between Sam Houston Area Council and National Council, BSA Dated 08/15/2015 | SAM HOUSTON AREA COUNCIL, BOY SCOUTS OF AMERICA<br>2225 NORTH LOOP W<br>HOUSTON, TX 77008-1311 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Boy Scouts of America                               Case number *(if known)*   20-10343 (LSS)
         Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.678 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease By and Between Sam Houston Area Council, BSA and National Council, BSA Dated 08/01/2015 | SAM HOUSTON AREA COUNCIL, BOY SCOUTS OF AMERICA 2225 NORTH LOOP W HOUSTON, TX 77008-1311 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.679 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease By and Between Sam Houston Area Council, BSA and National Council, BSA Dated 08/01/2015 | SAM HOUSTON AREA COUNCIL, BOY SCOUTS OF AMERICA 2225 NORTH LOOP W HOUSTON, TX 77008-1311 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.680 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease By and Between Sam Houston Area Council, BSA and National Council, BSA Dated 08/01/2015 | SAM HOUSTON AREA COUNCIL, BOY SCOUTS OF AMERICA 2225 NORTH LOOP W HOUSTON, TX 77008-1311 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.681 | State what the contract or lease is for and the nature of the debtor's interest | Annual Patch Commitment Agreement Dated: 11/20/2019 | SAN DIEGO-IMPERIAL COUNCIL, BOY SCOUTS OF AMERICA 1207 UPAS ST SAN DIEGO, CA 92103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.682 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease By and Between San Francisco Area Council, BSA and National Council, BSA Dated 03/01/2017 | SAN FRANCISCO BAY AREA COUNCIL, BOY SCOUTS OF AMERICA 1001 DAVIS ST SAN LEANDRO, CA 94577-1514 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.683 | State what the contract or lease is for and the nature of the debtor's interest | Summit Bechtel Reserve Purchase Order Dated 05/12/2015 | SAUNDERS STAFFING INC PO BOX 211 BLUEFIELD, WV 24701 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.684 | State what the contract or lease is for and the nature of the debtor's interest | Contributor's Agreement Dated 01/17/2020 | SCOTT ARTHUR MASEAR 13718 BIRCHWOOD AVE OMAHA, NE 68137 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Boy Scouts of America
        Name

