**IN THE UNITED STATES BANKRUPCTY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
|  | **Doc. Id. No. 370** |

X

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 8, 2020, a copy of the Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company's Joinder in Century's Limited Objection to the Official Tort Claimants' Committee's Motion for an Order Clarifying the Requirements to Provide Access to Confidential or Privileged Information ("Joinder") was filed electronically and notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

I hereby certify the foregoing Joinder was also served on the parties listed below via email on April 8, 2020.

I further certify the foregoing Joinder was also served on April 9, 2020, to the parties listed below via first class US Mail as well as those parties who do not receive electronic service of documents.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**<u>Debtor - Via first class mail</u>**
Boy Scouts of America
Attn. Officer, Managing or General Agent or Agent for Service of Process
1325 West Walnut Hill Lane
Irving, TX 75038

**<u>Debtors' Counsel - Via Email</u>**
Derek C. Abbott
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
302-658-3989 (fax)
dabbott@mnat.com

Michael Christian Andolina
Sidley Austin
1 South Dearborn Street
Chicago, IL 60603
312 853-7000
312-853-7036 (fax)
mandolina@sidley.com

Joseph Charles Barsalona II
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
Suite 1600
Wilmington, DE 19801
302-351-9118
302-658-3989 (fax)
jbarsalona@mnat.com

Karim Basaria
1 South Dearborn
Chicago, IL 60603
312853-7000
312 853-7036 (fax)
kbasaria@sidley.com

8562118v1

Jessica C. Boelter
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
212 839-5300
212 839-5599 (fax)
jboelter@sidley.com

James F Conlan
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
212-839-5300
jconlan@sidley.com

Thomas A. Labuda, Jr.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
312-853-7000
312-853-7036 (fax)
tlabuda@sidley.com

Matthew Evan Linder
Sidley Austin LLP
1 South Dearborn Street
Chicago, IL 6603
312-853-7000
312-853-7036 (fax)
mlinder@sidley.com

Eric Moats
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19801
302-658-9200
302-658-3989 (fax)
emoats@mnat.com

8562118v1

Andrew R. Remming
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
302-658-9200
302-658-3989 (fax)
aremming@mnat.com

Paige Noelle Topper
Morris Nichols Arsht & Tunnel
1201 N. Market Street
Wilmington, DE 19801
302-658-9200
302-658-3989 (fax)
ptopper@mnat.com

Blair M. Warner
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
312-853-7000
blair.warner@sidley.com

**<u>Counsel to US Trustee - Via email</u>**
David L. Buchbinder
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
Suite 2207
Wilmington, DE 19801
302-573-6491
302-573-6497 (fax)
david.l.buchbinder@usdoj.gov

Hannah Mufson McCollum
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
302-573-6491
302-573-6497 (fax)
hannah.mccollum@usdoj.gov

4

Dated April 9, 2020

By: /s/ Eric S. Goldstein_____
Eric S. Goldstein
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
(860) 251-5000
egoldstein@goodwin.com

*Counsel for Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company*

8562118v1