**<u>Exhibit 2</u>**

**Funds Flow Diagram**

Bank transfers
ZBAs linked to Concentration Account
Receipt Account
Disbursement Account
Restricted Account
Investment Account
Other Account
Non-Debtor
Boy Scouts of America DORMANT ACCOUNT JP Morgan—0669
Boy Scouts of America GLIP DISBURSEMENT JP Morgan—0224
Boy Scouts of America GLIP CONCENTRATION JP Morgan—0208
Boy Scouts of America L/C CASH COLLATERAL JP Morgan—8973
Boy Scouts of America ENDOWMENT WITHDRAW JP Morgan—0182
BSA Unrestricted Endowment State Street – 7068 / 6979
Boy Scouts of America GWF INVESTMENT Federated—4775
Boy Scouts of America INSURANCE DEDUCTIBLE BlackRock—9074
Boy Scouts of America COUNCIL UNEMP. Goldman Sachs—3002
Boy Scouts of America SBRSA ACCOUNT JP Morgan—2677
Boy Scouts of America SBRSA INVESTMENT BlackRock—6828
Boy Scouts of America CA GIFT ANNUITY State Street—1388
Boy Scouts of America GIFT ANNUITY State Street—1265
Boy Scouts of America RSTD. DONATION INVEST Goldman Sachs—3001
Boy Scouts of America POOLED INCOME INVEST. State Street— 3133 / 3134 / 3135
Boy Scouts of America SUMMIT INVESTMENT Goldman Sachs—3003
Boy Scouts of America BROKERAGE ACCOUNT Charles Schwab—8792
Boy Scouts of America BROKERAGE ACCOUNT Merrill Lynch—2802
Boy Scouts of America ESTATE DISTRIBUTIONS Goldman Sachs—3004
Boy Scouts of America DONATION JP Morgan—7968
Boy Scouts of America SEA BASE HAF Six Accounts
Boy Scouts of America PHILMONT HAF Five Accounts
Boy Scouts of America NORTHERN TIER HAF Five Accounts
Boy Scouts of America SUMMIT HAF Two Accounts
Boy Scouts of America BSA PRIMARY CONCENTRATION JP Morgan—1724
Retirement Benefits Trust Northern Trust – 5236 / 5247
Boy Scouts of America PREMIUM CONTR. JP Morgan—2075
Delaware BSA LLC DELAWARE DISB. JP Morgan—3535
Boy Scouts of America AR LOCKBOXES JP Morgan—0505 / 3696
Boy Scouts of America SCOUT SHOPS Thirteen Accounts
Boy Scouts of America CREDIT CARD DEPOSIT JP Morgan—6479
Deferred Compensation Investment (2)
BSA Foundation
Commingled Endowment Fund, L.P.
New World 2019, LLC
Learning for Life
Boy Scouts of America CONF. EVENTS JP Morgan—1533 Event Disbursements
Boy Scouts of America PRIMARY DISB. JP Morgan—8433 AP Checks / ACH
Boy Scouts of America PAYROLL DISB. JP Morgan—0978 Payroll Funding
Boy Scouts of America BENEFITS DISB. JP Morgan—4519 / 9450 Medial / Dental Claims
Boy Scouts of America CONTROLLED DEBIT JP Morgan—6428 Taxes
Boy Scouts of America CONF. EVENTS DEPOSIT Bank of America—2056
Boy Scouts of America ADEQUATE ASSURANCE JP Morgan—0943
Footnote:
(1) Account anticipated to be dormant by filing date
(2) Sub account of which is restricted for Local Councils

