IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket No. 292** |

**CERTIFICATION OF COUNSEL REGARDING APPLICATION OF THE OFFICIAL TORT CLAIMANTS' COMMITTEE FOR ENTRY OF AN ORDER, PURSUANT TO 11 U.S.C. §§ 328 AND 1103, FED. R. BANKR. P. 2014 AND LOCAL RULE 2014-1, AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL TO THE TORT CLAIMANTS COMMITTEE EFFECTIVE AS OF MARCH 4, 2020**

The undersigned hereby certifies that:

1. On March 25, 2020, the official committee of tort claimants (consisting of survivors of childhood sexual abuse) (the "Tort Claimants' Committee"), appointed in the above-captioned cases, filed the *Application of the Official Tort Claimants' Committee for Entry of an Order, Pursuant to 11 U.S.C. §§ 328 and 1103, Fed. R. Bankr. P. 2014 and Local Rule 2014-1, Authorizing and Approving the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to the Tort Claimants Committee Effective as of March 4, 2020* (the "Application") [Docket No. 292].

2. The deadline to object to the Application was March 8, 2020 at 4:00 p.m. Eastern Time. The Tort Claimants' Committee received informal comments from the debtors and debtors in possession (collectively, the "Debtors") and the United States Trustee (the "UST").

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

DOCS_DE:228109.1 85353/002

3.      Attached hereto as **<u>Exhibit A</u>** is a revised proposed form of order (the "<u>Revised Proposed Order</u>"), incorporating comments from the Debtors and UST.  The Debtors and the UST have no objection to entry of the Revised Proposed Order.

4.      Attached hereto as **<u>Exhibit B</u>** is a blackline showing changes to the Revised Proposed Order from the version of the proposed order filed with the Application.

5.      Accordingly, the Tort Claimants' Committee requests entry of the Revised Proposed Order at the Court's convenience.

| | |
|---|---|
| Dated:  April 9, 2020 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ James E. O'Neill*<br>James I. Stang (CA Bar No. 94435)<br>Robert B. Orgel (CA Bar No. 10187)<br>James E. O'Neill (DE Bar No. 4042)<br>John W. Lucas (CA Bar No.271038)<br>Ilan D. Scharf (NY Bar No. 4042107)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile:  (302) 652-4400<br>Email:  jstang@pszjlaw.com<br>          rorgel@pszjlaw.com<br>          joneill@pszjlaw.com<br>          jlucas@pszjlaw.com<br>          ischarf@pszjlaw.com<br><br>*Proposed Counsel for the Tort Claimants' Committee* |