**IN THE UNITED STATES BANKRUPTCY**
**COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## LOCAL RULE 9018-1 CERTIFICATION OF COUNSEL

I, Eric Lopez Schnabel, being of full age, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner with the law firms of Dorsey & Whitney LLP and Dorsey & Whitney (Delaware) LLP, the attorneys for Girl Scouts of the United States of America ("Girl Scouts").  I submit this certification in support of Girl Scouts' Motion to Seal filed concurrently herewith.[1]

2. On April 10, 2020, I spoke with counsel for the Boy Scouts of America and Delaware BSA, LLC (the "Boy Scouts") and conferred in good faith regarding sealing portions of the Reply and Exhibits to Schnabel Declaration.

3. As the Reply was not yet finalized, the Boy Scouts did not have an opportunity to review the proposed redactions to the Reply.  Instead, the parties agreed that after the filing of the Motion to Seal and the filing of the proposed redactions to the Reply, the parties would continue to meet and confer in order to determine if certain of the redacted portions should be un-redacted prior to the hearing.

---

[1] Capitalized terms not otherwise defined herein shall be given the meanings ascribed to them in the Motion to Seal.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 10, 2020                            /s/ Eric Lopez Schnabel
                                                                           Eric Lopez Schnabel