IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF
DELAWARE

|   |   |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] <br><br><br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) |

**CENTURY INDEMNITY COMPANY'S[2] LIMITED OBJECTION AND PARTIAL JOINDER IN PART TO LIMITED OBJECTION OF CREDITORS FIRST STATE INSURANCE COMPANY AND TWIN CITY FIRE INSURANCE COMPANY AND PARTY IN INTEREST HARTFORD ACCIDENT AND INDEMNITY COMPANY TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPOINTING A JUDICIAL MEDIATOR, (II) REFERRING CERTAIN MATTERS TO MANDATORY MEDIATION, AND (III) GRANTING RELATED RELIEF [DKTS. 17, 161]**

Century, by and through undersigned counsel, files this objection and partial joinder (the "Joinder") to the Limited Objection (the "Limited Objection") of Creditors First State Insurance Company and Twin City Fire Insurance Company and Party in Interest Hartford Accident and Indemnity Company to Debtors' Motion (the "Motion") for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief and states the following:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Ace Insurance Group Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company ("Century").

1

Century has tried to obtain information from Debtors on how the mediation it has proposed will be organized and which parties will attend without success.  Century has an interest in all of the issues that Debtors identified in their Motion:

- the relative treatment of abuse claimants under the plan and trust distribution procedures;
- the funding of a victims compensation trust;
- the treatment of abuse claims related to Scouting that are asserted against entities that are not debtors in these cases;
- the enforceability of donor and other restrictions on the BSA's and local councils' assets;
- issues pertaining to shared insurance between the BSA and local councils;
- and coverage disputes between the BSA and its insurers.

Century has been excluded from any discussion of the above issues since the petition was filed.  As Century has an interest in all of these issues, it requests to be included in the negotiation of these issues and, if these issues are to be mediated, to have a say in how any mediation is organized and an opportunity to meaningfully participate.  Century also requests that it be included in the selection of an appropriate mediator or mediators.  It is obviously necessary to know what is to be mediated and with whom in order to select a mediator.

Any order on Debtors' Motion should also protect against the disclosure of privileged information concerning the underlying claims and their defense absent Century's approval.

WHEREFORE, Century objects to entry of an order appointing a mediator without disclosure and consensus on what is to be mediated and with whom and the inclusion of terms that protect against the disclosure of privileged information concerning the underlying claims and their defense absent Century's approval.

Dated:  April 10, 2020

Respectfully Submitted,

By:  /s/Stamatios Stamoulis
     Stamatios Stamoulis(#4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street Third Floor
Wilmington, Delaware  19801
Telephone:   302 999 1540
Facsimile:    302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice pending*)
Janine Panchok-Berry (*pro hac vice pending*)
Times Square Tower
7 Times Square
New York, New York  10036-6537
Telephone:   212 326 2000
Facsimile:    212 326 2061

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Ace Insurance Group Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company*

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 10, 2020, I electronically filed the above *Century Indemnity Company's Partial Joinder* with the Clerk of Court using CM/ECF, which will send electronic notification of such filings to all registered counsel.

                                                    */s/Stamatios Stamoulis*
                                                  Stamatios Stamoulis (#4606)