# EXHIBIT 1



**BOY SCOUTS OF AMERICA®**

Home    About the BSA    News Releases    Blog    Privacy Policy    Contact

## Blog

### Aditional Articles

- BSA at a Glance
- BSA Facts
- Annual Reports
- National Leadership

# The BSA Expands Programs to Welcome Girls from Cub Scouts to Highest Rank of Eagle Scout

*October 11, 2017*

| Share this story | 👍 Like 8K | Tweet |

*Research reinforces interest expressed by families and girls nationwide as organization looks to offer programs that meet the needs of today's families*

**Irving, Texas – October 11, 2017 –** Today, the Boy Scouts of America Board of Directors unanimously approved to welcome girls into its iconic Cub Scout program and to deliver a Scouting program for older girls that will enable them to advance and earn the highest rank of Eagle Scout.



The historic decision comes after years of receiving requests from families and girls, the organization evaluated the results of numerous research efforts, gaining input from current members and leaders, as well as parents

and girls who've never been involved in Scouting – to understand how to offer families an important additional choice in meeting the character development needs of all their children.

"This decision is true to the BSA's mission and core values outlined in the Scout Oath and Law. The values of Scouting – trustworthy, loyal, helpful, kind, brave and reverent, for example – are important for both young men and women," said Michael Surbaugh, the BSA's Chief Scout Executive. "We believe it is critical to evolve how our programs meet the needs of families interested in positive and lifelong experiences for their children. We strive to bring what our organization does best – developing character and leadership for young people – to as many families and youth as possible as we help shape the next generation of leaders."

Families today are busier and more diverse than ever. Most are dual-earners and there are more single-parent households than ever before [1], making convenient programs that serve the whole family more appealing. Additionally, many groups currently underserved by Scouting, including the Hispanic and Asian communities, prefer to participate in activities as a family. Recent surveys [2] of parents not involved with Scouting showed high interest in getting their daughters signed up for programs like Cub Scouts and Boy Scouts, with 90 percent expressing interest in a program like Cub Scouts and 87 percent expressing interest in a program like Boy Scouts. Education experts also evaluated the curriculum and content and confirmed relevancy of the program for young women.

"The BSA's record of producing leaders with high character and integrity is amazing" said Randall Stephenson, BSA's national board chairman. "I've seen nothing that develops leadership skills and discipline like this organization.  It is time to make these outstanding leadership development programs available to girls."

Starting in 2018, families can choose to sign up their sons and daughters for Cub Scouts. Existing packs may choose to establish a new girl pack, establish a pack that consists of girl dens and boy dens or remain an all-boy pack.  Cub Scout dens will be single-gender — all boys or all girls. Using the same curriculum as the Boy Scouts program, the organization will also deliver a program for older girls, which will be announced in 2018 and projected to be available in 2019, that will enable them to earn the Eagle Scout rank. This unique approach allows the organization to maintain the integrity of the single gender model while also meeting the needs of today's families.

This decision expands the programs that the Boy Scouts of America offers for both boys and girls. Although known for its iconic programs for boys, the BSA has offered co-ed programs since 1971 through Exploring and the

Venturing program, which celebrates its 20th anniversary in 2018. The STEM Scout pilot program is also available for both boys and girls.

For more information about the expanded opportunities for family Scouting, please visit the family Scouting page.

**About the Boy Scouts of America**

The Boy Scouts of America provides the nation's foremost youth program of character development and values-based leadership training, which helps young people be "Prepared. For Life.®" The Scouting organization is composed of nearly 2.3 million youth members between the ages of 7 and 21 and approximately 960,000 volunteers in local councils throughout the United States and its territories. For more information on the Boy Scouts of America, please visit www.scouting.org.

[1] *PEW Research Center survey conducted Sept. 15 – Oct. 13, 2015 among 1,807 U.S. parents with children younger than 18.*

[2] *BSA surveys included two external surveys and four internal surveys conducted from April to September 2017. Surveys were conducted online.*



Contact us

If you are a member of the working media, please contact

PR@scouting.org ☐

Please direct all other questions or comments to

myscouting@scouting.org ☐

About the BSA

BSA at a Glance
BSA Facts
Annual Reports
National Leadership

Connect with the BSA

Follow official BSA social channels for updates from the BSA, Cub Scouts, BSA Publications, High Adventure Bases, and the rest of the BSA family.

Connect Now ☐

Home    About the BSA    News Releases    Blog    Privacy Policy    Contact    ☐   ☐

BOY SCOUTS OF AMERICA®                    ©2015 Boy Scouts of America.