# EXHIBIT 2



# ANNUAL REPORT



A look at 2016 and the strides
we took in shaping the lives
of America's youth

BSA00000570



## MEET THE LEADERSHIP

**RANDALL STEPHENSON**

National President

**MICHAEL SURBAUGH**

Chief Scout Executive

**CHARLES W. DAHLQUIST II**

National Commissioner



2016 Annual Report    BOY SCOUTS OF AMERICA

BSA00000571



## MEET THE LEADERSHIP

### RANDALL STEPHENSON
National President

"The Boy Scouts of America remains one of the best character-building and leadership development organizations in the world. The values Scouts learn as young men — integrity, selflessness, and self-reliance — are fundamental to a strong, healthy society. It's no surprise that so many of America's leaders, in every field of endeavor and from all walks of life, have Scouting in their backgrounds."






**2016 Annual Report** BOY SCOUTS OF AMERICA

BSA00000572



## MICHAEL SURBAUGH
### Chief Scout Executive

"With a steadfast focus on the four pillars of Scouting — service, leadership, learning and adventure – the Boy Scouts of America continues to help build the future leaders of our country through educational and fun experiences. As we share and celebrate our achievements of 2016, we look forward to an even more impactful year ahead."





2016 Annual Report  BOY SCOUTS OF AMERICA



BSA00000573



## MEET THE LEADERSHIP

### CHARLES W. DAHLQUIST II
National Commissioner

"Scouting, in all its programs, is more relevant and needed by youth and families today than ever before to help develop character and leadership that will empower this generation to face the challenges of the future. I am honored to build on the tradition that Tico Perez established before me to serve as the National Commissioner to continue to strengthen the bonds between the Boy Scouts of America and our charter organizations that deliver the program in communities nationwide."





**2016 Annual Report** BOY SCOUTS OF AMERICA®



BSA00000574



# WHO WE ARE

## SCOUT OATH

On my honor, I will do my best to do my duty to God and my country and to obey the Scout Law; to help other people at all times; to keep myself physically strong, mentally awake, and morally straight.

## SCOUT LAW

A Scout is trustworthy, loyal, helpful, friendly, courteous, kind, obedient, cheerful, thrifty, brave, clean, and reverent.

## MISSION

The mission of the Boy Scouts of America is to prepare young people to make ethical and moral choices over their lifetimes by instilling in them the values of the Scout Oath and Scout Law.

## VISION

The Boy Scouts of America will prepare every eligible youth in America to become a responsible, participating citizen and leader who is guided by the Scout Oath and Scout Law.



2016 Annual Report · BOY SCOUTS OF AMERICA

BSA0000575



WHO WE SERVE
BSA

**1,262,311**
BOYS
AGES 6 TO 10
*in Cub Scouts*

**822,999**
BOYS AGES 11 TO 17
in
★ BOY SCOUTS & ★
VARSITY SCOUTS

**136,629**
YOUNG MEN & WOMEN
AGES 14 TO 20
VENTURING *and*
SEA SCOUTS

**372,891**
BOYS △ GIRLS
IN ELEMENTARY
THROUGH HIGH SCHOOL
IN LEARNING FOR LIFE
CHARACTER EDUCATION
PROGRAMS

**119,268**
YOUNG MEN & WOMEN
AGES 10 TO 20 EXPLORING
CAREER-BASED
*programs*

**101,324** UNITS
REPRESENTING
PARTNERSHIPS & COLLABORATIONS
*with*
BUSINESSES | COMMUNITY & RELIGIOUS ORGANIZATIONS | AGENCIES THAT SUPPORT BSA PROGRAMS

2016 Annual Report  BOY SCOUTS OF AMERICA®

BSA00000576

# RANDALL STEPHENSON NAMED BSA'S 36TH NATIONAL PRESIDENT



Randall Stephenson, AT&T's Chairman and Chief Executive Officer, was elected as the BSA's 36th national president at the National Annual Meeting in May, following former Secretary of Defense Dr. Robert M. Gates.

"I thank Dr. Gates for his vision and leadership these past two years, and I'm honored to build on his work," Stephenson said. "The Boy Scouts of America remains one of the best character-building and leadership development organizations in the world. The values Scouts learn as young men – integrity, selflessness and self-reliance – are fundamental to a strong, healthy society.

It's no surprise that so many of America's leaders, in every field of endeavor and from all walks of life, have Scouting in their backgrounds."

Stephenson joined the BSA Executive Board in 2005 and became a member of the executive committee in 2008.

"It is a true testament to the strength and impact of the Boy Scouts of America that two extremely accomplished, successful and high integrity leaders, Dr. Gates and Randall Stephenson, volunteer their time to help guide our path forward," said Chief Scout Executive Mike Surbaugh.

"Thank you to Dr. Gates for serving as our National President. We will remain eternally grateful to you and your unwavering leadership and commitment to Scouting.

"Moving forward in our mission to serve America's youth by teaching them leadership and developing their character, Randall Stephenson is a shining example," Surbaugh said. "As the leader of one of the world's most innovative communications companies, Mr. Stephenson will help us fuel our effort to bring fresh, relevant and high impact experiences to youth and families."



BSA000000577

# Charles W. Dahlquist II Named BSA's 10th National Commissioner

★ ★ ★ ★ ★

Also in May, Charles W. Dahlquist II was chosen as the BSA's 10th national commissioner. In this volunteer role, Dahlquist will lead efforts to help chartered organizations and BSA leadership achieve the aims of Scouting to benefit the 2.3 million youth members the BSA serves today.

Dahlquist followed Tico Perez, who served in the role for eight years.

A member of the National Executive Board from 2004–2009 and again commencing in 2015, Dahlquist began his adult service to the BSA in 1975 when he became a unit commissioner in the National Capitol Area Council. He also served as a scoutmaster and Exploring adviser, as well as vice president of Exploring and as council president of the Great Salt Lake Council. As a youth member, he was a Cub Scout, Boy Scout, and Explorer in Boise, Idaho.

Dahlquist is a recipient of the Silver Beaver, Silver Antelope, and Silver Buffalo awards, as well as the National Venturing Service Award, and served as assistant head chaplain and head chaplain for the 2005 and 2010 National Scout Jamborees, respectively; as well as the contingent chair for the BSA's participation in the 2015 World Scout Jamboree in Japan.

"Scouting, in all its programs, is more relevant and needed by youth and families today than ever before to help develop character and leadership that will empower this generation to face the challenges of the future." Dahlquist said. "I am honored to build on the tradition that Tico Perez established before me to serve as the National Commissioner to continue to strengthen the bonds between the Boy Scouts of America and our charter organizations that deliver the program in communities nationwide."

A Utah native, attorney, and civic and community leader, Dahlquist has served as Young Men General President of The Church of Jesus Christ of Latter-day Saints, as chair of the General Church Scouting Committee from 2004-2009, and served as a Mission President for the LDS Church in the Hamburg, Germany Mission.

"The energy that Charles Dahlquist brings as the incoming National Commissioner uniquely reflects his deep understanding of the instrumental role our many valued charter partners play in bringing Scouting to life for youth across America," said Chief Scout Executive Mike Surbaugh. "We look forward to the powerful impact we know Charles will have in this role as he further grows and strengthens relationships with our charter partners."



**2016 Annual Report**  BOY SCOUTS OF AMERICA®

BSA00000578



**BUILDING INTERESTS**

Scouting helps young people expand their horizons and build interests in the world around them. Whether they want to learn more about the outdoors, career and life skills, or technology, the BSA facilitates this through hands-on learning and opportunities for exploration that can't be found anyplace else.

Inspiring career aspirations in the next generation is priceless. In fact, approximately 70 percent of companies say that young people who participate in mentorship programs are likely to eventually land a college internship with that organization. In 2016, a renewed emphasis was placed on expanding the Exploring co-ed career exploration program, which grew by 7 percent in 2016.

The program's 116,000 participants — including nearly 40,000 Law Enforcement Explorers, and thousands more in a dozen different career fields, including health care and skilled trades — cultivated crucial skills and benefited from partnerships with local professionals who can help guide them on the path to success.

The BSA's STEM Scouts pilot program, which re-imagines creative, hands-on ways for students in grades 3-12 to learn about science, technology, engineering, and mathematics (STEM), more than doubled its membership from its launch in 2015. This surge demonstrates how we are meeting a need among young people and parents for a values-based learning experience that can grow a child's

understanding of concepts they learn in the classroom.

Additionally, the BSA launched our largest-ever pilot program — Lions — in response to parents' increasing desire for more after-school programs that help kindergarten-age boys learn new skills and build character while having fun. The new Lion program introduces families to the adventures available through Scouting. Designed as an introduction to Cub Scouting for 5-year-old boys, the Lion badge serves as a precursor to the Tiger rank.

In all, Boy Scouts earned nearly 2.4 million merit badges in 2016 while exploring a range of offerings in 138 fields that reflect both their interests and our rapidly evolving culture.



**2016 Annual Report** · BOY SCOUTS OF AMERICA

BSA00000579



## BUILDING COMMUNITIES

Scouting builds strong communities by providing opportunities to serve others. During 2016, Scouts and Explorers across America recorded more than 15.4 million hours of service to their communities, at a value of more than $363.5 million (based on a national volunteer-hour value of $23.56).

This is the equivalent of $1.12 for every man, woman, and child in the U.S. — all 323 million of us.

Eagle Scout projects, which are planned, developed, and led by Scouts, accounted for more than $196 million in service to the nation alone.

Since projects became a required part of the Eagle Scout award process in 1965 (joined by the addition of a "leadership component" seven years later), in fact, Scouts have contributed countless millions of hours of service to their communities while in pursuit of Scouting's highest honor.



**2016 Annual Report** BOY SCOUTS OF AMERICA

BSA00000580



## BUILDING LEADERS

From their first days in Scouting, young people learn the importance of character and integrity. From the halls of Washington, D.C. — where 28 percent of the 535 members of the 115th U.S. Congress, including 33 Eagle Scouts, have some sort of connection to the BSA either as a former youth member, as an Eagle Scout, or as an adult volunteer — to the field of play, or even blasting into space, they take with them the knowledge, confidence, and skills gained through participation in our country's premier character and leadership development program.

In fact, a recent study revealed the significant impact Scouting can have on young boys in just three years of participation. Youth involved in Scouting are more likely to have positive character attributes and choose helping others over being the best.

This positive impact grows even more when Scouts continue with the program.

In 2016, a total of 55,186 young men earned the rank of Eagle Scout, the program's highest honor. Earning the badge requires Scouts to create a vision of future success and develop a plan to make it a reality, taking into account everything they've learned about leadership, service, outdoor skills, and values.



**2016 Annual Report**   BOY SCOUTS OF AMERICA

BSA00000581



## BUILDING ADVENTURE

Scouting prepares our youth for active lives full of adventure. As the Scout grows, so does the level of adventure, allowing our members to go places, test themselves, and have one-of-a-kind experiences.

Physical fitness and healthy living have been a vital part of the Scouting program since the beginning. In all, our youth members earned 362,813 fitness-related badges. Just over 1 million Scouts attended our

thousands of day and summer camps, as well as our high-adventure camps in New Mexico, Minnesota, Florida, and West Virginia, adding up to 6.5 million nights spent camping during the year.

★ ★ ★ ★ ★

**13th Edition of Scouting's Iconic Guide, the *Boy Scout Handbook*, Released**

In March, the BSA released the 13th edition of the book that has been used by millions of Scouts to guide them through Scouting and life's many adventures.

First published in 1910, the *Boy Scout Handbook* includes lessons on citizenship, character, and outdoor survival skills — elements that have been built into the fabric of Scouting. Just as the BSA continuously innovates its programming to appeal to the interests and needs of today's youth,

the *Boy Scout Handbook* also has been updated to include new content addressing some of the latest youth topics and trends, such as cyberbullying, STEM education, and sustainability.

