# EXHIBIT 3



November 1, 2017

**Via USPS and
EMAIL at:  jeffh@ocbsa.org**

Mr. Jeffrie A. Herrmann
Scout Executive
Orange County Council, BSA
1211 East Dryer Road
Santa Ana, CA 92705



Mr. Herrmann:

**Girl Scouts of the USA**
Office of the General Counsel
420 Fifth Avenue
New York, NY 10018-2798
212-852-5018
Jrochon@girlscouts.org

It has come to our attention that the El Capitan District Scouts of the Orange County Council for Boy Scouts is distributing fundraising materials in connection with an upcoming fundraiser to be held on November 30, 2017 stating that the proceeds from the luncheon will help fund, among other initiatives, "implementation of our New BSA Girl Scouting Program." (*See Exhibit A attached hereto*).

Girl Scouts of the USA ("GSUSA") recognizes the important work that Boy Scouts provides to boys throughout this country.  However, we are compelled to reach out here because Boy Scouts may not use the Girl Scouts name and trademarks to describe its programming.  Only Girl Scouts is permitted to use such marks as set forth below, and we ask that you not only adhere to the law but also the principles of the Boy Scouts Oath and Law in obeying such laws.

GSUSA has the sole and exclusive right by virtue of its Congressional Charter, including 36 U.S.C. § 80305, to have and use, in carrying out its programs, all service marks, trademarks, emblems, badges, descriptive or designating marks and other words.  This includes any reference to Girl Scouts or Girl Scouting.  In addition to the special statutory protections and rights conferred upon GSUSA by Congress, GSUSA's rights over the "Girl Scouts" marks are protected under common law as a result of its long standing and exclusive use of the name Girl Scouts since at least as early as 1913 and the additional protections accorded under federal trademark registrations.  *See, e.g.,* GIRL SCOUTS, Serial No. 89000078, and numerous other marks that contain "Girl Scouts" like GIRL SCOUT GOLD AWARD, No. 2094328 and GIRL SCOUT COOKIES, No. 0964,309.

The attached materials use the Girl Scout® trademark without our authorization by referencing a BSA "Girl Scouting Program."  Such use is deceptive, misleading and likely to confuse the public into believing that there is an association, sponsorship or some arrangement between our organizations to use our iconic name -- which is not the case. To be clear, Boy Scouts is not authorized to use the Girl Scouts name or

*Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.*

marks, or any confusingly similar marks in connection with any BSA programming or services.

Please be further advised that charitable solicitations, as reflected in the attached flyer, are a regulated activity that state attorneys general oversee. Including false or misleading statements in charitable solicitations or using the name of a charity in connection with fundraising without its permission is impermissible. Under Section 12599.6 of the California Government Code, enforced by the California Attorney General, charities are, among other things, prohibited from using any unfair or deceptive acts or practices that create a likelihood of confusion or misunderstanding; using any name, symbol, or statement suggesting or implying that the contribution is for the benefit of a particular charitable organization when that is not the fact; or misrepresenting or misleading anyone in any manner to believe that any other person sponsors, endorses, or approves a charitable solicitation or charitable sales promotion when that person has not given consent in writing to the use of the person's name for these purposes.

Therefore, we must demand that you immediately: (i) cease dissemination in print or online of the attached flyer, (ii) send a communication to all parties who received the flyer and the host committee informing them that you did not have authority to use the phrase "Girl Scouting" in the referenced context or to relay that there are BSA "Girl Scouting Programs"; and (iii) provide us with written assurances that you and your districts, and all associated staff, will cease and desist from using or sending out any communications containing Girl Scouts name or marks, including Girl Scouting, unless you are referring to GSUSA's organization or its programming.

Thank you for your anticipated cooperation. This letter is written without prejudice to our rights, all of which are expressly reserved.

Sincerely,

Jennifer Rochon
Jennifer Rochon
General Counsel

cc:  Michael Surbaugh, CEO of BSA
     Steven P. McGowan, General Counsel of BSA

Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.

GSUSA_00097327

**Exhibit A**

Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.

Confidential



## EL CAPITAN DISTRICT SCOUTS

&

### Our Title Sponsors

 

&

### Host Committee

**CONGRESSMAN**
Alan Lowenthal
Lou Correa

**STATE SENATOR**
Janet Nguyen
Josh Newman

**ASSEMBLY MEMBER**
Sharon Quirk Silva
Young Kim - Emeritus

**OC SUPERVISORS**
Michelle Steel
Andrew Do

**OC DISTRICT ATTORNEY**
Tony Rackauckas

**STANTON**
Mayor Carol Warren
David John Shawver
Rigoberto Ramirez
Al Ethans
Brian Donahue

**GARDEN GROVE**
Mayor Steve Jones
Kris Beard
Thu-Ha Nguyen
Stephanie Klopfenstein
Phat Bui
Kim Nguyen

**OC SHERIFF**
Sandra Hutchens

**ANAHEIM**
Mayor Tom Tait
James Vanderbilt
Denise Barnes
Kris Murray
Stephen Faessel
Lucille Kring

**WESTMINSTER**
Mayor Tri Ta
Tyler Diep
Margie Rice
Sergio Contreras

## CORDIALLY INVITES YOU TO BE OUR GUEST
## AT A SPECIAL LUNCHEON TO SUPPORT SCOUTING



## By Chef David Slay
## 11200 Beach Blvd, Stanton, CA 90680
## Thursday November 30th 11:30 AM

Confidential

*"THE EL CAPITAN DISTRICT SERVES OVER 1,400 YOUTH IN ANAHEIM, GARDEN GROVE, STANTON, AND SURROUNDING CITIES. SCOUTINGS POSITIVE IMPACT HELPS OUR LOCAL FAMILIES AND YOUR COMMUNITY. PLEASE JOIN US AS WE CELEBRATE SCOUTING AND HELP ENSURE BSA'S SPECIAL SCOUTING PROGRAMS FOR TODAY'S YOUTH"*

**Troop 111 Scoutmaster Emeritus David John Shawver**

**The proceeds from the luncheon will provide funding for our Cub Scouts, Boy Scouts, Adventure Scouts, Explorer Scouts, and in the development and implementation of our New BSA Girl Scouting Programs!**

### *Suggested Levels of Support for El Capitan Scouts*

|   |   |   |
|---|---|---|
| ★ | **Special Gift  $_____** | |
| ★ | **Tiger/Lion Sponsor** | **$250.00** |
| ★ | **Cub Sponsor** | **$500.00** |
| ★ | **Tenderfoot Sponsor** | **$750.00** |
| ★ | **Star Sponsor** | **$1,000.00** |
| ★ | **Life  Sponsor** | **$2,500.00** |
| ★ | **Eagle Sponsor** | **$5,000.00** |

- - ✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Your Sponsorship Amount : $_____**

**Donation Information and ON-LINE Payment LINK:**

## http://ocbsa.kintera.org/elcapitan

Please make checks payable to **Orange County Council Boy Scouts of America**-501(C)3 TAX ID 95-1727660 Donor Cards will be available and collected at the Luncheon or Please send checks or credit card authorization with attached form to:

**Orange County Council, Boy Scouts of America 1211 E. Dyer Road, Santa Ana, CA. 92705**

**Credit Card Account #_____ Type VISA MC Etc._____**

**Expiration_____ Name on Card _____Code_____**

**Address_____**

**City_____ZIP_____Phone_____**

**Email_____Signature_____**

**Please RSVP by Friday Nov. 24th** to Mayor Pro-Tem David Shawver 714-931-8863 dshawver1@att.net or Brian Morrissey at 714-546-8558 X112 brianm@ocbsa.org

Questions: Mayor Pro-Tem David Shawver or BSA Brian Morrissey at above email address or phone number

Confidential



BOY SCOUTS OF AMERICA
NATIONAL COUNCIL

Steven P. McGowan
General Counsel
steve.mcgowan@Scouting.org

November 2, 2017

**BY ELECTRONIC MAIL**
Jennifer Rochon
General Counsel, Girl Scouts of the USA
420 Fifth Avenue
New Your, New York 10018-2798

Dear Jennifer:

Thank you for your letter of November 1. On behalf of the Orange County Council and the Boy Scouts of America, please accept our apologizes for this inadvertent use of your legally protected brand. As you know, many of our volunteers and non-lawyer employees to do recognize the limitation of the use of trademarks or intellectual property and we welcome the opportunity to not only correct, but to educate our leaders.

As I indicated on the voicemail, upon receipt we immediately took steps to inform and assist the local council in taking corrective action. A list of those to whom the flyer was sent is being complied. All of them will be sent a message meeting the criteria outlined in your letter. Those responsible have also been informed that that your legally protected brands must not be used in any fashion without prior permission or in any manner that implies permission or affiliation with your organization.

Again, we apologize for this unfortunate error and thank you for bringing it to our attention in such a professional manner. If I do not have the opportunity before the onset of the holiday season, I wish you and your family enjoyable best wishes.

Very truly yours,

Steven P. McGowan

cc:    Jeff Hermann
       Mike Surbaugh

1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX 75015-2079
972-580-2000
www.scouting.org

**Prepared. For Life.**



Confidential

GSUSA_00106545



January 18, 2018

**Via USPS and EMAIL at:  Ron.Green@Scouting.org**

Mr. Ron Green, CEO & Scout Executive
Greater St. Louis Area Council
4568 W Pine Blvd
Saint Louis, MO 63108

Mr. Green:

It has come to our attention that your council distributed recruitment materials that used, without our authorization, the Girl Scout slogan: "building girls of courage, confidence, and character who make the world a better place."  This phrase was found on recruitment materials for Cub Scouts for events at the Community of Faith Church in Marion, Illinois from January 11, 13, 17th, and 22nd.  (*See Exhibit A attached hereto*).

Since your organization's announcement to allow girls into Boy Scouts, we have seen an uptick in instances of unauthorized uses of our Girl Scout intellectual property assets.  To be clear, Boy Scouts may not use the Girl Scouts' name, trademarks, tag lines, slogans, art work, font, trade dress or any other brand elements that are related to Girl Scouts.  Only Girl Scouts is permitted to use such brand elements, and we ask that you not only adhere to the law but also the principles of the Boy Scouts Oath and Law in obeying such laws.

The attached flyer misappropriates one of Girl Scouts' most famous slogans. This slogan has been used for years and is imprinted on our letterhead and other official materials.  Replacing the word "kids" for "girls" and adding the outdoor sentiment does not mitigate your liability under trademark infringement.  Unauthorized use of our famous tag line constitutes trademark infringement, dilution and is likely to mislead the public into believing that there is an association, sponsorship or some arrangement between our organizations.

Therefore, we must demand that you immediately: (i) cease dissemination in print or online of the attached email blast or flyer, (ii) if you have other marketing, promotional, or programming materials that employ our brand element, provide us with such examples and immediately cease such uses, and (iii) provide written assurance that you and your districts, and all associated staff, will cease and desist from using or sending out any communications containing any Girl Scout branding.

Thank you for your anticipated cooperation.  This letter is written without prejudice to our rights and any damages, at law and in equity, all of which are expressly reserved.

Sincerely,

*Jennifer Rochon*

Jennifer Rochon, General Counsel

cc:  Michael Surbaugh, Chief Scout Executive, BSA
     Steven P. McGowan, General Counsel of BSA

Girl Scouts of the USA
Office of the General Counsel
420 Fifth Avenue
New York, NY 10018-2798
212-852-5018
Jrochon@girlscouts.org

Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.

Confidential

Exhibit A



Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.

Confidential



**BOY SCOUTS OF AMERICA®**
NATIONAL COUNCIL

Burgin Hardin
Associate General Counsel
burgin.hardin@Scouting.org

January 25, 2018

<u>**Via E-mail (Jrochon@girlscouts.org)**</u>
Ms. Jennifer Rochon
General Counsel, Girl Scouts of the USA
420 Fifth Avenue
New York, New York 10018-2798

Dear Ms. Rochon:

Thank you for your letter of January 18, 2018, regarding a Cub Scouts recruitment flyer containing language similar to the Girl Scouts slogan, "…builds girls of courage, confidence, and character, who make the world a better place." We apologize for this inadvertent use of your slogan and appreciate the opportunity to correct the error and educate our volunteers.

As soon as we received your letter we began working with Greater St. Louis Area Council to take corrective action. Apparently, the volunteer leaders of a Cub Scout pack created the flyer—without the local council's approval—from a free online template and did not realize the significance of the tagline. Once the volunteers were notified of the issue, they removed the flyer from the pack's Facebook page and stopped distribution. The printed flyers were distributed in only two locations in Herrin, Illinois.

Please know the pack leaders acted in good faith and without any intent to misappropriate your slogan, cause confusion, or otherwise harm GSUSA. That said, they have been informed that GSUSA's brands, distinctive slogans, and other trademark and service marks must not be used in any BSA recruiting materials or other materials promoting BSA's programs.

Again, we apologize for this unfortunate error and thank you for bringing it to our attention. We appreciate the professional courtesy of your letter and allowing us an opportunity to investigate and address the matter.

Sincerely,

Burgin Hardin

Burgin Hardin

cc:    Ron Green
       Mike Surbaugh
       Steven P. McGowan

1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX 75015-2079
972-580-2000
www.scouting.org

**Prepared. For Life.®**



Confidential

GSUSA_00106476


girl scouts

January 30, 2018

**Via USPS and
EMAIL at: Jeff.Isaac@Scouting.org**

Mr. Jeff Isaac
CEO & Scout Executive
1218 W Adams Street
Chicago, IL 60607

Mr. Isaac:

Girl Scouts of the USA
420 Fifth Avenue
New York, NY 10018-2798
212-852-6520
girlscouts.org

I write with respect to recruitment material from your council that used, without our authorization, images of Girl Scouts in their official capacity wearing Girl Scout uniforms and badges to promote a Boy Scout sponsored Scouting Event at St. Vincent Ferrer which took place on January 11, 2018. (*See Exhibit A attached hereto*). The attached material includes the intellectual property of Girl Scouts of the USA (GSUSA) and confuses the public into believing that this was authorized by GSUSA or that there is an arrangement between our organizations.

We understand that Nancy Wright, the CEO of the Girl Scouts of Greater Chicago and Northwest Indiana, has spoken with you about this flyer and that you explained that it was created in the field by volunteers. We appreciate your representation to Ms. Wright that steps are being taken to ensure that this does not happen in the future.

Because this flyer infringes intellectual property held by Girl Scouts of the USA (GSUSA), we are required to send this notice. Since your organization's announcement to allow girls into Boy Scouts, we have seen an uptick in instances of unauthorized uses of our Girl Scout intellectual property assets. As a reminder, Boy Scouts may not use the Girl Scouts name, trademarks, trade dress or any other brand elements that are related to Girl Scouts, including Girl Scout uniforms or photos of Girl Scouts. Only Girl Scouts is permitted to use such brand elements.

Sincerely,

Andrea Pelaez
Associate General Counsel

cc: Michael Surbaugh, CEO of BSA
    Steven P. McGowan, General Counsel of BSA

Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.

Confidential

## Exhibit A



**Scouts Sign-Up Night!**

**Scouting is on the way back to St. Vincent Ferrer!**
Our scouting rally held before Christmas break confirmed that there is great interest in forming scout troops here at SVF! Now is the time to start signing up troops!

Please join us this Thursday Night in Kyte Hall to register for the new scouting program here at our school. We are planning to form the newly created Family Pack, which allows for dens at each level in which the girls and boys meet separately, yet large pack meeting, in which all dens meet, include all groups, allowing families to celebrate the successes of their children together!



We are also seeking **parent leaders** for the dens. Den meetings will be held weekly after school at St. Vincent Ferrer, and Pack Meeting monthly in the evenings. Initial training for adult leaders to be provided at the meeting. Please feel free to call Principal Glimco with questions or to volunteer!

**Scouts Sign-up Night**
**Where**: St. Vincent Ferrer - Kyte Hall
**When**: Thursday, January 11th 7-8:00 p.m.

**Sign up for new scouts: 7-7:30 p.m.**

**Training of new adult leaders: 7:30-8:00 p.m.**

**Cost:** $36 Payments may be made via cash, check or credit card.

**Additional Details:** Completed applications picked up in December may be turned in. Scouting professionals will bring extra applications for both youth and adult.

*All interested scouts, parents and leaders may join us. Grades Kindergarten through 4th - Boys and Girls!

Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.

GSUSA_00037361

# Re: Communication on Behalf of Andrea Pelaez, Associate General Counsel, GSUSA

| | |
|---|---|
| From: | Jeff Isaac <jeff.isaac@scouting.org> |
| To: | Jeff Isaac <jeff.isaac@scouting.org> |
| Cc: | Michael Surbaugh <michael.surbaugh@scouting.org>; Steve McGowan <steve.mcgowan@scouting.org>; "Rochon, Jennifer" <jrochon@girlscouts.org>; "Pelaez, Andrea" <apelaez@girlscouts.org> |
| Date: | Tue, 30 Jan 2018 21:55:48 +0000 |
| Attachments : | image001.png (8.11 kB); image002.jpg (3.84 kB); image003.jpg (1.01 kB); image004.jpg (876 bytes); image005.jpg (947 bytes); image006.jpg (955 bytes); image007.jpg (944 bytes); image008.jpg (931 bytes); image009.jpg (950 bytes); image010.jpg (1.04 kB) |

National team, I just received a phone call about this today. It appears to be from one of our units in the suburbs. This will be corrected by tomorrow. Thanks for understanding.

