# EXHIBIT 4

## Greetings and a Request

From:       OfficeoftheCEO <officeoftheceo@girlscouts.org>
To:         michael.surbaugh@scouting.org
Date:       Thu, 25 Oct 2018 13:21:56 +0000

Dear Mike,

I'm writing today to express my condolences regarding the recent reports of accidents where Boy Scouts have passed. As the leader of Girl Scouts, my heart goes out to you during such difficult circumstances. Preventable instances are especially tragic.

Unfortunately, people are starting to assume associations between our organizations, and those assumptions extend well beyond a shared word in our names. I have received inquiries about the incidents above by those who express concern over a perceived relationship between our organizations. Girl Scouts has sent many letters in the past to address confusion, so I must reiterate our request that Boy Scouts clearly state its name and brand in its communications, and stop using Girl Scouts' name or references to Scouts in a manner that is leading people to confuse our organizations. We both remain steadfastly dedicated to serving the youth of America; but, we have distinct past experiences and plans for the future.

Sylvia



Sylvia Acevedo
Chief Executive Officer
Girl Scouts of the USA
420 Fifth Avenue
New York, NY 10018
T: 212-852-5000
Asst: 212-852-6574
E:  sacevedo@girlscouts.org

Be part of the Girl Scout Legacy: http://girlscouts.planmylegacy.org/juliette-gordon-low-society

Confidential

GSUSA_00036203