# EXHIBIT 7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GIRL SCOUTS OF THE UNITED STATES OF AMERICA,

                        Plaintiff,

– against –

BOY SCOUTS OF AMERICA,

                        Defendant.

1:18-cv-10287 (AKH)

**CIVIL CASE MANAGEMENT PLAN**

---

After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

    A.    The case *is* to be tried to a jury.

    B.    Non-Expert Discovery:

            1.    The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. All non-expert discovery is to be completed by <u>October 25, 2019</u>, which date shall not be adjourned except upon a showing of good cause and further order of the Court. Interim deadlines for specific discovery activities may be extended by the parties on consent without application to the Court, provided the parties are certain that they can still meet the discovery completion date ordered by the Court.

                  a.    The parties shall list the contemplated discovery activities and anticipated completion dates in **Attachment A**, annexed hereto.

            2.    Joinder of additional parties must be accomplished by March 1, 2019.

            3.    Amended pleadings may be filed without leave of the Court until April 1, 2019.

    C.    For all causes of action seeking monetary damages, each party shall identify and quantify in Attachment B, annexed hereto, each component of damages alleged; or, if not known, specify and indicate by what date **Attachment B** shall be filed providing such information.

D.     Motions, Settlement, Second Pre-Trial Conference, and Expert Discovery:

1. Upon the conclusion of non-expert discovery, counsel for the parties shall meet for at least two hours at the office of plaintiff's counsel, to discuss settlement. The date for the meeting is <u>November 7, 2019</u>, at <u>10 a.m.</u> (Counsel shall insert a date but, at the option of either, the date may be canceled upon the service or filing of a dispositive motion and notice to the court.)

2. Approximately one week thereafter, the parties shall meet with the Court for a Second Case Management Conference to discuss the status of the case, the prospects of settlement, whether alternative disputes-resolution procedures should be utilized, the need for and a schedule regulating experts and expert-discovery, appropriate motions and schedules therefor, and any other issue counsel or the Court wish to discuss. The Case Management Conference will be held on <u>November 8, 2019</u>, at <u>10:30 a.m.</u>

3. The deadline for the service of opening expert reports shall be <u>December 6, 2019</u>. The deadline for the service of rebuttal reports shall be <u>February 21, 2020</u>. The deadline for the completion of expert discovery shall be <u>March 20, 2020</u>.

4. As to motions, there shall be no more than three rounds of serving and filing papers: supporting affidavits and briefs, opposing affidavits and briefs, and reply affidavits and briefs.

E.     Any request for relief from any date provided in this Case Management Plan shall conform to the Court's Individual Rules, and include an order, showing consents and disagreements of all counsel, setting out all dates that are likely to be affected by the granting of the relief requested, and proposed modified dates. Unless and until the Court approves the proposed order, the dates provided in this Plan shall be binding.

F.     A final pre-trial conference will be held on a date to be set, as close as possible to the date that trial is expected to begin. The parties, three days before said meeting, shall submit their pre-trial order, conforming to the Court's Individual Rules and, at the conference, deliver their exhibit books containing all exhibits the parties actually intend to offer at the trial.

G.     Pre-Trial Motions:

Applications for adjournments and for discovery or procedural rulings will reflect or contain the positions of all parties, and otherwise conform to my Individual Rules 1(D) and 2(E).

SO ORDERED.

Dated:   New York, New York
         _____, 2019

                                            ALVIN K. HELLERSTEIN
                                            United Stated District Judge

## ATTACHMENT A

The Parties are to list the discovery activities (i.e., production of documents, number of depositions, requests to admit, interrogatories) and anticipated completion dates:

| | **DISCOVERY ACTIVITIES** | **COMPLETION DATE** |
|---|---|---|
| 1. | Service of initial disclosures under Fed. R. Civ. P. 26 | February 1, 2019 |
| 2. | Last day to serve document requests and interrogatories under Fed. R. Civ. P. 33 and 34. | September 27, 2019 |
| 3. | Deadline to complete production of responsive documents. Documents to be produced on a rolling basis. | October 25, 2019 |
| 4. | Deadline to serve requests to admit. | November 1, 2019 |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |

4

## **ATTACHMENT B**

For all causes of action seeking monetary damages, each party shall identify and quantify each component of damages alleged:

1. <u>PLAINTIFF'S CLAIMS</u>:

Plaintiff seeks an accounting of profits stemming from and an award of damages caused by the conduct described in their November 6, 2018 complaint. Absent discovery from Defendant and consideration of such evidence by an expert witness, Plaintiff cannot supply a computation of damages. Plaintiff will serve and file an amended Attachment B promptly service of an expert report quantifying its damage claims.

2. <u>COUNTERCLAIMS AND CROSS-CLAIMS</u>:

N/A


3. <u>THIRD-PARTY CLAIMS</u>:

Not applicable.