# EXHIBIT 8

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11-7-19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
Girl Scouts of the United States of America,          :
                                                      :
                               Plaintiff,             :    **ORDER REGULATING**
                                                      :    **DISCOVERY**
       -against-                                      :
                                                      :    18 Civ. 10287 (AKH)
Boy Scouts of America,                                :
                                                      :
                               Defendant.             :
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The Court has read the joint letter of counsel submitted on November 5, 2019. *See* ECF No. 56. Defendant seeks an order requiring Plaintiff to "(1) bring its out-of-area 30(b)(6) witnesses to this District to be deposed; or, in the alternative, (2) reimburse [Defendant] for its reasonable costs and fees incurred for any future out-of-District depositions." *Id.* at 1. Plaintiff opposes this request on a number of grounds, *e.g.*, contending that the number of designated out-of-area deponents is itself a result of Defendant's overbroad 30(b)(6) notice, and that Defendant has refused without explanation to agree to Plaintiff's suggestion to conduct depositions by video-conference to alleviate costs. *See id.* at 6-11.

        Defendant's request is denied. Taking so many depositions of so many witnesses in so many far-flung locations is wasteful. And requiring all of the witnesses to travel to New York City would impose undue inconvenience and unreasonable expense, on whatever party might in theory be ordered to assume the burden. Many of the subjects of the 30(b)(6) notice can be treated as interrogatories. The parties shall identify those and, without further service of papers, answer those, complying with the requirements of Fed. R. Civ. P. 33. There are other subjects of the notice that can be treated as requests under Fed. R. Civ. P. 34.

1

After the parties comply with this order, they shall confer as to the most efficient and inexpensive way of taking depositions and completing discovery. The suggestion for televised depositions of witnesses in their place of residence should be the default procedure.

SO ORDERED.

Dated:     November 7, 2019
                New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge