# EXHIBIT 9






# About the BSA

National Leadership

## National Leadership

The Scouting organization comprises nearly 1 million volunteers, whose dedication of time and resources has enabled the BSA to remain the nation's leading youth-serving organization. Leading these volunteers are the National Executive Board, along with Chief Scout Executive, Assistant Chief Scout Executives, and senior leadership team.

Biographies:



### National Chair (Volunteer)

Jim Turley, the 37th national chair of the BSA, has been a Scouting volunteer at the local and national levels since 1994. As one of the BSA's top two volunteers (along with the national commissioner), his responsibilities include serving as chairman of meetings of the National Council and providing oversight to the BSA's strategic plan. Turley joined the BSA's National …
Continue reading National Chair (Volunteer) →

Read More

### National Chair-Elect (Volunteer)

As an Eagle Scout, Wood Badge holder, World Scout Foundation BP Fellow, and Leader Trainer, Dan Ownby has demonstrated his passion for Scouting at all levels, including contributing globally by acting as a "bridge-builder" for different National Scout Organizations (NSOs) around the world.  Dan has served as a member of the World Scout Committee (2011-2017), Chairman of the WOSM Finance … Continue reading National Chair-Elect (Volunteer) →

Read More





## National Commissioner (Volunteer)

Ellie Morrison is the 11th national commissioner of the BSA — a position first held by Daniel Carter Beard, one of the founders of Scouting in the United States. She is the first woman to serve in the role. Like commissioners at all levels of Scouting, the national commissioner is an experienced Scouter who helps chartered organizations and unit leaders … Continue reading National Commissioner (Volunteer) →

Read More



## Chief Executive Officer and President

Roger C. Mosby is the CEO and President of the Boy Scouts of America, headquartered in Irving, Texas. Roger Mosby most recently ran his own consulting firm focused on executive coaching, following his retirement from leading energy infrastructure company Kinder Morgan in 2015. During nearly two decades with the company, he served as HR lead and was one of the … Continue reading Chief Executive Officer and President →

Read More

## Assistant Chief Scout Executive — Development

John Mosby serves as the Assistant Chief Scout Executive — Development. In this role, he is responsible for raising funds to perpetuate Scouting, as well as overseeing the BSA's sustainability and outdoor stewardship efforts. Mosby is charged with leading the Office of Development, which comprises the BSA Foundation, the Business Development Office, the Office of Philanthropy, the Fund Development Department, and …



Continue reading Assistant Chief Scout Executive — Development →

Read More



## Assistant Chief Scout Executive – National Director of Outdoor Adventures

As the Assistant Chief Scout Executive – National Director of Outdoor Adventures, Al Lambert works with volunteer committees and staff members to deliver a range of exhilarating, once-in-a-lifetime outdoor experiences to the BSA's youth members and adult volunteers. This includes responsibility for the BSA's four high adventure bases: Philmont Scout Ranch in New Mexico, Florida National High Adventure Sea Base … Continue reading Assistant Chief Scout Executive – National Director of Outdoor Adventures →

Read More



## Assistant Chief Scout Executive — National Director of Field Service

As the Assistant Chief Scout Executive — National Director of Field Service, Patrick Sterrett leads the BSA's four regions and their support operations, as well as other key operations at the National Service Center. He and his team are focused on membership growth and the programs needed to deliver the BSA's mission to as many youth as possible.   Patrick began his … Continue reading Assistant Chief Scout Executive — National Director of Field Service →

Read More

## Assistant Chief Scout Executive – National Director of Support Services

Mark Logemann serves as the Assistant Chief Scout Executive – National Director of Support Services, where he provides



leadership for all key infrastructure, IT, and other council-related support services. He began his career in the Dan Beard Council in Cincinnati, Ohio, followed by positions of increasing responsibility in Kalamazoo, Michigan; Appleton, Wisconsin; and the National Service Center, where he has … Continue reading Assistant Chief Scout Executive – National Director of Support Services →

Read More

## Chief Financial Officer



Michael Ashline serves as chief financial officer and the national director of the Boy Scouts of America's Supply Group. In his role, he  oversees the controller department, treasury department, Supply Group, and enterprise risk management. As national director of the Supply Group since 2003, Ashline has been responsible for overseeing the operations of supplying the exclusive Boy Scouts of America products … Continue reading Chief Financial Officer →

Read More

## Chief Strategy Officer for Culture and People



Erin Eisner serves as the Chief Strategy Officer for Culture and People. In this role, Erin oversees critical strategic priorities — people, culture, and diversity — which are inherently intertwined and pivotal to our success as a movement. Erin most recently served as the Deputy General Counsel for the BSA. Since joining the Legal Department in 2010, she has provided … Continue reading Chief Strategy Officer for Culture and People →

Read More

Contact us



PR@scouting.org →

myscouting@scouting.org →