# EXHIBIT 10



 *Community News*

Welcome to Scouts BSA
Troops 595 and 596!

Troops 595 and 596 in the Clear Lake area of Houston meet (almost) every Wednesday at St. Bernadette Catholic Church from 7 to 8:30 pm. Please come join us. Please feel free to take a look around the website.



**BSA Youth Application Supplemental Scout Information Sheet**



### Scouts BSA Troop 596 for Girls

St. Bernadette Catholic Church is starting a girl Scouts BSA troop in February of 2019. If you have a girl aged 11 to 17 years of age that is interested in joining, please send an email to **stbtroop595@gmail.com**. The troop will be Scouts BSA Troop 596.

Meetings will be held on Wednesday nights from 7-8:30 at St. Bernadette Catholic Church.

**Click here to learn more information about the Scouts BSA Program!**

www.troop595.org
Donna Sue Dolle

2



3:18 PM - 1 Apr 2019

3

Sponsored by VFW Post 3945 - Morningside, Pittsburgh PA

# Join Troops 3945 & 9945 - Visit and Give Us a Try!

## Who Can Join Scouts?



Right now, any boy who is 11 or older – and who has finished 5th grade – can join Boy Scouts. There is a place in scouting for every boy, and Troop 3945, is the perfect place for you to find your niche. There are few other places in life where boys of different backgrounds and ages have a chance to work together as a unit and learn by example, by direct teaching from scoutmasters and other scouts, and by getting a chance to lead and to teach others.

Beginning in February 2019 Troop 3945 will operate jointly with a girls' scout troop that is, technically, Troop 93945. Between now and the February start of girls officially being part of Scouts BSA, we are maintaining a girls interest group where girls are welcome to acclimate themselves to the program in anticiaption of full membership in February 2019.

## What is Scouting All About?

You can learn much more about scouting by visiting the Oficial Website of the Boy Scouts of America, or by reading the Wikipedia page on the Boy Scouts.

Even better, you can come to a meeting of  Scout Troop 3945 and learn how things work and see how we plan for camping trips and other troop activities.

Ready to try Scouting?

**NOTEWORTHY IN NORTH COUNTY**

Girl Scouts brave the outdoors

NEW HARTFORD

Girl Scout Troop 2019 has formed in town under the auspices of the Boy Scouts of America.

Already the girls have demonstrated true grit, camping out at Camp Sequassen on March 1-3 — some in a cabin and some braving it in tents despite an overnight temperature of 17 degrees.

Alesia Kennerson, who joined Boy Scoutmaster Tim Ferarrotti in forming the troop, said she took refuge in a cabin with fellow chaperone Jennifer Watkins that night, but chaperones Michelle Hass and Rob Storm joined the youngsters in roughing it by sleeping in an open-faced shelter.

Kennerson said the girls worked on activities in their manual required to attain the Scout rank.

"They cooked all five of their own meals over an open fire," she said. "The adults cooked for themselves."

Kennerson and Ferarrotti were double-booked at one point and had to leave to go to Camp Workcoemen, where they guided Boy Scouts working toward a merit badge.

Kennerson said she was never a scout when she was a child, but she "got hooked" as an adult during the 2017 Scout Jamboree.

"It's an adventure," she said. "I've done so many things for the first time through scouting that I never would have tried as an adult."

New girls ages 11-17 are welcome to join the troop, which meets Thursdays for just under two hours at e North Congregational Church. The program is designed to build character, citizenship and personal fitness through an active outdoor program and peer group leadership.

While the program is youth-led, it is guided by adult counselors. Troop 2019 is open to girls from surrounding towns as well.

The new program offers two weeks of summer camp, both locally and in New Hampshire; BMX; climbing and zip lines; rifle and shotgun shooting; archery; water sports; animal science; horsemanship; wilderness survival; hiking; community service and more.

For information, contact troop2019nhct@gmail.com.



6















9



**Scouts BSA**

Youth 11–17 years old

10