# EXHIBIT 11



January 6, 2020

**VIA EMAIL**
traci.shepherd@scouting.org
Asst to Scout Executive

Mr. Eric Magendantz, Scout Executive
Boy Scouts of America
Central Florida Council
1951 S Orange Blossom Trail
Apopka, FL 32703

**Girl Scouts of the USA**
420 Fifth Avenue
New York, NY 10018-2798
212-852-6540
Apelaez@girlscouts.org

Dear Mr. Magendantz:

Recently, Troop 202, from your council, participated in an event with Orlando VA Healthcare System ("OVAHCS") to earn the Disabilities Awareness Badge.

Attached as Exhibit A is a screenshot of OVAHCS' tweet in which the girls in the Boy Scout Troop are incorrectly identified as Girl Scouts. We would appreciate it if your council cleared up this mistake and ensure that OVACH edit the current tweet and any future ones to accurately reflect that the members pictured are members of Boy Scouts and not Girl Scouts.

Sincerely,

Andrea Pelaez
Associate General Counsel
Girl Scouts of the USA
**T: 212-852-6540**
apelaez@girlscouts.org

cc:
Steven P. McGowan, General Counsel, BSA
Rachel Kassabian, Quinn Emanuel Urquhart & Sullivan LLP
Bruce Ewing, Dorsey & Whitney LLP
Jennifer Rochon, General Counsel, Girl Scouts of the USA

Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.

# EXHIBIT A

[https://twitter.com/OVAHCS/status/1212810899456757760](https://twitter.com/OVAHCS/status/1212810899456757760)



**OVAHCS**
@OVAHCS

Local Boy Scouts and Girl Scouts chose the #OVAHCS to earn their Disabilities Awareness Badge. The group of young, brilliant minds gained knowledge about the visible and concealed disabilities #Veterans face— From Physical Therapy to Mental Health.



2:00 PM · Jan 2, 2020 from Florida, USA · Twitter for iPhone

*Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.*



January 13, 2020

**VIA EMAIL**
alohacouncilbsa@scouting.org

Boy Scouts of America
Aloha Council
42 Puiwa Road
Honolulu, HI 96817

Girl Scouts of the USA
420 Fifth Avenue
New York, NY 10018-2798
212-852-6520
girlscouts.org

Sir/Madam:

It has come to our attention that your council distributed recruitment materials that uses the Girl Scouts Profiles logo, one of Girl Scouts' most iconic logos, without our authorization, and contains confusing language about girls joining the "scouts" or "scouting programs." (*See Exhibit A attached hereto*).

Such use constitutes trademark infringement, dilution and is likely to mislead the public into believing that there is an association, sponsorship or some arrangement between Girl Scouts and Boy Scouts. Therefore, we must demand that you immediately: (i) cease dissemination in print or online of the attached flyer, and (ii) provide us with written assurances that you and your districts, and all associated staff, will cease and desist from using or sending out any communications containing any Girl Scout branding or logos.

Thank you for your anticipated cooperation. This letter is written without prejudice to our rights and any damages, at law and in equity, all of which are expressly reserved.

Sincerely,

*Andrea Pelaez*

Andrea Pelaez
Associate General Counsel

cc:
Steven P. McGowan, General Counsel of BSA
Rachel Kassabian, Quinn Emanuel Urquhart & Sullivan LLP
Bruce Ewing, Dorsey & Whitney LLP
Jennifer Rochon, General Counsel, Girl Scouts of the USA

*Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.*

Confidential                                                                                                         GSUSA_00187499

## Exhibit A





March 12, 2020

**VIA EMAIL**
Todd.lamison@scouting.org

Todd Lamison
Scout Executive
Boy Scouts of America
Heart of New England Council
1980 Lunenburg Road
Lancaster, MA 01523

Mr. Lamison:

I represent Girl Scouts of the USA and write with respect to a flyer from the Boy Scouts of the Heart of New England Council that is being distributed to local schools in the Massachusetts area. (*See Exhibit A attached hereto*).

First, this flyer is being mislabeled and mischaracterized as a Girl Scout flyer. It was circulated on March 3, 2020 under the title: Girl Scout Flyer 2020.pdf. (see Exhibit B, attached email) It is the responsibility of the Boy Scouts to ensure that its marketing materials are not being characterized as Girl Scouts marketing materials. Please contact the school immediately to ensure that they properly label your flyers and take steps to ensure that schools do not designate your flyers as Girl Scout flyers.

Additionally, the flyer itself uses Scouts in a misleading and confusing manner. The following statement appears at the bottom of the flyer:

> SEE ALL OF THE SCOUTING GROUPS IN YOUR AREA BY VISITING
>
> WWW.BEASCOUT.ORG

This statement is likely to mislead the public into believing or expecting that Girl Scout opportunities would be listed on WWW.BEASCOUT.ORG and if they do not appear there, that the Girl Scouts have no such groups in the area. Accordingly, we request that you remove these flyers from circulation and if you intend to redistribute, kindly reflect on the flyer that it refers only to Boy Scout events and that the links provided provide information on Boy Scout groups or events exclusively, rather than information on Scouting.

