# EXHIBIT 12

https://twitter.com/telegramdotcom/status/1235333093826932736







