# EXHIBIT 13



2









10

