

Grab Your FUTURE by the HANDLEBARS

Take the journey off-road. Join Scouts BSA and set your own course for adventure.

JOIN TODAY AT SCOUTSBSA.ORG

SCOUT ME IN





Find adventure where You can't even SEE THE TRAIL

Gain the confidence to blaze your own trail. Join Scouts BSA and develop the skills you need to Be Prepared. For Life.™ and anything it throws your way

**JOIN TODAY AT SCOUTSBSA.ORG**

SCOUT ME IN







Lower temperatures, higher ADVENTURE

At the extremes is where you discover your potential. Join Scouts BSA and learn the skills that allow you to reach your peak, for yourself and the world around you.

JOIN TODAY AT SCOUTSBSA.ORG

SCOUT ME IN™



Lower temperatures, higher ADVENTURE

At the extremes is where you discover your potential. Join Scouts BSA and learn the skills that allow you to reach your peak, for yourself and the world around you.

JOIN TODAY AT SCOUTSBSA.ORG

SCOUT ME IN