# EXHIBIT 14

| SCOUTING.ORG (HTTPS://WWW.SCOUTING.ORG) | GIVE | SHOP | MY.SCOUTING LOGIN | Search |



(https://scoutingwire.org/)

HOME (HTTPS://SCOUTINGWIRE.ORG) > VOLUNTEERS (HTTPS://SCOUTINGWIRE.ORG/VOLUNTEERS/)
> MARKETING (HTTPS://SCOUTINGWIRE.ORG/TOPIC_VOLUNTEER/RECRUITING/)
> GET YOUR "SCOUT ME IN" RECRUITING MATERIALS NOW!

# GET YOUR "SCOUT ME IN" RECRUITING MATERIALS NOW!

Share this article:

June 19, 2018

This summer, all kids are invited to say, "Scout Me In," as they join the fun, adventure and character-building opportunities found in Cub Scouts. The new *Scout Me In* campaign features girls and boys in its iconic Cub Scout program for the first time.

This new campaign has been welcomed with open arms by volunteers, professionals and parents, alike, on social media and at our recent National Annual Meeting. We're excited to continue building this momentum as we introduce new materials to help you bring Scouting to life in your area.

**A Fresh Perspective for Recruitment Materials**

The *Scout Me In* creative shifts the perspective by showing what it's like to be a Scout from a kid's point of view. Instead of simply showing Scouts participating in activities, the campaign brings the young viewer into the middle of the action – from fishing, biking and canoeing to launching rockets and making slime – where they get even closer to the experiences that Scouting brings to life. The campaign presents an energizing Scouting experience that speaks to kids but also engages parents who are looking for ways to make the most of the time they have with their children and help them to be Prepared. For Life.

We've been introducing new campaign materials since early May and will continue to release more assets daily to the Brand Center (https://scoutingwire.org/bsa-brand-center/). On the Brand Center you can access campaign collateral like posters (https://scouting.webdamdb.com/bp/#/folder/4369016/), fliers (https://scouting.webdamdb.com/bp/#/folder/4369013/), e-mail templates (https://scouting.webdamdb.com/bp/#/folder/4369012/), a video (https://scouting.webdamdb.com/bp/#/folder/4369027/), and a slew of fresh new photos (https://scouting.webdamdb.com/bp/#/folder/600589/) highlighting the energy and excitement of *Scout Me In*.

**Get Your 'Scout Me In' Swag**

You can also order custom *Scout Me In* patches, pins, table tents, stickers, and all other types of promotional products in preparation for your next event now.

For ordering information, go to http://licensingbsa.org/scout-me-in/ (http://licensingbsa.org/scout-me-in/) to work with an official BSA licensee or connect with the National Supply Group, Specialty Products, at NDCSpecialty.Products@scouting.org. (mailto:NDC.Specialty.Products@scouting.org)

Keep an eye out for more *Scout Me In* recruiting updates for an epic fall season!
()



# Hayley Cordaro (https://scoutingwire.org/author/hayley/)
Hayley Cordaro is a member of the Communications team at Boy Scouts of America. She loves sharing inspiring success stories and uncovering new ways volunteers and employees can make the most of their Scouting experience. If you have story ideas or questions, reach out to us at communications@scouting.org (mailto:communications@scouting.org).

# Comments

**1 Comment**    Sort by **Newest**



Add a comment...



**Daryl Sylvia**

looking for buddy tag info and copy

Like · Reply · 3w

Facebook Comments Plugin

**REACH OUT**

 

(https://scoutingwire.org/connect-with-us/)

 

(https://scoutingwire.org/find-contact-information/) (https://scoutingwire.org/share-story/)

(https://scoutingwire.org)

f
(https://www.facebook.com/pages/Boy-Scouts-