# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## DECLARATION OF ERIC LOPEZ SCHNABEL

I, Eric Lopez Schnabel, being of full age, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner with the law firms of Dorsey & Whitney LLP and Dorsey & Whitney (Delaware) LLP, the attorneys for Girl Scouts of the United States of America ("Girl Scouts").

2. I submit this Declaration in support of Girl Scouts' Motion for Relief From the Automatic Stay to Resume Trademark Action (the "Motion").

3. Pursuant to a discovery request made by Girl Scouts arising out of Boy Scouts of America's ("Boy Scouts") objection to the Motion, Boy Scouts produced under an agreed upon "professional eyes only" confidential basis on April 4, 2020, a true and correct copy of a first insurance policy attached hereto as Exhibit A and a true and correct copy of a second insurance policy attached hereto as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 10, 2020          /s/ Eric Lopez Schnabel
                                Eric Lopez Schnabel

**EXHIBIT A**

**FILED UNDER SEAL**

**EXHIBIT B**

**FILED UNDER SEAL**