# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS, AND REQUEST FOR MATRIX ENTRY

PLEASE TAKE NOTICE that Michael J. Joyce and the Law Offices of Joyce, LLC, Britton C. Lewis, and the law firm of Carruthers & Roth, P.A., and Kevin Coughlin, Lorraine Armenti and Michael Hrinewski and the law firm of Coughlin Duffy, LLP hereby enter their appearance as counsel to Arrowood Indemnity Company and request that copies of all pleadings and other papers (however designated) filed in the above-captioned case, as well as notices given or required to be given in this case, be given and served upon the undersigned at the address listed below.

In addition, it is respectfully requested that, pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, the following be added to the Court's Mailing Matrix:

| | | |
|---|---|---|
| Michael J. Joyce, Esquire<br>The Law Offices of Joyce, LLC<br>1225 King St.<br>Suite 800<br>Wilmington, DE 19801<br>(302)-388-1944<br>mjoyce@mjlawoffices.com | Britton C. Lewis, Esquire<br>Carruthers & Roth, P.A.<br>235 N. Edgeworth St.<br>P.O. Box 540<br>Greensboro, NC  27401<br>(336) 478-1146 (Telephone)<br>(336) 478-1145 (Facsimile)<br>bcl@crlaw.com | Kevin Coughlin, Esquire<br>Lorraine Armenti, Esquire<br>Michael Hrinewski, Esquire<br>Coughlin Duffy, LLP<br>350 Mount Kemble Ave.<br>PO Box 1917<br>Morristown, NJ 0796<br>973-267-0058 (Telephone)<br>973-267-6442 (Facsimile)<br>kcoughlin@coughlinduffy.com<br>larmenti@coughlinduffy.com<br>mhrinewski@coughlinduffy.com |

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise.  This Notice of Appearance shall not constitute a submission by Arrowood Indemnity Company to the jurisdiction of the Bankruptcy Court.

FURTHER, if any limited service lists are used in these proceedings, the undersigned requests inclusion thereon.

Dated: April 10, 2020
Wilmington, DE

*s/ Michael J. Joyce*
Michael J. Joyce (No. 4563)
THE LAW OFFICES OF JOYCE, LLC
1225 King Street
Suite 800
Wilmington, DE 19801
(302)-388-1944
mjoyce@mjlawoffices.com

*Counsel to Arrowood Indemnity Company*