### IN THE UNITED STATES BANKRUPTCY
### COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **Hearing Date and Objection Deadline:  April 15, 2020, at 10:00 a.m. (EST)** |

**NOTICE OF GIRL SCOUTS OF THE UNITED STATES OF AMERICA'S MOTION PURSUANT TO SECTIONS 105 AND 107(B) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9018 FOR AUTHORITY TO FILE UNDER SEAL (I) PORTIONS OF GIRL SCOUTS OF THE UNITED STATES OF AMERICA'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO RESUME TRADEMARK ACTION; AND (II) THE <u>EXHIBITS TO THE DECLARATION OF ERIC LOPEZ SCHNABEL</u>**

**TO:  ALL PARTIES IN INTEREST**

**PLEASE TAKE NOTICE** that on April 10, 2020, Girl Scouts of the United States of America ("Girl Scouts") , filed a motion (the "<u>Motion to Seal</u>") pursuant to sections 105 and 107(b) of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>") and Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), for the entry of an order authorizing Girl Scouts to file under seal (I) portions of *Reply Brief in Support of its Motion for Relief from the Automatic Stay to Resume Trademark Action;* and (II) *Exhibits to the Declaration of Eric Lopez Schnabel* filed in this proceeding.

**PLEASE TAKE NOTICE** that objections, if any, to the Motion to Seal must be presented in writing or orally at the hearing to be held on **April 15, 2020 at 10:00 a.m. (EST)** before the Honorable Laurie Selber Silverstein, United States Bankruptcy Court Judge, 824 Market Street, 6th Floor, Courtroom #2, Wilmington, Delaware 19801.

4834-2899-1415\1

**PLEASE TAKE FURTHER NOTICE** that, if you fail to respond in accordance with this notice, the Bankruptcy Court may grant the relief requested in the Motion without further notice or hearing.

| | |
|---|---|
| Dated:  April 10, 2020 | **DORSEY & WHITNEY (DELAWARE) LLP**<br><br>*/s/ Eric Lopez Schnabel*<br>Eric Lopez Schnabel (DE Bar No. 3672)<br>Alessandra Glorioso (DE Bar No. 5757)<br>300 Delaware Avenue, Suite 1010<br>Wilmington, Delaware 19801<br>Telephone:  (302) 425-7171<br>Facsimile:  (302) 425-7177<br>E-mail:  schnabel.eric@dorsey.com<br>            glorioso.alessandra@dorsey.com<br><br>-and-<br><br>DORSEY & WHITNEY LLP<br><br>Bruce R. Ewing (*pro hac vice*)<br>Eric Lopez Schnabel (DE Bar No. 3672)<br>51 West 52nd Street<br>New York, New York 10019<br>Telephone:  (212) 415-9200<br>Facsimile:  (212) 953-7201<br>E-mail:  ewing.bruce@dorsey.com<br>            schnabel.eric@dorsey.com<br><br>***Counsel to Girl Scouts of the United States of America*** |