# IN THE UNITED STATES BANKRUPTCY
# COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Eric Lopez Schnabel, hereby certify that on April 10, 2020, I caused a copy of the following documents to be filed through the Court's Case Management/Electronic Case File ("CM/ECF") System and served on all parties who have electronically entered a notice of appearance through the notice of filing generated by the Court's CM/ECF System:

- Girl Scouts of the United States of America's Motion to File Under Seal [Docket No. 386]

- Girl Scouts of the United States of America's Certification of Counsel [Docket No. 387]

- Girl Scouts of the United States of America's Declaration of Bruce R. Ewing in Support of Motion of Girl Scouts of the United States of America for Relief from Automatic Stay to Resume Trademark Action [Docket No. 389]

- Girl Scouts of the United States of America's Notice of Filing of Proposed Redacted Version of Document Reply Brief In Support of its Motion For Relief From the Automatic Stay to Resume Trademark Action [Docket No. 391]

- Girl Scouts of the United States of America's Redacted Declaration of Eric Lopez Schnabel [Docket No. 393]

- Notice of Girl Scouts of the United States of America's Motion to File Under Seal [Docket No. 395]

4847-1133-4839\1

| | |
|---|---|
| Dated: April 10, 2020 | **DORSEY & WHITNEY (DELAWARE) LLP** |
| | <u>*/s/ Eric Lopez Schnabel*</u><br>Eric Lopez Schnabel (DE Bar No. 3672)<br>Alessandra Glorioso (DE Bar No. 5757)<br>300 Delaware Avenue, Suite 1010<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-7171<br>Facsimile: (302) 425-7177<br>E-mail: schnabel.eric@dorsey.com<br>           glorioso.alessandra@dorsey.com |
| | -and- |
| | DORSEY & WHITNEY LLP |
| | Bruce R. Ewing (*pro hac vice*)<br>Eric Lopez Schnabel (DE Bar No. 3672)<br>51 West 52nd Street<br>New York, New York 10019<br>Telephone: (212) 415-9200<br>Facsimile: (212) 953-7201<br>E-mail: ewing.bruce@dorsey.com<br>           schnabel.eric@dorsey.com |
| | *Counsel to Girl Scouts of the United States of America* |