## **Exhibit A-1**

**Variance Analysis**

**Boy Scouts of America**
**Cumulative Case to Date Variance Analysis**

*($ in thousands)*

| | Budget | Actual | Variance Fav / (Unfav) | % |
|---|---:|---:|---:|---:|
| | Petition Date (2/18/20) to 4/3/2020 | | |
| **Total Beginning Unrestricted Cash Balance** | $ 73,843 | $ 73,237 | $ (607) | (1)% |
| **RECEIPTS** | | | | |
| Operating Receipts | | | | |
|   Registrations | 38,740 | 28,915 | (9,825) | (25)% |
|   Supply | 16,220 | 10,971 | (5,249) | (32)% |
|   High-Adventure Bases | 11,832 | 10,695 | (1,137) | (10)% |
|   A/R Receipts | 11,368 | 10,662 | (706) | (6)% |
|   Other Operating Receipts | 3,930 | 3,959 | 29 | 1% |
|   National Jamboree Fees | 300 | 47 | (253) | (84)% |
|   Other | 889 | 2,687 | 1,798 | 202% |
| Total Operating Receipts | 83,280 | 67,936 | (15,344) | (18)% |
| Transfers from Investments & Rest. Accounts, Net | 4,942 | 747 | (4,195) | (85)% |
| Other Collections / Distributions | - | 44 | 44 | 0% |
| **Total Receipts** | 88,222 | 68,727 | (19,495) | (22)% |
| **DISBURSEMENTS** | | | | |
| Total Trade AP | (18,985) | (8,800) | 10,185 | 54% |
| Total Payroll and Benefits | (15,714) | (12,743) | 2,971 | 19% |
| Other Expenses | - | - | - | 0% |
| **Total Operating Disbursements** | (34,699) | (21,543) | 13,156 | 38% |
| **Net Operating Cash Flow** | 53,522 | 47,184 | (6,338) | (12)% |
| **NON-OPERATING CASH FLOWS** | | | | |
| GLIP | (4,600) | (944) | 3,656 | 79% |
| Capex (BSA) | (165) | (64) | 101 | 61% |
| Capex (Summit) | (425) | (31) | 394 | 93% |
| Total Non-Operating Expenses | (5,190) | (1,039) | 4,150 | 80% |
| **BANKRUPTCY-RELATED DISBURSEMENTS** | | | | |
| Restructuring Professionals (Post-Filing) | - | - | - | 0% |
| Adequate Protection Payments | (1,330) | (2,753) | (1,423) | (107)% |
| Other - Noticing Program / Utility Deposit | - | (313) | (313) | 0% |
| Pre-Petition Vendor Payments | (6,543) | (176) | 6,368 | 97% |
| Total Bankruptcy Related Expenses | (7,873) | (3,241) | 4,632 | 59% |
| **Net Cash Flow Before Endowment Contributions** | 40,459 | 42,903 | 2,444 | 6% |
| Funding Sources (Endowment/RBT Contributions) | - | - | - | 0% |
| **Total Ending Unrestricted Cash Balance - BSA** | $ 114,302 | $ 116,140 | $ 2,444 | 2% |
| Estimated Unrestricted Endowment Balance | 53,804 | 55,494 | 1,690 | 3% |
| Estimated Unrestricted RBT Balance | 65,250 | 66,809 | 1,559 | 2% |
| **Total Estimated Ending Unrestricted Liquidity - BSA** | 233,357 | 238,443 | 5,086 | 2% |

| | | |
|---|---:|---|
| **Petition Date Unrestricted Liquidity** | $ 192,299 | |
| 4/3/20 Unrestricted Liquidity Balance | 238,443 | |
| **Gross Increase (Decrease) in Unrestricted Liquidity** | 46,144 | |
| Less: Cumulative Prepetition A/R Receipts | 10,662 | |
| **Net Increase / (Decrease) after A/R Receipts** | 35,482 | |
| Less: Cumulative Prepetition Registration Receipts | 28,915 | |
| **Net Increase / (Decrease) after A/R & Registrations** | $ 6,567 | |

Note: Does not reflect donor-restricted funds, GAAP restricted funds, or other legal segregations of cash