**Exhibit A-2**

**13-Week Cash Flow Forecast**

**Boy Scouts of America**
**13 - Week Cash Flow Forecast**

| ($ in thousands)<br>Week Ending | Prior Week Actual Wk Ending 4/3/20 | Week 1 Forecast Wk Ending 4/10/20 | Week 2 Forecast Wk Ending 4/17/20 | Week 3 Forecast Wk Ending 4/24/20 | Week 4 Forecast Wk Ending 5/1/20 | Week 5 Forecast Wk Ending 5/8/20 | Week 6 Forecast Wk Ending 5/15/20 | Week 7 Forecast Wk Ending 5/22/20 | Week 8 Forecast Wk Ending 5/29/20 | Week 9 Forecast Wk Ending 6/5/20 | Week 10 Forecast Wk Ending 6/12/20 | Week 11 Forecast Wk Ending 6/19/20 | Week 12 Forecast Wk Ending 6/26/20 | Week 13 Forecast Wk Ending 7/3/20 | 13-Week Forecast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Beginning Unrestricted Cash Balance - BSA** | $ 115,506 | $ 116,140 | $ 113,634 | $ 110,591 | $ 106,568 | $ 101,615 | $ 92,460 | $ 85,793 | $ 73,881 | $ 68,478 | $ 60,282 | $ 55,499 | $ 33,805 | $ 28,907 | $ 116,140 |
| **RECEIPTS** | | | | | | | | | | | | | | | |
| Operating Receipts | | | | | | | | | | | | | | | |
| Registrations | 1,507 | 1,329 | 1,329 | 1,329 | 1,213 | 748 | 748 | 748 | 748 | 718 | 718 | 718 | 718 | 319 | 11,382 |
| Supply | 455 | 330 | 330 | 330 | 335 | 366 | 366 | 366 | 366 | 355 | 350 | 350 | 350 | 1,054 | 5,247 |
| High-Adventure Bases | 247 | 220 | 220 | 220 | 20 | 15 | 15 | 15 | 15 | 37 | 46 | (14,057) | 46 | 49 | (13,139) |
| A/R Receipts | 1,243 | 1,412 | 1,112 | 1,112 | 1,114 | 1,124 | 1,124 | 1,124 | 1,124 | 1,519 | 1,527 | 1,527 | 1,527 | 1,514 | 16,861 |
| Other Operating Receipts | 355 | 328 | 328 | 328 | 318 | 255 | 255 | 255 | 255 | 264 | 268 | 268 | 268 | 273 | 3,665 |
| National Jamboree Fees | 8 | 149 | 149 | 149 | 149 | 145 | 145 | 145 | 145 | 58 | 58 | 58 | 58 | 58 | 1,462 |
| Other | 388 | - | - | - | 387 | - | - | - | - | 342 | - | - | - | 344 | 1,127 |
| Total Operating Receipts | 4,203 | 3,769 | 3,469 | 3,469 | 3,535 | 2,652 | 2,652 | 2,652 | 2,652 | 3,290 | 2,968 | (11,135) | 3,022 | 3,611 | 26,605 |
| Transfers from Investments & Rest. Accounts, Net | 111 | - | 1,700 | - | 400 | - | 1,700 | - | 400 | - | - | 1,700 | - | 400 | 6,300 |
| Other Collections / Distributions | 22 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | 4,336 | 3,769 | 5,169 | 3,469 | 3,935 | 2,652 | 4,352 | 2,652 | 3,052 | 3,290 | 2,968 | (9,435) | 3,022 | 4,011 | 32,905 |
| **DISBURSEMENTS** | | | | | | | | | | | | | | | |
| Total Trade AP | (686) | (3,785) | (4,119) | (3,951) | (2,943) | (3,289) | (3,665) | (3,539) | (3,655) | (2,715) | (2,919) | (2,719) | (2,921) | (2,591) | (42,814) |
| Total Payroll and Benefits | (993) | (3,510) | (2,124) | (2,008) | (4,425) | (2,059) | (4,927) | (2,079) | (3,727) | (2,038) | (4,040) | (3,455) | (4,032) | (2,236) | (40,659) |
| Other Expenses | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Disbursements** | (1,679) | (7,295) | (6,244) | (5,959) | (7,368) | (5,348) | (8,592) | (5,618) | (7,382) | (4,754) | (6,959) | (6,174) | (6,953) | (4,827) | (83,473) |
| **Net Operating Cash Flow** | 2,657 | (3,526) | (1,075) | (2,490) | (3,432) | (2,696) | (4,241) | (2,966) | (4,331) | (1,464) | (3,991) | (15,609) | (3,931) | (816) | (50,569) |
| **NON-OPERATING CASH FLOWS** | | | | | | | | | | | | | | | |
| GLIP [1] | (2) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (100) | (1,300) |
| Capex (BSA) | (25) | (58) | (58) | (58) | (71) | (222) | (222) | (222) | (222) | (192) | (192) | (192) | (192) | (141) | (2,042) |
| Capex (Summit) [2] | (16) | - | - | - | - | - | (775) | (425) | - | - | - | (1,275) | (425) | - | (2,900) |
| Interest and Principal | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Restructuring Professionals (Pre-Filing) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Non-Operating Expenses | (43) | (158) | (158) | (158) | (171) | (322) | (1,097) | (747) | (322) | (292) | (292) | (1,567) | (717) | (241) | (6,242) |
