**Exhibit A-3**

**Monthly Cash Flow Forecast**

**Boy Scouts of America**
**2020 Monthly (4-4-5) Cash Forecast**
*($ in thousands)*

| Month Ending | Actual Mo Ending Jan-20 | Actual Mo Ending Feb-20 | Actual Mo Ending Mar-20 | Forecast Mo Ending Apr-20 | Forecast Mo Ending May-20 | Forecast Mo Ending Jun-20 | Forecast Mo Ending Jul-20 | Forecast Mo Ending Aug-20 | Forecast Mo Ending Sep-20 | Forecast Mo Ending Oct-20 | Forecast Mo Ending Nov-20 | Forecast Mo Ending Dec-20 | FY 2020 Forecast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Beginning Unrestricted Cash Balance - BSA** | $ 91,006 | $ 100,752 | $ 90,468 | $ 116,140 | $ 101,615 | $ 68,478 | $ 57,100 | $ 34,984 | $ 9,264 | $ 16,494 | $ 16,250 | $ 31,116 | $ 91,006 |
| **RECEIPTS** | | | | | | | | | | | | | |
| *Operating Receipts* | | | | | | | | | | | | | |
| Registrations | 24,037 | 26,868 | 18,838 | 5,199 | 2,993 | 3,190 | 215 | 1,794 | 4,699 | 2,167 | 1,067 | 1,333 | 92,400 |
| Supply | 7,562 | 8,268 | 6,275 | 1,325 | 1,462 | 2,460 | 3,610 | 7,214 | 19,947 | 11,944 | 8,816 | 9,380 | 88,262 |
| High-Adventure Bases | 4,246 | 8,028 | 7,187 | 681 | 60 | (13,879) | (13,889) | (14,024) | 7,519 | 7,336 | 1,988 | 1,781 | (2,967) |
| A/R Receipts | 5,987 | 5,575 | 6,763 | 4,750 | 4,496 | 7,615 | 5,982 | 6,832 | 9,252 | 7,413 | 6,980 | 6,390 | 78,035 |
| Other Operating Receipts | 2,287 | 3,425 | 2,750 | 1,303 | 1,018 | 1,343 | 1,120 | 2,127 | 2,377 | 3,009 | 1,689 | 1,607 | 24,055 |
| National Jamboree Fees | 39 | 207 | 29 | 597 | 578 | 287 | 226 | 1,806 | 3,219 | 361 | 373 | 440 | 8,163 |
| Other | 370 | 4,811 | 2,679 | 387 | - | 740 | 375 | 47 | 676 | 389 | 43 | 374 | 10,891 |
| Total Operating Receipts | 44,528 | 57,182 | 44,521 | 14,242 | 10,607 | 1,756 | (2,361) | 5,797 | 47,689 | 32,618 | 20,955 | 21,305 | 298,840 |
| Transfers from Investments & Rest. Accounts, Net | 5,927 | 5,637 | 113 | 2,100 | 2,100 | 2,100 | 1,400 | 1,400 | 1,400 | 1,400 | 1,000 | 1,800 | 26,377 |
| Other Collections / Distributions | 350 | 13 | 36 | - | - | - | 10,000 | - | - | - | - | - | 10,399 |
| **Total Receipts** | 50,805 | 62,832 | 44,670 | 16,342 | 12,707 | 3,856 | 9,039 | 7,197 | 49,089 | 34,018 | 21,955 | 23,105 | 335,616 |
| **DISBURSEMENTS** | | | | | | | | | | | | | |
| Total Trade AP | (14,320) | (15,192) | (6,315) | (14,799) | (14,149) | (13,866) | (10,320) | (11,379) | (12,828) | (12,826) | (11,307) | (16,863) | (154,164) |
| Total Payroll and Benefits | (13,747) | (11,731) | (9,645) | (12,067) | (12,792) | (15,800) | (12,218) | (13,788) | (16,077) | (13,581) | (13,879) | (15,715) | (161,040) |
| Other Expenses | - | (1,936) | - | - | - | - | - | - | - | - | - | - | (1,936) |
| **Total Operating Disbursements** | (28,067) | (28,859) | (15,960) | (26,866) | (26,941) | (29,667) | (22,537) | (25,167) | (28,905) | (26,407) | (25,186) | (32,578) | (317,139) |
| **Net Operating Cash Flow** | 22,738 | 33,973 | 28,710 | (10,524) | (14,234) | (25,811) | (13,498) | (17,970) | 20,184 | 7,611 | (3,230) | (9,472) | 18,476 |
| **NON-OPERATING CASH FLOWS** | | | | | | | | | | | | | |
| GLIP [1] | (1,993) | (35,285) | (14) | (400) | (400) | (500) | (400) | (400) | (500) | (400) | (400) | (500) | (41,192) |
| Capex (BSA) | (852) | (305) | (64) | (244) | (887) | (910) | (428) | (309) | (874) | (1,015) | (443) | (1,160) | (7,492) |
| Capex (Summit) [2] | (3,776) | (1,333) | (31) | - | (1,200) | (1,700) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (14,040) |
| Interest and Principal | (2,249) | (1,003) | - | (3,600) | (3,500) | (2,000) | (500) | - | - | - | - | - | (3,252) |
| Restructuring Professionals (Pre-Filing) | (4,121) | (6,019) | - | - | - | - | - | - | - | - | - | - | (10,140) |
