# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**RE: 5, 90 & 276** |

### CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO UTILIZE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363; (II) GRANTING ADEQUATE PROTECTION TO THE PREPETITION SECURED PARTY PURSUANT TO 11 U.S.C. §§ 105(a), 361, 362, 363 AND 507; (III) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001(b); AND (IV) GRANTING RELATED RELIEF

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1. On February 18, 2020, the Debtors filed the *Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to the Prepetition Secured Party Pursuant to 11 U.S.C. §§ 105(a), 361, 362, 363 and 507; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b); and (IV) Granting Related Relief* (D.I. 5) (the "Motion").

2. On February 20, 2020, the Court entered the *Interim Order (I) Authorizing the Debtors to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to the Prepetition Secured Party Pursuant to 11 U.S.C. §§ 105(a), 361, 362, 363 and 507; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b); and (IV) Granting Related Relief*

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

(D.I. 90) (as amended by the *Omnibus Order Amending Certain Interim Orders for First Day Motions* (D.I 276), the "Interim Order").

3. Pursuant to the notice of Motion, objections or responses to the relief requested in the Motion were to be filed and served no later than March 17, 2020, at 4:00 p.m. (ET) (the "Objection Deadline"). The Objection Deadline was extended to April 1, 2020, at 4:00 p.m. (ET) for JPMorgan Chase Bank, National Association ("JPMorgan") and extended to April 8, 2020, at 12:00 p.m. (ET) for the Committee of Unsecured Trade Creditors (the "UCC"), the Committee of Tort Claimants (the "TCC"), and the Future Claimants' Representative (the "FCR").

4. The Debtors received objections to the relief requested in the Motion from the Texas Taxing Authorities (D.I. 143) and the Local Texas Tax Authorities (D.I. 221). The Debtors also received informal comments from the TCC, the UCC, the FCR, and JPMorgan. Besides those objections and informal comments, the Debtors have received no other objection or informal comments to the Motion, and no other objection or other responsive pleading to the Motion appears on the Court's docket.

5. The proposed final cash collateral order (the "Proposed Final Order") resolves the objections of the Texas Taxing Authorities and the Local Texas Tax Authorities. The Proposed Final Order further resolves the informal comments received from the TCC, the UCC, the FCR and JPMorgan. The Proposed Final Order is attached hereto as **Exhibit A**.

6. The Texas Taxing Authorities, the Local Texas Tax Authorities, the TCC, the UCC, the FCR, and JPMorgan have reviewed the Revised Order and do not object to its entry.

7. The Debtors have circulated the Proposed Final Order to the U.S. Trustee and are awaiting a response. The Debtors expect to resolve any comments received from the U.S. Trustee prior to the hearing scheduled on April 15, 2020 at 10:00 a.m. (ET) (the "Hearing").

WHEREFORE, the Debtors intend to present the Proposed Final Order to the Court at the Hearing.

| | |
|---|---|
| Dated:  April 13, 2020<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/  Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Joseph C. Barsalona II (No. 6102)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:   (302) 425-4664<br>Email:  dabbott@mnat.com<br>           aremming@mnat.com<br>           jbarsalona@mnat.com<br>           emoats@mnat.com<br>           ptopper@mnat.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Jessica C. K. Boelter (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone:  (212) 839-5300<br>Email:  jboelter@sidley.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Thomas A. Labuda (admitted *pro hac vice*)<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone:  (312) 853-7000<br>Email:  tlabuda@sidley.com<br>           mandolina@sidley.com<br>           mlinder@sidley.com<br><br>CO-COUNSEL AND PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION |