**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA and<br>DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Richard W. Riley, hereby certify that on the 13th day of April 2020, I served or caused to be served the foregoing *Notice of Entry of Appearance and Request for Notices* upon the following parties by first class mail, postage pre-paid:

Derek C. Abbott, Esq.
Andrew R. Remming, Esq.
Joseph C. Barsalona, II, Esq.
Eric W. Moats, Esq.
Paige N. Topper, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

Jessica C. K. Boelter, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Thomas A. Labuda, Esq.
Michael C. Andolina, Esq.
Matthew E. Linder, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

James I. Stang, Esq.
Robert B. Orgel, Esq.
James E. O'Neill, Esq.
John W. Lucas, Esq.
Ilan D. Scharf, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899

| | |
|---|---|
| David Buchbinder, Esq.<br>Office of The United States Trustee<br>844 King Street<br>Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | Thomas M. Mayer, Esq.<br>Rachael L. Ringer, Esq.<br>Megan M. Wasson, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |

*/s/ Richard W. Riley*
Richard W. Riley (DE No. 4052)