# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, *et al.,* <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Britton C. Lewis, Esquire to represent Arrowood Indemnity Company in the above-captioned case.

Dated: April 13, 2020

    */s/ Michael J. Joyce*
Michael J. Joyce (No. 4563)
The Law Offices of Joyce, LLC
1225 King Street, Suite 800
Wilmington, DE 19801
(302)-388-1944
mjoyce@mjlawoffices.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of North Carolina and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/30/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: April 13, 2020

                                                       _/s/ Britton C. Lewis_  `
                                                      Britton C. Lewis, Esquire
                                                      Carruthers & Roth, P.A.
                                                      235 N. Edgeworth St.
                                                      P.O. Box 540
                                                      Greensboro, NC  27401
                                                      (336) 478-1137 (Telephone)
                                                      (336) 478-1136 (Facsimile)
                                                      bcl@crlaw.com