# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Michael Hrinewski, Esquire to represent Arrowood Indemnity Company in the above-captioned case.

Dated:  April 13, 2020                                       */s/ Michael J. Joyce*
                                                                           Michael J. Joyce (No. 4563)
                                                                           The Law Offices of Joyce, LLC
                                                                           1225 King Street, Suite 800
                                                                           Wilmington, DE 19801
                                                                           (302)-388-1944
                                                                           mjoyce@mjlawoffices.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

## **CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/30/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: April 13, 2020

 _/s/ Michael E. Hrinewski_____
Michael Hrinewski, Esquire
Coughlin Duffy, LLP
350 Mount Kemble Ave.
PO Box 1917
Morristown, NJ 07962
973-267-6044 (Telephone)
973-267-6442 (Facsimile)
mhrinewski@coughlinduffy.com