IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Ref. Docket Nos. 155, 157, 320, 321, and 322** |

**LIMITED JOINDER OF THE FUTURE CLAIMANTS' REPRESENTATIVE
TO THE DEBTORS' OBJECTION TO GIRL SCOUTS OF THE
UNITED STATES OF AMERICA'S MOTION FOR RELIEF FROM
THE AUTOMATIC STAY TO RESUME TRADEMARK ACTION**

James L. Patton, Jr., as the proposed legal representative (the "Future Claimants' Representative") for holders of Abuse Claims against the debtors and debtors-in-possession (the "Debtors") in the above-captioned chapter 11 case (the "Chapter 11 Cases") that are unable to assert such Abuse Claims by the applicable bar date established by this Court (the "Future Claimants"), submits this limited joinder to the *Debtors' Objection to Girl Scouts of the United States of America's Motion for Relief from the Automatic Stay to Resume Trademark Action* [Docket No. 320] (the "Debtors' Objection"), and respectfully states as follows:

1.　　On February 18, 2020 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors continue to operate and maintain their non-profit organization and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

26350117.1

2. No party has requested the appointment of a trustee or examiner in the Chapter 11 Cases.

3. On March 17, 2020, the Debtors submitted to this Court a motion for entry of an order appointing James L. Patton, Jr., as the Future Claimants' Representative in the Chapter 11 Cases, *nunc pro tunc* to the Petition Date [Docket Nos. 213 & 223]. As part of his duties, the Future Claimants' Representative will be closely examining the business operations and financial records of the Debtors.

4. On March 10, 2020, the Girls Scouts of the United States of America (the "Girl Scouts") filed a *Motion for Relief from the Automatic Stay to Resume Trademark Action* [Docket No. 155] (the "Motion") and Brief in Support of the Motion [Docket No. 157]. By the Motion, the Girl Scouts seek relief from the automatic stay to continue litigating a trademark action pending in the United Stated District Court for the Southern District of New York (the "Trademark Action") to (1) adjudicate the Girl Scouts' request for Post-petition Injunctive Relief; (2) liquidate the Post-Petition Damages Claim; and (3) liquidate the Pre-Petition Damages Claim.

5. On March 31, 2020, the Debtors filed the Debtors' Objection asserting, among other things, that "[l]ifting the automatic stay and allowing the Trademark Action to proceed would result in significant prejudice to the [Debtors] and estates because it would divert limited managerial, financial and other resources away from the [Debtors'] restructuring efforts and would imperil [the dual objectives of the Chapter 11 Cases]." Debtors' Objection, ¶ 20. The Debtors' Objection also notes that the ongoing COVID-19 pandemic has caused the Debtors to furlough a significant portion of their workforce, placing an additional burden on the Debtors' resources and remaining employees. *Id.* ¶ 25, fn. 14.

6. On April 6, 2020, and April 7, 2020, the official committee of tort claimants (the "TCC") and the official committee of unsecured creditors (the "UCC") each filed a joinder to the Debtors' Objection [Docket Nos. 349 & 357, respectively].

7. The Future Claimants' Representative joins in the Debtors' Objection to the extent that continuation of the Trademark Action would impose a significant burden on the Debtors' estates, and would negatively impact the Debtors' efforts to reorganize. Diversion of the Debtors' already strained resources would not be in the best interests of the estates or of the Future Claimants.

WHEREFORE, the Future Claimants' Representative respectfully requests that the Court enter an Order on the Motion consistent with the foregoing.

Dated: April 14, 2020
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Sharon M. Zieg*
Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Sharon M. Zieg (No. 4196)
Sara Beth A.R. Kohut (No. 4137)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Emails: rbrady@ycst.com
eharron@ycst.com
szieg@ycst.com
skohut@ycst.com

*Proposed Counsel to the Proposed Future Claimants' Representative*