# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>RE: 5, 90, 276 & 403 |

### CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO UTILIZE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363; (II) GRANTING ADEQUATE PROTECTION TO THE PREPETITION SECURED PARTY PURSUANT TO 11 U.S.C. §§ 105(a), 361, 362, 363 AND 507; (III) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001(b); AND (IV) GRANTING RELATED RELIEF

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1. On February 18, 2020, the Debtors filed the *Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to the Prepetition Secured Party Pursuant to 11 U.S.C. §§ 105(a), 361, 362, 363 and 507; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b); and (IV) Granting Related Relief* (D.I. 5) (the "Motion").

2. On February 20, 2020, the Court entered the *Interim Order (I) Authorizing the Debtors to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to the Prepetition Secured Party Pursuant to 11 U.S.C. §§ 105(a), 361, 362, 363 and 507; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b); and (IV) Granting Related Relief*

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

(D.I. 90) (as amended by the *Omnibus Order Amending Certain Interim Orders for First Day Motions* (D.I 276), the "Interim Order").

3. On April 13, 2020, the Debtors filed the *Certification of Counsel Regarding Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to the Prepetition Secured Party Pursuant to 11 U.S.C. §§ 105(a), 361, 362, 363 and 507; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b); and (IV) Granting Related Relief* (D.I. 403) (the "Initial COC").

4. As set forth in the Initial COC, the Debtors resolved the two formal objections to the relief requested in the Motion from the Texas Taxing Authorities (D.I. 143) and the Local Texas Tax Authorities (D.I. 221). The Debtors also resolved informal comments from the Committee of Unsecured Trade Creditors (the "UCC"), the Committee of Tort Claimants (the "TCC"), the Future Claimants' Representative (the "FCR"), and JPMorgan Chase Bank, National Association ("JPMorgan"). At the time of filing the Initial COC, the Debtors were awaiting a response from the U.S. Trustee.

5. On April 14, 2020, the Debtors received an informal comment from the U.S. Trustee to the proposed form of order attached to the Initial COC. The revised proposed final cash collateral order (the "Revised Proposed Final Order") resolves the U.S. Trustee's comment by adding the U.S. Trustee as a notice party in paragraph 13 of the order. The Revised Proposed Final Order is attached hereto as **Exhibit A**.

6. The Revised Proposed Final Order further reflects a revised budget attached thereto as Exhibit 1. The Debtors have modified the budget to move a payroll disbursement of approximately $3.0 million from the week ending April 10, as indicated on the previous version of

the budget, to the week ending April 17.  The Prepetition Secured Parties have reviewed and approved the revised budget.

7.      For the convenience of the Court and all parties in interest, a changed-pages only blackline comparing the Revised Proposed Final Order against the proposed form of order attached to the Initial COC is attached hereto as **Exhibit B**.

8.      The U.S. Trustee has reviewed the Revised Proposed Final Order and does not object to its entry.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Proposed Final Order substantially in the form attached hereto as **Exhibit A** at its earliest convenience.

[*Signature Page Follows*]

| | |
|---|---|
| Dated:  April 14, 2020<br>　　　　Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/  Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Joseph C. Barsalona II (No. 6102)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:   (302) 425-4664<br>Email:  dabbott@mnat.com<br>　　　　aremming@mnat.com<br>　　　　jbarsalona@mnat.com<br>　　　　emoats@mnat.com<br>　　　　ptopper@mnat.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Jessica C. K. Boelter (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone:  (212) 839-5300<br>Email:  jboelter@sidley.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Thomas A. Labuda (admitted *pro hac vice*)<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone:  (312) 853-7000<br>Email:  tlabuda@sidley.com<br>　　　　mandolina@sidley.com<br>　　　　mlinder@sidley.com<br><br>CO-COUNSEL AND PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION |