# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Related Docket No. 386** |

**THE TORT CLAIMANTS' COMMITTEE'S RESERVATION OF RIGHTS TO GIRL SCOUTS OF THE UNITED STATES OF AMERICA'S MOTION PURSUANT TO SECTIONS 105 AND 107(B) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9018 FOR AUTHORITY TO FILE UNDER SEAL (I) PORTIONS OF GIRL SCOUTS OF THE UNITED STATES OF AMERICA'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO RESUME TRADEMARK ACTION; AND (II) THE EXHIBITS TO THE DECLARATION OF ERIC LOPEZ SCHNABEL**

The official committee of tort claimants (consisting of survivors of childhood sexual abuse) appointed in the above-referenced cases (the "Tort Claimants' Committee" or the "TCC") hereby replies to *Girl Scouts of the United States of America's Motion Pursuant to Sections 105 and 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018 for Authority to File Under Seal (I) Portions of Girl Scouts of the United States of America's Reply Brief in Support of Its Motion for Relief from the Automatic Stay to Resume Trademark Action; and (II) the Exhibits to the Declaration of Eric Lopez Schnabel* [Docket No. 386] (the "Motion to Seal"). In support of its reservation of rights, the Tort Claimants' Committee respectfully states as follows:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1. By the Motion to Seal, the Girl Scouts of the United States of America ("GSA") seeks authorization to file under seal certain documents and information (collectively, the "Sealed Information") that it received from the Debtors in connection with the GSA's reply concerning its stay relief motion [Docket No. 391] (the "Reply). The Sealed Information relates to certain of the Debtors' insurance policies which were produced by the Debtors to the GSA on a "professional eyes only" basis.

2. The GSA provided the Sealed Information to the Tort Claimants' Committee "on a professional eyes only" basis following the TCC's request. The TCC does not contest the relief requested by GSA in the Motion to Seal *solely* as it relates to the Sealed Information and *solely* for the purposes of the underlying stay relief motion. However, the TCC files this reservation of rights because the treatment of documents and information such the Sealed Information is the subject of on-going negotiations and the TCC should not be prejudiced in those negotiations by the resolution of the Motion to Seal.

3. Specifically, the Debtors, the Tort Claimants' Committee, and others have been negotiating a form of protective order that will govern the disclosure of information. The TCC should not be required to oppose the Motion to Seal in order to preserve its position in those negotiations and its willingness to receive the Sealed Information should be without prejudice to the TCC's rights and ability to advocate for less restrictive disclosure procedures in the future, whether as part of negotiations or otherwise.

| | |
|---|---|
| Dated: April 14, 2020 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ James E. O'Neill* |
| | James I. Stang (CA Bar No. 94435) |
| | Robert B. Orgel (CA Bar No. 10187) |
| | John A. Morris (NY Bar No. 2405397) |
| | James E. O'Neill (DE Bar No. 4042) |
| | John W. Lucas (CA Bar No. 271038) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE  19899 (Courier 19801) |
| | Telephone: 302-652-4100 |
| | Facsimile:  302-652-4400 |
| | Email: jstang@pszjlaw.com |
| | rorgel@pszjlaw.com |
| | joneill@pszjlaw.com |
| | jlucas@pszjlaw.com |
| | ischarf@pszjlaw.com |
| | |
| | *Counsel for the Tort Claimants' Committee* |