# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors | **Related Docket Nos. 427 and 430** |

## LOCAL RULE 9018-1 CERTIFICATION OF COUNSEL

I, Stamatios Stamoulis, being of full age, hereby declare under penalty of perjury, pursuant to 29 U.S.C. § 1746, as follows:

1. I am member of the law firms of Stamoulis & Weinblatt LLC, the attorneys for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Ace Insurance Group Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company ("Century"). I submit this certification in support of Century to Seal filed concurrently herewith.[1]

2. On April 14, 2020, I attempted to communicate with counsel for the Boy Scouts of America and Delaware BSA, LLC (the "Boy Scouts") to confer in good faith regarding sealing portions of the Objection and its exhibits to the appointment of Sidley & Austin LLP. I did not hear back from counsel prior to the filing of the Motion to Seal.

3. As the Objection was not yet finalized, the Boy Scouts did not have an opportunity to review the proposed redactions to the Objection and its exhibits. After the filing of the Motion to Seal and the filing of the proposed redactions to the Objection and its exhibits, the parties will meet and confer in order to determine if certain of the redacted portions should be

---

[1] Capitalized letters not otherwise defined herein shall be given the meanings ascribed to them in the Motion to Seal.

un-redacted prior to the hearing.

      I declare under penalty of perjury that the foregoing is true and correct.

Date:  April 14, 2020            By: /s/ Stamatios Stamoulis
                                                 Stamatios Stamoulis (#4606)