**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC[1]<br><br>Debtors | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date and Objection Deadline:**<br>**April 15, 2020, at 10:00 a.m. (EST)** |

**NOTICE OF CENTURY INDEMNITY COMPANY'S MOTION PURSURANT TO
SECTIONS 105 AND 107(B) OF THE BANKRUPTCY CODE AND BANKRUPTCY
RULE 9018 FOR AUTHORITY TO FILE UNDER SEAL EXHIBITS TO THE
OBJECTION TO DEBTORS' APPLICATION FOR ENTRY OF AN ORDER
AUTHORIZING THE RETENTION AND EMPLOYMENT OF
SIDLEY AUSTIN LLP AS ATTORNEYS FOR THE
DEBTORS AND DEBTORS IN POSSESSION,
*NUNC PRO TUNC* TO THE PETITION DATE**

**TO:    ALL PARTIES IN INTEREST**

**PLEAST TAKE NOTICE** that on April 14, 2020, Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Ace Insurance Group Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company ("Century"), filed a motion (the "Motion- to Seal") pursuant to sections 105 and 107(b) of Title 11 of the United States Code the (the "Bankruptcy Code") and Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for the entry of an order authorizing Century to file under seal the exhibits to its Objection to Debtors' Application For Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors In Possession, *Nunc Pro Tunc* To The Petition Date (the "Objection").

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**PLEASE TAKE NOTICE** that objections, if any, to the Motion to Seal must be presented in writing or orally at the hearing to be held on **April 15, 2020 at 10:00 a.m. (EST)** before the Honorable Laurie Selber Silverstein, United States Bankruptcy Court Judge, 824 Market Street, 6th Floor, Courtroom #2, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that, if you fail to respond in accordance with this notice, the Bankruptcy Court may grant the relief requested in the Motion without further notice or hearing.

Dated: April 14, 2020　　　　　　　　　By: /s/ Stamatios Stamoulis
　　　　　　　　　　　　　　　　　　　　　Stamatios Stamoulis (#4606)
　　　　　　　　　　　　　　　　　　　　　Stamoulis & Weinblatt LLC
　　　　　　　　　　　　　　　　　　　　　800 N. West Street, Suite 800
　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 999-1540
　　　　　　　　　　　　　　　　　　　　　stamoulis@swdelaw.com

*Counsel for Century Imdemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Ace Insurance Group Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2020, a copy of foregoing Notice of Motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by First Class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Stamatios Stamoulis
Stamatios Stamoulis