# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Ref. Docket No. 223** |

## FIRST SUPPLEMENTAL DECLARATION OF JAMES L. PATTON, JR., PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014(a)

I, James L. Patton, Jr., hereby state as follows:

1.　　On March 18, 2020, the above-captioned debtors and debtors-in-possession filed the *Debtors' Motion of Debtor for Entry of an Order Appointing James L. Patton, Jr., as Legal Representative for Future Claimants, Nunc Pro Tunc to the Petition Date* (the "Motion") [Docket No. 223]. The Motion attached as Exhibit B the *Declaration of James L. Patton, Jr. in Support of Debtors' Motion for Entry of an Order Appointing James L. Patton, Jr. as Legal Representative for Future Claimants, Nunc Pro Tunc to the Petition Date* (the "Initial Declaration").

2.　　On April 15, 2020, the Bankruptcy Court held a hearing on the Motion and requested additional disclosures about certain matters discussed in my Initial Declaration. Accordingly, I submit this first supplemental declaration to provide additional disclosures as directed by the Court.

3.　　Paragraph 12 of my Initial Declaration disclosed that as a child I participated in the scouting program of Boy Scouts of America. My participation in scouting

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

26357860.2

consisted of being a Cub Scout and Boy Scout during my childhood in the 1960s and early 1970s. I did not attain the rank of Eagle Scout, and I have had no participation in the Boy Scouts of America's scouting program since the early 1970s.

4.  Paragraph 12 of my Initial Declaration also disclosed that other attorneys or staff of Young Conaway were and are involved in the scouting program of Boy Scouts of America, but that no one on my team of counsel in this matter is currently involved in the scouting program of Boy Scouts of America. Young Conaway partners Robert Brady and Edwin Harron are the attorneys who will lead my counsel team on this matter. Mr. Brady informs me that he was a Cub Scout in the 1970s, but has had no involvement since then. Mr. Harron informs me that he was a Boy Scout in the 1980s, and his son (now 19 years old) was a Cub Scout in the early 2000s, but Mr. Harron has had no involvement in scouting since then.

5.  After conferring with my counsel team, I am confident that neither I nor any member of my counsel team has any emotional ties to Boy Scouts of America that would in any way impact my or my counsel's loyalty to the Future Claimants or adversely affect my ability to serve as the Legal Representative for Future Claimants in this matter.

6.  Paragraph 13 of my Initial Declaration disclosed that Young Conaway represented the Catholic Diocese of Wilmington in its bankruptcy case stemming from clerical sexual abuse. I participated as a senior member of the Young Conaway team that worked on that case. In that capacity, my involvement was more consultative rather than participating in the courtroom or day-to-day matters of the case. I participated in the mediation before Judge Gross that ultimately led to a consensual resolution of the case. I had no involvement in, and I am informed that no member of my counsel team was involved in, any of the sexual abuse cases that

26357860.2

led to the Diocese filing for chapter 11 protection. Additionally, I am informed that the Diocese's bankruptcy case did not involve any sexual abuse cases related to Boy Scouts of America.

7. Paragraphs 14 and 15 of my Initial Declaration disclosed that Young Conaway represented the Del-Mar-Va Council Inc., of Boy Scouts of America in connection with two abuse-related cases, as well as one matter unrelated to abuse claims. I had no involvement in any of these matters. Likewise, I am informed that no members of my counsel team for this matter were involved in those matters.

8. Based on the disclosures in the Initial Declaration and this first supplemental declaration, I continue to believe that (a) I am independent of the Debtors and the Interested Parties; (b) none of the matters disclosed in this declaration has had or will have an adverse effect on my ability to carry out my duties as the FCR to loyally and effectively represent the Future Claimants; and (c) pursuant to section 101(14), I am a "disinterested person" and do not have any interest that is materially adverse to the Future Claimants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 15th day of April, 2020.    /s/ *James L. Patton, Jr.*
James L. Patton, Jr.