# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                      Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket No. 332** |

**CERTIFICATION OF COUNSEL REGARDING MOTION OF THE OFFICIAL TORT CLAIMANTS' COMMITTEE FOR AN ORDER CLARIFYING THE REQUIREMENTS TO PROVIDE ACCESS TO CONFIDENTIAL OR PRIVILEGED INFORMATION**

The undersigned hereby certifies that:

1. On April 1, 2020, the official committee of tort claimants (consisting of survivors of childhood sexual abuse) (the "Tort Claimants' Committee"), appointed in the above-captioned cases, filed the *Motion of the Official Tort Claimants' Committee for an Order Clarifying the Requirements to Provide Access to Confidential or Privileged Information* (the "Motion") [Docket No. 332].

2. The deadline to object to the Motion was April 8, 2020 at 4:00 p.m. Eastern Time. The Tort Claimants' Committee received informal comments from the debtors and debtors in possession (collectively, the "Debtors"). On April 8, 2020, Century Indemnity Company filed a limited objection (the "Limited Objection") [Docket No. 368] and Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company filed a joinder to the Limited Objection (the "Joinder") [Docket No. 370].

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

3. On April 10, 2020, the Tort Claimants' Committee filed a reply to the Limited Objection and Joinder [Docket No. 397].

4. On April 15, 2020, a hearing was held on the Motion (the "Hearing"). At the Hearing, the Court heard the Limited Objection and overruled the Limited Objection and Joinder.

5. Attached hereto as **Exhibit A** is a revised proposed form of order (the "Revised Proposed Order"), incorporating comments from the Debtors. The Debtors have no objection to entry of the Revised Proposed Order.

6. Attached hereto as **Exhibit B** is a blackline showing changes to the Revised Proposed Order from the version of the proposed order filed with the Motion.

7. Accordingly, the Tort Claimants' Committee requests entry of the Revised Proposed Order at the Court's convenience.

Dated:  April 16, 2020                                                  PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
James I. Stang (CA Bar No. 94435)
Robert B. Orgel (CA Bar No. 10187)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No.271038)
Ilan D. Scharf (NY Bar No. 4042107)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:   (302) 652-4400
Email:  jstang@pszjlaw.com
          rorgel@pszjlaw.com
          joneill@pszjlaw.com
          jlucas@pszjlaw.com
          ischarf@pszjlaw.com

*Counsel for the Tort Claimants' Committee*