**EXHIBIT B**

**EXPENSE SUMMARY**

**BOY SCOUTS OF AMERICA**
**(Case No. 20-10343 (LSS))**

**February 18, 2020 through February 29, 2020**

| Expense Category | Total Expenses |
|---|---|
| In-House Printing - black & white | $1,562.30 |
| In-House Printing - color | 1,240.80 |
| In-House Duplicating | 1,027.30 |
| Pacer | 176.60 |
| Conference Calls | 310.81 |
| Meals | 2,497.21 |
| Court Costs | 525.00 |
| Photos/Art/Spec Duplicating-Out of Office | 2,214.94 |
| Courier/Delivery Service | 371.53 |
| Transcripts | 237.60 |
| Secretarial Overtime | 149.85 |
| In-House Duplicating - color | 880.00 |
| **Grand Total Expenses** | **$11,193.94** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 02/18/20 | In-House Printing - black & white | 11,254.0 | 1,125.40 |
| 02/18/20 | In-House Duplicating | 10,273.0 | 1,027.30 |
| 02/18/20 | Pacer | 688.0 | 68.80 |
| 02/18/20 | In-House Printing - color | 979.0 | 783.20 |
| 02/18/20 | Court Costs - COURTS/USDC-DE - DEREK ABBOTT - PRO HAC FOR WARNER AND BASARIA - 2/18/2020 | 3.0 | 525.00 |
| 02/18/20 | Photos/Art/Spec Duplicating-Out of Office - Copy color, copy medium litigation B/W, tabs, punch paper, 3" binder, printing spines and covers - 02/18/2020 | 2.0 | 2,214.94 |
| 02/18/20 | Meals - JANSSENS - DEREK ABBOTT - BREAKFAST FOR 17 PEOPLE - BSA BREAKFAST @ TRIAL SUITE - 02/18/2020 | 3.0 | 1,258.75 |
| 02/18/20 | In-House Duplicating - color | 1,100.0 | 880.00 |
| 02/19/20 | In-House Printing - color | 360.0 | 288.00 |
| 02/19/20 | In-House Printing - black & white | 2,426.0 | 242.60 |
| 02/19/20 | Pacer | 74.0 | 7.40 |
| 02/19/20 | Meals - Derek Abbott - Reimbursement of expenses for dinner after court hearing w/ Steve McGowan, Tom Labuda, Andrew Remming, Brian Whittman, Blair Warner - 02/19/2020 | 3.0 | 978.58 |
| 02/19/20 | Courier/Delivery Service - FEDEX | 2.0 | 222.53 |
| 02/19/20 | Conference Calls - COURTCALL - TAMARA MANN - ID#10394380 - 2/19/2020 | 1.0 | 177.00 |
| 02/19/20 | Secretarial Overtime | 3.0 | 149.85 |
| 02/20/20 | Pacer | 101.0 | 10.10 |
| 02/20/20 | In-House Printing - black & white | 1,698.0 | 169.80 |
| 02/20/20 | In-House Printing - color | 205.0 | 164.00 |
| 02/20/20 | Conference Calls - COURTCALL - DEREK ABBOTT FOR MATTHEW LINDER - ID#10398713 - 2/20/2020 | 4.0 | 126.94 |
| 02/20/20 | Meals - Lunch for 8 people - 02/20/2020 – D. Abbott, A. Remming, P. Topper, E. Moats, T. Labuda, B. Warner, B. Whittman, J. Barsalona | 2.0 | 259.88 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---:|---:|
| 02/20/20 | Transcripts - Hourly transcript - 02/20/2020 | 1.0 | 237.60 |
| 02/21/20 | In-House Printing - black & white | 70.0 | 7.00 |
| 02/21/20 | Pacer | 13.0 | 1.30 |
| 02/23/20 | Courier/Delivery Service - Courier/delivery service from MNAT to bankruptcy court, bankruptcy court to MNAT - 02/23/2020 | 1.0 | 149.00 |
| 02/24/20 | In-House Printing - black & white | 49.0 | 4.90 |
| 02/24/20 | Pacer | 198.0 | 19.80 |
| 02/25/20 | Pacer | 143.0 | 14.30 |
| 02/25/20 | In-House Printing - black & white | 28.0 | 2.80 |
| 02/26/20 | Pacer | 170.0 | 17.00 |
| 02/26/20 | Conference Calls | 1.0 | 6.87 |
| 02/27/20 | Pacer | 379.0 | 37.90 |
| 02/28/20 | In-House Printing - color | 7.0 | 5.60 |
| 02/28/20 | In-House Printing - black & white | 98.0 | 9.80 |
| | **Total** | | **$11,193.94** |