## Schedule 1

**Rejected Agreements**

| | COUNTERPARTY NAME AND ADDRESS | DEBTOR | REJECTED AGREEMENT | REJECTION DATE |
|---|---|---|---|---|
| 1. | 1040 Avenue of the Americas, LLC<br>13-15 West 54th Street<br>New York, New York 10019 | Boy Scouts of America | Standard Form of Office Lease for premises located at 1040 Avenue of the Americas, 16th Floor<br>New York, New York 10018 | March 31, 2020 |
| 2. | Omni Hotels Management Corporation, as agent for TOJV, LLC, d/b/a Omni Atlanta Hotel at CNN Center<br>100 CNN Center<br>Atlanta, Georgia 30303 | Boy Scouts of America | Letter of Agreement | March 31, 2020 |
| 3. | Town Sports International Holdings, Inc.<br>399 Executive Boulevard<br>Elmsford, New York 10523 | Boy Scouts of America | Sublease Agreement for premises located at 1040 Avenue of the Americas, 16th Floor, New York, New York 10018 | March 31, 2020 |