# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | CASE NO. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | |
| Debtors | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICE AND PLEADINGS

The **Texas Workforce Commission ("TWC")** hereby gives notice of its appearance in the case, pursuant to Bankruptcy Rule 9010, by and through the undersigned counsel:

>Christopher S. Murphy
>Assistant Attorney General
>christopher.murphy@oag.texas.gov
>c/o Sherri K. Simpson, Paralegal
>sherri.simpson@oag.texas.gov
>Attorney General's Office
>Bankruptcy & Collections Division
>P.O. Box 12548
>Austin, TX  78711-2548

The **TWC** respectfully requests through its counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other reports, pleadings and notices filed by the Trustee or any other interested party in this case, in accordance with Bankruptcy Rules 2002, 3017 and 9013, and any other Bankruptcy Rules or local rules governing notice.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

RYAN L BANGERT
Deputy First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

RACHEL R. OBALDO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

/s/ Christopher S. Murphy
Christopher S. Murphy
Assistant Attorney General
Texas State Bar No. 24079031
c/o Sherri K. Simpson, Paralegal
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548
tel:  (512) 475-4562
fax:  (512) 936-1409

**COUNSEL FOR THE TEXAS WORKFORCE COMMISSION**

## CERTIFICATE OF SERVICE

I certify that on April 17th, 2020 a true copy of the foregoing was served electronically by the Court's CM/ECF system to all parties receiving such notices and upon the below listed parties by First Class U.S. Mail, postage prepaid, or in the manner so indicated.

Boy Scouts of America and
Delaware BSA, LLC
1325 West Walnut Hill Lane
Irving, TX 75038

/s/ Sherri K. Simpson
Sherri K. Simpson