**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | CASE NO. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | |
| Debtors | ) | (Jointly Administered) |
| | ) | |

**GOVERNMENT ATTORNEY CERTIFICATION**

Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent the Texas Workforce Commission, by and through the Office of the Attorney General of Texas, in this action: I am admitted to practice law in the U.S. District Courts for the Western, Eastern, Northern and Southern Districts of Texas, the Supreme Court of Texas and all lower Texas courts.  I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of the Bankruptcy Court-District of Delaware and submit to the jurisdiction of this court for disciplinary purposes.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

RYAN L BANGERT
Deputy First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

RACHEL R. OBALDO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

*/s/ CHRISTOPHER S MURPHY*
CHRISTOPHER S. MURPHY
Assistant Attorney General
Texas State Bar No. 24079031
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548
tel:  (512) 475-4567
fax:  (512) 936-1409
christopher.murphy@oag.texas.gov

**COUNSEL FOR THE TEXAS
WORKFORCE COMMISSION**

## CERTIFICATE OF SERVICE

I certify that on 4/17/2020, a true copy of the foregoing was served via the Court's Electronic Filing System on all parties requesting notice in this proceeding.

*/s/ CHRISTOPHER S MURPHY*
CHRISTOPHER S. MURPHY