## Exhibit A

**Summary of Time Detail by Task**

*Exhibit A*

**Boy Scouts of America and Delaware BSA, LLC**
**Summary of Time Detail by Task**
**February 18, 2020 through March 31, 2020**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Bankruptcy Support | 295.9 | $205,635.00 |
| Cash | 161.7 | $113,962.50 |
| Contracts | 18.0 | $13,150.00 |
| Court | 67.5 | $61,825.00 |
| Financial Analysis | 93.1 | $69,450.00 |
| Info Req | 236.8 | $182,142.50 |
| Litigation | 55.5 | $31,142.50 |
| MOR | 37.2 | $24,642.50 |
| Motions/Orders | 196.7 | $121,710.00 |
| Retention | 14.8 | $10,535.00 |
| Statement & Schedules | 702.0 | $395,522.50 |
| Status Meeting | 64.5 | $48,722.50 |
| Travel | 14.0 | $12,450.00 |
| Vendor Management | 114.9 | $79,875.00 |
| **Total** | **2,072.6** | **$1,370,765.00** |