**<u>Exhibit B</u>**

**Summary of Time Detail by Professional**

*Exhibit B*

**Boy Scouts of America and Delaware BSA, LLC**
**Summary of Time Detail by Professional**
**February 18, 2020 through March 31, 202**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,025.00 | 178.5 | $182,962.50 |
| Erin Covington | Managing Director | $925.00 | 70.0 | $64,750.00 |
| Erin McKeighan | Managing Director | $850.00 | 190.9 | $162,265.00 |
| Tina Pederson | Senior Director | $600.00 | 2.7 | $1,620.00 |
| Carl Binggeli | Director | $725.00 | 325.3 | $235,842.50 |
| Mark Zeiss | Director | $675.00 | 1.8 | $1,215.00 |
| April Kirksey | Director | $500.00 | 8.5 | $4,250.00 |
| Ryan Walsh | Senior Associate | $650.00 | 312.9 | $203,385.00 |
| Julio Cifuentes | Associate | $575.00 | 216.7 | $124,602.50 |
| Trevor DiNatale | Consultant | $550.00 | 126.8 | $69,740.00 |
| Emily Raab | Consultant | $525.00 | 336.9 | $176,872.50 |
| Gerard Gigante | Analyst | $475.00 | 301.6 | $143,260.00 |
| | | ***Total*** | **2,072.6** | **$1,370,765.00** |