## Exhibit C

**Summary of Time Detail by Task by Professional**

*Exhibit C*

**Boy Scouts of America and Delaware BSA, LLC**
*Summary of Time Detail by Professional*
*February 18, 2020 through March 31, 2020*

**Bankruptcy Support** — Advise and assist the Debtors on matters concerning operating the business under Chapter 11 including accounting cutoff, development and execution of work plans, review of court documents and general case management, reporting requirements, and support counsel and others for Chapter 11 related items; communications; other general administrative tasks related to any Ch. 11 proceeding specific to Debtor's enterprise.

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,025 | 34.1 | $34,952.50 |
| Erin Covington | Managing Director | $925 | 2.1 | $1,942.50 |
| Erin McKeighan | Managing Director | $850 | 35.0 | $29,750.00 |
| Tina Pederson | Senior Director | $600 | 2.7 | $1,620.00 |
| April Kirksey | Director | $500 | 8.5 | $4,250.00 |
| Carl Binggeli | Director | $725 | 77.8 | $56,405.00 |
| Ryan Walsh | Senior Associate | $650 | 34.5 | $22,425.00 |
| Julio Cifuentes | Associate | $575 | 23.8 | $13,685.00 |
| Emily Raab | Consultant | $525 | 74.7 | $39,217.50 |
| Trevor DiNatale | Consultant | $550 | 1.4 | $770.00 |
| Gerard Gigante | Analyst | $475 | 1.3 | $617.50 |
| | | | 295.9 | $205,635.00 |
| | | *Average Billing Rate* | | $694.95 |

*Exhibit C*

**Boy Scouts of America and Delaware BSA, LLC**
*Summary of Time Detail by Professional*
*February 18, 2020 through March 31, 2020*

**Cash** — Assist the Debtors with the 13 week cash flow forecast, plan versus actual, DIP reporting requirements, covenant compliance, and other financial analyses.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,025 | 12.0 | $12,300.00 |
| Erin Covington | Managing Director | $925 | 3.9 | $3,607.50 |
| Erin McKeighan | Managing Director | $850 | 0.6 | $510.00 |
| Carl Binggeli | Director | $725 | 42.2 | $30,595.00 |
| Ryan Walsh | Senior Associate | $650 | 103.0 | $66,950.00 |
| | | | 161.7 | $113,962.50 |
| | | *Average Billing Rate* | | $704.78 |

*Exhibit C*

## Boy Scouts of America and Delaware BSA, LLC
## Summary of Time Detail by Professional
## February 18, 2020 through March 31, 2020

**Contracts** — Assist the Debtors with contract analyses and the potential assumption or rejection of contracts.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,025 | 1.0 | $1,025.00 |
| Carl Binggeli | Director | $725 | 16.2 | $11,745.00 |
| Gerard Gigante | Analyst | $475 | 0.8 | $380.00 |
|  |  |  | 18.0 | $13,150.00 |
|  | *Average Billing Rate* |  |  | $730.56 |

*Exhibit C*

## Boy Scouts of America and Delaware BSA, LLC
## Summary of Time Detail by Professional
## February 18, 2020 through March 31, 2020

**Court**                    Prepare for and attend the Debtors' hearings.

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,025 | 27.1 | $27,777.50 |
| Erin Covington | Managing Director | $925 | 16.3 | $15,077.50 |
| Erin McKeighan | Managing Director | $850 | 13.0 | $11,050.00 |
| Carl Binggeli | Director | $725 | 9.4 | $6,815.00 |
| Ryan Walsh | Senior Associate | $650 | 1.7 | $1,105.00 |
| | | | 67.5 | $61,825.00 |
| | | *Average Billing Rate* | | $915.93 |

*Exhibit C*

### Boy Scouts of America and Delaware BSA, LLC
### Summary of Time Detail by Professional
### February 18, 2020 through March 31, 2020

