# Exhibit E

## Summary of Expense Detail by Category

*Exhibit E*

## *Boy Scouts of America and Delaware BSA, LLC*
## *Summary of Expense Detail by Category*
## *February 18, 2020 through March 31, 2020*

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Airfare | $14,171.71 |
| Lodging | $11,173.78 |
| Meals | $2,337.35 |
| Miscellaneous | $488.48 |
| Transportation | $3,192.79 |
| ***Total*** | **$31,364.11** |