## **Exhibit F**

**Expense Detail by Category Professional**

*Exhibit F*

**Boy Scouts of America and Delaware BSA, LLC**
*Expense Detail by Category*
*February 18, 2020 through March 31, 2020*

### *Airfare*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Emily Raab | 2/11/2020 | $761.42 | Airfare roundtrip coach Chicago/Dallas (2/24/2020 & 2/27/2020). |
| Carl Binggeli | 2/19/2020 | $478.20 | Airfare one-way coach Dallas/Charlottesville (2/21/2020). |
| Ryan Walsh | 2/19/2020 | $498.40 | Airfare one-way coach Dallas/New York (2/21/2020). |
| Brian Whittman | 2/20/2020 | $359.39 | Airfare one-way coach Philadelphia/Chicago. |
| Brian Whittman | 2/20/2020 | $359.39 | Airfare one-way coach Chicago/Philadelphia (3/2/2020). |
| Brian Whittman | 2/20/2020 | $504.14 | Airfare one-way coach Dallas/New York (2/25/2020). |
| Brian Whittman | 2/20/2020 | $380.06 | Airfare one-way coach Chicago/Dallas (2/23/2020). |
| Erin McKeighan | 2/20/2020 | $674.40 | Airfare one-way coach Dallas/Chicago. |
| Gerard Gigante | 2/20/2020 | $403.40 | Airfare one-way coach Dallas/Chicago. |
| Carl Binggeli | 2/21/2020 | $550.99 | Airfare one-way coach Charlottesville/Dallas (2/24/2020). |
| Ryan Walsh | 2/21/2020 | $216.40 | Airfare one-way coach New York/Dallas (2/24/2020). |
| Carl Binggeli | 2/22/2020 | $550.99 | Airfare one-way coach Dallas/Charlottesville (2/27/2020). |
| Carl Binggeli | 2/22/2020 | $865.40 | Airfare roundtrip coach Charlottesville/Dallas (3/2/2020 & 3/5/2020). |
| Gerard Gigante | 2/23/2020 | $403.40 | Airfare one-way coach Chicago/Dallas. |
| Erin McKeighan | 2/24/2020 | $724.80 | Airfare roundtrip coach Chicago/Dallas (2/24/2020 & 2/27/2020). |
| Ryan Walsh | 2/25/2020 | $388.40 | Airfare one-way coach Dallas/New York (2/27/2020). |
| Ryan Walsh | 2/26/2020 | $651.81 | Airfare roundtrip coach New York/Dallas (3/2/2020 & 3/5/2020). |
| Brian Whittman | 2/27/2020 | $359.39 | Airfare one-way coach Philadelphia/Chicago (3/4/2020). |
| Emily Raab | 2/27/2020 | $380.71 | Airfare one-way coach Chicago/Dallas (3/2/2020). |
| Emily Raab | 2/27/2020 | $380.71 | Airfare one-way coach Dallas/Chicago (3/5/2020). |
| Gerard Gigante | 2/27/2020 | $498.40 | Airfare one-way coach Dallas/New York. |
| Erin McKeighan | 3/2/2020 | $972.80 | Airfare roundtrip coach Chicago/Dallas/New York (3/2/2020 & 3/4/2020). |
| Gerard Gigante | 3/2/2020 | $141.40 | Airfare one-way coach New York/Dallas. |
| Ryan Walsh | 3/4/2020 | $376.80 | Airfare roundtrip coach New York/Dallas (3/9/2020 & 3/12/2020). |
| Gerard Gigante | 3/5/2020 | $403.40 | Airfare one-way coach Dallas/Chicago. |
| Brian Whittman | 3/7/2020 | $207.00 | Airfare one-way coach Dallas/Chicago (3/11/2020). |

*Exhibit F*

## Boy Scouts of America and Delaware BSA, LLC
### Expense Detail by Category
### February 18, 2020 through March 31, 2020

