IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE** that **Liberty Mutual Insurance Company** ("Liberty Mutual"), by and through its undersigned counsel, **SEITZ, VAN OGTROP & GREEN, P.A., CHOATE, HALL & STEWART LLP** and **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**, hereby appears pursuant to section 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and Rules 2002, 3017(a), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and respectfully requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following:

R. Karl Hill, Esq.
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-0600
Facsimile: (302) 888-0606
khill@svglaw.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtor's mailing address is 1325 West Walnut Lane, Irving, Texas 75038

Douglas R. Gooding, Esq.
Jonathan D. Marshall, Esq.
Michael J. Foley, Jr., Esq.
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Telephone: (617) 248-5000
Facsimile: (617) 248-4000
dgooding@choate.com
jmarshall@choate.com
mjfoley@choate.com

Kim V. Marrkand, Esq.
Nancy D. Adams, Esq.
Laura Bange Stephens, Esq.
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241
kmarrkand@mintz.com
ndadams@mintz.com
lbstephens@mintz.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, request, disclosure statement or plan of reorganization, and any other document brought before the Bankruptcy Court with respect to these cases and any related proceedings, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic mail or otherwise filed or made with regard to the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of Liberty Mutual:  (1) to have an Article III judge adjudicate in the first instance any case,

proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in the non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a *de novo* review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) to assert or maintain any other rights, claims, actions, defenses, setoffs, or recoupments to which Liberty Mutual is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.  For the avoidance of doubt, filing this notice is not intended as, and shall not be, Liberty Mutual's consent to the entry of final orders and judgments in any case, proceeding, matter, or controversy if it is determined that the Court, absent consent of Liberty Mutual, cannot enter final orders or judgments in any such case, proceeding, matter, or controversy, as applicable, consistent with Article III of the United States Constitution.

Dated:    April 20, 2020

**SEITZ, VAN OGTROP & GREEN, P.A.**

/s/ R. Karl Hill_____
R. Karl Hill, Esq. (DE No. 2747)
222 Delaware Avenue
Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-0600
Facsimile: (302) 888-0606
khill@svglaw.com

**CHOATE, HALL & STEWART LLP**
Douglas R. Gooding (*pro hac vice* pending)
Jonathan D. Marshall (*pro hac vice* pending)
Michael J. Foley, Jr. (*pro hac vice* pending)
Two International Place
Boston, MA 02110

Telephone: (617) 248-5000
Facsimile: (617) 248-4000
Email: dgooding@choate.com
Email: jmarshall@choate.com
Email: mjfoley@choate.com

-and-

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
Kim V. Marrkand (*pro hac vice* pending)
Nancy D. Adams (*pro hac vice* pending)
Laura Bange Stephens (*pro hac vice* pending)
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241
Email: kmarrkand@mintz.com
Email: ndadams@mintz.com
Email: lbstephens@mintz.com

*Counsel for Liberty Mutual Insurance Company*