**CERTIFICATE OF SERVICE**

I, R. Karl Hill, hereby certify that on the 20th day of April 2020, a copy of the foregoing *Notice of Appearance, Request for Service of Papers and Reservation of Rights* was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mailed to all parties by operation of the Court's electronic filing system or by First Class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/   *R. Karl Hill*
R. Karl Hill, Esq. (DE No. 2747)