## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| BOY SCOUTS OF AMERICA AND | ) | Case No.:  20-10343 (LSS) |
| DELAWARE BSA, LLC, | ) | (Joint Administration Requested) |
| Debtors. | ) | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

     Pursuant to Rule 9010-1 of the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware and the attached certification, the undersigned counsel hereby moves for admission *pro hac vice* of Nancy D. Adams to represent Liberty Mutual Insurance Company in the above-captioned cases.

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ R. Karl Hill
R. Karl Hill (Del. Bar No. 2747)
222 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-0600
Email: khill@svglaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

     Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the Commonwealth of Massachusetts and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the revised Standing Order for District Court Fund effective September 1, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

/s/ Nancy D. Adams
Nancy D. Adams, Esq.
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Email:ndadams@mintz.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.