**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and<br>Delaware BSA, LLC,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, John B. Lord, an employee of Reed Smith LLP, do hereby certify that, on this 20th day of April 2020, a true and correct copy of the **MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER DETERMINING THAT THE CREDITORS' COMMITTEE IS NOT REQUIRED TO PROVIDE ACCESS TO CONFIDENTIAL OR PRIVILEGED INFORMATION OF THE DEBTORS AND FIXING CREDITOR INFORMATION SHARING PROCEDURES AND PROTOCOLS UNDER 11 U.S.C. §§ 105(a), 107(b), AND 1102(b)(3) EFFECTIVE AS OF MARCH 4, 2020** was electronically filed via the Court's CM/ECF system and thereby served on those parties having registered to receive electronic notice in the above-captioned cases; and also was served separately on the parties listed on the attached service list in the manners indicated.

　　　　　　　　　　　　　　　　By:　　*/s/ John B. Lord*
　　　　　　　　　　　　　　　　　　　　John B. Lord
　　　　　　　　　　　　　　　　　　　　Bankruptcy Paralegal
　　　　　　　　　　　　　　　　　　　　**REED SMITH LLP**
　　　　　　　　　　　　　　　　　　　　1201 N. Market St., Suite 1500
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　E-mail: jlord@reedsmith.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

**Boy Scouts of America and
Delaware BSA, LLC**
2002 Service List
Case No. 20-10343 (LSS)

**FIRST CLASS MAIL**
Securities & Exchange Commission
100 F. Street, NE
Washington, DC 20549

**FIRST CLASS MAIL**
Delaware Secretary of State
Division of Corps.
401 Federal Street, Suite 4
Dover, DE 19901

**FIRST CLASS MAIL**
Securities & Exchange Commission
New York Regional Office
Attn: Andrew Calamari
Brookfield Pl, 200 Vesey St. Suite 400
New York, NY 10281

**FIRST CLASS MAIL**
(Top 25 Law Firm)
Nathaniel L. Foote, Esq.
Andreozzi & Associates, PC
111 N Front Street
Harrisburg, PA 17101

**FIRST CLASS MAIL**
(Top 25 Law Firm)
Stewart Eisenberg, Esq.
Eisenberg, Rothweiler, Winkler,
Eisenberg & Jeck, PC
1634 Spruce Street
Philadelphia, PA 19103

**FIRST CLASS MAIL**
The County Commission of Fayette County
Attn: President
P.O. Box 307
Fayetteville, WV 25840

**FIRST CLASS MAIL**
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**FIRST CLASS MAIL**
(Top 25 Law Firm)
Michael G Dowd, Esq.
Michael G Dowd
600 3rd Ave, 15th Floor
New York, NY 10016

**FIRST CLASS MAIL**
(Top 25 Law Firm)
Sanford Rubenstein, Esq.
Rubenstein & Rynecki
16 Court Street, Suite 1717
Brooklyn, NY 11241

**FIRST CLASS MAIL**
(Top 25 Law Firm)
Gerard Sweeney, Esq.
Sweeney Reich & Bolz, LLP
1981 Marcus Ave, Suite 200
Lake Success, NY 11042

**FIRST CLASS MAIL**
United States Dept. of Justice
950 Pennsylvania Ave, NW
Room 2242
Washington, DC 20530-0001

**FIRST CLASS MAIL**
John A. Vos
1430 Lincoln Avenue
San Rafael, CA 94901

**FIRST CLASS MAIL**
JPMorgan Chase Bank, NA
Phil Martin
10 S Dearborn Street
Mail Code Il1-1415
Chicago, IL 60603

**FIRST CLASS MAIL**
(Top 25 Law Firm)
David Lujan, Esq.
Lujan & Wolff, LLP
238 Archbishop Flores Street, Suite 300
DNA Building
Hagatna, GU 96910

**EMAIL**
(Counsel to the Debtors)
Derek C. Abbott, Esq.
Joseph Charles Barsalona II, Esq.
Andrew R. Remming, Esq.
Eric Moats, Esq.
Paige Noelle Topper, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899
**Email**: dabbott@mnat.com;
jbarsalona@mnat.com;
aremming@mnat.com;
emoats@mnat.com;
ptopper@mnat.com

