IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | Ref. Dockets Nos. 157, 320, 321, 322, 349, 357, 389, 409, & 420 |

**CERTIFICATION OF COUNSEL REGARDING STIPULATION GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY WITH RESPECT TO TRADEMARK ACTION OF GIRL SCOUTS OF THE UNITED STATES OF AMERICA**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1. On November 6, 2018, prior to the Debtors' filing of voluntary petitions for relief under the Bankruptcy Code, Girl Scouts of the United States of America ("Girl Scouts," and together with the Debtors, the "Parties") filed a trademark action in the United States District Court for the Southern District of New York (the "District Court") seeking an injunction and related relief against trademark infringement, unfair competition, trademark dilution and related causes of action, as well as damages related thereto (the "Trademark Action"). The Trademark Action is styled as *Girl Scouts of the U.S.A. v. Boy Scouts of Am.*, No. 18-cv-10287 (AKH) (S.D.N.Y.).

2. On March 10, 2020, Girl Scouts filed the *Girl Scouts of the United States of America's Motion for Relief From the Automatic Stay to Resume Trademark Action* [Docket No. 155] and the *Girl Scouts of the United States of America's Brief in Support of its Motion for*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

*Relief From the Automatic Stay to Resume Trademark Action* [Docket No. 157], and subsequently filed related declarations in support on April 10, 2020 [Docket Nos. 389, 392, 393] (together, the "Relief from Stay Motion").

3. On March 31, 2020, the Debtors filed the *Debtors' Objection to Girl Scouts of the United States of America's Motion for Relief from the Automatic Stay to Resume Trademark Action* [Docket No. 320] and related declarations in support [Docket Nos. 321, 322] (the "Objection").[2]

4. On April 10, 2020, Girl Scouts filed the *Girl Scouts of the United States of America's Reply Brief in Support of Its Motion for Relief from the Automatic Stay to Resume Trademark Action* [Docket No. 390] and related accompanying documents in support [Docket Nos. 386, 387, 391, 393, 395].

5. On April 15, 2020, the Court held an omnibus hearing and heard argument from the Parties and certain other parties in interest with respect to the Relief from Stay Motion (the "Hearing").

6. Since the Hearing, the Parties have engaged in good-faith negotiations to resolve the Relief from Stay Motion and the Objection and the pleadings related thereto.

7. On April 22, 2020, the Parties entered into that certain *Stipulation Granting Limited Relief from the Automatic Stay with Respect to Trademark Action of Girl Scouts of the United States of America* (the "Stipulation").[3] Pursuant to the Stipulation, the automatic stay shall remain in full force with respect to the Trademark Action for a period from entry of the

---

[2] The Official Committee of Tort Claimants, the Official Committee of Unsecured Creditors, and the proposed Future Claimants' Representative filed joinders in support of the Objection at Docket Nos. 349, 357, and 409, respectively.

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Stipulation.

proposed form of order (the "Proposed Order"), a copy of which is attached hereto as **Exhibit A**, to and including July 22, 2020; except that during such period (the "Initial Stay Lift Period"), the automatic stay shall be lifted on a limited basis, solely with respect to the Trademark Action, to permit Girl Scouts and the BSA to (a) meet and confer regarding the creation of a structure and protocol for a formal mediation of the Trademark Action, including, without limitation, the selection of a mediator (the "Mediation Protocol"), and (b) mediate the Trademark Action in accordance with the Mediation Protocol.  The automatic stay shall also be lifted during the Initial Stay Lift Period on a limited basis so that the Parties shall be permitted to submit a joint letter to the District Court in the Trademark Action updating the District Court on the resolution of the Relief from Stay Motion and the Stipulation and Proposed Order, and to request a date from the District Court for a further scheduling conference, in the event the mediation is unsuccessful, that is within two weeks of the expiration of the Initial Stay Lift Period but in no event prior to July 27, 2020 (i.e. between July 27, 2020 and August 7, 2020).  Furthermore, beginning on July 23, 2020, the automatic stay shall be lifted, solely with respect to the Trademark Action, to permit the Trademark Action to proceed in the District Court.[4]

WHEREFORE, the Debtors respectfully request that the Proposed Order, substantially in the form attached hereto as **Exhibit A**, approving the Stipulation, attached thereto as **Exhibit 1**, be entered at the earliest convenience of the Court.

---

[4] In the instance of any conflict between this certification of counsel and the terms or conditions of the Stipulation, the Stipulation shall control.

| | |
|---|---|
| Dated: April 22, 2020<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Eric W. Moats*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Joseph C. Barsalona II (No. 6102)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 425-4664<br>Email: dabbott@mnat.com<br>  aremming@mnat.com<br>  jbarsalona@mnat.com<br>  emoats@mnat.com<br>  ptopper@mnat.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Jessica C. K. Boelter (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-5300<br>Email: jboelter@sidley.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Thomas A. Labuda (admitted *pro hac vice*)<br>Michael C. Andolina (admitted *pro hac vice*)<br>Andrew F. O'Neill (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Email: tlabuda@sidley.com<br>  mandolina@sidley.com<br>  aoneill@sidley.com<br>  mlinder@sidley.com<br><br>CO-COUNSEL AND PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION |