**WILLIAM E. WINFIELD** (State Bar #122055)
**NELSON COMIS KETTLE & KINNEY LLP**
300 E. Esplanade Drive, Suite 1170
Oxnard, California 93036-0238
Telephone: (805) 604-4106
Facsimile: (805) 604-4150
Email: wwinfield@calattys.com

Attorneys for Interested Party, Ventura County Council of Boy Scouts of America

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

| In Re: | ) | Case No.: 20-10343 |
|---|---|---|
| BOY SCOUTS OF AMERICA, | ) ) ) | Chapter: 11 |
| | ) | Honorable Judge Laurie Selber Silverstein |
| Debtor | ) ) ) ) ) ) ) | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

TO: DEBTORS, U.S. TRUSTEE, AND ALL INTERESTED PARTIES, and to their attorneys of record herein:

**PLEASE TAKE NOTICE** that Nelson Comis Kettle & Kinney LLP files this Notice of Appearance and Request for Special Notice on behalf of Interested Party, Ventura County Council of Boy Scouts of America and respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon:

William E. Winfield
Nelson Comis Kettle & Kinney LLP
300 E. Esplanade Dr., Suite 1170
Oxnard, California 93036

NELSON COMIS KETTLE & KINNEY LLP
300 Esplanade Drive, Ste. 1170
Oxnard CA 93036

NELSON COMIS KETTLE & KINNEY LLP
300 Esplanade Drive, Ste. 1170
Oxnard CA 93036

Telephone: (805) 604-4106
Facsimile: (805) 604-4150
Email: wwinfield@calattys.com

PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders and notices of applications, motions, petitions, pleadings, requests, complaints or demands whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, electronic mail or otherwise, in this case and any proceedings therein.

This Notice of Appearance and Request for Special Notice shall not be deemed or construed to be a waiver of the rights of Ventura County Council of Boy Scouts of America (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case, controversy, or proceeding related to this case, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to assert any other rights, claims, actions, setoffs, or recoupments to which Ventura County Council of Boy Scouts of America is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Respectfully submitted,

Dated: March // , 2020

NELSON COMIS KETTLE & KINNEY LLP

William E. Winfield, Attorneys for Ventura County Council of Boy Scouts of America