## **EXHIBIT B**

**Ringer Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| Boy Scouts of America and Delaware BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

### DECLARATION OF RACHAEL L. RINGER IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, PURSUANT TO SECTION 328 AND 1103 OF THE BANKRUPTCY CODE AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014 FOR AN ORDER APPROVING THE RETENTION AND EMPLOYMENT OF KRAMER LEVIN NAFTALIS & FRANKEL LLP AS COUNSEL TO THE CREDITORS' COMMITTEE *NUNC PRO TUNC* TO MARCH 4, 2020

RACHAEL L. RINGER, makes this declaration under 28 U.S.C. § 1746, and states the following:

1.      I am an attorney at law and in good standing to practice in the State of New York before the United States District Court for the Southern District of New York and the Supreme Court of the United States of America and have been admitted *pro hac vice* in these Chapter 11 Cases.

2.      I am a partner with the law firm of Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**"), which is located at 1177 Avenue of the Americas, New York, New York 10036.

3.      I am duly authorized to make this declaration ("**Declaration**") on behalf of Kramer Levin.

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

4.      I submit this Declaration in support of the application (the "**Application**")[2] of the Official Committee of Unsecured Creditors (the "**Creditors' Committee**") of the above-captioned debtors and debtors in possession (the "**Debtors**") for entry of an order authorizing the retention and employment of Kramer Levin as bankruptcy counsel to the Creditors' Committee, *nunc pro tunc* to March 4, 2020 (the "**Engagement**").

5.      Unless otherwise stated in this Declaration, and based on inquiries of Kramer Levin partners, associates and staff, I have personal knowledge of the facts as set forth herein.  To the extent that any information disclosed herein requires subsequent amendment and/or modification, Kramer Levin will use reasonable efforts to file a supplemental declaration reflecting such amended and/or modified information.

### Statement Regarding Revised Guidelines

6.      Kramer Levin understands that the Revised Guidelines are applicable in these Chapter 11 Cases and intends to make a reasonable effort to comply with the Revised Guidelines in connection with both this Application and the fee requests to be filed by Kramer Levin in these Chapter 11 Cases.

### Scope of Services

7.      Kramer Levin is willing to serve as the Creditors' Committee's bankruptcy counsel in connection with these Chapter 11 Cases and to perform all necessary legal services in connection therewith, as is detailed in the Application.  Since its retention on March 4, 2020, at the request of the Creditors' Committee, Kramer Levin immediately commenced work on time-sensitive matters and promptly devoted substantial resources to the Debtors' cases prior to submission and approval of

---

[2]    Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

this Application.  Accordingly, the Creditors' Committee requests approval of the Application *nunc pro tunc* to the date that Kramer Levin was retained on March 4, 2020.

### Billing and Compensation

8.      Kramer Levin has agreed to receive compensation and reimbursement of expenses in accordance with its standard billing practices and subject to this Court's approval, pursuant to the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any procedures or orders of the Court as are applicable to these Chapter 11 Cases.

9.      Kramer Levin's standard billing practices and rates, which are described below, are consistent with those generally governing the firm's representation of its other clients.

10.     For work in connection with bankruptcy cases, Kramer Levin charges the same rates whether retained as a professional paid out of the estate or as a professional paid by the private client out of the client's own funds. As of the date of this Affidavit, such hourly rates are as follows for calendar year 2020:[3]

| | |
|---|---|
| Partners | $1,050 – $1,500 |
| Counsel | $1,050 - $1,400 |
| Special Counsel | $995 - $1,160 |
| Associates | $585 - $1,040 |
| Paraprofessionals | $270 - $450 |

11.     Hourly rates vary with the experience and seniority of the individuals assigned. These hourly rates are set at a level designed to compensate Kramer Levin fairly for the work of its attorneys and paraprofessionals and to cover fixed and routine overhead expenses.  The hourly fees are comparable to those charged by attorneys of similar experience and expertise for

---

[3]    Kramer Levin's rates are adjusted annually starting with January 1 of each calendar year.  The above-listed billing rates are in effect until January 1, 2021.

engagements of similar scope and complexity to these Chapter 11 Cases.

12.    The rate structure provided by Kramer Levin is substantially similar to (a) the rates that Kramer Levin charges for other similar types of representations or (b) the rates that other comparable counsel would charge to do work substantially similar to the work Kramer Levin will perform in these Chapter 11 Cases.

13.    Kramer Levin's hourly billing rates are subject to periodic adjustments to reflect economic and other conditions.  If at any time Kramer Levin increases the rates for its services in connection with the Engagement, Kramer Levin will file a supplemental affidavit with the Court describing such increases and provide notice of such increases to the Debtors, the Creditors' Committee, the Tort Claimants' Committee, and the U.S. Trustee.[4]

14.    It is Kramer Levin's policy to charge clients for reasonable non-overhead expenses incurred by it in connection with representation of a client in a given matter.  Such expenses include, without limitation, travel costs, telecommunications, express or overnight mail, messenger service, photocopying costs, document processing, overtime meals, computer research-related expenses, court fees, transcript costs and, in general, all identifiable expenses that would not have been incurred except for representation of a particular client.  Kramer Levin intends to seek reimbursement for expenses incurred in connection with the Engagement in accordance with Kramer Levin's normal reimbursement policies, subject to any modifications that may be required to make to comply with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules and any procedures or orders of the Court as are applicable to these Chapter 11 Cases.

15.    Kramer Levin understands that its compensation is subject to approval by this Court

---

[4]    Each September, there is a step-up of associate class to reflect an increase in each associate's class seniority.  This annual step-up is not considered a "rate increase" as the billing rate among the applicable associate class does not change.

and has agreed to accept as compensation such sums as are allowed by the Court. Kramer Levin expects to receive monthly payments from the Debtors in accordance with the procedures set forth in the Local Rules, the Revised Guidelines and any other procedures or orders of the Court as are applicable to these Chapter 11 Cases.

16.    Kramer Levin intends to maintain detailed, contemporaneous time records and apply to the Court for payment of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any procedures or orders of the Court as are applicable to these Chapter 11 Cases.

17.    No agreement exists, nor will any be made, to share any compensation received by Kramer Levin for its services on behalf of the Creditors' Committee with any other person or firm.

### Kramer Levin's Disclosure Procedures

18.    In preparing its Application and this Declaration, Kramer Levin used a set of procedures developed to ensure compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules applying to the professionals retained by a committee, including compliance with section 1103 of the Bankruptcy Code. Pursuant to this protocol, Kramer Levin personnel, under my general supervision, undertook the following actions to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors, their estates or the Creditors' Committee:

    a.    We obtained from the Debtors' representatives a comprehensive list of the names and types of entities who may have contacts or connections with the Debtors (the "**Retention Checklist**"). The categories of names that comprise the Retention Checklist is attached hereto as **Schedule 1**.[5]

    b.    Kramer Levin's conflicts department compared the Retention Checklist to

---

[5] Upon information and belief, Schedule 1 is being relied upon by the Debtors' professionals in conducting their searches in connection with their retention applications.

the names that Kramer Levin has compiled into a master client database from its conflict check database (the "**Client Database**").  The Client Database is comprised of the names of the entities for which any time has been billed and includes the names of each current or former client, the name of the parties who are or were related or adverse to such current or former client, and the names of the Kramer Levin personnel who are or were responsible for current or former matters for such client.  It is the policy of Kramer Levin that no new matter may be accepted or opened within Kramer Levin without completing and submitting to those charged with maintaining the conflict check system and adverse party index the information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter and related and adverse parties.  Accordingly, the database is regularly updated for every new matter undertaken by Kramer Levin.  The scope of the system is a function of the completeness and accuracy of the information submitted by the attorney opening a matter.

c.    We identified any matches between the Retention Checklist and the Client Database, together with the names of the respective Kramer Levin professionals responsible for the identified entities on the Client Database. Kramer Levin attorneys then reviewed these matches and deleted obvious name coincidences and individuals or entities that were adverse to Kramer Levin's clients in both this matter and the matters referenced on the list. Those connections in which Kramer Levin had actively represented the client or an affiliate within the last two years were compiled for purposes of being disclosed in this Declaration.

d.    In addition, I caused the Retention Checklist to be circulated by electronic mail to all Kramer Levin attorneys to determine whether any attorney has any relationship with any such party in interest in these Chapter 11 Cases, including any connections with the U.S. Trustee and the Bankruptcy Judge assigned to these Chapter 11 Cases.

19.    Kramer Levin will review its files periodically during the pendency of these Chapter 11 Cases to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, Kramer Levin will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

### **Kramer Levin's Disinterestedness**

20.    As a result of Kramer Levin's review of the Retention Checklist and the Client

Database, the following connections warrant disclosure:[6]

a.    Allianz Global Corporate & Specialty SE, Allianz Global Risks US Insurance Company, Allianz Insurance Company and Allianz Societas Europea (collectively, "**Allianz**") are identified on the Retention Checklist under the category of "Insurers."  In matters wholly unrelated to these Chapter 11 Cases, Kramer Levin represents and/or formerly represented Allianz and/or certain of its affiliates in connection with ERISA, regulatory, bankruptcy and corporate matters.  An affiliate of Allianz was a member of the WLB Ad Hoc Group (defined and described below).  Kramer Levin believes these representations have not and will not affect its representation of the Creditors' Committee in these Chapter 11 Cases.

b.    AT&T, AT&T Capital Services, Inc., AT&T Corporation, AT&T (5019), AT&T Mobility, AT&T – Opus, A&T Wireless (collectively, "**AT&T**") are identified on the Retention Checklist under the category of "Secured Parties", "Significant Contract Counterparties" and "Significant Utility Providers."  Kramer Levin currently represents the Official Committee of Unsecured Creditors of Forever 21, Inc. (the "**Forever 21 Committee**").  AT&T is a member of the Forever 21 Committee.  Kramer Levin believes that its current representation of the Forever 21 Committee will not affect its representation of the Creditors' Committee in these Chapter 11 Cases.

c.    BlackRock is identified on the Retention Checklist under the category of "Banks."  In matters wholly unrelated to these Chapter 11 Cases, Kramer Levin represents and/or formerly represented BlackRock and/or certain of its affiliates ("**Blackrock**") and certain executives in connection with land use, corporate and regulatory matters.  Kramer Levin also represented BlackRock as part of the FES Ad Hoc Group (defined and described below), the Puerto Rico Representations (defined and described below) and as part of other ad hoc groups in various bankruptcy matters.  Kramer Levin believes these representations have not and will not affect its representation of the Creditors' Committee in these Chapter 11 Cases.

d.    Kramer Levin formerly represented an ad hoc noteholder group (the "**FES Ad Hoc Group**") in connection with the Chapter 11 cases of FirstEnergy Solutions Corp. and certain of its affiliates.  Throughout the representation of the FES Ad Hoc Group, there were over ten bondholders who joined the FES Ad Hoc Group, including BlackRock (defined and described above), Fidelity (affiliates of which are identified on the Retention Checklist under

---

[6] Fees collected from each of the parties identified comprised less than 1.0% of Kramer Levin's revenues for the period January 2018 through December 2019, unless otherwise indicated herein.

the categories of "Banks" and "Significant Vendors"), affiliates of TIAA Commercial (defined and described below) and Wells Fargo (defined and described below).    Fees collected on account of Kramer Levin's representation of the FES Ad Hoc Group comprised approximately 1.37% of Kramer Levin's revenues for the period from January 1, 2018 through December 31, 2018 and 1.05% for the period from January 1, 2019 through December 31, 2019.  Kramer Levin believes that its representation of the FES Ad Hoc Group will not affect its representation of the Creditors' Committee in these Chapter 11 Cases.

e.    Girl Scouts of the United States of America ("**<u>Girl Scouts</u>**") was appointed to serve on the Creditors' Committee in this case and is identified on the Retention Checklist under the category of "Unsecured Creditors Committee."  Kramer Levin formerly represented and/or currently represents Girl Scouts in matters wholly unrelated to these Chapter 11 Cases, including in employment, ERISA and real estate matters.  Kramer Levin has provided Girl Scouts with discounted billing arrangements for certain discrete matters, as is customary in connection with Kramer Levin's representation of charitable and non-profit organizations.  Kramer Levin has not represented and will not represent Girl Scouts in connection with its claims against the Debtors or in connection with the Chapter 11 Cases.  Kramer Levin believes these representations of Girl Scouts have not and will not affect its representation of the Creditors' Committee in these Chapter 11 Cases.  Pursuant to the terms of its engagement with Girl Scouts, Kramer Levin is permitted to serve as counsel to an official committee in a chapter 11 case, including in cases where Girl Scouts may have claims, and is permitted to research or analyze potential claims against or defenses to Girl Scouts' interests in connection with such representation.

f.    Goldman Sachs is identified on the Retention Checklist under the category of "Banks."  In matters wholly unrelated to these Chapter 11 Cases, Kramer Levin currently and formerly represented Goldman Sachs and employees of Goldman Sachs in connection with corporate and litigation matters.  Kramer Levin has also formerly represented an affiliate of Goldman Sachs as part of the as part of the Puerto Rico Representations (defined below).  Kramer Levin believes these representations have not and will not affect its representation of the Creditors' Committee in these Chapter 11 Cases.

g.    Infosys and Infosys Limited are identified on the Retention Checklist under the category of "Significant Contract Counterparties."  Kramer Levin formerly represented the Official Committee of Unsecured Creditors of Bristow Group Inc. (the "**<u>Bristow Committee</u>**").  Infosys Limited was a member of the Bristow Committee.  Kramer Levin believes that its former representation of the Bristow Committee will not affect its representation of the Creditors' Committee in these Chapter 11 Cases.

