# EXHIBIT C

**Client Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and<br>Delaware BSA, LLC,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**DECLARATION OF COMMITTEE CHAIR IN SUPPORT
OF APPLICATION OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS, PURSUANT TO SECTION 328 AND 1103
OF THE BANKRUPTCY CODE AND FEDERAL RULE OF BANKRUPTCY
PROCEDURE 2014 FOR AN ORDER APPROVING THE RETENTION AND
EMPLOYMENT OF KRAMER LEVIN NAFTALIS & FRANKEL LLP AS COUNSEL
TO THE CREDITORS' COMMITTEE NUNC PRO TUNC TO MARCH 4, 2020**

I, Jennifer Rochon, as authorized representative of the Creditors' Committee, declare under penalty of perjury as follows:

1. I, Jennifer Rochon, am an authorized representative of the Girls Scouts of the United States of America (the "**Girl Scouts**"). Girl Scouts was elected Chair of the Official Committee of Unsecured Creditors (the "**Creditors' Committee**") appointed in the above-captioned Chapter 11 proceedings (the "**Chapter 11 Cases**") of the above-captioned debtors and debtors in possession (collectively the "**Debtors**"). I am authorized to submit this declaration (the "**Declaration**") in support of the *Application of the Official Committee of Unsecured Creditors, Pursuant to Sections 328 and 1103 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedures 2014 for an Order Approving the Retention and Employment of Kramer Levin Naftalis & Frankel LLP as Counsel to the Creditors' Committee* Nunc Pro Tunc *to March 4, 2020* (the

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

"**Application**")[2] on behalf of the Creditors' Committee. I am competent to make this declaration in support of the Application.

2. This declaration is provided pursuant to the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of June 11, 2013* (the "**Revised UST Guidelines**"). Except as otherwise noted, all facts in this Declaration are based on my personal knowledge of the matters set forth herein, information gathered from my review of relevant documents, and information supplied to me by Kramer Levin.

### The Creditors' Committee's Selection of Kramer Levin as Bankruptcy Counsel

3. The Creditors' Committee proposes that Kramer Levin serve as its bankruptcy counsel. The Creditors' Committee recognizes that a review process is necessary in managing counsel to ensure that bankruptcy professionals are subject to the same scrutiny and accountability as professionals in non-bankruptcy engagements. The review process utilized by the Creditors' Committee here assessed potential committee counsel based on their expertise in the relevant legal issues and in similar proceedings.

4. On March 4, 2020, the United States Trustee for the District of Delaware (the "**U.S. Trustee**"), pursuant to sections 1102(a) and (b) of title 11 of the Bankruptcy Code, appointed the Creditors' Committee to serve as the Creditors' Committee for each Debtor and to represent the interests of all unsecured creditors in these Chapter 11 Cases. The members appointed to the Creditors' Committee were: (i) Pension Benefit Guaranty Corporation, (ii) Girl Scouts of the United States of America, (iii) Roger A. Ohmstede, (iv) Pearson Education, Inc. and (v) Lion

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

Brothers Company, Inc.  The Creditors' Committee has appointed the Girl Scouts of the United States of America as Chair.

5. On March 4, 2020 the Creditors' Committee held a meeting and, among other things, voted to retain Kramer Levin as its bankruptcy counsel, subject to Court approval.  The Creditors' Committee believes that Kramer Levin's extensive experience in corporate reorganizations, both out of court and under Chapter 11 of the Bankruptcy Code, makes it well qualified to represent the Creditors' Committee in these Chapter 11 Cases in an efficient and timely manner.  Thus, the Creditors' Committee decided to retain Kramer Levin as the Creditors' Committee's proposed bankruptcy counsel during these Chapter 11 Cases.

### Rate Structure

6. Kramer Levin has informed the Creditors' Committee that its rates for bankruptcy representations are consistent with and comparable to the rates Kramer Levin charges for non-bankruptcy representations.  Kramer Levin has informed the Creditors' Committee that its current hourly rates apply to non-bankruptcy services, if any, provided by the Firm, unless a contingent fee, mixed contingent fee, flat fee, or blended rate arrangement is agreed upon.

### Cost Supervision

7. The Creditors' Committee will approve any prospective budget and staffing plan provided by Kramer Levin, recognizing that, in the course of large Chapter 11 cases like these Chapter 11 Cases, it is possible that there may be a number of unforeseen fees and expenses that will need to be addressed by the Creditors' Committee and Kramer Levin.  I further recognize that it is the Creditors' Committee's responsibility to closely monitor the billing practices of their professionals to ensure the fees and expenses paid by the estates remain consistent with the Creditors' Committee's expectations and the exigencies of the Chapter 11 Cases.  The Creditors'

Committee will continue to review the invoices that Kramer Levin regularly submits, and, together with Kramer Levin, periodically amend any budget and staffing plans, as the case develops.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: April 23, 2020

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

By: */s/ Jennifer Rochon*
Jennifer Rochon on behalf of Girl Scouts of the United States of America in its capacity as Chair of the Official Committee of Unsecured Creditors of Boy Scouts of America and Delaware BSA, LLC