## Exhibit B

**Gwynne Declaration**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) (Jointly Administered) |
| Debtors. | |

### DECLARATION OF KURT F. GWYNNE, ESQUIRE, A PARTNER OF REED SMITH LLP, PURSUANT TO 28 U.S.C. § 1746(2), FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014(a) AND LOCAL BANKRUPTCY RULE 2014-1

I, KURT F. GWYNNE, ESQUIRE, declare as follows:

1.      I am a partner in the law firm of Reed Smith LLP ("Reed Smith").  As such, I am duly authorized to execute this Declaration on behalf of Reed Smith.

2.      I am an attorney at law, duly admitted to practice law in the State of Delaware, the State of New York, the Commonwealth of Pennsylvania, the State of New Jersey, the United States Supreme Court, the United States Court of Appeals for the Third Judicial Circuit, the United States District Court for the District of Delaware, the United States District Courts for the Southern and Eastern Districts of New York, the United States District Court for the District of New Jersey, the United States District Courts for the Eastern and Western Districts of Pennsylvania, the United States District Court for the Northern District of Texas, the United States District Court for the Eastern District of Michigan, and the United States District Court for the Central District of Illinois.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

3.      I submit this Declaration in support of the Application of the Official Committee of Unsecured Creditors (the "Creditors' Committee") to Employ Reed Smith LLP, *Nunc Pro Tunc* as of March 9, 2020, as Delaware Counsel for the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 328(a) and 1103(a) and Federal Rule of Bankruptcy Procedure 2014 (the "Application").

4.      As set forth below, neither I, Reed Smith, nor any partner or associate thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors' estates in the matters upon which Reed Smith is to be engaged.

5.      Neither I, Reed Smith, nor any of its partners or associates, insofar as I have been able to ascertain:

> (i)      is a creditor of the Debtors, equity security holder, or insider of any of the Debtors;
>
> (ii)      is or was, within two years before the date of the filing of the petition, a director, officer, or employee of the Debtors; or
>
> (iii)      have an interest materially adverse to the interest of the estate or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

6.      From and after January 1, 2018, neither Reed Smith nor I have any "connections," as contemplated within Fed. R. Bankr. P. 2014(a), to the parties in interest listed on Exhibit 1, except as described in Exhibit 2 to this Declaration.

7.      Based on the foregoing, to the best of my knowledge, Reed Smith is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14).

8.      To check and clear potential conflicts of interest related to the Debtors' bankruptcy cases (the "Cases"), Reed Smith researched its client database, to determine whether Reed Smith had any relationships with the following entities:

  a. Debtors
  b. Current and Former Directors and Officers of the Debtors
  c. Non-Debtor Affiliates
  d. Selected Chartered Organizations
  e. Local Councils
  f. Secured Parties
  g. Banks
  h. Credit Card Processors
  i. Insurers
  j. Landlords
  k. Litigation Parties
  l. Professionals to be Retained by the Debtors
  m. Professionals Representing Certain Parties in Interest
  n. Ordinary Course Professionals
  o. Tort Claimants' Committee
  p. Unsecured Creditors' Committee
  q. Top 25 Plaintiffs' Law Firms Representing the Largest Number of Abuse Victims Asserting Claims Against the Debtors
  r. Top 30 General Unsecured Creditors of the Debtors (Non-Abuse Claims)
  s. Deferred Compensation and Restoration Plan Participants
  t. Significant Contract Counterparties
  u. Significant Customers
  v. Significant Donors
  w. Significant Vendors
  x. Significant Taxing Authorities
  y. Significant Utility Providers
  z. U.S. Trustee, Judges, and Court Contacts for the District of Delaware

A list of each of the entities searched as part of Reed Smith's conflict check is attached as Exhibit 1.

   9. Attached as Exhibit 2 is a list of entities from Exhibit 1 with which Reed Smith has or had a "connection" from January 1, 2018, to the present. At any time from January 1, 2018 to the present, Reed Smith represents, has represented, is adverse to, or has been adverse to, the entities on Exhibit 2 as explained therein under the column entitled "Nature of

Connection with Reed Smith LLP."[2]  Reed Smith has not represented any creditor or other entity listed in Exhibit 2 in any matter related to these Cases.  In addition, Reed Smith may continue to represent other entities listed on Exhibit 2 in matters unrelated to these Cases.

10.     No entity listed in Exhibit 2 accounted for 1% or more of Reed Smith's 2019 annual revenue.

11.     As indicated in Exhibit 2, Reed Smith represents JPMorgan Chase Bank, N.A. or its affiliates ("JPMC") in matters unrelated to these Cases.  As JPMC is the Collateral Agent and lender under (i) that certain Third Amended and Restated Security Agreement dated as of March 21, 2019 (the "Prepetition Security Agreement (2019)"); and (ii) that certain Consent and Security Agreement dated as of February 3, 2020 (the "Prepetition Security Agreement (2020)"), and may have other interests in these Cases, I am informed that Reed Smith sought and received a waiver of potential conflicts from JPMC.

12.     JPMC has waived potential and actual conflicts that might arise from Reed Smith's representation of the Creditors' Committee subject to certain limitations.  Specifically, JPMC lawyers in Reed Smith who normally work on JPMC matters (except Kurt F. Gwynne and Katelin A. Morales) will not participate in the Creditors' Committee representation.  In addition, the waiver does not extend to any actual "Litigation" with JPMC (including its affiliates, agents, directors and employees) arising out of these Cases, meaning arbitration, adversary proceedings, alternative dispute resolution, or other litigation process where Reed Smith is directly adverse to JPMC and asserts any claim to (i) damages or a money judgment; (ii) the avoidance, disallowance, or subordination of a JPMC claim or lien, including without limitation any

---

[2]  Although Exhibit 2 indicates that the entities set forth therein are current client or current adverse parties, some of those matters may have concluded in 2018.

challenge as to the extent, validity, priority, enforceability or perfection of JPMC's collateral or JPMC's right to payment or other rights under any loan documents or other agreements; (iii) to foreclose or judicially enforce a lien where JPMC has a senior or junior lien on the property that is the subject of the foreclosure or judicial enforcement; and (iv) any subpoena, deposition, document production request, or other discovery against JPMC personnel or JPMC records; provided, however, that Reed Smith may investigate JPMC's liens and priority thereof, the amount of JPMC's claims and any claims against JPMC, and may defend any motion or relief sought by JPMC. If the matter ever involves Litigation with JPMC, Reed Smith will not represent the Creditors' Committee (or JPMC) in such Litigation.

13.     Under the terms of this waiver, Reed Smith will be able to act as Delaware counsel in a contested matter adverse to JPMC.

14.     Reed Smith is an international law firm with more than 1,600 attorneys in 30 offices on several continents. Despite Reed Smith's efforts to identify and disclose Reed Smith's connections with parties-in-interest in these Cases, Reed Smith is unable to state with certainty that every relevant client connection has been disclosed due to the size of Reed Smith and the fact that the Debtors have many creditors and other parties in interest. If Reed Smith discovers any additional connections, Reed Smith will file a supplemental disclosure with the Court. In addition, to the extent that a conflict arises with respect to a current client, the Creditors' Committee may retain conflicts counsel.

15.     No agreement or understanding exists between Reed Smith or any other person for any division or sharing of compensation which is prohibited by statute.

16.     In accordance with its billing practices in both bankruptcy and non-bankruptcy matters, Reed Smith will bill at its normal hourly rates, plus office services, advances, and

expenses, subject to the approval of the Court.  Reed Smith periodically raises its hourly rates, usually in January, and reserves its right to do so in these Cases.

17.      The regular hourly rates for Reed Smith's paralegals, associates, counsel, and partners are as follows: $120 to $565 for paralegals; $290 to $980 for associates, $515 to $1,125 for counsel, and $630 to $1,135 for partners.  The hourly rates for the paralegal and attorneys that will be primarily responsible for Reed Smith's representation of the Creditors' Committee are as follows:

| Paralegals: | John B. Lord | $400.00/hr. |
| Associates: | Katelin A. Morales | $465.00/hr. |
| Partners: | Kurt F. Gwynne | $990.00/hr. |

18.      As these Cases proceed, additional Reed Smith partners, associates, counsel, and paralegals may be assigned to work on these cases.  To the fullest extent possible, lawyers having the requisite expertise who already have knowledge with respect to these areas and/or the matter involved will be assigned to these cases so that duplication of efforts is avoided. Consistent with the ranges of hourly rates described above, the hourly rates of the other Reed Smith partners, associates, counsel, and paralegals that hereafter act for the Creditors' Committee may be higher or lower than those of the persons presently assigned to this matter.

19.      The hourly rates set forth above are Reed Smith's regular hourly rates billed to and paid by existing bankruptcy and non-bankruptcy clients for work of this nature.  These rates are set at a level designed to fairly compensate Reed Smith for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses.  In addition to the hourly rates, it is Reed Smith's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case, including, among other things, mass mailing postage,

messenger and express mail charges, special or hand delivery charges, photocopying charges, filing fees, travel expenses, expenses for "working meals," the catering of meetings and business meetings, computerized research, transcription costs, as well as non-ordinary overhead expenses such as late night transportation, where necessary to meet deadlines or client expectations.  Reed Smith will charge the Debtors' estates for the expenses incurred by Reed Smith on behalf of the Creditors' Committee in a manner and at rates consistent with charges made generally to Reed Smith's other clients and in a manner consistent with the Local Bankruptcy Rules.

20.     Reed Smith has not shared or agreed to share any compensation received in these Cases with any other entity other than its partners and associates and no promises have been received by Reed Smith or any partner or associate as to compensation in connection with these Cases, other than in accordance with the provisions of the Bankruptcy Code.

21.     Pursuant to the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013 (the "UST Guidelines"), I make the following disclosures:

    a.    Reed Smith did not agree to a variation of its standard or customary billing arrangements for this engagement;

    b.    None of the professionals included in this engagement have varied their rate based upon the geographic location of these Cases;

    c.    The Creditors' Committee retained Reed Smith after the petition date, so Reed Smith did not represent the Creditors' Committee in the 12 months pre-petition; and

    d.    Reed Smith expects to develop a prospective budget and staffing plan to reasonably comply with the U.S. Trustee's request for information and additional disclosures, as to which Reed Smith reserves all rights.  The Creditors' Committee has approved Reed Smith's proposed hourly billing rates.  The Reed Smith attorneys staffed on this engagement, subject to modification depending upon further development, are set forth above in paragraph 17.

22.     By reason of the foregoing, I believe that Reed Smith is eligible for employment and retention by the Creditors' Committee pursuant to 11 U.S.C. §§ 1103 and 328 and Bankruptcy Rule 2014(a).

23.     Reed Smith has not received any retainer for the services Reed Smith will perform in these Cases.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  April 23, 2020

FOR REED SMITH LLP


*/s/ Kurt F. Gwynne*
Kurt F. Gwynne, Esquire (No. 3951)

**EXHIBIT 1**

**PARTIES IN INTEREST**

**List of Schedules**

| **Schedule** | **Category** |
| --- | --- |
| 1(a) | Debtors |
| 1(b) | Current and Former Directors and Officers of the Debtors |
| 1(c) | Non-Debtor Affiliates |
| 1(d) | Selected Chartered Organizations |
| 1(e) | Local Councils |
| 1(f) | Secured Parties |
| 1(g) | Banks |
| 1(h) | Credit Card Processors |
| 1(i) | Insurers |
| 1(j) | Landlords |
| 1(k) | Litigation Parties |
| 1(l) | Professionals to be Retained by the Debtors |
| 1(m) | Professionals Representing Certain Parties in Interest |
| 1(n) | Ordinary Course Professionals |
| 1(o) | Tort Claimants Committee |
| 1(p) | Unsecured Creditors Committee |
| 1(q) | Top 25 Plaintiffs' Law Firms Representing the Largest Number of Abuse Victims Asserting Claims Against the Debtors |
| 1(r) | Top 30 General Unsecured Creditors of the Debtors (Non-Abuse Claims) |
| 1(s) | Deferred Compensation and Restoration Plan Participants |
| 1(t) | Significant Contract Counterparties |
| 1(u) | Significant Customers |
| 1(v) | Significant Donors |
| 1(w) | Significant Vendors |
| 1(x) | Significant Taxing Authorities |
| 1(y) | Significant Utility Providers |
| 1(z) | U.S. Trustee, Judges, and Court Contacts for the District of Delaware |

## Schedule 1(a)

### Debtors

Boy Scouts of America
Delaware BSA, LLC

## Schedule 1(b)

### Current and Former Directors and Officers of the Debtors

Al Lambert
Alison K. Schuler
Arthur F. "Skip" Oppenheimer
Aubrey Harwell
Brad Haddock
Bradley D. Tilden
Bray B. Barnes
C. David Moody
Charles H. Smith
Charles W. Dahlquist
Craig Fenneman
D. Kent Clayburn
Dan Ownby
Daniel  Cabela
David Biegler
David L. Steward
David M. Clark
David Rumbarger
David S. Alexander
Dennis H. Chookaszian
Devang Desai
Dominic Wolters
Doug  Mitchell
Douglas H. Dittrick
Doyle Parrish
Drayton McLane Jr.
E. Gordon Gee
Ellie Morrison
Eric Schultz
Erin Eisner
Forrest Gertin
Francis McAllister
Frank D. Tsuru
Frank Ramirez

Fred Markham
Gary Crum
Gary E. Wendlandt
Glenn Adams
Hannah Carter
Hector A. "Tico" Perez
Howard Bulloch
J. Brett Harvey
Jack Furst
Jack Otto
James D. Rogers
James S. Turley
James S. Wilson
Janice Bryant Howroyd
Jeanette Prenger
Jeanne Arnold
Jeffrey R. Holland
Jennifer Hancock
Jim Ryffel
Joe Crafton
John C. Cushman
John Gottschalk
John Mosby
John R. Donnell Jr.
Jose  Nino
Joseph P Landy
Joy Jones
Keith A. Clark
L.B. Eckelkamp Jr.
Lisa Argyros
Lyle Knight
Mark Logemann
Matthew K. Rose
Matthew Parsons

Michael Ashline
Michael E. Sears
Michael G. Hoffman
Michael Surbaugh
Nathan O. Rosenberg
Nevada "Al" Kent
Pamela Petterchak
Patrick Sterrett
Paul Raines
Philip M. Condit
Pratik Vaidya
Ralph de la Vega
Randall Stephenson
Ray Capp
Raymond Johns
Rex W. Tillerson
Rick Cronk
Robert H. Reynolds
Robert M. Gates
Roger C. Mosby
Ron  Kirk
Ronald O. Coleman
Roy S. Roberts
Scott Christensen
Scott Sorrels
Scott W. Beckett
Stephen Owen
Steven E. Weekes
Steven Rendle
Tanya Acker
Thear Suzuki

Thomas C. Edwards
Thomas S. Monson
Thomas Yarboro
Wayne Perry
Wesley Coleman
Wesley J. Smith
William Rosner
William W. Stark Jr.

