**Exhibit C**

**Committee Chair Declaration**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered) |

### DECLARATION OF CREDITORS' COMMITTEE CHAIR IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY REED SMITH LLP, *NUNC PRO TUNC* AS OF MARCH 9, 2020, AS DELAWARE COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO 11 U.S.C. §§ 328(a) AND 1103(a) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014

I, JENNIFER ROCHON, as authorized representative of the Official Committee of Unsecured Creditors, declare as follows:

1.　　I submit this Declaration in support of the Application of the Official Committee of Unsecured Creditors (the "Creditors' Committee") to Employ Reed Smith LLP, *Nunc Pro Tunc* as of March 9, 2020, as Delaware Counsel for the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 328(a) and 1103(a) and Federal Bankruptcy Procedure 2014 (the "Application").

2.　　Except as otherwise noted, I have personal knowledge as to all the information set forth below.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

3. On March 4, 2020, the Office of the United States Trustee (the "U.S. Trustee") held an organizational meeting of the Debtors' unsecured creditors for the purpose of forming an official committee of unsecured creditors (the "Organizational Meeting").

4. On March 4, 2020, the U.S. Trustee appointed the Creditors' Committee pursuant to Section 1102 of the Bankruptcy Code (D.I. 102). The current members of the Creditors' Committee are: (1) Pension Benefit Guaranty Corporation; (2) Girl Scouts of the United States of America; (3) Roger A. Ohmstede; (4) Pearson Education, Inc.; and (5) Lion Brothers, Inc. Girls Scouts of the United States of America is the Chair of the Creditors' Committee.

5. At the Organizational Meeting, the Creditors' Committee determined that it needed the assistance and advice of counsel to perform the Creditors' Committee's duties under Section 1103(c) of the Bankruptcy Code. The Creditors' Committee selected Kramer Levin Naftalis & Frankel LLP ("Kramer Levin") to be lead counsel to the Creditors' Committee.

6. Following its selection of Kramer Levin, the Creditors' Committee determined that it also required Delaware counsel.

7. The Creditors' Committee selected Reed Smith as its proposed Delaware counsel pursuant to Sections 328(a) and 1103(a) of the Bankruptcy Code.

8. Based upon the information received by the Creditors' Committee, the Creditors' Committee believes that Reed Smith's hourly billing rates and material terms of its engagement are comparable to Reed Smith's billing rates and terms for other non-bankruptcy engagements and to the billing rates and terms of other comparably skilled professionals.

9. Throughout these Cases, the Creditors' Committee will supervise Reed Smith's fees and expenses to manage costs. In particular, the Creditors' Committee will review Reed Smith's invoices and monthly applications for payment of fees and reimbursement of expenses.

- 3 -

The Creditors' Committee understands that Reed Smith periodically raises its hourly rates, usually in January. The Creditors' Committee consents to such ordinary course rate increases.

10. I am informed that Reed Smith will charge its regular hourly rates for service provided to the Creditors' Committee. The hourly rates for the paralegal and attorneys that will be primarily responsible for Reed Smith's representation of the Creditors' Committee are as follows:

| | | |
|---|---|---|
| Paralegals: | John B. Lord | $400/hr. |
| Associates: | Katelin A. Morales | $465.00/hr. |
| Partners: | Kurt F. Gwynne | $990.00/hr |

11. By reason of the foregoing, the Creditors' Committee is of the opinion that it is necessary to employ Reed Smith and that such employment is in the best interest of the Creditors' Committee and the Debtors' estates.

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 23, 2020

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

By: */s/ Jennifer Rochon*
Jennifer Rochon on behalf of Girl Scouts of the United States of America in its capacity as Chair of the Official Committee of Unsecured Creditors of Boy Scouts of America and Delaware BSA, LLC