UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and<br>Delaware BSA, LLC,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**VERIFIED STATEMENT OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS PURSUANT TO BANKRUPTCY RULE 2019**

In connection with the chapter 11 cases (the "**Chapter 11 Cases**") commenced by the above-captioned debtors on February 18, 2020, pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rule 2019**"), the Official Committee of Unsecured Creditors (the "**Creditors' Committee**") appointed in the Chapter 11 Cases of Boy Scouts of America and Delaware BSA, LLC (the "**Debtors**"), hereby submits this verified statement (the "**Verified Statement**") and, in support thereof, states:

1.　　On February 18, 2020 (the "**Petition Date**"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with this Court.

2.　　On March 4, 2020 (the "**Formation Date**"), the Office of the United States Trustee for Region 3 appointed the five-member Creditors' Committee (each a "**Member**") consisting of: (i) Pension Benefit Guaranty Corporation, (ii) Girl Scouts of the United States of America, (iii) Roger A. Ohmstede, (iv) Pearson Education, Inc., and (v) Lion Brothers Company, Inc. *See* Dkt. No. 141.

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

3. The Creditors' Committee members hold unsecured claims against the Debtors' estates arising from a variety of obligations, transactions and relationships. In accordance with Bankruptcy Rule 2019, attached hereto as **Exhibit A** is a list of the names and addresses of, and the "nature and amount of all disclosable economic interests" held by each Creditors' Committee member in relation to the Debtors as of the date of this Verified Statement. The information set forth on **Exhibit A** is based upon information the Creditors' Committee members provided to counsel and is subject to change.

4. Nothing contained in this Verified Statement (including **Exhibit A** attached hereto) should be construed as a limitation upon, or waiver of, any Creditors' Committee member's right to assert, file and/or amend its claim(s) in accordance with applicable law and any orders entered in these Chapter 11 Cases.

5. The undersigned verify that the foregoing is true and correct to the best of their knowledge.

6. The Creditors' Committee reserves the right to amend or supplement this Verified Statement in accordance with the requirements set forth in Bankruptcy Rule 2019.

*[Remainder of page intentionally left blank]*

Dated: April 24, 2020　　　　　　　　　　Respectfully submitted,
Wilmington, Delaware

**REED SMITH LLP**

By:　*/s/ Kurt F. Gwynne*
　　　Kurt F. Gwynne (No. 3951)
　　　Katelin A Morales (No. 6683)
　　　1201 N. Market Street, Suite 1500
　　　Wilmington, DE 19801
　　　Telephone: (302) 778-7500
　　　Facsimile: (302) 778-7575
　　　E-mail: kgwynne@reedsmith.com
　　　E-mail: kmorales@reedsmith.com

　　　-and-

**KRAMER LEVIN NAFTALIS &
　FRANKEL LLP**
Thomas Moers Mayer, Esquire
Rachael Ringer, Esquire
Jennifer Sharret, Esquire
Megan Wasson, Esquire
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
E-mail: tmayer@kramerlevin.com
E-mail: rringer@kramerlevin.com
E-mail: jsharret@kramerlevin.com
E-mail: mwasson@kramerlevin.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*