**EXHIBIT A**

**Names, Addresses and Nature of Disclosable Economic Interests of Creditors' Committee Members**

| Name/Address | Nature and Amount of Disclosable Economic Interest |
|---|---|
| **Pension Benefit Guaranty Corporation**<br>1200 K. Street, NW<br>Washington, D.C. 20005 | Contingent, unliquidated claims in an amount greater than $865,000,000 arising from pension obligations of the Debtors. |
| **Girl Scouts of the United States of America**<br>Attn: Jennifer Rochon<br>420 Fifth Avenue<br>New York, NY 10018 | Litigation claim, subject to a pending civil action in the United States District Court for the Southern District of New York, Case No. 18-10287, for (i) unsecured damages of at least $6,800,000, plus damages subject to expert testimony and attorneys' fees and costs on account of prepetition infringing conduct; (ii) unliquidated damages for postpetition infringing conduct; and (iii) postpetition injunctive relief. |
| **Roger A. Ohmstede**<br>Rog.sandy@mac.com | Unsecured claim of at least $512,590.29 arising from the Restoration Plan. |
| **Pearson Education, Inc.**<br>Attn: John Garry<br>221 River Street<br>Hoboken, NJ 07030 | Claims consisting of (i) an unsecured claim of at least $685,707.72 for unpaid prepetition services; (ii) a post-petition administrative expense claim of at least $244,966.60 for providing actual and necessary services to the estate, and (iii) a contract rejection damages claim. |
| **Lion Brothers Company, Inc.**<br>Attn: Susan J. Ganz<br>300 Red Brook Blvd<br>Owings Mills, Maryland, 21117 | Unsecured claim of at least $355,795.41 on account of prepetition trade payables. |