## Exhibit A

## Summary of Services

| Date incurred | Employee | Hours | Category | Notes | Bill rate | Professional fees |
|---|---|---|---|---|---|---|
| 2/19/2020 | Ameri, Armin | 2.3 | Data Gathering & Processing | QCing data processing code | $ 345.00 | $ 793.50 |
| 2/19/2020 | Ameri, Armin | 0.6 | Data Gathering & Processing | Reviewing key case background data and materials | $ 345.00 | $ 207.00 |
| 2/19/2020 | Evans, Andrew | 0.3 | Analysis | Additional consideration of potential updates to draft POC form | $ 725.00 | $ 217.50 |
| 2/19/2020 | Johnson, Samantha | 1.0 | Data Gathering & Processing | Review of initial filing documents | $ 475.00 | $ 475.00 |
| 2/19/2020 | Johnson, Samantha | 1.7 | Analysis | Review of and edits to possible draft POC form | $ 475.00 | $ 807.50 |
| 2/19/2020 | Murray, Makeda | 1.0 | Data Gathering & Processing | BSA claim file review | $ 475.00 | $ 475.00 |
| 2/19/2020 | Murray, Makeda | 1.3 | Data Gathering & Processing | BSA document review, data documentation | $ 475.00 | $ 617.50 |
| 2/19/2020 | Murray, Makeda | 0.8 | Data Gathering & Processing | BSA data documentation & questions memo | $ 475.00 | $ 380.00 |
| 2/19/2020 | Murray, Makeda | 0.8 | Analysis | Consideration of draft POC; review and edits | $ 475.00 | $ 380.00 |
| 2/19/2020 | Murray, Makeda | 0.3 | Fee Request Preparation | BSA matter billing code updates | $ 475.00 | $ 142.50 |
| 2/20/2020 | Ameri, Armin | 2.3 | Data Gathering & Processing | Dataset review and cleaning | $ 345.00 | $ 793.50 |
| 2/20/2020 | Evans, Andrew | 0.3 | Communication with Counsel | Follow-up with Sidley and internally with legal on retention details | $ 725.00 | $ 217.50 |
| 2/20/2020 | Evans, Andrew | 0.2 | Data Gathering & Processing | Review of notes related to first day hearing | $ 725.00 | $ 145.00 |
| 2/20/2020 | Evans, Andrew | 0.3 | Project Management | Review BSA work plan | $ 725.00 | $ 217.50 |
| 2/20/2020 | Evans, Andrew | 0.3 | Project Management | Project management and case materials organization | $ 725.00 | $ 217.50 |
| 2/20/2020 | Murray, Makeda | 2.1 | Data Gathering & Processing | BSA document tracker | $ 475.00 | $ 997.50 |
| 2/20/2020 | Murray, Makeda | 0.4 | Data Gathering & Processing | Data processing next steps- name standardization, lawyer cleaning | $ 475.00 | $ 190.00 |
| 2/20/2020 | Murray, Makeda | 0.3 | Project Management | Review outstanding BSA to-dos | $ 475.00 | $ 142.50 |
| 2/21/2020 | Ameri, Armin | 0.6 | Data Gathering & Processing | Reviewing case data and related materials | $ 345.00 | $ 207.00 |
| 2/21/2020 | Ameri, Armin | 2.1 | Data Gathering & Processing | Cleaning claims data- variable standardization | $ 345.00 | $ 724.50 |
| 2/21/2020 | Ameri, Armin | 1.7 | Data Gathering & Processing | Claims data cleaning cont'd | $ 345.00 | $ 586.50 |
| 2/21/2020 | Evans, Andrew | 0.1 | Communication with Counsel | Coordination with Sidley | $ 725.00 | $ 72.50 |
| 2/21/2020 | Evans, Andrew | 0.6 | Communication with Counsel | Call with Karim Basaria and Mike Andolina (Andolina joining late) on case status and plan for next steps | $ 725.00 | $ 435.00 |
| 2/21/2020 | Evans, Andrew | 0.3 | Data Gathering & Processing | Review of BSA-related articles | $ 725.00 | $ 217.50 |
| 2/21/2020 | Evans, Andrew | 0.4 | Data Gathering & Processing | Reading transcripts from bankruptcy proceedings | $ 725.00 | $ 290.00 |
| 2/21/2020 | Evans, Andrew | 0.2 | Fee Request Preparation | Preparation of time category list and other materials related to bankruptcy billing | $ 725.00 | $ 145.00 |
| 2/21/2020 | Evans, Andrew | 0.3 | Fee Request Preparation | Work with legal on review of interested parties list | $ 725.00 | $ 217.50 |
| 2/21/2020 | Evans, Andrew | 0.4 | Project Management | Review structure for organizing case materials | $ 725.00 | $ 290.00 |
| 2/21/2020 | Johnson, Samantha | 1.4 | Data Gathering & Processing | Review and reading of key docket materials | $ 475.00 | $ 665.00 |
| 2/21/2020 | Johnson, Samantha | 0.5 | Project Management | Review of work plan | $ 475.00 | $ 237.50 |
| 2/21/2020 | Murray, Makeda | 1.0 | Data Gathering & Processing | Document tracker, Python code updates | $ 475.00 | $ 475.00 |
| 2/21/2020 | Murray, Makeda | 1.0 | Data Gathering & Processing | Data questions, Key notes file | $ 475.00 | $ 475.00 |

