<u>**Exhibit B**</u>

**Expense Detail**

For the period February 18, 2020 to March 31, 2020, Bates White LLC incurred $0 expenses associated with this matter.