Case 20-10343-LSS   Doc 489-1   Filed 04/27/20   Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| | **Ref. Doc. Nos.: 204, 426, 430** |
| Debtors.[1] | (Jointly Administered) |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on April 27, 2020, the *United States Trustee's Omnibus Response and Reservation of Rights Regarding Century's Motion For Entry Of An Order Authorizing Century To File Under Seal Certain Exhibits To Its Objection To Debtors' Application For Order Authorizing The Retention And Employment Of Sidley Austin LLP As Attorneys For The Debtors And Debtors In Possession, Nunc Pro Tunc To The Petition Date* was served upon the following persons through the CM/ECF system, and courtesy copies by email:

EMAIL

Stamatios Stamoulis
STAMOULIS & WEINBLATT LLC
stamoulis@swdelaw.com

Karim Basaria
SIDLEY AUSTIN
kbasaria@sidley.com

Tancred Schiavoni
O'MELVENY & MYERS LLP
tschiavoni@omm.com

Jessica C. Boelter
Sidley Austin LLP
jboelter@sidley.com

Janine Panchok-Berry
O'MELVENY & MYERS LLP
jpanchok-berry@omm.com

James F Conlan
Sidley Austin LLP
jconlan@sidley.com

Michael Christian Andolina
SIDLEY AUSTIN
mandolina@sidley.com

Matthew Evan Linder
Sidley Austin LLP
mlinder@sidley.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

| | |
|---|---|
| Blair M. Warner<br>Sidley Austin LLP<br>blair.warner@sidley.com | Rachael Ringer<br>Kramer Levin Naftalis & Frankel<br>rringer@kramerlevin.com |
| Derek C. Abbott<br>Morris, Nichols, Arsht & Tunnell<br>dabbott@mnat.com | James I. Stang<br>Pachulski Stang Ziehl & Jones<br>jstang@pszjlaw.com |
| Eric Moats<br>Morris, Nichols Arsht & Tunnell<br>emoats@mnat.com | James E. O'Neill<br>Pachulski Stang Ziehl & Jones<br>joneill@pszjlaw.com |
| Kurt F. Gwynne<br>Reed Smith LLP<br>kgwynne@reedsmith.com | |

/s/ David L. Buchbinder
David L. Buchbinder, Esq.
Trial Attorney