# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : : : | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | : : : | Case No. 20-10343 (LSS) Jointly Administered |
| Debtors. | : : : : | Hearing Date: May 18, 2020 at 10:00 a.m. (ET) Obj. Deadline: May 11, 2020 at 4:00 p.m. (ET) |

**PLEASE TAKE NOTICE** that James L. Patton, Jr., the Future Claimants' Representative in the above-captioned matter, has filed the attached *Application of the Future Claimants' Representative for an Order Authorizing to Retention and Employment of Gilbert LLP as Special Insurance Counsel, Effective as of March 19, 2020* (the "Application").

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the relief requested in the Application must be filed on or before **May 11, 2020 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Third Floor, Wilmington, Delaware 19801. At the same time, copies of any objections or responses must be served upon the undersigned proposed counsel to the Future Claimants' Representative so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE APPLICATION WILL BE HELD ON **MAY 18, 2020 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, SIXTH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS OR RESPONSES TO THE APPLICATION ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR A HEARING.**

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated: April 27, 2020          YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                             */s/ Edwin J. Harron*
                                        Robert S. Brady (No. 2847)
                                        Edwin J. Harron (No. 3396)
                                        Sharon M. Zieg (No. 4196)
                                        Sara Beth A.R. Kohut (No. 4137)
                                        Rodney Square
                                        1000 North King Street
                                        Wilmington, Delaware 19801
                                        Telephone: (302) 571-6600
                                        Facsimile: (302) 571-1253
                                        Email: rbrady@ycst.com
                                                     eharron@ycst.com
                                                     szieg@ycst.com
                                                     skohut@ycst.com

                                        *Proposed Counsel to the Future Claimants' Representative*