**<u>EXHIBIT A</u>**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| *In re:* | : | Chapter 11 |
|  | : |  |
| BOY SCOUTS OF AMERICA | : | Case No. 20-10343 (LSS) |
| AND DELAWARE BSA, LLC[1] | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |

## DECLARATION OF KAMI E. QUINN IN SUPPORT OF
## THE APPLICATION OF THE FUTURE CLAIMANTS'
## REPRESENTATIVE FOR AN ORDER AUTHORIZING THE
## RETENTION AND EMPLOYMENT OF GILBERT LLP AS SPECIAL
## INSURANCE COUNSEL, EFFECTIVE AS OF MARCH 19, 2020

I, Kami E. Quinn, under penalty of perjury declare as follows:

1.      I am a partner at the law firm of Gilbert, LLP ("Gilbert" or the "Firm"), located at 1100 York Avenue, NW, Suite 700, Washington, DC 20005.  I am a member in good standing of the Bars of the District of Columbia, the Commonwealth of Virginia, and the Third Circuit Court of Appeals.  There are no disciplinary proceedings against me.

2.      Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge, information supplied to me by other Gilbert professionals or paraprofessionals or learned from my review of relevant documents.  To the extent any information disclosed herein requires amendment or modification as additional party in interest information becomes available to Gilbert, a supplemental declaration will be submitted to this Court reflecting such amended or modified information.

3.      I submit this declaration in support of the *Application of the Future Claimants' Representative for an Order Authorizing the Retention and Employment of Gilbert LLP as Special Insurance Counsel Effective as of March 19, 2020* (the "Application"), pursuant to

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

sections 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "<u>Bankruptcy Code</u>"), Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") and Rule 2014-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>"). Except as otherwise noted, I have personal knowledge of the matters set forth herein.

### Background

4.      On February 18, 2020 (the "<u>Petition Date</u>"), the Debtors each filed a voluntary petition for relief under chapter 11 (the "<u>Chapter 11 Cases</u>") of the Bankruptcy Code (the "<u>Code</u>"). The Debtors continue to operate and maintain their non-profit organization as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

5.      On March 4, 2020, the Office of the United States Trustee formed the Official Committee of Tort Claimants ("<u>Committee</u>").

6.      On March 18, 2020, the Debtors filed a motion for entry of an order appointing James L. Patton, Jr., as Legal Representative for Future Claimants. The order appointing James L. Patton, Jr., as the Future Claimants' Representative, ("<u>FCR</u>") was entered on April 24, 2020.

7.      To facilitate negotiations over, and the preparation of the Prepackaged Plan, the Debtors entered an agreement on December 12, 2018, with the FCR to serve as pre-petition FCR on behalf of future claimants. Due to Gilbert's extensive experience and expertise related to mass-tort insurance coverage issues, the FCR employed Gilbert to analyze the Debtors' insurance policies, provide advice on insurance-related issues, and potentially negotiate with BSA and the other stakeholders.

8.      The Debtors agreed to pay the pre-petition professionals engaged by the FCR. Gilbert received a total of $196,275.94 from the Debtors for pre-petition services and costs.

Furthermore, Gilbert currently holds a $150,000.00 retainer that was paid by the Debtors. Gilbert has been compensated in full for all services provided pre-petition; no unpaid fees or out-of-pocket costs are owed to Gilbert at this time as a result of its pre-petition work for the FCR.

## Qualifications of Professionals

9.     The professionals at Gilbert have substantial experience in bankruptcy cases, including bankruptcies involving mass-tort insurance issues, and have participated in numerous proceedings before various bankruptcy courts. I believe that Gilbert attorneys have the experience necessary to represent the FCR and negotiate the complex insurance matters presented by these Chapter 11 Cases, and respectfully submit that Gilbert is qualified to serve the FCR as special insurance counsel.

10.     The FCR selected Gilbert as insurance counsel because of Gilbert's experience and expertise regarding liability insurance coverage issues, in particular experience and expertise regarding preservation, evaluation, and maximization of coverage in the context of a mass tort bankruptcy proceeding. The potential availability of insurance is an important issue in a mass-tort bankruptcy case and such insurance should provide a significant source of funding for claimants in these Chapter 11 Cases.

## Scope of Services

11.     As part of Gilbert's engagement, subject to the Proposed Order attached to the Application as Exhibit B and any further order of the Court, I anticipate that Gilbert will, without limitation, perform the following services:

    a.  analyzing all insurance policies under which the Debtor may have rights and providing strategic advice to the FCR on steps to be taken to preserve and maximize insurance coverage;

    b.  attending meetings and negotiating with representatives of the Debtors, their insurance carriers, and other parties in interest, including local councils, in these Chapter 11 Cases related to

       the preservation of insurance coverage and resolution of
disputed insurance coverage;

c.  assisting the FCR with any insurance-related matters arising in
connection with the formulation of a plan of reorganization and
funding of a trust for the payment of abuse claims established
under a plan;

d.  performing such other insurance-related tasks as may be
necessary during the course of these Chapter 11 Cases.

12.    The FCR requires knowledgeable counsel to render these professional services.
As noted above, Gilbert has substantial expertise in all of these areas. Accordingly, Gilbert is
well qualified to perform these services and represent the interests of the FCR in these Chapter
11 Cases.

13.    Subject to this Court's approval of the Application, Gilbert is willing to serve as
special insurance counsel to the FCR and perform the services described above.

### Gilbert LLP Representations

14.    Gilbert currently serves as special insurance counsel to (a) the asbestos claimants'
committee in the Sepco Corporation bankruptcy, (b) both the committee of unsecured creditors
and the future claimants' representative in the Rapid-American Corporation bankruptcy, (c) the
asbestos claimants' committee in the Duro Dyne Corporation bankruptcy, (d) both the tort
claimants' committee and the future claimants' representative in the Imerys Talc America
bankruptcy, and (e) the asbestos personal injury claimants committee in the ON Marine Services
Company LLC bankruptcy, which are all chapter 11 cases.[2]  Gilbert also serves as special
insurance counsel to Fraser's Boiler Service, Inc., Debtor, in its bankruptcy and Charles M.
Forman, chapter 7 Trustee in the National Services Industries, Inc. bankruptcy.

---

[2] Mr. Patton's firm, Young Conaway Stargatt & Taylor, LLP, is counsel to the future claimants' representative in the
Sepco, Duro Dyne, Rapid-American, and Imerys bankruptcy cases. Mr. Patton is the future claimants' representative
in the Imerys case.

15.     Gilbert previously acted as counsel to debtors, creditors' committees, future

claimants' representatives, or other parties in other mass tort cases, which have now concluded.

Such prior representations include, but are not limited to:

    a.    Official Committee of Unsecured Creditors in the Church Street Health Management LLC, *et al.,* chapter 11 bankruptcy proceeding;

    b.    Official Committee of Unsecured Creditors in the City Homes III LLC., *et al.*, chapter 11 bankruptcy proceeding;

    c.    Official Committee of Asbestos Personal Injury Claimants and the Legal Representative of Holders of Future Asbestos Demands in the Geo. V. Hamilton, Inc., bankruptcy proceeding;

    d.    Official Committee of Unsecured Creditors in the Metex Mfg. Corp. (f/k/a Kentiles Floors, Inc.) chapter 11 bankruptcy proceeding;[3]

    e.    Official Committee of Tort Claimants in the Saint Vincents Catholic Medical Centers of New York d/b/a St. Vincents Catholic Medical Centers, *et al.*, chapter 11 bankruptcy proceeding; and

    f.    Official Committee of Unsecured Creditors Tort Claimants in the TK Holdings, Inc., *et al.*, chapter 11 bankruptcy proceeding.

16.     Gilbert has been retained as insurance counsel by various personal injury trusts.

Some of the representations have concluded. The list of the personal injury trusts for which

Gilbert LLP currently represents is as follows:

    a.    Armstrong World Industries, Inc. Asbestos Personal Injury Settlement Trust;

    b.    Babcock & Wilcox Company Asbestos Personal Injury Settlement Trust;

    c.    Combustion Engineering 524(g) Asbestos Personal Injury Trust;

---

[3] Mr. Patton's firm, Young Conaway Stargatt & Taylor, LLP, was counsel to the future claimants' representative in the Metex case.

    d.   Federal-Mogul Asbestos Personal Injury Trust;

    e.   Hercules Chemical Company, Inc. Asbestos Trust;

    f.   PSAN PI/WD Trust d/b/a Takata Airbag Trust; and

    g.   Victims Restitution Trust for Insys Therapeutics, Inc. and its
        Affiliated Debtors.[4]

Gilbert may be retained by other mass tort, asbestos, or other personal injury trusts as other
debtors emerge from bankruptcy.

    17.    Aside from insurance-related bankruptcy and trust matters, Gilbert has
represented, and continues to represent, numerous entities on insurance issues arising from
asbestos, other tort and non-tort matters, including in litigation, and will continue to do so.
Gilbert also provides general strategic advice to tort defendants concerning, among other things,
their mass-tort liabilities.

    18.    Gilbert also has been, and will continue to be, co-counsel with several law firms
in a variety of other mass tort matters, including consumer-rights class action litigation and
opioid litigation. Some of these firms may represent, among others, survivors of sexual abuse,
and some of these firms may represent claimants against the Debtors. The Firm does not
represent any claimant in their claim against the Debtors.

### Disinterestedness

    19.    In connection with its proposed retention by the FCR in these Chapter 11 Cases,
Gilbert's conflicts department, under the supervision of Gilbert attorneys involved in
representing the FCR, has undertaken the procedures described below to determine whether there
exists any conflict or other relationship that might cause Gilbert not to be a "disinterested

---

[4] Mr. Patton's firm, Young Conaway Stargatt & Taylor, LLP, is counsel to the future claimants' representative in the Babcock & Wilcox and Federal-Mogul trusts.

person" as defined in section 101(14) of the Bankruptcy Code, and whether Gilbert represents any person or entity having an adverse interest in connection with these Chapter 11 Cases.

20.     Gilbert maintains and systematically updates its conflict check system in the regular course of its business and it is the regular practice of Gilbert to make and maintain these records. The conflict system maintained by Gilbert is designed to include (a) every active matter on which Gilbert is retained, (b) every closed matter on which Gilbert has been engaged since 2001, (c) the entity by which it is now or has been engaged, (d) the identity of related parties, (e) the identify of adverse parties, and (f) the attorney at Gilbert that is knowledgeable about the matter. It is the policy of Gilbert that no new matter may be accepted or opened within the Firm without completing and submitting to those charged with maintaining the conflict check system the information necessary to check each matter for conflicts, including the identity of the prospective client, the matter, and the related and adverse parties. Accordingly, the database is updated for every new matter undertaken by Gilbert. The scope of the system is a function of the completeness and accuracy of the information submitted by the attorney opening a new matter.

21.     Gilbert's conflict department has searched, under the direction of Gilbert attorneys involved in representing the FCR, its electronic basis for its connections to the entities listed on potential parties in interest attached hereto as the "Schedules". To the best of my knowledge, the same Potential Parties in Interest list has been used by the Debtors and other professionals in these Chapter 11 Cases for conflicts purposes.

22.     Gilbert has reviewed all current and former clients for the last three (3) years and, except for those identified on Appendix 1 attached hereto, there are no other representations or connection with parties on the Schedules.

23.    To ascertain Gilbert's "connections," as that term is used in Federal Rule of Bankruptcy Procedure 2014, with the Debtors and other parties-in-interest, certain of my colleagues and I reviewed the list of parties in interest and counsel that is attached hereto as the Schedules. The list includes (a) the Debtors and affiliates, including previous names of Debtors, (b) the Debtors' current and former officers and directors, (c) the Debtors' bankruptcy counsel, professionals and other professionals, (d) pre-petition Future Claimants' Representative and professionals, (e) members of the Committee, representatives, and proposed counsel for the Committee, (f) the top plaintiffs' law firms representing sexual abuse claimants, (g) insurers and issuers of surety bonds, (h) unsecured creditors and vendors, (i) significant customers, (j) taxing and other significant governmental authorities, (k) the United States Trustee and persons employed in that office, and (l) Judges for the United States Bankruptcy Court for the District of Delaware, staff and clerk of the Court. Gilbert also conducted an electronic search of its conflicts database of the parties identified on the Schedules.

24.    Attached hereto as Appendix 1 is a summary of the results of the database search of the parties on the Schedules. In verifying the connections disclosed in Appendix 1, I have relied upon the professionals of Gilbert and the investigation they have undertaken to compile the information upon which such disclosures are based. Because of the number of official committees representing claimants and trusts that Gilbert has represented or is currently representing, it is possible that there are other law firms on the Schedules who also represent sexual abuse claimants against the Debtors, that also represent or have represented one or more members of such other committees for which Gilbert does or did serve as counsel.

25.    Other than as set forth above and described in Appendix 1 or disclosed herein or in the Application, to the best of my knowledge and information after due inquiry, neither

8

Gilbert nor any of its attorneys has any other interest or connection with the Debtors, their creditors, the United States Trustee or any person employed in that Office, the Judges for the United States Bankruptcy Court for the District of Delaware, or any other known party-in-interest.  It is possible that Gilbert will represent in the future, in matters unrelated to these Chapter 11 Cases, entities that are or will become parties in interest herein.

26.    The information listed on the Schedules may have changed without my knowledge and may change during the pendency of these Chapter 11 Cases.  Should such information change, Gilbert will promptly review its files against any updated parties list received from the Debtors.  Gilbert will update this Declaration, as described below, should Gilbert become aware of new material information during the pendency of these Chapter 11 Cases pursuant to the procedures described herein.  To the extent any new relevant facts or relationships are discovered or arise in the course of such review, Gilbert will promptly make additional disclosure to the Court as required by Bankruptcy Rule 2014(a).

27.    Gilbert does not currently employ or intend to employ contract attorneys in these Chapter 11 Cases. To the extent Gilbert employs contract attorneys, Gilbert will undertake a conflict search pertaining to each contract attorney and will make additional disclosure to the Court as required by Bankruptcy Rule 2014(a).  Gilbert will not charge a markup to the Debtors with respect to fees billed by any such contract attorney.

28.    Approval of the proposed engagement of Gilbert is not prohibited by Bankruptcy Rule 5002. I am not related, and to the best of my knowledge, no attorney at Gilbert is related, to the United States Bankruptcy Judge assigned to these Chapter 11 Cases, the UST for the District of Delaware, or any of their employees.

**Specific Disclosures**

29.     Generally, it is Gilbert's policy to disclose clients in the capacity that they first appear in a conflict search. For example, if a client has already been disclosed in this Declaration in one capacity (*e.g.*, as a bank), and the client appears in a subsequent conflict search in a different capacity (*e.g.*, as a bondholder), Gilbert will not disclose the same client again in supplemental declarations, unless the circumstances are such in the latter capacity that additional disclosure is required.

(a)     Relationships with the Debtors and the Debtors' Affiliates and Professionals
None, except what is disclosed on Appendix 1.

(b)     Relationships with Creditors, Equity Security Holders, and Other Parties in Interest
None, except as disclosed on Appendix 1.

