IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
BOY SCOUTS OF AMERICA AND                               :   Case No. 20-10343 (LSS)
DELAWARE BSA, LLC,[1]                                   :   (Jointly Administered)
                                                        :
            Debtors.                                    :   **Hearing Date: May 18, 2020 at 10:00 a.m. ET**
                                                        :   **Obj. Deadline: May 11, 2020 at 4:00 p.m. ET**
------------------------------------------------------- x

## APPLICATION FOR ORDER AUTHORIZING THE FUTURE CLAIMANTS' REPRESENTATIVE TO RETAIN AND EMPLOY ANKURA CONSULTING GROUP, LLC AS CONSULTANTS, EFFECTIVE AS OF THE DATE HEREOF

James L. Patton, Jr., as the legal representative (the "Future Claimants' Representative" or "FCR") for holders of Abuse Claims[2] against the above-captioned debtors and debtors-in-possession (the "Debtors") in the above-captioned chapter 11 cases (these "Chapter 11 Cases") that are unable to assert such Abuse Claims by the applicable bar date established by this Court (the "Future Claimants"), submits this application (the "Ankura Application") for entry of an order, pursuant to section 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and substantially in the form attached hereto as Exhibit C (the "Proposed Order"), authorizing the Future Claimants' Representative to retain and employ Ankura Consulting Group, LLC ("Ankura") as claims evaluation and financial valuation consultants, effective as of the date hereof. In support of this Ankura Application, the Future Claimants' Representative relies upon

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the *Debtors' Motion for Entry of an Order Appointing James L. Patton, Jr., as Legal Representative for Future Claimants*, Nunc Pro Tunc *to the Petition Date* [Docket No. 223].

26087568.7

the Declaration of Thomas Vasquez, Ph.D. (the "Vasquez Declaration"), attached hereto as Exhibit A, and represents as follows:

### RELIEF REQUESTED

1. By this Ankura Application, the Future Claimants' Representative respectfully requests that the Court enter the Proposed Order authorizing him to retain and employ Ankura as claims evaluation and financial valuation consultants in connection with these cases, effective as of the date hereof.

### JURISDICTION

2. The Court has jurisdiction over this Ankura Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

3. The statutory and legal bases for the relief requested herein are section 105(a) of the Bankruptcy Code and Bankruptcy Rule 2014.

### BACKGROUND

4. On February 18, 2020 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors continue to operate and maintain their non-profit organization and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No party has requested the appointment of a trustee or examiner in these cases, and no statutory committee has been appointed.

5. On March 17, 2020, the Debtors submitted to this Court a motion for entry of an order appointing James L. Patton, Jr., as the Future Claimants' Representative in these Chapter 11 Cases, *nunc pro tunc* to the Petition Date [Docket No. 58] (the "FCR Appointment Motion").

6. On April 24, 2020, the Court entered an order appointing Mr. Patton as the Future Claimants' Representative in these cases [Docket No. 486]. Mr. Patton, as the Future Claimants' Representative, seeks to retain Ankura as claims evaluation and financial valuation consultants, effective as of the date hereof.

### ANKURA'S QUALIFICATIONS

7. Ankura is well suited to act as a claims evaluation and financial valuation consultant. Ankura is a business advisory and expert services firm, headquartered in Washington, D.C. The team at Ankura that will work on this matter include professionals with more than 40 years of experience providing law firms, corporations, governments, and non-profit groups with advisory services relating to economic, financial, statistical, business-analytics and operational expertise. This Ankura Application will use the term "Ankura Professionals" to refer collectively to the current team of professionals at Ankura, although the specific cases and experienced listed below include matters that members of the team have worked on both prior to and since joining Ankura.

8. As set forth in the Vasquez Declaration, Ankura Professionals have been engaged in many of the largest personal injury and property damages cases in U.S. history over the past several decades. During this period, Ankura Professionals were retained in litigation arising from asbestos, talc, breast implants, Albuterol asthma medication, the Dalkon Shield IUD, the Love Canal waste site, the Three Mile Island nuclear incident, and numerous superfund sites. During the course of these various retentions, Ankura Professionals have assisted in the development of reorganization plans and been retained as expert witnesses for the quantification of liability in bankruptcy cases. Ankura Professionals have provided claims evaluation and consulting services for future claimants' representatives in numerous other matters.

26087568.7

9.  Prior to the Petition Date, the Debtors engaged Mr. Patton to act as a pre-petition legal representative for holders of Abuse Claims against the Debtors that are unable to assert such Abuse Claims by the applicable bar date established by this Court.  In connection with his pre-petition representation of Future Claimants, Mr. Patton engaged (i) the law firm of Young Conaway Stargatt & Taylor, LLP ("Young Conaway") to act as his counsel, (ii) Ankura to act as his claims evaluation and financial valuation consultants, and (iii) Gilbert LLP to act as his special insurance counsel.  During the course of its pre-petition engagement, Ankura developed an understanding of the Debtors and their history, business, claims posture, finances, assets and liabilities.

