# EXHIBIT B

## Summary of Pre-Petition Invoices and Payments

The below chart summarizes the Debtors' payment of invoices under the terms of the Engagement Letter:

| Payee | Invoice Date | Project Amount |
|---|---|---|
| Ankura | 2/28/2019 | $11,450.00 |
| Ankura | 4/4/2019 | $12,268.71 |
| Ankura | 4/29/2019 | $18,309.53 |
| Ankura | 5/13/2019 | $152,991.15 |
| Ankura | 6/25/2019 | $324,899.33 |
| Ankura | 7/15/2019 | $162,469.31 |
| Ankura | 8/8/2019 | $264,857.23 |
| Ankura | 10/1/2019 | $158,002.28 |
| Ankura | 10/21/2019 | $160,227.87 |
| Ankura | 11/15/2019 | $21,540.00 |
| Ankura | 12/12/2019 | $9,855.00 |