# **EXHIBIT C**

**Proposed Order**

26087568.7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | : | Case No. 20-10343 (LSS) |
| | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | **Ref. Docket No.** ___ |

**ORDER AUTHORIZING THE FUTURE CLAIMANTS' REPRESENTATIVE
TO RETAIN AND EMPLOY ANKURA CONSULTING GROUP, LLC
AS CONSULTANTS, EFFECTIVE AS OF APRIL 27, 2020**

Upon the application (the "Ankura Application") of James L. Patton, Jr., the legal representative (the "Future Claimants' Representative") for holders of Abuse Claims[2] against the Debtors that are unable to assert such Abuse Claims by the applicable bar date established by this Court, for the issuance and entry of an order, pursuant to sections 105(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing the employment and retention of Ankura Consulting Group, LLC ("Ankura") as claims evaluation and financial valuation consultants, effective as of April 27, 2020; and upon the declaration of Thomas Vasquez, Ph.D., in support thereof (the "Vasquez Declaration"); and this Court being satisfied based on the representations made in the Ankura Application and the Vasquez Declaration that Ankura is independent of the Debtors and Interested Parties and does not hold or represent any interest that would adversely affect Ankura's ability to advise the FCR in carrying out his duties to loyally and effectively

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Ankura Application.

26087568.7

represent the Future Claimants or that is materially adverse to the FCR or Future Claimants; that Ankura's involvement in other cases does not conflict with the obligations of Ankura to the Future Claimants' Representative in these cases; and that Ankura's employment by the Future Claimants' Representative is necessary and in furtherance of the Future Claimants' Representative's duties, and would be in the best interests of the Debtors' estates; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The relief requested in the Ankura Application is granted.

2. In accordance with section 105 of the Bankruptcy Code and Rule 2014 of the Bankruptcy Rules, the Future Claimants' Representative is hereby authorized to employ and retain Ankura as claims evaluation and financial valuation consultants on the terms set forth in the Ankura Application and Vasquez Declaration, effective as of April 27, 2020.

3. Ankura shall be compensated in such amounts as may be allowed by this Court upon the filing of appropriate applications for allowance of interim or final compensation in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, and any order entered by this Court establishing procedures for interim compensation and reimbursement of expenses of professionals.  The Future Claimants' Representative shall not be personally responsible for providing compensation or expense reimbursements to Ankura under any circumstance.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this order.