# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 498**<br><br>**Ref. Docket Nos. 204, 426** |

**MOTION FOR LEAVE TO EXCEED ANY PAGE LIMITATIONS WITH RESPECT TO THE RESPONSE BY SIDLEY AUSTIN LLP IN FURTHER SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF SIDLEY AUSTIN LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION, *NUNC PRO TUNC* TO THE PETITION DATE**

1.  Sidley Austin LLP ("Sidley") hereby moves the Court (the "Motion") for entry of an order, pursuant to Rule 7007-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware ("Local Rules"), granting leave to exceed any page limitation requirement applicable to its Response in Further Support of Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date (the "Response"). Sidley does not believe that there is any page limit applicable to its Response under the Local Rules or General Chambers Procedures. However, in an abundance of caution, Sidley requests the foregoing relief. As grounds for this Motion, Sidley respectfully states as follows:

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**JURISDICTION**

2.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**RELIEF REQUESTED**

3.      By this Motion, Sidley respectfully requests entry of an order, substantially in the form annexed hereto as **Exhibit A**, granting it leave to exceed any applicable page limitation with respect to its Response and permitting it to file a Response that is 45 pages long.

**BASIS FOR RELIEF**

4.      Sidley does not believe that there is any page limit applicable to its Response under the Local Rules or General Chambers Procedures. Sidley requests such relief, however, in an abundance of caution.

5.      The Response addresses complex arguments and serious allegations of impropriety raised in the Objection to Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date (ECF No. 426) (the "Objection") filed by Century Indemnity Company ("Century"). The Objection and its three supporting declarations (including an expert declaration) are voluminous—totaling well over 200 pages in length. (*See* ECF Nos. 426-29.)

6.      Given the complexity of the issues and volume of Century's filing, Sidley submits that the requested relief is appropriate and justified under the circumstances.

WHEREFORE, Sidley respectfully requests that this Court enter an order substantially in the form attached hereto as **Exhibit A** authorizing it to exceed any applicable page limit with

respect to the response and file its Response of 45 pages in length, and granting such other and further relief as the Court deems just and proper.

| | |
|---|---|
| Dated: April 28, 2020<br>      Wilmington, Delaware | CROSS & SIMON, LLC<br><br>*/s/ Christopher P. Simon*<br>Christopher P. Simon (No. 3697)<br>1105 North Market Street<br>Suite 901<br>Wilmington, DE 19801<br>Telephone: (302) 777-4200<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>James W. Ducayet (*pro hac vice pending*)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br>jducayet@sidley.com<br><br>*Attorneys for Sidley Austin LLP* |