# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 498**<br><br>**Ref. Docket Nos. 204, 426** |

**MOTION FOR LEAVE TO SUBMIT IN CAMERA CERTAIN PORTIONS OF THE RESPONSE BY SIDLEY AUSTIN LLP IN FURTHER SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF SIDLEY AUSTIN LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION, *NUNC PRO TUNC* TO THE PETITION DATE AND RELATED MATERIALS**

1.  Sidley Austin LLP ("Sidley") files this motion (the "Motion") seeking leave to submit in camera certain portions of its Response in Further Support of Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date (the "Response"), the Declaration of Nancy Rapoport, and the Declaration of William Sneed (including all exhibits thereto). These materials discuss Sidley's prior representation of Century Indemnity Company ("Century"), which has moved to file similar materials under seal and expressed concern about their filing on the public docket. (ECF No. 430.) The parties are currently working to attempt to resolve any open issues as to whether, and what extent, the information should remain filed in camera. Pending resolution of those discussions, and for the avoidance of doubt, Sidley requests

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

leave to submit these materials in camera only.  A proposed order is attached hereto as **Exhibit A**.

Dated:  April 28, 2020
       Wilmington, Delaware

CROSS & SIMON, LLC

*/s/ Christopher P. Simon*
Christopher P. Simon (No. 3697)
1105 North Market Street
Suite 901
Wilmington, DE 19801
Telephone: (302) 777-4200

– and –

SIDLEY AUSTIN LLP
James W. Ducayet (*pro hac vice pending*)
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
jducayet@sidley.com

*Attorneys for Sidley Austin LLP*