**Exhibit A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re: Docket No. ___<br><br>Ref. Docket Nos. 204, 426 |

**ORDER GRANTING MOTION FOR LEAVE TO SUBMIT IN CAMERA CERTAIN PORTIONS OF THE RESPONSE BY SIDLEY AUSTIN LLP IN FURTHER SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF SIDLEY AUSTIN LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION, *NUNC PRO TUNC* TO THE PETITION DATE AND RELATED MATERIALS**

Upon the motion (the "Motion")[1] of Sidley to file certain portions of its Response and related materials in camera; and the Court finding notice of the Motion was sufficient under the circumstances; and after due deliberation; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED. Sidley is hereby authorized to deliver certain portions of its Response and related materials to chambers for in camera review.

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Motion.