# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 204**<br><br>**Hearing Date**: May 4, 2020 at 10:00 a.m. (ET) |

### NOTICE OF FILING OF SIDLEY AUSTIN LLP'S WITNESS LIST IN CONNECTION WITH HEARING ON DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF SIDLEY AUSTIN LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION, *NUNC PRO TUNC* TO THE PETITION DATE

1. Please take notice that, in accordance with the Court's instructions, Sidley Austin LLP ("Sidley") hereby submits its witness list in connection with the hearing currently scheduled for May 4, 2020 at 10:00 a.m. (the "Hearing") to consider *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession,* Nunc Pro Tunc *to the Petition Date* (ECF No. 204). Sidley's witness list (the "Witness List") is attached hereto as **Exhibit A**.

2. Please take further notice that Sidley reserves all rights to amend, supplement, and modify the Witness List prior to the Hearing.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| | |
|---|---|
| Dated: April 29, 2020<br>Wilmington, Delaware | CROSS & SIMON, LLC<br><br>*/s/ Christopher P. Simon*<br>Christopher P. Simon (No. 3697)<br>1105 North Market Street<br>Suite 901<br>Wilmington, DE 19801<br>Telephone: (302) 777-4200<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>James W. Ducayet (*pro hac vice*)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br>jducayet@sidley.com<br><br>*Attorneys for Sidley Austin LLP* |