## Exhibit A

## Witness List

| Name | Title | Location | Site of Testimony | Documents |
|---|---|---|---|---|
| William M. Sneed | Partner, Sidley Austin LLP | Chicago, IL, USA | Home | Declaration and accompanying exhibits |
| Jessica C.K. Boelter | Partner, Sidley Austin LLP | Miami, FL, USA | Home | Declarations and accompanying exhibits |
| Nancy B. Rapoport | Garman Turner Gordon Professor of Law, William S. Boyd School of Law, University of Nevada Las Vegas | Las Vegas, NV, USA | Home | Declaration and accompanying exhibits |
| Brian Whittman | Managing Director at Alvarez & Marsal North America, LLC | Highland Park, IL, USA | Home | Declaration |

No one will be present with these witnesses during their testimony.

Sidley expressly reserves the right to call any witness: (i) designated by any other party; (ii) in rebuttal to any testimony or evidence put forth by any other party; and (iii) to authenticate or provide a foundation for documents, if necessary.