**Exhibit B**

**Phase 2 Fees and Expense Itemization**



**FILE COPY ONLY – BILL SUBMITTED ELECTRONICALLY DO NOT SUBMIT TO CLIENT UNLESS EXPRESSLY REQUESTED BY CLIENT**

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1900
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

April 16, 2020

Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

PERSONAL AND CONFIDENTIAL

Bill #  90199953
Client.Matter #  047657.000013

**Re:  BSA General Defense - Bankruptcy (Billiable) - Phase 2 - Retention Issues**

For professional services rendered through March 31, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees .................................................................................................................................$20,808.50
Expenses................................................................................................................................$0.00

**Total Due This Bill**................................................................................................**$20,808.50**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

Re:  BSA General Defense - Bankruptcy (Billiable) - Phase 2 - Retention Issues

For professional services rendered through March 31, 2020

| Date | Initials | Activity Code | Task Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 03/04/20 | BAG | A107 | L120 | Exchange email with Sidley Austin regarding application to serve as special counsel and declaration and support. | 0.20 | 128.00 |
| 03/09/20 | RWC | A104 | L120 | Review and revise Debtors' application for an order and supporting documents. | 0.80 | 520.00 |
| 03/09/20 | BAG | A103 | L120 | Work on draft Retention and Employment Application for the bankruptcy proceeding. | 0.50 | 320.00 |
| 03/12/20 | SEM | A104 | L120 | Briefly review initial draft of BSA Ogletree Retention Application and information related to the same. | 0.40 | 178.00 |
| 03/13/20 | RWC | A104 | L120 | Review court filing and declaration pertaining to Ogletree, obtain and verify information cited therein, and make edits as needed. | 2.40 | 1,560.00 |
| 03/13/20 | BAG | A103 | L120 | Work on Retention Application. | 3.50 | 2,240.00 |
| 03/16/20 | BAG | A103 | L120 | Work on Retention Application, including all conflict checks and connection search results. | 7.50 | 4,800.00 |
| 03/16/20 | SEM | A104 | L120 | Review BSA's Application to Delaware Bankruptcy Court for Order Authorizing Retention of Ogletree as Special Litigation Counsel. | 1.00 | 445.00 |
| 03/16/20 | RWC | A104 | L120 | Review and modify latest application to be filed with bankruptcy court including attachments thereto. | 0.50 | 325.00 |



| Date | Initials | Activity Code | Task Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 03/17/20 | BAG | A103 | L120 | Complete remaining conflict check results and work on formal Retention Application. | 4.50 | 2,880.00 |
| 03/21/20 | SEM | A107 | L120 | Email exchange with Sidley regarding additional information needed for Ogletree Retention Application filed in bankruptcy court. | 0.30 | 133.50 |
| 03/23/20 | BAG | A104 | L120 | Review and respond to Sidley Austin regarding the Trustee's request for additional information pertaining to Ogletree's retention application. | 0.20 | 128.00 |
| 03/23/20 | BAG | A110 | L120 | Begin work on compiling additional information as requested by the bankruptcy trustee. | 2.50 | 1,600.00 |
| 03/23/20 | KAD | A107 | L120 | Email exchanges with Andres Barajas and Bruce Griggs regarding information needed for bankruptcy trustee regarding Ogletree's retention application. | 0.10 | 19.00 |
| 03/24/20 | BAG | A104 | L120 | Review payment and litigation information requested by the bankruptcy trustee in relation to Ogletree's retention application and continue analysis of same. | 1.50 | 960.00 |
| 03/25/20 | KAD | A101 | L120 | Begin creating Pillowtex report of all payments from BSA to Ogletree for bankruptcy trustee. | 5.00 | 950.00 |
| 03/26/20 | BAG | A106 | L120 | Continue work on analysis and compilation of information requested by the U.S. Trustee in relation to Retention Application. | 1.50 | 960.00 |
| 03/26/20 | KAD | A101 | L120 | Continue creating Pillowtex report of all payments from BSA to Ogletree for bankruptcy trustee. | 5.40 | 1,026.00 |
| 03/26/20 | KJM | A104 | L120 | Work on gathering information on non-abuse matters requested by bankruptcy trustee in response to Retention Application per Bruce Griggs request. | 1.50 | 225.00 |



Page 4
04/16/20
Bill No. 90194433A
047657.000013-BAG

| Date | Initials | Activity Code | Task Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 03/27/20 | BAG | A107 | L120 | Exchange email with Blair Warner at Sidley Austin regarding information requested for Retention Application. | 0.20 | 128.00 |
| 03/27/20 | BAG | A104 | L120 | Complete work on analysis and compilation of litigation and payment information requested by the U.S. Trustee. | 1.50 | 960.00 |
| 03/27/20 | KAD | A101 | L120 | Finalize Pillowtex report of all payments from BSA to Ogletree for bankruptcy trustee. | 1.70 | 323.00 |
|  |  |  |  | Total Services: | 42.70 | 20,808.50 |

### Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Bruce A. Griggs | Shareholder | 640.00 | 23.60 | 15,104.00 |
| Ron Chapman, Jr. | Shareholder | 650.00 | 3.70 | 2,405.00 |
| Katie J. Murray | Other | 150.00 | 1.50 | 225.00 |
| Sean E. Manning | Of Counsel | 445.00 | 1.70 | 756.50 |
| Kelci A. Davis | Paralegal | 190.00 | 12.20 | 2,318.00 |

|  |  |
|---|---|
| TOTAL FEES | $20,808.50 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $20,808.50 |