**Exhibit C**

**Expense Summary**

| Category | Amount |
|---|---:|
| Copying | $33.00 |
| Delivery Services/Messenger | $53.30 |
| Legal Support Services | $1,837.12 |
| **TOTAL:** | **$1,923.42** |