# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 204**<br><br><u>Hearing Date</u>: **May 4, 2020 at 10:00 a.m. (ET)** |

**STATUS REPORT IN CONNECTION WITH HEARING ON DEBTORS'
APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND
EMPLOYMENT OF SIDLEY AUSTIN LLP AS ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION, *NUNC PRO TUNC* TO THE PETITION DATE**

1. Sidley Austin LLP ("Sidley"), in accordance with the Court's instructions at the status conference on April 29, 2020, hereby submit the following status report:

2. The Parties have agreed on potential redactions to exhibits. These redactions are limited to and for the sole purpose of excising non-public information regarding the confidential arbitration matters.

3. Sidley has provided proposed redactions to the declarations of Mr. Sneed and Professor Rapoport. As of the time of this status report, despite repeated requests, Sidley is still awaiting Century's responses to those proposed redactions. Sidley believes that these redactions should avoid any potential concerns about the disclosure of confidential, non-public information, and that the declarations should be filed publicly with those redactions.

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

4. Sidley does not believe that any redactions are necessary to Sidley's Response (ECF No. 498). As of the time of this Status Report, Century has not provided its position on this issue.

5. Sidley has communicated to the United States Trustee the information set forth in this Status Report.

6. Sidley provided a draft of this report this morning to counsel for Century, asking for comments and their permission to file this as a joint status report. Counsel for Century did not respond.

*[Remainder of Page Intentionally Left Blank]*

Dated: April 30, 2020  
       Wilmington, Delaware

CROSS & SIMON, LLC

*/s/ Christopher P. Simon*
Christopher P. Simon (No. 3697)
1105 North Market Street
Suite 901
Wilmington, DE 19801
Telephone: (302) 777-4200

– and –

SIDLEY AUSTIN LLP
James W. Ducayet (*admitted pro hac vice*)
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
jducayet@sidley.com

*Attorneys for Sidley Austin LLP*