# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 204 |
| | <u>Hearing Date</u>: May 4, 2020 at 10:00 a.m. (ET) |

### NOTICE OF FILING OF CENTURY'S WITNESS LIST IN CONNECTION WITH HEARING ON DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF SIDLEY AUSTIN LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION, *NUNC PRO TUNC* TO THE PETITION DATE

1. Please take notice that, in accordance with the Court's instructions, Century hereby submits the list of witnesses it may call in connection with the hearing currently scheduled for May 4, 2020 at 10:00 a.m. (the "Hearing") to consider *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession*, Nunc Pro Tunc *to the Petition Date* (ECF No. 204). Sidley's witness list (the "Witness List") is attached hereto as **Exhibit A**.

2. Please take further notice that Century reserves all rights to amend, supplement, and modify its list.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

OMM_US:77792942.1

Dated: April 30, 2020

Respectfully Submitted,

By: */s/ Stamatios Stamoulis*
    Stamatios Stamoulis (#4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware 19801
Telephone    302 999 1540
Facsimile:   302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Janine Panchok-Berry (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone:   212 326 2000
Facsimile:   212 326 2061

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Ace Insurance Group Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company*

## Exhibit A

## May Call Witness List

| Name | Title | Location | Site of Testimony | Documents |
|---|---|---|---|---|
| Joshua Schwartz | Director of Reinsurance Litigation | Pennsylvania | Home | Declaration and exhibits |
| Christine Russell | Senior Vice President Reinsurance | Pennsylvania | Home | Exhibits to submissions |
| Christopher J. Celentano | Senior Vice President, Coverage & Complex Claims | New York | Home | Exhibits to submissions |
| Charles Slanina | Ethics expert | Delaware | Home | Declaration and exhibits to submissions |
| Ann Rappleye | Operations Counsel, Global Legal and Compliance Group | | Home | Exhibits to submissions |

No one will be present with these witnesses during their testimony (other than others living in home).

Century expressly reserves the right to call any witness: (i) designated by any other party; (ii) in rebuttal to any testimony or evidence put forth by any other party; and (iii) to authenticate or provide a foundation for documents, if necessary.