IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 204**<br><br>**Hearing Date**: May 4, 2020 at 10:00 a.m. (ET) |

**JOINT STATUS REPORT IN CONNECTION WITH HEARING ON DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF SIDLEY AUSTIN LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION, *NUNC PRO TUNC* TO THE PETITION DATE**

1. Sidley Austin LLP ("Sidley") and Century Indemnity Company ("Century," together with Sidley, the "Parties"), in accordance with the Court's instructions at the status conference on April 29, 2020, hereby submit the following joint status report:

2. The Parties have largely agreed on potential redactions to exhibits subject to agreement with the UST.

3. Sidley has provided proposed redactions to the declarations of Mr. Sneed and Professor Rapoport. As of the time of this status report, Sidley is awaiting Century's responses to those proposed redactions. Sidley believes that these redactions should avoid any potential concerns about the disclosure of confidential, non-public information, and that the declarations should be filed publicly with those redactions. Century has objected to disclosures of attorney client communications about privileged advice and work by Sidley. The parties continue to confer on this.

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

4.      Sidley does not believe that any redactions are necessary to Sidley's Response (ECF No. 497). Century has disagreed but Century contends that the resolution of this issue is tied to the redactions to the Sneed declaration about his legal advice.

5.      Sidley has communicated to the United States Trustee the information set forth in this Status Report. Counsel for Century has authorized Sidley to file this as a joint report.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: April 30, 2020<br>Wilmington, Delaware | CROSS & SIMON, LLC<br><br>*/s/ Christopher P. Simon*<br>Christopher P. Simon (No. 3697)<br>1105 North Market Street<br>Suite 901<br>Wilmington, DE 19801<br>Telephone: (302) 777-4200<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>James W. Ducayet (*admitted pro hac vice*)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br>jducayet@sidley.com<br><br>*Attorneys for Sidley Austin LLP* |