# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

### NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 4, 2020, AT 10:00 A.M. (ET)[3]

MATTERS GOING FORWARD

1. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date (D.I. 204, Filed 3/17/20).

   Objection Deadline:  March 31, 2020, at 4:00 p.m. (ET).  Extended to April 7, 2020, at 4:00 p.m. (ET) for the U.S. Trustee.  Extended to April 23, 2020, at 4:00 p.m. (ET) for Century Indemnity Company.

   Responses Received:

   a) Informal comments from the U.S. Trustee;

   b) Century's Objection to Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date (D.I. 426, Filed 4/14/20);

   c) [SEALED] Declaration of Joshua R. Schwartz (D.I. 427, Filed 4/14/20);

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2] **Amended items appear in bold.**

[3] Any party that wants to participate in the Conference must make arrangements to do so through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946) by no later than 9:00 a.m. (ET) on May 4, 2020.  If you do not make timely arrangements, you may not be able to participate in the Conference.

    d)    Declaration of Janine Panchok-Berry in Support of Century's Objection to Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date (D.I. 428, Filed 4/14/20);

    e)    Declaration of Charles Slanina (D.I. 429, Filed 4/14/20);

    f)    Motion for Entry of Order Authorizing Century to File Under Seal Certain Exhibits to its Objection to Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date (D.I. 430, Filed 4/15/20);

    g)    Local Rule 9018-1 Certification of Counsel (D.I. 431, Filed 4/15/20);

    h)    Notice of Century Indemnity Company's Motion Pursurant to Sections 105 And 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018 for Authority to File Under Seal Exhibits to the Objection to Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date (D.I. 432, Filed 4/15/20);

    i)    Amended Declaration of Janine Panchok-Berry in Support of Century's Objection to Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date (D.I. 437, Filed 4/15/20);

    j)    Declaration of Joshua R. Schwartz (D.I. 453, Filed 4/17/20); and

<u>Related Pleadings</u>:

    a)    Revised Notice of Hearing of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date (D.I. 478, Filed 4/23/20);

    b)    United States Trustee's Omnibus Response and Reservation of Rights Regarding Century's Motion for Entry of an Order Authorizing Century to File Under Seal Certain Exhibits to its Objection to Debtors' Application for Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date (D.E. 204, 426, 430) (D.I. 489, Filed 4/27/20);

c)     Debtors' Reply in Further Support of the Their Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date (D.I. 497, Filed 4/28/20);

d)     Response by Sidley Austin LLP in Further Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date (D.I. 498, Filed 4/28/20);

e)     Declaration of Brian Whittman in Support of Reply in Further Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date (D.I. 499, Filed 4/28/20);

f)     Declaration of Jessica C.K. Boelter in Support of Response by Sidley Austin LLP in Further Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date (D.I. 500, Filed 4/28/20);

g)     Motion for Leave to Exceed any Page Limitations with Respect to the Response by Sidley Austin LLP In Further Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date (D.I. 501, Filed 4/28/20);

h)     Motion for Leave to Submit in Camera Certain Portions of the Response by Sidley Austin LLP in Further Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date and Related Materials (D.I. 503, Filed 4/28/20);

i)     Notice of Filing of Sidley Austin LLP's Witness List in Connection with Hearing on Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date (D.I. 509, Filed 4/29/20)**;**

j)     **Status Report in Connection with Hearing on Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in**

     **Possession,** *Nunc Pro Tunc* **to the Petition Date (D.I. 518, Filed 4/30/20);**

k) **Notice of Filing of Century's Witness List in Connection with Hearing on Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession,** *Nunc Pro Tunc* **to the Petition Date (D.I. 519, Filed 4/30/20); and**

l) **Notice of Withdrawal of Status Report in Connection with Hearing on Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession,** *Nunc Pro Tunc* **to the Petition Date (D.I. 520, Filed 4/30/20); and**

m) **Status Report in Connection with Hearing on Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession,** *Nunc Pro Tunc* **to the Petition Date (D.I. 521, Filed 4/30/20).**

<u>Status</u>:  This matter is going forward.

| | |
|---|---|
| Dated:  May 1, 2020<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/  Eric W. Moats*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Joseph C. Barsalona II (No. 6102)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:   (302) 425-4664<br>Email:  dabbott@mnat.com<br>           aremming@mnat.com<br>           jbarsalona@mnat.com<br>           emoats@mnat.com<br>           ptopper@mnat.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Jessica C. K. Boelter (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone:  (212) 839-5300<br>Email:  jboelter@sidley.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Thomas A. Labuda (admitted *pro hac vice*)<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone:  (312) 853-7000<br>Email:  tlabuda@sidley.com<br>           mandolina@sidley.com<br>           mlinder@sidley.com<br><br>CO-COUNSEL AND PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION |