# Sneed Exhibit 1

| | |
|---|---|
| **From:** | Schwartz, Joshua R <Joshua.Schwartz@chubb.com> |
| **Sent:** | Friday, December 7, 2018 2:08 PM |
| **To:** | Sneed, William M. |
| **Subject:** | RE: Chubb current SLA |

Bill, I am sorry but we are unable to provide a prospective waiver.  As you know, our company has been very willing to provide transactional waivers on a case-by-case basis when Sidley or another one of our partner firms makes the request, which I hope provides the necessary comfort to Sidley under the circumstances.

I hope you have a nice weekend.

Best regards, Josh



**Joshua R. Schwartz**
Managing Counsel - Director of Reinsurance Litigation

436 Walnut Street, Philadelphia, PA 19106
O 215-640-2107    M 267-449-6058    F 215-640-4020

ACE and Chubb are now one.

---

**From:** Sneed, William M. [mailto:wsneed@sidley.com]
**Sent:** Friday, December 07, 2018 6:19 AM
**To:** Schwartz, Joshua R
**Subject:** [EXTERNAL] RE: Chubb current SLA

Josh:

Thank you for sending the Chubb current SLA.

As I mentioned last week, I shared the current SLA with my firm's Office of General Counsel.  Our firm has a standard engagement letter with advance conflict waiver language, and our firm's policy is to seek confirmation of an engagement according to our standard terms.  Having said that, we represented legacy ACE Companies for years pursuant to the ACE SLA.

Sidley requests Chubb's consideration of an advance conflicts waiver to be included with the SLA, at least as respects non-contentious (transactional) matters.  Our firm is large and growing, Chubb has many affiliates, and the Chubb SLA's Group-wide approach to conflict analysis increases the likelihood of our being unable to represent longstanding clients on routine work that does not involve a true ethical conflict.


**WILLIAM M. SNEED**

**SIDLEY AUSTIN LLP**
+1 312 853 7899
wsneed@sidley.com

**From:** Schwartz, Joshua R <Joshua.Schwartz@chubb.com>
**Sent:** Thursday, November 15, 2018 5:03 PM
**To:** Sneed, William M. <wsneed@sidley.com>
**Cc:**
**Subject:** FW: Chubb current SLA

Bill, as requested …



**Joshua R. Schwartz**
Managing Counsel - Director of Reinsurance Litigation

436 Walnut Street, Philadelphia, PA 19106
O 215-640-2107   M 267-449-6058   F 215-640-4020

ACE and Chubb are now one.

This email (including any attachments) is intended for the designated recipient(s) only, and may be confidential, non-public, proprietary, and/or protected by the attorney-client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, printing, forwarding or using it in any manner. Although it has been checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.

*******************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

*******************************************************************************************