# Sneed Exhibit 2

| | |
|---|---|
| **From:** | Schwartz, Joshua R <Joshua.Schwartz@chubb.com> |
| **Sent:** | Monday, March 4, 2019 11:38 AM |
| **To:** | Sneed, William M. |
| **Subject:** | Sidley prospective waiver request |

Bill,

I've consulted internally regarding the prospective waiver for bankruptcy and insolvency matters.  We would be willing to provide a prospective waiver if the following 3 conditions are agreed as well:

1. There must be a wall between the Sidley bankruptcy team and any attorneys at Sidley who work on any Chubb matters, which prohibits such Sidley lawyers from working on any bankruptcy or insolvency matter involving Chubb insurance  or reinsurance policies.

2. Sidley would have no direct or indirect involvement in any motions to compel arbitration involving Chubb filed in a bankruptcy or insolvency proceeding, nor in any arbitration that subsequently ensues.

3. Sidley would not have any direct or indirect involvement in disputes regarding:  a) Chubb collateral agreements; b) asset purchase agreements in which the debtor sells assets to a third party and there is a dispute between us and the buyer; and c) coverage disputes (including allegations of bad faith/ECO).

Can you please review and get back to us on this as soon as possible?  Once we agree to these terms, we can incorporate them into a prospective waiver wording.

Thanks and best regards, Josh



**Joshua R. Schwartz**
Managing Counsel - Director of Reinsurance Litigation

436 Walnut Street, Philadelphia, PA 19106
O 215-640-2107   M 267-449-6058   F 215-640-4020

ACE and Chubb are now one.

---

This email (including any attachments) is intended for the designated recipient(s) only, and may be confidential, non-public, proprietary, and/or protected by the attorney-client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, printing, forwarding or using it in any manner. Although it has been checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.