# Sneed Exhibit 3

|  |  |
|---|---|
| March 16, 2020 | Senior Counsel<br>436 Walnut St.<br>WA04K<br>Philadelphia, PA<br>19106 |
|  | O  215.640.2089<br>M  215.301.4896<br>E  Robert.Turrin@Chubb.com |

William Sneed
Sidley Austin
One South
Dearborn St.
Chicago, IL 60603

**CHUBB**

VIA E-MAIL

Re: <u>Sidley Conflict Issues</u>

Dear Mr. Sneed:

I've been asked to respond to your letter of March 11, 2020 and I will be the responsible in-house lawyer with respect to the dispute between the Chubb companies and Sidley under the Service Level Agreement ("SLA"). Per your request, I've attached a copy of the SLA that governs the relationship between the Chubb companies and Sidley, which was accepted by Sidley on September 14, 2015.

We acknowledge that Sidley does not regard the December 18, 2019 phone call between you, Christine Russell and Joshua Schwartz to fulfill the requirement under paragraph 7.2 of the SLA to "speak and attempt in good faith to resolve the dispute." Accordingly, we hereby invite Sidley to have a conversation with us in an attempt to resolve our differences. In light of the Covid-19 epidemic, we suggest a telephonic meeting. We are open at the following dates and times: March 19 from 11 to 2; March 23 from 1 to 3; or March 26 from 11 to 3. Joshua Schwartz and Christine Russell will be on the call for Chubb. We'd propose an hour to but we are open a longer conversation if our meeting is productive. Please feel free to suggest alternative dates and times if these are not suitable.

Sincerely,

Robert M. Turrin
Senior Counsel