# Sneed Exhibit 7

| | |
|---|---|
| **From:** | Schwartz, Joshua R |
| **To:** | Sneed, William M. |
| **Subject:** | RE: Boy Scouts |
| **Date:** | Wednesday, November 27, 2019 12:50:05 PM |
| **Attachments:** | image001.png |
| | image002.png |

Bill,

I am writing as a follow up to my email below.  When can we expect a reply?

Also, my colleagues managing the BSA claim received a request from your bankruptcy partners asking to participate in a call discussing the conflict issue.  Tanc Schiavoni (Chubb's bankruptcy counsel) called your colleague Bill Andolina to advise that there is a scheduling conflict.  In talking about an agenda for the requested call, Mr. Andolina listed for Tanc the conflict issue, but he did not know about our email communication.  We think it would be prudent for discussions regarding the conflict issue to include the two of us.  Before we have a discussion, we would like to review Sidley's General Counsel opinion and/or any other analysis (as set forth below).  Please let your partner know that this is how we would like to proceed.

I hope you and your family have a great Thanksgiving.

Thanks and best regards, Josh

**Joshua R. Schwartz**
**Managing Counsel - Director of Reinsurance Litigation**

436 Walnut Street, Philadelphia, PA 19106
O 215-640-2107   M 267-449-6058   F 215-640-4020

**ACE and Chubb are now one.**

**From:** Schwartz, Joshua R
**Sent:** Wednesday, November 20, 2019 1:41 PM
**To:** Sneed, William M.
**Subject:** RE: Boy Scouts

Bill,

I am writing regarding our communication on October 29 discussing the Boy Scouts conflict issue and the subsequent communications between your bankruptcy partners and Chubb's Claims team. Sidley has told us that there is no conflict with Sidley's simultaneous representations of BSA in bankruptcy-related matters and Chubb in the BSA reinsurance matters.  We would like to review Sidley's explanation for why there is no conflict.  Please send us Sidley's General Counsel's opinion or any other analysis that led to the no conflict position so that we can further evaluate this issue.

Best regards, Josh

**Joshua R. Schwartz**
Managing Counsel - Director of Reinsurance Litigation

436 Walnut Street, Philadelphia, PA 19106
O 215-640-2107   M 267-449-6058   F 215-640-4020

ACE and Chubb are now one.

**From:** Schwartz, Joshua R
**Sent:** Tuesday, October 29, 2019 5:48 PM
**To:** Sneed, William M.
**Subject:** Boy Scouts

Bill,

Thank you for the discussion earlier today. As we discussed, I just learned that Sidley is representing Boy Scouts of America (BSA) in a potential bankruptcy filing. Chubb does not agree to waive any conflict presented by this potential representation and your representation of Chubb in the Lloyd's and ▮▮▮▮ reinsurance matters. I will discuss this issue internally and circle back to you after we conclude those discussions. Please let me know if you have any questions in the interim.

Best regards, Josh

**Joshua R. Schwartz**
Managing Counsel - Director of Reinsurance Litigation

436 Walnut Street, Philadelphia, PA 19106
O 215-640-2107   M 267-449-6058   F 215-640-4020

ACE and Chubb are now one.

This email (including any attachments) is intended for the designated recipient(s) only, and may be confidential, non-public, proprietary, and/or protected by the attorney-client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, printing, forwarding or using it in any manner. Although it has been checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.