# Sneed Exhibit 8

| | |
|---|---|
| **From:** | Sneed, William M. |
| **To:** | Schwartz, Joshua R; Russell, Christine G. |
| **Subject:** | RE: [EXTERNAL] Proposed Call Tomorrow |
| **Date:** | Wednesday, December 18, 2019 8:23:00 AM |
| **Attachments:** | image001.png |

It works, and I will circulate a call-in.

**WILLIAM M. SNEED**

**SIDLEY AUSTIN LLP**
+1 312 853 7899
wsneed@sidley.com

---

**From:** Schwartz, Joshua R <Joshua.Schwartz@chubb.com>
**Sent:** Wednesday, December 18, 2019 8:21 AM
**To:** Russell, Christine G. <Christine.Russell@brandywineholdings.com>
**Cc:** Sneed, William M. <wsneed@sidley.com>
**Subject:** RE: [EXTERNAL] Proposed Call Tomorrow

Bill, does 9 am your time work for a call today?  If so, can you please circulate a dial in?

Thanks, Josh

**Joshua R. Schwartz**
**Managing Counsel - Director of Reinsurance Litigation**

**436 Walnut Street, Philadelphia, PA 19106**
**O 215-640-2107   M 267-449-6058   F 215-640-4020**

**ACE and Chubb are now one.**

---

**From:** Russell, Christine G.
**Sent:** Wednesday, December 18, 2019 7:55 AM
**To:** Schwartz, Joshua R
**Cc:** Sneed, William M.
**Subject:** Re: [EXTERNAL] Proposed Call Tomorrow

10:00 works best for me.

Christine Russell


On Dec 17, 2019, at 10:41 PM, Schwartz, Joshua R <Joshua.Schwartz@chubb.com> wrote:

> Hi Bill, I'm copying in Christy who would like to join the discussion.  Christy, when are you available tomorrow to talk?  I am free from 10-11 est and then after noon until 3.
>
> Thanks, Josh
>
> Sent from my iPhone
>
>
> On Dec 17, 2019, at 6:02 PM, Sneed, William M. <wsneed@sidley.com> wrote:
>
>> Josh:
>>
>> Do you have some time to speak tomorrow morning about the conflict claim Chubb has raised as respects Boy Scouts of America?
>>
>> **WILLIAM M. SNEED**
>>
>> **SIDLEY AUSTIN LLP**
>> One South Dearborn
>> Chicago, IL 60603
>> +1 312 853 7899
>> wsneed@sidley.com
>> www.sidley.com
>> **<image001.png>**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email (including any attachments) is intended for the designated recipient(s) only, and may be confidential, non-public, proprietary, and/or protected by the attorney-client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, printing, forwarding or using it in any manner. Although it has been checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.