Sneed Exhibit 9

Schwartz Exhibit 7



SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
+1 312 853 7000
+1 312 853 7036

AMERICA • ASIA PACIFIC • EUROPE

January 16, 2020

**By Email**

Joshua R. Schwartz
Chubb
Managing Counsel - Director of Reinsurance Litigation
436 Walnut Street
Philadelphia, PA 19106

Re:   Sidley Representation of Chubb Companies

Dear Josh:

As I discussed with you and Christy Russell last month, since your call with me on October 29, the relationship between our firm and the Chubb Companies has become unreasonably difficult to the point of break down.

We intend to proceed with an orderly withdrawal from our current representations of Chubb and Century Indemnity Company ("Century"). This letter provides you with the status of each matter and the steps that Sidley intends to take to ensure that Chubb's and Century's interests are not harmed in the process.

First, Sidley has represented Century in litigation in the Massachusetts federal court against Lloyd's Underwriters, *Lloyd's v. Century*, No. 18-cv-12041 (D. Mass.), and *Century v. Lloyd's*, No. 19-cv-11056 (D. Mass.), both before Judge Casper ("the Lloyd's Litigation"). The Lloyd's Litigation is fully briefed, was argued on September 13, 2019, and now awaits a decision by Judge Casper respecting whether Lloyd's must arbitrate. Thus, Sidley's substantive work on the Lloyd's Litigation is concluded. Please be advised that our firm will move on January 24, 2020, to withdraw its appearance in the Lloyd's Litigation. In accordance with U.S. District Court for the District of Massachusetts Local Rule 7.1(a)(2), we ask that Century let us know no later than January 23, 2020, whether it will object to the withdrawal. We note that ▓▓▓▓▓▓▓▓▓▓, Century's original counsel in *Lloyd's v. Century*, No. 18-cv-12041 (D. Mass.), continues to have an appearance on file in the case.

This letter serves as notice that Sidley will not represent Century in any new matters that may arise following the Court's decision in the Lloyd's Litigation, such as future appeals or arbitrations.

# SIDLEY

Joshua R. Schwartz
January 16, 2020
Page 2

  Second, Sidley represents Century in an arbitration against ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, before a panel chaired by ▓▓▓▓▓▓▓▓▓▓▓▓. The ▓▓▓ Arbitration has no schedule, but there will be an Organizational Meeting on February 25, 2020, to obtain a schedule. Submissions in advance of that Organizational Meeting are due February 11 and 18. We have provided you with a draft of the submission due February 11. We will notify the arbitrators on January 31, 2020, that we no longer represent Century in the matter. This letter should provide Century with ample time to engage new counsel.

  Third, we represent Chubb & Sons, Inc. ("Chubb") in an arbitration against ▓▓▓ ▓▓▓▓▓▓▓▓▓▓ before a panel chaired by ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ The ▓▓▓ Arbitration is set for hearing during the week of May 18, 2020, with discovery ending on February 14 and pre-hearing briefs due April 10 and May 8. Four depositions need to be scheduled and taken by February 14 (though ▓▓▓ counsel has indicated that the February 14 date will be pushed back to February 28). We propose to continue our representation through the discovery close and then notify the arbitrators the day after that we no longer represent Chubb in the matter. Of course, we are amenable to working with successor counsel respecting the transfer of this case, in the event you want us and successor counsel involved in the depositions.

  Finally, we have provided occasional advice respecting ▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, in connection with issues raised by reinsurers ▓▓▓▓▓▓▓▓▓▓▓▓ The ▓▓▓ Matter involves no formal dispute, a different firm is lead counsel on the matter, and our involvement has been sporadic. We have no pending work regarding the ▓▓▓ Matter and will provide no future advice respecting it.

  I believe this has been confirmed by others before, but I will reiterate that no confidential information regarding the above matters has been shared with any attorney representing the Boy Scouts of America. We will continue to hold any nonpublic information you have supplied to Sidley in confidence in accordance with applicable rules of professional responsibility. We will cooperate fully in providing any files and information to new counsel.

  If you wish to have any documents delivered to you, please advise us. We reserve the right to transfer or destroy documents in accordance with our records retention procedures.

  We are amenable to reasonable modifications of these plans in order to ensure that Century and Chubb are not prejudiced by our withdrawal or to assist in a transfer to successor counsel. For example, if Century or Chubb want us to withdraw from a matter sooner than outlined above, we will do so.

# SIDLEY

Joshua R. Schwartz
January 16, 2020
Page 3

      Our goal is to protect Century's and Chubb's interests during this process. I am copying this letter to Tom Wamser, as he has been our direct report in the ▮▮▮▮ Arbitration.

Very truly yours,

*William M. Sneed*

William M. Sneed

cc:     Thomas J. Wamser