# Sneed Exhibit 11

# Schwartz Exhibit 12

| | |
|---|---|
| **From:** | |
| **Sent:** | Thursday, February 20, 2020 11:18 AM |
| **To:** | William M. Sneed |
| **Cc:** | Schwartz, Joshua R |
| **Subject:** | [EXTERNAL] Re: Century/     Arbitration |

Dear Mr. Sneed:
I acknowledge your withdrawal notification.

▬▬▬▬▬▬  (for the Panel)

> On Feb 20, 2020, at 5:17 AM, Sneed, William M. <wsneed@sidley.com> wrote:
>
> Dear Arbitrators:
>
> Please be advised that Sidley Austin LLP is withdrawing from representation of Century Indemnity Company in this matter. Please remove us from your service lists.
>
> The proper contact for Century at this stage is Josh Schwartz, in-house counsel, who is copied on this email.
>
> **WILLIAM M. SNEED**
>
> **SIDLEY AUSTIN LLP**
> One South Dearborn
> Chicago, IL 60603
> +1 312 853 7899
> wsneed@sidley.com
> www.sidley.com
> <image001.png>

****************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.

****************************************************************************************