Sneed Exhibit 12

Schwartz Exhibit 11

| | |
|---|---|
| **From:** | Sneed, William M. <wsneed@sidley.com> |
| **Sent:** | Thursday, February 20, 2020 8:19 AM |
| **To:** | Schwartz, Joshua R; Wamser, Thomas J |
| **Cc:** | |
| **Subject:** | [EXTERNAL] FW: Chubb/       Arbitration |

Josh, Tom:

FYI

If you or ▮▮▮▮▮ have any requests re the case (*i.e.*, witness files), please let me know.

**WILLIAM M. SNEED**

**SIDLEY AUSTIN LLP**
+1 312 853 7899
wsneed@sidley.com

---

**From:** Sneed, William M.
**Sent:** Thursday, February 20, 2020 7:16 AM
**To:**
**Cc:**

**Subject:** RE: Chubb/       Arbitration

Dear Arbitrators:

Please be advised that Sidley Austin LLP is withdrawing entirely from representation of Chubb in this matter. Please remove us from your service lists.

**WILLIAM M. SNEED**

**SIDLEY AUSTIN LLP**
+1 312 853 7899
wsneed@sidley.com

---

**From:**
**Sent:** Wednesday, February 19, 2020 3:52 PM
**To:**

**Cc:**
**Subject:** RE: Chubb/       Arbitration

Dear Panel:

We have no need for further comment on ▮ message. We understand that ▮ will be counsel of record for Chubb for at least the discovery efforts in this proceeding and will coordinate all scheduling with them. We appreciate learning now that the reason for Chubb's failure to respond for over a week to our proposed joint message informing the Panel of the substantial change in schedule was due to Chubb's apparent continuing efforts to finalize the status of its counsel. We will await further information from Chubb when it has made its final selection of counsel for the hearing.

In the meantime, we look forward to the Panel identifying its available dates for a possible final hearing in July through September. We will endeavor to work promptly with Chubb to finalize a hearing date as soon as we are able.

Best Regards,



**From:** ▮
**Sent:** Wednesday, February 19, 2020 3:00 PM
**To:** ▮
**Cc:** ▮
**Subject:** Re: Chubb/▮ Arbitration

**CAUTION:** This email originated outside of the organization.

Dear Counsel:

Thank you both for your messages to the Panel.

▮ : do you wish to comment on ▮ message? if so please provide your response to the Panel by COB tomorrow. Otherwise please advise the Panel in order that we may address counsel's requests.

for the Panel
▮

===============================================================================
=====================

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally

2

privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently delete the original and any copy of this e-mail and any printout thereof.

On Wed, Feb 19, 2020 at 2:46 PM ▮▮▮▮▮▮▮▮▮▮ wrote:

Dear Panel Members,

We write in response to ▮▮▮▮ email to the Panel below. ▮▮▮▮ was asked by Chubb to serve as co-counsel and take the lead on discovery matters in this arbitration because a conflict issue has arisen between itself and Sidley Austin that remains unresolved. I advised ▮▮▮▮ of the conflict issue by telephone on February 3 and requested that the arbitration schedule be adjusted because ▮▮▮▮ could not be available for the depositions as scheduled. I confirmed the contents of my call with ▮▮▮▮ in an email to him on February 4.

While it is true ▮▮▮▮ responded that he had not realized during our February 3 telephone conversation that ▮▮▮▮ had been retained as co-counsel, he nevertheless confirmed ▮▮▮▮ willingness to consider adjustments to the schedule to accommodate Chubb and ▮▮▮▮ and suggested we advise the Panel. Since those emails, ▮▮▮▮ and I have exchanged draft proposed emails to the Panel. In his drafts, however, ▮▮▮▮ has included language stating that ▮▮▮▮ was Chubb's only counsel in the case. For this reason, we had not arrived at a joint email to the Panel. (Chubb hopes to resolve the conflict issue amicably, failing which it would be resolved pursuant to an arbitration agreement between Chubb and Sidley Austin.)

As for new hearing dates, Chubb respectfully requests that the Panel advise which weeks would work best for a final hearing in July, August and September of this year. Once the parties hear back from the Panel, we will work promptly with ▮▮▮▮ to finalize the hearing date and also to propose interim dates for the completion of discovery and other pre-hearing matters.

