# Sneed Exhibit 13



SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN STREET
CHICAGO, IL 60603
+1 312 853 7000
+1 312 853 7036

AMERICA • ASIA PACIFIC • EUROPE

February 26, 2020

**By Email**

Joshua R. Schwartz
Chubb
Managing Counsel - Director of Reinsurance Litigation
436 Walnut Street
Philadelphia, PA 19106

      Re:    <u>Sidley Representation of Chubb Companies</u>

Dear Josh:

    We acknowledge receipt of your January 30, 2020 letter and respond below.

    As an initial matter, we too see no utility in debating further the points made in Linton Childs's January 16, 2020 letter. We do not agree that you have a right to see our firm counsel's internal legal analysis, but nevertheless have repeatedly offered to discuss with you the basis for our position. That invitation stands. We also do not accept your characterization respecting why Sidley has withdrawn from representation of Chubb and Century and refer you to my January 16, 2020 letter.

    With respect to the withdrawals set forth in our January 16, 2020 letter, our preference has been to work cooperatively with Chubb and Century. However, we fundamentally disagree that Chubb or Century has a right to insist that we remain as counsel where, as here, its interests are fully protected and there is no legitimate basis for a claim of material prejudice. Moreover, with respect to disclosure, we cannot agree to communications to third parties (whether arbitrators or opposing counsel) that do not accurately disclose the role of our firm going forward. Where necessary, and with appropriate notice to you, we have reached out to arbitrators to correct any misapprehensions in that regard.

    We also disagree with your chronology on the retention of our firm regarding reinsurance contract disputes with Lloyd's. Century did not retain our firm in September 2018 to serve as arbitration counsel against Lloyd's. There was no arbitration against Lloyd's in September 2018. Century demanded that arbitration on or about November 9, 2018. The firm authoring that demand was ████████████ not Sidley. Century subsequently retained our firm with respect to that arbitration.

# SIDLEY

Joshua R. Schwartz
February 26, 2020
Page 2

However, whether and how that arbitration goes forward is going to be decided by the federal court in Massachusetts. We have now withdrawn our appearance in the Massachusetts action, which the Court has approved; and Century's replacement counsel (including both national and local counsel) has now formally appeared in the case. Following our replacement, we informed the arbitrators appointed by Century of our withdrawal. They should be in communication with Century's counsel respecting the status of the arbitrations, which is dependent on how the Massachusetts court rules. Also, we have now been informed that Century has hired separate counsel to handle any ensuing arbitration with Lloyd's.

We do not believe there is a basis for claiming that Century has been or would be materially prejudiced by reason of our withdrawal in light of the fact that the Massachusetts court has yet to rule and given Century's hiring of replacement counsel.

With respect to the ▉ Arbitration, we did not attempt to withdraw in the middle of discovery. On the contrary, we proposed to withdraw *after* the completion of discovery. Chubb rejected that offer, instead choosing to have different counsel take over discovery and request a new schedule, while inaccurately suggesting to opposing counsel and then the panel that our firm might not withdraw at all.

With respect to the ▉ matter mentioned in your letter, we last recorded time to it more than two years ago; and there is nothing we have been asked to do. To the extent Chubb considers it an open, unresolved matter, we confirm that we are withdrawing from it as well.

Finally, we note your reference to "the dispute resolution mechanism in the Service Level Agreement (SLA)," but do not understand it and do not agree that our withdrawal is governed by any dispute resolution mechanism in an SLA.

Thank you for the opportunity to represent Century and Chubb in these matters. Please let us know if you require any additional information or would like to discuss any of the foregoing. We reserve all rights.

Very truly yours,

*William M. Sneed*

William M. Sneed

ACTIVE 254731892