### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re: Docket Nos. 534 & 535<br><br>Ref. Docket Nos. 204, 426, 498 |

**SIDLEY AUSTIN LLP'S MOTION TO SEAL THE DECLARATIONS OF WILLIAM M. SNEED AND NANCY B. RAPOPORT AND ACCOMPANYING EXHIBITS**

1. Sidley Austin LLP ("Sidley") hereby moves the Court (the "Motion") for entry of an order, substantially in the form annexed hereto as **Exhibit A**, pursuant to sections 105(a) and 107(b) of Title 11 of the United States Code §§ 101 *et seq.* (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9018-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), authorizing Sidley to seal certain portions the declarations of William M. Sneed and Nancy B. Rapoport and all exhibits and attachments thereto (collectively, the "Declarations") filed in support of Sidley's Response in Further Support of Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date [D.I. 498]. As grounds for this Motion, Sidley respectfully states as follows:

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## JURISDICTION

2. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## RELIEF REQUESTED

3. By this Motion, Sidley respectfully requests entry of an order pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1(d) authorizing Sidley to file the Declarations under seal and granting such other and further relief as requested herein and the Court otherwise deems necessary and appropriate.

## BASIS FOR RELIEF

4. The Bankruptcy Code, Bankruptcy Rules, and Local Rules authorize the Court to limit the disclosure of certain confidential information to protect entities from potential harm.

5. Section 107(b) of the Bankruptcy Code provides, in relevant part, as follows:

> On request of a party in interest, the bankruptcy court shall . . . (1) protect an entity with respect to a trade secret or confidential research, development, or commercial information . . . .

6. Section 105(a) of the Bankruptcy Code codifies the Court's inherent equitable powers and empowers it to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a).

7. Bankruptcy Rule 9018 defines the procedures by which a party may move for relief under section 107(b), providing that:

> On motion or on its own initiative, with or without notice, the court may make any order which justice requires (1) to protect the estate or any entity in respect of a trade secret or other confidential research, development, or commercial information.

8.      Further, Local Rule 9018-1(b) provides, in relevant part, that "[a]ny party who seeks to file documents under seal must file a motion to that effect." Del. Bankr. L.R. 9018-1(b).

9.      The Declarations discuss Sidley's prior representation of Century Indemnity Company ("Century"), which has moved to file similar materials under seal and expressed concern about their filing on the public docket. [D.I. 430.]

10.     Sidley has or will file redacted versions of the Declarations on the public docket pending resolution of this Motion.

11.     Sidley has or will share unsealed versions of the Declarations with the Court, Century, and the Office of the United States Trustee for the District of Delaware.

### Local Rule 9018-1(d) Certification

12.     Counsel for Sidley has met and conferred with counsel for Century. Century does not oppose the requested relief.

### Prior Request(s)

13.     No prior request for the specific relief sought herein has been requested from this Court or any other court.

WHEREFORE, Sidley respectfully requests that this Court enter an order substantially in the form attached hereto as **Exhibit A** authorizing it to file the Declarations under seal and granting such other and further relief as the Court deems just and proper.

| | |
|---|---|
| Dated: May 1, 2020<br>　　　　Wilmington, Delaware | CROSS & SIMON, LLC<br><br>*/s/ Christopher P. Simon*<br>Christopher P. Simon (No. 3697)<br>1105 North Market Street<br>Suite 901<br>Wilmington, DE 19801<br>Telephone: (302) 777-4200<br><br>– and – |

SIDLEY AUSTIN LLP
James W. Ducayet (*admitted pro hac vice*)
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
jducayet@sidley.com

*Attorneys for Sidley Austin LLP*