# Exhibit A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. \_\_\_**<br><br>**Ref. Docket Nos. 204, 426** |

## ORDER GRANTING SIDLEY AUSTIN LLP'S MOTION TO SEAL THE DECLARATIONS OF WILLIAM M. SNEED AND NANCY B. RAPOPORT AND ACCOMPANYING EXHIBITS

Upon the motion (the "Motion")[1] of Sidley to file the Declarations under seal; and the Court finding notice of the Motion was sufficient under the circumstances; and after due deliberation; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED. Sidley is hereby authorized to file the Declarations under seal.

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Motion.