**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

NOTICE OF **THIRD AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MAY 4, 2020, AT 10:00 A.M. (ET)[3]

<u>MATTERS GOING FORWARD</u>

1.      Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date (D.I. 204, Filed 3/17/20).

    <u>Objection Deadline</u>:  March 31, 2020, at 4:00 p.m. (ET).  Extended to April 7, 2020, at 4:00 p.m. (ET) for the U.S. Trustee.  Extended to April 23, 2020, at 4:00 p.m. (ET) for Century Indemnity Company.

    <u>Responses Received</u>:

    a)      Informal comments from the U.S. Trustee;

    b)      Century's Objection to Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date (D.I. 426, Filed 4/14/20);

    c)      [SEALED] Declaration of Joshua R. Schwartz (D.I. 427, Filed 4/14/20);

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2] **Amended items appear in bold.**

[3] Any party that wants to participate in the Conference must make arrangements to do so through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946) by no later than 9:00 a.m. (ET) on May 4, 2020.  If you do not make timely arrangements, you may not be able to participate in the Hearing.

d)     Declaration of Janine Panchok-Berry in Support of Century's Objection to Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date (D.I. 428, Filed 4/14/20);

e)     Declaration of Charles Slanina (D.I. 429, Filed 4/14/20);

f)     Motion for Entry of Order Authorizing Century to File Under Seal Certain Exhibits to its Objection to Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date (D.I. 430, Filed 4/15/20);

g)     Local Rule 9018-1 Certification of Counsel (D.I. 431, Filed 4/15/20);

h)     Notice of Century Indemnity Company's Motion Pursurant to Sections 105 And 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018 for Authority to File Under Seal Exhibits to the Objection to Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date (D.I. 432, Filed 4/15/20);

i)     Amended Declaration of Janine Panchok-Berry in Support of Century's Objection to Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date (D.I. 437, Filed 4/15/20);

j)     Declaration of Joshua R. Schwartz (D.I. 453, Filed 4/17/20)**;**

k)     Century's Motion for Leave to File Surreply to the Debtors' and Sidley's Replies in Support of the Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date (D.I. 530, Filed 5/5/20);

l)     Century's Reply in Further Support of its Motion for Entry of an Order Authorizing Century to File Under Seal Certain Exhibits to its Objection to Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date (D.I. 533, Filed 5/1/20)**;**

**m)     Declaration of Joshua R. Schwartz (D.I. 539, Filed 5/2/20); and**

      n)      **Declaration of Ann Rappleye (D.I. 540, Filed 5/2/20).**

<u>Related Pleadings</u>:

      a)      Revised Notice of Hearing of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date (D.I. 478, Filed 4/23/20);

      b)      United States Trustee's Omnibus Response and Reservation of Rights Regarding Century's Motion for Entry of an Order Authorizing Century to File Under Seal Certain Exhibits to its Objection to Debtors' Application for Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date (D.E. 204, 426, 430) (D.I. 489, Filed 4/27/20);

      c)      Debtors' Reply in Further Support of the Their Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date (D.I. 497, Filed 4/28/20);

      d)      Response by Sidley Austin LLP in Further Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date (D.I. 498, Filed 4/28/20);

      e)      Declaration of Brian Whittman in Support of Reply in Further Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date (D.I. 499, Filed 4/28/20);

      f)      Declaration of Jessica C.K. Boelter in Support of Response by Sidley Austin LLP in Further Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date (D.I. 500, Filed 4/28/20);

      g)      Motion for Leave to Exceed any Page Limitations with Respect to the Response by Sidley Austin LLP In Further Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date (D.I. 501, Filed 4/28/20);

h)  Motion for Leave to Submit in Camera Certain Portions of the Response by Sidley Austin LLP in Further Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date and Related Materials (D.I. 503, Filed 4/28/20);

i)  Notice of Filing of Sidley Austin LLP's Witness List in Connection with Hearing on Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date (D.I. 509, Filed 4/29/20);

j)  Status Report in Connection with Hearing on Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date (D.I. 518, Filed 4/30/20);

k)  Notice of Filing of Century's Witness List in Connection with Hearing on Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date (D.I. 519, Filed 4/30/20); and

l)  Notice of Withdrawal of Status Report in Connection with Hearing on Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date (D.I. 520, Filed 4/30/20);

m)  Status Report in Connection with Hearing on Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date (D.I. 521, Filed 4/30/20);

n)  Response by Sidley Austin LLP in Further Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date (D.I. 529, Filed 5/1/20);

o)  Declaration of Nancy B. Rapoport (D.I. 531, Filed 5/1/20);

p)  Declaration of William M. Sneed In Support Of Response By Sidley Austin LLP In Further Support Of the Debtors' Application for Entry of

an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date (D.I, 532, Filed 5/1/20);

q)    [SEALED] Declaration of Nancy B. Rapoport in Support of Response by Sidley Austin LLP in Further Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors-in-Possession, *Nunc Pro Tunc* to the Petition Date (D.I. 534, Filed 5/1/20);

r)    [SEALED] Declaration of William M. Sneed in Support of Response by Sidley Austin LLP in Further Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date (D.I. 535, Filed 5/1/20); and

s)    Sidley Austin LLP's Motion to Seal the Declarations of William M. Sneed and Nancy B. Rapoport and Accompanying Exhibits (D.I. 536, Filed 5/1/20).

Status:  This matter is going forward.

Dated:  May 3, 2020
      Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/  Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Joseph C. Barsalona II (No. 6102)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Facsimile:   (302) 425-4664
Email:  dabbott@mnat.com
       aremming@mnat.com
       jbarsalona@mnat.com
       emoats@mnat.com
       ptopper@mnat.com

– and –

SIDLEY AUSTIN LLP
Jessica C. K. Boelter (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 839-5300
Email:  jboelter@sidley.com

– and –

SIDLEY AUSTIN LLP
Thomas A. Labuda (admitted *pro hac vice*)
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Email:  tlabuda@sidley.com
      mandolina@sidley.com
      mlinder@sidley.com

CO-COUNSEL AND PROPOSED COUNSEL TO
THE DEBTORS AND DEBTORS IN POSSESSION