# EXHIBIT 1

| | |
|---|---|
| **From:** | Boelter, Jessica C.K. <jboelter@sidley.com> |
| **Sent:** | Monday, November 4, 2019 3:58 PM |
| **To:** | Celentano, Christopher |
| **Cc:** | Andolina, Michael C.; Steve.McGowan@Scouting.org; Schiavoni, Tancred; Wadley, Chris (cwadley@walkerwilcox.com); Martin, Ernest |
| **Subject:** | RE: [EXTERNAL] RE: BSA - Confidential |

Chris,

Following our discussion, BSA and Sidley acknowledge that Chubb's continued presence at the BSA mediation on November 4-5 will not constitute a waiver of Chubb's argument that Sidley has a conflict of interest. As stated several times previously, however, we maintain that Sidley does not have a conflict and we reserve all rights.

Jessica


Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Celentano, Christopher <Christopher.Celentano@Chubb.com>
**Date:** Monday, Nov 04, 2019, 8:58 AM
**To:** Boelter, Jessica C.K. <jboelter@sidley.com>
**Cc:** Andolina, Michael C. <mandolina@sidley.com>, Steve.McGowan@Scouting.org <Steve.McGowan@scouting.org>, Schiavoni, Tancred <tschiavoni@omm.com>, Wadley, Chris (cwadley@walkerwilcox.com) <cwadley@walkerwilcox.com>, Martin, Ernest <Ernest.Martin@haynesboone.com>
**Subject:** RE: [EXTERNAL] RE: BSA - Confidential

Jessica - following our discussion this morning, Chubb maintains the objections raised in our email yesterday.

Under a full reservation of rights, we will attend and observe the mediation session.

Chris

---

**From:** Celentano, Christopher
**Sent:** Sunday, November 03, 2019 6:37 PM
**To:** Boelter, Jessica C.K.
**Cc:** Andolina, Michael C.; Steve.McGowan@Scouting.org; Schiavoni, Tancred; Wadley, Chris (cwadley@walkerwilcox.com); Martin, Ernest
**Subject:** Re: [EXTERNAL] RE: BSA - Confidential

Jessica - we will meet you at your offices tomorrow at 8 am to discuss further.

Chris

On Nov 3, 2019, at 5:31 PM, Boelter, Jessica C.K. <jboelter@sidley.com> wrote:

> Chris,
>
> We were extremely disappointed to receive your email below. BSA's coverage counsel may send a more fulsome response but we wanted to send a brief response given that the mediation is scheduled to start tomorrow morning.
>
> As Chubb and its advisors are aware, Sidley is restructuring counsel to BSA. Haynes & Boone is coverage counsel to BSA. Sidley does not have a conflict that prevents it from representing BSA in this capacity.
>
> As was explained to Chubb and its advisors approximately a month ago, the mediation scheduled for November 4 and 5 is extraordinarily important to BSA's efforts to reach a global resolution of alleged abused claims and is

critical to the future of the organization.  BSA and its advisors have been planning for this meeting for more than a month, including numerous calls and meetings updating Chubb and it's advisors.  The BSA team spoke to your legal teams last Thursday and Friday. BSA will be proceeding with the mediation tomorrow as planned.

If you would like to discuss this further, Mike Andolina and myself (and potentially other members of the team) will make ourselves available at 8am eastern tomorrow at Sidley's offices.  Please let us know if you would like to meet at that time.  BSA and its advisors also reserve all rights.

Jessica


Sent with BlackBerry Work
([www.blackberry.com](www.blackberry.com))

---

**From:** Celentano, Christopher <[Christopher.Celentano@Chubb.com](Christopher.Celentano@Chubb.com)>
**Date:** Sunday, Nov 03, 2019, 3:40 PM
**To:** Andolina, Michael C. <[mandolina@sidley.com](mandolina@sidley.com)>, Boelter, Jessica C.K. <[jboelter@sidley.com](jboelter@sidley.com)>
**Cc:** '[Steve.McGowan@Scouting.org](Steve.McGowan@Scouting.org)' <[Steve.McGowan@Scouting.org](Steve.McGowan@Scouting.org)>, Schiavoni, Tancred <[tschiavoni@omm.com](tschiavoni@omm.com)>, Wadley, Chris ([cwadley@walkerwilcox.com](cwadley@walkerwilcox.com)) <[cwadley@walkerwilcox.com](cwadley@walkerwilcox.com)>, Martin, Ernest <[Ernest.Martin@haynesboone.com](Ernest.Martin@haynesboone.com)>
**Subject:** BSA - Confidential

Mr. Andolina and Ms. Boelter,

    It has come to my attention that the Chubb companies (including Century Indemnity Company, as successor to Insurance Company of North America) are current and historical clients of Sidley Austin, and that Sidley Austin represents the Chubb companies in disputes arising from the direct insurance Chubb issued to BSA.  Chubb has not waived any conflicts arising from Sidley's representation of BSA.

    While the Chubb companies continue to evaluate this matter, we are concerned that Sidley Austin's engagement as bankruptcy counsel for BSA has or will put it in an adverse position to us – both as a result of the positions that they have asserted on BSA's behalf, or will assert, in connection with arranging and seeking confirmation of a plan of reorganization, and claims and positions that have been or will be asserted in connection with a bankruptcy.  Under these circumstances, representing BSA in mediation of a prepackaged bankruptcy would lead to the perceived or actual compromise of Sidley Austin's duties to one or both of its clients.  Numerous courts have held that dual representation of a debtor and a party that may be liable to the debtor is an actual conflict that disqualifies the professional since it permits the possibility of favoring one client's interests over another.

    Given Sidley's representation of both BSA and Chubb in related matters, it is Chubb's view that allowing the mediation session scheduled for Monday to go forward with Sidley Austin as a participant threatens to taint the entire process.  Accordingly, the Chubb companies object to Sidley Austin's participation in Monday's mediation, and we ask that the mediation session be adjourned until this conflict is resolved.

    We propose that we discuss this matter with you on Monday morning. Chubb continues to reserve all rights.

Chris


<image001.png>

**Christopher J. Celentano**
Senior Vice President, Coverage & Complex Claims

10 Exchange Place, 9th Floor, Jersey City, NJ 07302, US
O 201.479.6398   M 201.273.3228

E <christopher.celentano@chubb.com>

<image002.png>

---

This email (including any attachments) is intended for the designated recipient(s) only, and may be confidential, non-public, proprietary, and/or protected by the attorney-client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, printing, forwarding or using it in any manner. Although it has been checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.


*********************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.

*********************************************************************************