**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: : | |
| : | Chapter 11 |
| BOY SCOUTS OF AMERICA AND : | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC[1], : | |
| : | *Jointly Administered* |
| : | |
| Debtors. : | |
| : | |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Richard A. Barkasy and Kristi J. Doughty of Schnader Harrison Segal & Lewis LLP, on behalf of Courtney and Stephen Knight, Jointly as the Surviving Parents of E.J.K., a Minor Child, and Stephen Knight as the Personal Representative of the Estate of E.J.K. in the above-entitled action as a creditors in the above-captioned jointly administered case pursuant to 11 U.S.C. §1109(b) and Fed. R. Bank. P. 9010(b), and such counsel hereby requests, pursuant to Fed. R. Bank. P. 2002, 3017 and 9007, Del. Bankr. L.R. 2002-1, and 11 U.S.C. §§342 and 1109(b), that copies of all notices and pleadings given or filed in this case be given and served upon them at the following addresses, and facsimile and telephone numbers:

>Richard A. Barkasy, Esq.
>Kristi J. Doughty, Esq.
>Schnader Harrison Segal & Lewis LLP
>824 N. Market Street
>Suite 800
>Wilmington, DE 19801-4939
>Telephone: (302) 482-4038
>Facsimile: (302) 888-1696
>rbarkasy@schnader.com
>kdoughty@schnader.co

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

.

Dated: May 4, 2020

By:*/s/ Kristi J. Doughty*
Richard A. Barkasy (#4683)
Kristi J. Doughty (#3826)
Schnader Harrison Segal & Lewis LLP
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 482-4038
Facsimile: (302) 888-1696
rbarkasy@schnader.com
kdoughty@schnader.com

*Attorneys for Courtney and Stephen Knight, Jointly as the Surviving Parents of E.J.K., a Minor Child, and Stephen Knight as the Personal Representative of the Estate of E.J.K.*