# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| BOY SCOUTS OF AMERICA AND | : Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC[1], | : |
| | : *Jointly Administered* |
| Debtors. | : |

## CERTIFICATE OF SERVICE

I, Kristi J. Doughty, hereby certify on May 4, 2020 under penalty of perjury that I caused a true and correct copy of the *Notice of Appearance* of Richard A. Barkasy, Esquire and Kristi J. Doughty, Esquire on behalf of Courtney Knight and Stephen Knight, Jointly as the Surviving Parents of E.J.K., a Minor Child, and Stephen Knight as Personal Representative of the Estate of E.J.K to be served on the parties at the mailing and electronic addresses specified below.

**Attorneys for Debtor:**

| | |
|---|---|
| **Derek C. Abbott** | **Michael Christian Andolina** |
| **Joseph Charles Barsalona II** | **Karim Basaria** |
| **Eric Moats** | **James W Ducayet** |
| **Andrew R. Remming** | **Matthew Evan Linder** |
| **Paige Noelle Topper** | **Thomas A. Labuda, Jr.** |
| Morris, Nichols, Arsht & Tunnell | **Andrew Fotre O'Neill** |
| 1201 N. Market Street | **Blair M. Warner** |
| P.O. Box 1347 | Sidley Austin |
| Wilmington, DE 19899 | 1 South Dearborn Street |
| (302) 658-9200 | Chicago, IL 60603 |

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| | |
|---|---|
| Fax : 302-658-3989 | 312 853-7000 |
| dabbott@mnat.com | Fax : 312-853-7036 |
| jbarsalona@mnat.com | mandolina@sidley.com |
| emoats@mnat.com | kbasaria@sidley.com |
| aremming@mnat.com | jducayet@sidley.com |
| ptopper@mnat.com | tlabuda@sidley.com |
| | aoneill@sidley.com |
| | blair.warner@sidley.com |

**Jessica C. Boelter**
**James F Conlan**
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
212 839-5300
Fax : 212 839-5599
jboelter@sidley.com
jconlan@sidley.com

**Attorneys for U.S. Trustee:**

| | |
|---|---|
| **David L. Buchbinder** | **Hannah Mufson McCollum** |
| Office of the U.S. Trustee | Office of the United States Trustee |
| J. Caleb Boggs Federal Building | U. S. Department of Justice |
| Suite 2207 | 844 King Street, Suite 2207 |
| Wilmington, DE 19801 | Lockbox #35 |
| 302-573-6491 | Wilmington, DE 19801 |
| Fax : 302-573-6497 | 302-573-6491 |
| Email: david.l.buchbinder@usdoj.gov | Fax : 302-573-6497 |
| | Email: hannah.mccollum@usdoj.gov |

The types of service made on the parties was by U.S. first class mail and through the Court's CM/ECF system.

Dated: May 4, 2020

By: */s/ Kristi J. Doughty*
Richard A. Barkasy (#4683)
Kristi J. Doughty (#3826)
SCHNADER HARRISON SEGAL & LEWIS LLP
824 North Market Street, Suite 800
Wilmington, DE 19801
Facsimile: (302) 888-1696
rbarkasy@schnader.com
kdoughty@schnader.com

*Attorneys for Courtney and Stephen Knight, Jointly As the Surviving Parents of E.J.K., a Minor Child, and Stephen Knight as Personal Representative of the Estate of E.J.K*