**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| BOY SCOUTS OF AMERICA AND | : | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC[1], | : | |
| | : | *Jointly Administered* |
| | : | |
| Debtors. | : | Hearing Date:  June 8, 2020 @ 10:00 A.M. (EST) |
| | : | |
| | : | Objection Deadline: May 27, 2020  at 4:00 p.m. (EST) |

**NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY OF
COURTNEY AND STEPHEN KNIGHT, JOINTLY AS THE SURVIVING PARENTS OF
E.J.K., A MINOR CHILD, AND STEPHEN KNIGHT, AS
PERSONAL REPRESENTATIVE OF THE ESTATE OF E.J.K.**

**TO ALL PARTIES ON THE ATTACHED SERVICE LIST:**

      **PLEASE TAKE NOTICE** that Courtney and Stephen Knight, Jointly as the Surviving Parents of E.J.K, a minor child, and Stephen Knight as the Personal Representative of the Estate of E.J.K. (the "Knight Estate") has today filed and served the attached Motion for Relief from the Automatic Stay (the "Motion").

      **PLEASE TAKE FURTHER NOTICE** that any party wishing to oppose the entry of an order approving the Motion must file a response or an objection to the Motion ("Objection") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **MAY 27, 2020 AT 4:00 P.M. (Prevailing Eastern Time)** (the "Objection Deadline").  At the same time, you must serve such Objection upon the undersigned counsel so as to be received by the Objection Deadline.

      **PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **JUNE 8, 2020 AT 10:00 A.M. (Prevailing Eastern Time)** BEFORE THE HONORABLE LAURIE  SELBER SILVERSTEIN AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURT ROOM #2, WILMINGTON, DELAWARE 19801.  ONLY PARTIES WHO HAVE FILED A TIMELY OBJECTION WILL BE HEARD AT THE HEARING.

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: May 4, 2020

By: /s/ Kristi J. Doughty
Richard A. Barkasy (#4683)
Kristi J. Doughty (#3826)
SCHNADER HARRISON SEGAL & LEWIS LLP
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 888-4554
Facsimile: (302) 888-1696
rbarkasy@schnader.com
kdoughty@schnader.com

*Attorneys for Courtney and Stephen Knight, Jointly as the Surviving Parents of E.J.K, a minor child, and Stephen Knight as the Personal Representative of the Estate of E.J.K.*