**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| BOY SCOUTS OF AMERICA AND | : | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC[1], | : | |
| | : | *Jointly Administered* |
| | : | |
| Debtors. | : | **Ref. No.** |
| | : | |
| | : | |

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY OF COURTNEY KNIGHT AND STEPHEN KNIGHT, JOINTLY AS THE SURVIVING PARENTS OF E.J.K., A MINOR CHILD, AND STEPHEN KNIGHT AS PERSONAL REPRESENTATIVE OF THE ESTATE OF E.J.K**

AND NOW, this ___ day of _____, 2020, upon consideration of the Motion of Courtney Knight and Stephen Knight, jointly as the surviving parents of E.J.K., a minor child, and Stephen Knight as Personal Representative of the Estate of E.J.K. (collectively the "Knights"), for Relief from the Automatic Stay (the "Motion")[2], and upon further consideration of any objection to the Motion, and the Court finding that (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) notice of the Motion was sufficient under the circumstances and no other further notice need be provided; (d) a reasonable opportunity to object or be heard

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

regarding relief requested in the Motion has been afforded to all interested parties and entities; and after due deliberation thereon and sufficient cause appearing therefore, it is hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the automatic stay be **MODIFIED** to permit the Knights to proceed against the Debtors with the Georgia Action through trial, entry of final judgment and the disposition of any appeals, for the purpose of liquidating their claim against the Debtors; and it is further

**ORDERED** that the Knights shall be permitted to recover the amount of any judgment entered against the Debtors from the proceeds of any insurance policies which insure the Debtors against the Knights claims without the necessity of obtaining further relief from the automatic stay; and it is further

**ORDERED** that, to the extent any judgment entered in favor of the Knight Estate and against the Debtors is not satisfied from insurance proceeds, the unsatisfied judgment against the Debtors shall constitute an allowed unsecured claim against the Debtors' estates and it is further

**ORDERED** that Rule 4001(a)(3) is deemed not applicable.

_____

HONORABLE LAURIE SELBER SILVERSTEIN, U.S.B.J.