**Exhibit A**

**Revised OCP List**

## Tier 1 Ordinary Course Professionals

| PROFESSIONAL | CATEGORY | DETAILS |
|---|---|---|
| COVINGTON & BURLING | LAW FIRM | COUNSEL – CIVIL AND CONGRESSIONAL INVESTIGATIONS AND GRAND JURY SUBPOENA |
| FTI CONSULTING | CONSULTANT | STRATEGIC COMMUNICATIONS AND PR CONSULTING |
| HARPER AND PEARSON | AUDITORS | AUDIT AND FINANCIAL STATEMENT PREPARATION |
| PRICEWATERHOUSE COOPERS LLP | AUDITORS | FINANCIAL AUDITOR |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | LAW FIRM | DEFENSE COUNSEL |
| STEPTOE & JOHNSON PLLC | LAW FIRM | CORPORATE COUNSEL |
| TOWERS WATSON DELAWARE, INC | ACTUARY | PENSION/HEALTH & BENEFITS ACTUARIAL SERVICES |

## Tier 2 Ordinary Course Professionals

| PROFESSIONAL | CATEGORY | DETAILS |
|---|---|---|
| AN, TIAN, ZHANG & PARTNERS | LAW FIRM | COUNSEL - IP MATTERS |
| BASSFORD REMELE PA | LAW FIRM | DEFENSE COUNSEL |
| BAX ADVISORS | CONSULTANT | GENERAL COUNSEL ADVISOR |
| BAYS LUNG ROSE HOLMA ATTORNEYS AT LAW | LAW FIRM | DEFENSE COUNSEL |
| BOND, SCHOENECK & KING PLLC | LAW FIRM | DEFENSE COUNSEL |
| BOONE KARLBERG PC | LAW FIRM | DEFENSE COUNSEL |
| BOY SCOUTS PARENTS INC | GOVERNMENT RELATIONS | GOVERNMENT RELATIONS / LOBBYIST |
| CAROLINA FRIDMAN LAW CORP | LAW FIRM | CANADIAN IMMIGRATION COUNSEL |
| CCPIT PATENT & TRADEMARK LAW OFFICE | PATENT/TRADEMARK | PATENT/TRADEMARK COUNSEL |
| CIVILLE & TANG PLLC | LAW FIRM | DEFENSE COUNSEL |
| CLARKE SLIVERGLATE PA | LAW FIRM | DEFENSE COUNSEL |
| CONNELL FOLEY LLP | LAW FIRM | DEFENSE COUNSEL |
| CRANFILL SUMNER & HARTZOG LLP | LAW FIRM | DEFENSE COUNSEL |
| CROTTY & SCHLITZ LLC | LAW FIRM | INVESTIGATIONS COUNSEL |
| DENTONS US LLP | LAW FIRM | DEFENSE COUNSEL |
| FLOYD, PFLUEGER & RINGER, P.S. | LAW FIRM | DEFENSE COUNSEL |
| FOLAND WICKENS ROPER HOFER | LAW FIRM | DEFENSE COUNSEL |
| FOX ROTHSCHILD LLP | LAW FIRM | COUNSEL - IP MATTERS |
| FREDRIKSON & BYRON, P.A. | LAW FIRM | DEFENSE COUNEL |
| GEROLAMO MCNULTY DIVIS & LEWBART PC | LAW FIRM | DEFENSE COUNSEL |
| GRANT THORNTON | AUDITORS | COUNSEL - IRS 4958 MATTERS |
| GREFE & SIDNEY PLC | LAW FIRM | DEFENSE COUNSEL |

