## **Exhibit D**

Fredrikson & Byron, P.A.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## DECLARATION OF JOSEPH T. DIXON, III ON BEHALF OF ORDINARY COURSE PROFESSIONAL FREDRIKSON & BYRON

I, Joseph T. Dixon, III, hereby declare under penalty of perjury as follows:

1. I am a shareholder of Fredrikson & Byron, P.A, located at 200 S. Sixth Street, Suite 4000, Minneapolis, MN 55415 (the "Firm").

2. This declaration (this "Declaration") is submitted in accordance with that certain *Order Authorizing the Debtors to Employ and Compensate Professionals Used in the Ordinary Course of Business,* Nunc Pro Tunc *to the Petition Date* [Docket No. 354] (the "OCP Order"). All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the OCP Order.

3. The debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors") have requested that the Firm provide services to the Debtors, and the Firm has consented to provide such services (the "Services").

4. The Services include, without limitation, the following: representing the Debtor Boy Scouts of America ("BSA") with regard to an investigation conducted by the Minnesota Attorney General's Office.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

5. The Firm does not perform services for any such party in interest in connection with the chapter 11 cases, except the Firm does represent Northern Star Council in Minnesota ("NSC") with respect to the chapter 11 cases. The issue has been disclosed to BSA and NSC, and both parties have waived any conflict. The Firm also represents St. Pius Catholic Church of Rochester ("St. Pius") which is within the Diocese of Winona and Rochester ("DWR") which is itself in a chapter 11 case pending in the District of Minnesota. St. Pius is a defendant in seven sexual abuse cases in which co-defendants are the BSA and Gamehaven Council of the BSA. The Firm is giving advice to regular counsel to St. Pius as to how to navigate through the chapter 11 case of DWR and incidentally how that may be affected by these BSA chapter 11 cases. If an active dispute arises between the BSA and St. Pius, the Firm will not represent either. In addition, the Firm does not represent or hold any interest adverse to the Debtors or their estates with respect to the matters on which the Firm is to be employed.

6. Neither I, nor any principal of, nor any professional employed by the Firm has agreed to share, or will share, any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

7. As of the commencement of these chapter 11 cases on February 18, 2020 (the "Petition Date"), the Debtors owed the Firm $0 in respect of services provided to the Debtors.

8. As of the Petition Date, the Firm did not hold a retainer from the Debtors.

9. The Firm estimates that its average monthly compensation during these chapter 11 cases will be approximately $5,000.

10. The Firm has reviewed the OCP Order and understands the limitations on compensation and reimbursement of expenses thereunder. Specifically, the Firm understands that in the event that it exceeds the applicable OCP Cap, the Firm will be required to file with the Court

an application for allowance and payment of any fees and/or expenses that exceed such OCP Cap in accordance with sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules and the Local Rules, and any applicable orders or procedures of the Court.

11. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors and if, upon the conclusion of such inquiry, or at any time during the period of its retention, the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 24, 2020
      MINNEAPOLIS, MINNESOTA      *s/ Joseph T. Dixon, III*
                                                        Joseph T. Dixon, III