# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | Jointly Administered |
| Debtors. | Ref. Docket Nos. 223, 436, and 486 |

## SECOND SUPPLEMENTAL DECLARATION OF JAMES L. PATTON, JR. PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014(a)

I, James L. Patton, Jr., hereby state as follows:

1. On March 18, 2020, the above-captioned debtors and debtors-in-possession filed the *Debtors' Motion of Debtor for Entry of an Order Appointing James L. Patton, Jr. as Legal Representative for Future Claimants, Nunc Pro Tunc to the Petition Date* (the "Motion") [Docket No. 223]. The Motion attached as Exhibit B the *Declaration of James L. Patton, Jr. in Support of Debtors' Motion for Entry of an Order Appointing James L. Patton, Jr. as Legal Representative for Future Claimants, Nunc Pro Tunc to the Petition Date* (the "Initial Declaration").

2. On April 15, 2020, I filed the *First Supplemental Declaration of James L. Patton, Jr. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a)* [Docket No. 436] (the "First Supplemental Declaration").

3. On April 24, 2020, the Court entered an order appointing me as the legal representative for future claimants (the "Future Claimants' Representative") [Docket No. 486].

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

26188232.3

4.  I have continued to monitor any potential conflicts or connections that may arise with respect to my appointment as the Future Claimants' Representative since the filing of the Initial Declaration and the First Supplemental Declaration and submit this second supplemental declaration to provide additional disclosures.  The following highlighted entities or affiliates of these entities are listed by the Debtors as potential parties in interest based on their status as insurers, vendors, banks, credit-card processors, secured parties, taxing authorities, utility providers, chartered organizations, litigation parties, and professionals for certain parties in interest.

5.  Young Conaway previously represented **Allied World Assurance Company (U.S.) Inc.,** in litigation unrelated to abuse claims or the Debtors.

6.  Young Conaway represents **Argonaut Insurance Company**, **AlixPartners, LLP, Amazon, Markel American Insurance Company**, **Marsh & McLennan Companies,** and **Mastercard Incorporated** in litigation unrelated to abuse claims or the Debtors.

7.  Young Conaway represents **Banco Popular de Puerto Rico** in restructuring matters unrelated to abuse claims or the Debtors.

8.  Young Conaway previously represented **BB&T** in matters unrelated to abuse claims or the Debtors.

9.  Young Conaway represents **Scotiabank, State Street Bank, certain PNC entities, certain Wells Fargo entities, Discover Bank and Discover Financial Services** in matters unrelated to abuse claims or the Debtors.

10.  Young Conaway represents **W. R. Berkley Corporation** in litigation and other matters unrelated to abuse claims or the Debtors.

11. Young Conaway represents various divisions of the **State of Delaware** in litigation matters unrelated to abuse claims or the Debtors. Additionally, a Young Conaway partner serves as the chair of the State of Delaware's Child Protection Accountability Commission, which oversees certain state agencies that address the protection of children from abuse. That partner has not been and will not be involved in the matter.

12. Young Conaway previously represented the **Corporation of the President of the Church of Jesus Christ of Latter-Day Saints** in connection with litigation matters unrelated to abuse claims against the Church of Jesus Christ of Latter-Day Saints or the Debtors.

13. Young Conaway represents certain entities doing business under the name **Verizon Wireless** in connection with matters that are unrelated to abuse claims or the Debtors.

14. Based on the disclosures in the Initial Declaration, the First Supplemental Declaration, and this second supplemental declaration, I continue to believe that (a) I am independent of the Debtors and the Interested Parties; (b) none of the matters disclosed in this declaration has had or will have an adverse effect on my ability to carry out my duties as the FCR to loyally and effectively represent the Future Claimants; and (c) pursuant to section 101(14), I am a "disinterested person" and do not have any interest that is materially adverse to the Future Claimants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 4th day of May, 2020.        /s/ *James L. Patton, Jr.*
                                             James L. Patton, Jr.