**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Ref. Docket No. 243** |

**DECLARATION OF FUTURE CLAIMANTS' REPRESENTATIVE**
**PURSUANT TO LARGE CASE FEE GUIDELINES**
**IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING**
**HIM TO RETAIN AND EMPLOY YOUNG CONAWAY**
**STARGATT & TAYLOR, LLP, AS OF THE PETITION DATE**

I, James L. Patton, Jr., hereby state as follows:

1. On April 24, 2020, the Court entered an order [Docket No. 486] appointing me as the legal representative for future claimants (the "Future Claimants' Representative" or "FCR"). As the Future Claimants' Representative, I submit this declaration in support of the *Application for Entry of an Order Authorizing the Future Claimants' Representative to Retain and Employ Young Conaway Stargatt & Taylor, LLP as His Attorneys, Effective as of the Petition Date* [Docket No. 243] (the "Application"), pursuant to the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Large Chapter 11 Cases Effective as of November 1, 2013 ("Large Case Fee Guidelines"). Except as otherwise noted, I have personal knowledge of the matters set forth herein.

2. I selected Young Conaway Stargatt & Taylor, LLP ("Young Conaway" or the "Firm") to serve as my counsel in these cases due to Young Conaway's extensive knowledge, expertise, and experience in the field of debtors' and creditors' rights and business

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

26388527.2

reorganizations under chapter 11 of the Bankruptcy Code. I did not interview any additional firms for this role. Young Conaway is a preeminent firm in the field of representing future claimants' representatives in asbestos bankruptcy cases. As a member of Young Conaway, I am familiar with the knowledge, skills, and resources the firm offers its future claimants' representative clients and am confident it is the best-suited firm to serve as my counsel in these cases. Young Conaway's knowledge, expertise, and experience practicing in this field and before the Court will enable the Firm to work in an efficient and cost-effective manner as counsel to me in my role as the Future Claimants' Representative.

3. Young Conaway's rates for bankruptcy representations are the same as its rates for non-bankruptcy representations. The hourly rates charged by Young Conaway attorneys are based on the experience and seniority of the individuals assigned and do not vary (i) as a function of whether the services performed relate to a bankruptcy engagement or a non-bankruptcy engagement or (ii) based upon the geographic location of these chapter 11 cases.

4. Young Conaway sets hourly rates for its attorneys and paralegals at levels competitive to those charged by comparably skilled professionals in other law firms. Further, the Firm's standard hourly rates are subject to annual adjustment in accordance with the Firm's practice.

5. To the extent the Court orders or the parties agree to prepare budgets and staffing plans, Young Conaway and I will develop a prospective budget and staffing plan, recognizing that, during the pendency of large chapter 11 cases such as these, that there may be unforeseen fees and expenses that will need to be addressed by the Future Claimants' Representative, Young Conaway as my counsel, and other professionals that I may retain to serve as my advisors in this matter.

26388527.2

6. To conserve resources, Young Conaway will prepare fee applications that include Young Conaway's fees as my counsel jointly with my fees as the Future Claimants' Representative. Young Conaway will delegate work on this matter to attorneys and other staff as appropriate based on the level of the project. My counsel and I will review each fee application to ensure the fees and expenses are reasonable and appropriate. We will review the invoices that Young Conaway regularly submits and amend the budget and staffing plan periodically as these cases develop.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 4th day of May, 2020.

/s/ *James L. Patton, Jr.*
James L. Patton, Jr.

26388527.2