**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF SHANNON R. WHEATMAN, PH.D IN SUPPORT OF**
**PROCEDURES FOR PROVIDING DIRECT NOTICE AND SUPPLEMENTAL**
**NOTICE PLAN TO PROVIDE NOTICE OF BAR DATE TO ABUSE SURVIVORS**

I, Shannon R. Wheatman, being duly sworn, hereby declare as follows:

1.      I am the President of Kinsella Media, LLC ("KM"), an advertising and notification consulting firm in Washington, D.C. specializing in the design and implementation of class action and bankruptcy notification programs.  My business address is 2101 L Street NW, Suite 800, Washington, D.C. 20037.

2.      On February 19, 2020, the Court entered the *Order Appointing Omni Agent Solutions as Claims and Noticing Agent,* Nunc Pro Tunc *to the Petition Date* [Docket No. 68]. KM was retained directly by and will be acting exclusively for Omni Agent Solutions ("Omni"), the Court-appointed Claims and Noticing Agent, to design and implement the Supplemental Notice Plan and other related noticing tasks in these chapter 11 cases.

3.      I submit this declaration (this "Declaration") in support of the *Debtors' Motion, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1, for Authority to (I) Establish Deadlines for Filing Proofs of Claim,*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*(II) Establish the Form and Manner of Notice Thereof, (III) Approve Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Victims, and (IV) Approve Confidentiality Procedures for Abuse Victims* [Docket No. 18] (the "Bar Date Motion")[2] and the Supplemental Notice Plan described in the Bar Date Motion and filed concurrently herewith.

4.      This Declaration will describe my experience in designing and implementing notices and notice programs, as well as my credentials to opine on the overall adequacy of the notice effort.  I will also describe the elements of the Supplemental Notice Plan, and will describe the Abuse Claims Bar Date Notice, the Abuse Claims Email Notice, the Abuse Claims Publication Notice (collectively, the "Notices"), and the Abuse Survivor Proof of Claim Form, including how they were developed and why they will be effective and satisfy the requirements of due process. The Supplemental Notice Plan comprises a comprehensive advertising campaign utilizing television, radio, magazines, newspapers, and online media.  The scope and selection of media channels and geographical considerations have been guided by careful analysis of multiple data sources providing information concerning potential claimants.

5.      The total estimated cost of the Notice Procedures for known creditors and the Supplemental Notice Plan as described herein is approximately $6.8 million.  Implementation of the Notice Procedures and Supplemental Notice Plan will commence within approximately 14 days of entry of the Bar Date Order, approval and notice will be completed within approximately 120 days thereof.  With respect to the impact of the timing on the estimated cost of the Supplemental Notice Plan, if the Supplemental Notice Plan is completed by September 2020,[3] the

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bar Date Motion or the proposed order approving the Bar Date Motion, filed concurrently herewith.

[3] Court approval of the Supplemental Notice Plan needs to occur by May 20, 2020 in order to ensure all media runs by September 6, 2020.

total cost of the media portion of the Supplemental Notice Plan is estimated to be approximately $6.3 million.  If the program begins anytime between October and December 2020, costs will increase by approximately $675,000 due to the impact of the elections and the holiday season on media rates.

6.      Based on my experience, as set forth below, I believe that the Debtors' notice procedures, and in particular the Supplemental Notice Plan, are broad, multi-faceted, and designed to effectively reach all known and unknown claimants and parties in interest, including survivors of sexual abuse with Abuse Claims against the Debtors.  Furthermore, the scope of the Debtors' Supplemental Notice Plan budget is appropriate to achieve the optimal reach[4] and frequency[5] for noticing given the extensive geographical distribution of holders of Abuse Claims.

7.      Except as otherwise noted herein, the facts set forth in this Declaration are based upon my personal knowledge, my review of relevant documents, information provided by the Debtors and their other professionals, including professionals at Sidley Austin LLP ("Sidley") and Omni, and my associates and staff.  The information set forth herein is of a type reasonably relied upon in the fields of advertising, media, and communications.  If called upon to testify, I would testify competently to the facts set forth in this Declaration.  I am authorized to submit this Declaration.

**RELEVANT EXPERIENCE**

8.      KM has developed and directed some of the largest and most complex national notification programs in the United States.  The scope of KM's work includes notification programs in bankruptcy, antitrust, consumer fraud, mass tort, and product liability litigation.  KM

[4] Reach is the estimated percentage of a target audience reached through a specific media vehicle or combination of media vehicles.

[5] Frequency is the estimated average number of opportunities an audience member has to see a notice.

has developed or consulted on over 1,000 notification programs and has placed over $450 million in media notice.  KM has implemented notice programs reaching people in 72 languages in 214 countries and U.S. territories.

9.    I have served as a qualified legal notice expert in litigations involving class actions and bankruptcies.  State and federal courts have accepted my analyses and expert testimony regarding whether information is effectively communicated to people.  My curriculum vitae is attached hereto as **Exhibit 1**.

10.    I have been involved with respect to legal noticing in the following bankruptcy cases:  In re PG&E Corp., Case No. 19-30088 (Bankr. N.D. Cal. Jan. 29, 2019); In re Think Fin., LLC, Case No. 17-33964 (Bankr. N.D. Tex. Oct. 23, 2017); In re Energy Future Holdings Corp., Case No. 14-10979 (Bankr. D. Del. Apr. 29, 2014); In re Garlock Sealing Tech. LLC, Case No. 10-31607 (Bankr. W.D.N.C. June 5, 2010); In re SCBA Liquidation, Inc., f/k/a Second Chance Body Armor, Inc., Case No. 04-12515 (Bankr. W.D. Mich. Oct. 17, 2004); and In re W.R. Grace & Co., Case No. 01-01139 (Bankr. D. Del. Apr. 2, 2001).

11.    In addition to this bankruptcy case experience, I have testified in court as an expert in the following cases: In re Chinese-Manufactured Drywall Prods. Liab. Litig., MDL No. 2047 (E.D. La.); In re Think Finance, LLC, Case No. 17-33964 (Bankr. N.D. Tex.); In re Volkswagen "Clean Diesel" Marketing, Sales Practices & Prods. Liab. Litig., MDL No. 2672 (N.D. Cal.); State v. Farmer Grp. Inc., No. D-1-GV-02-002501 (D. Ct. Tex., Travis Cty.); Scharfstein v. BP West Coast Prods., LLC, No. 1112-17046 (Cir. Ct. Or.); Spillman v. RPM Pizza, Inc., No. 10-349 (M.D. La.); PRC Holdings, LLC v. East Res., Inc., No. 06-C-81 (Cir. Ct. W. Va.); Guidry v. Am. Pub. Life Ins. Co., No. 2008-3465 (14th Jud. Dist. Ct., Calcasieu Parish); Webb v. Liberty Mut. Ins. Co., No. CV-2007-418-3 (Cir. Ct. Ark); and Beasley v. Reliable Life Ins. Co., No. CV-2005-58-1

(Cir. Ct. Ark).

