## Exhibit 2

### List of Network Properties and Websites

## CONVERSANT Sample Site List

| Site Name | Category |
|---|---|
| esquire.com | Arts & Entertainment |
| etonline.com | Arts & Entertainment |
| evite.com | Arts & Entertainment |
| extratv.com | Arts & Entertainment |
| factinate.com | Arts & Entertainment |
| harpersbazaar.com | Arts & Entertainment |
| hollywoodreporter.com | Arts & Entertainment |
| ktla.com | Arts & Entertainment |
| mobafire.com | Arts & Entertainment |
| oprah.com | Arts & Entertainment |
| pastemagazine.com | Arts & Entertainment |
| people.com | Arts & Entertainment |
| scarymommy.com | Arts & Entertainment |
| tvguide.com | Arts & Entertainment |
| vh1.com | Arts & Entertainment |
| whatculture.com | Arts & Entertainment |
| zoosk.com | Arts & Entertainment |
| aarp.org | Family & Living |
| apartmenttherapy.com | Family & Living |
| dltk-kids.com | Family & Living |
| familycircle.com | Family & Living |
| genealogy.com | Family & Living |
| kidsactivitiesblog.com | Family & Living |
| marthastewart.com | Family & Living |
| merchantcircle.com | Family & Living |
| nextdaypets.com | Family & Living |
| parenting.com | Family & Living |
| redbookmag.com | Family & Living |
| drugs.com | Health & Fitness |
| healthstatus.com | Health & Fitness |
| livestrong.com | Health & Fitness |
| mapmyfitness.com | Health & Fitness |
| myfitnesspal.com | Health & Fitness |
| petmd.com | Health & Fitness |
| prevention.com | Health & Fitness |
| qualityhealth.com | Health & Fitness |
| runnersworld.com | Health & Fitness |
| totalbeauty.com | Health & Fitness |
| webmd.com | Health & Fitness |
| cakecentral.com | Hobbies & Interests |
| fortnitetracker.com | Hobbies & Interests |
| fotor.com | Hobbies & Interests |
| history.com | Hobbies & Interests |
| lumberjocks.com | Hobbies & Interests |
| petapixel.com | Hobbies & Interests |
| popularmechanics.com | Hobbies & Interests |
| wordplays.com | Hobbies & Interests |

| | |
|---|---|
| aggieskitchen.com | Home & Garden |
| askannamoseley.com | Home & Garden |
| bhg.com | Home & Garden |
| bobvila.com | Home & Garden |
| bunsinmyoven.com | Home & Garden |
| chowhound.com | Home & Garden |
| constructionequipmentguide.com | Home & Garden |
| countryliving.com | Home & Garden |
| doityourself.com | Home & Garden |
| dreamhomesource.com | Home & Garden |
| familyhandyman.com | Home & Garden |
| farmersalmanac.com | Home & Garden |
| finehomebuilding.com | Home & Garden |
| firstforwomen.com | Home & Garden |
| goodhousekeeping.com | Home & Garden |
| homeandgardendesignideas.com | Home & Garden |
| homefacts.com | Home & Garden |
| hometalk.com | Home & Garden |
| justapinch.com | Home & Garden |
| rachaelrayshow.com | Home & Garden |
| wayfair.com | Home & Garden |
| whatismyipaddress.com | Internet |
| nasdaq.com | Money & Finance |
| primelocation.com | Money & Finance |
| realtytrac.com | Money & Finance |
| rentals.com | Money & Finance |
| therealdeal.com | Money & Finance |
| trulia.com | Money & Finance |
| ziprealty.com | Money & Finance |
| aetv.com | Movies & Television |
| bet.com | Movies & Television |
| biography.com | Movies & Television |
| bravotv.com | Movies & Television |
| imdb.com | Movies & Television |
| metacritic.com | Movies & Television |
| mtv.com | Movies & Television |
| oxygen.com | Movies & Television |
| rd.com | Movies & Television |
| rottentomatoes.com | Movies & Television |
| screenrant.com | Movies & Television |
| tv.com | Movies & Television |
| univision.com | Movies & Television |
| usanetwork.com | Movies & Television |
| cmt.com | Music & Radio |
| live365.com | Music & Radio |
| radio.com | Music & Radio |
| slacker.com | Music & Radio |
| spotify.com | Music & Radio |
| abcnews.go.com | News |
| accuweather.com | News |
| answers.com | News |

