**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 18** |

**SUPPLEMENT TO DEBTORS' BAR DATE MOTION**

PLEASE TAKE NOTICE that, on February 18, 2020, the Boy Scouts of America (the "BSA") and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors"), filed the *Debtors' Motion, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, And 3003-1, for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice Thereof, (III) Approve Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Victims, and (IV) Approve Confidentiality Procedures for Abuse Victims* [Docket No. 18] (the "Bar Date Motion").

PLEASE TAKE FURTHER NOTICE that pursuant to the Bar Date Motion, the Debtors submit this notice to supplement the Bar Date Motion in advance of any hearing with:

      (i)     a revised proposed order granting the relief requested in the Bar Date Motion (the "Revised Proposed Order");[2]

      (ii)    a revised form of notice of the Bar Dates to be sent to parties in interest other than Abuse Survivors ("Revised General Bar Date Notice");

      (iii)   the form of notice to be sent to known Abuse Survivors (the "Abuse Claims Bar Date Notice");

      (iv)   the form of notice to be sent to and published with respect to unknown Abuse Survivors (the "Abuse Claims Publication Notice");

      (v)    the form of notice to be emailed to unknown Abuse Survivors (the "Abuse Claims Email Notice");

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Bar Date Motion or the Revised Proposed Order as applicable.

(vi)     the proposed Proof of Claim form for Abuse Survivors (the "Abuse Survivor Proof of Claim Form"); and

(vii)    a revised form of confidentiality agreement (the "Revised Confidentiality Agreement"); and

(viii)   the Debtors' plan and other specialized supplement procedures (the "Supplemental Notice Plan," and together with the Revised Proposed Order, the Revised General Bar Date Notice, the Abuse Claims Bar Date Notice, and the Abuse Proof of Claim Form, the "Supplemental Notice Documents").

**PLEASE TAKE FURTHER NOTICE** that the Debtors are currently engaged in discussions with the Tort Claimants' Committee, the Future Claimants' Representative, the Unsecured Creditors Committee, and the Ad Hoc Committee of Local Councils with respect to these documents, and such parties have not agreed to the form of documents as filed.

**PLEASE TAKE FURTHER NOTICE** that the following exhibits are attached hereto:

**Exhibit 1**    Supplemental Notice Plan.

**Exhibit 2**    Revised Proposed Order, which was previously attached to the Bar Date Motion as Exhibit A.

**Exhibit 3**    Redline of the Revised Proposed Order compared against the version originally filed with the Bar Date Motion.

**Exhibit 4**    Revised General Bar Date Notice, which was previously attached to the Bar Date Motion as Exhibit B-1.

**Exhibit 5**    Redline of the Revised General Bar Date Notice compared against the version originally filed with the Bar Date Motion.

**Exhibit 6**    Abuse Claims Bar Date Notice.

**Exhibit 7**    Abuse Claims Publication Notice.

**Exhibit 8**    Abuse Claims Email Notice, which is to be included as an additional method to the Abuse Claims Publication Notice pursuant to the Supplemental Notice Plan.

**Exhibit 9**    Abuse Survivor Proof of Claim Form.

**Exhibit 10**   Revised Confidentiality Agreement, which was previously attached to the Bar Date Motion as Exhibit D.

**Exhibit 11**   Redline of the Revised Confidentiality Agreement compared against the version originally filed with the Bar Date Motion.

Dated:  May 4, 2020
      Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Eric W. Moats*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Joseph C. Barsalona II (No. 6102)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Facsimile:   (302) 425-4664
Email:  dabbott@mnat.com
       aremming@mnat.com
       jbarsalona@mnat.com
       emoats@mnat.com
       ptopper@mnat.com

– and –

SIDLEY AUSTIN LLP
Jessica C. K. Boelter (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 839-5300
Email:  jboelter@sidley.com

– and –

SIDLEY AUSTIN LLP
Thomas A. Labuda (admitted *pro hac vice*)
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Email:  tlabuda@sidley.com
       mandolina@sidley.com
       mlinder@sidley.com
       blair.warner@sidley.com

CO-COUNSEL AND PROPOSED COUNSEL TO
THE DEBTORS AND DEBTORS IN POSSESSION