**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 214, 354** |

**NOTICE OF REVISED LIST OF ORDINARY COURSE PROFESSIONALS**

**PLEASE TAKE NOTICE** that, on April 7, 2020, the Court entered the *Order Authorizing the Debtors to Retain and Compensate Certain Professionals Used in the Ordinary Course of Their Non-Profit Operations,* Nunc Pro Tunc *to the Petition Date* [Docket No. 354] (the "OCP Order"),[2] which authorized the Debtors to retain and compensate the Ordinary Course Professionals identified on Exhibit 1 to the OCP Order (the "Initial OCP List") for post-petition services in the ordinary course of their non-profit operations, in accordance with the procedures set forth therein.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the OCP Order, attached hereto as **Exhibit A** is a revised list of Ordinary Course Professionals (the "Revised OCP List"), which includes certain additional Ordinary Course Professionals and places one Ordinary Course

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Unless otherwise stated, all capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the OCP Order or the *Debtors' Motion for Entry of an Order Authorizing the Debtors to Retain and Compensate Certain Professionals Used in the Ordinary Course of Their Non-Profit Operations,* Nunc Pro Tunc *to the Petition Date* [Docket No. 214] (the "OCP Motion"), as applicable.

Professional that the Debtors included in the Tier 2 category of the Initial OCP List into the Tier 1 category of the Revised OCP List.[3]

**PLEASE TAKE FURTHER NOTICE** that a redline comparison of the Revised OCP List against the Initial OCP List is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that the OCP Declarations for the Ordinary Course Professionals that are the subject of the Revised OCP List are attached hereto as follows:

| | |
|---|---|
| **Exhibit C** | Floyd, Pflueger & Ringer, P.S. |
| **Exhibit D** | Fredrikson & Byron, P.A. |
| **Exhibit E** | Norton Rose Fulbright US LLP |
| **Exhibit F** | Vernis & Bowling of the Florida Keys, P.A. |
| **Exhibit G** | Jones, Skelton & Hochuli, P.L.C. |
| **Exhibit H** | Quinn Emanuel Urquhart & Sullivan LLP |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the OCP Order, any objections to the proposed retention of any of the Ordinary Course Professionals that are the subject of the Revised OCP List must be filed with the Court and served on the Objection Recipients within ten (10) days hereof and state, with specificity, the legal and/or factual bases for the objection.

---

[3] On April 24, 2020, the Court entered the *Order Granting Limited Relief from the Automatic Stay with Respect to Trademark Action of Girl Scouts of the United States of America* [Docket No. 485] (the "Stay Relief Order"), which lifts the automatic stay on a limited basis until July 23, 2020 to permit Girl Scouts and the BSA to mediate the Trademark Action; thereafter, the stay shall be lifted, solely with respect to the Trademark Action, to permit the Trademark Action to proceed in the District Court. In light of the Stay Relief Order, the Revised OCP List includes the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, which serves as defense counsel for the BSA in the Trademark Action, as a Tier 1 Ordinary Course Professional. Capitalized terms in this footnote and not otherwise defined in this *Notice of Revised List of Ordinary Course Professionals*, the OCP Order or the OCP Motion shall have the meanings ascribed to such terms in the Stay Relief Order.

| | |
|---|---|
| Dated: May 4, 2020<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Eric W. Moats*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Joseph C. Barsalona II (No. 6102)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@mnat.com<br>  aremming@mnat.com<br>  jbarsalona@mnat.com<br>  emoats@mnat.com<br>  ptopper@mnat.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Jessica C. K. Boelter (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-5300<br>Email: jboelter@sidley.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Thomas A. Labuda (admitted *pro hac vice*)<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Email: tlabuda@sidley.com<br>  mandolina@sidley.com<br>  astromberg@sidley.com<br>  mlinder@sidley.com<br><br>CO-COUNSEL AND PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION |