# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| BOY SCOUTS OF AMERICA AND | : | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC[1], | : | |
| | : | *Jointly Administered* |
| | : | |
| Debtors. | : | **Ref. No. 545** |

## CERTIFICATE OF SERVICE

I, Kristi J. Doughty, hereby certify under penalty of perjury that on May 4, 2020 I caused a true and correct copy of the *Motion for Relief from Stay* filed on behalf of Courtney Knight and Stephen Knight, jointly as the surviving parents of E.J.K, a minor child, and Stephen Knight as Personal Representative of the Estate of E.J.K (hereinafter "Motion") with all exhibits (Ref. No. 545), to be served on the parties requesting electronic service and on May 5, 2020 at the mailing addresses specified on the attached Service List.

The types of service made on the parties was by U.S. first class mail and through the Court's CM/ECF system.

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated: May 5, 2020  By: /s/ Kristi J. Doughty
    Richard A. Barkasy (#4683)
    Kristi J. Doughty (#3826)
    SCHNADER HARRISON SEGAL & LEWIS LLP
    824 North Market Street, Suite 800
    Wilmington, DE 19801
    Telephone: (302) 482-4038
    Facsimile: (302) 888-1696
    rbarkasy@schnader.com
    kdoughty@schnader.com

*Attorneys for Courtney and Stephen Knight, Jointly As the Surviving Parents of E.J.K, a minor child, and Stephen Knight as Personal Representative of the Estate of E.J.K*