# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2020, the *Second Supplemental Declaration of James L. Patton, Jr. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a)* [D.I. 551], the *Declaration of the Future Claimants' Representative Pursuant to Large Case Fee Guidelines in Support of Application for Order Authorizing Him to Retain and Employ Young Conaway Stargatt & Taylor, LLP as of the Petition Date* [D.I. 552], and the *First Supplemental Declaration of Edwin J. Harron Pursuant to Federal Rule of Bankruptcy Procedure 2014(a)* [D.I. 553] were caused to be served via first class mail unless otherwise indicated upon the parties identified in the attached service list.

Dated: May 5, 2020                  YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                              */s/ Edwin J. Harron*
                                              Edwin J. Harron (No. 3396)
                                              Rodney Square
                                              1000 North King Street
                                              Wilmington, Delaware 19801
                                              Telephone: (302) 571-6600
                                              Facsimile: (302) 571-1253
                                              Email: eharron@ycst.com

                                              *Proposed Counsel to the Future Claimants' Representative*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

26462745.1

**HAND DELIVERY**
Derek C. Abbott, Andrew R. Remming,
Joseph C. Barsalona II, Eric W. Moats,
and Paige N. Topper
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
Wilmington, DE 19801

Jessica C. K. Boelter
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Cassandra Burton
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026

Kate P. Foley
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581

Adam J. Goldberg
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4834

**HAND DELIVERY**
Eric Lopez Schnabel
Alessandra Glorioso
Dorsey & Whitney (Delaware) LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801

**HAND DELIVERY**
Brett D. Fallon
Brya M. Keilson
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

James F. Conlan, Thomas A. Labuda,
Michael C. Andolina, and Matthew E. Linder
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

**HAND DELIVERY**
Office of the United States Trustee
Attn: David L. Buchbinder and Hannah M. McCollum
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Paul W. Carey
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608

Jeffrey E. Bjork
Kimberly A. Posin
Nicholas J. Messana
Latham & Watkins LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560

**HAND DELIVERY**
Michael J. Merchant and Brett M. Haywood
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Bruce R. Ewing
Eric Lopez Schnabel
Dorsey & Whitney LLP
51 West 52nd Street
New York, NY 10019

Margaret M. Anderson
Fox Swibel Levin & Carroll LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606

Riley C. Walter
Wanger Jones Helsley, PC
265 E. River Park Circle, Suite 310
Fresno, CA 93720

Michael Marchese
Sequoia Council of BoyScouts, Inc.
6005 N. Tamera Avenue
Fresno, CA 93711

**HAND DELIVERY**
Matthew P. Ward
Morgan L. Patterson
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801

John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

**HAND DELIVERY**
David M. Fournier
Marcy J. McLaughlin Smith
Pepper Hamilton LLP
Hercules Plaza
1313 Market Street, Suite 5100
Wilmington, DE 19801

Matthew G. Roberts
Troutman Sanders LLP
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308

Jason P. Hood
Davies Hood PLLC
22 North Front Street, Suite 620
Memphis, TN 38103-2100

Jan T. Perkins
Baker Manock & Jensen, PC
5260 North Palm Avenue, Suite 421
Fresno, CA 93704

Louis R. Strubeck, Jr.
Kristian W. Gluck
Ryan E. Manns
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541

Eric S. Goldstein
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

Harris B. Winsberg
Troutman Sanders LLP
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308

Todd C. Jacobs
Bradley Riley Jacobs PC
320 W. Ohio Street, Suite 3W
Chicago, IL 60654

Daniel W. Van Horn
Butler Snow LLP
P.O. Box 171443
Memphis, TN 38187-1443

Craig T. Fessenden
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026

Thomas S. Neuberger
Stephen J. Neuberger
The Neuberger Firm
17 Harlech Drive
Wilmington, DE 19807

Bruce W. Leaverton
Karr Tuttle Campbell, P.S.
701 Fifth Avenue, Suite 3300
Seattle, WA 98104

Richard J. Bernard
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

John A. Vos
1430 Lincoln Avenue
San Rafael, CA 94901

Jay Jaffe
Faegre Drinker Biddle & Reath LLP
600 E. 96th Street, Suite 600
Indianapolis, IN 46240

**HAND DELIVERY**
Brian J. McLaughlin
Rachel B. Mersky
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

Raeann Warner
Thomas C. Crumplar
Jacobs & Crumplar, P.A.
750 Shipyard Drive, Suite 200
Wilmington, DE 19801

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207

Missouri Department of Revenue
Bankruptcy Unit
Attn: Steven A. Ginther
P.O. Box 475
Jefferson City, MO 65105-0475

Victor Vilaplana
Foley & Lardner LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130

**HAND DELIVERY**
Patrick A. Jackson
Kaitlin W. MacKenzie
Faegre Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Deb Secrest
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121

**HAND DELIVERY**
Jeffrey R. Waxman
Eric J. Monzo
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Angela Z. Miller
Phillips Lytle LLP
One Canalside
125 Main Street
Buffalo, NY 14203

Joshua D. Weinberg
Shipman & Goodwin LLP
1875 K Street NW, Suite 600
Washington, DC 20006-1251

**HAND DELIVERY**
Deirdre M. Richards
Fineman Krekstein & Harris PC
1300 N. King Street
Wilmington, DE 19801

Craig Goldblatt
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006

Tad Thomas
Louis C. Schneider
Thomas Law Offices, PLLC
9418 Norton Commons Blvd., Suite 200
Louisville, KY 40059

