**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and<br>Delaware BSA, LLC,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered)<br><br>**Re: Docket No. 468** |

**CERTIFICATION OF COUNSEL SUBMITTING REVISED ORDER
DETERMINING THAT THE CREDITORS' COMMITTEE IS NOT REQUIRED TO
PROVIDE ACCESS TO CONFIDENTIAL OR PRIVILEGED INFORMATION OF THE
DEBTORS AND FIXING CREDITOR INFORMATION SHARING PROCEDURES AND
PROTOCOLS UNDER 11 U.S.C. §§ 105(a), 107(b), AND 1102(b)(3)
<u>EFFECTIVE AS OF MARCH 4, 2020</u>**

I, Katelin A. Morales, certify as follows:

1.　　I am an attorney with Reed Smith LLP and serve as proposed Delaware counsel to the Official Committee of Unsecured Creditors (the "<u>Creditors' Committee</u>") of the Boy Scouts of America and Delaware BSA, LLC, the above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>").

2.　　On April 20, 2020, the Creditors' Committee filed the Motion for the Official Committee of Unsecured Creditors for an Order Determining that the Creditors' Committee is Not Required to Provide Access to Confidential or Privileged Information of the Debtors and Fixing Creditor Information Sharing Procedures and Protocols Under 11 U.S.C. §§ 105(a), 107(b), and 1102(b)(3) Effective as of March 4, 2020 (the "<u>Motion</u>" D.I. 468).

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

3. I have reviewed the Court's docket in these proceedings and, as of the date hereof, no objections or responses to the Motion have been filed on this Court's docket. Pursuant to the Notice of Motion, objections or responses to the Motion were to be filed and served no later than May 4, 2020, at 4:00 p.m. (Eastern).

4. Attached as <u>Exhibit A</u> is a clean copy of a revised form of Order Determining that the Creditors' Committee is Not Required to Provide Access to Confidential or Privileged Information of the Debtors and Fixing Creditor Information Sharing Procedures and Protocols Under 11 U.S.C. §§ 105(a), 107(b), and 1102(b)(3) Effective as of March 4, 2020 (the "<u>Proposed Order</u>"). The revisions to the proposed form of order attached to the Motion were made to address informal comments received from the Office of the United States Trustee (David Buchbinder, Esq.) and counsel to the Debtors.

5. A redline showing all revisions to the original proposed order (as attached to the Motion) is attached as <u>Exhibit B</u>.

6. The Office of the United States Trustee (David L. Buchbinder, Esq.) and counsel to the Debtors have reviewed the Proposed Order and, under the facts and circumstances of these cases, do not object to its entry.

6. Based on the foregoing, the Creditors' Committee respectfully requests that the Court enter the Proposed Order attached as <u>Exhibit A</u>.

Pursuant to 28 U.S.C. § 1746(2), I hereby certify that the foregoing is true and correct.

Dated: May 5, 2020
      Wilmington, Delaware

Respectfully submitted,

**REED SMITH LLP**

By: */s/ Katelin A. Morales*
Kurt F. Gwynne (No. 3951)
Katelin A Morales (No. 6683)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail: kgwynne@reedsmith.com
E-mail: kmorales@reedsmith.com

-and-

**KRAMER LEVIN NAFTALIS
  & FRANKEL LLP**
Thomas Moers Mayer, Esquire
Rachael Ringer, Esquire
David E. Blabey, Jr., Esquire
Jennifer R. Sharret, Esquire
Megan M. Wasson, Esquire
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
E-mail: tmayer@kramerlevin.com
E-mail: rringer@kramerlevin.com
E-mail: dblabey@kramerlevin.com
E-mail: jsharret@kramerlevin.com
E-mail: mwasson@kramerlevin.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*