IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 204, 426, 498**<br><br>**Hearing Date: May 6, 2020 at 2:00 p.m. (ET)** |

**NOTICE OF SUPPLEMENTAL AUTHORITY BY SIDLEY AUSTIN LLP
IN FURTHER SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN
ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF SIDLEY
AUSTIN LLP AS ATTORNEYS FOR THE DEBTORS AND
<u>DEBTORS IN POSSESSION, *NUNC PRO TUNC* TO THE PETITION DATE</u>**

Sidley Austin LLP ("Sidley") hereby files this Notice of Supplemental Authority in Further Support of Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date. (ECF No. 204.)

1. At the conclusion of the May 4, 2020 hearing, the Court asked counsel to address the situation where the lawyer and the client disagree about whether there is a conflict.

2. Sidley submits as supplemental authority two opinions that provide guidance as to how courts should respond in such a situation: "If reasonable minds could differ as to the propriety of counsel's conduct, the court should deny the motion to disqualify." *Muzzy Prods.*

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*Corp. v. Primos, Inc.*, No. 05-cv-0182, 2006 WL 8434062, at *12 (N.D. Ga. Aug. 21, 2006); *see also In re Banco Santos, S.A.*, No. 10-47543, 2014 WL 5655025, at *15 (Bankr. S.D. Fla. Nov. 3, 2014) ("[C]ourts will not deprive an attorney of the opportunity to practice his profession on the basis of a determination after the fact that conduct is unethical if responsible attorneys would differ in appraising the propriety of the conduct." (citation and internal quotation marks omitted)). These cases are consistent with the cases Sidley previously cited holding that, in the Third Circuit, disqualification is "never automatic," and instead, must be analyzed based on the particular facts of the case. (ECF No. 529 at ¶ 49, p. 24.)

3. The *Muzzy Products Corp.* and *In re Banco Santos, S.A.* opinions are attached as Exhibits A and B to this Notice.

Dated: May 6, 2020
      Wilmington, Delaware

CROSS & SIMON, LLC

*/s/ Christopher P. Simon*
Christopher P. Simon (No. 3697)
1105 North Market Street
Suite 901
Wilmington, DE 19801
Telephone: (302) 777-4200

– and –

SIDLEY AUSTIN LLP
James W. Ducayet (*pro hac vice*)
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
jducayet@sidley.com

*Attorneys for Sidley Austin LLP*