**CERTIFICATE OF SERVICE**

     I, Christopher P. Simon, hereby certify that, on May 6, 2020, and in addition to the service provided under the Court's CM/ECF system, I caused copies of the *Notice of Supplemental Authority by Sidley Austin LLP in Further Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, Nunc Pro Tunc to the Petition Date* to be served upon the parties listed on the attached service list via electronic mail.

                                             */s/ Christopher P. Simon*
                                             Christopher P. Simon (No. 3697)

**SERVICE LIST**

| | |
|---|---|
| Derek C. Abbott, Esq.<br>Andrew R. Remming, Esq.<br>Joseph C. Barsalona II, Esq.<br>Eric W. Moats, Esq.<br>Paige N. Topper, Esq.<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street, 16th Floor<br>Wilmington, Delaware 19899-1347<br>dabbott@mnat.com<br>aremming@mnat.com<br>jbarsalona@mnat.com<br>emoats@mnat.com<br>ptopper@mnat.com | Tancred Schiavoni, Esq.<br>Janine Panchok-Berry, Esq.<br>O'MELVENY & MYERS LLP<br>Times Square Tower, Esq.<br>7 Times Square<br>New York, New York 10036-6537<br>tschiavoni@omm.com<br>jpanchok-berry@omm.com |
| David L. Buchbinder, Esq.<br>Hannah M. McCollum, Esq.<br>OFFICE OF THE UNITED STATES TRUSTEE<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>David.L.Buchbinder@usdoj.gov<br>Hannah.McCollum@usdoj.gov | Stamatios Stamoulis, Esq.<br>STAMOULIS & WEINBLATT LLC<br>800 N. West Street, Third Floor<br>Wilmington, Delaware 19801<br>stamoulis@swdelaw.com |
| Kurt F. Gwynne, Esq.<br>Katelin A Morales, Esq.<br>REED SMITH LLP<br>1201 N. Market Street, Suite 1500<br>Wilmington, DE 19801<br>kgwynne@reedsmith.com<br>kmorales@reedsmith.com | Thomas Moers Mayer, Esq.<br>Rachael Ringer, Esq.<br>Jennifer Sharret, Esq.<br>Megan Wasson, Esq.<br>David E. Blabey, Esq.<br>KRAMER LEVIN NAFTALIS<br>  & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>tmayer@kramerlevin.com<br>rringer@kramerlevin.com<br>jsharret@kramerlevin.com<br>mwasson@kramerlevin.com<br>dblabey@kramerlevin.com |

| | |
|---|---|
| Robert S. Brady, Esq.<br>Edwin J. Harron, Esq.<br>Sharon M. Zieg, Esq.<br>Sara Beth A.R. Kohut, Esq.<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>rbrady@ycst.com<br>eharron@ycst.com<br>szieg@ycst.com<br>skohut@ycst.com | Louis R. Strubeck, Jr., Esq.<br>Kristian W. Gluck, Esq.<br>Ryan E. Manns, Esq.<br>NORTON ROSE FULBRIGHT US LLP<br>2200 Ross Avenue, Suite 3600<br>Dallas, Texas 75201-7932<br>louis.strubeck@nortonrosefulbright.com<br>kristian.gluck@nortonrosefulbright.com<br>ryan.manns@nortonrosefulbright.com |
| Matthew P. Ward, Esq.<br>Morgan L. Patterson, Esq.<br>WOMBLE BOND DICKINSON (US) LLP<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>matthew.ward@wbd-us.com<br>morgan.patterson@wbd-us.com | James I. Stang, Esq.<br>Robert B. Orgel, Esq.<br>James E. O'Neill, Esq.<br>John W. Lucas, Esq.<br>Ilan D. Scharf, Esq.<br>Maxim B. Litvak, Esq.<br>John A. Morris, Esq.<br>Linda Cantor, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 North Market Street, 17th Floor<br>Wilmington, Delaware 19801<br>jstang@pszjlaw.com<br>rorgel@pszjlaw.com<br>joneill@pszjlaw.com<br>jlucas@pszjlaw.com<br>ischarf@pszjlaw.com<br>mlitvak@pszjlaw.com<br>jmorris@pszjlaw.com<br>lcantor@pszjlaw.com |