IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Case No. 20-10343 (LSS)<br>Jointly Administered<br>Objection Deadline: May 28, 2020<br>Hearing Date: June 18, 2020 |

**NOTICE OF MOTION OF TIMOTHY AND KAREN SPAHR, INDIVIDUALLY AND AS NEXT FRIEND OF ZRS, A MINOR PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE AND THE PLAN INJUNCTION TO LIQUIDATE THEIR CLAIMS AND COLLECT FROM APPLICABLE INSURANCE PROCEEDS**

PLEASE TAKE NOTICE, that on May 6, 2020, Timothy and Karen Spahr, Individually and Next fried of ZRS, a minor, by and through counsel, filed and served the **Motion of Timothy and Karen Spahr, individually and as Next Friend of ZSR, a minor for an Order for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code and the Plan Injunction to Liquidate Her Claim and Collect from Applicable Insurance Proceeds** (the "Motion"), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "**Bankruptcy Court**").

HEARING ON THE MOTION WILL BE HELD ON June 18, 2020 AT 10 a.m. BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN, UNITED STATES BANKRUPTCY COURT, 824 MARKET STREET, 6th FLOOR, COURTROOM #2, WILMINGTON, DELAWARE 19801.

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(c)) to the attached motion by the Objection Deadline.

At the same time, you must also serve a copy of the response upon Movant's counsel:

The hearing date specified above may be a preliminary hearing or may be consolidated with final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered on/or for the purpose of stipulating to relevant facts.

Respectfully submitted,

JACOBS & CRUMPLAR, P.A.

/s/ Raeann Warner
**RAEANN WARNER, ESQ. (#4931)**
750 Shipyard Dr., Suite 200
Wilmington, Delaware   19801
(302) 656-5445
Raeann@jcdelaw.com
*Attorney for Plaintiffs*

Dated:  May 6, 2020