IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                            Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Ref. Docket No. 495** |

**NOTICE OF FILING OF AMENDED DECLARATION OF KAMI E. QUINN
AND APPENDIX IN SUPPORT OF THE APPLICATION OF THE FUTURE
CLAIMANTS' REPRESENTATIVE FOR AN ORDER AUTHORIZING
THE RETENTION AND EMPLOYMENT OF GILBERT LLP AS
<u>SPECIAL INSURANCE COUNSEL, EFFECTIVE AS OF MARCH 19, 2020</u>**

PLEASE TAKE NOTICE that, on April 27, 2020, James L. Patton, Jr., the duly-appointed legal representative for future claimants (the "Future Claimants' Representative"), filed the *Application of the Future Claimants' Representative for an Order Authorizing the Retention and Employment of Gilbert LLP as Special Insurance Counsel, Effective as of March 19, 2020* (the "Application") [Docket No. 495]. The declaration of Kami E. Quinn in support of the Application (the "Quinn Declaration") was attached as Exhibit A to the Application. Attached as an appendix to the Quinn Declaration was a summary of the results of Gilbert's search for connections to the entities listed on the Debtors' list of potential parties in interest (the "Original Appendix").

PLEASE TAKE FURTHER NOTICE that attached hereto as <u>Exhibit 1</u> is an amended Quinn Declaration (the "Amended Quinn Declaration") clarifying and providing additional information in response to inquiries received from the U.S. Trustee.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

26448115.3

PLEASE TAKE FURTHER NOTICE that a blackline comparing the Quinn Declaration to the Amended Quinn Declaration is attached hereto as Exhibit 2.

PLEASE TAKE FURTHER NOTICE that attached hereto as Exhibit 3 is a corrected appendix (the "Corrected Appendix") providing additional details inadvertently omitted from the Original Appendix.

PLEASE TAKE FURTHER NOTICE that a blackline comparing the Original Appendix to the Corrected Appendix is attached hereto as Exhibit 4.

| | |
|---|---|
| Dated: May 6, 2020 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | /s/ Edwin J. Harron |
| | Robert S. Brady (No. 2847) |
| | Edwin J. Harron (No. 3396) |
| | Sharon M. Zieg (No. 4196) |
| | Sara Beth A.R. Kohut (No. 4137) |
| | Rodney Square |
| | 1000 North King Street |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 571-6600 |
| | Facsimile: (302) 571-1253 |
| | Email: rbrady@ycst.com |
| | eharron@ycst.com |
| | szieg@ycst.com |
| | skohut@ycst.com |
| | |
| | *Proposed Counsel to the Future Claimants' Representative* |