# Exhibit B

# OLD REPUBLIC INSURANCE COMPANY

## COMMERCIAL GENERAL LIABILITY DECLARATIONS

**POLICY NUMBER**
MWZY 309927

MWZY 306938
RENEWAL OF NUMBER

**POLICYHOLDER SERVICE OFFICE:**
Old Republic Risk Management, Inc.
445 South Moorland Road, Suite 300
Brookfield, WI 53005
(877) 797-3400

**PRODUCER #409**
McQueary Henry Bowles Troy, LLP
Dallas, TX

**NAMED INSURED AND MAILING ADDRESS**
Boy Scouts of America, National Council and all of its affiliates and subsidiaries and
all Local Councils and all their affiliates and subsidiaries and Learning for Life
1325 Walnut Hill Lane
Irving, TX 75062

**POLICY PERIOD: FROM** 03/01/17 **TO** 03/01/18   AT 12:01 A.M. STANDARD TIME AT THE NAMED INSURED'S MAILING ADDRESS SHOWN ABOVE.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF
THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

| LIMITS OF LIABILITY | |
|---|---|
| PERSONAL INJURY, PROPERTY DAMAGE AND MALPRACTICE LIMIT OF LIABILITY    $1,000,000 | Combined, Each Occurrence |

| PREMIUM |
|---|
| STATE TAX OR OTHER (IF APPLICABLE)   $ ▮ |
| TOTAL PREMIUM (SUBJECT TO AUDIT)   $ ▮ |
| PREMIUM SHOWN IS PAYABLE:   $ ▮ AT INCEPTION   $ ▮ AT EACH ANNIVERSARY (IF POLICY PERIOD IS MORE THAN ONE YEAR AND PREMIUM IS PAID IN ANNUAL INSTALLMENTS) |
| AUDIT PERIOD (IF APPLICABLE)    ☐ ANNUALLY    ☐ SEMI-ANNUALLY    ☐ QUARTERLY    ☐ MONTHLY |

| ENDORSEMENTS |
|---|
| ENDORSEMENTS ATTACHED TO THIS POLICY: |
| See Forms Index |

THESE DECLARATIONS, TOGETHER WITH THE COMMERCIAL GENERAL LIABILITY POLICY AND ANY
ENDORSEMENT(S), COMPLETE THE ABOVE NUMBERED POLICY.

Countersigned (Date): 03/08/17    By (Authorized Representative): *Gary Nies*

GL 409 027 0316                                                                 Page 1 of 1