# IN THE UNITED STATES BANKRUPTCY
# COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>Jointly Administered<br>**Corrected** Objection Deadline:<br>May 27, 2020 @ 4 p.m. EST<br>**Corrected** Hearing Date: June 8, 2020 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2020, I caused to be served a true and correct copy of the foregoing *Motion of Timothy and Karen Spahr, individually and as Next Friend of ZSR, a minor for an Order for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code and the Plan Injunction to Liquidate Their Claims and Collect from Applicable Insurance Proceeds* upon all parties that are registered or otherwise entitled to receive electronic notification pursuant to the ECF procedures in this District, and via regular U.S. mail to the following:

    Via Email: eperkins@sheehyware.com
                  iguidry@sheehyware.com
    Via Fax: 713-951-1199
    Mr. R. Edward Perkins
    Sheehy Ware and Pappas, P.C.
    2500 Houston Center
    909 Fannin St.
    Houston, TX 77010-1003

Via Email:     bsanford@bairhilty.com
Via Fax:       (713) 868-9444
Mr. Bill Sanford
14711 Pebble Bend Drive
Houston, Texas 77068-2923

                                      **JACOBS & CRUMPLAR, P.A.**

                                      /s/ Raeann Warner
                                      **RAEANN WARNER, ESQ. (#4931)**
                                      750 Shipyard Dr., Suite 200
                                      Wilmington, Delaware  19801
                                      (302) 656-5445
                                      Raeann@jcdelaw.com
Dated:  May 7, 2020                    *Attorney for Plaintiffs*