**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**DECLARATION OF MICHAEL MAZURCZAK ON BEHALF OF ORDINARY COURSE PROFESSIONAL MELICK & PORTER, LLP**

I, MICHAEL MAZURCZAK , hereby declare under penalty of perjury as follows:

1. I am a Member of Melick & Porter, LLP**,** located at One Liberty Square, Boston, MA 02109 (the "Firm").

2. This declaration (this "Declaration") is submitted in accordance with that certain *Order Authorizing the Debtors to Employ and Compensate Professionals Used in the Ordinary Course of Business,* Nunc Pro Tunc *to the Petition Date* [Docket No. 354] (the "OCP Order"). All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the OCP Order.

3. The debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors") have requested that the Firm provide services to the Debtors, and the Firm has consented to provide such services (the "Services").

4. The Services include, without limitation, the following: legal defense of the BSA and various parties in interest, against lawsuits brought by multiple plaintiff's alleging that they were sexually abused as minors while in the care of the BSA The services have included removing

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

cases from state court to federal court, filing notices regarding pending motions in the adversary proceeding, requesting extensions of time to answer, conferencing with Judges and other court personnel when necessary, and providing courts with status updates upon request. Annexed hereto as Appendix A is a list of the matters in which Melick & Porter, LLP is providing the aforementioned services.

5. The Firm may in the past have performed, may currently perform, and may in the future perform services in matters unrelated to the Debtors' chapter 11 cases for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practices, the Firm is employed in cases, proceedings, and transactions involving many different parties, some of whom may represent or be parties in interest in these chapter 11 cases. The Firm does not perform services for any such party in interest in connection with the chapter 11 cases. In addition, the Firm does not represent or hold any interest adverse to the Debtors or their estates with respect to the matters on which the Firm is to be employed.

6. Neither I, nor any principal of, nor any professional employed by the Firm has agreed to share, or will share, any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

7. As of the commencement of these chapter 11 cases on February 18, 2020 (the "Petition Date"), the Debtors owed the Firm $10,789.57 in respect of services provided to the Debtors.

8. As of the Petition Date, the Firm held a retainer from the Debtors in the amount of $20,000.

9. The Firm estimates that its average monthly compensation during these chapter 11 cases will be approximately $5,000.

10. The Firm has reviewed the OCP Order and understands the limitations on compensation and reimbursement of expenses thereunder. Specifically, the Firm understands that in the event that it exceeds the applicable OCP Cap, the Firm will be required to file with the Court an application for allowance and payment of any fees and/or expenses that exceed such OCP Cap in accordance with sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules and the Local Rules, and any applicable orders or procedures of the Court.

11. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors and if, upon the conclusion of such inquiry, or at any time during the period of its retention, the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 5, 2020
BOSTON, MA

*/s/ Michael Mazurczak*

MICHAEL MAZURCZAK

**APPENDIX A:**

1) A.L. v. Boy Scouts of America, et al.
United States District Court, Northern District of New York
20-CV-181
The matter is currently stayed. A status report is due on May 26, 2020 to advise the Court as to the continuation of the preliminary injunction and motion to consolidate.

2) Bernard Rich v. Boy Scouts of America
The complaint was never filed.

3) C.B., and R.E.M. v. Boy Scouts of America, et al.
United States District Court, Northern District of New York
20-CV-178
The matter is currently stayed. A status report is due on May 26, 2020 to advise the Court as to the continuation of the preliminary injunction and motion to consolidate.

4) D.W. v. Boy Scouts of America, et al,
United States District Court, Southern District of New York
20-CV-1383
Matter currently stayed. Must advise the Court as to the continuation of the preliminary injunction and motion to consolidate.

5) Michael Schall v. Boy Scouts of America, et al.,
United States District Court, Western District of New York
20-CV-220
The matter is currently stayed. Must advise the Court as to the continuation of the preliminary injunction and motion to consolidate.

6) Daniel Traina v. Boy Scouts of America, et al.,
United States District Court, Western District of New York
20-CV-203
The matter is currently stayed. Must advise the Court as to the continuation of the preliminary injunction and motion to consolidate.

