**IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) Jointly Administered |
| Debtors. | |

## NOTICE OF WITHDRAW

PLEASE TAKE NOTICE that Creditors Timothy and Karen Spahr, individually and Next Friend of Z.R.S., a minor, withdraw D.I. 575, which has been replaced with D.I. 583 with the corrected hearing date.

 

**JACOBS & CRUMPLAR, P.A.**

/s/ Raeann Warner
**RAEANN WARNER, ESQ. (#4931)**
750 Shipyard Dr., Suite 200
Wilmington, Delaware 19801
(302) 656-5445
Raeann@jcdelaw.com
*Attorney for Plaintiffs*

Dated: May 8, 2020