## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

### NOTICE OF AMENDED REDACTIONS

Century Indemnity Company ("Century") hereby provides notice that it has amended the redactions to the public version of Exhibit 1 of the Declaration of Joshua R. Schwartz (D.I. 539). Century has lifted redaction and made public the text in Section 1.2 of the parties' Service Level Agreement (SLA) that was quoted in Century's reply brief in further support of its objection to Debtors' retention of Sidley (D.I. 530-1) and discussed by the parties at the hearing on May 4 and 6, 2020. The revised declaration exhibit is attached hereto.

Dated: May 8, 2020
      Wilmington, Delaware

Respectfully Submitted,

By: */s/ Stamoulis Stamoulis*___
    Stamatios Stamoulis (#4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware 19801
Telephone:   302 999 1540
Facsimile:   302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Janine Panchok-Berry (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone:   212 326 2000
Facsimile:   212 326 2061

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Ace Insurance Group Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company*