# EXHIBIT 1

**Acknowledgement Form**

By clicking this button, I accept all of the terms and conditions of the Service Level Agreement ("SLA") and I represent

to ACE INA Holdings Inc., (hereinafter referred to as "Chubb" as further defined in the SLA) that I have authority to act on behalf

of my firm. I also acknowledge that my firm's acceptance of the SLA is a condition precedent to serving as Chubb's legal counsel.

| SLA Guidelines | Acknowledgement |
|---|---|
| Acknowledged?:  Yes | Date:  9/4/2015 |

Is your law firm currently providing, or planning to provide, legal services to Chubb on

matters subject to HIPAA privacy requirements?

| HIPAA:  No | HIPAA Date: |
|---|---|

Please refer to the Document Library to view each regions Service Level Agreement ("SLA"),

as well as view or print Chubb's HIPAA Business Associate Agreement ("BAA"), if applicable.

# SERVICE LEVEL AGREEMENT
# FOR THE PROVISION OF NON-CLAIMS LEGAL
# SERVICES

**Between**

**ACE INA Holdings Inc.**
**(Hereinafter referred to as "ACE")**

**and**

_____
**(Hereinafter referred to as the "Law Firm")**

**Dated:**  _____

# Service Level Agreement
# for the Provision of Non-Claims Legal Services

## Contents

**1. Introduction**

   1.1. Definitions, Statement of Purpose, Privilege and Confidentiality, Safeguarding Client Information, Media Contact/Public Disclosure and Conflicts of Interest



4.13 Conflicts of Interest



## 7. Governing Law; Dispute Resolution



# Service Level Agreement
## for the Provision of Non-Claims Legal Services

## 1. Introduction

1.1. Definitions, Statement of Purpose, Privilege and Confidentiality, Safeguarding Client Information, Media Contact/Public Disclosure and Conflicts of Interest

1.1.1. Definitions:  This section defines some capitalized terms used in this Service Level Agreement ("SLA") and certain other terms and conditions.

| | |
|---|---|
| "ACE Group Company" | ACE or any of its parents, subsidiaries or other affiliates (at any time during the period of the Law Firm's representation of the Client) |
| "ACE Group of Companies" | all ACE Group Companies taken together (at any time during the period of the Law Firm's representation of the Client) |
| "ACE Liaison" | the Client's in-house lawyer or other principal liaison to the Law Firm |
| ███████████████ | ████████████████████████ |
| "Client" | any ACE Group Company that retains the Law Firm to provide Non-Claims Services with respect to any matter |
| "Non-Claims Services" | services performed by the Law Firm for a Client that are unrelated to the defense of an insurance claim or a related insurance coverage claim |
| ███████████████ | ████████████████████████ |

4

1.1.2. <u>Statement of Purpose:</u>  This SLA pertains to Non-Claims Services that are performed by the Law Firm for any one or more ACE Group Companies. The Law Firm's acceptance of an assignment from an ACE Group Company is expressly conditioned upon, and shall be deemed to constitute, your agreement to abide by the provisions set forth in this SLA.  Notwithstanding the foregoing, this SLA should not be taken as any form of instruction to limit your role or to reduce the quality of the representation provided. Rather, it should be regarded as a reasonable managerial requirement which provides a template for your representation of a Client.  There is clearly a degree of flexibility in the application of this SLA to specific situations and you are therefore encouraged to discuss any questions of your engagement with your ACE Liaison should a situation arise that is not specifically addressed in the following sections.





1.1.6.  <u>Conflicts of Interest:</u>  In addition to the Law Firm's ethical responsibilities to avoid conflicts of interest, the ACE Group of Companies generally applies a Group-wide approach to conflict analysis.  The interests of all ACE Group Companies must be taken into account in analyzing whether a particular representation of a Client presents a conflict of interest.  Updated lists of all ACE Group Companies are filed with ACE Limited's SEC Forms 10-K and may be accessed via the www.acegroup.com and/or www.sec.gov websites.  The ACE Group of Companies does not generally consider conflicts to result solely from representation of its business competitors, but specific circumstances can cause conflicts to arise in such situations.  In all cases, it is the responsibility of the Law Firm to identify and bring to the attention of the Client, in writing, any circumstances that may create or involve a conflict of interest as herein described.  Any Law Firm that is newly retained by an ACE Group Company is requested to confirm the absence of any conflicts of interest to the ACE Liaison.  If the Law Firm identifies a potential conflict after it has begun work for the Client, it shall make all reasonable efforts to resolve that conflict in a manner that will allow the Law Firm's continued representation of the Client.  Any request by the Law Firm for the client to waive a real or potential conflict of interest must be in writing and directed to the ACE Liaison.  Regardless of the nature or timing of any conflict, the Client shall not be deemed to have waived any conflict unless the Client provides a waiver in writing.



ACE Group Non-Claims - SLA





8



ACE Group Non-Claims - SLA



ACE Group Non-Claims - SLA



ACE Group Non-Claims - SLA



12



13



14

4.13. <u>Conflicts of Interest</u>

    4.13.1. The Law Firm is required, without charge to the Client, to conduct or have conducted appropriate searches and inquiries with regard to any actual or potential conflict of interest, and to consult with the Client accordingly (as further directed in section 1.1.6 above).



15



16



## 7.  Governing Law; Dispute Resolution

7.2.    If a dispute arises related to this SLA with respect to any matter handled by the Law Firm for a Client, senior representatives of both parties, vested with authority to settle the dispute, will meet or speak and attempt in good faith to resolve the dispute.  The meeting or conversation will be held reasonably promptly (which the parties believe should be achieved within 10 working days) at the request of either party.

7.3.    If the parties are unable to resolve a dispute by negotiation as set forth in section 7.2 above, and the dispute relates to a matter handled by the Law Firm within the United States of America ("US Dispute"), either party may submit the dispute to be finally settled by arbitration administered by the American Arbitration Association in accordance with its Commercial Arbitration Rules, in Philadelphia, Pennsylvania, U.S.A., by a single arbitrator selected in accordance with R-11.  All US Disputes related to this SLA shall, if not resolved between the parties as provided under section 7.2, be resolved by arbitration as provided herein, and arbitration shall be the sole means for redressing any dispute.  Each party shall bear its own costs and expenses and an equal share of the arbitrators' fees. The parties waive their respective rights to damages for "bad faith," punitive damages, statutory damages or penalties or other exemplary damages. Judgment upon the award rendered by the arbitrator may be entered by any court having jurisdiction.

17



18







