IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and<br>Delaware BSA, LLC,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered)<br><br>**Re: Docket No. 482** |

**CERTIFICATION OF COUNSEL SUBMITTING REVISED ORDER
APPROVING APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS TO EMPLOY REED SMITH LLP, *NUNC PRO TUNC* AS OF MARCH 9,
2020, AS DELAWARE COUNSEL FOR THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS PURSUANT TO  11 U.S.C. §§ 328(a) AND 1103(a)
AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014**

      I, Katelin A. Morales, certify as follows:

      1.      I am an attorney with Reed Smith LLP and serve as proposed Delaware counsel to the Official Committee of Unsecured Creditors (the "Creditors' Committee") of the Boy Scouts of America and Delaware BSA, LLC, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors").

      2.      On April 23, 2020, the Creditors' Committee filed the Application of the Official Committee of Unsecured Creditors to Employ Reed Smith LLP, *Nunc Pro Tunc* as of March 9, 2020, as Delaware Counsel for the Official Committee of Unsecured Creditors Pursuant to  11 U.S.C. §§ 328(a) and 1103(a) and Federal Rule of Bankruptcy Procedure 2014 (the "Application" D.I. 482).

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

3. I have reviewed the Court's docket in these proceedings and, as of the date hereof, no objections or responses to the Application have been filed on this Court's docket. Pursuant to the Notice of Application, objections or responses to the Application were to be filed and served no later than May 7, 2020, at 4:00 p.m. (Eastern).

4. Attached as Exhibit A is a clean copy of a revised form of Order Approving Application of the Official Committee of Unsecured Creditors to Employ Reed Smith LLP, *Nunc Pro Tunc* as of March 9, 2020, as Delaware Counsel for the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 328(a) and 1103(a) and Federal Rule of Bankruptcy Procedure 2014 (the "Proposed Order"). The revisions to the proposed form of order attached to the Application were made to address informal comments received from Delaware Counsel to the Debtors (Eric W. Moats, Esq.).

5. A redline showing all revisions to the original proposed order (as attached to the Application) is attached as Exhibit B.

6. Delaware Counsel to the Debtors (Eric W. Moats, Esq.) and the Office of the United States Trustee (David L. Buchbinder, Esq.) has reviewed the Proposed Order and, under the facts and circumstances of these cases, does not object to its entry.

6. Based on the foregoing, the Creditors' Committee respectfully requests that the Court enter the Proposed Order attached as Exhibit A.

Pursuant to 28 U.S.C. § 1746(2), I hereby certify that the foregoing is true and correct.

- 3 -

| | |
|---|---|
| Dated: May 11, 2020<br>Wilmington, Delaware | Respectfully submitted,<br><br>**REED SMITH LLP** |

By: */s/ Katelin A. Morales*
Kurt F. Gwynne (No. 3951)
Katelin A Morales (No. 6683)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail: kgwynne@reedsmith.com
E-mail: kmorales@reedsmith.com

-and-

**KRAMER LEVIN NAFTALIS
 & FRANKEL LLP**
Thomas Moers Mayer, Esquire
Rachael Ringer, Esquire
David E. Blabey, Jr., Esquire
Jennifer R. Sharret, Esquire
Megan M. Wasson, Esquire
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
E-mail: tmayer@kramerlevin.com
E-mail: rringer@kramerlevin.com
E-mail: dblabey@kramerlevin.com
E-mail: jsharret@kramerlevin.com
E-mail: mwasson@kramerlevin.com

*Proposed Counsel to the Official Committee
of Unsecured Creditors*