IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## AMENDED REQUEST FOR SPECIAL NOTICE

TO: DEBTORS, U.S. TRUSTEE, AND ALL INTERESTED PARTIES, and to their attorneys of record herein:

CHICKASAW COUNCIL, BOY SCOUTS OF AMERICA, INC., a party in interest herein, requests that separate and special notice be provided to its counsel of all matters filed in the captioned proceeding as required by the Federal Rules of Bankruptcy Proceedings and applicable local bankruptcy rules.

Notice should be sent to:

Jason P. Hood
Davies Hood PLLC
22 North Front Street, Suite 620
Memphis, TN 38103-2100
Jason.Hood@davieshood.com

Daniel W. Van Horn
Butler Snow LLP
P.O. Box 171443
Memphis, TN 38187-1443
Danny.VanHorn@butlersnow.com

Henry C. Shelton, III
Adams and Reese LLP
6075 Poplar Avenue, Suite 700
Memphis, TN 38119
Henry.Shelton@arlaw.com

---

[1] The Debtors in these chapter 11 cases, together with the four digits of each Debtor's federal tax identification number are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtor's mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

This filing does not constitute consent to jurisdiction or venue in the United States Bankruptcy Court for the District of Delaware, and does not constitute a waiver of any rights including the right to trial by jury.

Respectfully submitted,

CHICKASAW COUNCIL, BOY SCOUTS
OF AMERICA, INC.

By its counsel,

Henry C. Shelton, III (TN 8207; AR 2010015)
Adams and Reese LLP
6075 Poplar Avenue, Suite 700
Memphis, TN 38119
(901) 525-3234
Henry.Shelton@arlaw.com

Dated: May 11, 2020

CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2020, the foregoing document was filed with the United States Bankruptcy Court for the District of Delaware and served upon all parties entitled to receive notice of filings in the above-captioned case via the Electronic Case Filing (ECF) system of the Bankruptcy Court.

Henry C. Shelton, III