# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## SEXUAL ABUSE SURVIVOR PROOF OF CLAIM

This Sexual Abuse Survivor Proof of Claim must be submitted and received by **5:00 p.m. (Eastern Time)** on **[●], 2020**. Please carefully read the following instructions included with this SEXUAL ABUSE SURVIVOR PROOF OF CLAIM and complete ALL applicable questions to the extent of your knowledge or recollection. If you do not know the answer to an open-ended question, you can write "I don't recall" or "I don't know." If a question does not apply, please write "N/A." If you are completing this form in hard copy, please write clearly using blue or black ink.

The Sexual Abuse Survivor Proof of Claim must be delivered to Omni Agent Solutions, the Court-approved claims and noticing agent (the "Claims Agent"), by either:

(i) Hand delivery, first class mail, or courier service of the *original* proof of claim to: BSA Sexual Abuse Claims Processing, c/o Omni Agent Solutions, 5955 De Soto Ave., Suite 100, Woodland Hills, CA 91367, so that it is *received* on or before **[●], 2020 at 5:00 p.m. (Eastern Time)**;[2] or

(ii) Electronically using the interface available at: www.OfficialBSAClaims.com via the link entitled "[Submit a Claim]," on or before **[●], 2020 at 5:00 p.m. (Eastern Time)**.

A Sexual Abuse Survivor Proof of Claim sent by email or facsimile transmission **will not** be accepted.

"You" and/or "Sexual Abuse Survivor" refers to the person asserting a Sexual Abuse Claim against the Boy Scouts of America ("BSA") related to the Sexual Abuse Survivor's sexual abuse. For this claim to be valid, the Sexual Abuse Survivor must sign this form. If the Sexual Abuse Survivor is deceased or incapacitated, the form must be signed by the Sexual Abuse Survivor's representative or the attorney for the Sexual Abuse Survivor's estate. If the Sexual

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] If you are mailing in your proof of claim, do **not** attach original documents with your claim form.

Abuse Survivor is a minor, the form must be signed by the survivor's parent or legal guardian or attorney. Any form signed by a representative or legal guardian must attach documentation establishing such person's authority to sign this form for the Sexual Abuse Survivor.

### Who Should File a Sexual Abuse Survivor Proof of Claim?

This Sexual Abuse Survivor Proof of Claim is only for people who have experienced sexual abuse (defined below). This Sexual Abuse Survivor Proof of Claim is the way you assert an unsecured claim against BSA seeking damages based on Scouting-related sexual abuse. Any person asserting a claim based on anything other than sexual abuse should use the General Proof of Claim (official bankruptcy form 410).

### Who is a Sexual Abuse Survivor?

The term Sexual Abuse Survivor refers to a person who was sexually abused *before* turning eighteen years of age.

### What Is Sexual Abuse?

For the purposes of this Sexual Abuse Survivor Proof of Claim, **sexual abuse** is defined as: sexual conduct; sexual abuse; sexual exploitation; sexual touching; sexualized interaction; sexual comments about a child's body; or other verbal or non-verbal behaviors that facilitated, contributed to, or lead up to sexual abuse, regardless of whether or not such behavior was itself sexual or against the law, and regardless of whether you thought the behavior was sexual abuse at the time.

Sexual abuse includes behavior between adults and children under eighteen years of age, or between a child and another child which involves touching of the genitals or any other touching of a sexual nature. It involves behaviors traditionally thought of as sexual including penetration or fondling of the child's body, other body-on-body contact, or non-contact, behaviors such as observing or making images of a child's naked body, showing or making pornography, or having children behave in sexual behavior as a group.

For purposes of this definition a child under the age of eighteen years of age is incapable and unable to provide informed consent to any of the behaviors listed above.

### You May Wish To Consult An Attorney Regarding This Matter.

You may also obtain information from the Claims Agent by: (1) calling toll free at _____(2) emailing at BSAInquiries@omniagnt.com, or (3) visiting the case website at www.OfficialBSAClaims.com (do not contact the Claims Agent for legal advice).

