# EXHIBIT B

# Notice of Deadline for Filing Sexual Abuse Claims in the Boy Scouts of America Bankruptcy Case

## *Regardless of How Old You Are Today, All Sexual Abuse Survivors Need to File Claims by _____*

*This is an official notice approved by the Bankruptcy Court.  This is not a solicitation from a lawyer.*

Una versión en español de este aviso está disponible en www.OfficialBSAclaims.com o llamando al 1-866-907-2721.

- Please read this notice carefully as it may impact your rights against the Boy Scouts of America ("BSA").

- Please note the BSA Local Councils and chartering organizations are not currently parties to the bankruptcy so if you believe you may have a claim against any such organization you must take additional action to preserve and pursue any such claim.

- Regardless of how old you are today, if you were sexually abused as a child on or before February 18, 2020, you must file a bankruptcy claim if you were sexually abused in connection with the Boy Scouts, Cub Scouts, or any person, entity, or activity associated with BSA or Scouting.

- You must file a Sexual Abuse Survivor Proof of Claim by _____.

- **If you do not timely file a Sexual Abuse Survivor Proof of Claim you will likely lose any right you may have to a claim against BSA, including any right to compensation from BSA.  Under BSA's proposed Plan of Reorganization, if you do not timely file a Sexual Abuse Survivor Proof of Claim you may lose rights against BSA Local Councils or organizations that sponsored your Troop or Pack.**

- You can file a claim 1) using the enclosed hard copy form, or 2) using the online form at this website: www.OfficialBSAClaims.com.  If you lose the enclosed hard copy form you can download another copy from at www.OfficialBSAClaims.com.

## BASIC INFORMATION

**1.    Why was this notice issued?**

BSA has filed a Chapter 11 bankruptcy.  The Bankruptcy Court has set a deadline for filing claims against BSA for sexual abuse that took place on or before February 18, 2020, which is the date BSA filed for bankruptcy.

This case is filed in the U.S. Bankruptcy Court for the District of Delaware, and the case is known as *In re Boy Scouts of America and Delaware BSA, LLC*, Case No. 20-10343 (LSS).  The Bankruptcy Court judge overseeing the case is Judge Laurie Selber Silverstein.

The Bankruptcy Court authorized BSA to send out this notice. You have the right to file a claim in the bankruptcy if you were sexually abused as a child in connection with the Boy Scouts, Cub Scouts, or any person, entity, or activity associated with the Boy Scouts of America or Scouting, regardless of how old you are today. You are required to file any such claim before _____.

**QUESTIONS?  CALL 1-866-907-2721, EMAIL BSAINQUIRIES@OMNIAGNT.COM, OR VISIT WWW.OFFICIALBSACLAIMS.COM**
DOCS_LA:329276.4 85353/002

## ABUSE CLAIMS

| 2. | **What is considered a Sexual Abuse Claim?** |
|---|---|

You have a Sexual Abuse Claim if you experienced any of the following as a result of the Boy Scouts, Cub Scouts, or any person, entity, or activity associated with the Boy Scouts of America or Scouting, regardless of how old you are today:

- Sexual conduct; sexual abuse; sexual exploitation; sexual touching; sexualized interaction; sexual comments about a child's body; or other verbal or non-verbal behaviors that facilitated, contributed to, or lead up to sexual abuse, regardless of whether or not such behavior was itself sexual or against the law, and regardless of whether you thought the behavior was sexual abuse at the time.

- Sexual abuse includes behavior between adults and children under eighteen years of age, or between a child and another child which involves touching of the genitals or any other touching of a sexual nature. It involves behaviors traditionally thought of as sexual including penetration or fondling of the child's body, other body-on-body contact, or non-contact, behaviors such as observing or making images of a child's naked body, showing or making pornography or having children behave in sexual behavior as a group.

- For purposes of this definition a child under the age of eighteen years of age is incapable and unable to provide informed consent to any of the behaviors listed above.

The sexual abuse must have occurred on or before February 18, 2020, and you must have been under the age of 18 at the time some or all of the sexual abuse occurred.

| 3. | **Who should file a Sexual Abuse Survivor Proof of Claim?** |
|---|---|

You should file a Sexual Abuse Survivor Proof of Claim if you have a Sexual Abuse Claim as defined above.  You should file a Sexual Abuse Survivor Proof of Claim regardless of whether you:

- Did or did not report your sexual abuse to BSA or to anyone else;

- Believe the applicable statute of limitations may have run on your Sexual Abuse Claim;

- Previously filed a lawsuit or asserted a claim in connection with the sexual abuse; and/or,

- Previously filed a Sexual Abuse Claim on a standard proof of claim form (*e.g.*, Official Bankruptcy Form 410). You must re-file your Sexual Abuse Claim and use the designated Sexual Abuse Survivor Proof of Claim Form.

