# EXHIBIT C

<u>U.S. Bankruptcy Court for the District of Delaware</u>
*In re Boys Scouts of America, et al.*, Case No. 20-10343 (LSS)

Official Approved Notice from Bankruptcy Court

**Sexual Abuse Claims in Boy Scouts of America Bankruptcy**
*Regardless of How Old You Are Today, All Sexual Abuse Survivors Need to File Claims by 5:00 p.m. (Eastern Time) on _____, 2020*

The Boy Scouts of America (BSA) has filed a Chapter 11 bankruptcy.  Please read this notice carefully as it impacts your rights against BSA.  This notice is a short summary.  For more detail, visit www.OfficialBSAClaims.com.

**Who Must File a Sexual Abuse Claim?**

<u>**Regardless of how old you are today, anyone who was sexually abused as a child on or before February 18, 2020, must file a bankruptcy claim if they were sexually abused in connection with the Boy Scouts, Cub Scouts, or any entity or activity associated with Scouting.**</u>

<u>**If you do not file a timely sexual abuse claim in the bankruptcy you will likely lose any right you may have to a claim against BSA, including any right to compensation from BSA.**</u>

Sexual abuse includes, but is not limited to: sexual molestation, sexual touching, sexual behavior, and other sexual interactions.  For a more complete definition of "sexual abuse," please review the Sexual Abuse Survivor Proof of Claim Form, which is available at www.OfficialBSAClaims.com.

**What is the Deadline for Sexual Abuse Claims?**

You must file a claim using the Sexual Abuse Survivor Proof of Claim Form by _____**, 2020 at 5:00 p.m. (Eastern Time).**

**How to File a Sexual Abuse Claim?**

You can download a Sexual Abuse Survivor Proof of Claim Form at this website:  www.OfficialBSAClaims.com

You can file a claim at this website:  www.OfficialBSAClaims.com

You can call **1-866-907-2721** for help on how to file a claim.

**ACT NOW Before Time Runs Out:**

File a Sexual Abuse Survivor Proof of Claim.

Register your email address at www.OfficialBSAClaims.com in order to receive important case information.

<u>www.OfficialBSAclaims.com</u>                                    **1-866-907-2721**

DOCS_LA:329270.3 85353/002