# EXHIBIT D

**To:**
**From: BSAInquiries@omniagnt.com**
**Re: Boys Scouts of America Deadline For Filing Sexual Abuse Claims**

### Sexual Abuse Claims in Boy Scouts of America Bankruptcy
*The Deadline for Filing Sexual Abuse Claims is _____*

Una versión en español de este aviso está disponible en
www.OfficialBSAclaims.com o llamando al 1-866-907-2721.

The Boy Scouts of America ("BSA") has filed bankruptcy. If you are a victim of sexual abuse in Scouting, please read this email carefully because it has information which could affect your legal rights. For more information, go to www.OfficalBSAclaims.com or call BSA at 1-866-907-2721.

**You may file a sexual abuse survivor claim regardless of how old you are today or when the sexual abuse happened.**

### Who Should File a Sexual Abuse Claim?

You should file a sexual abuse claim if you have a claim based on any sexual abuse that you suffered in connection with Scouting.

Sexual abuse is defined as sexual conduct; sexual abuse; sexual exploitation; sexual touching; sexualized interaction; sexual comments about a child's body; or other verbal or non-verbal behaviors that facilitated, contributed to, or lead up to sexual abuse, regardless of whether or not such behavior was itself sexual or against the law, and regardless of whether you thought the behavior was sexual abuse at the time.

Sexual abuse includes behavior between adults and children under eighteen years of age, or between a child and another child which involves touching of the genitals or any other touching of a sexual nature. It involves behaviors traditionally thought of as sexual including penetration or fondling of the child's body, other body-on-body contact, or non-contact behaviors such as observing or making images of a child's naked body, showing or making pornography, or having children engage in sexual behavior as a group.

For purposes of this definition of sexual abuse, a child under the age of eighteen years of age is incapable and unable to provide informed consent to any of the behaviors listed above.

### How Do I File a Sexual Abuse Claim?

The Bankruptcy Court has approved a special sexual abuse survivor claim form. The claim form and instructions on how to file it are available at **www.OfficialBSAclaims.com** or by calling BSA at 1-866-907-2721

### When Should I File Sexual Abuse Claim?

You should file a claim using the sexual abuse survivor claim form by _____ **at 5:00 p.m. (Eastern Time)**. **If you do not file a timely sexual abuse claim, you may lose rights against BSA.**

**Act Now Before Time Runs Out:**

- File a Sexual Abuse Survivor Proof of Claim by _____
- You may receive compensation for the sexual abuse you suffered.

If you want to receive Bankruptcy Court notices regarding the BSA bankruptcy case, you should register your email address at www.OfficialBSAclaims.com.

.

**www.OfficialBSAclaims.com**                    **1-866-907-2721**

DOCS_LA:329434.3 85353/002