# EXHIBIT E

**BSA :30 Second TV Script**
**102 words**


**VO:**

This is an important message for all current and former Boy Scouts.

The Boy Scouts of America have declared bankruptcy. If you were sexually abused in Scouting, you could receive compensation, but you must file a Proof of Claim in the bankruptcy case by _____.

You may file a sexual abuse claim regardless of your current age or the year the abuse occurred. If you do not file a claim, you may lose your rights against the Boy Scouts.

For more information, visit OfficialBSAclaims.com or call 1-866-907-2721.

This notice has been approved by order of the United States Bankruptcy Court