# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>         Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>Jointly Administered<br><br>**Re: Docket No. 601** |

**NOTICE OF FILING OF CURRICULUM VITAE OF JON R. CONTE, PH.D. IN SUPPORT OF DECLARATION OF JON R. CONTE, PH.D. IN SUPPORT OF THE OBJECTION OF THE TORT CLAIMANTS' COMMITTEE TO (A) DEBTORS' MOTION, PURSUANT TO 11 U.S.C. § 502(B)(9), BANKRUPTCY RULES 2002 AND 3003(C)(3), AND LOCAL RULES 2002-1(E), 3001-1, AND 3003-1, FOR AUTHORITY TO (I) ESTABLISH DEADLINES FOR FILING PROOFS OF CLAIM, (II) ESTABLISH THE FORM AND MANNER OF NOTICE THEREOF, (III) APPROVE PROCEDURES FOR PROVIDING NOTICE OF BAR DATE AND OTHER IMPORTANT INFORMATION TO ABUSE VICTIMS, AND (IV) APPROVE CONFIDENTIALITY PROCEDURES FOR ABUSE VICTIMS [ DKT. NO. 18] AND (B) SUPPLEMENT TO BAR DATE MOTION [DKT. NO. 557]**

**PLEASE TAKE NOTICE** that on May 11, 2020, the Tort Claimants' Committee ("TCC"), in the above-captioned cases, filed the *Objection of the Tort Claimants' Committee to (A) Debtors' Motion, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1, for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice Thereof, (III) Approve Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Victims, and (IV) Approve Confidentiality Procedures for Abuse Victims [Dkt. No. 18] and (B) Supplement to Bar Date Motion [Dkt. No. 557]* (the "Objection"), and supporting declaration of Jon R. Conte, Ph.D. attached thereto [Docket No. 601].

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is the attachment to the declaration of Jon R. Conte, Ph.D. in support of the Objection.

| | |
|---|---|
| Dated: May 11, 2020 | PACHULSKI STANG ZIEHL & JONES LLP |
| | */s/ James E. O'Neill*<br>James I. Stang (CA Bar No. 94435)<br>Robert B. Orgel (CA Bar No. 10187)<br>James E. O'Neill (DE Bar No. 4042)<br>John W. Lucas (CA Bar No.271038)<br>Ilan D. Scharf (NY Bar No. 4042107)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile:   (302) 652-4400<br>Email: jstang@pszjlaw.com<br>          rorgel@pszjlaw.com<br>          joneill@pszjlaw.com<br>          jlucas@pszjlaw.com<br>          ischarf@pszjlaw.com<br><br>*Counsel for the Tort Claimants' Committee* |