# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
:
In re: : Chapter 11
:
BOY SCOUTS OF AMERICA AND : Case No. 20-10343 (LSS)
DELAWARE BSA, LLC,[1] :
:
              Debtors. : **Ref. Docket No. 243**
:
------------------------------------------------------- x

## ORDER AUTHORIZING THE PROPOSED FUTURE CLAIMANTS' REPRESENTATIVE TO RETAIN AND EMPLOY YOUNG CONAWAY STARGATT & TAYLOR, LLP AS HIS ATTORNEYS, EFFECTIVE AS OF THE PETITION DATE

Upon the application (the "YCST Application")[2] of James L. Patton, Jr., the proposed legal representative (the "Future Claimants' Representative") for future abuse-related personal injury claimants (the "Future Claimants") for the issuance and entry of an order, pursuant to section 105(a) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing and approving the retention and employment of Young Conaway Stargatt & Taylor, LLP ("Young Conaway") as attorneys for the Future Claimants' Representative, effective as of the Petition Date; and upon the Declaration of Edwin J. Harron, a partner of Young Conaway (the "Harron Declaration"); and the Court being satisfied that, except as may otherwise be set forth in the Harron Declaration, (i) Young Conaway is independent of the above-captioned debtors (the

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the YCST Application.

"Debtors") and other parties in interest, (ii) Young Conaway is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, and (iii) the retention and employment of Young Conaway is necessary and would be in the best interests of the Debtors, their estates and creditors as well as in the best interest for the Future Claimants' Representative and of the Future Claimants; and due notice of the YCST Application having been given; and it appearing that no other or further notice need be given; and no adverse interest being represented; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The relief requested in the YCST Application is granted and approved, as set forth herein.

2. In accordance with section 105(a) of the Bankruptcy Code and Bankruptcy Rule 2014, the Future Claimants' Representative is authorized and empowered to retain and employ Young Conaway as attorneys to represent him in this case effective as of the Petition Date.

3. Young Conaway shall be compensated in such amounts as may be allowed by this Court upon the filing of appropriate applications for allowance of interim or final compensation in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, and any order entered by this Court establishing procedures for interim compensation and reimbursement of expenses of professionals.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this order.

Dated: May 11th, 2020
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

2