## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and<br>Delaware BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered)<br><br>Re: Docket No. 481 |

### ORDER APPROVING THE RETENTION AND EMPLOYMENT
### OF KRAMER LEVIN NAFTALIS & FRANKEL LLP AS COUNSEL
### TO THE CREDITORS' COMMITTEE *NUNC PRO TUNC* TO MARCH 4, 2020

Upon the Application (the "**Application**")[2] of the Official Committee of Unsecured Creditors (the "**Creditors' Committee**") of the above-captioned debtors and debtors in possession (the "**Debtors**") for an order, pursuant to Sections 328 and 1103 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rules 2014-1 and 2016-1 of the Local Rules of Bankruptcy Practice of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), authorizing the Creditors' Committee to employ and retain Kramer Levin Naftalis & Frankel LLP ("**Kramer Levin**") as the Creditors' Committee's bankruptcy counsel in these Chapter 11 cases, *nunc pro tunc* to March 4, 2020, all as more fully described in the Application; and upon consideration of the Ringer Declaration and the Client Declaration; and the Court having jurisdiction to consider the matters raised in the Application pursuant to 28 U.S.C. § 1334; and it having authority to hear the matters raised in the Application pursuant to 28 U.S.C. § 157; and it

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

having venue pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that notice of the Application has been given as set forth in the Application and that such notice is adequate and sufficient and no further notice need to be given; and the Court having found the Application is consistent with the Special Noticing and Confidentiality Procedures Orders; and the Court having reviewed the Application, the Ringer Declaration and the Client Declaration; and the relief requested in the Application being in the best interests of the Debtors' estates; and the Court having determined that there exists the required basis for the relief requested in the Application; and after due deliberation, and sufficient cause appearing therefor;

It is hereby ORDERED that:

1. The Application is hereby granted to the extent set forth herein.

2. In accordance with sections 328(a) and 1103 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Rules 2014-1 and 2016-1, the Creditors' Committee is hereby authorized and empowered to employ Kramer Levin as its bankruptcy counsel in these Chapter 11 Cases, *nunc pro tunc* to March 4, 2020, and Kramer Levin is authorized to perform the services set forth in the Application and the Ringer Declaration.

3. In connection with the Chapter 11 Cases, Kramer Levin shall be compensated for professional services rendered, and reimbursed for expenses incurred on and after March 4, 2020, in accordance with Bankruptcy Code sections 330 and 331, the applicable provisions of the Bankruptcy Rules and the Local Bankruptcy Rules, and with any other applicable procedures and orders of this Court. Kramer Levin also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in Appendix B- Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Large Chapter 11 Cases, effective as of November 1, 2013

(the "**Revised U.S. Trustee Fee Guidelines**"), both in connection with the Application and the interim and final fee applications to be filed by Kramer Levin in the Chapter 11 Cases.

4. The Creditors' Committee is authorized and empowered to take all actions necessary to effectuate the relief granted by this Order.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. Consistent with the Revised U.S. Trustee Fee Guidelines, Kramer Levin shall provide ten (10) business days' notice to the Debtors, the U.S. Trustee, the Tort Claimants' Committee and the Creditors' Committee before any increases in the rates set forth in the Application are implemented and shall file such notice with the Court. The U.S. Trustee retains all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

7. Notwithstanding anything in the Application to the contrary, Kramer Levin shall (i) to the extent that Kramer Levin uses the services of independent contractors, subcontractors, or employees of foreign affiliates or subsidiaries (collectively, the "**Contractors**") in these cases, pass-through the cost of such Contractors to the Debtors at the same rate that Kramer Levin pays the Contractors; (ii) seek reimbursement for actual costs only; (iii) ensure that the Contractors are subject to the same conflicts checks as required for Kramer Levin's; and (iv) file with this Court such disclosures required by Bankruptcy Rule 2014.

8. In the event of inconsistency between the Application, the Ringer Declaration, and this Order, this Order shall govern.

9. This Court shall retain exclusive jurisdiction to hear and determine all matters

arising from or related to the implementation, interpretation and/or enforcement of this Order.

*Laurie Selber Silverstein* (signature)
LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

**Dated: May 11th, 2020**
**Wilmington, Delaware**

4