**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| | **Ref. Doc. No.: 19** |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on May 12, 2020, the *United States Trustee's Objection to Debtors' Motion, Pursuant to 11 U.S.C. §§ 502(b)(9) Bankruptcy Rules 2002 snd 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1, for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice thereof, and (III) Approve Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Victims, and Approve Confidentiality Procedures (D.E. 18, 557)* was served upon the following persons through the CM/ECF system, and courtesy copies by email:

EMAIL
Jessica C. Boelter
Sidley Austin LLP
jboelter@sidley.com

James F Conlan
Sidley Austin LLP
jconlan@sidley.com

Matthew Evan Linder
Sidley Austin LLP
mlinder@sidley.com

Blair M. Warner
Sidley Austin LLP

blair.warner@sidley.com

Derek C. Abbott
Morris, Nichols, Arsht & Tunnell
dabbott@mnat.com

Eric Moats
Morris, Nichols Arsht & Tunnell
emoats@mnat.com

Kurt F. Gwynne
Reed Smith LLP
kgwynne@reedsmith.com

---

1 The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

Rachael Ringer
Kramer Levin Naftalis & Frankel
rringer@kramerlevin.com

James I. Stang
Pachulski Stang Ziehl & Jones
jstang@pszjlaw.com

James E. O'Neill
Pachulski Stang Ziehl & Jones
joneill@pszjlaw.com

/s/ David L. Buchbinder
David L. Buchbinder, Esq.
Trial Attorney