# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 20-10343 (LSS) <br> ) <br> ) Jointly Administered <br> ) <br> ) <br> ) <br> ) |

**SUPPLEMENTAL DECLARATION OF JON R. CONTE, PH.D. IN SUPPORT OF THE OBJECTION OF THE TORT CLAIMANTS' COMMITTEE TO (A) DEBTORS' MOTION, PURSUANT TO 11 U.S.C. § 502(B)(9), BANKRUPTCY RULES 2002 AND 3003(C)(3), AND LOCAL RULES 2002-1(E), 3001-1, AND 3003-1, FOR AUTHORITY TO (I) ESTABLISH DEADLINES FOR FILING PROOFS OF CLAIM, (II) ESTABLISH THE FORM AND MANNER OF NOTICE THEREOF, (III) APPROVE PROCEDURES FOR PROVIDING NOTICE OF BAR DATE AND OTHER IMPORTANT INFORMATION TO ABUSE VICTIMS, AND (IV) APPROVE CONFIDENTIALITY PROCEDURES FOR ABUSE VICTIMS [DKT. NO. 18] AND (B) SUPPLEMENT TO BAR DATE MOTION [DKT. NO. 557]**

I, Jon R. Conte, Ph.D., submit the following supplemental declaration as my testimony in this matter and state, under penalty of perjury, the following:

1. I am an individual over the age of 21 years and suffer no disability that would interfere with my ability to testify truthfully to the matters set forth herein.

2. On May 11, 2020, I submitted to the Bankruptcy Court in these cases as Docket No. 601-6, a declaration entitled *Declaration of Jon R. Conte, Ph.D. In Support Of The Objection Of The Tort Claimants' Committee To (A) Debtors' Motion, Pursuant To 11 U.S.C. § 502(B)(9), Bankruptcy Rules 2002 And 3003(C)(3), And Local Rules 2002-1(E), 3001-1,*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware the BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*And 3003-1, For Authority To (I) Establish Deadlines For Filing Proofs Of Claim, (Ii) Establish The Form And Manner Of Notice Thereof, (Iii) Approve Procedures For Providing Notice Of Bar Date And Other Important Information To Abuse Victims, And (Iv) Approve Confidentiality Procedures For Abuse Victims [Dkt. No. 18] And (B) Supplement To Bar Date Motion [Dkt. No. 557]* (the "Supporting Declaration").[2]

3. In paragraph 11 of the Supporting Declaration, I made the following representation:

    "Given these concerns I can see no reason to further abuse Survivors by not allowing a reasonable time period after they receive notice to reflect seriously and make a decision which one way or the other is likely to have a significant impact on their lives. The November date proposed by the Claimants is a reasonable and fair time period assuming the Notice plan is revised to increase targeting of potential creditors and language is changed to speak meaningfully in common English to potential creditors."

4. My reference to "November" in the Supporting Declaration was an error. The Tort Claimants' Committee has requested in its objection to the Bar Date Motion that the Court set a deadline of no earlier than December 31, 2020, as the bar date for filing Sexual Abuse Survivor Proofs of Claim in these cases. The reference I made in paragraph 11 of the Supporting Declaration should have been to the month of "December" rather than the month of "November".

5. It is my opinion that the December bar date proposed by the Tort Claimants' Committee in its Objection to the Bar Date Motion is a reasonable and fair time period assuming the Notice plan is revised as set forth in the Supporting Declaration.

/ / /

/ / /

/ / /

---

[2] All capitalized terms defined in the Supporting Declaration shall have the same meanings as used herein.

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Executed this 12th day of May, 2020 in Whidbey Island, WA.

*/s/ Jon R. Conte*
Jon R. Conte, Ph.D.