# **Exhibit A**

Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Re: D.I. 613 & ___ |

**ORDER SHORTENING NOTICE FOR THE
DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING
STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER**

Upon the motion (the "Motion to Shorten")[2] of the above-captioned debtors and debtors in possession (the "Debtors") for entry of an order, pursuant to sections 102(1) and 105(a) of the Bankruptcy Code, Rule 9006 of the Bankruptcy Rules, and Local Rule 9006-1(e), shortening notice with respect to the Motion for Protective Order, as more fully described in the Motion to Shorten; and the Court having reviewed and considered the Motion to Shorten and found that the relief requested in the Motion to Shorten is in the best interests of the Debtors, their creditors, their estates, and all other parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is GRANTED as set forth herein.

2. The Motion for Protective Relief will be considered at a hearing scheduled for May 18, 2020 at 10:00 a.m. (ET) (the "Hearing").

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms not defined herein are defined in the Motion to Shorten.

3. Objections, if any, to the relief requested in the Motion for Protective Order must be filed on or before May 15, 2020 at 4:00 p.m. (ET).

4. This Court retains jurisdiction to construe and enforce the terms of this Order.

Dated: _____, 2020
       Wilmington, Delaware

_____
THE HON. LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

2