# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| | **Ref. Doc. No.: 19** |
| Debtors.[1] | (Jointly Administered) |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on May 13, 2020, the *United States Trustee's Objection to Debtors' Motion to Shorten Notice of Debtors' Motion for Entry of an Order Approving Stipulated Confidentiality and Protective Order (D.E. 614),* was served upon the following persons through the CM/ECF system, and courtesy copies by email:

EMAIL

Jessica C. Boelter
Sidley Austin LLP
jboelter@sidley.com

James F Conlan
Sidley Austin LLP
jconlan@sidley.com

Matthew Evan Linder
Sidley Austin LLP
mlinder@sidley.com

Blair M. Warner
Sidley Austin LLP
blair.warner@sidley.com

Derek C. Abbott
Morris, Nichols, Arsht & Tunnell
dabbott@mnat.com

Eric Moats
Morris, Nichols Arsht & Tunnell
emoats@mnat.com

Kurt F. Gwynne
Reed Smith LLP
kgwynne@reedsmith.com

Rachael Ringer
Kramer Levin Naftalis & Frankel
rringer@kramerlevin.com

James I. Stang
Pachulski Stang Ziehl & Jones

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

jstang@pszjlaw.com

James E. O'Neill
Pachulski Stang Ziehl & Jones
joneill@pszjlaw.com

/s/ David L. Buchbinder
David L. Buchbinder, Esq.
Trial Attorney