# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 495

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection, or other responsive pleading to the *Application of the Future Claimants' Representative for an Order Authorizing to Retention and Employment of Gilbert LLP as Special Insurance Counsel, Effective as of March 19, 2020* [Docket No. 495] (the "Application"), filed on April 27, 2020.[2] The undersigned further certifies that she has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served no later than May 11, 2020 at 4:00 p.m. (ET). It is hereby respectfully requested that the proposed form of order attached hereto as Exhibit 1 be entered at the earliest convenience of the Court.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] The Future Claimants' Representative did receive informal comments regarding the Application from the United States Trustee. However, those comments were addressed and resolved by the *Notice of Filing of Amended Declaration of Kami E. Quinn and Appendix in Support of the Application of the Future Claimants' Representative for an Order Authorizing the Retention and Employment of Gilbert LLP as Special Insurance Counsel, Effective as of March 19, 2020* [Docket No. 577] and no revisions to the proposed order were necessary.

01:23002114.1

| | |
|---|---|
| Dated: May 14, 2020 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | */s/ Sara Beth A.R. Kohut* |
| | Robert S. Brady (No. 2847) |
| | Edwin J. Harron (No. 3396) |
| | Sharon M. Zieg (No. 4196) |
| | Sara Beth A.R. Kohut (No. 4137) |
| | Rodney Square |
| | 1000 North King Street |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 571-6600 |
| | Facsimile: (302) 571-1253 |
| | Email: rbrady@ycst.com |
| |       eharron@ycst.com |
| |       szieg@ycst.com |
| |       skohut@ycst.com |
| | *Counsel to the Future Claimants' Representative* |