**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Alan J. Kornfeld of Pachulski Stang Ziehl & Jones LLP to represent the Tort Claimants' Committee in the above-captioned cases.

Dated: May 14, 2020
    */s/ James E. O'Neill*
    James E. O'Neill (DE Bar No. 4042)
    Pachulski Stang Ziehl & Jones LLP
    919 North Market Street, 17th Floor
    Wilmington, DE  19899-8705 (Courier 19801)

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these actions.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: May 14, 2020
    */s/ Alan J. Kornfeld*
    Alan J. Kornfeld (CA Bar No. 130063)
    Pachulski Stang Ziehl & Jones LLP
    10100 Santa Monica Boulevard, 13th Floor
    Los Angeles, CA  90067-4003
    Telephone:  (310) 277-6910
    Facsimile:   (310) 201-0760
    Email:  akornfeld@pszjlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.