**<u>Exhibit B</u>**

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 18, 556, 557, 601, 603, & 610** |

## ORDER GRANTING LEAVE TO FILE A REPLY

Upon consideration of the *Debtors' Motion for Leave to File Debtors' Omnibus Reply In Support of Bar Date Motion* (the "Motion for Leave"),[2] it is HEREBY ORDERED THAT:

1. The Motion for Leave is GRANTED.

2. The Court will consider the Reply at the Hearing and the Reply is deemed filed.

Dated: _____, 2020
Wilmington, Delaware

_____
THE HON. LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion for Leave.