## **Exhibit B**

Redline

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>           Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Ref. Docket Nos. 18, 556, 557, 601, 603, 610 & ___ |

**ORDER, PURSUANT TO 11 U.S.C. § 502(b)(9), BANKRUPTCY RULES 2002
AND 3003(c)(3), AND LOCAL RULES 2002-1(e), 3001-1, AND 3003-1,
(I) ESTABLISHING DEADLINES FOR FILING PROOFS OF CLAIM,
(II) ESTABLISHING THE FORM AND MANNER OF NOTICE THEREOF,
(III) APPROVING PROCEDURES FOR PROVIDING NOTICE OF BAR DATE
AND OTHER IMPORTANT INFORMATION TO ABUSE SURVIVORS, AND
(IV) APPROVING CONFIDENTIALITY PROCEDURES FOR ABUSE SURVIVORS**

Upon the motion (the "Motion")[2] of the Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors") for entry of an order (this "Order"), (i) establishing deadlines by which General Proofs of Claim and Sexual Abuse Survivor Proofs of Claim against the Debtors' estates are to be filed, (ii) approving the proposed procedures for filing General Proofs of Claim and Sexual Abuse Survivor Proofs of Claim, including special procedures for holders of Sexual Abuse Claims ("Sexual Abuse Survivors") to file confidential Sexual Abuse Survivor Proofs of Claim, (iii) approving the proposed procedures for notice of the bar dates, including the form of Bar Date Notices, (iv) approving the General Proof of Claim Form and the Sexual Abuse Survivor Proof of Claim Form, (v) approving the forms of

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] All capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

supplemental notice and procedures for providing notice to unknown Sexual Abuse Survivors and other unknown creditors and parties in interest, and (vi) granting related relief; and upon consideration of the First Day Declaration and the ~~declaration~~declarations of Shannon Wheatman in support of the Motion and the Supplemental Notice Plan (the "Wheatman Declaration"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and the Debtors having consented to the entry of a final order by this Court under Article III of the United States Constitution; and venue of this proceeding and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court, if any; and all objections, if any, to the Motion having been withdrawn, resolved or overruled; and the relief requested in the Motion being in the best interests of the Debtors' estates, their creditors and other parties in interest; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The relief requested in the Motion is GRANTED as set forth herein.

2.      The following procedures for filing General Proofs of Claim are approved:

    (a)      Unless otherwise provided herein, the General Bar Date shall be **5:00 p.m. (prevailing Eastern Time) on October 6, 2020**.

(b)     Unless otherwise provided herein, the Governmental Bar Date shall be **August 17, 2020 at 5:00 p.m. (prevailing Eastern Time)**.

(c)     **General Proofs of Claim** must: (i) be written in the English language; (ii) be denominated in lawful currency of the United States as of the Petition Date (using the exchange rate, if applicable, as of the Petition Date); (iii) conform substantially to the General Proof of Claim Form attached to this Order as **Exhibit ~~5~~6** or Official Bankruptcy Form No. 410; (iv) specify by name and case number the Debtor against which the General Proof of Claim is filed; (v) set forth with specificity the legal and factual basis for the alleged claim; (vi) include supporting documentation for the claim or an explanation as to why such documentation is not available*, provided, however, that if the claimant elects not to supplement their proof of claim by attaching supporting documentation at the time of filing a claim, the absence of supporting documentation by itself will not automatically result in the disallowance of the claim, although the claimant may be asked or required to provide additional information or supporting documentation at a later date, and the claim may be subject to an objection on the grounds that the claimant failed to include any supporting documentation to indicate the existence of a claim, as required by Bankruptcy Rule 3001(c)*; and (vii) be signed by the claimant or, if the claimant is not an individual, by an authorized agent or authorized representative of the claimant.

(d)     Any General Proof of Claim that does not clearly identify the Debtor against which the claim is asserted and the case number will be deemed as being submitted only against the Boy Scouts of America.

(e)     If a claimant asserts a claim against more than one Debtor or has claims against both Debtors, the claimant must file a separate General Proof of Claim against each Debtor.  To the extent a submitted General Proof of Claim identifies more than one Debtor, such proof of claim will be deemed as being submitted only against the first-identified Debtor.

(f)     General Proofs of Claim must be filed either (i) electronically through the Claims and Noticing Agent's website using the interface available on the website located at http://www.omniagentsolutions.com/bsaclaims (the "Electronic Filing System") or (ii) by delivering the original General Proof of Claim by hand, or mailing the original General Proof of Claim so that it is received by the Claims and Noticing Agent on or before the General Bar Date as follows:

> **BSA Claims Processing**
> **c/o Omni Agent Solutions**
> **5955 De Soto Ave., Suite 100**
> **Woodland Hills, CA 91367**

(g)     A General Proof of Claim shall be deemed timely filed only if it is **actually received** by the Claims and Noticing Agent (i) at the address listed in subparagraph (f) above or (ii) electronically through the Electronic Filing System on or before the General Bar Date or Governmental Bar Date, as applicable.

(h)     General Proofs of Claim sent by email, facsimile, or telecopy transmission (other than General Proofs of Claim filed electronically through the Electronic Filing System) **shall not** be accepted.

(i)     Any person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, trusts, and Governmental Units) that asserts a claim that arises from the rejection of an executory contract or unexpired lease must file a General Proof of Claim based on such rejection by the later of (i) the General Bar Date or Governmental Bar Date, as applicable, and (ii) the date that is thirty (30) days following the entry of the Court order approving such rejection, (which order may be the order confirming a chapter 11 plan in the Debtors' chapter 11 cases) or ~~be forever barred from doing so~~shall not be treated as a creditor with respect to such claim for the purposes of voting and distribution.

(j)     Notwithstanding the foregoing, a party to an executory contract or unexpired lease that asserts a claim on account of unpaid amounts accrued and outstanding as of the Petition Date pursuant to such executory contract or unexpired lease (other than a rejection damages claim) must file a General Proof of Claim for such amounts on or before the General Bar Date or Governmental Bar Date, as applicable, unless an exception identified in subparagraph (m) below applies.

(k)     In the event that the Debtors amend or supplement their Schedules subsequent to the date of entry of this Order, the Debtors shall give notice of any amendment or supplement to the holders of claims affected thereby, and such holders who have not previously filed a proof of claim shall have until the later of (i) the General Bar Date and (ii) thirty (30) days from the date of such notice to file a General Proof of Claim or be barred from doing so and shall be given notice of such deadline.

(l)     Any person or entity that relies on the Schedules has the responsibility to determine that its claim is accurately listed in the Schedules.

(m)     The following persons or entities are **not** required to file a General Proof of Claim on or before the General Bar Date, solely with respect to the claims described below:

(1)     any person or entity whose claim is listed on the Schedules; provided that (i) the claim is **not** listed on the Schedules as "disputed," "contingent," or "unliquidated," (ii) the person or

4

entity does not dispute the amount, nature, and priority of the claim as set forth in the Schedules, and (iii) the person or entity does not dispute that the claim is an obligation of the specific Debtor against which the claim is listed in the Schedules;

(2)    any person or entity whose claim has been paid in full;

(3)    any holder of a claim allowable under section 503(b) and 507(a)(2) of the Bankruptcy Code as an administrative expense (**other than** a holder of a section 503(b)(9) claim);

(4)    any person or entity who holds a claim that heretofore has been allowed by order of this Court entered on or before the applicable Bar Date;

(5)    any holder of a claim for which a separate deadline has been fixed by order of this Court;

(6)    any person or entity ~~(other than an Abuse Survivor)~~ who has, as of the date of this Order, already filed a Proof of Claim with the Claims and Noticing Agent ~~against the Debtors with respect to the claim being asserted~~or the Court, utilizing a claim form that substantially conforms to the General Proof of Claim Form or Official Bankruptcy Form No. 410; ~~or~~provided, however, that a Sexual Abuse Survivor who also holds or asserts a claim other than an Abuse Claim must file a General Proof of Claim by the General Bar Date; or

(7)    either Debtor in these chapter 11 cases having a claim against the other Debtor in these chapter 11 cases.

3.     An individual should submit ~~an~~a Sexual Abuse Survivor Proof of Claim, in the form annexed to this Order as **Exhibit 6̶7**, and not a General Proof of Claim, if the individual holds a claim against the Debtors that is attributable to, arises from, is based upon, relates to, or results from, in whole or in part, directly, indirectly, or derivatively, "Sexual Abuse."  For purposes of this Order, **"Sexual Abuse"** means sexual conduct or misconduct, sexual abuse or molestation, sexual exploitation, ~~indecent assault and/or battery, rape, pedophilia, ephebophilia, sexually related psychological or emotional harm, humiliation, anguish, shock, sickness, disease, disability, dysfunction, or intimidation, any other sexual misconduct or injury, contacts or~~

5

interactions of a sexual nature, including the use of photography, video, or digital media, or other physical abuse or bullying without regard to whether such physical abuse or bullying is of a sexual nature, sexual touching, sexualized interaction, sexual comments about a person's body, or other verbal or non-verbal behaviors that facilitated, contributed to, or led up to abuse, regardless of whether or not such behavior was itself sexual or against the law, and regardless of whether you thought the behavior was sexual abuse at the time.  Sexual Abuse includes behavior between a child and an adult, between a child and another child, or between a non-consenting adult and another adult, in each instance without regard to whether such activity involved explicit force, whether such activity involved genital or other physical contact, and whether there is or was any associated physical, psychological, or emotional harm to the child or non-consenting adult.  It involves behaviors including penetration or fondling of the child's or non-consenting adult's body, other body-on-body contact, or non-contact, behaviors such as observing or making images of a child's or non-consenting adult's naked body, showing or making pornography, or having children behave in sexual behavior as a group.

4.    The following procedures for filing an a Sexual Abuse Survivor Proof of Claim are approved:

(a)    Unless otherwise provided herein, the Abuse Claims Bar Date shall be the **5:00 p.m. (prevailing Eastern Time) on October 6, 2020**.

(b)    **Sexual Abuse Survivor Proofs of Claim** must: (i) be written in the English language; (ii) be denominated in lawful currency of the United States as of the Petition Date (using the exchange rate, if applicable, as of the Petition Date); (iii) conform substantially to the Sexual Abuse Survivor Proof of Claim Form annexed to this Order as **Exhibit 6 7**; (iv) set forth with specificity the legal and factual basis for the alleged claim, including all of the information requested in the Sexual Abuse Survivor Proof of Claim Form; and (v) be signed by the Sexual Abuse Survivor.

(c)     Any Sexual Abuse Survivor Proof of Claim that does not clearly identify the Debtor against which the claim is asserted and the case number will be deemed as being submitted only against Boy Scouts of America.

(d)     To the extent a submitted Sexual Abuse Survivor Proof of Claim identifies more than one Debtor, such proof of claim will be deemed as being submitted only against Boy Scouts of America.

(e)     Sexual Abuse Survivor Proofs of Claim must be filed either (i) electronically through the Electronic Filing System available on the website located at www.OfficialBSAClaims.com or (ii) by delivering the original Sexual Abuse Survivor Proof of Claim Form by hand, or mailing the original Sexual Abuse Survivor Proof of Claim Form on or before the Abuse Claims Bar Date as follows:

> **BSA Abuse Claims Processing**
> **c/o Omni Agent Solutions**
> **5955 De Soto Ave., Suite 100**
> **Woodland Hills, CA 91367**

(f)     ~~An~~A Sexual Abuse Survivor Proof of Claim shall be deemed timely received only if it is **actually received** by the Claims and Noticing Agent (i) at the address listed above in subparagraph (e) or (ii) electronically through the Electronic Filing System available at www.OfficialBSAClaims.com on or before the Abuse Claims Bar Date.

(g)     Sexual Abuse Survivor Proofs of Claim sent by email, facsimile, or telecopy transmission (other than Sexual Abuse Survivor Proofs of Claim filed electronically through the Electronic Filing System) **shall not** be accepted.

(h)     **Any Sexual Abuse Survivor who believes that she or he has ~~an~~a Sexual Abuse Claim, including but not limited to Sexual Abuse Survivors who have previously filed lawsuits or asserted claims against the Debtors, Sexual Abuse Survivors who have called the Scouts First Hotline or otherwise reported a claim of ~~abuse~~Sexual Abuse, and Sexual Abuse Survivors who have never filed a lawsuit, asserted a claim against the Debtors, entered into a settlement, or reported their abuse, must submit the applicable Sexual Abuse Survivor Proof of Claim Form.  For the avoidance of doubt, even if the Sexual Abuse Claim is time-barred under an applicable statute of limitations, each Sexual Abuse Survivor is required to file ~~an~~a Sexual Abuse Survivor Proof of Claim in order to preserve the right to pursue an Abuse Claim in the event of a change in the applicable statute of limitations, or shall be forever barred from doing so.** Any Sexual Abuse Survivor must file the applicable Sexual Abuse Survivor Proof of Claim ~~Form~~ even if such claimant may be included in, or

7

represented by, another action filed against the Debtors with respect to such claimant's Sexual Abuse Claim.

