# **<u>EXHIBIT B</u>**

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: May 14, 2020
Invoice Number: 50015199
Matter Number: 077494.1001

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 02/18/20 | Photocopy Charges Duplication BW | 41.00 | 8.20 |
| 02/18/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/18/20 | Photocopy Charges Duplication BW | 88.00 | 17.60 |
| 02/18/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/18/20 | Docket Retrieval / Search | 10.00 | 1.00 |
| 02/18/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/18/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/18/20 | Photocopy Charges Duplication BW | 54.00 | 10.80 |
| 02/18/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/18/20 | Docket Retrieval / Search | 8.00 | 0.80 |
| 02/18/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/18/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/18/20 | Docket Retrieval / Search | 7.00 | 0.70 |
| 02/18/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/18/20 | Docket Retrieval / Search | 12.00 | 1.20 |
| 02/18/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/18/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/18/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/18/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/18/20 | Docket Retrieval / Search | 14.00 | 1.40 |
| 02/18/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/18/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/18/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/18/20 | Photocopy Charges Duplication BW | 281.00 | 56.20 |
| 02/18/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/18/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 02/18/20 | Docket Retrieval / Search | 13.00 | 1.30 |
| 02/18/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/18/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/18/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/18/20 | Docket Retrieval / Search | 29.00 | 2.90 |
| 02/18/20 | Docket Retrieval / Search | 17.00 | 1.70 |
| 02/18/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/18/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/18/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/18/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/18/20 | Photocopy Charges Duplication BW | 58.00 | 11.60 |
| 02/18/20 | Photocopy Charges Duplication BW | 431.00 | 86.20 |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: May 14, 2020
Invoice Number: 50015199
Matter Number: 077494.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 02/18/20 | Photocopy Charges Duplication BW | 30.00 | 6.00 |
| 02/18/20 | Photocopy Charges Duplication BW | 14.00 | 2.80 |
| 02/18/20 | Docket Retrieval / Search | 14.00 | 1.40 |
| 02/18/20 | Photocopy Charges Duplication BW | 41.00 | 8.20 |
| 02/18/20 | Photocopy Charges Duplication BW | 17.00 | 3.40 |
| 02/18/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/18/20 | Photocopy Charges Duplication BW | 51.00 | 10.20 |
| 02/18/20 | Photocopy Charges Duplication BW | 104.00 | 20.80 |
| 02/18/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/18/20 | Docket Retrieval / Search | 13.00 | 1.30 |
| 02/18/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/18/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/18/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/18/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/18/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/18/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/18/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/18/20 | Docket Retrieval / Search | 17.00 | 1.70 |
| 02/18/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/18/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/18/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/18/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/18/20 | Photocopy Charges Duplication BW | 40.00 | 8.00 |
| 02/18/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/18/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/18/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/18/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/18/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/18/20 | Photocopy Charges Duplication BW | 44.00 | 8.80 |
| 02/18/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/18/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/18/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/18/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/18/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/18/20 | Photocopy Charges Duplication BW | 5.00 | 1.00 |
| 02/18/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/18/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/18/20 | Docket Retrieval / Search | 9.00 | 0.90 |
| 02/18/20 | Photocopy Charges Duplication BW | 17.00 | 3.40 |

