# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA and<br>DELAWARE BSA, LLC, *et al.*[1], | Chapter 11<br><br>Case No. 20-10343 (LSS) |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

PLEASE TAKE NOTICE, that the undersigned counsel hereby enters his appearance for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company (the "**Companies**") pursuant to section 1109(b) of The Bankruptcy Reform Act of 1978, as codified in title11 of the United States Code, 11 U.S.C. §§ 101-1532, Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and requests that copies of all pleadings, motions, notices and other papers filed or served in these bankruptcy cases, be served upon the Companies through their undersigned counsel, as follows:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| | |
|---|---|
| Erin R. Fay<br>Gregory J. Flasser<br>BAYARD, P.A.<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>Phone: (302) 655-5000<br>E-mail: efay@bayardlaw.com<br>           gflasser@bayardlaw.com | James P. Ruggeri<br>Joshua D. Weinberg<br>Michele Backus Konigsberg<br>Abigail W. Williams<br>SHIPMAN & GOODWIN LLP<br>1875 K Street NW, Suite 600<br>Washington, DC 20006-1251<br>Email:<br>           jruggeri@goodwin.com<br>           jweinberg@goodwin.com<br>           mkonigsberg@goodwin.com<br>           awilliams@goodwin.com<br><br>and<br><br>Eric S. Goldstein, Esquire<br>SHIPMAN & GOODWIN LLP<br>One Constitution Plaza<br>Hartford, Connecticut 06103<br>Email:  egoldstein@goodwin.com |

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive the Companies' right to: (i) have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) a trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which the Companies are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the Companies expressly reserve.

Dated: May 15, 2020
       Wilmington, Delaware

BAYARD, P.A.

*/s/ Gregory J. Flasser*
Erin R. Fay (No. 5268)
Gregory J. Flasser (No. 6154)
600 North King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: efay@bayardlaw.com
       dbrogan@bayardlaw.com
       gflasser@bayardlaw.com

- and -

James P. Ruggeri
Joshua D. Weinberg
Michele Backus Konigsberg
Abigail W. Williams
SHIPMAN & GOODWIN LLP
1875 K Street NW, Suite 600
Washington, DC 20006-1251
Email:  jweinberg@goodwin.com
        jruggeri@goodwin.com
        awilliams@goodwin.com
        mkonigsberg@goodwin.com

and

Eric S. Goldstein, Esquire
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, Connecticut 06103
Email:  egoldstein@goodwin.com

*Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company*