## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, *et al.*, | : | Case No. 20-10343 (LSS) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Michele Backus Konigsberg, Esquire to represent Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company in the above-captioned cases.

Dated: May 14, 2020  
       Wilmington, Delaware

*/s/ Gregory J. Flasser*  
Gregory J. Flasser (No. 6154)  
BAYARD, P.A.  
600 N. King Street, Suite 400  
Wilmington, Delaware 19801

### CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and the states of New York and Maryland and submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Michele Backus Konigsberg*  
Michele Backus Konigsberg, Esq.  
SHIPMAN & GOODWIN LLP  
1875 K Street NW, Suite 600  
Washington, DC 20006-1251

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**LAURIE SELBER SILVERSTEIN**  
**UNITED STATES BANKRUPTCY JUDGE**

**Dated: May 15th, 2020**  
**Wilmington, Delaware**

{BAY:03494840v1}