IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                 Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Ref. Docket Nos. 17, 161, 164, 166, 316, 388, & 617** |

**NOTICE OF FILING OF REVISED MEDIATION ORDER**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.      On February 18, 2020, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief* [Docket No. 17] (the "Mediation Motion").[2] Attached as Exhibit A to the Mediation Motion was a proposed order granting the relief requested (the "Initial Proposed Order").

2.      On May 4, 2020, the Debtors filed the *Debtors' Motion for Leave to File Reply in Support of Their Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief* [Docket No. 617] (the "Motion for Leave").  Attached as Exhibit A to the Motion for Leave was a reply in support of the Mediation Motion (the "Reply").  Attached as Exhibit A to the Reply was a revised proposed order granting the relief requested in the Mediation Motion (the "Revised Proposed Order").

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Mediation Motion.

-2-

3.      Since the filing of the Reply, the Debtors have obtained form agreements (the "Form Agreements") for Mediators Paul Finn, Eric Green, and Timothy Gallagher.

4.      Attached hereto as **Exhibit A** is a further revised proposed order granting the relief requested in the Mediation Motion (the "Further Revised Proposed Order"), inclusive of the Form Agreements.

5.      Attached hereto as **Exhibit B** is a redline comparing the Further Revised Proposed Order with the Revised Proposed Order.

*[Remainder of Page Intentionally Left Blank]*

Dated:  May 15, 2020
     Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Eric W. Moats*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Facsimile:   (302) 425-4664
Email:  dabbott@mnat.com
     aremming@mnat.com
     emoats@mnat.com
     ptopper@mnat.com

– and –

SIDLEY AUSTIN LLP
Jessica C. K. Boelter (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 839-5300
Email:  jboelter@sidley.com

– and –

SIDLEY AUSTIN LLP
Thomas A. Labuda (admitted *pro hac vice*)
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Email:  tlabuda@sidley.com
     mandolina@sidley.com
     mlinder@sidley.com

CO-COUNSEL AND PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION