# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                              Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

        I, James E. O'Neill, hereby certify that on the 15th day of May, 2020, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

> **First Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Tort Claimants' Committee for the Period from March 4, 2020 through March 31, 2020 [Docket No. 629]**

        */s/ James E. O'Neill*
        James E. O'Neill (Bar No. 4042)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**First Class Mail and Email**
(Counsel to the County Commission of Fayettte County (West Virginia))
John C. Stump, Esq.
Steptoe & Johnson PLLC
Chase Tower, 8th Floor
707 Virginia Street East
Charleston, WV  25301
Email: john.stump@steptoe-johnson.com