IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No. 17 and 617** |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN
SUPPORT OF THE LIMITED OBJECTION OF CREDITORS FIRST STATE
INSURANCE COMPANY AND TWIN CITY FIRE INSURANCE COMPANY AND
PARTY IN INTEREST HARTFORD ACCIDENT AND INDEMNITY COMPANY TO
DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPOINTING A JUDICIAL
MEDIATOR, (II) REFERRING CERTAIN MATTERS TO MANDATORY
MEDIATION, AND (III) GRANTING RELATED RELIEF**

Hartford Accident and Indemnity Company, First State Insurance Company and Twin City

Fire Insurance Company (collectively, "Hartford") hereby moves (this "Motion for Leave") this

Court for leave to file the *Supplemental Memorandum in Support of Hartford's limited objection*

*to Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring*

*Certain Matters to Mandatory Mediation, and (III) Granting Related Relief* (the "Memorandum")[2]

attached hereto as **Exhibit A**.  In support of this Motion for Leave, Hartford respectfully states the

following:

**Jurisdiction and Venue**

1.      The United States Bankruptcy Court for the District of Delaware (the "Court") has

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing*

---

[1]      The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Law, Irving, Texas 75038.

[2]      Capitalized terms used but not defined herein have the meaning given in the Memorandum.

*Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012.  The Hartford confirms its consent, pursuant to rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), to the entry of a final order by the Court in connection with this motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2.     Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.     The bases for the relief requested herein are sections 102 and 105(a) of  title 11 of the United States Code, 11 U.S.C. §§ 101–1532, as amended (the "Bankruptcy Code"), Rule 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9006-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

**Background**

4.     On February 18, 2020, Debtors filed a *Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief* [ECF No. 17] ("Mediation Motion").  On March 11, 2020, Hartford filed a timely objection to Debtors' Mediation motion.  *See Limited Objection of Creditors First State Insurance Company and Twin City Fire Insurance Company and Party In Interest Hartford Accident and Indemnity Company to Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief*, at 3-4 (Mar. 11, 2020) (the "Objection") [ECF No. 161].

2

5.      On May 13, 2020, Debtors filed *Motion for Leave to File Debtors' Reply in Support of their Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief* [ECF No. 617] ("Motion for Leave to File Debtors' Reply").  Debtors attached their reply as Exhibit A to the Motion for Leave to File Debtors' Reply.

6.      Debtors' reply includes a proposed order that is different from the proposed order attached Debtors' Mediation Motion.  Further, the reply includes a substantive discussion of the revised proposed order that leaves out material facts, including Debtors' exclusion of Hartford from the mediator selection process.

### Relief Requested

7.      To address the issues with the Debtors' reply, by this Motion for Leave Hartford requests leave to file a limited objection to the Mediation Motion in the form of the Memorandum, after the deadline provided in the Local Rules for an objection.

### Basis for Relief Requested

8.      The initial deadline to object to the Mediation Motion was March 11, 2020, at which time Hartford filed the Objection.  While the Local Rules do not generally provide for an opportunity to respond to a reply, Hartford submits that the circumstances here warrant permitting it to file the Memorandum.

9.      Specifically, Memorandum will assist the Court in properly evaluating the relief sought by the Debtors' Mediation Motion, and will clarify the material facts and issues that were left out of the Debtors' reply.  Thus, good cause and compelling circumstances exist to support leave to file the Memorandum because:  (i) no prejudice will be caused by permitting Hartford to file the Memorandum because, in lieu of the Memorandum, Hartford could assert the arguments

set forth in the Memorandum through oral argument at the hearing; (ii) the delay in filing the Memorandum will not prejudice the U.S. Trustee, the Debtors, or any other parties because their counsel will be served with the Memorandum immediately upon the filing of this Motion for Leave; (iii) the written Memorandum will assist the Court and the parties in defining, and the Court in deciding, any contested issues related to the underlying motion; and (iv) the timing of the Memorandum is the direct result of new issues raised in and material facts omitted from the Debtors' reply.

## Notice

10.     Hartford has provided notice of this motion to the following parties or their respective counsel: (a) the U.S. Trustee; (b) the Debtors; and (c) any party that has requested notice pursuant to Bankruptcy Rule 2002.  Hartford submits that, in light of the nature of the relief requested, no other or further notice need be given.

## Conclusion

WHEREFORE, Hartford respectfully requests that the Court enter an order, substantially in the form attached hereto as **Exhibit B**, granting Hartford leave to file the Memorandum.

Date:  May 15, 2020                          BAYARD, P.A.
  Wilmington, Delaware

                                       */s/ Gregory J. Flasser*
                                         Erin R. Fay (No. 5268)
                                         Gregory J. Flasser (No. 6154)
                                         600 North King Street, Suite 400
                                         Wilmington, Delaware 19801
                                         Telephone:  (302) 655-5000
                                         Facsimile:  (302) 658-6395
                                         Email:  efay@bayardlaw.com
                                                  gflasser@bayardlaw.com

                                         - and -

                                         James P. Ruggeri (*pro hac vice* pending)
                                         Joshua D. Weinberg (admitted *pro hac vice*)
                                         Abigail W. Williams (*pro hac vice* pending)
                                         Shipman & Goodwin LLP
                                         1875 K Street, NW, Suite 600
                                         Washington, DC 20003
                                         Tel:  (202) 469-7750
                                         Fax:  (202) 469-7751

                                         - and -

                                         Eric S. Goldstein (admitted *pro hac vice*)
                                         Shipman & Goodwin LLP
                                         One Constitution Plaza
                                         Hartford, CT 06103
                                         Tel:  (860) 251-5000
                                         Fax:  (860) 251-5099

                                         *Attorneys for First State Insurance Company,*
                                         *Hartford Accident and Indemnity Company and*
                                         *Twin City Fire Insurance Company*