IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

### NOTICE OF TORT CLAIMANTS' COMMITTEE'S INTENT TO OFFER WITNESS TESTIMONY AT MAY 18, 2020, HEARING

**PLEASE TAKE NOTICE** that pursuant to that certain letter dated March 20, 2020, from the Honorable Laurie S. Silverstein, United States Bankruptcy Judge [Docket No. 245], and as supplemented by that certain email correspondence sent to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") on April 27, 2020, from Lora Johnson, Courtroom Deputy to the Honorable Laurie S. Silverstein, the Tort Claimants' Committee hereby supplies the following information regarding the witness they intend to present at the hearing to be held on May 18, 2020:

**Witness No. 1**

1. Name and title of witness:  Jon R. Conte, Ph.D.

2. Title:  Expert Consultant on Sexual Abuse and Expert Witness for the Tort Claimants' Committee  [Docket No. 605]

3. Location of witness:  Whidbey Island, WA.

4. Place from which the witness will be testifying:  Home.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

DOCS_DE:228651.1 85353/002

5. <u>Other individuals in the room with the Witness, if any, and for what purpose</u>:  No one will be present with the witness during his testimony.

6. <u>Documents to be used by witness, if any</u>:

- Debtors' Motion, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1, for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice Thereof, (III) Approve Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Victims, and (IV) Approve Confidentiality Procedures for Abuse Victims (D.I. 18, Filed 2/18/20);

- Declaration of Shannon R. Wheatman, Ph.D in Support of Procedures for Providing Direct Notice and Supplemental Notice Plan to Provide Notice of Bar Date to Abuse Survivors (D.I. 556, Filed 5/4/20);

- Supplement to Debtors' Bar Date Motion (D.I. 557, Filed 5/4/20);

- Notice of Hearing of the Debtors' Motion, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1, for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice Thereof, (III) Approve Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Victims, and (IV) Approve Confidentiality Procedures for Abuse Victims (D.I. 558, Filed 5/4/20);

- Objection of the Tort Claimants' Committee to (A) Debtors' Motion, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1, for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice Thereof, (III) Approve Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Victims, and (IV) Approve Confidentiality Procedures for Abuse Victims [Dkt. No. 18] and (B) Supplement to Bar Date Motion [Dkt. No. 557] (D.I. 601, Filed 5/11/20);

- Notice of Filing of Curriculum Vitae of Jon R. Conte, Ph.D. in Support of Declaration of Jon R. Conte, Ph.D. in Support of the Objection of the Tort Claimants' Committee to (A) Debtors' Motion, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1, for Authority to (I) Establish Deadlines for Filing Proofs of Claim,

(II) Establish the Form and Manner of Notice Thereof, (III) Approve Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Victims, and (IV) Approve Confidentiality Procedures for Abuse Victims [Dkt. No. 18] and (B) Supplement to Bar Date Motion [Dkt. No. 557] (D.I. 603, Filed 5/11/20);

- Order Authorizing and Approving the Application of the Tort Claimants Committee for Entry of an Order Under 11 U.S.C. §§ 1103(a) and 328(a) and Fed. R. Bankr. P. 2014(a) Authorizing Retention of Jon R. Conte, Ph.D. as Expert Consultant on Sexual Abuse and Expert Witness Effective as of April 16, 2020 [Related Doc  443] (D.I. 605, filed 5/11/20);

- United States Trustee's Objection to the Debtors' Motion, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1, for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice Thereof, (III) Approve Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Victims, and Approve Confidentiality Procedures for Abuse Victims (D.I. 610, Filed 5/12/20);

- Supplemental Declaration of Jon R. Conte, Ph.D. in Support of the Objection of the Tort Claimants' Committee to (A) Debtors' Motion, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1, for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice Thereof, (III) Approve Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Victims, and (IV) Approve Confidentiality Procedures for Abuse Victims [Dkt. No. 18] and (B) Supplement to Bar Date Motion [Dkt. No. 557] (D.I. 611, Filed 5/12/20);

- Debtors' Motion for Leave to File Debtors' Omnibus Rely in Support of Bar Date Motion (D.I. 630, Filed 5/14/20);

- Supplemental Declaration of Shannon R. Wheatman, Ph.D in Support of Procedures for Providing Direct Notice and Supplemental Notice Plan to Provide Notice of Bar Date to Abuse Survivors (D.I. 631, Filed 5/14/20); and

- Notice of Filing of Revised Bar Date Order (D.I. 632, Filed 5/14/20).

The Tort Claimants' Committee expressly reserves the right to call any witness: (i) designated by any other party; (ii) in rebuttal to any testimony or evidence put forth by any other party; and (iii) to authenticate or provide a foundation for documents, if necessary.

Dated: May 15, 2020

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

James I. Stang (CA Bar No. 94435)
Alan J. Kornfeld (CA Bar No. 130063)
Linda F. Cantor (CA Bar No. 153762)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No.271038)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:   (302) 652-4400
Email: jstang@pszjlaw.com
          akornfeld@pszjlaw.com
          lcantor@pszjlaw.com
          joneill@pszjlaw.com
          jlucas@pszjlaw.com

*Counsel for the Tort Claimants' Committee*