**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELWARE BSA, LLC,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Ref. Docket No. 17 and 617** |

**DECLARATION OF ABIGAIL W. WILLIAMS IN SUPPORT OF THE
SUPPLEMENTAL BRIEF IN SUPPORT OF THE LIMITED OBJECTION OF
CREDITORS FIRST STATE INSURANCE COMPANY AND TWIN CITY FIRE
INSURANCE COMPANY AND PARTY IN INTEREST HARTFORD ACCIDENT AND
INDEMNITY COMPANY TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I)
APPOINTING A JUDICIAL MEDIATOR, (II) REFERRING CERTAIN MATTERS TO
MANDATORY MEDIATION, AND (III) GRANTING RELATED RELIEF**

1.      My name is Abigail W. Williams.  I am over 18 years of age, of sound mind, and capable of making this declaration.  The facts stated in this declaration are within my personal knowledge and are true and correct.

2.      I am a partner at the law firm of Shipman & Goodwin LLP and serve as counsel for Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company (collectively, "Hartford") in connection with this matter.

3.      Attached as **Exhibit 1** is a true and correct copy of a March 25, 2020 e-mail from Joshua Weinberg, counsel for Hartford, to Adrian Azer, counsel for the Debtor.

4.      Attached as **Exhibit 2** is a true and correct copy of a April 13, 2020 email from Adrian Azer to Joshua Weinberg and counsel for other insurers forwarding a proposed mediation order.  The April 13, 2020 proposed order identified Eric Green and Paul Finn as mediators.

---

[1]      The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

This was the first time that Debtors mentioned to Hartford that Mr. Green and Mr. Finn were even under consideration, much less that they had been selected without any input from Hartford.

5.      Attached as **Exhibit 3** is a true and correct copy of the April 14, 2020 E-mail from Joshua Weinberg to Adrian Azer and others forwarding the insurers comments to the proposed mediation order.

6.      As part of the negotiations over the terms of the proposed mediation order, the insurers asked Debtors to consider other candidates to serve as mediators.  Debtors responded that they would agree to accept a third mediator with particular expertise in insurance issues, but that they would not reconsider Mr. Green and Mr. Finn, nor would Debtors consider any other candidates.

7.      Attached as **Exhibit 4** is a true and correct copy of the April 14, 2020 E-mail from Tancred Schiavoni, counsel for Century Indemnity Company, to Adrian Azer.

8.      Attached as **Exhibit 5** is a true and correct copy of the disclosure for Paul Finn that Debtors provided to me and counsel for certain other insurers on May 11, 2020.

9.      Attached as **Exhibit 6** is a true and correct copy of the disclosure for Eric Green that Debtors provided to me and counsel for certain other insurers on May 11, 2020.

10.      Attached as **Exhibit 7** is a true and correct copy of the October 17, 2019 Letter from C. Wadley to E. Martin, attached as Exhibit 2 to the *Declaration of Jessica C.K. Boelter in Support of Response by Sidley Austin LLP in Further Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors In Possession, Nunc Pro Tunc To the Petition D*ate (April 28, 2020) [ECF. No. 500-2] filed in this case.

11.     Attached as **Exhibit 8** is a true and correct copy of Appendix 7 of the Local Rules for the Massachusetts United States Bankruptcy Court Rules.

12.     Attached as **Exhibit 9** is a true and correct copy of the Voluntary Mediation Order of the United States Bankruptcy Court for the Western District of Louisiana.

13.     Attached as **Exhibit 10** is a true and correct copy of Rule 9019-2 Alternative Dispute Resolution of the United States Bankruptcy Court for the Eastern District of Washington.

14.     Attached as **Exhibit 11** is a true and correct copy of a printout from the Takata Airbag Restitution Fund Website about Eric D. Green, the Trustee of the Takata Airbag Tort Compensation Trust Fund.

15.     Attached as **Exhibit 12** is a true and correct copy of the relevant excerpt of the docket of *In re Federal-Mogul Global, Inc.*, Case No. 01-10578 (Bankr. D. Del.).

16.     Attached as **Exhibit 13** is a true and correct copy of the relevant excerpt of the docket of *In re Babcock and Wilcox Co.*, Case No. 00-10992 (Bankr. E.D. La).

17.     Attached as **Exhibit 14** is a true and correct copy of the relevant excerpt of the docket of *In re Met-Coil Sys. Corp.*, Case No. 03-12676 (Bankr. D. Del).

18.     Attached as **Exhibit 15** is a true and correct copy of the *Application for Order Authorizing Interim Legal Representative for Future Claimants to Retain and Employ Young Conaway Stargatt & Taylor, LLP as Counsel, Effective As of December 16, 2003* [Docket No. 275] and Affidavit of Edwin J. Harron in support [Docket No. 275-1] filed in *In re Mid-Valley, Inc.*, Case No. 03-35592 (Bankr. W.D. Pa.).

19.     Attached as **Exhibit 16** is a true and correct copy of the *Application for Order Authorizing Proposed Future Claimants' Representative to Retain and Employ Young Conaway*

*Stargatt & Taylor, LLP as His Attorneys Nunc Pro Tunc to September 8, 2010* [Docket No. 380]

and Declaration of Edwin J. Harron in support [Docket No. 380-2] filed in *In re Specialty*

*Products Holding Corp.*, Case No. 10-11780 (Bankr. D. Del.).


   */s/ Abigail W. Williams*
Abigail W. Williams