# EXHIBIT 1

| | |
|---|---|
| **From:** | Weinberg, Joshua D. |
| **Sent:** | Monday, April 27, 2020 9:53 PM |
| **To:** | Weinberg, Joshua D. |
| **Subject:** | Boy Scouts of America v. Hartford -- N.D. Tex. coverage action |

**Shipman & Goodwin**
COUNSELORS AT LAW

| | |
|---|---|
| Joshua D. Weinberg | Tel (202) 469-7754 |
| Shipman & Goodwin LLP | Fax (202) 469-7751 |
| Partner | jweinberg@goodwin.com |
| 1875 K Street NW, Suite 600 | www.shipmangoodwin.com |
| Washington, DC 20006-1251 | |

Privileged and confidential. If received in error, please notify me by e-mail and delete the message.

**From:** Weinberg, Joshua D.
**Sent:** Wednesday, March 25, 2020 10:32 AM
**To:** 'Azer, Adrian'
**Cc:** Williams, Abigail W. ; Green, Carla
**Subject:** RE: Boy Scouts of America v. Hartford -- N.D. Tex. coverage action

Thanks again for jumping on the call this morning. As we discussed on the call, there are two issues regarding the bankruptcy where we would appreciate hearing from the debtors:

1. On the mandatory mediation motion, we would appreciate an update regarding selection of a mediator. Hartford continues to believe that it should be involved in the process of selecting a mediator, both as consistent with our policies and because it gives the best opportunity for resolution. (In addition, the way I read the order that debtors submitted, it appears to contemplate input from the insurers.) To the extent that debtors do not agree, we would still appreciate any information you can provide about who is being considered or selected.

2. With respect to the bar date motion, Hartford believes that we have shared interests with debtors regarding the information to be required on the proof of claim forms for abuse claim holders. We would like the opportunity to discuss the issue with you in advance of any objection deadline, so it would be helpful to know if debtors have a hearing date in mind for the motion.

And of course, Adrian, we are happy to discuss any issues that debtors would like to raise with us. Thanks.

**Shipman & Goodwin**
COUNSELORS AT LAW

| | |
|---|---|
| Joshua D. Weinberg | Tel (202) 469-7754 |
| Shipman & Goodwin LLP | Fax (202) 469-7751 |
| Partner | jweinberg@goodwin.com |
| 1875 K Street NW, Suite 600 | www.shipmangoodwin.com |
| Washington, DC 20006-1251 | |

Privileged and confidential. If received in error, please notify me by e-mail and delete the message.

**From:** Azer, Adrian <Adrian.Azer@haynesboone.com>
**Sent:** Wednesday, March 25, 2020 10:04 AM
**To:** Weinberg, Joshua D. <JWeinberg@goodwin.com>