# EXHIBIT 2

| | |
|---|---|
| **From:** | Azer, Adrian <Adrian.Azer@haynesboone.com> |
| **Sent:** | Monday, April 13, 2020 3:04 PM |
| **To:** | Weinberg, Joshua D.; Smethurst, Ryan; Wadley, Chris; Ruggeri, James P.; KMarrkand@mintz.com |
| **Cc:** | Martin, Ernest; Todd C. Jacobs Esq. (tjacobs@bradleyriley.com); Schiavoni, Tancred; Warner, Margaret; 'Matthew S. Sorem'; Williams, Abigail W. |
| **Subject:** | RE: BSA -- Mandatory Mediation -- Recommended Mediators |
| **Attachments:** | BSA - Mediation Order.pdf |

*EXTERNAL EMAIL*

Josh,

As we have previously discussed, the Debtors are in the nascent stages of structuring the mediation and, thus, cannot provide significant detail in that regard. However as we also discussed, we anticipate having at least two mediators participate in the mediation and those mediators are reflected in the attached draft of the Mediation Order, which has been agreed upon by the TCC. Please let us know if the insurers consent to the order.

Separately, the Debtors (including BSA) have complied with their obligations to the insurers related to the mediation and continue to intend to comply with their obligations. Rest assured that the Debtors expect that the insurers will fully participate in the lead-up to the mediation and in the mediation process. To the extent that the insurers want additional information related to the mediation process, the Debtors are happy to consider any such requests. Further, if it would be helpful to have a conference call to discuss this further, we are also happy to convene a call with Sidley Austin.

Thanks,

Adrian



**Adrian Azer** | Partner
adrian.azer@haynesboone.com | (t) +1 202.654.4537 (m) +1 703.401.4414

---

**From:** Weinberg, Joshua D.
**Sent:** Friday, April 10, 2020 11:54 AM
**To:** Azer, Adrian ; Smethurst, Ryan ; Wadley, Chris ; Ruggeri, James P. ; KMarrkand@mintz.com
**Cc:** Martin, Ernest ; Todd C. Jacobs Esq. (tjacobs@bradleyriley.com) ; Schiavoni, Tancred ; Warner, Margaret ; 'Matthew S. Sorem' ; Williams, Abigail W.
**Subject:** RE: BSA -- Mandatory Mediation -- Recommended Mediators

**EXTERNAL:** Sent from outside haynes*boone*

Adrian,