# EXHIBIT 3

| | |
|---|---|
| **From:** | Weinberg, Joshua D. |
| **Sent:** | Tuesday, April 14, 2020 9:19 PM |
| **To:** | 'Azer, Adrian'; Smethurst, Ryan; Wadley, Chris; Ruggeri, James P.; KMarrkand@mintz.com |
| **Cc:** | Martin, Ernest; Todd C. Jacobs Esq. (tjacobs@bradleyriley.com); Schiavoni, Tancred; Warner, Margaret; 'Matthew S. Sorem'; Williams, Abigail W. |
| **Subject:** | RE: BSA -- Mandatory Mediation -- Recommended Mediators |
| **Attachments:** | Proposed Revised Mediation Order 4_14_20.DOCX |

Adrian -- please see the attached comments from the insurers regarding the proposed order. In the interest of time, we wanted to get these comments to you, but please be aware that the order, which we received just yesterday, remains subject to further comment from the insurers. Thanks.

**Shipman & Goodwin**
COUNSELORS AT LAW

**Joshua D. Weinberg**
Shipman & Goodwin LLP
Partner
1875 K Street NW, Suite 600
Washington, DC 20006-1251

Tel (202) 469-7754
Fax (202) 469-7751
jweinberg@goodwin.com
www.shipmangoodwin.com

Privileged and confidential. If received in error, please notify me by e-mail and delete the message.

**From:** Azer, Adrian
**Sent:** Tuesday, April 14, 2020 2:19 PM
**To:** Weinberg, Joshua D. ; Smethurst, Ryan ; Wadley, Chris ; Ruggeri, James P. ; KMarrkand@mintz.com
**Cc:** Martin, Ernest ; Todd C. Jacobs Esq. (tjacobs@bradleyriley.com) ; Schiavoni, Tancred ; Warner, Margaret ; 'Matthew S. Sorem' ; Williams, Abigail W.
**Subject:** RE: BSA -- Mandatory Mediation -- Recommended Mediators

*EXTERNAL EMAIL*

Josh,

Please let us know what, if any, comments the insurers have to the draft Mediation Order.

Thanks,

Adrian



**Adrian Azer** | Partner
adrian.azer@haynesboone.com | (t) +1 202.654.4537 (m) +1 703.401.4414

**From:** Weinberg, Joshua D. <JWeinberg@goodwin.com>
**Sent:** Monday, April 13, 2020 4:43 PM
**To:** Azer, Adrian <Adrian.Azer@haynesboone.com>; Smethurst, Ryan <rsmethurst@mwe.com>; Wadley, Chris <cwadley@wwmlawyers.com>; Ruggeri, James P. <JRuggeri@goodwin.com>; KMarrkand@mintz.com

1