# EXHIBIT 4

| | |
|---|---|
| **From:** | Schiavoni, Tancred <tschiavoni@omm.com> |
| **Sent:** | Tuesday, April 14, 2020 2:42 PM |
| **To:** | Azer, Adrian; Weinberg, Joshua D.; Smethurst, Ryan; Wadley, Chris; Ruggeri, James P.; KMarrkand@mintz.com |
| **Cc:** | Martin, Ernest; Todd C. Jacobs Esq. (tjacobs@bradleyriley.com); Warner, Margaret; 'Matthew S. Sorem'; Williams, Abigail W.; Schiavoni, Tancred |
| **Subject:** | RE: BSA -- Mandatory Mediation -- Recommended Mediators |

*EXTERNAL EMAIL*

Adrian

Yesterday, you indicated that you would provide us with a copy of the protective order. I've been tied up on other calls so perhaps I missed it but have you sent it? We've also requested the conflict disclosures for Paul Flinn and Eric Green

**From:** Azer, Adrian
**Sent:** Tuesday, April 14, 2020 2:19 PM
**To:** Weinberg, Joshua D. ; Smethurst, Ryan ; Wadley, Chris ; Ruggeri, James P. ; KMarrkand@mintz.com
**Cc:** Martin, Ernest ; Todd C. Jacobs Esq. (tjacobs@bradleyriley.com) ; Schiavoni, Tancred ; Warner, Margaret ; 'Matthew S. Sorem' ; Williams, Abigail W.
**Subject:** RE: BSA -- Mandatory Mediation -- Recommended Mediators


[EXTERNAL MESSAGE]

Josh,

Please let us know what, if any, comments the insurers have to the draft Mediation Order.

Thanks,

Adrian



**Adrian Azer** | Partner
adrian.azer@haynesboone.com | (t) +1 202.654.4537 (m) +1 703.401.4414

**From:** Weinberg, Joshua D. <JWeinberg@goodwin.com>
**Sent:** Monday, April 13, 2020 4:43 PM
**To:** Azer, Adrian <Adrian.Azer@haynesboone.com>; Smethurst, Ryan <rsmethurst@mwe.com>; Wadley, Chris <cwadley@wwmlawyers.com>; Ruggeri, James P. <JRuggeri@goodwin.com>; KMarrkand@mintz.com
**Cc:** Martin, Ernest <Ernest.Martin@haynesboone.com>; Todd C. Jacobs Esq. (tjacobs@bradleyriley.com) <TJacobs@bradleyriley.com>; Schiavoni, Tancred <tschiavoni@omm.com>; Warner, Margaret <mwarner@mwe.com>; 'Matthew S. Sorem' <msorem@nicolaidesllp.com>; Williams, Abigail W. <AWilliams@goodwin.com>
**Subject:** RE: BSA -- Mandatory Mediation -- Recommended Mediators