# EXHIBIT 5

**<u>Exhibit 3</u>**

**P. Finn Disclosure**

# COMMONWEALTH MEDIATION'S LIST
# BOY SCOUTS OF AMERICA BANKRUPTCY PETITION

Plaintiffs' Attorneys:
Paul Mones
Ken Rothweiler
Jeff Anderson
Steve Crew
Peter Janci
Mike Pfau
Tim Kosnoff
Mitch Garabedian
Carmen Durso
James Marsh

Defendant's Attorneys:
Randy Squires
Randy Cox
Melick & Porter
Garth Unke
Richard Matthews (former General Counsel)
Todd Allen (former assistant General Counsel)
Steve McGowan (present General Counsel)
Bruce Griggs
Ellen Perloni
Sidley Austin

Claims Committee:
John Humphrey
James Stang, Esquire

There are other Plaintiff's and Defendant's lawyers who I have done work for involving BSA claims. I don't remember their names.

Paul A. Finn, Mediator
April 21, 2020