# EXHIBIT 6

**<u>Exhibit 4</u>**

**E. Green Disclosure**

**BSA Disclosures for Resolutions, LLC**

**April 22, 2020**

To the best of our knowledge, Resolutions, LLC has never represented or mediated or arbitrated for any of the parties in the BSA bankruptcy case that have been disclosed to it.

To the best of our knowledge, neutrals at Resolutions, LLC have worked in a neutral capacity in mediations, arbitrations, allocations, or victim trusts with Palchulski Stang Ziehl & Jones; Andrews & Thornton; Sidley Austin; Haynes & Boone; Kramer Levin; Reed Smith; and James Patton (Young Conaway).

To provide additional detail:

Professor Green is the court-appointed FCR in the Federal Mogul, Babcock & Wilcox, Dresser Industries, and Bondex asbestos victims trusts and in the Met-Coil TCA victims trust and the Dresser Industries Silica victims trust, in which he is represented by Young Conaway. Sidley Austin may have represented the debtor or another party in the Federal Mogul bankruptcy and may have represented some third parties in some of the other asbestos bankruptcies.

Professor Green was the Monitor of the mortgage-backed securities Settlement Agreements between the Federal Government and the Attorneys General of several states and Bank of America, Morgan Stanley, and Goldman Sachs, in which he was represented by Young Conaway.

Professor Green is the court-appointed Special Master and Trustee of the Takata Airbag Individual Restitution Fund and Tort Compensation Trust. Sidley Austin represents a third-party OEM participating in the Takata Tort Compensation Trust Fund. Palchulski represented the Official Tort Committee pre-Confirmation and the Trustee of the Reorganized TK Holdings trust post-Confirmation in Takata.

Carmin Reiss of Resolutions, LLC is the Trustee of the Victims' Restitution Fund in the Insys Therapeutics, Inc. bankruptcy and was the Court appointed Referee for Claims Resolution Facility in the Muscletech and NVE, Inc. bankruptcies, in all of which Andrews & Thornton was on the tort committee. Professor Green was the Special Master in the Metabolife Ephedra bankruptcy in which Andrews & Thornton were on the tort committee.