# EXHIBIT 12

**01-10578-CSS** Federal-Mogul Global, Inc., T&N Limited, et al., and Federal-Mogul Global Inc., Federal-Mogul Limited (
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Christopher S. Sontchi
**Date filed:** 10/01/2001 **Date of last filing:** 04/29/2020 **Plan confirmed:** 11/08/2007
**Date terminated:** 01/26/2016

# History

| Doc. No. | Dates | Description |
|---|---|---|
| 1 | *Filed & Entered:* 10/01/2001  *Terminated:* 01/26/2016 | Voluntary Petition (Chapter 11) |
| | *Docket Text:* Chapter 11 Voluntary Petition *of Federal-Mogul Global Inc..* Receipt Number 55659, Fee Amount $830. Filed by Federal-Mogul Global, Inc.. (Attachments: 1 Attachment to Voluntary Petition 2 Attachment Resolution 3 Attachment List of 20 Largest 4 Attachment Equity Holders 5 Attachment Certification of Creditors List) (Jones, Laura Davis) Modified on 3/4/2002 (LML, ). | |
| 2 | *Filed & Entered:* 10/02/2001  *Terminated:* 01/26/2016 | Memorandum of Law |
| | *Docket Text:* Memorandum of Law *Debtors' Informational Brief* Filed by Federal-Mogul Global, Inc.. (Jones, Laura) | |
| 3 | *Filed & Entered:* 10/02/2001  *Terminated:* 01/26/2016 | Affidavit/Declaration in Support of First Day Motion (BF) |
| | *Docket Text:* Affidavit in Support *of First Day Motions of David M. Sherbin, Vice President, Deputy General Counsel and Secretary of Federal-Mogul Corporation* Filed by Federal-Mogul Global, Inc.. (Jones, Laura) | |
| 4 | *Filed & Entered:* 10/02/2001  *Terminated:* 01/26/2016 | Affidavit/Declaration in Support of First Day Motion (BF) |
| | *Docket Text:* Affidavit in Support *of Certain First Day Motions by Jeffery J. Stegenga* Filed by Federal-Mogul Global, Inc.. (Jones, Laura) | |
| 5 | *Filed & Entered:* 10/02/2001  *Terminated:* 10/04/2001 | Motion to Appear pro hac vice (B) |
| | *Docket Text:* Motion to Appear pro hac vice *of Laura Davis Jones For An Order Admitting Certain Attorneys For The Debtors Pursuant to Local District Court Rule 83.5(c)* Filed by Federal-Mogul Global, Inc.. (Attachments: # 1 Exhibit A# 2 Proposed Form of Order) (Jones, Laura) | |
| 6 | *Filed & Entered:* 10/02/2001  *Terminated:* 01/26/2016 | Application to Employ/Retain (BF) |
| | *Docket Text:* Application to Employ/Retain Sidley Austin Brown & Wood as attorneys for the Debtors, Debtors in Possession, and Administrators Filed by Federal-Mogul Global, Inc.. (Attachments: 1 Affidavit Larry J. Nyhan 2 Exhibit A 3 Exhibit B 4 Proposed Form of Order) (Jones, Laura) | |
| 7 | *Filed & Entered:* 10/02/2001  *Terminated:* 01/26/2016 | Application to Employ/Retain (BF) |

| | | | |
|---|---|---|---|
| | *Docket Text:* Notice of Electronic Filing *Answer of Volkswagen of America, Inc. To Master Complaint CT-1, Transfer Cases And To The Short Form Asbestos Complaint As Amended By Interlineation* Filed by Volkswagen of America, Inc.. (Attachments: 1) (Casarino, Marc) | | |
| 849 | *Filed & Entered:* <br> *Terminated:* | 01/07/2002 <br> 01/26/2016 | Objection to Motion (A,B) |
| | *Docket Text:* Objection to Motion *of Lon Morris College for an Order Directing the Appointment of an Official Committee of Asbestos Property Damage Claimants* Filed by Official Committee Of Unsecured Creditors (related document(s)779). (Attachments: 1 Certificate of Service) (Sutty, Eric) | | |
| 850 | *Filed & Entered:* <br> *Terminated:* | 01/07/2002 <br> 01/26/2016 | Objection to Motion (A,B) |
| | *Docket Text:* Objection to Motion *(s) to Approve Certain Employee Related Programs (Docket No. 34,42 and 381)* Filed by Official Committee Of Unsecured Creditors. (Attachments: 1 Certificate of Service) (Sutty, Eric) | | |
| 851 | *Filed & Entered:* <br> *Terminated:* | 01/07/2002 <br> 06/03/2013 | Application/Motion to Employ (B) |
| | *Docket Text:* Application to Employ *Application for Order Authorizing Legal Representative for Future Claimants to Retain and Employ* Young Conaway Stargatt & Taylor, LLP as Counsel to Futures Representative Filed by Futures Representative. (Attachments: 1 Notice 2 Proposed Form of Order 3 Attachment Affidavit of James L. Patton) (Harron, Edwin) | | |
| 852 | *Filed & Entered:* <br> *Terminated:* | 01/07/2002 <br> 06/03/2013 | Motion to Shorten (B) |
| | *Docket Text:* Motion to Shorten Time *of Application for Order Authorizing Legal Representative for Futures Claimants to Retain and Employ Young Conaway Stargatt & Taylor, LLP* Filed by Futures Representative (related document(s)851). Hearing scheduled for 1/14/2002 at 02:00 PM (check with court for location). Objections due by 1/14/2002. (Harron, Edwin) | | |
| 853 | *Filed & Entered:* <br> *Terminated:* | 01/07/2002 <br> 01/26/2016 | Response to Motion (B) |
| | *Docket Text:* Response to Motion *Response to Motion of Robins, Cloud, Greenwood & Lubel to Expand Official Committee of Asbestos Claimants or, alternatively, to Reconstitute Official Committee of Asbestos Claimants* Filed by Maria D. Giannirakis. (Attachments: 1 Exhibit 2 Certificate of Service) (Perch III, Frank) | | |
| 854 | *Filed & Entered:* <br> *Terminated:* | 01/07/2002 <br> 01/26/2016 | Memorandum of Law |
| | *Docket Text:* Memorandum of Law *Debtors' Memorandum in Support of Its Application for an Order Authorizing the Employment and Retention of Rothschild Inc. (Docket No. 14)* Filed by Federal-Mogul Global, Inc.. (O'Neill, James) | | |
| 855 | *Filed & Entered:* <br> *Terminated:* | 01/07/2002 <br> 01/26/2016 | Response to Motion (B) |
| | *Docket Text:* Response to Motion *Motion of Lon Morris College for Order Directing the Appointment of an Official Committee of Asbestos Property Damage Claimants* Filed by Maria D. Giannirakis. (Attachments: 1 Certificate of Service) (Perch III, Frank) | | |

