# EXHIBIT 13

**00-10992** The Babcock & Wilcox Company and Babcock & Wilcox Company
**Case type:** bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Jerry A. Brown
**Date filed:** 02/22/2000 **Date of last filing:** 04/29/2020 **Plan confirmed:** 01/18/2006
**Date terminated:** 11/02/2009

# History

| Doc. No. | Dates | | Description |
|---|---|---|---|
| | *Filed & Entered:* | 02/22/2000 | Debtor's Street Address |
| | *Docket Text:* Debtor[s] Street Address: 1615 Poydras Street Suite 1250 New Orleans, LA 70112 [] | | |
| | *Filed:* *Entered:* | 02/22/2000 02/23/2000 | Receipt Number |
| | *Docket Text:* Receipt Filed on [62-1] Motion For Partial Withdrawal of the Reference With Respect To The Resolution of Personal-Injury Tort Claims by The Babcock & Wilcox Company Fee Paid: $ 75.00 Receipt No.: 161257 [] | | |
| | *Filed:* *Entered:* | 02/22/2000 02/23/2000 | Complaint |
| | *Docket Text:* Complaint [00-1029] The Babcock & Wilcox Company vs. Barbara Bearce . Nos. 434: For Declaratory Relief And Injunctive Relief And Application For Temporary Restraining Order . Filing Fees Pd: 150.00. Receipt No.: 161257. [] | | |
| 1 | *Filed & Entered:* | 02/22/2000 | Voluntary Petition |
| | *Docket Text:* Voluntary Petition missing documents: Schedule A - J Due on 3/8/00 . Filing Fees Pd: 800.00. Notice Fee Pd: 30.00. Trustee Fee Pd: 0.00. Receipt No. 161251. [] | | |
| 2 | *Filed & Entered:* | 02/22/2000 | 120 day order |
| | *Docket Text:* 120-Day Order. ; Disclosure Statement due 6/21/00 Chapter 11 Plan due 6/21/00 [] | | |
| 3 | *Filed & Entered:* | 02/22/2000 | Document |
| | *Docket Text:* Copy of Index of First Day Motions [29 Documents listed] [] | | |
| 4 | *Filed & Entered:* *Terminated:* | 02/22/2000 02/22/2000 | Motion for Joint Administration |
| | *Docket Text:* Motion And Incorporated Memorandum By Debtor The Babcock & Wilcox Company For Order, Under Fed.R.Bankr.P.1015[b], Directing Joint Administration of Cases 00-10992, 00-10993, 00-10994, 00-10995 . [] | | |
| 5 | *Filed & Entered:* *Terminated:* | 02/22/2000 02/22/2000 | Motion to Appear pro hac vice |
| | *Docket Text:* Motion By Jan Marie Hayden for Debtor The Babcock & Wilcox Company Pursuant To Local Bankruptcy Court Rule 2090-1[e] For Admission of Kirkland & Ellis Pro Hac Vice . [] | | |
| 6 | *Filed & Entered:* *Terminated:* | 02/22/2000 02/22/2000 | Application to Employ |
| | *Docket Text:* Application By Debtor The Babcock & Wilcox Company Pursuant To Fed.R.Bankr.P.2014[a] For Order Under Section 327[a] of The Bankruptcy Code Authorizing | | |

| | | | |
|---|---|---|---|
| | Babcock & Wilcox Company. Ordered that the stay remain in effect pending hearing. Hearing Continued To 2:00 11/15/00 at 501 Magazine Street, Suite 705 . Signed-On Date: 9/13/00 [Schmitt,P.] | | |
| 1012 | *Filed & Entered:*  *Terminated:* | 09/14/2000  10/05/2000 | Application to Employ |
| | *Docket Text:* Motion By Debtor The Babcock & Wilcox Company For Entry of An Order Authorizing the Appointment of Eric D. Green, Esquire, as the Legal Representative for Future Asbestos-Related Claimants [Schmitt,P.] | | |
| 1013 | *Filed & Entered:*  *Terminated:* | 09/14/2000  09/15/2000 | Motion to Expedite Hearing |
| | *Docket Text:* Motion By Debtor The Babcock & Wilcox Company To Expedite Hearing Re: [ [1012-1] Motion For Entry of An Order Authorizing the Appointment of Eric D. Green, Esquire, as the Legal Representative for Future Asbestos-Related Claimants by The Babcock & Wilcox Company ] . [Schmitt,P.] | | |
| 1014 | *Filed:*  *Entered:* | 09/14/2000  09/15/2000 | Transcript |
| | *Docket Text:* Transcript of Hearing Held on Wednesday, August 30, 2000 [Schmitt,P.] | | |
| 1015 | *Filed:*  *Entered:* | 09/14/2000  09/15/2000 | Certificate of Service |
| | *Docket Text:* Certificate Of Service By Dennis M. LaBorde for Interested Party Asbestos Claimants' Committee Of [980-1] Order Granting [979-1] Motion For Ex Parte Relief by Asbestos Claimants' Committee, Granting [979-2] Motion To Extend Period to File Response Memorandum to the Motion of the Unofficial Committee of Select Asbesto Claimants for Appointment of Special Counsel by Asbestos Claimants' Committee . [Schmitt,P.] | | |
| 1016 | *Filed:*  *Entered:*  *Terminated:* | 09/14/2000  09/15/2000  10/16/2000 | Application to Employ |
| | *Docket Text:* Application Filed By Eric D. Green, Proposed Legal Representative for Future Asbestos-Related Claimants For Order Approving Employment of Young, Conaway, Stargatt & Taylor, LLP and Sessions, Fishman & Nathan, LLP as Counsel to Future Asbestos Claimants Representative [Schmitt,P.] | | |
| 1017 | *Filed & Entered:* | 09/15/2000 | Order |
| | *Docket Text:* Order Granting [1013-1] Motion To Expedite Hearing Re: [ [1012-1] Motion For Entry of An Order Authorizing the Appointment of Eric D. Green, Esquire, as the Legal Representative for Future Asbestos-Related Claimants by The Babcock & Wilcox Company ] by The Babcock & Wilcox Company Hearing Scheduled For 2:00 9/27/00 at 501 Magazine Street, Suite 705 . Signed-On Date: 9/14/00 [Schmitt,P.] | | |
| 1018 | *Filed:*  *Entered:* | 09/15/2000  09/18/2000 | Certificate of Service |
| | *Docket Text:* Certificate Of Service By other professional LASON Of [999-1] Hearing Notice, [998-1] Motion To Compel Assumption or Rejection of Leases by GE Capital Modular Space Corporation, [998-2] Motion To Compel Payment of Post Petition Lease Payments by GE Capital Modular Space Corporation . [Schmitt,P.] | | |
| 1019 | *Filed:*  *Entered:* | 09/15/2000  09/18/2000 | Motion to Compromise Controversy |