# EXHIBIT 14

**03-12676-MFW** MET-COIL SYSTEMS (f/k/a MET-COIL SYSTEMS CORPORATI
Case type: bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Mary F. Walrath
Date filed: 08/26/2003 Date of last filing: 01/09/2009 **Plan confirmed:** 08/17/2004
Date terminated: 01/09/2009

# History

| Doc. No. | Dates | Description |
|---|---|---|
| 1 | *Filed & Entered:* 08/26/2003<br>*Terminated:* 01/04/2005 | Voluntary Petition (Chapter 11) |
|  | *Docket Text:* Chapter 11 Voluntary Petition *of Met-Coil Systems Corporation.* Receipt Number 067979, Fee Amount $830. Filed by Met-Coil Systems Corporation. (Attachments: 1 Exhibit C 2 Attachment (Consent of Directors) 3 Attachment (List of Creditors) 4 Declaration (List of Creditors) 5 Declaration (List of Equity Security Holders)) (Carignan, James) Modified on 8/27/2003 (CLO, ). | |
| 2 | *Filed & Entered:* 08/26/2003<br>*Terminated:* 01/04/2005 | List of Creditors |
|  | *Docket Text:* List of Creditors *Notice of Filing of List of Creditors* Filed by Met-Coil Systems Corporation (Attachments: 1 Attachment (Creditors List)) (Carignan, James) | |
| 3 | *Filed & Entered:* 08/26/2003<br>*Terminated:* 01/04/2005 | Affidavit |
|  | *Docket Text:* Affidavit *Affidavit of Charles F. Kuoni III in Support of First Day Motions of Met-Coil Systems Corporation* Filed by Met-Coil Systems Corporation (Carignan, James) | |
| 4 | *Filed & Entered:* 08/26/2003<br>*Terminated:* 01/04/2005 | Motion to Authorize (B) |
|  | *Docket Text:* Motion to Authorize *Debtor's Motion for Entry of Order Authorizing Retention of Bankruptcy Management Corporation as Official Noticing and Claims Agent Nunc Pro Tunc as of the Petition Date* Filed by Met-Coil Systems Corporation (Attachments: 1 Exhibit A 2 Exhibit B 3 Proposed Form of Order) (Carignan, James) | |
| 5 | *Filed & Entered:* 08/26/2003<br>*Terminated:* 01/04/2005 | Motion to Authorize (B) |
|  | *Docket Text:* Motion to Authorize *Debtor's Motion for Entry of Order Authorizing (A) Continued Use of (i) Business Forms and (ii) Cash Management System and (B) Wiaver of Investment Guidelines* Filed by Met-Coil Systems Corporation (Attachments: 1 Proposed Form of Order) (Carignan, James) | |
| 6 | *Filed & Entered:* 08/26/2003<br>*Terminated:* 01/04/2005 | Motion to Pay Employee Wages (BF) |
|  | *Docket Text:* Motion to Pay Employee Wages *Debtor's Motion for Entry of Order (A) Authorizing (i) Payment of Employee Wages, Salaries, Commissions, Bonuses and Accrued Prepetition Benefits, (ii) Contributions to EMployee Benefit Plans, (iii) Payment of Funds Deducted from Payroll, and (iv) Reimbursement of Employee Expenses, and (B) Directing All Banks to Honor Related Checks* Filed By Met-Coil Systems Corporation (Attachments: 1 Proposed Form of Order)(Carignan, James) | |
| 7 | *Filed & Entered:* 08/26/2003 | Motion to Authorize (B) |

| | | | |
|---|---|---|---|
| 103 | *Filed & Entered:*<br>*Terminated:* | 09/22/2003<br>01/04/2005 | Notice of Matters Scheduled for Hearing (B) |
| | *Docket Text:* Notice of Agenda of Matters Scheduled for Hearing *on September 23, 2003 at 12:00 p.m. (Eastern Time) (Amended)* (related document(s)98 ) Filed by Met-Coil Systems Corporation Hearing scheduled for 9/23/2003 at 12:00 PM at US Bankruptcy Court, 824 Market St., 6th Floor, Wilmington, DE. (Attachments: 1 Certificate of Service 2 Service List) (Harbour, Jason) ||||
| 104 | *Filed & Entered:*<br>*Terminated:* | 09/22/2003<br>01/04/2005 | Notice of Appearance(B) |
| | *Docket Text:* Notice of Appearance *of Klehr, Harrison, Harvey, Branzburg & Ellers, LLP* Filed by Official Committee of Unsecured Creditors (Attachments: 1 Certificate of Service 2 Service List) (Kraft, Denise) ||||
| 105 | *Filed & Entered:*<br>*Terminated:* | 09/22/2003<br>01/04/2005 | Notice of Service |
| | *Docket Text:* Notice of Service *of Notice of Filing of Exhibit A [Re: D.I. No. 10]* Filed by Met-Coil Systems Corporation (Attachments: 1 Notice of Filing of Exhibit A [Re: D.I. 10]2 Exhibit A3 Proposed Form of Order 4 Attachment D.I. 105 Attachment) (Harbour, Jason) ||||
| 106 | *Filed & Entered:*<br>*Terminated:* | 09/22/2003<br>01/04/2005 | Application/Motion to Employ (B) |
| | *Docket Text:* Application to Employ Parente Randolph, LLC as Accoutants and Financial Advisors Filed by Official Committee of Unsecured Creditors Hearing scheduled for 10/20/2003 at 03:00 PM (check with court for location). Objections due by 10/13/2003. (Attachments: 1 Notice 2 Declaration 3 Proposed Form of Order 4 Certificate of Service) (Kraft, Denise) ||||
| 107 | *Filed:*<br>*Entered:*<br>*Terminated:* | 09/22/2003<br>09/23/2003<br>01/04/2005 | Order Setting Omnibus Hearing Dates |
| | *Docket Text:* Order Setting Omnibus Hearing Dates -Order Signed on 9/22/2003. All hearings will be held at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #1, Wilmington, Delaware. (Related document(s)93 ). Signed on 9/22/2003 Omnibus Hearings scheduled for 10/20/2003 at 03:00 PM., 11/18/2003 at 12:30 PM., 12/10/2003 at 10:30 AM., 1/20/2004 at 10:30 AM. (MDE, ) ||||
| 108 | *Filed & Entered:*<br>*Terminated:* | 09/23/2003<br>01/04/2005 | Notice of Service |
| | *Docket Text:* Notice of Service *of Order Setting Omnibus Hearing Dates* Filed by Met-Coil Systems Corporation (Attachments: 1 Attachment Omnibus Hearing Order2 Service List) (Harbour, Jason) ||||
| 109 | *Filed & Entered:*<br>*Terminated:* | 09/23/2003<br>01/04/2005 | Notice of Hearing (B) |
| | *Docket Text:* Notice of Hearing *Notice of Change of Location of Omnibus Hearing Scheduled for September 23, 2003 at 12:00 p.m. (Eastern Time)* Filed by Met-Coil Systems Corporation Hearing scheduled for 9/23/2003 at 12:00 PM at US District Court, 844 King St., Wilmington, Delaware. (Attachments: 1 Service List) (Harbour, Jason) ||||
| 110 | *Filed & Entered:*<br>*Terminated:* | 09/23/2003<br>01/04/2005 | Application/Motion to Employ (B) |

