## Exhibit A

**(Objection)**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No. 18, 557 and 630** |

## OBJECTION OF HARTFORD ACCIDENT AND INDEMNITY COMPANY, FIRST STATE INSURANCE COMPANY AND TWIN CITY FIRE INSURANCE COMPANY TO DEBTORS' MOTION, PURSUANT TO 11 U.S.C. § 502(B)(9), BANKRUPTCY RULES 2002 AND 3003(C)(3), AND LOCAL RULES 2002-1(E), 3001-1, AND 3003-1 FOR AUTHORITY TO (I) ESTABLISH DEADLINES FOR FILING PROOFS OF CLAIM, (II) ESTABLISH THE FORM AND MANNER OF NOTICE THEREOF, (III) APPROVE PROCEDURES FOR PROVIDING NOTICE OF BAR DATE AND OTHER IMPORTANT INFORMATION TO ABUSE VICTIMS, AND (IV) APPROVE <u>CONFIDENTIALITY PROCEDURES FOR ABUSE VICTIMS</u>

Hartford Accident and Indemnity Company ("Hartford A&I"), First State Insurance Company ("First State") and Twin City Fire Insurance Company ("Twin City"; collectively, "Hartford") respectfully object to *Debtors' Motion, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1 For Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice Thereof, (III) Approve Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Victims, and (IV) Approve Confidentiality Procedures for Abuse Victims* (Feb. 18, 2020) [ECF No. 18] (the "Motion").[2]  Hartford objects because Debtors should have

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Law, Irving, Texas 75038.

[2]    Debtors submitted a supplement to the Motion on May 4, 2020 that contained a proposed Proof of Claim Form for Abuse Survivors (the "Abuse Survivor Proof of Claim Form").  *See Supplement to Debtors' Bar Date Motion* (May 4, 2020) [ECF No. 557].  Debtors submitted a revised proposed order that included a further revised Abuse Survivor Proof of Claim Form on May 14, 2020.  *See* Exhibit A to *Notice of Filing of Revised Bar Date Order* (May 14, 2020) [ECF No. 632-1] ("Further Revised Proposed Order").

included, in their proposed Bar Date Order, an explicit statement that, "*The proof of claim form does not replace the claims process that the Trust or the tort system will impose.*"  For the reasons that follow, Hartford respectfully requests that the Court add that statement to the Bar Date Order or, alternatively, permit Hartford to submit additional questions for inclusion on the Abuse Survivor Proof of Claim Form.

## OBJECTION

1.      The use of a customized proof of claim form for abuse survivors has become commonplace in chapter 11 cases that are driven by liabilities for sexual abuse claims.  The use of a customized form is a recognition that, as Debtors have stated, an appropriate proof of claim form is critical to obtain information about the claims that is critical to reaching a consensual plan:

> [T]he information being requested in the Abuse Proof of Claim Forms is critical to assessing the Debtors' aggregate liability, both overall and for different categories of claims.  The Debtors believe that obtaining this information will be essential to moving forward on a path of resolution in these chapter 11 cases, whether the aggregate amount of liability relating to the Abuse Claims is established consensually, as the Debtors continue to work toward, or otherwise.

Motion at 23.  In other words, unlike a conventional bankruptcy case, the abuse claim forms in this case serve a different purpose, namely, achieving a mediated global resolution, rather than the goal of allowing and liquidating individual claims.

2.      Chief among the information that is necessary to achieve a consensual resolution is information concerning the underlying abuse, the injuries and damages that claimants have suffered, as well as any information regarding factors that may reduce Debtors' ultimate liability, such as other causes contributing to the claimants' injuries.

3.      The Abuse Survivor Proof of Claim Form that Debtors have prepared asks some,

but not all, of the necessary questions. On May 5, 2020, Hartford requested that Debtors include several additional questions in their proposed Abuse Survivor Proof of Claim Form. Following discussions between Debtors and certain insurers, the Debtors provided to Hartford on May 12, 2020 a revised claim form that incorporated some, but not all, of the comments received from Hartford, as well as other constituencies, including the TCC. Debtors' revisions were helpful, but left open gaps on critical topics including (i) the claimant's employment history, (ii) more precise information regarding the nature of the impact that abuse has had on the claimant, and (iii) other contributing sources of injury, including other abuse. These are important areas of inquiry to assess both the *bona fides* of the claims and the valuation of claims asserted against the Debtors.

