IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | : | Chapter 11 |
| In re: | : | |
| | : | Case No.  20-10343 (LSS) |
| Boy Scouts of America, *et al.,*[1] | : | (Jointly Administered) |
| | : | **Hearing Date: May 18, 2020 @ 10:00** am |
| | : | |
| Debtors. | : | Ref. Docket No. 17, 161 |

**JOINDER TO LIMITED OBJECTION OF CREDITORS FIRST STATE INSURANCE COMPANY AND TWIN CITY FIRE INSURANCE COMPANY AND PARTY IN INTEREST HARTFORD ACCIDENT AND INDEMNITY COMPANY TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPOINTING JUDICIAL MEDIATOR, (II) REFERRING CERTAIN MATTERS TO MANDATORY MEDIATION, AND (III) GRANTING RELATED RELIEF**

National Union Fire Insurance Company of Pittsburgh, PA; Lexington Insurance Company; Landmark Insurance Company; The Insurance Company of the State of Pennsylvania; and their affiliated entities (collectively referenced herein as "AIG"), by and through their respective attorneys of record, hereby join the *Limited Objection of Creditors First State Insurance Company and Twin City Fire Insurance Company and Party in Interest Hartford Accident and Indemnity Company to Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief* (Dkt. 161, the "Objection"), and in support states as follows:

1. On February 18, 2020 (the "Petition Date"), the Debtors commenced these bankruptcy cases.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2. On the Petition Date, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief* (the "Motion," Dkt. 17).

3. In the Motion, the Debtors request the appointment of a mediator to mediate certain matters in this case. The Debtors request that the court appoints a sitting bankruptcy judge as mediator, "if the relevant parties are unable to agree on a mediator before the hearing on this Motion." Motion, ¶ 13. While "relevant parties" is not defined, the Motion presents a number of parties that are designated as "Mediation Parties," and which specifically includes "applicable insurers." Motion ¶ 14.

4. On March 11, 2020, Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company (collectively, "Hartford") filed the Limited Objection to the Motion. Hartford challenges the Debtors' proposed order on the Motion and raises a number of key issues shared amongst all insurers, most notably the lack of insurer involvement in the mediator selection process.[2]

5. From the mid-1970s through the present, AIG issued numerous excess layer insurance policies to the Debtors. Of note, AIG issued excess layer insurance coverage to the Debtors from 1975-1978 and 1985-1990.[3]

---

[2] On May 15, 2020, Hartford filed a *Motion for Leave to File Supplemental Memorandum in Support of the Limited Objection of Creditors First State Insurance Company and Twin City Fire Insurance Company and Party in Interest Hartford Accident and Indemnity Company to Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief* (Dkt. 648), in which Hartford seeks leave to file a supplemental memorandum in support of the Objection. To the extent this motion is granted and a supplemental memorandum is filed, AIG also joins in the arguments presented in the proposed supplemental memorandum.

[3] Some of the policies issued by AIG have since been exhausted and are no longer available to satisfy claims of any sorts. For avoidance of doubt, nothing contained herein shall be construed to be an admission by AIG that the insurance policies issued by AIG provide coverage for any claim asserted against the Debtors. For all issues of coverage or otherwise, the terms conditions, limitations, and provisions found in the insurance policies issued by AIG apply as set forth in those insurance policies, nor shall anything contained here amend, alter, waive, or change any of their terms, conditions, limitations, or provisions. AIG expressly reserves all rights that it has under those insurance policies, as well as under applicable state and federal law.

6.  The Debtors had previously indicated they will be pursuing a mediation to achieve a global settlement of all claims, which would result in a trust established for the benefit of claimants and funded, at least partially, by insurance proceeds. As such, AIG has a vested interested in seeing that the claims and disputes asserted in this bankruptcy case are resolved amicably and AIG anticipates participating in the Debtors' contemplated mediation.

