# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

### NOTICE OF **SECOND** AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 18, 2020, AT 10:00 A.M. (ET)

> **This hearing will be held telephonically and by video. All parties wishing to appear must do so telephonically by contacting COURTCALL, LLC at 866-582-6878 no later than May 18, 2020, at 8:30 a.m. to sign up. Additionally, anyone wishing to appear by Zoom is invited to use the link below. All parties that will be arguing or testifying must appear by Zoom and CourtCall.**
>
> **PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.**
>
> **Topic: Boy Scouts of America 20-10343**
> **Time: May 18, 2020, 10:00 AM Eastern Time (US and Canada)**
>
> **Join ZoomGov Meeting**
> https://debuscourts.zoomgov.com/j/1609329055
>
> **Meeting ID: 160 932 9055**
> **Password: 358754**
>
> **Join by SIP**
> 1609329055@sip.zoomgov.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2] **Amended items appear in bold.**

RESOLVED MATTERS

1. Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to (A) Reject Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property, Effective as of March 31, 2020 and (B) Abandon Certain Personal Property in Connection Therewith and (II) Granting Related Relief (D.I. 319, Filed 3/31/20).

   Objection Deadline: April 14, 2020, at 4:00 p.m. (ET).

   Responses Received: None.

   Related Pleadings:

   a) Certificate of No Objection Regarding the Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to (A) Reject Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property, Effective as of March 31, 2020 and (B) Abandon Certain Personal Property in Connection Therewith and (II) Granting Related Relief (D.I. 442, Filed 4/16/20); and

   b) First Omnibus Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property, Effective as of March 31, 2020 and (II) Granting Related Relief (D.I. 449, Entered 4/17/20).

   Status: An order has been entered. No hearing is necessary.

2. The Tort Claimants' Committee's Application for Entry of an Order Under 11 U.S.C. §§ 1103(a) and 328(a) and Fed. R. Bankr. P. 2014(a) Authorizing Retention of Dr. Jon R. Conte as Expert Consultant on Sexual Abuse and Expert Witness Effective as of April 16, 2020 (D.I. 443, Filed 4/16/20).

   Objection Deadline: April 30, 2020, at 4:00 p.m. (ET).

   Responses Received: None.

   Related Pleadings:

   a) Certification of No Objection Regarding the Tort Claimants' Committee's Application for Entry of an Order Under 11 U.S.C. §§ 1103(a) and 328(a) and Fed. R. Bankr. P. 2014(a) Authorizing Retention of Dr. Jon R. Conte as Expert Consultant on Sexual Abuse and Expert Witness Effective as of April 16, 2020 (D.I. 564, Filed 5/5/20); and

   b) Order Authorizing and Approving the Application of the Tort Claimants' Committee for Entry of An Order Under 11 U.S.C. §§ 1103(a) and 328(a) and Fed. R. Bankr. P. 2014(a) Authorizing Retention of Dr. Jon R. Conte, Ph.D. as Expert Consultant on Sexual Abuse and Expert Witness Effective as of April 16, 2020 (D.I 605, Entered 5/11/20).

 Status:  An order has been entered.  No hearing is necessary.

3. Motion of the Official Committee of Unsecured Creditors for an Order Determining that the Creditors' Committee is Not Required to Provide Access to Confidential or Privileged Information of the Debtors and Fixing Creditor Information Sharing Procedures and Protocols Under 11 U.S.C. §§ 105(a), 107(b), And 1102(b)(3) Effective as of March 4, 2020 (D.I. 468, Filed, 4/20/20).

 Objection Deadline:  May 4, 2020, at 4:00 p.m. (ET).

 Responses Received: None.

 Related Pleadings:

   a) Certification of Counsel Submitting Revised Order Determining that the Creditors' Committee is Not Required to Provide Access to Confidential or Privileged Information of the Debtors and Fixing Creditor Information Sharing Procedures and Protocols Under 11 U.S.C. §§ 105(a), 107(b), and 1102(b)(3) Effective as of March 4, 2020 (D.I. 565, Filed 5/5/20); and

   b) Order Determining that the Creditors' Committee is Not Required to Provide Access to Confidential or Privileged Information of the Debtors and Fixing Creditor Information Sharing Procedures and Protocols Under 11 U.S.C. §§ 105(a), 107(b), and 1102(b)(3) Effective as of March 4, 2020 (D.I. 606, Entered 5/11/20).

