**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 17, 161, 164, 166, 316, 388, 617, 646 & 648.** |

**Hearing Date: May 18, 2020 at 10:00 a.m. (ET)**

**JOINDER BY ALLIANZ GLOBAL RISKS US INSURANCE COMPANY AND NATIONAL SURETY CORPORATION TO THE HARTFORD AND CENTURY OBJECTIONS TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPOINTING A JUDICIAL MEDIATOR, (II) REFERRING CERTAIN MATTERS TO MANDATORY MEDIATION, AND (III) GRANTING RELATED RELIEF**

Allianz Global Risks US Insurance Company ("Allianz") and National Surety Corporation ("NSC" and, together with Allianz, the "Allianz Insurers"), by and through undersigned counsel, hereby file this joinder (the "Joinder") to: (A) the *Supplemental Memorandum in Support of the Limited Objection of Creditors First State Insurance Company and Twin City Fire Insurance Company and Party in Interest Hartford Accident and Indemnity Company to Debtors' Motion for entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Mattes to Mandatory Mediation, and (III) Granting Related Relief* [D.I. 648] (the "Hartford Objection")[2]; and (B) the *Supplemental Brief in Support of Century's Objection to Debtors' Motion for Entry of Revised Mediation Order Filed on May 15, 2020 [Dkt. 640] Seeking (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory*

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.
[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Hartford Objection.

*Mediation, and (III) Granting Related Relief* [D.I. 646] (the "Century Objection" and, together with the Hartford Objection, the "Mediation Objections"). In support hereof, the Allianz Insurers state the following:

**JOINDER**

The Allianz Insurers hereby join the Mediation Objections.[3] The Allianz Insurers respectfully submit that the Court should not enter Debtors' order at this time, but rather should (1) require all prospective mediator candidates to make conflicts disclosures as required under Rule 2014; and (2) open the process to consider alternative candidates. Like Hartford and Century, the Debtors did not consult with the Allianz Insurers prior to the Debtors' selection of Messrs. Finn and Green as proposed mediators. And, although the Debtors ultimately agreed to accept a third mediator with respect to insurance issues, they have refused to reconsider Messrs. Green or Finn or to consider any qualified alternative candidates. As set forth in the *Debtors' Motion Leave to File a Reply in Support of their Mediation Motion* [D.I. 617], the Debtors propose that Messrs. Green and Finn act as mediators with respect to issues that are important to the Allianz Insurers (and the other insurers), including, but not limited to, the relative treatment of abuse claimants under the plan and trust distribution procedures, the funding of a victim compensation trust, and the treatment of abuse claims related to scouting that are asserted against related non-debtor entities. Therefore, in order to provide the mediation with the best chance to be successful, it is critical that the proposed mediators have the confidence of all of the stakeholders, not just some of them.[4]

[3] The Allianz Insurers previously filed joinders to Hartford's initial limited objection to the Debtors' Mediation Motion. *See* [D.I. 166 & 316].

[4] At the last hearing, the Debtors represented that there are approximately 80 insurers but the proposed mediation order only lists six, including the Allianz Insurers.

In the Debtors' Mediation Motion, Debtors indicate that the Mediator(s) will be selected in one of two ways: (1) agreement on a mediator by the "Mediation Parties" prior to the hearing (Mediation Motion ¶ 16); or (2) appointment of a sitting bankruptcy judge if the Mediation Parties cannot agree on a mediator (Mediation Motion ¶ 13). The Debtors have not complied with their representation as the Allianz Insurers (and the other insurers) have not consented to the appointment of Messrs. Green or Finn as mediators. Thus, the Allianz Insurers respectfully request that the Court consider other candidates,[5] including Judge Kevin J. Carey (retired) or a sitting bankruptcy judge, consistent with the Debtors' Mediation Motion.

## CONCLUSION

WHEREFORE, the Allianz Insurers respectfully request that the Court enter an order (i) granting the relief requested in this Joinder and (ii) such other and further relief as is just and proper.

Dated: May 15, 2020
Wilmington, Delaware

[*Signatures on following page*]

[5] A number of insurers have suggested that noted JAMS mediator David Geronemus would be an appropriate selection. *See* JAMS, https://www.jamsadr.com/geronemus/ (last visited May 14, 2020).

PEPPER HAMILTON LLP

By: /s/ *David M. Fournier*
David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
Hercules Plaza
1313 Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: 302.777.6500
Facsimile: 302.421.8390

*-and-*

TROUTMAN SANDERS LLP
Harris B. Winsberg (admitted *pro hac vice*)
Matthew G. Roberts (admitted *pro hac vice*)
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA 30308-2216
Telephone: 404.885.3000
Facsimile: 404.885.3900

*-and-*

NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP
Matthew W. Sorem (admitted *pro hac vice*)
10 S. Wacker Dr.
21st Floor
Chicago, IL 60606
Telephone: 312.585.1433
Facsimile: 312.585.1401

*-and-*

MCDERMOTT WILL & EMERY LLP
Margaret H. Warner (admitted *pro hac vice*)
Ryan S. Smethurst (admitted *pro hac vice*)
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone: 202.756.8228
Facsimile: 202.756.8087

*Attorneys for Allianz Global Risks US Insurance Company*

PEPPER HAMILTON LLP

By: /s/ *David M. Fournier*
David M. Fournier (DE No. 2812)
Marcy J. McLaughlin Smith (DE No. 6184)
Hercules Plaza
1313 Market Street
Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: 404.885.3000
Facsimile: 404.885.3900

*-and-*

TROUTMAN SANDERS LLP
Harris B. Winsberg (admitted *pro hac vice*)
Matthew G. Roberts (admitted *pro hac vice*)
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA 30308-2216
Telephone: 404.885.3000
Facsimile: 404.885.3900

*-and-*

BRADLEY RILEY JACOBS PC
Todd C. Jacobs (admitted *pro hac vice*)
320 W. Ohio Street
Suite 3W
Chicago, IL 60654
Telephone: 312.281.0295

*Attorneys for National Surety Corporation*