## CERTIFICATE OF SERVICE

I, David M. Fournier, hereby certify that on the 15th day of May, 2020, I served, or caused to be served, the foregoing *Joinder by Allianz Global Risks US Insurance Company and National Surety Corporation to the Hartford and Century Objections to Debtors' Motion for Entry of An Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief* upon the parties set forth on the attached list, in the manner indicated.

                                         */s/ David M. Fournier*
                                         David M. Fournier (DE No. 2812)

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**
Case No. 20-10343 (LSS)
Service List

**BY FIRST CLASS MAIL & EMAIL**
James F. Conlan; Thomas A. Labuda, Michael C. Andolina, Matthew E. Linder, Karim Basaria and Blair Warner
**SIDLEY AUSTIN LLP**
One South Dearborn Street Chicago, Illinois 60603
jconlan@sidley.com; tlabuda@sidley.com; mandolina@sidley.com; mlinder@sidley.com; kbasaria@sidley.com; blair.warner@sidley.com

**BY FIRST CLASS MAIL & EMAIL**
Derek C. Abbott, Andrew R. Remming, Joseph C. Barsalona II, Eric W. Moats and Paige N. Topper
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
dabbott@mnat.com; aremming@mnat.com; jbarsalona@mnat.com; emoats@mnat.com; ptopper@mnat.com

**BY FIRST CLASS MAIL & EMAIL**
Jessica C. K. Boelter
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
jboelter@sidley.com

**BY FIRST CLASS MAIL & EMAIL**
David L. Buchbinder and Hannah Mufson McCollum
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
david.l.buchbinder@usdoj.gov
hannah.mccollum@usdoj.gov

**BY FIRST CLASS MAIL & EMAIL**
James Stang, Robert Orgel, James O'Neill, John Lucas and Ilan Scharf
**PACHULSKI STANG ZIEHL & JONES LLP**
919 N Market St, 17th Fl.
PO Box 8705
Wilmington, DE 19899-8705
jstang@pszjlaw.com; rorgel@pszjlaw.com; joneill@pszjlaw.com; jlucas@pszjlaw.com; ischarf@pszjlaw.com

**BY FIRST CLASS MAIL & EMAIL**
Thomas Moers Mayer, Rachael Ringer, David E. Blabey, Jennifer R. Sharret and Megan M. Wasson
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
177 Avenue of the Americas
New York, NY 10036
tmayer@kramerlevin.com; rringer@kramerlevin.com; dblabey@kramerlevin.com; jsharret@kramerlevin.com; mwasson@kramerlevin.com

**BY FIRST CLASS MAIL & EMAIL**
Kurt F. Gwynne and Katelin Ann Morales
**REED SMITH LLP**
1201 Market Street
15th Floor
Wilmington, DE 19801
kgwynne@reedsmith.com; kmorales@reedsmith.com

**BY FIRST CLASS MAIL & EMAIL**
Eric S. Goldstein
**SHIPMAN & GOODWIN LLP**
One Constitution Plaza
Hartford, CT 06103
egoldstein@goodwin.com

**BY FIRST CLASS MAIL & EMAIL**
James P. Ruggeri, Joshua D. Weinberg, Michele Backus Konigsberg and Abigail W. Williams
**SHIPMAN & GOODWIN LLP**
1875 K Street, NW, Suite 600
Washington, DC 20003
jruggeri@goodwin.com; jweinberg@goodwin.com; mbackus@goodwin.com; awilliams@goodwin.com;

**BY FIRST CLASS MAIL & EMAIL**
Erin R. Fay and Gregory J. Flasser
**BAYARD, P.A.**
600 N. King Street, Suite 400
Wilmington, Delaware 19801
efay@bayardlaw.com ; gflasser@bayardlaw.com

#58065195 v1

| | |
|---|---|
| **BY FIRST CLASS MAIL & EMAIL**<br>Stamatios Stamoulis<br>**STAMOULIS & WEINBLATT LLC**<br>800 N. West Street Third Floor<br>Wilmington, Delaware 19801<br>stamoulis@swdelaw.com | **BY FIRST CLASS MAIL & EMAIL**<br>Tancred Schiavoni and Janine Panchok-Berry<br>**O'MELVENY & MYERS LLP**<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036-6537<br>tschiavoni@omm.com; jpanchok-berry@omm.com |

#58065195 v1