## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 18, 557, & 651** |

**Hearing Date: May 18, 2020 at 10:00 a.m. (ET)**

### JOINDER BY ALLIANZ GLOBAL RISKS US INSURANCE COMPANY AND NATIONAL SURETY CORPORATION TO OBJECTION OF HARTFORD ACCIDENT AND INDEMNITY COMPANY, FIRST STATE INSURANCE COMPANY AND TWIN CITY FIRE INSURANCE COMPANY TO DEBTORS' MOTION, PURSUANT TO 11 U.S.C. § 502(B)(9), BANKRUPTCY RULES 2002 AND 3003(C)(3), AND LOCAL RULES 2002-1(E), 3001-1, AND 3003-1 FOR AUTHORITY TO (I) ESTABLISH DEADLINES FOR FILING PROOFS OF CLAIM, (II) ESTABLISH THE FORM AND MANNER OF NOTICE THEREOF, (III) APPROVE PROCEDURES FOR PROVIDING NOTICE OF BAR DATE AND OTHER IMPORTANT INFORMATION TO ABUSE VICTIMS, AND (IV) APPROVE CONFIDENTIALITY PROCEDURES FOR ABUSE VICTIMS

Allianz Global Risks US Insurance Company ("Allianz") and National Surety Corporation ("NSC" and, together with Allianz, the "Allianz Insurers"), by and through undersigned counsel, hereby file this joinder (the "Joinder") to the *Objection of Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company to Debtors' Motion, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1 and 3003-1 for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice Thereof, (III) Approve Procedures for Providing Notice of Bar Date and Other Important Information to*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

*Abuse Victims, and (IV) Approve Confidentiality Procedures for Abuse Victims* [D.I. 651] (the "Hartford Objection")[2] and state the following:

## JOINDER

The Allianz Insurers hereby join the Hartford Objection.  Like Hartford, the Allianz Insurers submit that the Bar Date Order should be modified to provide that the filing of an Abuse Survivor Proof of Claim Form is not the last word on whether the claim to which it relates is allowed or paid.  In the alternative, the Allianz Insurers respectfully request that the Court supplement the Abuse Survivor Proof of Claim Form with the additional questions attached as Exhibit A to the Hartford Objection.  Hartford's proposed additional questions will assist in assessing the validity and value of the claims asserted against the Debtors.[3]  Those additional questions pose no prejudice to Debtors and are intended to elicit information to aid the Court's and the parties' evaluation of submitted claims, including for mediation purposes.

## CONCLUSION

WHEREFORE, the Allianz Insurers respectfully request that the Court enter an order (i) granting the relief requested in this Joinder and (ii) such other and further relief as is just and proper.

Dated:      May 15, 2020
            Wilmington, Delaware

*[Signatures on following page]*

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Hartford Objection.
[3] The Allianz Insurers reserve all rights to take additional discovery with respect to the claims.

#58114636 v1

PEPPER HAMILTON LLP

By: /s/ *David M. Fournier*
 David M. Fournier (DE No. 2812)
 Marcy J. McLaughlin Smith (DE No. 6184)
 Hercules Plaza
 1313 Market Street
 Suite 5100
 P.O. Box 1709
 Wilmington, DE 19899-1709
 Telephone: 302.777.6500
 Facsimile: 302.421.8390

*-and-*

 TROUTMAN SANDERS LLP
 Harris B. Winsberg (admitted *pro hac vice*)
 Matthew G. Roberts (admitted *pro hac vice*)
 Bank of America Plaza
 600 Peachtree Street NE
 Suite 3000
 Atlanta, GA  30308-2216
 Telephone: 404.885.3000
 Facsimile: 404.885.3900

*-and-*

 NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP
 Matthew W. Sorem (admitted *pro hac vice*)
 10 S. Wacker Dr.
 21st Floor
 Chicago, IL 60606
 Telephone: 312.585.1433
 Facsimile: 312.585.1401

*-and-*

 MCDERMOTT WILL & EMERY LLP
 Margaret H. Warner (admitted *pro hac vice*)
 Ryan S. Smethurst (admitted *pro hac vice*)
 The McDermott Building
 500 North Capitol Street, NW
 Washington, DC 20001-1531
 Telephone: 202.756.8228
 Facsimile: 202.756.8087

*Attorneys for Allianz Global Risks US Insurance Company*

---

PEPPER HAMILTON LLP

By: /s/ *David M. Fournier*
 David M. Fournier (DE No. 2812)
 Marcy J. McLaughlin Smith (DE No. 6184)
 Hercules Plaza
 1313 Market Street
 Suite 5100
 P.O. Box 1709
 Wilmington, DE 19899-1709
 Telephone: 404.885.3000
 Facsimile: 404.885.3900

*-and-*

 TROUTMAN SANDERS LLP
 Harris B. Winsberg (admitted *pro hac vice*)
 Matthew G. Roberts (admitted *pro hac vice*)
 Bank of America Plaza
 600 Peachtree Street NE
 Suite 3000
 Atlanta, GA  30308-2216
 Telephone: 404.885.3000
 Facsimile: 404.885.3900

*-and-*

 BRADLEY RILEY JACOBS PC
 Todd C. Jacobs (admitted *pro hac vice*)
 320 W. Ohio Street
 Suite 3W
 Chicago, IL 60654
 Telephone: 312.281.0295

*Attorneys for National Surety Corporation*