## **CERTIFICATE OF SERVICE**

I, David M. Fournier, hereby certify that on the 15th day of May, 2020, I served, or caused to be served, the foregoing *Joinder by Allianz Global Risks Us Insurance Company and National Surety Corporation to Objection of Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company to Debtors' Motion, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1 and 3003-1 for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice Thereof, (III) Approve Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Victims, and (IV) Approve Confidentiality Procedures for Abuse Victims* upon the parties set forth on the attached list, in the manner indicated.

                                                */s/ David M. Fournier*
                                                David M. Fournier (DE No. 2812)

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**
Case No. 20-10343 (LSS)
Service List

**BY FIRST CLASS MAIL & EMAIL**
James F. Conlan; Thomas A. Labuda, Michael C. Andolina, Matthew E. Linder, Karim Basaria and Blair Warner
**SIDLEY AUSTIN LLP**
One South Dearborn Street Chicago, Illinois 60603
jconlan@sidley.com; tlabuda@sidley.com; mandolina@sidley.com; mlinder@sidley.com; kbasaria@sidley.com; blair.warner@sidley.com

**BY FIRST CLASS MAIL & EMAIL**
Derek C. Abbott, Andrew R. Remming, Joseph C. Barsalona II, Eric W. Moats and Paige N. Topper
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
dabbott@mnat.com; aremming@mnat.com; jbarsalona@mnat.com; emoats@mnat.com; ptopper@mnat.com

**BY FIRST CLASS MAIL & EMAIL**
Jessica C. K. Boelter
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
jboelter@sidley.com

**BY FIRST CLASS MAIL & EMAIL**
David L. Buchbinder and Hannah Mufson McCollum
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
david.l.buchbinder@usdoj.gov
hannah.mccollum@usdoj.gov

**BY FIRST CLASS MAIL & EMAIL**
James Stang, Robert Orgel, James O'Neill, John Lucas and Ilan Scharf
**PACHULSKI STANG ZIEHL & JONES LLP**
919 N Market St, 17th Fl.
PO Box 8705
Wilmington, DE 19899-8705
jstang@pszjlaw.com; rorgel@pszjlaw.com; joneill@pszjlaw.com; jlucas@pszjlaw.com; ischarf@pszjlaw.com

**BY FIRST CLASS MAIL & EMAIL**
Thomas Moers Mayer, Rachael Ringer, David E. Blabey, Jennifer R. Sharret and Megan M. Wasson
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
177 Avenue of the Americas
New York, NY 10036
tmayer@kramerlevin.com; rringer@kramerlevin.com; dblabey@kramerlevin.com; jsharret@kramerlevin.com; mwasson@kramerlevin.com

**BY FIRST CLASS MAIL & EMAIL**
Kurt F. Gwynne and Katelin Ann Morales
**REED SMITH LLP**
1201 Market Street
15th Floor
Wilmington, DE 19801
kgwynne@reedsmith.com; kmorales@reedsmith.com

**BY FIRST CLASS MAIL & EMAIL**
Eric S. Goldstein
**SHIPMAN & GOODWIN LLP**
One Constitution Plaza
Hartford, CT 06103
egoldstein@goodwin.com

**BY FIRST CLASS MAIL & EMAIL**
James P. Ruggeri, Joshua D. Weinberg, Michele Backus Konigsberg and Abigail W. Williams
**SHIPMAN & GOODWIN LLP**
1875 K Street, NW, Suite 600
Washington, DC 20003
jruggeri@goodwin.com; jweinberg@goodwin.com; mbackus@goodwin.com; awilliams@goodwin.com;

**BY FIRST CLASS MAIL & EMAIL**
Erin R. Fay and Gregory J. Flasser
**BAYARD, P.A.**
600 N. King Street, Suite 400
Wilmington, Delaware 19801
efay@bayardlaw.com ; gflasser@bayardlaw.com

#58065195 v1

| | |
|---|---|
| **BY FIRST CLASS MAIL & EMAIL**<br>Stamatios Stamoulis<br>**STAMOULIS & WEINBLATT LLC**<br>800 N. West Street Third Floor<br>Wilmington, Delaware 19801<br>stamoulis@swdelaw.com | **BY FIRST CLASS MAIL & EMAIL**<br>Tancred Schiavoni and Janine Panchok-Berry<br>**O'MELVENY & MYERS LLP**<br>Times Square Tower<br>7 Times Square<br>New York, New York 10036-6537<br>tschiavoni@omm.com; jpanchok-berry@omm.com |

#58065195 v1