Case number *(if known)*  20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.685 | State what the contract or lease is for and the nature of the debtor's interest | Proposal for Design Services Dated 03/29/2017 | SD CONSULTING GROUP, LLC<br>796 CHEROKEE AVENUE<br>SAINT PAUL, MN 55107 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.686 | State what the contract or lease is for and the nature of the debtor's interest | Preventative Maintenance Dated 01/18/2017 | SEALCO, LLC<br>1751 INTERNATIONAL PARKWAY<br>SUITE #115<br>RICHARDSON, TX 75081 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.687 | State what the contract or lease is for and the nature of the debtor's interest | Temporary Services Agreement Dated 04/29/2010 | SELECT STAFF INC<br>12700 HILLCREST RD SUITE 218<br>DALLAS, TX 75230 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.688 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease Dated 08/01/2015 | SEQUOIA COUNCIL, BOY SCOUTS OF AMERICA<br>6005 NORTH TAMERA AVE<br>FRESNO, CA 93711-3911 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.689 | State what the contract or lease is for and the nature of the debtor's interest | Annual Patch Commitment Agreement Dated: 11/20/2019 | SEQUOYAH COUNCIL, BOY SCOUTS OF AMERICA<br>P. O. BOX 3010 CRS<br>JOHNSON CITY, TN 37602-3010 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.690 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease Dated 08/01/2015 | SEQUOYAH COUNCIL, BOY SCOUTS OF AMERICA<br>P. O. BOX 3010 CRS<br>JOHNSON CITY, TN 37602-3010 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.691 | State what the contract or lease is for and the nature of the debtor's interest | Shentel Communications, LLC Master Services Agreement Dated 01/05/2017 | SHENTEL COMMUNICATIONS, LLC<br>500 SHENTEL WAY<br>P.O. BOX 459<br>EDINBURG, VA 22824 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor      Boy Scouts of America                                    Case number (if known)  20-10343 (LSS)
                Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.692 | State what the contract or lease is for and the nature of the debtor's interest | Approved Contract Boy Scouts of America - Top Hands Conference 2020 Dated 11/11/2016 | SHERATON BIRMINGHAM HOTEL 2101 RICHARD ARRINGTON JR. BLVD. BIRMINGHAM, AL 35203 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.693 | State what the contract or lease is for and the nature of the debtor's interest | Boy Scouts of America Lease Contract Approval Dated 03/28/2014 | SHERATON DALLAS 400 S OLIVE STREET DALLAS, TX 75201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.694 | State what the contract or lease is for and the nature of the debtor's interest | Venue Rental Agreement Dated 02/17/2020 | SHERATON TUCSON HOTEL & SUITES MICHELE HATCH 5151 E GRANT RD TUCSON, AZ 85712 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.695 | State what the contract or lease is for and the nature of the debtor's interest | Multi-Share Custom License Dated 06/11/2012 | SHUTTERSTOCK IMAGES LLC 60 BROAD STREET 30TH FLOOR NEW YORK, NY 10004 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.696 | State what the contract or lease is for and the nature of the debtor's interest | Annual Patch Commitment Agreement Dated: 04/01/2019 | SIMON KENTON COUNCIL, BOY SCOUTS OF AMERICA 807 KINNEAR ROAD COLUMBUS, OH 43212 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.697 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Dated 12/01/2017 | SIMON KENTON COUNCIL, BOY SCOUTS OF AMERICA 807 KINNEAR ROAD COLUMBUS, OH 43212 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.698 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease Dated 08/01/2015 | SIOUX COUNCIL, BOY SCOUTS OF AMERICA 800 N. WEST AVENUE SIOUX FALLS, SD 57104 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Boy Scouts of America                                Case number *(if known)*  20-10343 (LSS)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.699 | State what the contract or lease is for and the nature of the debtor's interest | Software as a Service Subscription Agreement Dated 04/29/2019 | SITEIMPROVE, INC.<br>ATTN: LEGAL DEPARTMENT<br>7808 CREEKRIDGE CIRCLE<br>BLOOMINGTON, MN 55439 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.700 | State what the contract or lease is for and the nature of the debtor's interest | Order Form Dated 04/30/2018 | SKILLSOFT CORPORATION<br>BANK OF AMERICA<br>PO BOX 405527<br>ATLANTA, GA30384-5527 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.701 | State what the contract or lease is for and the nature of the debtor's interest | Software License Order Form Dated 04/30/2018 | SKILLSOFT CORPORATION<br>BANK OF AMERICA<br>PO BOX 405527<br>ATLANTA, GA30384-5527 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.702 | State what the contract or lease is for and the nature of the debtor's interest | User Agreement Dated 04/11/2018 | SMARTSHEET, INC.<br>ATTN: LEGAL AFFAIRS<br>10500  NE 8TH STREET<br>SUITE 1300<br>BELLEVUE, WA 98004 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.703 | State what the contract or lease is for and the nature of the debtor's interest | Agreement Dated 02/16/2015 | SMITH GROUNDS MANAGEMENT, LLC<br>P.O. BOX 2134<br>MATTHEWS, NC 28106 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.704 | State what the contract or lease is for and the nature of the debtor's interest | Invoice Dated 01/01/2018 | SOLARWINDS NET, INC.<br>PO BOX 730720<br>DALLAS, TX 75373-0720 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.705 | State what the contract or lease is for and the nature of the debtor's interest | Invoice Dated 04/16/2017 | SOLARWINDS NET, INC.<br>PO BOX 730720<br>DALLAS, TX 75373 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Boy Scouts of America    Case number *(if known)*  20-10343 (LSS)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.706 | State what the contract or lease is for and the nature of the debtor's interest | Invoice Dated 05/29/2017 | SOLARWINDS NET, INC.<br>PO BOX 730720<br>DALLAS, TX 75373-0720 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.707 | State what the contract or lease is for and the nature of the debtor's interest | Invoice Dated 04/15/2016 | SOLARWINDS NET, INC.<br>PO BOX 730720<br>DALLAS, TX 75373-0720 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.708 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Dated 10/30/2015 | SOURCE DIRECT<br>15301 DALLAS PARKWAY<br>SUITE 700<br>ADDISON, TX 75001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.709 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease Dated 04/01/2018 | SOUTH FLORIDA COUNCIL, BOY SCOUTS OF AMERICA<br>15255 NW 82ND AVENUE<br>MIAMI LAKES, FL 33016-1476 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.710 | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Lease Dated 08/01/2015 | SOUTH TEXAS COUNCIL, BOY SCOUTS OF AMERICA<br>700 EVERHART TERRACE, BLDG A<br>CORPUS CHRISTI, TX 78411-1939 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.711 | State what the contract or lease is for and the nature of the debtor's interest | General Contractor Agreement Dated 08/01/2018 | SOUTHERN AIR, INC.<br>6434 PETERS CREEK ROAD<br>ROANOKE, VA 24019 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.712 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease Dated 05/01/2016 | SOUTHWEST FLORIDA COUNCIL, BOY SCOUTS OF AMERICA<br>1801 BOY SCOUT DRIVE<br>FORT MYERS, FL 33907-2114 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Boy Scouts of America
          _____
          Name

Case number *(if known)* __20-10343 (LSS)__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.713 | State what the contract or lease is for and the nature of the debtor's interest | Rental Agreement Dated 08/01/2018 | SPARTAN RACE, INC.<br>ATTN: GENERAL COUNSEL<br>234 CONGRESS STREET<br>5TH FLOOR<br>BOSTON, MA 02110 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.714 | State what the contract or lease is for and the nature of the debtor's interest | General Contract for Services Dated 10/12/2017 | SPECTRUM MARKETING COMPANIES<br>95 EDDY ROAD<br>MANCHESTER, NH 03102 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.715 | State what the contract or lease is for and the nature of the debtor's interest | Contributor's Agreement Dated 01/22/2020 | STEPHEN GILPIN<br>502 E. MADISON<br>IOLA, KS 66749 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.716 | State what the contract or lease is for and the nature of the debtor's interest | Rights Agreement Dated 01/21/2020 | STEVE SANFORD<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.717 | State what the contract or lease is for and the nature of the debtor's interest | Rights Agreement Dated 02/12/2020 | STEVE SANFORD<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.718 | State what the contract or lease is for and the nature of the debtor's interest | Invoice Dated 06/26/2017 | STEWART & STEVENSON<br>1631 CHALK HILL ROAD<br>DALLAS, TX 75212 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.719 | State what the contract or lease is for and the nature of the debtor's interest | Invoice Dated 05/01/2016 | STORAGE ASSESSMENTS LLC<br>PO BOX 864017<br>PLANO, TX 75086-4017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Boy Scouts of America
         Name