"What young people experience in

**2016 Annual Report**   BOY SCOUTS OF AMERICA

BSA00000582

Scouting truly prepares them for life," said Chief Scout Executive Mike Surbaugh. "From the small things like cooking techniques to bigger lessons about citizenship and character, the *Boy Scout Handbook* can help Scouts build an adventure and prepare them for various situations they may encounter in their lives." To celebrate the new edition of the *Boy Scout Handbook* and showcase how Scouting can help prepare youth for life, the BSA developed a new video series called "Handbook Hacks" that were introduced via the BSA's social media channels. The videos demonstrate how the lessons learned through Scouting and skills found within the handbook can be knowledge that Scouts use throughout their lifetimes.



# 2.2 M

Our Handbook Hacks videos garnered approximately 2.2 million views on Facebook and YouTube.



BSA00000583

# 2016 REPORT OF THE TREASURER

# AND CONSOLIDATED FINANCIAL STATEMENTS





BOY SCOUTS OF AMERICA®

BSA00000584

# 2016 IN REVIEW

(*$ stated in thousands*)

The National Council of the Boy Scouts of America (National Council) along with 273 local councils, continued to deliver an exciting and valuable program to young people in 2016, with approximately 2,341,000 youth members and Explorers registered in individual programs. Approximately 919,000 registered adult leaders provide support to these youth. Moreover, three of the national high-adventure bases continue to set attendance records, with 56,000 Scouts and Scouters attending. The Summit Bechtel Family National Scout Reserve (the Summit) had approximately 11,200 attendees totaling over 41,000 camper days.

The following further discusses sources, uses, and stewardship of the National Council's resources during 2016.

**Unrestricted net assets**:

*Net Assets, Controlling Interest*
The National Council's controlling interest in its unrestricted net assets decreased by $44,706. The decrease in net assets was driven by payments made to the Boy Scouts of America Retirement Plan for Employees totaling $15,500, claims and provision expense related to the General Liability program totaling $68,864. Offsetting the decrease in net assets was increases in investment income totaling $33,450.

Board-designated net assets comprise funds previously appropriated by the Board, such as for endowment, land, buildings, and equipment, and special program and administrative initiatives. Also included are funds related to the Retirement Benefit Trust (RBT), General Liability Insurance Program (GLIP), and self-funding events, such as the world and national jamborees or Top Hands.

Revenues –
Fees decreased in 2016 by $12,574 due largely to the absence of the world jamboree and the National Order of the Arrow Conference held prior-year.

Unrestricted contributions increased from $8,219 to $8,621 in 2016 mainly due to an increase in high-adventure base contributions.

Investment income of unrestricted net assets reported $33,450, an increase from $4,865 in 2015. The total return for investments held in the unrestricted endowment was 8.82 percent during 2016 compared with 1.36 percent during 2015. The endowment, RBT,

and GLIP investments are among the designated assets within this portfolio, and these are overseen by a committee of the Board that also oversees restricted investment portfolios. The related investment purchases and sales are primarily the result of the decisions of investment managers in fulfilling their investment mandates.

Expenses –
Total expenses increased by $21,482 to $263,740 in 2016, up from $242,258 during 2015. This increase in cost is related to pension and insurance costs. Offsetting the increase are declines in expenses attributed to the world jamboree and the National Order of the Arrow Conference held in 2015.

*Net Assets, Noncontrolling Interest*
Also, reported within unrestricted net assets is the local councils' noncontrolling interest in the BSA Commingled Endowment Fund, LP (Partnership) which is managed by the BSA Asset Management, LLC (BSAAM), the General Partner for the Partnership. Investment income reported for these local councils increased to $11,704 in 2016 compared to $1,069 in 2015. Overall, including the investment income, contributions, and withdrawals the noncontrolling interest unrestricted net assets increased $4,471. Contributions and withdrawals were $17,818 and $25,051 respectively.

**Restricted net assets**:
Net assets restricted by donors are either permanently restricted (endowment) and may not be spent or they are temporarily restricted and their use is restricted to a specific purpose or during a specific time period.

Restricted contribution income increased to $24,914 for 2016, an increase of $4,942 from 2015 donation levels.

Investment income gains for 2016 are $7,655 an increase of $8,369 from 2015.

During 2016, $26,871 of restricted net assets was used for donor-specified purposes, compared with $28,916 in the prior year.

Overall, net assets restricted by donors increased in 2016 by $5,698 to a total of $209,414.

**BSA00000585**

**Total net assets**:
The National Council's total net assets decreased in 2016 by \$34,537 compared to a decrease of \$25,506 in 2015.

**Financial condition, liquidity, financing, and capital resources**:
Available for general operations is a \$75,000 line of credit, of which, \$55,000, was being utilized as of December 31, 2016.

At its February 2017 meeting, the National Executive Board approved a resolution that included a proposal to extend the current maturity date of the line of credit to March 2020. Also, a resolution was approved that included a proposal to convert \$25,000 of the outstanding balance in the line of credit to a 5-year term loan with a March 2022 maturity date. On March 2, 2017, the terms approved by the Board were formalized. The line of credit covenant requirements were amended as well (see Note 4).

In addition, capital is required to expand, improve, or replace the National Council's properties such as the Summit, its high-adventure facilities, its distribution center and retail stores (Scout shops), and the rest of its infrastructure in order to maintain a high level of service to its constituents.

The Summit had property additions of \$15,028 in 2016. This was funded through restricted contributions received for development of the Summit. Management believes that cash generated from operations, together with the liquidity provided by existing cash balances, the line of credit, along with significant donor contributions, will continue to be sufficient to pay the bond payments as scheduled.

During 2016, the National Council added \$11,375 in property additions to other properties. These capital investments were funded from existing cash balances.

Cash and cash equivalents increased by \$10,850 during 2016, and \$27,918 of net cash was used by operations during 2016. Management believes that cash generated from operations, together with the liquidity provided by existing cash balances and the line of credit will continue to be sufficient to fund liquidity requirements during the next 12 months.

The National Council's financial condition for 2017 and the next few years will depend, in large part, upon three factors. The first is the outcome of the litigation discussed within this report (see Note 9) and the impact to the General Liability Insurance Program (Note 7). The second lies with the success of securing donations for the Summit project in order to continue to pay bond payments as scheduled and maintaining compliance with debt covenants. The third factor is the economy and legislation and their effect on market conditions and liquidity requirements. The National Executive Board, Advisory Council, and other dedicated volunteers and staff continue to work diligently to ensure that the National Council successfully addresses these factors. A strong National Council helps to make sure the Scouting program remains effective and true to its mission.

Respectfully,

Joseph P. Landy
Treasurer/Vice President-Finance

April 6, 2017

BSA00000586

[THIS PAGE LEFT INTENTIONALLY BLANK]

BSA00000587



**AUDIT COMMITTEE**
of the
Executive Board of the Boy Scouts of America
Francis R. McAllister, *Chairman*

David Biegler                                Ronald K. Migita
Dennis H. Chookaszian                        David Moody

## Report of Independent Auditors

To the Executive Board of the National Council of the Boy Scouts of America

We have audited the accompanying consolidated financial statements of the National Council of the Boy Scouts of America and its affiliates (the National Council), which comprise the consolidated statement of financial position as of December 31, 2016, and the related consolidated statements of revenues, expenses, and other changes in net assets, of functional expenses and of cash flows for the year then ended.

### Management's Responsibility for the Consolidated Financial Statements

Management is responsible for the preparation and fair presentation of the consolidated financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation and maintenance of internal control relevant to the preparation and fair presentation of consolidated financial statements that are free from material misstatement, whether due to fraud or error.

### Auditors' Responsibility

Our responsibility is to express an opinion on the consolidated financial statements based on our audit. We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the consolidated financial statements. The procedures selected depend on our judgment, including the assessment of the risks of material misstatement of the consolidated financial statements, whether due to fraud or error. In making those risk assessments, we consider internal control relevant to the National Council's preparation and fair presentation of the consolidated financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the National Council's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

### Opinion

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of the National Council of the Boy Scouts of America and its affiliates as of December 31, 2016, and the changes in their net assets and their cash flows for the year then ended in accordance with accounting principles generally accepted in the United States of America.

### Other Matter

We previously audited the consolidated statement of financial position as of December 31, 2015, and the related consolidated statements of revenues, expenses, and other changes in net assets, of functional expenses and of cash flows for the year then ended (not presented herein), and in our report dated April 11, 2016, we expressed an unmodified opinion on those consolidated financial statements. In our opinion, the information set forth in the accompanying summarized financial information as of December 31, 2015 and for the year then ended is consistent, in all material respects, with the audited consolidated financial statements from which it has been derived.

*PricewaterhouseCoopers LLP*

April 6, 2017

*PricewaterhouseCoopers LLP, 2001 Ross Avenue, Suite 1800, Dallas, Texas 75201*
*T: (214) 999-1400, F: (214) 754-7991,* www.pwc.com/us

3

**BSA00000588**

# CONSOLIDATED STATEMENT OF FINANCIAL POSITION

As of December 31, 2016 (with summarized totals for 2015)      (In thousands)      Boy Scouts of America

|  | 2016 | 2015 |
|---|---|---|
| **Assets** | | |
| Cash and cash equivalents | $ 55,533 | $ 44,683 |
| Investments, at fair value including collateral for securities | | |
| on loan of $14,913 (2015—$25,128) (Note 2) | 745,287 | 786,294 |
| Accounts receivable, less allowance of $108 (2015—$109) | 22,072 | 24,836 |
| Pledges receivable, less discount of $28,029 (2015—$22,941) (Note 4) | 65,202 | 63,416 |
| Other receivables | 1,539 | 1,371 |
| Gift annuities | 7,471 | 7,410 |
| Prepaid and deferred charges | 11,312 | 8,812 |
| Inventories, less provision for obsolescence of 5,807 (2015—$4,911) | 74,262 | 65,337 |
| Land, buildings, and equipment, net (Note 5) | 475,033 | 468,696 |
| Other | 14,273 | 12,127 |
| Total assets | $ 1,471,984 | $ 1,482,982 |
| | | |
| **Liabilities and Net Assets** | | |
| Accounts payable and accrued liabilities | $ 36,949 | $ 31,724 |
| Gift annuities | 7,471 | 7,410 |
| Unearned fees and subscriptions | 56,215 | 44,365 |
| Notes payable including line of credit (Note 6) | 259,070 | 270,533 |
| Insurance reserves (Note 7) | 180,721 | 152,640 |
| Payable upon return of securities loaned (Note 2) | 14,913 | 25,128 |
| Total liabilities | 555,339 | 531,800 |
| Net assets: | | |
| Unrestricted (Note 10): | | |
| Unrestricted controlling interest: | | |
| General operations | (21,756) | (598) |
| Board-designated | 569,878 | 593,426 |
| Total unrestricted—controlling interest | 548,122 | 592,828 |
| Unrestricted—noncontrolling interest (Commingled Endowment LP) | 159,109 | 154,638 |
| Total unrestricted | 707,231 | 747,466 |
| Temporarily restricted (Note 11) | 125,152 | 121,853 |
| Permanently restricted (Note 11) | 84,262 | 81,863 |
| Total net assets | 916,645 | 951,182 |
| Total liabilities and net assets | $ 1,471,984 | $ 1,482,982 |

The accompanying notes are an integral part of these consolidated financial statements.