Jeff Isaac
Scout Executive/ CEO
Pathway To Adventure Council
1218 W. Adams St.
Chicago, IL 60607
## Sent from my iPhone

On Jan 30, 2018, at 3:15 PM, OfficeoftheGeneralCounsel <OfficeoftheGeneralCounsel@girlscouts.org> wrote:


> 
Good day Mr. Isaac,
The attached communication is sent on behalf of  Andrea Pelaez, Associate General Counsel, Girl Scouts of the USA. Thank you.
**<image001.png>**
Office of the General Counsel
**Girl Scouts of the USA**
420 Fifth Avenue
New York, NY  10018

Confidential

OfficeoftheGeneralCounsel@girlscouts.org

<image002.jpg>
Renew your Girl Scout membership at
**girlscouts.org**

<image003.jpg><image004.jpg><image005.jpg><image006.jpg><image007.jpg><image008.jpg><image009.jpg><image010.jpg>

<1-30-18- Jeff Isaac - Chicago -.pdf>

GSUSA_00073604


**girl scouts**

February 26, 2018

**Via USPS and**
**EMAIL at:** steve.mcgowan@Scouting.org

Steven P. McGowan
General Counsel, Boy Scouts of America
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX 75015-2079

Dear Steven:

We are in receipt of your letter of February 16, 2018 regarding the Connection media article that covered a Girl Scout troop's "Pinewood Derby" event.

We have looked into the matter and contacted the local council in the area referenced in the article that you forwarded. We have confirmed that the event referenced in the article was not a council event. Without the local council's knowledge, a group of volunteers, some of whom also volunteer at the Cub Scouts, hosted the aforementioned event and did not appreciate that "Pinewood Derby" was a registered trademark of BSA. Our council has already instructed the Service Unit that hosted this unofficial event that the term is not to be used in connection with racing events and will provide the same instruction at its next educational training to volunteers. We trust that this satisfactorily resolves this matter.

We must, however, object to BSA's continued instances of trading on Girl Scouts of the USA's brand. Attached is a snapshot of a wide-spread BSA toolkit (marketing materials) that BSA is currently disseminating to councils that causes confusion and trades on our good will. Specifically, at issue is an image of a Boy Scout which appears with a quote from our founder *Juliette Gordon Low*; a deliberate and unauthorized association between our founder, who is synonymous with Girl Scouts, to your organization. Please confirm the image has been deleted from the BSA toolkit or our founder's quote has been deleted from the image and that you have instructed all the councils who may have downloaded the image not to use it in its current state.

Sincerely,

Andrea Pelaez
Associate General Counsel

cc: Michael Surbaugh, CEO of BSA

*Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.*

Confidential

**Exhibit A**



"Scouting rises within you and
inspires you to put forth your best."

-Juliette Gordon Low

**Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.**

GSUSA_00049966


girl scouts

February 27, 2018

**Via USPS and**
**EMAIL at:** Chuck.Eaton@scouting.org

Mr. Chuck Eaton
CEO & Scout Executive
The Spirit of Adventure Council, Boy Scouts of America
600 West Cummings Park Drive, Suite 2750
Woburn, MA 01801

Dear Mr. Eaton:

It has come to our attention that your council used, without our authorization, the Girl Scouts name, as well as GIRL SCOUT® trademark and the Profiles logo, in marketing material to promote Boy Scout's New England Base Camp, as evidenced by the sample screen grabs from your website https://www.newenglandbasecamp.org/ (attached hereto as Exhibit A).

Since your organization's announcement to allow girls into Boy Scouts, we have seen an uptick in instances of unauthorized uses of our Girl Scout intellectual property assets. As a reminder, Boy Scouts may not use the Girl Scouts name, trademarks, trade dress or any other brand elements that are related to Girl Scouts. Only Girl Scouts is permitted to use such brand elements.

The attached material includes the intellectual property of Girl Scouts of the USA (GSUSA), namely our name, iconic profiles design mark, our levels' names, and incorrectly links our programming to yours. All of these unauthorized activities are likely to mislead the public into believing that this was authorized by GSUSA or that there is an arrangement between our organizations.

Therefore, please refrain from using any Girl Scout intellectual property in connection with Boy Scouts, any of its program activities, and camps.

Sincerely,

Andrea Pelaez
Associate General Counsel

cc: Michael Surbaugh, CEO of BSA
    Steven P. McGowan, General Counsel of BSA

Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.

Confidential

**Exhibit A**







## Main Locations



**Milton, MA (Camp Sayre)**

Everyone is invited to the Adventure Point at Base Camp in Milton. We have specific programs Cub Scouts and Brownies, Day and Girl Scouts, Venturing Corporate Training school groups and people. The general public.

**Activities available at our Milton location include**

Rock Climbing / Ice Climbing
Swimming

**Kingston, NH (Lone Tree)**

Base Camp in Kingston NH (Lone Tree) is offering age appropriated activities for Scouts in all programs! During these specific weekends Lone Tree will offer programs similar to those found at Base Camp & Summer Camp  Scouts will be encouraged to work in advancement or simply enjoy scouting activities

**Activities available at our Kingston NH location include**

Obstacle / Challenge Course

**Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.**

Confidential



← C | 🔒 Secure | https://www.newenglandbasecamp.org/plan-your-adventure/



Plan your Adventure    About/Getting Here    Take a Look    Calendar    Locations



## Plan your Adventure



Are you looking to add some excitement to your Saturday? New England Base Camp awaits with adventures for all. The general public is welcome to enjoy our facility which includes a High Ropes Course, an Archery Range, Rock Climbing/Bouldering areas and more. Come play outside with the whole family!

Get Started



Are you looking for an adventure? New England Base Camp offers opportunities for Scouts of all levels. Our enriching programs are designed to advance Cub Scouts, Boy Scouts, Girl Scouts, BSA Scouts and Venturing. Activities include a High Ropes Course, Science Treks and more.

Scout programs available at all locations.

Get Started

---

← C | 🔒 Secure | https://www.newenglandbasecamp.org/plan-your-adventure/scouts/



Plan your Adventure    About/Getting Here    Take a Look    Calendar    Locations

## Scout Programs

Scouts (Boy Scouts and Girl Scouts) make up the majority of the campers and participants at all Base Camp locations.

The Saturday Scout Open Program is the cornerstone of all programming at Base Camp. Scout groups can add onto their program experience by participating in High Adventure Programs. Additionally, Scouts have access to a wide range of lodging opportunities, from cabin camping, to lean-to shelters and tent camping.



### Saturday Program

Join us for our Saturday program! Either at our main camp in Milton, MA or at Liberty Tree in Kingston, NH.

From 10:00am- 5:00pm the campground is open for exploring. Come and give Ice Climbing a try and then head over to the Sledding and Snurfing hill, and Ice Skating rink. Be sure to save some time to go the STEM or Music rooms, indoor bouldering walk and test your winter survival skills with fort-building or snowshoeing. Scouts can always earn merit badges while they enjoy camp! We have all the skates, sleds, snow shoes and ice climbing tools you'll need.

At Base Camp in Milton, Scouts will have the equipment and resources to complete requirements that say "Do" or "Demonstrate." Leaders and parents can administer programs by following a pathway or working from their handbook on a specific

---

**Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.**

Confidential

GSUSA_00106554



BOY SCOUTS OF AMERICA®
NATIONAL COUNCIL

Steven P. McGowan
General Counsel
steve.mcgowan@Scouting.org

March 12, 2018

**BY ELECTRONIC MAIL (APelaez@girlscouts.org)**
Ms. Andrea Pelaez
Associate General Counsel, Girl Scouts of the USA
420 Fifth Avenue
New York, New York 10018-2798

Dear Andrea:

I have received your letter of February 26, 2018, and a copy of your February 27, 2018, letter to Mr. Chuck Eaton of the Spirit of Adventure Council.

Regarding your February 26 letter, first, thank you for your prompt attention to the matter involving the BSA's "Pinewood Derby" trademark. Second, your letter raises a new issue involving an image containing a photo of a Boy Scout with a quote by Juliette Gordon Low. We have found only two instances of this image on a blog written and managed by the BSA's Utah National Parks Council. Specifically, the image appears with two blog entries published in 2015 and 2016. We are not aware of any toolkit or other materials currently being distributed by BSA that contain the image.

Nevertheless, we do regret the Utah National Parks Council evoking the proud legacy of your organization's founder in this manner without your consent and have advised the Utah National Parks Council to take down the image. If you discover other instances of the image currently in use, please let me know so that we can take appropriate corrective action.

Regarding your February 27 letter to Mr. Eaton, please note that the camp at issue is a weekend camp that serves approximately 22,000 youth each year—including approximately 1,500 Girl Scouts. My understanding is Girl Scouts adult leaders asked the Spirit of Adventure Council to include the Girl Scout logo and names in the materials to help promote the camp's programs to Girl Scouts. We assure you, however, that the Spirit of Adventure Council respects and will comply with your request. It has already ordered new printed materials and is in the process of revising its digital assets.

Thank you for bringing these matters to our attention.

Very truly yours,

Steven P. McGowan

cc:    Mike Surbaugh
       Chuck Eaton

1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX 75015-2079
972-580-2000
www.scouting.org

**Prepared. For Life.®**



Confidential



**girl scouts**

April 11, 2018

**VIA EMAIL and US MAIL**
donald.shepard@scouting.org

**Girl Scouts of the USA**
420 Fifth Avenue
New York, NY 10018-2798
212-852-8000
girlscouts.org

Donald Shepard, Scout Executive/CEO
Michigan Crossroads Council, Boy Scouts of America
137 S. Marketplace Blvd
Lansing, MI 48917

Dear Mr. Shepard:

It was brought to the attention of the Girl Scouts of the USA ("GSUSA") that your council is hosting a "Northern Michigan Scout Natural Resources Day" at Study Home Farm on May 19, 2018 (the "Event") and using GSUSA trademarks, namely, the GIRL SCOUT® name, our iconic Profiles logo, and our Girl Scout badge, specifically the Cadette Trees Badge, and educational program names such as Naturalist Journey (collectively, "Girl Scout Trademarks") to sell and promote the Event as evidenced by the attached flyer received by GSUSA as well as an on-line promotion via Department of Agriculture and Rural Development's website under the name "Tree Farm Field Day for Scouts" (together with the Event, collectively, the "Event") (attached hereto as Exhibit A).

The attached material, which includes the Girl Scout Trademarks, is likely to mislead the public into believing that this was authorized by GSUSA or that there is an arrangement between our organizations to host this Event.

Therefore, we must demand that you immediately: (i) cease dissemination in print or online of the attached flyer and/or any invitation related thereto, (ii) if you have other marketing, promotional, or programming materials that use our intellectual property, provide us with such examples and immediately cease such uses, and (iii) written assurances that you and your districts, and all associated staff, will cease and desist from using or sending out any communications containing any Girl Scout branding.

Sincerely,

Andrea Pelaez
Associate General Counsel

cc:     Steven P. McGowan, General Counsel of BSA

1

**Girl Scouting builds girls of courage, confidence, and character who make the world a better place.**

Confidential

**EXHIBIT A**

    

Northern Michigan Scout Natural Resources Day

**Where:** Study Home Farm, 5081 E. Martin Lake dr., Gaylord, MI

**When:** May 19, 2018

**Time:** 8:30 a.m. – 4 p.m.

This is open to Boy Scouts and Girls Scouts. Boy Scouts that attend will earn the forestry and animal science merit badges (no prerequisites). Girl Scouts will work on the several badges as well. Because of the teaching environment, we are limiting this to 60 participants (approximately 30 boys and 30 girls), so we will need pre-registration.

**Cost:** Free (Lunch will be provided)

**Contact information:**
Chris Anderson
(231) 590-4089
Ca122574@sbcglobal.net
Registration will open on April 1, 2018. Please contact me to register.

This is made possible by the following organizations:

   

Girl Scouting builds girls of courage, confidence, and character who make the world a better place.

Confidential



MDARD - Tree Farm Field Day for the Scouts | ard/0.4610,7-125-1599_28740_67240-460336--m_2018_5,00.html

Apps   Microsoft Office Hor    Office of the Genera:    United States Patent    Amazon.com - Rep:    Trademark Report F:    90s Alternative Radi:    Girl Scouts - Officia!    Etsy :: Your place to

# Department of Agriculture & Rural Development

About MDARD

Animal Health & Care

Consumer Information

Environmental Programs

Anaerobic Digesters

Biosolids

Conservation District Information

CREP

Envirothon

MDARD   ENVIRONMENTAL PROGRAMS   PRIVATE FORESTLANDS INITIATIVE   FAP EVENTS CALENDAR

## Tree Farm Field Day for the Scouts

**Date:** May 19, 2018
**Time:** 09:00 AM - 03:00 PM
**Location:** M  Study Farms in Gaylord, MI

Join District Forester Diane Bomer, MAEAP Technician Chris Anderson, and other special guests, for a fun filled day at the farm and in the forest  Two training tracks will allow scouts to explore life on the farm caring for sheep and what it takes to be a Forester.  Scouts will have the opportunity to earn two badges in one day!  Boy Scouts will earn the Forestry Badge and the Animal Sciences Badge while Girl Scouts will earn badges on their Naturalist Journey.

Contact Diane Bomer for more information and to RSVP (Diane.Bomer@macd.org) 989-732-4021

Add to Calendar:   iCalendar   Google   Yahoo   MSN/Hotmail/Live

**Girl Scouting builds girls of courage, confidence, and character who make the world a better place.**

3

Confidential



BOY SCOUTS OF AMERICA®
NATIONAL COUNCIL

<div align="right">
Burgin Hardin
Associate General Counsel
Mailing Address: 2109 Westinghouse Blvd.
Charlotte, NC 28241
(704) 588-4260 x494 or Burgin.Hardin@scouting.org
</div>

April 18, 2018

**Via E-mail (Apelaez@girlscouts.org)**
Ms. Andrea Pelaez
Associate General Counsel, Girl Scouts of the USA
420 Fifth Avenue
New York, New York 10018-2798

Dear Ms. Pelaez:

We have received a copy of your April 11 letter to Donald Shepard, Scout Executive of the Michigan Crossroads Council, regarding the Northern Michigan Natural Resources Day.

As you may not know, the Northern Michigan Natural Resources Day is an event for members of both our organizations and is organized through the collaborative efforts of a Boy Scout unit and a Girl Scout unit in Gaylord, Michigan. I understand a Girl Scout unit leader was involved with the creation of the flyer that was enclosed with your letter.

Considering those facts, I respectfully disagree that the materials you cited are misleading. To the contrary, they appear quite accurate. That said, we certainly respect your request. The Michigan Crossroads Council has already instructed the Boy Scout unit involved to remove the GSUSA logos and insignia from the flyer at issue.

Thank you very much for bringing this matter to our attention. If you have any further concerns, please do not hesitate to contact us.

Sincerely,

Burgin Hardin
Associate General Counsel

cc:    Donald Shepard, Scout Executive, Michigan Crossroads Council
       Steven P. McGowan, General Counsel, BSA



www.scouting.org

Prepared. For Life.™



**girl scouts**

April 17, 2018

By Email:  (steve.mcgowan@Scouting.org)

Steven P. McGowan, Esq.
General Counsel, Boy Scouts of America
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX 75015-2079

Girl Scouts of the USA
420 Fifth Avenue
New York, NY 10018-2798
212-852-6520
girlscouts.org

Dear Steven:

We write to you once again over BSA's continued
use of this image with our founder's quote.

In your letter of March 12th, you indicated that there
had been only two instances of the use of such photo
and that BSA was not distributing a toolkit that
contained the infringing material.

As we previously stated in our letter of February 26,
2018, BSA created a tool kit of social media images,
including the above image, for council use.  Below is the link where you can find
the image, which is the first image under Social Media Sharable
assets:  https://scouting.webdamdb.com/bp/#/folder/603364/.

The social media ready images are made available through BSA Brand Center
found on BSA's national website, Scoutingwire.org.  *See*
https://scoutingwire.org/bsa-brand-center/.  We once again renew our
objections outlined in our letter of February 26, 2018, and request that either
the image be deleted from the BSA toolkit or your delete the quote from the
image.  We also request that you instruct all your councils against the use of
the image in the format noted above.

Sincerely

Andrea Pelaez
Associate General Counsel
T: 212-852-6540
apelaez@girlscouts.org

cc: Michael Surbaugh, CEO of BSA

Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.

Confidential



**BOY SCOUTS OF AMERICA®**
NATIONAL COUNCIL

Burgin Hardin
Associate General Counsel
Mailing Address: 2109 Westinghouse Blvd.
Charlotte, NC 28241
(704) 588-4260 x494 or Burgin.Hardin@scouting.org

April 19, 2018

**Via E-mail (Apelaez@girlscouts.org)**
Ms. Andrea Pelaez
Associate General Counsel, Girl Scouts of the USA
420 Fifth Avenue
New York, New York 10018-2798

Dear Ms. Pelaez:

Thank you for your April 17 letter concerning this image:



We appreciate you bringing the matter to our attention. The image
has been removed from the BSA Brand Center, as requested.