Girl Scouts of the USA
420 Fifth Avenue
New York, NY 10018-2798
212-852-6520
girlscouts.org

## Exhibit A



**Scout Oath**
On my honor, I will do my best
To do my duty to God and my country
and to obey the Scout Law;
To help other people at all times;
To keep myself physically strong,
mentally awake, and morally straight.

**Scout Motto**
Be Prepared

### Join the Adventure!

You are invited to visit Scouts BSA
**Girl** Troops 7180 and 7175!

| Troop 7180 | Troop 7175 |
|---|---|
| Meets Mondays, 6:30 - 8:00 pm | Meets Wednesdays, 7:00- 8:30 pm |
| First Congregational Church | Immanuel Lutheran Church, |
| 1180 Main Street, Holden | 346 Shrewsbury Street, Holden |
| For more information and adventure, | For more information and adventure, |
| Contact: Deb McMillen | Contact: Amy Becker |
| Troop7180@gmail.com | amybecker979@gmail.com |

Camping  Rock Climbing  Canoeing  Kayaking  Survival Skills  Campfire Cooking
Hiking  Fishing  Biking  Programming  Movie Making  Photography  and More!



BOY SCOUTS OF AMERICA
HEART OF NEW ENGLAND COUNCIL
1980 Lunenburg Road, Lancaster, MA

Financial Assistance is available.
See all of the Scouting groups in your area by visiting www.BeAScout.org

## EXHIBIT B

---------- Forwarded message ---------
From: **Brian McCarthy** <Brian_McCarthy@wrsd.net>
Date: Tue, Mar 3, 2020, 8:38 AM
Subject: Information you might be interested in
To: <kfitzdixon@gmail.com>

Hello,
Attached, please find some flyers that you might be interested in. If you have questions regarding these programs please contact the organizations listed on the flyers.
Thanks,
Brian

Field Hockey Flyer 2020.pdf    Girl Scout Flyer 2020.pdf    HYS Unified Team Flyer SP2020.pdf

Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.

Thank you for your anticipated cooperation. This letter is written without prejudice to our rights and any damages, at law and in equity, all of which are expressly reserved.

Sincerely,

Andrea Pelaez
Associate General Counsel

Girl Scouting builds girls of courage, confidence, and character, who make the world a better place.



Adam G. Bowling
Associate Attorney
Boy Scouts of America
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX 75015-2079
Adam.Bowling@Scouting.org

March 31, 2020

**<u>Via Email</u>**
Andrea Pelaez
Associate General Counsel
Girl Scouts of the USA
420 Fifth Avenue
New York, NY 10018
apelaez@girlscouts.org

Dear Ms. Pelaez:

I write today in response to your March 12 letter to Todd Lamison of the Boy Scouts of America's Heart of New England Council concerning a recruiting flyer. We disagree with the accusations in your letter, which are mistaken and unfounded.

By way of background, a BSA unit-level volunteer emailed the flyer in question to a local school official for further distribution to parents. The flyer was attached to the volunteer's email as a PDF file bearing the file name "Join the Adventure.pdf". In her cover email to the school, the volunteer made clear that "[the flyer] is for two girls troops in Scouts BSA, which is part of the Boy Scouts of America. (Not affiliated with the Girl Scouts.)" However, unbeknownst to the volunteer, the PDF file name subsequently was changed by an unknown third party, presumably a school official, prior to passing the flyer along to parents. To be clear, neither the BSA, the BSA local council, nor the BSA volunteer played any part in re-naming the PDF file, and the BSA volunteer did everything that could be reasonably expected of her to ensure that the BSA's brand guidelines were followed.

In any event, we strongly disagree with your contention that the flyer file name would confuse any consumers, for a host of reasons. First and foremost, this flyer was heavily branded with multiple BSA trademarks and logos, including, in large prominent font, the BOY SCOUTS OF AMERICA trademark and fleur-de-lis. Its source is clear and unambiguous. Moreover, the flyer invited parents to troop meetings, at which they would be greeted by BSA volunteers wearing BSA uniforms, distributing BSA promotional materials, and discussing BSA programs. Any suggestion that the source of such services might be confusing to a reasonable consumer is not credible.



www.scouting.org            Prepared. For Life.™

Regarding your second complaint about the flyer—that it uses "Scouts" in a purportedly confusing and misleading manner—this too is not well taken. As you know, the BSA has long used its SCOUT and SCOUTING trademarks to identify and distinguish its programs and services. GSUSA, on the other hand, has unequivocally disavowed the use of the term "Scout" alone in its branding. Thus, we disagree with your premise that consumers associate "Scout" with GSUSA. Moreover, as described above, the flyer is heavily co-branded with other BSA marks such as BOY SCOUTS OF AMERICA. Furthermore, the BSA website you mention, beascout.org, also is heavily branded with the BSA's marks, including the organization's full name. The source of these services is clear and unambiguous.

We trust this resolves your concerns and will consider this matter closed.

All rights reserved.

Sincerely,

Adam G. Bowling
Associate Attorney

cc:   Todd Lamison, Scout Executive, Heart of New England Council
      Steven P. McGowan, General Counsel, BSA
      Joseph Zirkman, Deputy General Counsel, BSA
      Rachel Kassabian, Quinn Emanuel Urquhart & Sullivan
      Jennifer Rochon, General Counsel, Girl Scouts of the USA
      Bruce Ewing, Dorsey & Whitney