| **BANKRUPTCY-RELATED DISBURSEMENTS** | | | | | | | | | | | | | | | |
| Restructuring Professionals (Post-Filing) | - | - | - | (350) | (250) | (5,387) | (79) | (450) | - | (5,110) | - | (4,018) | - | - | (15,643) |
| Adequate Protection Payments | 1,478 | - | (135) | - | (500) | - | - | - | - | (830) | - | - | - | (500) | (487) |
| Other - Noticing Program / Utility Deposit | - | - | - | - | - | - | - | (7,000) | - | - | - | - | - | - | (7,000) |
| Pre-Petition Vendor Payments | (10) | (300) | (1,675) | (1,025) | (600) | (750) | (1,250) | (750) | (750) | (500) | (500) | (500) | (250) | (250) | (9,100) |
| Total Bankruptcy Related Expenses | (1,980) | 1,178 | (1,810) | (1,375) | (1,350) | (6,137) | (1,329) | (8,200) | (750) | (6,440) | (500) | (4,518) | (250) | (750) | (32,230) |
| **Net Cash Flow Before Endowment Contributions** | 634 | (2,506) | (3,043) | (4,023) | (4,953) | (9,155) | (6,666) | (11,913) | (5,402) | (8,196) | (4,783) | (21,694) | (4,898) | (1,807) | (89,040) |
| Funding Sources (Endowment/RBT Contributions) | - | - | - | - | - | - | 15,798 | - | - | - | - | - | - | 30,000 | 30,000 |
| **Total Ending Unrestricted Cash Balance - BSA** [3] | $ 116,140 | $ 113,634 | $ 110,591 | $ 106,568 | $ 101,615 | $ 92,460 | $ 85,793 | $ 73,881 | $ 68,478 | $ 60,282 | $ 55,499 | $ 33,805 | $ 28,907 | $ 57,100 | $ 57,100 |
| Estimated Unrestricted Endowment Balance [4] | 55,494 | 55,494 | 55,494 | 55,494 | 55,494 | 55,494 | 55,494 | 55,494 | 55,494 | 55,494 | 55,494 | 55,494 | 55,494 | 25,494 | 25,494 |
| Estimated Unrestricted RBT Balance [4] | 66,809 | 66,809 | 66,809 | 66,809 | 66,809 | 66,809 | 66,809 | 66,809 | 66,809 | 66,809 | 66,809 | 66,809 | 66,809 | 66,809 | 66,809 |
| **Total Estimated Ending Unrestricted Liquidity - BSA** | 238,443 | 235,937 | 232,894 | 228,871 | 223,918 | 214,763 | 208,096 | 196,184 | 190,781 | 182,585 | 177,802 | 156,108 | 151,210 | 149,403 | 149,403 |
| Petition Date Unrestricted Liquidity | $ 192,299 | $ 192,299 | $ 192,299 | $ 192,299 | $ 192,299 | $ 192,299 | $ 192,299 | $ 192,299 | $ 192,299 | $ 192,299 | $ 192,299 | $ 192,299 | $ 192,299 | $ 192,299 | $ 192,299 |
| Weekly Estimated Ending Balance Above | 238,443 | 235,937 | 232,894 | 228,871 | 223,918 | 214,763 | 208,096 | 196,184 | 190,781 | 182,585 | 177,802 | 156,108 | 151,210 | 149,403 | 149,403 |
| Gross Increase (Decrease) in Unrestricted Liquidity | 46,144 | 43,638 | 40,595 | 36,572 | 31,619 | 22,464 | 15,798 | 3,885 | (1,517) | (9,714) | (14,497) | (36,190) | (41,089) | (42,896) | (42,896) |
| Less: Cumulative Prepetition A/R Receipts | 10,662 | 12,074 | 12,272 | 12,272 | 12,272 | 12,272 | 12,272 | 12,272 | 12,272 | 12,272 | 12,272 | 12,272 | 12,272 | 12,272 | 12,272 |
| Net Increase / (Decrease) after A/R Receipts | 35,482 | 31,564 | 28,324 | 24,300 | 19,347 | 10,192 | 3,526 | (8,387) | (13,789) | (21,985) | (26,768) | (48,462) | (53,360) | (55,168) | (55,168) |
| Less: Cumulative Prepetition Registration Receipts | 28,915 | 30,244 | 31,573 | 32,902 | 34,114 | 34,863 | 35,611 | 36,359 | 37,107 | 37,825 | 38,542 | 39,260 | 39,374 | 39,374 | 39,374 |
| Net Increase / (Decrease) after A/R & Registrations | $ 6,567 | $ 1,320 | $ (3,249) | $ (8,601) | $ (14,767) | $ (24,670) | $ (32,085) | $ (44,746) | $ (50,896) | $ (59,810) | $ (65,311) | $ (87,722) | $ (92,734) | $ (94,542) | $ (94,542) |

Footnotes:
(1) GLIP disbursements include insurance premium payments and related administrative expenses
(2) Summit capital disbursements funded through restricted donations
(3) Excludes approximately $63 million of cash, which is restricted for accounting purposes, in the L/C Cash Collateral Account that collateralizes a standby letter of credit.  Includes both cash and money market funds
(4) Investment balances are updated monthly for investment income