| **Total Non-Operating Expenses** | (12,991) | (43,945) | (109) | (644) | (2,487) | (3,110) | (1,828) | (1,709) | (2,374) | (2,415) | (1,843) | (2,660) | (76,116) |
| **BANKRUPTCY-RELATED DISBURSEMENTS** | | | | | | | | | | | | | |
| Restructuring Professionals (Post-Filing) | - | - | - | (600) | (5,916) | (9,127) | (6,155) | (5,540) | (9,250) | (5,305) | (5,055) | (8,134) | (55,082) |
| Adequate Protection Payments | - | - | (2,753) | 843 | - | (1,330) | (135) | (500) | (1,330) | (135) | (500) | (830) | (6,670) |
| Other - Noticing Program / Utility Deposit | - | (313) | - | - | (7,000) | - | - | - | - | - | - | - | (7,313) |
| Pre-Petition Vendor Payments | - | - | (176) | (3,600) | (3,500) | (2,000) | (500) | - | - | - | - | - | (9,776) |
| Total Bankruptcy Related Expenses | - | (313) | (2,928) | (3,357) | (16,416) | (12,457) | (6,790) | (6,040) | (10,580) | (5,440) | (5,555) | (8,964) | (78,841) |
| **Net Cash Flow Before Endowment Contributions** | 9,746 | (10,285) | 25,672 | (14,525) | (33,136) | (41,378) | (22,116) | (25,720) | 7,230 | (244) | (10,628) | (21,096) | (136,480) |
| Funding Sources (Endowment/RBT Contributions) | - | - | - | - | - | 30,000 | - | - | - | - | 25,494 | - | 55,494 |
| **Total Ending Unrestricted Cash Balance - BSA** [3] | $ 100,752 | $ 90,468 | $ 116,140 | $ 101,615 | $ 68,478 | $ 57,100 | $ 34,984 | $ 9,264 | $ 16,494 | $ 16,250 | $ 31,116 | $ 10,020 | $ 10,020 |
| Estimated Unrestricted Endowment Balance [4] | 53,804 | 53,379 | 55,494 | 55,494 | 55,494 | 55,494 | 25,494 | 25,494 | 25,494 | 25,494 | 25,494 | - | - |
| Estimated Unrestricted RBT Balance [4] | 65,283 | 65,457 | 66,809 | 66,809 | 66,809 | 66,809 | 66,809 | 66,809 | 66,809 | 66,809 | 66,809 | 66,809 | 66,809 |
| **Total Estimated Ending Unrestricted Liquidity - BSA** | 219,840 | 209,304 | 238,443 | 223,918 | 190,781 | 149,403 | 127,287 | 101,567 | 108,797 | 108,553 | 97,925 | 76,829 | 76,829 |
| **Petition Date Unrestricted Liquidity** | $ 192,299 | $ 192,299 | $ 192,299 | $ 192,299 | $ 192,299 | $ 192,299 | $ 192,299 | $ 192,299 | $ 192,299 | $ 192,299 | $ 192,299 | $ 192,299 | 192,299 |
| Monthly Estimated Ending Balance Above | 209,304 | 238,443 | 238,443 | 223,918 | 190,781 | 149,403 | 127,287 | 101,567 | 108,797 | 108,553 | 97,925 | 76,829 | 76,829 |
| **Gross Increase (Decrease) in Unrestricted Liquidity** | 17,005 | 46,144 | 31,619 | (1,517) | (42,896) | (65,012) | (90,731) | (83,502) | (83,746) | (94,374) | (115,470) | (115,470) | |
| Less: Cumulative Prepetition A/R Receipts | 3,899 | 10,662 | 12,272 | 12,272 | 12,272 | 12,272 | 12,272 | 12,272 | 12,272 | 12,272 | 12,272 | 12,272 | |
| **Net Increase / (Decrease) after A/R Receipts** | 13,106 | 35,482 | 19,347 | (13,789) | (55,168) | (77,284) | (103,003) | (95,774) | (96,017) | (106,646) | (127,742) | (127,742) | |
| Less: Cumulative Prepetition Registration Receipts | 10,077 | 28,915 | 34,114 | 37,107 | 39,374 | 39,374 | 39,374 | 39,374 | 39,374 | 39,374 | 39,374 | 39,374 | |
| **Net Increase / (Decrease) after A/R & Registrations** | $ 3,029 | $ 6,567 | $ (14,767) | $ (50,896) | $ (94,542) | $ (116,658) | $ (142,377) | $ (135,148) | $ (135,391) | $ (146,020) | $ (167,116) | $ (167,116) | |

Footnotes:
(1) GLIP disbursements include insurance premium payments and related administrative expenses
(2) Summit capital disbursements funded through restricted donations
(3) Excludes approximately $63 million of cash, which is restricted for accounting purposes, in the L/C Cash Collateral Account that collateralizes a standby letter of credit. Includes both cash and money market funds
(4) Investment balances are updated monthly for investment income

Note: Reflects the impact of COVID-19 through May with gradual improvement through August