**Financial Analysis**   Ad-hoc financial analyses made at the request of various constituencies, including the Debtor.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,025 | 13.1 | $13,427.50 |
| Erin Covington | Managing Director | $925 | 7.5 | $6,937.50 |
| Erin McKeighan | Managing Director | $850 | 8.6 | $7,310.00 |
| Carl Binggeli | Director | $725 | 3.2 | $2,320.00 |
| Ryan Walsh | Senior Associate | $650 | 60.7 | $39,455.00 |
|  |  |  | 93.1 | $69,450.00 |
|  |  | *Average Billing Rate* |  | $745.97 |

*Exhibit C*

## Boy Scouts of America and Delaware BSA, LLC
## Summary of Time Detail by Professional
## February 18, 2020 through March 31, 2020

**Info Req**  Address information requests from, and attend meetings and calls with, various constituencies including lenders, unsecured creditors committee, and advisors.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,025 | 48.4 | $49,610.00 |
| Erin Covington | Managing Director | $925 | 26.9 | $24,882.50 |
| Erin McKeighan | Managing Director | $850 | 2.5 | $2,125.00 |
| Carl Binggeli | Director | $725 | 62.3 | $45,167.50 |
| Ryan Walsh | Senior Associate | $650 | 63.4 | $41,210.00 |
| Julio Cifuentes | Associate | $575 | 33.3 | $19,147.50 |
| | | | 236.8 | $182,142.50 |
| | | *Average Billing Rate* | | $769.18 |

*Exhibit C*

## Boy Scouts of America and Delaware BSA, LLC
## Summary of Time Detail by Professional
## February 18, 2020 through March 31, 2020

**Litigation**  Support negotiations with Tort Claimants including any document discovery, mediation process, abuse claims estimation.

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,025 | 7.8 | $7,995.00 |
| Ryan Walsh | Senior Associate | $650 | 2.8 | $1,820.00 |
| Gerard Gigante | Analyst | $475 | 44.9 | $21,327.50 |
|  |  |  | 55.5 | $31,142.50 |
|  | *Average Billing Rate* |  |  | $561.13 |

*Exhibit C*

## Boy Scouts of America and Delaware BSA, LLC
## Summary of Time Detail by Professional
## February 18, 2020 through March 31, 2020

**MOR** — **Assist the Debtors with the preparation of the Initial Debtor Interview requirements, Initial Operating Report, Monthly Operating Report, and other related matters for the US Trustee.**

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Erin McKeighan | Managing Director | $850 | 1.9 | $1,615.00 |
| Carl Binggeli | Director | $725 | 19.4 | $14,065.00 |
| Ryan Walsh | Senior Associate | $650 | 1.8 | $1,170.00 |
| Julio Cifuentes | Associate | $575 | 1.5 | $862.50 |
| Trevor DiNatale | Consultant | $550 | 12.6 | $6,930.00 |
| | | | 37.2 | $24,642.50 |
| | | *Average Billing Rate* | | $662.43 |

*Exhibit C*

**Boy Scouts of America and Delaware BSA, LLC**
*Summary of Time Detail by Professional*
*February 18, 2020 through March 31, 2020*

**Motions/Orders** — Complete analyses and assist the Debtors on various motions filed, and on entry of Orders to implement required reporting and other activities contemplated by the various filed motions.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,025 | 11.7 | $11,992.50 |
| Erin McKeighan | Managing Director | $850 | 8.2 | $6,970.00 |
| Carl Binggeli | Director | $725 | 14.1 | $10,222.50 |
| Ryan Walsh | Senior Associate | $650 | 17.9 | $11,635.00 |
| Julio Cifuentes | Associate | $575 | 108.6 | $62,445.00 |
| Emily Raab | Consultant | $525 | 25.0 | $13,125.00 |
| Gerard Gigante | Analyst | $475 | 11.2 | $5,320.00 |
| | | | 196.7 | $121,710.00 |
| | | *Average Billing Rate* | | $618.76 |