### Airfare

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Carl Binggeli | 3/7/2020 | $1,355.71 | Airfare one-way coach Charlottesville/Dallas (3/9/2020); Airfare one-way coach Dallas/Charlotte (3/11/2020); Airfare one-way coach Charlotte/Charlottesville (3/12/2020). |
| Gerard Gigante | 3/9/2020 | $324.40 | Airfare one-way coach Chicago/Dallas. |
| **Expense Category Total** | | **$14,171.71** | |

### Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Brian Whittman | 2/18/2020 | $208.91 | Hotel in New York - 1 night. |
| Brian Whittman | 2/19/2020 | $200.20 | Hotel in Wilmington - 1 night. |
| Emily Raab | 2/19/2020 | $447.96 | Hotel in Dallas - 2 nights. |
| Erin McKeighan | 2/19/2020 | $448.50 | Hotel in Irving - 2 nights. |
| Gerard Gigante | 2/19/2020 | $664.70 | Hotel in Dallas - 2 nights. |
| Carl Binggeli | 2/20/2020 | $555.45 | Hotel in Dallas - 3 nights. |
| Ryan Walsh | 2/20/2020 | $555.45 | Hotel in Dallas - 3 nights. |
| Brian Whittman | 2/24/2020 | $301.30 | Hotel in Irving - 2 nights. |
| Carl Binggeli | 2/26/2020 | $517.50 | Hotel in Dallas - 3 nights. |
| Emily Raab | 2/26/2020 | $632.50 | Hotel in Dallas - 3 nights. |
| Erin McKeighan | 2/26/2020 | $517.50 | Hotel in Irving - 3 nights. |
| Gerard Gigante | 2/26/2020 | $762.45 | Hotel in Dallas - 4 nights. |
| Ryan Walsh | 2/26/2020 | $517.50 | Hotel in Dallas - 3 nights. |
| Brian Whittman | 3/3/2020 | $419.10 | Hotel in Wilmington - 2 nights. |
| Erin McKeighan | 3/3/2020 | $438.15 | Hotel in Irving - 2 nights. |
| Carl Binggeli | 3/4/2020 | $517.50 | Hotel in Dallas - 3 nights. |
| Emily Raab | 3/4/2020 | $680.80 | Hotel in Irving - 3 nights. |
| Gerard Gigante | 3/4/2020 | $740.60 | Hotel in Dallas - 3 nights. |
| Ryan Walsh | 3/4/2020 | $517.50 | Hotel in Dallas - 3 nights. |
| Brian Whittman | 3/10/2020 | $450.88 | Hotel in Irving - 2 nights. |
| Carl Binggeli | 3/10/2020 | $372.26 | Hotel in Dallas - 2 nights. |

*Exhibit F*

**Boy Scouts of America and Delaware BSA, LLC**
**Expense Detail by Category**
**February 18, 2020 through March 31, 2020**

### Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Carl Binggeli | 3/11/2020 | $148.68 | Hotel in Charlotte - 1 night. |
| Ryan Walsh | 3/11/2020 | $558.39 | Hotel in Dallas - 3 nights. |
| **Expense Category Total** | | **$11,173.78** | |