**FIRST CLASS MAIL**
(Debtors)
Steven P. McGowan
Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX 75038

**EMAIL**
(Proposed Counsel to the Debtors)
James F. Conlan, Esq.
Thomas A. Labuda, Esq.
Michael C. Andolina, Esq.
Matthew E. Linder, Esq.
Karim Basaria, Esq.
Blair M. Warner, Esq.
Sidley Austin
One South Dearborn Street
Chicago, IL 60603
**Email**: jconlan@sidley.com;
tlabuda@sidley.com;
mandolina@sidley.com;
mlinder@sidley.com;
kbasaria@sidley.com;
blair.warner@sidley.com

**EMAIL**
(Top 25 Law Firm)
Andrew Van Arsdale, Esq.
Ava Law Group, Inc.
3667 Voltaire Street
San Diego, CA 92106
**Email**: support@ava.law

**EMAIL**
(Top 25 Law Firm)
Michael B. Terry, Esq.
Bondurant, Mixson & Elmore, LLC
One Atlantic Center
1201 W Peachtree Street NW, Suite 3900
Atlanta, GA 30309
**Email**: terry@bmelaw.com

**EMAIL**
(Top 25 Law Firm)
Stephen Crew, Esq.
Crew Janci LLP
1200 NW Naito Pkwy, Suite 500
Portland, OR 97209
**Email**: steve@crewjanci.com

**EMAIL**
(Top 25 Law Firm)
Gilion Dumas, Esq.
Dumas Law Group, LLC
aka Dumas & Vaughn Attorneys At Law
3835 NE Hancock Street, Suite Gl-B
Portland, OR 97212
**Email**: gilion@dumaslawgroup.com

**EMAIL**
(Top 25 Law Firm)
Joshua Gillispie, Esq.
Green & Gillispie
1 Riverfront Pl, Suite 605
North Little Rock, AR 72114
**Email**: josh@greenandgillispie.com

**EMAIL**
(Top 25 Law Firm)
Jonathan Barnes, Esq.
Gregg, Hunt, Ahern & Embry
One Cranberry Hill, 304
Lexington, MA 02421
**Email**: jbarnes@chelaw.com

**EMAIL**
(Top 25 Law Firm)
Christopher Hurley, Esq.
Hurley Mckenna & Mertz PC
33 N Dearborn Street, Suite 1430
Chicago, IL 60602
**Email**: churley@hurley-law.com

**EMAIL**
(Top 25 Law Firm)
Jeffrey Anderson, Esq.
Jeff Anderson & Assoc, PA
505 Thornall Street, Suite 405
Edison, NJ 08837
**Email**: jeff@andersonadvocates.com

**EMAIL**
(Top 25 Law Firm)
Timothy Kosnoff, Esq.
Kosnoff Law
1321 Upland Dr., PMB 4685
Houston, TX 77043
**Email**: tim@kosnoff.com

**EMAIL**
(Top 25 Law Firm)
Mitchell Garabedian, Esq.
Law Offices Of Mitchell Garabedian
100 State Street, 6th Floor
Boston, MA 02109
**Email**: mgarabedian@garabedianlaw.com

**EMAIL**
(Top 25 Law Firm)
James L Dumas, Esq.
Lindsay Hart, LLP
1300 SW 5th Avenue, Suite 3400
Portland, OR 97201
**Email**: jdumas@lindsayhart.com

**EMAIL**
(Top 25 Law Firm)
James Marsh, Esq.
Marsh Law Firm
151 E Post Rd, Suite 102
White Plains, NY 10601
**Email**: jamesmarch@marsh.law

**EMAIL**
(Top 25 Law Firm)
Jordan Merson, Esq.
Merson Law
150 E 58th Street, 34th Floor
New York, NY 10155
**Email**: jmerson@mersonlaw.com

**EMAIL**
(Top 25 Law Firm)
Darren Penn, Esq.
Penn Law Group
4200 Northside Pkwy, NW
Building One, Suite 100
Atlanta, GA 30327
**Email**: darren@pennlawgroup.com

**EMAIL**
(Top 25 Law Firm)
Michael Pfau, Esq.
Pfau, Cochran, Vertetis, Amala PLLC
403 Columbia Street, Suite 500
Seattle, WA 98104
**Email**: michael@pcvalaw.com