h.      JPMorgan Chase Bank, N.A. ("**JP Morgan**") is identified on the Retention Checklist under the categories of "Secured Parties", "Banks" and "Credit Card Processors."  In matters wholly unrelated to the Chapter 11 Cases, Kramer Levin currently and/or formerly represented JP Morgan in connection with corporate, real estate, bankruptcy and litigation matters.  To the extent the Creditors' Committee seeks any recovery, injunctive relief or discovery from JP Morgan, the Creditors' Committee shall retain conflicts counsel.  Kramer Levin believes that its representation of JP Morgan has not and will not affect its representation of the Creditors' Committee in these proceedings.

i.      Oracle America Inc. is identified on the Retention Checklist under the category "Significant Contract Counterparties".  In matters wholly unrelated to these Chapter 11 Cases, Kramer Levin currently represents a committee of the board of directors of Oracle Corp.  Fees collected on account of our representation in this matter comprised approximately 1.16% of Kramer Levin's revenues from January 1, 2019 to December 31, 2019.  Kramer Levin believes that this representation has not and will not affect its representation of the Creditors' Committee in these Chapter 11 Cases.

j.      Pension Benefit Guaranty Corporation ("**PBGC**") was appointed to serve on the Creditors' Committee in this case and is identified on the Retention Checklist under the category of "Unsecured Creditors Committee." In matters wholly unrelated to these Chapter 11 Cases, PBGC has previously served as a member of multiple official committees of unsecured creditors which Kramer Levin formerly represented, including most recently the Official Committee of Unsecured Creditors of Hexion Holdings LLC and its affiliates (the "**Hexion Committee**").  Kramer Levin believes that its former representation of the Hexion Committee and other creditors' committees on which the PBGC sat will not affect its representation of the Creditors' Committee in these Chapter 11 Cases.

k.      Kramer Levin currently represents bondholders and a trustee in connection with bonds issued by Puerto Rico or its instrumentalities, including in Puerto Rico's restructuring and bankruptcy proceedings (the "**Puerto Rico Representations**").  Kramer Levin has, at various points in time, represented U.S. Bank (defined and described below) and groups of bondholders including, BlackRock (defined and described above), an affiliate of Goldman Sachs (described above) and affiliates of TIAA Commercial (defined and described below) as part of the Puerto Rico Representations.  Fees collected on account of our representation of the trustee and all bondholders (including those referred to above) represented in connection with Puerto Rico's restructuring and bankruptcy proceedings comprised approximately 2.78% of Kramer Levin's revenues from January 1, 2018 to December 31, 2018 and 3.08% of Kramer Levin's revenues from

9

January 1, 2019 to December 31, 2019.[7]  Kramer Levin believes that its representation of these parties has not and will not affect its representation of the Creditors' Committee in these Chapter 11 Cases.

l.    Kramer Levin currently represents an ad hoc group of governmental and other contingent litigation claimants (the "Purdue Ad Hoc Committee") in connection with the Chapter 11 cases of Purdue Pharma L.P. and certain of its affiliates,[8] and currently represents and/or formerly represented other state attorneys general in connection with the Purdue bankruptcy and other opioid matters.   Kramer Levin also represents an ad hoc group of governmental opioid claimants in connection with claims against certain other opioid manufacturers.   Various of the states and municipalities that are members of the Purdue Ad Hoc Committee and/or that Kramer Levin represents or formerly represented in Purdue or other opioid-related matters are listed in the Retention Checklist under the Category "Significant Taxing Authorities", including the State of Alaska, State of Georgia, the State of New Hampshire, the Ohio Attorney General, the State of Tennessee, the Commonwealth of Puerto Rico, the City of Chicago.   Kramer Levin believes that these representations will not affect its representation of the Creditors' Committee in these Chapter 11 Cases.

m.    TIAA Commercial Finance, Inc. ("**TIAA Commercial**") is identified on the Retention Checklist under the category of "Secured Parties."  In matters wholly unrelated to these Chapter 11 Cases, Kramer Levin currently and/or formerly represented affiliates of TIAA Commercial in connection with corporate, employment and/or regulatory matters.   Kramer Levin also currently and/or formerly represented affiliates of TIAA Commercial as part of the FES Ad Hoc Group and Puerto Rico Representations (defined below).  Kramer Levin believes that these representations have not and will not affect its representation of the Creditors' Committee in these Chapter 11 Cases.

n.    US Bank ("**U.S. Bank**") is identified on the Retention Checklist under the category of "Banks."   In matters wholly unrelated to these Chapter 11 Cases, Kramer Levin currently represents U.S. Bank and/or certain of its related affiliates in banking matters.  Kramer Levin also currently represents U.S. Bank in its capacity as trustee as part of the Puerto Rico

---

[7] Individual fees collected by U.S. Bank, by or on behalf of BlackRock, Goldman Sachs and affiliates of TIAA Commercial on account of the Puerto Rico Representations did not constitute more than 1% of Kramer Levin's revenues in 2018 or 2019.

[8] The Purdue Ad Hoc Committee consists of (i) ten state attorneys general, including Florida, Georgia, Louisiana, Mississippi, Michigan, New Mexico, Ohio, Tennessee, Texas, and Utah, (ii) the plaintiffs executive committee, (iii) six municipalities, including Broward County, Chicago, Huntington/Cabell County, King County, Philadelphia, and Santa Clara County, and (iv) one federally recognized Native American Tribe, Muscogee (Creek) Nation.

Representations.  Kramer Levin believes that these representations have not and will not affect its representation of the Creditors' Committee in these Chapter 11 Cases.

o.    VSP and United Healthcare are identified on the Retention Checklist under the category "Significant Contract Counterparties".   VSP and United Healthcare provide certain insurance related services to Kramer Levin and its employees.  Kramer Levin believes its use of these services will not affect its representation of the Creditors' Committee in these Chapter 11 Cases.

p.    Wells Fargo Financial Leasing, Inc. and Wells Fargo & Company (collectively, "**Wells Fargo**") are identified on the Retention Checklist under the categories of "Secured Parties", "Banks" and "Credit Card Processors." In matters wholly unrelated to these Chapter 11 Cases, Kramer Levin represents and/or formerly represented Wells Fargo and/or certain of its affiliates in connection with corporate matters.  Kramer Levin also represented a Wells Fargo affiliate as part of the FES Ad Hoc Group (defined above).  Wells Fargo is also a member of the Official Committee of Unsecured Creditors of RAIT Funding, LLC and its affiliates, which Kramer Levin represents.  Kramer Levin believes that these representations of Wells Fargo related entities have not and will not affect its representation of the Creditors' Committee in these Chapter 11 Cases.

q.    Kramer Levin formerly represented a secured creditor group (the "**WLB Ad Hoc Group**") in connection with the Chapter 11 cases of Westmoreland Coal Company ("**WLB**") and certain of its affiliates. Throughout the representation, there were over seventeen (17) secured lenders who joined the WLB Ad Hoc Group, including an affiliate of Allianz (affiliates of which are identified on the Retention Checklist under the category of "Insurers").   Fees collected on account of Kramer Levin's representation of WLB Ad Hoc Group comprised approximately 1.52% of Kramer Levin's revenues for the period from January 1, 2018 through December 31, 2018 and approximately 1.94% of Kramer Levin's revenues for the period from January 1, 2019 through December 31, 2019.  All such fees relating to representation of the WLB Ad Hoc Group during this time were paid directly by WLB, and not by the individual members of the WLB Ad Hoc Group.  Kramer Levin believes the former representation of the WLB Ad Hoc Group has not and will not affect its representation of the Creditors' Committee in these Chapter 11 cases.

r.    In October 2019, I participated in a panel discussion with Judge Laurie Selber Silverstein for the American Bankruptcy Institute 2019 Delaware Views from the Bench program.

s.    In matters wholly unrelated to the Debtors' chapter 11 cases, Kramer Levin formerly represented the American Public Health Association and other

professional and social service organizations on a pro bono basis in the preparation of an amicus brief in *Boy Scouts of America v. Dale*, 530 U.S. 640 (2000). Kramer Levin filed a similar brief earlier on behalf of Parents and Friends of Lesbians and Gays (PFLAG) in the same matter in the New Jersey Appellate Division and Supreme Court. This matter concluded shortly after issuance of the U.S. Supreme Court decision in 2000. Kramer Levin believes that these representations, where Kramer Levin took positions adverse to those of the interests of Boy Scouts of America, will not affect its representation of the Creditors' Committee in these Chapter 11 Cases.

t.    Two family members of an associate in Kramer Levin's corporate restructuring and bankruptcy practice represent certain abuse victims, including a member of the Tort Claimants Committee, in state court actions against Boy Scouts of America (and other non-debtor defendants). Kramer Levin believes that this has not and will not affect its representation of the Creditors' Committee in these Chapter 11 Cases. However, in an abundance of caution Kramer Levin has erected an information screen between the aforementioned attorney on behalf of the Creditors' Committee and all matters related to the Debtors' Chapter 11 Cases. This information screen precludes access to files, access to computer generated materials, communications among the attorneys and paraprofessionals, and discussions of these matters in public places, including departmental meetings.

u.    Kramer Levin's claims trading group represents buyers and sellers of claims against companies in financial distress. These transactions typically take approximately four to twelve weeks to settle. While the claims trading group advises buyers and sellers on trading issues and the documents evidencing the trades, it does not advise such clients with respect to the restructuring of the obligors. Kramer Levin has not provided and will not provide claims trading advice to any clients (or document any trades of claims against the Debtors) relating to the Debtors during the course of the Chapter 11 Cases. Kramer Levin believes that its work for the claims trading clients has not and will not affect its representation of the Creditors' Committee in these proceedings.

v.    Kramer Levin's corporate restructuring and bankruptcy practice also involves representing holders of debt and equity securities issued by financially distressed businesses and buyers and sellers of distressed debt and securities. One or more clients of the firm may now own or later purchase secured or unsecured claims against the Debtors. Kramer Levin believes that its representation of such parties in matters unrelated to these Chapter 11 Cases will have no effect on its representation of the Creditors' Committee in these Chapter 11 Cases. Kramer Levin will not advise or represent any holder of the Debtors' securities in connection with these Chapter 11 Cases or any purchaser or seller of any debt or securities of the

12

Debtors during Kramer Levin's representation of the Creditors' Committee. Notwithstanding the foregoing, Kramer Levin will respond to creditor inquiries, as counsel to the Creditors' Committee, in furtherance of the Creditors' Committee's duties in accordance with section 1102 of the Bankruptcy Code.

w.      As part of Kramer Levin's corporate restructuring and bankruptcy practice, Kramer Levin represents agent banks, bank groups, shareholder groups, bondholder groups and creditors' committees in connection with restructuring, bankruptcy and corporate matters.  Kramer Levin may have represented, may currently or in the future represent, or be deemed adverse to, creditors or parties-in-interest in addition to those specifically disclosed herein in context of such representations in matters unrelated to these Chapter 11 Cases.  Kramer Levin believes that its representation of such creditors or other parties in such other matters has not and will not affect its representation of the Creditors' Committee in these Chapter 11 Cases.

x.      In addition to its creditors' rights practice, Kramer Levin is a full-service law firm with active real estate, intellectual property, financing, corporate, tax and litigation practices.  Kramer Levin appears in cases, proceedings and transactions involving many different attorneys, accountants, financial consultants and investment bankers, some of which now or may in the future represent claimants or parties-in-interest in these cases.  Kramer Levin has not and will not represent any such entities in relation to the Debtors in these Chapter 11 Cases nor have any relationship with any such attorneys, accountants, financial consultants and investment bankers which would be adverse to the Creditors' Committee, the Debtors or their estates.

21.      Additional relationships of Kramer Levin to the parties-in-interest on the Retention Checklist, as identified pursuant to the disclosure process, are set forth in **Schedule 2** hereto.

22.      To the extent an issue arises in connection with any clients that, in the view of Kramer Levin, could give rise to an actual or potential conflict, the Creditors' Committee will utilize conflicts counsel to address such issue.

23.      Kramer Levin believes that its representation of the parties covered in the above disclosures and those listed on **Schedule 2** has not affected and will not affect its representation of the Creditors' Committee in these Chapter 11 Cases.  Further, the Creditors' Committee has agreed to waive any actual or potential conflicts of interest that may arise from Kramer Levin's representation of parties-in-interest described above and in **Schedule 2** in matters unrelated to the

Debtors, the Creditors' Committee or these Chapter 11 Cases.    Certain employees of Kramer Levin and/or their family members may have formerly been and/or currently are members of Boy Scouts of America.  From time to time, Kramer Levin makes charitable contributions to various organizations, including without limitation, to some of the local councils of the Boy Scouts of America.  To the extent any employee of Kramer Levin has a relationship that, in the view of Kramer Levin, could give rise to an actual or potential conflict, an ethical screen will be put in place to ensure that such employee does not have access to information related to Kramer Levin's representation of the Creditors' Committee.

## **Affirmative Statement of Disinterestedness**

24.    Based on the disclosure review process conducted to date and described herein, it appears that Kramer Levin (a) does not hold or represent an interest that is adverse to the Creditors' Committee, the Debtors or the Debtors' estates, (b) is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, and (c) does not hold or represent any interest adverse to and has no connection (subject to the disclosures set forth below) with the Creditors' Committee, the Debtors, their creditors, the U.S. Trustee or any party-in-interest in these Chapter 11 Cases, subject to the above material disclosures as well as the disclosures set forth on **Schedule 2** hereto. Also, Kramer Levin does not and will not represent any entities other than the Creditors' Committee in matters directly related to these Chapter 11 Cases.

## **Attorney Statement Pursuant to Paragraph D.1. of the Revised Guidelines**

25.    The following is provided in response to the request for additional information set forth in Paragraph D.1. of the Revised Guidelines.