## Schedule 1(c)

### Non-Debtor Affiliates

Arrow WV, Inc.
Atikaki Youth Ventures Inc.
Atikokan Youth Ventures Inc.
BSA Asset Management, LLC
BSA Commingled Endowment Fund, LP
BSA Endowment Master Trust
Learning for Life
National Boy Scouts of America Foundation
NewWorld19, LLC
Texas BSA, LLC

## Schedule 1(d)

### Selected Chartered Organizations[1]

All Saints R.C. Church
Archdiocese of New York
Audubon Baptist Church
Beech Haven Baptist Church
Big Cross Elementary School
Bishop Turner High School
Calasanctius School of Buffalo
Canisius High School of Buffalo
Capuchin Franciscans
Capuchin Franciscans Custody of Star of
    The Sea
Capuchin Franciscans Province of St. Mary
Carmel of The Immaculate Concepcion
Cascade Charter Township
Church of The Holy Innocents
City of Bloomingdale
Corporation of the President of the Church
    of Jesus Christ of Latter-Day Saints
Country Farm Supply
Diocese of Brooklyn
Diocese of Buffalo
Discalced Carmelite Nuns (O.C.D.) A.K.A.
    Order of Discalced Carmelites
First Baptist Church of Athens
First Baptist Church of Danville D/B/A Boy
    Scout Troop 354
First Baptist Church of Gainesville
Glens Falls City School District
Greek Orthodox Archdiocese of America
Green Acres Baptist Church
Holy Family Church
Holy Family R.C. Church
House of Hope Presbyterian Church
Immaculate Conception R.C. Church
Louisville Metro Police Department, City of
    Louisville, Jefferson County / Louisville
    Consolidated Government
Mohawk District of The Northern New York
    Annual Conference of The Methodist
    Episcopal Church of New York

Monastery of Christ In The Desert
Our Lady of Lourdes Catholic School
Our Savior Lutheran Church
Queen of Peace R.C. Church
Reformation Lutheran Church
Regis High School
Roman Catholic Archbishop of Agana
Roman Catholic Archdiocese of New York,
    Archdiocese of New York
Roman Catholic Parish of St. Frances
    Xavier Cabrini, Rochester NY (Formerly
    "Church of The Annunciation Of
    Rochester, New York"), a Religious
    Corporation
Sacred Heart - Espanola
Saint John The Baptist Church
School Sisters of Notre Dame Central
    Pacific Province, Inc.
School Sisters of Notre Dame, Region of
    Guam
Silver Springs Shores Presbyterian Church,
    Inc.
Society of Jesus, USA-Northeast Province
    A/K/A The Jesuits
St. Ambrose Church
St. Benedict Joseph Labre Church
St. Benedict Joseph Labre School
St. Brigid's R.C. Church
St. Catherine's Roman Catholic Church
St. Catherine's Roman Catholic Church
    School
St. Demetrios Greek Orthodox Church
St. Francis of Assisi Roman Catholic
    Church
St. Francis Xavier Church
St. Helena Parish
St. John Gualbert R.C. Church
St. John Vianney R.C. Church
St. Josephats R.C. Church
St. Nicholas of Tolentine

---

[1] There are approximately 41,000 chartered organizations. This list only includes those charted organizations known by the Debtors to be implicated in abuse claims with the BSA.

St. Paul's R.C. Church
St. Pius V
St. Pius X Catholic Church of Rochester,
    Minnesota
St. Teresa Parish A/K/A Church of St.
    Teresa of The Infant Jesus
St. Teresa R.C. Church
The Blessed Trinity R.C. Church
The Diocese of Rochester (A/K/A "Roman
    Catholic Diocese of Rochester"), A
    Religious Corporation
The Foundation of The Roman Catholic
    Diocese of Buffalo N.Y., Inc.
The Pingry School
The Roman Catholic Diocese of Syracuse
The Roman Catholic Diocese of Syracuse,
    NY
The School Sisters Of Notre Dame,
    Milwaukee Province, Inc.
Town of Deerfield
Town of Trumbull
University Heights Presbyterian Church
USA Northeast Province of The Society of
    Jesus
Weedsport Central School District

Weedsport Central School District Board of
    Education

## Schedule 1(e)

### Local Councils

Boy Scouts of America Abraham Lincoln Council

Boy Scouts of America Alabama-Florida Council

Boy Scouts of America Alameda Council

Boy Scouts of America Alamo Area Council

Boy Scouts of America Allegheny Highlands Council

Boy Scouts of America Aloha Council

Boy Scouts of America Andrew Jackson Council

Boy Scouts of America Anthony Wayne Area Council

Boy Scouts of America Arbuckle Area Council

Boy Scouts of America Atlanta Area Council

Boy Scouts of America Baden-Powell Council

Boy Scouts of America Baltimore Area Council

Boy Scouts of America Bay Area Council

Boy Scouts of America Bay-Lakes Council

Boy Scouts of America Black Hills Area Council

Boy Scouts of America Black Swamp Area Council

Boy Scouts of America Black Warrior Council

Boy Scouts of America Blackhawk Area Council

Boy Scouts of America Blue Grass Council

Boy Scouts of America Blue Mountain Council

Boy Scouts of America Blue Ridge Council

Boy Scouts of America Blue Ridge Mountains Council

Boy Scouts of America Buckeye Council

Boy Scouts of America Buckskin Council

Boy Scouts of America Bucktail Council

Boy Scouts of America Buffalo Trace Council

Boy Scouts of America Buffalo Trail Council

Boy Scouts of America Caddo Area Council

Boy Scouts of America Calcasieu Area Council

Boy Scouts of America California Inland Empire Council

Boy Scouts of America Cape Cod And Islands Council

Boy Scouts of America Cape Fear Council

Boy Scouts of America Capitol Area Council

Boy Scouts of America Cascade Pacific Council

Boy Scouts of America Catalina Council

Boy Scouts of America Central Florida Council

Boy Scouts of America Central Georgia Council

Boy Scouts of America Central Minnesota Council

Boy Scouts of America Central North Carolina Council

Boy Scouts of America Chattahoochee Council

Boy Scouts of America Cherokee Area Council

Boy Scouts of America Chester County Council

Boy Scouts of America Chickasaw Council

Boy Scouts Of America Chief Cornplanter Council

Boy Scouts of America Chief Seattle Council

Boy Scouts of America Chippewa Valley Council

Boy Scouts of America Choctaw Area Council

Boy Scouts of America Cimarron Council

Boy Scouts of America Circle Ten Council

Boy Scouts of America Coastal Carolina Council

Boy Scouts of America Coastal Georgia Council

Boy Scouts of America Colonial Virginia Council

Boy Scouts of America Columbia-Montour Council

Boy Scouts of America Connecticut Rivers Council

Boy Scouts of America Connecticut Yankee Council

Boy Scouts of America Conquistador Council

Boy Scouts of America Cornhusker Council

Boy Scouts of America Coronado Area Council

Boy Scouts of America Cradle Of Liberty Council

Boy Scouts of America Crater Lake Council

Boy Scouts of America Crossroads Of America Council

Boy Scouts of America Dan Beard Council

Boy Scouts of America Daniel Boone Council

Boy Scouts of America Daniel Webster Council

Boy Scouts of America De Soto Area Council

Boy Scouts of America Del-Mar-Va Council

Boy Scouts of America Denver Area Council

Boy Scouts of America East Carolina Council

Boy Scouts of America East Texas Area Council

Boy Scouts of America Erie Shores Council

Boy Scouts of America Evangeline Area Council

Boy Scouts of America Far East Council

Boy Scouts of America Five Rivers Council

Boy Scouts of America Flint River Council

Boy Scouts of America French Creek Council

Boy Scouts of America Gamehaven Council

Boy Scouts of America Garden State Council

Boy Scouts of America Gateway Area Council

Boy Scouts of America Georgia-Carolina Council

Boy Scouts of America Glacier's Edge Council

Boy Scouts of America Golden Empire Council

Boy Scouts of America Golden Spread Council

Boy Scouts of America Grand Canyon Council

Boy Scouts of America Grand Columbia Council

Boy Scouts of America Grand Teton Council

Boy Scouts of America Great Alaska Council

Boy Scouts of America Great Rivers Council

Boy Scouts of America Great Salt Lake Council

Boy Scouts of America Great Smoky Mountain Council

Boy Scouts of America Great Southwest Council

Boy Scouts of America Great Trail Council

Boy Scouts of America Greater Alabama Council

Boy Scouts of America Greater Los Angeles Area Council

Boy Scouts of America Greater New York Council

Boy Scouts of America Greater Niagara Frontier Council

Boy Scouts of America Greater St. Louis Area Council

Boy Scouts of America Greater Tampa Bay Area Council

Boy Scouts of America Greater Wyoming Council

Boy Scouts of America Greater Yosemite Council

Boy Scouts of America Green Mountain Council

Boy Scouts of America Greenwich Council

Boy Scouts of America Gulf Coast Council
Boy Scouts of America Gulf Stream Council
Boy Scouts of America Hawk Mountain Council
Boy Scouts of America Hawkeye Area Council
Boy Scouts of America Heart Of America Council
Boy Scouts of America Heart Of New England Council
Boy Scouts of America Heart Of Virginia Council
Boy Scouts of America Hoosier Trails Council
Boy Scouts of America Housatonic Council
Boy Scouts of America Hudson Valley Council
Boy Scouts of America Illowa Council
Boy Scouts of America Indian Nations Council
Boy Scouts of America Indian Waters Council
Boy Scouts of America Inland Northwest Council
Boy Scouts of America Iroquois Trail Council
Boy Scouts of America Istrouma Area Council
Boy Scouts of America Jayhawk Area Council
Boy Scouts of America Jersey Shore Council
Boy Scouts of America Juniata Valley Council
Boy Scouts of America Katahdin Area Council
Boy Scouts of America La Salle Council
Boy Scouts of America Lake Erie Council
Boy Scouts of America Las Vegas Area Council
Boy Scouts of America Last Frontier Council
Boy Scouts of America Laurel Highlands Council
Boy Scouts of America Leatherstocking Council

Boy Scouts of America Lincoln Heritage Council
Boy Scouts of America Long Beach Area Council
Boy Scouts of America Longhorn Council
Boy Scouts of America Longhouse Council
Boy Scouts of America Longs Peak Council
Boy Scouts of America Los Padres Council
Boy Scouts of America Louisiana Purchase Council
Boy Scouts of America Marin Council
Boy Scouts of America Mason-Dixon Council
Boy Scouts of America Mayflower Council
Boy Scouts of America Mecklenburg County Council
Boy Scouts of America Miami Valley Council
Boy Scouts of America Michigan Crossroads Council
Boy Scouts of America Mid-America Council
Boy Scouts of America Middle Tennessee Council
Boy Scouts of America Mid-Iowa Council
Boy Scouts of America Midnight Sun Council
Boy Scouts of America Minsi Trails Council
Boy Scouts of America Mississippi Valley Council
Boy Scouts of America Mobile Area Council
Boy Scouts of America Monmouth Council
Boy Scouts of America Montana Council
Boy Scouts of America Moraine Trails Council
Boy Scouts of America Mount Baker Council
Boy Scouts of America Mount Diablo Silverado Council
Boy Scouts of America Mountaineer Area Council
Boy Scouts of America Muskingum Valley Council
Boy Scouts of America Narragansett Council

Boy Scouts of America National Capital Area Council

Boy Scouts of America Nevada Area Council

Boy Scouts of America New Birth Of Freedom Council

Boy Scouts of America North Florida Council

Boy Scouts of America Northeast Georgia Council

Boy Scouts of America Northeast Illinois Council

Boy Scouts of America Northeast Iowa Council

Boy Scouts of America Northeastern Pennsylvania Council

Boy Scouts of America Northern Lights Council

Boy Scouts of America Northern New Jersey Council

Boy Scouts of America Northern Star Council

Boy Scouts of America Northwest Georgia Council

Boy Scouts of America Northwest Texas Council

Boy Scouts of America Norwela Council

Boy Scouts of America Occoneechee Council

Boy Scouts of America Ohio River Valley Council

Boy Scouts of America Old Hickory Council

Boy Scouts of America Old North State Council

Boy Scouts of America Orange County Council

Boy Scouts of America Oregon Trail Council

Boy Scouts of America Ore-Ida Council

Boy Scouts of America Overland Trails Council

Boy Scouts of America Ozark Trails Council

Boy Scouts of America Pacific Harbors Council

Boy Scouts of America Pacific Skyline Council

Boy Scouts of America Palmetto Council

Boy Scouts of America Pathway To Adventure Council

Boy Scouts of America Patriots' Path Council

Boy Scouts of America Pee Dee Area Council

Boy Scouts of America Pennsylvania Dutch Council

Boy Scouts of America Piedmont Council

Boy Scouts of America Pikes Peak Council

Boy Scouts of America Pine Burr Area Council

Boy Scouts of America Pine Tree Council

Boy Scouts of America Pony Express Council

Boy Scouts of America Potawatomi Area Council

Boy Scouts of America Prairielands Council

Boy Scouts of America Puerto Rico Council

Boy Scouts of America Pushmataha Area Council

Boy Scouts of America Quapaw Area Council

Boy Scouts of America Quivira Council

Boy Scouts of America Rainbow Council

Boy Scouts of America Redwood Empire Council

Boy Scouts of America Rio Grande Council

Boy Scouts of America Rip Van Winkle Council

Boy Scouts of America Rocky Mountain Council

Boy Scouts of America Sagamore Council

Boy Scouts of America Sam Houston Area Council

Boy Scouts of America Samoset Council

Boy Scouts of America San Diego-Imperial Council

Boy Scouts of America San Francisco Bay Area Council

Boy Scouts of America Santa Fe Trail Council

Boy Scouts of America Seneca Waterways Council
Boy Scouts of America Sequoia Council
Boy Scouts of America Sequoyah Council
Boy Scouts of America Shenandoah Area Council
Boy Scouts of America Silicon Valley Monterey Bay Council
Boy Scouts of America Simon Kenton Council
Boy Scouts of America Sioux Council
Boy Scouts of America Snake River Council
Boy Scouts of America South Florida Council
Boy Scouts of America South Georgia Council
Boy Scouts of America South Plains Council
Boy Scouts of America South Texas Council
Boy Scouts of America Southeast Louisiana Council
Boy Scouts of America Southern Sierra Council
Boy Scouts of America Southwest Florida Council
Boy Scouts of America Spirit Of Adventure Council
Boy Scouts of America Stonewall Jackson Area Council
Boy Scouts of America Suffolk County Council
Boy Scouts of America Susquehanna Council
Boy Scouts of America Suwannee River Area Council
Boy Scouts of America Tecumseh Council
Boy Scouts of America Texas Southwest Council
Boy Scouts of America Texas Trails Council
Boy Scouts of America Theodore Roosevelt Council
Boy Scouts of America Three Fires Council
Boy Scouts of America Three Harbors Council
Boy Scouts of America Three Rivers Council

Boy Scouts of America Tidewater Council
Boy Scouts of America Transatlantic Council
Boy Scouts of America Trapper Trails Council
Boy Scouts of America Tukabatchee Area Council
Boy Scouts of America Tuscarora Council
Boy Scouts of America Twin Rivers Council
Boy Scouts of America Twin Valley Council
Boy Scouts of America Utah National Parks Council
Boy Scouts of America Ventura County Council
Boy Scouts of America Verdugo Hills Council
Boy Scouts of America Voyageurs Area Council
Boy Scouts of America W.D. Boyce Council
Boy Scouts of America Washington Crossing Council
Boy Scouts of America West Tennessee Area Council
Boy Scouts of America Westark Area Council
Boy Scouts of America Westchester-Putnam Council
Boy Scouts of America Western Los Angeles County Council
Boy Scouts of America Western Massachusetts Council
Boy Scouts of America Westmoreland-Fayette Council
Boy Scouts of America Winnebago Council
Boy Scouts of America Yocona Area Council
Boy Scouts of America Yucca Council

## Schedule 1(f)

### Secured Parties

AT&T Capital Services, Inc.
AT&T Corp
Automation Tools, LLC
CIT Bank, N.A.
Datamax, Inc.
EverBank Commercial Finance, Inc.
Firebird Structures, LLC
Giant Bicycle, Inc.
HYG Financial Services, Inc.
ImageNet Consulting, LLC
Insight Investments, LLC
JPMorgan Chase Bank, N.A.
Kaufman Fire Protection Systems, Inc.
Key Equipment Finance
Key Equipment Finance, a Division of KeyBank National Association
Konica Minolta Premier Finance
MB Financial Bank, N.A.
Raymond Leasing Corp
TCF Equipment Finance, Inc.
The Chase Manhattan Bank
The "Green Bar Bill" Hillcourt Foundation
The "Green Bar Bill" Hillcourt Foundation, C/O Winstead PC
TIAA Commercial Finance, Inc.
UniFi Equipment Finance, Inc.
Veristor Capital, LLC
Wells Fargo Financial Leasing, Inc.