| Date incurred | Employee | Hours | Category | Notes | Bill rate | Professional fees |
|---|---|---|---|---|---|---|
| 2/21/2020 | Murray, Makeda | 1.3 | Data Gathering & Processing | Key notes file, first day hearings transcript review | $ 475.00 | $ 617.50 |
| 2/21/2020 | Murray, Makeda | 0.5 | Data Gathering & Processing | Review case documents, first day filings/hearing | $ 475.00 | $ 237.50 |
| 2/21/2020 | Murray, Makeda | 1.5 | Data Gathering & Processing | Review first day filings/hearing transcript | $ 475.00 | $ 712.50 |
| 2/21/2020 | Shvydko, Tetyana | 0.5 | Project Management | BSA workplan review | $ 600.00 | $ 300.00 |
| 2/24/2020 | Ameri, Armin | 2.5 | Data Gathering & Processing | Processing and cleaning claims data | $ 345.00 | $ 862.50 |
| 2/24/2020 | Ameri, Armin | 0.6 | Data Gathering & Processing | Processing and cleaning claims data- cont'd | $ 345.00 | $ 207.00 |
| 2/24/2020 | Evans, Andrew | 0.2 | Communication with Counsel | Follow-up re retention application details | $ 725.00 | $ 145.00 |
| 2/24/2020 | Evans, Andrew | 1.4 | Data Gathering & Processing | Reading hearing transcript | $ 725.00 | $ 1,015.00 |
| 2/24/2020 | Johnson, Samantha | 0.4 | Data Gathering & Processing | Docket review | $ 475.00 | $ 190.00 |
| 2/24/2020 | Murray, Makeda | 2.3 | Data Gathering & Processing | BSA first day hearing transcript, key facts memo | $ 475.00 | $ 1,092.50 |
| 2/24/2020 | Murray, Makeda | 0.6 | Data Gathering & Processing | BSA 2020 claims data file processing | $ 475.00 | $ 285.00 |
| 2/24/2020 | Murray, Makeda | 2.9 | Data Gathering & Processing | Review of first day hearing transcript, key facts memo update | $ 475.00 | $ 1,377.50 |
| 2/25/2020 | Ameri, Armin | 2.4 | Data Gathering & Processing | Continued cleaning of claims data | $ 345.00 | $ 828.00 |
| 2/25/2020 | Ameri, Armin | 2.7 | Data Gathering & Processing | Cleaning and processing claims data | $ 345.00 | $ 931.50 |
| 2/25/2020 | Ameri, Armin | 1.8 | Data Gathering & Processing | QC of claims data processing | $ 345.00 | $ 621.00 |
| 2/25/2020 | Evans, Andrew | 0.1 | Communication with Counsel | Follow-up with Allison Stromberg and Matthew Linder on billing guidelines and categories | $ 725.00 | $ 72.50 |
| 2/25/2020 | Evans, Andrew | 0.2 | Data Gathering & Processing | Review of relevant BSA articles | $ 725.00 | $ 145.00 |
| 2/25/2020 | Murray, Makeda | 1.2 | Data Gathering & Processing | BSA document tracker | $ 475.00 | $ 570.00 |
| 2/25/2020 | Murray, Makeda | 0.2 | Data Gathering & Processing | Review data processing code | $ 475.00 | $ 95.00 |
| 2/25/2020 | Murray, Makeda | 1.2 | Data Gathering & Processing | Review BSA documents, first day hearing transcript | $ 475.00 | $ 570.00 |
| 2/25/2020 | Murray, Makeda | 1.4 | Data Gathering & Processing | Review first day hearing transcript and related materials (cont) | $ 475.00 | $ 665.00 |
| 2/25/2020 | Murray, Makeda | 0.1 | Fee Request Preparation | Review proposed billing code updates | $ 475.00 | $ 47.50 |
| 2/26/2020 | Ameri, Armin | 1.3 | Data Gathering & Processing | Processing new claims dataset | $ 345.00 | $ 448.50 |
| 2/26/2020 | Murray, Makeda | 0.6 | Data Gathering & Processing | Document tracker updates | $ 475.00 | $ 285.00 |
| 2/26/2020 | Murray, Makeda | 1.8 | Data Gathering & Processing | First day hearing review notes | $ 475.00 | $ 855.00 |
| 2/26/2020 | Murray, Makeda | 2.3 | Data Gathering & Processing | Key notes memo draft | $ 475.00 | $ 1,092.50 |
| 2/26/2020 | Murray, Makeda | 0.3 | Fee Request Preparation | Billing code revisions | $ 475.00 | $ 142.50 |
| 2/27/2020 | Ameri, Armin | 2.6 | Data Gathering & Processing | Continued processing of claims dataset | $ 345.00 | $ 897.00 |
| 2/27/2020 | Ameri, Armin | 2.0 | Data Gathering & Processing | Processing new claims dataset | $ 345.00 | $ 690.00 |
| 2/27/2020 | Ameri, Armin | 1.4 | Data Gathering & Processing | Continued processing new claims dataset | $ 345.00 | $ 483.00 |
| 2/27/2020 | Evans, Andrew | 1.2 | Analysis | Review and consideration of actuarial/loss run analyses | $ 725.00 | $ 870.00 |
| 2/27/2020 | Evans, Andrew | 0.3 | Communication with Counsel | Call with Mike Andolina and Karim Basaria re audit question | $ 725.00 | $ 217.50 |
| 2/27/2020 | Evans, Andrew | 0.1 | Data Gathering & Processing | Accesing and downloading actuarial support materials | $ 725.00 | $ 72.50 |
| 2/27/2020 | Evans, Andrew | 0.4 | Data Gathering & Processing | Downloaded lastest claims data; triage review related to same | $ 725.00 | $ 290.00 |
| 2/27/2020 | Evans, Andrew | 0.3 | Project Management | Project management -- review of fees; prioritization of work plan | $ 725.00 | $ 217.50 |
| 2/27/2020 | Murray, Makeda | 1.3 | Data Gathering & Processing | Review of new data files, workplan | $ 475.00 | $ 617.50 |
| 2/27/2020 | Murray, Makeda | 3.0 | Data Gathering & Processing | Review of additional claims data extract | $ 475.00 | $ 1,425.00 |
| 2/27/2020 | Murray, Makeda | 1.3 | Data Gathering & Processing | Review of additional claims data extract (cont) | $ 475.00 | $ 617.50 |
| 2/27/2020 | Shvydko, Tetyana | 1.0 | Analysis | Review actuarial analyses and underlying | $ 600.00 | $ 600.00 |