(c)     Relationships with Other Professionals
None, except what is disclosed on Appendix 1.

(d)     Other Potential Connections to the Debtors
None, except what is disclosed on Appendix 1.

30.     In addition, while we believe our inquiries as described above are reasonably designed to discover significant connections between Gilbert and the Debtors, its creditors, and other parties in interest for the purposes of Bankruptcy Rule 2014, it is likely that additional direct or indirect connections exist given the nature of the Debtors' businesses, Gilbert's practice, and the large number of parties in interest in these Chapter 11 Cases. Possible other connections include, without limitation:

(a)     Gilbert may represent or may have represented creditors, equity security holders, or interested parties that are deemed Potential Parties in Interest, such as persons and entities with connections deemed less material than those of persons or entities deemed Potential Parties in Interest, persons or entities with affiliations but operating under different names not included on the Schedules, or persons or entities who develop connections to these Chapter 11 Cases in the

future.

(b)      Gilbert may represent persons or entities that own debt or equity securities in interested parties, are competitors of the Debtors or interested parties.

(c)      As part of its practice, Gilbert is involved in litigation and transactions involving many different attorneys, accountants, and consultants some of which may represent the Debtors or interested parties. The conflict system maintained by Gilbert and other sources we consulted that are described above will not typically identify attorneys, accountants, or consultants involved in every transaction or matter in which we represent a party.

(d)      Gilbert partners and employees may now or in the future own securities - directly or through mutual funds, trusts and portfolios - issued by the Debtors or interested parties.

(e)      Gilbert and certain of its partners and employees may maintain credit facilities and pension, insurance, investment, and depository accounts with interested parties. Gilbert partners and employees may be former employees of interested parties.

(f)      Family members of Gilbert's partners or employees may be current or former employees of the Debtors or interested parties or may have other connections with the Debtors or interested parties.

### Affirmative Statement of Disinterestedness

31.      Based solely on the conflicts procedures conducted to date and described herein, to the best of my knowledge and insofar as I have been able to ascertain, (a) Gilbert is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, (b) Gilbert is independent of the Debtors and other parties in interest, (c) Gilbert does not have any interest that would adversely affect Gilbert's ability to advise the FCR in connection with these Chapter 11 Cases or that is materially adverse to the FCR or the future claimants, and (d) Gilbert has no connection to the Debtors, their creditors or any other party in interest except as disclosed herein.

### Compensation

32.      Gilbert will apply for compensation for professional services rendered and

reimbursement of expenses incurred in connection with Gilbert's representation of the FCR in

the Debtors' Chapter 11 Cases in compliance with sections 330 and 331 of the Bankruptcy Code

and applicable provisions of the Bankruptcy Rules, the Local Rules, any case-specific fee

protocols approved by the Court after notice and a hearing and any other applicable procedures

and orders of the Court. Gilbert intends to comply with the *Order Under 11 U.S.C. §§ 105(a) and

331, Fed. R. Bankr. P. 2016(a), and Del. Bankr. L.R. 2016-2 Establishing Procedures for Interim

Compensation and Reimbursement of Professionals* which establishes procedures and policies

for interim compensation and reimbursement of professionals. [D.I. 301].  Gilbert also intends to

make a reasonable effort to comply with the UST's requests for information and additional

disclosures as set forth in the Guidelines for Reviewing Applications for Compensation and

Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Large chapter 11 Cases

Effective as of November 1, 2013 (the "Revised U.S. Trustee Guidelines"), in connection with

this Application and the interim and final fee applications to be filed by Gilbert in these Chapter

11 Cases.

33.     Gilbert has agreed that it will charge for its legal services to the FCR on an hourly

basis at the rates generally used by Gilbert under its normal billing practices. It is anticipated that

the primary attorneys who will represent the FCR are Kami E. Quinn (whose current hourly rate

is $775), Emily Grim (whose current hourly rate is $590), and Meredith Neely (whose current

hourly rate is $475).

34.     It is anticipated that other Gilbert attorneys or paraprofessionals will provide legal

services on behalf of the FCR in connection with the matters described herein. Gilbert and the

FCR have agreed to hourly rates ranging from $635 to $1,300 per hour for partners, $620 per

hour for of counsel, $290 to $590 per hour for associates and $185 to $285 per hour for

paralegals.

35.     The hourly rates set forth above are Gilbert's standard hourly rates for work of this nature. These rates are set at a level designed to compensate fairly Gilbert for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. Gilbert has informed the FCR that its hourly rates are subject to periodic adjustment in accordance with Gilbert's established billing practices and procedures.

36.     In addition to the hourly rates set forth above, it is Gilbert's policy to charge its clients in all areas of practice for expenses incurred in connection with the client's case. The expenses charged to clients include, but are limited to, conference call charges, major photocopying charges, courier and overnight delivery charges, travel-related charges (including mileage, parking, air or train fare, lodging, meals, and ground transportation), computerized research charges, filing fees, and any third-party costs incurred related to a representation. Gilbert will charge for these expenses in a manner and at rates consistent with charges made generally to Gilbert's other clients and the Local Rules.

37.     Gilbert will maintain detailed records of fees and expenses incurred in connection with the rendering of the legal services described herein, in accordance with applicable rules and guidelines.

<u>Statement Pursuant to Revised U.S. Trustee Guidelines</u>

38.     Pursuant to paragraph D, section 1 of the Revised U.S. Trustee Guidelines, Gilbert responds to the questions set forth therein as follows:

Question:     Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?

Response:     No.

Question:     Do any of the professionals included in this

13

engagement vary their rate based on the geographic
location of the bankruptcy case?

Response:    No.

Question:    If you represented the client in the 12 months
prepetition, disclose your billing rates and material
financial terms for the prepetition engagement,
including any adjustments during the 12 months
prepetition. If your billing rates and material
financial terms have changed post-petition,
explain the difference and the reasons for the
difference.

Response:    Gilbert represented the FCR prepetition.
In the summer of 2019, Gilbert increased its
billing rates as follows:
K. Quinn's rate changed from $700 to $775
E. Grim's rate changed from $575 to $590
M. Neely's rate changed from $400 to $475

Question:    Has your client approved your prospective
budget and staffing plan, and, if so, for what
budget period?

Response:    No, a budget has not been proposed.

39.    I am authorized to submit this Declaration on behalf of Gilbert, and if called upon

to testify, I would testify competently to the facts set forth herein.

40.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct.

Dated: April 27, 2020
Washington, DC

_/s/ Kami E. Quinn_
Kami E. Quinn

**List of Schedules**

| Schedule | Category |
|----------|----------|
| 1(a) | Debtors |
| 1(b) | Current and Former Directors and Officers of the Debtors |
| 1(c) | Non-Debtor Affiliates |
| 1(d) | Selected Chartered Organizations |
| 1(e) | Local Councils |
| 1(f) | Secured Parties |
| 1(g) | Banks |
| 1(h) | Credit Card Processors |
| 1(i) | Insurers |
| 1(j) | Landlords |
| 1(k) | Litigation Parties |
| 1(l) | Professionals to be Retained by the Debtors |
| 1(m) | Professionals Representing Certain Parties in Interest |
| 1(n) | Ordinary Course Professionals |
| 1(o) | Tort Claimants Committee |
| 1(p) | Unsecured Creditors Committee |
| 1(q) | Top 25 Plaintiffs' Law Firms Representing the Largest Number of Abuse Victims Asserting Claims Against the Debtors |
| 1(r) | Top 30 General Unsecured Creditors of the Debtors (Non-Abuse Claims) |
| 1(s) | Deferred Compensation and Restoration Plan Participants |
| 1(t) | Significant Contract Counterparties |
| 1(u) | Significant Customers |
| 1(v) | Significant Donors |
| 1(w) | Significant Vendors |
| 1(x) | Significant Taxing Authorities |
| 1(y) | Significant Utility Providers |
| 1(z) | U.S. Trustee, Judges, and Court Contacts for the District of Delaware |

**<u>Schedule 1(a)</u>**

**Debtors**

Boy Scouts of America
Delaware BSA, LLC

**<u>Schedule 1(b)</u>**

**Current and Former Directors and Officers of the Debtors**

Al Lambert
Alison K. Schuler
Arthur F. "Skip" Oppenheimer
Aubrey Harwell
Brad Haddock
Bradley D. Tilden
Bray B. Barnes
C. David Moody
Charles H. Smith
Charles W. Dahlquist
Craig Fenneman
D. Kent Clayburn
Dan Ownby
Daniel  Cabela
David Biegler
David L. Steward
David M. Clark
David Rumbarger
David S. Alexander
Dennis H. Chookaszian
Devang Desai
Dominic Wolters
Doug   Mitchell
Douglas H. Dittrick
Doyle Parrish
Drayton McLane Jr.
E. Gordon Gee
Ellie Morrison
Eric Schultz
Erin Eisner
Forrest Gertin
Francis McAllister
Frank D. Tsuru
Frank Ramirez
Fred Markham
Gary Crum
Gary E. Wendlandt
Glenn Adams
Hannah Carter
Hector A. "Tico" Perez
Howard Bulloch
J. Brett Harvey
Jack Furst

Jack Otto
James D. Rogers
James S. Turley
James S. Wilson
Janice Bryant Howroyd
Jeanette Prenger
Jeanne Arnold
Jeffrey R. Holland
Jennifer Hancock
Jim Ryffel
Joe Crafton
John C. Cushman
John Gottschalk
John Mosby
John R. Donnell Jr.
Jose  Nino
Joseph P Landy
Joy Jones
Keith A. Clark
L.B. Eckelkamp Jr.
Lisa Argyros
Lyle Knight
Mark Logemann
Matthew K. Rose
Matthew Parsons
Michael Ashline
Michael E. Sears
Michael G. Hoffman
Michael Surbaugh
Nathan O. Rosenberg
Nevada "Al" Kent
Pamela Petterchak
Patrick Sterrett
Paul Raines
Philip M. Condit
Pratik Vaidya
Ralph de la Vega
Randall Stephenson
Ray Capp
Raymond Johns
Rex W. Tillerson
Rick Cronk
Robert H. Reynolds

Robert M. Gates
Roger C. Mosby
Ron  Kirk
Ronald O. Coleman
Roy S. Roberts
Scott Christensen
Scott Sorrels
Scott W. Beckett
Stephen Owen
Steven E. Weekes
Steven Rendle
Tanya Acker
Thear Suzuki
Thomas C. Edwards
Thomas S. Monson
Thomas Yarboro
Wayne Perry
Wesley Coleman
Wesley J. Smith
William Rosner
William W. Stark Jr.

### Schedule 1(c)

**Non-Debtor Affiliates**

Arrow WV, Inc.
Atikaki Youth Ventures Inc.
Atikokan Youth Ventures Inc.
BSA Asset Management, LLC
BSA Commingled Endowment Fund, LP
BSA Endowment Master Trust
Learning for Life
National Boy Scouts of America Foundation
NewWorld19, LLC
Texas BSA, LLC

**Schedule 1(d)**

**Selected Chartered Organizations[1]**

All Saints R.C. Church
Archdiocese of New York
Audubon Baptist Church
Beech Haven Baptist Church
Big Cross Elementary School
Bishop Turner High School
Calasanctius School of Buffalo
Canisius High School of Buffalo
Capuchin Franciscans
Capuchin Franciscans Custody of Star of
      The Sea
Capuchin Franciscans Province of St. Mary
Carmel of The Immaculate Concepcion
Cascade Charter Township
Church of The Holy Innocents
City of Bloomingdale
Corporation of the President of the Church
      of Jesus Christ of Latter-Day Saints
Country Farm Supply
Diocese of Brooklyn
Diocese of Buffalo
Discalced Carmelite Nuns (O.C.D.) A.K.A.
      Order of Discalced Carmelites
First Baptist Church of Athens
First Baptist Church of Danville D/B/A Boy
      Scout Troop 354
First Baptist Church of Gainesville
Glens Falls City School District
Greek Orthodox Archdiocese of America
Green Acres Baptist Church
Holy Family Church
Holy Family R.C. Church
House of Hope Presbyterian Church
Immaculate Conception R.C. Church
Louisville Metro Police Department, City of
      Louisville, Jefferson County / Louisville
      Consolidated Government
Mohawk District of The Northern New York
      Annual Conference of The Methodist
      Episcopal Church of New York

Monastery of Christ In The Desert
Our Lady of Lourdes Catholic School
Our Savior Lutheran Church
Queen of Peace R.C. Church
Reformation Lutheran Church
Regis High School
Roman Catholic Archbishop of Agana
Roman Catholic Archdiocese of New York,
      Archdiocese of New York
Roman Catholic Parish of St. Frances
      Xavier Cabrini, Rochester NY (Formerly
      "Church of The Annunciation Of
      Rochester, New York"), a Religious
      Corporation
Sacred Heart - Espanola
Saint John The Baptist Church
School Sisters of Notre Dame Central
      Pacific Province, Inc.
School Sisters of Notre Dame, Region of
      Guam
Silver Springs Shores Presbyterian Church,
      Inc.
Society of Jesus, USA-Northeast Province
      A/K/A The Jesuits
St. Ambrose Church
St. Benedict Joseph Labre Church
St. Benedict Joseph Labre School
St. Brigid's R.C. Church
St. Catherine's Roman Catholic Church
St. Catherine's Roman Catholic Church
      School
St. Demetrios Greek Orthodox Church St.
Francis of Assisi Roman Catholic
      Church
St. Francis Xavier Church
St. Helena Parish
St. John Gualbert R.C. Church
St. John Vianney R.C. Church
St. Josephats R.C. Church
St. Nicholas of Tolentine

---

[1] There are approximately 41,000 chartered organizations.  This list only includes those charted organizations known
by the Debtors to be implicated in abuse claims with the BSA.