10. Based on Ankura's significant experience in this field and its familiarity with personal injury liability issues in general and the Debtors' abuse-related liability issues in particular, Mr. Patton is confident that Ankura's retention as claims evaluation and financial valuation consultants to the Future Claimants' Representative is in the best interest of the Debtors' estates and their creditors and is also in the best interest of the Future Claimants.

## SERVICES TO BE PROVIDED BY ANKURA

11. The Future Claimants' Representative anticipates that Ankura will render consulting services to the Future Claimants' Representative as needed throughout the course of these Chapter 11 Cases, including but not limited to the following services, which Ankura also provided in connection with its pre-petition role as claims advisor:

   a.  estimating the number and value of present and future abuse personal injury claims;

   b.  assist in the development of financial models of payments and assets of a claims resolution trust;

   c.  analyze and advise on financial matters, such as valuation of the Debtors;

      d.     developing claims procedures to be used in the development of financial models of payments and assets of a claims resolution trust;

      e.     analyzing and responding to issues relating to draft trust distribution procedures;

      f.     analyzing and responding to issues relating to providing notice to personal injury claimants and reviewing such notice procedures;

      g.     providing such other consulting services as may be requested by the Future Claimants' Representative; and

      h.     providing expert testimony and reports related to the foregoing and assisting the Future Claimants' Representative in preparing and evaluating reports and testimony by other experts and consultants.

### **ANKURA'S COMPENSATION**

12. Ankura has agreed to accept as compensation for its services in these cases such sums as may be allowed by this Court in accordance with law, based upon the services rendered, the results achieved, the difficulties encountered, the complexities involved, and other appropriate factors. Ankura understands that its fees and expenses in this proceeding will be subject to the requirements of sections 330 and 331 of the Bankruptcy Code, as well as the rules of the Court and any order entered by this Court establishing procedures for interim compensation and reimbursement of expenses of professionals. The Future Claimants' Representative shall not be personally responsible for providing compensation or expense reimbursements to Ankura under any circumstance.

13. Ankura intends to apply for compensation for professional services rendered in accordance with its normal billing practices, subject to allowance by the Court in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the local rules of the Court, and any applicable orders. The hourly rates for Ankura professionals for this type of assignment and for this engagement team are $550–$750 for Senior Managing Directors, $450–$550 for Managing Directors, $350–$450 for Senior Directors, $275–$350 for Directors, and

26087568.7

$150–$275 for Senior Associates and Associates. Expenses for travel and consumables are billed at cost to the client. Charges are not accumulated or billed to the client for non-professional or clerical staff. The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions.

14. In addition, also subject to allowance by the Court in accordance with applicable law, Ankura shall bill the Debtors for reimbursement of all of its reasonable and necessary out-of-pocket expenses incurred in connection with its employment.

15. Pursuant to that certain engagement letter dated December 14, 2018 (the "Engagement Letter"), the Debtors provided to Ankura a retainer of $300,000 to pay the pre-petition fees and expenses Ankura incurred while conducting due diligence of the Debtors, their abuse-related personal injury claims, and financial posture. After reconciling, the balance of the retainer remaining was $300,000 as of the Petition Date. Attached hereto as Exhibit B is a summary of Ankura's pre-petition invoices and payments.

**DISCLOSURE CONCERNING CONFLICTS**

16. Ankura has informed the Future Claimants' Representative that, except as otherwise described in the Vasquez Declaration, Ankura believes (a) it is independent of the Debtors and the Interested Persons; (b) none of the matters disclosed in the Vasquez Declaration has had or will have an adverse effect on Ankura's ability to advise the Future Claimants' Representative in carrying out his duties to loyally and effectively represent the Future Claimants; and (c) Ankura does not have any interest that is materially adverse to the Future Claimants' Representative or the Future Claimants. Moreover, the retention and employment of Ankura is necessary and in the best interests of the Futures Claimants, the Debtors and their estates and other creditors.

17. As set forth in the Vasquez Declaration, Ankura has not shared or agreed to share any of its compensation with any other person, other than a professional or employee of Ankura, as permitted by section 504 of the Bankruptcy Code.

## NOTICE

18. Notice of this Ankura Application will be provided to (i) the U.S. Trustee; (ii) counsel to the Debtors; (iii) counsel to the Official Committee of Unsecured Creditors; (iv) counsel to the Official Committee of Tort Claimants; (v) counsel to the Ad Hoc Committee of Local Councils; (vi) counsel to JPMorgan Chase Bank National Association; and (vii) any party that has requested notice pursuant to Bankruptcy Rule 2002.  The Future Claimants' Representative submits that, in light of the nature of the relief requested, no other or further notice need be given.

## PRIOR REQUEST FOR RELIEF

19. No previous application for the relief sought in this Ankura Application has been made to this or any other court.

(Remainder of page intentionally left blank)

WHEREFORE, the Future Claimants' Representative respectfully requests entry of the Proposed Order granting the relief requested herein and such further and other relief as is just and proper.

Dated: April 27, 2020

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Edwin J. Harron*
Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Sharon M. Zieg (No. 4196)
Sara Beth A.R. Kohut (No. 4137)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: rbrady@ycst.com
   eharron@ycst.com
   szieg@ycst.com
   skohut@ycst.com

*Proposed Counsel to the Future Claimants' Representative*

26087568.7

8