Respectfully submitted,

3

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Sent:** Tuesday, February 18, 2020 11:10 AM
**To:** ▓▓▓▓▓▓▓
**Cc:** Sneed, William M.; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:** Re: Chubb/▓▓▓▓ Arbitration


Dear Panel Members:


The agreed schedule in this Arbitration called for the completion of fact discovery by Friday, February 14, 2020, with the hearing scheduled for the week of May 18. Two days before deposition discovery was scheduled to begin (and just one day after Chubb sent our last status report to the Panel), Chubb requested to postpone discovery, as well as the hearing. At that time, we were advised that Chubb needed to replace Sidley Austin as counsel of record because of conflict issues. Although ▓▓▓▓ would have thought any such conflicts would have been known to Chubb and/or Sidley at the start of this case, ▓▓▓▓ agreed to the postponement.


However, while drafting what was to be a joint message to this Panel notifying you of this change in schedule, ▓▓▓▓ requested that the message clearly state that ▓▓▓▓ is "replacing" Sidley as Chubb's counsel, not just "joining" as additional counsel. ▓▓▓▓ however, refuses to reply to our request and appears to insist that the message merely state that ▓▓▓▓ is "joining" as counsel. If true, this not only contradicts the original reason given for delaying discovery but also is not a valid justification for a continuance of the discovery or final hearing demanded by Chubb. ▓▓▓▓ has sought clarification but has heard nothing further from Chubb or its lawyers. Unfortunately, as we have waited, the original deadline for completing fact discovery has passed.


▓▓▓▓ has been hesitant to approach the Panel to request its assistance in this matter. However, with Chubb and its lawyers apparently unwilling to proceed with discovery as scheduled or provide a clear and valid justification for the delay caused by its change and/or addition of counsel, ▓▓▓▓ is left with no choice but seek guidance from this Panel.


We specifically request two things: first, that the Panel require Chubb to immediately confirm which lawyers are representing it in this arbitration; and second, require Chubb and its lawyers to confirm potential hearing dates which might be available for it and its lawyers. ▓▓▓▓ has sought the answer to both questions directly and Chubb has, to date, offered no response.

Best Regards,

▮

▮▮▮▮
▮
▮▮▮
▮▮▮

▮▮▮
▮▮▮▮
▮▮▮▮▮▮
▮▮▮▮▮
▮▮▮
▮▮▮

On Feb 3, 2020, at 11:44 AM, ▮▮▮▮▮▮▮▮ wrote:

**CAUTION**: This email originated outside of the organization.

Dear Counsel:

Thank you for the update. The Panel agrees the schedule change the parties have proposed.

for the Panel

5

■

================================================================================================
=========================
This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently delete the original and any copy of this e-mail and any printout thereof.



On Mon, Feb 3, 2020 at 10:46 AM Sneed, William M. <wsneed@sidley.com> wrote:

Dear Arbitrators:

This is a Joint Status Report submitted in accordance with the schedule in this Arbitration. Since the last status report, the parties have scheduled four depositions, which are to take place this month. Due to scheduling conflicts, the parties jointly request that the Panel amend the End of Fact Discovery deadline in the schedule from February 14 to February 28, with no other deadlines changed.

**WILLIAM M. SNEED**

**SIDLEY AUSTIN LLP**
One South Dearborn
Chicago, IL 60603
+1 312 853 7899
wsneed@sidley.com
www.sidley.com

**<image001.png>**

*******************************************************************************
*****************************

This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.

*******************************************************************************
*****************************

CONFIDENTIALITY NOTICE:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication and any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient, including confidential attorney client communications and/or attorney work product. Receipt by anyone other than the intended recipient is not intended to and does not constitute a loss of the confidential or privileged nature of the communications. Any review or distribution by others is strictly prohibited. If you are not the intended recipient you must not read, use, copy, retransmit or disseminate this communication and you are directed to immediately notify the sender by return electronic mail and delete all copies of this communication. To reply to our email directly, send an email to: ▉▉▉▉▉▉▉▉▉▉▉▉▉

**If our account details change, we will notify these to you by letter, telephone or face-to-face and never by email.**

This email message and any attachments may contain legally privileged and/or confidential information intended solely for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution or copying of this message or its attachments is strictly prohibited. If you have received this email message in error, please immediately notify us by telephone, fax or email and delete the message and all attachments thereto. Thank you. ▉▉▉▉▉▉▉▉▉▉▉▉ is a Delaware limited liability law partnership affiliated with ▉▉▉▉▉▉▉▉, a multinational partnership regulated by The Law Society of England and Wales.

Disclosure: To ensure compliance with requirements imposed by the IRS in Circular 230, we inform you that any tax advice contained in this communication (including any attachment that does not explicitly state otherwise) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any transaction or matter addressed herein.