| PROFESSIONAL | CATEGORY | DETAILS |
|---|---|---|
| GRUBER THOMAS & CO | LAW FIRM | EMPLOYMENT COUNSEL |
| HAWLEY TROXELL ENNIS & HAWLEY LLP | LAW FIRM | DEFENSE COUNSEL |
| HECHT SPENCER & ASSOCIATES INC | GOVERNMENT RELATIONS | GOVERNMENT RELATIONS / LOBBYIST |
| HEPLERBROOM LLC | LAW FIRM | DEFENSE COUNSEL |
| HINSHAW & CULBERTSON LLP | LAW FIRM | DEFENSE COUNSEL |
| HOWARD & CO., LLP | FINANCIAL FIRM | TAX PREPARATION |
| HUESTON HENNIGAN | LAW FIRM | DEFENSE COUNSEL |
| JONES, SKELTON & HOCHULI, P.L.C. | LAW FIRM | DEFENSE COUNSEL |
| KELEHER & MCLEOD PA, ATTORNEYS AT LAW | LAW FIRM | DEFENSE COUNSEL |
| KELLER & ALMASSIAN PLC | LAW FIRM | DEFENSE COUNSEL |
| KIPP AND CHRISTIAN PC | LAW FIRM | DEFENSE COUNSEL |
| LCG ASSOCIATES, INC | CONSULTANT | MATCH SAVINGS PLAN CONSULTING |
| LIGHTFOOT FRANKLIN & WHITE LLC | LAW FIRM | DEFENSE COUNSEL |
| LOCKE LORD LLP | LAW FIRM | DEFENSE COUNSEL |
| MANDELL MENKES, LLC | LAW FIRM | DEFENSE COUNSEL |
| MARKOWITZ HERBOLD GLADE AND MEHLHAF PC | LAW FIRM | DEFENSE COUNSEL |
| MCANGUS GOUDELOCK & COURIE | LAW FIRM | DEFENSE COUNSEL |
| MCGUIRE WOODS LLP | LAW FIRM | DEFENSE COUNSEL |
| MCGUIRE, CRADDOCK & STROTHER PC | LAW FIRM | DEFENSE COUNSEL |
| MCLANE MIDDLETON PROF ASSOC | LAW FIRM | DEFENSE COUNSEL |
| MEAD & HUNT INC | CONSULTANT | SPECIAL PROJECT CONSULTANT |
| MELICK PORTER LLP | LAW FIRM | DEFENSE COUNSEL |
| MILLER & MARTIN PLLC | LAW FIRM | DEFENSE COUNSEL |
| MILLER JOHNSON SNELL & CUMMISKEY PLC | LAW FIRM | DEFENSE COUNSEL |
| MILLIMAN USA INC | ACTUARY | ACTUARY - INSURANCE RESERVES |
| MITCHELL, WILLIAMS, SELIG, GATES | LAW FIRM | DEFENSE COUNSEL |
| MNP LLP | ACCOUNTING FIRM | CANADIAN AUDIT COUNSULTANT |
| NICHOLAS W MULICK PA | LAW FIRM | DEFENSE COUNSEL |
| NIGRO KARLIN SEGAL & FELDSTEIN | AUDITORS | SUPPLY AUDITOR (LICENSEE AUDIT) |
| NORTON ROSE FULBRIGHT US LLP | LAW FIRM | ASIA TRADEMARK COUNSEL |
| PARK DIETZ & ASSOCIATES INC | CONSULTANT | DEFENSE EXPERT WITNESS |
| PERKINS COIE | LAW FIRM | DEFENSE COUNSEL |
| RUHTER & REYNOLDS INC | CONSULTANT | DEFENSE COUNSEL |
| SAUL EWING LLP | LAW FIRM | DEFENSE COUNSEL |
| SCHEPER KIM & HARRIS LLP | LAW FIRM | DEFENSE COUNSEL |
| SHEEHY WARE & PAPPAS PC | LAW FIRM | DEFENSE COUNSEL |

| PROFESSIONAL | CATEGORY | DETAILS |
|---|---|---|
| SITLINGER & THEILER | LAW FIRM | DEFENSE COUNSEL |
| STICH ANGELL KREIDLER UNKE & SCATTERGOOD | LAW FIRM | INVESTIGATIONS COUNSEL |
| STILLWELL MIDGLEY PLCC | LAW FIRM | DEFENSE COUNSEL |
| STITES & HARBISON PLLC | LAW FIRM | DEFENSE COUNSEL |
| TAYLOR PORTER BROOKS & PHILLIPS LLP | LAW FIRM | DEFENSE COUNSEL |
| TEXAS MEDICAL LEGAL CONSULTANTS | CONSULTANT | DEFENSE EXPERT WITNESS |
| THOMPSON COE & O'MEARA LLP | LAW FIRM | DEFENSE COUNSEL |
| UPSHAW WILLIAMS BIGGERS | LAW FIRM | DEFENSE COUNSEL |
| VERNIS & BOWLING OF THE FLORIDA KEYS, P.A. | LAW FIRM | DEFENSE COUNSEL |
| VINSON & ELKINS LLP | LAW FIRM | EMPLOYMENT COUNSEL |
| WHITE AND WILLIAMS LLP | LAW FIRM | DEFENSE COUNSEL |
| WHITNEY SMITH COMPANY INC. | CONSULTANT | DEFENSE EXPERT WITNESS |
| WICKER, SMITH, O'HARA, MCCOY & FORD PA | LAW FIRM | DEFENSE COUNSEL |
| WIGGIN & DANA LLP | LAW FIRM | DEFENSE COUNSEL |
| WILSON ELSER MOSKOWITZ | LAW FIRM | DEFENSE COUNSEL |
| WINSTON & STRAWN LLP | LAW FIRM | DEFENSE COUNSEL |