12.     I have been deposed as an expert in <u>In re Think Finance, LLC</u>, Case No. 17-33964 (Bankr. N.D. Tex.); <u>Hale v. CNX Gas Co., LLC</u>, No. 10-CV-59 (W.D. Va.); and <u>Thomas v. A. Wilbert Sons, LLC</u>, No. 55,127 (18th Jud. Dist. Ct., Iberville Parish).

13.     I have also been involved in the following cases involving abuse survivors: <u>Dolmage v. Province of Ontario</u>, No. CV-09-376927 (Ont. S.C.J.) (involving former residents of the Huronia Regional Centre, open from 1945-2009, for people with disabilities); <u>Clarke v. Province of Ontario</u>, No. CV-10-411911 (Ont. S.C.J.) (involving former residents of the Rideau Regional Centre, open from 1969-2009, for people with disabilities); and <u>In re Residential Schools Class Action Litigation</u>, No. 00-CV-19259 (Ont. S.C.J.) (involving individuals who attended a Canadian Indian residential school system since 1879 and their heirs).

14.     I have worked on some of the largest and most complex national notification programs in the country, including, without limitation:  <u>In re Domestic Airline Travel Antitrust Litig.</u>, MDL No. 2656 (D.D.C.) (involving notice to over 100 million airline passengers); <u>In re Volkswagen "Clean Diesel" Marketing, Sales Practices & Prods. Liab. Litig.</u>, MDL No. 2672 (N.D. Cal.) (involving notice to over 700,000 Volkswagen, Porsche, and Audi owners/lessees); <u>Precision Assocs., Inc. v. Panalpina World Transport</u>, No. 08-CV-00042 (E.D.N.Y.) (involving notice to millions of freight forwarding customers); <u>In re Transpacific Passenger Air Transp. Antitrust Litig.</u>, MDL No. 1913 (N.D. Cal.) (involving notice to millions of international airline passengers); <u>In re Dynamic Random Memory Antitrust Litig.</u>, MDL No. 1486 (N.D. Cal.) (involving notice to over 100 million consumers); <u>In re TFT-LCD (Flat Panel) Antitrust Litig.</u>, MDL No. 1827 (N.D. Cal.) (involving notice to millions of indirect purchasers); <u>In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010</u>, MDL No. 2179 (E.D.

La.) (involving notice to over 40 million people impacted by the oil spill); <u>In re Target Corp.</u>

<u>Customer Data Sec. Breach Litig.</u>, MDL No. 14-2522 (D. Minn.) (involving notice to over 40

million consumers); <u>In re Sony Gaming Networks & Customer Data Sec. Breach Litig.</u>, No. 11-

MD-2258 (S.D. Cal.) (involving notice to over 70 million user accounts).

15.     My qualifications include expertise with respect to the form and content of notice.

For example, while serving with the Federal Judicial Center ("<u>FJC</u>"), I played an integral part in

the development of the illustrative, "model" forms of notice designed to satisfy the plain language

requirements of Federal Rule of Civil Procedure 23(c)(2).  This research formed the basis for my

doctoral dissertation, *The Effects of Plain Language Drafting on Layperson's Comprehension of*

*Class Action Notices* (2001) (Ph.D. dissertation, University of Georgia).  To assist judges and

attorneys, both in state and federal courts, the FJC posted the notices at <u>www.fjc.gov</u>.

16.     In addition to extensive experience in the design and implementation of noticing

programs in a variety of bankruptcy and class action litigation, I have authored and co-authored

articles on notice and due process.  I believe that notice and due process depend upon clear

communication with the affected people and have stated this position in my publications.  <u>See,</u>

<u>e.g.</u>, Shannon R. Wheatman & Katherine M. Kinsella, *International Class Action Notice*, WORLD

CLASS ACTION:  A GUIDE TO GROUP AND REPRESENTATIVE CLASS ACTIONS AROUND THE GLOBE

673–86 (Paul Karlsgodt ed., 2012); Katherine Kinsella & Shannon Wheatman, *Class Notice and*

*Claims Administration*, PRIVATE ENFORCEMENT OF ANTITRUST LAW IN THE UNITED STATES: A

HANDBOOK 338–48 (Albert A. Foer & Randy M. Stutz eds., 2012); Shannon R. Wheatman & Terri

R. LeClercq, *Majority of Class Action Publication Notices Fail to Satisfy Rule 23 Requirements*,

30 REV. LITIG. 53 (2011); Katherine Kinsella & Shannon R. Wheatman, *Class Notice and Claims*

*Administration*, THE INTERNATIONAL PRIVATE ENFORCEMENT OF COMPETITION LAW 264–74

(Albert A. Foer & Jonathan W. Cuneo eds., 2010); Todd B. Hilsee, Shannon R. Wheatman & Gina M. Intrepido, *Do you really want me to know my rights? The ethics behind due process in class action notice is more than just plain language: A desire to actually inform*, 18 GEO. J. LEGAL ETHICS 1359 (2005); and Todd B. Hilsee, Gina M. Intrepido & Shannon R. Wheatman, *Hurricanes, Mobility and Due Process: The "Desire-to-Inform" Requirement for Effective Class Action Notice Is Highlighted by Katrina*, 80 TULANE LAW REV. 1771 (2006).

## INITIAL PRESS COVERAGE

17.    The Debtors' announcement and filing of these chapter 11 cases on February 18, 2020 resulted in a significant amount of press coverage.  This press coverage laid the groundwork for the Supplemental Notice Plan by educating potential abuse and unknown claimants about the bankruptcy case.  Within a week of the Petition Date, there were 410 news articles published regarding these chapter 11 cases, 12,512 broadcast mentions on television or radio, and over 121,300 mentions on social media.[6]  Top-tier media outlets that ran stories included *The New York Times*, *The Wall Street Journal*, *USA TODAY*, *Axios*, and the Associated Press.  We expect the announcement of the Abuse Bar Date will garner additional press coverage and enhance the efforts of the Supplemental Notice Plan.

## DIRECT NOTICE

18.    The objective of the Debtors' Notice Procedures in these chapter 11 cases with respect to holders of Abuse Claims is to successfully reach and inform known and unknown claimants of the deadline and process for filing proofs of claim.  The principal method of notifying known abuse claimants affected will consist of actual, written notice via direct mail and email (collectively, "Direct Notice").

---

[6] These press coverage statistics were provided by FTI Consulting Inc., the Debtors' public relations firm.

19.    Omni will implement all components of the Direct Notice in accordance with the Bar Date Order.

20.    A notice package, including the Abuse Claims Bar Date Notice and Abuse Survivor Proof of Claim Form (the "Abuse Bar Date Package"), will be mailed via first class mail to the following individuals or their counsel of record who have provided sufficient contact information for the Debtors and for whom the Debtors have reasonably ascertainable records:[7]

     a.    all identifiable holders of Abuse Claims and/or their counsel of record, including claimants who have filed, or threatened to file, lawsuits against the Debtors alleging they were abused;

     b.    any claimant who can be reasonably ascertained from contact information collected from calls to the Boys Scouts Abuse Hotline or who otherwise contacted the Debtors to report Abuse Claims;[8]

     c.    counsel to any abuse claimant who entered into a settlement agreement with the Debtors stemming from allegations of abuse to the extent reasonably ascertainable; and

     d.    counsel to any abuse claimant who received a payment from the Debtors as a result of an allegation of abuse to the extent reasonably ascertainable.