| | |
|---|---|
| bbc.com | News |
| boston.com | News |
| bostonherald.com | News |
| businessinsider.com | News |
| cbslocal.com | News |
| chicagotribune.com | News |
| cleveland.com | News |
| courierpress.com | News |
| csmonitor.com | News |
| ctpost.com | News |
| dailybreeze.com | News |
| dailybulletin.com | News |
| dailycamera.com | News |
| dailypress.com | News |
| deseretnews.com | News |
| detroitnews.com | News |
| dictionary.com | News |
| ehow.com | News |
| freep.com | News |
| guinnessworldrecords.com | News |
| heraldtribune.com | News |
| independentmail.com | News |
| infoplease.com | News |
| irishtimes.com | News |
| kitsapsun.com | News |
| latimes.com | News |
| merriam-webster.com | News |
| mlive.com | News |
| naplesnews.com | News |
| nbc4i.com | News |
| nbcbayarea.com | News |
| newsday.com | News |
| newstimes.com | News |
| newsweek.com | News |
| nj.com | News |
| northjersey.com | News |
| nwherald.com | News |
| nydailynews.com | News |
| nypost.com | News |
| nytimes.com | News |
| omaha.com | News |
| orlandosentinel.com | News |
| parade.com | News |
| pasadenastarnews.com | News |
| pcworld.com | News |
| philly.com | News |
| presstelegram.com | News |
| redding.com | News |
| reference.com | News |
| reporternews.com | News |
| sanluisobispo.com | News |

| | |
|---|---|
| sbsun.com | News |
| seattletimes.com | News |
| sfgate.com | News |
| sigalert.com | News |
| startribune.com | News |
| syracuse.com | News |
| tcpalm.com | News |
| thefreedictionary.com | News |
| theglobeandmail.com | News |
| timesrecordnews.com | News |
| usnews.com | News |
| vosizneias.com | News |
| washingtonpost.com | News |
| weather.com | News |
| whec.com | News |
| wordreference.com | News |
| wptv.com | News |
| wunderground.com | News |
| yellowpages.com | News |
| apartmentratings.com | Real Estate |
| realtor.com | Real Estate |
| livescience.com | Science & Nature |
| nationalgeographic.com | Science & Nature |
| scientificamerican.com | Science & Nature |
| space.com | Science & Nature |
| treehugger.com | Science & Nature |
| couponmom.com | Shopping |
| ebay.com | Shopping |
| hotcouponworld.com | Shopping |
| kmart.com | Shopping |
| kohls.com | Shopping |
| newegg.com | Shopping |
| smartsource.com | Shopping |
| target.com | Shopping |
| myjewishlearning.com | Society & Culture |
| athletic.net | Sports |
| goal.com | Sports |
| golf.com | Sports |
| milb.com | Sports |
| mlb.com | Sports |
| mlbtraderumors.com | Sports |
| nbcsports.com | Sports |
| newarena.com | Sports |
| pgatour.com | Sports |
| rivals.com | Sports |
| rotoworld.com | Sports |
| skysports.com | Sports |
| surf-report.com | Sports |
| teamsnap.com | Sports |
| tennis.com | Sports |
| trackwrestling.com | Sports |

| | |
|---|---|
| earthlink.net | Technology & Computing |
| gosunoob.com | Technology & Computing |
| reviewed.com | Technology & Computing |
| bestplaces.net | Travel |
| cheapoair.com | Travel |
| expedia.com | Travel |
| flightaware.com | Travel |
| fodors.com | Travel |
| mapquest.com | Travel |
| onetravel.com | Travel |
| timeanddate.com | Travel |