Bradley L. Rice
Nagel Rice LLP
103 Eisenhower Parkway
Roseland, NJ 07068

Cindy L. Robinson
Doug Mahoney
Tremont Sheldon Robinson Mahoney P.C.
64 Lyon Terrace
Bridgeport, CT 06604

Abigail W. Williams
Shipman & Goodwin LLP
1875 K Street NW, Suite 600
Washington, DC 20006-1251

Tara LeDay
McCreary, Veselka, Bragg & Allen, P.C.
P. O. Box 1269
Round Rock, TX 78680

Susan N.K. Gummow
Igor Shleypak
Foran Glennon Palandech Ponzi & Rudloff, P.C.
222 N. LaSalle Sreet, Suite 1400
Chicago, IL 60614

Richard G. Mason
Douglas K. Mayer
Joseph C. Celentino
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

Paul A. Fanning
Ward and Smith, P.A.
P.O. Box 8088
Greenville, NC 27835-80

**HAND DELIVERY**
Mark L. Desgrosseilliers
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801

Thomas Moers Mayer, Rachael Ringer,
David E. Blabey, Jr., Jennifer R. Sharret,
and Megan M. Wasson
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

**HAND DELIVERY**
Kurt F. Gwynne
Katelin A Morales
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

Joseph H. Lemkin
Stark & Stark, P.C.
P.O. Box 5315
Princeton, NJ 08543

**HAND DELIVERY**
James I. Stang, Robert B. Orgel, James E. O'Neill,
John W. Lucas, and Ilan D. Scharf
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801

Gerald D. Jowers, Jr.
Janet, Janet & Scuggs, LLC
500 Taylor Street, Suite 301
Columbia, SC 29201

**HAND DELIVERY**
Karen C. Bifferato
Kelly M. Conlan
Connolly Gallagher LLP
1201 N. Market Street, 20th Floor
Wilmington, DE 19801

Michael P. Pompeo
Faegre Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036-2714

**HAND DELIVERY**
William P. Bowden
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

**HAND DELIVERY**
David M. Klauder
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801

Michael T. Pfau
Jason P. Amala
Vincent T. Nappo
Pfau Cochran Vertetis Amala PLLC
403 Columbia Street, Suite 500
Seattle, WA 98104

Alan C. Hochheiser
Maurice Wutscher LLP
23611 Chagrin Blvd., Suite 207
Beachwood, OH 44122

Anne Andrews
John C. Thornton
Andrews & Thornton
4701 Von Karman Avenue, Suite 300
Newport Beach, CA 92660

Anthony M. Saccullo
Mary E. Augustine
A.M. Saccullo Legal, LLC
27 Crimson King Drive
Bear, DE 19701

Matthew S. Sorem
Nicolaides Fink Thorpe Michaelides Sullivan LLP
10 S. Wacker Drive, 21st Floor
Chicago, IL 60606

Ryan S. Smethurst
Margaret H. Warner
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531

David A. Lebowitz  
Kaufman Lieb Lebowitz & Frick LLP  
10 East 40th Street, Suite 3307  
New York, NY 10016  

**HAND DELIVERY**  
Stamatios Stamoulis  
Richard C. Weinblatt  
Stamoulis & Weinblatt LLC  
800 N. West Street, Suite 800  
Wilmington, DE 19801  

**HAND DELIVERY**  
Michael J. Joyce  
The Law Offices of Joyce, LLC  
1225 King Street, Suite 800  
Wilmington, DE 19801  

Kevin Coughlin, Lorraine Armenti, Michael Hrinewski  
Coughlin Duffy, LLP  
350 Mount Kemble Avenue  
P.O. Box 1917  
Morristown, NJ 0796  

**HAND DELIVERY**  
Richard W. Riley  
Whiteford Taylor & Preston LLC  
The Renaissance Centre  
405 North King Street, Suite 500  
Wilmington, DE 19801  

**HAND DELIVERY**  
R. Karl Hill  
Seitz, Van Ogtrop & Green, P.A.  
222 Delaware Avenue, Suite 1500  
Wilmington, DE 19801  

Kim V. Marrkand  
Nancy D. Adams  
Laura Bange Stephens  
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.  
One Financial Center  
Boston, MA 02111  

Shawn M. Christianson  
Buchalter, A Professional Corporation  
55 Second Street, 17th Floor  
San Francisco, CA 94105-3493  

Tancred Schiavoni  
O'Melveny & Myers LLP  
Times Square Tower  
7 Times Square  
New York, NY 10036-6537  

Britton C. Lewis  
Carruthers & Roth, P.A.  
235 N. Edgeworth Street  
P.O. Box 540  
Greensboro, NC 27401  

Todd M. Brooks  
Whiteford Taylor & Preston LLP  
Seven Saint Paul Street, 15th Floor  
Baltimore, MD 21202-1626  

Christopher S. Murphy, Assistant Attorney General  
c/o Sherri K. Simpson, Paralegal  
Attorney General's Office  
Bankruptcy & Collections Division  
P.O. Box 12548  
Austin, TX 78711-2548  

Douglas R. Gooding  
Jonathan D. Marshall  
Michael J. Foley, Jr.  
Choate, Hall & Stewart LLP  
Two International Place  
Boston, MA 02110  

William E. Winfield  
Nelson Comis Kettle & Kinney LLP  
300 E. Esplanade Drive, Suite 1170  
Oxnard, CA 93036

**HAND DELIVERY**
Richard A. Barkasy
Kristi J. Doughty
Schnader Harrison Segal & Lewis LLP
824 N. Market Street, Suite 800
Wilmington, DE 19801