7) Terrance Traina v. Boy Scouts of America, et al.,
United States District Court, Western District of New York
20-CV-202
The matter is currently stayed. Must advise the Court as to the continuation of the preliminary injunction and motion to consolidate.

8) Robert O'Donnell v. Boy Scouts of America, et al.,
United States District Court, Western District of New York

20-CV-214
The matter is currently stayed. Must advise the Court as to the continuation of the preliminary injunction and motion to consolidate.

9) Maurice DiLuzio v. Boy Scouts of America, et al.,
United States District Court, Western District of New York
20-CV-209
The matter is currently stayed. Must advise the Court as to the continuation of the preliminary injunction and motion to consolidate.

10) A.P., C.B., and J.C. v. Boy Scouts of America, et al.,
United States District Court, Northern District of New York
20-CV-167
The matter is currently stayed. A status report is due on May 26, 2020 to advise the Court as to the continuation of the preliminary injunction and motion to consolidate.

11) J.B. v. Boy Scouts of America, et al.,
United States District Court, Northern District of New York
20-CV-180
The matter is currently stayed. A status report is due on May 26, 2020 to advise the Court as to the continuation of the preliminary injunction and motion to consolidate.

12) J.D., R.P., and R.S. v. Boy Scouts of America, et al.,
United States District Court, Northern District of New York
20-CV-182
The matter is currently stayed. A status report is due on May 26, 2020 to advise the Court as to the continuation of the preliminary injunction and motion to consolidate.

13) Edward Cichon v. Boy Scouts of America, et al.,
United States District Court, Western District of New York
20-CV-200
The matter is currently stayed. Must advise the Court as to the continuation of the preliminary injunction and motion to consolidate.

14) R.E.S. v. Boy Scouts of America, et al.,
United States District Court, Northern District of New York
20-CV-164
The matter is currently stayed. A status report is due on May 26, 2020 to advise the Court as to the continuation of the preliminary injunction and motion to consolidate.

15) Daniel Jendrowski v. Boy Scouts of America, et al.,
United States District Court, Western District of New York
20-CV-205

The matter is currently stayed. A status report is due on May 26, 2020 to advise the Court as to the continuation of the preliminary injunction and motion to consolidate.

16) J.R. v. Allegheny Highlands Council, et al.,
United States District Court, Western District of New York
20-CV-215
The matter is currently stayed. Must advise the Court as to the continuation of the preliminary injunction and motion to consolidate.

17) Gregory Persichilli v. Boy Scouts of America, et al.,
United States District Court, Western District of New York
20-CV-212
The matter is currently stayed. Must advise the Court as to the continuation of the preliminary injunction and motion to consolidate.

18) D.M. v. Boy Scouts of America, et al.,
United States District Court, Northern District of New York
20-CV-208
The matter is currently stayed. A status report is due on May 26, 2020 to advise the Court as to the continuation of the preliminary injunction and motion to consolidate.

19) D.M. v. Boy Scouts of America, et al.,
United States District Court, Northern District of New York
20-CV-170
The matter is currently stayed. A status report is due on May 26, 2020 to advise the Court as to the continuation of the preliminary injunction and motion to consolidate.

20) David Albright v. Boy Scouts of America, et al,
United States District Court, Western District of New York
20-CV-6104
The matter is currently stayed. Must advise the Court as to the continuation of the preliminary injunction and motion to consolidate.

21) Stuart Moody v. Boy Scouts of America et al.,
United States District Court, Western District of New York
20-CV-213
The matter is currently stayed. Must advise the Court as to the continuation of the preliminary injunction and motion to consolidate.

22) Keith Souhrada v. The Diocese of Rochester, et al.,
United States District Court, Western District of New York
20-CV-219

The matter is currently stayed. Must advise the Court as to the continuation of the preliminary injunction and motion to consolidate.

23) John Doe v. Boy Scouts of America, et al.,
United States District Court, Western District of New York
20-CV-216
The matter is currently stayed. Must advise the Court as to the continuation of the preliminary injunction and motion to consolidate.