### What If I Don't File on Time?

**Failure to complete and return this Sexual Abuse Survivor Proof of Claim by [●] at 5:00 p.m. (Eastern Time) may result in your inability to vote on a plan of reorganization and/or to receive a distribution from this bankruptcy for sexual abuse related to BSA.**

**Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152, 157 and 3571.**

## PART 1: CONFIDENTIALITY

Unless you indicate below, your identity and your Sexual Abuse Survivor Proof of Claim will be kept **confidential**, under seal, and outside the public record.  However, information in this claim will be confidentially provided, pursuant to Court-approved guidelines, to the Debtors, the Debtors' counsel and retained advisors, certain insurers of BSA, the Tort Claimants' Committee, attorneys at the Office of the United States Trustee for the District of Delaware, counsel to any future claimants' representative, and confidentially to such other persons that the Court determines need the information in order to evaluate the claim. Information in this claim may be required to be disclosed to governmental authorities under mandatory reporting laws in many jurisdictions.

**This Sexual Abuse Survivor Proof of Claim (along with any accompanying exhibits and attachments) will be maintained as confidential unless you expressly request that it be publicly available by checking the "public" box and signing below.**

☐ **PUBLIC**: I want my identity and this Sexual Abuse Survivor Proof of Claim (together with any exhibits and attachments) to be made part of the official claims register in these cases.  **My claim will be available for review by any and all members of the public**.

Signature: _____

Print Name: _____

## PART 2: IDENTIFYING INFORMATION

I.  **Identity of Sexual Abuse Survivor**

First Name _____ Middle Initial _____
Last Name _____ Jr/Sr/III _____

Mailing Address (If Sexual Abuse Survivor is incapacitated, is a minor, or is deceased, provide the address of the individual submitting the claim. If you are in jail or prison, provide the address of your place of incarceration):

Number and Street: _____

City: _____ State: _____ Zip Code (Postal Code): _____

Country (if other than USA): _____

Telephone Nos.:   Home _____ Cell _____

Email Address: _____

For communications regarding this claim you may use (check the appropriate boxes):

Email ☐   US Mail ☐   Home Voicemail ☐   Cell Voicemail ☐   Counsel listed below ☐

Social Security Number of Sexual Abuse Survivor (last four digits only):
XXX-XX-__ __ __ __.

If the Sexual Abuse Survivor is in jail or prison, provide the survivor's identification number: _____

Date of Birth of the Sexual Abuse Survivor (MM/YYYY):  __ __ / __ __ __ __

Any other name, or names, by which the Sexual Abuse Survivor has ever been known:
_____

Gender of Sexual Abuse Survivor: [  ] Male   [  ] Female   [  ] Other (specify) _____

**II.    If you have hired an attorney relating to the sexual abuse described in this Sexual Abuse Survivor Proof of Claim, please provide his or her name and contact information:**

Law Firm Name: _____

Attorney's Name: First _____ _____Middle Initial ____

Last Name _____

Attorney's Mailing Address:

Number and Street: _____

City: _____State: _____ Zip

Code (Postal Code): _____

Country (if other than USA) _____

Telephone No. _____ Fax No. _____

E-mail: _____

**PART 3:  BACKGROUND INFORMATION FOR SEXUAL ABUSE SURVIVOR**

I. Marital/Domestic Partner History:

   a. Have you ever been married?  [ ] Yes [ ] No

   b. If "Yes", please provide:

      i. Length of time you were/have been married:
      _____

      ii. Current marital status: _____

      iii. If you are no longer married, please specify whether your marriage ended by divorce or by the death of your spouse.

      _____

II. Education History:

   a. What is your highest level of education completed or degree obtained?
   _____

   b. Educational institution(s):
   _____

III. Employment:

   a. What is your current employment status:

      ☐ Employed – Occupation: _____

      ☐ Retired – Former Occupation: _____

      ☐ Unemployed – Former Occupation: _____

      ☐ Disabled – Former Occupation: _____

      ☐ Other: _____

IV. Military service:

   a. Have you ever served in the military?  [ ] Yes  [ ] No

   b. If "Yes," please provide the following information:

      1. Branch(es) of service: _____

2. Years of service in each: _____

3. Rank at discharge for each: _____

4. Nature of discharge for each (e.g., honorable): _____

_____

_____

### PART 4: NATURE OF THE SEXUAL ABUSE
### (Attach additional sheets if necessary)

For each of the questions listed below, please complete your answers **to the best of your recollection**.

**Note:** If you have previously filed a lawsuit about your Scouting-related sexual abuse in state or federal court, you may attach a copy of the complaint. If you have not filed a lawsuit, or if the complaint does not contain all of the information requested below, you must provide the information below to the extent of your recollection.