**You should file a Sexual Abuse Survivor Proof of Claim regardless of your current age or the length of time that has passed since the sexual abuse took place.**

Do not file a Sexual Abuse Survivor Proof of Claim if your claim is based on anything other than sexual abuse as defined above.  For any other type of claim you should file the General Proof of Claim Form (Official Bankruptcy Form 410).

| 4. | **What if I am still not sure if I have a Sexual Abuse Claim?** |
|---|---|

You should consult with an attorney if you have any questions, including whether you should file a Sexual Abuse Survivor Proof of Claim.

## HOW TO FILE A SEXUAL ABUSE SURVIVOR PROOF OF CLAIM

| 5. | **How can I file my Sexual Abuse Survivor Proof of Claim?** |
|---|---|

The Sexual Abuse Survivor Proof of Claim must be submitted and received by 5:00 p.m. (Eastern Time) on _____, 2020.  The Sexual Abuse Survivor Proof of Claim must be delivered to Omni Agent Solutions, the Court-approved claims and noticing agent (the "Claims Agent"), by either:

> (i) Hand delivery, first class mail, or courier service of the original proof of claim to: BSA Sexual Abuse Claims Processing, c/o Omni Agent Solutions, 5955 De Soto Ave., Suite 100, Woodland Hills, CA 91367, so that it is received on or before _____, 2020 at 5:00 p.m. (Eastern Time) ;

> (ii) Electronically using the interface available at: www.OfficialBSAClaims.com via the link entitled "[Submit a Claim]," on or before _____, 2020 at 5:00 p.m. (Eastern Time).

A Sexual Abuse Survivor Proof of Claim sent by email or facsimile transmission **will not** be accepted.

If you have questions you can contact your attorney or call 1-866-907-2721 to speak to the Claims Agent.  The Claims Agent can provide information about how to file a claim but cannot offer any legal advice.

| 6. | **Will my information be kept confidential?** |
|---|---|

Yes, subject to the limitations described below.  The Bankruptcy Court has set up a procedure to protect your privacy.  In order to protect your privacy, please do not file your Sexual Abuse Survivor Proof of Claim with the Bankruptcy Court.  Instead, you must file according to the directions above.  Sexual Abuse Survivor Proof of Claims will <u>not</u> be available to the public unless you choose to release that information.

Unless you elect otherwise on the Sexual Abuse Survivor Proof of Claim, your identity and your Sexual Abuse Survivor Proof of Claim will be kept confidential, under seal, and outside the public record.  However, information about your Sexual Abuse Claim will be confidentially provided, pursuant to Court-approved guidelines, to the following:

- BSA;
- The Debtors' counsel and retained advisors;
- Certain insurers of BSA;
- The Tort Claimants' Committee;
- Attorneys at the Office of the United States Trustee for the District of Delaware;
- Counsel to any future claimants' representative; and,
- Such other persons that the Court determines need the information in order to evaluate the claim.

Please note that information in your Sexual Abuse Claim may be disclosed to governmental authorities under mandatory reporting laws in many jurisdictions.

## ADDITIONAL INFORMATION

**7.     How do I report my sexual abuse to the authorities?**

Reporting the sexual abuse protects other children by ensuring that perpetrators are barred from Scouting and are reported to law enforcement.  You can learn more about how to report the sexual abuse at https://www.childwelfare.gov/topics/responding/reporting/how/.

Please know that reporting sexual abuse is different than filing a claim in BSA's bankruptcy case.

**8.     What happens if I do not file a Sexual Abuse Survivor Proof of Claim?**

If you fail to submit a completed Sexual Abuse Survivor Proof of Claim to the Claims Agent on or before _____, you will likely not be able to (1) assert your Sexual Abuse Claim against BSA in the future or obtain compensation from BSA, (2) vote on BSA's plan of reorganization, or (3) receive any compensation in the BSA bankruptcy case for your Sexual Abuse Claim.

**YOU MAY WANT TO CONSULT WITH AN ATTORNEY REGARDING THIS NOTICE AND WHETHER YOU SHOULD FILE A SEXUAL ABUSE SURVIVOR PROOF OF CLAIM.**