(i)    The following persons are **not** required to file ~~an~~a Sexual Abuse Survivor Proof of Claim on or before the Abuse Claims Bar Date, solely with respect to the claims described below:

(1)    Any person who is not ~~an~~a Sexual Abuse Survivor, including claimants with claims arising from other types of non-sexual abuse, including non-sexual physical abuse, non-sexual emotional abuse, bullying or hazing;

(2)    Any Sexual Abuse Survivor whose claim has been paid in full; **provided, however, that this subsection does not include Sexual Abuse Survivors who were paid pursuant to settlement agreements but who believe they have additional claims against the Debtors beyond what was agreed to in the applicable settlement agreement;**

(3)    Any Sexual Abuse Survivor who has, as of the date of this Order, already filed a Sexual Abuse Survivor Proof of Claim with the Claims and Noticing Agent or the Court, utilizing a claim form that substantially conforms to the Sexual Abuse Survivor Proof of Claim Form or Official Bankruptcy Form No. 410, provided, however, that a Sexual Abuse Survivor who also holds or asserts a claim other than a Sexual Abuse Claim must file a General Proof of Claim by the General Bar Date;

(4)    ~~(3) any~~Any Sexual Abuse Survivor who holds a claim that heretofore has been allowed by order of this Court entered on or before the applicable Abuse Claims Bar Date; ~~and~~

(5)    ~~(4) any~~Any individual holding a claim based on abuse that occurred prior to the Petition Date, but who (a) had not attained eighteen (18) years of age as of the date immediately preceding the Petition Date, or (b) was not aware of their Sexual Abuse Claim as a result of "repressed memory," to the extent the concept of repressed memory is recognized by the highest appellate court of the State or territory where the claim arose.; and

(6)    The Future Claimants' Representative (as defined in the *Motion for Entry of an Order Appointing James L. Patton, Jr., as Legal Representative for Future Claimants,* Nunc Pro Tunc *to the Petition Date*) [Docket No. 223], as modified, amended, or supplemented).[3]

---

[3] Neither the exemption set forth in this subparagraph (i)(5), nor anything else in this Order, should be construed as a finding or conclusion that Sexual Abuse Claims of Future Claimants are not "claims" as defined in Bankruptcy

5.      For the avoidance of doubt, the procedures set forth in paragraph 4 above shall apply to all Sexual Abuse Survivors only, and, unless otherwise subject to one of the exceptions specifically enumerated above, each Sexual Abuse Survivor (including Sexual Abuse Survivors (i) whose Sexual Abuse Claims may otherwise be included in, or represented by, a lawsuit or action filed against the Debtors, and (ii) **even if ana Sexual Abuse Survivor's Abuse Claim is time-barred under an applicable statute of limitations, in order to preserve the right to pursue ana Sexual Abuse Claim in the event of a change in the applicable statute of limitations**) shall be required to file ana Sexual Abuse Survivor Proof of Claim before the Abuse Claims Bar Date or be forever barred, estopped, and enjoined from asserting such claimsshall not be treated as a creditor with respect to such claim for the purposes of voting and distribution.

6.      The following "Confidentiality Protocol" shall apply only with respect to all Proofs of Claim filed after the date of this Order:

(a)      Sexual Abuse Survivors are directed **not** to file ana Sexual Abuse Survivor Proof of Claim with the Court.  Instead and as described above, the Sexual Abuse Survivor Proof of Claim must be mailed and delivered to the Claims and Noticing Agent at the following address: **BSA Abuse Claims Processing, c/o Omni Agent Solutions, 5955 De Soto Ave., Suite 100, Woodland Hills, CA 91367** or filed through the Electronic Filing System via the website located at www.OfficialBSAClaims.com.

(b)      Minors and their parents and legal guardians holding non-Abuseclaims other than Sexual Abuse Claims are directed **not** to file a General Proof of Claim with the Court.  Instead and as described above, the General Proof of Claim must be mailed and delivered to the Claims and Noticing Agent at the following address: **BSA Claims Processing, c/o Omni Agent Solutions, 5955 De Soto Ave., Suite 100, Woodland Hills, CA 91367** or filed through the Electronic Filing System via the website located at http://www.omniagentsolutions.com/bsaclaims.

(c)      Submitted Sexual Abuse Survivor Proofs of Claim will not be available to the general public unless the Sexual Abuse Survivor designates otherwise on the Sexual Abuse Survivor Proof of Claim Form.  Submitted General

a finding or conclusion that Sexual Abuse Claims of Future Claimants are not "claims" as defined in Bankruptcy Code section 101(5).

Proofs of Claim related to minors will not be available to the general public.  The Confidentiality Protocol is for the benefit of such holders.  Sexual Abuse Survivors may, solely in their discretion, elect to make public the information contained in their submitted Sexual Abuse Survivor Proofs of Claim.

(d)    Sexual Abuse Survivor Proofs of Claim submitted by Sexual Abuse Survivors and General Proofs of Claim submitted on behalf of minors shall be held and treated as confidential by the Claims and Noticing Agent, the Debtors, the Debtors' counsel and retained advisors, and any of parties listed below (the "Permitted Parties") to the extent such Permitted Party requests access to the Abuse Survivor Proof of Claim Form proofs of claim forms, and shall be treated as confidential hereunder.  Furthermore, each Permitted Party shall execute and return to the Debtors' counsel (with a copy to the official committee of tort claimants (the "Tort Claimants' Committee") with respect to Sexual Abuse Survivor Proofs of Claim and with a copy to the official committee of unsecured creditors (the "Creditors' Committee") with respect to General Proofs of Claim submitted on behalf of minors) a confidentiality agreement substantially in the form attached to this Order as **Exhibit 7 8** (the "Confidentiality Agreement") by which such Permitted Party agrees to keep the information provided in the Sexual Abuse Survivor Proofs of Claim and/or the General Proofs of Claim submitted on behalf of minors confidential.

(e)    The With respect to Sexual Abuse Proofs of Claim, the Permitted Parties include:[34]

   (1)    counsel and retained advisors to the Debtors retained pursuant to an Order of this Court;

   (2)    officers, directors, and employees of the Debtors necessary to assist the Debtors and their counsel in reviewing and analyzing the Sexual Abuse Claims;

   (3)    the Claims and Noticing Agent;

   (4)    counsel to the Ad Hoc Committee of Local Councils;

   (5)    individual Local Councils solely with respect to Sexual Abuse Claims asserted against them;

---

[34] With the exception of counsel and advisors the Debtors retains pursuant to Orders of this Court, counsel to the Tort Claimants' Committee, the U.S. Trustee's attorneys, counsel to the Future Claimants' Representative, and the Claims and Noticing Agent, each Permitted Party receiving access to the Sexual Abuse Survivor Proofs of Claim or the General Proofs of Claim of minors (or any information aggregated or derived therefrom) must execute the Confidentiality Agreement.

(6)   ~~(4)~~ the Tort Claimants' Committee and its counsel and retained advisors;

(7)   ~~(5)~~ the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee");

(8)   certain insurers of the Debtors, including authorized claims administrators of such insurers and their reinsurers and their respective counsel;

~~(6) insurance companies (including their successors) that provided insurance related to the claims described in the Abuse Survivor Proofs of Claim, including authorized claims administrators of such insurance companies and their reinsurers and counsel;~~

~~(7) the Ad Hoc Committee of Local Councils;~~

(9)   ~~(8) any~~ the Future Claimants' Representative and his counsel and retained advisors;

(10)  ~~(9)~~ any special arbitrator(s), mediator(s), or claims reviewer(s) appointed to review and resolve Sexual Abuse Claims;

(11)  ~~(10)~~ any trustee, or functional equivalent thereof, appointed to administer payments to Sexual Abuse Survivors and his or her counsel and retained advisors;

(12)  ~~(11)~~ any person with the express written consent of the Debtors, the Tort Claimants' Committee, and the Future Claimants' Representative upon seven (7) business days' notice to Sexual Abuse Survivors; and

(13)  ~~(12)~~ such other persons as the Court determines should have the information in order to evaluate Sexual Abuse Claims ~~or the~~ upon seven (7) business days' notice to such holders.

(f)   With respect to General Proofs of Claim submitted on behalf of minors, the Permitted Parties include:[5]

(1)   counsel and retained advisors to the Debtors;

---

[5] With the exception of counsel and advisors the Debtors retains pursuant to Orders of this Court, counsel to the Creditors' Committee, counsel to the Tort Claimants' Committee, the U.S. Trustee's attorneys, counsel to the Future Claimants' Representative, and the Claims and Noticing Agent, each Permitted Party receiving access to the Sexual Abuse Survivor Proofs of Claim (or any information aggregated or derived therefrom) must execute the Confidentiality Agreement.

(2) officers, directors, and employees of the Debtors necessary to assist the Debtors and their counsel in reviewing and analyzing such claims;

(3) the Claims and Noticing Agent;

(4) counsel to the Ad Hoc Committee of Local Councils;

(5) individual Local Councils solely with respect to claims asserted against them;

(6) the Creditors' Committee;

(7) the Tort Claimants' Committee and its counsel and retained advisors;

(8) the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee");

(9) certain insurers of the Debtors, including authorized claims administrators of such insurers and their reinsurers and their respective counsel;

(10) the Future Claimants' Representative and his counsel and retained advisors;

(11) any special arbitrator(s), mediator(s), or claims reviewer(s) appointed to review and resolve Sexual Abuse Claims;

(12) any trustee, or functional equivalent thereof, appointed to administer payments to claimants and his or her counsel and retained advisors;

(13) any person with the express written consent of the Debtors, the Tort Claimants' Committee, the Creditors' Committee, and the Future Claimants' Representative upon seven (7) business days' notice to such claimants; and

(14) ~~claims~~such other persons as the Court determines should have the information in order to evaluate claims submitted on behalf of minors upon seven (7) business days' notice to such holders.

7.      For the avoidance of doubt, nothing in this Order precludes the Debtors from discharging any obligations to report child abuse under state or federal law.

8. Any holder of a claim against the Debtors, including any holder of ~~an~~a Sexual Abuse Claim, who is required to file a General Proof of Claim or Sexual Abuse Survivor Proof of Claim in accordance with this Order, but fails to do so on or before the applicable Bar Date, shall not be permitted to vote to accept or reject the Plan filed in these chapter 11 cases ~~or receive further notices regarding~~on account of such claim. Any holder of a claim against the Debtors, including any holder of ~~an~~a Sexual Abuse Claim, who is required to file a General Proof of Claim or Sexual Abuse Survivor Proof of Claim in accordance with this Order, but fails to do so on or before the applicable Bar Date, shall not be treated as a creditor with respect to such claim for the purposes of voting and distribution.

9. For the avoidance of doubt, nothing contained in this Order shall preclude a claimant from asserting a late-filed claim in accordance with Bankruptcy Rule 9006.

10. Nothing in this Order shall independently impair or affect, or be deemed to impair or affect, any claims including, without limitation, Sexual Abuse Claims that may be asserted against Local Councils or any entity or organization other than the Debtors.

11. The allowance, and the process for allowance, of Sexual Abuse Claims and the treatment thereof will be subject in all respects to the terms of any confirmed plan of reorganization for the Debtors and any trust distribution procedures that may be approved in connection therewith.

12. ~~9.~~ The General Bar Date Notice, the Abuse Claims Bar Date Notice, the Abuse Claims Publication Notice, ~~and~~ a form of the Abuse Claims Publication Notice adapted for email format (the "Abuse Claims Email Notice"), and the form of television spot copy (the "Abuse Claims TV Spot") attached to this Order as **Exhibits 1**, **2**, **3**, ~~and~~ **4**, and **5** respectively, are hereby approved.

13.    10. The following procedures are hereby approved with respect to the General Bar Date Notice:

(a)    At least **120 days** prior to the General Bar Date, the Debtors shall cause to be mailed (i) a General Proof of Claim Form and (ii) the General Bar Date Notice to the following parties:

(1)    the U.S. Trustee;

(2)    all parties listed on the creditor matrix;

(3)    all creditors and other known holders of claims against the Debtors as of the date of entry of this Order, including all entities listed on the Schedules as holding claims against the Debtors, but excluding Sexual Abuse Survivors;

(4)    all persons or entities that have filed General Proofs of Claim as of the date of entry of this Order;

(5)    all counterparties to the Debtors' executory contracts and unexpired leases as of the date of entry of this Order;

(6)    all parties to pending litigation against the Debtors that is unrelated to Abuse Claims;

(7)    all current and former employees, directors, and officers (to the extent that contact information for former employees, director, and officers is available in the Debtors' records);

(8)    all regulatory authorities that regulate the Debtors' organization as of the date of entry of this Order;

(9)    the Offices of the United States Attorney for the District of Delaware and the Northern District of Texas;

(10)    the office of the attorney general for each state in which the Debtors maintain or conduct operations;

(11)    the District Director of the Internal Revenue Service for the District of Delaware;

(12)    all other taxing authorities for the jurisdictions in which the Debtors maintain or conduct organizational operations;

(13)    all parties who have requested notice pursuant to Bankruptcy Rule 2002 as of the date of entry of this Order; and

(14)    such additional persons and entities deemed appropriate by the Debtors.

(b)    The Debtors shall also post the General Proof of Claim Form and the General Bar Date Notice on the website established by the Claims and Noticing Agent, http://www.omniagentsolutions.com/bsaclaims.