Patton, James L., Jr., Future Claimants' Representative  
Invoice Date: May 14, 2020  
Invoice Number: 50015199  
Matter Number: 077494.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 02/18/20 | Photocopy Charges Duplication BW | 12.00 | 2.40 |
| 02/18/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/19/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/19/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/19/20 | Docket Retrieval / Search | 17.00 | 1.70 |
| 02/19/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/19/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/19/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/19/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/19/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/19/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/19/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 02/19/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/19/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/19/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/19/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 02/19/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/19/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 02/19/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/19/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 02/19/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 02/19/20 | Docket Retrieval / Search | 7.00 | 0.70 |
| 02/19/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/19/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/19/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/19/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/19/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 02/19/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/19/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/19/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/19/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/20/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/20/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/20/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/20/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/21/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/21/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/21/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/21/20 | Docket Retrieval / Search | 2.00 | 0.20 |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: May 14, 2020
Invoice Number: 50015199
Matter Number: 077494.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 02/21/20 | Docket Retrieval / Search | 27.00 | 2.70 |
| 02/21/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 02/21/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/21/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/21/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/21/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/21/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/21/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/21/20 | Docket Retrieval / Search | 17.00 | 1.70 |
| 02/21/20 | Docket Retrieval / Search | 16.00 | 1.60 |
| 02/21/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/21/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/21/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/21/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/21/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/21/20 | Docket Retrieval / Search | 17.00 | 1.70 |
| 02/21/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/21/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/21/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 02/24/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/24/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/24/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/24/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/24/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/26/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/26/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 02/26/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 02/26/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 02/26/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/02/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/02/20 | Photocopy Charges Duplication BW | 281.00 | 56.20 |
| 03/02/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/02/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/02/20 | Photocopy Charges Duplication BW | 18.00 | 3.60 |
| 03/02/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/02/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/02/20 | Photocopy Charges Duplication BW | 10.00 | 2.00 |
| 03/02/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/02/20 | Docket Retrieval / Search | 3.00 | 0.30 |

| | | | |
|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | | May 14, 2020 |
| | Invoice Number: | | 50015199 |
| | Matter Number: | | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 03/02/20 | Photocopy Charges Duplication BW | 31.00 | 6.20 |
| 03/02/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/02/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/03/20 | Docket Retrieval / Search | 19.00 | 1.90 |
| 03/03/20 | Photocopy Charges Duplication BW | 178.00 | 35.60 |
| 03/03/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/03/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 03/03/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/03/20 | Photocopy Charges Duplication BW | 8.00 | 1.60 |
| 03/03/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/03/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/03/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/03/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/03/20 | Photocopy Charges Duplication BW | 55.00 | 11.00 |
| 03/03/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/03/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/04/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 03/04/20 | Docket Retrieval / Search | 7.00 | 0.70 |
| 03/04/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/04/20 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 2.85 |
| 03/04/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/04/20 | Docket Retrieval / Search | 7.00 | 0.70 |
| 03/04/20 | Docket Retrieval / Search | 7.00 | 0.70 |
| 03/04/20 | Docket Retrieval / Search | 7.00 | 0.70 |
| 03/04/20 | Docket Retrieval / Search | 28.00 | 2.80 |
| 03/04/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/04/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/04/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/04/20 | Docket Retrieval / Search | 7.00 | 0.70 |
| 03/04/20 | Docket Retrieval / Search | 12.00 | 1.20 |
| 03/04/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/04/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 03/04/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/04/20 | Photocopy Charges Duplication BW | 98.00 | 19.60 |
| 03/04/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 03/04/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/04/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 03/04/20 | Docket Retrieval / Search | 7.00 | 0.70 |
| 03/04/20 | Scanning Charges | 35.00 | 7.00 |

Patton, James L., Jr., Future Claimants' Representative     Invoice Date:        May 14, 2020
                                                            Invoice Number:      50015199
                                                            Matter Number:       077494.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 03/04/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/05/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/05/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/05/20 | Photocopy Charges Duplication BW | 55.00 | 11.00 |
| 03/05/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 03/05/20 | Photocopy Charges Duplication BW | 48.00 | 9.60 |
| 03/05/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/05/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/05/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/05/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/05/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 03/05/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/05/20 | Docket Retrieval / Search | 9.00 | 0.90 |
| 03/05/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 03/05/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/05/20 | Docket Retrieval / Search | 25.00 | 2.50 |
| 03/05/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/05/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/05/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/05/20 | Docket Retrieval / Search | 8.00 | 0.80 |
| 03/05/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 03/06/20 | Photocopy Charges Duplication BW | 20.00 | 4.00 |
| 03/06/20 | Docket Retrieval / Search | 9.00 | 0.90 |
| 03/06/20 | Photocopy Charges Duplication BW | 35.00 | 7.00 |
| 03/06/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/06/20 | Photocopy Charges Duplication BW | 7.00 | 1.40 |
| 03/06/20 | Docket Retrieval / Search | 7.00 | 0.70 |
| 03/06/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/06/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/06/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 03/06/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/06/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/06/20 | Photocopy Charges Duplication BW | 15.00 | 3.00 |
| 03/09/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 03/09/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/09/20 | Docket Retrieval / Search | 23.00 | 2.30 |
| 03/09/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/09/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/09/20 | Docket Retrieval / Search | 4.00 | 0.40 |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: May 14, 2020
Invoice Number: 50015199
Matter Number: 077494.1001