| | | | |
|---|---|---|---|
| 936 | *Filed:* *Entered:* *Terminated:* | 01/10/2002 01/15/2002 01/26/2016 | Order |
| | *Docket Text:* Order signed on 1/10/2002 Regarding Motion Pro Hac Vice Of Daniel A Speights (related document(s)882). (LKG, ) | | |
| 937 | *Filed:* *Entered:* *Terminated:* | 01/10/2002 01/15/2002 01/26/2016 | Order |
| | *Docket Text:* Order signed on 1/10/2002 Regarding Motion Pro Hac Vice Of John W Kozyak (related document(s)883). (LKG, ) | | |
| 908 | *Filed & Entered:* *Terminated:* | 01/11/2002 01/26/2016 | Certificate of Service |
| | *Docket Text:* Certificate of Service *re Entry of Appearance, Request for Matrix Entry and Request for Service of Notices and Documents* Filed by Richard Snell (related document(s) 895). (Attachments: 1 Service List) (Fournier, David) | | |
| 909 | *Filed & Entered:* *Terminated:* | 01/11/2002 06/03/2013 | Motion to Appear pro hac vice (B) |
| | *Docket Text:* Motion to Appear pro hac vice *(Martin Dies)* Filed by Lon Morris College. (Miller, Rick) | | |
| 910 | *Filed & Entered:* *Terminated:* | 01/11/2002 06/03/2013 | Motion to Appear pro hac vice (B) |
| | *Docket Text:* Amended Motion to Appear pro hac vice *(Martin Dies)* Filed by Lon Morris College. (Miller, Rick) | | |
| 911 | *Filed & Entered:* *Terminated:* | 01/11/2002 01/26/2016 | Notice of Appearance(B) |
| | *Docket Text:* Notice of Appearance *of Young Conaway Stargatt & Taylor, LLP for Eric D. Green, Futures Representative* Filed by Futures Representative. (Harron, Edwin) | | |
| 912 | *Filed & Entered:* *Terminated:* | 01/11/2002 01/26/2016 | Notice of Filing(B) |
| | *Docket Text:* Notice of Filing *of Joint Pretrial Statement of the Debtors, The Commercial Creditors' Committee and The Prepetition Lenders Regarding Hearing on January 25, 2002 Relating to Debtors' Motions Docketed as Nos. 34, 42, 381 and Responses and Objections Filed Thereto* Filed by Federal-Mogul Global, Inc.. (Attachments: 1 Exhibit A2 Certificate of Service with Service List) (O'Neill, James) | | |
| 939 | *Filed:* *Entered:* *Terminated:* | 01/11/2002 01/15/2002 01/26/2016 | Order |
| | *Docket Text:* Order signed on 1/11/2002 Regarding Motion Pro Hac Vice Of Kevin M Donovan (related document(s)887). (LKG, ) | | |
| 913 | *Filed & Entered:* *Terminated:* | 01/14/2002 06/03/2013 | Motion to Change Venue/Inter-district Transfer |
| | *Docket Text:* Motion to Transfer Venue *Notice and Motion For Provisional Transfer Order with Certificate of Service Attached Thereto* Filed by Toyota Motor Sales USA, Inc.. Hearing scheduled for 2/8/2002 at 08:30 AM at US Bankruptcy Court, 824 Market St., 6th | | |