|  |  |  |  |
|---|---|---|---|
|  | *Docket Text:* Application to Employ *Application of Met-Coil Systems Corporation Pursuant to 11 U.S.C. Sections 105 and 1109 for the Appointment of* Eric D. Green as Legal Representative for Future Claimants Filed by Met-Coil Systems Corporation Hearing scheduled for 10/20/2003 at 03:00 PM at US Bankrupty Court, 824 Market St., 6th Floor, Wilmington, DE. Objections due by 10/13/2003. (Attachments: 1 Exhibit A - Declaration2 Proposed Form of Order 3 Notice 4 Certificate of Service 5 Service List) (Harbour, Jason) | | |
| 111 | *Filed & Entered:* <br> *Terminated:* | 09/23/2003 <br> 01/04/2005 | Certification of Counsel |
|  | *Docket Text:* Certification of Counsel (related document(s)67 ) Filed by Met-Coil Systems Corporation (Attachments: 1 Exhibit A2 Exhibit B) (Harbour, Jason) | | |
| 112 | *Filed & Entered:* <br> *Terminated:* | 09/23/2003 <br> 01/04/2005 | Application/Motion to Employ (B) |
|  | *Docket Text:* Application to Employ *and Employ* Young Conaway Stargatt & Taylor, LLP as Counsel Filed by Eric D. Green Hearing scheduled for 10/20/2003 at 03:00 PM (check with court for location). Objections due by 10/13/2003. (Attachments: 1 Notice 2 Declaration of Edwin Harron3 Proposed Form of Order) (Cairns, Timothy) | | |
| 113 | *Filed:* <br> *Entered:* <br> *Terminated:* | 09/23/2003 <br> 09/24/2003 <br> 01/04/2005 | Hearing Held/Court Sign-In Sheet |
|  | *Docket Text:* Hearing Held/Court Sign-In Sheet (related document(s)103 ) (MDE, ) | | |
| 114 | *Filed:* <br> *Entered:* <br> *Terminated:* | 09/23/2003 <br> 09/24/2003 <br> 01/04/2005 | Signed in Court |
|  | *Docket Text:* Final Order (A) Prohibiting Utility Companies From Altering, Refusing or Discontinuing Services to, or Discriminating Against, the Debtor; (B) Deeming the Utility Companies Adequately Assured of Future Performance by Their Entitlement to an Administrative Expense Claim; and (C) Establishing a Procedure Whereby the Utility Companies May Request Additional Adequate Assurance of Future Performance -Order Signed in Court (related document(s)10,49) on 9/23/2003 (MDE, ) | | |
| 115 | *Filed:* <br> *Entered:* <br> *Terminated:* | 09/23/2003 <br> 09/24/2003 <br> 01/04/2005 | Signed in Court |
|  | *Docket Text:* Final Order Authorizing Debtor to Honor Customer Deposits and Other Prepetition Obligations to Customers and Continue Warranty and Other Customer Programs -Order Signed in Court (related document(s)79, 13) on 9/23/2003 (MDE, ) | | |
| 116 | *Filed:* <br> *Entered:* <br> *Terminated:* | 09/23/2003 <br> 09/24/2003 <br> 01/04/2005 | Signed in Court |
|  | *Docket Text:* Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Committee Members -Order Signed in Court (related document(s)26) on 9/23/2003 (Attachments: 1 Exhibit) (MDE, ) | | |
| 117 | *Filed:* <br> *Entered:* <br> *Terminated:* | 09/23/2003 <br> 09/24/2003 <br> 01/04/2005 | Signed in Court |
|  |  | | |