4.      As a compromise, and recognizing that the Abuse Survivor Proof of Claim Forms would not represent the last word on whether individual claims would be allowed or paid in this case, Hartford proposed to Debtors that the Bar Date Order provide that, "*The proof of claim form does not replace the claims process that the Trust or the tort system will impose.*" Hartford proposed this compromise to Debtors; Debtors never provided a response. But the Court should adopt it because it properly puts context around the claim forms in this case. The Abuse Survivor Proof of Claim Forms will be critical to the mediation in this case and are placeholders that represent the survivors' claims. However, the claims may be disputed and are not simply deemed allowed because a proof of claim is filed under § 501. Rather, allowance ultimately will be determined through a trust and TDPs to be established pursuant to a Plan of Reorganization, or through the tort system.

5.      Absent such language, insurers such as Hartford may be forced to take extensive discovery that will be both burdensome and expensive for many parties. And parties may then

be forced to file and respond to numerous claim objections in advance of the Plan process. That process would not benefit this case.

6. Debtors filed a revised Abuse Survivor Proof of Claim Form on May 14, 2020. Rather than the language that Hartford has proposed, Debtors' proposed Order states, "The allowance, and the process for allowance, of Sexual Abuse Claims and the treatment thereof will be subject in all respects to the terms of any confirmed plan of reorganization for the Debtors and any trust distribution procedures that may be approved in connection therewith." Further Revised Proposed Order ¶ 11. This language, while facially similar to Hartford's proposal, is not sufficient because it suggests the possibility that a plan could simply provide that claims are allowed based on the information provided, and that there may -- or may not -- be additional trust distribution requirements precedent to allowance.

7. Here, the Bar Date Order should not leave open that possibility. The proof of claim form does not require sufficient information to determine the allowance and adjustment of abuse claims. Indeed, the claim form itself specifies that it is *optional* for claimants to provide any information at all regarding the impact of the abuse that they have suffered. Consequently, the inclusion of Hartford's language, which states that the Trust *will* impose an additional claims process, is essential here.

8. In the alternative, if the Court declines to include Hartford's proposed language as part of the Bar Date Order, then Hartford respectfully requests that the Court modify the Abuse Survivor Proof of Claim Form to include the additional questions identified in redline in the attached **Exhibit A**. Hartford's proposed form requires the claimants to identify the impact of the abuse that they have suffered. It also requests other material information that provides a foundation for understanding the abuse claims. Hartford's proposed form, for example, requests

that Debtors ask for the claimant's employment history, information that is directly on point for claimants who state that abuse has affected their work.

9.      Moreover, many of Hartford's other proposed questions are drawn directly from proof of claim forms that bankruptcy courts have approved in other abuse-centered cases, such as questions regarding whether the claimant is the survivor of other abuse unrelated to Scouting (which parallels questions taken directly from the *USA Gymnastics* bankruptcy).  *See* Exhibit C to *Debtor's Motion for Order Establishing Deadlines for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof* (Jan. 31, 2019) [ECF No. 230-3], filed in *In re USA Gymnastics, Inc.*, No. 18-09108-RLM-11 (Bankr. S.D. Ind.).[3]

10.      These limited additional questions will not completely soothe concerns that untested and unverified claims will be deemed allowed, nor will it completely eliminate the possibility that the parties will need additional discovery (and Hartford reserves all of its rights in that regard).  But they may reduce at least somewhat the need for additional contested proceedings. To the extent that the Court declines to include Hartford's proposed clarifying language, therefore, Hartford requests that the questions identified in redline in **Exhibit A** be added to the Abuse Survivor Proof of Claim Form.