7.  However, at no point during the mediator selection process did the Debtors solicit AIG's thoughts regarding the proposed mediators. At the April 15, 2020 hearing, AIG learned, for the first time, that substantial discussions had occurred between the Debtors, the Official Committees, and the Future Claimants Representative and that Eric Green and Paul Finn had been selected as proposed mediators. Moreover, by that point, the Debtors announced that their selection of these mediators is final and not subject to reconsideration. As it turned out, no insurer was consulted on the selection of these two mediators.

8.  AIG agrees with the concerns and arguments raised by Hartford in the Objection and supports the relief requested therein.

As such, AIG joins the Objection and, for the reasons stated therein, respectfully requests that the Court grant the relief requested in the Objection, and for such further relief that is just and equitable.

DATED: May 15, 2020                 FINEMAN KREKSTEIN & HARRIS PC

By: ___/s/ Deirdre M. Richards_____
Deirdre M. Richards (#4191)
1300 N. King Street
Wilmington, DE 19801
Telephone:    (302) 538-8331
Facsimile:    (302) 394-9228
Email:        drichards@finemanlawfirm.com

And

FORAN GLENNON PALANDECH PONZI & RUDLOFF P.C.

By: _____/s/ Susan N.K. Gummow_____
Susan N.K. Gummow (Admitted Pro Hac Vice)
Igor Shleypak (Admitted Pro Hac Vice)
222 N. LaSalle St., Suite 1400
Chicago, IL 60601
Telephone:     (312) 863-5000
Facsimile:     (312) 863-5009
Email:          sgummow@fgppr.com
                    ishleypak@fgppr.com

*Attorneys for National Union Fire Insurance Company of Pittsburgh, PA; Lexington Insurance Company; Landmark Insurance Company; The Insurance Company of the State of Pennsylvania; and their affiliated entities*

## Certificate of Service

I hereby certify that on May 15, 2020, a copy of the *Joinder to Limited Objection of Creditors First State Insurance Company and Twin City Fire Insurance Company and Party in Interest Hartford Accident and Indemnity Company to Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief* was served on all parties registered to receive such notice by operation of the Court's Electronic Case Filing system. Parties may access this filing through the Court's system.

Additionally, the following parties were served by E-Mail:

**Debtors**
c/o
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Derek C. Abbot
Andrew R. Remming
Joseph C. Barsalona II
Eric W. Moats
Paige N. Topper
1201 North Market St., 16th Floor
PO Box 1347
Wilmington, Delaware 19899
Email: dabbot@mnat.com
 aremming@mnat.com
 jbarsalona@mnat.com
 emoats@mnat.com
 ptopper@mnat.com

 And

SIDLEY AUSTIN LLP
Jessica C.K. Boelter
787 Seventh Avenue
New York, New York 10019
Email: jboelter@sidley.com

 And

SIDLEY AUSTIN

Thomas A. Labuda
Michael C. Andolina
Matthew E. Linder
Blair M. Warner
One South Dearborn St.
Chicago, IL
Email: tlabuda@sidley.com
      mandolina@sidley.com
      mlinder@sidley.com
      blair.warner@sidley.com

DATED:      May 15, 2020

Respectfully Submitted,

FINEMAN KREKSTEIN & HARRIS PC

By: ____/s/ Deirdre M. Richards_____
Deirdre M. Richards
1300 N. King Street
Wilmington, DE 19801
Telephone:    (302) 538-8331
Facsimile:    (302) 394-9228
Email:        drichards@finemanlawfirm.com

And

FORAN GLENNON PALANDECH PONZI & RUDLOFF P.C.

By:____/s/ Susan N.K. Gummow_____
Susan N.K. Gummow (Admitted Pro Hac Vice)
Igor Shleypak (Admitted Pro Hac Vice)
222 N. LaSalle St., Suite 1400
Chicago, IL 60601
Telephone:    (312) 863-5000
Facsimile:    (312) 863-5009
Email:        sgummow@fgppr.com
              ishleypak@fgppr.com

*Attorneys for National Union Fire Insurance Company of Pittsburgh, PA; Lexington Insurance Company; Landmark Insurance Company; The Insurance Company of the State of Pennsylvania; and their affiliated entities*