 Status:  An order has been entered.  No hearing is necessary.

4. Application of the Official Committee of Unsecured Creditors, Pursuant to Sections 328 and 1103 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2014 for an Order Approving the Retention and Employment of Kramer Levin Naftalis & Frankel LLP as Counsel to the Creditors' Committee *Nunc Pro Tunc* to March 4, 2020 (D.I. 481, Filed 4/23/20).

 Objection Deadline:  May 7, 2020, at 4:00 p.m. (ET).

Responses Received:  None.

Related Pleadings:

- a) Certificate of No Objection to Application of the Official Committee of Unsecured Creditors, Pursuant to Sections 328 and 1103 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2014 for an Order Approving the Retention and Employment of Kramer Levin Naftalis & Frankel LLP as Counsel to the Creditors' Committee *Nunc Pro Tunc* to March 4, 2020 (D.I. 597, Filed 5/11/20); and

- b) Order Approving the Retention and Employment of Kramer Levin Naftalis & Frankel LLP as Counsel to the Creditors' Committee *Nunc Pro Tunc* to March 4, 2020 (D.I. 607, Entered 5/11/20).

Status:  An order has been entered.  No hearing is necessary.

MATTERS UNDER CERTIFICATION

5. Application of the Official Committee of Unsecured Creditors to Employ Reed Smith LLP, *Nunc Pro Tunc* as of March 9, 2020, as Delaware Counsel for the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 328(a) and 1103(a) and Federal Rule of Bankruptcy Procedure 2014 (D.I. 482, Filed 4/23/20).

    Objection Deadline:  May 7, 2020, at 4:00 p.m. (ET).

    Responses Received: Informal comments from the Debtors.

    Related Pleadings:

    - a) Certification of Counsel Submitting Revised Order Approving Application of the Official Committee of Unsecured Creditors to Employ Reed Smith LLP, *Nunc Pro Tunc* as of March 9, 2020, as Delaware Counsel for the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 328(a) and 1103(a) and Federal Rule of Bankruptcy Procedure 2014 (D.I. 599, Filed 5/11/20).

    Status:  A certification of counsel has been filed.  No hearing is necessary unless the court has questions.

6. Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of AlixPartners, LLP as its Financial Advisor *Nunc Pro Tunc* to March 4, 2020 (D.I. 483, Filed 4/23/20).

    Objection Deadline:  May 7, 2020, at 4:00 p.m. (ET).

Responses Received: None.

Related Pleadings:

    a) Certificate of No Objection to Application of the Official Committee of Unsecured Creditors for Entry of an Order Approving the Employment and Retention of AlixPartners, LLP as its Financial Advisor *Nunc Pro Tunc* to March 4, 2020 (D.I. 598, Filed 5/11/20).

Status: A certificate of no objection has been filed. No hearing is necessary unless the court has questions.

7. Application of the Future Claimants' Representative for an Order Authorizing the Retention and Employment of Gilbert LLP as Special Insurance Counsel, Effective as of March 19, 2020 (D.I. 495, Filed 4/27/20).

    Objection Deadline: May 11, 2020, at 4:00 p.m. (ET).

    Responses Received: None.

    Related Pleadings:

        a) Certificate of No Objection Regarding Docket No. 495 (D.I. 618, Filed 5/14/20).

    Status: A certificate of no objection has been filed. No hearing is necessary unless the court has questions.

ADJOURNED MATTER

8. Debtors' Motion for Entry of an Order (I) Scheduling Certain Deadlines in Connection with Potential Disputes Regarding the Debtors' Identified Property and (II) Granting Related Relief (D.I. 19, Filed 2/18/20).