Case number *(if known)*   20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.720** | State what the contract or lease is for and the nature of the debtor's interest | Schedule No. 2 Dated 05/01/2016 | STORAGE ASSESSMENTS LLC<br>PO BOX 864017<br>JOHN LITTLE<br>PLANO, TX 75086-4017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.721** | State what the contract or lease is for and the nature of the debtor's interest | Scope of Work Dated 08/01/2019 | STRATUS MIDCO, INC. D/B/A CONTEGIX<br>210 NORTH TUCKER, 6TH FLOOR<br>ST. LOUIS, MO 63101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.722** | State what the contract or lease is for and the nature of the debtor's interest | Master Services and Hosting Agreement Dated 08/01/2019 | STRATUS MIDCO, INC. D/B/A CONTEGIX<br>210 NORTH TUCKER, 6TH FLOOR<br>ST. LOUIS, MO 63101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.723** | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 08/01/2019 | STRATUS MIDCO, INC. D/B/A CONTEGIX<br>210 NORTH TUCKER, 6TH FLOOR<br>ST. LOUIS, MO 63101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.724** | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease Dated 08/01/2015 | SUFFOLK COUNTY COUNCIL, BOY SCOUTS OF AMERICA<br>7 SCOUTING BOULEVARD<br>MEDFORD, NY 11763 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.725** | State what the contract or lease is for and the nature of the debtor's interest | Addendum Dated 02/16/2016 | SUMNER GROUP, INC. D.B.A. DATAMAX OF TEXAS<br>800 FREEPORT PARKWAY<br>SUITE 400<br>COPPELL, TX 75019 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.726** | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Dated 08/01/2012 | SUMNER GROUP, INC. D.B.A. DATAMAX OF TEXAS<br>800 FREEPORT PARKWAY<br>SUITE 400<br>COPPELL, TX 75019 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor ___Boy Scouts of America_____ Case number *(if known)* __20-10343 (LSS)___
  Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.727 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment No. 1 Dated 02/01/2017 | SUSAN P NORRIS<br>ADDRESS ON FILE |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.728 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter of Agreement Dated 03/01/2016 | SUSTAINABLE LIFE MEDIA, INC.<br>608 BURLINGAME AVENUE<br>BURLINGAME, CA 94010 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.729 | **State what the contract or lease is for and the nature of the debtor's interest** | Master License and Services Agreement Dated 08/01/2014 | TAXWARE, LLC<br>200 BALLARDVALE STREET<br>BUILDING 1<br>4TH FLOOR<br>WILMINGTON, MA 01887 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.730 | **State what the contract or lease is for and the nature of the debtor's interest** | License Agreement Dated 02/01/2015 | TBAYTEL<br>1046 LITHIUM DRIVE<br>THUNDER BAY, ON<br>CANADA |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.731 | **State what the contract or lease is for and the nature of the debtor's interest** | Invoice Dated 04/23/2012 | TEAMVIEW INC.<br>3001 NORTH ROCKY POINT DRIVE EAST<br>SUITE 200<br>TAMPA, FL 33607 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.732 | **State what the contract or lease is for and the nature of the debtor's interest** | Short Form Agreement With General Contractor Dated 04/25/2019 | TECH PLAN, INC.<br>717 TAYLOR DRIVE<br>PLANO, TX 75074-6778 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.733 | **State what the contract or lease is for and the nature of the debtor's interest** | Copyright License Agreement Dated 01/11/2018 | TED KNIGHT<br>1110N ROCKINGHAM ST.,<br>ARLINGTON, VA 22205 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |

Debtor    Boy Scouts of America
          Name

Case number (if known)  20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.734 | State what the contract or lease is for and the nature of the debtor's interest | Philmont Scout Ranch Disbursement Authorization Dated 04/15/2017 | TELVENT DTN, LLC<br>9110 W DODGE RD<br>STE 100<br>OMAHA, NE 68114 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.735 | State what the contract or lease is for and the nature of the debtor's interest | Amendment Agreement Dated 07/01/2016 | TERRACARE ASSOCIATES<br>550 S HOPE ST, STE 1675<br>LOS ANGELES, CA 90071 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.736 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Agreement Dated 07/01/2016 | TERRACARE ASSOCIATES<br>550 S HOPE ST, STE 1675<br>LOS ANGELES, CA 90071 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.737 | State what the contract or lease is for and the nature of the debtor's interest | Master Purchasing Agreement Dated 08/30/2017 | THE ALLEN COMPANY<br>ATTN: CAMRON MILLER<br>525 BURBANK ST<br>BROOMFIELD, CO 80038 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.738 | State what the contract or lease is for and the nature of the debtor's interest | Memorandum of Understanding for Training Services Dated 01/13/2016 | THE AMERICAN NATIONAL RED CROSS<br>2025 E STREET NW<br>WASHINGTON, DC 20006 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.739 | State what the contract or lease is for and the nature of the debtor's interest | Munich RE Equipment Breakdown Coverage Dated 02/17/2015 | THE BOILER INSPECTION & INSURANCE COMPANY OF CANADA<br>700-10240 124 ST NW<br>EDMONTON, AB T5N3W6<br>CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.740 | State what the contract or lease is for and the nature of the debtor's interest | Policies Agreement Dated 06/01/2010 | THE BOSS GROUP<br>8120 WOODMONT AVE, SUITE 400<br>BETHESDA, MD 20814 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Boy Scouts of America | Case number *(if known)* 20-10343 (LSS) |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.741 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract for Commercials Dated 04/24/2014 | THE CLUTTS AGENCY<br>1825 MARKET CENTER BLVD<br>#380<br>DALLAS, TX |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.742 | State what the contract or lease is for and the nature of the debtor's interest | Proposal Letter Contract Dated 03/23/2015 | THE FUSFELD GROUP<br>15 LAVERDUE CIRCLE<br>FRAMINGHAM, MA 01701 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.743 | State what the contract or lease is for and the nature of the debtor's interest | Memorandum of Understanding Dated 07/18/2017 | THE NATIONAL SIGMA BETA CLUB FOUNDATION<br>3313 GOVERNMENT STREET<br>BATON ROUGE, LA 70806 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.744 | State what the contract or lease is for and the nature of the debtor's interest | Employee Welfare Benefit Trust Dated 08/24/2016 | THE NORTHERN TRUST COMPANY<br>50 SOUTH LA SALLE STREET, B-7<br>CHICAGO, IL 60603 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.745 | State what the contract or lease is for and the nature of the debtor's interest | Master Contract for Services Dated 02/27/2017 | THE SPECIAL EVENT COMPANY, INC.<br>1223 WALNUT STREET<br>CARY, NC 27511 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.746 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement Dated 04/02/2018 | THE SPECIAL EVENT COMPANY, INC.<br>6112 ST. GILES STREET<br>RALEIGH, NC 27612 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.747 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement Dated 03/08/2017 | THE TRAINING ASSOCIATES CORPORATION<br>287 TURNPIKE ROAD, SUITE 300<br>WESTBOROUGH, MA 01581 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Boy Scouts of America
          Name                                                        Case number (if known)    20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.748 | State what the contract or lease is for and the nature of the debtor's interest | Multi-Coverage Renewal Application Dated 02/28/2019 | THE TRAVELERS COMPANIES, INC.