4

BSA00000589

# CONSOLIDATED STATEMENT OF REVENUES, EXPENSES, AND OTHER CHANGES IN NET ASSETS

Year ended December 31, 2016 (with summarized totals for 2015)       (In thousands)       Boy Scouts of America

| | Unrestricted (Note 10) | Temporarily Restricted (Note 11) | Permanently Restricted (Note 11) | Total 2016 | Total 2015 |
|---|---|---|---|---|---|
| **Revenues:** | | | | | |
| Fees (Note 12) | $ 114,246 | | | $ 114,246 | $ 126,820 |
| Supply operations—sales | 143,894 | | | 143,894 | 142,994 |
| Cost of sales and expenses | (118,764) | | | (118,764) | (119,152) |
| | 25,130 | | | 25,130 | 23,842 |
| Magazine publication—sales | 12,562 | | | 12,562 | 14,435 |
| Cost of production and expenses | (15,213) | | | (15,213) | (15,188) |
| | (2,651) | | | (2,651) | (753) |
| Contributions and bequests | 8,621 | $ 24,692 | $ 222 | 33,535 | 28,191 |
| Other—including trading post sales | 17,231 | | | 17,231 | 19,327 |
| Cost of sales and expenses | (3,864) | | | (3,864) | (4,435) |
| | 13,367 | 0 | 0 | 13,367 | 14,892 |
| Total revenues before net investment gain | 158,713 | 24,692 | 222 | 183,627 | 192,992 |
| Investment income, net of fees | 33,450 | 5,478 | 2,177 | 41,105 | 4,151 |
| Total revenues | 192,163 | 30,170 | 2,399 | 224,732 | 197,143 |
| **Net assets released from restrictions:** | | | | | |
| Donor restrictions satisfied | 26,871 | (26,871) | | | |
| **Expenses:** | | | | | |
| Program services: | | | | | |
| Field operations | 54,961 | | | 54,961 | 43,974 |
| Human resources and training | 13,702 | | | 13,702 | 14,125 |
| Program development and delivery | 75,622 | | | 75,622 | 84,958 |
| Program marketing | 11,046 | | | 11,046 | 14,225 |
| World Scout Bureau fees | 1,484 | | | 1,484 | 1,466 |
| Insurance programs—losses and costs (Notes 7, 13, and 14) | 84,364 | | | 84,364 | 52,519 |
| Premiums | (13,488) | | | (13,488) | (12,566) |
| | 70,876 | | | 70,876 | 39,953 |
| Total program services | 227,691 | | | 227,691 | 198,701 |
| Supporting services: | | | | | |
| Management and general | 30,291 | | | 30,291 | 36,352 |
| Fundraising | 5,758 | | | 5,758 | 7,205 |
| Total supporting services | 36,049 | | | 36,049 | 43,557 |
| Total expenses | 263,740 | 0 | 0 | 263,740 | 242,258 |
| Change in net assets—controlling interest | (44,706) | 3,299 | 2,399 | (39,008) | (45,115) |
| Change in net assets—noncontrolling interest (Commingled Endowment LP) | 4,471 | 0 | 0 | 4,471 | 19,609 |
| **Change in net assets** | (40,235) | 3,299 | 2,399 | (34,537) | (25,506) |
| Net assets, beginning of year | 747,466 | 121,853 | 81,863 | 951,182 | 976,688 |
| **Net assets, end of year** | $ 707,231 | $ 125,152 | $ 84,262 | $ 916,645 | $ 951,182 |

The accompanying notes are an integral part of these consolidated financial statements.

5

BSA00000590

# CONSOLIDATED STATEMENT OF FUNCTIONAL EXPENSES

Year ended December 31, 2016 (with summarized totals for 2015)          (In thousands)          Boy Scouts of America

| | PROGRAM SERVICES | | | | | | | |
| | Field Operations | | Human Resources and Training | | Program Development and Delivery | | Program Marketing | |
| | 2016 | 2015 | 2016 | 2015 | 2016 | 2015 | 2016 | 2015 |
|---|---|---|---|---|---|---|---|---|
| Salaries | $17,158 | $15,337 | $6,375 | $6,829 | $19,248 | $18,364 | $3,942 | $4,390 |
| Benefits | 5,734 | 4,688 | 1,822 | 1,938 | 5,052 | 4,941 | 999 | 1,192 |
| Travel | 2,194 | 2,234 | 385 | 396 | 824 | 1,002 | 278 | 353 |
| Office expense and occupancy | 10,939 | 7,086 | 807 | 497 | 11,426 | 10,281 | 2,297 | 2,573 |
| Depreciation and amortization | 3,396 | 1,908 | 295 | 180 | 3,131 | 3,043 | 197 | 310 |
| Insurance losses and costs | | | | | | | | |
| Premiums | | | | | | | | |
| Net insurance programs | | | | | | | | |
| Jamboree (world/national) | | | | | 4,014 | 7,222 | | |
| All other expenses | 15,547 | 12,675 | 4,144 | 4,427 | 30,878 | 39,507 | 3,610 | 5,643 |
| Allocated expenses[1] | (7) | 46 | (126) | (142) | 1,049 | 598 | (277) | (236) |
| Total expenses | $54,961 | $43,974 | $13,702 | $14,125 | $75,622 | $84,958 | $11,046 | $14,225 |

| | PROGRAM SERVICES | | | | | |
| | World Scout Bureau Fees | | Insurance Programs | | Total Program Services | |
| | 2016 | 2015 | 2016 | 2015 | 2016 | 2015 |
|---|---|---|---|---|---|---|
| Salaries | | | | | $46,723 | $44,920 |
| Benefits | | | | | 13,607 | 12,759 |
| Travel | | | | | 3,681 | 3,985 |
| Office expense and occupancy | | | | | 25,469 | 20,437 |
| Depreciation and amortization | | | | | 7,019 | 5,441 |
| Insurance losses and costs | | | $84,364 | $52,519 | 80,364 | 52,519 |
| Premiums | | | (13,488) | (12,566) | (13,488) | (12,566) |
| Net insurance programs | | | 70,876 | 39,953 | 70,876 | 39,953 |
| Jamboree (world/national) | | | | | 4,014 | 7,222 |
| All other expenses | $1,484 | $1,466 | | | 55,663 | 63,718 |
| Allocated expenses[1] | | | | | 639 | 266 |
| Total expenses | $1,484 | $1,466 | $70,876 | $39,953 | $227,691 | $198,701 |

| | SUPPORTING SERVICES | | | | | | | |
| | Management and General | | Fundraising | | Total Supporting Services | | Total Expenses | |
| | 2016 | 2015 | 2016 | 2015 | 2016 | 2015 | 2016 | 2015 |
|---|---|---|---|---|---|---|---|---|
| Salaries | $15,634 | $15,640 | $2,473 | $2,591 | $18,107 | $18,231 | $64,830 | $63,151 |
| Benefits | 3,836 | 3,958 | 700 | 742 | 4,536 | 4,700 | 18,143 | 17,459 |
| Travel | 939 | 1,147 | 461 | 532 | 1,400 | 1,679 | 5,081 | 5,664 |
| Office expense and occupancy | 386 | 521 | 638 | 1,490 | 1,024 | 2,011 | 26,493 | 22,448 |
| Depreciation and amortization | 10,212 | 10,677 | 20 | 166 | 10,232 | 10,843 | 17,251 | 16,284 |
| Insurance losses and costs | | | | | | | 84,364 | 52,519 |
| Premiums | | | | | | | (13,488) | (12,566) |
| Net insurance programs | | | | | | | 70,876 | 39,953 |
| Jamboree (world/national) | | | | | | | 4,014 | 7,222 |
| All other expenses | 3,709 | 8,875 | 1,531 | 1,736 | 5,240 | 10,611 | 60,903 | 74,329 |
| Allocated expenses[1] | (4,425) | (4,466) | (65) | (52) | (4,490) | (4,518) | (3,581) | (4,252) |
| Total expenses | $30,291 | $36,352 | $5,758 | $7,205 | $36,049 | $43,557 | $263,740 | $242,258 |

[1]  Certain expenses have been allocated to Supply operations, Magazine publications, and Program services.
The accompanying notes are an integral part of these consolidated financial statements.

6

# CONSOLIDATED STATEMENT OF CASH FLOWS

Year ended December 31, 2016 (with summarized totals for 2015)     (In thousands)                    Boy Scouts of America

|  | 2016 | 2015 |
|---|---|---|
| **Cash Flows from Operations:** | | |
| Change in net assets | $ (34,537) | $ (25,506) |
| Adjustments to reconcile change in net assets | | |
| to net cash and cash equivalents provided by operations: | | |
| Depreciation and amortization | 18,619 | 17,665 |
| Net realized and unrealized losses (gains) on investments | (44,678) | 2,079 |
| Interest and dividends reinvested | (942) | (754) |
| Contributions to the permanently restricted endowment | (222) | (314) |
| Net losses on disposal of land, buildings, and equipment | 1,447 | 133 |
| Changes in assets and liabilities: | | |
| Decrease (increase) in accounts receivable | 2,764 | (7,968) |
| (Increase) decrease in pledges receivable | (1,786) | 5,415 |
| (Increase) in other receivables | (168) | (175) |
| (Increase) in inventories | (8,925) | (5,329) |
| (Increase) in prepaid charges and other assets | (4,707) | (2,797) |
| Increase (decrease) in account payable/accrued liabilities/gift annuities | 5,286 | (3,376) |
| Increase (decrease) increase in unearned fees and subscriptions | 11,850 | (7) |
| Increase in insurance reserves | 28,081 | 15,374 |
| Net cash and cash equivalents used by operations | (27,918) | (5,560) |
| **Cash Flows from Investing:** | | |
| Additions to land, buildings, and equipment | (26,403) | (24,948) |
| Contributions restricted for capital expenditures and debt service | (12,390) | (17,946) |
| Net sales of investments | 86,627 | 55,348 |
| (Increase) in securities lending payable | (10,215) | (14,969) |
| Net cash and cash equivalents provided by (used in) investing activities | 37,619 | (2,515) |
| **Cash Flows from Financing:** | | |
| Net (payments) borrowings on line of credit financing | (6,000) | 44,000 |
| Repayment of debt | (5,463) | (51,955) |
| Contributions to the permanently restricted endowment | 222 | 314 |
| Contributions restricted for capital expenditures | 12,390 | 17,946 |
| Net cash and cash equivalents provided by financing activities | 1,149 | 10,305 |
| Increase in cash and cash equivalents | 10,850 | 2,230 |
| Cash and cash equivalents, beginning of year | 44,683 | 42,453 |
| Cash and cash equivalents, end of year | $ 55,533 | $ 44,683 |
| **Supplemental Cash Flow Information:** | | |
| Interest paid | $ 7,462 | $ 8,050 |

The accompanying notes are an integral part of these consolidated financial statements.

7

BSA00000592

# Notes to Consolidated Financial Statements *(\$ stated in thousands)*

### Note 1.  Summary of Significant Accounting Policies

On June 15, 1916, the Boy Scouts of America was officially chartered by Congress with the stated purpose to promote "the ability of boys to do things for themselves and others, to train them in Scoutcraft, and to teach them patriotism, courage, self-reliance, and kindred virtues. …" Toward this purpose, major activities of the National Council include merchandise sales, magazine publications, and the coordination of national events. The National Council also provides local councils with program materials and support in the areas of membership growth, fundraising, communications, administration, insurance, employee benefits, investment management, and human resources.

**Consolidation.** The consolidated financial statements combine the accounts and results of operations and activities of the National Council of the Boy Scouts of America and its affiliates (National Council): Learning for Life; the Learning for Life Foundation; BSA Asset Management, LLC; BSA Commingled Endowment Fund, LP (Partnership); the Boy Scouts of America National Foundation, NewWorld19, LLC; and Arrow WV, Inc. The NewWorld19, LLC was formed in 2015 to host the 2019 World Jamboree with Asociación de Scouts Mexico, A.C. and Scouts Canada. Arrow WV, Inc. was formed in 2009 to develop the future home of the national Scout jamboree and a new high-adventure base, the Summit. The BSA Asset Management, LLC is the General Partner of the Partnership, whose limited partners consist primarily of the National Council and local councils. The limited partner interest of the local councils in the Partnership is presented in the consolidated financial statements as a noncontrolling interest. Other results of operations and activities of local councils are not included. All significant intercompany transactions have been eliminated.