Apparently, this image was created almost four years ago and
added to the BSA Brand Center as part of a large collection of
images reflecting the positive experiences enjoyed by youth in BSA's programs. The collection
was made available as a resource for local councils and units to use or not use as they saw fit.
When we received your initial February 26 letter, we were not aware this image was part of the
collection.

We certainly understand and respect your concern about including Juliette Gordon Low's quote
as part of the image, and commit to informing our local councils that they should not use the
quote. Rest assured, the image is not and was not featured in any active marketing campaign or
intended to cause any confusion as to the relationship between GSUSA's programs and the
BSA's.

Sincerely,

*Burgin Hardin*

Burgin Hardin
Associate General Counsel

cc:    Steven P. McGowan, General Counsel, BSA



www.scouting.org                    Prepared. For Life.™

Confidential



May 22, 2018

Girl Scouts of the USA
420 Fifth Avenue
New York, NY 10018-2798
212-852-8000
girlscouts.org

**VIA EMAIL**
steven.mcgowan@scouting.org

Mr. Steven McGowan
General Counsel
Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX 75015

Dear Steve:

Following up to your letter dated March 12, 2018, with regard to Spirit of Adventure Council's inclusion of the Girl Scouts name and logos, it has been brought to our attention that Boy Scout's New England Base Camp, partially complied with our original request. Certain references we previously identified as confusing due to the manner in which they were displayed, namely, "boy and girl Scouts", on the website remain unchanged (attached hereto as Exhibit A).

Please advise Spirit of Adventure Council that any references to Girl Scouts should remain separate to Boy Scouts.

Sincerely,

Andrea Pelaez
Associate General Counsel

cc:    Michael Surbaugh, CEO of BSA
       Chuck Eaton

Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.

Confidential

**Exhibit A**

**NEW ENGLAND**
**BASE CAMP**                    Plan your Adventure        About/Getting Her



## Milton, MA (Camp Sayre)

Everyone is invited to the adventure programs at Base Camp in Milton. We have
specific programs Cub Scouts, boy and girl Scouts, Venturing, Corporate Training,
school groups and open to the general public

**Activities available at** our Milton location include

Rock Climbing / Ice Climbing
Swimming
Ropes Course
Learn to Camp
Hiking and Outdoor Skills
Ecology / STEM Activities
Archery and Shooting Sports
Seasonal Clinics / Lessons to enhance your skills in Archery, Rock Climbing and
Swimming
Leadership and Outdoor Skills Training

Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.

Confidential                                              GSUSA_00100734



🔒 Secure | https://www.newenglandbasecamp.org/locations-2/main-location-1/

## Milton, MA (Camp Sayre)

### Adventure Programs at New England Base Camp

Everyone is invited to the Adventure programs for at Base Camp in Milton. We have specific programs Cub Scouts and Brownies, Boy and Girl Scouts, Venturing, Corporate Training, school groups and open to the general public. New England Base Camp in Milton is open most weekends throughout the year. We are also available during the week for private groups including schools, corporation and civic organizations. Contact us today to plan your custom adventure.

**Activities available at our Milton location include**

**Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.**

Confidential

GSUSA_00100735


BOY SCOUTS OF AMERICA®
NATIONAL COUNCIL

Burgin Hardin
Associate General Counsel
burgin.hardin@Scouting.org

May 30, 2018

**Via E-mail (Apelaez@girlscouts.org)**
Ms. Andrea Pelaez
Associate General Counsel, Girl Scouts of the USA
420 Fifth Avenue
New York, New York 10018-2798

Dear Ms. Pelaez:

Thank you for your follow-up letter concerning the Spirit of Adventure Council's website. The reference to "boy and girl Scouts" that you identified was inadvertently overlooked when the local council updated its website recently.

The phrase "boy and girl Scouts" has been removed from the webpage you cited. The local council regrets the error and will continue to diligently monitor its printed and electronic communications for any references to "Girl Scouts".

On behalf of the Spirit of Adventure Council, thank you for bringing this to our attention. If you have any other concerns about this matter, please let us know.

Sincerely,

Burgin Hardin

Burgin Hardin
Associate General Counsel

cc:   Chuck Eaton, Scout Executive, Spirit of Adventure Council, BSA
      Steven P. McGowan, General Counsel, BSA

1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX 75015-2079
972-580-2000
www.scouting.org

**Prepared. For Life.®**



Confidential

GSUSA_00098944



**girl scouts**

March 12, 2018

**Via USPS and EMAIL**
Steven.McGowan@Scouting.org

Girl Scouts of the USA
420 Fifth Avenue
New York, NY 10018-2798
212-852-6520
girlscouts.org

Steven P. McGowan, Esq.
General Counsel
Boy Scouts of America
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, Texas 75015

Dear Mr. McGowan:

It has come to our attention that Boy Scouts of America ("BSA") is using, without our authorization, the GIRL SCOUT GOLD AWARD® trademark (Registration No. 2094328) on the BSA Official Retail Site to promote the sale of the "Eagle or **Gold Award** Recognition Ribbon" as evidenced by the sample screen shot from your website http://www.scoutstuff.org/bsa/uniforms-insignia/insignia-metal/pins/rib-es-gold-awd-bar.html#.WqFd9mrwYdU) (attached hereto as Exhibit A).

The attached material includes the intellectual property of Girl Scouts of the USA ("GSUSA"), namely, our highest award and honor, the GOLD AWARD, as part of the product name for your ribbon which retails at $1.09 each. This unauthorized commercial use of our mark is likely to mislead the public into believing that this was approved and/or endorsed by GSUSA or that there is an arrangement between our organizations.

Therefore, we ask that you promptly rename this product and modify all marketing materials accordingly.

Sincerely,

Andrea Pelaez
Associate General Counsel

cc:  Michael Surbaugh, CEO of BSA
     Jennifer Rochon, General Counsel, Girl Scouts of the USA

Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.

GSUSA_00106519

**Exhibit A**

www.scoutstuff.org/bsa/uniforms-insignia/insignia metal/pins/rib es-gold-awd-bar.html#.WqaNeGrwaM9

Enter keyword or item # | LOGIN | CREATE AN ACCOUNT | MY WISHLIST (0) | MY BAG (0) | CHECKOUT

SCOUT SHOP
*Official Retail Site of the BSA*

**Contact Us**
*We're here to help!*
**1-800-323-0736**

CUSTOMER HELP
FIND A LOCATION
SCOUTING RESOURCES

BSA

Home BSA Uniforms & Insignia Insignia Metal Pins Eagle or Gold Award Recognition Ribbon

## Eagle or Gold Award Recognition Ribbon

Item. 4036

**Availability:** *In Stock*

**$1.09**

May be worn by an Explorer who has achieved the Boy Scouts of America or Girl Scouts of the U S A highest award and honor (the BSA Eagle or GSUSA Gold). The recognition is a red, white, and blue commendation bar

ADD TO WISHLIST 0

Like One person likes this Be the first of your friends

Save

Enlarge Image
Size Charts
Shipping rates & policy

My Bag Wishlist
You have no items in your bag

Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.



**BOY SCOUTS OF AMERICA**
NATIONAL COUNCIL

Steven P. McGowan
General Counsel
steve.mcgowan@Scouting.org

April 6, 2018

**BY ELECTRONIC MAIL (APelaez@girlscouts.org)**
Ms. Andrea Pelaez
Associate General Counsel, Girl Scouts of the USA
420 Fifth Avenue
New York, New York 10018-2798

Dear Andrea:

I have received your letter of March 12, 2018, regarding a ribbon offered for sale through BSA's e-commerce website at www.scoustuff.org.

We have updated the product listing by removing the term "Gold Award" from the product name, as requested, and also revised the product description.

As you may not know, the BSA has launched a new version of its e-commerce website, which is now located at www.scoutshop.org. The product you referred to in your letter can now be found at the following link:

https://www.scoutshop.org/eagle-or-gold-award-recognition-ribbon-4036.html

Thank you for bringing this matter to our attention.

Very truly yours,

Steven P. McGowan

1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX 75015-2079
972-580-2000
www.scouting.org

**Prepared. For Life.**



Confidential



April 4, 2018

**Via USPS and EMAIL at:**
wmascouting@scouting.org
cjbriere@c-itsolutions.com

Mr. Sam Everett, Council Commissioner
Mr. Jeff Glaze, President
Mr. Corey Briere, Committee Chairperson, Pack 303
Boy Scouts of America, Western Massachusetts Council
1 Arch Rd #5
Westfield, MA 01085

Dear Sirs:

Girl Scouts of the USA
420 Fifth Avenue
New York, NY 10018-2798
212-852-6520
girlscouts.org

It has come to our attention that Pack 303 of South Hadley, MA, located within your district, distributed recruitment materials that used, without our authorization, a photograph of a girl depicted in her GIRL SCOUTS® Brownie's uniform. This photograph was found on recruitment materials for Cub Scouts Pack 303 on their Facebook page at https://www.facebook.com/Pack303Scouts/ (attached hereto as Exhibit A) (collectively, the "Recruitment Flyer").

Since your organization's announcement to allow girls into Boy Scouts, we have seen an uptick in instances of unauthorized uses of our Girl Scout intellectual property assets. Boy Scouts may not use the Girl Scouts name, trademarks, tag lines, slogans, art work, font, trade dress or any other brand elements that are related to Girl Scouts. Only Girl Scouts is permitted to use such brand elements, and we ask that you not only adhere to the law but also the principles of the Boy Scouts Oath and Law in obeying such laws.

The attached material includes the intellectual property of Girl Scouts of the USA (GSUSA), namely our uniform. Further, you are using our uniform in a manner that is likely to mislead the public into believing that this was authorized by GSUSA, that there is an arrangement between our organizations, or that Cub Scouts can provide a Girl Scout experience. It cannot.

Therefore, we must demand that you immediately: (i) cease dissemination in print or online of the attached Recruitment Flyer, (ii) if you have other marketing, promotional, or programming materials that use our intellectual property, provide us with such examples and immediately cease such uses, and (iii) written assurances that you and your districts, and all associated staff, will cease and desist from using or sending out any communications containing any Girl Scout branding.

Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.

Confidential

Thank you for your anticipated cooperation. This letter is written without prejudice to our rights and any damages, at law and in equity, all of which are expressly reserved.

Sincerely,

Andrea Pelaez
Associate General Counsel

cc:    Steven P. McGowan, General Counsel of BSA

Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.

Confidential

Exhibit A

# Did you know that you can be a Girl Scout _and_ a Cub Scout?



Cub Scout Pack 303 in South Hadley is a Family Program, welcoming all boys and girls in Kindergarten - 4th grade. www.303scouts.com

www.facebook.com/Pack303Scouts 

Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.

Confidential



BOY SCOUTS OF AMERICA®
NATIONAL COUNCIL

Burgin Hardin
Associate General Counsel
burgin.hardin@Scouting.org

April 12, 2018

**Via E-mail (Apelaez@girlscouts.org)**
Ms. Andrea Pelaez
Associate General Counsel, Girl Scouts of the USA
420 Fifth Avenue
New York, New York 10018-2798

Dear Ms. Pelaez:

We have received a copy of your April 4, 2018, letter to the BSA's Western Massachusetts Council concerning a recruitment flyer distributed by Pack 303 of South Hadley, Massachusetts.

Apparently, the flyer was created by the volunteer leaders of Pack 303 without the local council's approval and was immediately removed from the pack's Facebook page when your letter arrived. I understand that approximately 50 printed copies of the flyer were produced initially, and all remaining copies have been destroyed.

The pack leaders acted in good faith and without any intent to cause confusion or otherwise harm GSUSA. That said, the council's volunteers and staff have been informed that GSUSA's name, trademarks, and trade dress should not be used in any BSA recruiting materials or other materials promoting BSA's programs.

On behalf of the Western Massachusetts Council and Pack 303, thank you for bringing this matter to our attention. We appreciate the professional courtesy of your letter and the opportunity to address the matter.

Sincerely,

*Burgin Hardin*

Burgin Hardin
Associate General Counsel

cc:    David Kruse, Scout Executive, Western Massachusetts Council, BSA
       Steven P. McGowan, General Counsel, BSA

1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX 75015-2079
972-580-2000
www.scouting.org

Prepared. For Life.®

Confidential

GSUSA_00097335



**girl scouts**

April 17, 2018

**Girl Scouts of the USA**
420 Fifth Avenue
New York, NY 10018-2798
212-852-8000
girlscouts.org

VIA EMAIL and US MAIL
Michael.surbaugh@scouting.org
steven.mcgowan@scouting.org

Mr. Michael Surbaugh, CEO
Mr. Steven McGowan, General Counsel
Boy Scouts of America
1325 W. Walnut Hill Lane
Irving, Texas 75038

Dear Sirs:

It was brought to the attention of the Girl Scouts of the USA ("GSUSA") that a Boy Scouts council in Red Bluff, California recently advised a retail store that it should not permit Girl Scouts to engage in its product sales, including cookie sales, on the store premises as they had traditionally done in the past. The manager of the store informed Girl Scouts that the Boy Scout leader told the store manager that the store should not allow Girl Scouts to sell anything on the store premises anymore because the Boy Scouts now served girls.

BSA's direct interference with Girl Scout programs and product sales is unacceptable and we ask that you promptly educate your councils and volunteers as such.

Sincerely,

Jennifer Rochon
General Counsel, Girl Scouts of the USA

Girl Scouting builds girls of courage, confidence, and character who make the world a better place.

GSUSA_00106537



BOY SCOUTS OF AMERICA
NATIONAL COUNCIL

Steven P. McGowan
General Counsel
steve.mcgowan@Scouting.org

April 20, 2018

**BY ELECTRONIC MAIL**
Jennifer Rochon
General Counsel, Girl Scouts of the USA
420 Fifth Avenue
New York, New York 10018-2798

Dear Jennifer:

I received your April 17 letter concerning a BSA local council in Red Bluff, California. We are doing our best to investigate the matter, even though the information you provided was not very specific. If you have any additional details about the situation, such as the Boy Scout unit involved, when it occurred, or the name and location of the retail store, please send it to me as it would help us identify and address the issue.

The BSA supports the work of all youth-serving organizations, including the Girl Scouts of the USA. If any interference occurred, as you claim, we agree it would be unacceptable.

Thank you again for your letter. I will follow-up with you when our investigation is complete. In the meantime, we are preparing a communication to all BSA local councils reminding them to always be supportive of other youth-serving organizations and their efforts so that we can all be successful in growing youth into better citizens.

Very truly yours,

Steven P. McGowan

cc:    Mike Surbaugh, Chief Scout Executive, BSA
       Shane Calendine, Western Region Director, BSA

1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX 75015-2079
972-580-2000
www.scouting.org

**Prepared. For Life.®**

Confidential

GSUSA_00106536



May 8, 2018

**Girl Scouts of the USA**
420 Fifth Avenue
New York, NY 10018-2798
212-852-8000
girlscouts.org

VIA EMAIL
steven.mcgowan@scouting.org

Mr. Steven McGowan, General Council
Boy Scouts of America
1325 W. Walnut Hill Lane
Irving, Texas 75038

Dear Steve:

I write to follow up on my letter of April 17, 2018 to provide further information as you requested regarding the Boy Scouts council's interference with Girl Scouts' program in Red Bluff, California. It was reported to Girl Scouts of the USA ("GSUSA") that a Boy Scout leader approached a store employee named John at Tractor Supply in Red Bluffs on the Saturday of Super Bowl weekend 2018 and told him that Tractor Supply did not have to provide booth space to Girl Scouts anymore because Boy Scouts of America is now serving Girl Scouts and Boy Scouts.

John relayed this to a representative of the Girl Scout council who responded that Girl Scouts were not part of the BSA program and remained a separate entity. After this clarification, Tractor Supply then agreed to permit Girl Scouts to secure space for future booth sales. BSA's attempt to infere with Girl Scouts programming is not acceptable.

Sincerely,

Jennifer Rochon
General Counsel, Girl Scouts of the USA

**Girl Scouting builds girls of courage, confidence, and character who make the world a better place.**

Confidential



**BOY SCOUTS OF AMERICA**
NATIONAL COUNCIL

Steven P. McGowan
General Counsel
steve.mcgowan@Scouting.org

May 16, 2018

**BY ELECTRONIC MAIL**
Jennifer Rochon
General Counsel, Girl Scouts of the USA
420 Fifth Avenue
New York, New York 10018-2798

Dear Jennifer:

Thank you for your May 8 follow-up concerning the incident in Red Bluff, California.

Based on reports from the Scout Executive of the local council serving the Red Bluff community, we have no reason to believe the local council directed, condoned or even knew of the kind of activity you have described. If a unit leader did attempt to dissuade a retailer from supporting the Girl Scouts, as you claim, he did so on his own and in error.

In any event, the Scout Executive has talked with the manager of the Tractor Supply store in question. The Scout Executive informed the manager, for the avoidance of doubt, that BSA has no expectation that the store stop working with the Girl Scouts and any statement or suggestion to the contrary is wrong. Further, the Scout Executive encouraged the manager to continue the store's long-standing support of both BSA and GSUSA.

The BSA supports the work of all youth-serving organizations, including the Girl Scouts of the USA. As I mentioned in my April 20 letter, we have issued guidance to all BSA local councils reminding them to always be supportive of other youth-serving organizations and their efforts so that we can all be successful in growing youth into better citizens.