*Exhibit C*

## Boy Scouts of America and Delaware BSA, LLC
### Summary of Time Detail by Professional
### February 18, 2020 through March 31, 2020

**Retention** — Prepare documents in compliance with Court retention requirements.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,025 | 1.6 | $1,640.00 |
| Erin McKeighan | Managing Director | $850 | 7.0 | $5,950.00 |
| Gerard Gigante | Analyst | $475 | 6.2 | $2,945.00 |
| | | | 14.8 | $10,535.00 |
| | | *Average Billing Rate* | | $711.82 |

*Exhibit C*

## Boy Scouts of America and Delaware BSA, LLC
## Summary of Time Detail by Professional
## February 18, 2020 through March 31, 2020

**Statement & Schedules** — Assist the Debtors with the creation and filing of Statements and Schedules with background information and other related matters.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,025 | 4.3 | $4,407.50 |
| Erin Covington | Managing Director | $925 | 1.4 | $1,295.00 |
| Erin McKeighan | Managing Director | $850 | 98.1 | $83,385.00 |
| Mark Zeiss | Director | $675 | 1.8 | $1,215.00 |
| Ryan Walsh | Senior Associate | $650 | 9.2 | $5,980.00 |
| Emily Raab | Consultant | $525 | 237.2 | $124,530.00 |
| Trevor DiNatale | Consultant | $550 | 112.8 | $62,040.00 |
| Gerard Gigante | Analyst | $475 | 237.2 | $112,670.00 |
|  |  |  | 702.0 | $395,522.50 |
|  | *Average Billing Rate* |  |  | $563.42 |

*Exhibit C*

### Boy Scouts of America and Delaware BSA, LLC
### Summary of Time Detail by Professional
### February 18, 2020 through March 31, 2020

**Status Meeting** — Prepare for and participate in the Debtors regular status meetings including BOD meetings, update meetings with management, and strategic meetings with Debtor counsel and advisors.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,025 | 14.4 | $14,760.00 |
| Erin Covington | Managing Director | $925 | 4.9 | $4,532.50 |
| Erin McKeighan | Managing Director | $850 | 2.5 | $2,125.00 |
| Carl Binggeli | Director | $725 | 15.2 | $11,020.00 |
| Ryan Walsh | Senior Associate | $650 | 6.3 | $4,095.00 |
| Julio Cifuentes | Associate | $575 | 21.2 | $12,190.00 |
| | | | 64.5 | $48,722.50 |
| | | *Average Billing Rate* | | $755.39 |

*Exhibit C*

### Boy Scouts of America and Delaware BSA, LLC
### Summary of Time Detail by Professional
### February 18, 2020 through March 31, 2020

**Travel**             Billable travel time (reflects 50% of time incurred).

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,025 | 3.0 | $3,075.00 |
| Erin Covington | Managing Director | $925 | 7.0 | $6,475.00 |
| Carl Binggeli | Director | $725 | 4.0 | $2,900.00 |
|  |  |  | 14.0 | $12,450.00 |
|  | *Average Billing Rate* |  |  | $889.29 |

*Exhibit C*

## Boy Scouts of America and Delaware BSA, LLC
### Summary of Time Detail by Professional
### February 18, 2020 through March 31, 2020

**Vendor Management** — Assist the Debtors with all vendor related items including, but not limited to vendor strategy, negotiation, settlements, stipulations, critical vendors and shippers/warehouseman agreements, and advising Debtors' on general accounts payable questions.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Erin McKeighan | Managing Director | $850 | 13.5 | $11,475.00 |
| Carl Binggeli | Director | $725 | 61.5 | $44,587.50 |
| Ryan Walsh | Senior Associate | $650 | 11.6 | $7,540.00 |
| Julio Cifuentes | Associate | $575 | 28.3 | $16,272.50 |
|  |  |  | 114.9 | $79,875.00 |
|  |  | *Average Billing Rate* |  | $695.17 |