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Brian Whittman | 2/18/2020 | $5.82 | Out of town breakfast - B. Whittman. |
| Carl Binggeli | 2/18/2020 | $14.72 | Out of town breakfast - C. Binggeli. |
| Carl Binggeli | 2/18/2020 | $11.80 | Out of town breakfast - E. McKeighan. |
| Carl Binggeli | 2/18/2020 | $138.00 | Out of town dinner - E. McKeighan, E. Raab, G. Gigante, R. Walsh, C. Binggeli - 5. |
| Emily Raab | 2/18/2020 | $6.13 | Out of town breakfast - E. Raab. |
| Ryan Walsh | 2/18/2020 | $8.77 | Out of town breakfast - R. Walsh. |
| Carl Binggeli | 2/19/2020 | $81.44 | Out of town dinner - R. Walsh, C. Binggeli - 2. |
| Carl Binggeli | 2/19/2020 | $26.52 | Out of town breakfast - C. Binggeli, E. McKeighan - 2. |
| Emily Raab | 2/19/2020 | $34.97 | Out of town dinner - E. Raab. |
| Emily Raab | 2/19/2020 | $3.63 | Out of town breakfast - E. Raab. |
| Gerard Gigante | 2/19/2020 | $50.00 | Out of town dinner - G. Gigante. |
| Ryan Walsh | 2/19/2020 | $8.88 | Out of town breakfast - R. Walsh. |
| Brian Whittman | 2/20/2020 | $15.40 | Out of town dinner - B. Whittman. |
| Carl Binggeli | 2/20/2020 | $37.48 | Out of town dinner - C. Binggeli. |
| Carl Binggeli | 2/20/2020 | $21.16 | Out of town breakfast - C. Binggeli, E. McKeighan - 2. |
| Emily Raab | 2/20/2020 | $13.39 | Out of town dinner - E. Raab. |
| Emily Raab | 2/20/2020 | $4.98 | Out of town breakfast - E. Raab. |
| Ryan Walsh | 2/20/2020 | $36.53 | Out of town dinner - R. Walsh. |
| Ryan Walsh | 2/20/2020 | $8.66 | Our of town breakfast - R. Walsh. |
| Carl Binggeli | 2/21/2020 | $8.01 | Out of town breakfast - C. Binggeli. |
| Ryan Walsh | 2/21/2020 | $10.68 | Out of town dinner - R. Walsh. |
| Ryan Walsh | 2/21/2020 | $8.77 | Out of town breakfast - R. Walsh. |

*Exhibit F*

**Boy Scouts of America and Delaware BSA, LLC**
**Expense Detail by Category**
**February 18, 2020 through March 31, 2020**

**Meals**

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Brian Whittman | 2/24/2020 | $350.00 | Out of town dinner - B. Whittman, C. Binggeli, E. McKeighan, E. Raab, G. Gigante, J. Cifuentes, R. Walsh - 7. |
| Carl Binggeli | 2/24/2020 | $4.71 | Out of town breakfast - C. Binggeli. |
| Emily Raab | 2/24/2020 | $6.69 | Out of town breakfast - E. Raab. |
| Erin McKeighan | 2/24/2020 | $4.35 | Out of town breakfast - E. McKeighan. |
| Ryan Walsh | 2/24/2020 | $9.20 | Out of town breakfast - R. Walsh. |
| Brian Whittman | 2/25/2020 | $6.13 | Out of town breakfast - B. Whittman. |
| Carl Binggeli | 2/25/2020 | $17.70 | Out of town breakfast - E. Raab, C. Binggeli - 2. |
| Emily Raab | 2/25/2020 | $19.20 | Out of town dinner - E. Raab. |
| Erin McKeighan | 2/25/2020 | $21.65 | Out of town dinner - E. McKeighan. |
| Erin McKeighan | 2/25/2020 | $3.99 | Out of town breakfast - E. McKeighan. |
| Erin McKeighan | 2/25/2020 | $33.13 | Out of town dinner - E. McKeighan. |
| Gerard Gigante | 2/25/2020 | $22.26 | Out of town dinner - G. Gigante. |
| Ryan Walsh | 2/25/2020 | $37.02 | Out of town dinner - R. Walsh. |
| Ryan Walsh | 2/25/2020 | $8.88 | Out of town breakfast - R. Walsh. |
| Carl Binggeli | 2/26/2020 | $39.62 | Out of town dinner - C. Binggeli. |
| Carl Binggeli | 2/26/2020 | $17.70 | Out of town breakfast - E. Raab, C. Binggeli - 2. |
| Emily Raab | 2/26/2020 | $30.30 | Out of town dinner - E. Raab. |
| Erin McKeighan | 2/26/2020 | $14.72 | Out of town dinner - E. McKeighan. |
| Gerard Gigante | 2/26/2020 | $32.95 | Out of town dinner - G. Gigante. |
| Ryan Walsh | 2/26/2020 | $7.80 | Out of town breakfast - R. Walsh. |
| Ryan Walsh | 2/26/2020 | $42.23 | Out of town dinner - R. Walsh. |
| Carl Binggeli | 2/27/2020 | $17.70 | Out of town breakfast - E. Raab, C. Binggeli - 2. |
| Gerard Gigante | 2/27/2020 | $40.70 | Out of town dinner - G. Gigante. |
| Ryan Walsh | 2/27/2020 | $14.06 | Out of town dinner - R. Walsh. |
| Ryan Walsh | 2/27/2020 | $8.88 | Out of town breakfast - R. Walsh. |
| Carl Binggeli | 3/2/2020 | $25.90 | Out of town dinner - C. Binggeli. |
| Emily Raab | 3/2/2020 | $11.58 | Out of town breakfast - E. Raab. |
| Emily Raab | 3/2/2020 | $28.30 | Out of town dinner - E. Raab. |