**EMAIL**
(Top 25 Law Firm)
Jay Silvio Mascolo, Esq.
Rebenack, Aronow, Mascolo, LLP
111 Livingston Ave
New Brunswick, NJ 08901
**Email**: jmascolo@ram.law

**EMAIL**
(Top 25 Law Firm)
Patrick Stoneking, Esq.
Robins Kaplan LLP
399 Park Ave, Suite 3600
New York, NY 10022
Email: pstoneking@robinskaplan.com

**EMAIL**
(Top 25 Law Firm)
Tad Thomas, Esq.
Louis C. Schneider, Esq.
Thomas Law Office, PLLC
9418 Norton Commons Blvd, Suite 200
Louisville, KY 40059
**Email**: tad@thomaslawoffices.com;
lou.schneider@thomaslawoffices.com

**EMAIL**
(Top 25 Law Firm)
Paul Mones
13101 Washington Boulevard
Los Angeles, CA 90066
**Email**: pamones@comcast.net

**EMAIL**
(Top 30 Creditor)
American Engineers & Contractors
Shiv Shahi, Owner
224 Datura St, Suite 1012
West Palm Beach, FL 33401
**Email**: Shiv@Aecbuild.com

**EMAIL**
(Top 30 Creditor)
(Counsel to Doe Claimant 2001)
Jeffrey E. Martin, Esq.
Law Offices of Jeffrey E. Martin LLC
On behalf of Doe Claimant 2001
2340 S. Arlington Heights Rd, Suite 520
Arlington Heights, IL 60005
**Email**: jem@martinlawchicago.com

**EMAIL**
(Top 30 Creditor)
Lion Brothers Co Inc.
Susan Ganz, CEO
10246 Reisterstown Rd
Owings Mills, MD 21117
**Email**: Sganz@Lionbrothers.Com

**EMAIL**
(Top 30 Creditor)
NCS Pearson, Inc.
Bjarne Tellmann, Esq.
Gen Counsel & CLO
200 Old Tappen Rd
Old Tappan, NJ 07675
**Email**: bjarne.tellmann@pearson.com

**EMAIL**
(Top 30 Creditor)
Pension Benefit Guaranty Corp
Patricia Kelly, CFO
Cassandra Burton
Craig Fessenden
1200 K Street NW
Washington, DC 20005
**Email**: kelly.patricia@pbgc.gov;
burton.cassandra@pbgc.gov;
fessenden.craig@pbgc.gov

**EMAIL**
(Top 30 Creditor)
Quad/Graphics, Inc.
Joel Quadracci, Chairman, Pres & CEO
N61W23044 Harrys Way
Sussex, WI 53089-2827
**Email**: Joel.Quadracci@qg.com

**EMAIL**
(Proposed Counsel to the Debtors)
Jessica C. Boelter, Esq.
Sidley Austin
787 Seventh Avenue
New York, NY 10019
**Email**: jboelter@sidley.com;

**EMAIL**
(Counsel to Sequoia Council of Boy Scouts, Inc.)
Jan T. Perkins, Esq.
Baker Manock & Jensen, PC
5260 N Palm Ave, Suite 421
Fresno, CA 93704
**Email**: jperkins@bakermanock.com

**EMAIL**
(Counsel to National Surety Corporation)
Todd C. Jacobs, Esq.
Bradley Riley Jacobs PC
320 W Ohio Street, Suite 3W
Chicago, IL 60654
**Email**: tjacobs@bradleyriley.com

**EMAIL**
(Counsel to Chickasaw Council, Boy Scouts of America)
Daniel W. Van Horn, Esq.
Butler Snow LP
P.O. Box 171443
Memphis, TN 38187-1443
**Email**: Danny.VanHorn@butlersnow.com

**EMAIL**
(Counsel to Chickasaw Council, Boy Scouts of America)
Jason P. Hood, Esq.
Davies Hood PLLC
22 N Front Street, Suite 620
Memphis, TN 38103-2100
**Email**: Jason.Hood@davieshood.com