<u>**Question**</u>:    Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?

<u>Response</u>:    No.

14

**Question**:    Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?

Response:    No.

**Question**:    If you represented the client in the twelve (12) months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the twelve (12) months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

Response:    Kramer Levin did not represent the Creditors' Committee before its formation on March 4, 2020. Kramer Levin's billing rates have not changed since its selection. Kramer Levin has in the past represented, currently represents and may represent in the future certain Committee members and/or their affiliates in their capacities as official committee members in other Chapter 11 cases and/or as set forth in the Application.

**Question**:    Has your client approved your prospective budget and staffing plan, and, if so, for what budget period?

Response:    Kramer Levin is developing a budget and staffing plan that will be presented for approval by the Creditors' Committee.

### **Employment of Reed Smith LLP**

26.    By separate application, the Creditors' Committee is also requesting authority to employ Reed Smith LLP ("**Reed Smith**") to serve as Delaware counsel in these Chapter 11 Cases. The Creditors' Committee has carefully considered this matter and determined that, given the size and complexity of these Chapter 11 Cases and the various interests involved and the fact that Reed Smith maintains an office in Wilmington, Delaware, representation of the Creditors' Committee by both Kramer Levin and Reed Smith is necessary, advisable, and in the best interests of the Creditors' Committee and the Debtors' estates. During the course of these Chapter 11 Cases, Kramer Levin and Reed Smith will reasonably coordinate responsibilities and services rendered to the Creditors' Committee to avoid any unnecessary duplication and inefficiencies.

* * * *

15

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  April 23, 2020

/s/ Rachael L. Ringer
Rachael L. Ringer
Kramer Levin Naftalis & Frankel LLP

### Schedule 1
Retention Checklist

## **List of Schedules**

| **Schedule** | **Category** |
| --- | --- |
| 1(a) | Debtors |
| 1(b) | Current and Former Directors and Officers of the Debtors |
| 1(c) | Non-Debtor Affiliates |
| 1(d) | Selected Chartered Organizations |
| 1(e) | Local Councils |
| 1(f) | Secured Parties |
| 1(g) | Banks |
| 1(h) | Credit Card Processors |
| 1(i) | Insurers |
| 1(j) | Landlords |
| 1(k) | Litigation Parties |
| 1(l) | Professionals to be Retained by the Debtors |
| 1(m) | Professionals Representing Certain Parties in Interest |
| 1(n) | Ordinary Course Professionals |
| 1(o) | Tort Claimants Committee |
| 1(p) | Unsecured Creditors Committee |
| 1(q) | Top 25 Plaintiffs' Law Firms Representing the Largest Number of Abuse Victims Asserting Claims Against the Debtors |
| 1(r) | Top 30 General Unsecured Creditors of the Debtors (Non-Abuse Claims) |
| 1(s) | Deferred Compensation and Restoration Plan Participants |
| 1(t) | Significant Contract Counterparties |
| 1(u) | Significant Customers |
| 1(v) | Significant Donors |
| 1(w) | Significant Vendors |
| 1(x) | Significant Taxing Authorities |
| 1(y) | Significant Utility Providers |
| 1(z) | U.S. Trustee, Judges, and Court Contacts for the District of Delaware |

## **Schedule 1(a)**

### **Debtors**

Boy Scouts of America
Delaware BSA, LLC

**Schedule 1(b)**

**Current and Former Directors and Officers of the Debtors**

| | |
|---|---|
| Al Lambert | Jack Otto |
| Alison K. Schuler | James D. Rogers |
| Arthur F. "Skip" Oppenheimer | James S. Turley |
| Aubrey Harwell | James S. Wilson |
| Brad Haddock | Janice Bryant Howroyd |
| Bradley D. Tilden | Jeanette Prenger |
| Bray B. Barnes | Jeanne Arnold |
| C. David Moody | Jeffrey R. Holland |
| Charles H. Smith | Jennifer Hancock |
| Charles W. Dahlquist | Jim Ryffel |
| Craig Fenneman | Joe Crafton |
| D. Kent Clayburn | John C. Cushman |
| Dan Ownby | John Gottschalk |
| Daniel  Cabela | John Mosby |
| David Biegler | John R. Donnell Jr. |
| David L. Steward | Jose  Nino |
| David M. Clark | Joseph P Landy |
| David Rumbarger | Joy Jones |
| David S. Alexander | Keith A. Clark |
| Dennis H. Chookaszian | L.B. Eckelkamp Jr. |
| Devang Desai | Lisa Argyros |
| Dominic Wolters | Lyle Knight |
| Doug  Mitchell | Mark Logemann |
| Douglas H. Dittrick | Matthew K. Rose |
| Doyle Parrish | Matthew Parsons |
| Drayton McLane Jr. | Michael Ashline |
| E. Gordon Gee | Michael E. Sears |
| Ellie Morrison | Michael G. Hoffman |
| Eric Schultz | Michael Surbaugh |
| Erin Eisner | Nathan O. Rosenberg |
| Forrest Gertin | Nevada "Al" Kent |
| Francis McAllister | Pamela Petterchak |
| Frank D. Tsuru | Patrick Sterrett |
| Frank Ramirez | Paul Raines |
| Fred Markham | Philip M. Condit |
| Gary Crum | Pratik Vaidya |
| Gary E. Wendlandt | Ralph de la Vega |
| Glenn Adams | Randall Stephenson |
| Hannah Carter | Ray Capp |
| Hector A. "Tico" Perez | Raymond Johns |
| Howard Bulloch | Rex W. Tillerson |
| J. Brett Harvey | Rick Cronk |
| Jack Furst | Robert H. Reynolds |

Robert M. Gates
Roger C. Mosby
Ron  Kirk
Ronald O. Coleman
Roy S. Roberts
Scott Christensen
Scott Sorrels
Scott W. Beckett
Stephen Owen
Steven E. Weekes
Steven Rendle
Tanya Acker
Thear Suzuki
Thomas C. Edwards
Thomas S. Monson
Thomas Yarboro
Wayne Perry
Wesley Coleman
Wesley J. Smith
William Rosner
William W. Stark Jr.

## Schedule 1(c)

**Non-Debtor Affiliates**

Arrow WV, Inc.
Atikaki Youth Ventures Inc.
Atikokan Youth Ventures Inc.
BSA Asset Management, LLC
BSA Commingled Endowment Fund, LP
BSA Endowment Master Trust
Learning for Life
National Boy Scouts of America Foundation
NewWorld19, LLC
Texas BSA, LLC

**Schedule 1(d)**

**Selected Chartered Organizations[1]**

All Saints R.C. Church
Archdiocese of New York
Audubon Baptist Church
Beech Haven Baptist Church
Big Cross Elementary School
Bishop Turner High School
Calasanctius School of Buffalo
Canisius High School of Buffalo
Capuchin Franciscans
Capuchin Franciscans Custody of Star of
    The Sea
Capuchin Franciscans Province of St. Mary
Carmel of The Immaculate Concepcion
Cascade Charter Township
Church of The Holy Innocents
City of Bloomingdale
Corporation of the President of the Church
    of Jesus Christ of Latter-Day Saints
Country Farm Supply
Diocese of Brooklyn
Diocese of Buffalo
Discalced Carmelite Nuns (O.C.D.) A.K.A.
    Order of Discalced Carmelites
First Baptist Church of Athens
First Baptist Church of Danville D/B/A Boy
    Scout Troop 354
First Baptist Church of Gainesville
Glens Falls City School District
Greek Orthodox Archdiocese of America
Green Acres Baptist Church
Holy Family Church
Holy Family R.C. Church
House of Hope Presbyterian Church
Immaculate Conception R.C. Church
Louisville Metro Police Department, City of
    Louisville, Jefferson County / Louisville
    Consolidated Government
Mohawk District of The Northern New York
    Annual Conference of The Methodist
    Episcopal Church of New York

Monastery of Christ In The Desert
Our Lady of Lourdes Catholic School
Our Savior Lutheran Church
Queen of Peace R.C. Church
Reformation Lutheran Church
Regis High School
Roman Catholic Archbishop of Agana
Roman Catholic Archdiocese of New York,
    Archdiocese of New York
Roman Catholic Parish of St. Frances
    Xavier Cabrini, Rochester NY (Formerly
    "Church of The Annunciation Of
    Rochester, New York"), a Religious
    Corporation
Sacred Heart - Espanola
Saint John The Baptist Church
School Sisters of Notre Dame Central
    Pacific Province, Inc.
School Sisters of Notre Dame, Region of
    Guam
Silver Springs Shores Presbyterian Church,
    Inc.
Society of Jesus, USA-Northeast Province
    A/K/A The Jesuits
St. Ambrose Church
St. Benedict Joseph Labre Church
St. Benedict Joseph Labre School
St. Brigid's R.C. Church
St. Catherine's Roman Catholic Church
St. Catherine's Roman Catholic Church
    School
St. Demetrios Greek Orthodox Church
St. Francis of Assisi Roman Catholic
    Church
St. Francis Xavier Church
St. Helena Parish
St. John Gualbert R.C. Church
St. John Vianney R.C. Church
St. Josephats R.C. Church
St. Nicholas of Tolentine

---

[1] There are approximately 41,000 chartered organizations.  This list only includes those charted organizations known by the Debtors to be implicated in abuse claims with the BSA.

St. Paul's R.C. Church
St. Pius V
St. Pius X Catholic Church of Rochester,
    Minnesota
St. Teresa Parish A/K/A Church of St.
    Teresa of The Infant Jesus
St. Teresa R.C. Church
The Blessed Trinity R.C. Church
The Diocese of Rochester (A/K/A "Roman
    Catholic Diocese of Rochester"), A
    Religious Corporation
The Foundation of The Roman Catholic
    Diocese of Buffalo N.Y., Inc.
The Pingry School
The Roman Catholic Diocese of Syracuse
The Roman Catholic Diocese of Syracuse,
    NY
The School Sisters Of Notre Dame,
    Milwaukee Province, Inc.
Town of Deerfield
Town of Trumbull
University Heights Presbyterian Church
USA Northeast Province of The Society of
    Jesus
Weedsport Central School District
Weedsport Central School District Board of
    Education