## Schedule 1(g)

### Banks

Banco Popular
Bank of America
BB&T
Blackrock
Charles Schwab
CIBC - First Caribbean Bank
Federated Bank
Fidelity Investments
Fifth Third Bank
First Bank - Virgin Islands
First State Bank
Goldman Sachs
InBank
JPMorgan Chase
Merrill Lynch, Pierce, Fenner & Smith, Inc.
Northern Trust Corporation
PNC Bank
RBC Bank
Regions Bank
Scotiabank
State Street Bank
TD Bank
US Bank
Wells Fargo & Company

## Schedule 1(h)

### Credit Card Processors

American Express
Authorize.net
Bank of America Merchant Services
Card Connect
Discover
Dynamic Payments
Global Payments Inc.
JPMorgan Chase Bank, N.A.
Mastercard
Moneris
Opticard
Paymentech, LLC
PayPal, Inc.
Shift4
Stripe (Shopify)
TSYS/Cayan
Valutec
Visa
Wells Fargo
Wild Apricot

## Schedule 1(i)

### Insurers

Ace Insurance Group
Aetna Casualty and Surety Company
Agricultural Excess & Surplus Insurance
    Company
Agricultural Insurance Company
AIG
Allianz Global Corporate & Specialty SE
Allianz Global Risks US Insurance
    Company
Allianz Insurance Company
Allianz Societas Europaea
Allied World Assurance Co.
Allied World Assurance Company (U.S.),
    Inc.
Allied World Assurance Company, Ltd
Alterra Excess & Surplus Insurance
    Company
American Guarantee and Liability Insurance
    Company
American International Group, Inc.
American Re-Insurance Company
American Zurich Insurance Company
Arch Capital Group (U.S.)
Arch Insurance Company
Arch Reinsurance Ltd.
Argo Group International Holdings, Ltd
Argonaut Insurance Company
Argonaut Insurance Group
Arrowood Indemnity Company
Arrowpoint Capital Corp.
Aspen Insurance Holdings Limited
Ategrity Specialty
Ategrity Specialty Insurance Company
AXA Insurance Company
AXA XL
Axis Capital Holdings Limited
Axis Insurance Company
Axis Specialty Insurance Company
Axis Surplus Insurance Company
Beazley Insurance Company, Inc.
Berkley Insurance Company
Berkshire Hathaway Insurance Group
California Union Insurance Company

Catlin Underwriting Agencies Limited
Century Indemnity Company
Chubb Atlantic Indemnity Ltd.
Chubb Custom Insurance Company
Chubb Executive Risk
Chubb Group of Insurance Companies
Cincinnati Specialty Underwriters Insurance
    Company
Clarendon America Insurance Company
Clarendon National Insurance Company
CNA Insurance Companies
Colony Insurance Company
Columbia Casualty Company
Continental Insurance Company
Endurance American Insurance Company
Endurance American Specialty Insurance
    Company
Enstar Group Limited
Euclid Insurance Services, Inc.
Evanston Insurance Company
Everest National Insurance Company
Everest Re Group
Fairfax (US) Inc.
Fairfax Financial (USA) Group
Federal Insurance Company
Fireman's Fund Insurance Companies
First Specialty Insurance Corporation
First State Insurance Company
Gemini Insurance Company
General Star Indemnity Company
Great American
Great American Assurance Company
Great American E & S Insurance Company
Great American Property and Casualty
    Insurance Group
Gulf Insurance Company
Hallmark Specialty Insurance Company
Harbor Insurance Company
Hartford Accident and Indemnity Company
Houston Casualty Company
Indemnity Insurance Company of North
    America
Indian Harbor Insurance Company

Industrial Indemnity
Industrial Insurance Company of Hawaii
Insurance Company of North America
Insurance Company of the State of
    Pennsylvania (The)
International Insurance Company
Interstate Fire & Casualty Company
Landmark Insurance Company
Lexington Insurance Company
Liberty Insurance Underwriters, Inc.
Liberty Mutual Insurance Company
Liberty Surplus Insurance Corporation
Lloyd's of London
London Market
Markel American Insurance Company
Markel Corporation Group
Marsh & McLennan Companies
MHBT, a Marsh & McLennan Agency
Munich Re Group
Munich Reinsurance America, Inc.
National Casualty Company
National Surety Corporation
National Union Fire Insurance Company Of
    Pittsburgh, PA
Navigators Group, Inc.
Navigators Insurance Company
Navigators Specialty Insurance Company
Niagara Fire Insurance Company
Normandy Reinsurance Company Limited
Ohio Casualty Insurance Company (The)
Old Republic General Group
Old Republic Insurance Company
Old Republic Insurance Group
Pacific Employers Ins. Company
Pacific Indemnity Company
Property/Casualty Insurance Co. Of
    Hartford
RLI Professional Risk
Royal Indemnity Company
RSUI Group
R-T Specialty
Sompo - Endurance American Insurance
    Company

Sompo Holdings, Inc.
St. Paul Surplus Lines Insurance Company
Starr Indemnity & Liability Company
Starr Specialty
Steadfast Insurance Company
Swiss Re Group
Texas Pacific Indemnity Company
The Hartford Financial Services Group, Inc.
The Hartford Fire
The Hartford Insurance Group
The Hartford Steam Boiler Inspection And
    Insurance Company
The Travelers Companies, Inc.
Traders and Pacific Insurance Company
Travelers (Bermuda) Limited
Travelers Casualty and Surety Company
Travelers Indemnity Company
Twin City Fire Insurance Company
U.S. Fire Insurance Company
Universal Re-Insurance Company Limited
Utica Mutual Insurance Company
W. R. Berkley Corporation
W.R. Berkley Group
Westchester Fire Insurance Company
Westchester Surplus Lines Insurance
    Company
XL Catlin
XL Europe Limited
XL Insurance (Dublin) Ltd.
XL Insurance Company SE
Zurich Financial (USA) Group
Zurich Financial Services Group

## Schedule 1(j)

### Landlords

1040 Avenue of the Americas LLC
IRC Retail Centers

## Schedule 1(k)

## Redacted Litigation Parties[2]



90 Merrick LLC

Aaron Moore
Aaron Yates
ABC Insurance Corporation
Adam Herrington

Aderion Adkisson
Adrian Senentz

Alicia Lifrak

All Saints R.C. Church
Allegheny Highlands Council
Allen Hughes
Aloha Council Chamorro District
Alpine Scout Camp

Andrea Watson
Andrew Aston

Andrew Bloom
Andrew Mannetta
Andrew McMorris

Anita Gettleson
Anna Lee Ingram

Antonia Michelson
Aramark Campus, LLC
Archbishop Christopher Pierre, Apostolic
    Nuncio of The Holy See For The United
    States
Archbishop Timothy Dolan, Archbishop of
    New York
Archdiocese of New York And Our Lady of
    Lourdes Catholic School

---

[2] In accordance with the *Interim Order (I) Authorizing the Debtors' to file (A) a Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) a Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, (III) Authorizing and Approving Procedures for Providing Notice of Commencement, and (IV) Granting Related Relief* [Docket No. 66], in order to protect the identities of certain individuals listed hereon, Reed Smith has redacted such information from the list. Reed Smith is providing an unredacted version of this list to the Court and the Office of the United States Trustee.

Astral Energy, LLC
Atlanta Area Council, Inc.
Attorney(s) ABC and Accountant(S) XYZ

Austin Boley

Austin Fruge'

Baden-Powell Council, Inc.
Baiting Hollow Scout Camp
Barbara Cowles
Beech Haven Baptist Church

Benjamin Cudeck

Betty Boland, as the Administrator of The
    Estate of Ernest Boland
Big Cross Elementary School
Billie Jo Mojoinner
Bishop Turner High School
Blackhawk Area Council of Boy Scouts

Blue Ridge Mountains Council
Board of Trustees of The First Baptist
    Church of Gainesville, Inc.

Bobby C. Jones

Bowmansville Fire Co., Inc.
Boy Scout Troop #50 of Hattiesburg,
    Mississippi
Boy Scout Troop 163
Boy Scout Troop 204 Memphis - Chickasaw
    Council - Thunderbird District
Boy Scout Troop 95
Boy Scout Trust Fund
Boy Scouts 11 of America
Boy Scouts of America - Hiawatha Council
Boy Scouts of America Atlantic Area
    Council Inc.
Boy Scouts of America Atlantic Area
    Council No. 331
Boy Scouts of America Big Apple District
Boy Scouts of America Greater Los Angeles
    Area Council
Boy Scouts of America Pack 494
Boy Scouts of America Phoenix District
    Troop 49
Boy Scouts of America San Diego-Imperial
    Council
Boy Scouts of America Troop 1000 Inc.
Boy Scouts Troop #64
Boy Scouts Troop 460
Brad Ewell

Bradley Schumann
Brandon Wood
Brazen Matson

Brennan Johnston
Brentley Wells

Bretty Bybee

Brian P. Wagner





Bronx Council
Brooklyn Chinese-American Association
Brooklyn Council
Bruce Desandre



Buffalo Trail Council
Buffalo Trail Scout Ranch
Calasanctius School of Buffalo
Caleb Steinhoff
California Inland Empire Council

Camille Travis
Camp Aquehonga
Camp Big Timber
Canisius High School of Buffalo
Capuchin Franciscans
Capuchin Franciscans Custody of Star of
    The Sea
Capuchin Franciscans, Province of St. Mary
Carol Chacon
Carolyn Hemphill
Carrie Stafford
Carroll Township Police Department
Cascade Charter Township
Cascade Pacific Council
Casey Scott
Catholic Cemeteries of Roman Catholic
    Diocese of Buffalo, Inc.
Catholic Health of WNY and its subsidiaries
Cathy Ostrenga
Celeste Rone-Moss



Charles Copeland
Charles Oglesby, Sr.
Charles Stauder
Charlie Bate

Chase Dansereau
Cherokee Area Council, Inc.
Chicago Area Council
Chickasaw Council
Chief of Police Jon Belmar
Chief Seattle Council
Chris Alvelo



Chris Larrabee
Chris McCullough
Christ The King Seminary Fund, Inc.

Christina Vovchuk



Christopher Finks
Christopher Larrabee

Christopher Payne
Christopher Pelletier

Christopher Vogel
Church of The Holy Innocents
Cincinnati Insurance Company
Circle Ten Council
Citizens' Hose Company No. 1 of Dillsburg
    Penna
City of Columbus
City of Louisville
City of Louisville-Jefferson County-
    Louisville Consolidated Government

Clark Martin
Claudius Douglas Mair-Worley
Clayton Historical Society

Clifton Neyrey
CLK/HP 90 Merrick LLC
Clyde Noland

CMR A/S/O Cox Communication
████████
Columbus School District
Complaint and Michigan Crossroads
    Council, Inc.
Connecticut Rivers Council
Connecticut Rivers Council Troops 258 &
    302
Connecticut Yankee Council, Inc.
Connor Cudeck
████████████████████████
██████████████████████
Continental Tire The Americas, LLC
Cornelia Berrocal
Corporation of the President of the Church
    of Jesus Christ of Latter-Day Saints
Country Farm Supply
Cradle of Liberty Boy Scouts of America
█████████████████
Craig Bingham
██████████████████
████████████████████████
████████████████
Ct Yankee Council
Cub Scout Pack 601
Curtis Flaherty
████████████████████
██████████████████████
████████
Dan McGill
Daniel Boone Council Inc.
Daniel Camerano
██████████████████
████████████████
████████████
███████████████████
██████████████████████
████████████████
Daniel P. Sturtzel
Daniel Richardson
██████████████████████
████
████████████████

Daniel Wagner
Daniel Webster Council Inc.
Darla Duarte
David A. Declue
████████████████████
██████████████████████
████████
David Dale
David G. Derrick
David Gomes
David H. Scharf
David K. Buterbaugh
██████████████████████
David Lannes
David McDaniel
██████████████████████
David Michelson
████████████████████████
████████
██████████████████
████████████████████████
████████████
David Silva
██████████████████
████████████████████████
██████████████████████
████████
██████████████████████
██████████████████████
██████████████████████
████████
Debra Schwamberger
Dechaison White
Denis Lane
██████████████████████
Dillsburg Community Fair Association
Dillsburg Lions Club And Dillsburg Boy
    Scout Troop #38
Diocese of Brooklyn
Dolores Snyder
Donald C. Shriver
Donald Grande
Donald J. Hebert



Doug Stevenson

Douglas Nail

Dwight Cable

Eamonn Ferrante
East Meadow Youth Baseball & Softball
    Association
Ed Miller
Eddie Blue
Edgar Riecke

Edward M. Bednarczyk
Edward Perriera

Elijah Knight
Elliott Litz
Elwood Union Free School District
Emely Santos

Emma O'Connor

Eric L. Young, Administrator of The Estate
    of Christopher Alvelo
Eric R. Park
Essex County Council of The Boy Scouts of
    America
Estate of Robert Whitelaw, Deceased
Ethan Fuller
Ethan Rapier

Evan Park Howell, Iii

Evergreen Area Council, Boy Scouts of
    America
Fabian Lopez
Fairfield County Council of Boy Scouts of
    America, Inc.
Fayetteville United Methodist Church

First Baptist Church of Athens
First Baptist Church of Danville D/B/A Boy
    Scout Troop 354
First Baptist Church of Gainesville
Five Rivers Council Inc.
Floodwood Mountain Scout Reservation
    Association, Inc.
Ford Motor Company
Francis (Skip) Toomey II

Frank Pedone



G.A.C.