8

| Date incurred | Employee | Hours | Category | Notes | Bill rate | Professional fees |
|---|---|---|---|---|---|---|
| | | | | data | | |
| 2/28/2020 | Ameri, Armin | 1.5 | Data Gathering & Processing | Claims data processing and cleaning cont'd | $ 345.00 | $ 517.50 |
| 2/28/2020 | Ameri, Armin | 1.7 | Data Gathering & Processing | BSA Claims data processing and cleaning | $ 345.00 | $ 586.50 |
| 2/28/2020 | Ameri, Armin | 2.2 | Data Gathering & Processing | Cleaning and processing claims data | $ 345.00 | $ 759.00 |
| 2/28/2020 | Ameri, Armin | 1.5 | Data Gathering & Processing | Cleaning and processing BSA claims data | $ 345.00 | $ 517.50 |
| 2/28/2020 | Ameri, Armin | 0.6 | Data Gathering & Processing | Reviewing case updates and next steps | $ 345.00 | $ 207.00 |
| 2/28/2020 | Evans, Andrew | 0.6 | Analysis | Further review and consideration of loss-run analyses | $ 725.00 | $ 435.00 |
| 2/28/2020 | Johnson, Samantha | 0.3 | Data Gathering & Processing | Docket review for new materials | $ 475.00 | $ 142.50 |
| 2/28/2020 | Murray, Makeda | 1.0 | Data Gathering & Processing | Claims data processing review | $ 475.00 | $ 475.00 |
| 2/28/2020 | Murray, Makeda | 1.3 | Data Gathering & Processing | Data share files review (cont) | $ 475.00 | $ 617.50 |
| 2/28/2020 | Murray, Makeda | 2.0 | Data Gathering & Processing | Review data share files | $ 475.00 | $ 950.00 |
| 2/28/2020 | Shvydko, Tetyana | 2.5 | Analysis | Review and replicate actuarial tables | $ 600.00 | $ 1,500.00 |
| 2/28/2020 | Shvydko, Tetyana | 1.5 | Analysis | Review and replicate actuarial tables (cont'd) | $ 600.00 | $ 900.00 |
| 3/2/2020 | Ameri, Armin | 2.4 | Data Gathering & Processing | Continued cleaning of BSA claims data | $ 345.00 | $ 828.00 |
| 3/2/2020 | Ameri, Armin | 2.5 | Data Gathering & Processing | Cleaning BSA claims data | $ 345.00 | $ 862.50 |
| 3/2/2020 | Ameri, Armin | 1.3 | Data Gathering & Processing | Cleaning BSA claims data- cont'd | $ 345.00 | $ 448.50 |
| 3/2/2020 | Ameri, Armin | 1.9 | Data Gathering & Processing | QCing BSA data processing | $ 345.00 | $ 655.50 |
| 3/2/2020 | Evans, Andrew | 1.2 | Analysis | Review of actuarial calculations | $ 725.00 | $ 870.00 |
| 3/2/2020 | Evans, Andrew | 0.7 | Analysis | Consideration of factors impacting claim rate | $ 725.00 | $ 507.50 |
| 3/2/2020 | Evans, Andrew | 0.3 | Data Gathering & Processing | Reviewing relevant materials related to mass sexual abuse claiming cases | $ 725.00 | $ 217.50 |
| 3/2/2020 | Murray, Makeda | 1.3 | Data Gathering & Processing | BSA data production review | $ 475.00 | $ 617.50 |
| 3/2/2020 | Murray, Makeda | 0.5 | Data Gathering & Processing | BSA claims data: variable review | $ 475.00 | $ 237.50 |
| 3/2/2020 | Murray, Makeda | 2.0 | Data Gathering & Processing | BSA claims data production review | $ 475.00 | $ 950.00 |
| 3/2/2020 | Murray, Makeda | 2.9 | Data Gathering & Processing | BSA claims data: variable naming and standardization | $ 475.00 | $ 1,377.50 |
| 3/2/2020 | Shvydko, Tetyana | 1.0 | Analysis | Discuss actuarial/ loss run analysis; outline next steps | $ 600.00 | $ 600.00 |
| 3/2/2020 | Shvydko, Tetyana | 2.0 | Analysis | Replicate actuarial exhibits | $ 600.00 | $ 1,200.00 |
| 3/2/2020 | Shvydko, Tetyana | 1.9 | Analysis | Replicate additional actuarial exhibits | $ 600.00 | $ 1,140.00 |
| 3/2/2020 | Shvydko, Tetyana | 2.8 | Analysis | Replicate actuarial exhibits (cont'd) | $ 600.00 | $ 1,680.00 |
| 3/3/2020 | Evans, Andrew | 1.6 | Analysis | Review of actuarial supporting calcs | $ 725.00 | $ 1,160.00 |
| 3/3/2020 | Evans, Andrew | 0.4 | Analysis | Additional consideration of proposed draft claim form and plan for potential modifications to same | $ 725.00 | $ 290.00 |
| 3/3/2020 | Evans, Andrew | 0.1 | Fee Request Preparation | Follow-up related to retention and plan for finalizing same with legal | $ 725.00 | $ 72.50 |
| 3/3/2020 | Johnson, Samantha | 2.8 | Analysis | Review of draft POC form | $ 475.00 | $ 1,330.00 |
| 3/3/2020 | Johnson, Samantha | 2.2 | Analysis | Draft POC form review and updates | $ 475.00 | $ 1,045.00 |
| 3/3/2020 | Johnson, Samantha | 1.2 | Analysis | Review raft POC form, updates to same | $ 475.00 | $ 570.00 |
| 3/3/2020 | Murray, Makeda | 2.4 | Data Gathering & Processing | Claims data processing- cleaning and standardizing of name variables | $ 475.00 | $ 1,140.00 |
| 3/3/2020 | Murray, Makeda | 2.1 | Data Gathering & Processing | BSA claims data processing- variable renaming/standardization and review | $ 475.00 | $ 997.50 |
| 3/3/2020 | Murray, Makeda | 1.0 | Analysis | PoC draft forms | $ 475.00 | $ 475.00 |
| 3/3/2020 | Shvydko, Tetyana | 1.6 | Analysis | Discuss replicated actuarial exhibits; outline next steps | $ 600.00 | $ 960.00 |
| 3/3/2020 | Shvydko, Tetyana | 1.9 | Analysis | Replicate selected actuarial exhibits | $ 600.00 | $ 1,140.00 |
| 3/3/2020 | Shvydko, Tetyana | 2.0 | Analysis | Replicate selected actuarial exhibits cont'd | $ 600.00 | $ 1,200.00 |