St. Paul's R.C. Church
St. Pius V
St. Pius X Catholic Church of Rochester,
    Minnesota
St. Teresa Parish A/K/A Church of St.
    Teresa of The Infant Jesus
St. Teresa R.C. Church
The Blessed Trinity R.C. Church
The Diocese of Rochester (A/K/A "Roman
    Catholic Diocese of Rochester"), A
    Religious Corporation
The Foundation of The Roman Catholic
    Diocese of Buffalo N.Y., Inc.
The Pingry School
The Roman Catholic Diocese of Syracuse
The Roman Catholic Diocese of Syracuse,
    NY
The School Sisters Of Notre Dame,
    Milwaukee Province, Inc.
Town of Deerfield
Town of Trumbull
University Heights Presbyterian Church
USA Northeast Province of The Society of
    Jesus
Weedsport Central School District
Weedsport Central School District Board of
    Education

## Schedule 1(e)

### Local Councils

Boy Scouts of America Abraham Lincoln Council

Boy Scouts of America Alabama-Florida Council

Boy Scouts of America Alameda Council

Boy Scouts of America Alamo Area Council

Boy Scouts of America Allegheny Highlands Council

Boy Scouts of America Aloha Council

Boy Scouts of America Andrew Jackson Council

Boy Scouts of America Anthony Wayne Area Council

Boy Scouts of America Arbuckle Area Council

Boy Scouts of America Atlanta Area Council

Boy Scouts of America Baden-Powell Council

Boy Scouts of America Baltimore Area Council

Boy Scouts of America Bay Area Council

Boy Scouts of America Bay-Lakes Council

Boy Scouts of America Black Hills Area Council

Boy Scouts of America Black Swamp Area Council

Boy Scouts of America Black Warrior Council

Boy Scouts of America Blackhawk Area Council

Boy Scouts of America Blue Grass Council

Boy Scouts of America Blue Mountain Council

Boy Scouts of America Blue Ridge Council

Boy Scouts of America Blue Ridge Mountains Council

Boy Scouts of America Buckeye Council

Boy Scouts of America Buckskin Council

Boy Scouts of America Bucktail Council

Boy Scouts of America Buffalo Trace Council

Boy Scouts of America Buffalo Trail Council

Boy Scouts of America Caddo Area Council

Boy Scouts of America Calcasieu Area Council

Boy Scouts of America California Inland Empire Council

Boy Scouts of America Cape Cod And Islands Council

Boy Scouts of America Cape Fear Council

Boy Scouts of America Capitol Area Council

Boy Scouts of America Cascade Pacific Council

Boy Scouts of America Catalina Council

Boy Scouts of America Central Florida Council

Boy Scouts of America Central Georgia Council

Boy Scouts of America Central Minnesota Council

Boy Scouts of America Central North Carolina Council

Boy Scouts of America Chattahoochee Council

Boy Scouts of America Cherokee Area Council

Boy Scouts of America Chester County Council

Boy Scouts of America Chickasaw Council

Boy Scouts Of America Chief Cornplanter Council

Boy Scouts of America Chief Seattle Council

Boy Scouts of America Chippewa Valley Council

Boy Scouts of America Choctaw Area Council

Boy Scouts of America Cimarron Council

Boy Scouts of America Circle Ten Council

Boy Scouts of America Coastal Carolina Council

Boy Scouts of America Coastal Georgia Council

Boy Scouts of America Colonial Virginia Council

Boy Scouts of America Columbia-Montour Council

Boy Scouts of America Connecticut Rivers Council

Boy Scouts of America Connecticut Yankee Council

Boy Scouts of America Conquistador Council

Boy Scouts of America Cornhusker Council

Boy Scouts of America Coronado Area Council

Boy Scouts of America Cradle Of Liberty Council

Boy Scouts of America Crater Lake Council

Boy Scouts of America Crossroads Of America Council

Boy Scouts of America Dan Beard Council

Boy Scouts of America Daniel Boone Council

Boy Scouts of America Daniel Webster Council

Boy Scouts of America De Soto Area Council

Boy Scouts of America Del-Mar-Va Council

Boy Scouts of America Denver Area Council

Boy Scouts of America East Carolina Council

Boy Scouts of America East Texas Area Council

Boy Scouts of America Erie Shores Council

Boy Scouts of America Evangeline Area Council

Boy Scouts of America Far East Council

Boy Scouts of America Five Rivers Council

Boy Scouts of America Flint River Council

Boy Scouts of America French Creek Council

Boy Scouts of America Gamehaven Council

Boy Scouts of America Garden State Council

Boy Scouts of America Gateway Area Council

Boy Scouts of America Georgia-Carolina Council

Boy Scouts of America Glacier's Edge Council

Boy Scouts of America Golden Empire Council

Boy Scouts of America Golden Spread Council

Boy Scouts of America Grand Canyon Council

Boy Scouts of America Grand Columbia Council

Boy Scouts of America Grand Teton Council

Boy Scouts of America Great Alaska Council

Boy Scouts of America Great Rivers Council

Boy Scouts of America Great Salt Lake Council

Boy Scouts of America Great Smoky Mountain Council

Boy Scouts of America Great Southwest Council

Boy Scouts of America Great Trail Council

Boy Scouts of America Greater Alabama Council

Boy Scouts of America Greater Los Angeles Area Council

Boy Scouts of America Greater New York Council

Boy Scouts of America Greater Niagara Frontier Council

Boy Scouts of America Greater St. Louis Area Council

Boy Scouts of America Greater Tampa Bay Area Council

Boy Scouts of America Greater Wyoming Council

Boy Scouts of America Greater Yosemite Council

Boy Scouts of America Green Mountain Council

Boy Scouts of America Greenwich Council

Boy Scouts of America Gulf Coast Council

Boy Scouts of America Gulf Stream Council

Boy Scouts of America Hawk Mountain Council

Boy Scouts of America Hawkeye Area Council

Boy Scouts of America Heart Of America Council

Boy Scouts of America Heart Of New England Council

Boy Scouts of America Heart Of Virginia Council

Boy Scouts of America Hoosier Trails Council

Boy Scouts of America Housatonic Council

Boy Scouts of America Hudson Valley Council

Boy Scouts of America Illowa Council

Boy Scouts of America Indian Nations Council

Boy Scouts of America Indian Waters Council

Boy Scouts of America Inland Northwest Council

Boy Scouts of America Iroquois Trail Council

Boy Scouts of America Istrouma Area Council

Boy Scouts of America Jayhawk Area Council

Boy Scouts of America Jersey Shore Council

Boy Scouts of America Juniata Valley Council

Boy Scouts of America Katahdin Area Council

Boy Scouts of America La Salle Council

Boy Scouts of America Lake Erie Council

Boy Scouts of America Las Vegas Area Council

Boy Scouts of America Last Frontier Council

Boy Scouts of America Laurel Highlands Council

Boy Scouts of America Leatherstocking Council

Boy Scouts of America Lincoln Heritage Council

Boy Scouts of America Long Beach Area Council

Boy Scouts of America Longhorn Council

Boy Scouts of America Longhouse Council

Boy Scouts of America Longs Peak Council

Boy Scouts of America Los Padres Council

Boy Scouts of America Louisiana Purchase Council

Boy Scouts of America Marin Council

Boy Scouts of America Mason-Dixon Council

Boy Scouts of America Mayflower Council

Boy Scouts of America Mecklenburg County Council

Boy Scouts of America Miami Valley Council

Boy Scouts of America Michigan Crossroads Council

Boy Scouts of America Mid-America Council

Boy Scouts of America Middle Tennessee Council

Boy Scouts of America Mid-Iowa Council

Boy Scouts of America Midnight Sun Council

Boy Scouts of America Minsi Trails Council

Boy Scouts of America Mississippi Valley Council

Boy Scouts of America Mobile Area Council

Boy Scouts of America Monmouth Council

Boy Scouts of America Montana Council

Boy Scouts of America Moraine Trails Council

Boy Scouts of America Mount Baker Council

Boy Scouts of America Mount Diablo Silverado Council

Boy Scouts of America Mountaineer Area Council

Boy Scouts of America Muskingum Valley Council

Boy Scouts of America Narragansett Council

Boy Scouts of America National Capital Area Council

Boy Scouts of America Nevada Area Council

Boy Scouts of America New Birth Of Freedom Council

Boy Scouts of America North Florida Council

Boy Scouts of America Northeast Georgia Council

Boy Scouts of America Northeast Illinois Council

Boy Scouts of America Northeast Iowa Council

Boy Scouts of America Northeastern Pennsylvania Council

Boy Scouts of America Northern Lights Council

Boy Scouts of America Northern New Jersey Council

Boy Scouts of America Northern Star Council

Boy Scouts of America Northwest Georgia Council

Boy Scouts of America Northwest Texas Council

Boy Scouts of America Norwela Council

Boy Scouts of America Occoneechee Council

Boy Scouts of America Ohio River Valley Council

Boy Scouts of America Old Hickory Council

Boy Scouts of America Old North State Council

Boy Scouts of America Orange County Council

Boy Scouts of America Oregon Trail Council

Boy Scouts of America Ore-Ida Council

Boy Scouts of America Overland Trails Council

Boy Scouts of America Ozark Trails Council

Boy Scouts of America Pacific Harbors Council

Boy Scouts of America Pacific Skyline Council

Boy Scouts of America Palmetto Council

Boy Scouts of America Pathway To Adventure Council

Boy Scouts of America Patriots' Path Council

Boy Scouts of America Pee Dee Area Council

Boy Scouts of America Pennsylvania Dutch Council

Boy Scouts of America Piedmont Council

Boy Scouts of America Pikes Peak Council

Boy Scouts of America Pine Burr Area Council

Boy Scouts of America Pine Tree Council

Boy Scouts of America Pony Express Council

Boy Scouts of America Potawatomi Area Council

Boy Scouts of America Prairielands Council

Boy Scouts of America Puerto Rico Council

Boy Scouts of America Pushmataha Area Council

Boy Scouts of America Quapaw Area Council

Boy Scouts of America Quivira Council

Boy Scouts of America Rainbow Council

Boy Scouts of America Redwood Empire Council

Boy Scouts of America Rio Grande Council

Boy Scouts of America Rip Van Winkle Council

Boy Scouts of America Rocky Mountain Council

Boy Scouts of America Sagamore Council

Boy Scouts of America Sam Houston Area Council

Boy Scouts of America Samoset Council

Boy Scouts of America San Diego-Imperial Council

Boy Scouts of America San Francisco Bay Area Council

Boy Scouts of America Santa Fe Trail Council

Boy Scouts of America Seneca Waterways Council
Boy Scouts of America Sequoia Council
Boy Scouts of America Sequoyah Council
Boy Scouts of America Shenandoah Area Council
Boy Scouts of America Silicon Valley Monterey Bay Council
Boy Scouts of America Simon Kenton Council
Boy Scouts of America Sioux Council
Boy Scouts of America Snake River Council
Boy Scouts of America South Florida Council
Boy Scouts of America South Georgia Council
Boy Scouts of America South Plains Council
Boy Scouts of America South Texas Council
Boy Scouts of America Southeast Louisiana Council
Boy Scouts of America Southern Sierra Council
Boy Scouts of America Southwest Florida Council
Boy Scouts of America Spirit Of Adventure Council
Boy Scouts of America Stonewall Jackson Area Council
Boy Scouts of America Suffolk County Council
Boy Scouts of America Susquehanna Council
Boy Scouts of America Suwannee River Area Council
Boy Scouts of America Tecumseh Council
Boy Scouts of America Texas Southwest Council
Boy Scouts of America Texas Trails Council
Boy Scouts of America Theodore Roosevelt Council
Boy Scouts of America Three Fires Council
Boy Scouts of America Three Harbors Council
Boy Scouts of America Three Rivers Council

Boy Scouts of America Tidewater Council
Boy Scouts of America Transatlantic Council
Boy Scouts of America Trapper Trails Council
Boy Scouts of America Tukabatchee Area Council
Boy Scouts of America Tuscarora Council
Boy Scouts of America Twin Rivers Council
Boy Scouts of America Twin Valley Council
Boy Scouts of America Utah National Parks Council
Boy Scouts of America Ventura County Council
Boy Scouts of America Verdugo Hills Council
Boy Scouts of America Voyageurs Area Council
Boy Scouts of America W.D. Boyce Council
Boy Scouts of America Washington Crossing Council
Boy Scouts of America West Tennessee Area Council
Boy Scouts of America Westark Area Council
Boy Scouts of America Westchester-Putnam Council
Boy Scouts of America Western Los Angeles County Council
Boy Scouts of America Western Massachusetts Council
Boy Scouts of America Westmoreland-Fayette Council
Boy Scouts of America Winnebago Council
Boy Scouts of America Yocona Area Council
Boy Scouts of America Yucca Council

### Schedule 1(f)

**Secured Parties**

AT&T Capital Services, Inc.
AT&T Corporation
Automation Tools, LLC
CIT Bank, N.A.
Datamax, Inc.
EverBank Commercial Finance, Inc.
Firebird Structures, LLC
Giant Bicycle, Inc.
HYG Financial Services, Inc.
ImageNet Consulting, LLC
Insight Investments, LLC
JPMorgan Chase Bank, N.A.
Kaufman Fire Protection Systems, Inc.
Key Equipment Finance
Konica Minolta Premier Finance
MB Financial Bank, N.A.
Raymond Leasing Corp
TCF Equipment Finance, Inc.
The Chase Manhattan Bank
The "Green Bar Bill" Hillcourt Foundation
The "Green Bar Bill" Hillcourt Foundation, C/O Winstead PC
TIAA Commercial Finance, Inc.
UniFi Equipment Finance, Inc.
Veristor Capital, LLC
Wells Fargo Financial Leasing, Inc.

## **Schedule 1(g)**

### **Banks**

Banco Popular
Bank of America
BB&T
Blackrock
Charles Schwab
CIBC - First Caribbean Bank
Federated Bank
Fidelity Investments
Fifth Third Bank
First Bank - Virgin Islands
First State Bank
Goldman Sachs
InBank
JPMorgan Chase Bank, N.A.
Merrill Lynch, Pierce, Fenner & Smith, Inc.
Northern Trust Corporation
PNC Bank
RBC Bank
Regions Bank
Scotiabank
State Street Bank
TD Bank
US Bank
Wells Fargo & Company

## **Schedule 1(h)**

### **Credit Card Processors**

American Express
Authorize.net
Bank of America Merchant Services
Card Connect
Discover
Dynamic Payments
Global Payments Inc.
JPMorgan Chase Bank, N.A.
Mastercard
Moneris
Opticard
Paymentech, LLC
PayPal, Inc.
Shift4
Stripe (Shopify)
TSYS/Cayan
Valutec
Visa
Wells Fargo & Company
Wild Apricot

## Schedule 1(i)

### Insurers

Ace Insurance Group
Aetna Casualty and Surety Company
Agricultural Excess & Surplus Insurance
    Company
Agricultural Insurance Company
AIG
Allianz Global Corporate & Specialty SE
Allianz Global Risks US Insurance
    Company
Allianz Insurance Company
Allianz Societas Europaea
Allied World Assurance Co.
Allied World Assurance Company (U.S.),
    Inc.
Allied World Assurance Company, Ltd
Alterra Excess & Surplus Insurance
    Company
American Guarantee and Liability Insurance
    Company
American International Group, Inc.
American Re-Insurance Company
American Zurich Insurance Company
Arch Capital Group (U.S.)
Arch Insurance Company
Arch Reinsurance Ltd.
Argo Group International Holdings, Ltd
Argonaut Insurance Company
Argonaut Insurance Group
Arrowood Indemnity Company
Arrowpoint Capital Corp.
Aspen Insurance Holdings Limited
Ategrity Specialty
Ategrity Specialty Insurance Company
AXA Insurance Company
AXA XL
Axis Capital Holdings Limited
Axis Insurance Company
Axis Specialty Insurance Company
Axis Surplus Insurance Company
Beazley Insurance Company, Inc.
Berkley Insurance Company
Berkshire Hathaway Insurance Group
California Union Insurance Company

Catlin Underwriting Agencies Limited
Century Indemnity Company
Chubb Atlantic Indemnity Ltd.
Chubb Custom Insurance Company
Chubb Executive Risk
Chubb Group of Insurance Companies
Cincinnati Specialty Underwriters Insurance
    Company
Clarendon America Insurance Company
Clarendon National Insurance Company
CNA Insurance Companies
Colony Insurance Company
Columbia Casualty Company
Continental Insurance Company
Endurance American Insurance Company
Endurance American Specialty Insurance
    Company
Enstar Group Limited
Euclid Insurance Services, Inc.
Evanston Insurance Company
Everest National Insurance Company
Everest Re Group
Fairfax (US) Inc.
Fairfax Financial (USA) Group
Federal Insurance Company
Fireman's Fund Insurance Companies
First Specialty Insurance Corporation
First State Insurance Company
Gemini Insurance Company
General Star Indemnity Company
Great American
Great American Assurance Company
Great American E & S Insurance Company
Great American Property and Casualty
    Insurance Group
Gulf Insurance Company
Hallmark Specialty Insurance Company
Harbor Insurance Company
Hartford Accident and Indemnity Company
Houston Casualty Company
Indemnity Insurance Company of North
    America
Indian Harbor Insurance Company

Industrial Indemnity
Industrial Insurance Company of Hawaii
Insurance Company of North America
Insurance Company of the State of
    Pennsylvania (The)
International Insurance Company
Interstate Fire & Casualty Company
Landmark Insurance Company
Lexington Insurance Company
Liberty Insurance Underwriters, Inc.
Liberty Mutual Insurance Company
Liberty Surplus Insurance Corporation
Lloyd's of London
London Market
Markel American Insurance Company
Markel Corporation Group
Marsh & McLennan Companies
MHBT, a Marsh & McLennan Agency
Munich Re Group
Munich Reinsurance America, Inc.
National Casualty Company
National Surety Corporation
National Union Fire Insurance Company Of
    Pittsburgh, PA
Navigators Group, Inc.
Navigators Insurance Company
Navigators Specialty Insurance Company
Niagara Fire Insurance Company
Normandy Reinsurance Company Limited
Ohio Casualty Insurance Company (The)
Old Republic General Group
Old Republic Insurance Company
Old Republic Insurance Group
Pacific Employers Ins. Company
Pacific Indemnity Company
Property/Casualty Insurance Co. Of
    Hartford
RLI Professional Risk
Royal Indemnity Company
RSUI Group
R-T Specialty
Sompo - Endurance American Insurance
    Company
Sompo Holdings, Inc.