21.    Prior to mailing, all addresses will be checked against the National Change of Address ("NCOA")[9] database, which is maintained by the United States Postal Service ("USPS").

22.    Notices that are returned as non-deliverable will be re-mailed to any address indicated by the USPS in the case of an expired automatic forwarding order.  Notices returned as non-deliverable, but for which a new address is not indicated by the USPS, will be further searched through a third-party vendor to obtain a more current address.  If any such address is found, the Abuse Bar Date Package will be re-mailed to such addresses.

---

[8] If an email address was provided, they will receive an Abuse Claims Email Notice.
[9] The NCOA database contains records of all permanent changes of address submissions received by the USPS for the last four years.

23.     A form of the Abuse Claims Publication Notice adapted for email format (the "Abuse Claims Email Notice") will be sent to anyone in the Debtors' database (current and former scouts, volunteers, and parents) who provided an email address to the Debtors since 1999. Additionally, an address trace, using a third party vendor, will be done to locate current email addresses for adult scouts, parents of minor children, alumni, and volunteers who provided only a mailing address to the Debtors since 2012.  The Abuse Claims Email Notice includes a sentence in Spanish to alert people that a Spanish version of the notice is available at the case website or by calling the Debtors' toll-free phone number.

24.     A Spanish version of the Abuse Claims Email Notice will be sent to individuals who purchased a Spanish Handbook from the Debtors' online via Scout Shop and provided an email address to the Debtors.

25.     We anticipate that over 10 million potential claimants will be reached through email.

26.     I have been involved in drafting the various forms of Bar Date Notices.  It is my opinion that each proposed form is noticeable, clear, concise, and written in plain, easily understood language.

## SUPPLEMENTAL NOTICE PLAN OVERVIEW

27.     The objective of the Supplemental Notice Plan is to provide fair and adequate notice of the Abuse Claims Bar Date to potential Abuse Survivors who may hold Abuse Claims but whose names, addresses, and identities are not known to the Debtors.

28.     To effectively reach potential claimants, KM recommends a Supplemental Notice Plan consisting of the following:

| MEDIA | DESCRIPTION |
|---|---|
| *U.S. Television* | ❖ National (ABC and CBS) and Cable Networks<br>❖ Connected TV |
| *U.S. Radio* | ❖ National Networks (Premiere and Westwood One)<br>❖ Satellite<br>❖ Streaming: iHeartRadio, Pandora, Spotify, and TuneIn |
| *U.S. Print* | ❖ 8 National Magazines<br>❖ 10 Local Hispanic Newspapers |
| *U.S. Online* | ❖ Banner & Video Display<br>❖ Social Media (Facebook/Instagram, Pinterest, Reddit, Twitter, and YouTube)<br>❖ Targeted Online / Hispanic Online<br>❖ Keyword Search Campaign: Google and Bing |
| *Boy Scouts Media* | ❖ *Scouting* (digital edition)<br>❖ Websites/Blogs<br>❖ BSA Social Channels (Facebook/Instagram/Twitter) |
| *U.S. Territories* | ❖ 12 Newspapers<br>❖ Social Media (Facebook/Instagram, Pinterest, Reddit, Twitter, and YouTube)<br>❖ Targeted Online |
| *Military* | ❖ 11 editions of *Stars & Stripes*, covering Europe, the Middle East, and the Pacific<br>❖ Online: Military Ad Network, FamilyMedia.com, Military.com, and MilitarySpouse.com |
| *Earned* | ❖ Press Release |
| *Community Outreach* | ❖ Chartered Organizations<br>❖ Sexual Abuse Groups<br>❖ Correctional Facility Contacts<br>❖ USO Centers, Department of Defense Schools, Military Bases, and Military Public Affairs Offices |

29.     As set forth below, I believe this Supplemental Notice Plan exceeds the requirements of due process and effectively reaches the target of unknown and potential claimants, with a focus on current and former Scouts and volunteers and the parents/guardians of minor children who may hold Abuse Claims.

30.     More details about each component of the Supplemental Notice Plan and how the program was developed are described below.

I.    **Demographics and Location of Potential Abuse Claimants**

31.    To develop the Supplemental Notice Plan and determine how best to reach potential claimants, I reviewed and analyzed various sources of information and data as detailed below.

32.    I reviewed data provided by the Debtors that included the following: (a) pending claims against the BSA, either through filed litigation or reported by plaintiffs' attorneys; (b) the number of girls in Scouting from 1999 to 2019; (c) the number of Scouts and volunteers in international BSA programs from 1999 to 2019; (d) the number of Scouts by state from 1999 to 2019; (e) international chartered organizations; and (f) the Warren Report.[10]    Additionally, I reviewed results from a Gallup Survey conducted in 2010[11] with 81,000 male participants that included a question on Scouting:

| *Were you ever a member of the Boy Scouts of America?* | |
|---|---|
| | **% Yes** |
| All national male adults | 39 |
| AGE | |
| 18-24 | 27 |
| 25-34 | 31 |
| 35-49 | 38 |
| 50+ | 45 |

33.    I analyzed the information in the Warren Report, which contained an analysis of 7,819 Ineligible Volunteer files (the "IV Files") in the BSA's Volunteer Screening Database that were generated from 1946 through 2016.  The data showed claims in 50 states and Puerto Rico.

34.    Based on my review and analysis, the following information helped shape the proposed Supplemental Notice Plan:

---

[10] See Janet I. Warren, *Boy Scouts of America: Volunteer Screening Database 1946 – 2016* (2019).  A copy of the Warren Report is attached to the *Debtors' Informational Brief* [Docket No. 4] as Exhibit 2.

[11] Gallup, *Younger Generations Less Likely to Join Boy Scouts*, at https://news.gallup.com/poll/145187/younger-generations-less-likely-join-boy-scouts.aspx (last visited Mar. 19, 2020).

A.    **Age of Potential Claimants**

(i)    Potential claimants include children as well as adults.

(ii)    The oldest pending claim against the BSA dates back to 1940.

(iii)    I used the Gallup Survey results and estimates of the U.S. male population to extrapolate the age segments of former Scouts.  Based on this data, over 54% of former Scouts are men 50 years of age and older.

| Age | U.S. Male Population[12] | Percent Boy Scouts | Number of Boy Scouts | Percent of Former Scouts |
|---|---|---|---|---|
| 18-27 | 22.7 million | 20%[13] | 4.5 million | 10.7% |
| 28-34 | 16.0 million | 27% | 4.3 million | 10.2% |
| 35-44 | 20.6 million | 31% | 6.4 million | 15.2% |
| 45-49 | 10.3 million | 38% | 3.9 million | 9.3% |
| 50-59 | 21.0 million | 38% | 8.0 million | 19.0% |
| 60+ | 33.0 million | 45% | 14.9 million | 35.5% |

(iv)    Approximately 90% of the pending civil actions asserting claims against the BSA and certain Local Councils and chartered organizations relate to abuse that occurred before 1988; the greatest concentration of abuse alleged in pending civil actions occurred in the 1960s and 1970s.