## VERIZON MEDIA Sample Site List

| Domain | Category |
| --- | --- |
| 24hourcampfire.com | Active Lifestyle |
| 2coolfishing.com | Active Lifestyle |
| 360tuna.com | Active Lifestyle |
| 50birds.com | Active Lifestyle |
| 5starcampgrounds.com | Active Lifestyle |
| active.com | Active Lifestyle |
| allcoast.com | Active Lifestyle |
| allcoastmedia.com | Active Lifestyle |
| aquaexplorers.com | Active Lifestyle |
| argusdubateau.fr | Active Lifestyle |
| arkansashunting.net | Active Lifestyle |
| askbassfishing.com | Active Lifestyle |
| askcatfishfishing.com | Active Lifestyle |
| askcrappiefishing.com | Active Lifestyle |
| asksaltwaterfishing.com | Active Lifestyle |
| vagdrivers.net | Automotive |
| vast.com | Automotive |
| vcars.co.uk | Automotive |
| vehix.com | Automotive |
| velocityjournal.com | Automotive |
| veloster.org | Automotive |
| vettehound.com | Automotive |
| victoryforums.com | Automotive |
| vikingforum.org | Automotive |
| vintageoverdrive.com | Automotive |
| vintagesleds.com | Automotive |
| viperalley.com | Automotive |
| visordown.com | Automotive |
| vn750.com | Automotive |
| volkswagenforum.com | Automotive |
| dailyfinance.com | Business |
| dailyfx.com | Business |
| dailyfx.com | Business |
| data.tradingcharts.com | Business |
| day-trading-stocks.org | Business |
| dealbreaker.com | Business |
| debtcollectorreview.com | Business |
| decisionplus.com | Business |
| dellam.com | Business |
| dexknows.com | Business |
| dice.com | Business |
| lifeslittlemysteries.com | Education/Information |

| | |
|---|---|
| lightsportaircrafthq.com | Education/Information |
| lindaloos.com | Education/Information |
| lingq.com | Education/Information |
| linguanaut.com | Education/Information |
| linguee.com | Education/Information |
| literarydevices.net | Education/Information |
| literature4kids.com | Education/Information |
| literaturepage.com | Education/Information |
| littleabout.com | Education/Information |
| littleexplorers.com | Education/Information |
| livescience.com | Education/Information |
| oceanup.com | Entertainment |
| octane.tv | Entertainment |
| ocweekly.com | Entertainment |
| oddquartet.com | Entertainment |
| ofuxico.com.br | Entertainment |
| ohmymag.com | Entertainment |
| ok.co.uk | Entertainment |
| ok.co.uk | Entertainment |
| okcfox.com | Entertainment |
| OkMag.com | Entertainment |
| okmagazine.com | Entertainment |
| oldschool945.com | Entertainment |
| naturalbodybuilder.com | Health |
| naturalhealthmag.com | Health |
| naturalnews.com | Health |
| naturalon.com | Health |
| naturalon.com | Health |
| naturalremediesforbetterhealth.com | Health |
| natural-weight-loss-tip.com | Health |
| netdoctor.co.uk | Health |
| netfit.co.uk | Health |
| netfit.co.uk | Health |
| neurosciencenews.com | Health |
| normalbreathing.com | Health |
| nourishinteractive.com | Health |
| nursing-careplans.com | Health |
| smartsource.ca | Shopping |
| snapsort.com | Shopping |
| sneakerbeat.com | Shopping |
| sneakerfreaker.com | Shopping |
| sneakernews.com | Shopping |
| sneakerwatch.com | Shopping |
| snowmobiletraderonline.com | Shopping |
| softballfans.com | Shopping |