24) G.M. v. Boy Scouts of America, et al.,
United States District Court, Northern District of New York
20-CV-174
The matter is currently stayed. A status report is due on May 26, 2020 to advise the Court as to the continuation of the preliminary injunction and motion to consolidate.

25) SHC MG 4 Doe v. Boy Scouts of America, et al.,
United States District Court, Northern District of New York
20-CV-192
The matter is currently stayed. A status report is due on May 26, 2020 to advise the Court as to the continuation of the preliminary injunction and motion to consolidate.

26) Anonymous v. Maryvale Union Free School District, et al.,
United States District, Western District of New York
20-CV-286
The matter is currently stayed. Must advise the Court as to the continuation of the preliminary injunction and motion to consolidate.

27) S.G.C. v. The Boy Scouts of America, et al.,
United States District Court, Northern District of New York
20-CV-186
The matter is currently stayed. A status report is due on May 26, 2020 to advise the Court as to the continuation of the preliminary injunction and motion to consolidate.

28) Henry Guiles v. Boy Scouts of America, et al.,
United States District Court, Western District of New York
20-CV-6107
The matter is currently stayed. Must advise the Court as to the continuation of the preliminary injunction and motion to consolidate.

29) Mark Sparks v. Boy Scouts of America, et al.,
United States District Court, Western District of New York
20-CV-6108

The matter is currently stayed. Must advise the Court as to the continuation of the preliminary injunction and motion to consolidate.

30) J.M. v. Boy Scouts of America, et al.,
United States District Court, Northern District of New York
20-CV-172
The matter is currently stayed. A status report is due on May 26, 2020 to advise the Court as to the continuation of the preliminary injunction and motion to consolidate.

31) PB-9 Doe v. Boy Scouts of America, et al.,
United States District Court, Western District of New York
20-CV-221
The matter is currently stayed. Must advise the Court as to the continuation of the preliminary injunction and motion to consolidate.

32) LG 37 Doe v. Douglas Nail, et al.,
United States District Court, Western District of New York
20-CV-217
The matter is currently stayed. Must advise the Court as to the continuation of the preliminary injunction and motion to consolidate.

33) S.E. v. Boy Scouts of America, et al.,
United States District Court, Northern District of New York
20-CV-169
The matter is currently stayed. A status report is due on May 26, 2020 to advise the Court as to the continuation of the preliminary injunction and motion to consolidate.

34) Thomas Mays v. Boy Scouts of America, et al.,
United States District Court, Southern District of New York
20-CV-865
The matter is currently stayed. Must advise the Court as to the continuation of the preliminary injunction and motion to consolidate.

35) Robert McGaffick v. The Boy Scouts of America, et al.,
United States District Court, Western District of New York
20-CV-6137
The matter is currently stayed. Must advise the Court as to the continuation of the preliminary injunction and motion to consolidate.

36) Michael Lelonek v. Boy Scouts of America, et al.,
United States District Court, Western District of New York
20-CV-260

The matter is currently stayed. Must advise the Court as to the continuation of the preliminary injunction and motion to consolidate.

37) S.T. v. Boy Scouts of America, et al.,
United States District Court, Northern District of New York
20-CV-299
The matter is currently stayed. A status report is due on May 26, 2020 to advise the Court as to the continuation of the preliminary injunction and motion to consolidate.

38) T.C. v. Boy Scouts of America, et al.,
United States District Court, Western District of New York
20-CV-285
The matter is currently stayed. Must advise the Court as to the continuation of the preliminary injunction and motion to consolidate.

39) William Young v. The Boy Scouts of America, et al.,
United States District Court, Western District of New York
20-CV-6126
The matter is currently stayed. Must advise the Court as to the continuation of the preliminary injunction and motion to consolidate.

40) Philip DiLorenzo v. Boy Scouts of America, et al.,
United States District Court, District of Massachusetts
20-CV-10319
The matter is currently stayed. Must advise the Court as to the continuation of the preliminary injunction and motion to consolidate.