Please answer each of the following questions to your best ability. If you do not know or recall please so indicate.

a. Please answer "Yes" or "No" to each of the following:

   Were you sexually abused by more than one person?   [ ] Yes   [ ] No

   Were you sexually abused in more than one State?   [ ] Yes   [ ] No

b. Please name each person who sexually abused you in relation to your involvement in Scouting. ("Scouting" includes Cub Scouts, Boy Scouts, Exploring Scouts, Venture Scouts and Sea Scouts.)

   If you do not remember the name of the sexual abuser(s), provide as much identifying information about the sexual abuser(s) that you can recall, such as approximate age and their relationship to Scouting (e.g., the Scoutmaster of Troop 100, another Troop member of Troop 200, camp staff member, etc.).

_____

_____

_____

_____

_____

    c. What was the sexual abuser's position, title, or relationship to you in Scouting? Please check all boxes that apply. (If there were more than one sexual abuser, please identify each on the lines below and list their position, title or relationship to you in Scouting.)

        i.  [  ] Adult Scout leader

        ii.  [  ] Youth Scout leader

        iii.  [  ] Scoutmaster

        iv.  [  ] I don't know

        v.  [  ] Other (please explain why you believe the person(s) who sexually abused you had a relationship with Scouting):

_____

_____

    d. Where were you at the time you were sexually abused (city, state, territory or country)?

_____

    e. What was the type of Scouting you were involved with during the sexual abuse (check all boxes that apply)?

        i.  [  ] Boy Scouts

        ii.  [  ] Cub Scouts

        iii.  [  ] Exploring Scouts

        iv.  [  ] Venture Scouts

        v.  [  ] Sea Scouts

        vi.  [  ] Other (please explain why you believe you had a connection to Scouting during the sexual abuse):

_____

_____

_____

f.  What was the unit number and physical location (city, state, territory, or country) of the Scouting unit or Provisional Troop you were in during the time of the sexual abuse?

_____

_____

g.  What was the name and location (city, state, territory, or country) of the organization that chartered or sponsored your Scouting unit during the time of the sexual abuse (e.g., religious institution, church, school, community center, civic group, etc.)?

[Note that such organizations are not currently parties to the bankruptcy so if you believe you may have a claim against any such organization you must take additional action to preserve and pursue any such claim.]

_____

_____

h.  If you remember, what was the name of the BSA Local Council(s) that oversaw your Scouting unit(s) or that oversaw any Boy Scout camp or other Scouting activity during the time of the sexual abuse?

[Note that such BSA Local Councils are not currently parties to the bankruptcy so if you believe you may have a claim against a BSA Local Council you must take additional action to preserve and pursue any such claim.]

_____

_____

i.  In which of the following places did the sexual abuse take place? Check all that apply.

   1. [ ] At or in connection with a Scout meeting.

   2. [ ] At or in connection with a Scout camp.

   3. [ ] At or in connection with another Scouting-related event or activity.

   4. [ ] Other, please explain.

_____

_____

_____

j.  Approximately when did the sexual abuse take place? (If you cannot remember exact dates, please provide approximate dates, i.e. month(s) and/or year(s), or provide your age when it started and when it ended.) If the sexual abuse took place over a period of time, please state when it started and when it stopped (months and years if possible). If you were sexually abused by more than one sexual abuser indicate when the sexual abuse by each of the sexual abusers started and stopped.

_____

_____

_____

k.  Please describe what happened to you. You can provide a description in your own words and/or use the checkboxes below.

About how many times were you sexually abused?

1. [ ] I was sexually abused once.

2. [ ] I was sexually abused more than once.

    If you were sexually abused more than once, please state how many times:

    _____

    Please describe the sexual abuse you experienced. (Check all that apply.) **(Please note that the boxes are not meant to limit the characterization or description of your sexual abuse**.)

3. [ ] The sexual abuse involved touching outside of the clothing.

4. [ ] The sexual abuse involved touching my bare skin.

5. [ ] The sexual abuse involved fondling or groping.

6. [ ] The sexual abuse involved masturbation.

7. [ ] The sexual abuse involved oral copulation / oral sex.

8. [ ] The sexual abuse involved the penetration of some part of my body.