14.    ~~11.~~ The Debtors are hereby ordered to, via the Claims and Noticing Agent, serve via first-class mail (i) the Abuse Claims Bar Date Notice, substantially in the form attached to this Order as **Exhibit 2**, and (ii) ~~an~~a Sexual Abuse Survivor Proof of Claim Form, at least **120 days** prior to the Abuse Claims Bar Date, to counsel of record, if any, for each known Sexual Abuse Survivor, or to the Sexual Abuse Survivor directly if address information for the Sexual Abuse Survivor is known and address information for counsel of record is not known, including, without limitation, any Sexual Abuse Survivor that has filed a Proof of Claim on or prior to the entry of this Order at the address listed in such Proof of Claim.

15.    ~~12.~~ The Debtors shall also serve the Abuse Claims Bar Date Notice and Sexual Abuse Survivor Proof of Claim Form on counsel to the Tort Claimants' Committee.

16.    ~~13.~~ Further, the Debtors shall post the Sexual Abuse Survivor Proof of Claim Form and the Abuse Claims Bar Date Notice on the Claims and Noticing Agent's website, www.OfficialBSAClaims.com.

17.    ~~14.~~ The Debtors shall use commercially reasonable efforts to publish the Abuse Claims Publication Notice, in substantially the form attached to this Order as **Exhibit 3** (allowing reasonable time for administrative and logistical issues), in accordance with the Supplemental Notice Plan and with any necessary modifications for ease of publication.

18.    ~~15.~~ The Debtors shall use commercially reasonable efforts to send the Abuse Claims Email Notice, in substantially the form attached to this Order as **Exhibit 4**, to current and former scouts, volunteers, and parents who provided an email address to the Debtors since 1999,

and to send a Spanish version of such notice to individuals who purchased a Spanish Handbook from the Debtors' online Scout Shop and provided an email address to the Debtors.

19. 16. The Court hereby finds and concludes that the Abuse Claims Notice Procedures, including the Supplemental Notice Plan, the Abuse Claims Publication Notice, and the Abuse Claims Email Notice, are reasonably calculated to provide notice to unknown creditors, including Sexual Abuse Survivors, of the Bar Dates and the other matters described therein, and are hereby approved and no other or further notice shall be required.  The Court further finds and concludes that identities and contact information of Sexual Abuse Survivors other than known holders of Sexual Abuse Claims, as described in the Motion and the Wheatman Declaration, are not reasonably ascertainable and that such parties therefore are unknown creditors with respect to any claims they may have against the Debtors' estates, for whom notice by publication pursuant to Bankruptcy Rule 2002(l) is appropriate and sufficient.

20. 17. The Debtors shall provide drafts of the internet, television, print, radio, and other copy created by the Debtors to implement the Supplemental Notice Plan to counsel for the Tort Claimants' Committee and the Future Claimants' Representative, respectively, in advance of publication thereof, and the Tort Claimants' Committee's and Future Claimants' Representative's rights related thereto are reserved.

21. 18. The Court further finds and concludes that publication of the Abuse Claims Publication Notice as provided in this Order will itself constitute adequate notice of the Abuse Claims Bar Date and other matters described therein on all unknown creditors, without regard to the additional elements of the Supplemental Notice Plan.

22. 19. The Debtors shall use commercially reasonable efforts, with the assistance of the Claims and Noticing Agent, to publish notice of the General Bar Date, with any necessary

modifications for ease of publication, once in the national editions of *The Wall Street Journal, USA Today*, and *The New York Times*.

23.    ~~20.~~ Any person or entity who desires to rely on the Schedules will have the responsibility for determining that such person's or entity's Claim is accurately listed in the Schedules.

24.    ~~21.~~ Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed as (a) an admission as to the validity or priority of any claim or lien against the Debtors, (b) a waiver of the rights of the Debtors or any party in interest to dispute any claim or lien on any grounds, (c) a promise or requirement to pay any prepetition claim, (d) an implication or admission that any particular claim is of a type specified or defined in the Motion or this Order, (e) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code or any other applicable law, or (f) a waiver of the Debtors' or any other party's rights under the Bankruptcy Code or any other applicable law.

25.    ~~22.~~ Entry of this Order is without prejudice to the right of the Debtors to seek a further order of this Court fixing the date by which holders of claims **not** subject to the Bar Dates established herein must file such claims against the Debtors or be forever barred from doing so.

26.    ~~23.~~ The Debtors and the Claims and Noticing Agent are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

27.    ~~24.~~ This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Interim Order.

Dated: _____, 2020
      Wilmington, Delaware

                                    THE HON. LAURIE SELBER SILVERSTEIN

_____
UNITED STATES BANKRUPTCY JUDGE

**<u>Exhibit 1</u>**

**Form of General Bar Date Notice**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | |

> **TO ALL PERSONS OR ENTITIES WITH CLAIMS AGAINST BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC:**

### NOTICE OF DEADLINES REQUIRING FILING OF PROOFS OF CLAIM

**NOTICE IS HEREBY GIVEN** as follows:

The United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") has entered an Order (the "Bar Date Order") establishing **October 6, 2020 at 5:00 p.m. (Eastern Time)** (the "General Bar Date") as the last date and time for each person or entity (including individuals, partnerships, corporations, joint ventures, and trusts, but not including any (i) any holder of ~~an~~a Sexual Abuse Claim, as described below (each, ~~an~~a "Sexual Abuse Survivor") and (ii) governmental units (as defined in section 101(27) of the chapter 11 of title 11 of the United States Code (the "Bankruptcy Code")) to file a General Proof of Claim against any of the above-listed debtors (collectively, the "Debtors").[2]

The Bar Dates (as defined below) and the procedures set forth below for filing General Proofs of Claim apply to all claims against the Debtors that arose prior to February 18, 2020 (the "Petition Date"), the date on which the Debtors commenced cases under chapter 11 of the Bankruptcy Code, including, for the avoidance of doubt, secured claims, priority claims, and claims arising under section 503(b)(9) of the Bankruptcy Code, but not holders of the claims listed in Section V below that specifically are excluded from the General Bar Date and Governmental Bar Date (as defined below) filing requirement. Governmental units may have until **August 17, 2020 at 5:00 p.m. (Eastern Time)** (the "Governmental Bar Date," and,

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the *Debtors' Motion, Pursuant to § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1, for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice Thereof, (III) Approve Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Victims, and (IV) Approve Confidentiality Procedures for Abuse Victims* [Docket No. 18] or the Bar Date Order, as applicable.

together with the General Bar Date, the "Bar Dates") to file General Proofs of Claim against the Debtors.

**The procedures described in this Notice shall not apply to Sexual Abuse Survivors asserting Sexual Abuse Claims.  Sexual Abuse Survivors should consult the notice titled** *Notice of Deadline for Filing Sexual Abuse Claims in the Boy Scouts of America Bankruptcy Case.  An and file a Sexual* **Abuse Survivor** asserting**Proof of Claim, which may be found at www.OfficialBSAClaims.com.  See Section VI below for more information.**

**If you have a claim** other than an Abuse Claim must file a separate **arising from other types of non-sexual abuse, including non-sexual physical abuse, non-sexual emotional abuse, bullying or hazing, and you have not filed a proof of claim prior** to the entry of the **Bar Date Order, you must file a** **General Proof of Claim as set forth in the Bar Date Order and this Notice.**

## I.    WHO MUST FILE A PROOF OF CLAIM

You MUST file a General Proof of Claim to vote on a chapter 11 plan filed by the Debtors or to share in distributions from the Debtors' bankruptcy estates if (i) you have a claim that arose prior to the Petition Date and (ii) it is not one of the types of claims described in Section IVV below. Claims based on acts or omissions of the Debtors that occurred before the Petition Date must be filed on or prior to the applicable Bar Date, even if such claims are not now fixed, liquidated or certain or did not mature or become fixed, liquidated or certain before the Petition Date.

Under section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

## II.    WHAT TO FILE

The Debtors are enclosing a proof of claim form (the "General Proof of Claim Form") for use in these cases; if your claim is listed on the schedules of assets and liabilities filed by the Debtors (collectively, the "Schedules"), the General Proof of Claim Form also sets forth the amount of your claim as listed on the Schedules, the specific Debtor against which the claim is scheduled, and whether the claim is scheduled as "disputed," "contingent," or "unliquidated." You will receive a different General Proof of Claim Form for each claim listed in your name on the Schedules. You may utilize the General Proof of Claim Form(s) provided by the Debtors to file your claim. Additional General Proof of Claim Forms may be obtained at (i) the website established by the Debtors' Court-approved claims and noticing agent, Omni Agent Solutions (the "Claims and Noticing Agent"), located at http://www.omniagentsolutions.com/bsaclaims, or (ii) the Bankruptcy Court's website located at www.uscourts.gov/forms/bankruptcy-forms.

| Proofs of Claim must: | √ Be signed by the claimant |
|---|---|

|  | √ Be written in English |
|---|---|
|  | √ Be denominated in United States currency (using the exchange rate, if applicable, as of the Petition Date) |
|  | √ Set forth with specificity the legal and factual basis for the alleged claim, including all of the information requested in the General Proof of Claim Form, and attach to your completed proof of claim any documents on which the claim is based (if voluminous, attach a summary) or explanation as to why the documents are not available.  If you fail to attach supporting documents, the absence of such supporting documents will not automatically result in disallowance of your claim, but you may be required to provide additional information or supporting documentation at a later date, and your claim may be subject to an objection on the grounds that you failed to include any supporting documentation as required by Bankruptcy Rule 3001(c). |

Any holder of a claim against more than one Debtor who has not filed a proof of claim prior to entry of the Bar Date Order must file a separate General Proof of Claim with respect to each Debtor.  Any holder of a claim must identify on its General Proof of Claim the specific Debtor against which its claim is asserted and the case number of that Debtor's bankruptcy case. The Debtors are set forth on the first page of this Notice.  Any holder of a claim must sign the claim or, if the claimant is not an individual, an authorized agent or representative must sign the claim.

**ATTENTION PARTICIPANTS IN THE RESTORATION PLAN:** If you are a participant in the Restoration Plan, a non-qualified defined benefit retirement plan under section 457(f) of the Internal Revenue Code that provided supplemental retirement benefits to certain participants in the Debtors' retirement plans whose compensation exceeded the annual compensation limit, you will receive a General Proof of Claim that will include the amount that the Debtors' Schedules reflect you are owed on account of your employment as both an employee of BSA and a Local Council, if applicable.  This amount is based only on a preliminary actuarial determination.  The General Proof of Claim that you receive will not distinguish between your Restoration Plan claims in your capacity as a Local Council or National Council employee, if both exist.  The Debtors' Schedules list these claims as "contingent" and/or "unliquidated," meaning that you **must** file a proof of claim in order to preserve any claims you may have under the Restoration Plan.  **If you do not agree with the amount or entities listed in the General Proof of Claim that you receive, you must indicate on your General Proof of Claim what you believe to be the correct amount or responsible entity or entities.**

III.    **WHEN AND WHERE TO FILE**

Except as provided for herein, all proofs of claim must be filed so as to be **received on or before October 6, 2020 at 5:00 p.m. (Eastern Time)** as follows:

**IF BY FIRST CLASS MAIL, OVERNIGHT COURIER OR HAND DELIVERY:**

> BSA Claims Processing
> c/o Omni Agent Solutions
> 5955 De Soto Ave., Suite 100
> Woodland Hills, CA 91367

**IF ELECTRONICALLY:**

The website established by the Claims and Noticing Agent, using the interface available on the website located at http://www.omniagentsolutions.com/bsaclaims (the "Electronic Filing System").

General Proofs of Claim will be deemed filed only when received at the address listed above or via the Electronic Filing System on or before the applicable Bar Dates.  **General Proofs of Claim may not be delivered by email, facsimile, or telecopy transmission (other than General Proofs of Claim filed electronically through the Electronic Filing System).**

IV.    **CONFIDENTIALITY PROTOCOL GOVERNING SUBMISSION OF PROOFS OF CLAIMS OF MINORS:**

The Bar Date Order provides that a Confidentiality Protocol shall govern the submission of certain of the proofs of claim:

Minors and their parents and legal guardians holding ~~non-Abuse~~non-Sexual Abuse Claims are directed **not** to file a General Proof of Claim with the Court.  Instead and as described above, the General Proof of Claim must be (a) mailed and delivered to the Claims and Noticing Agent at the following address:

> **BSA Claims Processing**
> **c/o Omni Agent Solutions**
> **5955 De Soto Ave., Suite 100**
> **Woodland Hills, CA 91367**

or (b) filed through the Electronic Filing System via the website located at http://www.omniagentsolutions.com/bsaclaims.