| Date | Description | Quantity | Amount |
| --- | --- | --- | --- |
| 03/09/20 | Docket Retrieval / Search | 7.00 | 0.70 |
| 03/09/20 | Photocopy Charges Duplication BW | 35.00 | 7.00 |
| 03/09/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/09/20 | Docket Retrieval / Search | 10.00 | 1.00 |
| 03/09/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/09/20 | Photocopy Charges Duplication BW | 9.00 | 1.80 |
| 03/09/20 | Docket Retrieval / Search | 15.00 | 1.50 |
| 03/09/20 | Docket Retrieval / Search | 8.00 | 0.80 |
| 03/09/20 | Docket Retrieval / Search | 8.00 | 0.80 |
| 03/09/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/09/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/09/20 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 6.81 |
| 03/09/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/09/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/09/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/09/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/09/20 | Photocopy Charges Duplication BW | 26.00 | 5.20 |
| 03/09/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/09/20 | Docket Retrieval / Search | 21.00 | 2.10 |
| 03/09/20 | Docket Retrieval / Search | 26.00 | 2.60 |
| 03/09/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/09/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/09/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/09/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 03/09/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/09/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/09/20 | Docket Retrieval / Search | 17.00 | 1.70 |
| 03/09/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/09/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/09/20 | Docket Retrieval / Search | 7.00 | 0.70 |
| 03/09/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 03/09/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/09/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/09/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/09/20 | Docket Retrieval / Search | 8.00 | 0.80 |
| 03/09/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/09/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 03/09/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/10/20 | Photocopy Charges Duplication BW | 8.00 | 1.60 |

Patton, James L., Jr., Future Claimants' Representative     Invoice Date: May 14, 2020
Invoice Number: 50015199
Matter Number: 077494.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 03/10/20 | Photocopy Charges Duplication BW | 7.00 | 1.40 |
| 03/10/20 | Photocopy Charges Duplication BW | 26.00 | 5.20 |
| 03/10/20 | Photocopy Charges Duplication BW | 48.00 | 9.60 |
| 03/11/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/11/20 | Docket Retrieval / Search | 7.00 | 0.70 |
| 03/11/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/11/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/11/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/11/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 03/11/20 | Docket Retrieval / Search | 8.00 | 0.80 |
| 03/11/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/11/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/11/20 | Photocopy Charges Duplication BW | 8.00 | 1.60 |
| 03/11/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/11/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/11/20 | Docket Retrieval / Search | 11.00 | 1.10 |
| 03/11/20 | Photocopy Charges Duplication BW | 28.00 | 5.60 |
| 03/11/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/11/20 | Docket Retrieval / Search | 16.00 | 1.60 |
| 03/11/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/11/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/11/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/11/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/11/20 | Photocopy Charges Duplication BW | 55.00 | 11.00 |
| 03/11/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 03/12/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/12/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/12/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/12/20 | Photocopy Charges Duplication BW | 33.00 | 6.60 |
| 03/12/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/12/20 | Photocopy Charges Duplication BW | 6.00 | 1.20 |
| 03/12/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 03/12/20 | Photocopy Charges Duplication BW | 28.00 | 5.60 |
| 03/12/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 03/12/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/12/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/12/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/12/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/12/20 | Docket Retrieval / Search | 6.00 | 0.60 |