## CONCLUSION

Hartford respectfully requests that the Court modify the Bar Date Order to state that, "*The proof of claim form does not replace the claims process that the Trust will impose.*"  In the alternative, Hartford respectfully requests that the Court require Debtors to include the questions

---

[3]      The Court approved the proof of claim form on February 25, 2019.  *See Order Approving Debtor's Motion for Order Establishing Deadlines for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof* (Feb. 25, 2019) [ECF No. 301].

identified on **<u>Exhibit A</u>** in the abuse proof of claim form.

Date:  May 15, 2020                              BAYARD, P.A.
  Wilmington, Delaware

                                 */s/ Gregory J. Flasser*
                                 Erin R. Fay (No. 5268)
                                 Gregory J. Flasser (No. 6154)
                                 600 North King Street, Suite 400
                                 Wilmington, Delaware 19801
                                 Telephone:  (302) 655-5000
                                 Facsimile:  (302) 658-6395
                                 Email:  efay@bayardlaw.com
                                             gflasser@bayardlaw.com

                                 - and -

                                 James P. Ruggeri (*pro hac vice* pending)
                                 Joshua D. Weinberg (admitted *pro hac vice*)
                                 Abigail W. Williams (*pro hac vice* pending)
                                 Shipman & Goodwin LLP
                                 1875 K Street, NW, Suite 600
                                 Washington, DC 20003
                                 Tel:  (202) 469-7750
                                 Fax:  (202) 469-7751

                                 - and -

                                 Eric S. Goldstein (admitted *pro hac vice*)
                                 Shipman & Goodwin LLP
                                 One Constitution Plaza
                                 Hartford, CT 06103
                                 Tel:  (860) 251-5000
                                 Fax:  (860) 251-5099

                                 *Attorneys for First State Insurance Company,*
                                 *Hartford Accident and Indemnity Company and*
                                 *Twin City Fire Insurance Company*

.

# Exhibit A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## SEXUAL ABUSE SURVIVOR PROOF OF CLAIM

This Sexual Abuse Survivor Proof of Claim must be submitted and received by **5:00 p.m. (Eastern Time)** on **October 6, 2020**. Please carefully read the following instructions included with this SEXUAL ABUSE SURVIVOR PROOF OF CLAIM and complete ALL applicable questions to the extent of your knowledge or recollection. If you do not know the answer to an open-ended question, you can write "I don't recall" or "I don't know." If a question does not apply, please write "N/A." If you are completing this form in hard copy, please write or type clearly using blue or black ink.

The Sexual Abuse Survivor Proof of Claim must be delivered to Omni Agent Solutions, the Court-approved claims and noticing agent (the "Claims Agent"), by either:

(i)     Hand delivery, first class mail, or courier the *original* proof of claim to: BSA Abuse Claims Processing, c/o Omni Agent Solutions, 5955 De Soto Ave., Suite 100, Woodland Hills, CA 91367, so that it is *received* on or before **October 6, 2020 at 5:00 p.m. (Eastern Time)**;[2] or

**(ii)**     Electronically using the interface available at: www.OfficialBSAClaims.com on or before **October 6, 2020 at 5:00 p.m. (Eastern Time)**.

Sexual Abuse Survivor Proofs of Claim sent by email or facsimile transmission **will not** be accepted.

"You" and/or "Sexual Abuse Survivor" refers to the person asserting a Sexual Abuse Claim against the Boy Scouts of America ("BSA") related to the Sexual Abuse Survivor's sexual abuse. For this claim to be valid, the Sexual Abuse Survivor must sign this form. If the Sexual Abuse Survivor is deceased or incapacitated, the form must be signed by the Sexual Abuse Survivor's representative or the attorney for the Sexual Abuse Survivor's estate. If the Sexual Abuse Survivor is a minor, the form must be signed by the survivor's parent or legal guardian or attorney. Any Sexual Abuse Survivor Proof of Claim signed by a representative or legal guardian must attach documentation establishing such person's authority to sign the claim for the Sexual Abuse Survivor.

| **Who Should File a Sexual Abuse Survivor Proof of Claim?** |
|---|

This Sexual Abuse Survivor Proof of Claim is only for people who have experienced sexual abuse (defined below) on or before February 18, 2020. This Sexual Abuse Survivor Proof of Claim is the way you assert an unsecured claim against BSA seeking damages based on Scouting-related sexual abuse. Any person asserting a claim based on anything other than sexual abuse should use the General Proof of Claim form (official bankruptcy form 410).