    Objection Deadline: March 11, 2020, at 4:00 p.m. (ET). Extended to May 4, 2020, at 4:00 p.m. (ET) for JPMorgan Chase Bank, National Association. Extended to June 1, 2020, at 4:00 p.m. (ET) for the Creditors' Committee, the Tort Claimants' Committee, the Future Claimants' Representative, and the U.S. Trustee.

    Responses Received:

        a) Informal comments from the U.S. Trustee.

Related Pleadings:

    a)     Notice of Hearing of the Debtors' Motion for Entry of an Order (I) Scheduling Certain Deadlines in Connection with Potential Disputes Regarding the Debtors' Identified Property and (II) Granting Related Relief (D.I. 108, Filed 2/29/20).

Status: This matter had been adjourned to the hearing scheduled for June 8, 2020, at 10:00a.m. (ET).

9.     Application for Order Authorizing the Future Claimants' Representative to Retain and Employ Ankura Consulting Group, LLC as Consultants, Effective as of the Date Hereof (D.I. 496, Filed 4/27/20).

Objection Deadline: May 11, 2020, at 4:00 p.m. (ET). Extended to a date to be determined for the Official Committee of Tort Claimants.

Responses Received:

    a)     Informal comments from the Official Committee of Tort Claimants.

Related Pleadings: None.

Status: This matter had been adjourned to the hearing scheduled for June 8, 2020, at 10:00a.m. (ET).

## MATTERS GOING FORWARD

10.     Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief (D.I. 17, Filed 2/18/20).

Objection Deadline: March 11, 2020, at 4:00 p.m. (ET). Extended to April 1, 2020, at 4:00 p.m. for the Official Committee of Unsecured Creditors, the Official Committee of Tort Claimants, the Future Claimants' Representative, and JPMorgan Chase Bank, National Association.

Responses Received:

    a)     Informal comments from JPMorgan Chase Bank, National Association;

    b)     Limited Objection of Creditors First State Insurance Company and Twin City Fire Insurance Company and Party in Interest Hartford Accident and Indemnity Company to Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to

    Mandatory Mediation, and (III) Granting Related Relief (D.I. 161, Filed 3/11/20);

c)  Laraine Kelley, Esq. Affidavit in Opposition to (I) the BSA's motion for a preliminary injunction; and (II) the BSA's motion for an order appointing a judicial mediator (D.I. 164, Filed 3/11/20);

d)  National Surety Corporation's Partial Joinder to Limited Objection of Creditors First State Insurance Company and Twin City Fire Insurance Company and Party in Interest Hartford Accident and Indemnity Company to Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief (D.I. 166, Filed 3/11/20);

e)  Attorney Affidavit (D.I. 171, Filed 3/13/20);

f)  Allianz Global Risks US Insurance Company's Partial Joinder to Limited Objection of Creditors First State Insurance Company and Twin City Fire Insurance Company and Party in Interest Hartford Accident and Indemnity Company to Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief (D.I. 316, Filed 3/31/20);

g)  Limited Objection and Partial Joinder in Part to Limited Objection of Creditors First State Insurance Company and Twin City Fire Insurance Company and Party in Interest Hartford Accident and Indemnity Company to Debtors' Motions for Entry of an Order (1) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief (D.I. 388, Filed 4/10/20);

**h)**  **Supplemental Brief in Support of Century's Objection to Debtors' Motion for Entry of Revised Mediation Order Filed on May 15, 2020 [Dkt. 640] Seeking (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief (D.I. 646, Filed 5/15/20);**

**i)**  **Declaration of Janine Panchok-Berry in Support of Century's Supplemental Brief in Support of Century's Objection to Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief (D.I. 647, Filed 5/15/20);**

**j)**  **Motion for Leave to File Supplemental Memorandum in Support of the Limited Objection of Creditors First State Insurance Company and Twin City Fire Insurance Company and Party in Interest Hartford Accident and Indemnity Company to Debtors' Motion for**

      **Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief (D.I. 648, Filed 5/15/20);**

   **k)**    **Declaration of Abigail W. Williams in Support of the Supplemental Brief in Support of the Limited Objection of Creditors First State Insurance Company and Twin City Fire Insurance Company and Party in Interest Hartford Accident and Indemnity Company to Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief (D.I. 650, Filed 5/15/20); and**