<br>ONE TOWER SQUARE<br>HARTFORD, CT 06183 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.749 | State what the contract or lease is for and the nature of the debtor's interest | Trademark License Agreement Dated 08/01/2017 | THE TRUSTEES OF INDIANA UNIVERSITY<br>400 EAST 7TH STREET<br>POPLARS<br>ROOM 408<br>BLOOMINGTON, IN 47405 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.750 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease Dated 08/01/2015 | THEODORE ROOSEVELT COUNCIL, BOY SCOUTS OF AMERICA<br>544 BROADWAY<br>MASSAPEQUA, NY 11758-5010 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.751 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement Dated 02/01/2019 | THOMAS HJELLMING<br>2031 CROMWELL DRIVE<br>WHEATON, IL 60189 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.752 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Order Form Dated 01/18/2017 | THOMSON REUTERS WEST<br>PAYMENT CENTER<br>PO BOX 6292<br>CAROL STREAM, IL 60197-6292 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.753 | State what the contract or lease is for and the nature of the debtor's interest | Consent to Sublease Dated 10/27/2018 | THREE FIRES COUNCIL, BOY SCOUTS OF AMERICA<br>4 S. 100 ROUTE 59 SUITE 4<br>NAPERVILLE, IL 60563 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.754 | State what the contract or lease is for and the nature of the debtor's interest | Transfer of Title Agreement Dated 12/22/2014 | THREE FIRES COUNCIL, BOY SCOUTS OF AMERICA<br>4 S. 100 ROUTE 59 SUITE 4<br>NAPERVILLE, IL 60563 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  <u>Boy Scouts of America</u>
Name

Case number *(if known)*  <u>20-10343 (LSS)</u>

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.755 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement Dated 10/24/2003 | TOWERS PERRIN<br>WILLIAM E. BROOKS<br>12377 MERIT DRIVE<br>SUITE 1200<br>DALLAS, TX 75251-3234 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.756 | **State what the contract or lease is for and the nature of the debtor's interest** | Business Associate Agreement | TOWERS PERRIN<br>WILLIAM E. BROOKS<br>12377 MERIT DRIVE<br>SUITE 1200<br>DALLAS, TX 75251-3234 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.757 | **State what the contract or lease is for and the nature of the debtor's interest** | Scope of Work Dated 02/14/2013 | TOWERS WATSON<br>500 N. AKARD STREET<br>SUITE 4100<br>DALLAS, TX 75201 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.758 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work Dated 10/19/2012 | TOWERS WATSON<br>500 N. AKARD STREET<br>DALLAS, TX 75201 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.759 | **State what the contract or lease is for and the nature of the debtor's interest** | Scope of Work Dated 01/09/2013 | TOWERS WATSON<br>500 N. AKARD STREET<br>SUITE 4100<br>DALLAS, TX 75201 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.760 | **State what the contract or lease is for and the nature of the debtor's interest** | Sublease Agreement Dated 08/18/2017 | TOWN SPORTS INTERNATIONAL HOLDINGS, INC.<br>399 EXECUTIVE BOULEVARD<br>ELMSFORD, NY 10523 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.761 | **State what the contract or lease is for and the nature of the debtor's interest** | Transportation Contract Dated 12/19/2016 | TRANSPORTATION MANAGEMENT SERVICES, INC.<br>17810 MEETINGHOUSE ROAD, SUITE 200<br>SANDY SPRINGS, MD 20860 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor      Boy Scouts of America
            Name                                                    Case number *(if known)*   20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.762 | State what the contract or lease is for and the nature of the debtor's interest | Multi-Coverage Renewal Application Dated 02/11/2020 | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ONE TOWER SQUARE HARTFORD, CT 06183 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.763 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement Dated 02/08/2011 | TROY GROUP INC ATTN: CONTRACTS ADMINISTRATION 3 BRYAN DRIVE WHEELING, WV 26003 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.764 | State what the contract or lease is for and the nature of the debtor's interest | PCI Services Addendum Dated 10/18/2018 | TRUE DIGITAL SECURITY, INC. P.O. BOX 35623 TULSA, OK 74153 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.765 | State what the contract or lease is for and the nature of the debtor's interest | General Services Agreement Dated 01/01/2018 | TRUE DIGITAL SECURITY, INC. 1350 S. BOULDER AVE #1100 TULSA, OK 74119 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.766 | State what the contract or lease is for and the nature of the debtor's interest | Security Scanning Agreement Dated 01/01/2017 | TRUE DIGITAL SECURITY, INC. 1350 S. BOULDER AVE #1100 TULSA, OK 74119 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.767 | State what the contract or lease is for and the nature of the debtor's interest | 2020 PCI Services Addendum Dated 01/15/2020 | TRUE DIGITAL SECURITY, INC. PO BOX 35623 TULSA, OK 74153 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.768 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Dated 08/01/2015 | TUKABATCHEE AREA COUNCIL, BOY SCOUTS OF AMERICA P. O. BOX 11106 MONTGOMERY, AL36111-0106 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Boy Scouts of America
          Name

Case number *(if known)*   20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.769 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Agreement Dated 01/16/2018 | TUKATECH, INC.<br>5462 JILSON ST.<br>LOS ANGELES, CA 90040 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.770 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease Dated 08/01/2015 | TWIN RIVERS COUNCIL, BOY SCOUTS OF AMERICA<br>253 WASHINGTON AVENUE EXTENSION<br>ALBANY, NY 12205 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.771 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement Dated 04/14/2016 | UNIFI EQUIPMENT FINANCE, INC.<br>3893 RESEARCH PARK DRIVE<br>ANN ARBOR, MI 48108 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.772 | State what the contract or lease is for and the nature of the debtor's interest | Administrative Services Agreement Dated 01/01/2013 | UNITED HEALTHCARE SERVICES, INC.<br>185 ASYLUM STREET<br>HARTFORD, CT 06103-3408 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.773 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement Dated 03/04/2011 | UNITEDHEALTHCARE INSURANCE COMPANY<br>ATTENTION: PRESIDENT<br>450 COLUMBUS BOULEVARD<br>HARTFORD, CT 06115-0450 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.774 | State what the contract or lease is for and the nature of the debtor's interest | Application for Group Insurance Dated 01/01/2016 | UNUM LIFE INSURANCE COMPANY OF AMERICA<br>2211 CONGRESS STREET<br>PORTLAND, ME 04122 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.775 | State what the contract or lease is for and the nature of the debtor's interest | General Contractor Agreement Dated 06/07/2019 | UPPER KEYS MARINE CONSTRUCTION, LLC<br>97674 OVERSEAS HWY.<br>P.O. BOX 372790<br>KEY LARGO, FL 33037 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Boy Scouts of America
           Name

Case number (if known)   20-10343 (LSS)

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.776 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Master Distribution Agreement Dated 09/23/2013 | US FOODS, INC.<br>PO BOX 644540<br>PITTSBURGH, PA 15264-4540 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.777 | State what the contract or lease is for and the nature of the debtor's interest | Special Use Permit Dated 04/30/2004 | US FOREST SERVICE<br>W.L.A.C.C. 051<br>30800 BOUQUET CANYON RD<br>SANTA CLARITA, CA 91390 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.778 | State what the contract or lease is for and the nature of the debtor's interest | Master Purchase, Maintenance and Service Agreement Dated 01/06/2015 | V.P. IMAGING, INC. DBA DOCUNAV SOLUTIONS<br>8502 WADE BLVD.<br>SUITE 760<br>FRISCO, TX 75034 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.779 | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Commission of Artwork Dated 02/11/2019 | VANDALIA BRONZE LLC<br>100 ROTAN ST.<br>FAYETTEVILLE, WV 25840 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.780 | State what the contract or lease is for and the nature of the debtor's interest | Point Service Merchant Agreement Dated 11/02/2016 | VERIFONE, INC.<br>88 WEST PLUMERIA DRIVE<br>SAN JOSE, CA 95134 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.781 | State what the contract or lease is for and the nature of the debtor's interest | Software Subscription | VERIFONE, INC.<br>88 WEST PLUMERIA DRIVE<br>SAN JOSE, CA 95134 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.782 | State what the contract or lease is for and the nature of the debtor's interest | Help Desk Services Dated 11/02/2016 | VERIFONE, INC.<br>88 WEST PLUMERIA DRIVE<br>SAN JOSE, CA 95134 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor ___Boy Scouts of America_____  Case number *(if known)* __20-10343 (LSS)__
     Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.783** State what the contract or lease is for and the nature of the debtor's interest — Purchase Order Dated 03/13/2009 | VERISTITCH, INC.<br>PO BOX 1304<br>HUTCHINSON, KS 67504-1304 |
| State the term remaining<br>List the contract number of any government contract | |
| **2.784** State what the contract or lease is for and the nature of the debtor's interest — Lease Agreement Dated 04/14/2016 | VERISTOR CAPITAL, LLC<br>4850 RIVER GREEN PARKWAY<br>DULUTH, GA 30096 |
| State the term remaining<br>List the contract number of any government contract | |
| **2.785** State what the contract or lease is for and the nature of the debtor's interest — Service Agreement | VERIZON BUSINESS NETWORK SERVICES INC.<br>ATTN:  CUSTOMER SERVICE<br>6415-6455 BUSINESS CENTER DRIVE<br>HIGHLANDS RANCH, CO 80130 |
| State the term remaining<br>List the contract number of any government contract | |
| **2.786** State what the contract or lease is for and the nature of the debtor's interest — Service Agreement Dated 11/26/2012 | VERIZON BUSINESS SERVICES<br>6415-6455 BUSINESS CENTER DRIVE<br>ATTN: CUSTOMER SERVICE<br>HIGHLANDS RANCH, CO 80130 |
| State the term remaining<br>List the contract number of any government contract | |
| **2.787** State what the contract or lease is for and the nature of the debtor's interest — Services Agreement Dated 09/19/2012 | VERIZON BUSINESS SERVICES<br>6415-6455 BUSINESS CENTER DRIVE<br>ATTN: CUSTOMER SERVICE<br>HIGHLANDS RANCH, CO 80130 |
| State the term remaining<br>List the contract number of any government contract | |
| **2.788** State what the contract or lease is for and the nature of the debtor's interest — License Agreement Dated 05/28/1996 | VERTEX INC.<br>ATTN: CONTRACTS ADMINISTRATOR<br>1041 OLD CASSATT ROAD<br>BERWYN, PA 19312 |
| State the term remaining<br>List the contract number of any government contract | |
| **2.789** State what the contract or lease is for and the nature of the debtor's interest — Purchase Order Dated 05/27/2017 | VERTIV SERVICES, INC.<br>610 EXECUTIVE CAMPUS DR.<br>WESTERVILLE, OH 43082 |
| State the term remaining<br>List the contract number of any government contract | |