**Net Assets.** Restricted net assets comprise those amounts restricted by donors, grantors, or applicable state law for endowment or other specific purposes. Temporarily restricted net assets comprise those amounts restricted by donors or grantors for use during a specified time period or for a particular purpose. The expiration of a temporary restriction is evidenced by a transfer of net assets to the unrestricted classification.

Unrestricted net assets include "general operations" and "board-designated" funds. General operations comprise the ongoing, day-to-day activities of the National Council, including, but not limited to, merchandise sales, magazine publications, high-adventure base operations, program development, field support, and program marketing. Board-designated net assets are designated by the Executive Board of the National Council or an authorized committee of the Executive Board of the National Council. These assets act as an endowment; help defray future health costs for National Council and local council employees and their retirees; are invested in land, buildings, and equipment; support the general liability insurance program (Note 7); or fund specific program efforts.

**Statement of Cash Flows.** For purposes of reporting cash flows, cash includes demand deposits with banks or financial institutions, on-hand currency, and other kinds of accounts that have the general characteristics of demand deposits. Cash equivalents include short-term investments with original maturities of three months or less but do not include short-term investment funds of third-party investment managers.

**Estimated Fair Values of Financial Instruments.** Financial instruments include cash, investments, accounts and pledges receivable, accounts payable, and debt. Cash, investments, accounts receivable, accounts payable, and debt are deemed to be stated at their fair values.

Unconditional promises to give that are expected to be collected within one year are recorded at net realizable value. Unconditional promises to give that are expected to be collected in future years are recorded at fair value, which is measured as the present value of their future cash flows. The discounts on those amounts are computed using risk-adjusted interest rates applicable to the years in which the promises are received.

The National Council has adopted the fair value accounting guidance issued by the Financial Accounting Standards Board (FASB). Fair value accounting guidance establishes a hierarchy for inputs used in measuring fair value that maximizes the use of observable inputs and minimizes the use of unobservable inputs by requiring that the most observable input be used when available.

8

**BSA00000593**

# Notes to Consolidated Financial Statements *(\$ stated in thousands)*

Observable inputs are used by market participants in pricing an asset or liability based on market data obtained from sources independent of the National Council. Unobservable inputs reflect the National Council's judgment regarding assumptions market participants would use in pricing an asset or liability based on the best information available in the circumstances. In instances where the determination of the fair value measurement is based on inputs from more than one level of the fair value hierarchy, the entire fair value measurement is classified within the hierarchy based on the lowest level of input that is significant to the fair value measurement in its entirety.

The hierarchy is measured in three levels based on the reliability of inputs:

- Level l–Valuations based on quoted prices in active markets for identical assets as of the reporting date.

- Level 2–Valuations based on pricing inputs that are other than quoted prices in active markets, which are either directly or indirectly observable as of the reporting date. Observable inputs reflect the assumptions market participants would use in pricing the asset or liability and are developed based on market data obtained from independent sources.

- Level 3–Valuations are derived from other valuation methodologies, including pricing models, discounted cash flow models, and similar techniques. Level 3 valuations incorporate certain assumptions and projections that are not observable in the market and require significant judgment in determining the fair value assigned to such assets or liabilities.

Regarding Level 2, the valuation of these securities is handled daily by external pricing services administered by the National Council's safekeeping and custodial agent that monitor and assign values based on secondary markets. Where this is insufficient (e.g., for bank loans and private placements), the agent utilizes its proprietary pricing matrix for valuation, taking into consideration numerous input factors such as risk and liquidity.

Real estate investments, private equity, and collective trust funds are carried at estimated fair value based on the reported net asset value provided by the general partner of the fund.

The general partner of the fund marks the underlying real estate assets to fair value using the following procedures and parameters:

- All real estate investments are valued on at least an annual basis with the objective of providing a quarterly valuation schedule that is balanced with respect to property type, location, and percentage of portfolio carrying value.

- Newly acquired investments are carried at cost until their first scheduled valuation approximately 12 months after acquisition (the initial valuation) unless within the first 12 months market factors indicate cost may not be a reliable indicator of fair value.

- Subsequent to and including the initial valuation, the fair value of an investment shall be determined by an annual valuation prepared in accordance with standard industry practice by an independent third-party appraiser that is licensed and has an MAI designation (Member of the Appraisal Institute).

- All investments not scheduled for valuation in a particular quarter will be reviewed to determine if an interim value adjustment is warranted based on property or market-level changes. If warranted, an updated valuation will be prepared by an independent third-party appraiser that is licensed and has an MAI designation.

- Any capitalized costs relating to investments incurred during periods between independent valuations will be added to the most recent independent valuation to determine the current carrying value of the investment.

The appraisal process, while based on independent third-party valuations as well as verified property and market-level information, may result in a valuation estimate that differs materially from the sales price actually realized due to the

9

BSA00000594

# Notes to Consolidated Financial Statements *($ stated in thousands)*

particular motivations of buyers and sellers, as well as the subjectivity inherent in the process. Although the estimated fair values represent subjective estimates, the general partner of the fund believes these estimated values are reasonable approximations of market prices. Management has obtained an understanding of the valuation methodology utilized to value the underlying assets and believes the reported net asset value of the fund is an accurate fair value of the investment.

Bank loans are priced through the Markit Loan Pricing service. It offers liquidity information for the leveraged loan market, as well as access to liquidity metrics, such as the number of dealers quoting with the size and the average size quoted. A daily price is received on every bank loan in the portfolio.

**Inventories.** Inventories of merchandise, printing stock, and supplies are carried at the lower of average cost or market. Periodically, but no less often than once each year, inventory is evaluated for obsolescence. If inventory quantities on hand exceed reasonably anticipated future demands, inventory is written down to its net realizable value. The difference between current carrying cost and net realizable value is a period cost. Damaged inventory items are expensed immediately.

**Land, Buildings, and Equipment.** These assets are stated at cost or, if acquired by gift, at the estimated fair market value at the date of the gift. Depreciation and amortization are provided over the estimated useful lives of the related assets using the straight-line method. Estimated useful lives for financial reporting purposes are as follows: buildings and improvements, 10 to 40 years; computer software and hardware, 3 to 10 years; and furniture, fixtures, and other equipment, 3 to 10 years. Land improvements are depreciated over 20 years. Leasehold improvements are amortized over the lesser of the lease term or the life of the asset. Construction in progress is not depreciated until placed into operation.

**Revenue.** Registration and licensing fees are recorded as income in the applicable membership, participation, or licensing period. High-adventure and jamboree fees are recorded as income in the applicable period of attendance. National service fees are paid by the local councils for administrative services provided and are recognized in the period earned. Revenues from merchandise sales are recognized at the point of sale and are reported net of returns and allowances. Subscription and advertising revenues are reflected as earned income when publications are issued. Investment gain (loss) includes interest and dividends earned during the period as well as realized and unrealized gains and losses on investments, net of investment expenses.

Pledges (Note 4) and contributions are recognized as revenues in the year in which an unconditional promise to give is received. Amortization of the discounts is included in contribution revenue. Conditional promises to give are not included as support until the conditions are substantially met. Restricted pledges and contributions that are to be utilized in the same period as donated are initially recorded as restricted revenues. Bequests are recorded when the amount and timing of receipt of funds are known. Contributions of land, buildings, and equipment are generally recorded as board-designated net assets as no time restriction is assumed for their use. Insurance premium revenue is recognized pro rata over the terms of the related policies.

**Concentration of Market and Credit Risk.** Market risk represents the potential loss the National Council faces due to a decrease in the value of its investments and assets held at fair value. Credit risk represents the potential loss the National Council faces due to possible nonperformance by obligors and counterparties of the terms of their contracts. Financial instruments that potentially subject the National Council to concentrations of credit risk consist principally of cash equivalents, the investment portfolio (Note 2), and accounts receivable and pledges receivable. Credit risk on pledges receivable is managed by discounting the pledges based on a rate that reflects the risk of that pledge not being collectable.

In order to limit credit risk with respect to cash equivalents and the investment portfolio, the National Council invests in obligations of the United States government, mutual funds, and other marketable securities. These investments are held by diverse, high-quality financial institutions. The National Council grants unsecured credit to local councils and others for merchandise sales and insurance coverage within established guidelines for creditworthiness. These transactions make up the majority of accounts receivable.

10

**BSA00000595**

# Notes to Consolidated Financial Statements *($ stated in thousands)*

**Donated Services.** A substantial number of volunteers have donated significant amounts of their time to the operations of the National Council, and numerous media organizations have provided public service advertising. Volunteer services that create or enhance nonfinancial assets (e.g., camps, buildings) or require specialized skills, and are performed by people possessing those skills, are recorded as contributions and as expenses or additions to land, buildings, and equipment. Due to practical reasons, not all donated services are recorded. Where practical and of significant materiality, the National Council records donated services at fair value of the services received as contribution revenue on the Consolidated Statement of Revenues, Expenses, and Other Changes in Net Assets.

**Collections.** The National Scouting Museum in Irving, Texas, possesses artifacts, fine art, and multimedia archives last appraised in March 2012 at approximately $60,000. The museum also houses collections of Scouting memorabilia, objects, and archival documents. In conformity with accounting policy generally followed by museums, these collections are not recognized as assets in the Consolidated Statement of Financial Position; however, costs associated with insuring and maintaining these collections have been expensed. During 2016, no major additions or disposals of collections items occurred.

**Program Services Expenses comprise:**

- **Field Operations.** Support for local councils, including but not limited to, administration of standards of performance, inspection of council campsites, assistance with long-range planning, conduct of regional training and conferences for professionals and volunteers, administration of an extensive program of local council financial support, and administration and funding of the defense of our private membership rights.

- **Human Resources and Training.** Administration of all aspects of human resources policies, including recruiting, placement, and training of professional employees; promoting diversity; managing compensation and benefits programs; and monitoring employee relations.

- **Program Development and Delivery.** Development of the basic program; providing camping and outdoor literature, materials, and techniques, as well as engineering service, to local councils; managing the volunteer training programs of the Boy Scouts of America and handling all national program support in the areas of health and safety, activities, program evaluation, and low-income program; developing uniforms and insignia and other program elements; operating the National Scouting Museum; operating the high-adventure bases and the national jamboree.

- **Program Marketing.** Administration of public relations, including providing news releases, features for print and broadcast media, and internal news in the form of newsletters, fact sheets, and the annual report for the nationwide Scouting family. In addition, protection and promotion of the Scouting brand.

- **World Scout Bureau Fees.** Payment to the World Organization of the Scout Movement in support of international enrichment programs based on an established fee for each registered, uniformed youth and adult member.

- **Insurance Programs.** Support of the group medical, life, dental, and general liability insurance programs for local councils and the National Council.

**The Use of Estimates in Preparing Financial Statements.** The preparation of financial statements in conformity with United States of America generally accepted accounting principles (US GAAP) requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities, disclosure of contingent assets and liabilities at the date of the financial statements, and reported amounts of revenues and expenses during the reporting period. Actual results could differ significantly from those estimates.

**Income Tax Status.** The National Council and its other affiliates, Learning for Life, the Learning for Life Foundation, the Boy Scouts of America National Foundation, BSA Asset Management, LLC, and Arrow WV, Inc., are exempt from income tax under Section 501(c)(3) of the Internal Revenue Code and have been classified as organizations that

11

**BSA00000596**

# Notes to Consolidated Financial Statements *($ stated in thousands)*

are not private foundations. Each of the partners of the Partnership is responsible for reporting its allocable share of the partnership's income or loss on its individual tax returns.