Very truly yours,

Steven P. McGowan

cc:    Shane Calendine, Western Region Director, BSA

1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX 75015-2079
972-580-2000
www.scouting.org

**Prepared. For Life.®**



Confidential

GSUSA_00106467



May 8, 2018

VIA EMAIL:
**steven.mcgowan@scouting.org**

Mr. Steven McGowan
General Counsel
Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX 75015

**Girl Scouts of the USA**
420 Fifth Avenue
New York, NY 10018-2798
212-852-8000
girlscouts.org

Dear Mr. McGowan:

I represent Girl Scouts of the USA (GSUSA) and write to ask that Boy Scouts of America (BSA) cease solicitation of Girl Scouts to feature in BSA commercial advertisements.

The Girl Scouts in Texas Oklahoma Plains ("GSTOP") reported to GSUSA that they received a call last week from a BSA freelance graphics designer and photographer named Tara Tamer. Ms. Tamer asked GSTOP to provide Girl Scouts who were 8 to 9 years of age to participate in a Boy Scouts' photoshoot scheduled for May 5th at Colleyville, Texas for BSA.

GSTOP declined and informed Ms. Tamer that Girl Scouts does not provide girl members, images/visual assets or other intellectual property of Girl Scouts to promote BSA. Ms. Tamer stated that BSA was endeavoring to do this throughout the country.

We must request that BSA cease any marketing strategy that entails the inclusion of Girl Scouts as part of the marketing of BSA activities. As you are well aware, Girl Scouts and Boy Scouts are separate entities and Girl Scouts' images should not be used to commercially promote BSA.

Sincerely,

Andrea Pelaez
Associate General Counsel

**Girl Scouting builds girls of courage, confidence, and character who make the world a better place.**

Confidential                                                                    GSUSA_00097383



**BOY SCOUTS OF AMERICA**®
NATIONAL COUNCIL

Steven P. McGowan
General Counsel
steve.mcgowan@Scouting.org

May 10, 2018

**BY ELECTRONIC MAIL (APelaez@girlscouts.org)**
Ms. Andrea Pelaez
Associate General Counsel, Girl Scouts of the USA
420 Fifth Avenue
New York, New York 10018-2798

Dear Andrea:

Thank you for your May 8 letter concerning an inquiry received by the Girl Scouts in Texas Oklahoma Plains from a photographer named Tara Tamer.

Ms. Tamer is a freelance designer and photographer who has done work for BSA for many years. In this instance, Ms. Tamer was assigned to recruit models and other talent to participate in a photo shoot for a BSA publication. On her own and without any direction from BSA, Ms. Tamer contacted a local Girl Scout unit to ask whether any of the girls in the unit would be interested in taking part.

BSA never intended to include the Girl Scouts brand (e.g., girls dressed in their Girl Scout uniforms) in the publication. Any statements by Ms. Tamer that BSA was endeavoring to recruit Girl Scouts for photo shoots or use GSUSA's brand to promote BSA are inaccurate and likely the result of miscommunication internally. (In the interest of full transparency: it is *possible* that one or more of the girls portrayed in BSA's publications and marketing materials could coincidentally be a member of the GSUSA, though that fact should not manifest in any BSA materials.)

After receiving your letter, our Manager of Photography, who manages freelancers' assignments, instructed all the photographers assigned to this project, including Ms. Tamer, to not contact any other youth organizations or clubs for the purpose of recruiting young people for photo or video shoots.

Thank you for bringing this matter to our attention. We apologize for any confusion this situation has caused. The BSA certainly understands and respects that images of Girl Scouts (i.e., girls dressed in their Girl Scout uniform or other clothing indicative of membership in GSUSA) should not be used to promote the BSA's programs.

Very truly yours,

Steven P. McGowan

1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX 75015-2079
972-580-2000
www.scouting.org

**Prepared. For Life.**®



Confidential

GSUSA_00106577



**Girl Scouts of the USA**
420 Fifth Avenue
New York, NY 10018-2798
212-852-8000
girlscouts.org

May 17, 2018

VIA EMAIL
tom.varnell@scouting.org

Thomas Varnell
CEO/Scout Executive
Boy Scouts Of America - Sam Houston Area Council
2225 N Loop West
Houston Texas 77008-1311

Dear Mr. Varnell:

It was brought to the attention of the Girl Scouts of the USA ("GSUSA") that your council is hosting a day camp program from June 4th to June 7th, 2018 (the "Event") using GSUSA trademarks, namely, the GIRL SCOUT® name, to market and promote the Event as evidenced by the attached flyer (attached hereto as Exhibit A).

The attached material, which includes the GIRL SCOUT name, is likely to mislead the public into believing that this was authorized by GSUSA or that there is an arrangement between our organizations to host this Event.

Therefore, we must demand that you immediately: (i) cease dissemination in print or online (including through Facebook groups and other social media platforms) of the attached flyer and/or any invitation related thereto, (ii) if you have other marketing, promotional, or programming materials that use our intellectual property, provide us with such examples and immediately cease such uses, and (iii) written assurances that you and your districts, and all associated staff, will cease and desist from using or sending out any communications containing any Girl Scout branding.

Sincerely,

Andrea Pelaez
Associate General Counsel

cc:    Steven P. McGowan, General Counsel of BSA

1

**Girl Scouting builds girls of courage, confidence, and character who make the world a better place.**

Confidential

**EXHIBIT A**



Girl Scouting builds girls of courage, confidence, and character who make the world a better place.

Confidential

GSUSA_00097747



BOY SCOUTS OF AMERICA®
NATIONAL COUNCIL

Burgin Hardin
Associate General Counsel
burgin.hardin@Scouting.org

May 30, 2018

**Via E-mail (Apelaez@girlscouts.org)**
Ms. Andrea Pelaez
Associate General Counsel, Girl Scouts of the USA
420 Fifth Avenue
New York, New York 10018-2798

Dear Ms. Pelaez:

We have received a copy of your May 17, 2018, letter to the BSA's Sam Houston Area Council concerning a flyer promoting a camp hosted by a district in the local council.

Apparently, a BSA volunteer created the flyer without the local council's knowledge or approval. More specifically, the volunteer developed a special version of the flyer, the one you cited in your letter, for a local Girl Scout leader who asked for information about the event that she could share with older Girl Scouts interested in earning service hours. The BSA volunteer acted in good faith and without any intent to cause confusion or otherwise harm GSUSA.

When Mr. Varnell received your letter, he took immediate action to address this matter. According to the BSA volunteer, the Girl Scout leader initially posted an electronic version of the flyer at issue, but the BSA volunteer has asked her to remove it and has assured us it will not be re-posted.

Mr. Varnell also contacted his GSUSA counterpart in the Houston area, Mary Vitek, with whom he has a good relationship, to explain the situation. As Mr. Varnell mentioned to Ms. Vitek, he is working to prevent the future use or distribution of any communications containing Girl Scout branding.

On behalf of the Sam Houston Area Council, thank you for bringing this matter to our attention. If you have any other concerns about this matter, please let us know.

Sincerely,

Burgin Hardin
Associate General Counsel

cc:     Tom Varnell, Scout Executive, Sam Houston Area Council, BSA
        Steven P. McGowan, General Counsel, BSA



1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX 75015-2079
972-580-2000
www.scouting.org

Prepared. For Life.®

GSUSA_00106569



May 17, 2018

<u>VIA EMAIL</u>
**steven.mcgowan@scouting.org**

Mr. Steven McGowan
General Counsel
**Boy Scouts of America**
1325 West Walnut Hill Lane
Irving, TX 75015

**Girl Scouts of the USA**
420 Fifth Avenue
New York, NY 10018-2798
212-852-8000
girlscouts.org

Dear Mr. McGowan:

It has come to our attention that BSA has posted under its Scoutstuff Instagram page the following image:



We are concerned about the sequential placement of the hashtags which are likely to cause confusion with our iconic cookie program.

**Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.**

GSUSA_00101757

Therefore, GSUSA respectfully requests that you modify the Instagram post to avoid confusion in the marketplace.

Thank you for your anticipated cooperation. This letter is written without prejudice to our rights and any damages, at law and in equity, all of which are expressly reserved

Sincerely,

Andrea Pelaez
Associate General Counsel

cc: Michael Surbaugh, CEO of BSA

**Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.**

Confidential

GSUSA_00101758



**girl scouts**

Girl Scouts of the USA
420 Fifth Avenue
New York, NY 10018-2798
212-852-8000
girlscouts.org

June 20, 2018

**VIA EMAIL**
Jason.pierce@scouting.org

Boy Scouts of America
Lincoln Heritage Council
Scout Executive Jason Pierce
Sam Swope Scout Center
12001 Sycamore Station Place
Louisville, KY 40299

Dear Mr. Pierce:

It was brought to the attention of the Girl Scouts of the USA ("GSUSA") that Lincoln Heritage Council's Camp Tunnel Mill Day Camp is hosting overnight camping services that include use of our proprietary and copyrighted *Journeys* and Badge curriculum. In addition to the unauthorized use of our copyrighted assets, the associated marketing collateral or recognitions identified the achievements girls earned through our curriculum as **GIRL Scout** achievements. Once again Boy Scouts of America ("BSA") continues to leverage our brand and name to attract and provide services to its members. *See attached flyer.*

Such a misappropriation of our intellectual property assets constitutes actionable trademark and copyright infringement and unfair competition. We have copied the National BSA leadership because this ongoing serial infringing activity by BSA councils is not decreasing but rather expanding and we would like more action to be taken by BSA to prevent these activities.

Therefore, we demand that your council, Camp Tunnel Mill, and all associated staff, immediately cease and desist from using any GSUSA intellectual property, branding or curriculum with respect to Boy Scout experiences or events and provide written assurances advising us of compliance. Similarly, we expect an action plan from BSA on preventing these ongoing infringing activities from their licensed councils.

Sincerely,

Andrea Pelaez
Associate General Counsel

cc:    Michael Surbaugh, CEO of BSA
       Steven McGowan, General Counsel of BSA

*Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.*

Confidential

**Exhibit A**



# GIRL Scout Achievements

### Tunnel Mill Day Camp 2018 Achievement List

These Achievements are a list of what a GIRL scout may have earned at Day Camp.
It is not intended to be an all-inclusive list and only applies if they attended all 5 day and actually completed the requirements.

| Brownie Grade 2-3 | Junior Grades 4-5 | Cadette Grades 6-8 |
|---|---|---|
| Journey | Practice with Purpose | LiA |
| It's Your Story — Tell it! | Gardener | |
| A World of Girls | Practice with a purpose | |
| | Staying Fit | |
| Bugs | Flowers | |
| Senses | Animal Habitats | |

Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.

GSUSA_00100259



Burgin Hardin
Associate General Counsel
burgin.hardin@Scouting.org

July 13, 2018

**Via E-mail (Apelaez@girlscouts.org)**
Ms. Andrea Pelaez
Associate General Counsel, Girl Scouts of the USA
420 Fifth Avenue
New York, New York 10018-2798

Dear Andrea:

We have received a copy of your June 20 letter to Jason Pierce, Scout Executive of BSA's Lincoln Heritage Council. Thank you for the courtesy of allowing us time to review this matter.

By way of background, the Camp Tunnel Mill Day Camp is a one-week day camp—not an overnight camp—for boys and girls. This year, approximately 250 young people attended. As in the past, some of the attendees were female siblings of camp staff and volunteers who happen to be members of the GSUSA. The flyer you cited in your letter was distributed to camp attendees at the *end* of camp to help those Girl Scout campers identify which Girl Scout awards they might have earned by participating in the Camp Tunnel Mill Day Camp program for Cub Scouts. The Camp Tunnel Mill Day Camp program does not use nor is it based on any proprietary GSUSA curriculum.

The flyer was not used to promote the Camp Tunnel Mill Day Camp or, as you suggest, "leverage [the GSUSA] brand and name to attract and provide services to its members." The only uses of names and phrases associated with GSUSA were nominative ones, and furthermore such names and phrases would not enjoy copyright protection. As such, it appears your letter overreaches by asserting—apparently on the basis of this one flyer—claims for trademark infringement, copyright infringement, misappropriation of GSUSA's intellectual property assets, and unfair competition. We do not believe the facts you have cited would support any such claims. If you have other information or evidence to support your claims, please send it to us for review.

In any event, as a courtesy and in good faith, we have advised the Lincoln Heritage Council to not use any GSUSA marks, names or other brand elements



1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX 75015-2079
972-580-2000
www.scouting.org

Prepared. For Life.®



in any of its communications. Furthermore, they have assured us that in the future they will not produce or distribute a flyer like the one cited in your letter.

In closing, we must note our disagreement with your claim that "serial infringing activity" is afoot—much less, increasing—and the suggestion that this matter is an example of such activity. We have issued written guidance to the field and continue to advise our local and regional leadership to avoid using any GSUSA brand elements or acting in any manner that would cause confusion as to the relationship between our organizations. If you have specific requests of the BSA National Council, please address those to Steve McGowan directly rather than through a local council.

Sincerely,

Burgin Hardin
Associate General Counsel

cc:    Steven P. McGowan, General Counsel, BSA

Confidential


girl scouts

July 13, 2018

**VIA EMAIL**
Chris.shelby@scouting.org

Christopher Shelby
Scout Executive
Boy Scouts of America
Great Southwest Council
5841 Office Blvd, NE
Albuquerque, NM 87109

Girl Scouts of the USA
420 Fifth Avenue
New York, NY 10018-2798
212-852-8000
girlscouts.org

Dear Mr. Shelby:

It has come to our attention that Troop 10032 of Albuquerque, NM, located within the Great Southwest Council district, created a public recruitment sign at their meeting headquarters out of Paradise Hills Methodist Church that reads "Boy & Girl Scouts", as evidenced by the photo attached hereto in Exhibit A.

This sign, created to recruit new members and/or provide information about the Boy Scouts, is likely to mislead the public into believing that our organizations have merged. We must demand that your council, Troop 10032 of Albuquerque, and all associated districts, troops and staff, immediately cease and desist from using the Girl Scout name, and any of our intellectual property now and in the future and provide us with written assurances of the same.

We request immediate action to be taken on a national level to cease the ever increasing infringing activities from local BSA councils. This letter is written without prejudice to our rights and any damages, at law and in equity, all of which are expressly reserved.

Sincerely,

Andrea Pelaez
Associate General Counsel

cc:    Michael Surbaugh, CEO of BSA
       Steven McGowan, General Counsel of BSA

Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.

GSUSA_00100592

## Exhibit A



**Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.**

Confidential



BOY SCOUTS OF AMERICA®
NATIONAL COUNCIL

Burgin Hardin
Associate General Counsel
burgin.hardin@Scouting.org

July 20, 2018

**Via E-mail (Apelaez@girlscouts.org)**
Ms. Andrea Pelaez
Associate General Counsel, Girl Scouts of the USA
420 Fifth Avenue
New York, New York 10018-2798

Dear Ms. Pelaez:

We received a copy of your July 13 letter to Chris Shelby, Scout Executive of the Great Southwest Council, concerning a sign at Paradise Hills Methodist Church in Albuquerque, New Mexico. Thank you for bringing this matter to our attention.

Paradise Hills Methodist, which controls the sign, sponsors Boy Scout units and hosts Girl Scout units, and the phrase "Boy & Girl Scouts" was simply an effort to communicate that fact in a limited amount of space. Apparently, the sign has displayed this message since before BSA's decision to open its Scouting programs to girls. We are not aware that the sign or its message was created by any unit in the Great Southwest Council, and we disagree with your suggestion that the sign exemplifies an "ever increasing" trend of "infringing activities" by BSA local councils.

Nevertheless, we understand your concerns and regret any confusion the church's sign might have caused. Upon receiving your letter, Mr. Shelby took immediate action to address this matter with the church, which has already agreed to remove "Girl Scouts" from its sign.

The Great Southwest Council will continue its efforts to communicate with its units and volunteers that they should not use the GSUSA's trademarks, brand elements, or other intellectual property in connection with any BSA programs. At a national level, we will do the same and also provide the support our local councils, units and volunteers need to take appropriate corrective action, as necessary.

Sincerely,

*Burgin Hardin*

Burgin Hardin
Associate General Counsel

cc:    Steven P. McGowan, General Counsel, BSA
       Christopher Shelby, Scout Executive, Great Southwest Council

1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX 75015-2079
972-580-2000
www.scouting.org

Prepared. For Life.®



Confidential

GSUSA_00098955



**girl scouts**

July 13, 2018

**VIA EMAIL**
Sarah.dawson@scouting.org

Sarah Dawson
Scout Executive/CEO
Boy Scouts of America
Hawkeye Area Council
660 32nd Avenue, SW
Cedar Rapids, IA 52404

Girl Scouts of the USA
420 Fifth Avenue
New York, NY 10018-2798
212-852-8000
girlscouts.org

Dear Ms. Dawson:

It has come to our attention that Troop 223 of Amana, IA, located within the Hawkeye Area Council district, created t-shirts that integrated, without our authorization, our iconic

GIRL SCOUTS® profiles        trademark ("GSUSA Intellectual Property") with the Boy Scouts of America's ("BSA") fleur-di-lis logo. This was seen at the recent HHCSR family camp program held at Camp Wakonda located in Central City, IA, as evidenced by the photo attached hereto in Exhibit A.