*Exhibit F*

**Boy Scouts of America and Delaware BSA, LLC**
**Expense Detail by Category**
**February 18, 2020 through March 31, 2020**

### Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Erin McKeighan | 3/2/2020 | $29.37 | Out of town dinner - E. McKeighan. |
| Gerard Gigante | 3/2/2020 | $29.80 | Out of town dinner - G. Gigante. |
| Ryan Walsh | 3/2/2020 | $25.60 | Out of town dinner - R. Walsh. |
| Ryan Walsh | 3/2/2020 | $9.20 | Out of town breakfast - R. Walsh. |
| Carl Binggeli | 3/3/2020 | $250.00 | Out of town dinner - E. McKeighan, E. Raab, G. Gigante, R. Walsh, C. Binggeli - 5. |
| Ryan Walsh | 3/3/2020 | $8.98 | Out of town breakfast - R. Walsh. |
| Carl Binggeli | 3/4/2020 | $45.83 | Out of town dinner - C. Binggeli. |
| Gerard Gigante | 3/4/2020 | $22.40 | Out of town dinner - G. Gigante. |
| Ryan Walsh | 3/4/2020 | $8.34 | Out of town breakfast - R. Walsh. |
| Ryan Walsh | 3/4/2020 | $28.20 | Out of town dinner - R. Walsh. |
| Emily Raab | 3/5/2020 | $17.29 | Out of town dinner - E. Raab. |
| Gerard Gigante | 3/5/2020 | $21.65 | Out of town dinner - G. Gigante. |
| Ryan Walsh | 3/5/2020 | $4.82 | Out of town breakfast - R. Walsh. |
| Ryan Walsh | 3/5/2020 | $14.12 | Out of town dinner - R. Walsh. |
| Carl Binggeli | 3/9/2020 | $150.00 | Out of town dinner - B. Whittman, R. Walsh, C. Binggeli - 3. |
| Ryan Walsh | 3/9/2020 | $9.42 | Out of town breakfast - R. Walsh. |
| Brian Whittman | 3/10/2020 | $30.98 | Out of town dinner - B. Whittman. |
| Carl Binggeli | 3/10/2020 | $47.00 | Out of town dinner - C. Binggeli. |
| Carl Binggeli | 3/10/2020 | $6.17 | Out of town breakfast - C. Binggeli. |
| Ryan Walsh | 3/10/2020 | $4.82 | Out of town breakfast - R. Walsh. |
| Ryan Walsh | 3/10/2020 | $34.23 | Out of town dinner - R. Walsh. |
| Carl Binggeli | 3/11/2020 | $4.82 | Out of town breakfast - C. Binggeli. |
| Carl Binggeli | 3/11/2020 | $32.61 | Out of town dinner - C. Binggeli. |
| Ryan Walsh | 3/11/2020 | $4.82 | Out of town breakfast - R. Walsh. |
| Ryan Walsh | 3/11/2020 | $28.68 | Out of town dinner - R. Walsh. |
| Carl Binggeli | 3/12/2020 | $4.82 | Out of town breakfast - C. Binggeli. |
| Carl Binggeli | 3/12/2020 | $11.99 | Out of town dinner - C. Binggeli. |
| Ryan Walsh | 3/12/2020 | $13.48 | Out of town dinner - R. Walsh. |

*Exhibit F*

<div style="border:1px solid black">

## *Boy Scouts of America and Delaware BSA, LLC*
### *Expense Detail by Category*
### *February 18, 2020 through March 31, 2020*