**EMAIL**
(Counsel to Girl Scouts of the United States of America)
Eric Lopez Schnabel, Esq.
Alessandra Glorioso, Esq.
Dorsey & Whitney LLP
300 Delaware Ave, Suite 1010
Wilmington, DE 19801
**Email**: schnabel.eric@dorsey.com;
glorioso.alessandra@dorsey.com

**EMAIL**
(Counsel to Girl Scouts of the United States of America)
Bruce R Ewing, Esq.
Dorsey & Whitney LLP
51 W 52nd Street
New York, NY 10019
**Email**: ewing.bruce@dorsey.com

**EMAIL**
(Counsel to Old Republic Insurance Company)
Margaret M. Anderson, Esq.
Fox Swibel Levin & Carroll LLP
200 W Madison Street, Suite 3000
Chicago, IL 60606
**Email**: panderson@foxswibel.com

**EMAIL**
(Counsel to Certain Claimants,
Claimant J.M.)
Raeann Warner, Esq.
Thomas Crumplar, Esq.
Jacobs & Crumplar, P.A.
750 Shipyard Drive, Suite 200
Wilmington, DE 19801
**Email**: raeann@jcdelaw.com
tom@jcdelaw.com

**EMAIL**
(Counsel to Certain Claimants,
Joseph Kaminski and Other Claimants,
Claimant J.M.)
Thomas S. Neuberger, Esq.
Stephen J. Neuberger, Esq.
The Neuberger Firm
17 Harlech Drive
Wilmington, DE 19807
**Email**: tsn@neubergerlaw.com
sjn@neubergerlaw.com

**EMAIL**
(Counsel to JPMorgan Chase Bank, NA)
Louis R. Strubeck, Jr., Esq.
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019-6022
**Email**:
louis.strubeck@nortonrosefulbright.com

**EMAIL**
(Counsel to The Church of Jesus Christ of
Latter-day Saints)
Jeffrey E Bjork, Esq.
Kimberly A Posin, Esq.
Nicholas J Messana, Esq.
Latham & Watkins LLP
355 S Grand Ave, Suite 100
Los Angeles, CA 90071-1560
**Email**: jeff.bjork@lw.com;
kim.posin@lw.com;
nicholas.messana@lw.com

**EMAIL**
(Counsel to The Church of Jesus Christ of
Latter-day Saints)
Adam J Goldberg, Esq.
Latham & Watkins LLP
885 3rd Ave
New York, NY 10022-4834
**Email**: adam.goldberg@lw.com

**EMAIL**
(Counsel to Houston Liens, Montgomery
County, Harris County, Orange County,
Cleveland ISD, Fort Bend County)
John P. Dillman, Esq.
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064
**Email**: houston_bankruptcy@publicans.com

**EMAIL**
(Counsel to Dallas County)
Elizabeth Weller, Esq.
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207
**Email**: dallas_bankruptcy@publicans.com

**EMAIL**
(Counsel to Sun Life Assurance Company of
Canada)
Paul W Carey, Esq.
Mirick, O'Connell, DeMallie & Lougee,
LLP
100 Front Street
Worcester, MA 01608
**Email**: pcarey@mirickoconnell.com

**EMAIL**
(Counsel to AmTrust North America, Inc.
on behalf of Wesco Insurance Company)
Alan C. Hochheiser, Esq.
Maurice Wutscher, LLP
23611 Chagrin Blvd., Suite 207
Beachwood, OH 44122
**Email**: ahochheiser@mauricewutscher.com

**EMAIL**
(Counsel to Sun Life Assurance Company of Canada)
Kate P Foley, Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 W Park Drive, Suite 400
Westborough, MA 01581
**Email**: kfoley@mirickoconnell.com

**EMAIL**
(Counsel to Old Republic Insurance Company)
Brett D. Fallon, Esq.
Brya M. Keilson, Esq.
Morris James LLP
500 Delaware Ave, Suite 1500
Wilmington, DE 19801
**Email**: bfallon@morrisjames.com;
bkeilson@morrisjames.com

**EMAIL**
(Counsel to JPMorgan Chase Bank, NA)
Louis Strubeck, Esq.
Kristian Gluck, Esq.
Ryan Manns, Esq.
Norton Rose Fulbright US LLP
2200 Ross Ave, Suite 3600
Dallas, TX 75201-7932
**Email**:
louis.strubeck@nortonrosefulbright.com;
kristian.gluck@nortonrosefulbright.com;
ryan.manns@nortonrosefulbright.com