## Schedule 1(e)

### Local Councils

Boy Scouts of America Abraham Lincoln Council

Boy Scouts of America Alabama-Florida Council

Boy Scouts of America Alameda Council

Boy Scouts of America Alamo Area Council

Boy Scouts of America Allegheny Highlands Council

Boy Scouts of America Aloha Council

Boy Scouts of America Andrew Jackson Council

Boy Scouts of America Anthony Wayne Area Council

Boy Scouts of America Arbuckle Area Council

Boy Scouts of America Atlanta Area Council

Boy Scouts of America Baden-Powell Council

Boy Scouts of America Baltimore Area Council

Boy Scouts of America Bay Area Council

Boy Scouts of America Bay-Lakes Council

Boy Scouts of America Black Hills Area Council

Boy Scouts of America Black Swamp Area Council

Boy Scouts of America Black Warrior Council

Boy Scouts of America Blackhawk Area Council

Boy Scouts of America Blue Grass Council

Boy Scouts of America Blue Mountain Council

Boy Scouts of America Blue Ridge Council

Boy Scouts of America Blue Ridge Mountains Council

Boy Scouts of America Buckeye Council

Boy Scouts of America Buckskin Council

Boy Scouts of America Bucktail Council

Boy Scouts of America Buffalo Trace Council

Boy Scouts of America Buffalo Trail Council

Boy Scouts of America Caddo Area Council

Boy Scouts of America Calcasieu Area Council

Boy Scouts of America California Inland Empire Council

Boy Scouts of America Cape Cod And Islands Council

Boy Scouts of America Cape Fear Council

Boy Scouts of America Capitol Area Council

Boy Scouts of America Cascade Pacific Council

Boy Scouts of America Catalina Council

Boy Scouts of America Central Florida Council

Boy Scouts of America Central Georgia Council

Boy Scouts of America Central Minnesota Council

Boy Scouts of America Central North Carolina Council

Boy Scouts of America Chattahoochee Council

Boy Scouts of America Cherokee Area Council

Boy Scouts of America Chester County Council

Boy Scouts of America Chickasaw Council

Boy Scouts Of America Chief Cornplanter Council

Boy Scouts of America Chief Seattle Council

Boy Scouts of America Chippewa Valley Council

Boy Scouts of America Choctaw Area Council

Boy Scouts of America Cimarron Council

Boy Scouts of America Circle Ten Council

Boy Scouts of America Coastal Carolina Council

Boy Scouts of America Coastal Georgia Council

Boy Scouts of America Colonial Virginia Council

Boy Scouts of America Columbia-Montour Council

Boy Scouts of America Connecticut Rivers Council

Boy Scouts of America Connecticut Yankee Council

Boy Scouts of America Conquistador Council

Boy Scouts of America Cornhusker Council

Boy Scouts of America Coronado Area Council

Boy Scouts of America Cradle Of Liberty Council

Boy Scouts of America Crater Lake Council

Boy Scouts of America Crossroads Of America Council

Boy Scouts of America Dan Beard Council

Boy Scouts of America Daniel Boone Council

Boy Scouts of America Daniel Webster Council

Boy Scouts of America De Soto Area Council

Boy Scouts of America Del-Mar-Va Council

Boy Scouts of America Denver Area Council

Boy Scouts of America East Carolina Council

Boy Scouts of America East Texas Area Council

Boy Scouts of America Erie Shores Council

Boy Scouts of America Evangeline Area Council

Boy Scouts of America Far East Council

Boy Scouts of America Five Rivers Council

Boy Scouts of America Flint River Council

Boy Scouts of America French Creek Council

Boy Scouts of America Gamehaven Council

Boy Scouts of America Garden State Council

Boy Scouts of America Gateway Area Council

Boy Scouts of America Georgia-Carolina Council

Boy Scouts of America Glacier's Edge Council

Boy Scouts of America Golden Empire Council

Boy Scouts of America Golden Spread Council

Boy Scouts of America Grand Canyon Council

Boy Scouts of America Grand Columbia Council

Boy Scouts of America Grand Teton Council

Boy Scouts of America Great Alaska Council

Boy Scouts of America Great Rivers Council

Boy Scouts of America Great Salt Lake Council

Boy Scouts of America Great Smoky Mountain Council

Boy Scouts of America Great Southwest Council

Boy Scouts of America Great Trail Council

Boy Scouts of America Greater Alabama Council

Boy Scouts of America Greater Los Angeles Area Council

Boy Scouts of America Greater New York Council

Boy Scouts of America Greater Niagara Frontier Council

Boy Scouts of America Greater St. Louis Area Council

Boy Scouts of America Greater Tampa Bay Area Council

Boy Scouts of America Greater Wyoming Council

Boy Scouts of America Greater Yosemite Council

Boy Scouts of America Green Mountain Council

Boy Scouts of America Greenwich Council

Boy Scouts of America Gulf Coast Council
Boy Scouts of America Gulf Stream Council
Boy Scouts of America Hawk Mountain Council
Boy Scouts of America Hawkeye Area Council
Boy Scouts of America Heart Of America Council
Boy Scouts of America Heart Of New England Council
Boy Scouts of America Heart Of Virginia Council
Boy Scouts of America Hoosier Trails Council
Boy Scouts of America Housatonic Council
Boy Scouts of America Hudson Valley Council
Boy Scouts of America Illowa Council
Boy Scouts of America Indian Nations Council
Boy Scouts of America Indian Waters Council
Boy Scouts of America Inland Northwest Council
Boy Scouts of America Iroquois Trail Council
Boy Scouts of America Istrouma Area Council
Boy Scouts of America Jayhawk Area Council
Boy Scouts of America Jersey Shore Council
Boy Scouts of America Juniata Valley Council
Boy Scouts of America Katahdin Area Council
Boy Scouts of America La Salle Council
Boy Scouts of America Lake Erie Council
Boy Scouts of America Las Vegas Area Council
Boy Scouts of America Last Frontier Council
Boy Scouts of America Laurel Highlands Council
Boy Scouts of America Leatherstocking Council

Boy Scouts of America Lincoln Heritage Council
Boy Scouts of America Long Beach Area Council
Boy Scouts of America Longhorn Council
Boy Scouts of America Longhouse Council
Boy Scouts of America Longs Peak Council
Boy Scouts of America Los Padres Council
Boy Scouts of America Louisiana Purchase Council
Boy Scouts of America Marin Council
Boy Scouts of America Mason-Dixon Council
Boy Scouts of America Mayflower Council
Boy Scouts of America Mecklenburg County Council
Boy Scouts of America Miami Valley Council
Boy Scouts of America Michigan Crossroads Council
Boy Scouts of America Mid-America Council
Boy Scouts of America Middle Tennessee Council
Boy Scouts of America Mid-Iowa Council
Boy Scouts of America Midnight Sun Council
Boy Scouts of America Minsi Trails Council
Boy Scouts of America Mississippi Valley Council
Boy Scouts of America Mobile Area Council
Boy Scouts of America Monmouth Council
Boy Scouts of America Montana Council
Boy Scouts of America Moraine Trails Council
Boy Scouts of America Mount Baker Council
Boy Scouts of America Mount Diablo Silverado Council
Boy Scouts of America Mountaineer Area Council
Boy Scouts of America Muskingum Valley Council
Boy Scouts of America Narragansett Council

Boy Scouts of America National Capital Area Council

Boy Scouts of America Nevada Area Council

Boy Scouts of America New Birth Of Freedom Council

Boy Scouts of America North Florida Council

Boy Scouts of America Northeast Georgia Council

Boy Scouts of America Northeast Illinois Council

Boy Scouts of America Northeast Iowa Council

Boy Scouts of America Northeastern Pennsylvania Council

Boy Scouts of America Northern Lights Council

Boy Scouts of America Northern New Jersey Council

Boy Scouts of America Northern Star Council

Boy Scouts of America Northwest Georgia Council

Boy Scouts of America Northwest Texas Council

Boy Scouts of America Norwela Council

Boy Scouts of America Occoneechee Council

Boy Scouts of America Ohio River Valley Council

Boy Scouts of America Old Hickory Council

Boy Scouts of America Old North State Council

Boy Scouts of America Orange County Council

Boy Scouts of America Oregon Trail Council

Boy Scouts of America Ore-Ida Council

Boy Scouts of America Overland Trails Council

Boy Scouts of America Ozark Trails Council

Boy Scouts of America Pacific Harbors Council

Boy Scouts of America Pacific Skyline Council

Boy Scouts of America Palmetto Council

Boy Scouts of America Pathway To Adventure Council

Boy Scouts of America Patriots' Path Council

Boy Scouts of America Pee Dee Area Council

Boy Scouts of America Pennsylvania Dutch Council

Boy Scouts of America Piedmont Council

Boy Scouts of America Pikes Peak Council

Boy Scouts of America Pine Burr Area Council

Boy Scouts of America Pine Tree Council

Boy Scouts of America Pony Express Council

Boy Scouts of America Potawatomi Area Council

Boy Scouts of America Prairielands Council

Boy Scouts of America Puerto Rico Council

Boy Scouts of America Pushmataha Area Council

Boy Scouts of America Quapaw Area Council

Boy Scouts of America Quivira Council

Boy Scouts of America Rainbow Council

Boy Scouts of America Redwood Empire Council

Boy Scouts of America Rio Grande Council

Boy Scouts of America Rip Van Winkle Council

Boy Scouts of America Rocky Mountain Council

Boy Scouts of America Sagamore Council

Boy Scouts of America Sam Houston Area Council

Boy Scouts of America Samoset Council

Boy Scouts of America San Diego-Imperial Council

Boy Scouts of America San Francisco Bay Area Council

Boy Scouts of America Santa Fe Trail Council

Boy Scouts of America Seneca Waterways Council
Boy Scouts of America Sequoia Council
Boy Scouts of America Sequoyah Council
Boy Scouts of America Shenandoah Area Council
Boy Scouts of America Silicon Valley Monterey Bay Council
Boy Scouts of America Simon Kenton Council
Boy Scouts of America Sioux Council
Boy Scouts of America Snake River Council
Boy Scouts of America South Florida Council
Boy Scouts of America South Georgia Council
Boy Scouts of America South Plains Council
Boy Scouts of America South Texas Council
Boy Scouts of America Southeast Louisiana Council
Boy Scouts of America Southern Sierra Council
Boy Scouts of America Southwest Florida Council
Boy Scouts of America Spirit Of Adventure Council
Boy Scouts of America Stonewall Jackson Area Council
Boy Scouts of America Suffolk County Council
Boy Scouts of America Susquehanna Council
Boy Scouts of America Suwannee River Area Council
Boy Scouts of America Tecumseh Council
Boy Scouts of America Texas Southwest Council
Boy Scouts of America Texas Trails Council
Boy Scouts of America Theodore Roosevelt Council
Boy Scouts of America Three Fires Council
Boy Scouts of America Three Harbors Council
Boy Scouts of America Three Rivers Council

Boy Scouts of America Tidewater Council
Boy Scouts of America Transatlantic Council
Boy Scouts of America Trapper Trails Council
Boy Scouts of America Tukabatchee Area Council
Boy Scouts of America Tuscarora Council
Boy Scouts of America Twin Rivers Council
Boy Scouts of America Twin Valley Council
Boy Scouts of America Utah National Parks Council
Boy Scouts of America Ventura County Council
Boy Scouts of America Verdugo Hills Council
Boy Scouts of America Voyageurs Area Council
Boy Scouts of America W.D. Boyce Council
Boy Scouts of America Washington Crossing Council
Boy Scouts of America West Tennessee Area Council
Boy Scouts of America Westark Area Council
Boy Scouts of America Westchester-Putnam Council
Boy Scouts of America Western Los Angeles County Council
Boy Scouts of America Western Massachusetts Council
Boy Scouts of America Westmoreland-Fayette Council
Boy Scouts of America Winnebago Council
Boy Scouts of America Yocona Area Council
Boy Scouts of America Yucca Council

## Schedule 1(f)

## Secured Parties

AT&T Capital Services, Inc.
AT&T Corporation
Automation Tools, LLC
CIT Bank, N.A.
Datamax, Inc.
EverBank Commercial Finance, Inc.
Firebird Structures, LLC
Giant Bicycle, Inc.
HYG Financial Services, Inc.
ImageNet Consulting, LLC
Insight Investments, LLC
JPMorgan Chase Bank, N.A.
Kaufman Fire Protection Systems, Inc.
Key Equipment Finance
Konica Minolta Premier Finance
MB Financial Bank, N.A.
Raymond Leasing Corp
TCF Equipment Finance, Inc.
The Chase Manhattan Bank
The "Green Bar Bill" Hillcourt Foundation
The "Green Bar Bill" Hillcourt Foundation, C/O Winstead PC
TIAA Commercial Finance, Inc.
UniFi Equipment Finance, Inc.
Veristor Capital, LLC
Wells Fargo Financial Leasing, Inc.

## Schedule 1(g)

### Banks

Banco Popular
Bank of America
BB&T
Blackrock
Charles Schwab
CIBC - First Caribbean Bank
Federated Bank
Fidelity Investments
Fifth Third Bank
First Bank - Virgin Islands
First State Bank
Goldman Sachs
InBank
JPMorgan Chase Bank, N.A.
Merrill Lynch, Pierce, Fenner & Smith, Inc.
Northern Trust Corporation
PNC Bank
RBC Bank
Regions Bank
Scotiabank
State Street Bank
TD Bank
US Bank
Wells Fargo & Company

<u>**Schedule 1(h)**</u>

**Credit Card Processors**

American Express
Authorize.net
Bank of America Merchant Services
Card Connect
Discover
Dynamic Payments
Global Payments Inc.
JPMorgan Chase Bank, N.A.
Mastercard
Moneris
Opticard
Paymentech, LLC
PayPal, Inc.
Shift4
Stripe (Shopify)
TSYS/Cayan
Valutec
Visa
Wells Fargo & Company
Wild Apricot

## Schedule 1(i)

### Insurers

Ace Insurance Group
Aetna Casualty and Surety Company
Agricultural Excess & Surplus Insurance
    Company
Agricultural Insurance Company
AIG
Allianz Global Corporate & Specialty SE
Allianz Global Risks US Insurance
    Company
Allianz Insurance Company
Allianz Societas Europaea
Allied World Assurance Co.
Allied World Assurance Company (U.S.),
    Inc.
Allied World Assurance Company, Ltd
Alterra Excess & Surplus Insurance
    Company
American Guarantee and Liability Insurance
    Company
American International Group, Inc.
American Re-Insurance Company
American Zurich Insurance Company
Arch Capital Group (U.S.)
Arch Insurance Company
Arch Reinsurance Ltd.
Argo Group International Holdings, Ltd
Argonaut Insurance Company
Argonaut Insurance Group
Arrowood Indemnity Company
Arrowpoint Capital Corp.
Aspen Insurance Holdings Limited
Ategrity Specialty
Ategrity Specialty Insurance Company
AXA Insurance Company
AXA XL
Axis Capital Holdings Limited
Axis Insurance Company
Axis Specialty Insurance Company
Axis Surplus Insurance Company
Beazley Insurance Company, Inc.
Berkley Insurance Company
Berkshire Hathaway Insurance Group
California Union Insurance Company

Catlin Underwriting Agencies Limited
Century Indemnity Company
Chubb Atlantic Indemnity Ltd.
Chubb Custom Insurance Company
Chubb Executive Risk
Chubb Group of Insurance Companies
Cincinnati Specialty Underwriters Insurance
    Company
Clarendon America Insurance Company
Clarendon National Insurance Company
CNA Insurance Companies
Colony Insurance Company
Columbia Casualty Company
Continental Insurance Company
Endurance American Insurance Company
Endurance American Specialty Insurance
    Company
Enstar Group Limited
Euclid Insurance Services, Inc.
Evanston Insurance Company
Everest National Insurance Company
Everest Re Group
Fairfax (US) Inc.
Fairfax Financial (USA) Group
Federal Insurance Company
Fireman's Fund Insurance Companies
First Specialty Insurance Corporation
First State Insurance Company
Gemini Insurance Company
General Star Indemnity Company
Great American
Great American Assurance Company
Great American E & S Insurance Company
Great American Property and Casualty
    Insurance Group
Gulf Insurance Company
Hallmark Specialty Insurance Company
Harbor Insurance Company
Hartford Accident and Indemnity Company
Houston Casualty Company
Indemnity Insurance Company of North
    America
Indian Harbor Insurance Company

Industrial Indemnity
Industrial Insurance Company of Hawaii
Insurance Company of North America
Insurance Company of the State of
    Pennsylvania (The)
International Insurance Company
Interstate Fire & Casualty Company
Landmark Insurance Company
Lexington Insurance Company
Liberty Insurance Underwriters, Inc.
Liberty Mutual Insurance Company
Liberty Surplus Insurance Corporation
Lloyd's of London
London Market
Markel American Insurance Company
Markel Corporation Group
Marsh & McLennan Companies
MHBT, a Marsh & McLennan Agency
Munich Re Group
Munich Reinsurance America, Inc.
National Casualty Company
National Surety Corporation
National Union Fire Insurance Company Of
    Pittsburgh, PA
Navigators Group, Inc.
Navigators Insurance Company
Navigators Specialty Insurance Company
Niagara Fire Insurance Company
Normandy Reinsurance Company Limited
Ohio Casualty Insurance Company (The)
Old Republic General Group
Old Republic Insurance Company
Old Republic Insurance Group
Pacific Employers Ins. Company
Pacific Indemnity Company
Property/Casualty Insurance Co. Of
    Hartford
RLI Professional Risk
Royal Indemnity Company
RSUI Group
R-T Specialty
Sompo - Endurance American Insurance
    Company
Sompo Holdings, Inc.