Gabriel Racine
Gage Wilson
Garden State Council
Gary Ackerman
Gary Carroll

Gary L Strain
Gary Langsdale

George D. McClay

George J. Eberl
Geovanni McClain

Glens Falls City School District
Gloria Garcia
Governor Clinton Council, Inc., Boy Scouts
of America
Grace Gordon
Grand Canyon Council
Great Alaska Council
Great Salt Lake Council
Great Southwest Council
Greater Alabama Council
Greater New York City Councils

Greater Niagara Frontier Council
Greater Niagara Frontier Council #380 of
The Boy Scouts of America
Greater St. Louis Area Council, Boy Scouts
of America, Inc.
Greater Tampa Bay Area Council, Inc.
Greater Yosemite Council, Inc.
Greek Orthodox Archdiocese of America
Green Acres Baptist Church
Greenport Fire Department
Greg Day

Greg Ploski

Guy Rollf
Guy Thomas Buker
Hacker Coverage Dispute
Harley Avenue Primary School

Hawk Mountain Council, Inc., Boy Scouts
of America
Hawkeye Area Council, Boy Scouts of
America, An Iowa Corporation
Heart of America Council
Heart of New England
Heart of Virginia Council, Inc., Boy Scouts
of America
Heath Faucheux
Henry Reinsburrow
Holy Family Church
Holy See Instrumentalities



Holy See, State of Vatican City - The
    Vatican
House of Hope Presbyterian Church

Hudson Valley Council
Hunter Iverson

Ian Simpson

Immaculate Conception R.C. Church
Indian Waters Council Boy Scouts of
    America Inc.
Iroquois Trail Council Inc.
Irwindale Police Department
Istrouma Area Council

J.E. Mathis

Jack Rose

Jacob Nelson

James Gambrell King

James Kennedy

James Potjunas

James Stillwell, Jr.

James T. Grace Jr.

Jane Sutterlin
Janessa Miller
Jarred Pai
Jasiah Marshall

Jason Hofmann

Jason R. Brockman

Jayshawn Brown
Jefferson County
Jefferson County / Louisville Consolidated
    Government
Jeffery Leonard And Individual

Jersey Shore Council
Jesse Bessette

Jessie Tomeo



Joanne Nauheimer (Class Action)
Joanne Nauheimer (Individual)

Joel Shumway
John B. Lowell
John Cimral

John Gruber

John J. Beardsworth, Jr.

John Jones

John Lund

John Richers

Jonathan Dunn

Joseph Alvarado

Joseph F. Snyder

Joseph L. Snyder

Joseph Porter and Gail Porter

Joseph Tetlow

Joshua Goodwin
Joshua P. Christ
Joshua Simpson
Joshua White
Judy Crawford
Julie Hedrick
Julie Schmidt



Kaden Lynch
Kalin Bart Talbott River Road Trust
Kalvin Marshall
Karin Larrabee
Karina Miller

Kathleen Hufford
Kathryn (Katie) Schulze

Keegan Day

Kellie Bogardus

Kenneth Betts

Kent L. Wallace
Kerrie Galvin (Obo Trevor Galvin)

Keystone College
Kimberly Payne
Kincaid Tyas
Kireon D. Pleis

Kristopher Bartee
Kyle Boell

Landon Bassett

Las Vegas Area Council, Inc.
Laurie Buckelew

Lawrence Svrcek
Leanna Stanley
Learning For Life Inc.
Leatherstocking Council
Lebanon Lions Club
Lee Shedroff
Leo Kelly

Lincoln Heritage Council
Linda Davis
Linda Fant
Linda Jensen
Lindsay Bishop
Lisa C. Crocus
Lloyd Bryant

Logan Bogardus
Logan Larrabee
Logan Mackay
Longhouse Council

Louisville Metro Police Department

Luke Bennett

Madison Osborne

Malcolm Boykin
Malmaison District
Manhattan Council, Boy Scouts of America

Marc Anderson
Marco Romero
Marcus Kang
Marcus Mack

Marjorie Bewley
Marjorie Morris

Mark Helser and Jane Doe Helser
Mark Kern

Mark Tibbetts
Mark Tumeo
Mark Vincett

Mathew Zaiss
Matt Day

Matthew Gelhausen
Matthew Inbody
Matthew McClay
Matthew S. Devore
Matthew Teixeira
Matthew Yakaboski

Max Moon
Maya Cann
Mayflower Council

Megan Knoernschild

Micah Hattaway

Michael Frys

Michael Kelsey

Michael Maffetone





Michael Rega

Michael Sandifer

Michelle Delutri
Michigan Crossroads Council, Inc.
Mid-America Council
Middle Tennessee Council

Miles Woolsey
Monastery of Christ In The Desert
Monmouth Council
Monsignor Michael Harrington
Monsignor William Stanton
Montana Council

Mossy Ford, Inc.
Most Reverend Edward U. Kmiec
Most Reverend Henry J. Mansell
Most Reverend Richard J. Malone

New York Greater Councils
Newport Sea Base - Orange County Council
Niagara Frontier Council, Boy Scouts of
    America

Nina Baldinucci
Nipmuck District of the Connecticut Rivers
    Council of The Boy Scouts of America

Nolan Henderson

North Florida Council
Northeast Georgia Council, Inc.
Northeastern Pennsylvania Council
Northern New Jersey Council
Northern Star Council

Old Republic Insurance Company, Inc.
Omega Pacific, Inc.
Orange County Council
Orange County Rowing Club
Oregon Trail Council, Inc.

Our Savior Lutheran Church

Parker Irey
Pat Currie
Pathway To Adventure Council
Patricia Donehue
Patricia Gerber
Patrick A. Mancuso

Paul Antosh
Paul Brandon Paris

Paul R. Thomson, Jr.

Paul Scarola

Pauline Jenkins

Penn Mountains Council
Penny Nomura

Peter Rymut

Pierce Hull
Pine Burr Area Council, Inc.
Police Officer Annette Hoyt
Polly Root
Pope Francis
Progressive Casualty Insurance Company
Quapaw Area Council
Queen of Peace R.C. Church
Queens Council
R. Fleming Weaver, Jr.

Randolph "Randy" Nowak

Raul Cadena

Reckson Operating Partnership, L.P
Red Mountain Asset Fund, LLC
Regina McCullough

Regis High School
Reid Comita
Reilly Nahill
Rev. Basil Ormsby, S.J.
Rev. David Bialakowski
Rev. Donald W. Becker
Rev. Florian Jasinski
Rev. Frederick Fingerle
Rev. Gerald Jasinski
Rev. John P. Hajduk
Rev. Joseph Persich, S.J.
Rev. Nelson Kinmartin
Rev. Norbert Orsolits
Rev. Ronald Sajak
Rev. Ronald Silverio
Rev. Theodore Podson
Rev. William White

Richard L. Lucero

Richard Lehr





Richard Mathews

Richard Robbins
Richard Rognsvoog

River Rivers Council, Boy Scouts of
America

Robert Bulens

Robert Hallum
Robert Jorgensen

Robert Logan Talbott River Road Trust

Robert Sutterlin
Robert Talbott, Inc

Roberts. Talbott Revocable Trust

Roman Catholic Archbishop
Roman Catholic Archbishop of Agana
Roman Catholic Archdiocese of New York,
Archdiocese of New York

Ronald Hegwood

Ronnie Mason

Ruth Kvistad

Sacred Heart - Espanola
Saint John The Baptist Church

Salvador Rivera
Sam Houston Area Council
Sam Houston Area Council Phoenix District

Samuel Christian Carelton
Samuel Roche
San Gabriel Valley Council
Sandy Potjunas
Sarah Case Talbott River Road Trust
SC Boy Scouts Council Inc.
School Sisters of Notre Dame Central
    Pacific Province, Inc.
School Sisters of Notre Dame, Region of
    Guam



Scott Michelson

Scout Troop 4200
Second Baptist Church
Seneca Waterways Council, Boy Scouts of
    America
Sequoia Council
Sergeant Konrad Wojciechowski



Sharon Giovingo
Sharon Richardson



Shawn Pelletier

Sheree Dodge
Sherrilynn Wood
Sherrye Howell
Shirley Williams
Silicon Valley Monterey Bay Council
Skylar Prestano
Sleepy Hollow Vineyards, L.P.
Society of Jesus, USA-Northeast Province

Southeast Louisiana Council
Southern California Scullers Club
Southern Shores Field Service Council
Southwest Bartholomew Volunteer Fire
    Department, Inc.
St. Benedict Joseph Labre Church
St. Benedict Joseph Labre School
St. Brigid R.C. Church
St. Catherine's Roman Catholic Church
St. Catherine's Roman Catholic Church
    School
St. Demetrios Greek Orthodox Church
St. Francis of Assisi Roman Catholic
    Church
St. Francis Xavier Church
St. Helena Parish
St. John Gualbert R.C. Church
St. John Vianney R.C. Church
St. Joseph Investment Fund, Inc.
St. Josephats R.C. Church
St. Paul's R.C. Church
St. Teresa R.C. Church



Stanley Bassett

State of Wisconsin
Stephanie K. Jones
Stephanie Regalia

Stephen White
Stephen Zanetti

Steve Stenger

Steven Harris
Steven N. Brown
Strawbridge United Methodist Church
██████████████████████
███████████████████████
Suffolk County Council
Suffolk County Policy Department
██████████████████████████
████████
Susan Burk
Susan Reisinger
Susanna Otto
Susquenango Council
Sussex District Boy Scouts of America
T.B.C.P.C
T.B.S.O.A.I.
████████████████
████████████████████
Tanner Bailey
Ten Mile River Scout Camps A/K/A Ten
    Mile River Scout Camps, Boy Scouts of
    America
████████████████████████
███████████████
Terry A. Wright
██████████████████
██████████████████████████
███████████
Terry Zellers
Thad Alton
The Blessed Trinity R.C. Church
The Church of Jesus Christ of Latter Day
    Saints
The City of Irwindale
The County of Nassau
The Diocese of Rochester
The Estate of F.E. (Gene) Bobo
The Fidelis Care as a Trademark for the
    Centene Corporation
The Foundation of The Roman Catholic
    Diocese of Buffalo, N.Y., Inc.
The Hamlet of East Meadow
The Hartford Insurance Group
The National Boy Scouts of America
    Foundation

The Roman Catholic Diocese of Syracuse,
    NY
The School Sisters of Notre Dame
    Milwaukee Providence, Inc.
The Temple Congregation Adath Israel-
    B'rith Sholom Inc.
The Town of Hempstead
Theodore Roosevelt Council
Theresa Kennedy
Thomas Bogardu
███████████████████████████
██████
Thomas Doering
Thomas Kiely
████████████████
Thomas Lane
Thomas Larry
Thomas M. Thackeray
██████████████████████████
███████████████████████████
Thomas Scott
███████████████████████████
███████████████████████████
██████████████
Three Fires Council
Tidwald Law
Tiffany Riggs
██████████████████████████
██████████████
███████████████████████████
██████████████████████
Timothy Fedor
██████████████████████████
████████████
Timothy Savage
██████████████
████████████████████
Todd Puccio
Tom Hartmann
Tomas A. Camacho
Town of Deerfield
Town of Trumbull

Trapper Trails Council



Travis Leppi
Trent Herlihy
Trevor B. Paulson

Troop #7354
Troop 141 BSA
Twin Rivers Council
Union United Methodist Church
United Services Automobile Association
Unitedhealthcare Insurance Company
USA Northeast Province of The Society of
    Jesus

Valerie Mcgriff (Gawle)
Varteni Yerjanian
Vern Iverson
Vernon Wunnenberg

Victor Caps

Vincent Liberto

Virgil Sanders
Virginia Adkins
Walgreen Company

Washington Crossing Council
Wayne Farrar

Weedsport Central School District
Westchester Putnam Council
Westlake Hills Presbyterian Church



William Bewley
William Brannon
William Edward Bewley

William Greenwald
William Hoke

William Pugh
William Pugh Jr
William Rick Bailey
William Rish Jr
William Ruscoe

William Short

XYZ Corporation
XYZ Corporation 1-100
XYZ Entities 1-100
XYZ Insurance Corporation
Yucca Council
Zachary Babel

Zachary Schmidt
Zachary Spahr
Zorro Ragsdale

## Schedule 1(l)

### Professionals to be Retained by the Debtors

Alvarez & Marsal North America, LLC
Bates White LLC
BAX Advisors LLC
Haynes & Boone, LLP
KCIC, LLC
Morris, Nichols, Arsht & Tunnell LLP

Ogletree, Deakins, Nash, Smoak & Stewart,
   P.C.
Omni Agent Solutions
Sidley Austin LLP

## Schedule 1(m)

### Professionals Representing Certain Parties in Interest

AlixPartners LLP
Ankura Consulting Group, LLC
Berkeley Research Group, LLC
Kramer Levin Naftalis & Frankel LLP
Norton Rose Fulbright US, LLP
Pachulski Stang Ziehl & Jones

PJT Partners, Inc.
Wachtell, Lipton, Rosen & Katz
Young Conway Stargatt & Taylor, LLP

## Schedule 1(n)

### Ordinary Course Professionals

An, Tian, Zhang & Partners
Bassford Remele PA
Bays Lung Rose Holma Attorneys at Law
Bond, Schoeneck & King PLLC
Boone Karlberg P.C.
Carolina Fridman Law Corporation
CCPIT Patent & Trademark Law Office
Christopher T Hurley & Associates P.C.
Civille & Tang PLLC
Clarke Silverglate P.A.
Connell Foley LLP
Cranfill Sumner & Hartzog LLP
Crotty & Schiltz LLC
Dentons US LLP
Foland, Wickens, Roper Hofer &
    Crawford, P.C.
Fox Rothschild LLP
Gerolamo Mcnulty Divis & Lewbart, P.C.
Grefe & Sidney, P.L.C.
Gruber Thomas & Co.
Harper & Pearson
Hawley Troxell Ennis & Hawley LLP
Hecht, Latham Spencer & Associates, Inc.
Heplerbroom LLC
Herman Law Firm P.A. Trust Account
Hinshaw & Culbertson LLP
Howard & Co., LLP
Hueston Hennigan
Keleher & McLeod PA, Attorneys at Law
Keller & Almassian, PLC
Kipp and Christian, P.C.
Kosnoff Fasy PLLC Trust Account
LCG Associates, Inc.
Lightfoot Franklin & White LLC
Locke Lord LLP
Mandell Menkes, LLC
Mark Gallagher Attorney
Markowitz Herbold PC
McAngus Goudelock & Courie
McGuire Woods LLP
McGuire, Craddock & Strother, P.C.