9

| Date incurred | Employee | Hours | Category | Notes | Bill rate | Professional fees |
|---|---|---|---|---|---|---|
| 3/4/2020 | Ameri, Armin | 1.4 | Data Gathering & Processing | BSA claims data processing | $ 345.00 | $ 483.00 |
| 3/4/2020 | Ameri, Armin | 2.4 | Data Gathering & Processing | Claims data processing, QC | $ 345.00 | $ 828.00 |
| 3/4/2020 | Ameri, Armin | 1.8 | Data Gathering & Processing | Continued claims data processing | $ 345.00 | $ 621.00 |
| 3/4/2020 | Ameri, Armin | 1.6 | Data Gathering & Processing | BSA Claims data processing | $ 345.00 | $ 552.00 |
| 3/4/2020 | Evans, Andrew | 0.6 | Analysis | Additional consideration of actuarial approach | $ 725.00 | $ 435.00 |
| 3/4/2020 | Evans, Andrew | 0.5 | Analysis | Reviewing BSA actuarial calculations | $ 725.00 | $ 362.50 |
| 3/4/2020 | Evans, Andrew | 1.3 | Analysis | Review of actuarial tables | $ 725.00 | $ 942.50 |
| 3/4/2020 | Evans, Andrew | 0.5 | Communication with Counsel | Call with Mike Andolina, Karim Basaria, and Brian Whittman on next steps | $ 725.00 | $ 362.50 |
| 3/4/2020 | Evans, Andrew | 0.3 | Communication with Counsel | Follow-up call with Karim Basaria related to strategy | $ 725.00 | $ 217.50 |
| 3/4/2020 | Evans, Andrew | 0.4 | Analysis | Additional consideration of PIQ and evaluation of potential edits to same | $ 725.00 | $ 290.00 |
| 3/4/2020 | Evans, Andrew | 0.3 | Fee Request Preparation | Follow-up related to inquiry from Sidley on disinterested status and Trustee question about team member relationships with Scouting | $ 725.00 | $ 217.50 |
| 3/4/2020 | Johnson, Samantha | 1.3 | Analysis | Review of draft POC form | $ 475.00 | $ 617.50 |
| 3/4/2020 | Murray, Makeda | 0.6 | Analysis | Actuarial calculation review | $ 475.00 | $ 285.00 |
| 3/4/2020 | Murray, Makeda | 2.6 | Data Gathering & Processing | BSA data processing: name cleaning and QC | $ 475.00 | $ 1,235.00 |
| 3/4/2020 | Murray, Makeda | 0.7 | Data Gathering & Processing | BSA data: QC and updates | $ 475.00 | $ 332.50 |
| 3/4/2020 | Murray, Makeda | 2.0 | Data Gathering & Processing | BSA data: processing of various settlement, amount and contributor fields | $ 475.00 | $ 950.00 |
| 3/4/2020 | Murray, Makeda | 1.5 | Data Gathering & Processing | Processing of various settlement, amount and contributor fields | $ 475.00 | $ 712.50 |
| 3/4/2020 | Murray, Makeda | 2.7 | Data Gathering & Processing | Claims data processing: cleaning amounts, contributions and law firm info | $ 475.00 | $ 1,282.50 |
| 3/4/2020 | Shvydko, Tetyana | 1.5 | Analysis | Draft notes about actuarial analyses | $ 600.00 | $ 900.00 |
| 3/4/2020 | Shvydko, Tetyana | 0.7 | Analysis | Replicate selected actuarial exhibits | $ 600.00 | $ 420.00 |
| 3/4/2020 | Shvydko, Tetyana | 0.5 | Communication with Counsel | Call with counsel re BSA strategy (Karim Basaria; Mike Andolina; Brian Whittman, Drew Evans) | $ 600.00 | $ 300.00 |
| 3/5/2020 | Ameri, Armin | 1.9 | Data Gathering & Processing | BSA claims data cleaning | $ 345.00 | $ 655.50 |
| 3/5/2020 | Ameri, Armin | 1.7 | Data Gathering & Processing | Claims data cleaning | $ 345.00 | $ 586.50 |
| 3/5/2020 | Evans, Andrew | 0.4 | Analysis | Additional consideration of potential stucture of, and questions for, POC | $ 725.00 | $ 290.00 |
| 3/5/2020 | Evans, Andrew | 0.2 | Fee Request Preparation | Work with legal on questions related to retention declaration | $ 725.00 | $ 145.00 |
| 3/5/2020 | Evans, Andrew | 0.2 | Fee Request Preparation | Call with Blair Warner re retention application details | $ 725.00 | $ 145.00 |
| 3/5/2020 | Evans, Andrew | 0.9 | Fee Request Preparation | Review of materials related to retention application; suggested edits / tweaks to same | $ 725.00 | $ 652.50 |
| 3/5/2020 | Johnson, Samantha | 0.8 | Analysis | Review of draft POC form updates | $ 475.00 | $ 380.00 |
| 3/5/2020 | Mullin, Charles | 0.4 | Analysis | Review of potential liabilities | $ 1,000.00 | $ 400.00 |
| 3/5/2020 | Murray, Makeda | 2.3 | Data Gathering & Processing | BSA data cleaning: lawyer standardization | $ 475.00 | $ 1,092.50 |
| 3/5/2020 | Murray, Makeda | 2.4 | Data Gathering & Processing | Claims data cleaning: law firm review | $ 475.00 | $ 1,140.00 |
| 3/5/2020 | Murray, Makeda | 1.9 | Data Gathering & Processing | Claims data processing: law firm review and standardization | $ 475.00 | $ 902.50 |
| 3/5/2020 | Murray, Makeda | 0.7 | Analysis | Review PoC form | $ 475.00 | $ 332.50 |
| 3/6/2020 | Ameri, Armin | 1.4 | Data Gathering & Processing | Processing claims data | $ 345.00 | $ 483.00 |
| 3/6/2020 | Evans, Andrew | 0.5 | Fee Request Preparation | Additional input on retention application; review of declaration and materials; emails to team re double checking details related to same | $ 725.00 | $ 362.50 |

10

| Date incurred | Employee | Hours | Category | Notes | Bill rate | Professional fees |
|---|---|---|---|---|---|---|
| 3/6/2020 | Evans, Andrew | 0.5 | Fee Request Preparation | Review retention application; follow-up emails with team and Blair Warner on same | $ 725.00 | $ 362.50 |
| 3/6/2020 | Johnson, Samantha | 0.4 | Data Gathering & Processing | Search for new documents on the docket | $ 475.00 | $ 190.00 |
| 3/6/2020 | Johnson, Samantha | 1.0 | Analysis | Review of draft POC form for formatting updates | $ 475.00 | $ 475.00 |
| 3/6/2020 | Murray, Makeda | 2.4 | Fee Request Preparation | Bates White retention application review | $ 475.00 | $ 1,140.00 |
| 3/6/2020 | Murray, Makeda | 2.5 | Fee Request Preparation | BW retention application review contd | $ 475.00 | $ 1,187.50 |
| 3/6/2020 | Murray, Makeda | 1.3 | Data Gathering & Processing | BSA data processing review | $ 475.00 | $ 617.50 |
| 3/6/2020 | Murray, Makeda | 0.5 | Fee Request Preparation | BSA billing inquiries re: fixed fee, retainer application | $ 475.00 | $ 237.50 |
| 3/8/2020 | Evans, Andrew | 0.1 | Fee Request Preparation | Follow-up with team re retention application finalization | $ 725.00 | $ 72.50 |
| 3/9/2020 | Ameri, Armin | 1.8 | Data Gathering & Processing | Processing BSA claims data | $ 345.00 | $ 621.00 |
| 3/9/2020 | Ameri, Armin | 1.4 | Data Gathering & Processing | Continue processing BSA claims data | $ 345.00 | $ 483.00 |
| 3/9/2020 | Evans, Andrew | 0.2 | Fee Request Preparation | Follow-up on details of pre-petition BW receipts from BSA | $ 725.00 | $ 145.00 |
| 3/9/2020 | Evans, Andrew | 0.2 | Fee Request Preparation | Additional follow-up related to details of retention app and declaration, as well as steps needed to finalize execution of same | $ 725.00 | $ 145.00 |
| 3/9/2020 | Evans, Andrew | 0.2 | Fee Request Preparation | Information to team on details of prior bankruptcy work, in response to request from Sidley | $ 725.00 | $ 145.00 |
| 3/9/2020 | Murray, Makeda | 1.0 | Fee Request Preparation | BW retention declaration | $ 475.00 | $ 475.00 |
| 3/9/2020 | Murray, Makeda | 2.2 | Data Gathering & Processing | BSA data processing: name variables cleaning | $ 475.00 | $ 1,045.00 |
| 3/9/2020 | Murray, Makeda | 2.5 | Data Gathering & Processing | BSA data processing: cleaning of name variables | $ 475.00 | $ 1,187.50 |
| 3/9/2020 | Murray, Makeda | 0.3 | Data Gathering & Processing | BSA data processing review | $ 475.00 | $ 142.50 |
| 3/10/2020 | Ameri, Armin | 2.7 | Data Gathering & Processing | BSA claims data processing | $ 345.00 | $ 931.50 |
| 3/10/2020 | Ameri, Armin | 0.5 | Data Gathering & Processing | Processing BSA claims data | $ 345.00 | $ 172.50 |
| 3/10/2020 | Ameri, Armin | 2.2 | Data Gathering & Processing | Analyzing and researching payment data | $ 345.00 | $ 759.00 |
| 3/10/2020 | Ameri, Armin | 1.2 | Data Gathering & Processing | Continued claims data processing | $ 345.00 | $ 414.00 |
| 3/10/2020 | Evans, Andrew | 0.3 | Analysis | Call prep, and update call with Karim Basaria re: client strategy | $ 725.00 | $ 217.50 |
| 3/10/2020 | Evans, Andrew | 0.3 | Data Gathering & Processing | Follow-up with team on data processing tasks; additional follow-up on details of retention application finalization | $ 725.00 | $ 217.50 |
| 3/10/2020 | Murray, Makeda | 2.3 | Data Gathering & Processing | BSA claims data processing: name variable cleaning | $ 475.00 | $ 1,092.50 |
| 3/10/2020 | Murray, Makeda | 2.4 | Data Gathering & Processing | BSA data processing: name standardization | $ 475.00 | $ 1,140.00 |
| 3/10/2020 | Murray, Makeda | 2.1 | Data Gathering & Processing | BSA claims data: name cleaning | $ 475.00 | $ 997.50 |
| 3/10/2020 | Shvydko, Tetyana | 0.4 | Data Gathering & Processing | Review docket filings | $ 600.00 | $ 240.00 |
| 3/11/2020 | Ameri, Armin | 2.4 | Data Gathering & Processing | Reviewing and analyzing claims data | $ 345.00 | $ 828.00 |
| 3/11/2020 | Ameri, Armin | 1.9 | Data Gathering & Processing | Processing claims data | $ 345.00 | $ 655.50 |
| 3/11/2020 | Ameri, Armin | 1.5 | Data Gathering & Processing | Processing claims data- cont'd | $ 345.00 | $ 517.50 |
| 3/11/2020 | Ameri, Armin | 1.2 | Data Gathering & Processing | Continued claims data processing | $ 345.00 | $ 414.00 |
| 3/11/2020 | Murray, Makeda | 2.8 | Data Gathering & Processing | Claims data: name standardization contd | $ 475.00 | $ 1,330.00 |
| 3/11/2020 | Murray, Makeda | 3.0 | Data Gathering & Processing | Claims data processing- name variables standardization | $ 475.00 | $ 1,425.00 |
| 3/11/2020 | Murray, Makeda | 2.0 | Data Gathering & Processing | Name standardization | $ 475.00 | $ 950.00 |
| 3/11/2020 | Shvydko, Tetyana | 1.5 | Data Gathering & Processing | Review docket filings | $ 600.00 | $ 900.00 |
| 3/11/2020 | Shvydko, Tetyana | 1.7 | Data Gathering & Processing | Review BSA docket filings | $ 600.00 | $ 1,020.00 |