St. Paul Surplus Lines Insurance Company
Starr Indemnity & Liability Company
Starr Specialty
Steadfast Insurance Company
Swiss Re Group
Texas Pacific Indemnity Company
The Hartford Financial Services Group, Inc.
The Hartford Fire
The Hartford Insurance Group
The Hartford Steam Boiler Inspection And
    Insurance Company
The Travelers Companies, Inc.
Traders and Pacific Insurance Company
Travelers (Bermuda) Limited
Travelers Casualty and Surety Company
Travelers Indemnity Company
Twin City Fire Insurance Company
U.S. Fire Insurance Company
Universal Re-Insurance Company Limited
Utica Mutual Insurance Company
W. R. Berkley Corporation
W.R. Berkley Group
Westchester Fire Insurance Company
Westchester Surplus Lines Insurance
    Company
XL Catlin
XL Europe Limited
XL Insurance (Dublin) Ltd.
XL Insurance Company SE
Zurich Financial (USA) Group
Zurich Financial Services Group

## **Schedule 1(j)**

### **Landlords**

1040 Avenue of the Americas LLC
IRC Retail Centers

## Schedule 1(k)

## Litigation Parties[2]



90 Merrick LLC
█████ C/O Law Office of Anthony C. Perez

Aaron Moore

Aaron Yates

ABC Insurance Corporation

Adam Herrington
█████ C/O Ryder Law Firm

Aderion Adkisson

Adrian Senentz

█████ C/O Paul Mones █████

█████ C/O Berman
O'Connor & Mann

█████ C/O Lujan & Wolff, LLP

█████ C/O Nixon, Vogelman,
Slawsky & Simoneau PA

█████ C/O Lujan &
Wolff, LLP

Alicia Lifrak

█████ /O Tremont, Sheldon,
Robinson, Mahoney, P.C.

All Saints R.C. Church

Allegheny Highlands Council

Allen Hughes

Aloha Council Chamorro District

Alpine Scout Camp
█████ C/O Rubenstein & Rynecki

Andrea Watson

Andrew Aston

Andrew Bloom

Andrew Mannetta

Andrew McMorris

█████ C/O Berman
O'Connor & Mann

█████ C/O Pfau Cochran
Vertetis Amala PLLC

█████ C/O Marsh Law Firm
█████ C/O Andreozzi & Associates,
P.C.

█████ C/O David
Luna

█████ C/O Crew Janci LLP

Anita Gettleson

Anna Lee Ingram

█████ C/O Patrick Noaker
█████ C/O Roberts Fowler &
Visosky

█████ C/O Berman
O'Connor & Mann

█████ C/O Lujan & Wolff, LLP
█████ C/O Berman
O'Connor & Mann

█████ C/O Lujan & Wolff, LLP

Antonia Michelson

Aramark Campus, LLC

Archbishop Christopher Pierre, Apostolic
Nuncio of The Holy See For The United
States

Archbishop Timothy Dolan, Archbishop of
New York

Archdiocese of New York And Our Lady of
Lourdes Catholic School

---

[2] The professionals seeking to be retained also ran the names of certain individual plaintiffs. In accordance with the *Interim Order (I) Authorizing the Debtors' to file (A) a Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) a Consolidated List of Other Unsecured Creditors of the Debtors, (III) Authorizing and Approving Procedures for Providing Notice of Commencement, and (IV) Granting Related Relief* [Docket No. 66], in order to protect the identities of individual plaintiffs asserting abuse claims and individual plaintiffs who are minors, the Debtors have redacted such information from this list. The Debtors will provide an unredacted version of this list to the Court, the Office of the United States Trustee, and the Committees upon request.

███████████████ C/O Robins
   Kaplan LLP
███████████████ C/O Law
   Offices Of Anthony M. Demarco
Astral Energy, LLC
Atlanta Area Council, Inc.
Attorney(s) ABC and Accountant(S) XYZ
███████████████ C/O Lujan &
   Wolff, LLP
Austin Boley
███████████████ C/O James Dilbeck
███████████████ C/O Thomas Law
   Office, PLLC
Baden-Powell Council, Inc.
Baiting Hollow Scout Camp
Barbara Cowles
Beech Haven Baptist Church
███████████ C/O Casey Devoti &
   Brockland
███████████████ C/O Berman
   O'Connor & Mann
Benjamin Cudeck
███████████████████ C/O
   Berman O'Connor & Mann
███████████████ C/O Lujan & Wolff, LLP
███████████████ C/O Rebenack, Aronow,
   Mascolo, LLP
███████████████ C/O Lujan &
   Wolff, LLP
Betty Boland, as the Administrator of The
   Estate of Ernest Boland
Big Cross Elementary School
Billie Jo Mojoinner
Bishop Turner High School
Blackhawk Area Council of Boy Scouts
███████████████ C/O Leisawitz
   Heller
Blue Ridge Mountains Council
Board of Trustees of The First Baptist
   Church of Gainesville, Inc.
███████████ C/O Crew Janci LLP
Bobby C. Jones

Bowmansville Fire Co., Inc.
Boy Scout Troop #50 of Hattiesburg,
   Mississippi
Boy Scout Troop 163
Boy Scout Troop 204 Memphis - Chickasaw
   Council - Thunderbird District
Boy Scout Troop 95
Boy Scout Trust Fund
Boy Scouts 11 of America
Boy Scouts of America - Hiawatha Council
Boy Scouts of America Atlantic Area
   Council Inc.
Boy Scouts of America Atlantic Area
   Council No. 331
Boy Scouts of America Big Apple District
Boy Scouts of America Greater Los Angeles
   Area Council
Boy Scouts of America Pack 494
Boy Scouts of America Phoenix District
   Troop 49
Boy Scouts of America San Diego-Imperial
   Council
Boy Scouts of America Troop 1000 Inc.
Boy Scouts Troop #64
Boy Scouts Troop 460
Brad Ewell
███████████████ C/O Thomas Law
   Office, PLLC
███████████████ C/O Rebenack, Aronow,
   Mascolo, LLP
Bradley Schumann
Brandon Wood
Brazen Matson
████████████████████ C/O Paul Mones
Brennan Johnston
Brentley Wells
███████████████ C/O Gallik,
   Bremer & Molloy, P.C.
Bretty Bybee
███████████████ C/O Pfau Cochran
   Vertetis Amala PLLC
███████████████ C/O Bonina &
   Bonina, P.C.
Brian P. Wagner

████████████████ C/O David Yates,
Thomas Juanso and Tad Thomas,
Lindsay Cordes - Thomas Law Offices
Bronx Council
Brooklyn Chinese-American Association
Brooklyn Council
Bruce Desandre
██████████ C/O Lujan & Wolff, LLP
████████████████ C/O Goff Law
Group
██████████████ C/O Robins
Kaplan LLP
Buffalo Trail Council
Buffalo Trail Scout Ranch
Calasanctius School of Buffalo
Caleb Steinhoff
California Inland Empire Council
████████████████████
Camille Travis
Camp Aquehonga
Camp Big Timber
Canisius High School of Buffalo
Capuchin Franciscans
Capuchin Franciscans Custody of Star of
The Sea
Capuchin Franciscans, Province of St. Mary
Carol Chacon
Carolyn Hemphill
Carrie Stafford
Carroll Township Police Department
Cascade Charter Township
Cascade Pacific Council
Casey Scott
Catholic Cemeteries of Roman Catholic
Diocese of Buffalo, Inc.
Catholic Health of WNY and its subsidiaries
Cathy Ostrenga
Celeste Rone-Moss
████████████ C/O Law Offices Of Tyler H.
Fox
Charles Copeland
Charles Oglesby, Sr.
Charles Stauder
Charlie Bate
██████████████████████
████████ C/O Lujan & Wolff, LLP

Chase Dansereau
Cherokee Area Council, Inc.
Chicago Area Council
Chickasaw Council
Chief of Police Jon Belmar
Chief Seattle Council
Chris Alvelo
████████████ C/O Crew Janci LLP
Chris Larrabee
Chris McCullough
Christ The King Seminary Fund, Inc.
████████████████ C/O David Yates,
Thomas Juanso and Tad Thomas,
Lindsay Cordes - Thomas Law Offices
Christina Vovchuk
████████████████ C/O Michael G. Dowd
Christopher Finks
Christopher Larrabee
████████████████ C/O Silver Golub &
Teitell LLP
Christopher Payne
Christopher Pelletier
██████████████ C/O Rebenack,
Aronow, Mascolo, LLP
Christopher Vogel
██████████████ C/O Crew Janci LLP
Church of The Holy Innocents
Cincinnati Insurance Company
Circle Ten Council
Citizens' Hose Company No. 1 of Dillsburg
Penna
City of Columbus
City of Louisville
City of Louisville-Jefferson County-
Louisville Consolidated Government
████████████ C/O Javerbaum, Wurgaft,
Hicks, Kahn, Wikstrom & Sinins
Clark Martin
Claudius Douglas Mair-Worley
Clayton Historical Society
████████████████ C/O Law Offices of
Mitchell Garabedian
Clifton Neyrey
CLK/HP 90 Merrick LLC
Clyde Noland

CMR A/S/O Cox Communication ███████
Columbus School District
Complaint and Michigan Crossroads Council, Inc.
Connecticut Rivers Council
Connecticut Rivers Council Troops 258 & 302
Connecticut Yankee Council, Inc.
Connor Cudeck ███████████████ C/O Padberg, Corrigan & Appelbaum
Continental Tire The Americas, LLC
Cornelia Berrocal
Corporation of the President of the Church of Jesus Christ of Latter-Day Saints
Country Farm Supply
Cradle of Liberty Boy Scouts of America ██████ C/O Crew Janci LLP
Craig Bingham ██████ C/O Marsh Law Firm ████████████████ C/O Berman O'Connor & Mann
Ct Yankee Council
Cub Scout Pack 601
Curtis Flaherty ███████████ C/O Pfau Cochran Vertetis Amala PLLC ████████████████████ ████
Dan McGill
Daniel Boone Council Inc.
Daniel Camerano ██████████████ C/O Hirshfield & Costanzo, P.C. ████████ C/O Berman O'Connor & Mann ████████████ C/O Michael G. Dowd ████████ C/O Michael G. Dowd ████████ C/O Berman O'Connor & Mann
Daniel P. Sturtzel
Daniel Richardson ██████████ C/O Lujan & Wolff, LLP ████████ C/O Marsh Law Firm

Daniel Wagner
Daniel Webster Council Inc.
Darla Duarte
David A. Declue ████████ C/O Michael G. Dowd ██████████████ C/O Robins Kaplan LLP
David Dale
David G. Derrick
David Gomes
David H. Scharf
David K. Buterbaugh █████████ C/O Goff Law Group
David Lannes
David McDaniel ████████ C/O Michael G. Dowd
David Michelson ██████████ C/O Berman O'Connor & Mann ██████████ C/O Crew Janci LLP ██████████ C/O Berman O'Connor & Mann ██████████
David Silva ████████ C/O Michael G. Dowd ████████ C/O Michael G. Dowd ████████ C/O Rebenack, Aronow, Mascolo, LLP ████████ C/O Riddle & Brantley ████████ C/O Michael G. Dowd ██████████ C/O Lujan & Wolff, LLP
Debra Schwamberger
Dechaison White
Denis Lane ██████████ C/O Paul Mones
Dillsburg Community Fair Association
Dillsburg Lions Club And Dillsburg Boy Scout Troop #38
Diocese of Brooklyn
Dolores Snyder
Donald C. Shriver
Donald Grande
Donald J. Hebert

████████████████ C/O Crew
Janci LLP
████████████ C/O Lujan & Wolff,
LLP
Doug Stevenson
████████ C/O Rebenack, Aronow,
Mascolo, LLP
██████████ C/O Michael G. Dowd
Douglas Nail
██████████ C/O Rebenack, Aronow,
Mascolo, LLP
████████████ C/O Crew
Janci LLP
Dwight Cable
████████████ C/O Van Zanten
& Onik, LLC
██████████ C/O Edmiston &
Colton Law Firm
Eamonn Ferrante
East Meadow Youth Baseball & Softball
Association
Ed Miller
Eddie Blue
Edgar Riecke
██████████ C/O Michael G. Dowd
██████████ C/O Simmons Hanly
Conroy
████████ C/O John Tidwald Tidwald
Law
Edward M. Bednarczyk
Edward Perriera
████████████ C/O Lujan &
Wolff, LLP
██████████ C/O Rebenack, Aronow,
Mascolo, LLP
████████████ C/O Lujan &
Wolff, LLP
Elijah Knight
Elliott Litz
Elwood Union Free School District
Emely Santos
██████████ C/O Thomas C.
Patton
Emma O'Connor
████████ C/O Rebenack, Aronow,
Mascolo, LLP