---

[12]Statista, *Population of the United States by sex and age 2018*, at https://www.statista.com/statistics/241488/population-of-the-us-by-sex-and-age/ (last visited Mar. 19, 2020).

[13] This percentage was estimated based on the 26% decrease in the number of scouts between 2010 (date of Gallup Survey) and 2019 (most recent date provided by BSA).

    (v)    I estimate that at least 71.8% of Abuse Survivors with pending claims against BSA are 50 years of age or older.

**B.**    **Location of Potential Claimants in the United States**

    (i)    Scouting was available in all 50 states and U.S. territories.



**C.**    **Girls in Scouting**

    (i)    Beginning in 1969, girls were deemed eligible to join special interest Explorer posts, and in 1971, they were able to become full members in the Exploring program.  Beginning in 1998, girls were allowed to participate in the Venturing program.

    (ii)    On January 15, 2018, the BSA welcomed an initial group of young girls into Cub Scouts, and as of February 1, 2019, girls officially began joining the "Scouts BSA" (previously Boy Scouts) program.

    (iii)    From 1999 to 2019, girls represented 5.0% of all Scouts.

**D.**    **Languages in the United States**

    (i)    The Scouting Handbook and other materials are available in English and Spanish.

    (ii)    Spanish Scouting Handbooks and materials are sold online and are available at Scout Shop stores in California, Arizona, and Puerto Rico.  Local Councils in 37 states have purchased Spanish Handbooks for resale.

E.    **Foreign Military BSA Programs**

(i)    The BSA's Scouting programs have been offered outside of the United States since the early 1950s.  From 1999 to 2019, there were fewer than 300,000 Scouts involved in international BSA programs.

(ii)    These programs were offered in English.

(iii)    From 1999 to 2019, approximately 60% of Scouts in foreign countries participated in a BSA program at a U.S. military base.  The heaviest participation in these programs occurred on U.S. army bases.

(iv)    Three hundred and forty Scouting Troops are currently registered in 59 foreign countries (the "Active Scouting Troops").  The countries with the highest level of Active Scouting Troop participation are Germany, Japan, Great Britain, Saudi Arabia, China, and South Korea.

II.    **Target Audience: Selection Methodology and Demographics**

35.    The objective of the Supplemental Notice Plan is to reach potential claimants, who include current and former Scouts and volunteers.  Additionally, the Supplemental Notice Plan is designed to reach the parents and guardians of minor children, a high percentage of which will likely also receive actual notice through contact information provided to the BSA when registering their children for Scouting programs.

36.    KM employs methodology and measurement tools used in the media planning and advertising industry for designing and measuring the adequacy of a paid media program to reach a particular audience.  To design the paid media notice segment of the Supplemental Notice Plan, KM identified and selected demographics that encompass the characteristics of potential claimants.  KM analyzed and selected media vehicles for their strength and efficiency in reaching these demographic targets and then quantified results to be used in determining the adequacy of the notice.

37.    For the purpose of developing profiles of the demographics and the media habits of potential claimants, KM analyzed syndicated data available from MRI-Simmons 2019 Doublebase

Study,[14] comScore,[15] and Nielsen.[16]

38.    Based on the data analysis provided above, three target audiences were chosen:

(a)    The primary target is men 50 years of age and older ("Men 50+").

(b)    The secondary target is men 18 years of age and older ("Men 18+").

(c)    The tertiary target is women 18 years of age and older ("Women 18+").

39.    These three target audiences will effectively reach all potential claimants, as well as parents/guardian of minor children who are not reached through direct notice of the Abuse Claims Bar Date.

### III.    Target Audiences: Media Usage

40.    Individuals spend varying amounts of time with different types of media.  Certain demographic groups may be heavy consumers, light consumers, or non-users of a particular medium.  To examine the media habits of the target audiences, KM compares the target audience's media usage to that of the average adult 18 years of age and older ("Adults 18+") in usage quintiles[17] reported by MRI-Simmons.  The study ranks respondents based on their amount of exposure to a medium and divides them into five equal-sized groups (called "quintiles") from

---

[14] MRI-Simmons is a nationally accredited media and marketing research firm that provides syndicated data on audience size, composition, and other relevant factors pertaining to major media.  MRI-Simmons provides a single-source of major media, products, services, and in-depth consumer demographic and lifestyle/psychographic characteristics.  MRI-Simmons produces an annual Doublebase, a study of more than 50,000 adults providing two full years of data.

[15] comScore, Inc. is a source of Internet audience measurement for advertising agencies, publishers, marketers, and financial analysts.  comScore measures Internet usage and other activity through monitoring software installed on the computers of a panel of approximately two million people.  Active in 170 countries, comScore tracks more than three million unique websites.

[16] Nielsen Company is the leading provider of audience measurement and related services worldwide.  In the United States, Nielsen's National TV People Meter service provides audience estimates for all national program sources, including broadcast networks, cable networks, Spanish language networks, and national syndicates.  Nielsen//Net Ratings reports online audiences.

[17] The media usage of the target audience in each quintile is expressed as an index.  An index of 100 is the average adult's usage of a particular medium.  Therefore, an index above 100 indicates a heavier usage of the medium than the average adult, and an index below 100 indicates a lighter usage of the medium than the average adult.

heaviest usage (1) to lightest usage (5).

41.    The following charts illustrate the target audiences' top two quintiles (heaviest and next heaviest usage) for each type of media:[18]



42.    The following table reflects the targets audiences' media consumption habits:

| Media | Men 50+ | | Men 18+ | | Women 18+ | |
|---|---|---|---|---|---|---|
| | Average Use | % of target | Average Use | % of target | Average Use | % of target |
| **Magazines**<br>**(# read in month)** | 6.7 | 65.8% | 6.9 | 63.9% | 8.3 | 72.7% |
| **Newspapers**<br>**(# read in month)** | 17.9 | 46.7% | 15.6 | 38.6% | 14.4 | 39.0% |
| **Network Radio**<br>**(hours per week)** | 16.2 | 76.0% | 17.5 | 79.8% | 15.2 | 76.6% |
| **Television**<br>**(hours per week)** | 38.8 | 94.1% | 30.7 | 88.6% | 31.9 | 89.2% |
| **Internet**<br>**(hours per week)** | 18.3 | 71.3% | 24.4 | 84.6% | 23.7 | 85.1% |

---

[18] The younger targets are broken into 18-49 years for purposes of showing how their media habits differ from the older audiences.

43.     The data indicates that:

(a)     Men 50+ and women 50 years of age and older are heavy television viewers and newspaper readers, slightly above average magazine readers, and light radio and Internet users.

(b)     The 18–49 segment of the broader Men 18+ and Women 18+ targets are heavy Internet users, above average radio listeners, below average to light magazine and newspaper readers, and light television viewers.