| | |
|---|---|
| sojones.com | Shopping |
| soleredemption.com | Shopping |
| southerncalisaver.com | Shopping |
| techbuzzblog.com | Technology |
| techcareers.com | Technology |
| techconsumer.com | Technology |
| techcrunch.com | Technology |
| techdailynews.net | Technology |
| techdirt.com | Technology |
| techeblog.com | Technology |
| techfresh.net | Technology |
| techgadgets.in | Technology |
| thomascook.com | Travel |
| thomascook.com | Travel |
| threebestbeaches.com | Travel |
| timeout.com | Travel |
| timeout.com/barcelona | Travel |
| timeout.com/barcelona | Travel |
| timeoutboston.com | Travel |
| timeoutchicago.com | Travel |
| timeoutchicagokids.com | Travel |
| timeoutnewyorkkids.com | Travel |
| tincantourists.com | Travel |
| yogajournal.com | Women |
| youbeauty.com | Women |
| youlookfab.com | Women |
| yourbridebook.com | Women |
| yourfashionlife.org.uk | Women |
| yourfashionlife.org.uk | Women |
| yourlifeafter25.com | Women |
| yourromanceguide.com | Women |
| yourtango.com | Women |
| yourtrainerpaige.com | Women |
| yp.com | Women |
| yuni.com | Women |

**PULPO Sample Site List**

| Brand | Market | Hostname | Language |
|---|---|---|---|
| Noticias Ya | Albuquerque | noticiasya.com/nuevo-mexico | Spanish |
| Noticias Ya | Boston | noticiasya.com/nueva-inglaterra | Spanish |
| Noticias Ya | Corpus Christi | noticiasya.com/corpus-christi | Spanish |
| Noticias Ya | Denver | noticiasya.com/colorado | Spanish |
| Noticias Ya | El Paso | noticiasya.com/el-paso | Spanish |
| Noticias Ya | Hartford | noticiasya.com/hartford-springfield | Spanish |
| Noticias Ya | Kansas | noticiasya.com/kansas | Spanish |
| Noticias Ya | Laredo | noticiasya.com/laredo | Spanish |
| Noticias Ya | Las Vegas | noticiasya.com/las-vegas | Spanish |
| Noticias Ya | Los Angeles | noticiasya.com/los-angeles | Spanish |
| Noticias Ya | Lubbock | noticiasya.com/lubbock | Spanish |
| Noticias Ya | McAllen | noticiasya.com/el-valle | Spanish |
| Noticias Ya | Midland/Odessa | noticiasya.com/midland-odessa | Spanish |
| Noticias Ya | Monterey | noticiasya.com/monterey-salinas | Spanish |
| Noticias Ya | National News | noticiasya.com | Spanish |
| Noticias Ya | Orlando | noticiasya.com/orlando | Spanish |
| Noticias Ya | Palm Springs | noticiasya.com/palm-springs | Spanish |
| Noticias Ya | Reno | noticiasya.com/reno | Spanish |
| Noticias Ya | San Angelo | noticiasya.com/san-angelo | Spanish |
| Noticias Ya | San Diego | noticiasya.com/san-diego | Spanish |
| Noticias Ya | San Diego | noticiasya.com/frontera | Spanish |
| Noticias Ya | Santa Barbara | noticiasya.com/costa-central | Spanish |
| Noticias Ya | Tampa | noticiasya.com/tampa | Spanish |
| Noticias Ya | Washington DC | noticiasya.com/washington-dc | Spanish |
| Noticias Ya | Yuma/El Centro | noticiasya.com/el-centro | Spanish |
| NBC | Palm Springs | nbcpalmsprings.com | English |
| MyTv | San Diego | mytv13.com | English |
| Fox | Laredo | mylaredofox.com | English |
| Fox | McAllen | foxrio2.com | English |
| Fox | Monterey | kcba.com | English |
| Erazno y La Chokolata | National Shows | elerazno.com | Spanish |
| El Show de Piolin | National Shows | elshowdepiolin.net | Spanish |
| Armida y La Flaka | National Shows | armidaylaflaka.com | Spanish |
| El Genio Lucas | National Shows | alexelgeniolucas.com | Spanish |
| Tricolor | Albuquerque | radiolatricolor.com/nuevo-mexico | Spanish |
| Tricolor | Aspen | radiolatricolor.com/aspen | Spanish |
| Tricolor | Denver | radiolatricolor.com/denver | Spanish |
| Tricolor | El Paso | radiolatricolor.com/el-paso | Spanish |
| Tricolor | Las Vegas | radiolatricolor.com/las-vegas | Spanish |
| Tricolor | Los Angeles | radiolatricolor.com/los-angeles | Spanish |
| Tricolor | Lubbock | radiolatricolor.com/lubbock | Spanish |
| Tricolor | McAllen | radiolatricolor.com/el-valle | Spanish |
| Tricolor | Monterey | radiolatricolor.com/monterey-salinas | Spanish |
| Tricolor | Palm Springs | radiolatricolor.com/palm-springs | Spanish |
| Tricolor | Phoenix | radiolatricolor.com/phoenix | Spanish |
| Tricolor | Reno | radiolatricolor.com/reno | Spanish |
| Tricolor | Sacramento | radiolatricolor.com/sacramento | Spanish |