9. [ ] The acts of sexual abuse against me also involved other youth.

10. [ ] The sexual abuse involved photographs or video.

11. [ ] Even though I did not want it, my body responded sexually to the sexual abuse.

12. [ ] The sexual abuse involved actual or implied threats of violence or other adverse consequences if I disclosed the sexual abuse.

13. [ ] The sexual abuse involved gifts, privileges, experiences, and other rewards or bribes in addition to the activities and awards normally part of Scouting.

14. [ ] The sexual abuser(s) made my family think they could be trusted.

15. [ ] At the time of the sexual abuse, my family or I had significant financial, social, behavioral or other challenges.

Please describe the sexual abuse in as much detail as you can recall in the lines below and be as specific as possible. Please attach additional pages if needed.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

l. Did you or anyone on your behalf tell anyone involved in Scouting about the sexual abuse? [ ] Yes [ ] No

m. Have you ever reported the sexual abuse to law enforcement or investigators? This includes telling someone when you were a minor or when you were an adult.
[ ] Yes  [ ] No

## PART 5: IMPACT OF SEXUAL ABUSE
**(Attach additional pages if necessary)**

**(If you currently cannot describe any harm you have suffered on account of the sexual abuse, you may omit this section for now.  However, you may be asked to provide the information requested at a later date**.)

1. Please describe how you believe you were impacted, harmed, damaged, or injured as a result of the sexual abuse you described above.  You can check the boxes, fill in the narrative or both.  **Please note that the boxes are not meant to limit the characterization or description of the impact(s) of your sexual abuse.**

    i.  [ ] Psychological / Emotional health

    ii  [ ] Physical health

    iii [ ] Education

    iv. [ ] Employment

    v.  [ ] Family / personal relationships

    vi. [ ] Alcohol and/or substance abuse

    vii.[ ] Other (please explain and add any other information you remember to the categories above):

    _____

    _____

    _____

    _____

    _____

2. Have you ever sought counseling or other mental health treatment for any reason that you now connect to the sexual abuse that you described above?
    [ ] Yes [ ] No

If your response to the prior question is "Yes," please identify the name of each person who provided you with counseling or mental health treatment, their location, the type of counseling or treatment and the estimated dates/time period of counseling or treatment.  If you were prescribed medication in connection with such counseling or mental health treatment, please list the name of the medication and how long you took that medication.

_____

_____

_____

_____

_____

_____

## PART 6: ADDITIONAL INFORMATION

A. <u>Prior Litigation</u>. Was a lawsuit filed by you or on your behalf regarding the sexual abuse described above?  [ ] Yes  [ ] No  (If "Yes" you are required to attach a copy of the complaint.)

B. <u>Prior Claims</u>. Have you filed any claims in any other bankruptcy case relating to the sexual abuse described above?  [ ] Yes   [ ] No   (If "Yes," you are required to attach a copy of any completed claim form.)

C. <u>Bankruptcy</u>. Have you ever filed for bankruptcy?  [ ] Yes   [ ] No    If "Yes," please provide the following information:

Name of Case: _____ Court: _____

Date filed: _____ Case No. _____

Chapter: 7 ☐   11 ☐   12 ☐   13 ☐    Name of Trustee: _____

Page **12** of **13**

7243714.1

**SIGNATURE**

**To be valid, this Sexual Abuse Survivor Proof of Claim must be signed by you.** If the Sexual Abuse Survivor is deceased or incapacitated, the form must must be signed by the Sexual Abuse Survivor's representative or the attorney for the estate. If the Sexual Abuse Survivor is a minor, the form must be signed by the Sexual Abuse Survivor's parent or legal guardian, or the Sexual Abuse Survivor's attorney. (Any form signed by a representative or legal guardian must attach documentation establishing such person's authority to sign this form for the Sexual Abuse Survivor.)

> **Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

**Check the appropriate box:**

[ ]   I am the Sexual Abuse Survivor.

[ ]   I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.

[ ]   Other (describe): _____

**I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.**

**I declare under penalty of perjury that the foregoing statements are true and correct.**

**Date:** _____

**Signature:** _____

**Print Name:** _____

**Relationship to Sexual Abuse Survivor
(if not signed by Sexual Abuse Survivor):** _____

**Address:** _____

_____

**Contact Phone:** _____

**Email:** _____