V.    **WHO NEED NOT FILE A PROOF OF CLAIM**

You do **not** need to file a General Proof of Claim on or prior to the applicable Bar Dates if you are:

(1) any person who holds a prepetition abuse claim, which includes any liquidated or unliquidated Claim that is attributable to, arises from, is based upon, relates to, or results from, in whole or in part, directly, indirectly, or derivatively, sexual conduct or misconduct, sexual abuse or molestation, sexual exploitation, indecent assault and/or battery, rape, pedophilia, ephebophilia, sexually related psychological or emotional harm, humiliation, anguish, shock, sickness, disease, disability, dysfunction, or intimidation, any other sexual misconduct or injury, contacts or interactions of a sexual nature, including the use of photography, video, or digital media, or other physical abuse or bullying without regard to whether such physical abuse or bullying is of a sexual nature, between a child and an adult, between a child and another child, or between a non-consenting adult and another adult, in each instance without regard to whether such activity involved explicit force, whether such activity involved genital or other physical contact, and whether there is or was any associated physical, psychological, or emotional harm to the child or non-consenting adult that occurred prior to the Petition Date (each, an "Abuse Claim");

(1)     (2) any person or entity whose claim is listed on the Schedules; provided that (i) the claim is **not** listed on the Schedules as "disputed," "contingent," or "unliquidated," (ii) the person or entity does not dispute the amount, nature, and priority of the claim as set forth in the Schedules, and (iii) the person or entity does not dispute that the claim is an obligation of the specific Debtor against which the claim is listed in the Schedules;

(2)     (3) any person or entity whose claim has been paid in full;

(3)     (4) any holder of a claim allowable under section 503(b) and 507(a)(2) of the Bankruptcy Code as an administrative expense (**other than** a holder of a section 503(b)(9) claim);

(4)     (5) any person or entity who holds a claim that heretofore has been allowed by order of the Bankruptcy Court entered on or before the applicable Bar Date;

(5)     (6) any holder of a claim for which a separate deadline has been fixed by the Bankruptcy Court;

(6)     (7) any person or entity (other than an Abuse Survivor) who haswho has, as of the date of entry of the Bar Date Order, already filed a General Proof of Claim proof of claim with the Claims and Noticing Agent against the Debtors with respect to the claim being assertedor the Court, utilizing a claim forform that substantially conforms to the General Proof of Claim Form or Official Bankruptcy Form No. 410; or

(7)     (8) eacheither Debtor in these chapter 11 cases having a claim against the other Debtor in these chapter 11 cases.

This Notice may be sent to persons and entities that have had some relationship with or have done business with the Debtors but may not have an unpaid claim against the Debtors. **The**

5

fact that you have received this Notice does not mean that you have a claim or that the Debtors or the Bankruptcy Court believe that you have a claim against the Debtors.

## VI.   SEXUAL ABUSE CLAIMS

If you have a Sexual Abuse Claim, please see the *Notice of Deadline for Filing Sexual Abuse Claims in the Boy Scouts of America Case* and file a Sexual Abuse Survivor Proof of Claim, which may be found at www.OfficialBSAClaims.com.  **If you have not filed a proof of claim prior to the entry of the Bar Date Order, you must complete a Sexual Abuse Survivor Proof of Claim, but you do NOT need to complete a General Proof of Claim.**

You have a Sexual Abuse Claim if you experienced sexual abuse in Scouting on or before February 18, 2020.  **Sexual abuse** includes:

- sexual conduct or misconduct, sexual abuse or molestation, sexual exploitation, sexual touching, sexualized interaction, sexual comments about a person's body, or other verbal or non-verbal behaviors that facilitated, contributed to, or led up to abuse, regardless of whether or not such behavior was itself sexual or against the law, and regardless of whether you thought the behavior was sexual abuse at the time;

- sexual abuse includes behavior between a child and an adult, between a child and another child, or between a non-consenting adult and another adult, in each instance without regard to whether such activity involved explicit force, whether such activity involved genital or other physical contact, and whether there is or was any associated physical, psychological, or emotional harm to the child or non-consenting adult;

- sexual abuse involves behaviors including penetration or fondling of the child's or non-consenting adult's body, other body-on-body contact, or non-contact, behaviors such as observing or making images of a child's or non-consenting adult's naked body, showing or making pornography, or having children behave in sexual behavior as a group.

**If you have a claim arising from other types of non-sexual abuse, including non-sexual physical abuse, non-sexual emotional abuse, bullying or hazing, and you have not filed a proof of claim prior to the entry of the Bar Date Order, you must file a General Proof of Claim as set forth in the Bar Date Order and this Notice.**

## VII.   ~~VI.~~ EXECUTORY CONTRACTS AND UNEXPIRED LEASES

If you hold a claim arising out of the rejection of an executory contract or unexpired lease and you have not filed a proof of claim prior to the entry of the Bar Date Order, you must file a General Proof of Claim based on such rejection within thirty (30) days after the later of (i) the date of entry of an order of the Bankruptcy Court (including the Confirmation Order) approving such rejection, (ii) the effective date of such rejection, or (iii) the effective date of a plan of reorganization, or be forever barred from doing so; provided, however, that a party to an executory contract or unexpired lease that asserts a claim on account of unpaid amounts accrued and outstanding as of the Petition Date pursuant to such executory contract or unexpired lease (other than a rejection damages claim) must file a General Proof of Claim for such amounts on or

before the General Bar Date or Governmental Bar Date, as applicable, unless an exception identified in Section V above applies.

**VIII.** ~~VII.~~ **CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE**

ANY HOLDER OF A CLAIM THAT IS NOT EXEMPTED FROM THE REQUIREMENTS OF THE BAR DATE ORDER, AS SET FORTH IN SECTION V ABOVE, AND THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM, SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING ON ANY PLAN OF REORGANIZATION FILED IN THESE CASES AND PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CASES ON ACCOUNT OF SUCH CLAIM.

**IX.** ~~VIII.~~ **THE DEBTORS' SCHEDULES AND ACCESS THERETO**

You may be listed as a holder of a claim against one or more of the Debtors in the Debtors' Schedules. To determine if and how you are listed on the Schedules, please refer to the descriptions set forth on the enclosed General Proof of Claim Form(s) regarding the nature, amount, and status of your claim(s). If you received postpetition payments from the Debtors (as authorized by the Bankruptcy Court) on account of your claim(s), the enclosed General Proof of Claim Form will reflect the net amount of your claim(s).

If you rely on the Debtors' Schedules and/or the enclosed General Proof of Claim Form(s), it is your responsibility to determine that the claim accurately is listed on the Schedules. However, you may rely on the enclosed form, which lists your claim as scheduled, identifies the Debtor against which it is scheduled, and specifies whether the claim is disputed, contingent, or unliquidated.

As set forth above, if you agree with the nature, amount, and status of your claim as listed in the Debtors' Schedules, and if you do not dispute that your claim only is against the Debtor specified by the Debtors, and if your claim is not described as "disputed," "contingent," or "unliquidated," you need not file a General Proof of Claim. Otherwise, or if you decide to file a General Proof of Claim, you must do so before the applicable Bar Dates, in accordance with the procedures set forth in this Notice.

**If your claims are listed as contingent, unliquidated, or disputed in the Debtors' Schedules, you must file a General Proof of Claim by the applicable Bar Date, or your rights and claims may be waived.**

In the event that the Debtors amend or supplement their Schedules subsequent to the entry of the Bar Date Order, the Debtors shall give notice of any amendment or supplement to the holders of claims affected thereby, and such holders shall have until the later of (i) the applicable Bar Date and (ii) thirty (30) days from the date of such notice to file a General Proof of Claim or be barred from doing so and shall be given notice of such deadline.

Copies of the Debtors' Schedules are available for inspection on the Bankruptcy Court's electronic docket for the Debtors' chapter 11 cases, which is posted on (i) the website

established by Omni Agent Solutions, the claims and noticing agent for the Debtors' cases, at www.omniagentsolutions.com/bsa, at no charge and (ii) on the Court's website at http://www.deb.uscourts.gov/. A login and password to the Bankruptcy Court's Public Access to Electronic Records ("PACER") are required to access this information and can be obtained through the PACER Service Center at http://www.pacer.gov.

Copies of the Schedules also may be examined between the hours of 8:00 a.m. and 4:00 p.m., Prevailing Eastern Time, Monday through Friday at the Office of the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801. Copies of the Debtors' Schedules also may be obtained by request to the Claims and Noticing Agent.

> **A HOLDER OF A POTENTIAL CLAIM AGAINST THE DEBTORS SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM.**

> If you need additional information about the Bar Dates, proofs of claim forms, filing proofs of claim or other information about the Debtors' chapter 11 cases, you can contact the Claims and Noticing Agent by:
>
> **Calling (toll-free): 866-907-BSA1**
> **Emailing:          BSAInquiries@omniagnt.com**
> **Visiting:          http://www.omniagentsolutions.com/bsaclaims**
>
> **You may obtain information, but not legal advice, from the Claims and Noticing Agent. You may wish to consult an attorney if you have any questions, including if you should file a General Proof of Claim.**

Dated: _____, 2020          **BY ORDER OF THE COURT**
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/* _____
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Joseph C. Barsalona II (No. 6102)
Paige N. Topper (No. 6470)
Eric Moats (No. 6441)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 351-9314
Email:  dabbott@mnat.com
           aremming@mnat.com
           jbarsalona@mnat.com
           ptopper@mnat.com
           emoats@mnat.com

– and –

SIDLEY AUSTIN LLP
Jessica C. K. Boelter
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 839-5300
Email:  jboelter@sidley.com

SIDLEY AUSTIN LLP
Thomas A. Labuda
Michael C. Andolina
Matthew E. Linder
Blair M. Warner
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Email:  tlabuda@sidley.com
           mandolina@sidley.com
           mlinder@sidley.com
           blair.warner@sidley.com

COUNSEL TO THE DEBTORS AND DEBTORS IN
POSSESSION

## Exhibit 2

**Form of Abuse Claims Bar Date Notice**

# Notice of Deadline for Filing **Sexual** Abuse Claims in the Boy Scouts of America Bankruptcy Case

## *All **Sexual** Abuse Survivors Need to File Claims by **October 6, 2020***

*This is an official notice approved by the Bankruptcy Court.  This is not a solicitation from a lawyer.*

Una versión en español de este aviso está disponible en www.OfficialBSAclaims.com
o llamando al 1-866-907-2721.

- Please read this notice carefully as it ~~impacts~~may impact your rights against the Boy Scouts of America ("BSA"), Local Councils and the organizations that sponsored your troop or pack.

- **We encourage all survivors who have experienced sexual abuse, regardless of how old you are today or when the sexual abuse happened ("Sexual Abuse Survivors") to come forward and file claims.  Your information will be kept confidential (see Question 8 below).**

- You should file a claim by **October 6, 2020**, if you have ~~ana~~ a sexual abuse claim based on any sexual abuse that occurred on or before February 18, 2020.  **If you do not file ~~ana~~ a sexual abuse claim, you may lose rights against BSA, Local Councils, and organizations that sponsored your troop or pack.**

- You can file a claim using the Sexual Abuse Survivor Proof of Claim Form approved by the court (1) at the following website: www.OfficialBSAClaims.com, or (2) by mailing your Sexual Abuse Survivor Proof of Claim to the address listed below.  **Your information will be kept confidential (see Question 8 below).**

- ~~Register your email address at www.OfficialBSAClaims.com in order to receive important case information.~~

- **If the plan to reorganize BSA is approved, it could release claims you hold against certain third parties, including against Local Councils and organizations that sponsored your troop or pack.** Please visit ~~www.OfficialBSAClaims.com~~ www.OfficialBSAClaims.com to learn more about the release.  See Question ~~9~~11 below for more information.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS BANKRUPTCY CASE | |
|---|---|
| FILE A PROOF OF CLAIM | The only way to get compensation for any harm done to you during your time in Scouting. |
| DO NOTHING | Get no compensation.  If you are an adult and do not have a repressed memory of sexual abuse, you will give up your right to bring your claim in the future. |

- Your rights and options – **and the deadline to exercise them by** – are explained in more detail in this notice.

**BASIC INFORMATION**

| 1. | Why was this notice issued? |
|---|---|

~~The Boy Scouts of America~~BSA has filed a chapter 11 bankruptcy case, which is explained in question #3 below.  The Bankruptcy Court has set a deadline for filing claims against ~~the Boy Scouts of America~~BSA for sexual abuse that ~~occurred~~took place on or before February 18, 2020, which is the date that ~~the bankruptcy case was~~BSA filed.  This notice explains the bankruptcy, your legal rights, and who eligible to file ~~an~~a Sexual Abuse Survivor Proof of Claim.

This case is filed in the U.S. Bankruptcy Court for the District of Delaware, and the case is known as *In re ~~Boys~~Boy Scouts of America and Delaware BSA, LLC*, ~~Case~~ No. 20-10343 (~~LSS~~Bankr. D. Del.).   The Bankruptcy Court judge overseeing the case is Judge Laurie Selber Silverstein.  BSA and Delaware BSA, LLC, non-profit organizations, are called the "Debtors."

The Bankruptcy Court authorized ~~the Boy Scouts of America~~BSA to send out this notice ~~because~~.  You have the right to file a claim in the bankruptcy case if you were sexually abused in connection with Scouting, regardless of ~~when the abuse happened or~~how old you are today, ~~you have the right to submit an~~ You are required to file a Sexual Abuse Survivor Proof of Claim on or before ~~the deadline to file claims.~~October 6, 2020 at 5:00 p.m. (Eastern Time).

| 2. | What is this bankruptcy about? |
|---|---|

As widely reported, BSA is currently a defendant in numerous lawsuits related to historical acts of sexual abuse in its Scouting programs.  BSA cannot continue to address sexual abuse litigation on a case-by-case basis.  In addition to the unsustainable financial cost of continuing to engage in piecemeal litigation across the country, continuing this process will result in the risk of inconsistent judicial outcomes and unequal treatment of Sexual Abuse Survivors.  For these reasons, BSA decided to file for chapter 11 bankruptcy.