Patton, James L., Jr., Future Claimants' Representative

| | | Invoice Date: | May 14, 2020 |
|---|---|---|---|
| | | Invoice Number: | 50015199 |
| | | Matter Number: | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 03/12/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/12/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/13/20 | Docket Retrieval / Search | 11.00 | 1.10 |
| 03/13/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/13/20 | Photocopy Charges Duplication BW | 68.00 | 13.60 |
| 03/13/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/13/20 | Docket Retrieval / Search | 8.00 | 0.80 |
| 03/13/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/13/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/13/20 | Docket Retrieval / Search | 10.00 | 1.00 |
| 03/13/20 | Computerized Legal Research | 6.80 | 15.50 |
| 03/13/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/13/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/13/20 | Docket Retrieval / Search | 15.00 | 1.50 |
| 03/13/20 | Docket Retrieval / Search | 15.00 | 1.50 |
| 03/13/20 | Docket Retrieval / Search | 11.00 | 1.10 |
| 03/13/20 | Docket Retrieval / Search | 8.00 | 0.80 |
| 03/13/20 | Computerized Legal Research | 0.20 | 0.46 |
| 03/13/20 | Photocopy Charges Duplication BW | 6.00 | 1.20 |
| 03/13/20 | Docket Retrieval / Search | 10.00 | 1.00 |
| 03/13/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/13/20 | Docket Retrieval / Search | 16.00 | 1.60 |
| 03/13/20 | Docket Retrieval / Search | 16.00 | 1.60 |
| 03/16/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/16/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/16/20 | Scanning Charges | 4.00 | 0.80 |
| 03/16/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/16/20 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 1.98 |
| 03/16/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/16/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/16/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/16/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/16/20 | Photocopy Charges Duplication BW | 10.00 | 2.00 |
| 03/16/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/16/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/16/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/16/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/16/20 | Photocopy Charges Duplication BW | 16.00 | 3.20 |
| 03/16/20 | Docket Retrieval / Search | 3.00 | 0.30 |

Patton, James L., Jr., Future Claimants' Representative      Invoice Date:       May 14, 2020
                                                             Invoice Number:       50015199
                                                             Matter Number:      077494.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 03/16/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/17/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/17/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/17/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/17/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/17/20 | Docket Retrieval / Search | 7.00 | 0.70 |
| 03/17/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/18/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/18/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/18/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/18/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 03/18/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/18/20 | Docket Retrieval / Search | 13.00 | 1.30 |
| 03/18/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/18/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/18/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 03/18/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/19/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/19/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/19/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/19/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/19/20 | Photocopy Charges Duplication BW | 1.00 | 0.20 |
| 03/19/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/19/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/19/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 03/19/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/19/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/19/20 | Facsimile 18665332946 001Pgs .00Phone | 1.00 | 1.00 |
| 03/19/20 | Facsimile 8665332946 001Pgs .00Phone | 1.00 | 1.00 |
| 03/19/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/19/20 | Color Photocopy Charges Duplication Color | 62.00 | 49.60 |
| 03/19/20 | Color Photocopy Charges Duplication Color | 34.00 | 27.20 |
| 03/19/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/19/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/20/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/20/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 03/20/20 | Docket Retrieval / Search | 11.00 | 1.10 |
| 03/20/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/20/20 | Facsimile 8665332946 001Pgs .00Phone | 1.00 | 1.00 |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: May 14, 2020
Invoice Number: 50015199
Matter Number: 077494.1001