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] If you are mailing your Sexual Abuse Survivor Proof of Claim, do not attach original documents with your Sexual Abuse Survivor Proof of Claim.

| What Is Sexual Abuse? |
| --- |

For the purposes of this Sexual Abuse Survivor Proof of Claim, **sexual abuse** is defined as sexual conduct or misconduct, sexual abuse or molestation, sexual exploitation, sexual touching, sexualized interaction, sexual comments about a person's body, or other verbal or non-verbal behaviors that facilitated, contributed to, or led up to abuse, regardless of whether or not such behavior was itself sexual or against the law, and regardless of whether you thought the behavior was sexual abuse at the time. Sexual abuse includes behavior between a child and an adult, between a child and another child, or between a non-consenting adult and another adult, in each instance without regard to whether such activity involved explicit force, whether such activity involved genital or other physical contact, and whether there is or was any associated physical, psychological, or emotional harm to the child or non-consenting adult. It involves behaviors including penetration or fondling of the child's or non-consenting adult's body, other body-on-body contact, or non-contact, behaviors such as observing or making images of a child's or non-consenting adult's naked body, showing or making pornography, or having children behave in sexual behavior as a group.

For the avoidance of doubt, the terms "sexual abuse," "sexual abuser," and "sexually abused" shall have correlative meanings.

If you have a claim arising from other types of non-sexual abuse, including non-sexual physical abuse, non-sexual emotional abuse, bullying or hazing, you should consult the *Notice of Deadlines Requiring Filing of Proof of Claim* and file a General Proof of Claim (Official Bankruptcy Form 410).

| **You May Wish to Consult an Attorney Regarding This Matter.** |
| --- |

You may also obtain information from the Claims Agent by: (1) calling toll free at 866-907-2721, (2) emailing at BSAInquiries@omniagnt.com, or (3) visiting the case website at www.OfficialBSAClaims.com (do not contact the Claims Agent for legal advice).

| **What If I Don't File on Time?** |
| --- |

**Failure to complete and return this Sexual Abuse Survivor Proof of Claim by October 6, 2020 at 5:00 p.m. (Eastern Time) may result in your inability to vote on a plan of reorganization and/or to receive a distribution from this bankruptcy for sexual abuse related to BSA.**

| Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571. |
| --- |

| **PART 1: CONFIDENTIALITY** |
| --- |

Unless you indicate below, your identity and your Sexual Abuse Survivor Proof of Claim will be kept **confidential**, under seal, and outside the public record. However, information in this Sexual Abuse Survivor Proof of Claim will be confidentially provided, pursuant to Court-approved guidelines, to the Debtors, the Debtors' counsel and retained advisors, certain insurers of BSA, the Tort Claimants' Committee, counsel to the ad hoc committee of Local Councils, individual Local Councils solely with respect to Sexual Abuse Claims asserted against them, attorneys at the Office of the United States Trustee for the District of Delaware, the Future Claimants' Representative, and confidentially to such other persons that the Court determines need the information in order to evaluate the claim. Information in this Sexual Abuse Survivor Proof of Claim may be required to be disclosed to governmental authorities under mandatory reporting laws in many jurisdictions.