   **l)**    **Joinder to Limited Objection of Creditors First State Insurance Company and Twin City Fire Insurance Company and Party in Interest Hartford Accident and Indemnity Company to Debtors' Motion for Entry of an Order (I) Appointing Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief (D.I. 652, Filed 5/15/20).**

<u>Related Pleadings</u>:

   a)    Notice of Hearing of the Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief (D.I. 107, Filed 2/26/20);

   b)    Debtors' Motion for Leave to File Debtors' Reply in Support of Their Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief (D.I. 617, Filed 5/13/20); and

   c)    Notice of Filing of Revised Mediation Order (D.I. 640, Filed 5/15/20).

<u>Status</u>:  The Debtors, the Official Committee of Tort Claimants, the Official Committee of Unsecured Creditors, the Future Claimants' Representative, and the Ad Hoc Committee of Local Councils of the Boy Scouts of America have agreed on a revised form of order granting the mediation motion.  As of the filing of this agenda, the insurers have not consented to entry of the revised form of order.  This matter is going forward.

11.    Debtors' Motion, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1, for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice Thereof, (III) Approve Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Victims, and (IV) Approve Confidentiality Procedures for Abuse Victims (D.I. 18, Filed 2/18/20).

Objection Deadline:  May 11, 2020, at 4:00 p.m. (ET).  Extended to May 12, 2020, at 5:00 p.m. (ET) for the U.S. Trustee, the Official Committee of Tort Claimants, and the Future Claimants' Representative.  Extended to May 13, 2020 at 12:00 p.m. (ET) for the Official Committee of Unsecured Creditors and The Chubb Group of Insurance Companies, The Hartford Companies, Allianz Global Risks US Insurance Company, National Surety Corporation, Liberty Mutual Insurance Company, and the American International Group, Inc. entities (collectively, the "Insurers").

Responses Received:

- a) Informal comments from the Insurers;

- b) Informal comments from the Official Committee of Unsecured Creditors;

- c) Informal comments from the Future Claimants' Representative;

- d) Informal comments from the Ad Hoc Committee of Local Councils;

- e) Objection of the Tort Claimants' Committee to (A) Debtors' Motion, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1, for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice Thereof, (III) Approve Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Victims, and (IV) Approve Confidentiality Procedures for Abuse Victims [Dkt. No. 18] and (B) Supplement to Bar Date Motion [Dkt. No. 557] (D.I. 601, Filed 5/11/20);

- f) Notice of Filing of Curriculum Vitae of Jon R. Conte, Ph.D. in Support of Declaration of Jon R. Conte, Ph.D. in Support of the Objection of the Tort Claimants' Committee to (A) Debtors' Motion, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1, for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice Thereof, (III) Approve Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Victims, and (IV) Approve Confidentiality Procedures for Abuse Victims [Dkt. No. 18] and (B) Supplement to Bar Date Motion [Dkt. No. 557] (D.I. 603, Filed 5/11/20);

- g) United States Trustee's Objection to the Debtors' Motion, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1, for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice Thereof, (III) Approve Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Victims, and Approve Confidentiality Procedures for Abuse Victims (D.I. 610, Filed 5/12/20);

  h)  Supplemental Declaration of Jon R. Conte, Ph.D. in Support of the Objection of the Tort Claimants' Committee to (A) Debtors' Motion, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1, for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice Thereof, (III) Approve Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Victims, and (IV) Approve Confidentiality Procedures for Abuse Victims [Dkt. No. 18] and (B) Supplement to Bar Date Motion [Dkt. No. 557] (D.I. 611, Filed 5/12/20)**;**

  **i)**  **Notice of Tort Claimants' Committee's Intent to Offer Witness Testimony at May 18, 2020, Hearing (D.I. 649, Filed 5/15/20); and**