Debtor    Boy Scouts of America
Name

Case number (if known)    20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.790 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement Dated 09/20/2019 | VIGNA INFORMATION SYSTEM LLC<br>5105 MYSTIC HOLLOW CT<br>FLOWER MOUND, TX 75028 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.791 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement Dated 09/20/2019 | VIGNA INFORMATION SYSTEM LLC<br>5105 MYSTIC HOLLOW CT<br>FLOWER MOUND, TX 75028 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.792 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Rental Agreement and Lease Dated 08/15/2017 | VILLAGE PARK ESTATES, LLC<br>135 DIXIELAND DRIVE<br>STANAFORD, WV 25927 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.793 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement Dated 10/01/2017 | VIZION INTERACTIVE INC<br>7500 W 151ST ST<br>PO BOX 24262<br>OVERLAND PARK, KS 66283 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.794 | State what the contract or lease is for and the nature of the debtor's interest | Invoice Dated 10/26/2017 | VP IMAGING, INC. DBA DOCUNAV SOLUTIONS<br>8501 WADE BLVD<br>SUITE 760<br>FRISCO, TX 75034-5894 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.795 | State what the contract or lease is for and the nature of the debtor's interest | Vision Plan Renewal Proposal Dated 03/30/2018 | VSP<br>5700 GRANITE PARKWAY STE350<br>PLANO, TX 75024 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.796 | State what the contract or lease is for and the nature of the debtor's interest | Vision Plan Renewal Proposal Dated 03/30/2018 | VSP<br>5700 GRANITE PARKWAY, STE350<br>PLANO, TX 75024 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____Boy Scouts of America_____        Case number (if known) ___20-10343 (LSS)___
Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.797 | State what the contract or lease is for and the nature of the debtor's interest | Annual Patch Commitment Agreement Dated: 04/01/2019 | W.D. BOYCE COUNCIL, BOY SCOUTS OF AMERICA 614 NE MADISON AVE. PEORIA, IL 61603-3886 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.798 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease Dated 07/01/2015 | W.D. BOYCE COUNCIL, BOY SCOUTS OF AMERICA 614 NE MADISON AVE. PEORIA, IL 61603-3886 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.799 | State what the contract or lease is for and the nature of the debtor's interest | Addendum for Boy Scouts of America 2017 Top Hands and 2018 National Annual Meeting With Sheraton Dallas Dated 03/14/2014 | W2007 MVP DALLAS, LLC D/B/A SHERATON  DALLAS 400 NORTH OLIVE ST. DALLAS, TX 75201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.800 | State what the contract or lease is for and the nature of the debtor's interest | Hotel Accommodations Dated 07/26/2018 | WASHINGTON HILTON 1919 CONNECTICUT AVENUE, NW WASHINGTON, DC 20009 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.801 | State what the contract or lease is for and the nature of the debtor's interest | Sales Agreement Dated 09/30/2019 | WEALTH ENGINE INC PO BOX 775981 CHICAGO, IL 60677-5981 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.802 | State what the contract or lease is for and the nature of the debtor's interest | Order form and Terms Dated 01/01/2019 | WEALTH-X PTE. LTD. 8 MARINA BOULEVARD #05-02 MARINA BAY FINANCIAL CENTRE SINGAPORE 018981  SINGAPORE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.803 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement Dated 03/02/2018 | WEPAY, INC. 350 CONVENTION WAY, SUITE200 REDWOOD CITY, CA94063 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Boy Scouts of America
          Name
Case number *(if known)*   20-10343 (LSS)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.804 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease Dated 07/01/2015 | WESTCHESTER-PUTNAM COUNCIL, BOY SCOUTS OF AMERICA<br>41 SAW MILL RIVER ROAD<br>HAWTHORNE, NY 10532-1519 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.805 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease Dated 08/01/2015 | WESTERN LOS ANGELES COUNTY COUNCIL, BOY SCOUTS OF AMERICA<br>16525 SHERMAN WAY<br>STE C-8<br>VAN NUYS, CA 91406-3753 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.806 | State what the contract or lease is for and the nature of the debtor's interest | Agreement of Lease Dated 08/01/2015 | WESTERN LOS ANGELES COUNTY COUNCIL, BOY SCOUTS OF AMERICA<br>16525 SHERMAN WAY<br>STE C-8<br>VAN NUYS, CA 91406-3753 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.807 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement Dated 01/06/2020 | WESTIN DALLAS FORT WORTH AIRPORT<br>4545 W. JOHN CARPENTER FREEWAY<br>IRVING, TX 75063 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.808 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement Dated 03/28/2017 | WESTON SOLUTIONS, INC.<br>3840 COMMONS AVE., NE<br>ALBUQUERQUE, NM 87109 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.809 | State what the contract or lease is for and the nature of the debtor's interest | Letter of Agreement Dated 10/03/2019 | WHITE WILDERNESS SLED DOG ADVENTURES<br>DEEP LAKE RD<br>ISABELLA, MN 55607 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.810 | State what the contract or lease is for and the nature of the debtor's interest | Group Reservation Agreement Dated 05/09/2019 | WILLARD INTERCONTINENTAL WASHINGTON, D.C.<br>1401 PENNSYLVANIA AVE, NW<br>WASHINGTON, DC 20004 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Boy Scouts of America                          Case number *(if known)*   20-10343 (LSS)
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.811 | State what the contract or lease is for and the nature of the debtor's interest | Master Equipment Lease Agreement Dated 06/06/1997 | WILLIAMS SCOTSMAN, INC. 8211 TOWN CENTER DRIVE BALTIMORE, MD 21236 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.812 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work Dated 09/04/2019 | WILLIS TOWERS WATSON US LLC 500 N. AKARD STREET SUITE 4100 DALLAS, TN 75201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.813 | State what the contract or lease is for and the nature of the debtor's interest | Release of Information Dated 12/18/2017 | WILLIS TOWERS WATSON US LLC ATTN: DEAN M. CRAWFORD STE. 4100 500 N. AKARD STREET DALLAS, TX 75201 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.814 | State what the contract or lease is for and the nature of the debtor's interest | Letter Agreement Dated 11/01/2000 | WILSHIRE ASSOCIATES INCORPORATED 1299 OCEAN AVENUE, SUITE 700 SANTA MONICA, CA 90401-1085 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.815 | State what the contract or lease is for and the nature of the debtor's interest | Membership Agreement Dated 09/05/2017 | WORKVILLE LLC 1178 BROADWAY 5TH FL NEW YORK, NY 10001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.816 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement Dated 01/01/2013 | WORLD SCOUT BUREAU, INC. RUE DU PRE-JEROME 5 P.O. BOX 91 1211 GENEVA 4 PLAINPALAIS SWITZERLAND |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.817 | State what the contract or lease is for and the nature of the debtor's interest | Master Subscription and Services Agreement Dated 11/08/2019 | WRIKE, INC. ATTN: LEGAL DEPARTMENT 70 NORTH SECOND STREET SAN JOSE, CA 95113 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Boy Scouts of America                                    Case number (if known)  20-10343 (LSS)
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.818 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Lease Agreement Dated 07/02/2019 | XEROX<br>OFFICE OF GENERAL COUNSEL<br>XEROX CORPORATION<br>45 GLOVER AVENUE<br>P.O. BOX 4505<br>NORWALK, CT 06856-4505 |
| 2.819 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Lease Agreement Dated 05/04/2015 | XEROX<br>OFFICE OF GENERAL COUNSEL<br>XEROX CORPORATION<br>45 GLOVER AVENUE<br>P.O. BOX 4505<br>NORWALK, CT 06856-4505 |
| 2.820 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Software License and Purchase Agreement Dated 06/23/2004 | XTEND COMMUNICATIONS CORP.<br>171 MADISON AVENUE<br>NEW YORK, NY 10016 |
| 2.821 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Software License and Purchase Agreement Dated 06/23/2014 | XTEND COMMUNICATIONS CORP<br>171 MADISON AVENUE<br>NEW YORK, NY 10016 |
| 2.822 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Customer Agreement Dated 06/01/2017 | ZOFTEC, LLC DBA VERAS RETAIL<br>22044 N. 44TH ST, SUITE 120<br>ATTN: ROHIT VIR<br>PHOENIX, AZ 85050 |
| 2.823 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Software License Agreement Dated 09/29/2018 | ZOHO CORPORATION PVT. LTD.<br>4141 HACIENDA DRIVE<br>PLEASANTON, CA 94588 |
| 2.824 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Change Order 2 Dated 11/14/2014 | ZURI GROUP, INC.<br>328 NW BOND ST. UPPER FLOOR<br>BEND, OR 97701 |

Debtor    <u>Boy Scouts of America</u>
       Name

Case number *(if known)* <u>20-10343 (LSS)</u>

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.825**   **State what the contract or lease is for and the nature of the debtor's interest**    Change Order 5 Dated 09/08/2015 <br><br> **State the term remaining** <br> **List the contract number of any government contract** | ZURI GROUP, INC. <br> 328 NW BOND ST. UPPER FLOOR <br> BEND, OR 97701 |
| **2.826**   **State what the contract or lease is for and the nature of the debtor's interest**    Master Services Agreement Dated 05/13/2014 <br><br> **State the term remaining** <br> **List the contract number of any government contract** | ZURI GROUP, LLC <br> ATTN: JOHN MURPHY <br> 328 NW BOND STREET <br> BEND, OR 97701 |

**Fill in this information to identify the case:**

Debtor name  Boy Scouts of America

United States Bankruptcy Court for the:_____ District of Delaware

Case number (If known):    20-10343 (LSS)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Delaware BSA, LLC | 1325 WEST WALNUT HILL LANE IRVING, TX 75038UNITED STATES | JPMORGAN CHASE BANK, N.A. | ☒ D ☐ E/F ☐ G |
| 2.2 Delaware BSA, LLC | 1325 WEST WALNUT HILL LANE IRVING, TX 75038UNITED STATES | JPMORGAN CHASE BANK, N.A. | ☒ D ☐ E/F ☐ G |
| 2.3 Delaware BSA, LLC | 1325 WEST WALNUT HILL LANE IRVING, TX 75038UNITED STATES | JPMORGAN CHASE BANK, N.A. | ☒ D ☐ E/F ☐ G |
| 2.4 Delaware BSA, LLC | 1325 WEST WALNUT HILL LANE IRVING, TX 75038UNITED STATES | JPMORGAN CHASE BANK, N.A. | ☒ D ☐ E/F ☐ G |
| 2.5 Delaware BSA, LLC | 1325 WEST WALNUT HILL LANE IRVING, TX 75038UNITED STATES | JPMORGAN CHASE BANK, N.A. | ☒ D ☐ E/F ☐ G |
| 2.6 Delaware BSA, LLC | 1325 WEST WALNUT HILL LANE IRVING, TX 75038UNITED STATES | JPMORGAN CHASE BANK, N.A. | ☒ D ☐ E/F ☐ G |

| Debtor | Boy Scouts of America | Case number *(if known)* | 20-10343 (LSS) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | Delaware BSA, LLC | 1325 WEST WALNUT HILL LANE IRVING, TX 75038 UNITED STATES | JPMORGAN CHASE BANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.8 | Delaware BSA, LLC | 1325 WEST WALNUT HILL LANE IRVING, TX 75038 UNITED STATES | JPMORGAN CHASE BANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.9 | Delaware BSA, LLC | 1325 WEST WALNUT HILL LANE IRVING, TX 75038 UNITED STATES | JPMORGAN CHASE BANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.10 | Delaware BSA, LLC | 1325 WEST WALNUT HILL LANE IRVING, TX 75038 UNITED STATES | JPMORGAN CHASE BANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.11 | Delaware BSA, LLC | 1325 WEST WALNUT HILL LANE IRVING, TX 75038 UNITED STATES | JPMORGAN CHASE BANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.12 | Arrow WV, Inc. | 1325 WEST WALNUT HILL LANE IRVING, TX 75038 | JPMORGAN CHASE BANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.13 | Arrow WV, Inc. | 1325 WEST WALNUT HILL LANE IRVING, TX 75038 | JPMORGAN CHASE BANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.14 | Arrow WV, Inc. | 1325 WEST WALNUT HILL LANE IRVING, TX 75038 | JPMORGAN CHASE BANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.15 | Arrow WV, Inc. | 1325 WEST WALNUT HILL LANE IRVING, TX 75038 | JPMORGAN CHASE BANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.16 | Arrow WV, Inc. | 1325 WEST WALNUT HILL LANE IRVING, TX 75038 | JPMORGAN CHASE BANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.17 | Arrow WV, Inc. | 1325 WEST WALNUT HILL LANE IRVING, TX 75038 | JPMORGAN CHASE BANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |

Debtor    Boy Scouts of America
_____
Name

Case number *(if known)*  20-10343 (LSS)
_____

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.18 | Arrow WV, Inc. | 1325 WEST WALNUT HILL LANE IRVING, TX 75038 | JPMORGAN CHASE BANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.19 | Arrow WV, Inc. | 1325 WEST WALNUT HILL LANE IRVING, TX 75038 | JPMORGAN CHASE BANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.20 | Arrow WV, Inc. | 1325 WEST WALNUT HILL LANE IRVING, TX 75038 | JPMORGAN CHASE BANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.21 | Arrow WV, Inc. | 1325 WEST WALNUT HILL LANE IRVING, TX 75038 | JPMORGAN CHASE BANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |
| 2.22 | Arrow WV, Inc. | 1325 WEST WALNUT HILL LANE IRVING, TX 75038 | JPMORGAN CHASE BANK, N.A. | ☒ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name __Boy Scouts of America__

United States Bankruptcy Court for the: _____ District of Delaware

Case number (*If known*): __20-10343 (LSS)__

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __4/8/2020__          ✘ /s/ Michael A. Ashline
          MM / DD / YYYY            Signature of individual signing on behalf of debtor

                               Michael A. Ashline
                               Printed name

                               Chief Financial Officer & Treasurer
                               Position or relationship to debtor