Income from certain activities (primarily magazine advertising income, sponsorships, and net revenue from sales of livestock) not directly related to the National Council's tax-exempt purpose is subject to taxation as unrelated business income. As of December 31, 2016, the National Council has a cumulative net operating loss of approximately $36,761. Management has determined that it is more likely than not that the net operating loss will not be realized and has therefore provided a full valuation allowance against any deferred tax asset as of December 31, 2016.

**Uncertainty in Income Taxes.** The National Council recognizes interest and penalties related to underpayment of income taxes as income tax expense. As of December 31, 2016, the National Council had not recorded any amounts related to unrecognized income tax benefits or accrued interest and penalties.  The National Council does not anticipate any significant changes to unrecognized income tax benefits over the next year.

**Nature of Comparative Totals for 2015.** The financial statements include certain prior-year summarized comparative information in total but not by net asset class. Alone, such information does not include sufficient detail to constitute a presentation in conformity with accounting principles generally accepted in the United States of America. Accordingly, such information should be read in conjunction with the National Council's financial statements for the year ended December 31, 2015, from which the summarized information was derived. PricewaterhouseCoopers LLP issued an unmodified opinion on those financial statements.

**Recent Accounting Pronouncements.** In August 2016, the FASB issued ASU No. 2016-14, *Not-for-Profit Entities (Topic 958) – Presentation of Financial Statements of Not-for-Profit Entities.* ASU 2016-14 guidance simplifies the current net asset classification requirements from three net asset classifications to two. The amendment also improves the information presented in the financial statements and notes regarding liquidity, financial performance, and cash flows. The standard is effective for annual reporting periods in fiscal years that begin after December 15, 2017. We are currently evaluating the standard and do not anticipate it will have a material impact on the National Council's financial statements.

In February 2016, the FASB issued ASU No. 2016-02, *Leases (Topic 842).* ASU 2016-02 replaces existing leasing rules with a comprehensive lease measurement and recognition standard and expanded disclosure requirements. ASU 2016-02 will require lessees to recognize most leases on their statement of financial position as liabilities, with corresponding "right-of-use" assets. The standard is effective for annual reporting periods in fiscal years that begin after December 15, 2018. We are currently evaluating the magnitude and other potential impacts on the National Council's financial statements.

In May 2014, the FASB issued ASU No. 2014-09, *Revenues from Contracts with Customers (Topic 606)* and has modified the standard thereafter. This standard replaces existing revenue recognition rules with a comprehensive revenue measurement and recognition standard and expanded disclosure requirements. ASU No. 2014-09 is effective for annual reporting periods in fiscal years that begin after December 15, 2017. We are currently evaluating the magnitude and other potential impacts on the National Council's financial statements.

**Subsequent Events.** The National Council has performed a review of subsequent events through the date of the audit opinion, which is the date the financial statements were available to be issued, and concluded that other than those items disclosed in the consolidated financial statements, there were no events or transactions during this subsequent event reporting period that required recognition or disclosure.

**BSA00000597**

# Notes to Consolidated Financial Statements *($ stated in thousands)*

## Note 2.  Investments

**At December 31, 2016, investments comprised the following:**

|  | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|
| Short-term investment funds and treasury bills | $  160 | $ 10,954 | $      0 | $ 11,114 |
| Investment of cash/non-cash collateral in investment trust | 0 | 14,913 | 0 | 14,913 |
| **Debt securities** |  |  |  |  |
| Government (includes $1,981 of securities on loan) | 0 | 53,055 | 0 | 53,055 |
| Corporate (includes $8,785 of securities on loan) | 0 | 75,676 | 0 | 75,676 |
| Other | 0 | 40,369 | 0 | 40,369 |
| Total debt securities | 0 | 169,100 | 0 | 169,100 |
| **Equity securities** |  |  |  |  |
| Common stocks—domestic (includes $3,518 of securities on loan) | 28,370 | 3,882 | 0 | 32,252 |
| Common stocks—foreign (includes $307 of securities on loan) | 61,795 | 4,909 | 0 | 66,704 |
| Total equity securities | 90,165 | 8,791 | 0 | 98,956 |
| Investments measured at net asset value[1] |  |  |  | 451,204 |
| Total investments | $ 90,325 | $ 203,758 | $        0 | $ 745,287 |

[1] Certain investments that are measured at fair value using the net asset value per share (or its equivalent) practical expedient have not been categorized in the fair value hierarchy. The fair value amounts are presented in this table are intended to permit reconciliation of the fair value hierarchy to the amounts presented in the Consolidated Statement of Financial Position.

No transfers between any of the levels occurred in 2016.

13

BSA00000598

# Notes to Consolidated Financial Statements *(\$ stated in thousands)*

The National Council uses the Net Asset Value (NAV) to determine the fair value of all underlying investments which: (a) do not have a readily determinable fair value and (b) prepare their investee's financial statements consistent with the measurement principles of an investment company or have the attributes of an investment company. The following table lists investments by major category as of December 31, 2016:

| | | **2016** | | | | |
|---|---|---|---|---|---|---|
| Type | Strategy | NAV in Funds | # of Funds | Remaining Life | \$ Amount of Unfunded Commitments | Timing to Drawdown Commitments |
| Private Equity (Limited Partnership) | Private equity funds invest in companies not listed publicly and startup companies to earn high rate of return. The strategy allocates between middle market corporate finance focused funds and venture capital focused funds | \$ 42,556 | 41 | 1 to 10 years | \$ 12,811 | 1 to 5 years |
| Collective Trust | Collective trust fund is like a mutual fund but it only sells to institutional investors. CTF funds cover broad strategies including but not limited to U.S. equity, Non U.S. equity, U.S. investment grade debt, U.S. treasury debt, high yield debt and global REITS | 347,936 | 22 | N/A | N/A | N/A |
| Private Real Estate (Limited Partnership) | Private real estate fund utilizing core strategy to generate income while maintain low risk profile by focusing on gateway cities and other large cities. Investments include residential, industrial, retail and office sectors to diversify portfolio. | 38,824 | 2 | N/A | N/A | N/A |
| High Yield (Limited Partnership) | The limited partnership focus mainly on U.S. high yield market and has small exposure to bank loans. | 21,888 | 2 | N/A | N/A | N/A |
| | Total | \$ 451,204 | 67 | | \$ 12,811 | |

The Private Equity funds have no redemption terms. The Private Real Estate funds have a 45-day notice period and quarterly redemption. Most Collective Trust funds may be redeemed daily except the ACWI ex U.S. CTF fund that can typically be redeemed twice a month. High Yield Limited Partnership funds can be redeemed monthly with a 10-business day notice.

Investment securities may be purchased or sold on a when-issued or delayed delivery basis. These transactions involve a commitment to purchase or sell securities for a predetermined price or yield, with payment and delivery taking place beyond the customary settlement period. When delayed delivery purchases are outstanding, liquid assets will be set aside or earmarked internally, until the settlement date, in an amount sufficient to meet the purchase price. When purchasing a security on a delayed delivery basis, the rights and risks of ownership are assumed, including the risk of price and yield fluctuations, and such fluctuations are taken into account when determining net asset values. Delayed delivery transactions may be disposed of or renegotiated after they are entered into, and when-issued securities may be sold before they are delivered, which may result in an investment gain or loss.

Investment securities of the National Council whose values are expressed in foreign currencies are translated to U.S. dollars at the bid price of such currency against U.S. dollars last quoted by an approved pricing vendor or major bank on the valuation date. Dividend and interest income and certain expenses denominated in foreign currencies are translated to U.S. dollars based on the exchange rates in effect on the date the income is earned and the expense is incurred. Exchange gains and losses are realized upon ultimate receipt or disbursement.

Net investment income on the Consolidated Statement of Revenues, Expenses, and Other Changes in Net Assets includes \$11,211 of interest and dividends, \$38,246 of net realized gains, and \$5,233 of unrealized gains in the fair value of investments less \$1,881 in investment manager expenses. Included within the change in net assets attributed to noncontrolling interests is net investment income pertaining to the local councils' limited partner interest within the Partnership which for 2016 includes \$2,862 of interest and dividends, \$6,079 of net realized gains, and \$3,510 of unrealized gains in the fair value of investments less \$747 in investment manager expenses.

14

BSA00000599

# Notes to Consolidated Financial Statements *($ stated in thousands)*

The National Council participates in a securities lending program with its investment custodian, State Street. This program allows State Street to loan securities, which are assets of the National Council, to approved brokers. State Street requires the borrowers, pursuant to a security loan agreement, to deliver collateral at least equal to 102 percent of the market value of U.S. securities loaned, and 105 percent of the market value of non-U.S. securities loaned, to secure each loan. In the event of a default by the borrower, State Street shall indemnify the National Council by purchasing replacement securities equal to the number of unreturned loaned securities or, if replacement securities are not able to be purchased, State Street shall credit the National Council for the market value of the unreturned securities. In each case, State Street would apply the proceeds from the collateral for such loan to make the National Council whole.

As of December 31, 2016, the market value of securities on loan to approved brokers was $14,591. Collateral received for securities on loan was invested in the State Street Navigator Securities Lending Prime Portfolio. Total collateral of $14,913, received for securities on loan at December 31, 2016, is held by State Street on behalf of the National Council. Income associated with the securities lending program amounted to $89 for 2016, and is included in net investment income. The following table summarizes the securities loaned and the related collateral as of December 31, 2016:

| **Securities Loaned and the Related Collateral** | **Fair Value** | **Fair Value of Collateral** |
|---|---|---|
| **Securities** | **Value** | **Collateral** |
| Government obligations | $ 1,981 | $ 2,022 |
| Corporate obligations | 8,785 | 8,968 |
| Common stocks—domestic | 3,518 | 3,600 |
| Common stocks—foreign | 307 | 323 |
| Total investments purchased with cash collateral | $ 14,591 | $ 14,913 |

| **Investments Purchased with Collateral** | |
|---|---|
| State Street Navigator Securities Lending Prime Portfolio | $ 14,913 |

### Risk Factors

**Currency/foreign exchange risk.** The National Council may hold investments denominated in currencies other than the U.S. dollar, the National Council's functional currency.  In such instances, there is exposure to currency risk, as the value of the investments denominated in other currencies will fluctuate due to changes in exchange rates. To the extent that these investments create risk in respect of movements in foreign exchange rates, the National Council may hedge this risk, in a cost-effective manner, to the extent possible. As of December 31, 2016, there are no foreign currency hedges.

**Interest rate/credit risk.** The National Council's investment portfolios are subject to interest rate and credit risk. The value of debt securities may decline as interest rates increase. The investment portfolios could lose money if the issuer of a fixed-income security is unable to pay interest or repay principal when it is due.

**Market price risk.** The prices of securities held by the National Council may decline in response to certain events, including those directly involving the companies whose securities it owns. Those events may include, but are not necessarily limited to: conditions affecting the general economy; overall market changes; local, regional, or global political, social, or economic instability; and currency, interest rate, and commodity price fluctuations.

15

**BSA00000600**

# Notes to Consolidated Financial Statements *($ stated in thousands)*

## Note 3.  Endowment

Endowment net asset composition and changes in composition by type of fund as of and for the year ended December 31, 2016:

|  | Unrestricted | Temporarily Restricted | Permanently Restricted | Total |
|---|---|---|---|---|
| Balance December 31, 2015 .............. | $ 159,604 | $     8,766 | $   81,863 | $ 250,233 |
| Investment return: |  |  |  |  |
| Interest and dividends ............. | 4,404 | 94 | 1,496 | 5,994 |
| Realized and unrealized |  |  |  |  |
| investment gains .................... | 14,389 | 1,248 | 4,962 | 20,599 |
| Investment manager fees .......... | (603) | (31) | (276) | (910) |
| Net investment return ........................ | 18,190 | 1,311 | 6,182 | 25,683 |
| Contributions ...................................... | 509 | 367 | 222 | 1,098 |
| Spending allocation ............................ | (12,032) | 3,157 | (4,005) | (12,880) |
| Net assets released from restriction ... | 0 | (2,375) | 0 | (2,375) |
| Endowment funding for GLIP ........... | (27,000) | 0 | 0 | (27,000) |
| Endowment payable to GLIP ............ | (15,773) | 0 | 0 | (15,773) |
| Other (net) ......................................... | 1,655 | (2,417) | 0 | (762) |
| Balance December 31, 2016.............. | $ 125,153 | $     8,809 | $   84,262 | $ 218,224 |

The National Council's endowment consists of approximately 78 individual funds established for a variety of purposes. The endowment includes both donor-restricted endowment funds and funds designated by the Executive Board to function as endowments. Net assets associated with endowment funds, including funds designated by the Executive Board to function as endowments, are classified and reported based upon the existence or absence of donor-imposed restrictions or in accordance with the Executive Board's interpretation of relevant law.

**Interpretation of relevant law.** The National Council classifies net assets associated with its donor-restricted endowment as either permanently or temporarily restricted. Investment returns in excess of spending authorized by the "spending policy" (the spending policy is defined below) are classified as permanently restricted net assets, absent explicit donor stipulations to the contrary.  The Executive Board of the National Council has determined that this classification is consistent with the intent of the Texas Uniform Prudent Management of Institutional Funds Act (TUPMIFA).  Among other things, TUPMIFA creates a rebuttable presumption of imprudence if an organization authorizes a current spending rate in excess of 7 percent absent explicit donor stipulations. Amounts made available from donor-restricted endowment funds in accordance with the spending policy are classified as temporarily restricted net assets until they are expended.

In accordance with TUPMIFA, the National Council considers the following factors in establishing its spending rate for donor-restricted endowment funds:

1) The duration and preservation of the fund;
2) The purposes of the National Council and its donor-restricted endowment fund;
3) General economic conditions;
4) The possible effects of inflation and deflation;
5) The expected total return from income and the appreciation of investments;
6) Other resources; and
7) The National Council's investment policies.

**Return objectives and risk parameters.** The Executive Board of the National Council has adopted a Strategic Investment Policy and a Spending Policy for endowment assets that attempt to provide a predictable stream of funding

16

BSA00000601

# Notes to Consolidated Financial Statements *($ stated in thousands)*

to programs supported by its endowment while seeking to maintain the purchasing power of the endowment assets. Endowment assets include those assets of donor-restricted funds that the National Council must hold in perpetuity or for a donor-specified period(s) as well as board-designated funds. The National Council invests its endowment assets in the Partnership. Under the Strategic Investment Policy, the endowment assets are invested in a manner that is intended to produce the highest total long-term return, consistent with prudent investment practices, sufficient to cover the maximum annual spending rate plus an allowance for inflation. The National Council expects its endowment funds, over time, to provide an average annual, nominal rate of return of approximately 7.15 percent. After inflation, expected to average 2.00 percent annually, the average real rate of return is expected to be 4.5 percent. Actual returns in any given year may vary significantly from this expectation.

**Strategies employed for achieving objectives.** To satisfy its long-term rate-of-return objectives, the National Council relies on a total return strategy in which investment returns are achieved through both capital appreciation (realized and unrealized) and current yield (interest and dividends). The National Council targets a diversified asset allocation that places a greater emphasis on equity-based investments to achieve its long-term return objectives within prudent risk constraints.

**Spending policy and how the investment objectives relate to spending policy.** The National Council has a policy of appropriating for distribution each year up to 5 percent of its endowment fund's average fair value over the prior 12 quarters through June 30 of the year preceding the fiscal year in which the distribution is planned. In establishing this policy, the National Council considered the long-term expected return on its endowment.

17

**BSA00000602**

# Notes to Consolidated Financial Statements *(\$ stated in thousands)*

### Note 4. Pledges Receivable

Included in pledges receivable are the following:

|  |  |
|---|---|
| Unconditional promises to give before discount | \$ 93,351 |
| Less discount | (28,029) |
| Net unconditional promises to give (before allowance) | 65,322 |
| Less allowance | (120) |
| Net unconditional promises to give (after allowance) | \$ 65,202 |

Amounts due in:

|  |  |
|---|---|
| Less than one year | \$ 7,600 |
| One to five years | 29,343 |
| More than five years | 56,408 |
| Total undiscounted pledges | \$ 93,351 |

Pledges are evaluated for collectability and assigned a discount rate related to the risk of uncollectable amounts. The discount rates for valuing 2016 pledges ranged from 0.92 to 4.75 percent.

18

BSA00000603

# Notes to Consolidated Financial Statements *(\$ stated in thousands)*

### Note 5. Land, Buildings, and Equipment

At December 31, 2016, land, buildings, and equipment comprised the following:

|  |  |
|---|---:|
| National office, less accumulated depreciation of \$18,567 .................................................. | \$ 10,498 |
| High-adventure bases, less accumulated depreciation of \$28,388 ...................................... | 53,432 |
| National Distribution Center, less accumulated depreciation of \$6,612 ............................. | 3,931 |
| Summit Bechtel Family National Scout Reserve, less accumulated depreciation of \$29,859 .................................................................................................. | 364,335 |
| Furniture, equipment, and software, less accumulated depreciation and amortization of \$79,090 ................................................................................................. | 42,837 |
| Total land, buildings, and equipment, less accumulated depreciation and amortization of \$162,516 ................................................................................................. | \$ 475,033 |

Depreciation and amortization expense was \$18,619 in 2016.

High-adventure bases include Philmont Scout Ranch, Florida Sea Base, and Northern Tier.

Gifts-in-kind in 2016 totaled \$322. This is a non-cash transaction; however, it has not been reported separately within the supplemental section on the Consolidated Statement of Cash Flows.

19

**BSA00000604**

# Notes to Consolidated Financial Statements *($ stated in thousands)*

**Note 6.  Notes Payable**

Notes payable consists of the following at December 31, 2016:

| | 2016 Principal Payment | Interest Rate | Maturity Date | Outstanding at December 31, 2016 |
|---|---|---|---|---|
| Revolving $75,000 line of credit (0.15% to 0.20% fee for unused credit) | 6,000 | 1.25% + LIBOR | 2017 | 55,000 |
| 2010 Bond issuance (Series B) of $50,000 | 1,210 | 3.22% fixed | 2020 | 44,235 |
| 2012 Bond issuance of $175,000 | 4,208 | 2.94% fixed | 2022 | 159,835 |
| Seller's note of $2,500 payable in 60 equal payments of $45, including interest and principal (collateral is deed of trust on the property) | 45 | 3.00% fixed | 2016 | 0 |
| Total | $ 11,463 | | | $ 259,070 |

In March 2012, the National Council issued debt to finance the development of the Summit. $175,000 in 10-year, tax-exempt bonds was added to the existing 2010 Series A and B bonds, and the 5-year $50,000 line of credit was increased by $25,000 to $75,000. Bond issuance costs were $100. The Series A bond was paid in 2015 and the Series B bond has monthly principal and interest payment with a balloon payment of $40,363 due in 2020.

The $175,000 bonds payable, requires monthly interest and principal payments with a balloon payment of $136,834 due in 2022.

The organization's entire bond proceeds have been used for development of the Summit. All of the bonds are senior obligations of the organization and required collateral of the National Council's unrestricted gross revenues and the pledges pertaining to the project. The bond agreements include the standard covenants and events of default, including limitations on incurring additional indebtedness, a requirement to maintain a minimum ratio of certain cash and pledge amounts to debt, and a requirement to maintain a minimum ratio of unrestricted net assets to debt. At December 31, 2016, the National Council was in compliance with these debt covenants.

Covenants, collateral, and other terms for the $75,000 line of credit are as follows: The non-usage fee as amended is 0.15 percent per annum.  The interest rate on amounts utilized is LIBOR plus 1.25 percent on funds used for greater than 90 days or prime rate of 3.75 percent for funds used less than 90 days.

In March 2017, the National Council amended the $175,000, 10-year tax-exempt bonds and the 2010 Series A and B were amended. The amendments changed the minimum ratio of unrestricted net assets to debt.

The $75,000 line of credit was amended March 2017 and $25,000 of the line of credit was converted to a 5-year term loan with a maturity in March 2022 and an interest rate of 1.0 percent plus one month LIBOR. The revolving line of credit maturity was extended three years to March 2020. The line of credit covenants were amended to include a change in the minimum ratio of unrestricted net assets to debt along with a requirement for a cleanup period in which no revolver line of credit indebtedness can be incurred.

BSA00000605

# Notes to Consolidated Financial Statements *($ stated in thousands)*

Aggregate maturities of notes payable as amended for each of the years subsequent to December 31, 2016, are as follows:

| | | |
|---|---|---|
| 2017 ............................. | $ | 9,333 |
| 2018 ............................. | | 10,753 |
| 2019 ............................. | | 10,929 |
| 2020 ............................. | | 80,097 |
| 2021 and thereafter ...... | | 147,958 |
| Total............................. | | $ 259,070 |

Interest incurred, capitalized, expensed, and paid during the year ending December 31, 2016, were:

| | | |
|---|---|---|
| Interest incurred ........... | $ | 7,475 |
| Interest capitalized ....... | | 0 |
| Interest expensed ......... | $ | 7,475 |

Interest paid ............... $ 7,462

## Note 7.  General Liability Insurance Program

The National Council has a general liability insurance program that operates primarily for the benefit of local councils. The program is partially self-insured with deductible features as follows: $1,000 per occurrence and a $9,000 aggregate excess limit. The program is funded by payments received from the National Council, local councils, chartered units, and from investment income. Premiums received during 2016 for this program were $12,823, and insurance losses and costs were $68,341 net of recoveries. On the Consolidated Statement of Revenues, Expenses, and Other Changes in Net Assets, which includes the stated insurance losses and costs total, is $16,023 of insurance losses and costs from other insurance programs. Similarly, $665 is included in premiums revenue from other insurance programs.

The insurance reserves of $180,721 stated on the Statement of Financial Position at December 31, 2016, include $177,321 established by the National Council as a reserve for estimated self-insured losses and loss adjustment expenses of this program, based on an independent actuarial estimate of ultimate insurance losses. The remaining reserves apply primarily to directors' and officers' liability insurance and workers' compensation insurance.

The program contained $167,001 of investments, receivables, other assets, and $177,327 of liabilities and reserves for a net deficit of $10,326 as of December 31, 2016. Net assets of this insurance program are reported as board-designated net assets in the accompanying Consolidated Statement of Financial Position.

At December 31, 2016, the National Council had provided standby letters of credit totaling $63,313 for the benefit of insurance companies in conjunction with the assumed deductible portion of the program.

## Note 8.  Credit Arrangements

At December 31, 2016, the National Council has provided a $1,100 irrevocable letter of credit for the benefit of an insurance company to guarantee payments in conjunction with a self-insured workers' compensation program. In addition, the National Council has an import letter of credit of $10,000 in order to guarantee payments in conjunction with Supply Group international purchases. As of December 31, 2016, the National Council had a total of three import letters of credit outstanding of $5,616. Additional letters of credit are discussed in Note 7.

21

BSA00000606

# Notes to Consolidated Financial Statements *(\$ stated in thousands)*

## Note 9.  Commitments and Contingencies

The National Council rents various office equipment and occupies various Scout shops and other office space under non-cancellable operating leases expiring at various dates through 2024. Rental commitments for Scout shop leases are contingent on future sales levels. Real estate leases are renewable at the option of the National Council. Total rental expense for all operating leases for the year ended December 31, 2016, amounted to $12,269. The estimated minimum rental commitments under operating leases that have initial or remaining non-cancellable terms as of December 31, 2016, are as follows (as of December 31 for each year):

| | |
|---|---:|
| 2017 ……………………………………………… | $  8,773 |
| 2018 ……………………………………………… | 6,980 |
| 2019 ……………………………………………… | 5,885 |
| 2020 ……………………………………………… | 3,446 |
| 2021 ……………………………………………… | 593 |
| 2022 and after ………………………………… | 691 |
| Total minimum payments required ………………… | $ 26,368 |

The National Council has been named as a beneficiary of several estates that are in various stages of probate. No income from future anticipated distributions has been recorded because the amounts and timing of future distributions are uncertain.

Certain conditions may exist as of the date the consolidated financial statements are issued which may result in a loss to the National Council but will only be resolved when one or more future events occur or fail to occur. The National Council's management and its legal counsel assess such contingent liabilities, and such assessment inherently involves an exercise of judgment. In assessing loss contingencies related to legal proceedings that are pending against the National Council or unasserted claims that may result in such proceedings, the National Council's legal counsel evaluates the perceived merits of any legal proceedings or unasserted claims as well as the perceived merits of the amount of relief sought or expected to be sought therein.

If the assessment of a contingency indicates that it is probable that a material loss has been incurred and the amount of the liability can be reasonably estimated, then the estimated liability would be accrued in the National Council's financial statements. If the assessment indicates that a potentially material loss contingency is not probable, but is reasonably possible, or is probable but cannot be estimated, then the nature of the contingent liability, together with an estimate of the range of possible loss if determinable and material, would be disclosed.

The National Council maintains insurance for various types of damages, including general liability losses. Depending on the policy terms, a portion of the potential claims, representing deductibles or aggregate excess limits, are self-insured by the National Council. Reserves are maintained for estimated self-insured losses.

The National Council has been named as a defendant in several lawsuits alleging inappropriate conduct by local council employees or Scouting unit volunteers, including allegations of conduct that did not occur within Scouting and allegations of incidents dating back as far as the early 1960s. The National Council is also aware of threatened and expanding litigation of a similar nature. Most of the cases claim specific amounts of compensatory damages and, in a few cases, unspecified amounts of punitive damages.

There continue to be additional lawsuits filed alleging sexual abuse, including claims for punitive damages. The National Council could be required to pay damages out of its own funds to the extent the claims are not covered by insurance or if the insurance carriers are unable or unwilling to honor the claims. Based upon the nature of and management's understanding of the facts and circumstances that give rise to such actions and claims, management believes the reserves established by the General Liability Insurance Program of the National Council are sufficient to provide for the resolution of these lawsuits. However, in the event the General Liability Insurance Program or its reserves are insufficient to resolve such claims, it is the opinion of the National Council that the total amount of payments to resolve current and future claims could have a significant impact on the financial position or results of operations of the National Council.

22

# Notes to Consolidated Financial Statements *(\$ stated in thousands)*

### Note 10. Unrestricted Net Assets

At December 31, 2016, unrestricted net assets with a controlling interest comprised the following:

| | |
|---|---:|
| General operations ............................................................................................................... | $ (21,756) |
| Board-designated: | |
| General endowment ........................................................................................................ | 125,153 |
| Properties ....................................................................................................................... | 243,253 |
| Retirement Benefits Trust (Note 13) ............................................................................... | 131,594 |
| Insurance Programs ....................................................................................................... | (8,898) |
| Other ............................................................................................................................... | 78,776 |
| Total board-designated net assets ........................................................................... | 569,878 |
| Total unrestricted net assets, controlling interest ..................................................................... | $ 548,122 |

The amounts above include $26,254 of net realized gains and unrealized changes in the fair value of investments earned on unrestricted net assets attributed to controlling interests during 2016. Unrestricted net assets attributed to noncontrolling interests represent the local councils' ownership in the Partnership. Total unrestricted net assets have changed as follows:

| | Controlling Interest | Noncontrolling Interest | Total Unrestricted |
|---|---:|---:|---:|
| Net assets as of December 31, 2014 ........ | $ 628,285 | $ 135,029 | $ 763,314 |
| Change in net assets …………………..... | (35,457) | 19,609 | (15,848) |
| Net assets as of December 31, 2015 ........ | 592,828 | 154,638 | 747,466 |
| Change in net assets …………………..... | (44,706) | 4,471 | (40,235) |
| Net assets as of December 31, 2016…….. | $ 548,122 | $ 159,109 | $ 707,231 |

23

# Notes to Consolidated Financial Statements *(\$ stated in thousands)*

## Note 11. Restricted Net Assets

At December 31, 2016, restricted net assets comprised the following:

Permanently restricted net assets:

|  |  |
|---|---|
| John W. Watzek Jr. (income supports general operations) …………………………………..... | \$ 10,119 |
| National Scouting Museum (income supports museum operations) ………………………... | 6,586 |
| Waite Phillips Scholarship (income supports Philmont scholarships) ……………………… | 6,226 |
| Cooke Eagle Endowment (income supports Eagle Scout scholarships) …………………….. | 5,309 |
| Genevieve and Waite Phillips (income supports maintenance of Philmont) ……………….. | 5,054 |
| DeWitt-Wallace Foundation (income supports leadership programs) ……………………..... | 3,170 |
| Kenneth McIntosh (income supports Scouting around the world) …………………………. | 3,003 |
| High adventure (income benefits high-adventure program) ……………………………….... | 2,575 |
| Scoutmaster Recognition (income supports scholarships for outstanding Scoutmasters) ….. | 2,482 |
| Southern Region Trust Fund (income supports Southern Region) …………………………. | 2,466 |
| Steve Fossett High-Adventure Base Endowment (income supports high-adventure bases) ... | 1,721 |
| Hall Scholarship (income supports Eagle Scout scholarships) …………………………….. | 1,672 |
| Sonia S. Maguire (income supports Philmont camperships) ……………………………….. | 1,647 |
| Mortimer L. Schiff (income supports professional training and development) …………….. | 1,450 |
| Augustus F. Hook Jr. (income supports professional staff in Indiana) …………………….. | 1,449 |
| Thomas J. Watson (income supports general operations) ………………………………….. | 1,428 |
| Genevieve Phillips (income maintains Philmont Villa and grounds) ………………………. | 1,395 |
| Summerfield Endowment (income supports general operations) …………………………….. | 1,353 |
| Northeast Region Main Trust Fund (income supports Northeast Region)…………………… | 1,341 |
| Other …………………………………………………………………………………………… | 23,816 |
| Total permanently restricted net assets ………………………………………...................... | 84,262 |
| Temporarily restricted net assets: |  |
| Arrow WV (contributions and income supports the Summit) ……………………………… | 79,618 |
| Other ……………………………………………………………………………………………… | 45,534 |
| Total temporarily restricted net assets. ……………………………….................................. | 125,152 |
| Total restricted net assets ……………………………………………………………………… | \$ 209,414 |

The restricted net asset totals include \$7,636 of net realized gains and unrealized changes in the fair value of investments earned on permanently and temporarily restricted net assets during 2016.

BSA00000609

# Notes to Consolidated Financial Statements *($ stated in thousands)*

### Note 12.  Fees

During 2016, fees comprised the following:

| | |
|---|---:|
| Registration and license fees | $ 59,471 |
| National service fees from local councils | 8,147 |
| High-adventure bases | 36,725 |
| The Summit | 2,944 |
| Other | 6,959 |
| Total fees | $ 114,246 |

### Note 13.  Retirement Benefits Trust

The Retirement Benefits Trust (the "Trust"), a grantor trust, is funded at the discretion of the National Council by payments from local councils, the National Council, and by investment income.  In 2016, neither the National Council nor the local councils made payments to the Trust. Net investment gains for the Trust in 2016 equaled $10,592, and at December 31, 2016, the Trust's net assets were $131,594.

In accordance with the Trust agreement, Trust funds may be used as follows: (1) to subsidize the cost of medical insurance benefits for retired employees of local councils and the National Council and their dependents; (2) to supplement the funding of the "qualified" defined benefit retirement plan, should the fair value of its assets fall below 125 percent of its accumulated benefit obligation; (3) to pay costs related to a "non-qualified" defined benefit retirement plan; or (4) for any other purpose deemed by the National Executive Board to be in the best interests of the Boy Scouts of America.

In 2016, $15,500 from the Trust was used to supplement the qualified defined benefit plan.

### Note 14.  Health, Life, and Other Welfare Insurance Programs

The National Executive Board offers health, life, and other welfare insurance programs that operate for the benefit of employees of local councils and the National Council and their dependents as well as certain retirees (defined in Note 13).  These insurance programs provide health, life, dental, vision, accidental death and dismemberment, and long-term disability benefits. The health and dental programs are self-insured, and the other programs are fully insured. Premiums, losses, and costs of the medical, dental, and vision insurance plans are the responsibility of the Welfare Benefits Trust, a VEBA trust whose beneficiaries are the same as those previously described.

During 2016, the National Council's total expense for the employees' insurance coverage of the benefits covered by the Welfare Benefits Trust was $8,409. This is included in the cost of benefits for Supply operations, Magazine publications, and the respective functional areas included in the Consolidated Statement of Functional Expenses.

### Note 15.  Benefits

The National Council offers a "non-qualified" defined benefit retirement plan (the "non-qualified plan") to ensure that all employees receive retirement benefits on a comparable basis, notwithstanding limitations imposed upon qualified retirement plans by the tax laws.  The National Council also sponsors a "qualified" elective thrift plan where one-half of National Council employee contributions are matched by the National Council, subject to certain limits. The National Council's pension expense for the non-qualified retirement plans equals the amount of its contributions paid or accrued, such amounts being determined by the administrator of the plans. The National Council 2016 expense related to the non-qualified retirement plan (Note 13) was $2,096, and the National Council expense in 2016 related to the thrift plan was $1,484.

25

**BSA00000610**

# Notes to Consolidated Financial Statements *($ stated in thousands)*

## Note 16. Defined Benefit Retirement Plan

The National Council participates in a January 31 year-end qualified multiemployer defined benefit retirement plan covering National Council and local council employees with at least one year of service. The plan's legal name is the Boy Scouts of America Retirement Plan for Employees. The plan's three-digit plan number and its Employee Identification Number (EIN) are 001 EIN 22-1576300. The plan is not subject to a collective-bargaining agreement, and coverage under this plan is at the option of the employee. In the event the plan is terminated, no assets will inure to the benefit of the National Council prior to the satisfaction of all benefit obligations to the participants.

The risks of participating in the multiemployer plan are different from a single employer plan in that the assets contributed to a multiemployer plan may be used to provide benefits to employees of other participating employers (i.e., the local councils). If a participating employer stops contributing to the plan, the unfunded obligations of the plan will be borne by the remaining participating employers.

The overall number of employees contributing to the plan decreased in correlation with an overall decrease in employees from 5,232 in 2015 to 5,113 in 2016 with each employee contributing 2 percent of his or her salary, subject to certain IRS limitations. The National Council and local councils each contributed an amount equal to 7 percent of an employee's salary in 2016 and 2015. The National Council's employer contribution for 2016 and 2015 was $4,495 and $4,375, respectively. These amounts represent in excess of 5 percent of total contributions to the plan in each year.

Total employer contributions to the plan, including local councils, were $19,413 for 2016 and $19,193 for 2015. Including employees' contributions, total contributions for 2016 and 2015, respectively, were $24,960 and $24,677. For the years ended December 31, 2016 and 2015, the plan had net assets of $1,145,987 and $1,106,298, respectively.

The National Council and local councils contribute such amounts as necessary, on an actuarial basis, to provide the plan with assets sufficient to meet the benefits paid to the plan's members and to meet the funding requirements of the Employee Retirement Income Security Act of 1974 (ERISA), as amended by the Pension Protection Act of 2006 (PPA). Under a provision in the Preservation of Access to Care for Medicare Beneficiaries and Pension Relief Act passed in 2010, the Boy Scouts of America retirement plan was given a temporary exemption until 2017 of funding requirements and benefit restrictions enacted by the PPA.  However, in 2014 a Congressional amendment was added to ERISA which provided the Boy Scouts of America retirement plan with a permanent exemption from PPA. The actuarial present value of accumulated plan benefits, based on an annual interest rate of 7 percent and the PPA-prescribed mortality tables for each plan year, for the years ending December 31, 2016 and 2015, was $1,178,825 and $1,116,124, respectively. As of December 31, 2016, the pension plan is believed to be at least 80 percent funded with contributions exceeding the minimum funding requirements of ERISA.

BSA00000611

## 2016 National Officers, Executive Board, and Advisory Council

**NATIONAL OFFICERS**

Randall L. Stephenson
Dallas, Texas
President

Charles Dahlquist II
Salt Lake City, Utah
National Commissioner

James S. Turley
St. Louis, Missouri
President-Elect/Vice
President—Regional
Presidents

Joseph P. Landy
New York, New York
Treasurer/Vice
President—Finance

Matthew K. Rose
Fort Worth, Texas
Vice President—
Development

Tico A. Perez
Orlando, Florida
Vice President—Diversity

Arthur F. Oppenheimer
Boise, Idaho
Vice President—Human
Resources

David Steward
St. Louis, Missouri
Vice President—
Information Delivery

Bradley D Tilden
Seattle, Washington
Vice President—Marketing

Steven E. Weekes
Hudson, Wisconsin
Vice President –
Membership

Doyle Parrish
Raleigh, North Carolina
Vice President – National
Adventures

Ralph de la Vega
Atlanta, Georgia
Vice President – National
Jamboree

Nathan O. Rosenberg
Laguna Beach, California
Vice President—
Operations

Joe Crafton
Dallas, Texas
Vice President—Supply

Robert M. Gates
Sedro-Woolley,
Washington
Immediate Past President

Dan Ownby
Houston, TX
International
Commissioner

**HONORARY OFFICERS**

Donald Trump
Washington, D.C.
Honorary President

Norman R. Augustine
Bethesda, Maryland
Honorary Vice President

George H. W. Bush
Houston, Texas
Honorary Vice President

George W. Bush
Dallas, Texas
Honorary Vice President

Jimmy Carter
Atlanta, Georgia
Honorary Vice President

John L Clendenin
Atlanta, Georgia
Honorary Vice President

William J. Clinton
New York, New York
Honorary Vice President

John W. Creighton Jr.
Seattle, Washington
Honorary Vice President

William F. Cronk
Lafayette, California
Honorary Vice President

John C. Cushman III
Los Angeles, California
Honorary Vice President

John Gottschalk
Omaha, Nebraska
Honorary Vice President

Harold S. Hook
Houston, Texas
Honorary Vice President

Thomas C. MacAvoy, Ph.D.
Charlottesville, Virginia
Honorary Vice President

Barack H. Obama
Washington, D.C.
Honorary Vice President

Wayne M. Perry
Bellevue, Washington
Honorary Vice President

Charles M. Pigott
Bellevue, Washington
Honorary Vice President

Roy S. Roberts
Detroit, Michigan
Honorary Vice President

Rex W. Tillerson
Irving, Texas
Honorary Vice President

Edward E. Whitacre Jr.
San Antonio, Texas
Honorary Vice President

**NATIONAL EXECUTIVE BOARD**

Glenn A. Adams
Fort Worth, Texas

Jeanne Donlevy Arnold
Lebanon, Pennsylvania

David Biegler
Dallas, Texas

B. Howard Bulloch
Las Vegas, Nevada

Ray Capp
Nashville, Tennessee

Dennis H. Chookaszian
Wilmette, Illinois

Keith A. Clark
Camp Hill, Pennsylvania

D. Kent Clayburn
Moraga, California

Ronald O. Coleman
Decatur, Georgia

Philip M. Condit
Frisco, Texas

Joe Crafton
Dallas, Texas

William F. Cronk
Lafayette, California

John C. Cushman, III
Los Angeles, California

Charles Dahlquist, II
Salt Lake City, Utah

Ralph de la Vega
Atlanta, Georgia

Douglas H. Dittrick
Midland Park, New Jersey

John R. Donnell Jr.
Atlanta, Georgia

L. B. Eckelkamp Jr.
Washington, Missouri

Craig Fenneman
Martinsville, Indiana

Jack D. Furst
Dallas, Texas

Robert Gates
Sedro-Woolley,
Washington

E Gordon Gee
Morgantown, West
Virginia

T. Michael Goodrich
Birmingham, Alabama

John Gottschalk
Omaha, Nebraska

Bradley E. Haddock
Wichita, Kansas

J. Brett Harvey
Canonsburg, Pennsylvania

Aubrey B. Harwell Jr.
Nashville, Tennessee

Michael G. Hoffman
Phoenix, Arizona

Jeffrey R. Holland
Salt Lake City, Utah

Raymond E. Johns Jr.
Kapolei, Hawaii

Joy Jones
Salt Lake City, UT

Lyle R. Knight
Billings, Montana

Robert J. LaFortune
Tulsa, Oklahoma

Joseph P. Landy
New York, New York

Fred Markham,
Texarkana, Texas

Francis R. McAllister
Salt Lake City, Utah

Drayton McLane Jr.
Temple, Texas

Ronald K. Migita
Aiea, Hawaii

Douglas B. Mitchell
Fayetteville, Texas

Thomas S. Monson
Salt Lake City, Utah

C. David Moody
Lithonia, Georgia

José F. Niño
Montgomery Village,
Maryland

Arthur F. Oppenheimer
Boise, Idaho

Stephen W. Owen
Salt Lake City, Utah

Dan Ownby
Houston, Texas

Doyle Parrish
Raleigh, North Carolina

Tico A. Perez
Orlando, Florida

Wayne M. Perry
Bellevue, Washington

Jeanette Hernandez
Prenger
Kansas City, Missouri

Paul Raines
Grapevine, Texas

Frank R. Ramirez
Fort Collins, Colorado

Robert H. Reynolds
Indianapolis, Indiana

Roy S. Roberts
Scottsdale, Arizona

James D. Rogers
Billings, Montana

Matthew K. Rose
Fort Worth, Texas

Nathan O. Rosenberg
Laguna Beach, California

Jim Ryffel
Fort Worth, Texas

Allison Schuler
Albuquerque, New Mexico

Eric H. Schultz
Wellesley, Massachusetts

Charles H. Smith
Sutter Creek, California

Wesley J. Smith
Piedmont, California

Scott Sorrels
Atlanta, Georgia

William W. Stark Jr.
Los Altos Hills, California

Randall L. Stephenson
Dallas, Texas

David Steward
St. Louis, Missouri

Michael Surbaugh
Irving, Texas

Brad Tilden
Seattle, Washington

Rex W. Tillerson
Irving, Texas

Frank D. Tsuru
Houston, Texas

James S. Turley
St. Louis, Missouri

Pratik Vaidya
Sammamish, Washington

Steven E. Weekes
Hudson, Wisconsin

Gary E. Wendlandt
New York, New York

Brian Williams
Evansville, Indiana

James S. Wilson, D.M.
McLean, Virginia

Tom Yarboro
Goldsboro, North Carolina

**ADVISORY COUNCIL**

George L. Allen, M.D.
Rochester, Minnesota

Susan Au Allen
Washington, D.C.

Thomas D. Allen
LaGrange, Illinois

Chris G. Armstrong
Broken Arrow, Oklahoma

Norman R. Augustine
Bethesda, Maryland

Bray B. Barnes
Toms River, New Jersey

Charles E. Bayless
Gilford, New Hampshire

Robert A. Bedingfield
Potomac, Maryland

Jean B. Bingham
Bountiful, Utah

Wayne E. Bingham
Albuquerque, New Mexico

Rick P. Bragga
Richmond, Virginia

Richard Brenner
Cupertino, California

Dr. David L. Briscoe
Benton, Arkansas

M. Joseph Brough
Salt Lake City, Utah

Allen D. Brown
Houston, Texas

M. Anthony Burns
Miami, Florida

Harriss A. Butler, III
Parkesburg, Pennsylvania

Peter P. Casey
Weston, Massachusetts

Chip Clardy
Charlotte, North Carolina

J. Robert Coleman
Piedmont, California

Bonnie H. Cordon
Salt Lake City, Utah

John M. Coughlin
Larchmont, New York

David Disney
Kansas City, Missouri

Clark W. Fetridge
Chicago, Illinois

Harold C. Friend, M.D.
Boca Raton, Florida

John M. Gibson
Drumore, Pennsylvania

Larry Gibson
Highland, Utah

Robert K. Green
Kansas City, Missouri

Most Rev. Robert E.
Guglielmone
Charleston, South Carolina

James A. Hackney III
Washington, North
Carolina

Carlos R. Hamilton Jr., M.D.
Houston, Texas

Michael D. Harris, Esq.
Palm Springs, California

Douglas D. Holmes
Salt Lake City, Utah

Harold S. Hook
Houston, Texas

William S. Hurst
Park City, Utah

Mark A. Hutchinson
Las Vegas, Nevada

Donald W. Kaatz
Westlake, Ohio

G. Edward Lewis, Ph.D.
Santa Fe, New Mexico

Elmer C. Lupton
Charlestown,
Massachusetts

Carl M. Marchetti, M.D.
Ocean, New Jersey

J. Willard Marriott Jr.
Bethesda, Maryland

R. Dan Matkin
Irving, Texas

Mark P. Mays
San Antonio, Texas

Glen McLaughlin
Los Gatos, California

W. Walter Menninger, M.D.
Topeka, Kansas

Brian W. Merkley
Salt Lake City, Utah

Gary Milliman
Brookings, Oregon

James T. Morris
Indianapolis, Indiana

Francis H. Olmstead Jr.
Painted Post, New York

Bruce D. Parker
Coral Gables, Florida

Edward A. Pease
Reston, Virginia

Charles Pigott
Bellevue, Washington

James Pooley
Menlo Park, California

Hugh Redd
Great Falls, Virginia

James M. Reddinger
Birmingham, Alabama

Gerard O. Rocque
Fredonia, New York

Bill Rosner
Pittsburgh, Pennsylvania

Coleman D. Ross
Chapel Hill, North
Carolina

Robert S. Rownd
Canton, Ohio

Bobby S. Shackouls
Houston, Texas

Hal Shevers
Batavia, Ohio

O. Temple Sloan Jr.
Raleigh, North Carolina

Marshall M. Sloane
Medford, Massachusetts

John F. Smith
Metamora, Michigan

Robert J. Smith
Holmdel, New Jersey

Ronald J. Temple, Ph.D.
Chicago, Illinois

Bruce R. Trefz
Gastonia, North Carolina

K. Gregory Tucker
Readyville, Tennessee

Togo D. West Jr.
Washington, D.C.

R. Ray Wood
Rockford, Illinois

Dan Zaccara
Allen, Texas

**In Memoriam:**

Nancy Reagan
Los Angeles, California

27

**BOY SCOUTS OF AMERICA**
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, Texas 75015-2079
www.scouting.org

190-002
2017 Printing

28

**BSA00000613**