The unauthorized use of GSUSA Intellectual Property in this manner is likely to mislead the public into believing that this was authorized by GSUSA or that our organizations have merged. We must demand that your council, Troop 223 of Amana, and all associated districts, troops and staff, respectively, immediately cease and desist from using any GSUSA Intellectual Property, now and in the future and provide us with written assurances of the same.

Once again, we call on BSA, as the owner of the Boy Scout intellectual property, to step in and responsibly oversee the unauthorized co-branding of its intellectual property with our branding. The continued instances of misappropriation of Girl Scouts Intellectual Property by BSA and its constituency is unacceptable.

Sincerely,

Andrea Pelaez
Associate General Counsel

cc:     Michael Surbaugh, CEO of BSA
        Steven McGowan, General Counsel of BSA

**Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.**

Confidential

**Exhibit A**



**Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.**

Confidential



BOY SCOUTS OF AMERICA®
NATIONAL COUNCIL

Burgin Hardin
Associate General Counsel
Mailing Address: 2109 Westinghouse Blvd., Charlotte, NC 28241
(704) 588-4260 x494 or Burgin.Hardin@scouting.org

August 13, 2018

**Via E-mail (Apelaez@girlscouts.org)**
Ms. Andrea Pelaez
Associate General Counsel, Girl Scouts of the USA
420 Fifth Avenue
New York, New York 10018-2798

Dear Ms. Pelaez:

We have received a copy of your July 13 letter to Sarah Dawson, Scout Executive of the Hawkeye Area Council, regarding a t-shirt design that integrated the Girl Scouts profiles trademark and the BSA's Fleur-de-lis logo.

I understand that the t-shirt in question was created at least 5 years ago in connection with a joint event for Boy Scouts and Girl Scouts that was organized through the collaborative efforts of BSA and GSUSA unit-level volunteers in Amana, Iowa. The t-shirt was not, and is not, approved by the Hawkeye Area Council. Upon receiving your letter, Ms. Dawson instructed Troop 223 to physically alter their existing t-shirts so as to obscure the Girl Scouts profiles trademark and also to not produce any new t-shirts bearing the design in question or any other GSUSA brand elements.

Thank you very much for bringing this matter to our attention. Please note this prior instance of co-branding does not reflect a present failure by BSA to act responsibly. Through longstanding quality control processes, we do and will continue to diligently oversee the use of others' intellectual property on and in connection with BSA products.

If you have any further concerns, please do not hesitate to contact us.

Sincerely,

Burgin Hardin
Associate General Counsel

cc:    Sarah Dawson, Scout Executive, Hawkeye Area Council
       Steven P. McGowan, General Counsel, BSA



www.scouting.org                    Prepared. For Life.™

Confidential                                    GSUSA_00106535



**girl scouts**

Girl Scouts of the USA
420 Fifth Avenue
New York, NY 10018-2798
212-852-6540
Apelaez@girlscouts.org

**VIA EMAIL:** mquirk@seattlebsa.org

Mr. Michael S. Quirk, Scout Executive
Boy Scouts of America
Chief Seattle Council
Seattle Service Center
3120 Rainier Avenue South
Seattle, WA 98144

Dear Mr. Quirk:

It has come to our attention that Cub Scout Pack 576 of Kirkland, Washington, located in the Boy Scouts Chief Seattle Council, has been using the term "Girl Scouts", without our authorization, on social media to recruit girls into their programming, as evidenced by a copy of the post attached hereto as Exhibit A.

Girl Scouts name, trademarks, tag lines, slogans, art work, font, trade dress or any other brand elements that are related to Girl Scouts are the exclusive property of Girl Scouts of the USA ("GSUSA"). Only Girl Scouts is permitted to use such brand elements, and we ask that you not only adhere to the law but also the principles of the Boy Scouts Oath and Law in obeying such laws.

Recruiting for Boy Scouts of America by using the term "Girl Scouts BSA Troops" constitutes an infringement of GSUSA's intellectual property and misleads, confuses, and diverts our Girl Scout members or potential girl members to your Boy Scout Troops. Accordingly, we request that you cease all uses of any Girl Scout intellectual property in your recruitment and programming materials in any medium. Once again, we ask the national office to step in an educate its councils, staff and volunteers to refrain from using our intellectual property and cease engaging in unfair business tactics that capitalize on our brand and goodwill in an attempt to build Boy Scouts' new programming.

We look forward to a prompt response. This letter is written without prejudice to our rights and any damages, at law and in equity, all of which are expressly reserved.

Sincerely,

Andrea Pelaez
Associate General Counsel

cc:   Steven McGowan, General Counsel, BSA

*Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.*

Confidential

# EXHIBIT A



Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.



BOY SCOUTS OF AMERICA®
NATIONAL COUNCIL

Burgin Hardin
Associate General Counsel
Mailing Address: 2109 Westinghouse Blvd., Charlotte, NC 28241
(704) 588-4260 x494 or Burgin.Hardin@scouting.org

September 12, 2018

**Via E-mail (Apelaez@girlscouts.org)**
Ms. Andrea Pelaez
Associate General Counsel, Girl Scouts of the USA
420 Fifth Avenue
New York, New York 10018-2798

Dear Ms. Pelaez:

We have received a copy of your recent letter to Michael Quirk, Scout Executive of the Chief Seattle Council, concerning a social media post by a BSA volunteer which was captioned, "Come talk to me about the Girl Scouts BSA Troops forming in Kirkland!".

The post in question was not prepared, reviewed or approved by the Chief Seattle Council. Upon receiving your letter, Mr. Quirk addressed this matter with the author of the post, who promptly revised it to read, "Come talk to me about the Scouts BSA Troops for girls forming in Kirkland!".

The phrasing of the original post was a good faith mistake by a well-intentioned volunteer, not an attempt to unfairly capitalize on GSUSA's brand and goodwill, as you suggest. Furthermore, we deny the vague yet sweeping claim that our local councils, staff and volunteers are "engaging in unfair business tactics".

We have already advised our local councils to not use GSUSA brand elements in any BSA materials, and we will continue to remind our stakeholders about the importance of respecting the GSUSA's intellectual property rights.

Sincerely,

Burgin Hardin
Associate General Counsel

cc:    Mike Quirk, Scout Executive, Chief Seattle Council
       Steven P. McGowan, General Counsel, BSA

www.scouting.org                    Prepared. For Life.™



**girl scouts**

August 23, 2018

**VIA EMAIL at:** Tom.Duggar@scouting.org

Mr. Tom Duggar, Scout Executive, CEO
Boy Scouts of America
Dan Beard Council
10078 Reading Road
Cincinnati, OH 45241

Dear Mr. Duggar:

**Girl Scouts of the USA**
420 Fifth Avenue
New York, NY 10018-2798
212-852-6540
Apelaez@girlscouts.org

It has come to our attention that the Brown County Ohio Boy Scout troops and cub scout packs, namely, Fayetteville Troop 456, Georgetown Troop 304, Hammersville Troop 629 and Mt. Orab Pack 401 (collectively, "BSA Ohio Troops"), located within the Dan Beard Council District, pitched a storyline for media placement in the Brown County Press newspaper entitled, "Boy and Girl Scouts Looking for Members", aimed to solely recruit new Boy Scout/Cub Scout members and/or provide information about the Boy Scouts, as evidenced by a copy of the article attached hereto as Exhibit A.

Placing articles such as this that use, without our authorization, the Girl Scouts mark in local media markets mislead the public into believing that our organizations have merged or that we are cooperating in some manner with your recruitment efforts of girls.

We must demand that your council, the BSA Ohio Troops, and all associated districts, troops and staff, cease and desist from using the Girl Scout name in media strategies that exacerbate consumer confusion. We look forward to receiving written assurances that these media tactics will cease immediately.

This letter is written without prejudice to our rights and any damages, at law and in equity, all of which are expressly reserved.

Sincerely,

Andrea Pelaez
Associate General Counsel


c:    Steven McGowan, General Counsel, BSA


*Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.*

Confidential                                                                          GSUSA_00100248

Exhibit A

# Boy and Girl Scouts looking for members

Brown County Boy Scout Troops and Cub Scout Packs have had a great year and are ready for new members!

Packs are for children aged 5-10 and Scouts generally starts at age 11/Grade 6.

Fayetteville Troop 456 has had a very busy and exciting summer. We have a new Scoutmaster, and (Wayne Stevenson), and I get a lot of support from my Scout parents, committee, and charter (River Hills Christian Church). We have been bowling, went to the movies, hiking, camping, were part of the Veterans Memorial Day Ceremony, and had a great week at summer camp at Camp Friedlander. We were also asked to present the colors for the opening ceremony of Fayetteville's Sesquicentennial Celebration. It was such an honor for us to be a part of our hometown's history. We also had our first Eagle Scout in 31 years, Jacob Young, on July 9, 2018. He is only the 5th Eagle Scout for Troop 456 since it was first chartered in 1940. We have two more Scouts that should Eagle by the end of the year and another at the beginning of next summer. I am so proud of all of my Scouts and am so lucky to be a part of their lives. Our Join Scouts Night will be September 7th at the Perry Township Community Building from 6:00-9:00 p.m.

Fayetteville Pack 456 went through a reorganization at the beginning of this year. Currently, the pack has two active Bear dens (3rd graders, male den and female den), an active Wolf den (2nd graders, male den), and an active Tiger den (1st graders, male den), though all are welcome. All dens meet together at the Lake Leoviei clubhouse every other Tuesday at 6:30 PM (the next occurring 8/21/18). The pack is currently gearing up for the end of summer campout on 8/25/18 at Stonelick State Park, where there will be hiking, archery, and s'mores. The pack has held a Blue and Gold Celebration and Pinewood Derby, marched in the Fayetteville holiday and firemen festival parades, and joined the Troop at flag ceremonies for Memorial Day and Fayetteville's Sesquicentennial (150 year) celebration. Our Join Scout Night will be held with on Friday, September 7 from 6:00 to 9:00 PM at the Perry Township Community Building.

Georgetown Troop 304 had a great week at Camp Friedlander this past summer and all of the boys were able to attend. The Troop earned many awards as a whole and all of the boys worked on merit badges. They have been hiking, camping, and fishing, participated in shooting sports and emergency drills, and have participated in parades and other service projects. They meet on the 2nd and 4th Mondays at 6:30 are the Carey Bavis American Legion for more information call 937-213-1050

Georgetown Pack 304 participated in many activities and service projects, including a Florence Freedom baseball game, NKU Planetarium trip, firehouse visit, Ohio Lock, fishing, hiking, Sailboat Regatta and Pinewood Derby! Several of the boys also got to attend Day Camp and excelled especially at archery and shooting sports. We look forward to more campout and hiking this fall as well as a "science day". We participated in parades, park cleanups and flower planting/weeding, we have sent cards and letters to troops and veterans and will be doing some more of this soon. Join Scout Night is August 27th at 7PM at the Carey Bavis American Legion is Georgetown. Girls are welcome to join. For more information call 937-378-4579

Hamersville Troop 629 has had a very active year so far, and are ready for fall camping. The Troop is looking forward to several events tied to the Camp Friedlander's Centennial. The Troop meets every Monday at 6:30 at Bible Chapel UCC in Hamersville. Call 513-265-7891 for more information.

Hamersville Pack 629 will have an informational meeting on Wednesday August 22 at 7:00 at Hamersville School. The pack is reorganizing and already has several families interested. Girls are welcome. For more information call 513-312-5553

Mt Orab Pack 401 adventures included several camping, hiking, fishing trips among the different dens. Fire and EMS tours from the Mt Orab Fire Dept. Tour to Brown County Recycling Center. Reds and Cyclones games. And Monster Truck Jam. And of course the famous Pine Wood Derby. Some of the Community Service events were serving every 3rd Saturday at Community Lunch at UMC. Soles for Souls drive. Collecting can foods for food shelter, packing up trash for Earth day at the parks in Mt Orab. For information on joining come to the Sept 12th meeting at the Mt Orab United Methodist Church at 7pm.

For fun, adventure, learning, service and citizenship in a family environment, come join your local pack or troop!

## Humane Society fundraiser August 25

The Brown County Humane Society is hosting a banquet and silent auction fundraiser on August 25.

"I am their voice" will begin at 6 p.m. at the Fraternal Order of Eagles at 600 Mt. Orab Pike in Georgetown. Tickets are $30.



We've got you covered!

Brown County Storage: (937) 378-6839
www.browncountystorage.com

Eastwood Storage: (937) 444-4499
www.eastwoodstorage.com

Call today for the area's lowest rates and best availability.



**BROWN COUNTY HUMANE SOCIETY**

**I AM THEIR VOICE**

**ONE TEAM, ONE MISSION**
Banquet and Silent Auction

Saturday, August 25th, 2018
Doors Open at 6pm
Fraternal Order of
Eagles
600 Mt. Orab Pike
Georgetown, Ohio 45121

Tickets $30
https://www.bchsohio.org/
dinner-and-silent-auction.html

Wine*Beer*Dinner
DJ David
Silent Auction Items
Raffles
HELPING ANIMALS IN NEED

**MARINES WANTED**
THE **BOBBY D. WHITE**
DETACHMENT

Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.

GSUSA_00100249



**BOY SCOUTS OF AMERICA**
NATIONAL COUNCIL

Burgin Hardin
Associate General Counsel
Mailing Address: 2109 Westinghouse Blvd., Charlotte, NC 28241
(704) 588-4260 x494 or Burgin.Hardin@scouting.org

September 6, 2018

**Via E-mail (Apelaez@girlscouts.org)**
Ms. Andrea Pelaez
Associate General Counsel, Girl Scouts of the USA
420 Fifth Avenue
New York, New York 10018-2798

Dear Ms. Pelaez:

We have received a copy of your August 23 letter to Tom Dugger, Scout Executive of the Dan Beard Council, concerning an article titled "Boy and Girl Scouts looking for members" published in the *Brown County Press*.

By way of background, the article in question was prepared by BSA unit volunteers and submitted to the *Brown County Press* without a title. The newspaper chose the title independently, without the knowledge or approval of the Dan Beard Council or any of the troops or packs mentioned in the article.

The Dan Beard Council, including its units and districts, is not and has no intention of using the Girl Scouts name in any media strategy or otherwise causing consumer confusion. The body of the news article at issue mentions girls only twice—as in, "Girls are welcome to join", which is an appropriate way to communicate the fact that girls may join Cub Scout packs. Mere mention of the word "girl" by itself when communicating the BSA's membership criteria is not likely to mislead consumers. Nor does it constitute an infringement of GSUSA's intellectual property rights.

The entire BSA, including the Dan Beard Council, applauds the GSUSA's service to our country's youth and always strives to be supportive of your efforts to grow youth into better citizens.

If you have any further concerns about this matter, please do not hesitate to contact us.

Sincerely,

Burgin Hardin
Associate General Counsel

cc:    Tom Dugger, Scout Executive, Dan Beard Council
       Steven P. McGowan, General Counsel, BSA



www.scouting.org

Prepared. For Life.™

Confidential

GSUSA_00100247


**girl scouts**

August 23, 2018

Steven P. McGowan, General Counsel
Boy Scouts of America
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, Texas 75015

Dear Mr. McGowan:

**Girl Scouts of the USA**
420 Fifth Avenue
New York, NY 10018-2798
212-852-6540
Apelaez@girlscouts.org

It has come to our attention that Boy Scouts of America ("BSA") is using GIRL SCOUTS® trademarks, specifically, the Girl Scouts name and shorthand name, GSUSA, as AdWords on Google in order to purchase sponsored ads on Google. This results in consumers being directed to a Boy Scouts advertisement when they type in Girl Scouts or GSUSA as shown in the attached Exhibit A.

This advertising tactic is highly likely to confuse, mislead and deceive consumers and is a deliberate attempt to use our brand and customer base to divert more Internet traffic to BSA's program. BSA itself recognized the inappropriateness of this diversionary tactic in admonishing YouthScouts for pursuing an agenda of confusing the public and diluting BSA's famous marks by purchasing ad buys that redirected traffic intended for BSA to YouthScouts' paid sponsored ads. See TTAB 91157313, BSA Opposition Brief, at page 8-9. Accordingly, we request that you cease all uses of any Girl Scout phrasing to trigger BSA sponsored ads and make the terms "Girl Scouts," "GSUSA," and "GS" negative keywords in your Google advertising.

Sincerely,

*Andrea Pelaez*

Andrea Pelaez
Associate General Counsel

*Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.*

Confidential

Exhibit A





**Girl Scouts of California's Central Coast**

Website    Directions    Save

★★★★☆ 2 Google reviews

Nonprofit organization in Ventura, California

**Address:** 1500 Palma Dr #110 Ventura, CA 93003

**Hours: Open** · Closes 4:30PM ▾

**Phone:** (800) 822-2427

Suggest an edit

Know this place? Answer quick questions

**Questions & answers**      Ask a question

See all questions (2)

**Welcome · Girl Scouts of the USA**
https://www.girlscouts.com/ ▾
Shop Your Council  Search  Brand New Gear for Camp & Outdoors! Shop Now  See Our New STEM Activities! Shop STEM

**Badges and Pins**                          **Shop Your Council**
Browse  All Badges and Pins             Shop Your Council · FAQs · Catalogs
Junior  Daisy  Cadette  Senior          | Contact Us

**Sale**                                     **Fun Patches & Pins**
Featured items · Jewelry · Online       on Orders $125 & more & 15 Gifts
Only  Apparel                           Home · Girls · Fun Patches

**Uniforms**                                 **Apparel**
Girl Scout Uniforms. Girls want to look  Check out Cooler T-shirts Girl Scout
and feel their best when                · Jackets & Size

More results from girlscoutshop.com »

**Girl Scouts · Building Girls of Courage, Confidence, and Character**
https://www.girlscouts.org/ ▾
Visit the official site of Girl Scouts of the USA - the preeminent leadership development organization for
girls  Girls · Volunteer with Girl Scouts · Shop for GS
About Girl Scouts  Our Programs  Cookies  For Adults

**Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.**

Confidential

GSUSA_00098995

Google   girl scouts

All   News   Images   Maps   Videos   More          Settings   Tools

About 200,000,000 results (0.44 seconds)

**Cub Scouts | Join a Pack Near You | scouting.org**
[Ad] beascout.scouting.org/FindAPack ▾
There's lots of fun, adventure, and outdoor activities with Cub Scouts. Be A Volunteer. Find Scouting
Join Now · Learn About Cub Scouts   Scout Me In   Why Scouting?

**Girl Scouts - Building Girls of Courage, Confidence, and Character**
https://www.girlscouts.org/ ▾
JOIN TODAY! Visit the official site of Girl Scouts of the USA—the preeminent leadership development
organization for girls. Girls, parents, and alum can join, ...

Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.

Confidential



# BOY SCOUTS OF AMERICA˙
NATIONAL COUNCIL

Burgin Hardin
Associate General Counsel
Mailing Address: 2109 Westinghouse Blvd., Charlotte, NC 28241
(704) 588-4260 x494 or Burgin.Hardin@scouting.org

September 6, 2018

**Via E-mail (Apelaez@girlscouts.org)**
Ms. Andrea Pelaez
Associate General Counsel, Girl Scouts of the USA
420 Fifth Avenue
New York, New York 10018-2798

Dear Ms. Pelaez:

Thank you for your August 23 letter concerning the use of certain GSUSA trademarks as online advertising keywords.

We have discovered the terms "girl scout" and "girl scouts" were inadvertently added to the list of advertising keywords used by the BSA's media buying agency to purchase sponsored ads. This was an unintended error which we regret. Please accept our apologies.

We have addressed this matter with our agency and permanently removed these terms, in every form, from our list of keywords to trigger BSA sponsored ads. Moreover, per your request, we have made the terms "Girl Scouts", "GSUSA" and "GS" negative keywords.

Thank you very much for bringing this matter to our attention. If you have any further concerns, please do not hesitate to contact us.

Sincerely,

Burgin Hardin
Associate General Counsel

cc:    Michael Ramsey, Marketing, BSA
       Steven P. McGowan, General Counsel, BSA



www.scouting.org                    Prepared. For Life.™

Confidential                    GSUSA_00098938


**girl scouts**

September 26, 2018

**VIA EMAIL**
Burgin.Hardin@scouting.org

Girl Scouts of the USA
420 Fifth Avenue
New York, NY 10018-2798
212-852-6520
girlscouts.org

Burgin Hardin
**Associate General Counsel**
**Boy Scouts of America**
2109 Westinghouse Blvd.
Charlotte, NC 28241

Dear Mr. Hardin:

Pursuant to your letter of September 6, 2018, Boy Scouts of America ("BSA") agreed to cease purchasing GIRL SCOUT trademarks as advertising keywords and indicated that the terms Girl Scouts, GSUSA, and GS were already marked as negative keywords. *See* Exhibit A

Contrary to your representations, it appears that BSA is continuing its strategy of purchasing "Girl Scout" terms in order to misdirect people who are looking for Girl Scouts to an ad to sign up for Boy Scouts. Search queries on Google for: *"How do I register for Girl Scouts near me"* on 9/25/19 at 2:02 p.m. and a subsequent search that very same day of *Girl Scouts* at 2:17p.m. yielded top ranked Boy Scout ads. *See* Exhibit B. It is unacceptable that this is continuing despite your written assurances that such misleading and confusing practices had ceased.

Again, we request that you comply with your September 6 representations immediately. All rights reserved.

Sincerely,

Andrea Pelaez
Associate General Counsel

cc:  Michael Surbaugh, CEO of BSA
     Steven P. McGowan, General Counsel, BSA
     Jennifer Rochon, General Counsel, Girl Scouts of the USA

*Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.*

Confidential

**Exhibit A**

 BOY SCOUTS OF AMERICA

Burgin Hardin
Associate General Counsel
Mailing Address  2109 Westinghouse Blvd., Charlotte, NC 28241
(704) 588 4260 x494 or Burgin.Hardin@scouting.org

September 6, 2018

**Via E-mail (Apelaez@girlscouts.org)**
Ms  Andrea Pelaez
Associate General Counsel, Girl Scouts of the USA
420 Fifth Avenue
New York, New York 10018-2798

Dear Ms. Pelaez:

Thank you for your August 23 letter concerning the use of certain GSUSA trademarks as online advertising keywords.

We have discovered the terms "girl scout" and "girl scouts" were inadvertently added to the list of advertising keywords used by the BSA's media buying agency to purchase sponsored ads. This was an unintended error which we regret. Please accept our apologies.

We have addressed this matter with our agency and permanently removed these terms, in every form, from our list of keywords to trigger BSA sponsored ads  Moreover, per your request, we have made the terms "Girl Scouts", "GSUSA" and "GS" negative keywords.

Thank you very much for bringing this matter to our attention. If you have any further concerns, please do not hesitate to contact us.

Sincerely,

Burgin Hardin
Burgin Hardin
Associate General Counsel

cc:   Michael Ramsey, Marketing, BSA
      Steven P. McGowan, General Counsel, BSA



www.scouting.org                    Prepared  For Life."

Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.

Confidential

GSUSA_00106469

# Exhibit B

https://www.google.com/search?rlz=1C1GGRV_enUS781US781&ei=iHeqW7CWMo63gqfUpfimAQ&q=how+do+I+register+for+girl+scouts+near+me&oq=how+do+I+register+for+girl+scouts+near+...

Google [how do I register for girl scouts near me]

All Maps News Shopping Images More Settings Tools

About 253,000,000 results (0.70 seconds)

**Cub Scouts | Join a Pack Near You | scouting.org**
Ad beascout.scouting.org/SignUp
There's lots of fun, adventure and outdoor activities with Cub Scouts. Be A Volunteer. Find Scouting

**Learn About Cub Scouts**
Cub Scouts offers activities that are fun and character building

**Join Now**
Find a local Scout council near you to begin your adventure

**People also search for**

| | |
|---|---|
| girl scout troops near me | girl scouts nyc |
| girl scout daisy troops | girl scout troop number finder |
| what is girl scouts | what do girl scouts do |
| girl scouts login | girl scout registration fee |

**Join - Girl Scouts**
https://www.girlscouts.org/en/about-girl-scouts/join.html
Just click "JOIN NOW" and enter your zip code above and we'll direct you to your local Girl Scout council to find a troop or another opportunity near you. Yes! Be her cheerleader, guide, and mentor, helping her develop skills and confidence that will last a lifetime.

**DATE STAMPED: 9/25/18 @ 2:02PM**

https://www.google.com/search?rlz=1C1GGRV_enUS781US781&ei=w3uqW5rTEsvH_QbGoh-YCg&q=girl+scouts&oq=girl+scouts&gs_l=psy-ab.3..35i39l2j0i131i20i264j0l5j0i131j0.9239.9826..10463...

Google [girl scouts]

All News Images Maps Videos More Settings Tools

About 319,000,000 results (0.70 seconds)

**Join Cub Scouts Today | For Boys and Girls Ages 5-10 | scouting.org**
Ad beascout.scouting.org/SignUp
Build a foundation for their future! Find Scouting. Be A Volunteer.

**Learn About Cub Scouts**
Cub Scouts offers activities that are fun and character building

**Join Now**
Find a local Scout council near you to begin your adventure

**Girl Scouts - Building Girls of Courage, Confidence, and Character**
https://www.girlscouts.org/
JOIN TODAY! Visit the official site of Girl Scouts of the USA—the preeminent leadership development organization for girls. Girls, parents, and alum can join, ...
You've visited this page 3 times. Last visit: 9/11/18

Results from girlscouts.org

**Join**
Join Girl Scouts today! Make a bunch of new friends and have ...

**New York, New York Urban ...**
From museums to theaters, skyscrapers to historic

**Visit Us**
So come visit us the next time you're in our neighborhood! Girl ...

**About Girl Scouts**
Girl Scouts offers the best leadership development ...

**Girl Scouts of the USA**
Nonprofit organization

girlscouts.org

Girl Scouts of the United States of America, commonly referred to as simply Girl Scouts, is a youth organization for girls in the United States and American girls living abroad. Founded by Juliette Gordon Low in 1912, it was organized after Low met Robert Baden-Powell, the founder of Scouting, in 1911. Wikipedia

**Founder:** Juliette Gordon Low
**Founded:** March 12, 1912, Savannah, GA
**CEO:** Sylvia Acevedo
**Headquarters:** New York
**Customer service:** 1 (800) 478-7248
**Tax deductibility code:** 501(c)(3)

Profiles

Pinterest Instagram YouTube LinkedIn Facebook

People also search for

**DATE STAMPED: 9/25/18 @ 2:17PM**

**Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.**



**BOY SCOUTS OF AMERICA**®
NATIONAL COUNCIL

Burgin Hardin
Associate General Counsel
Mailing Address: 2109 Westinghouse Blvd., Charlotte, NC 28241
(704) 588-4260 x494 or Burgin.Hardin@scouting.org

November 5, 2018

**Via E-mail (Apelaez@girlscouts.org)**
Ms. Andrea Pelaez
Associate General Counsel, Girl Scouts of the USA
420 Fifth Avenue
New York, New York 10018-2798

Dear Ms. Pelaez:

Thank you for your letter of September 26 concerning Google Ads.

As promised in my September 6 letter, we did remove "girl scout" and "girl scouts" from our list of ad keywords and made the terms "Girl Scouts", "GSUSA", and "GS" negative keywords.

Furthermore, we deny the allegation that BSA is "continuing its strategy" to misdirect people who might be looking for information about the Girl Scouts program. There is no such strategy, and it is not fair to infer otherwise based on two Google search results. We respect GSUSA's rights in the words and phrases that are distinctive to its programs.

If you have any further questions or concerns about this matter, please do not hesitate to contact me.

Sincerely,

Burgin Hardin
Associate General Counsel

cc:    Steven P. McGowan, General Counsel, BSA



www.scouting.org

Prepared. For Life.™

Confidential



**girl scouts**

September 12, 2018

**VIA EMAIL**
Joshua.mintz@scouting.org

Mr. Joshua Mintz, District Executive
Boy Scouts of America
North Florida Council
Black Creek District
521 S. Edgewood Avenue
Jacksonville, Florida 32205

Girl Scouts of the USA
420 Fifth Avenue
New York, NY 10018-2798
212-852-6540
Apelaez@girlscouts.org

Dear Mr. Mintz:

It has come to the attention of Girl Scouts of the USA ("GSUSA") that Boy Scout Black Creek District representatives ("Black Creek Reps") held a Parent Information Night ("PIN") at the Argyle Elementary School the night before Girl Scouts of Gateway Council ("GSGC") was set to host its own PIN, and advised the families in attendance that "Girl Scouts don't start until February" and that parents can register their daughters with Boy Scouts of America ("BSA") now.

The following night at GSGC's own PIN event, not surprisingly, GSGC had an extremely low turnout with only one (1) family in attendance rather than their typical 15 to 20 families due to the deliberate misinformation circulated by Black Creek Reps the night before at the BSA PIN.

We request that you cease engaging in unfair business tactics that capitalize on Girl Scouts' brand and goodwill in an attempt to build Boy Scouts' new programming and that BSA ensure that this behavior does not continue.

We look forward to a prompt response. This letter is written without prejudice to our rights and any damages, at law and in equity, all of which are expressly reserved.

Sincerely,

Andrea Pelaez
Associate General Counsel

cc:  Steven McGowan, General Counsel, BSA

Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.

GSUSA_00106471



**BOY SCOUTS OF AMERICA®**
NATIONAL COUNCIL

Burgin Hardin
Associate General Counsel
Mailing Address: 2109 Westinghouse Blvd., Charlotte, NC 28241
(704) 588-4260 x494 or Burgin.Hardin@scouting.org

October 2, 2018

**Via E-mail (Apelaez@girlscouts.org)**
Ms. Andrea Pelaez
Associate General Counsel, Girl Scouts of the USA
420 Fifth Avenue
New York, New York 10018-2798

Dear Ms. Pelaez:

We have received a copy of your September 12 letter to Mr. Joshua Mintz of the North Florida Council.

We have reviewed the allegations in your letter with Mr. Mintz as well as Mr. Jack Sears, Scout Executive of the North Florida Council, and the two Cub Scout pack volunteers who attended the August 30 recruiting event at Argyle Elementary School with Mr. Mintz.

Neither Mr. Mintz nor the two volunteers recall making any representations about the start date of the Girl Scouts program or drawing any comparisons between the Girl Scouts program and BSA's programs. To the contrary, what you describe in your letter is not at all consistent with the policies or practices of the BSA or the North Florida Council. We would not tolerate any intentional effort by our representatives to undermine the success of any other youth-serving organization.

Without additional facts, we cannot accept fault for the low turnout at the Girl Scouts of Gateway Council recruiting event. Whether any "misinformation" was communicated by BSA representatives, a claim for which we have found no evidence and deny, myriad factors affect the turnout at any recruiting event. For example, in our experience, Friday nights, the time of Gateway Council's event, reliably yield a low turnout.

If you have additional information about the alleged incident, such as the name or description of the person who allegedly made the statements you complain of, names of any witnesses, copies of any printed materials, or any other probative details, please send it to me for review. If a mistake was made by a BSA representative, we will take prompt action to address the issue.

Sincerely,

Burgin Hardin
Associate General Counsel

cc:    Jack Sears, Scout Executive, North Florida Council
       Steven P. McGowan, General Counsel, BSA



www.scouting.org

Prepared. For Life.™



**girl scouts**

September 12, 2018

**VIA EMAIL**
denmead@crossroadsbsa.org

Mr. Joe Wiltrout, Scout Executive
Boy Scouts of America
Crossroads of America Council
Golden-Burke Scout Center
7125 Fall Creek Road North
Indianapolis, IN 46256

Girl Scouts of the USA
420 Fifth Avenue
New York, NY 10018-2798
212-852-6540
Apelaez@girlscouts.org

Dear Mr. Wiltrout:

It has come to the attention of Girl Scouts of the USA ("GSUSA") that at a recent registration night at  Elwood Haynes Elementary School within the Crossroads of America Council District, a mother was provided information about upcoming meetings to register for "Scouts." Her original intent was to register her daughter for Girl Scouts but was misguidedly registered by a BSA representative for the Boy Scouts.

The mother learned of the mistake when she received the email confirmation from Boy Scouts of America ("BSA") that her daughter was now registered as a Cub Scout.  Subsequently she contacted Girl Scouts of Central Indiana ("GSCI") who advised her that the organizations were, in fact, distinct and informed her, in response to her request, that GSCI would not be able to transfer the registration fee she originally paid to Boy Scouts to GSCI.  Ultimately, GSCI covered the registration fees to register her daughter with the Girl Scouts, since the error was clearly caused by confusion prompted by Boy Scouts marketing tactics at registration night.

This type of misleading advertising continues to confuse and divert Girl Scout members or potential girl members to Boy Scout Troops. It appears that rather than mitigating the confusion in the marketplace, BSA is deliberately exploiting and enhancing it.  Accordingly, we request that BSA train its councils and volunteers on appropriate advertising tactics and cease engaging in unfair business tactics that capitalize on our goodwill and brand in an attempt to build Boy Scouts' new programming.

Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.

GSUSA_00106591

We look forward to a prompt response. This letter is written without prejudice to our rights and any damages, at law and in equity, all of which are expressly reserved.

Sincerely,

Andrea Pelaez
Associate General Counsel

cc:    Steven McGowan, General Counsel, BSA

**Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.**

Confidential



## BOY SCOUTS OF AMERICA
NATIONAL COUNCIL

Burgin Hardin
Associate General Counsel
Mailing Address: 2109 Westinghouse Blvd., Charlotte, NC 28241
(704) 588-4260 x494 or Burgin.Hardin@scouting.org

October 2, 2018

**Via E-mail (Apelaez@girlscouts.org)**
Ms. Andrea Pelaez
Associate General Counsel, Girl Scouts of the USA
420 Fifth Avenue
New York, New York 10018-2798

Dear Ms. Pelaez:

We have received a copy of your September 12 letter to Mr. Joe Wiltrout of the Crossroads of America Council.

Please note that Elwood Haynes Elementary School is not in the geographic territory covered by the Crossroads of America Council, and the event you referred to was not organized, supervised or operated by the Crossroads of America Council. If you could please provide additional facts to help us identify the potential issue, such as the name or identity of the BSA representative allegedly involved, copies of the information that was provided to the mother, a copy of the confirmation email from the BSA, or other details, we would appreciate it. If a mistake was made by a BSA representative, we will address it promptly once identified.

To be clear, we deny your repeated allegations that BSA and its local councils are intentionally causing confusion in the marketplace and engaging in "unfair business tactics". As for the Crossroads of America Council, Mr. Wiltrout and his staff are committed to supporting the Girl Scouts. Mr. Wiltrout has a regular breakfast meeting with his counterpart at the Girl Scouts of Central Indiana and has trained his staff to refer all questions about Girl Scouts programming to a Girl Scouts representative. He has provided specific talking points to his team to help ensure they respond appropriately to such questions.

The BSA has no interest in diverting girls who seek to join the GSUSA. To the contrary, we encourage families to participate in the youth-serving organization which best suits their needs, even if that's not the BSA. We realize that BSA's programs are not what every family wants, and we encourage families to consider all their options to provide character and leadership development for their children.

Sincerely,

Burgin Hardin
Associate General Counsel

cc:     Joe Wiltrout, Crossroads of America Council
        Steven P. McGowan, General Counsel, BSA

www.scouting.org                    Prepared. For Life.™



Confidential


**girl scouts**

Girl Scouts of the USA
420 Fifth Avenue
New York, NY 10018-2798
212-852-8000
girlscouts.org

September 17, 2018

VIA EMAIL
fargo@nlcbsa.org

Mr. Mike Briggs, Council Commissioner
Boy Scouts of America
Northern Lights Council
Center for Scouting
4200 19th Avenue South
Fargo, North Dakota 58103

Dear Mr. Briggs:

It was brought to the attention of Girl Scouts of the USA ("GSUSA") that Larry Lund, a Boy Scouts Northern Lights Council's cub master, gave an interview in the Hawley Herald, which was subsequently picked up by the Barnesville Record, deliberately misstating that the organizations are merging (see article in Barnesville Record attached hereto as Exhibit A).

This type of misstatement of facts in such a public manner confuses Girl Scout members, potential girl members and the public into believing that our organizations are somehow collaborating on recruitment efforts and/or have merged.

Accordingly, we ask that you immediately obtain a retraction from the newspaper and educate your volunteers and staff that GSUSA and BSA are not merging and are separate organizations.

Sincerely,

Andrea Pelaez
Associate General Counsel

cc:    Steven McGowan, General Counsel, BSA

**Girl Scouting builds girls of courage, confidence, and character who make the world a better place.**

Confidential

**EXHIBIT A**

Course.

Duhamel is currently in post-production on two films: Think Like a Dog" and "The Buddy Games." He is listed as writer and director for the latter.

*Scout Me In*

After a hundred years the girl scouts and boy scouts are merging into one group and will be ... Scouts BSA, according to the Hawley ... From what I can gather and see ... that some of the area's scouting ... struggling and combining them ... rogram more worthwhile for ... awley Cubmaster Larry Lund

... e Hawley has no plans for any ... ey have an awesome girl scout ... y Heather Schmitt. Larry also ... cub scout pack was exceeding ... ations every year. Hawley Cub ... distinct privilege of being one ... acks in the entire Northern Sky

2

Girl Scouting builds girls of courage, confidence, and character who make the world a better place.

Confidential

GSUSA_00106539



BOY SCOUTS OF AMERICA®
NATIONAL COUNCIL

Burgin Hardin
Associate General Counsel
Mailing Address: 2109 Westinghouse Blvd., Charlotte, NC 28241
(704) 588-4260 x494 or Burgin.Hardin@scouting.org

October 2, 2018

**Via E-mail (Apelaez@girlscouts.org)**
Ms. Andrea Pelaez
Associate General Counsel, Girl Scouts of the USA
420 Fifth Avenue
New York, New York 10018-2798

Dear Ms. Pelaez:

We have received a copy of your September 17 letter to Mr. Mike Briggs, Council Commissioner of the Northern Lights Council. A copy was also received by Mr. Roger Hoyt, the Northern Lights Council Scout Executive, who took immediate action to address the matter with the volunteer involved, Mr. Lund, and the newspaper, *The Hawley Herald*.

According to Mr. Lund, the reporter interviewing him asked a leading question premised on the reporter's incorrect assumption that the BSA and Girl Scouts of the USA ("GSUSA") are combining into one organization. Mr. Lund, a new volunteer, insists he did not inform the reporter that the two organizations are or would be merging. If he failed to correct the reporter's misunderstanding or misspoke, it was a good faith mistake and not a deliberate attempt to confuse the public, as you suggest.

In any event, the day after receiving your letter Mr. Hoyt contacted *The Hawley Herald* to clarify that the BSA and GSUSA are separate organizations and are not merging. His message to the newspaper's editor also included the following:

> The Girl Scouts are another great youth development option, and offer a variety of programming in STEM, character and leadership development, hobbies and skills and other exciting outdoor adventures. We are enthusiastic about the great work of the Girl Scouts and many other youth organizations in our area, focused on developing the next generation of outstanding citizens, community leaders and family members.

The editor willingly agreed to print a retraction/clarification in the September 24 edition of *The Hawley Herald* as well as its sister publication, *The Barnesville Record*.

Thank you for bringing this matter to our attention. Please contact me if you have any further questions or concerns.

Sincerely,

Burgin Hardin
Associate General Counsel

cc:    Roger Hoyt, Scout Executive, Northern Lights Council
       Steven P. McGowan, General Counsel, BSA

www.scouting.org                    Prepared. For Life.™

Confidential



**girl scouts**

September 18, 2018

**VIA EMAIL**
Sarah.dawson@scouting.org

Sarah Dawson
Scout Executive/CEO
Boy Scouts of America
Hawkeye Area Council
660 32nd Avenue, SW
Cedar Rapids, IA 52404

**Girl Scouts of the USA**
420 Fifth Avenue
New York, NY 10018-2798
212-852-6540
Apelaez@girlscouts.org

Dear Ms. Dawson:

It has come to the attention of Girl Scouts of the USA ("GSUSA") that Boy Scouts Hawkeye Area Council provided Grant Wood Elementary with recruitment flier ID 564266 (attached hereto as *Exhibit A*) for posting on the school district's virtual site to promote a Boy Scouts recruitment night for September 21, 2018.  Despite the event being solely a Boy Scout event, this particular flier was entitled and marketed for "Girl Scouts". This infringes GSUSA's intellectual property and clearly confuses consumers. We ask that you immediately contact the school and revise this posting to remove the Girl Scout name and clarify that this event is for Boy Scout recruiting.

This letter is written without prejudice to our rights and any damages, at law and in equity, all of which are expressly reserved.

Sincerely,

Andrea Pelaez
Associate General Counsel

cc:   Steven McGowan, General Counsel, BSA

**Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.**

Confidential

**Exhibit A**







# Scout Troop Starting!

## September 21st

## Fridays, 3:30-5:30

**Broadway Neighborhood Center**
**2105 Broadway St.**
**Iowa City, IA   52240**
All elementary school-aged children
welcome, but space is limited!
**For more information, call:**
**(319) 354-7989**



School Flyer                                    Page 1 of 1

*Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.*

Confidential

GSUSA_00050341



**BOY SCOUTS OF AMERICA**
NATIONAL COUNCIL

Burgin Hardin
Associate General Counsel
Mailing Address: 2109 Westinghouse Blvd., Charlotte, NC 28241
(704) 588-4260 x494 or Burgin.Hardin@scouting.org

October 2, 2018

**Via E-mail (Apelaez@girlscouts.org)**
Ms. Andrea Pelaez
Associate General Counsel, Girl Scouts of the USA
420 Fifth Avenue
New York, New York 10018-2798

Dear Ms. Pelaez:

We have received a copy of your September 18 letter to Sarah Dawson, Scout Executive of the Hawkeye Area Council, concerning a recruitment flier allegedly provided by the local council to Grant Wood Elementary.

Be advised that the Hawkeye Area Council does not run any programs with or through Grant Wood Elementary School and did not provide the flier in question to the school. Furthermore, Ms. Dawson has assured us that no recruiting fliers created by the Hawkeye Area Council contain the term "Girl Scouts". Apparently, a local organization named Neighborhood Centers of Johnson City ("NCJC"), which runs a local after-school program, provided the information posted on the school's website and did so without the Hawkeye Area Council's approval or knowledge.

As a courtesy, the Hawkeye Area Council has contacted NCJC and asked them to have the information removed from the website, which they have agreed to do.

Sincerely,

Burgin Hardin
Associate General Counsel

cc:    Sarah Dawson, Scout Executive, Hawkeye Area Council
       Steven P. McGowan, General Counsel, BSA



www.scouting.org                        Prepared. For Life.™

Confidential


**girl scouts**

September 26, 2018

**VIA EMAIL**
Sarah.dawson@scouting.org

**Girl Scouts of the USA**
420 Fifth Avenue
New York, NY 10018-2798
212-852-6520
girlscouts.org

Sarah Dawson
Scout Executive/CEO
Boy Scouts of America
Hawkeye Area Council
660 32nd Avenue, SW
Cedar Rapids, IA 52404

Dear Ms. Dawson:

It appears that the Hawkeye Area Council ("Hawkeye") of Boy Scouts of America ("BSA") is purchasing advertising keywords that include the GIRL SCOUTS® trademarks. Attached hereto as Exhibit A is the Google Search query: *GirlScoutsToday.org* preformed on 9/23/2018 at 3:31 p.m. by a representative of Girl Scouts of Eastern Iowa and Western Illinois (GSEIWI). GirlScoutstoday.org is the domain name site owned by GSEIWI. We also understand that apart from purchasing advertising keywords identical to GSEIWI's web address, you are also purchasing other keywords such as Girl Scouts.

On August 23, 2018, Girl Scouts of the USA ("GSUSA") addressed this practice with BSA on a national level and were assured that BSA would cease this misleading tactic. (See Exhibit B). Purchasing advertising terms that contain Girl Scouts' marks and the web address of a Girl Scout council is a deliberate attempt to confuse and misdirect parents and girl to Boy Scouts when they were seeking information about Girl Scouts. When a local consumer is searching for Girl Scout programs in the Hawkeye area and a BSA ad appears above the intended request, it misleads consumers into believing that by clicking on the "sponsored ad", the search result will lead them to the Girl Scouts website or another website that is associated with the Girl Scouts, or that our organizations are somehow collaborating on recruitment efforts.

*Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.*

Confidential

Accordingly, we request that you cease all uses of any Girl Scout phrasing and council website addresses to trigger BSA sponsored ads and designate the terms "Girl Scouts," "GirlScoutstoday.org", "GSUSA," and "GS" as negative keywords in your local Google advertising campaign.

Sincerely,

Andrea Pelaez
Andrea Pelaez
Associate General Counsel

cc:  Michael Surbaugh, CEO of BSA
      Burgin Hardin, Associate General Counsel, BSA
      Jennifer Rochon, General Counsel, Girl Scouts of the USA

Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.

Confidential

**Exhibit A**



Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.

GSUSA_00100286

**Exhibit B**

 **BOY SCOUTS OF AMERICA**

Burgin Hardin
Associate General Counsel
Mailing Address  2109 Westinghouse Blvd., Charlotte, NC 28241
(704) 588 4260 x494 or Burgin.Hardin@scouting.org

September 6, 2018

**Via E-mail (Apelaez@girlscouts.org)**
Ms. Andrea Pelaez
Associate General Counsel, Girl Scouts of the USA
420 Fifth Avenue
New York, New York 10018-2798

Dear Ms. Pelaez:

Thank you for your August 23 letter concerning the use of certain GSUSA trademarks as online advertising keywords.

We have discovered the terms "girl scout" and "girl scouts" were inadvertently added to the list of advertising keywords used by the BSA's media buying agency to purchase sponsored ads. This was an unintended error which we regret. Please accept our apologies.

We have addressed this matter with our agency and permanently removed these terms, in every form, from our list of keywords to trigger BSA sponsored ads. Moreover, per your request, we have made the terms "Girl Scouts", "GSUSA" and "GS" negative keywords.

Thank you very much for bringing this matter to our attention. If you have any further concerns, please do not hesitate to contact us.

Sincerely,

Burgin Hardin
Associate General Counsel

cc:    Michael Ramsey, Marketing, BSA
       Steven P. McGowan, General Counsel, BSA

Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.

Confidential

# RE: Girl Scouts of the USA

**From**  Sarah Dawson <sarah.dawson@scouting.org>
:

**To:**  "Marine, Olivia" <omarine@girlscouts.org>

**Cc:**  michael.surbaugh@souting.org;  Burgin Hardin <burgin.hardin@scouting.org>;  "Rochon, Jennifer" <jrochon@girlscouts.org>; "Pelaez, Andrea" <apelaez@girlscouts.org>; Trademarks <trademarks@girlscouts.org>

**Date:**  Wed, 26 Sep 2018 14:34:55 +0000

Olivia: I believe you are mistaken. The Hawkeye Area Council has not purchased any Google advertising key words or otherwise relating to the Girl Scouts since I have been the CEO, which is for the past 5 years.

Have a great day!

Sarah Dawson
CEO/Scout Executive
Hawkeye Area Council, BSA

www.hawkeyebsa.org

**From:** Marine, Olivia <OMarine@girlscouts.org>
**Sent:** Wednesday, September 26, 2018 9:23 AM
**To:** Sarah Dawson <Sarah.Dawson@scouting.org>
**Cc:** michael.surbaugh@souting.org; Burgin Hardin <Burgin.Hardin@scouting.org>; Rochon, Jennifer <JRochon@girlscouts.org>; Pelaez, Andrea <APelaez@girlscouts.org>; Trademarks <Trademarks@girlscouts.org>
**Subject:** Girl Scouts of the USA

Please see the attached correspondence from the Legal Department of Girl Scouts of the USA



**Olivia Marine**
*Sr. Intellectual Property Paralegal*

Confidential

**Girl Scouts of the USA**
**420 Fifth Avenue**
**New York, NY 10018**

STOP.THINK.CLICK.

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

GSUSA_00101682



girl scouts

October 19, 2018

**VIA EMAIL**
dakota.oher@scouting.org

Mr. Dakota Oher
Senior District Executive
Boy Scouts of America
The Pequott District of Theodore Roosevelt Council
544 Broadway
Massapequa, NY 11758

**Girl Scouts of the USA**
420 Fifth Avenue
New York, NY 10018-2798
212-852-8000
girlscouts.org

Dear Mr. Oher:

It has come to our attention that Pack and Troop 189 of Wantagh, New York, located within The Pequott District of Theodore Roosevelt Council, has issued a recruitment advertisement in the *Voice of Temple B'Nai Torah,* the Temple's in-house publication, stating in multiple instances that "we will be forming a **Girl Scouts BSA Troop**" and "we will be forming a **Girl Scout Troop** in February." (See Exhibit A).

Using the Girl Scout name as shown in Exhibit A to recruit for the Boy Scouts constitutes trademark infringement of GSUSA's intellectual property rights and misleads, confuses, and diverts our Girl Scout members or potential girl members to your Boy Scout Troops. Accordingly, we request that you immediately remove this advertisement from circulation, cease all uses of any Girl Scout intellectual property in your recruitment and programming materials in any medium now and in the future and provide us with written assurances of the same.

We look forward to a prompt response. This letter is written without prejudice to our rights and any damages, at law and in equity, all of which are expressly reserved.

Sincerely,

Andrea Pelaez
Associate General Counsel

cc:    Michael Surbaugh, CEO of BSA
        Steven McGowan, General Counsel of BSA

Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.

**Exhibit A**



## *OUR COMMUNITY*

## PACK AND TROOP 189

### COME On Down!

Pack 189 meets on Thursday nights
from 6:15 pm - 7:30pm
in the Youth Lounge and is looking
for boys and girls in grades K-4.

Boy Troop 189 meets on Thursday nights
from 7:30 pm - 9:00pm
in the Youth Lounge
and is looking for boys from 5th grade up to 18 years old

We are in the process of forming a Girl Scouts BSA Troop
as well (meetings will start at the beginning of February),
which will meet Thursday nights from 7:30pm - 9:00pm
(location still TBD) and are looking for
interested girls from 5th grade up to 18 years old.
For more information, please email me
at jjscotch2@gmail.com.

All three units are always looking for adults to volunteer as
well. Come on down and see how much fun it is!"

 *by JJ Scotch*



*Religious Awards Breakfast Article*





*Summer fun at Onteora!*



14   The Voice of Temple B'nai Torah

Visit **www.tbtwantagh.org** for the latest information.

---

**Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.**

GSUSA_00061444



## OUR COMMUNITY

## PACK AND TROOP 189



Hi everyone,
No new pictures yet, so I thought I would talk about Family Scouting, why it happened, and how it is being implemented.

The Boy Scouts of America's leadership has always operated on the premise that we are to ensure that the Scouting program and learning the values (as stated in the Scout Oath and Law) would be made available to as many youth as possible. BSA has had coed programs for decades and also recognized that because Cub Scouting was designed to be a family oriented program, girls had been attending meetings for years. They also did research and found that there were a significant number of families that wouldn't consider Scouting for their boys because they were looking for one organization that would accept the entire family.



So, they decided to make it available to girls as well. We implemented accepting girls into Cub Scouts (grades K-5) this past winter and will accept girls into the renamed Scouts BSA program (grades 6-12) starting February, 2019.

In Cub Scouts, packs can choose to be single gender or family packs. Family packs accept boys and girls, but they go into single gender dens. Most of the learning activities are done at the den level and most meetings are den meetings, so they spend most of the time in a single gender environment. Pack 189 is a family pack.

At the Scouts BSA program, boys and girls will be in separate troops. Each will have their own adult and youth leadership and, while they can do some activities together, the bulk of the meetings are separate. When all of the talk about accepting girls started, I thought we would be better



off with coed troops (as is done in many other countries), but I have come around to thinking that single gender troops are better. From the boys' perspective, girls typically mature faster from ages 10-14, which would make them more likely to get selected for leadership roles, inhibiting the boys' leadership development. From the girls' perspective, while studies have had mixed results about whether single gender is

better for boys' learning, the studies are pretty convincing that girls learn better in single gender environments. So both genders benefit in different ways from being separate at the troop-level ages. We will be forming a Girl Scout troop in February.

That is the short version. Anyone who has more questions is welcome to reach out to me or any of the Scout leadership here at Temple B'Nai Torah, including Andrea Sternlieb (Scoutmaster of the boy Troop) and Lee Nevo (Cubmaster of the Pack). Come on down on a Thursday night and see what Scouting can do for your family!

-J.J. Scotch
*(so many Scouting positions, so little space)*

 

## Congregation Breakfast
### by Brotherhood

### The Next Best Thing to Breakfast-in-Bed!

Brotherhood will once again prepare a delicious breakfast on most Sunday mornings when Religious School is in session. Check the calendar below.

### Coffee (decaf too!), eggs, bagels, assorted omelets & more!



Serving 9:15am

Donation is a nominal $5.

Please circle the dates and plan to join us!

September 30th
October 14th
October 28th
November 4th

November 18th
December 2nd (Latkes!)
December 16th
January 6th (YOGA)

Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.

GSUSA_00061445



girl scouts

October 19, 2018

**VIA EMAIL**
Steven.McGowan@scouting.org

Steven P. McGowan
General Counsel
Boy Scouts of America
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, Texas 75015

Dear Mr. McGowan:

**Girl Scouts of the USA**
420 Fifth Avenue
New York, NY 10018-2798
212-852-8000
girlscouts.org

It has come to the attention of Girl Scouts of the USA ("GSUSA"), that K2BSA Amateur Radio Association ("K2BSA"), a Boy Scouts of America ("BSA") affiliated radio station is using without our consent GIRL SCOUTS® trademarks, the Girl Scouts name, our levels names, badges, and other GSUSA badge program curriculum (collectively, "GSUSA Intellectual Property) to promote its Jamboree-on-the-air ("JOTA") and Jamboree-on-the-internet ("JOTI") activities. (See Exhibit A, "Infringing Activities"). The promotion for the K2BSA JOTA-JOTI activities is endorsed on K2BSA's website, social media pages and on the BSA national website (Exhibits B and C).

Your actions do not qualify as fair use given the amount of content taken and commercial intent behind your use, which is to promote a fee-based event and recruit for membership, using GSUSA's intellectual property. Additionally, making representations (and deep linking) to our policies in connection with JOTA-JOTI activities that GSUSA has not endorsed further misleads the public into believing that we collaborated, sponsored and encourage Girl Scout participation in JOTA-JOTI activities. (Exhibit D - Safety Pledge). If BSA's intent was to provide an event for Boy Scouts, Girl Scouts, and Girl Guides, BSA should have reached out to GSUSA and requested our permission or discussed how Girl Scouts could participate in a meaningful way.

We request that you immediately cease all uses of any GSUSA Intellectual Property, linking and references to our policies. This letter is written without prejudice to our rights and any damages, at law and in equity, all of which are expressly reserved.

Sincerely,

Andrea Pelaez
Associate General Counsel

cc:  Michael Surbaugh, CEO of BSA
     Jennifer Rochon, General Counsel, Girl Scouts of the USA

**Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.**

Confidential

# EXHIBIT A

**Girl Scouts of the USA activities for Jamboree on the Air / Jamboree on the Internet**

**Jamboree on the Air / Jamboree on the Internet**
(JOTA-JOTI) is the largest Scouting event in the world with over 1.3 million Scouts participating across 150+ countries. Scouts and Guides across the world connect with each other during JOTA-JOTI using the airwaves and the internet.

The event is held the third weekend of each October.

**How can JOTA – JOTI help my Girl Scout**

Jamboree on the Air – Jamboree on the Internet (JOTA-JOTI) is a fun and exciting annual experience for all young people in Scouting using the widest range of technology communication channels to educate, promote cultural awareness, develop tolerance, as well as enhance sharing, collaboration and teamwork, along with building a sense of fellowship with Scouts and Guides around the world. It is a "travel-free" Jamboree that takes place wherever you are in the world.

JOTA – JOTI is an ideal STEM activity.

**JOTA – JOTI activities that could fulfill Girl Scout requirements**

Qualifying requirements listed in bold print

**Daisies**

**Be a Sister to Every Girl Scout petal**

1.  Talk about "Vi's Story"
2.  Create a mural about girls around the world with your Daisy friends
3.  **Practice being a sister to every Girl Scout**

JOTA or JOTI: Requirement #3 could be fulfilled by making a connection/ conversation to another Girl Scout / Girl Guide. Daisies should have Cybersecurity Badge 1, 2 and 3 requirements met for Internet Safety awareness prior to participation.

References in this document which mention intellectual property belonging to the Girl Scouts of the USA are intended as "fair use" allowances of summaries, reviews, and quotes. Girl Scout leaders should reference official GSUSA publications for complete requirements, educational materials and planning.

Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.

## Brownies

**Computer Expert badge**

1. Paint or draw with an art program
2. Find some cool facts
3. Take a trip online
4. Make a connection
5. Have some computer fun

JOTI only: Steps 3,4,5 could be interpreted as appropriate for Jamboree on the Internet. Brownies should have Cybersecurity Badge 1, 2 and 3 requirements met for Internet Safety awareness prior to participation.

**Making Friends badge**

1. Make friendly introductions
2. Show friends you care
3. Share favorite activities
4. Learn how to disagree
5. Practice friendship!

JOTA or JOTI can fulfill all five of the requirements.  It's what this event is about!

**Girl Scout Way badge**

1. Sing everywhere
2. Celebrate Juliette Low's birthday
3. Share sisterhood
4. Leave a place better than you found it
5. Enjoy Girl Scout traditions

JOTA or JOTI: Girl Scouts can meet other Girl Scouts and Guides around the world to discuss songs, traditions and enjoy the worldwide fellowship of sisterhood.  Requirements 1, 3 and 5 can be met.

## Juniors

**Girl Scout Way badge**

1. Match songs to an occasion
2. Celebrate the Girl Scout birthday
3. Share sisterhood
4. Leave a place better than you found it
5. Enjoy Girl Scout traditions!

JOTA or JOTI.  Girl Scouts can meet other Girl Scouts and Guides around the world to discuss songs, traditions and enjoy the worldwide fellowship of sisterhood.  Requirements 1, 3 and 5 can be met. Remind girls should discuss and share a song. Juniors should have Cybersecurity Badge 1, 2 and 3 requirements met for Internet Safety awareness prior to participation.

*Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.*

Confidential

**Social Butterfly badge**

1. **Hold a conversation**
2. **Use table manners**
3. Be prepared for special occasions
4. Say thank you
5. **Practice being at ease**

JOTA or JOTI.  Requirements 1 and 5 can be fulfilled maintaining and being at ease with a conversation.  Discuss table manners with a scout from another country to see how these customs may differ around the world to fulfill requirement #2.

<u>Cadettes</u>

**Netiquette badge**

1. **Explore "oops!" and "wow!" moments**
2. **Dig into stories of "ouch" -- and repair some hurt if necessary**
3. **Look at e-mail, commenting, or blogging**
4. Decide what makes a great social media profile
5. **Spread better practices**

JOTI only: It can offer an opportunity to put into practice discussing good manners with most of the requirements.

**Girl Scout Way badge**

1. **Lead a group in song**
2. Celebrate Girl Scout Week
3. **Share sisterhood through the Girl Scout Law**
4. Leave a camp better than you found it
5. **Enjoy Girl Scout traditions!**

JOTA or JOTI: Girl Scouts can meet other Girl Scouts and Guides around the world to discuss songs, traditions and enjoy the worldwide fellowship of sisterhood.  Requirements 1, 3 and 5 can be met.

Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.

Confidential

**Seniors**

**Girl Scout Way badge**

1. **Explore Girl Scout music**
2. Help younger Girl Scouts celebrate a special day
3. **Spread sisterhood through the Girl Scout Law**
4. Leave your environment better than you found it
5. **Enjoy Girl Scout traditions!**

JOTA or JOTI: Girl Scouts can meet other Girl Scouts and Guides around the world to discuss songs, traditions and enjoy the worldwide fellowship of sisterhood.  Requirements 1, 3 and 5 can be met.

**Ambassadors**

**Girl Scout Way badge**

1. **Use song to bring people together or to spread a message**
2. Celebrate World Thinking Day
3. **Share sisterhood around the world**
4. **Leave your world better than you found it**
5. **Enjoy Girl Scout traditions!**

JOTA or JOTI: Girl Scouts can meet other Girl Scouts and Guides around the world to discuss songs, traditions and enjoy the worldwide fellowship of sisterhood.  Requirements 1, 3 and 5 can be met.

**Can we set up our own JOTA / JOTI station for our Girl Scout Troop?**

Yes!

JOTAJOTI.INFO has information to help.   Be sure to get the **annual participants guide** which you can show to your scouts at a troop meeting to review their interest.

Register your JOTA / JOTI station at JOTAJOTI.INFO so other Girl Scouts and Girl Guides can find your troop and make a connection.

JOTI.TV is one of the resources listed at JOTAJOTI.INFO.   It will require registration at https://www.joti.tv/portal/.

The JOTI.TV portal will require an account you will need to set up at https://www.scout.org/register

*Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.*

Confidential

## EXHIBIT B – K2BSA Website



K2USA & Adventure Weekend, San Bernardino, CA

## Girl Scouts USA Activities for JOTA-JOTI

The BSA National Radio Scouting Committee led by Doug Cook, KX5DC, has compiled a listing of Girl Scouts of the USA activities that can be fulfilled through participation in Jamboree on the Air - Jamboree on the Internet.

You can find them at https://k2bsa.net/girl-scouts-usa-activities-for-jota-joti/

This document offers insight into how you can involve Girl Scouts in your Jamboree on the Air - Jamboree on the Internet event

Categories   JOTA

**Girl Scouting builds girls of courage, confidence, and character,  who make the world a better place.**

Confidential

GSUSA_00098932

https://k2bsa.net/girl-scouts-usa-activities-for-jota-joti/

# Girl Scouts USA Activities for JOTA-JOTI

The BSA National Radio Scouting Committee, led by Doug Cook, KX5DC. have pulled together a listing of Girl Scouts of the USA activities that can be fulfilled through participation in Jamboree on the Air - Jamboree on the Internet

Download the full document in PDF format here GSUSA requirements that JOTA-JOTI can fulfill

## Girl Scouts of the USA Activities for Jamboree on the Air - Jamboree on the Internet

### Jamboree on the Air - Jamboree on the Internet

(JOTA-JOTI) is the largest Scouting event in the world with over 1 3 million Scouts participating across 150+ countries  Scouts and Guides across the world connect with each other during JOTA-JOTI using the airwaves and the internet

The event is held the third weekend of each October

### How can JOTA-JOTI help my Girl Scout

Jamboree on the Air – Jamboree on the Internet (JOTA-JOTI) is a fun and exciting annual experience for all young people in Scouting using the widest range of technology communication channels to educate. promote cultural awareness, develop

Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.

Confidential

# EXHIBIT C – BSA National Website

https://www.scouting.org/jota/

BOY SCOUTS OF AMERICA

Search

Home > Jamboree-on-the-Air

- Guidelines for Scout Leaders
- Guidelines for Amateur Radio Operators
- Fact Sheets
- JOTA Planning
- Sample Calendar
- Success Stories
- Special Call Signs
- JOTA Patch Ordering
- Station Registration
- Activity Books
- Radio Merit Badge Resources
- JOTA Sample News Release
- JOTA in the News
- JOTA Certificate of Participation and Contact Log

## Jamboree-on-the-Air

Jamboree-on-the-Air, or JOTA, is the largest Scouting event in the world. It is held annually the third full weekend in October. JOTA uses amateur radio to link Scouts and hams around the world, around the nation, and in your own community. This jamboree requires no travel, other than to a nearby amateur radio operator's ham shack. Many times you can find the hams will come to you by setting up a station at your Scout camporee, at the park down the block, or perhaps at a ham shack already set up at your council's camp.

**Tell Me More**

Scouts of any age can participate, from Cub Scouts to Boy Scouts and Venturers, including girls. Once at the ham radio station, the communication typically involves talking on a microphone and listening on the station speakers. However, many forms of specialized communication may also be taking place, such as video communication, digital communication (much like sending a message on your smartphone but transmitted by radio), or communication through a satellite relay or an earth-based relay (called a repeater). The exchanges include such information as name, location

https://www.scouting.org/jota/terms/

BOY SCOUTS OF AMERICA

Search

Home > Jamboree-on-the-Air > Amateur Radio Terms

- Guidelines for Scout Leaders
- Guidelines for Amateur Radio Operators
- Fact Sheets
- JOTA Planning
- Sample Calendar
- Success Stories
- Special Call Signs
- JOTA Patch Ordering
- Station Registration
- Activity Books
- Radio Merit Badge Resources
- JOTA Sample News Release
- JOTA in the News
- JOTA Certificate of Participation and Contact Log

## Amateur Radio Terms

The terms and Q-signals can be quite confusing for Scouts. We've listed the common ones here. You might also want to download and print out the Radio Scouting Quick Reference Card for use by Scouts on the air. You can find it at this link **https://www.k2bsa.net/radio-scouting-quick-reference-card/**

| | |
|---|---|
| ATV | Amateur television. Sometimes called Fast Scan TV. Same as commercial TV. |
| CQ Jamboree or CQ JOTA | A request for any other JOTA station to answer my call. |
| CW | A mode for sending messages by Morse Code. |
| FM | Frequency modulation |
| Ham | Slang for amateur radio operator. |
| Logging | To record details of the contacts made for future reference. The log includes call signs, time, frequency, names, etc. |
| Net | A group of stations who meet "on the air" at a specified time for a specific purpose. |
| Packet | A digital form of communications as in teletype but more reliable. Requires a computer, an |

**Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.**





JOTA Patch Archive

JOTA Report Archive

Icom America Amateur Radio Station Loan
Program

- Make a tape recording of the conversations
- Build simple electronic kits
- Prepare and publish a JOTA newsletter or a story for your troop, district, and council newsletters or websites
- Prepare a quiz and ask the questions over the air
- Complete participation cards for each Scout who talked. Use the certificate/log forms that can be downloaded from this site
- Determine the distance between each radio station and your station.

**After JOTA**

- Write the Scouts contacted. Send QSL cards and/or a patch
- Start planning to participate again next year
- File your report and photos with the national JOTA coordinator using the online system published on this website

We've also prepared a Troop Meeting Plan, which you can find at https://www.k2bsa.net/troop-meeting-plan-radio/ ⌐ along with a Cub Scout
Program Helps at https://www.k2bsa.net/cub-scout-program-helps-jota/ ⌐

**Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.**

GSUSA_00098936

### EXHIBIT D – Safety Pledge

**Summary of Internet Safety policies at Jamboree on the Internet**

**JOTAJOTI.INFO** contains the education and policies to provide a safe internet experience for Scouts and Guides. On the menubar look for "More on JOTA-JOTI" > How to Use the Internet to explore current safety guides.

All registered leaders with the Boy Scouts of America are required to take <u>youth protection training</u> every two years. Girl Scout leaders are covered by your GSUSA youth protection training and would not need to take BSA training unless you are present for 72 hours or longer at an event or serve a BSA registered leader role as well (e.g. a Girl Scout Troop that is also a Venturing Crew).

**Summary of cybersecurity badges / training from the Girl Scouts of the USA**

Daisy, Brownie and Junior Girl Scouts are recommended to complete the 3 cybersecurity badges available for each program prior to participating in Jamboree on the Internet.

Cybersecurity 1 – Basics
Cybersecurity 2 – Safeguards
Cybersecurity 3 – Investigator

All Girl Scouts should sign the **GSUSA Internet Safety Pledge** at their troop meeting sometime before a JOTI event.

JOTI stations you plan on visiting will most likely not have the resources to conduct the cybersecurity education for you. The program materials and the pledge form are the intellectual property of the Girl Scouts of the USA.

**ARRL Radio and Wireless Technology Patch**

Is a program you can offer your troop using the GSUSA's "Council Own" patch program. This is intended for Brownie, Cadette, Junior, Senior and Ambassador Girl Scouts. Leaders should approach their council to gain approval to see if you girls can get this patch.



http://www.arrl.org/girl-scouts-radio-patch

*Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.*

Confidential