</div>

## *Meals*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Walsh | 3/12/2020 | $4.82 | Out of town breakfast - R. Walsh. |
| **Expense Category Total** | | **$2,337.35** | |

## *Miscellaneous*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Erin McKeighan | 2/26/2020 | $49.95 | Inflight wifi. |
| Ryan Walsh | 2/27/2020 | $16.00 | Inflight wifi. |
| Erin McKeighan | 2/29/2020 | $179.02 | CMS Monthly Data Storage Fee. |
| Gerard Gigante | 3/5/2020 | $19.00 | Inflight wifi. |
| Ryan Walsh | 3/5/2020 | $16.00 | Inflight wifi. |
| Ryan Walsh | 3/12/2020 | $16.00 | Inflight wifi. |
| Erin McKeighan | 3/31/2020 | $192.51 | CMS Monthly Data Storage Fee. |
| **Expense Category Total** | | **$488.48** | |

## *Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Brian Whittman | 2/18/2020 | $12.25 | Taxi from hotel to Penn Station. |
| Emily Raab | 2/18/2020 | $16.54 | Taxi from hotel to client. |
| Gerard Gigante | 2/18/2020 | $10.22 | Taxi from dinner to hotel. |
| Emily Raab | 2/19/2020 | $13.64 | Taxi from hotel to client. |
| Gerard Gigante | 2/19/2020 | $7.65 | Taxi from client to hotel. |
| Brian Whittman | 2/20/2020 | $44.37 | Taxi from Delaware to Philadelphia Airport. |
| Brian Whittman | 2/20/2020 | $168.00 | Parking at Chicago Airport. |
| Carl Binggeli | 2/20/2020 | $9.66 | Taxi from client to hotel. |
| Emily Raab | 2/20/2020 | $20.52 | Taxi from client to Dallas Airport. |
| Emily Raab | 2/20/2020 | $44.05 | Taxi from Chicago Airport to home. |
| Emily Raab | 2/20/2020 | $16.73 | Taxi from hotel to client. |

*Exhibit F*

### Boy Scouts of America and Delaware BSA, LLC
### Expense Detail by Category
### February 18, 2020 through March 31, 2020

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Erin McKeighan | 2/20/2020 | $60.00 | Taxi from Chicago Airport to home. |
| Gerard Gigante | 2/20/2020 | $51.27 | Taxi from Chicago Airport to home. |
| Gerard Gigante | 2/20/2020 | $20.10 | Taxi from client to Dallas Airport. |
| Carl Binggeli | 2/21/2020 | $24.42 | Taxi from client to Dallas Airport. |
| Carl Binggeli | 2/21/2020 | $11.09 | Taxi from hotel to client. |
| Carl Binggeli | 2/21/2020 | $52.00 | Parking at Charlottesville Airport. |
| Ryan Walsh | 2/21/2020 | $44.61 | Taxi from New York Airport to home. |
| Brian Whittman | 2/23/2020 | $28.06 | Taxi from Dallas Airport to hotel. |
| Gerard Gigante | 2/23/2020 | $21.06 | Taxi from Dallas Airport to hotel. |
| Gerard Gigante | 2/23/2020 | $47.77 | Taxi from home to Chicago Airport. |
| Brian Whittman | 2/24/2020 | $202.00 | Amtrak one-way New York/Wilmington (2/18/2020). |
| Carl Binggeli | 2/24/2020 | $21.89 | Taxi from Dallas Airport to client. |
| Carl Binggeli | 2/24/2020 | $13.78 | Taxi from client to hotel. |
| Emily Raab | 2/24/2020 | $6.99 | Taxi from dinner to hotel. |
| Emily Raab | 2/24/2020 | $23.20 | Taxi from Dallas Airport to client. |
| Emily Raab | 2/24/2020 | $25.64 | Taxi from home to Chicago Airport. |
| Erin McKeighan | 2/24/2020 | $6.42 | Taxi from dinner to hotel. |
| Erin McKeighan | 2/24/2020 | $17.13 | Taxi from Dallas Airport to client. |
| Erin McKeighan | 2/24/2020 | $60.00 | Taxi from home to Chicago Airport. |
| Gerard Gigante | 2/24/2020 | $7.95 | Taxi from hotel to client. |
| Gerard Gigante | 2/24/2020 | $10.40 | Taxi from client to dinner. |
| Ryan Walsh | 2/24/2020 | $44.27 | Taxi from home to New York Airport. |
| Ryan Walsh | 2/24/2020 | $19.66 | Taxi from Dallas Airport to client. |
| Brian Whittman | 2/25/2020 | $21.46 | Taxi from client to Dallas Airport. |
| Carl Binggeli | 2/25/2020 | $14.07 | Taxi from hotel to client. |
| Carl Binggeli | 2/25/2020 | $10.66 | Taxi from dinner to hotel. |
| Carl Binggeli | 2/25/2020 | $9.99 | Taxi client to dinner. |
| Emily Raab | 2/25/2020 | $7.60 | Taxi from client to hotel. |
| Gerard Gigante | 2/25/2020 | $8.84 | Taxi from client to hotel. |

*Exhibit F*

**Boy Scouts of America and Delaware BSA, LLC**
**Expense Detail by Category**
**February 18, 2020 through March 31, 2020**

### Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Gerard Gigante | 2/25/2020 | $8.84 | Taxi from hotel to client. |
| Ryan Walsh | 2/25/2020 | $10.87 | Taxi from client to hotel. |
| Carl Binggeli | 2/26/2020 | $10.84 | Taxi from hotel to client. |
| Carl Binggeli | 2/26/2020 | $11.60 | Taxi from client to hotel. |
| Emily Raab | 2/26/2020 | $12.98 | Taxi from client to hotel. |
| Erin McKeighan | 2/26/2020 | $16.44 | Taxi from client to hotel. |
| Gerard Gigante | 2/26/2020 | $8.84 | Taxi from client to hotel. |
| Gerard Gigante | 2/26/2020 | $8.84 | Taxi from hotel to client. |
| Brian Whittman | 2/27/2020 | $168.00 | Parking at Chicago Airport. |
| Brian Whittman | 2/27/2020 | $50.35 | Taxi from Manhattan to New York Airport. |
| Carl Binggeli | 2/27/2020 | $23.29 | Taxi from client to Dallas Airport. |
| Carl Binggeli | 2/27/2020 | $14.25 | Taxi from hotel to client. |
| Carl Binggeli | 2/27/2020 | $20.70 | Taxi from Charlottesville Airport to home. |
| Emily Raab | 2/27/2020 | $13.03 | Taxi from hotel to client. |
| Emily Raab | 2/27/2020 | $28.78 | Taxi from Chicago Airport to home. |
| Emily Raab | 2/27/2020 | $38.23 | Taxi from client to Dallas Airport. |
| Erin McKeighan | 2/27/2020 | $19.16 | Taxi from client to Dallas Airport. |
| Erin McKeighan | 2/27/2020 | $60.00 | Taxi from Chicago Airport to home. |
| Gerard Gigante | 2/27/2020 | $45.96 | Taxi from New York Airport to home. |
| Gerard Gigante | 2/27/2020 | $23.40 | Taxi from client to Dallas Airport. |
| Gerard Gigante | 2/27/2020 | $9.64 | Taxi from hotel to client. |
| Ryan Walsh | 2/28/2020 | $55.35 | Taxi from New York Airport to home. |
| Carl Binggeli | 3/2/2020 | $24.22 | Taxi from Dallas Airport to client. |
| Carl Binggeli | 3/2/2020 | $11.55 | Taxi from client to hotel. |
| Emily Raab | 3/2/2020 | $23.32 | Taxi from Dallas Airport to client. |
| Emily Raab | 3/2/2020 | $34.72 | Taxi from home to Chicago Airport. |
| Erin McKeighan | 3/2/2020 | $20.28 | Taxi from Dallas Airport to client. |
| Erin McKeighan | 3/2/2020 | $60.00 | Taxi from home to Chicago Airport. |
| Gerard Gigante | 3/2/2020 | $39.15 | Taxi from home to New York Airport. |

*Exhibit F*

**Boy Scouts of America and Delaware BSA, LLC**
**Expense Detail by Category**
**February 18, 2020 through March 31, 2020**

*Transportation*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Gerard Gigante | 3/2/2020 | $12.03 | Taxi from client to hotel. |
| Gerard Gigante | 3/2/2020 | $21.51 | Taxi from Dallas Airport to client. |
| Ryan Walsh | 3/2/2020 | $46.90 | Taxi from home to New York Airport. |
| Ryan Walsh | 3/2/2020 | $19.70 | Taxi from Dallas Airport to client. |
| Brian Whittman | 3/3/2020 | $72.19 | Taxi from Philadelphia Airport to Wilmington. |
| Carl Binggeli | 3/3/2020 | $13.99 | Taxi from client to hotel. |
| Carl Binggeli | 3/3/2020 | $15.23 | Taxi from hotel to client. |
| Emily Raab | 3/3/2020 | $8.89 | Taxi from dinner to hotel. |
| Gerard Gigante | 3/3/2020 | $10.17 | Taxi from client to dinner. |
| Brian Whittman | 3/4/2020 | $84.00 | Parking at Chicago Airport. |
| Carl Binggeli | 3/4/2020 | $15.89 | Taxi from hotel to client. |
| Emily Raab | 3/4/2020 | $10.70 | Taxi from hotel to client. |
| Erin McKeighan | 3/4/2020 | $18.02 | Taxi from hotel to Dallas Airport. |
| Carl Binggeli | 3/5/2020 | $14.22 | Taxi from hotel to client. |
| Carl Binggeli | 3/5/2020 | $52.00 | Parking at Charlottesville Airport. |
| Emily Raab | 3/5/2020 | $7.12 | Taxi from hotel to client. |
| Emily Raab | 3/5/2020 | $29.02 | Taxi from Chicago Airport to home. |
| Emily Raab | 3/5/2020 | $20.22 | Taxi from client to Dallas Airport. |
| Gerard Gigante | 3/5/2020 | $28.05 | Taxi from Chicago Airport to home. |
| Gerard Gigante | 3/5/2020 | $23.40 | Taxi from client to Dallas Airport. |
| Gerard Gigante | 3/5/2020 | $5.80 | Taxi from hotel to client. |
| Ryan Walsh | 3/5/2020 | $20.89 | Taxi from client to Dallas Airport. |
| Ryan Walsh | 3/5/2020 | $50.56 | Taxi from New York Airport to home. |
| Brian Whittman | 3/9/2020 | $5.63 | Taxi from Dallas Airport to client. |
| Carl Binggeli | 3/9/2020 | $22.30 | Taxi from Dallas Airport to client. |
| Carl Binggeli | 3/9/2020 | $10.69 | Taxi from client to hotel. |
| Ryan Walsh | 3/9/2020 | $45.65 | Taxi from home to New York Airport. |
| Ryan Walsh | 3/9/2020 | $20.42 | Tax from Dallas Airport to client. |
| Carl Binggeli | 3/10/2020 | $12.45 | Taxi from hotel to client. |

### Boy Scouts of America and Delaware BSA, LLC
### Expense Detail by Category
### February 18, 2020 through March 31, 2020

## Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Brian Whittman | 3/11/2020 | $126.00 | Parking at Chicago Airport. |
| Carl Binggeli | 3/11/2020 | $22.96 | Taxi from Charlotte Airport to hotel. |
| Carl Binggeli | 3/11/2020 | $15.16 | Taxi from hotel to client. |
| Carl Binggeli | 3/11/2020 | $28.49 | Taxi from client to Dallas Airport. |
| Carl Binggeli | 3/12/2020 | $14.10 | Taxi from hotel to client. |
| Carl Binggeli | 3/12/2020 | $52.00 | Parking at Charlottesville Airport. |
| Ryan Walsh | 3/12/2020 | $47.42 | Taxi from New York Airport to home. |
| Ryan Walsh | 3/12/2020 | $22.20 | Taxi from client to Dallas Airport. |
| Ryan Walsh | 3/12/2020 | $18.23 | Taxi from hotel to client. |
| **Expense Category Total** | | **$3,192.79** | |
| *Grand Total* | | **$31,364.11** | |