**EMAIL**
Office of the U.S. Trustee
David L. Buchbinder, Esq.
Hannah Mufson McCollum, Esq.
844 King Street, Suite 2207
Lockbox 35 Wilmington, DE 19801
**Email**: david.l.buchbinder@usdoj.gov;
hannah.mccollum@usdoj.gov

**EMAIL**
(Counsel to National Surety Corporation and Allianz Global Risks US Insurance Company)
David M. Fournier, Esq.
Marcy J. McLaughlin Smith, Esq.
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
**Email**: fournierd@pepperlaw.com;
mclaughm@pepperlaw.com

**EMAIL**
(Counsel to The Church of Jesus Christ of Latter-day Saints)
Michael Merchant, Esq.
Brett Haywood, Esq.
Richards, Layton & Finger, PA
One Rodney Square
920 N King Street
Wilmington, DE 19801
**Email**: merchant@rlf.com;
haywood@rlf.com

**EMAIL**
Sequoia Counsel of Boy Scouts, Inc.
Michael Marchese
6005 N Tamera Ave
Fresno, CA 93711
**Email**: michael.marchese@scouting.org

**EMAIL**
(Counsel to Twin City Fire Insurance Company, First State Insurance Company, Hartford Accident and Indemnity Company)
Eric S. Goldstein, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
**Email**: egoldstein@goodwin.com;
bankruptcy@goodwin.com;
bankruptcyparalegal@goodwin.com

**EMAIL**
Synchrony Bank
c/o PRA Receivables Management, LLC
Valerie Smith
PO Box 41021
Norfolk, VA 23541
**Email**: claims@recoverycorp.com

**EMAIL**
(Counsel to The County Commission Of Fayette County)
John Stump, Esq.
Steptoe & Johnson PLLC
Chase Tower - Eighth Floor
707 Virginia Street E.
Charleston, WV 25301
**Email**: john.stump@steptoe-johnson.com

**EMAIL**
(Counsel to National Surety Corporation and Allianz Global Risks US Insurance Company)
Harris B. Winsberg, Esq.
Matthew G. Roberts, Esq.
Troutman Sanders LLP
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308
**Email**: harris.winsberg@troutman.com;
matthew.roberts2@troutman.com

**EMAIL**
US Attorney for Delaware
David C Weiss, Esq.
1007 Orange Street, Suite 700
PO Box 2046
Wilmington, DE 19899-2046
**Email**: usade.ecfbankruptcy@usdoj.gov

**EMAIL**
(Counsel to Ad Hoc Committee of Local Councils of the Boy Scouts of America)
Richard Mason, Esq.
Douglas Mayer, Esq.
Joseph C. Celentino, Esq.
Wachtell, Lipton, Rosen & Katz
51 W 52nd Street
New York, NY 10019
**Email**: rgmason@wlrk.com;
dkmayer@wlrk.com;
jcccelentino@wlrk.com

**EMAIL**
(Counsel to Sequoia Council of Boy Scouts, Inc.)
Riley C. Walter, Esq.
Wanger Jones Helsley, PC.
265 E River Park Circle, Suite 310
Fresno, CA 93720
**Email**: rwalter@wjhattorneys.com

**EMAIL**
(Counsel to JPMorgan Chase Bank, NA)
Matthew Ward, Esq.
Morgan Patterson, Esq.
Womble Bond Dickinson (US) LLP
1313 N Market Street, Suite 1200
Wilmington, DE 19801
**Email**: matthew.ward@wbd-us.com;
morgan.patterson@wbd-us.com

**EMAIL**
James L. Patton, Jr., Esq.
Robert Brady, Esq.
Edwin Harron, Esq.
Young Conaway Stargatt & Taylor
Rodney Square
1000 N King Street
Wilmington, DE 19801
**Email**: jpatton@ycst.com
rbrady@ycst.com
eharron@ycst.com

**EMAIL**
(Counsel to Boy Scouts of America San Diego – Imperial Council; Three Harbors Council Inc. Boy Scouts of America)
Richard J. Bernard, Esq.
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016
**Email**: rbernard@foley.com

**EMAIL**
(Counsel to Boy Scouts of America San Diego – Imperial Council; Three Harbors Council Inc. Boy Scouts of America)
Victor Vilaplana, Esq.
Foley & Lardner LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
**Email**: vavilaplana@foley.com

**EMAIL**
Steven A. Ginther, Esq.
Missouri Department of Revenue
Bankruptcy Unit General Counsel's Office
301 W. High Street, Room 670
PO Box 475
Jefferson, City, MO 65105-0475
**Email**: deecf@dor.mo.gov

**EMAIL**
(Counsel to Chief Seattle Council, Boy Scouts of America)
Bruce W. Leaverton, Esq.
Karr Tuttle Campbell, P.S.
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
**Email**: bleaverton@karrtuttle.com

**EMAIL**
(Counsel to Weaver Fundraising, LLC d/b/a Tail's End Popcorn Company)
Patrick A. Jackson, Esq.
Faegre Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801-1621
**Email**: patrick.jackson@faegredrinker.com

**EMAIL**
(Counsel to Weaver Fundraising, LLC d/b/a Tail's End Popcorn Company)
Jay Jaffe, Esq.
Faegre Drinker Biddle & Reath LLP
600 E. 96th Street, Suite 600
Indianapolis, IN 46240
**Email**: jay.jaffe@faegredrinker.com

**EMAIL**
Deb Secrest
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121
**Email**: ra-li-ucts-bankrup@state.pa.us

**EMAIL**
(Counsel to Pearson Education, Inc.; NCS Pearson, Inc.)
Jeffrey R. Waxman, Esq.
Eric J. Monzo, Esq.
Morris James LLP
500 Delaware Ave, Suite 1500
Wilmington, DE 19801
**Email**: jwaxman@morrisjames.com; emonzo@morrisjames.com

**EMAIL**
(Counsel to Pearson Education, Inc.;
NCS Pearson, Inc.)
Angela Z. Miller, Esq.
Phillips Lytle LLP
One Canalside
125 Main Street
Buffalo, NY 14203
**Email**: amiller@phillipslytle.com

**EMAIL**
(Counsel to Waste Management)
Brian J. McLaughlin, Esq.
Rachel B. Mersky, Esq.
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
**Email**: bmclaughlinm@monlaw.com;
rmersky@monlaw.com

**EMAIL**
(Counsel to Twin City Fire Insurance Company, First State Insurance Company, Hartford Accident and Indemnity Company)
Joshua D. Weinberg, Esq.
Abigail W. Williams, Esq.
Shipman & Goodwin LLP
1875 K Street, NW
Washington, DC 20006-1251
**Email**: jweinberg@goodwin.com;
awilliams@goodwin.com;
bankruptcy@goodwin.com;
bankruptcyparalegal@goodwin.com

**EMAIL**
(Counsel to The County of Anderson Texas; The County of Denton, Texas; Harrison Central Appraisal District; The County of Harrison, Texas; The County of Henderson, Texas; Midland Central Appraisal District; The County of Milam, Texas; Terry County Appraisal District; The County of Williamson, Texas)
Tara LeDay, Esq.
McCreary, Veselka, Bragg & Allen, P.C.
PO Box 1269
Round Rock, TX 78680
**Email**: tleday@mvbalaw.com

**EMAIL**
(Counsel to National Union Fire Insurance Company of Pittsburgh, PA; Lexington Insurance Company; Landmark Insurance Company; The Insurance Company of the State of Pennsylvania)
Deirdre M. Richards, Esq.
Fineman Krekstein & Harris P.C.
1300 N. King Street
Wilmington, DE 19801
**Email**: drichards@finemanlawfirm.com

**EMAIL**
(Counsel to National Union Fire Insurance Company of Pittsburgh, PA; Lexington Insurance Company; Landmark Insurance Company; The Insurance Company of the State of Pennsylvania)
Susan N.K. Gummow, Esq.
Igor Shleypak, Esq.
Foran Glennon Palandech Ponzi & Rudloff, P.C.
222 N. LaSalle Street, Suite 1400
Chicago, IL 60614
**Email**: sgummow@fgppr.com;
ishleypak@fgppr.com

**EMAIL**
(Counsel to Columbia Casualty Company; The Continental Insurance Company as successor in interest to certain policies issued by Harbor Insurance Company; The Continental Insurance Company successor by merger to Niagara Fire Insurance; The Continental Insurance Company)
Craig Goldblatt, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
**Email**: craig.goldblatt@wilmerhale.com

**EMAIL**
(Counsel to East Carolina Council BSA, Inc.)
Paul A. Fanning, Esq.
Ward and Smith, P.A.
PO Box 8088
Greenville, NC 27835-8088
**Email**: paf@wardansmith.com

**EMAIL**
(Counsel to Jack Doe, creditor and defendant)
Bradley L. Rice, Esq.
Nagel and Rice LLP
103 Eisenhower Parkway
Roseland, NJ 07068
**Email**: brice@nagelrice.com

**EMAIL**
(Counsel to Jane Doe)
Mark L. Desgrosseilliers, Esq.
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801
**Email**: desgross@chipmanbrown.com

**EMAIL**
(Counsel to Jane Doe)
Cindy L. Robinson, Esq.
Doug Mahoney, Esq.
Tremont Sheldon Robinson Mahoney P.C.
64 Lyon Terrace
Bridgeport, CT 06604
**Email**: crobinson@tremontsheldon.com; dmahoney@tremontsheldon.com

**EMAIL**
(Counsel to Allianz Global Risks US Insurance Company)
Ryan S. Smethurst, Esq.
Margaret H. Warner, Esq.
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
**Email**: rsmethurst@mwe.com

**EMAIL**
(Counsel to Jorge Vega and all other current or future personal injury claimants represented by the law firm of Andrews & Thornton)
Anthony M. Saccullo, Esq.
Mary E. Augustine, Esq.
A.M. Saccullo Legal, LLC
27 Crimson King Drive Bear, DE 19701
**Email**: ams@saccullolegal.com; meg@saccullolegal.com

**EMAIL**
(Counsel to R.L. and C.L., his wife
(Plaintiffs in State Court action pending in
the Superior Court of New Jersey, Essex
County, Docket No. ESX-L-63-20))
Joseph H. Lemkin, Esq.
Stark & Stark, P.C.
PO Box 5315
Princeton, NJ 08543
**Email**: jlemkin@stark-stark.com

**EMAIL**
(Counsel to Claimant, J.M.)
Gerald D. Jowers, Jr., Esq.
Janet, Janet & Scuggs, LLC
500 Taylor Street, Suite 301
Columbia, SC 29201
**Email**: gjowers@jjsjustice.com

**EMAIL**
(Counsel to The Roman Catholic Diocese of
Brooklyn, New York)
Patrick A. Jackson, Esq.
Kaitlin W. MacKenzie, Esq.
Faegre Drinker Biddle & Reath LLP
222 Delaware Ave., Suite 1410
Wilmington, DE 19801-1621
**Email**:
Patrick.jackson@faegredrinker.com;
Kaitlin.mackenzie@faegredrinker.com

**EMAIL**
(Counsel to The Roman Catholic Diocese of
Brooklyn, New York)
Michael P. Pompeo, Esq.
Faegre Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036-2714
**Email**:
Michael.pompeo@faegredrinker.com

**EMAIL**
(Counsel to Jane Doe)
Mark L. Desgrosseilliers, Esq.
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801
**Email**: desgross@chipmanbrown.com

**EMAIL**
(Counsel to Jane Doe)
Cindy L. Robinson, Esq.
Doug Mahoney, Esq.
Tremont Sheldon Robinson Mahoney P.C.
64 Lyon Terrace
Bridgeport, CT 06604
**Email**: crobinson@tremontsheldon.com;
dmahoney@tremontsheldon.com

**EMAIL**
(Counsel to Various Tort Claimants)
David M. Klauder, Esq.
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801
**Email**: dklauder@bk-legal.com

**EMAIL**
(Counsel to Various Tort Claimants)
Michael T. Pfau, Esq.
Jason P. Amala, Esq.
Vincent T. Nappo, Esq.
Pfau Cochran Vertetis Amala PLLC
403 Columbia Street, Suite 500
Seattle, WA 98104
**Email**: michael@pcvalaw.com;
jason@pcvalaw.com;
vnappo@pcvalaw.com

**EMAIL**
(Counsel to IRC Burnsville Crossing, L.L.C.
Karen C. Bifferato, Esq.
Kelly M. Conlan, Esq.
Connolly Gallagher LLP
1201 N. Market Street, 20th Floor
Wilmington, DE 19801
**Email**: kbifferato@connollygallagher.com;
kconlan@connollygallagher.com

**EMAIL**
(Counsel to Del-Mar-Va Council, Inc., Boy Scouts of America)
William Bowden, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899-1150
**Email**: wbowden@ashbygeddes.com

**EMAIL**
(Counsel to Oracle America, Inc.)
Shawn M. Christianson, Esq.
Buchalter, a Professional Corporation
55 Second Street, 17th Floor
San Francisco, CA 94105-3493
**Email:** schristianson@buchalter.com

**EMAIL**
(Counsel to Jorge Vega and all other current or future personal injury claimants represented by the law firm of Andrews & Thornton)
Anne Andrews, Esq.
John C. Thornton, Esq.
Andrews & Thornton
4701 Von Karman Avenue, Suite 300
Newport Beach, CA 92660
**Email**: aa@andrewsthornton.com;
jct@andrewsthornton.com

**EMAIL**
(Counsel to Allianz Global Risks US Insurance Company)
Matthew S. Sorem, Esq.
Nicolaides Fink Thorpe Michaelides Sullivan LLP
10 S. Wacker Drive, 21st Floor
Chicago, IL 60606
**Email**: msorem@nicolaidesllp.com

**EMAIL**
(Counsel to Tort Claimants Committee)
James I. Stang, Esq.
Robert B. Orgel, Esq.
James O'Neill, Esq.
John W. Lucas, Esq.
Kenneth Brown, Esq.
Ilan Scharf, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
**Email**: jstang@pszjlaw.com;
joneill@pszjlaw.com; rorgel@pszjlaw.com;
jlucas@pszjlaw.com;
kbrown@pszjlaw.com; ischarf@pszlaw.com

**EMAIL**
(Counsel to Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Ace Insurance Group Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company)
Stamatios Stamoulis, Esq.
Richard C. Weinblatt, Esq.
Stamoulis & Weinblatt LLC
800 N. West Street, Suite 800
Wilmington, DE 19801
**Email**: weinblatt@swdelaw.com
stamoulis@swdelaw.com

**EMAIL**
(Counsel to Arrowhead Indemnity Company)
Michael J. Joyce, Esq.
The Law Offices of Joyce, LLC
1225 King St., Suite 800
Wilmington, DE 19801
**Email:** mjoyce@mjlawoffices.com

**EMAIL**
(Counsel to Arrowhead Indemnity Company)
Kevin Coughlin, Esq.
Lorraine Armenti, Esq.
Michael Hrinewski, Esq.
Coughlin Duffy, LLP
350 Mount Kemble Ave.
Morristown, NJ 0796
**Email:** kcoughlin@coughlinduffy.com
larmenti@coughlinduffy.com
mhrinewski@coughlinduffy.com

**EMAIL**
(Counsel to Baltimore Area Council Boy Scouts of America, Inc.)
Richard W. Riley, Esq.
Whiteford Taylor & Preston LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE 19801
**Email:** rriley@wtplaw.com

**EMAIL**
(Counsel to Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Ace Insurance Group Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company)
Tancred Schiavoni, Esq.
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036-6537
**Email:** tschiavoni@omm.com

**EMAIL**
(Counsel to Arrowhead Indemnity Company)
Britton C. Lewis, Esq.
Carruthers & Roth, P.A.
235 N. Edgeworth St.
P.O. Box 540
Greensboro, NC 27401
**Email:** bcl@crlaw.com

**EMAIL**
(Counsel to Baltimore Area Council Boy Scouts of America, Inc.)
Todd M. Brooks, Esq.
Whiteford Taylor & Preston LLP
Seven Saint Paul Street, 15th Floor
Baltimore, MD 21202-1626
**Email:** tbrooks@wtplaw.com

**EMAIL**
(Counsel to Texas Workforce Commission)
Christopher S. Murphy
Sherri K. Simpson, Paralegal
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
**Email**: christopher.murphy@oag.texas.gov
sherri.simpson@oag.texas.gov