St. Paul Surplus Lines Insurance Company
Starr Indemnity & Liability Company
Starr Specialty
Steadfast Insurance Company
Swiss Re Group
Texas Pacific Indemnity Company
The Hartford Financial Services Group, Inc.
The Hartford Fire
The Hartford Insurance Group
The Hartford Steam Boiler Inspection And
    Insurance Company
The Travelers Companies, Inc.
Traders and Pacific Insurance Company
Travelers (Bermuda) Limited
Travelers Casualty and Surety Company
Travelers Indemnity Company
Twin City Fire Insurance Company
U.S. Fire Insurance Company
Universal Re-Insurance Company Limited
Utica Mutual Insurance Company
W. R. Berkley Corporation
W.R. Berkley Group
Westchester Fire Insurance Company
Westchester Surplus Lines Insurance
    Company
XL Catlin
XL Europe Limited
XL Insurance (Dublin) Ltd.
XL Insurance Company SE
Zurich Financial (USA) Group
Zurich Financial Services Group

## **Schedule 1(j)**

### **Landlords**

1040 Avenue of the Americas LLC
IRC Retail Centers

## Schedule 1(k)

## Litigation Parties[2]

90 Merrick LLC

Aaron Moore
Aaron Yates
ABC Insurance Corporation
Adam Herrington

Aderion Adkisson
Adrian Senentz

Alicia Lifrak

All Saints R.C. Church
Allegheny Highlands Council
Allen Hughes
Aloha Council Chamorro District
Alpine Scout Camp

Andrea Watson
Andrew Aston
Andrew Bloom
Andrew Mannetta
Andrew McMorris



Anita Gettleson
Anna Lee Ingram

Antonia Michelson
Aramark Campus, LLC
Archbishop Christopher Pierre, Apostolic
    Nuncio of The Holy See For The United
    States
Archbishop Timothy Dolan, Archbishop of
    New York
Archdiocese of New York And Our Lady of
    Lourdes Catholic School

Astral Energy, LLC
Atlanta Area Council, Inc.
Attorney(s) ABC and Accountant(S) XYZ

Austin Boley

Austin Fruge'

Baden-Powell Council, Inc.
Baiting Hollow Scout Camp

---

[2] The professionals seeking to be retained also ran the names of certain individual plaintiffs. In accordance with the *Interim Order (I) Authorizing the Debtors' to file (A) a Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) a Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, (III) Authorizing and Approving Procedures for Providing Notice of Commencement, and (IV) Granting Related Relief* [Docket No. 66] and the *Final Order (I) Authorizing the Debtors' to File (A) a Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) a Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, and (III) Granting Related Relief* [Docket No. 274], in order to protect the identities of individual plaintiffs asserting abuse claims and individual plaintiffs who are minors, the Creditors' Committee has redacted such information from this list.

Barbara Cowles
Beech Haven Baptist Church

Benjamin Cudeck

Betty Boland, as the Administrator of The
    Estate of Ernest Boland
Big Cross Elementary School
Billie Jo Mojoinner
Bishop Turner High School
Blackhawk Area Council of Boy Scouts

Blue Ridge Mountains Council
Board of Trustees of The First Baptist
    Church of Gainesville, Inc.

Bobby C. Jones
Bowmansville Fire Co., Inc.
Boy Scout Troop #50 of Hattiesburg,
    Mississippi
Boy Scout Troop 163
Boy Scout Troop 204 Memphis - Chickasaw
    Council - Thunderbird District
Boy Scout Troop 95
Boy Scout Trust Fund
Boy Scouts 11 of America
Boy Scouts of America - Hiawatha Council
Boy Scouts of America Atlantic Area
    Council Inc.
Boy Scouts of America Atlantic Area
    Council No. 331
Boy Scouts of America Big Apple District
Boy Scouts of America Greater Los Angeles
    Area Council
Boy Scouts of America Pack 494
Boy Scouts of America Phoenix District
    Troop 49
Boy Scouts of America San Diego-Imperial
    Council
Boy Scouts of America Troop 1000 Inc.

Boy Scouts Troop #64
Boy Scouts Troop 460
Brad Ewell

Bradley Schumann
Brandon Wood
Brazen Matson

Brennan Johnston
Brentley Wells

Bretty Bybee

Brian P. Wagner

Bronx Council
Brooklyn Chinese-American Association
Brooklyn Council
Bruce Desandre

Buffalo Trail Council
Buffalo Trail Scout Ranch
Calasanctius School of Buffalo
Caleb Steinhoff
California Inland Empire Council

Camille Travis
Camp Aquehonga
Camp Big Timber
Canisius High School of Buffalo
Capuchin Franciscans
Capuchin Franciscans Custody of Star of
    The Sea
Capuchin Franciscans, Province of St. Mary
Carol Chacon
Carolyn Hemphill
Carrie Stafford
Carroll Township Police Department
Cascade Charter Township
Cascade Pacific Council
Casey Scott

Catholic Cemeteries of Roman Catholic
    Diocese of Buffalo, Inc.
Catholic Health of WNY and its subsidiaries
Cathy Ostrenga
Celeste Rone-Moss
█████████
Charles Copeland
Charles Oglesby, Sr.
Charles Stauder
Charlie Bate
█████████
Chase Dansereau
Cherokee Area Council, Inc.
Chicago Area Council
Chickasaw Council
Chief of Police Jon Belmar
Chief Seattle Council
Chris Alvelo
█████████
Chris Larrabee
Chris McCullough
Christ The King Seminary Fund, Inc.
█████████
Christina Vovchuk
█████████
Christopher Finks
Christopher Larrabee
█████████
Christopher Payne
Christopher Pelletier
█████████
Christopher Vogel
█████████
Church of The Holy Innocents
Cincinnati Insurance Company
Circle Ten Council
Citizens' Hose Company No. 1 of Dillsburg
    Penna
City of Columbus
City of Louisville
City of Louisville-Jefferson County-
    Louisville Consolidated Government
█████████
Clark Martin
Claudius Douglas Mair-Worley

Clayton Historical Society
█████████
Clifton Neyrey
CLK/HP 90 Merrick LLC
Clyde Noland
CMR A/S/O Cox Communication
█████████
Columbus School District
Complaint and Michigan Crossroads
    Council, Inc.
Connecticut Rivers Council
Connecticut Rivers Council Troops 258 &
    302
Connecticut Yankee Council, Inc.
Connor Cudeck
█████████
Continental Tire The Americas, LLC
Cornelia Berrocal
Corporation of the President of the Church
    of Jesus Christ of Latter-Day Saints
Country Farm Supply
Cradle of Liberty Boy Scouts of America
█████████
Craig Bingham
█████████
Ct Yankee Council
Cub Scout Pack 601
Curtis Flaherty
█████████
Dan McGill
Daniel Boone Council Inc.
Daniel Camerano
█████████
Daniel P. Sturtzel
Daniel Richardson
█████████
Daniel Wagner
Daniel Webster Council Inc.
Darla Duarte

David A. Declue

[REDACTED]

David Dale
David G. Derrick
David Gomes
David H. Scharf
David K. Buterbaugh

[REDACTED]

David Lannes
David McDaniel

[REDACTED]

David Michelson

[REDACTED]

David Silva

[REDACTED]

Debra Schwamberger
Dechaison White
Denis Lane

[REDACTED]

Dillsburg Community Fair Association
Dillsburg Lions Club And Dillsburg Boy
    Scout Troop #38
Diocese of Brooklyn
Dolores Snyder
Donald C. Shriver
Donald Grande
Donald J. Hebert

[REDACTED]

Doug Stevenson

[REDACTED]

Douglas Nail

[REDACTED]

Dwight Cable

[REDACTED]



Eamonn Ferrante
East Meadow Youth Baseball & Softball
    Association
Ed Miller
Eddie Blue
Edgar Riecke



Edward M. Bednarczyk
Edward Perriera

[REDACTED]

Elijah Knight
Elliott Litz
Elwood Union Free School District
Emely Santos

[REDACTED]

Emma O'Connor

[REDACTED]

Eric L. Young, Administrator of The Estate
    of Christopher Alvelo
Eric R. Park
Essex County Council of The Boy Scouts of
    America
Estate of Robert Whitelaw, Deceased
Ethan Fuller
Ethan Rapier

[REDACTED]

Evan Park Howell, Iii

[REDACTED]

Evergreen Area Council, Boy Scouts of
    America
Fabian Lopez
Fairfield County Council of Boy Scouts of
    America, Inc.
Fayetteville United Methodist Church



First Baptist Church of Athens
First Baptist Church of Danville D/B/A Boy
    Scout Troop 354
First Baptist Church of Gainesville

Five Rivers Council Inc.
Floodwood Mountain Scout Reservation
	Association, Inc.
Ford Motor Company
Francis (Skip) Toomey II

Frank Pedone

G.A.C.

Gabriel Racine
Gage Wilson
Garden State Council
Gary Ackerman
Gary Carroll

Gary L Strain
Gary Langsdale

George D. McClay

George J. Eberl
Geovanni McClain

Glens Falls City School District
Gloria Garcia
Governor Clinton Council, Inc., Boy Scouts
	of America
Grace Gordon
Grand Canyon Council

Great Alaska Council
Great Salt Lake Council
Great Southwest Council
Greater Alabama Council
Greater New York City Councils
Greater Niagara Frontier Council
Greater Niagara Frontier Council #380 of
	The Boy Scouts of America
Greater St. Louis Area Council, Boy Scouts
	of America, Inc.
Greater Tampa Bay Area Council, Inc.
Greater Yosemite Council, Inc.
Greek Orthodox Archdiocese of America
Green Acres Baptist Church
Greenport Fire Department
Greg Day

Greg Ploski

Guy Rollf
Guy Thomas Buker
Hacker Coverage Dispute
Harley Avenue Primary School

Hawk Mountain Council, Inc., Boy Scouts
	of America
Hawkeye Area Council, Boy Scouts of
	America, An Iowa Corporation
Heart of America Council
Heart of New England
Heart of Virginia Council, Inc., Boy Scouts
	of America
Heath Faucheux
Henry Reinsburrow
Holy Family Church
Holy See Instrumentalities

Holy See, State of Vatican City - The
    Vatican
House of Hope Presbyterian Church

Hudson Valley Council
Hunter Iverson

Ian Simpson

Immaculate Conception R.C. Church
Indian Waters Council Boy Scouts of
    America Inc.
Iroquois Trail Council Inc.
Irwindale Police Department
Istrouma Area Council

J.E. Mathis

Jack Rose

Jacob Nelson

James Gambrell King

James Kennedy

James Potjunas

James Stillwell, Jr.
James T. Grace Jr.

Jane Sutterlin
Janessa Miller
Jarred Pai
Jasiah Marshall

Jason Hofmann

Jason R. Brockman

Jayshawn Brown
Jefferson County
Jefferson County / Louisville Consolidated
    Government
Jeffery Leonard And Individual

Jersey Shore Council
Jesse Bessette

Jessie Tomeo

Joanne Nauheimer (Class Action)
Joanne Nauheimer (Individual)

Joel Shumway
John B. Lowell
John Cimral

John Gruber

John J. Beardsworth, Jr.

John Jones

John Lund



John Richers

Jonathan Dunn

Joseph Alvarado

Joseph F. Snyder

Joseph L. Snyder

Joseph Porter and Gail Porter

Joseph Tetlow

Joshua Goodwin
Joshua P. Christ
Joshua Simpson
Joshua White
Judy Crawford
Julie Hedrick
Julie Schmidt

Kaden Lynch
Kalin Bart Talbott River Road Trust
Kalvin Marshall
Karin Larrabee
Karina Miller

Kathleen Hufford
Kathryn (Katie) Schulze

Keegan Day

Kellie Bogardus

Kenneth Betts

Kent L. Wallace
Kerrie Galvin (Obo Trevor Galvin)

Keystone College
Kimberly Payne
Kincaid Tyas
Kireon D. Pleis

Kristopher Bartee
Kyle Boell

Landon Bassett

Las Vegas Area Council, Inc.
Laurie Buckelew

Lawrence Svrcek
Leanna Stanley
Learning For Life Inc.

Leatherstocking Council
Lebanon Lions Club
Lee Shedroff
Leo Kelly
█████████
Lincoln Heritage Council
Linda Davis
Linda Fant
Linda Jensen
Lindsay Bishop
Lisa C. Crocus
Lloyd Bryant
█████████
Logan Bogardus
Logan Larrabee
Logan Mackay
Longhouse Council
█████████
Louisville Metro Police Department
█████████
Luke Bennett
█████████
Madison Osborne
█████████
Malcolm Boykin
Malmaison District
Manhattan Council, Boy Scouts of America
█████████
Marc Anderson
Marco Romero
Marcus Kang
Marcus Mack
█████████
Marjorie Bewley
Marjorie Morris
█████████
Mark Helser and Jane Doe Helser
Mark Kern
█████████
Mark Tibbetts

Mark Tumeo
Mark Vincett

Mathew Zaiss
Matt Day
█████████
Matthew Gelhausen
Matthew Inbody
Matthew McClay
Matthew S. Devore
Matthew Teixeira
Matthew Yakaboski
█████████
Max Moon
Maya Cann
Mayflower Council
█████████
Megan Knoernschild
█████████
Micah Hattaway
█████████
Michael Frys
█████████
Michael Kelsey
█████████
Michael Maffetone
█████████
Michael Rega
█████████

Michael Sandifer

Michelle Delutri
Michigan Crossroads Council, Inc.
Mid-America Council
Middle Tennessee Council

Miles Woolsey
Monastery of Christ In The Desert
Monmouth Council
Monsignor Michael Harrington
Monsignor William Stanton
Montana Council

Mossy Ford, Inc.
Most Reverend Edward U. Kmiec
Most Reverend Henry J. Mansell
Most Reverend Richard J. Malone

New York Greater Councils
Newport Sea Base - Orange County Council
Niagara Frontier Council, Boy Scouts of
    America

Nina Baldinucci
Nipmuck District of the Connecticut Rivers
    Council of The Boy Scouts of America

Nolan Henderson

North Florida Council
Northeast Georgia Council, Inc.
Northeastern Pennsylvania Council
Northern New Jersey Council
Northern Star Council

Old Republic Insurance Company, Inc.

Omega Pacific, Inc.
Orange County Council
Orange County Rowing Club
Oregon Trail Council, Inc.

Our Savior Lutheran Church

Parker Irey
Pat Currie
Pathway To Adventure Council
Patricia Donehue
Patricia Gerber
Patrick A. Mancuso

Patriots' Path Council

Paul Antosh
Paul Brandon Paris

Paul R. Thomson, Jr.

Paul Scarola

Pauline Jenkins

Penn Mountains Council
Penny Nomura

Peter Rymut

Pierce Hull
Pine Burr Area Council, Inc.
Police Officer Annette Hoyt
Polly Root

Pope Francis
Progressive Casualty Insurance Company
Quapaw Area Council
Queen of Peace R.C. Church
Queens Council
R. Fleming Weaver, Jr.



Randolph "Randy" Nowak

Raul Cadena

Reckson Operating Partnership, L.P
Red Mountain Asset Fund, LLC
Regina McCullough

Regis High School
Reid Comita
Reilly Nahill
Rev. Basil Ormsby, S.J.
Rev. David Bialakowski
Rev. Donald W. Becker
Rev. Florian Jasinski
Rev. Frederick Fingerle
Rev. Gerald Jasinski
Rev. John P. Hajduk
Rev. Joseph Persich, S.J.
Rev. Nelson Kinmartin
Rev. Norbert Orsolits
Rev. Ronald Sajak
Rev. Ronald Silverio
Rev. Theodore Podson
Rev. William White



Richard L. Lucero

Richard Lehr

Richard Mathews



Richard Robbins
Richard Rognsvoog



River Rivers Council, Boy Scouts of
America



Robert Bulens

Robert Hallum
Robert Jorgensen

Robert Logan Talbott River Road Trust

Robert Sutterlin
Robert Talbott, Inc

Roberts. Talbott Revocable Trust



[REDACTED]
Roman Catholic Archbishop
Roman Catholic Archbishop of Agana
Roman Catholic Archdiocese of New York,
    Archdiocese of New York
[REDACTED]
Ronald Hegwood
[REDACTED]
Ronnie Mason
[REDACTED]
Ruth Kvistad
[REDACTED]
Sacred Heart - Espanola
Saint John The Baptist Church
[REDACTED]
Salvador Rivera
Sam Houston Area Council
Sam Houston Area Council Phoenix District
Samuel Christian Carelton
Samuel Roche
San Gabriel Valley Council
Sandy Potjunas
Sarah Case Talbott River Road Trust
SC Boy Scouts Council Inc.
School Sisters of Notre Dame Central
    Pacific Province, Inc.
School Sisters of Notre Dame, Region of
    Guam

Scott Michelson
[REDACTED]
Scout Troop 4200
Second Baptist Church
Seneca Waterways Council, Boy Scouts of
    America

Sequoia Council
Sergeant Konrad Wojciehowski

Sharon Giovingo
Sharon Richardson
[REDACTED]
Shawn Pelletier
[REDACTED]
Sheree Dodge
Sherrilynn Wood
Sherrye Howell
Shirley Williams
Silicon Valley Monterey Bay Council
Skylar Prestano
Sleepy Hollow Vineyards, L.P.
Society of Jesus, USA-Northeast Province
Southeast Louisiana Council
Southern California Scullers Club
Southern Shores Field Service Council
Southwest Bartholomew Volunteer Fire
    Department, Inc.
St. Benedict Joseph Labre Church
St. Benedict Joseph Labre School
St. Brigid R.C. Church
St. Catherine's Roman Catholic Church
St. Catherine's Roman Catholic Church
    School
St. Demetrios Greek Orthodox Church
St. Francis of Assisi Roman Catholic
    Church
St. Francis Xavier Church
St. Helena Parish
St. John Gualbert R.C. Church
St. John Vianney R.C. Church
St. Joseph Investment Fund, Inc.
St. Josephats R.C. Church
St. Paul's R.C. Church
St. Teresa R.C. Church
[REDACTED]
Stanley Bassett
[REDACTED]
State of Wisconsin
Stephanie K. Jones
Stephanie Regalia



Stephen White
Stephen Zanetti



Steve Stenger
Steven Harris
Steven N. Brown
Strawbridge United Methodist Church



Suffolk County Council
Suffolk County Policy Department

Susan Burk
Susan Reisinger
Susanna Otto
Susquenango Council
Sussex District Boy Scouts of America
T.B.C.P.C
T.B.S.O.A.I.

Tanner Bailey
Ten Mile River Scout Camps A/K/A Ten
    Mile River Scout Camps, Boy Scouts of
    America

Terry A. Wright

Terry Zellers
Thad Alton
The Blessed Trinity R.C. Church
The Church of Jesus Christ of Latter Day
    Saints
The City of Irwindale
The County of Nassau
The Diocese of Rochester
The Estate of F.E. (Gene) Bobo

The Fidelis Care as a Trademark for the
    Centene Corporation
The Foundation of The Roman Catholic
    Diocese of Buffalo, N.Y., Inc.
The Hamlet of East Meadow
The Hartford Insurance Group
The National Boy Scouts of America
    Foundation
The Roman Catholic Diocese of Syracuse,
    NY
The School Sisters of Notre Dame
    Milwaukee Providence, Inc.
The Temple Congregation Adath Israel-
    B'rith Sholom Inc.
The Town of Hempstead
Theodore Roosevelt Council
Theresa Kennedy
Thomas Bogardu

Thomas Doering
Thomas Kiely

Thomas Lane
Thomas Larry
Thomas M. Thackeray

Thomas Scott

Three Fires Council
Tidwald Law
Tiffany Riggs

Timothy Fedor

Timothy Savage

Todd Puccio
Tom Hartmann
Tomas A. Camacho
Town of Deerfield
Town of Trumbull

Trapper Trails Council
███████████
Travis Leppi
Trent Herlihy
Trevor B. Paulson
███████████
Troop #7354
Troop 141 BSA
Twin Rivers Council
Union United Methodist Church
United Services Automobile Association
Unitedhealthcare Insurance Company
USA Northeast Province of The Society of
    Jesus
███████████
Valerie Mcgriff (Gawle)
Varteni Yerjanian
Vern Iverson
Vernon Wunnenberg
███████████
███████████
███████████
Victor Caps
███████████
Vincent Liberto
███████████
Virgil Sanders
Virginia Adkins
Walgreen Company
███████████
Washington Crossing Council
Wayne Farrar
███████████
Weedsport Central School District
Westchester Putnam Council
Westlake Hills Presbyterian Church
███████████

███████████
William Bewley
William Brannon
William Edward Bewley
███████████
William Greenwald
William Hoke
███████████
███████████
███████████
William Pugh
William Pugh Jr
William Rick Bailey
William Rish Jr
William Ruscoe
███████████
William Short
███████████
███████████
███████████
XYZ Corporation
XYZ Corporation 1-100
XYZ Entities 1-100
XYZ Insurance Corporation
Yucca Council
Zachary Babel
███████████
Zachary Schmidt
Zachary Spahr
Zorro Ragsdale

## <u>Schedule 1(l)</u>

**Professionals to be Retained by the Debtors**

Alvarez & Marsal North America, LLC
Bates White LLC
Haynes & Boone, LLP
KCIC, LLC
Morris, Nichols, Arsht & Tunnell LLP
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Omni Agent Solutions
Sidley Austin LLP

## <u>Schedule 1(m)</u>

**Professionals Representing Certain Parties in Interest**

AlixPartners LLP
Ankura Consulting Group, LLC
Berkeley Research Group, LLC
Kramer Levin Naftalis & Frankel LLP
Norton Rose Fulbright US, LLP
Pachulski Stang Ziehl & Jones
PJT Partners, Inc.
Wachtell, Lipton, Rosen & Katz
Young Conway Stargatt & Taylor, LLP

## Schedule 1(n)

### Ordinary Course Professionals

An, Tian, Zhang & Partners
Bassford Remele PA
BAX Advisors LLC
Bays Lung Rose Holma Attorneys at Law
Bond, Schoeneck & King PLLC
Boone Karlberg P.C.
Carolina Fridman Law Corporation
CCPIT Patent & Trademark Law Office
Christopher T Hurley & Associates P.C.
Civille & Tang PLLC
Clarke Silverglate P.A.
Connell Foley LLP
Cranfill Sumner & Hartzog LLP
Crotty & Schiltz LLC
Dentons US LLP
Foland, Wickens, Roper Hofer &
    Crawford, P.C.
Fox Rothschild LLP
Gerolamo Mcnulty Divis & Lewbart, P.C.
Grefe & Sidney, P.L.C.
Gruber Thomas & Co.
Harper & Pearson
Hawley Troxell Ennis & Hawley LLP
Hecht, Latham Spencer & Associates, Inc.
Heplerbroom LLC
Herman Law Firm P.A. Trust Account
Hinshaw & Culbertson LLP
Howard & Co., LLP
Hueston Hennigan
Keleher & McLeod PA, Attorneys at Law
Keller & Almassian, PLC
Kipp and Christian, P.C.
Kosnoff Fasy PLLC Trust Account
LCG Associates, Inc.
Lightfoot Franklin & White LLC
Locke Lord LLP
Mandell Menkes, LLC
Mark Gallagher Attorney
Markowitz Herbold PC
McAngus Goudelock & Courie
McGuire Woods LLP
McGuire, Craddock & Strother, P.C.
McLane Middleton, Prof. Assoc.

Mead & Hunt, Inc.
Melick Porter, LLP
Miller & Martin PLLC
Miller, Johnson, Snell & Cummiskey, P.L.C.
Milliman Inc.
Milliman USA Inc.
Mitchell Garabedian Attorney
Mitchell, Williams, Selig, Gates &
    Woodyard, P.L.L.C
MNP LLP
Nicholas W Mulick PA
Nigro Karlin Segal & Feldstein
Park Dietz & Associates, Inc.
Perkins Coie
PricewaterhouseCoopers LLP
Quinn Emanuel Urquhart & Sullivan LLP
Ruhter & Reynolds, Inc.
Saul Ewing LLP
Scheper Kim & Harris, LLP
Sheehy Ware & Pappas PC
Sitlinger & Theiler
Steptoe & Johnson PLLC
Stich, Angell, Kreidler, Dodge & Unke, P.A.
Stillwell Midgley PLLC
Stites & Harbison PLLC
Taylor, Porter, Brooks & Phillips, L.L.P.
Texas Medical Legal Consultants
Thompson Coe & O'Meara LLP
Towers Watson Delaware, Inc.
Upshaw Williams Biggers
Vinson & Elkins LLP
White and Williams LLP
Whitney Smith Company Inc.
Wicker, Smith, O'Hara, McCoy, & Ford, PA
Wiggin & Dana LLP
Wilson Elser Moskowitz Edelman & Dicker
    LLP
Winston & Strawn LLP

## **Schedule 1(o)**

### **Tort Claimants Committee**

Christopher Desmond Haywood
Douglas A. Kennedy
John Humphrey
Jorge Tabon
Jorge Vega
Morgan Wade Paul
Richard Halvorson
Robb Lawson
Robert Grier

## **Schedule 1(p)**

### **Unsecured Creditors Committee**

Girl Scouts of the United States of America
Lion Brothers Company Inc.
Pearson Education, Inc.
Pension Benefit Guaranty Corporation
Roger A. Ohmstede

## **Schedule 1(q)**

**Top 25 Plaintiffs' Law Firms Representing the Largest Number of Abuse Victims
Asserting Claims Against the Debtors**

Andreozzi & Associates, P.C.
Ava Law Group, Inc.
Bondurant, Mixson & Elmore, LLP
Crew Janci LLP
Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)
Eisenberg Rothweiler, Winkler, Eisenberg & Jeck, P.C.
Green & Gillispie
Gregg, Hunt, Ahern & Embry Attorneys at Law
Hurley McKenna & Mertz, P.C.
Jeff Anderson & Associates, PA
Kosnoff Law
Law Offices of Mitchell Garabedian
Lindsay Hart, LLP
Lujan & Wolff, LLP
Marsh Law Firm
Merson Law
Michael G. Dowd
Paul Mones
Penn Law Group
Pfau Cochran Vertetis Amala PLLC
Rebenack, Aronow, Mascolo, LLP
Robins Kaplan LLP
Rubenstein & Rynecki
Sweeny Reich & Bolz, LLP
Thomas Law Office, PLLC

**Schedule 1(r)**

**Top 30 General Unsecured Creditors of the Debtors (Non-Abuse Claims)[3]**

American Engineers & Contractors
Anne Terry
Bradley Farmer
C. Michael Hoover Jr.
C. Wayne Brock
██████████
David J. Ross II
Donald McChesney
Gary Butler
Hugh Travis
Jeffrey Hunt
John Green
Judith Ratcliffe
Kathy Sue Stone
Kenneth L. Connelly
Michael Surbaugh
NCS Pearson, Inc.
██████████
Quad/Graphics, Inc.
Raymond L. Blackwell
Richard Lehr
Robert J. Mazzuca
Robert Tuggle
Roy L. Williams
Thomas H. Fitzgibbon
Thomas Harrington
Thomas Varnell

---

[3] The professionals seeking to be retained also ran the names of certain individual plaintiffs. In accordance with the *Interim Order (I) Authorizing the Debtors' to file (A) a Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) a Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, (III) Authorizing and Approving Procedures for Providing Notice of Commencement, and (IV) Granting Related Relief* [Docket No. 66] and the *Final Order (I) Authorizing the Debtors' to File (A) a Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) a Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, and (III) Granting Related Relief* [Docket No. 274], in order to protect the identities of individual plaintiffs asserting abuse claims and individual plaintiffs who are minors, the Creditors' Committee has redacted such information from this list.

## Schedule 1(s)

### Deferred Compensation and Restoration Plan Participants

Alan Lambert
Alfred D Morin
John Andrews
Anne Terry
Bonnie H Bishop
Bradford C Allen
Bradley Farmer
C. Wayne Brock
C Michael Hoover Jr
C Wayne Brock
Pamela E. Carroll
Danny R. Clifton
John A. Coyle
David J Ross II
Donald McChesney
Douglas S Smith Jr
Erik L Nystrom
Erin Eisner
Frances Lynne Park
Frederick Wallace
Gary Butler
Jeffrie A. Herrmann
Mark Holtz
J Carey Keane
Jeffrey Hunt
John Green
John Mosby
Joseph S Coco
Judith Ratcliffe
Justin McCarthy
Kathy Sue Stone
Kendrick Miller
Kenneth L Connelly
Randall Kopsa
Albert Kugler
Lawrence F Potts
Lawrence L Otto
Mark Logemann
Robert J. Mazzuca
Michael Ashline
Michael Kaufman
Michael Surbaugh

Alfred D Morin
Patrick Sterrett
Ponciano Duran
John Primrose
Raymond L Blackwell
Richard J Mathews
Robert J Mazzuca
Robert Tuggle
Roger A Ohmstede
Ron Oats
Ronald K Hegwood
Roy L Williams
Steven P. McGowan
Michael Surbaugh
Thomas H Fitzgibbon
Thomas Harrington
Hugh Travis
Thomas Varnell
Harold Watson
Willie Iles Jr.

**Schedule 1(t)**

**Significant Contract Counterparties**

3096-3227 Quebec Inc/Groupe Access
501c Services
Accelogix LLC
Ace Adventure Resort Inc.
Adobe Systems Inc.
AdvantageCS
Adven Capital Group LLC
Adventures WV
Alert Logic Inc.
Amazon Web Services Inc.
American Audio Visual Inc.
American Electric Equipment Inc.
American Food & Vending Corp
AMS America Inc.
Arnica Software Corp
Arrow Capital Solutions Inc.
AT&T (5019)
AT&T Capital Services, Inc.
AT&T Mobility
Automatic Data Processing Inc.
Avalara Inc.
Ayers Construction
Ayoka LLC
Blackbaud Inc.
Brown & Bigelow, Inc.
Butch Whitten Construction
Buxton Company
CEC Facilities Group LLC
Certain Inc.
CircuiTree, LLC
Constellation NewEnergy, Inc.
Corra Technology Inc.
Datamax
Dci / Shires Inc.
Dci Shires
Dupont Hotel Project Owner LLC
Durham School Services, L.P.
First Advantage Lns
First Maintenance Company
Freeman Decorating Co
Gaylord National Resort And Convention
   Center
Gaylord Texan Resort And Convention
   Center
Glas
Golin Harris International Inc.
Grant Thornton
Groupe Access
High Towers Wood, Welding & Fabrication,
   Inc.
Hyatt Regency Atlanta, Inc.
Hyatt Regency Dallas
Hyatt Regency New Orleans
IBM
Iidon Inc.
ImageNet Consulting LLC
Infosys
Infosys Limited
Insight Investments LLC
JDA Software Inc.
Ksquare Solutions Inc.
Lumos Networks
Maitreyi Consultants Inc.
Manchester Grand Hyatt
Mark Monitor Inc.
Meetings By Design Inc.
MetLife
Mi9 Retail Na Corp
Microsoft Services
Mimeo.com Inc.
Montclair State University
Morneau Shepell Limited (formerly known
   as Mercer Inc.)
MuleSoft Inc.
MXD Group Inc.
Naturally Slim
Nelson Westerberg/Atlas Van Lines
NTT Com Security (US) Inc.
Oracle America Inc.
Perimeter International
Philadelphia Marriott Downtown
Raymond Leasing Corporation
RCG Global Services Inc.
Riskonnect Inc.
River Expeditions

Robot And Pencils
Rpe Outsourcing, LLC
S & Me Inc.
Shawn H Jackson
Sheraton Birmingham
Skillsoft Corporation
Southern Air, Inc.
Sovos Compliance LLC
Sun Life Assurance Company of Canada
Tech Plan Inc.
The Vitality Group LLC (TVG)
Thomas Hjellming
Town Sports International Holdings, Inc.
United Healthcare
Unum
Upp Technology
Upper Keys Marine Construction, LLC
Verifone
VSP
Wage Works
Weston Solutions Inc.
Yeti Coolers, LLC

## **Schedule 1(u)**

**Significant Customers**

A-B Emblem
Classb
Flemington Dept. Store
Ramsey Outdoor Store
The Moritz Embroidery Works, Inc.

## Schedule 1(v)

## Significant Donors

Abigail Maddi
America's Charities
Anadarko Petroleum Corporation
Blake Family Trust
Dean Wm. Carr, Jr. Trust
Estate of Allen C. Weiss
Estate of Ingeborg M. Borre
Estate of Steven C. Schoger
Estate of Thomas Parissidi
Fowler Family Fund
Gorini & Gorini LLP
Greater Kansas City Community Foundation
H P Farrington Trust C/O Bank of America
H. P. Farrington - HPF Foundation RSDY
Insurance Auto Auction
James S. Turley
John C. Jadel
John D. Harkey
John D. Tickle
John E. Link
Krevsky, Silber & Bergen
Lonnie C. Poole
Murray Energy Corporation
Mutual of Omaha Insurance Company
Publishing Concepts, L.P.
R. Doyle Parrish
Robert Cruickshank
Stephen D. Bechtel, Jr. Foundation
Steven A. Antoline
Steven E. Zachow
The James Annenberg La Vea Charitable Foundation
The Walter R. Wormell Trust
Tilden Family Philanthropy Fund
Todd L. Johnson
Tridave, LLC

**Schedule 1(w)**

**Significant Vendors**

1-800-Pack-Rat
Ace / Esis
Ace Adventure Resort Inc.
Ace American Insurance Company
Adventure Medical/Tender Corp
Allied Rentals Inc.
American Airlines
American Outdoor Products
AR & JO & MH LLP
Aspen Corporation
Automotive Rentals Inc.
AVIO Consulting LLC
Barebones Systems
Barkley House Ii Inc.
BC Sales And Sourcing
Berman O'Connor & Mann
BHG Structured Settlements Inc.
Bison Designs LLC
Boxley Aggregates of West Virginia LLC
Boy Scouts GA Recon Acct
Boy Scouts of America Recon Clearance
BSA Florida Sea Base BPC
BSA Parents Inc.
Buzzshift Inc.
Cai Design Inc.
Calypso Water Sports & Charters, Inc.
Capital Printing Co
Capitol Business Equipment
CDW Direct, LLC
Chasan & Walton LLC
Coleman Co Inc.
Compass Group USA Inc.
Computer Digital Imaging Corporation
Council Unemployment
Covington & Burling LLP
Cramer Security & Investigations Inc.
Crest Craft Company
Crown Awards
Crystal Bay Corporation
David W McKeehan
Davis Polk & Wardwell LLP
Deprez Travel Bureau Inc.
Derby Worx Inc.

Diamond Brand Canvas Products
Eagles Nest Outfitters, Inc.
EAN Services LLC
Eco Structures Australia Pty LTD
Egroup Recognition
Eski Inc.
Facebook Inc.
FedEx
Fenwick & West LLP
Fidelity Retirement Services
Fiji Elevator Company
Forest Fitness LLC
FTI Consulting Inc.
G&G Outfitters Inc.
Gateway Press Inc.
General Datatech LP
Gerald Magar Jr
Gilbert LLP
Gillmann Services Inc.
Gregory M Skinner
GSI Outdoors Inc.
GSR LLC
Guinn Consulting LLC
Health Special Risk Inc.
Hike America
Hintz Targeted Marketing, LLC
Insigniam Performance LP
Jesse Scofield Productions LLC
Jurisprudent Deferral Solutions LLC
Kahoot Products Inc.
Klymit (Argon Technologies)
KT Brown Consulting LLC
Kuehne and Nagel
Labatt Food Service
Leatham Family LLC
Leatherman Tool Group Inc.
Lewis A Whitten
Liberty Mountain Sports LLC
Low Impact Excavators Inc.
Lowe's Companies, Inc.
Macro Integration Services Inc.
Magic Novelty Co Inc.
Marriott Business Services

Marriott International
Marsh & McLennan Agency LLC
McGovern & Company
Mercer
Mittera Group
Morris & Player PLLC
MTM Recognition Corp
Mutual of Omaha Structured
Myers Lawn Care Services
NCS Pearson Inc.
Nichols Kaster PLLP
Optum Health Bank
Oregon Freeze Dry Inc.
Orkin
Osprey Packs, Inc.
Out Island Sailing Adventures LLC
Pacific Life & Annuity Services Inc.
Paradies Gifts Inc.
Paramount Builders LLC
Paramount Headwear Inc.
Partnership Employment Dallas LLC
Peak Industries Inc.
Peiyork Intl Co Inc.
People 2.0 Global Inc.
Pray Publishing
Pro-Honor Design & Casting
Quad Graphics Inc.
Renegade Productions Inc.
Royle Printing Co
Ryder Last Mile Inc.
Saunders Staffing Inc.
Schwebel Goetz & Sieben PA
Shamrock Foods Company
Shutterstock Inc.
Silver Creek Leather Co
Silver Golub & Teitell LLP
Stamps.Com
Stange Company Inc.
State Board of Equalization
Strategic Orient Sourcing
Sunbelt Rentals
Supplyone Rockwell, Inc.
Symphonix Solutions Inc.
Syncb/Amazon
Sysco South Florida Inc.

Target Creative Group Inc.
Texas State Comptroller
The Duck Company
The McClellan Law Firm A/C Trust Fund
The Special Event Company
The Thrasher Group, Inc.
Thiel Law Office PLLC
Thorlo, Inc.
Tower Legal Staffing Inc.
Trainham Cattle Company
Transportation Management Services
True Digital Security Inc.
Ugly Mugz
Unblind Productions Inc.
US Foods, Inc.
USPS / Eps
Vandalia Bronze
Vigna Information System LLC
Vision Service Plan
Vista Outdoor Sales LLC
Wagner Equipment Company
Wealth-X LLC
White Wilderness Inc.
Wolverine World Wide Inc.
World Scout Bureau
World Scout Foundation
World Scout Shop LTD
Yadgarov & Associates PLLC
You Are Here LLC

**Schedule 1(x)**

**Significant Taxing Authorities**

Acadia Parish School Board
Alabama Attorney General's Office
Alabama Securities Commission
Arizona Corporation Commission
Arizona Dept. of Revenue
Arkansas Dept. of Finance
Ascension Parish Sales Tax Authority
Assumption Parish
Avoyelles Parish School Board
Beauregard Parish Sales Tax
Bossier City - Parish
Caddo Shreveport Sales
Calcasieu Parish School Board
California Department of Justice
Canada Revenue Agency
Capitol Corporate Services Inc.
Charleston County
City of Canon City
City of Chicago - Dept. Of Revenue
City of Colorado Springs
City of Craig Alaska
City of Davenport
City of Detroit
City of Grand Junction Finance
City of Greenwood Village
City of Gustavus
City of Johnson City
City of Knoxville
City of Kodiak
City of Lakewood
City of Loveland
City of Melbourne
City of Palmer
City of Pueblo
City of Seattle
City of Steamboat Springs
City of Tacoma
City of Thorne Bay
Collin County Tax Assessor Collector
Colorado Dept. of Revenue
Colorado Secretary of State
Commonwealth of Massachusetts
Commonwealth of Pennsylvania

Commonwealth of Puerto Rico
Commonwealth of Virginia
Concordia Parish School Board
Connecticut Public Charity Unit
DC Treasurer
Delaware Secretary of State
Denton County Tax Assessor Collector
Departamento De Finanzaz, Municipio
    Autonomo De Guaynabo
City of New Orleans, Department of
    Finance Bureau
Department of The Treasury, IRS
Desoto Parish Sales
East Feliciana Parish
False Alarm Reduction Unit, County of
    Fairfax (VA)
Florida Department of Revenue
Florida Department of State
Florida Dept. of Agri & Consumer Svcs
Forsyth County Tax Collector
Fred Sisk Knox County Trustee, County of
    Knox
Georgia Secretary of State
Grant Parish School Board
Harris County Sheriff's Office Alarm Detail
Iberia Parish School Board
Illinois Charity Bureau Fund
Illinois Department of Revenue
Iowa Dept. of Revenue And Finance
Jackson Parish Sales Tax Collection
Jefferson Davis Parish School
Jefferson Parish Sheriff's Office
Jefferson Parish Tax Collector
Kansas Department of Revenue
Kansas Secretary of State
Kentucky State Treasurer
Lafayette Parish School Board
Lafourche Parish School Board
Lincoln Parish
Livingston Parish School Board
Louisiana Dept. of Justice
Louisiana Dept. of Revenue And Taxation
Maine Revenue Services

Maricopa County Treasurer
Mass DOR (Dept. of Revenue)
Massachusetts Dept. of Revenue
Maryland Secretary of State
Michigan Dept. of Treasury
Minister of Finance - Manitoba
Minnesota Dept. of Revenue
Montana Secretary of State
Monterey County Tax Collector
Montgomery County
Morehouse Sales & Use Tax Commission
Minnesota Pollution Control Agency
    (MPCA)
MS Secretary of State
NC Department of Revenue
Nebraska Dept. of Revenue
Nevada Secretary of State
New Mexico Secretary of State
New Mexico Taxation & Revenue Dept.
New York Sales Tax Bureau
New York State Corporation Tax
New York State Dept. of Law
NJ Division of Consumer Affairs
NM Taxation & Revenue Dept.
North Carolina Secretary Of State
NV Stmt of Business Publication
Office of State Tax Commissioner, North
    Dakota
Office of The Attorney General, California,
    Registry of Charitable Trusts
Ohio Attorney General
Ohio Treasurer of State
Oklahoma Secretary of State
Oklahoma Tax Commission
Orange County Tax Collector
Oregon Dept. of Justice
Pa Dept. of Labor & Industry
Parish of East Baton Rouge
Parish of Iberville
Parish of St Bernard
Parish of Terrebonne
Plaquemines Parish
Puerto Rico Department of The Treasury
Rapides Parish
Sabine Parish
Sacramento County

Sales And Use Tax Office, St. John The
    Baptist Parish
SBC Tax Collector, County of San
    Bernardino
SD Secretary of State
Secretary of State - ND
Secretary of State of Rhode Island
Shelby County Trustee- David Lenor
South Carolina Department of Revenue
South Carolina Secretary of State
South Dakota Dept. of Revenue
St Charles Parish School Board
St James Parish School Board
St Landry Parish School Board
St Martin Parish School Board
St Mary Parish
St Tammany Parish Sheriff's DPT
State Board of Equalization, California
State of Alaska
State of Connecticut
State of Delaware
State of Georgia
State of Maine
State of Maryland
State of Minnesota
State of New Hampshire
State of NJ-Sales & Use Tax
State of Rhode Island Division/ Taxation
State of Rhode Island General Treasurer
State of Tennessee
State of Washington Dept. Of Revenue
State of Wyoming
State Tax Commission, Mississippi
State of Idaho Tax Commission
Tangipahoa Parish School System
Tarrant County Tax Assessor-Collector
Tax Collector Monroe County FL
Taxation & Revenue Department, Monroe,
    Louisiana
Taxation & Revenue Dept., Santa Fe, New
    Mexico
Tennessee Dept. of Revenue
Texas State Comptroller
The City of Cortez
Treasurer of Virginia
Treasurer State of Connecticut

Treasurer State of Ohio
Treasurer, City of Memphis
U.S. Department of Homeland Security,
    Customs and Border Protection
Utah Department of Agriculture And Food
    (UDAF)
Union Parish
United States Department of The Treasury
Utah Dept. of Commerce
VDH - Bedding, Commonwealth of Virginia
Vermillion Parish School Board
Vermont Department of Taxes
Vernon Parish School Board
Virgin Islands Bureau of Internal Revenue
Washington County Trustee
Washington Office of Insurance
Washington Parish
Washington Secretary of State
Webster Parish School Board
West Baton Rouge Parish
West Feliciana Parish School BD
West Virginia Division of Labor
West Virginia Secretary of State
West Virginia State Tax Dept.
WI Dept. of Financial Institutions
Winn Parish
Wisconsin Department of Revenue
WV Secretary of State

**Schedule 1(y)**

**Significant Utility Providers**

AAF Hauling Inc.
Advanced Disposal
Allstream Business Us Inc.
Amerigas
Appalachian Power
Aspen Waste Systems, Inc.
AT&T
AT&T - Opus
AT&T Mobility
AT&T Wireless
Cablevision Systems Corporation
CenterPoint Energy
CenturyLink
City of Charlotte
City of Irving - Utility Billing
City of Irving - Municipal Services Bill
City of Mount Hope - Sewer
City of Mount Hope - Water
Claro Puerto Rico
Consolidated Communications
County of Colfax
Crosier's Sanitary Service Inc.
Dakota Electric Association
Direct Communications Rockland
Direct Energy Business, Inc.
Duke Energy
EarthLink (Windstream)
EarthLink Business
Eversource
Ferrellgas
Florida Keys Aqueduct Authority
Florida Keys Electric Cooperative
Frontier Communications
Getronics Pomeroy IT Solutions
Granite Telecommunications
Keys Energy Services
Kit Carson Electric Cooperative
Lake Country Power
Level 3 Communications LLC
Lumos Networks
Lumos Networks DBA Segra
Mountaineer Gas Company

National Grid
Northern New Mexico Gas
Oak Hill Garbage Disposal Inc.
Pacific Centrex (Datavo LLC)
Piedmont Natural Gas Company
Plyler Paper Stock Co Inc.
Raleigh County Solid Waste
Republic Services, Inc.
Shentel
Sierra Communications, Inc.
Springer Electric Cooperative, Inc.
Time Warner Cable
Tri-County Electric Cooperative Inc.
Trophy Club Muds
Verizon Wireless
Village of Cimarron
Waste Connections, Inc.
Waste Management
Waste Management - Blaine MN
Waste Management Florida
Waste Management- Ft Worth Hauling
Waste Management Lewisville Hauling
Waste Management of Denver
Waste Management of Michigan Inc.
West Virginia American Water
West Virginia American Water Co
White Oak Public Service District
Windstream Communications Inc.
Wow! Business
Xcel Energy
Zia Natural Gas Company

**Schedule 1(z)**

**U.S. Trustee, Judges, and Court Contacts for the District of Delaware**

Agarwal, Robert
Hon. Ashley M. Chan
Benjamin Hackman
Hon. Brendan L. Shannon
Brian Cavello
Cacia Batts
Catherine Farrell
Cheryl Szymanski
Christine Green
Hon. Christopher S. Sontchi
Claire Brady
Danielle Gadson
David Buchbinder
David Villagrana
Diane Giordano
Dion Wynn
Donna Grottini
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Janet Moore
Jeffrey Heck
Jill Walker
Hon. John T Dorsey
Juliet Sarkessian
Hon. Karen B. Owens
Karen Starr
Karen Strupczewski
Hon. Kevin Gross
Laura Haney
Lauren Attix
Laurie Capp
Hon. Laurie Selber Silverstein
Linda Casey
Linda Richenderfer
Lora Johnson
Marquietta Lopez
Hon. Mary F. Walrath
Michael Panacio

Nancy Hunt
Rachel Bello
Rachel Werkheiser
Ramona Vinson
Richard Schepacarter
Shakima L. Dortch
Sherry Scaruzzi
T. Patrick Tinker
Timothy J. Fox Jr.
Una O'Boyle

## Schedule 2

### Schedule of Parties-In-Interest
### that Kramer Levin Naftalis & Frankel LLP
### Currently Represents and/or Has Formerly Represented[1]

| Interested Party | Relationship to Debtors | Description of Relationship |
|---|---|---|
| AIG | Insurer | Kramer Levin represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Archdiocese of New York<br>Roman Catholic Archdiocese of New York, Archdiocese of New York<br>Archdiocese of New York And Our Lady of Lourdes Catholic School | Selected Charter Organization; Redacted Litigation Party | Kramer Levin represents and/or has represented the interested parties or an affiliated entity of the interested parties in matters unrelated to the Debtors' Chapter 11 Cases |
| Argo Group International Holdings, Ltd. | Insurer | Kramer Levin represents the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| AXA XL<br>AXA Insurance Company<br>XL Catlin<br>XL Europe Limited<br>XL Insurance (Dublin) Ltd.<br>XL Insurance Company SE | Insurer | Kramer Levin represents and/or has represented affiliates of AXA SA in matters unrelated to the Debtors' Chapter 11 Cases |
| Bank of America<br>Bank of America Merchant Services<br>Merrill Lynch, Pierce, Fenner & Smith, Inc. | Bank; Credit Card Processor; Significant Donor | Kramer Levin represents and/or has represented the interested parties or an affiliated entity of the interested parties in matters unrelated to the Debtors' Chapter 11 Cases, including as a member of ad hoc group of holders in bankruptcy representations |
| BB&T | Bank | Kramer Levin represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Cablevision Systems Corporation | Significant Utility Provider | Kramer Levin represents and/or has represented the interested party or a former or current affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |

---

[1] Fees collected from each of the parties identified in this schedule comprised less than 1.0% of Kramer Levin's revenues for the period January 2018 through December 2019.  Kramer Levin believes that its representation of the parties listed herein has not and does not affect its representation of the Creditors' Committee.

| **Interested Party** | **Relationship to Debtors** | **Description of Relationship** |
|---|---|---|
| CNA Insurance Companies | Insurer | Kramer Levin represents and/or has represented an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Continental Insurance Company | Insurer | Kramer Levin represents the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Duke Energy | Significant Utility Providers | Kramer Levin represents an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Euclid Insurance Services, Inc. | Insurer | Kramer Levin represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Everest National Insurance Company | Insurer | Kramer Levin represents the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Facebook, Inc. | Significant Vendor | Kramer Levin represents the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Fairfax (US) Inc. | Insurer | Kramer Levin represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Fenwick & West LLP | Significant Vendor | Kramer Levin has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Ford Motor Company | Redacted Litigation Party | Kramer Levin has represented an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| FTI Consulting Inc. | Significant Vendors | Kramer Levin represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Golin Harris International Inc. | Significant Contract Counterparty | Kramer Levin represents the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Grant Thornton | Significant Contract Counterparty | Kramer Levin represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Great American<br><br>Great American Assurance Company<br><br>Great American E & S Insurance Company<br><br>Great American Property and Casualty Insurance Group | Insurer | Kramer Levin represents and/or has represented the interested parties or an affiliated entity of the interested parties in matters unrelated to the Debtors' Chapter 11 Cases |
| Greek Orthodox Archdiocese of America | Selected Charter Organization; Redacted Litigation Party | Kramer Levin represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |

2

| Interested Party | Relationship to Debtors | Description of Relationship |
|---|---|---|
| Hartford Accident and Indemnity Company<br>Property/Casualty Insurance Co. Of Hartford<br>The Hartford Financial Services Group, Inc.<br>The Hartford Fire<br>The Hartford Insurance Group | Insurer; Redacted Litigation Party | Kramer Levin represents and/or has represented the interested parties or an affiliated entity of the interested parties in matters unrelated to the Debtors' Chapter 11 Cases |
| Insight Investments, LLC | Significant Contract Counterparty; Secured Party | Kramer Levin represents the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Key Equipment Finance | Secured Party | Kramer Levin represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Marriott Business Services<br>Marriot International | Significant Vendor | Kramer Levin represents and/or has represented the interested parties or an affiliated entity of the interested parties in matters unrelated to the Debtors' Chapter 11 Cases |
| Marsh & McLennan Companies<br>Marsh & McLennan Agency LLC<br>Mercer | Insurer; Significant Vendor | Kramer Levin represents and/or has represented the interested parties or an affiliated entity of the interested parties in matters unrelated to the Debtors' Chapter 11 Cases |
| Mastercard | Credit Card Processor | Kramer Levin represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| MetLife | Significant Contract Counterparty | Kramer Levin represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Milliman Inc.<br>Milliman USA Inc. | Ordinary Course Professional | Kramer Levin represents and/or has represented the interested parties or an affiliated entity of the interested parties in matters unrelated to the Debtors' Chapter 11 Cases |
| Northern Trust Corporation | Bank | Kramer Levin represents the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Norton Rose Fulbright US, LLP | Professionals Representing Certain Parties in Interest | Kramer Levin has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| PJT Partners, Inc. | Professionals Representing Certain Parties in Interest | Kramer Levin represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| PricewaterhouseCooper LLP | Ordinary Course Professional | Kramer Levin represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |

| **Interested Party** | **Relationship to Debtors** | **Description of Relationship** |
|---|---|---|
| RBC Bank | Bank | Kramer Levin represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Scotiabank | Bank | Kramer Levin represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Shutterstock Inc. | Significant Vendor | Kramer Levin represents the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Sompo – Endurance American Insurance Company<br><br>Sompo Holdings, Inc. | Insurer | Kramer Levin represents and/or has represented the interested parties or an affiliated entity of the interested parties in matters unrelated to the Debtors' Chapter 11 Cases |
| State Street Bank | Bank | Kramer Levin represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Sun Life Assurance Company of Canada | Significant Contract Counterparty | Kramer Levin represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Swiss Re Group | Insurer | Kramer Levin represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| TD Bank | Bank | Kramer Levin represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Time Warner Cable | Significant Utility Provider | Kramer Levin represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| The Travelers Companies, Inc.<br><br>Travelers (Bermuda) Limited<br><br>Travelers Casualty and Surety Company<br><br>Travelers Indemnity Company | Insurer | Kramer Levin represents and/or has represented the interested parties or an affiliated entity of the interested parties in matters unrelated to the Debtors' Chapter 11 Cases |
| Visa | Credit Card Processor | Kramer Levin represents and/or has represented the interested party or an affiliated entity of the interested party in matters unrelated to the Debtors' Chapter 11 Cases |
| Zurich Financial (USA) Group<br><br>Zurich Financial Services Group | Insurer | Kramer Levin represents and/or has represented the interested parties or an affiliated entity of the interested parties in matters unrelated to the Debtors' Chapter 11 Cases |