McLane Middleton, Prof. Assoc.
Mead & Hunt, Inc.
Melick Porter, LLP
Miller & Martin PLLC
Miller, Johnson, Snell & Cummiskey, P.L.C.
Milliman Inc.
Milliman USA Inc.
Mitchell Garabedian Attorney
Mitchell, Williams, Selig, Gates &
    Woodyard, P.L.L.C
MNP LLP
Nicholas W Mulick PA
Nigro Karlin Segal & Feldstein
Park Dietz & Associates, Inc.
Perkins Coie
PricewaterhouseCoopers LLP
Quinn Emanuel Urquhart & Sullivan LLP
Ruhter & Reynolds, Inc.
Saul Ewing LLP
Scheper Kim & Harris, LLP
Sheehy Ware & Pappas PC
Sitlinger & Theiler
Steptoe & Johnson PLLC
Stich, Angell, Kreidler, Dodge & Unke, P.A.
Stillwell Midgley PLLC
Stites & Harbison PLLC
Taylor, Porter, Brooks & Phillips, L.L.P.
Texas Medical Legal Consultants
Thompson Coe & O'Meara LLP
Towers Watson Delaware, Inc.
Upshaw Williams Biggers
Vinson & Elkins LLP
White and Williams LLP
Whitney Smith Company Inc.
Wicker, Smith, O'Hara, McCoy, & Ford, PA
Wiggin & Dana LLP
Wilson Elser Moskowitz Edelman & Dicker
    LLP
Winston & Strawn LLP

## Schedule 1(o)

### Tort Claimants Committee

Christopher Desmond Haywood
Christopher Desmond Haywood C/O Hurley McKenna & Mertz, P.C.
Douglas A. Kennedy
Douglas A. Kennedy C/O Merson Law
John Humphrey
John Humphrey C/O Crew Janci LLP
Jorge Tabon
Jorge Vega
Morgan Wade Paul
Morgan Wade Paul C/O Lujan & Wolff, LLP
Richard Halvorson
Richard Halvorson C/O Robins Kaplan LLP
Robb Lawson
Robb Lawson C/O Shamp Jordan Woodward, LLC; The Panitch Law Group, P.C.; Bondurant
    Mixson & Elmore, LLP
Robert Grier

## Schedule 1(p)

### Unsecured Creditors Committee

Girls Scouts of the United States of America
Lion Brothers Company Inc.
Pearson Education, Inc.
Pension Benefit Guaranty Corporation
Roger A. Ohmstede

## Schedule 1(q)

**Top 25 Plaintiffs' Law Firms Representing the Largest Number of Abuse Victims
Asserting Claims Against the Debtors**

Andreozzi & Associates, P.C.
Ava Law Group, Inc.
Bondurant, Mixson & Elmore, LLP
Crew Janci LLP
Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)
Eisenberg Rothweiler, Winkler, Eisenberg & Jeck, P.C.
Green & Gillispie
Gregg, Hunt, Ahern & Embry Attorneys at Law
Hurley McKenna & Mertz, P.C.
Jeff Anderson & Associates, PA
Kosnoff Law
Law Offices of Mitchell Garabedian
Lindsay Hart, LLP
Lujan & Wolff, LLP
Marsh Law Firm
Merson Law
Michael G. Dowd
Paul Mones
Penn Law Group
Pfau Cochran Vertetis Amala PLLC
Rebenack, Aronow, Mascolo, LLP
Robins Kaplan LLP
Rubenstein & Rynecki
Sweeny Reich & Bolz, LLP
Thomas Law Office, PLLC

## Schedule 1(r)

## Top 30 General Unsecured Creditors of the Debtors (Non-Abuse Claims)[3]

American Engineers & Contractors
Anne Terry
Bradley Farmer
C. Michael Hoover Jr.
C. Wayne Brock
████████████████████████
David J. Ross II
Donald McChesney
Gary Butler
Hugh Travis
Jeffrey Hunt
John Green
Judith Ratcliffe
Kathy Sue Stone
Kenneth L. Connelly
Michael Surbaugh
NCS Pearson, Inc.
████████████████████████
Quad/Graphics, Inc.
Raymond L. Blackwell
Richard Lehr
Robert J. Mazzuca
Robert Tuggle
Roy L. Williams
Thomas H. Fitzgibbon
Thomas Harrington
Thomas Varnell

---

[3] In accordance with the *Interim Order (I) Authorizing the Debtors' to File (A) a Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) a Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, (III) Authorizing and Approving Procedures for Providing Notice of Commencement, and (IV) Granting Related Relief* [Docket No. 66], in order to protect the identities of certain individuals listed hereon, Reed Smith has redacted such information from the list.

## Schedule 1(s)

### Deferred Compensation and Restoration Plan Participants

Alan Lambert
Alfred D Morin
John Andrews
Anne Terry
Bonnie H Bishop
Bradford C Allen
Bradley Farmer
C. Wayne Brock
C Michael Hoover Jr
C Wayne Brock
Pamela E. Carroll
Danny R. Clifton
John A. Coyle
David J Ross Ii
Donald McChesney
Douglas S Smith Jr
Erik L Nystrom
Erin Eisner
Frances Lynne Park
Frederick Wallace
Gary Butler
Jeffrie A. Herrmann
Mark Holtz
J Carey Keane
Jeffrey Hunt
John Green
John Mosby
Joseph S Coco
Judith Ratcliffe
Justin McCarthy
Kathy Sue Stone
Kendrick Miller
Kenneth L Connelly
Randall Kopsa
Albert Kugler
Lawrence F Potts
Lawrence L Otto
Mark Logemann
Robert J. Mazzuca
Michael Ashline
Michael Kaufman
Michael Surbaugh

Alfred D Morin
Patrick Sterrett
Ponciano Duran
John Primrose
Raymond L Blackwell
Richard J Mathews
Robert J Mazzuca
Robert Tuggle
Roger A Ohmstede
Ron Oats
Ronald K Hegwood
Roy L Williams
Steven P. McGowan
Michael Surbaugh
Thomas H Fitzgibbon
Thomas Harrington
Hugh Travis
Thomas Varnell
Harold Watson
Willie Iles Jr.

## Schedule 1(t)

### Significant Contract Counterparties

3096-3227 Quebec Inc/Groupe Access
501c Services
Accelogix LLC
Ace Adventure Resort Inc.
Adobe Systems Inc.
AdvantageCS
Adven Capital Group LLC
Adventures WV
Alert Logic Inc.
Amazon Web Services Inc.
American Audio Visual Inc.
American Electric Equipment Inc.
American Food & Vending Corp
AMS America Inc.
Arnica Software Corp
Arrow Capital Solutions Inc.
AT&T (5019)
AT&T Capital Services, Inc.
AT&T Mobility
Automatic Data Processing Inc.
Avalara Inc.
Ayers Construction
Ayoka LLC
Blackbaud Inc.
Brown & Bigelow, Inc.
Butch Whitten Construction
Buxton Company
CEC Facilities Group LLC
Certain Inc.
CircuiTree, LLC
Constellation NewEnergy, Inc.
Corra Technology Inc.
Datamax
Dci / Shires Inc.
Dci Shires
Dupont Hotel Project Owner LLC
Durham School Services, L.P.
First Advantage Lns
First Maintenance Company
Freeman Decorating Co
Gaylord National Resort And Convention
    Center

Gaylord Texan Resort And Convention
    Center
Glas
Golin Harris International Inc.
Grant Thornton
Groupe Access
High Towers Wood, Welding & Fabrication,
    Inc.
Hyatt Regency Atlanta, Inc.
Hyatt Regency Dallas
Hyatt Regency New Orleans
IBM
Iidon Inc.
ImageNet Consulting LLC
Infosys
Infosys Limited
Insight Investments LLC
JDA Software Inc.
Ksquare Solutions Inc.
Lumos Networks
Maitreyi Consultants Inc.
Manchester Grand Hyatt
Mark Monitor Inc.
Meetings By Design Inc.
MetLife
Mi9 Retail Na Corp
Microsoft Services
Mimeo.com Inc.
Montclair State University
Morneau Shepell Limited (formerly known
    as Mercer Inc.)
MuleSoft Inc.
MXD Group Inc.
Naturally Slim
Nelson Westerberg/Atlas Van Lines
NTT Com Security (US) Inc.
Oracle America Inc.
Perimeter International
Philadelphia Marriott Downtown
Raymond Leasing Corporation
RCG Global Services Inc.
Riskonnect Inc.
River Expeditions

Robot And Pencils
Rpe Outsourcing, LLC
S & Me Inc.
Shawn H Jackson
Sheraton Birmingham
Skillsoft Corporation
Southern Air, Inc.
Sovos Compliance LLC
Sun Life Assurance Company of Canada
Tech Plan Inc.
The Vitality Group LLC (TVG)
Thomas Hjellming
Town Sports International Holdings, Inc.
United Healthcare
Unum
Upp Technology
Upper Keys Marine Construction, LLC
Verifone
VSP
Wage Works
Weston Solutions Inc.
Yeti Coolers, LLC

## Schedule 1(u)

### Significant Customers

Ab Emblem
Classb
Flemington Dept. Store
Ramsey Outdoor Store
The Moritz Embroidery Works, Inc.

**Schedule 1(v)**

**Significant Donors**

Abigail Maddi
America's Charities
Anadarko Petroleum Corporation
Blake Family Trust
Dean Wm. Carr, Jr. Trust
Estate of Allen C. Weiss
Estate of Ingeborg M. Borre
Estate of Steven C. Schoger
Estate of Thomas Parissidi
Fowler Family Fund
Gorini & Gorini LLP
Greater Kansas City Community Foundation
H P Farrington Trust C/O Bank of America
H. P. Farrington - HPF Foundation RSDY
Insurance Auto Auction
James S. Turley
John C. Jadel
John D. Harkey
John D. Tickle
John E. Link
Krevsky, Silber & Bergen
Lonnie C. Poole
Murray Energy Corporation
Mutual of Omaha Insurance Company
Publishing Concepts, L.P.
R. Doyle Parrish
Robert Cruickshank
Stephen D. Bechtel, Jr. Foundation
Steven A. Antoline
Steven E. Zachow
The James Annenberg La Vea Charitable Foundation
The Walter R. Wormell Trust
Tilden Family Philanthropy Fund
Todd L. Johnson
Tridave, LLC

### Schedule 1(w)

**Significant Vendors**

1-800-Pack-Rat
Ace / Esis
Ace Adventure Resort Inc.
Ace American Insurance Company
Adventure Medical/Tender Corp
Allied Rentals Inc.
American Airlines
American Outdoor Products
AR & JO & MH LLP
Aspen Corporation
Automotive Rentals Inc.
AVIO Consulting LLC
Barebones Systems
Barkley House Ii Inc.
BC Sales And Sourcing
Berman O'Connor & Mann
BHG Structured Settlements Inc.
Bison Designs LLC
Boxley Aggregates of West Virginia LLC
Boy Scouts GA Recon Acct
Boy Scouts of America Recon Clearance
BSA Florida Sea Base BPC
BSA Parents Inc.
Buzzshift Inc.
Cai Design Inc.
Calypso Water Sports & Charters, Inc.
Capital Printing Co
Capitol Business Equipment
CDW Direct, LLC
Chasan & Walton LLC
Coleman Co Inc.
Compass Group USA Inc.
Computer Digital Imaging Corporation
Council Unemployment
Covington & Burling LLP
Cramer Security & Investigations Inc.
Crest Craft Company
Crown Awards
Crystal Bay Corporation
David W McKeehan
Davis Polk & Wardwell LLP
Deprez Travel Bureau Inc.
Derby Worx Inc.

Diamond Brand Canvas Products
Eagles Nest Outfitters, Inc.
EAN Services LLC
Eco Structures Australia Pty LTD
Egroup Recognition
Eski Inc.
Facebook Inc.
FedEx
Fenwick & West LLP
Fidelity Retirement Services
Fiji Elevator Company
Forest Fitness LLC
FTI Consulting Inc.
G&G Outfitters Inc.
Gateway Press Inc.
General Datatech LP
Gerald Magar Jr
Gilbert LLP
Gillmann Services Inc.
Gregory M Skinner
GSI Outdoors Inc.
GSR LLC
Guinn Consulting LLC
Health Special Risk Inc.
Hike America
Hintz Targeted Marketing, LLC
Insigniam Performance LP
Jesse Scofield Productions LLC
Jurisprudent Deferral Solutions LLC
Kahoot Products Inc.
Klymit (Argon Technologies)
KT Brown Consulting LLC
Kuehne and Nagel
Labatt Food Service
Leatham Family LLC
Leatherman Tool Group Inc.
Lewis A Whitten
Liberty Mountain Sports LLC
Low Impact Excavators Inc.
Lowe's Companies, Inc.
Macro Integration Services Inc.
Magic Novelty Co Inc.
Marriott Business Services

Marriott International
Marsh & McLennan Agency LLC
McGovern & Company
Mercer
Mittera Group
Morris & Player PLLC
MTM Recognition Corp
Mutual of Omaha Structured
Myers Lawn Care Services
NCS Pearson Inc.
Nichols Kaster PLLP
Optum Health Bank
Oregon Freeze Dry Inc.
Orkin
Osprey Packs, Inc.
Out Island Sailing Adventures LLC
Pacific Life & Annuity Services Inc.
Paradies Gifts Inc.
Paramount Builders LLC
Paramount Headwear Inc.
Partnership Employment Dallas LLC
Peak Industries Inc.
Peiyork Intl Co Inc.
People 2.0 Global Inc.
Pray Publishing
Pro-Honor Design & Casting
Quad Graphics Inc.
Renegade Productions Inc.
Royle Printing Co
Ryder Last Mile Inc.
Saunders Staffing Inc.
Schwebel Goetz & Sieben PA
Shamrock Foods Company
Shutterstock Inc.
Silver Creek Leather Co
Silver Golub & Teitell LLP
Stamps.Com
Stange Company Inc.
State Board of Equalization
Strategic Orient Sourcing
Sunbelt Rentals
Supplyone Rockwell, Inc.
Symphonix Solutions Inc.
Syncb/Amazon
Sysco South Florida Inc.

Target Creative Group Inc.
Texas State Comptroller
The Duck Company
The McClellan Law Firm A/C Trust Fund
The Special Event Company
The Thrasher Group, Inc.
Thiel Law Office PLLC
Thorlo, Inc.
Tower Legal Staffing Inc.
Trainham Cattle Company
Transportation Management Services
True Digital Security Inc.
Ugly Mugz
Unblind Productions Inc.
Us Foods Inc.
USPS / Eps
Vandalia Bronze
Vigna Information System LLC
Vision Service Plan
Vista Outdoor Sales LLC
Wagner Equipment Company
Wealth-X LLC
White Wilderness Inc.
Wolverine World Wide Inc.
World Scout Bureau
World Scout Foundation
World Scout Shop LTD
Yadgarov & Associates PLLC
You Are Here LLC

## Schedule 1(x)

### Significant Taxing Authorities

Acadia Parish School Board
Alabama Attorney General's Office
Alabama Securities Commission
Arizona Corporation Commission
Arizona Dept. of Revenue
Arkansas Dept. of Finance
Ascension Parish Sales Tax Authority
Assumption Parish
Avoyelles Parish School Board
Beauregard Parish Sales Tax
Bossier City - Parish
Caddo Shreveport Sales
Calcasieu Parish School Board
California Department of Justice
Canada Revenue Agency
Capitol Corporate Services Inc.
Charleston County
City of Canon City
City of Chicago - Dept. Of Revenue
City of Colorado Springs
City of Craig Alaska
City of Davenport
City of Detroit
City of Grand Junction Finance
City of Greenwood Village
City of Gustavus
City of Johnson City
City of Knoxville
City of Kodiak
City of Lakewood
City of Loveland
City of Melbourne
City of Palmer
City of Pueblo
City of Seattle
City of Steamboat Springs
City of Tacoma
City of Thorne Bay
Collin County Tax Assessor Collector
Colorado Dept. of Revenue
Colorado Secretary of State
Commonwealth of Massachusetts
Commonwealth of Pennsylvania
Commonwealth of Puerto Rico
Commonwealth of Virginia
Concordia Parish School Board
Connecticut Public Charity Unit
DC Treasurer
Delaware Secretary of State
Denton County Tax Assessor Collector
Departamento De Finanzaz, Municipio
    Autonomo De Guaynabo
City of New Orleans, Department of
    Finance Bureau
Department of The Treasury, IRS
Desoto Parish Sales
East Feliciana Parish
False Alarm Reduction Unit, County of
    Fairfax (VA)
Florida Department of Revenue
Florida Department of State
Florida Dept. of Agri & Consumer Svcs
Forsyth County Tax Collector
Fred Sisk Knox County Trustee, County of
    Knox
Georgia Secretary of State
Grant Parish School Board
Harris County Sheriff's Office Alarm Detail
Iberia Parish School Board
Illinois Charity Bureau Fund
Illinois Department of Revenue
Iowa Dept. of Revenue And Finance
Jackson Parish Sales Tax Collection
Jefferson Davis Parish School
Jefferson Parish Sheriff's Office
Jefferson Parish Tax Collector
Kansas Department of Revenue
Kansas Secretary of State
Kentucky State Treasurer
Lafayette Parish School Board
Lafourche Parish School Board
Lincoln Parish
Livingston Parish School Board
Louisiana Dept. of Justice
Louisiana Dept. of Revenue And Taxation
Maine Revenue Services

Maricopa County Treasurer
Mass DOR (Dept. of Revenue)
Massachusetts Dept. of Revenue
Maryland Secretary of State
Michigan Dept. of Treasury
Minister of Finance - Manitoba
Minnesota Dept. of Revenue
Montana Secretary of State
Monterey County Tax Collector
Montgomery County
Morehouse Sales & Use Tax Commission
Minnesota Pollution Control Agency
    (MPCA)
MS Secretary of State
NC Department of Revenue
Nebraska Dept. of Revenue
Nevada Secretary of State
New Mexico Secretary of State
New Mexico Taxation & Revenue Dept.
New York Sales Tax Bureau
New York State Corporation Tax
New York State Dept. of Law
NJ Division of Consumer Affairs
NM Taxation & Revenue Dept.
North Carolina Secretary Of State
NV Stmt of Business Publication
Office of State Tax Commissioner, North
    Dakota
Office of The Attorney General, California,
    Registry of Charitable Trusts
Ohio Attorney General
Ohio Treasurer of State
Oklahoma Secretary of State
Oklahoma Tax Commission
Orange County Tax Collector
Oregon Dept. of Justice
Pa Dept. of Labor & Industry
Parish of East Baton Rouge
Parish of Iberville
Parish of St Bernard
Parish of Terrebonne
Plaquemines Parish
Puerto Rico Department of The Treasury
Rapides Parish
Sabine Parish
Sacramento County

Sales And Use Tax Office, St. John The
    Baptist Parish
SBC Tax Collector, County of San
    Bernardino
SD Secretary of State
Secretary of State - ND
Secretary of State of Rhode Island
Shelby County Trustee- David Lenor
South Carolina Department of Revenue
South Carolina Secretary of State
South Dakota Dept. of Revenue
St Charles Parish School Board
St James Parish School Board
St Landry Parish School Board
St Martin Parish School Board
St Mary Parish
St Tammany Parish Sheriff's DPT
State Board of Equalization, California
State of Alaska
State of Connecticut
State of Delaware
State of Georgia
State of Maine
State of Maryland
State of Minnesota
State of New Hampshire
State of NJ-Sales & Use Tax
State of Rhode Island Division/ Taxation
State of Rhode Island General Treasurer
State of Tennessee
State of Washington Dept. Of Revenue
State of Wyoming
State Tax Commission, Mississippi
State of Idaho Tax Commission
Tangipahoa Parish School System
Tarrant County Tax Assessor-Collector
Tax Collector Monroe County FL
Taxation & Revenue Department, Monroe,
    Louisiana
Taxation & Revenue Dept., Santa Fe, New
    Mexico
Tennessee Dept. of Revenue
Texas State Comptroller
The City of Cortez
Treasurer of Virginia
Treasurer State of Connecticut

Treasurer State of Ohio
Treasurer, City of Memphis
U.S. Department of Homeland Security,
    Customs and Border Protection
Utah Department of Agriculture And Food
    (UDAF)
Union Parish
United States Department of The Treasury
Utah Dept. of Commerce
VDH - Bedding, Commonwealth of Virginia
Vermillion Parish School Board
Vermont Department of Taxes
Vernon Parish School Board
Virgin Islands Bureau of Internal Revenue
Washington County Trustee
Washington Office of Insurance
Washington Parish
Washington Secretary of State
Webster Parish School Board
West Baton Rouge Parish
West Feliciana Parish School BD
West Virginia Division of Labor
West Virginia Secretary of State
West Virginia State Tax Dept.
WI Dept. of Financial Institutions
Winn Parish
Wisconsin Department of Revenue
WV Secretary of State

**Schedule 1(y)**

**Significant Utility Providers**

AAF Hauling Inc.
Advanced Disposal
Allstream Business Us Inc.
Amerigas
Appalachian Power
Aspen Waste Systems, Inc.
AT&T
AT&T - Opus
AT&T Mobility
AT&T Wireless
Cablevision Systems Corporation
CenterPoint Energy
CenturyLink
City of Charlotte
City of Irving - Utility Billing
City of Irving - Municipal Services Bill
City of Mount Hope - Sewer
City of Mount Hope - Water
Claro Puerto Rico
Consolidated Communications
County of Colfax
Crosier's Sanitary Service Inc.
Dakota Electric Association
Direct Communications Rockland
Direct Energy Business, Inc.
Duke Energy
EarthLink (Windstream)
EarthLink Business
Eversource
Ferrellgas
Florida Keys Aqueduct Authority
Florida Keys Electric Cooperative
Frontier Communications
Getronics Pomeroy It Solutions
Granite Telecommunications
Keys Energy Services
Kit Carson Electric Cooperative
Lake Country Power
Level 3 Communications LLC
Lumos Networks
Lumos Networks DBA Segra
Mountaineer Gas Company

National Grid
Northern New Mexico Gas
Oak Hill Garbage Disposal Inc.
Pacific Centrex (Datavo LLC)
Piedmont Natural Gas Company
Plyler Paper Stock Co Inc.
Raleigh County Solid Waste
Republic Services, Inc.
Shentel
Sierra Communications, Inc.
Springer Electric Cooperative, Inc.
Time Warner Cable
Tri-County Electric Cooperative Inc.
Trophy Club Muds
Verizon Wireless
Village of Cimarron
Waste Connections, Inc.
Waste Management
Waste Management - Blaine MN
Waste Management Florida
Waste Management- Ft Worth Hauling
Waste Management Lewisville Hauling
Waste Management of Denver
Waste Management of Michigan Inc.
West Virginia American Water
West Virginia American Water Co
White Oak Public Service District
Windstream Communications Inc.
Wow! Business
Xcel Energy
Zia Natural Gas Company

**Schedule 1(z)**

**U.S. Trustee, Judges, and Court Contacts for the District of Delaware**

Agarwal, Robert
Hon. Ashley M. Chan
Benjamin Hackman
Hon. Brendan L. Shannon
Brian Cavello
Cacia Batts
Catherine Farrell
Cheryl Szymanski
Christine Green
Hon. Christopher S. Sontchi
Claire Brady
Danielle Gadson
David Buchbinder
David Villagrana
Diane Giordano
Dion Wynn
Donna Grottini
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Janet Moore
Jeffrey Heck
Jill Walker
Hon. John T Dorsey
Juliet Sarkessian
Hon. Karen B. Owens
Karen Starr
Karen Strupczewski
Hon. Kevin Gross
Laura Haney
Lauren Attix
Laurie Capp
Hon. Laurie Selber Silverstein
Linda Casey
Linda Richenderfer
Lora Johnson
Marquietta Lopez
Hon. Mary F. Walrath
Michael Panacio

Nancy Hunt
Rachel Bello
Rachel Werkheiser
Ramona Vinson
Richard Schepacarter
Shakima L. Dortch
Sherry Scaruzzi
T. Patrick Tinker
Timothy J. Fox Jr.
Una O'Boyle

**EXHIBIT 2[1]**

| INTERESTED PARTY | RELATIONSHIP WITH THE DEBTORS | CLIENT, ADVERSE PARTY, OR OTHER "CONNECTION" (FROM 1/2018 TO THE PRESENT) |
|---|---|---|
| Chicago Area Council of Boy Scouts of America | Local Council | Reed Smith LLP ("RS") is adverse to Chicago Area Council of Boy Scouts of America in an unrelated matter, which is pending. |
| Charles H. Smith | Current and Former Director and/or Officer | RS was adverse to individuals named "Charles Smith" in unrelated matters, which have concluded. |
| David L. Steward | Current and Former Director and/or Officer | RS was adverse to an individual named "David Steward" in an unrelated matter, which has concluded. |
| David M. Clark | Current and Former Director and/or Officer | RS was adverse to an individual named "David Clark" in an unrelated matter, which has concluded. |
| James S. Wilson | Current and Former Director and/or Officer | RS is adverse to an individual named "James Wilson" in an unrelated matters, which is pending. |
| Robert H. Reynolds | Current and Former Director and/or Officer | RS represented an individual named "Robert Reynolds" and was also adverse to an individual with that name in unrelated matters, which have concluded. |
| Wayne Perry | Current and Former Director and/or Officer | RS is adverse to an individual named "Wayne M. Perry" in an unrelated matter, which is pending. |
| AT&T Corp | Secured Party | RS represented or has represented AT&T in unrelated matters, some of which are pending. |
| CIT Bank | Secured Party | RS represents CIT Group in an unrelated matter, which is pending, some of which are pending. |
| Giant Bicycle, Inc. | Secured Party | RS was adverse to Giant Bicycle in an unrelated matter, which has concluded. |
| HYG Financial Services | Secured Party | RS represented or has represented Wells Fargo, of which HYG Financial Services is a subsidiary, in unrelated matters, some of which are pending. |
| JPMorgan Chase Bank | Lender | RS represented or has represented JPMorgan Chase Bank and its affiliates in unrelated matters, some of which are pending. RS is adverse to JPMorgan in an unrelated matter, which is pending. RS has received a waiver from JPMorgan as set forth in the Application. |

---

[1] In accordance with the *Interim Order (I) Authorizing the Debtors' to file (A) a Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) a Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, (III) Authorizing and Approving Procedures for Providing Notice of Commencement, and (IV) Granting Related Relief* [Docket No. 66], in order to protect the identities of certain individuals listed hereon, Reed Smith has redacted such information from the chart.  Reed Smith is providing an unredacted version of this list to the Court and the Office of the United States Trustee.

| INTERESTED PARTY | RELATIONSHIP WITH THE DEBTORS | CLIENT, ADVERSE PARTY, OR OTHER "CONNECTION" (FROM 1/2018 TO THE PRESENT) |
|---|---|---|
| Key Equipment Finance, a Division of KeyBank National Association | Secured Party | RS represented or has represented KeyBank National Association in unrelated matters, some of which are pending. |
| MB Financial Bank | Secured Party | RS represents MB Financial Bank on an unrelated matter, which may still be pending, and is also adverse to MB Financial Bank in unrelated matters, some of which are pending. |
| Wells Fargo Financial Leasing, Inc. | Secured Party | RS represented or has represented Wells Fargo entities in many unrelated matters, many of which are pending.  RS has been adverse to Wells Fargo entities in unrelated matters. |
| Banco Popular | Banks | RS represented Popular Community Bank in unrelated matters, which have concluded. |
| Bank of America | Banks | RS represented or has represented Bank of America in unrelated matters, some of which are pending. |
| BB&T | Banks | RS represented or has represented BB&T in unrelated matters, some of which are pending. |
| Blackrock | Banks | RS represented or has represented Blackrock in unrelated matters, some of which are pending. |
| Charles Schwab | Banks | RS represented Charles Schwab in unrelated matters, which have concluded. |
| CIBC | Banks | RS represented or has represented CIBC in unrelated matters, some of which are pending. |
| Fidelity Investments | Banks | RS is adverse to Fidelity Investments in an unrelated matter, which is pending. |
| Fifth Third Bank | Banks | RS represented or has represented Fifth Third Bank in unrelated matters, some of which are pending. |
| Goldman Sachs | Banks | RS represented or has represented Goldman Sachs in unrelated matters, some of which are pending. |
| Merrill Lynch | Banks | RS represented or has represented Bank of America, of which Merrill Lynch is a division, in unrelated matters, some of which are pending. |
| Northern Trust | Banks | RS represented or has represented Northern Trust in unrelated matters, some of which are pending. |
| PNC Bank | Banks | RS represented or has represented PNC Bank in unrelated matters, some of which are pending. |
| RBC Bank | Banks | RS represented or has represented Royal Bank of Canada in unrelated matters, some of which are pending. |
| Regions Bank | Banks | RS is adverse to Regions Bank in an unrelated matter, which is pending. |
| State Street Bank | Banks | RS is adverse to State Street Bank in unrelated matters, some of which may still be pending. |
| Scotiabank | Banks | RS represented the Bank of Nova Scotia in unrelated matters, which have concluded. |

| INTERESTED PARTY | RELATIONSHIP WITH THE DEBTORS | CLIENT, ADVERSE PARTY, OR OTHER "CONNECTION" (FROM 1/2018 TO THE PRESENT) |
|---|---|---|
| Discover | Credit Card Processor | RS represented or has represented Discover Financial in unrelated matters, some of which are pending. |
| Global Payments Inc. | Credit Card Processor | RS represented Global Payments Inc. in unrelated matters, which have concluded. |
| PayPal, Inc. | Credit Card Processor | RS represented PayPal, Inc. in unrelated matters, which have concluded. |
| Stripe | Credit Card Processor | RS represented Stripe in unrelated matters, which have concluded. |
| Shopify | Credit Card Processor | RS was adverse to Shopify in an unrelated matter, which has concluded. |
| Visa | Credit Card Processor | RS represented or has represented Visa in unrelated matters, some of which are pending. |
| Ace Insurance Group | Insurer | RS is adverse or has been adverse to Ace Insurance in unrelated matters. |
| Aetna Casualty and Surety Company | Insurer | RS is adverse or has been adverse to Aetna Casualty and Surety Company in unrelated matters. |
| Agricultural Excess & Surplus Insurance Company | Insurer | RS is adverse or has been adverse to Agricultural Excess & Surplus Insurance Company in unrelated matters. |
| Agricultural Insurance Company | Insurer | RS is adverse to Agricultural Insurance Company in an unrelated matter, which is pending. |
| AIG | Insurer | RS is adverse or has been adverse to AIG in unrelated matters. |
| Allianz Global Corporate & Specialty SE | Insurer | RS is adverse or has been adverse to Allianz Global Corporate & Specialty SE in unrelated matters. |
| Allianz Global Risks US Insurance Company | Insurer | RS is adverse or has been adverse to Allianz Global Risks US Insurance Company in unrelated matters. |
| Allianz Insurance Company | Insurer | RS is adverse or has been adverse to Allianz Insurance Company in unrelated matters. |
| Allied World Assurance Company | Insurer | RS is adverse or has been adverse to Allied World Assurance Company in unrelated matters. |
| American Guarantee and Liability Insurance Company | Insurer | RS is adverse or has been adverse to American Guarantee and Liability Insurance Company in unrelated matters. |
| American International Group | Insurer | RS is adverse or has been adverse to American International Group in unrelated matters. |
| American Re-Insurance Company | Insurer | RS is adverse or has been adverse to American Re-Insurance Company in unrelated matters. |
| American Zurich Insurance Company | Insurer | RS is adverse or has been adverse to American Zurich Insurance Company in unrelated matters. |
| Arch Insurance / Arch Reinsurance | Insurer | RS is adverse or has been adverse to Arch Insurance / Reinsurance in unrelated matters. |

| INTERESTED PARTY | RELATIONSHIP WITH THE DEBTORS | CLIENT, ADVERSE PARTY, OR OTHER "CONNECTION" (FROM 1/2018 TO THE PRESENT) |
|---|---|---|
| Argonaut Insurance | Insurer | RS is adverse or has been adverse to Argonaut Insurance in unrelated matters. |
| Arrowood Indemnity Company | Insurer | RS is adverse or has been adverse to Arrowood Indemnity in unrelated matters. |
| Aspen Insurance | Insurer | RS is adverse or has been adverse to Aspen Insurance in unrelated matters. |
| Axa Insurance Company | Insurer | RS is adverse or has been adverse to Axa Insurance Company in unrelated matters. |
| AXA XL | Insurer | RS is adverse or has been adverse to AXA XL in unrelated matters. |
| Axis Capital | Insurer | RS is adverse or has been adverse to Axis Capital and Axis Surplus in unrelated matters. |
| Axis Insurance / Axis Specialty | Insurer | RS is adverse or has been adverse to Axis Insurance / Axis Specialty in unrelated matters. |
| Beazley Insurance | Insurer | RS is adverse or has been adverse to Beazley Insurance in unrelated matters. |
| Berkshire Hathaway | Insurer | RS is adverse or has been adverse to Berkshire Hathaway in unrelated matters. |
| California Union Insurance | Insurer | RS is adverse or has been adverse to California Union Insurance in unrelated matters. |
| Catlin Underwriting | Insurer | RS is adverse or has been adverse to Catlin Underwriting in unrelated matters. |
| Century Indemnity | Insurer | RS is adverse or has been adverse to Century Indemnity in unrelated matters. |
| Chubb | Insurer | RS is adverse or has been adverse to Chubb in unrelated matters. |
| CNA Insurance | Insurer | RS is adverse or has been adverse to CNA in unrelated matters. |
| Colony Insurance | Insurer | RS is adverse or has been adverse to Colony Insurance in unrelated matters. |
| Columbia Casualty | Insurer | RS is adverse or has been adverse to Columbia Casualty in unrelated matters. |
| Continental Insurance Company | Insurer | RS is adverse or has been adverse to Continental Insurance Company in unrelated matters. |
| Evanston Insurance | Insurer | RS is adverse or has been adverse to Evanston Insurance in unrelated matters. |
| Everest National | Insurer | RS is adverse or has been adverse to Everest National in unrelated matters. |
| Everest Re | Insurer | RS is adverse or has been adverse to Everest Re in unrelated matters. |
| Federal Insurance Company | Insurer | RS is adverse or has been adverse to Federal Insurance Company in unrelated matters. |
| Fireman's Fund Insurance Companies | Insurer | RS is adverse or has been adverse to Fireman's Fund Insurance Companies in unrelated matters. |
| First Specialty Insurance | Insurer | RS is adverse or has been adverse to First Specialty Insurance in unrelated matters. |

| INTERESTED PARTY | RELATIONSHIP WITH THE DEBTORS | CLIENT, ADVERSE PARTY, OR OTHER "CONNECTION" (FROM 1/2018 TO THE PRESENT) |
|---|---|---|
| Gemini Insurance | Insurer | RS is adverse or has been adverse to Gemini Insurance in unrelated matters. |
| Great American | Insurer | RS is adverse or has been adverse to Great American in unrelated matters. |
| Gulf Insurance | Insurer | RS is adverse or has been adverse to Gulf Insurance in unrelated matters. |
| Hallmark Insurance | Insurer | RS is adverse or has been adverse to Hallmark Insurance in unrelated matters. |
| Harbor Insurance Company | Insurer | RS is adverse or has been adverse to Harbor Insurance Company in unrelated matters. |
| Hartford Accident & Indemnity | Insurer | RS is adverse or has been adverse to Hartford Accident & Indemnity in unrelated matters. |
| Hartford Insurance | Insurer | RS is adverse or has been adverse to Hartford Insurance in unrelated matters. |
| Houston Casualty Company | Insurer | RS is adverse or has been adverse to Houston Casualty Company in unrelated matters. |
| Indemnity Insurance Company of North America | Insurer | RS is adverse or has been adverse to Indemnity Insurance Company of North America in unrelated matters. |
| Indian Harbor Insurance Company | Insurer | RS is adverse or has been adverse to Indian Harbor Insurance Company in unrelated matters. |
| Industrial Indemnity | Insurer | RS is adverse or has been adverse to Industrial Indemnity in unrelated matters. |
| Industrial Insurance Company of Hawaii | Insurer | RS is adverse or has been adverse to Industrial Insurance Company of Hawaii in unrelated matters. |
| Insurance Company of North America | Insurer | RS is adverse or has been adverse to Insurance Company of North America in unrelated matters. |
| Insurance Company of the State of Pennsylvania | Insurer | RS is adverse or has been adverse to Insurance Company of the State of Pennsylvania in unrelated matters. |
| International Insurance | Insurer | RS is adverse or has been adverse to International Insurance in unrelated matters. |
| Interstate Fire & Casualty Company | Insurer | RS is adverse or has been adverse to Interstate Fire & Casualty Company in unrelated matters. |
| Landmark Insurance Company | Insurer | RS is adverse or has been adverse to Landmark Insurance Company in unrelated matters. |
| Lexington Insurance Company | Insurer | RS is adverse or has been adverse to Lexington Insurance Company in unrelated matters. |
| Liberty Insurance Underwriters, Inc. | Insurer | RS is adverse or has been adverse to Liberty Insurance Underwriters, Inc. in unrelated matters. |
| Liberty Mutual | Insurer | RS is adverse or has been adverse to Liberty Mutual in unrelated matters. |
| Liberty Surplus | Insurer | RS is adverse or has been adverse to Liberty Surplus in unrelated matters. |
| Lloyd's Of London | Insurer | RS is adverse or has been adverse to Lloyd's Of London in unrelated matters. |

| INTERESTED PARTY | RELATIONSHIP WITH THE DEBTORS | CLIENT, ADVERSE PARTY, OR OTHER "CONNECTION" (FROM 1/2018 TO THE PRESENT) |
|---|---|---|
| Markel American | Insurer | RS is adverse or has been adverse to Markel American in unrelated matters. |
| Marsh & McLennan Companies | Insurer | RS represents or has represented Marsh & McLennan Companies in unrelated matters, some of which are pending. |
| National Casualty | Insurer | RS is adverse or has been adverse to National Casualty in unrelated matters. |
| National Surety | Insurer | RS is adverse or has been adverse to National Surety in unrelated matters. |
| National Union Fire Insurance | Insurer | RS is adverse or has been adverse to National Union Fire Insurance in unrelated matters. |
| Navigators Insurance | Insurer | RS is adverse or has been adverse to Navigators Insurance in unrelated matters. |
| Navigators Specialty Insurance | Insurer | RS is adverse or has been adverse to Navigators Specialty Insurance in unrelated matters. |
| Ohio Casualty Insurance Company | Insurer | RS is adverse or has been adverse to Ohio Casualty Insurance Company in unrelated matters. |
| Old Republic Insurance Company | Insurer | RS is adverse or has been adverse to Old Republic Insurance Company in unrelated matters. |
| Pacific Employers Ins. Company | Insurer | RS is adverse or has been adverse to Pacific Employers Ins. Company in unrelated matters. |
| Pacific Indemnity Company | Insurer | RS is adverse or has been adverse to Pacific Indemnity Company in unrelated matters. |
| Royal Indemnity Company | Insurer | RS is adverse or has been adverse to Royal Indemnity Company in unrelated matters. |
| RSUI Group | Insurer | RS is adverse or has been adverse to RSUI Group in unrelated matters. |
| St. Paul Surplus Lines | Insurer | RS is adverse or has been adverse to St. Paul Surplus Lines in unrelated matters. |
| Starr Indemnity & Liability Company | Insurer | RS is adverse or has been adverse to Starr Indemnity & Liability Company in unrelated matters. |
| Steadfast Insurance Company | Insurer | RS is adverse or has been adverse to Steadfast Insurance Company in unrelated matters. |
| Swiss Re | Insurer | RS is adverse or has been adverse to Swiss Re in unrelated matters. |
| The Hartford Fire | Insurer | RS is adverse or has been adverse to Hartford Fire in unrelated matters. |
| The Travelers Companies, Inc. | Insurer | RS is adverse or has been adverse to The Travelers Companies, Inc. in unrelated matters. |
| Travelers Casualty & Surety Company | Insurer | RS is adverse or has been adverse to Travelers Casualty & Surety Company in unrelated matters. |
| Travelers Indemnity Company | Insurer | RS is adverse or has been adverse to Travelers Indemnity Company in unrelated matters. |
| Twin City Fire Insurance Company | Insurer | RS is adverse or has been adverse to Twin City Fire Insurance Company in unrelated matters. |

| INTERESTED PARTY | RELATIONSHIP WITH THE DEBTORS | CLIENT, ADVERSE PARTY, OR OTHER "CONNECTION" (FROM 1/2018 TO THE PRESENT) |
|---|---|---|
| US Fire Insurance | Insurer | RS is adverse or has been adverse to US Fire Insurance in unrelated matters. |
| W.R. Berkley Group | Insurer | RS is adverse or has been adverse to W.R. Berkley Group in unrelated matters. |
| Westchester Fire Insurance Company | Insurer | RS is adverse or has been adverse to Westchester Fire Insurance Company in unrelated matters. |
| Westchester Surplus Lines Insurance Company | Insurer | RS is adverse or has been adverse to Westchester Surplus Lines Insurance Company in unrelated matters. |
| XL Catlin | Insurer | RS is adverse or has been adverse to XL Catlin in unrelated matters. |
| XL Europe | Insurer | RS is adverse or has been adverse to XL Europe in unrelated matters. |
| XL Insurance Company | Insurer | RS is adverse or has been adverse to XL Insurance Company in unrelated matters. |
| IRC Retail Centers | Landlord | RS represented or has represented IRC Retail Centers in unrelated matters, some of which are pending. |
| Cincinnati Insurance Company | Litigation Party | RS is adverse or has been adverse to Cincinnati Insurance Company in unrelated matters. |
| Cox Communications | Litigation Party | RS is adverse to Cox Communications in an unrelated matter, which is pending. |
| ███████████ | ████████ | ███████████████████████████████ |
| ███████████ | ████████ | ███████████████████████████████ |
| ███████████ | ████████ | ███████████████████████████████ |
| Gloria Garcia | Litigation Party | RS was adverse to an individual named "Gloria E. Garcia" in an unrelated matter, which has concluded. |
| James Kennedy | Litigation Party | RS was adverse to an individual named "James Kennedy" in an unrelated matter, which has concluded. |
| ███████████ | ████████ | ███████████████████████████████ |
| ███████████ | ████████ | ███████████████████████████████ |
| John Lowell | Litigation Party | RS was adverse to an individual named "John Lowell" in an unrelated matter, which has concluded. |

| INTERESTED PARTY | RELATIONSHIP WITH THE DEBTORS | CLIENT, ADVERSE PARTY, OR OTHER "CONNECTION" (FROM 1/2018 TO THE PRESENT) |
|---|---|---|
| John Jones | Litigation Party | RS is adverse to an individual named "John Jones" in unrelated matters, some of which are pending. |
| ███████ | ███████ | ███████████████████ |
| ███████ | ███████ | ███████████████████ |
| ███████ | ███████ | ███████████████████ |
| ███████ | ███████ | ███████████████████ |
| Linda Davis | Litigation Party | RS is adverse to an individual named "Linda Davis" in unrelated matters, some of which are pending. |
| ███████ | ███████ | ███████████████████ |
| ███████ | ███████ | ███████████████████ |
| ███████ | ███████ | ███████████████████ |
| Michael Kelsey | Litigation Party | RS was adverse to an individual named "Michael J. Kelsey" in an unrelated matter, which has concluded. |
| ███████ | ███████ | ███████████████████ |
| Monsignor Michael Harrington | Litigation Party | RS was adverse to an individual named "Michael Harrington" in an unrelated matter, which has concluded. |
| Matt Day | Litigation Party | RS was adverse to an individual named "Matthew Day" in an unrelated matter, which has concluded. |
| ███████ | ███████ | ███████████████████ |
| Progressive Casualty Insurance | Litigation Party | RS represented or has represented Progressive Casualty Insurance in unrelated matters. |
| Red Mountain Asset Fund | Litigation Party | RS is adverse to Red Mountain Asset Fund in an unrelated matter, which is pending. |
| ███████ | ███████ | ███████████████████ |
| ███████ | ███████ | ███████████████████ |

| INTERESTED PARTY | RELATIONSHIP WITH THE DEBTORS | CLIENT, ADVERSE PARTY, OR OTHER "CONNECTION" (FROM 1/2018 TO THE PRESENT) |
|---|---|---|
| San Gabriel Valley Council | Litigation Party | RS is adverse to San Gabriel Valley Council of Governments in an unrelated matter, which is pending. |
| Shirley Williams | Litigation Party | RS is adverse to individuals named "Shirley Williams" in unrelated matters, which are pending. |
| State of Wisconsin | Litigation Party | RS is adverse to the State of Wisconsin in several unrelated matters, some of which may be pending. |
| ███████████ | ███████████ | ████████████████████████████ ████████████████████ ████ |
| Steven N. Brown | Litigation Party | RS was adverse to an individual named "Steven Brown" in an unrelated matter, which has concluded. |
| The Fidelis Care As a Trademark For The Centene Corporation | Litigation Party | RS represented or has represented Centene Corporation in two unrelated matters, one of which is pending. |
| Thomas Doering | Litigation Party | RS was adverse to an individual named "Thomas Doering" in an unrelated matter, which has concluded. |
| Thomas Kiely | Litigation Party | RS is adverse to an individual named "Thomas Kiely" in an unrelated matter, which is pending. |
| Thomas Lane | Litigation Party | RS is adverse to an individual named "Thomas Lane" in an unrelated matter, which is pending. |
| ██████████ | ████████████ | ████████████████████████████████ |
| ███████████ | ████████████ | ████████████████████████████████ |
| United Services Automobile Association | Litigation Party | RS is adverse to United Services Automobile Association in an unrelated matter, which is pending. |
| UnitedHealthcare Insurance Company | Litigation Party | RS represents or has represented UnitedHealth in unrelated matters, some of which are pending. |
| ███████████ | ████████████ | ████████████████████████████████ ████████████ |
| William Bailey | Litigation Party | RS is adverse to an individual named "William Bailey" in an unrelated matter, which is pending. |
| Alvarez & Marsal North America, LLC | Professionals to be Retained by Debtor | RS represented Alvarez & Marsal North America, LLC in unrelated matters, which have concluded. |
| Bates White LLC | Professionals to be Retained by Debtor | RS represents or has represented Bates White LLC in unrelated matters, some of which are pending. |
| Haynes & Boone, LLP | Professionals to be Retained by Debtor | RS represents or has represented Haynes & Boone, LLP in unrelated matters, some of which are pending. |

| INTERESTED PARTY | RELATIONSHIP WITH THE DEBTORS | CLIENT, ADVERSE PARTY, OR OTHER "CONNECTION" (FROM 1/2018 TO THE PRESENT) |
|---|---|---|
| Norton Rose Fulbright US, LLP | Professionals Representing Certain Parties in Interest | RS represents or has represented Norton Rose Fulbright US, LLP in two unrelated matters, one of which is pending. |
| Pension Benefit Guaranty Corporation | Unsecured Creditors Committee Member | RS represented Pension Benefit Guaranty Corporation in unrelated matters, which have concluded. |
| NCS Pearson | Unsecured Creditor (Non-Abuse Claims) | RS was adverse to NCS Pearson in an unrelated matter, which has concluded. |
| Quad Graphics | Unsecured Creditor (Non-Abuse Claims) | RS represents Quad Graphics in unrelated matters, some of which are pending. |
| Adobe Systems | Contract Counterparty | RS is adverse or has been adverse to Adobe Systems in unrelated matters. |
| Amazon Web Services | Contract Counterparty | RS represents or has represented Amazon Web Services in unrelated matters, some of which are pending. |
| Arrow Capital Solutions | Contract Counterparty | RS is adverse to Arrow Capital Solutions in an unrelated matter, which is pending. |
| Automatic Data Processing | Contract Counterparty | RS is adverse or has been adverse to Automatic Data Processing in unrelated matters. |
| Avalara | Contract Counterparty | RS is adverse to Avalara in an unrelated matter, which is pending. |
| Glas | Contract Counterparty | RS represents or has represented Glas in unrelated matters, some of which are pending. |
| Grant Thornton | Contract Counterparty | RS is adverse to Grant Thornton in an unrelated matter, which is pending. |
| IBM | Contract Counterparty | RS is adverse to IBM in an unrelated matter, which is pending. |
| Infosys | Contract Counterparty | RS represents or has represented Infosys in unrelated matters, some of which are pending |
| Metlife | Contract Counterparty | RS represents or has represented Metlife in unrelated matters, some of which are pending. |
| Microsoft | Contract Counterparty | RS represents or has represented Microsoft in unrelated matters, some of which are pending. |
| MuleSoft | Contract Counterparty | RS is adverse to MuleSoft in an unrelated matter, which is pending. |
| Oracle America | Contract Counterparty | RS is adverse to Oracle America in an unrelated matter, which is pending. |
| Sovos Compliance | Contract Counterparty | RS was adverse to Sovos Compliance in an unrelated matter, which has concluded. |
| Sun Life Assurance Company of Canada | Contract Counterparty | RS is adverse to Sun Life Assurance Company of Canada in an unrelated matter, which is pending. |
| Town Sports International | Contract Counterparty | RS represented or has represented Town Sports International in unrelated matters, some of which are pending. |
| Unum | Contract Counterparty | RS represented Unum in unrelated matters, which have concluded. |

| INTERESTED PARTY | RELATIONSHIP WITH THE DEBTORS | CLIENT, ADVERSE PARTY, OR OTHER "CONNECTION" (FROM 1/2018 TO THE PRESENT) |
|---|---|---|
| Upp Technology | Contract Counterparty | RS represented Upp Technology in unrelated matters, which have concluded. |
| VSP / Vision Service Plan | Contract Counterparty | RS represents Vision Services Plan in unrelated matters, which are pending. |
| WageWorks | Contract Counterparty | RS represents WageWorks in an unrelated matter, which is pending. |
| Yeti | Contract Counterparty | RS is adverse to Yeti in unrelated matters, some of which may be pending. |
| American Airlines | Vendor | RS represents or has represented American Airlines in unrelated matters, some of which are pending. |
| Automotive Rentals | Vendor | RS is adverse to Automotive Rentals in an unrelated matter, which is pending. |
| CDW Direct | Vendor | RS is adverse to CDW Direct in an unrelated matter, which is pending. |
| Compass Group | Vendor | RS is adverse or has been adverse to Compass Group in unrelated matters. |
| Covington & Burling | Vendor | RS represents or has represented Covington & Burling in two unrelated matters, one of which is pending. |
| EAN Services LLC | Vendor | RS was adverse to EAN Services in unrelated matters, which have concluded |
| Facebook | Vendor | RS represents Facebook in unrelated matters, which are pending. |
| FedEx | Vendor | RS represents or has represented FedEx in unrelated matters, some of which are pending. |
| Fenwick & West | Vendor | RS represents or has represented Fenwick & West in unrelated matters, some of which are pending. |
| FTI Consulting | Vendor | RS represents or has represented FTI Consulting in unrelated matters, some of which are pending. |
| Kuehne & Nagel | Vendor | RS represents or has represented Kuehne & Nagel in unrelated matters, some of which are pending. |
| Marriott International | Vendor | RS is adverse or has been adverse to Marriott International in unrelated matters. |
| Marsh & McLennan | Vendor | RS represents Marsh & McLennan in unrelated matters, some of which are pending. |
| People 2.0 Inc. | Vendor | RS represented People 2.0 in unrelated matters, which have concluded. |
| Ryder Last Mile | Vendor | RS represents Ryder Last Mile in an unrelated matter, which is pending. |
| Shutterstock | Vendor | RS is adverse to Shutterstock in an unrelated matter, which is pending. |
| Texas State Comptroller | Vendor | RS is adverse or has been adverse to Texas Comptroller in unrelated matters. |
| US Foods | Vendor | RS represents US Foods in unrelated matters, some of which are pending. |

| INTERESTED PARTY | RELATIONSHIP WITH THE DEBTORS | CLIENT, ADVERSE PARTY, OR OTHER "CONNECTION" (FROM 1/2018 TO THE PRESENT) |
|---|---|---|
| USPS | Vendor | RS was adverse to USPS in an unrelated matter, which has concluded. |
| Vista Outdoor | Vendor | RS represents Vista Outdoor in unrelated matters, some of which are pending. |
| Wolverine World Wide | Vendor | RS represents Wolverine World Wide in unrelated matters, which are pending. |
| Alabama Attorney General | Taxing Authority | RS is adverse or has been adverse to the Attorney General of Alabama. |
| Arizona Department of Revenue | Taxing Authority | RS is adverse or has been adverse to the Arizona Department of Revenue in unrelated matters. |
| Arkansas Dept. of Finance | Taxing Authority | RS is adverse to the Arkansas Dept. of Finance in an unrelated matter, which is pending. |
| California Dept. of Justice | Taxing Authority | RS is adverse or has been adverse to the California Dept. of Justice in unrelated matters. |
| City of Loveland | Taxing Authority | RS is adverse or has been adverse to the City of Loveland in unrelated matters. |
| Colorado Dept. of Revenue | Taxing Authority | RS is adverse to the Colorado Dept. of Revenue in an unrelated matter, which is pending. |
| Commonwealth of Massachusetts | Taxing Authority | RS is adverse or has been adverse to the Commonwealth of Massachusetts in unrelated matters. |
| Commonwealth of Pennsylvania | Taxing Authority | RS is adverse or has been adverse to the Commonwealth of Pennsylvania in unrelated matters. |
| Commonwealth of Puerto Rico | Taxing Authority | RS is adverse to the Commonwealth of Puerto Rico in several unrelated matters, which are pending. |
| Commonwealth of Virginia | Taxing Authority | RS is adverse to the Commonwealth of Virginia in an unrelated matter, which is pending. |
| DC Treasurer | Taxing Authority | RS is adverse to DC Treasurer in an unrelated matter, which is pending. |
| Delaware Secretary of State | Taxing Authority | RS is adverse or has been adverse to the Delaware Secretary of State in unrelated matters. |
| Department of the Treasury, IRS | Taxing Authority | RS is adverse and has been adverse to the IRS in unrelated matters. |
| Florida Dept. of Revenue | Taxing Authority | RS is adverse or has been adverse to the Florida Dept. of Revenue in unrelated matters. |
| Illinois Dept. of Revenue | Taxing Authority | RS is adverse or has been adverse to the Illinois Dept. of Revenue in unrelated matters. |
| Kentucky State Treasurer | Taxing Authority | RS is adverse or has been adverse to the Kentucky State Treasurer in unrelated matters. |
| Louisiana Dept. of Revenue | Taxing Authority | RS is adverse or has been adverse to the Louisiana Dept. of Revenue in unrelated matters. |
| Massachusetts Department of Revenue | Taxing Authority | RS is adverse or has been adverse to the Massachusetts Department of Revenue in unrelated matters. |

| INTERESTED PARTY | RELATIONSHIP WITH THE DEBTORS | CLIENT, ADVERSE PARTY, OR OTHER "CONNECTION" (FROM 1/2018 TO THE PRESENT) |
|---|---|---|
| Massachusetts Department of Revenue | Taxing Authority | RS is adverse or has been adverse to the Michigan Department of Treasury in unrelated matters. |
| Michigan Department of Revenue | Taxing Authority | RS is adverse or has been adverse to the Michigan Department of Treasury in unrelated matters. |
| Minnesota Department of Revenue | Taxing Authority | RS is adverse or has been adverse to the Minnesota Department of Revenue in unrelated matters. |
| Montgomery County | Taxing Authority | RS is adverse to Montgomery County in unrelated matters, which are pending. |
| North Carolina Dept. of Revenue | Taxing Authority | RS is adverse or has been adverse to the North Carolina Dept. of Revenue in unrelated matters. |
| New Mexico Taxation & Revenue Dept. | Taxing Authority | RS is adverse to the New Mexico Taxation & Revenue Dept. in an unrelated matter, which is pending. |
| Ohio Attorney General | Taxing Authority | RS is adverse or has been adverse to the Ohio Attorney General in unrelated matters. |
| Ohio Treasurer of State | Taxing Authority | RS is adverse or has been adverse to the Ohio Treasurer of State in unrelated matters |
| Parrish of St. Bernard | Taxing Authority | RS is adverse to the Parrish of St. Bernard in an unrelated matter, which is pending. |
| Parrish of Terrebonne | Taxing Authority | RS is adverse to the Parrish of Terrebonne in an unrelated matter, which is pending. |
| The Parrish of Plaqueminnes | Taxing Authority | RS is adverse to the Parrish of Plaqueminnes in an unrelated matter, which is pending. |
| South Carolina Dept. of Revenue | Taxing Authority | RS is adverse to the South Carolina Dept. of Revenue in an unrelated matter, which is pending. |
| State Board of Equalization of California | Taxing Authority | RS is adverse or has been adverse to the State Board of Equalization of California in unrelated matters. |
| State of Connecticut | Taxing Authority | RS is adverse or has been adverse to the State of Connecticut in unrelated matters. |
| State of Delaware | Taxing Authority | RS is adverse or has been adverse to the State of Delaware in unrelated matters. |
| State of Georgia | Taxing Authority | RS is adverse or has been adverse to the State of Georgia in unrelated matters. |
| State of Idaho Tax Commission | Taxing Authority | RS is adverse to the Idaho State Tax Commission in an unrelated matter, which may be pending. |
| State of Maine | Taxing Authority | RS is adverse to the State of Maine in an unrelated matter, which is pending. |
| State of Maryland | Taxing Authority | RS is adverse or has been adverse to the State of Maryland in unrelated matters. |
| State of Minnesota | Taxing Authority | RS is adverse or has been adverse to State of Minnesota in unrelated matters. |
| State of Tennessee | Taxing Authority | RS is adverse or has been adverse to the State of Tennessee in unrelated matters. |

| INTERESTED PARTY | RELATIONSHIP WITH THE DEBTORS | CLIENT, ADVERSE PARTY, OR OTHER "CONNECTION" (FROM 1/2018 TO THE PRESENT) |
|---|---|---|
| State of Washington Dept. of Revenue | Taxing Authority | RS is adverse or has been adverse to the State of Washington Dept. of Revenue in unrelated matters. |
| Tennessee Dept. of Revenue | Taxing Authority | RS is adverse or has been adverse to the Tennessee Dept. of Revenue in unrelated matters. |
| US Customs & Border Protection | Taxing Authority | RS is adverse or has been adverse to US Customs & Border Protection in unrelated matters. |
| Treasurer of Virginia | Taxing Authority | RS is adverse or has been adverse to the Treasurer of Virginia in unrelated matters. |
| Treasurer of Connecticut | Taxing Authority | RS is adverse or has been adverse to the Treasurer of Connecticut in unrelated matters. |
| Treasurer State of Ohio | Taxing Authority | RS is adverse or has been adverse to the Treasurer of Ohio in unrelated matters. |
| US Dept. of Treasury | Taxing Authority | RS is adverse to the US Dept. of Treasury in an unrelated matter, which is pending. |
| Dept. of Homeland Security | Taxing Authority | RS is adverse to the Dept. of Homeland Security in unrelated matters, some of which may be pending. |
| West Virginia State Tax Dept. | Taxing Authority | RS is adverse to the West Virginia State Tax Dept. in an unrelated matter, which is pending. |
| Wisconsin Department of Revenue | Taxing Authority | RS is adverse to Wisconsin Department of Revenue in an unrelated matter, which is pending. |
| Amerigas | Utility Provider | RS represents or has represented Amerigas in unrelated matters, some of which are pending. |
| CenterPoint Energy | Utility Provider | RS represents or has represented CenterPoint Energy in unrelated matters, some of which are pending. |
| CenturyLink | Utility Provider | RS represents or has represented "CenturyLink" entities in unrelated matters, some of which are pending. |
| Direct Energy Business | Utility Provider | RS is adverse to Direct Energy Business in an unrelated matter, which is pending. |
| Duke Energy | Utility Provider | RS represents or has represented Duke Energy in two unrelated matters, one of which is pending. |
| Eversource | Utility Provider | RS was adverse to Eversource in an unrelated matter, which has concluded. |
| Ferrellgas | Utility Provider | RS represents Ferrellgas in an unrelated matter, which is pending. |
| Frontier Communications | Utility Provider | RS represents Frontier Communications in unrelated matters, which are pending.  RS is adverse to Frontier Communications and its affiliates in a pending matter. |
| Level 3 Communications | Utility Provider | RS represents or has represented Level 3 Communications in unrelated matters, some of which are pending. |

| INTERESTED PARTY | RELATIONSHIP WITH THE DEBTORS | CLIENT, ADVERSE PARTY, OR OTHER "CONNECTION" (FROM 1/2018 TO THE PRESENT) |
| --- | --- | --- |
| Republic Services | Utility Provider | RS represents or has represented Republic Services in unrelated matters, some of which are pending. |
| Sierra Communications | Utility Provider | RS was adverse to Sierra Communications in an unrelated matter, which has concluded. |
| Waste Management | Utility Provider | RS represents or has represented Waste Management in unrelated matters, some of which are pending. |
| Windstream Communications | Utility Provider | RS is adverse to Windstream Communications in a pending matter. |
| Xcel Energy | Utility Provider | RS is adverse to Xcel Energy in unrelated matters, which are pending. |