| Date incurred | Employee | Hours | Category | Notes | Bill rate | Professional fees |
|---|---|---|---|---|---|---|
| 3/12/2020 | Ameri, Armin | 1.8 | Data Gathering & Processing | Processing total value fields in claim data | $ 345.00 | $ 621.00 |
| 3/12/2020 | Ameri, Armin | 1.4 | Data Gathering & Processing | Continue processing value fields in claim data | $ 345.00 | $ 483.00 |
| 3/12/2020 | Ameri, Armin | 2.4 | Data Gathering & Processing | Analyzing total values in claim data | $ 345.00 | $ 828.00 |
| 3/12/2020 | Ameri, Armin | 1.4 | Data Gathering & Processing | Updating and cleaning claim data script | $ 345.00 | $ 483.00 |
| 3/12/2020 | Evans, Andrew | 0.5 | Analysis | Additional consideration of actuarial calculations and distilling down key issues with same to simple points | $ 725.00 | $ 362.50 |
| 3/12/2020 | Evans, Andrew | 0.6 | Communication with Counsel | Call with Karim Basaria on key strategy points | $ 725.00 | $ 435.00 |
| 3/12/2020 | Murray, Makeda | 2.7 | Data Gathering & Processing | Data processing- name cleaning | $ 475.00 | $ 1,282.50 |
| 3/12/2020 | Murray, Makeda | 2.0 | Data Gathering & Processing | Data processing- name cleaning contd | $ 475.00 | $ 950.00 |
| 3/12/2020 | Murray, Makeda | 0.7 | Data Gathering & Processing | BSA data cleaning- name processing | $ 475.00 | $ 332.50 |
| 3/12/2020 | Murray, Makeda | 1.0 | Fee Request Preparation | BSA billing review | $ 475.00 | $ 475.00 |
| 3/13/2020 | Ameri, Armin | 1.3 | Data Gathering & Processing | Analyzing payment fields, reviewing discrepancies | $ 345.00 | $ 448.50 |
| 3/13/2020 | Ameri, Armin | 1.9 | Data Gathering & Processing | Analyzing payment fields, reviewing discrepancies (cont'd) | $ 345.00 | $ 655.50 |
| 3/13/2020 | Ameri, Armin | 2.6 | Data Gathering & Processing | Processing claims data - allegations field | $ 345.00 | $ 897.00 |
| 3/13/2020 | Evans, Andrew | 0.1 | Fee Request Preparation | Review updates to BW work related to retention application | $ 725.00 | $ 72.50 |
| 3/13/2020 | Johnson, Samantha | 0.5 | Data Gathering & Processing | Docket review for potential new information | $ 475.00 | $ 237.50 |
| 3/13/2020 | Murray, Makeda | 1.1 | Fee Request Preparation | BSA revised retention application | $ 475.00 | $ 522.50 |
| 3/13/2020 | Murray, Makeda | 1.3 | Data Gathering & Processing | Claims data processing | $ 475.00 | $ 617.50 |
| 3/13/2020 | Murray, Makeda | 1.5 | Data Gathering & Processing | Claims data processing cont'd | $ 475.00 | $ 712.50 |
| 3/13/2020 | Murray, Makeda | 0.2 | Fee Request Preparation | BSA billing | $ 475.00 | $ 95.00 |
| 3/15/2020 | Evans, Andrew | 0.3 | Fee Request Preparation | Final review of proposed draft retention materials | $ 725.00 | $ 217.50 |
| 3/16/2020 | Ameri, Armin | 2.1 | Data Gathering & Processing | Processing additional name variables | $ 345.00 | $ 724.50 |
| 3/16/2020 | Ameri, Armin | 1.7 | Data Gathering & Processing | Continue processing additional name variables in the data | $ 345.00 | $ 586.50 |
| 3/16/2020 | Ameri, Armin | 1.7 | Data Gathering & Processing | QCing name fields processing code | $ 345.00 | $ 586.50 |
| 3/16/2020 | Ameri, Armin | 1.5 | Data Gathering & Processing | QCing code used to process name variables | $ 345.00 | $ 517.50 |
| 3/16/2020 | Murray, Makeda | 2.5 | Data Gathering & Processing | BSA data processing: total amounts contd | $ 475.00 | $ 1,187.50 |
| 3/16/2020 | Murray, Makeda | 2.5 | Data Gathering & Processing | BSA data processing: total amounts | $ 475.00 | $ 1,187.50 |
| 3/16/2020 | Shvydko, Tetyana | 1.1 | Data Gathering & Processing | Review BSA annual financial statements | $ 600.00 | $ 660.00 |
| 3/17/2020 | Ameri, Armin | 1.6 | Data Gathering & Processing | Cleaning claims data - Contribution and contributor fields | $ 345.00 | $ 552.00 |
| 3/17/2020 | Ameri, Armin | 2.0 | Data Gathering & Processing | Cleaning claims data - Contribution and contributor fields cont'd | $ 345.00 | $ 690.00 |
| 3/17/2020 | Ameri, Armin | 2.2 | Data Gathering & Processing | Continued cleaning of Contribution and contributor fields in claims data | $ 345.00 | $ 759.00 |
| 3/17/2020 | Ameri, Armin | 1.7 | Data Gathering & Processing | QCing claims data cleaning, compiling data questions | $ 345.00 | $ 586.50 |
| 3/17/2020 | Evans, Andrew | 0.3 | Data Gathering & Processing | BSA data processing update | $ 725.00 | $ 217.50 |
| 3/17/2020 | Murray, Makeda | 2.0 | Data Gathering & Processing | BSA data cleaning- total amounts review | $ 475.00 | $ 950.00 |
| 3/17/2020 | Murray, Makeda | 2.5 | Data Gathering & Processing | BSA data- total amounts and contributions review | $ 475.00 | $ 1,187.50 |
| 3/18/2020 | Ameri, Armin | 2.7 | Data Gathering & Processing | Cleaning claims data - council location, allegation, and other misc. fields | $ 345.00 | $ 931.50 |
| 3/18/2020 | Ameri, Armin | 1.2 | Data Gathering & Processing | Claims data processing - Contribution and contributor fields | $ 345.00 | $ 414.00 |
| 3/18/2020 | Ameri, Armin | 2.3 | Data Gathering & Processing | Compiling data processing assumptions and questions | $ 345.00 | $ 793.50 |

| Date incurred | Employee | Hours | Category | Notes | Bill rate | Professional fees |
|---|---|---|---|---|---|---|
| 3/18/2020 | Ameri, Armin | 1.3 | Data Gathering & Processing | QCing claims data processing, reviewing for inconsistencies | $ 345.00 | $ 448.50 |
| 3/18/2020 | Murray, Makeda | 1.5 | Data Gathering & Processing | Contribution and settlement amount cleaning | $ 475.00 | $ 712.50 |
| 3/18/2020 | Murray, Makeda | 3.0 | Data Gathering & Processing | Data: amounts and contribution cleaning | $ 475.00 | $ 1,425.00 |
| 3/18/2020 | Murray, Makeda | 2.3 | Data Gathering & Processing | BSA data processing | $ 475.00 | $ 1,092.50 |
| 3/18/2020 | Murray, Makeda | 2.0 | Data Gathering & Processing | BSA data processing contd | $ 475.00 | $ 950.00 |
| 3/18/2020 | Murray, Makeda | 1.0 | Fee Request Preparation | BSA billing review | $ 475.00 | $ 475.00 |
| 3/19/2020 | Ameri, Armin | 2.6 | Data Gathering & Processing | Compiling claim counts by year, comparing different counts | $ 345.00 | $ 897.00 |
| 3/19/2020 | Ameri, Armin | 2.2 | Data Gathering & Processing | Compiling data processing assumptions, data questions | $ 345.00 | $ 759.00 |
| 3/19/2020 | Ameri, Armin | 1.9 | Data Gathering & Processing | Exploring payment fields in data, evaluating relationships between payment fields | $ 345.00 | $ 655.50 |
| 3/19/2020 | Evans, Andrew | 0.4 | Analysis | Review of BSA notice presentation | $ 725.00 | $ 290.00 |
| 3/19/2020 | Evans, Andrew | 1.0 | Data Gathering & Processing | Review status of data processing work | $ 725.00 | $ 725.00 |
| 3/19/2020 | Murray, Makeda | 2.0 | Data Gathering & Processing | Claims data processing | $ 475.00 | $ 950.00 |
| 3/19/2020 | Murray, Makeda | 2.5 | Data Gathering & Processing | Data processing: clean and standardize misc data fields | $ 475.00 | $ 1,187.50 |
| 3/19/2020 | Murray, Makeda | 1.0 | Data Gathering & Processing | Noticing PPT review | $ 475.00 | $ 475.00 |
| 3/19/2020 | Murray, Makeda | 1.0 | Data Gathering & Processing | Data processing and Noticing PPT review | $ 475.00 | $ 475.00 |
| 3/19/2020 | Murray, Makeda | 1.1 | Data Gathering & Processing | Noticing PPT: review, claims by year graphic, actuarial/loss run data | $ 475.00 | $ 522.50 |
| 3/19/2020 | Murray, Makeda | 1.0 | Data Gathering & Processing | Data cleaning of disposition/status, severity, abuse information variables | $ 475.00 | $ 475.00 |
| 3/19/2020 | Murray, Makeda | 3.0 | Data Gathering & Processing | Data cleaning: disposition/status, severity, abuse information | $ 475.00 | $ 1,425.00 |
| 3/19/2020 | Shvydko, Tetyana | 0.4 | Data Gathering & Processing | Respond to questions about data underlying actuarial exhibits | $ 600.00 | $ 240.00 |
| 3/20/2020 | Ameri, Armin | 2.7 | Data Gathering & Processing | Processing 2020 claims data file | $ 345.00 | $ 931.50 |
| 3/20/2020 | Ameri, Armin | 1.6 | Data Gathering & Processing | Analyzing 2020 claims data, comparing it to other data sets | $ 345.00 | $ 552.00 |
| 3/20/2020 | Ameri, Armin | 2.2 | Data Gathering & Processing | Compiling data questions from the claims data | $ 345.00 | $ 759.00 |
| 3/20/2020 | Ameri, Armin | 1.2 | Data Gathering & Processing | Evaluating relationship between different claims datasets | $ 345.00 | $ 414.00 |
| 3/20/2020 | Evans, Andrew | 0.7 | Analysis | Review of tabulations related to noticing analysis | $ 725.00 | $ 507.50 |
| 3/20/2020 | Evans, Andrew | 1.0 | Data Gathering & Processing | Review BSA data cleaning work | $ 725.00 | $ 725.00 |
| 3/20/2020 | Johnson, Samantha | 0.6 | Data Gathering & Processing | Review of docket for new relevant information | $ 475.00 | $ 285.00 |
| 3/20/2020 | Murray, Makeda | 0.5 | Data Gathering & Processing | Noticing PPT graph replication | $ 475.00 | $ 237.50 |
| 3/20/2020 | Murray, Makeda | 3.0 | Data Gathering & Processing | BSA data file review, Census data statistics | $ 475.00 | $ 1,425.00 |
| 3/20/2020 | Murray, Makeda | 1.0 | Data Gathering & Processing | Counts by abuse year, actuarial data file review | $ 475.00 | $ 475.00 |
| 3/20/2020 | Murray, Makeda | 1.9 | Data Gathering & Processing | Review data docs to understand relationships between files | $ 475.00 | $ 902.50 |
| 3/22/2020 | Evans, Andrew | 0.2 | Fee Request Preparation | Follow-up on retention application questions and work plan with data processing team | $ 725.00 | $ 145.00 |
| 3/23/2020 | Ameri, Armin | 2.2 | Data Gathering & Processing | Comparing various datasets, reviewing for inconsistencies | $ 345.00 | $ 759.00 |
| 3/23/2020 | Ameri, Armin | 2.6 | Data Gathering & Processing | Comparing BSA datasets, cross-checking for similarities | $ 345.00 | $ 897.00 |
| 3/23/2020 | Ameri, Armin | 2.7 | Data Gathering & Processing | Continued work cross-checking BSA datasets | $ 345.00 | $ 931.50 |
| 3/23/2020 | Evans, Andrew | 0.5 | Analysis | Review of updated tabulations related to noticing presentation; plan for next steps | $ 725.00 | $ 362.50 |

| Date incurred | Employee | Hours | Category | Notes | Bill rate | Professional fees |
|---|---|---|---|---|---|---|
| | | | | re data processing | | |
| 3/23/2020 | Evans, Andrew | 0.3 | Analysis | Review of materials in preparation for call with Karim Basaria and Mike Andolina | $ 725.00 | $ 217.50 |
| 3/23/2020 | Evans, Andrew | 0.5 | Fee Request Preparation | Next steps related to accommodating UST retention request | $ 725.00 | $ 362.50 |
| 3/23/2020 | Evans, Andrew | 1.1 | Fee Request Preparation | Additional follow-up related to UST questions on retention; review of materials related to same; drafting and sending responses to Sidley team | $ 725.00 | $ 797.50 |
| 3/23/2020 | Murray, Makeda | 1.3 | Fee Request Preparation | BW retention application update | $ 475.00 | $ 617.50 |
| 3/23/2020 | Murray, Makeda | 0.8 | Data Gathering & Processing | BW data file comparison | $ 475.00 | $ 380.00 |
| 3/23/2020 | Murray, Makeda | 0.5 | Data Gathering & Processing | Review of US Census by age and gender, and BSA claim count by YOA for Noticing PPT | $ 475.00 | $ 237.50 |
| 3/23/2020 | Murray, Makeda | 1.0 | Data Gathering & Processing | US Census by age and gender calculations, comparison to noticing ppt | $ 475.00 | $ 475.00 |
| 3/24/2020 | Ameri, Armin | 2.6 | Data Gathering & Processing | Comparing various claims data files, evaluating similarities | $ 345.00 | $ 897.00 |
| 3/24/2020 | Ameri, Armin | 2.9 | Data Gathering & Processing | Comparing BSA data files, reviewing similarities and conflicts in the data | $ 345.00 | $ 1,000.50 |
| 3/24/2020 | Evans, Andrew | 0.3 | Analysis | Additional consideration of next steps related to noticing questions | $ 725.00 | $ 217.50 |
| 3/24/2020 | Evans, Andrew | 0.4 | Communication with Counsel | Call with Mike Andolina re next steps; work coordination with other professionals | $ 725.00 | $ 290.00 |
| 3/24/2020 | Evans, Andrew | 0.2 | Data Gathering & Processing | Follow-up on request for scout participation data and uploading same to network | $ 725.00 | $ 145.00 |
| 3/24/2020 | Evans, Andrew | 0.1 | Fee Request Preparation | Follow-up related to details of UST requests | $ 725.00 | $ 72.50 |
| 3/24/2020 | Murray, Makeda | 0.6 | Data Gathering & Processing | Data file comparison review | $ 475.00 | $ 285.00 |
| 3/24/2020 | Murray, Makeda | 1.9 | Fee Request Preparation | Retention application- Interested Parties list | $ 475.00 | $ 902.50 |
| 3/25/2020 | Ameri, Armin | 1.5 | Data Gathering & Processing | Comparing various BSA claims data files | $ 345.00 | $ 517.50 |
| 3/25/2020 | Ameri, Armin | 2.2 | Data Gathering & Processing | Continue comparing various BSA claims data files | $ 345.00 | $ 759.00 |
| 3/25/2020 | Ameri, Armin | 2.4 | Data Gathering & Processing | Continued work reviewing BSA claims datasets | $ 345.00 | $ 828.00 |
| 3/25/2020 | Ameri, Armin | 1.4 | Data Gathering & Processing | Analyzing differences and similarities across data files | $ 345.00 | $ 483.00 |
| 3/25/2020 | Evans, Andrew | 0.4 | Analysis | Considerations of next steps for data analysis | $ 725.00 | $ 290.00 |
| 3/25/2020 | Evans, Andrew | 0.8 | Analysis | Review of talking points from Sidley team; Additional review of key actuarial points; prep for call | $ 725.00 | $ 580.00 |
| 3/25/2020 | Evans, Andrew | 0.6 | Communication with Counsel | Call with Karim Basaria re BSA strategy | $ 725.00 | $ 435.00 |
| 3/25/2020 | Evans, Andrew | 0.4 | Fee Request Preparation | Review of and follow-up on UST request related to interested party list | $ 725.00 | $ 290.00 |
| 3/25/2020 | Murray, Makeda | 0.2 | Fee Request Preparation | BSA retention application | $ 475.00 | $ 95.00 |
| 3/26/2020 | Ameri, Armin | 1.5 | Data Gathering & Processing | Comparing/cross-checking various claims datasets | $ 345.00 | $ 517.50 |
| 3/26/2020 | Ameri, Armin | 2.1 | Data Gathering & Processing | Comparing/cross-checking various claims datasets (cont'd) | $ 345.00 | $ 724.50 |
| 3/26/2020 | Ameri, Armin | 1.4 | Data Gathering & Processing | Continued work cross-checking BSA datasets | $ 345.00 | $ 483.00 |
| 3/26/2020 | Evans, Andrew | 1.9 | Analysis | Analysis of data related to noticing questions; developing questions / talking points related to same | $ 725.00 | $ 1,377.50 |
| 3/26/2020 | Evans, Andrew | 0.3 | Analysis | Additional review of preliminary key data tabulations | $ 725.00 | $ 217.50 |
| 3/26/2020 | Evans, Andrew | 0.8 | Communication with Counsel | Call regarding noticing program with Jessica Boelter, Blair Warner, Monica Blacker, Mike Andolina, Shanon | $ 725.00 | $ 580.00 |

14

| Date incurred | Employee | Hours | Category | Notes | Bill rate | Professional fees |
|---|---|---|---|---|---|---|
| | | | | Wheatman | | |
| 3/26/2020 | Evans, Andrew | 0.2 | Data Gathering & Processing | Organizing case materials | $ 725.00 | $ 145.00 |
| 3/26/2020 | Evans, Andrew | 0.3 | Project Management | Follow-up on TCC request for additional rate detail; email to Sidley with details re the same | $ 725.00 | $ 217.50 |
| 3/26/2020 | Murray, Makeda | 1.9 | Data Gathering & Processing | BSA data questions | $ 475.00 | $ 902.50 |
| 3/26/2020 | Murray, Makeda | 1.8 | Fee Request Preparation | BSA retention application- Parties in Interest | $ 475.00 | $ 855.00 |
| 3/26/2020 | Murray, Makeda | 0.8 | Fee Request Preparation | BSA retention application- potential parties in interest | $ 475.00 | $ 380.00 |
| 3/26/2020 | Murray, Makeda | 0.5 | Data Gathering & Processing | BSA data processing | $ 475.00 | $ 237.50 |
| 3/26/2020 | Murray, Makeda | 0.8 | Project Management | Bill rate table, team resource review | $ 475.00 | $ 380.00 |
| 3/27/2020 | Ameri, Armin | 2.9 | Data Gathering & Processing | Cleaning and merging claims datasets, checking for overlap in claims | $ 345.00 | $ 1,000.50 |
| 3/27/2020 | Ameri, Armin | 0.3 | Data Gathering & Processing | Processing and merging various claims datasets, checking for overlaps | $ 345.00 | $ 103.50 |
| 3/27/2020 | Ameri, Armin | 1.9 | Data Gathering & Processing | Continued work checking for overlaps between claims datasets | $ 345.00 | $ 655.50 |
| 3/27/2020 | Ameri, Armin | 2.4 | Data Gathering & Processing | Analyzing claims data, documenting how datasets fit together, and drafting data questions | $ 345.00 | $ 828.00 |
| 3/27/2020 | Evans, Andrew | 0.7 | Analysis | Prep for call re: BSA ongoing case strategy | $ 725.00 | $ 507.50 |
| 3/27/2020 | Evans, Andrew | 1.1 | Communication with Counsel | Call with Mike Andolina; Karim Basaria; Stephanie Phillips; Steve McGowan; and Mike Ashline on BSA strategy | $ 725.00 | $ 797.50 |
| 3/27/2020 | Evans, Andrew | 0.2 | Communication with Counsel | Follow-up call with Karim Basaria on next steps | $ 725.00 | $ 145.00 |
| 3/27/2020 | Evans, Andrew | 0.7 | Communication with Counsel | Call wtih Mike Andolina on case strategy and plan for mediation | $ 725.00 | $ 507.50 |
| 3/27/2020 | Evans, Andrew | 0.6 | Analysis | Review of information related to comparable corporate disclosures; email to Karim Basaria re same | $ 725.00 | $ 435.00 |
| 3/27/2020 | Evans, Andrew | 0.2 | Fee Request Preparation | Review and consideration of proposal from Blair Warner re potential response to UST inquiries | $ 725.00 | $ 145.00 |
| 3/27/2020 | Johnson, Samantha | 0.6 | Data Gathering & Processing | Review of docket | $ 475.00 | $ 285.00 |
| 3/27/2020 | Murray, Makeda | 0.8 | Data Gathering & Processing | BSA file comparison review | $ 475.00 | $ 380.00 |
| 3/27/2020 | Murray, Makeda | 1.8 | Data Gathering & Processing | BSA actuarial/loss run data review | $ 475.00 | $ 855.00 |
| 3/27/2020 | Murray, Makeda | 0.5 | Fee Request Preparation | BSA retention application- invoice documentation | $ 475.00 | $ 237.50 |
| 3/27/2020 | Murray, Makeda | 1.9 | Data Gathering & Processing | Actuarial/loss run data review | $ 475.00 | $ 902.50 |
| 3/30/2020 | Ameri, Armin | 1.2 | Data Gathering & Processing | Cross-checking information across different claims data sources | $ 345.00 | $ 414.00 |
| 3/30/2020 | Ameri, Armin | 2.4 | Data Gathering & Processing | Cross-checking information across different claims data sources (cont'd) | $ 345.00 | $ 828.00 |
| 3/30/2020 | Ameri, Armin | 2.2 | Data Gathering & Processing | Drafting memo re: relationships across the multiple BSA claims datasets received | $ 345.00 | $ 759.00 |
| 3/30/2020 | Ameri, Armin | 1.7 | Data Gathering & Processing | Continued work analyzing claims datasets | $ 345.00 | $ 586.50 |
| 3/30/2020 | Evans, Andrew | 0.5 | Analysis | Further consideration of key points in support of possible mediation | $ 725.00 | $ 362.50 |
| 3/30/2020 | Evans, Andrew | 0.4 | Communication with Counsel | Call with Blair Warner, Matt Linder, Karen Goldberg and Makeda Murray re: UST retention application questions | $ 725.00 | $ 290.00 |
| 3/30/2020 | Evans, Andrew | 0.3 | Fee Request Preparation | Additional follow-up on UST clarification points | $ 725.00 | $ 217.50 |
| 3/30/2020 | Murray, Makeda | 0.7 | Fee Request Preparation | BSA retention application updates | $ 475.00 | $ 332.50 |
| 3/30/2020 | Murray, Makeda | 0.9 | Fee Request Preparation | Review retention application | $ 475.00 | $ 427.50 |

15

| Date incurred | Employee | Hours | Category | Notes | Bill rate | Professional fees |
|---|---|---|---|---|---|---|
| 3/30/2020 | Murray, Makeda | 0.2 | Data Gathering & Processing | BSA file comparison | $ 475.00 | $ 95.00 |
| 3/30/2020 | Murray, Makeda | 0.4 | Communication with Counsel | BSA: call with A. Evans, K. Goldberg, B. Warner, and M. Linder re: retention application questions. | $ 475.00 | $ 190.00 |
| 3/31/2020 | Ameri, Armin | 1.5 | Data Gathering & Processing | Analyzing BSA data production files | $ 345.00 | $ 517.50 |
| 3/31/2020 | Ameri, Armin | 1.7 | Data Gathering & Processing | Continue analyzing BSA data production files | $ 345.00 | $ 586.50 |
| 3/31/2020 | Ameri, Armin | 2.4 | Data Gathering & Processing | Creating summary table for BSA data analysis | $ 345.00 | $ 828.00 |
| 3/31/2020 | Ameri, Armin | 1.9 | Data Gathering & Processing | Creating table and memo to summarize dataset comparison analysis | $ 345.00 | $ 655.50 |
| 3/31/2020 | Evans, Andrew | 0.5 | Data Gathering & Processing | BSA data processing review | $ 725.00 | $ 362.50 |
| 3/31/2020 | Evans, Andrew | 0.4 | Communication with Counsel | Call with Karim Basaria on liability estimation | $ 725.00 | $ 290.00 |
| 3/31/2020 | Murray, Makeda | 0.5 | Data Gathering & Processing | Review of various BSA data files | $ 475.00 | $ 237.50 |
| 3/31/2020 | Murray, Makeda | 0.6 | Data Gathering & Processing | BSA data file review/comparison | $ 475.00 | $ 285.00 |
| **TOTAL** | | **415.0** | | | | **$ 188,841.50** |