Eric L. Young, Administrator of The Estate
of Christopher Alvelo
Eric R. Park
Essex County Council of The Boy Scouts of
America
Estate of Robert Whitelaw, Deceased
Ethan Fuller
Ethan Rapier
████████████ C/O Lujan &
Wolff, LLP
Evan Park Howell, Iii
████████████ C/O
Berman O'Connor & Mann
████████████ C/O Berman
O'Connor & Mann
Evergreen Area Council, Boy Scouts of
America
Fabian Lopez
Fairfield County Council of Boy Scouts of
America, Inc.
Fayetteville United Methodist Church
████████████ C/O Berman
O'Connor & Mann
████████████ C/O Lujan & Wolff, LLP
First Baptist Church of Athens
First Baptist Church of Danville D/B/A Boy
Scout Troop 354
First Baptist Church of Gainesville
Five Rivers Council Inc.
Floodwood Mountain Scout Reservation
Association, Inc.
Ford Motor Company
Francis (Skip) Toomey Ii
████████████ C/O Lujan &
Wolff, LLP
████████████ C/O Roberts
Fowler & Visosky
████████████ C/O Lujan & Wolff, LLP
████████████ C/O Rebenack, Aronow,
Mascolo, LLP
████████████ C/O Berman
O'Connor & Mann
Frank Pedone
████████████ C/O Lujan & Wolff, LLP

███████████ C/O Michael G. Dowd
███████████ C/O Berman
O'Connor & Mann
███████████████ C/O Crew Janci
LLP
███████████████ C/O Berman
O'Connor & Mann
G.A.C.
████ C/O Dreyer Boyajian
Gabriel Racine
Gage Wilson
Garden State Council
Gary Ackerman
Gary Carroll
███████████ C/O Crew Janci LLP
███████████ C/O Berman
O'Connor & Mann
Gary L Strain
Gary Langsdale
█████████████████████ C/O
Hall Law, P.A.
████████████ C/O Lujan & Wolff,
LLP
████████████ C/O Berman O'Connor
& Mann
George D. McClay
█████████████ C/O Berman
O'Connor & Mann
█████████████ C/O Berman
O'Connor & Mann
George J. Eberl
Geovanni McClain
███████████ C/O Rubenstein & Rynecki
███████████ C/O Lujan & Wolff,
LLP
Glens Falls City School District
Gloria Garcia
Governor Clinton Council, Inc., Boy Scouts
of America
Grace Gordon
Grand Canyon Council
Great Alaska Council
Great Salt Lake Council
Great Southwest Council
Greater Alabama Council
Greater New York City Councils

Greater Niagara Frontier Council
Greater Niagara Frontier Council #380 of
The Boy Scouts of America
Greater St. Louis Area Council, Boy Scouts
of America, Inc.
Greater Tampa Bay Area Council, Inc.
Greater Yosemite Council, Inc.
Greek Orthodox Archdiocese of America
Green Acres Baptist Church
Greenport Fire Department
Greg Day
██████████████ C/O Crew Janci
LLP
Greg Ploski
██████████████ C/O Berman
O'Connor & Mann
█████████████████ C/O Lujan &
Wolff, LLP
██████████████ C/O Michael G. Dowd
Guy Rollf
Guy Thomas Buker
Hacker Coverage Dispute
Harley Avenue Primary School
███████████ C/O Robins Kaplan LLP
███████████ C/O Javerbaum, Wurgaft,
Hicks, Kahn, Wikstrom & Sinins
███████████ C/O Riddle & Brantley
███████████ C/O Gruel Mills
Nims & Pylman PLLC
Hawk Mountain Council, Inc., Boy Scouts
of America
Hawkeye Area Council, Boy Scouts of
America, An Iowa Corporation
Heart of America Council
Heart of New England
Heart of Virginia Council, Inc., Boy Scouts
of America
Heath Faucheux
Henry Reinsburrow
Holy Family Church
Holy See Instrumentalities

Holy See, State of Vatican City - The
    Vatican
House of Hope Presbyterian Church
    ██████████████████████C/O Roberts
    Fowler & Visosky
    ██████████████████C/O Crew Janci LLP
    ██████████████████████C/O Lujan &
    Wolff, LLP
Hudson Valley Council
Hunter Iverson
████████████
Ian Simpson
████████████████████C/O Berman
    O'Connor & Mann
Immaculate Conception R.C. Church
Indian Waters Council Boy Scouts of
    America Inc.
Iroquois Trail Council Inc.
Irwindale Police Department
Istrouma Area Council
  ████C/O Marsh Law Firm
J.E. Mathis
██████████████████C/O Brautigam &
    Brautigam, LLP
██████████C/O Bradley L. Rice
Jack Rose
██████████████
Jacob Nelson
██████████████████C/O Lujan &
    Wolff, LLP
████████████C/O Green & Gillispie
████████C/O Lujan & Wolff, LLP
James Gambrell King
████████████████C/O Marsh Rickard &
    Bryan
██████████████C/O Crew Janci LLP
James Kennedy
██████████C/O The Panitch Law Group,
    P.C.
████████████████C/O Michael G. Dowd
████████████C/O Law Offices Of Mitchell
    Garabedian
James Potjunas
████████████████
James Stillwell, Jr.

James T. Grace Jr.
████████████C/O Law Offices Of
    Mitchell Garabedian
████████████████C/O Lujan & Wolff, LLP
████████████C/O Jeff Anderson &
    Associates, PA
Jane Sutterlin
Janessa Miller
Jarred Pai
Jasiah Marshall
██████████████
Jason Hofmann
██████████C/O Berman O'Connor &
    Mann
Jason R. Brockman
████████████████████████C/O
    Merson Law
████████████C/O Merson Law
Jayshawn Brown
Jefferson County
Jefferson County / Louisville Consolidated
    Government
Jeffery Leonard And Individual
████████████████C/O Green & Gillispie
████████████████████C/O Robins
    Kaplan LLP
████████████C/O Rebenack, Aronow,
    Mascolo, LLP
████████████████████C/O Robins
    Kaplan LLP
Jersey Shore Council
Jesse Bessette
████████████C/O Berman O'Connor &
    Mann
██████████████C/O Lujan & Wolff,
    LLP
██████████████C/O Berman O'Connor
    & Mann
████████████C/O Berman O'Connor &
    Mann
Jessie Tomeo
████████████C/O Berman O'Connor &
    Mann
████████████████C/O Eisenberg
    Rothweiler, Winkler, Eisenberg & Jeck,
    P.C.

███████████ C/O Marsh Law Firm
Joanne Nauheimer (Class Action)
Joanne Nauheimer (Individual)
████████████ C/O Lujan &
Wolff, LLP
████████████ C/O Lujan &
Wolff, LLP
██████
Joel Shumway
John B. Lowell
John Cimral
████████ C/O Roberts Fowler & Visosky
████████ C/O Dumas Law
Group, LLC (A/K/A Dumas & Vaughn
Attorneys at Law)
John Gruber
████████ C/O Michael G. Dowd

John J. Beardsworth, Jr.
████████ C/O Davis Miles McGuire
Gardner
John Jones
█████████████
██████████████ C/O Lujan & Wolff,
LLP
John Lund
██████████ C/O Berman
O'Connor & Mann
██████████ C/O Berman
O'Connor & Mann
██████████ C/O Okun, Oddo & Babat,
P.C.
██████████ C/O Lujan & Wolff, LLP
██████████ C/O Lujan &
Wolff, LLP
██████████ C/O Goff Law
Group
John Richers
██████████ C/O Rebenack, Aronow,
Mascolo, LLP
██████████ C/O Paul Mones
██████████ C/O Michael G. Dowd
██████████ C/O Lujan & Wolff, LLP

██████████ C/O Law Office of
Patrick Sorsby
Jonathan Dunn
██████████ C/O Andrew S. Janet
██████████ C/O Andreozzi &
Associates, P.C.
██████████
Joseph Alvarado
██████████ C/O Berman
O'Connor & Mann
██████████ C/O Law Offices of Mitchell
Garabedian
██████████ C/O Berman
O'Connor & Mann
██████████ C/O Lowey
Dannenberg, P.C.
██████████ C/O Berman
O'Connor & Mann
Joseph F. Snyder
██████████ C/O Berman O'Connor
& Mann
██████████ C/O Lujan &
Wolff, LLP
Joseph L. Snyder
██████████ C/O Law Offices of
Mitchell Garabedian
██████████ C/O Soloff & Zervanos, P.C.
Joseph Porter and Gail Porter
██████████ C/O Lujan & Wolff,
LLP
██████████ C/O Lujan &
Wolff, LLP
Joseph Tetlow
██████████ C/O Berman O'Connor
& Mann
██████████ C/O Berman
O'Connor & Mann
██████████ C/O Michael S. Steinger
Joshua Goodwin
Joshua P. Christ
Joshua Simpson
Joshua White
Judy Crawford
Julie Hedrick
Julie Schmidt

██████████ C/O Patrick Malone &
Associates, P.C.

██████████████ C/O
Hirshfield & Costanzo, P.C.

████████████ C/O Clark, Hunt,
Ahern & Embry

Kaden Lynch

Kalin Bart Talbott River Road Trust

Kalvin Marshall

Karin Larrabee

Karina Miller

██████████████ C/O David Yates,
Thomas Juanso and Tad Thomas,
Lindsay Cordes - Thomas Law Offices

Kathleen Hufford

Kathryn (Katie) Schulze

████████████████████████

Keegan Day

██████████ C/O Andreozzi & Associates,
P.C.

██████████ C/O Panish Shea & Boyle LLP

████████████ C/O James, Vernon &
Weeks, P.A.

Kellie Bogardus

██████████ C/O Rebenack, Aronow,
Mascolo, LLP

Kenneth Betts

██████████████ C/O Berman
O'Connor & Mann

██████████ C/O Crew Janci LLP

Kent L. Wallace

Kerrie Galvin (Obo Trevor Galvin)

██████████ C/O Rubenstein & Rynecki

██████████

Keystone College

Kimberly Payne

Kincaid Tyas

Kireon D. Pleis

██████████████ C/O Berman O'Connor
& Mann

██████████

██████████ C/O Law Office of David
Jaskowiak

████████████████ C/O Crew
Janci LLP

Kristopher Bartee

Kyle Boell

██████████████ C/O John P. Connor

██████████ C/O Law Office of Mark
Gallagher

Landon Bassett

██████████ C/O Rebenack, Aronow,
Mascolo, LLP

████████████████ C/O Berman
O'Connor & Mann

Las Vegas Area Council, Inc.

Laurie Buckelew

██████████ C/O Green & Gillispie

Lawrence Svrcek

Leanna Stanley

Learning For Life Inc.

Leatherstocking Council

Lebanon Lions Club

Lee Shedroff

Leo Kelly

██████████ C/O Lujan & Wolff, LLP

Lincoln Heritage Council

Linda Davis

Linda Fant

Linda Jensen

Lindsay Bishop

Lisa C. Crocus

Lloyd Bryant

██████████ C/O Law Offices of Gregory
J. Stacker, LLC

Logan Bogardus

Logan Larrabee

Logan Mackay

Longhouse Council

████████████████████ C/O Robins
Kaplan LLP

Louisville Metro Police Department

██████████████ C/O Berman O'Connor
& Mann

Luke Bennett
██████ C/O Bonina & Bonina, P.C.
Madison Osborne
█████████████████ C/O Lujan &
    Wolff, LLP
Malcolm Boykin
Malmaison District
Manhattan Council, Boy Scouts of America
████████████████ C/O Lujan &
    Wolff, LLP
███████████████ C/O Lujan & Wolff,
    LLP
Marc Anderson
Marco Romero
Marcus Kang
Marcus Mack
██████████████/O Rebenack, Aronow,
    Mascolo, LLP
Marjorie Bewley
Marjorie Morris
██████████████ C/O Lujan & Wolff,
    LLP
██████████████ C/O Lujan & Wolff,
    LLP
Mark Helser and Jane Doe Helser
Mark Kern
██████████████ C/O Berman
    O'Connor & Mann
██████████████ C/O Berman
    O'Connor & Mann
██████████████ C/O Lujan & Wolff,
    LLP
Mark Tibbetts
Mark Tumeo
Mark Vincett
██████████████ C/O Lujan &
    Wolff, LLP
████████
Mathew Zaiss
Matt Day
██████████████ C/O Berman O'Connor &
    Mann
████████████████████ C/O Pashman
    Stein Walder Hayden, P.C.

██████████ C/O Herman Law
Matthew Gelhausen
Matthew Inbody
Matthew McClay
Matthew S. Devore
Matthew Teixeira
Matthew Yakaboski
██████████████ C/O Pfau Cochran
    Vertetis Amala PLLC
Max Moon
Maya Cann
Mayflower Council
██████████████ C/O Berman
    O'Connor & Mann
Megan Knoernschild
██████████████ C/O Lujan & Wolff, LLP
██████████████ C/O Berman
    O'Connor & Mann
Micah Hattaway
██████████████████ C/O Clark,
    Hunt, Ahern & Embry
██████████████ C/O Law Office of
    Anthony C. Perez
██████████████ C/O Michael G. Dowd
██████████████ C/O Pfau Cochran
    Vertetis Amala PLLC
Michael Frys
██████████████ C/O Crew Janci
    LLP
██████████████ C/O Michael G. Dowd
Michael Kelsey
██████████████████ C/O Hall &
    Monagle, LLC
Michael Maffetone
██████████████████████ C/O Roberts Fowler & Visosky
██████████████ C/O Berman O'Connor &
    Mann
██████████████ C/O Gallik,
    Bremer & Molloy, P.C.
██████████████ C/O Michael G. Dowd

█████████████████ C/O Lujan &
Wolff, LLP
Michael Rega
█████████████ C/O Crew Janci LLP
█████████████ C/O Lujan &
Wolff, LLP
█████████████ C/O Janet, Janet & Suggs,
LLC
Michael Sandifer
█████████████ C/O Marsh Law Firm
Michelle Delutri
Michigan Crossroads Council, Inc.
Mid-America Council
Middle Tennessee Council
███████████████████ C/O Dumas Law
Group, LLC (A/K/A Dumas & Vaughn
Attorneys at Law)
Miles Woolsey
Monastery of Christ In The Desert
Monmouth Council
Monsignor Michael Harrington
Monsignor William Stanton
Montana Council
██████████████ C/O Michael G.
Dowd
Mossy Ford, Inc.
Most Reverend Edward U. Kmiec
Most Reverend Henry J. Mansell
Most Reverend Richard J. Malone
█████ C/O Belluck & Fox, LLP
█████████████ C/O Crew Janci
LLP
New York Greater Councils
Newport Sea Base - Orange County Council
Niagara Frontier Council, Boy Scouts of
America
████████████ C/O David Yates,
Thomas Juanso
Nina Baldinucci
Nipmuck District of the Connecticut Rivers
Council of The Boy Scouts of America
█████████ /O Giancarlo R. Cellini
Nolan Henderson

██████████████ C/O Lujan & Wolff, LLP
█████████████████████ C/O
Clark, Hunt, Ahern & Embry
█████████ C/O Michael G. Dowd
North Florida Council
Northeast Georgia Council, Inc.
Northeastern Pennsylvania Council
Northern New Jersey Council
Northern Star Council
█████████████████ C/O Rubenstein & Rynecki
Old Republic Insurance Company, Inc.
Omega Pacific, Inc.
Orange County Council
Orange County Rowing Club
Oregon Trail Council, Inc.
███████████████████ C/O Robins
Kaplan LLP Our Savior Lutheran Church
     C/O Roberts Fowler & Visosky Parker
████
Pat Currie
Pathway To Adventure Council Patricia
Donehue
Patricia Gerber
Patrick A. Mancuso

██████████████ C/O The Law Office of
Carmen L. Durso
███████████████ C/O Berman
O'Connor & Mann
█████████████ C/O Rebenack, Aronow,
Mascolo, LLP
█████████████ C/O Gregory J. Cannata &
Associates, LLP
Patriots' Path Council
████████████ C/O Berman O'Connor
& Mann
Paul Antosh
Paul Brandon Paris
█████████████ C/O Lujan & Wolff, LLP
Paul R. Thomson, Jr.
███████████████ C/O Berman
O'Connor & Mann
Paul Scarola



█████████████████ C/O Lujan & Wolff, LLP

█████████████████ C/O Lujan & Wolff, LLP

██████████████ C/O Crew Janci LLP

Pauline Jenkins

█████████████ C/O Lujan & Wolff, LLP

Penn Mountains Council

Penny Nomura

█████████████ C/O Berman O'Connor & Mann

████████████ C/O Law Office of Anthony C. Perez

█████████████████ C/O Lujan & Wolff, LLP

Peter Rymut

█████████████ C/O Lujan & Wolff, LLP

███████████ C/O Crew Janci LLP

███████████ C/O Michael G. Dowd

███████████ C/O Paul Mones

Pierce Hull

Pine Burr Area Council, Inc.

Police Officer Annette Hoyt

Polly Root

Pope Francis

Progressive Casualty Insurance Company

Quapaw Area Council

Queen of Peace R.C. Church

Queens Council

R. Fleming Weaver, Jr.

█████████████ C/O Berman O'Connor & Mann

█████████████ C/O Pfau Cochran Vertetis Amala PLLC

Randolph "Randy" Nowak

█████████████ C/O John P. Connor

Raul Cadena

███████████ C/O Marsh Law Firm

███████████ C/O Crew Janci LLP

███████████ C/O Michael G. Dowd

█████████████ C/O Lujan & Wolff, LLP

█████████████ C/O Berman O'Connor & Mann

█████████████ C/O Lujan & Wolff, LLP

Reckson Operating Partnership, L.P

Red Mountain Asset Fund, LLC

Regina McCullough

█████████████ C/O Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)

Regis High School

Reid Comita

Reilly Nahill

Rev. Basil Ormsby, S.J.

Rev. David Bialakowski

Rev. Donald W. Becker

Rev. Florian Jasinski

Rev. Frederick Fingerle

Rev. Gerald Jasinski

Rev. John P. Hajduk

Rev. Joseph Persich, S.J.

Rev. Nelson Kinmartin

Rev. Norbert Orsolits

Rev. Ronald Sajak

Rev. Ronald Silverio

Rev. Theodore Podson

Rev. William White

█████████████ C/O Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)

█████████████ C/O Berman O'Connor & Mann

█████████████ C/O Lujan & Wolff, LLP

███████████ C/O Crew Janci LLP

███████████ C/O Michael G. Dowd

███████████ C/O Berman O'Connor & Mann

█████████████

Richard L. Lucero

█████████████

Richard Lehr

█████████████ C/O Panish Shea & Boyle, LLP
Richard Mathews
█████████████████████ C/O Crew Janci LLP
C/O Berman O'Connor & Mann
█████████████ C/O Marsh Law Firm
Richard Robbins
Richard Rognsvoog
████████████████████████ C/O Paul Mones
████████ C/O Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)
River Rivers Council, Boy Scouts of America
██████████████ C/O Crew Janci LLP
██████ C/O Michael G. Dowd
Robert Bulens
████████ C/O The Law Office of Carmen L. Durso
██████████ C/O Berman O'Connor & Mann
Robert Hallum
Robert Jorgensen
█████ C/O Peabody, Stirling, Hale & Miller LLP
██████████ C/O Rebenack, Aronow, Mascolo, LLP
Robert Logan Talbott River Road Trust
██████████ C/O Parker Waichman LLP
██████████ C/O Marsh Law Firm
████ C/O Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)
█████████ C/O Marsh Law Firm
██████ C/O Crew Janci LLP
Robert Sutterlin
Robert Talbott, Inc

████████████████ C/O Lujan & Wolff, LLP
Roberts. Talbott Revocable Trust
██████████████████ C/O Crew Janci LLP
██████████ C/O Berman O'Connor & Mann
███████████████████ C/O Lujan & Wolff, LLP
██████████ C/O Crew Janci LLP
███████████ C/O Berman O'Connor & Mann
Roman Catholic Archbishop
Roman Catholic Archbishop of Agana
Roman Catholic Archdiocese of New York, Archdiocese of New York
███████████ C/O The Panitch Law Group, P.C.
Ronald Hegwood
█████████ C/O Emery Celli Brinckerhoff & Abady LLP
████████████ C/O Lujan & Wolff, LLP
██████████ C/O Michael G. Dowd
Ronnie Mason
█████████ C/O Berman O'Connor & Mann
█████████ C/O Roberts Fowler & Visosky
████████ C/O Lujan & Wolff, LLP
██████████ C/O Berman O'Connor & Mann
█████████ C/O Berman O'Connor & Mann
Ruth Kvistad
████ C/O Bonina & Bonina, P.C.
Sacred Heart - Espanola
Saint John The Baptist Church
███████████████ C/O Goff Law Group
Salvador Rivera
Sam Houston Area Council
Sam Houston Area Council Phoenix District

Samuel Christian Carelton
Samuel Roche
San Gabriel Valley Council
Sandy Potjunas
Sarah Case Talbott River Road Trust
SC Boy Scouts Council Inc.
School Sisters of Notre Dame Central
    Pacific Province, Inc.
School Sisters of Notre Dame, Region of
    Guam
████████ C/O Lafave, Wein & Frament,
    PLLC
████████████ C/O Clark,
    Hunt, Ahern & Embry
████████ C/O Michael G. Dowd
████████
Scott Michelson
████████ C/O Crew Janci LLP
Scout Troop 4200
Second Baptist Church
Seneca Waterways Council, Boy Scouts of
    America
Sequoia Council
Sergeant Konrad Wojciehowski
████████ C/O Berman O'Connor
    & Mann
████████ C/O Dumas Law Group, LLC
    (A/K/A Dumas & Vaughn Attorneys at
    Law)
Sharon Giovingo
Sharon Richardson
████████████ C/O
    Dumas Law Group, LLC (A/K/A Dumas
    & Vaughn Attorneys at Law)
Shawn Pelletier
████████ C/O Simmons Hanly Conroy
Sheree Dodge
Sherrilynn Wood
Sherrye Howell
Shirley Williams
Silicon Valley Monterey Bay Council
Skylar Prestano
Sleepy Hollow Vineyards, L.P.
Society of Jesus, USA-Northeast Province

Southeast Louisiana Council
Southern California Scullers Club
Southern Shores Field Service Council
Southwest Bartholomew Volunteer Fire
    Department, Inc.
St. Benedict Joseph Labre Church
St. Benedict Joseph Labre School
St. Brigid R.C. Church
St. Catherine's Roman Catholic Church
St. Catherine's Roman Catholic Church
    School
St. Demetrios Greek Orthodox Church
St. Francis of Assisi Roman Catholic
    Church
St. Francis Xavier Church
St. Helena Parish
St. John Gualbert R.C. Church
St. John Vianney R.C. Church
St. Joseph Investment Fund, Inc.
St. Josephats R.C. Church
St. Paul's R.C. Church
St. Teresa R.C. Church
████████
Stanley Bassett
████████████ C/O Eisenberg
    Rothweiler, Winkler, Eisenberg & Jeck,
    P.C.
State of Wisconsin
Stephanie K. Jones
Stephanie Regalia
████████████ C/O Crew Janci LLP
████████████ C/O Law Offices of Mitchell
    Garabedian
████████████ C/O Hart McLaughlin &
    Eldridge
Stephen White
Stephen Zanetti
████████████ C/O Dumas
    Law Group, LLC (A/K/A Dumas &
    Vaughn Attorneys at Law)
████████████ C/O The Panitch
    Law Group, P.C.
████████ C/O Crew Janci LLP
Steve Stenger

Steven Harris
Steven N. Brown
Strawbridge United Methodist Church
▮▮▮▮▮▮▮ C/O Michael G. Dowd
▮▮▮▮▮▮▮ C/O Michael G. Dowd
Suffolk County Council
Suffolk County Policy Department
▮▮▮▮▮▮▮ C/O Berman O'Connor
 & Mann
Susan Burk
Susan Reisinger
Susanna Otto
Susquenango Council
Sussex District Boy Scouts of America
T.B.C.P.C
T.B.S.O.A.I.
▮▮▮ C/O Herman Law
▮▮▮ C/O Lujan & Wolff, LLP
Tanner Bailey
Ten Mile River Scout Camps A/K/A Ten
 Mile River Scout Camps, Boy Scouts of
 America
▮▮▮▮▮▮▮ C/O Pfau Cochran
 Vertetis Amala PLLC
Terry A. Wright
▮▮▮▮▮▮▮ C/O Clark, Hunt,
 Ahern & Embry
Terry Zellers
Thad Alton
The Blessed Trinity R.C. Church
The Church of Jesus Christ of Latter Day
 Saints
The City of Irwindale
The County of Nassau
The Diocese of Rochester
The Estate of F.E. (Gene) Bobo
The Fidelis Care as a Trademark for the
 Centene Corporation
The Foundation of The Roman Catholic
 Diocese of Buffalo, N.Y., Inc.
The Hamlet of East Meadow
The Hartford Insurance Group
The National Boy Scouts of America
 Foundation

The Roman Catholic Diocese of Syracuse,
 NY
The School Sisters of Notre Dame
 Milwaukee Providence, Inc.
The Temple Congregation Adath Israel-
 B'rith Sholom Inc.
The Town of Hempstead
Theodore Roosevelt Council
Theresa Kennedy
Thomas Bogardu
▮▮▮▮▮▮▮ C/O Lujan & Wolff,
 LLP
Thomas Doering
Thomas Kiely
▮▮▮▮
Thomas Lane
Thomas Larry
Thomas M. Thackeray
▮▮▮▮▮▮▮ C/O Michael G. Dowd
▮▮▮▮▮▮▮ C/O Gibson, McAskill &
 Crosby, LLP
Thomas Scott
▮▮▮▮▮▮▮ C/O Dumas Law
 Group, LLC (A/K/A Dumas & Vaughn
 Attorneys at Law)
▮▮▮▮▮▮
Three Fires Council
Tidwald Law
Tiffany Riggs
▮▮▮▮▮ C/O Rebenack, Aronow,
 Mascolo, LLP
▮▮▮▮▮▮▮ C/O Crew Janci LLP
▮▮▮▮▮▮▮ C/O Paul Mones
Timothy Black C/O Law & Moran,
 Attorneys at Law
Timothy Fedor
▮▮▮▮▮▮▮ C/O Berman
 O'Connor & Mann
Timothy Savage
▮▮▮▮▮▮ C/O Crew Janci LLP
Todd Puccio
Tom Hartmann
Tomas A. Camacho
Town of Deerfield
Town of Trumbull

Trapper Trails Council
███████████ C/O Green & Gillispie
Travis Leppi
Trent Herlihy
Trevor B. Paulson
███████████ C/O Crew Janci
LLP
Troop #7354
Troop 141 BSA
Twin Rivers Council
Union United Methodist Church
United Services Automobile Association
Unitedhealthcare Insurance Company
USA Northeast Province of The Society of
Jesus
███████████ C/O Law
Offices of Anthony M. Demarco
Valerie Mcgriff (Gawle)
Varteni Yerjanian
Vern Iverson
Vernon Wunnenberg
███████████ C/O Lujan & Wolff,
LLP
███████████ C/O Lujan & Wolff, LLP
███████████ C/O Lujan &
Wolff, LLP
███████████ C/O Lujan & Wolff,
LLP
Victor Caps
███████████ C/O David Luna
Vincent Liberto
███████████ C/O Andrea E. Bonina
Virgil Sanders
Virginia Adkins
Walgreen Company
███████████ C/O Rebenack, Aronow,
Mascolo, LLP
Washington Crossing Council
Wayne Farrar
███████████ C/O Berman O'Connor
& Mann
Weedsport Central School District
Westchester Putnam Council
Westlake Hills Presbyterian Church
███████████ C/O Crew Janci LLP

███████████ C/O
Dumas Law Group, LLC (A/K/A Dumas
& Vaughn Attorneys at Law)
William Bewley
William Brannon
William Edward Bewley
███████████ C/O Crew Janci LLP
███████████ C/O Green & Gillispie
William Greenwald
William Hoke
███████████ C/O Paul Mones
███████████ C/O Crew Janci LLP
███████████ C/O Robins Kaplan LLP
William Pugh
William Pugh Jr
William Rick Bailey
William Rish Jr
William Ruscoe
███████████ C/O Crew Janci LLP
███████████ C/O Rebenack, Aronow,
Mascolo, LLP
William Short
███████████ C/O Green & Gillispie
███████████ C/O Parker Waichman LLP
███████████
███████████ C/O Rubenstein & Rynecki
XYZ Corporation
XYZ Corporation 1-100
XYZ Entities 1-100
XYZ Insurance Corporation
Yucca Council
Zachary Babel
███████████ C/O
Clark, Hunt, Ahern & Embry
Zachary Schmidt
Zachary Spahr
Zorro Ragsdale

## Schedule 1(l)

**Professionals to be Retained by the Debtors**

Alvarez & Marsal North America, LLC
Bates White LLC
Haynes & Boone, LLP
KCIC, LLC
Morris, Nichols, Arsht & Tunnell LLP
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Omni Agent Solutions
Sidley Austin LLP

## <u>Schedule 1(m)</u>

**Professionals Representing Certain Parties in Interest**

AlixPartners LLP
Ankura Consulting Group, LLC
Berkeley Research Group, LLC
Kramer Levin Naftalis & Frankel LLP
Norton Rose Fulbright US, LLP
Pachulski Stang Ziehl & Jones
PJT Partners, Inc.
Wachtell, Lipton, Rosen & Katz
Young Conway Stargatt & Taylor, LLP

## Schedule 1(n)

### Ordinary Course Professionals

An, Tian, Zhang & Partners
Bassford Remele PA
BAX Advisors LLC
Bays Lung Rose Holma Attorneys at Law
Bond, Schoeneck & King PLLC
Boone Karlberg P.C.
Carolina Fridman Law Corporation
CCPIT Patent & Trademark Law Office
Christopher T Hurley & Associates P.C.
Civille & Tang PLLC
Clarke Silverglate P.A.
Connell Foley LLP
Cranfill Sumner & Hartzog LLP
Crotty & Schiltz LLC
Dentons US LLP
Foland, Wickens, Roper Hofer & Crawford, P.C.
Fox Rothschild LLP
Gerolamo Mcnulty Divis & Lewbart, P.C.
Grefe & Sidney, P.L.C.
Gruber Thomas & Co.
Harper & Pearson
Hawley Troxell Ennis & Hawley LLP
Hecht, Latham Spencer & Associates, Inc.
Heplerbroom LLC
Herman Law Firm P.A. Trust Account
Hinshaw & Culbertson LLP
Howard & Co., LLP
Hueston Hennigan
Keleher & McLeod PA, Attorneys at Law
Keller & Almassian, PLC
Kipp and Christian, P.C.
Kosnoff Fasy PLLC Trust Account
LCG Associates, Inc.
Lightfoot Franklin & White LLC
Locke Lord LLP
Mandell Menkes, LLC
Mark Gallagher Attorney
Markowitz Herbold PC
McAngus Goudelock & Courie
McGuire Woods LLP
McGuire, Craddock & Strother, P.C.
McLane Middleton, Prof. Assoc.

Mead & Hunt, Inc.
Melick Porter, LLP
Miller & Martin PLLC
Miller, Johnson, Snell & Cummiskey, P.L.C.
Milliman Inc.
Milliman USA Inc.
Mitchell Garabedian Attorney
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C
MNP LLP
Nicholas W Mulick PA
Nigro Karlin Segal & Feldstein
Park Dietz & Associates, Inc.
Perkins Coie
PricewaterhouseCoopers LLP
Quinn Emanuel Urquhart & Sullivan LLP
Ruhter & Reynolds, Inc.
Saul Ewing LLP
Scheper Kim & Harris, LLP
Sheehy Ware & Pappas PC
Sitlinger & Theiler
Steptoe & Johnson PLLC
Stich, Angell, Kreidler, Dodge & Unke, P.A.
Stillwell Midgley PLLC
Stites & Harbison PLLC
Taylor, Porter, Brooks & Phillips, L.L.P.
Texas Medical Legal Consultants
Thompson Coe & O'Meara LLP
Towers Watson Delaware, Inc.
Upshaw Williams Biggers
Vinson & Elkins LLP
White and Williams LLP
Whitney Smith Company Inc.
Wicker, Smith, O'Hara, McCoy, & Ford, PA
Wiggin & Dana LLP
Wilson Elser Moskowitz Edelman & Dicker LLP
Winston & Strawn LLP

## Schedule 1(o)

### Tort Claimants Committee

Christopher Desmond Haywood
Douglas A. Kennedy
John Humphrey
Jorge Tabon
Jorge Vega
Morgan Wade Paul
Richard Halvorson
Robb Lawson
Robert Grier

## **Schedule 1(p)**

### **Unsecured Creditors Committee**

Girl Scouts of the United States of America
Lion Brothers Company Inc.
Pearson Education, Inc.
Pension Benefit Guaranty Corporation
Roger A. Ohmstede

**<u>Schedule 1(q)</u>**

**Top 25 Plaintiffs' Law Firms Representing the Largest Number of Abuse Victims
Asserting Claims Against the Debtors**

Andreozzi & Associates, P.C.
Ava Law Group, Inc.
Bondurant, Mixson & Elmore, LLP
Crew Janci LLP
Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)
Eisenberg Rothweiler, Winkler, Eisenberg & Jeck, P.C.
Green & Gillispie
Gregg, Hunt, Ahern & Embry Attorneys at Law
Hurley McKenna & Mertz, P.C.
Jeff Anderson & Associates, PA
Kosnoff Law
Law Offices of Mitchell Garabedian
Lindsay Hart, LLP
Lujan & Wolff, LLP
Marsh Law Firm
Merson Law
Michael G. Dowd
Paul Mones
Penn Law Group
Pfau Cochran Vertetis Amala PLLC
Rebenack, Aronow, Mascolo, LLP
Robins Kaplan LLP
Rubenstein & Rynecki
Sweeny Reich & Bolz, LLP
Thomas Law Office, PLLC

**Schedule 1(r)**

**Top 30 General Unsecured Creditors of the Debtors (Non-Abuse Claims)[3]**

American Engineers & Contractors
Anne Terry
Bradley Farmer
C. Michael Hoover Jr.
C. Wayne Brock
█████████████████████
David J. Ross II
Donald McChesney
Gary Butler
Hugh Travis
Jeffrey Hunt
John Green
Judith Ratcliffe
Kathy Sue Stone
Kenneth L. Connelly
Michael Surbaugh
NCS Pearson, Inc.
█████████████████████████████
Quad/Graphics, Inc.
Raymond L. Blackwell
Richard Lehr
Robert J. Mazzuca
Robert Tuggle
Roy L. Williams
Thomas H. Fitzgibbon
Thomas Harrington
Thomas Varnell

---

[3] The professionals seeking to be retained also ran the names of certain individual plaintiffs. In accordance with the *Interim Order (I) Authorizing the Debtors' to file (A) a Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) a Consolidated List of Other Unsecured Creditors of the Debtors, (III) Authorizing and Approving Procedures for Providing Notice of Commencement, and (IV) Granting Related Relief* [Docket No. 66], in order to protect the identities of individual plaintiffs asserting abuse claims and individual plaintiffs who are minors, the Debtors have redacted such information from this list. The Debtors will provide an unredacted version of this list to the Court, the Office of the United States Trustee, and the Committees upon request.

**Schedule 1(s)**

**Deferred Compensation and Restoration Plan Participants**

| | |
|---|---|
| Alan Lambert | Alfred D Morin |
| Alfred D Morin | Patrick Sterrett |
| John Andrews | Ponciano Duran |
| Anne Terry | John Primrose |
| Bonnie H Bishop | Raymond L Blackwell |
| Bradford C Allen | Richard J Mathews |
| Bradley Farmer | Robert J Mazzuca |
| C. Wayne Brock | Robert Tuggle |
| C Michael Hoover Jr | Roger A Ohmstede |
| C Wayne Brock | Ron Oats |
| Pamela E. Carroll | Ronald K Hegwood |
| Danny R. Clifton | Roy L Williams |
| John A. Coyle | Steven P. McGowan |
| David J Ross Ii | Michael Surbaugh |
| Donald McChesney | Thomas H Fitzgibbon |
| Douglas S Smith Jr | Thomas Harrington |
| Erik L Nystrom | Hugh Travis |
| Erin Eisner | Thomas Varnell |
| Frances Lynne Park | Harold Watson |
| Frederick Wallace | Willie Iles Jr. |
| Gary Butler | |
| Jeffrie A. Herrmann | |
| Mark Holtz | |
| J Carey Keane | |
| Jeffrey Hunt | |
| John Green | |
| John Mosby | |
| Joseph S Coco | |
| Judith Ratcliffe | |
| Justin McCarthy | |
| Kathy Sue Stone | |
| Kendrick Miller | |
| Kenneth L Connelly | |
| Randall Kopsa | |
| Albert Kugler | |
| Lawrence F Potts | |
| Lawrence L Otto | |
| Mark Logemann | |
| Robert J. Mazzuca | |
| Michael Ashline | |
| Michael Kaufman | |
| Michael Surbaugh | |

## Schedule 1(t)

### Significant Contract Counterparties

3096-3227 Quebec Inc/Groupe Access
501c Services
Accelogix LLC
Ace Adventure Resort Inc.
Adobe Systems Inc.
AdvantageCS
Adven Capital Group LLC
Adventures WV
Alert Logic Inc.
Amazon Web Services Inc.
American Audio Visual Inc.
American Electric Equipment Inc.
American Food & Vending Corp
AMS America Inc.
Arnica Software Corp
Arrow Capital Solutions Inc.
AT&T (5019)
AT&T Capital Services, Inc.
AT&T Mobility
Automatic Data Processing Inc.
Avalara Inc.
Ayers Construction
Ayoka LLC
Blackbaud Inc.
Brown & Bigelow, Inc.
Butch Whitten Construction
Buxton Company
CEC Facilities Group LLC
Certain Inc.
CircuiTree, LLC
Constellation NewEnergy, Inc.
Corra Technology Inc.
Datamax
Dci / Shires Inc.
Dci Shires
Dupont Hotel Project Owner LLC
Durham School Services, L.P.
First Advantage Lns
First Maintenance Company
Freeman Decorating Co
Gaylord National Resort And Convention
    Center

Gaylord Texan Resort And Convention
    Center
Glas
Golin Harris International Inc.
Grant Thornton
Groupe Access
High Towers Wood, Welding & Fabrication,
    Inc.
Hyatt Regency Atlanta, Inc.
Hyatt Regency Dallas
Hyatt Regency New Orleans
IBM
Iidon Inc.
ImageNet Consulting LLC
Infosys
Infosys Limited
Insight Investments LLC
JDA Software Inc.
Ksquare Solutions Inc.
Lumos Networks
Maitreyi Consultants Inc.
Manchester Grand Hyatt
Mark Monitor Inc.
Meetings By Design Inc.
MetLife
Mi9 Retail Na Corp
Microsoft Services
Mimeo.com Inc.
Montclair State University
Morneau Shepell Limited (formerly known
    as Mercer Inc.)
MuleSoft Inc.
MXD Group Inc.
Naturally Slim
Nelson Westerberg/Atlas Van Lines
NTT Com Security (US) Inc.
Oracle America Inc.
Perimeter International
Philadelphia Marriott Downtown
Raymond Leasing Corporation
RCG Global Services Inc.
Riskonnect Inc.
River Expeditions

Robot And Pencils
Rpe Outsourcing, LLC
S & Me Inc.
Shawn H Jackson
Sheraton Birmingham
Skillsoft Corporation
Southern Air, Inc.
Sovos Compliance LLC
Sun Life Assurance Company of Canada
Tech Plan Inc.
The Vitality Group LLC (TVG)
Thomas Hjellming
Town Sports International Holdings, Inc.
United Healthcare
Unum
Upp Technology
Upper Keys Marine Construction, LLC
Verifone
VSP
Wage Works
Weston Solutions Inc.
Yeti Coolers, LLC

## **Schedule 1(u)**

### **Significant Customers**

A-B Emblem
Classb
Flemington Dept. Store
Ramsey Outdoor Store
The Moritz Embroidery Works, Inc.

**<u>Schedule 1(v)</u>**

**Significant Donors**

Abigail Maddi
America's Charities
Anadarko Petroleum Corporation
Blake Family Trust
Dean Wm. Carr, Jr. Trust
Estate of Allen C. Weiss
Estate of Ingeborg M. Borre
Estate of Steven C. Schoger
Estate of Thomas Parissidi
Fowler Family Fund
Gorini & Gorini LLP
Greater Kansas City Community Foundation
H P Farrington Trust C/O Bank of America
H. P. Farrington - HPF Foundation RSDY
Insurance Auto Auction
James S. Turley
John C. Jadel
John D. Harkey
John D. Tickle
John E. Link
Krevsky, Silber & Bergen
Lonnie C. Poole
Murray Energy Corporation
Mutual of Omaha Insurance Company
Publishing Concepts, L.P.
R. Doyle Parrish
Robert Cruickshank
Stephen D. Bechtel, Jr. Foundation
Steven A. Antoline
Steven E. Zachow
The James Annenberg La Vea Charitable Foundation
The Walter R. Wormell Trust
Tilden Family Philanthropy Fund
Todd L. Johnson
Tridave, LLC

**Schedule 1(w)**

**Significant Vendors**

1-800-Pack-Rat
Ace / Esis
Ace Adventure Resort Inc.
Ace American Insurance Company
Adventure Medical/Tender Corp
Allied Rentals Inc.
American Airlines
American Outdoor Products
AR & JO & MH LLP
Aspen Corporation
Automotive Rentals Inc.
AVIO Consulting LLC
Barebones Systems
Barkley House Ii Inc.
BC Sales And Sourcing
Berman O'Connor & Mann
BHG Structured Settlements Inc.
Bison Designs LLC
Boxley Aggregates of West Virginia LLC
Boy Scouts GA Recon Acct
Boy Scouts of America Recon Clearance
BSA Florida Sea Base BPC
BSA Parents Inc.
Buzzshift Inc.
Cai Design Inc.
Calypso Water Sports & Charters, Inc.
Capital Printing Co
Capitol Business Equipment
CDW Direct, LLC
Chasan & Walton LLC
Coleman Co Inc.
Compass Group USA Inc.
Computer Digital Imaging Corporation
Council Unemployment
Covington & Burling LLP
Cramer Security & Investigations Inc.
Crest Craft Company
Crown Awards
Crystal Bay Corporation
David W McKeehan
Davis Polk & Wardwell LLP
Deprez Travel Bureau Inc.
Derby Worx Inc.

Diamond Brand Canvas Products
Eagles Nest Outfitters, Inc.
EAN Services LLC
Eco Structures Australia Pty LTD
Egroup Recognition
Eski Inc.
Facebook Inc.
FedEx
Fenwick & West LLP
Fidelity Retirement Services
Fiji Elevator Company
Forest Fitness LLC
FTI Consulting Inc.
G&G Outfitters Inc.
Gateway Press Inc.
General Datatech LP
Gerald Magar Jr
Gilbert LLP
Gillmann Services Inc.
Gregory M Skinner
GSI Outdoors Inc.
GSR LLC
Guinn Consulting LLC
Health Special Risk Inc.
Hike America
Hintz Targeted Marketing, LLC
Insigniam Performance LP
Jesse Scofield Productions LLC
Jurisprudent Deferral Solutions LLC
Kahoot Products Inc.
Klymit (Argon Technologies)
KT Brown Consulting LLC
Kuehne and Nagel
Labatt Food Service
Leatham Family LLC
Leatherman Tool Group Inc.
Lewis A Whitten
Liberty Mountain Sports LLC
Low Impact Excavators Inc.
Lowe's Companies, Inc.
Macro Integration Services Inc.
Magic Novelty Co Inc.
Marriott Business Services

Marriott International
Marsh & McLennan Agency LLC
McGovern & Company
Mercer
Mittera Group
Morris & Player PLLC
MTM Recognition Corp
Mutual of Omaha Structured
Myers Lawn Care Services
NCS Pearson Inc.
Nichols Kaster PLLP
Optum Health Bank
Oregon Freeze Dry Inc.
Orkin
Osprey Packs, Inc.
Out Island Sailing Adventures LLC
Pacific Life & Annuity Services Inc.
Paradies Gifts Inc.
Paramount Builders LLC
Paramount Headwear Inc.
Partnership Employment Dallas LLC
Peak Industries Inc.
Peiyork Intl Co Inc.
People 2.0 Global Inc.
Pray Publishing
Pro-Honor Design & Casting
Quad Graphics Inc.
Renegade Productions Inc.
Royle Printing Co
Ryder Last Mile Inc.
Saunders Staffing Inc.
Schwebel Goetz & Sieben PA
Shamrock Foods Company
Shutterstock Inc.
Silver Creek Leather Co
Silver Golub & Teitell LLP
Stamps.Com
Stange Company Inc.
State Board of Equalization
Strategic Orient Sourcing
Sunbelt Rentals
Supplyone Rockwell, Inc.
Symphonix Solutions Inc.
Syncb/Amazon
Sysco South Florida Inc.

Target Creative Group Inc.
Texas State Comptroller
The Duck Company
The McClellan Law Firm A/C Trust Fund
The Special Event Company
The Thrasher Group, Inc.
Thiel Law Office PLLC
Thorlo, Inc.
Tower Legal Staffing Inc.
Trainham Cattle Company
Transportation Management Services
True Digital Security Inc.
Ugly Mugz
Unblind Productions Inc.
US Foods, Inc.
USPS / Eps
Vandalia Bronze
Vigna Information System LLC
Vision Service Plan
Vista Outdoor Sales LLC
Wagner Equipment Company
Wealth-X LLC
White Wilderness Inc.
Wolverine World Wide Inc.
World Scout Bureau
World Scout Foundation
World Scout Shop LTD
Yadgarov & Associates PLLC
You Are Here LLC

**Schedule 1(x)**

**Significant Taxing Authorities**

Acadia Parish School Board
Alabama Attorney General's Office
Alabama Securities Commission
Arizona Corporation Commission
Arizona Dept. of Revenue
Arkansas Dept. of Finance
Ascension Parish Sales Tax Authority
Assumption Parish
Avoyelles Parish School Board
Beauregard Parish Sales Tax
Bossier City - Parish
Caddo Shreveport Sales
Calcasieu Parish School Board
California Department of Justice
Canada Revenue Agency
Capitol Corporate Services Inc.
Charleston County
City of Canon City
City of Chicago - Dept. Of Revenue
City of Colorado Springs
City of Craig Alaska
City of Davenport
City of Detroit
City of Grand Junction Finance
City of Greenwood Village
City of Gustavus
City of Johnson City
City of Knoxville
City of Kodiak
City of Lakewood
City of Loveland
City of Melbourne
City of Palmer
City of Pueblo
City of Seattle
City of Steamboat Springs
City of Tacoma
City of Thorne Bay
Collin County Tax Assessor Collector
Colorado Dept. of Revenue
Colorado Secretary of State
Commonwealth of Massachusetts
Commonwealth of Pennsylvania

Commonwealth of Puerto Rico
Commonwealth of Virginia
Concordia Parish School Board
Connecticut Public Charity Unit
DC Treasurer
Delaware Secretary of State
Denton County Tax Assessor Collector
Departamento De Finanzas, Municipio
    Autonomo De Guaynabo
City of New Orleans, Department of
    Finance Bureau
Department of The Treasury, IRS
Desoto Parish Sales
East Feliciana Parish
False Alarm Reduction Unit, County of
    Fairfax (VA)
Florida Department of Revenue
Florida Department of State
Florida Dept. of Agri & Consumer Svcs
Forsyth County Tax Collector
Fred Sisk Knox County Trustee, County of
    Knox
Georgia Secretary of State
Grant Parish School Board
Harris County Sheriff's Office Alarm Detail
Iberia Parish School Board
Illinois Charity Bureau Fund
Illinois Department of Revenue
Iowa Dept. of Revenue And Finance
Jackson Parish Sales Tax Collection
Jefferson Davis Parish School
Jefferson Parish Sheriff's Office
Jefferson Parish Tax Collector
Kansas Department of Revenue
Kansas Secretary of State
Kentucky State Treasurer
Lafayette Parish School Board
Lafourche Parish School Board
Lincoln Parish
Livingston Parish School Board
Louisiana Dept. of Justice
Louisiana Dept. of Revenue And Taxation
Maine Revenue Services

Maricopa County Treasurer
Mass DOR (Dept. of Revenue)
Massachusetts Dept. of Revenue
Maryland Secretary of State
Michigan Dept. of Treasury
Minister of Finance - Manitoba
Minnesota Dept. of Revenue
Montana Secretary of State
Monterey County Tax Collector
Montgomery County
Morehouse Sales & Use Tax Commission
Minnesota Pollution Control Agency
    (MPCA)
MS Secretary of State
NC Department of Revenue
Nebraska Dept. of Revenue
Nevada Secretary of State
New Mexico Secretary of State
New Mexico Taxation & Revenue Dept.
New York Sales Tax Bureau
New York State Corporation Tax
New York State Dept. of Law
NJ Division of Consumer Affairs
NM Taxation & Revenue Dept.
North Carolina Secretary Of State
NV Stmt of Business Publication
Office of State Tax Commissioner, North
    Dakota
Office of The Attorney General, California,
    Registry of Charitable Trusts
Ohio Attorney General
Ohio Treasurer of State
Oklahoma Secretary of State
Oklahoma Tax Commission
Orange County Tax Collector
Oregon Dept. of Justice
Pa Dept. of Labor & Industry
Parish of East Baton Rouge
Parish of Iberville
Parish of St Bernard
Parish of Terrebonne
Plaquemines Parish
Puerto Rico Department of The Treasury
Rapides Parish
Sabine Parish
Sacramento County

Sales And Use Tax Office, St. John The
    Baptist Parish
SBC Tax Collector, County of San
    Bernardino
SD Secretary of State
Secretary of State - ND
Secretary of State of Rhode Island
Shelby County Trustee- David Lenor
South Carolina Department of Revenue
South Carolina Secretary of State
South Dakota Dept. of Revenue
St Charles Parish School Board
St James Parish School Board
St Landry Parish School Board
St Martin Parish School Board
St Mary Parish
St Tammany Parish Sheriff's DPT
State Board of Equalization, California
State of Alaska
State of Connecticut
State of Delaware
State of Georgia
State of Maine
State of Maryland
State of Minnesota
State of New Hampshire
State of NJ-Sales & Use Tax
State of Rhode Island Division/ Taxation
State of Rhode Island General Treasurer
State of Tennessee
State of Washington Dept. Of Revenue
State of Wyoming
State Tax Commission, Mississippi
State of Idaho Tax Commission
Tangipahoa Parish School System
Tarrant County Tax Assessor-Collector
Tax Collector Monroe County FL
Taxation & Revenue Department, Monroe,
    Louisiana
Taxation & Revenue Dept., Santa Fe, New
    Mexico
Tennessee Dept. of Revenue
Texas State Comptroller
The City of Cortez
Treasurer of Virginia
Treasurer State of Connecticut

Treasurer State of Ohio
Treasurer, City of Memphis
U.S. Department of Homeland Security,
    Customs and Border Protection
Utah Department of Agriculture And Food
    (UDAF)
Union Parish
United States Department of The Treasury
Utah Dept. of Commerce
VDH - Bedding, Commonwealth of Virginia
Vermillion Parish School Board
Vermont Department of Taxes
Vernon Parish School Board
Virgin Islands Bureau of Internal Revenue
Washington County Trustee
Washington Office of Insurance
Washington Parish
Washington Secretary of State
Webster Parish School Board
West Baton Rouge Parish
West Feliciana Parish School BD
West Virginia Division of Labor
West Virginia Secretary of State
West Virginia State Tax Dept.
WI Dept. of Financial Institutions
Winn Parish
Wisconsin Department of Revenue
WV Secretary of State

**Schedule 1(y)**

**Significant Utility Providers**

| | |
|---|---|
| AAF Hauling Inc. | National Grid |
| Advanced Disposal | Northern New Mexico Gas |
| Allstream Business Us Inc. | Oak Hill Garbage Disposal Inc. |
| Amerigas | Pacific Centrex (Datavo LLC) |
| Appalachian Power | Piedmont Natural Gas Company |
| Aspen Waste Systems, Inc. | Plyler Paper Stock Co Inc. |
| AT&T | Raleigh County Solid Waste |
| AT&T - Opus | Republic Services, Inc. |
| AT&T Mobility | Shentel |
| AT&T Wireless | Sierra Communications, Inc. |
| Cablevision Systems Corporation | Springer Electric Cooperative, Inc. |
| CenterPoint Energy | Time Warner Cable |
| CenturyLink | Tri-County Electric Cooperative Inc. |
| City of Charlotte | Trophy Club Muds |
| City of Irving - Utility Billing | Verizon Wireless |
| City of Irving - Municipal Services Bill | Village of Cimarron |
| City of Mount Hope - Sewer | Waste Connections, Inc. |
| City of Mount Hope - Water | Waste Management |
| Claro Puerto Rico | Waste Management - Blaine MN |
| Consolidated Communications | Waste Management Florida |
| County of Colfax | Waste Management- Ft Worth Hauling |
| Crosier's Sanitary Service Inc. | Waste Management Lewisville Hauling |
| Dakota Electric Association | Waste Management of Denver |
| Direct Communications Rockland | Waste Management of Michigan Inc. |
| Direct Energy Business, Inc. | West Virginia American Water |
| Duke Energy | West Virginia American Water Co |
| EarthLink (Windstream) | White Oak Public Service District |
| EarthLink Business | Windstream Communications Inc. |
| Eversource | Wow! Business |
| Ferrellgas | Xcel Energy |
| Florida Keys Aqueduct Authority | Zia Natural Gas Company |
| Florida Keys Electric Cooperative | |
| Frontier Communications | |
| Getronics Pomeroy IT Solutions | |
| Granite Telecommunications | |
| Keys Energy Services | |
| Kit Carson Electric Cooperative | |
| Lake Country Power | |
| Level 3 Communications LLC | |
| Lumos Networks | |
| Lumos Networks DBA Segra | |
| Mountaineer Gas Company | |

**Schedule 1(z)**

**U.S. Trustee, Judges, and Court Contacts for the District of Delaware**

Agarwal, Robert
Hon. Ashley M. Chan
Benjamin Hackman
Hon. Brendan L. Shannon
Brian Cavello
Cacia Batts
Catherine Farrell
Cheryl Szymanski
Christine Green
Hon. Christopher S. Sontchi
Claire Brady
Danielle Gadson
David Buchbinder
David Villagrana
Diane Giordano
Dion Wynn
Donna Grottini
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Janet Moore
Jeffrey Heck
Jill Walker
Hon. John T Dorsey
Juliet Sarkessian
Hon. Karen B. Owens
Karen Starr
Karen Strupczewski
Hon. Kevin Gross
Laura Haney
Lauren Attix
Laurie Capp
Hon. Laurie Selber Silverstein
Linda Casey
Linda Richenderfer
Lora Johnson
Marquietta Lopez
Hon. Mary F. Walrath
Michael Panacio

Nancy Hunt
Rachel Bello
Rachel Werkheiser
Ramona Vinson
Richard Schepacarter
Shakima L. Dortch
Sherry Scaruzzí
T. Patrick Tinker
Timothy J. Fox Jr.
Una O'Boyle

**APPENDIX 1**
**TO KAMI E. QUINN DECLARATION**

| Person Identified | Connection |
|---|---|
| Andreozzi & Associates, P.C. | Andreozzi & Associates, P.C. is identified on the Schedules attached to the Quinn Declaration as one of the "Top 25 Plaintiffs' Law Firms Representing the Largest Number of Abuse Victims Asserting Claims Against the Debtors" and was one of the law firms that negotiated with the Debtors and Patton pre-petition. |
| Crew Janci LLP | Crew Janci LLP is identified on the Schedules attached to the Quinn Declaration as one of the "Top 25 Plaintiffs' Law Firms Representing the Largest Number of Abuse Victims Asserting Claims Against the Debtors" and was one of the law firms that negotiated with the Debtors and Patton pre-petition. |
| Dumas Law Group, LLC | Dumas Law Group, LLC is identified on the Schedules attached to the Quinn Declaration as one of the "Top 25 Plaintiffs' Law Firms Representing the Largest Number of Abuse Victims Asserting Claims Against the Debtors" and was one of the law firms that negotiated with the Debtors and Patton pre-petition. |
| Hurley McKenna & Mertz, PC | Hurley McKenna & Mertz, PC is identified on the Schedules attached to the Quinn Declaration as one of the "Top 25 Plaintiffs' Law Firms Representing the Largest Number of Abuse Victims Asserting Claims Against the Debtors" and was one of the law firms that negotiated with the Debtors and Patton pre-petition. |
| Jeff Anderson & Associates PA | Jeff Anderson & Associates PA is identified on the Schedules attached to the Quinn Declaration as one of the "Top 25 Plaintiffs' Law Firms Representing the Largest Number of Abuse Victims Asserting Claims Against the Debtors" and was one of the law firms that negotiated with the Debtors and Patton pre-petition. |
| Kramer Levin Naftalis & Frankel LLP | Kramer Levin Naftalis & Frankel LLP ("KLNF") is identified on the Schedules attached to the Quinn Declaration as "Professionals Representing Certain Parties in Interest". Gilbert is co-counsel with KLNF on various opioid matters that are unrelated to this representation. |
| Lindsay Hart LLP | Lindsay Hart LLP is identified on the Schedules attached to the Quinn Declaration as one of the "Top 25 Plaintiffs' Law Firms Representing the Largest Number of Abuse Victims Asserting Claims Against the Debtors" and was one of the law firms that negotiated with the Debtors and Patton pre-petition. |
| Merson Law PLLC | Merson Law PLLC is identified on the Schedules attached to the Quinn Declaration as one of the "Top 25 Plaintiffs' Law Firms Representing the Largest Number of Abuse Victims Asserting Claims Against the Debtors" and was one of the law firms that negotiated with the Debtors and Patton pre-petition. |
| Pfau Cochran Vertetis Amala PLLC | Pfau Cochran Vertetis Amala PLLC is identified on the Schedules attached to the Quinn Declaration as one of the "Top 25 Plaintiffs' Law Firms Representing the Largest Number of Abuse Victims Asserting Claims Against the Debtors" and was one of the law firms that negotiated with the Debtors and Patton pre-petition. |

| Person Identified | Connection |
|---|---|
| TD Bank | TD Bank is identified on the Schedules attached to the Quinn Declaration as one of the Debtors' "Banks".  Gilbert represents TD Bank related to insurance coverage issues.  This representation is unrelated to the Debtors. |
| James L. Patton, Jr. | James L. Patton, Jr. ("Patton"), is the proposed Future Claimants' Representative ("FCR") in this case.  Gilbert represented Patton in connection with the Pre-Packaged Plan negotiations related to the Debtors.  Currently, Patton serves as the future claimants' representative in the *Imerys Talc America* bankruptcy proceeding, in which Gilbert is insurance counsel to Patton and the tort claimants' committee. |
| Young Conaway Stargatt & Taylor | Young Conaway Stargatt & Taylor ("YCST") is counsel to James L. Patton, Jr., the Future Claimants' Representative in this case. YCST is counsel to Patton in the *Imerys Talc America* bankruptcy proceeding, in which Gilbert serves as insurance counsel to Patton.  YCST is counsel to Lawrence Fitzpatrick, FCR in the *Rapid-American* bankruptcy, in which Gilbert LLP is insurance counsel to both the FCR and the Committee.  Gilbert LLP has served as insurance counsel to committees in various asbestos-related bankruptcy cases in which YCST has been counsel to the future claimants' representative. These representations are unrelated to the Debtors. |