44.     Based on the target audiences' media consumption habits, KM researched the most appropriate media vehicles for these chapter 11 cases.  KM also reviewed available broadcast, print, and online opportunities to reach the target audiences.

45.     The proposed Supplemental Notice Plan includes placements in media vehicles whose audiences are more likely to include potential claimants, ensuring coverage across all segments of the target audiences.

## IV.     U.S. Media Components

46.     The core of the Supplemental Notice Plan is paid media,[19] which includes television, radio, magazines, newspapers, and online media.  An earned media program will also be implemented through the Supplemental Notice Plan to amplify the Paid Media Notice and provide additional coverage to allow potential claimants to learn more.

### A.     Television

47.     Television has the ability to reach a target audience with an immediate and accessible message.  The combination of audio and visual message delivery increases the impact.  Viewers can quickly ascertain if the message is important and if so, decide to respond.

---

[19] Publishers have the right to refuse the Debtors' advertisements.  KM will make every effort to have the advertisements placed in the publications as laid out in the Supplemental Notice Plan but will make substitutions as necessary.  In addition, if a publication asks KM to add language, and that language does not substantively change the message of the advertisement, KM will make substitutions as necessary in order to maintain the proposed schedule.

48.     Notice in the form of 30-second advertisements will be aired throughout the day on national broadcast and cable networks and on devices connected to the Internet ("Connected TV").

49.     National television spots[20] will run for six to seven weeks across broadcast and cable networks.  Delivery estimates are based on purchasing 229 Men 50+ Target Rating Points ("TRPs").[21]  However, the television advertising will reach all target audiences as follows: 70% of Men 50+, 56% of Men 18+, and 47% of Women 18+.[22]

50.     Broadcast and cable networks may include all or some of the following, depending upon availability at the time media is purchased:

| PROGRAMMING | CHANNELS | |
| --- | --- | --- |
| **Broadcast Network** | abc | CBS |
| **Cable – Entertainment** | A&E, BBC AMERICA | IFC, amc, fyi. |
| **Cable – History/Science** | AHC AMERICAN HEROES CHANNEL | Discovery CHANNEL |

---

[20] The national U.S. television buy includes limited coverage of U.S. territories.

[21] Target Rating Points represent the sum of the ratings delivered by a media vehicle in a schedule.  A rating is the percentage of persons in the target who have been exposed to the media vehicles in the schedule.  One TRP equals 1% of a given target population.

[22] Inventory is subject to change at the time of actual placement based on availability and market conditions.  Should television delivery fall short due to inventory issues, budget will be re-allocated to radio/internet in order to make-up delivery.

| PROGRAMMING | CHANNELS | | |
|---|---|---|---|
| |  | |  |
| **Cable – News/Information** |  |  |  |
| |  |  | |
| **Cable – Sports** |  | |  |

51.     Connected TV enables users to access content without going through a cable operator or satellite set-top box (*e.g.*, Amazon, Roku, Xbox, PlayStation).  More than 74% of adults 18-49 years old subscribe to streaming video services, indicating this audience has a strong preference to consume programming via connected devices.

52.     Advertisements will run on Connected TV for four weeks during programs that are streamed online through video services, including Scripps Network, TNT, Crackle, Discovery Channel, ESPN, Fox News, A&E, Bloomberg, CNN, and Hulu.

**B.     Radio**

53.     Radio functions primarily as a frequency-building medium. When used in conjunction with television, radio efficiently provides multiple opportunities for exposure to a message.

54.     Notice in the form of 30-second national radio spots will run for four to five weeks on national network radio, satellite radio, and streaming radio.

55.     National Network Radio is bought in the form of network programming (as opposed to specific stations or dayparts), and buys can be tailored for a specific age group of people based on a network's typical listeners.   Delivery estimates for Network Radio are based on purchasing 125 Men 50+ TRPs.  Programming will reach all target audiences as follows: 40% of Men 50+, 38.5% of Men 18+, and 29% of Women 18+.

56.     National Hispanic Network Radio will be used to reach potential claimants who speak Spanish.  Radio is the leading reach vehicle/medium used by Hispanics in the U.S., reaching 96% of users on a weekly basis.[23]  National Hispanic Network Radio will be purchased against Men 18+.

57.     Notice will be provided through radio networks broadcasting a variety of programming, including sports, news, entertainment, and talk-radio.  Specific programming will depend upon availability at the time that media is purchased.  Networks include:

| NETWORK | SUMMARY |
|---|---|
| premiere NETWORKS | Premiere Radio Network syndicates more than 100 radio programs and services to more than 7,100 radio affiliates. Selected programming may include talk-radio (*e.g.*, Buck Sexton Show, Glen Beck, Sean Hannity), sports (*e.g.*, Fox Sports Outkick, Dan Patrick Show), and news (*e.g.*, Fox News Radio, Newstrack Weekday). |
| Westwood One | Westwood One Radio Network broadcasts to 424 stations in 87 U.S. media markets and syndicates programming to more than 8,000 broadcast radio affiliates.  Selected programming may include music (*e.g.*, Classic Rock), sports (*e.g.*, CBS Sports, NFL Football), and news (*e.g.*, CNN Newswire). |
| UNIVISION AUDIO | Univision Audio Network is the largest Spanish Language Network in the U.S. with 93% of U.S. Hispanic coverage.  The network consists of more than 250 owned-and-operated stations and affiliates in 75 markets. Programming includes music (covering several formats), sports, news-talk and variety entertainment. |

---

[23] Nielsen Total Audience Report, Q2 (2019).

58.     Satellite Radio is a subscriber-based radio service that uses satellites to broadcast its programming.  Twenty-six percent of Men 50+, 49% of Men 18+, and 50% of Women 18+ are satellite radio listeners.  An estimated 225 spots will air on top channels through Sirius XM. Channels may include Fox News, CNN, Mad Dog Sports Radio, CNBC, and Fox Business.

59.     Streaming Radio is a technology that transmits audio over the internet to any connected device.  Streaming services are available in the form of music and terrestrial radio stations.  Over 79% of adults 18-49 have listened to or used music streaming services in the last 30 days.  Advertisements will be purchased on music streaming services including: iHeartRadio, Pandora, Spotify, and TuneIn.

**C.     Print**

60.     KM chose the specific consumer publications listed below for the Supplemental Notice Plan because they are among the highest ranking in coverage of the various target audiences.

61.     The Abuse Claims Publication Notice will appear in eight publications as follows:

| PUBLICATION | AD SIZE | CIRCULATION | SUMMARY |
|---|---|---|---|
| AARP | 8.563" x 10.438" | 22,500,000 | Published 10 times a year and contains news and feature coverage of items that interest adults 50+. |
| THE AMERICAN Legion | 7" x 10" | 1,766,295 | Published monthly and focuses on world events and national news analysis.  It features articles on retirement, travel, and leisure activities. |
| NATIONAL GEOGRAPHIC MAGAZINE | 6.125" x 9.25" | 3,000,000 | Published monthly and covers people and places internationally. |
| Parade | 8" x 9.125" | 18,000,000 | Sunday newspaper magazine carried in over 750 newspapers.  Carrier newspapers serve major urban and suburban markets in the U.S. |

| PUBLICATION | AD SIZE | CIRCULATION | SUMMARY |
|---|---|---|---|
| People | 7" x 10" | 3,400,000 | Weekly publication covering personalities in entertainment, politics, business, and other current events. |
| Reader's Digest | 9.375" x 6.75" | 3,000,000 | Published 10 times a year and includes selected excerpts from other publications as well as original pieces. |
| Sports Illustrated | 7" x 10" | 1,700,000 | Published 16 times a year and reports about sports through in-depth articles, photography, and stories. |
| VFW Magazine | 7.25" x 9.75" | 1,014,973 | Published 10 times a year and covers veteran's rights, foreign affairs, volunteerism, and remembrance of military service abroad. |

62.    The Abuse Claims Publication Notice will be translated into Spanish and placed in 10 Hispanic newspapers.  These newspapers were selected because of their ability to effectively provide coverage in the top 10 media markets with the heaviest concentration of Hispanic adults.

| MARKET | NEWSPAPER | CIRCULATION |
|---|---|---|
| Chicago | *Lawndale News* | 230,000 |
| Dallas/Ft. Worth | *La Estrella (En Casa)* | 115,967 |
| Harlingen/Weslaco/ Brownsville/McAllen | *El Periodico USA* | 32,000 |
| Houston | *La Voz De Houston* | 200,000 |
| Los Angeles | *El Clasificado* | 425,000 |
| Miami/Ft. Lauderdale | *El Clarin* | 180,000 |
| New York | *El Especialito* | 150,000 |
| Phoenix | *TV y Mas Entertainment* | 75,000 |
| San Antonio | *Conexion* | 80,831 |
| San Francisco/Oakland/San Jose | *La Opinion De La Bahia* | 104,000 |

63.    KM selected newspaper advertising to provide notice in U.S. territories and possessions.  The Abuse Claims Publication Notice will be translated, when necessary, and appropriately sized for placement in the following newspapers in U.S. territories and possessions:

| U.S. TERRITORY/POSSESSION | NEWSPAPER | CIRCULATION |
|---|---|---|
| American Samoa | *Samoa News* | 7,000 |
| American Samoa | *Samoa Observer* | 23,000 |
| Guam | *Pacific Daily News* | 25,116 |
| Mariana Islands | *Marianas Variety* | 20,000 |
| Mariana Islands | *Saipan Tribune* | 10,000 |
| Puerto Rico | *El Nuevo Dia* (Spanish) | 185,000 |
| Puerto Rico | *El Vocero* (Spanish) | 170,000 |
| Puerto Rico | *Primera Hora* (Spanish) | 187,000 |
| Puerto Rico | *San Juan Daily Star* | 62,593 |
| U.S. Virgin Islands | *Love City Trader* | 6,000 |
| U.S. Virgin Islands | *St. Croix Avis* | 14,000 |
| U.S. Virgin Islands | *Virgin Island Daily News* | 20,000 |

**D.    Online**

64.    Internet advertising delivers an immediate message and allows the viewer to click on a banner advertisement and instantly be directed to the Debtors' case website for further information.  Banner ads are typically located either at the top or side of a website page.  KM will use highly engaging animated banner ads, which are more likely to capture viewers' attention because they include moving images and text.

65.    If the schedule for the Supplemental Notice Plan permits, the Abuse Claims Publication Notice will appear in the digital edition of *Scouting*, the BSA's general interest, news, and informational publication for all registered BSA adult volunteers and professionals.

66.     KM will purchase over 89 million gross impressions[24] across two online networks. These impressions will be targeted to reach Men 50+ and Men 18+ across various websites. Targeted impressions (described below) will also be delivered to Women 18+.  Impressions will be allocated to maximize exposure during the campaign across websites to ensure optimal ad delivery.  Delivery of internet impressions to specific websites and categories within websites are subject to availability at the time KM purchases the media.

67.     Banner ads will appear on the following online networks over four to five weeks. Each network listed below partners with thousands of websites to distribute online ads across their network.  A list of properties and websites in the networks is attached hereto as **Exhibit 2**.

| NETWORK | AD SIZE (PIXELS) | SUMMARY |
|---|---|---|
| CONVERSANT | 728x90, 300x250, 160x600 | Online advertising company and comScore Top 20 Ad Network. |
| verizon media | 728x90, 300x250, 160x600 | A global digital media platform that connects advertisers and audiences across all media channels. |

68.     Banner ads will be delivered across devices (desktop, mobile and tablet).

69.     Spanish language online ads will be delivered on Pulpo Media Network.

70.     Banner ads will also be delivered via the Catholic Audience Network, a premium ad network consisting of over 500 family-friendly Catholic-oriented sites.  This network serves ads to members of Catholic and Christian communities.

71.     Online impressions will also be delivered using the following targeting strategies:

(i)     Behavioral Targeting: Ads targeted to men and women based on their previous online activities (*e.g.*, if they viewed or searched content related to

---

[24] Gross impressions are the total number of times a digital ad will be shown.  This figure does not represent the total number of unique viewers of the ad, as some viewers will see the ad more than once.

the BSA, sexual abuse, and other related terms).

(ii)    Channel/Contextual: Ads targeted to websites with editorial content related to Boy Scouts or Scouting.  Ads will also target websites with content related to sports, business, finance, news, and women's interests.

(iii)    Premium Websites: Ads targeted to top sites visited by men (*e.g.*, NBC News, NBA, TBS, NCAA, Bleacher Report) and women (*e.g.*, CafeMedia, NBC News, Today, Lifestyle sites on Meredith and Hearst).

(iv)    Re-targeting: Ads targeted to users who previously clicked on an ad about the bankruptcy or visited the chapter 11 case website.

(v)    Third Party Data: Ads targeted to people based on third-party data that have identified Internet users as parents, households that have children, and individuals who are parents.

72.    KM will use a third-party ad management platform, Integral Ad Science, to audit the digital ad placements.  This platform will help reduce the investment wasted on fraudulent or otherwise invalid traffic (*e.g.*, ads being seen by 'bots' or non-humans, ads not viewable, etc.) and ensure brand safety through the use of whitelisting.[25]

**E.    Social Media to Potential Claimants**

73.    Ads will be delivered on five social media networks.  Over 57% of Men 50+, over 90% of Men 18-49, and over 81% of Women 18+ have visited or used social media in the last 30 days.  Text, image, and video ads will be purchased on social media networks as follows:

| NETWORK | USAGE | AD SIZE | DETAILS |
|---|---|---|---|
| facebook / Instagram | Men 50+: 42% <br> Men 18-49: 78% <br> Women 18+: 74% | Text Image | Newsfeed ads targeted to: (1) users who have an email address that matches an email in the Debtors' database;  (2) Adults 18+; (3) parents; and (4) people with an interest in the Boy Scouts, Boy Scouts of America, Cub Scouting, Eagle Scout, or Scouting for Boys; (5) users with interest in LDS church, and (6) users with interest in the Catholic Church.  Includes Spanish language ads. |

---

[25] Whitelisting places the ad on selected website domains that are vetted for audience delivery and performance.

| NETWORK | USAGE | AD SIZE | DETAILS |
|---|---|---|---|
| Pinterest | Men 50+: 6%<br>Men 18-49: 11%<br>Women 18+: 33% | Text & Image | Ads targeted to users across all ages using keywords/topics related to parenting or Scouting. |
| reddit | Men 50+: 2%<br>Men 18-49:14%<br>Women 18+: 3% | Text & Image | Ads targeted based on users' interests and communities, such as Boy Scouts, askparents, parenting, outdoor, etc. |
| twitter | Men 50+: 7%<br>Men 18-49: 22%<br>Women 18+: 13% | Text & Image | Ad delivery will be targeted using keywords or phrases to: (1) Scouting (*e.g.*, Boy Scouts, Scouting); hashtags (*e.g.*, #BoyScouts, #BSA); and handles (*e.g.*, @boyscout, @BoyScoutsGNYC, @WMAScouting); (2) LDS related hashtags (#LDS, #Mormons) and handles (*e.g.*, @OnlyMormons, @LDSofficial @LDSquotable, @BibleAndMormons); (3) Catholic related handles (*e.g.*, @cnalive, @CatholicNewsSvc, @CatholicHerald, @CatholicRelief, @USCCB). |
| YouTube | Men 50+: 38%<br>Men 18-49: 69%<br>Women 18+: 49% | Banners: 728x90, 300x250<br>Video | Banner and/or video ad placement. Video ads will appear before, during, or after videos. |

74.    The BSA will also post information on its social media pages, including: Facebook (Boy Scouts, Cub Scouts, Venturing, Scouting Magazine, Summit, Philmont, Northern Tier, Sea Base, NESA, ScoutShop, Exploring, and Sea Scouts), Instagram (Boy Scouts and Cub Scouts), and Twitter (Boy Scouts and Cub Scouts).

75.    Information about the Abuse Bar Date will be posted on the following BSA-owned websites/blogs: Bryan on Scouting blog, Scouting magazine, Scouting Wire blog, Scouting Newsroom, and Scout Shop blog.

76.     To help search engine users locate the Debtors' chapter 11 case website, KM will purchase sponsored links to appear on Google, Bing, and other search partners when searchers enter certain terms (*e.g.*, Boy Scouts bankruptcy, Boy Scouts sexual abuse, scout abuse claim). When a user searches online for one of the specified search terms or phrases, an advertisement will appear on the results page that will point users to the chapter 11 case website.

### F.     Social Media to Third Parties

77.     Ads will be delivered on two social media networks to reach professionals who may have contact with potential claimants, including therapists/clinicians, social service agencies/social workers, law enforcement/prison officials, and veterans' health administrators.

| NETWORK | DETAILS |
| --- | --- |
| facebook / Instagram | Newsfeed ads targeted to people with job titles in these categories: (1) Therapist/Clinician, (2) Police Departments/Police and Law Enforcement, (3) Social Service Agencies, and (4) Veterans Health Administration. |
| LinkedIn | Ads targeted to people with job titles in the following categories: (1) Therapist/Clinician, (2) Police Departments/Police and Law Enforcement, and (3) Prisons. Ads targeted to member groups in the following categories: (1) Therapist/Clinician (*e.g.*, Military Veteran Clinicians, Mental Health Networking Group, Psychotherapist, The Psychology Network), (2) Police Departments/Police and Law Enforcement (*e.g.*, American Police veterans, PoliceOne.com Network, Law Enforcement, The Law Enforcement Network, Law Enforcement Nationwide), and (3) Veterans' Affairs (*e.g.*, National Association of Veterans' Program Administrators). |

## V.     U.S. Paid Media Delivery

78.     For the purpose of evaluating the strength and efficiency of the media, KM measured the television, radio, magazines, and online advertising against the target audiences to establish the estimated reach of the media program and the estimated frequency of exposure to the media vehicles.

(a)     An estimated 95.8% of Men 50+ will be reached with an average estimated frequency of 6.5 times.

(b)     An estimated 89.8% of Men 18+ will be reached with an average estimated frequency of 4.6 times.

(c)     An estimated 80.0% of Women 18+ will be reached with an average estimated frequency of 3.9 times.

79.     The combination of reach and frequency of the target audiences in these chapter 11 cases compares favorably to other high-profile bankruptcy and class action cases that involved noticing programs for unknown claimants:

| CASE | REACH | FREQUENCY |
|---|---|---|
| In re PG&E Corp., Case No. 19-30088 (Bankr. N.D. Cal.) | 95% | 8.0 |
| In re Garlock Sealing Tech. LLC, Case No. 10-31607 (Bankr. W.D.N.C.) | 95% | 4.4 |
| In re Takata Airbag Prods. Liability Litig., MDL No. 2599 (M.D. Fla.) | 95% | 4.0 |
| In re Oil Spill by Oil Rig Deepwater Horizon, MDL No. 2179 (E.D. La.) | 95% | 4.0 |
| In re W.R. Grace & Co., Case No. 01-01139 (Bankr. D. Del.) | 91% | 3.7 |
| In re Babcock & Wilcox Co., Case No. 00-10992 (Bankr. E.D. La.) | 94% | 4.4 |

## VI.    Foreign Military Media Components

80.     Historically, the heaviest participation in international Scouting programs has occurred on U.S. military bases.  In addition, many men in the military are former Scouts.[26] Therefore, KM recommends military media overseas in order to reach potential claimants in the Supplemental Notice Plan.

81.     The Abuse Claims Publication Notice will appear in eleven international editions of *Stars and Stripes*, which reach active-duty military and their families.  This will include daily editions covering Europe, the Pacific, and the Middle East, weekly editions covering four countries in the Pacific, and monthly editions covering four areas in Germany.

---

[26] BSA Troop 400, *Scouting Statistics*, at http://www.troop400.org/reference/scouting-statistics (last visited Mar. 19, 2020).  This source reports that 45% of Scouts serve in the military.

| PUBLICATION | AD SIZE | CIRCULATION | COUNTRIES |
|---|---|---|---|
| STARS and STRIPES. | 8.167" x 10.75" | 15,000 | Belgium, Germany, Greece, Italy, Netherlands, Poland, Romania, Spain, and Turkey. |
| | 8.167" x 10.75" | 10,000 | Afghanistan, Bahrain, Iraq, Jordan, Kuwait, and Qatar. |
| | 8.167" x 10.75" | 25,000 | Guam, Japan, and Korea. |
| STARS STRIPES. JAPAN / STARS STRIPES. KOREA / STARS STRIPES. OKINAWA / STARS STRIPES. GUAM | 10.25" x 13.75" | 25,000 | Japan, South Korea, Okinawa, and Guam. |
| Stripes What's Up | 7.625" x 10" | 10,000 | Bavaria, Rhein Main, Kaiserslautern, Pfalz & Stuttgart, Germany. |

82.    Banner ads will also appear on the following online network/websites over a four to five week span.  These ads will be targeted to people located outside of the United States.

| NETWORK | AD SIZE (PIXELS) | SUMMARY |
|---|---|---|
| **FamilyMedia.com** | 728x90, 300x250, 160x600 | Contains features on military family life, relocating, apartment decorating, cooking, travel, education, children, careers, marriage and family health. |
| **Military Audience Network** | | Targeting ads to people identified as active military who are outside the U.S. Heavy concentration of ads to Army and bases in top countries. |
| **MilitarySpouse.com** | | Provides informative content on deployment, relationships, family, money, career and education, well-being, and at home life. |

| NETWORK | AD SIZE (PIXELS) | SUMMARY |
|---|---|---|
| **Military.com** | | Connects service members, military families and veterans to all the benefits of service. |

## VII.    Community Outreach

83.    The following groups will be contacted via first class mail or email.  They will be provided with the Abuse Claims Publication Notice and asked to share information with their members:

| GROUP | NUMBER OF CONTACTS | TYPE OF CONTACT |
|---|---|---|
| International and U.S. Chartered Organizations[27] | 53,143[28] | Mail |
| U.S. Correctional Facility Contacts (wardens, pastors, etc.) | 2,243 | Email |
| International and U.S. USO[29] Centers | 230 | Mail |
| International Churches (holding services in English) | 177 | Email |
| Sexual Abuse Support Groups | 121 | Mail/Email |
| International Military Bases | 62 | Email |
| Superintendents of International Department of Defense Schools | 28 | Email |
| International Military Public Affairs Officers | 8 | Email |

## VIII.    Earned Media

84.    An earned media program will be implemented to amplify the paid media and provide additional notice to potential claimants.  A nationwide press release will be distributed on PR Newswire's US1 news circuit reaching 5,400 traditional media outlets (television, radio,

---

[27] The BSA grants charters to thousands of local organizations across the country and the world, including faith-based institutions, clubs, civic associations, educational institutions, businesses, and groups of citizens.  These organizations will be asked to post notice in the location where Scouting troops meet.

[28] Includes active and pending charters as well as former charters associated with The Church of Jesus Christ of Latter-day Saints.

[29] The nation's leading organization (non-government) that serves the men and women in the U.S. military and their families.

newspapers, magazines) and 4,000 national websites.  The release will highlight the toll-free telephone number and case website address, so that potential claimants can obtain information.

## IX.    Case Website

85.    An informational website for the Debtors' chapter 11 cases is currently available at www.OffcalBSAclaims.com.    This case website has specific information and a dedicated information page, in plain language, for abuse claimants.  Once the Supplemental Notice Plan is approved and the Abuse Claims Bar Date is set, the case website will be updated to include the Abuse Claims Publication Notice, Abuse Claims Bar Date Notice, and the Abuse Proof of Claim Form.  These documents will also be available in Spanish.  All media will direct potential claimants to this case website for more information.

## X.    Toll-Free Telephone Support

86.    The Debtors established a toll-free phone number (1-866-907-2721) at the outset of these  chapter 11 cases, which potential claimants will continue to be able to call for information about the Bar Date.  Once the Supplemental Notice Plan is approved, potential claimants will be able to call to request that a noticing package, including the Abuse Claims Bar Date Notice, the General Bar Date Notice, the Abuse Proof of Claim Form, and/or the General Proof of Claim Form, as applicable, be mailed to them.  Television, radio, and print ads will include the Debtors' toll-free telephone number.

**THE FORM AND CONTENT OF THE NOTICES**

87.    Forms of the Abuse Claims Bar Date Notice, Abuse Claims Publication Notice, Abuse Claims Email Notice, and Abuse Survivor Proof of Claim Form are attached as **Exhibits 6**, **7**, **8**, and **9**, respectively, to the *Supplement to Debtors' Bar Date Motion*, filed concurrently herewith.

88.    The Abuse Claims Email Notice and Abuse Claims Publication Notice are designed to capture the attention of potential abuse claimants with a clear headline and plain language text. These notices provide important information regarding the Debtors' bankruptcy cases and the legal rights available to claimants with respect to the Abuse Claims Bar Date, and direct readers to the bankruptcy case website and toll-free phone number for more information.

89.    The Abuse Claims Bar Date Notice provides key information about these chapter 11 cases and the Abuse Claims Bar Date in an easy-to-use question and answer format.  The information provided in the Abuse Claims Bar Date Notice is drafted to allow potential abuse claimants to easily understand their legal rights and Abuse Survivors to properly file an Abuse Claim prior to the Abuse Claims Bar Date, and inform such survivors regarding what to expect in these chapter 11 cases as they progress.

90.    The Abuse Proof of Claim Form is written in plain, easily understood language.  It clearly informs potential abuse claimants about all of the information they need to properly file an Abuse Claim.  The case website and toll-free phone number are prominently displayed at the bottom of each page.

91.    The Abuse Claims Bar Date Notice, Abuse Claims Publication Notice, and the Abuse Proof of Claim Form will also be translated into Spanish.

## CONCLUSION

92.    In my experience and opinion, the breadth, comprehensiveness, and efficacy of this Supplemental Notice Plan is well beyond what is typical in chapter 11 noticing programs.  The reach of potential claimants through television, radio, magazines, newspapers, and online advertisements as well as the press release will provide known and unknown claimants – particularly potential abuse claimants – with multiple exposures to information about the Abuse

Claims Bar Date and the Debtors' chapter 11 cases. Moreover, media will focus on potential claimants living abroad who are part of the U.S. military.

93.    The Debtors' Notice Procedures are broad, multi-faceted and designed to reach the target audiences in a variety of ways. In total, the Debtors' Supplemental Notice Plan is estimated to reach approximately 95.9% of Men 50+, the primary target audience of potential claimants, with an average frequency of 6.5 times in the United States. This represents an optimal reach and frequency for the Supplemental Notice Plan, in addition to reaching secondary audiences as described in detail above. When combined with the other methods of notice of these chapter 11 cases of the Bar Date—including unmeasured methods such as Connected TV, satellite and streaming radio, targeted online advertising, and community outreach—I believe that the overall effort will achieve even greater results.

94.    It is my opinion that the Supplemental Notice Plan provides more than enough time for potential claimants to act on their rights before the Abuse Claims Bar Date. Even if someone learns about the Abuse Claims Bar Date on the very last day of the media program, they have 30 days to file an Abuse Survivor Proof of Claim.

95.    It is my opinion that the reach of the target audiences and the number of exposure opportunities to the notice information through extensive notice and paid media will effectively and efficiently reach the target audiences and satisfies due process. The Notice Procedures and the Supplemental Notice Plan are consistent with the standards employed by KM in similar noticing programs designed to reach both known and unknown claimants.

I declare under penalty of perjury that, after reasonable inquiry, the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  May 4, 2020
        Souderton, Pennsylvania

_____
Shannon R. Wheatman, Ph.D.
President
KINSELLA MEDIA, LLC