**PULPO Sample Site List**

| | | | |
|---|---|---|---|
| Tricolor | Stockton/Modesto | radiolatricolor.com/stockton-modesto | Spanish |
| Tricolor | Yuma/El Centro | radiolatricolor.com/el-centro | Spanish |
| The Wolf | Sacramento | 1019thewolf.com | English |
| Super Estrella | Los Angeles | superestrella.com | Spanish |
| Salsa | Orlando | salsa981.com | Spanish |
| Rock | McAllen | q945therock.com | English |
| Mix | McAllen | mix1079.net | English |
| La Suavecita | Denver | radiolasuavecita.com/denver | Spanish |
| La Suavecita | El Paso | radiolasuavecita.com/el-paso | Spanish |
| La Suavecita | Houston | radiolasuavecita.com/houston | Spanish |
| La Suavecita | Las Vegas | radiolasuavecita.com/las-vegas | Spanish |
| La Suavecita | Los Angeles | radiolasuavecita.com/los-angeles | Spanish |
| La Suavecita | McAllen | radiolasuavecita.com/el-valle | Spanish |
| La Suavecita | Monterey | radiolasuavecita.com/monterey-salinas | Spanish |
| La Suavecita | Palm Springs | radiolasuavecita.com/palm-springs | Spanish |
| La Suavecita | Phoenix | radiolasuavecita.com/phoenix | Spanish |
| La Suavecita | Sacramento | radiolasuavecita.com/sacramento | Spanish |
| La Suavecita | Stockton/Modesto | radiolasuavecita.com/stockton-modesto | Spanish |
| La Suavecita | Yuma/El Centro | radiolasuavecita.com/el-centro | Spanish |
| Hot | Sacramento | hot1035.com | English |
| Fox | El Paso | 923thefox.com | English |
| ESPN | Albuquerque | espndeportes1450.com | Spanish |
| ESPN | El Paso | espn1650.com | Spanish |
| ESPN | Lubbock | espn1460am.com | Spanish |
| ESPN | Phoenix | espnradio710am.com | Spanish |
| ESPN | Stockton/Modesto | espn1570.com | Spanish |
| Todo Bebe | National Sites | todobebe.com | Spanish |
| Politica Ya | National Sites | politicaya.com | Spanish |
| Cocina | National Sites | wearecocina.com | English |
| FOX | | foxnewssouthtexas.com | |
| Fuego | | fuegofm.com | |
| Other | | wlqyradio.com | |
| El Boton | | elboton.com | |
| Jose | | josetocamusica.com | |
| Other | | 1031viva.com | |