BSA intends to set up a trust to compensate survivors of historical acts of sexual abuse related to its programs as part of this bankruptcy proceeding.

| 3. | What is Chapter 11? |
|---|---|

Chapter 11 is a form of bankruptcy that involves the reorganization of a debtor's business affairs, debts, and assets. Organizations generally file for chapter 11 bankruptcy if they require time to restructure their debts and obligations. In most cases, the debtor (the bankruptcy filer), called a debtor in possession, runs the business, until a plan of reorganization is confirmed and the debtor emerges from bankruptcy, which is the main objective of the case.

**Steps in Bankruptcy (we are currently at the fourth step):**

## SEXUAL ABUSE CLAIMS

| 4. | What is considered sexual abuse? |
|---|---|

You have ~~an~~a Sexual Abuse Claim if you experienced ~~in any of the following~~sexual abuse in Scouting.  **Sexual abuse includes**:

- sexual conduct or misconduct, sexual abuse or molestation, sexual exploitation, sexual touching, sexualized interaction, sexual comments about a person's body, or other verbal or non-verbal behaviors that facilitated, contributed to, or led up to abuse, regardless of whether or not such behavior was itself sexual or against the law, and regardless of whether you thought the behavior was sexual abuse at the time;

- sexual abuse includes behavior between a child and an adult, between a child and another child, or between a non-consenting adult and another adult, in each instance without regard to whether such activity involved explicit force, whether such activity involved genital or other physical contact, and whether there is or was any associated physical, psychological, or emotional harm to the child or non-consenting adult;

- sexual abuse involves behaviors including penetration or fondling of the child's or non-consenting adult's body, other body-on-body contact, or non-contact, behaviors such as observing or making images of a child's or non-consenting adult's naked body, showing or making pornography, or having children behave in sexual behavior as a group.

- ~~Sexual conduct or misconduct, sexual abuse or molestation, sexual exploitation, indecent assault and/or battery, rape, pedophilia, or ephebophilia;~~

- ~~Sexually related psychological or emotional harm, humiliation, anguish, shock, sickness, disease, disability, dysfunction, or intimidation;~~

- ~~Any other sexual misconduct or injury, contacts or interactions of a sexual nature, including the use of photography, video, or digital media; or~~

- ~~Other physical abuse or bullying regardless of whether the physical abuse or bullying was of a sexual nature.~~

~~The abuse did not have to involve explicit force.  Additionally, the abuse did not have to involve genital or other physical contact, and you do not need to have any associated physical, psychological, or emotional harm to file an Abuse Claim.~~

The _sexual_ abuse **must have occurred on or before February 18, 2020,** and be between a child and an adult, between a child and another child, or between a non-consenting adult and another adult.

_If you have a claim arising from other types of non-sexual abuse, including non-sexual physical abuse, non-sexual emotional abuse, bullying or hazing, you should consult the Notice of Deadlines Requiring Filing of Proof of Claim and file a General Proof of Claim (Official Bankruptcy Form 410)._

**5.      Who should file ~~an~~a _Sexual_ Abuse Survivor Proof of Claim?**

You should file ~~an~~a _Sexual_ Abuse Survivor Proof of Claim if you ~~experienced abuse on or before February 18, 2020~~ have a Sexual Abuse Claim as defined above.  You should file a Sexual Abuse Survivor Proof of Claim regardless of whether you:

- ~~Reported~~Did or did not report your _sexual_ abuse to BSA or _to_ anyone else;
- ~~Never reported your abuse to BSA or anyone else;~~
- Believe the applicable statute of limitations may have run on your Sexual Abuse Claim;
- ~~Filed~~Previously filed a lawsuit or asserted claims against ~~the~~ BSA and/or a Local Council or organization that sponsored your troop or pack related to Scouting activities;
- Previously had your _Sexual_ Abuse Claim paid in full by BSA under a settlement, but you believe you may have additional claims beyond what was agreed to in the settlement agreement;
- ~~Previously filed an Abuse Claim on a standard proof of claim form (e.g., Official Bankruptcy Form 410).  You must re-file your Abuse Claim and use the designated Abuse Survivor Proof of Claim Form; and/or~~
- Are included in, or represented by, another action with respect to your _Sexual_ Abuse Claim.

You should submit ~~an~~a _Sexual_ Abuse Survivor Proof of Claim regardless of your age now or the length of time that has passed since the abuse took place.

Even if the applicable state statute of limitations has run on your _Sexual_ Abuse Claim, you should still file your claim.

**Statutes of limitation** are laws passed by a legislative body in each state that sets the maximum time after an event or the discovery of an event when a lawsuit may be filed.  Statutes of limitation vary by state.

You do not need to file ~~an~~a _Sexual_ Abuse Survivor Proof of Claim if you are a "future claimant."  Future claimants are individuals who:

- were under the age of 18 as of February 18, 2020; and/or

- are not aware of their ~~sexual~~ abuse claim as a result of "repressed memory," to the extent this concept is recognized by the highest court of the state or territory where the ~~sexual~~ abuse occurred.

The court has appointed a Future Claimants' Representative to represent your rights in the bankruptcy case.

Do not ~~submit an~~file a Sexual Abuse Survivor Proof of Claim if your claim ~~against the BSA~~ is based on anything other than ~~sexual~~ abuse. ~~For non-abuse claims~~ as defined above. If you have a claim arising from other types of non-sexual abuse, including non-sexual physical abuse, non-sexual emotional abuse, bullying or hazing, you should consult the *Notice of Deadlines Requiring Filing of Proof of Claim* and file a General Proof of Claim (Official Bankruptcy Form 410).

| **6.** | **What if I am still not sure if I have ~~an abuse claim~~a Sexual Abuse Claim?** |

You ~~may~~should consult with an attorney if you have any questions, including whether you should file ~~an~~a Sexual Abuse Survivor Proof of Claim.

### HOW TO FILE ~~AN~~A SEXUAL ABUSE SURVIVOR PROOF OF CLAIM

| **7.** | **How can I file my Sexual Abuse Survivor Proof of Claim?** |

~~You~~ If you have not previously submitted a proof of claim, you need to submit ~~an~~a Sexual Abuse Survivor Proof of Claim by **5:00 p.m. (Eastern Time) on October 6, 2020**. You can use the enclosed form or you can download one and send it electronically through the link below or by mail at the address below. If you have questions you can contact your attorney or call 1-866-907-2721 to speak to the Claims Agent. The Claims Agent can provide information about how to file a claim, but cannot offer any legal advice.

Please send your Sexual Abuse Survivor Proof of Claim to one of the following:

| **By Mail,<br>Overnight Courier/<br>Hand Delivery** | **Through the Bankruptcy Case Website** |
|---|---|
| BSA Abuse Claims Processing<br>c/o Omni Agent Solutions<br>5955 De Soto Ave., Suite 100<br>Woodland Hills, CA 91367 | Go to www.OfficialBSAClaims.com |

| 8. | Will my information be kept confidential? |
|---|---|

Yes, subject to the limitations described below.  The Bankruptcy Court has set up a ~~confidentiality~~ procedure to protect your privacy.   In order to protect your privacy, please do not file your Sexual Abuse Survivor Proof of Claim with the Bankruptcy Court.  ~~Abuse Claims will not be open~~Instead, you must file according to the directions above.  Sexual Abuse Survivor Proofs of Claim will not be available to the public unless you choose to release that information.

~~The Bankruptcy Court has allowed the following limited parties to review claims under the confidentiality procedures:~~ Unless you elect otherwise on the Sexual Abuse Survivor Proof of Claim, your identity and your Sexual Abuse Survivor Proof of Claim will be kept confidential and outside the public record.  However, information about your Sexual Abuse Claim will be confidentially provided, pursuant to Bankruptcy Court-approved guidelines, to the following parties:

- Counsel and retained advisors to the Debtors ~~retained pursuant to an order of the Court~~;
- Officers, directors, and employees of ~~the Debtors~~BSA necessary to assist the Debtors and their counsel in reviewing and analyzing the Sexual Abuse Claims;
- The Claims Agent (Omni Agent Solutions);
- The Tort Claimants' Committee;
- ~~The~~Counsel to the Ad Hoc Committee of Local Councils;
- Individual Local Councils solely with respect to Sexual Abuse Claims asserted against them;
- The Office of the United States Trustee for the District of Delaware;
- ~~Insurance companies (including their successors) that provided insurance related to the claims described in the Abuse Survivor Proofs of Claim, including authorized claims administrators of such insurance companies and their reinsurers and counsel;~~
- Certain insurers of BSA, including authorized claims administrators of such insurers and their reinsurers and counsel;
- The Future Claimants' Representative;
- Any special arbitrator, mediator, or claims reviewer appointed to review and resolve Sexual Abuse Claims;
- Any trustee, or functional equivalent thereof, appointed to administer payments to holders of Sexual Abuse Claims;
- Anyone with the express written consent of the Debtors ~~and~~, the Tort Claimants' Committee appointed by this Court to represent holders of Sexual Abuse Claims, and the Future Claimants' Representative upon 7 business days' notice to holders of Sexual Abuse Claims; and
- ~~Other people~~Such other persons that the Court determines ~~should have~~need the information in order to evaluate Sexual Abuse Claims ~~or the claims of minors upon 7 business days' notice to such claims holders~~.

Please note that information in your Sexual Abuse Survivor Proof of Claim may be disclosed to governmental authorities under mandatory reporting laws in many jurisdictions.

## ADDITIONAL INFORMATION

**9.        Where can I get support?**

BSA has partnered with 1in6, a trusted national resource for male survivors, to expand their services so that survivors of sexual abuse are able to anonymously access vital support from trained advocates when and how they need it. Sexual Abuse Survivors can access these services at www.1in6.org/BSA. This is a multi-year commitment, which BSA believes is an important component of the support it provides on an ongoing basis.

BSA will also continue to fund in-person counseling for any current or former Scout or member of their family by a provider of their choice, when they are ready to take that step. To request  in-person counseling, please call 1-866-907-2721 or email restructuring@scouting.org.

**10.        How do I report my sexual abuse to the authorities?**

If you are a survivor of sexual abuse, you should immediately contact the police to report the sexual abuse.  If you have not previously reported the sexual abuse to BSA, please call 1-866-907-2721 or email restructuring@scouting.org.  Reporting the sexual abuse protects other children by ensuring that perpetrators are barred from Scouting and are reported to law enforcement. It is the best thing you can do to ensure the person who hurt you is not allowed to do it again.

Please know that reporting sexual abuse is different than filing a claim in BSA's bankruptcy case.

**11.        What is beingcould be released under the plan of reorganization?**

The chapter 11 plan of reorganization may contain broad releases of the BSA and certain third parties and related injunction provisions.  If approved, these provisions could release claims you hold against the BSA and certain third parties, including against Local Councils and organizations that sponsored your troop or pack. Also if approved, these provisions would prohibit you from filing lawsuits against the BSA and certain third parties related to any Sexual Abuse Claim.  Instead, thea proposed chapter 11 plan proposes tofor BSA could channel these claims to a trust for Sexual Abuse Survivors.  YouPlease note that a chapter 11 plan has not yet been proposed for solicitation or agreed to by any parties in interest in BSA's chapter 11 proceeding.  Once it becomes available for solicitation, you should carefully review the full text of the plan of reorganization release, injunction, and related provisions and any applicable release provision at www.OfficialBSAClaims.com.  You should also register your email address at www.OfficialBSAClaims.com in order to receive important case information.Please further note that only BSA is a debtor in BSA's chapter 11 proceeding and other third parties, such as the Local Councils and such organizations, are not.  If you believe you may have a claim against a Local Council or other organization, you must take additional legal action to preserve and pursue such claim.

**12. What rights are the Debtors reserving?**

The Debtors have the right to object to any claim or proof of claim on any ground, including, but not limited to, the passing of the applicable statutes of limitation.  The Debtors reserve their right to dispute, or to assert offsets

or defenses to, any Abuse Claim, including, but not limited to: the amount, liability, or classification. The Debtors can choose to define a claim as disputed, contingent, unliquidated, or undetermined.

**12.** ~~13.~~ **What happens if I do not file ~~an~~a Sexual Abuse Survivor Proof of Claim?**

If you fail to submit a completed Sexual Abuse Survivor Proof of Claim to the Claims Agent on or before **October 6, 2020**, you may not be able to:

- ~~assert your Abuse Claim in the future;~~
- vote on ~~the Debtors'~~BSA's plan of reorganization; or
- receive any ~~distribution in the~~compensation in BSA bankruptcy case ~~as compensation~~for your Sexual Abuse Claim.

---

**YOU MAY WANT TO CONSULT WITH AN ATTORNEY REGARDING THIS NOTICE AND WHETHER YOU SHOULD FILE ~~AN~~A SEXUAL ABUSE SURVIVOR PROOF OF CLAIM.**

---

## Exhibit 3

**Form of Abuse Claims Publication Notice**

**Official Approved Notice from Bankruptcy Court**

**Sexual Abuse Claims in Boy Scouts ~~of America~~ Bankruptcy**
***~~Abuse Survivors Need to File Claims by October 6, 2020~~***
**Regardless of how old you are today or when the sexual abuse occurred, you need to file your claim by 5 p.m. (Eastern Time) on October 6, 2020.**

The Boy Scouts of America ("BSA") has filed bankruptcy in order to restructure its nonprofit ~~business~~organization and pay Sexual Abuse Survivors. Please read this notice carefully as it impacts your rights against BSA, Local Councils and organizations that sponsored your troop or pack. ~~This notice and~~ provides information about the ~~bankruptcy~~case, *In re ~~Boys~~Boy Scouts of America and Delaware BSA, LLC*, No. 20-10343~~.~~ (Bankr. D. Del.). This notice is a short summary. For more detail, visit www.OfficialBSAclaims.com or call 1-866-907-2721.

~~We encourage Abuse Survivors, regardless of how old they are today or when the abuse happened, to file claims.~~

**Who Should File ~~an~~a Sexual Abuse Claim?**

~~You should file if you have a claim based on any abuse that occurred on or before February 18, 2020. Abuse claims include, but are not limited to: sexual abuse, physical abuse, emotional harm, humiliation, molestation, and bullying. These acts did not have to be sexual in nature and could be between a child and an adult, between a child and another child, or between a non-consenting adult and another adult.~~

**Anyone who was sexually abused during their time in Scouting, on or before February 18, 2020, must file a claim.** This includes sexual abuse in connection with Boy Scouts, Cub Scouts, or any entity or activity associated with Scouting.

Sexual Abuse Claims include, but are not limited: sexual misconduct, exploitation, or touching, sexual comments about a person or other behaviors that led to abuse, even if the behavior was not sexual or against the law, and regardless of whether you thought the behavior was sexual abuse or not. These acts could be between a: (1) child and an adult, (2) child and another child, or (3) non-consenting adult and another adult.

**When and How Should I File ~~an~~a Sexual Abuse Claim?**

You should file a claim using the Sexual Abuse Survivor Proof of Claim ~~Form~~ by October 6, 2020 at 5:00 p.m. (Eastern Time). **If you do not file a timely ~~abuse claim~~Sexual Abuse Claim, you may lose rights against BSA, Local Councils or organizations that sponsored your troop or pack including any right to compensation.**

**Your information will be kept private.** You can download and file a claim at www.OfficialBSAclaims.com or call 1-866-907-2721 for help on how to file a claim by mail.

**ACT NOW Before Time Runs Out:**

| File ~~an~~a Sexual Abuse Survivor Proof of Claim. | If your claim is approved, you may receive money from the bankruptcy. | Have questions? Call or visit the website for more information. |

~~Register your email address at the case website to receive important case information.~~

**If the plan to reorganize BSA is approved, it could release claims you hold against certain third parties, including against Local Councils and organizations that sponsored your troop or pack.** Please visit the website to review the plan of reorganization and to learn more about the release.

**Other Support**

~~The~~ BSA has partnered with 1in6, a trusted national resource for male survivors, to ~~allow you to anonymously access vital~~ provide anonymous access to support from trained advocates at www.1in6.org/BSA.

**Your information will be kept ~~confidential~~ private.**

**www.OfficialBSAclaims.com                     1-866-907-2721**

**<u>Exhibit 4</u>**

**Form of Abuse Claims Email Notice**

**To:**
**From: BSAInquiries@omniagnt.com**
**Re: Boys Scouts of America Bankruptcy Deadline**

**Sexual Abuse Claims in Boy Scouts of America Bankruptcy**
***Sexual Abuse Survivors Need to File Claims by October 6, 2020***

Una versión en español de este aviso está disponible en
www.OfficialBSAclaims.com o llamando al 1-866-907-2721.

The Boy Scouts of America ("BSA") has filed bankruptcy in order to restructure its nonprofit business and pay Sexual Abuse Survivors. Please read this notice carefully as it impacts your rights against BSA, Local Councils and organizations that sponsored your troop or pack.  This notice provides information about the bankruptcy case, *In re Boys Boy Scouts of America and Delaware BSA, LLC*, No. 20-10343 (Bankr. D. Del.). Go to www.OfficalBSAclaims.com or call 1-866-907-2721 for more information.

**We encourage Sexual Abuse Survivors, regardless of how old they are today or when the sexual abuse happened, to file claims.**

**Who Should File an a Sexual Abuse Claim?**
~~You should file if you have a claim based on any abuse that occurred on or before February 18, 2020.  Abuse claims include, but are not limited to: sexual abuse, physical abuse, emotional harm, humiliation, and bullying. These acts did not have to be sexual in nature and could be between a child and an adult, between a child and another child, or between a non-consenting adult and another adult.~~
**Anyone who was sexually abused during their time in Scouting, on or before February 18, 2020, must file a claim.**  This includes sexual abuse in connection with Boy Scouts, Cub Scouts, or any entity or activity associated with Scouting.

Sexual Abuse Claims include, but are not limited: sexual misconduct, exploitation, or touching, sexual comments about a person or other behaviors that led to abuse, even if the behavior was not sexual or against the law, and regardless of whether you thought the behavior was sexual abuse or not.  These acts could be between a: (1) child and an adult, (2) child and another child, or (3) non-consenting adult and another adult.

**When and How Should I File an a Sexual Abuse Claim?**
You should file a claim using the Sexual Abuse Survivor Proof of Claim Form by **October 6, 2020 at 5:00 p.m. (Eastern Time)**. **If you do not file a timely ~~abuse claim~~Sexual Abuse Claim, you may lose rights against BSA, Local Councils, or organizations that sponsored your troop or pack, including any right to compensation.**

**Your information will be kept confidential.** You can download and file a claim at ~~the website below~~ www.OfficialBSAclaims.com or call 1-866-907-2721 for ~~more information~~help on how to file a claim by mail.

**Act Now Before Time Runs Out:**
- File ~~an~~a Sexual Abuse Survivor Proof of Claim.
- If your claim is approved, you may receive money from the bankruptcy.
- Have questions? Call or visit the website for more information.

Register your email address at www.OfficialBSAclaims.com to receive important case information. **If the plan to reorganize BSA is approved, it could release claims you hold against certain third parties, including against Local Councils and organizations that sponsored your troop or pack.** Please visit the website to review the plan of reorganization and to learn more about the release.

**Other Support**

BSA has partnered with 1in6, a trusted national resource for male survivors, to allow you to anonymously access vital support from trained advocates at www.1in6.org/BSA.

**Your information will be kept confidential.**

**www.OfficialBSAclaims.com**                              **1-866-907-2721**

**Exhibit 5**

**Form of Abuse Claims TV Spot**

**Exhibit 6**

**General Proof of Claim Form**

**UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE**

| Fill in the information to identify the case (Select only one Debtor per form): | Official Form 410 |
|---|---|

In re Boy Scouts of America, Case No. 20-10343 (LSS)
In re Delaware BSA, LLC, Case No. 20-10342 (LSS)

**Official Form 410**

**Proof of**

04/19

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. With the exception of claims under section 503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503. THIS FORM SHOULD NOT BE USED TO ASSERT ~~AN~~ A SEXUAL ABUSE CLAIM. FOR INFORMATION ON HOW TO ASSERT ~~AN~~ A SEXUAL ABUSE PROOF OF CLAIM, GO TO: www.officialbsaclaims.com

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

---

### Identify the Claim

**1. Who is the current creditor?**

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

No
Yes   From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Name | Name |
| Number     Street | Number     Street |
| City     State     ZIP Code | City     State     ZIP Code |
| Contact Phone | Contact Phone |
| Contact email | Contact email |
| Uniform claim identifier for electronic payments in chapter 13 (if you use one) | |

**4. Does this claim amend one already filed?**

No
Yes   Claim Number on court claims registry (if known)_____   Filed On _____
                                                                    MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

No
Yes   Who made the earlier filing?

---

## Give Information About the Claim as of the Date the Case Was Filed

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | No<br>Yes<br>    Last 4 digits of the debtor's account or any number you use to identify the debtor: |
| **7. How much is the claim?** | $                           **Does this amount include interest or other charges?**<br>      No<br>      Yes   Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| **8. What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information |
| **9. Is all or part of the claim secured?** | No<br>Yes<br>   The claim is secured by a lien on property<br><br>   **Nature of property:**<br>      Real Estate  If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*<br>      Motor Vehicle<br>      Other    Describe:<br><br>   **Basis for perfection:**<br>   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.<br><br>   **Value of Property:**<br><br>   **Amount of the claim that is secured:**<br><br>   **Amount of the claim that is unsecured:**      (The sum of the secured and unsecured amounts should match the amount in line 7).<br><br>   **Amount necessary to cure any default as of the date of the petition:**<br><br>   **Annual Interest Rate:**   (when case was filed)<br>      Fixed<br>      Variable |
| **10. Is this claim based on a lease?** | No<br>Yes<br>   **Amount necessary to cure any default as of the date of the petition.** |
| **11. Is this claim subject to a right of setoff?** | No<br>Yes<br>   Identify the property: |
| **12. Is this claim for the value of goods received by the debtor within 20 days before the commencement date of this case (11 U.S.C. §503(b)(9)).?** | No<br>Yes<br>   Amount of 503(b)(9) Claim: |

| | N o | | Amount entitled to priority |
|---|---|---|---|

**13. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

N o
Y e s

*Check all that apply*

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

_____

Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

_____

Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

_____

Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

_____

Contributions to an employee benefit plan 11 U.S.C. § 507(a)(5).

_____

Other. Specify subsection of 11 U.S.C. § 507(a)(____) that applies.

_____

* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

## Sign Below

**The person completing this proof of claim must sign and date it.**
**FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
**18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

I am the creditor.

I am the creditor's attorney or authorized agent.

I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

I am the guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____
MM / DD / YYYY

Signature _____

**Print the name of the person who is completing and signing this claim:**

Name _____

First Name        Middle Name        Last Name

Title _____

Company _____

Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____

Number  Street

_____
City        State        ZIP Code

Contact Phone _____        Email _____

Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                                          12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.** Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims Agent's website at http://www.~~OfficialBSAClaims~~omniagentsolutions.com/bsaclaims.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

**Do not file these instructions with your form.**

**Exhibit 67**

**Sexual Abuse Survivor Proof of Claim Form**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## <u>SEXUAL</u> ABUSE SURVIVOR PROOF OF CLAIM

This <u>Sexual</u> Abuse Survivor Proof of Claim must be submitted ~~so as to be~~<u>and</u> received by **5:00 p.m. (Eastern Time)** on **October 6, 2020**.  Please carefully read the following instructions included with this ~~Abuse Survivor Proof of Claim Form~~<u>SEXUAL ABUSE SURVIVOR PROOF OF CLAIM</u> and complete ALL applicable questions to the extent of your knowledge or recollection.  If you do not know the answer to an open-ended question, you can write "I don't recall" or "I don't know."  If a question does not apply, please ~~state~~<u>write</u> "N/A."  If you are completing this form in hard copy, please <u>write or</u> type ~~or print~~ clearly using blue or black ink.

The <u>Sexual</u> Abuse Survivor Proof of Claim must be delivered to Omni Agent Solutions, the Court-approved claims and noticing agent (the "<u>Claims Agent</u>"), by either:

(i)  Hand delivery, first class mail, or courier the *original* proof of claim to: BSA Abuse Claims Processing, c/o Omni Agent Solutions, 5955 De Soto Ave., Suite 100, Woodland Hills, CA 91367, so that it is *received* on or before **October 6, 2020 at 5:00 p.m. (Eastern Time)**;[2] or

(ii)  Electronically using the interface available at: www.OfficialBSAClaims.com on or before **October 6, 2020 at 5:00 p.m. (Eastern Time)**.

<u>Sexual</u> Abuse Survivor Proofs of Claim sent by email~~,~~ <u>or</u> facsimile ~~or telecopy~~ transmission **will not** be accepted.

"You" and/or "<u>Sexual</u> Abuse Survivor" refers to the person asserting ~~an~~<u>a Sexual</u> Abuse Claim against the ~~Debtors~~ <u>Boy Scouts of America ("BSA")</u> related to the <u>Sexual</u> Abuse Survivor's <u>sexual</u> abuse.  ~~To~~<u>For this claim to</u> be valid, the <u>Sexual</u> Abuse Survivor must sign this form ~~and attest that the information it contains is and correct.  If the~~  <u>If the Sexual</u> Abuse Survivor is deceased or incapacitated, the form ~~may~~<u>must</u> be signed by the <u>Sexual</u> Abuse Survivor's representative or the attorney for the <u>Sexual</u> Abuse Survivor's estate.  If the <u>Sexual</u> Abuse Survivor is a minor, the form ~~may~~<u>must</u> be signed by the survivor's parent or legal guardian or attorney.  <u>Any Sexual Abuse Survivor Proof of Claim signed by a representative or legal guardian must attach documentation establishing such person's authority to sign the claim for the Sexual Abuse Survivor.</u>

---

**Who Should File ~~this Form~~<u>a Sexual Abuse Survivor Proof of Claim</u>?**

---

This <u>Sexual</u> Abuse Survivor Proof of Claim is only for ~~survivors~~<u>people</u> who have experienced <u>sexual</u> abuse ~~to~~ <u>(defined below) on or before February 18, 2020.  This Sexual Abuse Survivor Proof of Claim is the way you</u> assert an unsecured claim against ~~the Boy Scouts of America (the~~ "BSA~~"~~<u>")</u> seeking damages based on ~~abuse for which you believe the BSA is~~

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] <u>If you are mailing your Sexual Abuse Survivor Proof of Claim, do not attach original documents with your Sexual Abuse Survivor Proof of Claim.</u>

~~responsible~~<u>Scouting-related sexual abuse</u>.   Any person asserting a claim based on anything other than <u>sexual</u> abuse ~~(defined below)~~ should use the General Proof of Claim form (official bankruptcy form 410).

**What Is "Sexual Abuse"?**

For the purposes of this Sexual Abuse Survivor Proof of Claim, "sexual abuse" is defined as sexual conduct or misconduct, sexual abuse or molestation, sexual exploitation, ~~indecent assault and/or battery, rape, pedophilia, ephebophilia, sexually related psychological or emotional harm, humiliation, anguish, shock, sickness, disease, disability, dysfunction, or intimidation, any other sexual misconduct or injury, contacts or interactions of a sexual nature, including the use of photography, video, or digital media,~~ or other physical abuse or bullying ~~without regard to whether such physical abuse or bullying is of a sexual nature,~~ sexual touching, sexualized interaction, sexual comments about a person's body, or other verbal or non-verbal behaviors that facilitated, contributed to, or led up to abuse, regardless of whether or not such behavior was itself sexual or against the law, and regardless of whether you thought the behavior was sexual abuse at the time. Sexual abuse includes behavior between a child and an adult, between a child and another child, or between a non-consenting adult and another adult, in each instance without regard to whether such activity involved explicit force, whether such activity involved genital or other physical contact, and whether there is or was any associated physical, psychological, or emotional harm to the child or non-consenting adult. It involves behaviors including penetration or fondling of the child's or non-consenting adult's body, other body-on-body contact, or non-contact, behaviors such as observing or making images of a child's or non-consenting adult's naked body, showing or making pornography, or having children behave in sexual behavior as a group.

For the avoidance of doubt, the terms "sexual abuse," "sexual abuser," and "sexually abused" shall have correlative meanings.

If you have a claim arising from other types of non-sexual abuse, including non-sexual physical abuse, non-sexual emotional abuse, bullying or hazing, you should consult the *Notice of Deadlines Requiring Filing of Proof of Claim* and file a General Proof of Claim (Official Bankruptcy Form 410).

**You May Wish ~~To~~to Consult ~~Your~~an Attorney Regarding This Matter.**

You may also obtain information from the Claims Agent by: (1) calling toll free at 866-907-2721, (2) emailing at BSAInquiries@omniagnt.com, or (3) visiting the case website at www.OfficialBSAClaims.com (do not contact the Claims Agent for legal advice)~~, or from the attorneys for the Official Tort Claimants' Committee (Pachulski, Stang, Ziehl & Jones LLP)~~.

**What If I Don't File on Time?**

**Failure to complete and return this Sexual Abuse Survivor Proof of Claim ~~Form~~ by October 6, 2020 at 5:00 p.m. (Eastern Time) may result in your inability to vote on a plan of reorganization and/or to receive a distribution from this bankruptcy for sexual abuse related to ~~the~~ BSA.**

**~~The penalty~~Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

**PART 1: CONFIDENTIALITY**

Unless you indicate ~~otherwise~~ below, your identity and your Sexual Abuse Survivor Proof of Claim will be kept **confidential**, under seal, and ~~not disclosed in~~outside the public record~~; however~~. However, information in this Sexual Abuse Survivor Proof of Claim will be confidentially provided, pursuant to Court-approved guidelines, to the Debtors, the Debtors' counsel and ~~other~~ retained ~~professionals~~advisors, certain insurers of ~~the~~ BSA, the Tort Claimants' Committee, counsel to the ad hoc committee of Local Councils, individual Local Councils solely with respect to Sexual Abuse Claims asserted against them, attorneys at the Office of the United States Trustee for the District of Delaware, the Future Claimants' Representative, and confidentially to such other persons that the Court determines need the information in order to evaluate the claim. Information in this Sexual Abuse Survivor Proof of Claim may be required to be disclosed to governmental authorities under mandatory reporting laws in many jurisdictions.

This **Sexual** Abuse Survivor Proof of Claim (along with any accompanying exhibits and attachments) will be maintained as <u>confidential</u> unless you expressly request that it be publicly available by checking the "public" box <u>and</u> signing below.

| | |
|---|---|
| ☐ | **PUBLIC**: I want my identity and this Sexual Abuse Survivor Proof of Claim (together with any exhibits and attachments) to be made part of the official claims register in these cases. **My claim will be available for review by any and all members of the public.** |

Signature: _____

Print Name: _____

---

## PART 2: IDENTIFYING INFORMATION

**A.  Identity of Sexual Abuse Survivor**

First Name _____  Middle Initial _____  Last Name _____  Jr/Sr/III _____

Mailing Address (If Sexual Abuse Survivor is incapacitated, is a minor, or is deceased, provide the address of the individual submitting the claim. If you are in jail or prison, provide the address of your place of incarceration):

| Number and Street: | | | |
|---|---|---|---|
| City: | | State: | Zip Code: |
| Country (not USA): | | Email Address: | |
| Telephone (Home): | | Telephone (Cell): | |

For communications regarding this claim you may use (check the appropriate boxes):

Email ☐     US Mail ☐     Home Voicemail ☐     Cell Voicemail ☐     Counsel listed below ☐

Social Security Number of Sexual Abuse Survivor (last four digits <u>only</u>):  XXX-XX- ___ ___ ___ ___

If the Sexual Abuse Survivor is in jail or prison, provide the Sexual Abuse Survivor's identification number (last four digits <u>only</u>):
_____

Birth Year of Sexual Abuse Survivor (only the year): _____

Any other name, or names, by which the Sexual Abuse Survivor has ever been known:
_____

Gender of Sexual Abuse Survivor:  Male ☐     Female ☐     Other (specify) _____

**B.**  **If you have hired an attorney relating to the** <u>sexual</u> **abuse described in this** <u>Sexual</u> **Abuse Survivor Proof of Claim, please provide** ~~their~~<u>his or her</u> **name and contact information:**

| | |
|---|---|
| Law Firm Name: | |
| Attorney's Name: | |
| Number and Street: | |

| City: | | State: | | Zip Code: | |
|---|---|---|---|---|---|
| Country (not USA): | | Email Address: | | | |
| Telephone (Work): | | Fax No. | | | |

---

**PART 3:  BACKGROUND INFORMATION FOR <u>SEXUAL</u> ABUSE SURVIVOR**

**A.**  **Marital/Domestic Partner History:**

    a.  Have you ever been married?    Yes ☐    No ☐

    b.  If yes, please provide:

        i.  Length of time you were/have been married: _____

        ii.  Current marital status: _____

    c.  If ~~no~~<u>your marriage has ended</u>, please specify whether your marriage ended by: divorce ☐ or  death of your spouse ☐

**B.**  **Education History:**

    a.  What is your highest level of education completed or degree obtained?

        High School ☐   Associates ☐   Bachelors ☐ Masters ☐   Doctoral ☐   Other _____

    b.  Educational ~~institution~~<u>institution(s)</u>: _____

**C.**  **Employment:**

    a.  What is your current employment status:

        ☐ Employed – Occupation: _____

        ☐ Retired – Former Occupation: _____

        ☐ ~~Unemployed~~

           <u>Unemployed – Former Occupation: _____</u>

        ☐ ~~Disabled~~

           <u>Disabled – Former Occupation: _____</u>

        ☐ Other: _____

**D.  Military service:**

    a.  Have you ever served in the military? Yes ☐    No ☐

    b.  If yes, please provide the following information:

    c.  Branch(es) of service:

        _____

    d.  Years of service in each:

        _____

    e.  Rank at discharge for each:

        _____

    f.  Nature of discharge for each (e.g., honorable):

        _____

        _____

        _____

**E.  Involvement with Scouting:**

    a.  Have you ever been affiliated with Scouting and/or a Scouting program?

        Yes ☐    No ☐

    ~~b. Are you currently involved with Scouting? Yes ☐    No ☐~~

    ~~c. If you are currently or were formerly involved with Scouting:~~

        ~~i. What type of Scouting unit (i.e., troop) are or were you involved with?~~

            ☐ ~~Boy Scouts~~

            ☐ ~~Cub Scouts~~

            ☐ ~~Exploring Scouts~~

            ☐ ~~Sea Scouts~~

☐ ~~Venturing~~

☐ ~~Other (please explain your involvement with Scouting):~~

b.  When were you involved with Scouting?

_____

_____

_____

c.  What type of Scouting unit (i.e., troop) are or were you involved with?

☐ Boy Scouts

_____

☐ Cub Scouts

_____

☐ Exploring Scouts

_____

☐ Sea Scouts

_____

☐ Venturing

_____

d. ~~How long were or have you been involved with Scouting?~~ _____

☐ Other (please explain your involvement with Scouting):

_____

_____

**~~F. Legal Background:~~**

a. ~~Have you ever been accused of or involved~~ ~~as a party to a court action involving claims of fraud?
If so, please identify the court, mediator or arbitrator who handled the case, the location of the
court, mediator or arbitrator, the subject matter of the case, your connection to the case, the
outcome or current status of the case including recovery of any damage amounts by you, and the
date or time period of the case.~~

_____

**PART 4: NATURE OF THE SEXUAL ABUSE**

**(Attach additional sheets if necessary)**

**For each of the questions listed below, please complete your answers to the best of your recollection.**

**Note:** If you have previously filed a lawsuit about your Scouting-related sexual abuse in state or federal court, you may attach a copy of the complaint.  If you have not filed a lawsuit, or if the complaint does not contain all of the information requested below, you ~~or your attorney~~ must provide the information below to the extent of your recollection.

Please answer each of the following questions to your best ability.  If you do not know or recall, please so indicate.

If you are the survivor of sexual abuse ~~perpetrated~~ by more than one sexual abuser, please ~~separately complete Part 4 of this Abuse Survivor Proof of Claim~~ respond to each of the questions in this Part 4 for each sexual abuser.

A.  Please answer "Yes" or "No" to each of the following:

    i.   Were you sexually abused by more than one person?  Yes ☐    No ☐

    ii.   Were you sexually abused in more than one state?    Yes ☐    No ☐

B.  ~~A.~~ Please name each person who sexually abused you in relation to your involvement in Scouting.  ("Scouting" includes Cub Scouts, Boy Scouts, Exploring Scouts, Sea Scouts and Venturing.)

If you do not remember the name of the sexual abuser(s), provide as much identifying information about ~~each~~ the sexual abuser(s) that you can recall, ~~including~~ such as approximate age and their relationship to Scouting (e.g., the Scoutmaster of Troop 100, another Troop member of Troop 200, camp staff member, etc.).  Please also note if you have/had any family relationship to your alleged ~~abuser (e.g., father, grandfather, sibling, etc.)~~ sexual abuser and identify the names of any person(s) you recall in leadership positions in the Troop or camp at that time.

_____

_____

_____

_____

_____

_____

C.  _____

What was each sexual abuser's position, title, or relationship to you in Scouting (check all that apply)?

    ☐ Adult Scout leader in my Scouting unit

    ☐ Adult Scout leader not in my Scouting unit

☐ Youth Scout in my Scouting unit

☐ Youth Scout not in my Scouting unit

☐ ~~Adult Scout leader of a Scout camp who was not a Scout leader of~~ my Scouting unit

~~Youth Scout at a Scout camp who was not a Scout in my Scouting unit~~Camp personnel (e.g., camp staff) not in my Scouting unit

☐☐ ~~Adult or Youth Scout member that does not fit one of the above categories~~

I don't know

☐☐ Other (please explain why you believe the person(s) who sexually abused you had a relationship with Scouting):

~~Other (please explain why you believe the person(s) who abused you had a relationship with Scouting):~~

_____

_____

_____

D. Where were you at the time you were sexually abused (city, state, territory and/or country)?

_____

~~_____~~

~~_____~~

~~C. Where were you living at the time of the abuse?  City:_____  State:_____~~

E. ~~D.~~ At the time of the sexual abuse, were you an adult or a child under the age of 18?

Adult ☐    Child under the age of 18 ☐

F. ~~E.~~ What was the type of Scouting ~~unit~~ you were involved with during the sexual abuse (check all that apply)?

☐ Boy Scouts

☐ Cub Scouts

☐ Exploring Scouts

☐ Venturing

☐ Sea Scouts

☐ Other (please explain why you believe you had a connection to Scouting during the sexual abuse):

_____

_____

_____

G. ~~F.~~ What was the Scouting unit number and physical location (city, state~~) of your~~, territory and/or country) of the Scouting unit(s) or provisional troop you were in during the time of the sexual abuse?

_____

H. ~~G.~~ What was the name and location (city, state, territory and/or country) of the organization that chartered or sponsored your Scouting unit, or that provided resources to your Troop, including volunteers or space where meetings were held, during the time of the sexual abuse (e.g., ~~a~~ religious institution, church, ~~a~~ school, ~~a~~ community center, ~~or a~~ civic group, etc.)?

[Note that such organizations are not currently parties to the bankruptcy so if you believe you may have a claim against any such organization you must take additional action to preserve and pursue any such claim.]

_____

I. ~~H.~~ What was the name of the BSA Local Council(s) affiliated with ~~which~~ your Scouting unit(s) ~~were affiliated during the abuse or that oversaw~~, any Boy Scout camp or other Scouting activity ~~that you believe may have enabled or allowed the~~ during the time of the sexual abuse ~~to occur~~?

[Note that such BSA Local Councils are not currently parties to the bankruptcy so if you believe you may have a claim against any such organization you must take additional action to preserve and pursue any such claim.]

_____

~~I. Where did each act of abuse take place?  Please be~~ ~~as specific as possible, including city, state, Scouting~~ ~~unit number, and the name(s) of any camps, properties, schools, churches, or other locations.  If any of~~ ~~the incidents of abuse occurred in the abuser's home or automobile, please provide information and~~ ~~also explain how the abuser used their position in Scouting or a Scouting activity to abuse you (e.g., in~~ ~~the abuser's car on a ride home from Scout meetings, or in the abuser's home during or after Scout~~ ~~meetings).~~

J.    In which of the following places did the sexual abuse take place?  Check all that apply.

☐    At or in connection with a Scout meeting.

☐    At or in connection with a Scout camp.

☐    At or in connection with another Scouting-related event or activity (please explain):

_____

_

☐

_

Other (please explain – for example, camps, schools, churches, or other locations):

_____

_

_____

_

_____

_

K.    ~~J.~~  When did the first act of sexual abuse ~~occur~~take place?  ~~(If you~~ ~~cannot remember exact dates, please provide~~ ~~approximate dates, i.e. month(s) and/or year(s).)  If the~~ do not remember the calendar date, what school grade were you in at the time and what season of the year was it (spring, summer, fall, winter), and what age were you when it started?  If the sexual abuse took place over a period of time, please state when it started and when it stopped ~~(months~~ ~~and years if possible)~~.  If you were sexually abused by more than one sexual abuser indicate when the sexual abuse by each of the sexual abusers started and stopped.

_

i.          Start          date          of          acts          of          abuse: _____

ii.         End           date          of          acts          of          abuse: _____

L.    Please describe what happened to you.  You can provide a description in your own words and/or use the checkboxes below.

       i.          About how many times were you sexually abused?

          ☐  I was sexually abused once.

          ☐  I was sexually abused more than once.

iii. How old wereIf you when the acts of abuse started?were sexually abused more than once, please state how many times: _____     __

    iv. How old were you when the acts of abuse stopped? _____

K.  Did any of the acts of abuse occur at overnight Scouting activities?  If so, please be as specific as possible regarding the location and the activities:

_____ _____
_

M.   Please describe what happened to you.  (Check all that apply.)  **Please note that the boxes are not meant to limit the characterization or description of your sexual abuse.**

_____
_____
_____
_____

L. Did the acts of abuse occur before or after Scouting activities?  If yes, please be as specific as possible regarding the location and the activities:

_____
_____
_____
_____
_____

       i.          What did the sexual abuse involve?

M. How old were you at the time of the abuse by each abuser? (If you cannot remember exact age, please provide approximate age.)

N. Describe the abuse (check all that apply).  With respect to each act of abuse, please describe the frequency of the abuse, including the approximate number of times each act of abuse occurred.  Please attach additional pages if needed.  Please provide as much detail as you can recall in the lines following the categories and be as specific as possible.

☐ Genital penetration; number of times: _____

The sexual abuse involved touching outside of my clothing.

☐ Oral penetration; number of times: _____

The sexual abuse involved touching my bare skin.

☐ Digital penetration; number of times: _____

The sexual abuse involved fondling or groping.

☐ Unclothed touching; number of times: _____

The sexual abuse involved masturbation.

☐ Clothed touching; number of times: _____

The sexual abuse involved oral copulation / oral sex.

☐ Other (please describe and specify below); number of times: _____

The sexual abuse involved the penetration of some part of my body.

☐ The sexual abuse was between adults and involved touching that I did not consent to.

ii.    Did any of the following occur in connection with the sexual abuse:

☐ The acts of sexual abuse against me also involved other youth.

☐ The sexual abuse involved photographs or video.

☐ Even though I did not want it, my body responded sexually to the sexual abuse.

☐ The sexual abuse involved actual or implied threats of violence or other adverse consequences if I disclosed the sexual abuse.

☐ The sexual abuse involved gifts, privileges, experiences, and other rewards or bribes in addition to the activities and awards normally part of Scouting.

☐ The sexual abuser(s) made my family think they could be trusted.

☐ At the time of the sexual abuse, my family or I had significant financial, social, behavioral or other challenges.

O. Please describe the sexual abuse in as much detail as you can recall in the lines below and be as specific as possible. Please attach additional pages if needed.

_____

_

_

_

_

_

_

_

_

_

Did you or anyone on your behalf tell anyone involved in Scouting about the sexual abuse?    Yes

N.   P. Prior to completing this form, have you ever told anyone, including verbally or in writing, about the abuse at any time?  This includes telling someone when you were a child or when you were an adult.

Yes ☐ No ☐

O.   Q. Have you ever reported the sexual abuse to law enforcement or investigators?  This includes telling someone when you were a child minor or when you were an adult.  Yes ☐      No ☐

P.   R. If your answer to either of the previous two questions is "yes," please state the name of each person you remember you told, the date you told them, and the person's relationship to you.  (If you cannot remember exact dates, please provide approximate dates, i.e. month(s) such as months and year(s) years.)  Such persons may include, but are not limited to, parents; siblings; relatives; friends; adult leaders within Scouting; representatives of BSA; representatives of a Local Council; representatives of a sponsoring or chartering organization; attorneys (unrelated to this matter); psychologists, psychiatrists, social workers, counselors; and/or law enforcement authorities.

~~S. If you remember, has your abuser ever been convicted of sexual misconduct?  Yes ☐    No ☐~~

Q.   ~~T.~~ Did you have any relationship with your sexual abuser outside of Scouting? Check all that apply:

☐ Religious organization leader, member, volunteer

☐ Family member or relative

☐ Coach/athletics

☐ Teacher

☐ Neighbor

☐ Other (please explain and add any other information you remember to the categories above):

R.   ~~U.~~ Were there any witnesses to the acts of sexual abuse?  If there were any witnesses, please list their name(s), their relationship to you or to your sexual abuser, and any contact or other information that you have.

**PART 5: IMPACT OF SEXUAL ABUSE**

**(Attach additional ~~sheets~~pages if necessary)**

**(If you currently cannot describe any harm you have suffered on account of the sexual abuse, you may omit this section for now.  However, you may be asked to provide the information requested at a later date.)**

A.  Please describe how you believe you were impacted, harmed, damaged, or injured as a result of the sexual abuse you described above. ~~Please check all that apply and describe in as much detail as you can. This may include, but is not limited to, the categories listed below.~~  You can check the boxes, fill in the narrative, or both.  **Please note** that the boxes are not meant to limit the characterization or description of the impact(s) of your sexual abuse. (Check all that apply.)

☐  ~~Mental health~~

☐  ~~Emotional health~~

Psychological / emotional health

☐  Physical health

☐  Education

☐  Employment

☐  Family / personal relationships

☐☐  ~~Romantic relationships~~

☐  ~~Marriage(s)~~

☐  ~~Relationships with your children~~

Alcohol and/or substance abuse

☐☐  Other (please explain and add any other information you remember to the categories above)~~:~~

Please describe how you believe you were impacted, harmed, damaged, or injured as a result of the sexual abuse you described above in as much detail as you can recall in the lines below.  Please attach additional pages if needed.

_____

_____

_____

_____

_____

_____

B.  Have you ever sought counseling or other mental health treatment for ~~the impacts, harms, damages, and/or injuries~~ any reason that you now connect to the sexual abuse that you described above?

Yes ☐          No ☐

If your response to the prior question is "~~yes~~Yes," please identify the name of each person who provided you with counseling or mental health treatment, their location, the type of counseling or treatment and the estimated dates/time period of counseling or treatment.  If you were prescribed medication in connection with such counseling or mental health treatment, please list the name of the medication and how long you took that medication.

_____

_____

_____

_____

_____

_____

_____

_____

_____

---

**PART 6: ADDITIONAL INFORMATION**

A. **Prior Litigation.**

   i. Was a lawsuit regarding the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim filed by you or on your behalf ~~against BSA concerning the abuse described above~~?.

      ~~a.~~ Yes ☐  No ☐ (If "Yes," you are required to attach a copy of the complaint.)

      ~~b. Was a lawsuit filed by you or on your behalf against any other parties related to the Local Councils or organizations that sponsored your troop or pack concerning the abuse described above?~~

      **Prior Bankruptcy Claims.** Have you filed any claims in any other bankruptcy case relating to the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim? Yes ☐ No ☐ ~~(If "Yes," please attach a copy of the complaint.)~~

B. ~~c. Was a lawsuit filed by you or on your behalf against any other parties not already listed in this section concerning the abuse described above? Yes ☐ No~~ (If "Yes," ~~please~~ you are required to attach a copy of ~~the complaint~~ any completed claim form.)

C. ~~B.~~ **Payments.** Have you received any payments related to the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim from any party, including BSA? Yes ☐ No ☐

      ~~a. If yes, how much and from whom?~~ _____

~~C. **Prior Settlement.** Did you settle any claim(s) against BSA concerning the abuse described above?~~

      ~~Yes ☐ No ☐ (If "Yes," you are required to attach a copy of the settlement agreement.)~~

      i. ~~a.~~ If yes, ~~have you been paid your settlement amount, and what was the amount of the settlement~~ how much and from whom? _____ ~~_____~~

~~D. **Prior Claims.** Have you filed any claims in any other bankruptcy case relating to the abuse described above?~~

      ~~Yes ☐ No ☐ (If "Yes," you are required to attach a copy of any completed claim form.)~~

~~E. **Bankruptcy.** Have you ever filed for bankruptcy? Yes ☐ No ☐ If "Yes," please provide the following information:~~

<div align="center">

[Signature Page to Follow]

</div>

~~Name of Case: _____   Court: _____~~

~~Date filed: _____   Case No. _____~~

Chapter: 7☐   11☐ 12☐   13☐   Name of Trustee: _____

Did you receive a discharge in the bankruptcy case?   Yes☐ No☐

| SIGNATURE |
|:---:|

To be valid, this **Sexual** Abuse Survivor Proof of Claim must be signed by ~~the Abuse Survivor~~you. If the Sexual Abuse Survivor is deceased or incapacitated, the form ~~may~~must be signed by the Sexual Abuse Survivor's representative or the attorney for the Sexual Abuse Survivor's estate.  If the Sexual Abuse Survivor is a minor, the form ~~may~~must be signed by the Sexual Abuse Survivor's parent or legal guardian, or the Sexual Abuse Survivor's attorney.  (Any form signed by a representative or legal guardian must attach documentation establishing such person's authority to sign this form for the Sexual Abuse Survivor.)

| ~~The penalty~~Penalty for presenting a fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152, 157 and 3571. |
|:---|

**Check the appropriate box:**

☐    I am the Sexual Abuse Survivor.

☐    I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized ~~agent~~representative.

☐    Other (describe):
_____

**I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.**

**I declare under penalty of perjury that the foregoing statements are true and correct.**

**Date:**              _____

**Signature:**       _____

**Print Name:**     _____

**Relationship to Sexual Abuse Survivor (if not signed by Sexual Abuse Survivor):**     _____

**Address:**
_____

_____

**Contact Phone:**  _____

**Email:**            _____

**Exhibit 78**

**Form of Confidentiality Agreement**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
|  | (Jointly Administered) |
| Debtors. |  |

**PERMITTED PARTY CONFIDENTIALITY AGREEMENT**

This Agreement (the "Agreement") is entered into as of _____, 2020 by _____ (the "Recipient"), a Permitted Party pursuant to paragraph 6 of the *Order, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1, (I) Establishing Deadlines for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, (III) Approving Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Survivors, and (IV) Approving Confidentiality Procedures for Abuse Survivors* [Docket No. [●]] (the "Bar Date Order") entered on [●] by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") in Case No. 20-10343 (LSS), *In re Boy Scouts of America and Delaware BSA, LLC* (the "Chapter 11 Cases").

WHEREAS, the Recipient will be granted access to certain confidential Abuse Survivor Proof of Claim Forms filed or General Proofs of Claim submitted on behalf of minors in the Chapter 11 Cases after execution of this Agreement pursuant to and in accordance with the terms of the Order;

WHEREAS, Recipient agrees to keep the information provided in any and all Abuse Survivor Proof of Claim Forms and/or General Proofs of Claim submitted on behalf of minors confidential pursuant to and in accordance with the terms of the Order and this Agreement.

NOW THEREFORE, IT IS AGREED AS FOLLOWS:

(1)    The Recipient agrees to keep the information provided in the Abuse Survivor Proof Proofs of Claim Forms and/or General Proofs of Claim submitted on behalf of minors confidential pursuant to and in accordance with the terms of the Order.

(2)    Recipient agrees to not distribute any Abuse Survivor Proof Proofs of Claim Forms, General Proofs of Claim submitted on behalf of minors, or information provided in the Abuse Survivor Proof of Claim Forms such claims in violation of the Confidentiality Protocol in the Order.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

(3)     Recipient will only communicate information from the confidential Abuse Survivor ~~Proof~~Proofs of Claim ~~Forms~~and General Proofs of Claim submitted on behalf of minors with other Permitted Parties, as defined in the Bar Date Order.

(4)     Recipient consents to the jurisdiction of the Court to adjudicate any violation of this Agreement or the Order.

(5)     Recipient shall promptly report any disclosure of information from a confidential Abuse Survivor Proof of Claim ~~Form~~ or a General Proof of Claim submitted on behalf of a minor to the Debtors ~~and~~, the Tort Claimants' Committee, and the Creditors' Committee, and shall cooperate with efforts to recover the information and/or mitigate the effects of the disclosure.

Dated:  This ___ day of _____, 2020

Signature:                      _____

Print Name:                   _____

Name of Permitted Party:    _____