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 03/20/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/20/20 | Photocopy Charges Duplication BW | 5,337.00 | 1,067.40 |
| 03/20/20 | Photocopy Charges Duplication BW | 8.00 | 1.60 |
| 03/20/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/20/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/20/20 | Docket Retrieval / Search | 17.00 | 1.70 |
| 03/20/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/20/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/20/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/20/20 | Postage | 47.00 | 112.80 |
| 03/23/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 03/23/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/23/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/23/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/23/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/23/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/23/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/23/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/23/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/23/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/23/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/23/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/23/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/23/20 | Docket Retrieval / Search | 20.00 | 2.00 |
| 03/23/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/23/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/23/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/23/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/23/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/23/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/23/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/23/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/24/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/24/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/24/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/25/20 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 1.57 |
| 03/25/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/26/20 | Facsimile 8665332946 001Pgs .00Phone | 1.00 | 1.00 |
| 03/26/20 | Photocopy Charges Duplication BW | 2.00 | 0.40 |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: May 14, 2020
Invoice Number: 50015199
Matter Number: 077494.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 03/26/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/26/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/26/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/26/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 03/27/20 | Deposition/Transcript Transcript of 2/19/2020 hearing | 1.00 | 198.00 |
| 03/28/20 | Teleconference / Video Conference Case Num: Boy Scouts of America / CCID 10473999 Appr Atty: Robert S. Brady Court Call | 1.00 | 33.00 |
| 03/30/20 | Docket Retrieval / Search | 24.00 | 2.40 |
| 03/30/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/30/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 03/30/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 03/30/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/30/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/30/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/30/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 03/31/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/31/20 | Docket Retrieval / Search | 16.00 | 1.60 |
| 03/31/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 03/31/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/31/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 03/31/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/01/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/01/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 04/01/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/01/20 | Docket Retrieval / Search | 16.00 | 1.60 |
| 04/01/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/02/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/02/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/02/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/02/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/02/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/02/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 04/03/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/03/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/05/20 | Teleconference / Video Conference Case Num: Boy Scouts of America / CCID 10492080 Appr Atty: Edwin Harron Court Call | 1.00 | 27.75 |
| 04/06/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/06/20 | Docket Retrieval / Search | 26.00 | 2.60 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | May 14, 2020 |
|---|---|---|
| | Invoice Number: | 50015199 |
| | Matter Number: | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 04/06/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/06/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/06/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/06/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/06/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 04/07/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/07/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 04/07/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 04/07/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/08/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 04/08/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/08/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/08/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/08/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/09/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/09/20 | Docket Retrieval / Search | 10.00 | 1.00 |
| 04/09/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/09/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/13/20 | Facsimile 8665332946 002Pgs .00Phone | 2.00 | 2.00 |
| 04/13/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 04/13/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 04/13/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/13/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/13/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/14/20 | Photocopy Charges Duplication BW | 240.00 | 24.00 |
| 04/14/20 | Postage | 59.00 | 59.00 |
| 04/14/20 | Docket Retrieval / Search | 9.00 | 0.90 |
| 04/14/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 04/14/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/15/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/15/20 | Postage | 59.00 | 59.00 |
| 04/15/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/15/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 04/15/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 04/15/20 | Photocopy Charges Duplication BW | 249.00 | 24.90 |
| 04/16/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/16/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/17/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/17/20 | Docket Retrieval / Search | 3.00 | 0.30 |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: May 14, 2020
Invoice Number: 50015199
Matter Number: 077494.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 04/17/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/20/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/20/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/20/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/20/20 | Teleconference / Video Conference Case Num: Boy Scouts of America / CCID 10524198 Appr Atty: Edwin Harron Court Call | 1.00 | 85.50 |
| 04/20/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/20/20 | Teleconference / Video Conference Case Num: Boy Scouts of America / CCID 10524202 Appr Atty: Robert S. Brady Court Call | 1.00 | 22.50 |
| 04/21/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/22/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/23/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/23/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/24/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/24/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/24/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 04/27/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/27/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 04/27/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 04/27/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/28/20 | Photocopy Charges Duplication BW | 6,636.00 | 663.60 |
| 04/28/20 | Photocopy Charges Duplication BW | 7,685.00 | 768.50 |
| 04/28/20 | Deposition/Transcript Transcript of 4/15/2020 hearing | 1.00 | 154.80 |
| 04/28/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/28/20 | Postage | 63.00 | 488.25 |
| 04/29/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/29/20 | Facsimile 8665332946 001Pgs .00Phone | 1.00 | 1.00 |
| 04/30/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 04/30/20 | Facsimile 8665332946 001Pgs .00Phone | 1.00 | 1.00 |
| 04/30/20 | Facsimile 8665332946 001Pgs .00Phone | 1.00 | 1.00 |
| 04/30/20 | Docket Retrieval / Search | 3.00 | 0.30 |

**Total**    **$4,750.17**

| | |
|---|---|
| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: May 14, 2020 |
| | Invoice Number: 50015199 |
| | Matter Number: 077494.1001 |

**Cost Summary**

| **Description** | **Amount** |
|---|---:|
| Computerized Legal Research | 15.96 |
| Deposition/Transcript | 352.80 |
| Docket Retrieval / Search | 315.40 |
| Facsimile | 9.00 |
| Postage | 719.05 |
| Reproduction Charges | 3,156.00 |
| Teleconference / Video Conference | 181.96 |
| **Total** | **$4,750.17** |