**This Sexual Abuse Survivor Proof of Claim (along with any accompanying exhibits and attachments) will be maintained as <u>confidential</u> unless you expressly request that it be publicly available by checking the "public" box and signing below.**

| ☐ **PUBLIC**: I want my identity and this Sexual Abuse Survivor Proof of Claim (together with any exhibits and attachments) to be made part of the official claims register in these cases. **My claim will be available for review by any and all members of the public**. |
| --- |
| Signature: _____ |
| Print Name: _____ |

## PART 2: IDENTIFYING INFORMATION

**A.    Identity of Sexual Abuse Survivor**

First Name_____Middle Initial_____Last Name_____Jr/Sr/III _____

Mailing Address (If Sexual Abuse Survivor is incapacitated, is a minor, or is deceased, provide the address of the individual submitting the claim. If you are in jail or prison, provide the address of your place of incarceration):

| Number and Street: | | | | |
|---|---|---|---|---|
| City: | | State: | | Zip Code: |
| Country (not USA): | | Email Address: | | |
| Telephone (Home): | | Telephone (Cell): | | |

For communications regarding this claim you may use (check the appropriate boxes):

Email ☐      US Mail ☐      Home Voicemail ☐      Cell Voicemail ☐      Counsel listed below ☐

Social Security Number of Sexual Abuse Survivor (last four digits <u>only</u>): XXX-XX-_____

If the Sexual Abuse Survivor is in jail or prison, provide the Sexual Abuse Survivor's identification number (last four digits <u>only</u>):

_____

Birth Year of Sexual Abuse Survivor (only the year): _____

Any other name, or names, by which the Sexual Abuse Survivor has ever been known:

_____

Gender of Sexual Abuse Survivor:  Male ☐      Female ☐      Other (specify) _____

**B.    If you have hired an attorney relating to the sexual abuse described in this Sexual Abuse Survivor Proof of Claim, please provide his or her name and contact information:**

| Law Firm Name: | | | | |
|---|---|---|---|---|
| Attorney's Name: | | | | |
| Number and Street: | | | | |
| City: | | State: | | Zip Code: |
| Country (not USA): | | Email Address: | | |
| Telephone (Work): | | Fax No. | | |

## PART 3: BACKGROUND INFORMATION FOR SEXUAL ABUSE SURVIVOR

**A.    Marital/Domestic Partner History:**

a.  Have you ever been married?      Yes ☐      No ☐

b.  If yes, please provide:

i.   Length of time you were/have been married: _____

ii.  Current marital status: _____

c.  If your marriage has ended, please specify whether your marriage ended by: divorce ☐ or death of your spouse ☐

**B.**  **Education History:**

a.  What is your highest level of education completed or degree obtained?

High School ☐   Associates ☐   Bachelors ☐ Masters ☐   Doctoral ☐ Other _____

b.  Educational institution(s): _____

c.  Identify by name and address all schools you attended to the best of your recollection, including elementary, secondary (i.e., high school) and post-secondary schools.  For each school you attended, identify the period of time you attended, the location of the school and the highest degree you received or grade that you completed.

_____

_____

**C.**  **Employment:**

a.  What is your current employment status:

☐ Employed – Occupation: _____

☐ Retired – Former Occupation: _____

☐ Unemployed – Former Occupation: _____

☐ Disabled – Former Occupation: _____

☐ Other: _____

b.  Please list your employment history including, for each job, your employer as well as the job location and title.  If you are retired, please state the date you retired.

_____

_____

_____

_____

_____

_____

c.  Have you been self-employed?  If yes, please state the dates of your self-employment and the nature of your work during that period.

_____

_____

_____

_____

_____

**D.**  **Military service:**

a.  Have you ever served in the military? Yes ☐    No ☐

b.  If yes, please provide the following information:

c.  Branch(es) of service: _____

d.  Years of service in each: _____

e.  Rank at discharge for each: _____

f.  Nature of discharge for each (e.g., honorable): _____

_____

_____

**E.      Involvement with Scouting:**

a.  Have you ever been affiliated with Scouting and/or a Scouting program?

Yes ☐        No ☐

b.   Are you currently involved with Scouting?

Yes ☐          No ☐

~~b.~~ c.  When were you involved with Scouting? _____

_____

~~c.~~ d.  What type of Scouting unit (i.e., troop) are or were you involved with?  For each unit, identify the time period of your involvement and the troop number and location(s) of your involvement:

☐ Boy Scouts _____

☐ Cub Scouts _____

☐ Exploring Scouts _____

☐ Sea Scouts _____

☐ Venturing _____

☐ Other (please explain your involvement with Scouting):

_____

_____

_____

_____

_____

| PART 4: NATURE OF THE SEXUAL ABUSE |
|---|

**(Attach additional sheets if necessary)**

**For each of the questions listed below, please complete your answers <u>to the best of your recollection</u>.**

**Note:** If you have previously filed a lawsuit about your Scouting-related sexual abuse in state or federal court, you may attach a copy of the complaint. If you have not filed a lawsuit, or if the complaint does not contain all of the information requested below, you must provide the information below to the extent of your recollection.

Please answer each of the following questions to your best ability. If you do not know or recall, please so indicate.

If you are the survivor of sexual abuse by more than one sexual abuser, please respond to each of the questions in this Part 4 for each sexual abuser.

A.  Please answer "Yes" or "No" to each of the following:

   i.   Were you sexually abused by more than one person?    Yes ☐    No ☐

   ii.  Were you sexually abused in more than one state?    Yes ☐    No ☐

B.  Please name each person who sexually abused you in relation to your involvement in Scouting. ("Scouting" includes Cub Scouts, Boy Scouts, Exploring Scouts, Sea Scouts and Venturing.)

   If you do not remember the name of the sexual abuser(s), provide as much identifying information about the sexual abuser(s) that you can recall, such as approximate age and their relationship to Scouting (e.g., the Scoutmaster of Troop 100, another Troop member of Troop 200, camp staff member, etc.). Please also note if you have/had any family relationship to your alleged sexual abuser and identify the names of any person(s) you recall in leadership positions in the Troop or camp at that time.

_____

_____

_____

_____

_____

_____

C.  What was each sexual abuser's position, title, or relationship to you in Scouting (check all that apply)?

   ☐ Adult Scout leader in my Scouting unit

☐ Adult Scout leader not in my Scouting unit

☐ Youth Scout in my Scouting unit

☐ Youth Scout not in my Scouting unit

☐ Camp personnel (e.g., camp staff) not in my Scouting unit

☐ I don't know

☐ Other (please explain why you believe the person(s) who sexually abused you had a relationship with Scouting):

D.    Where were you at the time you were sexually abused (city, state, territory and/or country)?

E.    At the time of the sexual abuse, were you an adult or a child under the age of 18?

Adult ☐      Child under the age of 18 ☐

F.    What was the type of Scouting you were involved with during the sexual abuse (check all that apply)?

☐ Boy Scouts

☐ Cub Scouts

☐ Exploring Scouts

☐ Venturing

☐ Sea Scouts

☐ Other (please explain why you believe you had a connection to Scouting during the sexual abuse):

G.    What was the Scouting unit number and physical location (city, state, territory and/or country) of the Scouting unit(s) or provisional troop you were in during the time of the sexual abuse?

H.    What was the name and location (city, state, territory and/or country) of the organization that chartered or sponsored your Scouting unit, or that provided resources to your Troop, including volunteers or space where meetings were held, during the time of the sexual abuse (e.g., religious institution, church, school, community center, civic group, etc.)?

[Note that such organizations are not currently parties to the bankruptcy so if you believe you may have a claim against any such organization you must take additional action to preserve and pursue any such claim.]

I.    What was the name of the BSA Local Council(s) affiliated with your Scouting unit(s), any Boy Scout camp or other Scouting activity during the time of the sexual abuse?

[Note that such BSA Local Councils are not currently parties to the bankruptcy so if you believe you may have a claim

against any such organization you must take additional action to preserve and pursue any such claim.]

J.    In which of the following places did the sexual abuse take place? Check all that apply.

☐    At or in connection with a Scout meeting.

☐    At or in connection with a Scout camp.

☐    At or in connection with another Scouting-related event or activity (please explain):

_____

☐    Other (please explain – for example, camps, schools, churches, or other locations):

_____

_____

_____

K.    When did the first act of sexual abuse take place? If you do not remember the calendar date, what school grade were you in at the time and what season of the year was it (spring, summer, fall, winter), and what age were you when it started? If the sexual abuse took place over a period of time, please state when it started and when it stopped. If you were sexually abused by more than one sexual abuser indicate when the sexual abuse by each of the sexual abusers started and stopped.

_____

_____

_____

L.    Please describe what happened to you. You can provide a description in your own words and/or use the checkboxes below.

i.    About how many times were you sexually abused?

☐    I was sexually abused once.

☐    I was sexually abused more than once.

If  you  were  sexually  abused  more  than  once,  please  state  how  many  times:

_____

M.    Please describe what happened to you. (Check all that apply.) **Please note that the boxes are not meant to limit the characterization or description of your sexual abuse.**

i.    What did the sexual abuse involve?

☐    The sexual abuse involved touching outside of my clothing.

☐    The sexual abuse involved touching my bare skin.

☐    The sexual abuse involved fondling or groping.

☐    The sexual abuse involved masturbation.

☐    The sexual abuse involved oral copulation / oral sex.

☐    The sexual abuse involved the penetration of some part of my body.

☐ The sexual abuse was between adults and involved touching that I did not consent to.

ii. Did any of the following occur in connection with the sexual abuse:

☐ The acts of sexual abuse against me also involved other youth.

☐ The sexual abuse involved photographs or video.

☐ Even though I did not want it, my body responded sexually to the sexual abuse.

☐ The sexual abuse involved actual or implied threats of violence or other adverse consequences if I disclosed the sexual abuse.

☐ The sexual abuse involved gifts, privileges, experiences, and other rewards or bribes in addition to the activities and awards normally part of Scouting.

☐ The sexual abuser(s) made my family think they could be trusted.

☐ At the time of the sexual abuse, my family or I had significant financial, social, behavioral or other challenges.

Please describe the sexual abuse in as much detail as you can recall in the lines below and be as specific as possible. Please attach additional pages if needed.

_____

_____

_____

_____

_____

_____

_____

_____

N. Did you or anyone on your behalf tell anyone involved in Scouting about the sexual abuse? Yes ☐ No ☐

O. Have you ever reported the sexual abuse to law enforcement or investigators? This includes telling someone when you were a minor or when you were an adult. Yes ☐     No ☐

P. If your answer to either of the previous two questions is "yes," please state the name of each person you remember you told, the date you told them, and the person's relationship to you. (If you cannot remember exact dates, please provide approximate dates, such as months and years.) Such persons may include, but are not limited to, parents; siblings; relatives; friends; adult leaders within Scouting; representatives of BSA; representatives of a Local Council; representatives of a sponsoring or chartering organization; attorneys (unrelated to this matter); psychologists, psychiatrists, social workers, counselors; and/or law enforcement authorities.

_____

_____

_____

_____

_____  _

_____

**Q.**    If your answer to either question 'N' or question 'O' is "yes," then for each person that you told, please state what that person did in response to learning of your abuse, including whether that person investigated what you told them, whether that person took notes of what you told them, whether that person reported your abuse to anyone else, and whether anyone followed up with you and/or your parents with regard to the results of any investigation if one was conducted.

_____

_____

_____

~~Q.~~R.    Did you have any relationship with your sexual abuser outside of Scouting? Check all that apply:

☐ Religious organization leader, member, volunteer

☐ Family member or relative

☐ Coach/athletics

☐ Teacher

☐ Neighbor

☐ Other (please explain and add any other information you remember to the categories above):

_____

_____

_____

_____

~~R.~~S.    Were there any witnesses to the acts of sexual abuse? If there were any witnesses, please list their name(s), their relationship to you or to your sexual abuser, and any contact or other information that you have.

_____

_____

_____

_____

| PART 5: IMPACT OF SEXUAL ABUSE |
|---|

**(Attach additional pages if necessary)**

~~(If you currently cannot describe any harm you have suffered on account of the sexual abuse, you may omit this section for now. However, you may be asked to provide the information requested at a later date.)~~

A.    Please describe how you believe you were impacted, harmed, damaged, or injured as a result of the sexual abuse you described above. You can check the boxes, fill in the narrative, or both.  **Please note that the boxes are not meant to limit the characterization or description of the impact(s) of your sexual abuse.** (Check all that apply.)

☐ Psychological / emotional health

☐ Physical health

☐ Education

☐ Employment

☐ Family / personal relationships

☐ Alcohol and/or substance abuse

☐ Other (please explain and add any other information you remember to the categories above)

Please describe how you believe you were impacted, harmed, damaged, or injured as a result of the sexual abuse you described above in as much detail as you can recall in the lines below. Please attach additional pages if needed.

_____

_____

_____

_____

B.    Have you ever sought counseling or other mental health treatment for any reason that you now connect to the sexual abuse that you described above?

Yes ☐        No ☐

If your response to the prior question is "Yes," please identify the name of each person who provided you with counseling or mental health treatment, their location, the type of counseling or treatment and the estimated dates/time period of counseling or treatment. If you were prescribed medication in connection with such counseling or mental health treatment, please list the name of the medication and how long you took that medication.

_____

_____

_____

C.    Have you sought treatment or counseling for reasons unrelated to the abuse described above?  Yes ___  No ___

Yes ☐        No ☐

If yes, please describe, including approximate dates of treatment, location of treatment, name of treating mental health professional and diagnosis.

_____

_____

_____

D.      Are you the survivor of sexual or physical abuse unrelated to Scouting?

Yes ☐        No ☐

If yes, please describe the abuse and the date(s) of the abuse:

_____

_____

_____

_____

| PART 6: ADDITIONAL INFORMATION |
| --- |

**A.**    **Prior Litigation.**

    i.    Was a lawsuit regarding the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim filed by you or on your behalf.

    Yes ☐  No ☐  (If "Yes," you are required to attach a copy of the complaint.)

**B.**    **Prior Bankruptcy Claims.** Have you filed any claims in any other bankruptcy case relating to the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim?  Yes ☐    No ☐  (If "Yes," you are required to attach a copy of any completed claim form.)

**C.**    **Other Abuse Claims.** Have you filed a lawsuit or claim for damages as a result of any abuse other than the abuse related to Scouting?  Yes ☐    No ☐  (If "Yes," you are required to attach a copy of any completed claim form.)

    If yes, please describe (i) where and when did you filed the claim; (ii) who were the parties to the claim and what was the case number and name of the Court where the claim was filed the abuse and the date(s) of the abuse; and (iii) what was the result of that claim?  (If you reached a settlement, you are required to attach a copy of that settlement.)

_____

_____

~~C.~~**D.**    **Payments.** Have you received any payments related to the sexual abuse you have described in this Sexual Abuse Survivor Proof of Claim from any party, including BSA?  Yes ☐    No ☐

    i.    If yes, how much and from whom? _____

[Signature Page to Follow]

| SIGNATURE |
|:---:|

**To be valid, this Sexual Abuse Survivor Proof of Claim must be signed by you.** If the Sexual Abuse Survivor is deceased or incapacitated, the form must be signed by the Sexual Abuse Survivor's representative or the attorney for the Sexual Abuse Survivor's estate. If the Sexual Abuse Survivor is a minor, the form must be signed by the Sexual Abuse Survivor's parent or legal guardian, or the Sexual Abuse Survivor's attorney. (Any form signed by a representative or legal guardian <u>must</u> attach documentation establishing such person's authority to sign this form for the Sexual Abuse Survivor.)

**Penalty for presenting a fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

**Check the appropriate box:**

☐    I am the Sexual Abuse Survivor.

☐    I am the Sexual Abuse Survivor's attorney, guardian, kinship (or other authorized) caretaker, executor, or authorized representative.

☐    Other (describe): _____

**I have examined the information in this Sexual Abuse Survivor Proof of Claim and have a reasonable belief that the information is true and correct.**

**I declare under penalty of perjury that the foregoing statements are true and correct.**

**Date:** _____

**Signature:** _____

**Print Name:** _____

**Relationship to Sexual Abuse Survivor (if not signed by Sexual Abuse Survivor):** _____

**Address:** _____

_____

**Contact Phone:** _____

**Email:** _____