  **j)**  **Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company's Motion for Leave to File an Objection to Debtors' Motion, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1 for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice Thereof, (III) Approve Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Victims, and (IV) Approve Confidentiality Procedures for Abuse Victims (D.I. 651, Filed 5/15/20).**

Related Pleadings:

  a)  Declaration of Shannon R. Wheatman, Ph.D in Support of Procedures for Providing Direct Notice and Supplemental Notice Plan to Provide Notice of Bar Date to Abuse Survivors (D.I. 556, Filed 5/4/20);

  b)  Supplement to Debtors' Bar Date Motion (D.I. 557, Filed 5/4/20);

  c)  Notice of Hearing of the Debtors' Motion, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1, for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice Thereof, (III) Approve Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Victims, and (IV) Approve Confidentiality Procedures for Abuse Victims (D.I. 558, Filed 5/4/20);

  d)  Debtors' Motion for Leave to File Debtors' Omnibus Rely in Support of Bar Date Motion (D.I. 630, Filed 5/14/20);

  e)  Supplemental Declaration of Shannon R. Wheatman, Ph.D in Support of Procedures for Providing Direct Notice and Supplemental Notice Plan to Provide Notice of Bar Date to Abuse Survivors (D.I. 631, Filed 5/14/20);

  f)  Notice of Filing of Revised Bar Date Order (D.I. 632, Filed 5/14/20); and

  g)  Notice of Debtors' Intent to Offer Witness Testimony at May 18, 2020, Hearing (D.I. 639, Filed 5/15/20).

<u>Status</u>:  The Debtors continue to engage in discussions with the Official Committee of Unsecured Creditors, the Future Claimants' Representative and the Insurers regarding a revised proposed form of order.  The Debtors also continue to negotiate revisions to the proposed form of order and related exhibits with the Official Committee of Tort Claimants in response to the Tort Claimants' Committee's objection.

<u>Witness Information</u>:  The Debtors intend to call Dr. Shannon Wheatman as a witness in connection with this matter. Dr. Wheatman will be testifying from Souderton, Pennsylvania.  It is the Debtors' understanding that the Tort Claimants' Committee intends to call Dr. Jon Conte as a witness in connection with this matter.  Dr. Conte will be testifying from Whidbey Island, Washington.

<u>STATUS CONFERENCE</u>

12. Debtors' Motion for Entry of an Order Approving Stipulated Confidentiality and Protective Order (D.I. 613, Filed 5/12/20).

 <u>Objection Deadline</u>:  May 26, 2020, at 12:00 p.m. (ET).

 <u>Responses Received</u>:

  a)  The United States Trustee's Objection to Debtors' Motion to Shorten Notice of Debtors' Motion for Entry of an Order Approving Stipulated Confidentiality and Protective Order (D.E. 614) (D.I. 615, Filed 5/13/20); and

  b)  Joinder of the Tort Claimants' Committee in the Debtors' Motion for Entry of an Order Approving Stipulated Confidentiality and Protective Order and Motion to Shorten Notice Regarding the Same (D.I. 616, Filed 5/13/20).

 <u>Related Pleadings</u>:

  a)  Motion to Shorten Notice of Debtors' Motion for Entry of an Order Approving Stipulated Confidentiality and Protective Order (D.I. 614, Filed 5/12/20); and

-12-

    b)    Notice of Hearing of the Debtors' Motion for Entry of an Order Approving Stipulated Confidentiality and Protective Order (D.I. 642, Filed 5/15/20).

<u>Status</u>:  This matter is going forward as a status conference.

| | |
|---|---|
| Dated:  May 15, 2020<br>      Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Eric W. Moats*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 425-4664<br>Email:  dabbott@mnat.com<br>        aremming@mnat.com<br>        emoats@mnat.com<br>        ptopper@mnat.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Jessica C. K. Boelter (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone:  (212) 839-5300<br>Email:  jboelter@sidley.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Thomas A. Labuda (admitted *pro hac vice*)<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone:  (312) 853-7000<br>Email:  tlabuda@sidley.com<br>        mandolina@sidley.com<br>        mlinder@sidley.com<br><br>CO-COUNSEL AND PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION |