**Exhibit A**

**Summary of Services**

# haynes*boone*

Invoice Number: 21428565
Invoice Date:  May 13, 2020
Matter Name: Boy Scouts/Global Insurance Strategy
Client/Matter Number: 0020234.00005
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan
PO Box 52786
Houston, TX  77052

---

## REMITTANCE PAGE
*For Professional Services Through  April 30, 2020*

| | |
|---|---:|
| Total Fees | $7,643.50 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$7,643.50** |
| **Total Invoice Balance Due** | **USD  $7,643.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21428565** ● Client Number **0020234.00005** ● Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21428565
Matter Name: Boy Scouts/Global Insurance Strategy
Client/Matter Number: 0020234.00005
Billing Attorney: Ernest Martin, Jr.

May 13, 2020
Page 2 of 3

*For Professional Services Through  April 30, 2020*
RK-201851507368

## Professional Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/01/20 | Ernest Martin, Jr. | Review e-mail from Arch regarding claimant and request for information. | 0.10 | $97.50 |
| 03/09/20 | Brittany Parks | Read and analyze ConAgra decision (.5); prepare and write summary of decision and analysis of relevance (1.2); read and analyze Texas case law, underlying documents for use in summary (1.4). | 3.10 | $1,643.00 |
| 03/11/20 | Ernest Martin, Jr. | Review e-mail from Ms. Jungers regarding notice to insurers of new claims. | 0.10 | $97.50 |
| 03/17/20 | Adrian Azer | Review and respond to various requests for information by insurers related to specific, sexual-abuse claims, noting that information will be provided through the bankruptcy process. | 0.20 | $140.00 |
| 03/19/20 | Ernest Martin, Jr. | Review e-mails regarding ███████ case and insurance issues related to same (.2); review e-mails from plaintiffs' counsel in Kentucky litigation and response from Mr. Andolina (.3); review Chubb's reservation of rights letter regarding various claimants (.1); review complaint filed against ███████ (.2). | 0.80 | $780.00 |
| 03/23/20 | Adrian Azer | Review communications from various insurers related to claims submitted and coverage responses thereto. | 0.40 | $280.00 |
| 04/06/20 | Adrian Azer | Review communications from A. Kutz and Sidley Austin related to the ██ ███████ claim (.6); confer with Sidley Austin and A. Kutz regarding same (.4); review the relevant 2019 insurance policies for insurance coverage issues, including ███████████████ (.6). | 1.60 | $1,120.00 |
| 04/08/20 | Carla Green | Review and analyze several coverage correspondence received from insurers regarding coverage. | 0.50 | $280.00 |
| 04/09/20 | Adrian Azer | Review numerous responsive letters from insurers related to claims for coverage and review communication from A. Kutz related to same. | 0.50 | $350.00 |
| 04/09/20 | Ernest Martin, Jr. | Review correspondence from CNA regarding submitted claims. | 0.10 | $97.50 |
| 04/10/20 | Adrian Azer | Begin to review numerous communications from insurers, and communication with team regarding chart to track insurer requests. | 0.60 | $420.00 |
| 04/10/20 | Carla Green | Review and analyze several response/acknowledgment letters received on notice of new claims (1.0); correspondence with Mr. Azer, Ms. Rogers and Mr. Schindler regarding strategy and response (.3). | 1.30 | $728.00 |

Invoice Number: 21428565
Matter Name: Boy Scouts/Global Insurance Strategy
Client/Matter Number: 0020234.00005
Billing Attorney: Ernest Martin, Jr.

May 13, 2020
Page 3 of 3

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/15/20 | Adrian Azer | Review insurer letters in response to notices of claim. | 0.20 | $140.00 |
| 04/16/20 | Adrian Azer | Review various insurer communications related to various abuse claims, and communications with team regarding tracking. | 0.40 | $280.00 |
| 04/27/20 | Adrian Azer | Review communications from various insurers related to claims and communications with Debtors regarding information requests. | 0.30 | $210.00 |
| 04/28/20 | Adrian Azer | Review communications from various insurers, including Great American, asserting that BSA must still provide exhaustion information pursuant to the policies' cooperation clause and request for information from various insurers, and respond to same. | 0.40 | $280.00 |
| 04/29/20 | Adrian Azer | Confer with A. Kutz and Sidley Austin regarding ▮▮▮ claim and settlement strategy. | 0.40 | $280.00 |
| 04/30/20 | Adrian Azer | Review communication from client related to ▮▮▮▮▮▮▮▮▮▮▮▮ (.2); review and provide comments to motion to lift stay by ▮▮▮▮ and communications with Sidley Austin regarding same (.4). | 0.60 | $420.00 |

**Total Fees**                                                                                                        **$7,643.50**

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Adrian Azer | Partner | 5.60 | $700.00 | $3,920.00 |
| Ernest Martin, Jr. | Partner | 1.10 | $975.00 | $1,072.50 |
| Brittany Parks | Associate | 3.10 | $530.00 | $1,643.00 |
| Carla Green | Associate | 1.80 | $560.00 | $1,008.00 |

**Total Professional Summary**                                                **$7,643.50**

**Total Fees, Expenses and Charges**                                                            **$7,643.50**

**Total Amount Due**                                                            **USD $7,643.50**

# haynesboone

Invoice Number: 21428566
Invoice Date:  May 13, 2020
Matter Name: BSA/Illinois-DJ
Client/Matter Number: 0020234.00015
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

**REMITTANCE PAGE**
*For Professional Services Through  April 30, 2020*

| | |
|---|---:|
| Total Fees | $4,053.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$4,053.00** |
| **Total Invoice Balance Due** | **USD  $4,053.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

**CHECK PAYMENT INSTRUCTIONS**
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

**ACH PAYMENT INSTRUCTIONS**
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

**WIRE PAYMENT INSTRUCTIONS**
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N** ● **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21428566** ● Client Number **0020234.00015** ● Attorney **Ernest Martin, Jr.**

**PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.**

Invoice Number: 21428566
Matter Name: BSA/Illinois-DJ
Client/Matter Number: 0020234.00015
Billing Attorney: Ernest Martin, Jr.

May 13, 2020
Page 2 of 3

*For Professional Services Through  April 30, 2020*
RC0019416

## Professional Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/18/20 | Adrian Azer | Prepare for and conference with counsel to Allianz related to disclosure of ███ settlement information and, generally, impact of bankruptcy filing (.3); follow-up regarding same (.1). | 0.40 | $280.00 |
| 03/03/20 | Adrian Azer | Review motion to dismiss filed by Chubb related to Allianz's counterclaim for subrogation and contribution (1.0); communication with team regarding same (.2). | 1.20 | $840.00 |
| 03/06/20 | Adrian Azer | Communications with team regarding strategy related to Allianz counterclaim and stay, including Chubb's motion to dismiss. | 0.40 | $280.00 |
| 03/06/20 | Carla Green | Review and analyze Chubb's Motion to Dismiss and determine whether ███████████████ (1.2); conference with Mr. Azer regarding insurance coverage issues, including motions pending in Illinois and ██████████ (.6). | 1.80 | $1,008.00 |
| 03/06/20 | Ernest Martin, Jr. | Telephone call with Mr. Labuda regarding position to take on behalf of BSA and local council in connection with upcoming hearing. | 0.40 | $390.00 |
| 03/07/20 | Ernest Martin, Jr. | Review e-mail from Mr. Labuda regarding National Surety's motion to lift stay. | 0.10 | $97.50 |
| 03/09/20 | Ernest Martin, Jr. | Telephone call with Mr. Labuda and Mr. Oates to discuss response to National Surety's motion to lift stay. | 0.80 | $780.00 |
| 03/10/20 | Adrian Azer | Review communication from Illinois court related to a stay and communications with Sidley Austin regarding same. | 0.40 | $280.00 |
| 03/28/20 | Ernest Martin, Jr. | Review e-mail from Mr. Jacobs advising Illinois court of Agreed Order extending stay. | 0.10 | $97.50 |

**Total Fees** $4,053.00

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Adrian Azer | Partner | 2.40 | $700.00 | $1,680.00 |
| Ernest Martin, Jr. | Partner | 1.40 | $975.00 | $1,365.00 |
| Carla Green | Associate | 1.80 | $560.00 | $1,008.00 |

**Total Professional Summary** $4,053.00

Invoice Number: 21428566
Matter Name: BSA/Illinois-DJ
Client/Matter Number: 0020234.00015
Billing Attorney: Ernest Martin, Jr.

May 13, 2020
Page 3 of 3

**Total Fees, Expenses and Charges**                                    **$4,053.00**

**Total Amount Due**                                              **USD  $4,053.00**



Invoice Number: 21428567
Invoice Date:  May 13, 2020
Matter Name: BSA/Hartford Litigation
Client/Matter Number: 0020234.00018
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

### REMITTANCE PAGE
*For Professional Services Through  April 30, 2020*

| | |
|---|---|
| Total Fees | $78,935.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$78,935.00** |
| **Total Invoice Balance Due** | **USD  $78,935.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

#### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

#### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

#### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21428567** ● Client Number **0020234.00018** ● Attorney **Ernest Martin, Jr.**

#### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21428567
Matter Name: BSA/Hartford Litigation
Client/Matter Number: 0020234.00018
Billing Attorney: Ernest Martin, Jr.

May 13, 2020
Page 2 of 8

*For Professional Services Through  April 30, 2020*
RK-201862708176

### Professional Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/19/20 | Ernest Martin, Jr. | Review notice from court regarding recusal of Judge Starr. | 0.10 | $97.50 |
| 02/20/20 | Ernest Martin, Jr. | Review message from Mr. Ruggeri and reply to same. | 0.10 | $97.50 |
| 02/21/20 | Adrian Azer | Review order entered by Court noting that automatic stay does not apply (.1); communication with Mr. Martin regarding same (.1). | 0.20 | $140.00 |
| 02/21/20 | Ernest Martin, Jr. | Review order from court regarding inapplicability of automatic stay to suit against Hartford (.1); prepare e-mail to Mr. McGowan regarding same (.1); telephone call with Mr. Rugerri (.2); prepare e-mail to client regarding same (.1). | 0.50 | $487.50 |
| 03/02/20 | Carla Green | Review and analyze Hartford's response to BSA's motion to reinstate (.5); communication to Mr. Azer regarding reply to Hartford's response (.3); review and analyze case law cited by Hartford (1.2). | 2.00 | $1,120.00 |
| 03/05/20 | Adrian Azer | Confer with Mr. Labuda regarding request by Hartford related to mandatory arbitration motion and confer with Hartford regarding same. | 0.60 | $420.00 |
| 03/08/20 | Ernest Martin, Jr. | Review Hartford's Response to Court's Inquiry Regarding Automatic Stay (.3); prepare e-mail to Mr. Labuda and clients regarding same (.1). | 0.40 | $390.00 |
| 03/09/20 | Adrian Azer | Review Hartford reply to Court inquire related to automatic stay, including case-law sited therein (.7); confer with Mr. Martin and Ms. Green regarding same (.3). | 1.00 | $700.00 |
| 03/09/20 | Carla Green | Review and analyze Hartford Response to Inquiry Regarding Bankruptcy filing (.8); conference with Mr. Martin and Mr. Azer regarding same (.3). | 1.10 | $616.00 |
| 03/09/20 | Ernest Martin, Jr. | Telephone call with Court's law clerk regarding response to Hartford's filing (.2); telephone call with Mr. Labuda and Mr. Oates regarding same (.2); discussion with Mr. Azer and Ms. Green regarding same (.3); review Sidley's outline of the potential remand/abstention issues (.1). | 0.80 | $780.00 |
| 03/10/20 | Ernest Martin, Jr. | Telephone call with Mr. Labuda to discuss response to Hartford's response to Court's inquiry regarding bankruptcy (.2); prepare notes regarding recommendation regarding response to Hartford (.2). | 0.40 | $390.00 |
| 03/11/20 | Adrian Azer | Review court opinion regarding the Debtors' motion to remand, including review of issues related to abstention (1.3); confer with Mr. Martin and Ms. Green regarding same, including second motion to remand due on March 31, 2020 (.3). | 1.60 | $1,120.00 |

Invoice Number: 21428567
Matter Name: BSA/Hartford Litigation
Client/Matter Number: 0020234.00018
Billing Attorney: Ernest Martin, Jr.

May 13, 2020
Page 3 of 8

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/11/20 | Carla Green | Review and analyze Court's Order denying without prejudice BSA's motion to remand (.8); conference call with Mr. Martin and Mr. Azer to discuss second motion to remand and arguments to address (.3); review and analyze case law cited by court and Hartford (.6); begin outline of motion to remand (1.0); correspondence with Ms. Jungers regarding ███████████████ (.3). | 3.00 | $1,680.00 |
| 03/11/20 | Ernest Martin, Jr. | Review Court's opinion on motion to remand (.6); discussion with Mr. Azer and Ms. Green regarding same (.3); prepare e-mail to Mr. McGowan and Mr. Labuda regarding same (.2); telephone call with Mr. Labuda (.1) | 1.20 | $1,170.00 |
| 03/12/20 | Carla Green | Communications with Mr. Azer regarding second motion to remand. | 0.20 | $112.00 |
| 03/13/20 | Carla Green | Continue research and analysis of case law relating to ███████ (1.0); review Hartford response and court order regarding same argument (.4). | 1.40 | $784.00 |
| 03/16/20 | Adrian Azer | Review C. Green outline related to second motion to remand requested by the District Court. | 1.10 | $770.00 |
| 03/16/20 | Carla Green | Review and analyze case law regarding ███████ (.8); review and analyze case law relating to ███████████ (1.2); review and analyze court's order and cases cited therein (.5); continue draft of outline for motion for abstention and remand (3.2). | 5.70 | $3,192.00 |
| 03/17/20 | Adrian Azer | Prepare for (.4) and conference with Ms. Green regarding motion to remand in the Hartford litigation based on the court's order related to mandatory and permissive abstention, including review of outline and consideration of ███████ argument (.3). | 0.70 | $490.00 |
| 03/17/20 | Carla Green | Conference call with Mr. Azer regarding strategy for Motion to Remand (.3); begin draft of motion to remand (1.8); continue review and analysis regarding ███████ (1.4). | 3.50 | $1,960.00 |
| 03/17/20 | Ernest Martin, Jr. | Review status of second motion to remand. | 0.10 | $97.50 |
| 03/18/20 | Carla Green | Draft correspondence to Sidley regarding arguments in Hartford motion for remand to ensure no conflicts between Hartford motion and BSA's strategy ███████ (.4); continue review and analysis of case law relating to ███████ (.5); continue draft of motion to remand (1.2). | 2.10 | $1,176.00 |
| 03/19/20 | Adrian Azer | Review communication to Sidley Austin outlining arguments to be presented on second motion to remand. | 0.20 | $140.00 |

Invoice Number: 21428567
Matter Name: BSA/Hartford Litigation
Client/Matter Number: 0020234.00018
Billing Attorney: Ernest Martin, Jr.

May 13, 2020
Page 4 of 8

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/19/20 | Carla Green | Correspondence with Mr. Labuda regarding motion to remand (.3); continue draft of motion to abstain and remand (1.7); continue review and analysis of case law related to ▮▮▮▮ (1.0). | 3.00 | $1,680.00 |
| 03/19/20 | Ernest Martin, Jr. | Review outline for second motion to remand. | 0.30 | $292.50 |
| 03/20/20 | Carla Green | Continue review and analysis of case law regarding ▮▮▮▮ (1.4); draft outline of Motion for Abstention and Remand (2.2); correspondence with Sidley regarding revisions and arguments ▮▮▮▮ (.2). | 3.80 | $2,128.00 |
| 03/23/20 | Adrian Azer | Prepare for conference with Sidley Austin regarding motion to remand related to the Hartford action (.4); conference with Sidley Austin and Ms. Green regarding second motion to remand (.2); post-conference analysis of arguments to be presented (.2). | 0.80 | $560.00 |
| 03/23/20 | Carla Green | Review and analyze district and federal court reports regarding ▮▮▮▮ (.8); continue review and analysis regarding ▮▮▮▮ (.4); continue review and analysis of ▮▮▮▮ (1.0); continue draft of motion to remand (2.8); confer with Sidley Austin and Mr. Azer regarding second motion to remand (.2) | 5.20 | $2,912.00 |
| 03/23/20 | Katherine Rogers | Research statistical court information for Federal and State Case timelines. | 0.10 | $37.50 |
| 03/24/20 | Carla Green | Research and analyze case law on ▮▮▮▮ (1.4); continue review and analysis of case law relating to ▮▮▮▮ (.8); review and analyze case law cited by federal court regarding ▮▮▮▮ (1.0); continue draft of motion for abstention and remand (3.8); review and analyze related documents and pleadings (.5). | 7.50 | $4,200.00 |
| 03/25/20 | Adrian Azer | Draft, review and revise second motion to remand, including review original draft and revised version provided by Ms. Green (3.5); conferences with Ms. Green regarding same (.4); confer with counsel to Hartford and Ms. Green regarding status of coverage action and certain bankruptcy court issues (.5); post-conference with Sidley Austin regarding same (.2). | 4.60 | $3,220.00 |
| 03/25/20 | Carla Green | Conference call with Hartford and Mr. Azer regarding mediation and Texas action (.5); continue revisions to Motion for Abstention and Remand (4.7); conference call with Mr. Azer regarding same (.4). | 5.60 | $3,136.00 |
| 03/25/20 | Katherine Rogers | Assist counsel with draft of Motion for Abstention and Remand. | 0.60 | $225.00 |

Invoice Number: 21428567
Matter Name: BSA/Hartford Litigation
Client/Matter Number: 0020234.00018
Billing Attorney: Ernest Martin, Jr.

May 13, 2020
Page 5 of 8

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/26/20 | Adrian Azer | Prepare for and conference with various constituencies and Sidley Austin regarding second motion to remand Hartford coverage litigation (.6); post-conference with Mr. Martin regarding same (.3); review Hartford's motion to transfer venue (.3); continue to review second motion to remand and confer with Ms. Green regarding additional revisions to same (.4). | 1.60 | $1,120.00 |
| 03/26/20 | Carla Green | Continue to review and revise of Motion for Abstention and Remand (2.4); review and analyze case law relating to ███████████ (1.7); review and analyze exhibits and documents for Motion for Abstention and Remand (1.3); conference call with Mr. Azer, local council committee and Sidley regarding Motion for Abstention and Remand (.6). | 6.00 | $3,360.00 |
| 03/26/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding call with Stang to discuss motion to remand. | 0.30 | $292.50 |
| 03/27/20 | Carla Green | Continue revisions to Motion for Abstention and Remand (1.9); review and analyze Hartford's Motion to Transfer Venue and review and analyze cases cited in same (2.5). | 4.40 | $2,464.00 |
| 03/28/20 | Ernest Martin, Jr. | Review and revise BSA's second motion to remand (.5); prepare e-mail to clients regarding Hartford's motion to transfer (.2). | 0.70 | $682.50 |
| 03/29/20 | Adrian Azer | Review Mr. Martin's comments to second motion to remand and revise same (.6); communications with team regarding same (.1). | 0.70 | $490.00 |
| 03/29/20 | Ernest Martin, Jr. | Communication with Mr. Azer and Ms. Green regarding status of second motion to remand (.1); review e-mail from Mr. Labuda regarding same (.1); communication with Mr. Azer and Ms. Green regarding status of second motion to remand (.1); review e-mail from Mr. Labuda regarding same (.1). | 0.40 | $390.00 |
| 03/30/20 | Adrian Azer | Review Hartford's motion to transfer venue and revised second motion to remand, and revise to ███████ (3.1); conferences with Ms. Green regarding same (.4). | 3.50 | $2,450.00 |
| 03/30/20 | Carla Green | Review and analyze case law relating to ███████ (2.3); review and analyze Hartford's transfer venue ███████████ (.6); conferences with Mr. Azer regarding same (.4); review and analyze Court's order, Hartford's motion and related documents (.6); continue revisions to BSA's Motion for Abstention and Remand (3.4). | 7.30 | $4,088.00 |
| 03/30/20 | Ernest Martin, Jr. | Review e-mail from Mr. Labuda regarding comments to BSA's draft second motion to remand. | 0.10 | $97.50 |
| 03/30/20 | Ernest Martin, Jr. | Review latest version of motion to Abstain and prepare e-mail to Mr. McGowan regarding same. | 0.20 | $195.00 |

Invoice Number: 21428567  
Matter Name: BSA/Hartford Litigation  
Client/Matter Number: 0020234.00018  
Billing Attorney: Ernest Martin, Jr.

May 13, 2020  
Page 6 of 8

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/31/20 | Adrian Azer | Review and provide final comments to second motion to remand, supporting declaration, and exhibits (1.0); confer with Ms. Green regarding same (.3); review communications related to filing and final revisions (.4). | 1.70 | $1,190.00 |
| 03/31/20 | Carla Green | Finalize Motion for Abstention and Remand (3.8); conference with Mr. Azer regarding same (.3); draft Azer affidavit and gather exhibits (1.4); conference with Hartford regarding mediation, claim forms, and data room access (.5). | 6.00 | $3,360.00 |
| 03/31/20 | Ernest Martin, Jr. | Review e-mail from Mr. McGowan and Mr. Labuda regarding Motion to Abstain and reply to same. | 0.10 | $97.50 |
| 03/31/20 | Tiffany Thrasher | Assist counsel with preparation of Motion for Abstention and Remand, and Response to Motion to Transfer Venue (1.0); generate table of authorities and table of contents (1.4); cite check motion, compile exhibits, and efile same (2.1). | 4.50 | $1,575.00 |
| 04/10/20 | Adrian Azer | Review request for extension by Hartford (.1); internal communications related to same (.1); approve proposed stipulated order regarding same (.1). | 0.30 | $210.00 |
| 04/10/20 | Ernest Martin, Jr. | Review e-mail from opposing counsel regarding briefing schedule on pending motions (.1); review court order on briefing schedule (.1). | 0.20 | $195.00 |
| 04/20/20 | Katherine Rogers | Assist Ms. Green with request from Sidley. | 0.20 | $75.00 |
| 04/21/20 | Carla Green | Review and analyze Hartford's Response to BSA's Motion to Remand. | 0.50 | $280.00 |
| 04/22/20 | Adrian Azer | Confer with Ms. Green regarding Hartford response to BSA's motion to remand (.3); review Hartford's response to the motion to remand, including case law sited therein, and consider arguments for reply (1.3). | 1.60 | $1,120.00 |
| 04/22/20 | Carla Green | Conference with Mr. Azer regarding Reply in Support of BSA's Motion to Remand. | 0.30 | $168.00 |
| 04/23/20 | Adrian Azer | Continue to review Hartford response to BSA's motion to remand, including case law sited therein, and formulate arguments on reply, including ██████████. | 1.20 | $840.00 |
| 04/25/20 | Carla Green | Communications with Mr. Azer regarding arguments for Reply to Hartford's Response to Motion for Abstention (.3); review and analyze Hartford's Response (.3). | 0.60 | $336.00 |
| 04/27/20 | Adrian Azer | Draft, review and revise argument section of reply in support of motion to remand related to ████████████████████████ (2.6); draft, review and revise outline of thematic points and preliminary statement (.5); conferences with Ms. Green regarding same and response to argument related ████████████ (.4). | 3.50 | $2,450.00 |

Invoice Number: 21428567
Matter Name: BSA/Hartford Litigation
Client/Matter Number: 0020234.00018
Billing Attorney: Ernest Martin, Jr.

May 13, 2020
Page 7 of 8

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/27/20 | Carla Green | Review and analyze case law regarding order of ruling on venue and abstention (1.7); review and analyze Hartford Response and related documentation for Reply (.5); draft reply to Hartford's arguments (2.4); review and revise ▮▮▮▮▮ argument prepared by Mr. Azer (1.0); conferences with Mr. Azer regarding reply (.4). | 6.00 | $3,360.00 |
| 04/27/20 | Katherine Rogers | Download and circulate pleadings filed in this matter (.2); update client work product database (.2). | 0.40 | $150.00 |
| 04/28/20 | Adrian Azer | Continue to review and revise argument section of reply in support of motion to remand related to ▮▮▮▮▮▮▮▮▮▮ (.5); begin to review and revise argument section of reply related to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.7); confer with Ms. Green regarding arguments (.3); confer with Sidley Austin regarding ▮▮▮▮▮▮▮ arguments (.2). | 1.70 | $1,190.00 |
| 04/28/20 | Carla Green | Continue draft of Reply to Hartford's Response to BSA's Motion to Remand (2.0); review and analyze case law cited by Hartford to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (1.7); conference with Mr. Azer regarding same (.3). | 4.00 | $2,240.00 |
| 04/29/20 | Adrian Azer | Continue to review and revise reply in support of BSA's motion to remand, including argument related to ▮▮▮▮▮, continue to draft preliminary statement, and edit entire reply to shorten to 10-page limit and revise arguments for persuasiveness (3.4); review certain decisions sited by Hartford and ▮▮▮▮▮▮▮▮▮▮▮ (.8) communications with Ms. Green regarding same (.3). | 4.50 | $3,150.00 |
| 04/29/20 | Carla Green | Review and revise Hartford Reply per Mr. Azer's comments, including inserting citations, reviewing case law ▮▮▮▮▮, incorporating arguments regarding ▮▮▮▮▮▮▮▮, and reviewing related exhibits, documents, and pleadings. | 5.80 | $3,248.00 |
| 04/30/20 | Adrian Azer | Continue to review and revise reply in support of BSA's motion to remand, revising to shorten to 10-page limit. | 0.90 | $630.00 |
| 04/30/20 | Carla Green | Review final revisions to Reply to Hartford's Response to BSA's Motion to Remand. | 2.00 | $1,120.00 |

**Total Fees**  **$78,935.00**

Invoice Number: 21428567

Matter Name: BSA/Hartford Litigation

Client/Matter Number: 0020234.00018

Billing Attorney: Ernest Martin, Jr.

May 13, 2020

Page 8 of 8

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Adrian Azer | Partner | 32.00 | $700.00 | $22,400.00 |
| Ernest Martin, Jr. | Partner | 5.90 | $975.00 | $5,752.50 |
| Carla Green | Associate | 87.00 | $560.00 | $48,720.00 |
| Katherine Rogers | Paralegal | 1.30 | $375.00 | $487.50 |
| Tiffany Thrasher | Paralegal | 4.50 | $350.00 | $1,575.00 |

**Total Professional Summary**     **$78,935.00**

**Total Fees, Expenses and Charges**     **$78,935.00**

**Total Amount Due**     **USD  $78,935.00**

# haynes*boone*

Invoice Number: 21428568
Invoice Date:  May 13, 2020
Matter Name:  BSA/Kentucky
Client/Matter Number: 0020234.00020
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

**REMITTANCE PAGE**
*For Professional Services Through  April 30, 2020*

| | |
|---|---|
| Total Fees | $6,997.50 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$6,997.50** |
| **Total Invoice Balance Due** | **USD  $6,997.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

**CHECK PAYMENT INSTRUCTIONS**
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

**ACH PAYMENT INSTRUCTIONS**
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

**WIRE PAYMENT INSTRUCTIONS**
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21428568** ● Client Number **0020234.00020** ● Attorney **Ernest Martin, Jr.**

**PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.**

Invoice Number: 21428568
Matter Name: BSA/Kentucky
Client/Matter Number: 0020234.00020
Billing Attorney: Ernest Martin, Jr.

May 13, 2020
Page 2 of 3

*For Professional Services Through  April 30, 2020*
RK-201862708175

**Professional Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/19/20 | Adrian Azer | Review request from ORIC for update regarding ▮▮▮▮ (.2); communications with A. Kutz regarding same (.1); communications with Sidley regarding same (.1); review prior communications related to coverage (.3). | 0.70 | $490.00 |
| 03/19/20 | Adrian Azer | Draft, review and revise interrogatory responses related to Kentucky plaintiffs objection to motion for preliminary injunction, including communications with Ms. Green regarding drafting same and revisions. | 1.40 | $980.00 |
| 03/19/20 | Carla Green | Review and analyze memo analyzing ▮▮▮▮ (.6); compile tender letters and coverage letters regarding Kentucky suit for Sidley (.4); review and analyze Verified Complaint and interrogatories (.4); draft interrogatory responses relating to all available policies that may respond to Kentucky lawsuits and review and analyze policies for ▮▮▮▮ (2.8). | 4.20 | $2,352.00 |
| 03/19/20 | Ernest Martin, Jr. | Telephone call with Mr. Andolina and Mr. Schneider regarding Kentucky litigation. | 0.20 | $195.00 |
| 03/19/20 | Ernest Martin, Jr. | Review and revise discovery response to Kentucky plaintiff's interrogatory. | 0.20 | $195.00 |
| 04/09/20 | Adrian Azer | Review communications related to ORIC insurance coverage for LMPD and plaintiffs' counsel communications (.2); confer with A. Kutz and T. Labuda regarding same (.2); review communications related to insurance policies to produce to plaintiffs (.2). | 0.60 | $420.00 |
| 04/09/20 | Carla Green | Complete chart of policies that response to Kentucky lawsuits for document production. | 1.10 | $616.00 |
| 04/09/20 | Ernest Martin, Jr. | Review e-mail regrading policies applicable to Kentucky lawsuit. | 0.10 | $97.50 |
| 04/13/20 | Adrian Azer | Review communications from A. Kutz related to plaintiffs request for insurance-coverage information (.3); confer with A. Kutz regarding same (.2); confer with Sidley Austin regarding next steps (.3). | 0.80 | $560.00 |
| 04/16/20 | Adrian Azer | Communications with client regarding materials provided to Kentucky plaintiffs (.2); review and revise communication to Sidley Austin summarizing ▮▮▮▮ (.3); communications with Sidley Austin regarding same (.2); confer with Sidley Austin regarding same and ▮▮▮▮, and post-analysis regarding same (.4). | 1.10 | $770.00 |

Invoice Number: 21428568
Matter Name: BSA/Kentucky
Client/Matter Number: 0020234.00020
Billing Attorney: Ernest Martin, Jr.

May 13, 2020
Page 3 of 3

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/17/20 | Carla Green | Correspondence with Mr. Ebben regarding communications with Kentucky defendants. | 0.20 | $112.00 |
| 04/29/20 | Adrian Azer | Confer with counsel to ORIC regarding LMPD cases and review communications related to same. | 0.30 | $210.00 |

**Total Fees**          **$6,997.50**

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Adrian Azer | Partner | 4.90 | $700.00 | $3,430.00 |
| Ernest Martin, Jr. | Partner | 0.50 | $975.00 | $487.50 |
| Carla Green | Associate | 5.50 | $560.00 | $3,080.00 |
| **Total Professional Summary** | | | | **$6,997.50** |

**Total Fees, Expenses and Charges**      **$6,997.50**

**Total Amount Due**      **USD $6,997.50**

# haynesboone

Invoice Number: 21428569
Invoice Date:  May 13, 2020
Matter Name: BSA/National Surety Litigation
Client/Matter Number: 0020234.00021
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan
1325 West Walnut Hill Lane
Irving, TX  75015-2079

---

## REMITTANCE PAGE
*For Professional Services Through  April 30, 2020*

| | |
|---|---|
| Total Fees | $10,618.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$10,618.00** |
| **Total Invoice Balance Due** | **USD  $10,618.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21428569** ● Client Number **0020234.00021** ● Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21428569
Matter Name: BSA/National Surety Litigation
Client/Matter Number: 0020234.00021
Billing Attorney: Ernest Martin, Jr.

May 13, 2020
Page 2 of 3

*For Professional Services Through  April 30, 2020*

**Professional Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/18/20 | Adrian Azer | Review notice of bankruptcy filed by National Surety (.2); analyze response and arguments related to same (.9). | 1.10 | $770.00 |
| 02/18/20 | Carla Green | Review and analyze National Surety's Notice of Bankruptcy (.3); review and analyze appellate rules regarding same (.3); review and analyze case law relating to ████████████ (2.4); begin draft of response (.8). | 3.80 | $2,128.00 |
| 02/18/20 | Andrew Guthrie | Analyze issues related to notice of bankruptcy in Texas mandamus proceeding, including ██████████. | 0.40 | $280.00 |
| 02/18/20 | Ernest Martin, Jr. | Review pleading filed by National Surety in Dallas Court of Appeals regarding bankruptcy. | 0.10 | $97.50 |
| 02/19/20 | Adrian Azer | Review and revise response to National Surety's notice of bankruptcy, including review of A. Guthrie revisions (1.2); communications with Mr. Martin regarding same (.2); communications with Sidley regarding filing same (.1). | 1.50 | $1,050.00 |
| 02/19/20 | Carla Green | Finalize response to National Surety's Notice of bankruptcy (1.4); complete revisions per Mr. Martin (.3). | 1.70 | $952.00 |
| 02/19/20 | Andrew Guthrie | Review draft of response to National Surety's stay motion and provide comments and suggested revisions to shorten and strengthen. | 1.40 | $980.00 |
| 02/19/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding status of response to insurer's filing of automatic stay in Dallas Court of Appeals (.2); review and revise response to National Surety's automatic stay (.3). | 0.50 | $487.50 |
| 02/20/20 | Carla Green | Final review and filing of Response to National Surety's Notice of Bankruptcy. | 0.30 | $168.00 |
| 02/20/20 | Ernest Martin, Jr. | Review filed response with Dallas Court of Appeals (.2); prepare e-mail to client regarding various filings in coverage actions concerning bankruptcy (.1). | 0.30 | $292.50 |
| 02/20/20 | Denise A. Stilz | Electronically file Response to Notice of Bankruptcy. | 0.20 | $75.00 |
| 02/24/20 | Ernest Martin, Jr. | Review National Surety's letter to Dallas Court of Appeals. | 0.10 | $97.50 |
| 03/02/20 | Ernest Martin, Jr. | Review National Surety's reply regarding notice of bankruptcy and response to motion to reinstate. | 0.10 | $97.50 |

Invoice Number: 21428569
Matter Name: BSA/National Surety Litigation
Client/Matter Number: 0020234.00021
Billing Attorney: Ernest Martin, Jr.

May 13, 2020
Page 3 of 3

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/06/20 | Adrian Azer | Review National Surety motion to lift stay, including case law cited therein and consider next steps (.4); confer with Ms. Green regarding same (.6). | 1.00 | $700.00 |
| 03/10/20 | Adrian Azer | Confer with A. Guthrie regarding response to National Surety pleading related to automatic stay (.3); confer with Mr. Martin regarding next steps (.1); review analysis provided by A. Guthrie related to same (.3). | 0.70 | $490.00 |
| 03/10/20 | Andrew Guthrie | Review National Surety's response regarding bankruptcy (.2); discuss same with Mr. Azer (.3); draft email with thoughts for possible reply brief (.2). | 0.70 | $490.00 |
| 03/10/20 | Ernest Martin, Jr. | Review e-mail from law clerk to Judge Conlon regarding Suggestion of Bankruptcy (.1); discussion with Mr. Azer regarding same (.1); telephone call with Mr. Labuda to discuss response to National Surety's motion to extend stay (.3); prepare notes regarding recommendation on responding to National Surety (.2). | 0.70 | $682.50 |
| 03/11/20 | Ernest Martin, Jr. | Telephone call with Mr. Labuda regarding proposed stay on Illinois and Texas actions (.1); communication with Mr. Azer regarding same (.1); review e-mail from National Surety's counsel (.1). | 0.30 | $292.50 |
| 03/12/20 | Ernest Martin, Jr. | Review e-mail from Mr. Labuda and National Surety bankruptcy counsel. | 0.20 | $195.00 |
| 03/19/20 | Ernest Martin, Jr. | Review order from Dallas Court of Appeals (.2); prepare e-mail to clients regarding same (.1). | 0.30 | $292.50 |

**Total Fees**                                                                                        **$10,618.00**

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Adrian Azer | Partner | 4.30 | $700.00 | $3,010.00 |
| Ernest Martin, Jr. | Partner | 2.60 | $975.00 | $2,535.00 |
| Andrew Guthrie | Associate | 2.50 | $700.00 | $1,750.00 |
| Carla Green | Associate | 5.80 | $560.00 | $3,248.00 |
| Denise A. Stilz | Paralegal | 0.20 | $375.00 | $75.00 |

**Total Professional Summary**                                        **$10,618.00**

**Total Fees, Expenses and Charges**                                                    **$10,618.00**

**Total Amount Due**                                                       **USD  $10,618.00**

# haynes*boone*

Invoice Number: 21428594
Invoice Date:  May 13, 2020
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGown, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

**REMITTANCE PAGE**

*For Professional Services Through  April 30, 2020*

| | |
|---|---:|
| Total Fees | $164,006.50 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$164,006.50** |
| **Total Invoice Balance Due** | **USD  $164,006.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21428594** ● Client Number **0020234.00024** ● Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21428594                                                      May 13, 2020
Matter Name: <mark>General Insurance Matters</mark>                                          Page 2 of 20
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

*For Professional Services Through  April 30, 2020*

**Professional Fees**

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 02/18/20 | Adrian Azer | Communications with Sidley regarding various issues related to the filing (.4); draft, review and revise communications to various insurers related to the filing (.5); review coverage charts for inclusion in data room (.4); confer with Mr. Martin regarding same (.2); confer with KCIC regarding revisions to coverage charts (.3); communications with Mr. Martin and KCIC regarding providing a complete copy of all policies for the data room (.2); communications with Ogletree related to insurer requests and impact of bankruptcy filing (.4); draft, review and revise communication to Texas courts regarding bankruptcy filing (.5); review open letter submitted by BSA and communication with Mr. Martin regarding same, including ████████████████████ (.3). | 3.20 | $2,240.00 |
| 02/18/20 | Ernest Martin, Jr. | Review e-mails from FTI on new media on bankruptcy (.3); review e-mail from Allianz' counsel (.1); discussion with Mr. Azer regarding inclusion of coverage charts in data room (.2); review e-mail from Ms. Covington regarding insurance information to upload to data room and reply to same (.3). | 0.90 | $877.50 |
| 02/19/20 | Adrian Azer | Prepare for and conference with auditor from PWC (1.0); review Milliman report provided by BSA, including ████████████████ (1.1); confer with A. Kutz regarding call with PWC and Milliman report (1.3); communications with team regarding same (.2). | 3.60 | $2,520.00 |
| 02/19/20 | Ernest Martin, Jr. | Review e-mail from PWC regarding insurance coverage charts | 0.10 | $97.50 |
| 02/20/20 | Adrian Azer | Continue to review Milliman report and ████████████████████ (1.4); confer with Sidley and BSA regarding request by ORIC for an update on the Kentucky cases (.6); confer with A. Kutz regarding same (.2); provide PWC ████████ coverage charts (.2); review communication from Chubb requesting information (.2); communications with Ogletree regarding same (.1); perform a final review of the revised interested parties list (.2). | 2.90 | $2,030.00 |
| 02/20/20 | Ernest Martin, Jr. | Communication with Mr. Azer regarding call with PWC and Sidley (.1); prepare e-mail to Sidley team (.2); telephone call with Mr. Labuda (.1); review Milliman report (.5); | 0.90 | $877.50 |
| 02/21/20 | Adrian Azer | Confer with T. Labuda regarding conference with ORIC. | 0.20 | $140.00 |
| 02/21/20 | Ernest Martin, Jr. | Review e-mail from Mr. McGowan regarding ████████████████ ████████████ and reply to same (.2); review message from Mr. Meadows of Circle Ten Council (.1) | 0.30 | $292.50 |

Invoice Number: 21428594
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

May 13, 2020
Page 3 of 20

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/23/20 | Ernest Martin, Jr. | Communication with Mr. Azer regarding bankruptcy filings. | 0.10 | $97.50 |
| 02/24/20 | Adrian Azer | Communications with Mr. Martin regarding next steps in bankruptcy related to ▮▮▮▮▮ (.2); confer with Ms. Green regarding drafting agenda for conference with Sidley Austin (.2); review and consider items to pursue with respect to insurance, including ▮▮▮▮ ▮▮▮ (.5); communications with Sidley regarding discussions with Old Republic and consider next steps with respect to same (.6). | 1.50 | $1,050.00 |
| 02/24/20 | Carla Green | Conference with Mr. Azer regarding insurance issues that need to be addressed in bankruptcy. | 0.20 | $112.00 |
| 02/24/20 | Ernest Martin, Jr. | Telephone call with Chuck Meadows | 0.10 | $97.50 |
| 02/25/20 | Adrian Azer | Review and revise agenda for conference call with Sidley Austin related to next steps with respect to insurance asset, including conference with Ms. Green regarding same (.5); confer with counsel to Liberty Mutual regarding fronting policies, and post-conference analysis regarding ▮▮▮▮▮ (.8); confer with counsel to Hartford regarding stay of Illinois action and bankruptcy-related issues (.5); confer with Mr. Martin regarding discussions with Liberty Mutual and Hartford (.3); draft, review and revise communication to BSA and Sidley Austin related to ORIC obligations for specific claims (.2); review various claims-handling agreements with ESIS and continuing role as third-party administrator (1.2); confer with Mr. Labuda regarding issues related to Old Republic and ESIS, analyze next steps with respect to same, including communication with Mr. Stoner regarding follow-up analysis (.8). | 4.30 | $3,010.00 |
| 02/25/20 | Carla Green | Review and analyze draft agenda for bankruptcy, insurance-related issues (.2); conference with Mr. Azer regarding same (.2). | 0.40 | $224.00 |
| 02/25/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding call with Liberty' counsel and agenda for call with Sidley on insurance issues (.3); prepare e-mail to Mr. Labuda regarding agenda for call (.1). | 0.40 | $390.00 |
| 02/26/20 | Adrian Azer | Confer with Mr. Martin regarding strategy with respect to ▮▮▮▮ ▮▮▮▮ (.3); prepare for conference with Sidley Austin regarding same (.2); confer with Sidley Austin regarding strategy with regard to insurance (.8); conferences with Mr. Stoner regarding analysis of ORIC policies related to local council rights (.5); analyze ORIC policies related to local council rights and ▮▮▮▮ ▮▮▮▮ (.4); confer with Ms. Green regarding 2004 discovery requests to be provided (.2); continue to review Milliman report related to insurance (.4). | 2.80 | $1,960.00 |
| 02/26/20 | Carla Green | Conference call with Mr. Azer, Mr. Martin and Sidley regarding bankruptcy, insurance-related matters (.8); follow up conference with Mr. Azer regarding 2004 discovery (.2); begin draft of 2004 discovery (1.0). | 2.00 | $1,120.00 |

Invoice Number: 21428594
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

May 13, 2020
Page 4 of 20

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/26/20 | Ernest Martin, Jr. | Participate in BSA check-in call with team (.8); discussion with Mr. Azer regarding outstanding insurance issues related to bankruptcy (.3); participate in call with Mr. Labuda and Ms. Boelter regarding same (1.0). | 2.10 | $2,047.50 |
| 02/26/20 | Mike Stoner | Confer with Mr. Azer regarding ORIC analysis of ▓▓▓▓▓ (.5); analysis regarding distinctions between ▓▓▓▓▓ under Old Republic Policies (1.0); analysis regarding ▓▓▓▓▓ under Old Republic Policies (1.5); work on memorandum concerning ▓▓▓▓▓ under Old Republic Policies (1.3); analysis concerning negotiating points for meeting with Old Republic (1.2); update memorandum regarding negotiating points (1.1); work on memorandum regarding ▓▓▓▓▓ (.3). | 6.90 | $4,347.00 |
| 02/27/20 | Adrian Azer | Review and revise memorandum analyzing ▓▓▓▓▓ (1.3); multiple conferences with Mr. Stoner and Mr. Martin regarding same (.6); review Mr. Stoner's revisions to memorandum, finalize, and circulate to Sidley Austin for review (.5); prepare for and conference with Sidley Austin regarding same (.6); post-conference preparation for meeting with ORIC and Sidley (.6). | 3.60 | $2,520.00 |
| 02/27/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding status of issues with ORIC | 0.10 | $97.50 |
| 02/27/20 | Mike Stoner | Edit and revise memorandum regarding ▓▓▓▓▓ and Old Republic Policies (.4); analysis regarding revisions to memorandum (.4); analysis regarding ▓▓▓▓▓ (.4); analysis regarding ▓▓▓▓▓ (.6); prepare additional red-lines to memorandum (.3); conferences with Mr. Azer regarding same (.6). | 2.70 | $1,701.00 |
| 02/28/20 | Adrian Azer | Prepare for meeting, including confer with Sidley team (1.7); meeting with Old Republic and Sidley team and post-meeting with Sidley team (1.3); post-conference with A. Kutz regarding follow-up tasks (.3); post-conference with Mr. Martin regarding summary of meeting and follow-up tasks (.1). | 3.40 | $2,380.00 |
| 02/28/20 | Carla Green | Continue draft of 2004 discovery. | 1.20 | $672.00 |
| 02/28/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding meeting in Chicago with ORIC | 0.10 | $97.50 |
| 03/01/20 | Adrian Azer | Review insurer request for information and communication with Mr. Martin regarding same. | 0.20 | $140.00 |
| 03/02/20 | Adrian Azer | Prepare for and conference with Mr. Stoner regarding ▓▓▓▓▓ (.5); continue to review requests from insurers related to information and communication with Sidley Austin regarding same (.4); communications with the Debtors regarding ▓▓▓▓▓, and communications with ESIS regarding same (.3). | 1.20 | $840.00 |

Invoice Number: 21428594
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

May 13, 2020
Page 5 of 20

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/02/20 | Mike Stoner | Call with Adrian Azer regarding status of discussions with Old Republic (.3); review emails with Anna Kutz concerning Old Republic and ESIS matters (.1). | 0.40 | $252.00 |
| 03/03/20 | Adrian Azer | Review ESIS agreement provided by client in connection with discussion with ESIS regarding ████████ (.4); confer with T. Labuda regarding same (.3); prepare for and conference with Mr. Stoner and A. Kutz regarding information requested by ORIC, including communications related to same and review of ORIC information request (.9); confer with T. Labuda regarding discussion with ORIC (.2); confer with counsel to ORIC regarding information requested (.2); confer with counsel to ESIS regarding bankruptcy-related issues (.3); review loss run provided by ORIC and communications with Mr. Stoner regarding same (.4). | 2.70 | $1,890.00 |
| 03/03/20 | Carla Green | Review and analyze bankruptcy and local rules regarding 2004 motions (.5); begin draft of rule 2004 motion relating to ████████████ (1.0). | 1.50 | $840.00 |
| 03/03/20 | Mike Stoner | Analysis regarding issues relating to ████████████ (2.0); conference with Mr. Azer and A. Kutz regarding same (.6). | 2.60 | $1,638.00 |
| 03/04/20 | Adrian Azer | Continue to review ESIS agreement and ████████ (.5); conference with counsel to Chubb and ESIS regarding ████████ (.5); pre- and post-conference with Sidley Austin regarding same (.4); communications with counsel to ORIC regarding request for supplemental loss run information (.2); communications with BSA regarding same (.2); communication with counsel to ESIS providing Wage Order (.2); communication with Mr. Martin regarding information related to the coverage actions to be included in the data room (.1); confer with Ms. Green regarding same (.2). | 2.30 | $1,610.00 |
| 03/04/20 | Carla Green | Conference call with Mr. Azer to discuss documents needed for BSA data room and Rule 2004 discovery (.4); continue draft of Rule 2004 discovery related to ████████████ (1.2); correspondence with Ms. Rogers regarding documents needed for BSA data room (.2). | 1.80 | $1,008.00 |
| 03/04/20 | Ernest Martin, Jr. | Review e-mail from Ms. Covington regarding insurance information related to coverage actions for creditors (1.0); review e-mail from Mr. Basaria and reply to same (.2); telephone call with Ms. Covington regarding insurance documents to place in data room (.2); telephone call with Sidley regarding same (.4). | 1.80 | $1,755.00 |
| 03/04/20 | Mike Stoner | Review additional documents provided by Ms. Kutz concerning loss runs for the purpose of ████████████ ██. | 1.10 | $693.00 |

Invoice Number: 21428594
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

May 13, 2020
Page 6 of 20

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/05/20 | Adrian Azer | Commuications with Mr. Martin a Ms. Green related to insurance-coverage issues (.5); communications with Ms. Green regarding insurance-information for data room (.4). | 0.90 | $630.00 |
| 03/05/20 | Carla Green | Review complaints and dockets of coverage litigation for BSA data room (.3); correspondence with Ms. Rogers regarding same (.2). | 0.50 | $280.00 |
| 03/05/20 | Mike Stoner | Further review regarding spreadsheets provided by Ms. Kutz over ███████ (2.8); conference call with ESIS and Old Republic concerning document issues (.3). | 3.10 | $1,953.00 |
| 03/06/20 | Adrian Azer | Prepare for and conference with Sidley Austin, Debtors, and Mr. Martin regarding various issues related to insurance coverage (.9); communications with Debtors and Sidley Austin regarding ███████ (.3); communications with Sidley Austin regarding Hartford request for revisions to mediator order (.5); review communication from Ogletree Deacons related to ███████ and confer with B. Griggs regarding same (.7). | 2.40 | $1,680.00 |
| 03/06/20 | Carla Green | Conference with Mr. Azer, Mr. Martin and Sidley regarding insurance issues in bankruptcy. | 0.80 | $448.00 |
| 03/06/20 | Ernest Martin, Jr. | Telephone call with Mr. Labuda regarding bankruptcy issues. | 0.40 | $390.00 |
| 03/06/20 | Mike Stoner | Review new spreadsheets provided by Ms. Kutz and analyze comments regarding reconciliation. | 0.80 | $504.00 |
| 03/07/20 | Carla Green | Review presentations for summary of issues in Illinois action (.3); research and analyze case law relating to ███████ (1.3). | 1.60 | $896.00 |
| 03/07/20 | Ernest Martin, Jr. | Review e-mail from Mr. Linder regarding policies issued to local councils (.1); review National Surety's Motion to Lift Stay (.3); prepare e-mail to Mr. Labuda regarding same (.1). | 0.50 | $487.50 |
| 03/09/20 | Adrian Azer | Prepare for and conference with Sidley Austin and Mr. Martin related to National Surety motion to lift stay and ORIC's request for comfort orders (.8); communications with Sidley Austin regarding insurance information for the data room (.6); review communications and spreadsheets provided to ORIC related to ███████, and communications with the Debtors regarding same (1.2); review various comfort orders requested by ORIC and samples provided by Sidley Austin (.8); communications with Sidley Austin and KCIC related to AXA insurance policies (.3); confer with Hartford regarding revisions to mediator order and follow-up communications with Sidley Austin regarding same (.7); review communication from Chubb requesting information and communication with Sidley Austin regarding same (.2); review ESIS revisions to the Wage Order and communications with Sidley Austin regarding same (.8). | 5.40 | $3,780.00 |

Invoice Number: 21428594
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

May 13, 2020
Page 7 of 20

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/09/20 | Carla Green | Complete gathering of documents for BSA data room (.2); continue draft of rule 2004 discovery pertaining to ████████████████ (1.2); review and analyze BSA data room for completeness and confidentiality (1.4); summary of same to Sidley (.3). | 3.10 | $1,736.00 |
| 03/09/20 | Ernest Martin, Jr. | Review e-mail from Mr. Labuda regarding selection of mediator (.1); communication with Ms. Green regarding insurance documents in data room (.2); review e-mail from Mr. Basaria regarding insurance documents for data room (.1); review ESIS comments to EE Wage Order (.1); review draft retention application (.6); call with Sidley (.8). | 1.90 | $1,852.50 |
| 03/10/20 | Adrian Azer | Prepare for conference call with Sidley Austin regarding stay of various coverage actions, including communication with Mr. Martin (.5); conference call with Sidley Austin regarding stay of coverage actions (.5); communications with Sidley Austin regarding AXA insurance coverage (.2); continue to review comfort orders provided by Sidley Austin and communication with Ms. Green regarding same (.4); review proof of claim submitted by Hartford in the Debtors bankruptcy (.2); review various communications from insurers requesting information (.3); review communications with ORIC related to ████████████████████ ████████████████ .4). | 2.50 | $1,750.00 |
| 03/10/20 | Carla Green | Communication to Mr. Azer regarding reply in opposition to Hartford Response to Bankruptcy Inquiry, analysis of ████████████████ (.4); review related motion and response to determine next steps and replies (.5). | 0.90 | $504.00 |
| 03/10/20 | Ernest Martin, Jr. | Review e-mail from Mr. McGowan regarding policies issued to local councils (.1); review Hartford's proof of claim (.1) | 0.20 | $195.00 |
| 03/11/20 | Adrian Azer | Communications with Debtors regarding ████████████ █████████, and communications with ORIC and ESIS regarding same (.6); review recent non-abuse lawsuit filed against the Debtors and notice provided to insurers (.4). | 1.00 | $700.00 |
| 03/12/20 | Adrian Azer | Confer with Sidley Austin regarding ████████████ ████████, and follow-up communications with Debtors regarding same (.8); communications related to ESIS' request for changes to the Wage Order, including communications with Sidley Austin (.7); review and analyze Rule 2004 discovery to be served on insurers and communications with Ms. Green regarding same (.6). | 2.10 | $1,470.00 |
| 03/12/20 | Mike Stoner | Review emails relating to Old Republic spreadsheets (.2); communications with Mr. Azer regarding Old Republic and ESIS emails and spreadsheet questions (.1). | 0.30 | $189.00 |

Invoice Number: 21428594
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

May 13, 2020
Page 8 of 20

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/13/20 | Adrian Azer | Confer with Ms. Green regarding status of 2004 discovery motions (.2); review and analyze additional 2004 discovery to serve on insurers, including ███████████ (.4); continue to review and analyze ESIS's changes to Wage Order and communications with ESIS related to same resolving revisions (.8); communications with Sidley Austin regarding Kentucky abuse claim in connection with objection to preliminary injunction, including review of prior correspondence and insurance issues (1.0); communications with Debtors regarding coverage issued by Bediviere and analyze ████████████ (.3); communications with Sidley Austin regarding National Surety motion to lift stay and resolution (.2). | 2.90 | $2,030.00 |
| 03/13/20 | Carla Green | Review and analyze correspondence relating to requests for ███████ ██████████ to each insurer (1.5); create table with responses received to determine which insurer will be subject to rule 2004 discovery (1.4); continue draft of rule 2004 discovery (1.3); conference with Mr. Azer regarding same (.2);correspondence with Mr. Linder regarding pending coverage litigation and information needed (.4). | 4.80 | $2,688.00 |
| 03/13/20 | Ernest Martin, Jr. | Review e-mails from Mr. Labuda regarding National Surety's motion to stay in bankruptcy court (.1); review proposed order (.1); telephone calls with Mr. Labuda regarding same (.4). | 0.60 | $585.00 |
| 03/13/20 | Katherine Rogers | Prepare chart of receipt of claim letters and save same within materials database. | 0.90 | $337.50 |
| 03/14/20 | Adrian Azer | Review communications related to agreed order on National Surety's motion to lift stay (.2); confer with Mr. Martin regarding same and scope of order (.2); confer with Mr. Martin and Mr. Labuda regarding scope of agreed order on National Surety's motion to lift stay (.2). | 0.60 | $420.00 |
| 03/14/20 | Ernest Martin, Jr. | Review proposed order regarding motion to stay coverage action (.2); discussion with Mr. Azer regarding same (.1); prepare e-mail to Mr. Labuda (.1); telephone call with Mr. Labuda and Mr. Azer to discuss same (.2); review e-mail from Mr. Whitman and Mr. Andolina regarding ██████████████████ (.2) | 0.80 | $780.00 |
| 03/15/20 | Adrian Azer | Draft, review and revise communication to Sidley Austin regarding status of Illinois action in connection with opposition to National Surety's motion to lift stay. | 0.20 | $140.00 |
| 03/15/20 | Ernest Martin, Jr. | Review e-mail from Mr. Labuda regarding proposed order on National Surety's motion to stay in bankruptcy court. | 0.10 | $97.50 |

Invoice Number: 21428594
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

May 13, 2020
Page 9 of 20

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/16/20 | Adrian Azer | Prepare for conference with ORIC and ESIS related to p⬛⬛⬛⬛⬛ ⬛⬛⬛⬛, including pre-call with Mr. Stoner and Ms. Kutz (.6); conference with ORIC, ESIS, Mr. Stoner, and Ms. Kutz regarding ⬛⬛⬛⬛⬛ (.5); follow-up communication to Mr. Stoner regarding tasks related to conference call with ORIC and ESIS (.2); review follow-up communication from ESIS related to revision to Shared Services Order (.2); confer with Mr. Martin regarding presentation of insurance coverage to various constituents (.3); review prior presentations and begin to review and revise (.7). | 2.50 | $1,750.00 |
| 03/16/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding insurance presentation to FCR, JPM, Local Councils and others. | 0.30 | $292.50 |
| 03/16/20 | Mike Stoner | Prepare for call with ESIS and Old Republic (.3); participate in call with ESIS and Old Republic concerning final steps in transitioning payment of claims to ESIS and Old Republic (.5). | 0.80 | $504.00 |
| 03/17/20 | Adrian Azer | Review and analyze various communications related to ⬛⬛⬛⬛⬛⬛, including draft communication from Mr. Stoner confirming ⬛⬛⬛⬛ and communications with Sidley Austin and Debtors regarding same (.9); review ESIS comments to Shared Services Order and communications with Sidley Austin and counsel to ESIS regarding same (1.1); review objection of Hartford to National Surety's motion to lift stay and communications with Sidley regarding ⬛⬛⬛⬛⬛⬛ (.7) | 2.70 | $1,890.00 |
| 03/17/20 | Carla Green | Gather and provide documents to Sidley for uploading onto the data room. | 0.60 | $336.00 |
| 03/17/20 | Ernest Martin, Jr. | Review status of ESIS's request for extension of objection deadline (.1); review e-mail from Mr. Linder regarding response to National Surety's motion to lift stay (.1); review Hartford's objection to National Surety's lift stay motion (.2); communications with Mr. Azer regarding status of ORIC/ESIS issue (.1). | 0.50 | $487.50 |
| 03/17/20 | Mike Stoner | Review notes from ESIS/Old Republic call and prepare update to Mr. Azer concerning the call. | 0.40 | $252.00 |
| 03/18/20 | Adrian Azer | Draft, review and revise Power Point presentation in connection with conference call with various constituencies, including communications with Mr. Martin regarding same and revisions by Mr. Martin (.8); communications with Sidley Austin and Debtors regarding ⬛⬛⬛⬛⬛ (.4); communications with client related to objections by Kentucky plaintiffs, review ⬛⬛⬛⬛⬛⬛, and confer with client regarding same (.5); review communication related to ⬛⬛⬛ and continue to review potential comfort orders (.6); participate in team catch-up call (.6). | 2.90 | $2,030.00 |

Invoice Number: 21428594                                                                    May 13, 2020
Matter Name: General Insurance Matters                                                     Page 10 of 20
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/18/20 | Ernest Martin, Jr. | Participate in BSA team catch-up call (.6); analysis of issues regarding Kentucky case involving police department (.2); review e-mail from Mr. Labuda regarding status of National Surety's lift stay motion (.1); review slides for insurance presentation to various bankruptcy committees (.2); review final version of Order on National Surety's Lift Stay motion (.1). | 1.20 | $1,170.00 |
| 03/18/20 | Mike Stoner | Review emails and attachments relating to transition to Old Republic/ESIS billing. | 0.30 | $189.00 |
| 03/19/20 | Adrian Azer | Conference with Sidley Austin, A&M and Mr. Martin in preparation for conference call with various constituencies (.5); prepare for conference with various constituencies regarding insurance coverage available, including review of prior talking points (.5); conference with various constituencies regarding insurance coverage available for sexual-abuse claims (1.2); post-conference with Mr. Martin regarding same (.1); review communication from ESIS related to objection to Shared Services Order and confer with Sidley Austin regarding same (.3); review various communications and underlying documents related to the Kentucky claim and the ███████ claim in connection with objection to motion for preliminary injunction, and communications with Debtors and Sidley Austin regarding same and conference with Sidley Austin regarding same (1.6). | 4.20 | $2,940.00 |
| 03/19/20 | Ernest Martin, Jr. | Telephone call with Sidley, defense counsel and clients regarding Kentucky and ███████ litigation (.5); telephone call with Sidley regarding same (.2). | 0.70 | $682.50 |
| 03/19/20 | Ernest Martin, Jr. | Telephone call with Sidley and A&M to discuss insurance presentation with various bankruptcy committees (.5); communication with Mr. Azer regarding insurance presentation (.3); prepare for insurance presentation (.9); participate in call with various constituencies in bankruptcy to provide insurance presentation (1.2) | 2.90 | $2,827.50 |
| 03/19/20 | Mike Stoner | Communications with Mr. Martin and Mr. Azer concerning deductibles under ORIC policies. | 0.10 | $63.00 |
| 03/20/20 | Adrian Azer | Review communications related to invoice provided by ESIS and communications with Debtors and Sidley Austin regarding same (.5); conference with ESIS and Old Republic regarding invoice and ███████████ and follow-up regarding same (.5); review remaining objections to motion for preliminary injunction and provision of insurance information (.3). | 1.30 | $910.00 |
| 03/20/20 | Ernest Martin, Jr. | Review e-mail from Mr. Andolina regarding remaining objections to preliminary injunction and ███████████████ ███████ | 0.10 | $97.50 |

Invoice Number: 21428594
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

May 13, 2020
Page 11 of 20

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/21/20 | Adrian Azer | Review motion to remand filed by LG 37 Doe (.5); confer with Sidley Team and Mr. Martin regarding strategy related to same (.7); post-communication with Mr. Martin regarding same (.2); analyze supplemental declaration related to insurance (.2). | 1.60 | $1,120.00 |
| 03/21/20 | Ernest Martin, Jr. | Review e-mails regarding LG-37 complaint and review LG-37 complaint (.9); participate in call with Sidley, client, and Mr. Griggs regarding response to LG-37 (.7). | 1.60 | $1,560.00 |
| 03/22/20 | Adrian Azer | Review reply to objection to motion for preliminary injunction, including portions related to insurance and draft affidavit in support of motion and revisions thereto (1.4); various communications with Sidley regarding same (.3). | 1.70 | $1,190.00 |
| 03/22/20 | Ernest Martin, Jr. | Review Azer Declaration and reply brief supporting Consent Order on Preliminary Injunction | 0.70 | $682.50 |
| 03/23/20 | Adrian Azer | Confer with A. Kutz regarding handling of claims by ESIS, including review of communications related to same (.2); review communications from A&M related to providing a listing of insurance policies and communications with KCIC regarding same (.3); begin to prepare for testimony at hearing on motion for preliminary injunction, including review of relevant documents, review of argument outline provided by Sidley Austin, and conferences with Sidley Austin regarding same (3.8); review multiple communications related to ESIS objection to Wage Order, and communications with counsel to ESIS and Sidley Austin regarding same (1.8). | 6.10 | $4,270.00 |
| 03/23/20 | Ernest Martin, Jr. | Review pleadings filed in connection with Preliminary Injunction. | 0.40 | $390.00 |
| 03/24/20 | Adrian Azer | Continue to address ESIS's objection to the Wage Order, including communications with Sidley Austin and counsel to ESIS (.8); confer with Debtors regarding workers compensation insurance program and ESIS right to collateral, and confer with Sidley Austin regarding same (.5) review ESIS contract regarding ███████████████ ███████████ (.8); continue to prepare for testimony at the hearing on Debtors' motion for preliminary injunction (1.4); attend hearing on motion for preliminary injunction (1.8); post-hearing conference with Mr. Martin regarding same (.3); communications with KCIC and A&M regarding policy listing and review policy listing provided by KCIC (.3). | 5.90 | $4,130.00 |
| 03/24/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding hearing on Preliminary Injunction | 0.10 | $97.50 |
| 03/25/20 | Adrian Azer | Prepare for and conference with Sidley Austin and Debtors regarding ESIS handling of claims (.7); conference with Debtors and various groups regarding ESIS handling of claims (.3); conference with ESIS and Debtors regarding ESIS handling of claims (.4); post-conference discussion with Mr. Martin regarding same (.2); conference with Mr. Martin regarding Kentucky claims (.2); | 1.80 | $1,260.00 |

Invoice Number: 21428594
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

May 13, 2020
Page 12 of 20

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/25/20 | Ernest Martin, Jr. | Participate in update call with BSA team including update on Preliminary Injunction hearing (.7); discussion with Mr. Azer regarding same (.2). | 0.90 | $877.50 |
| 03/25/20 | Katherine Rogers | Continue to update insurance claim letters in client work product database. | 0.30 | $112.50 |
| 03/26/20 | Adrian Azer | Review question regarding ORIC payment of fees and expenses, and communication with Sidley Austin and Debtors regarding same (.3); respond to inquiry from Debtors related to Hacker coverage litigation (.2). | 0.50 | $350.00 |
| 03/26/20 | Ernest Martin, Jr. | Review e-mail from Mr. Andolina regarding preliminary injunction. | 0.10 | $97.50 |
| 03/28/20 | Ernest Martin, Jr. | Review e-mail from Mr. Nasatir regarding request for First Encounter Agreement and insurance settlement agreement. | 0.10 | $97.50 |
| 03/30/20 | Adrian Azer | Review pro se plaintiff claim of ███████ for shared-insurance issues. | 0.30 | $210.00 |
| 03/30/20 | Ernest Martin, Jr. | Review consent order on preliminary injunction and review e-mail from Mr. McGowan regarding same (.2); communication with Mr. Azer regarding same (.1). | 0.30 | $292.50 |
| 03/31/20 | Adrian Azer | Communication with Sidley Austin, providing documents requested by the Committees and communication with Sidley regarding same (.3); communication with Hartford related to request for information regarding mediation motion and claim form (.2); conference with Hartford addressing same (.3); confer with T. Labuda regarding mediation and Liberty request (.3); communication with Liberty regarding claims recently submitted and ██████████████████████████ (.2); confer with Mr. Martin regarding mediation and mediation process (.4). | 1.70 | $1,190.00 |
| 03/31/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding mediation issues and strategy. | 0.40 | $390.00 |
| 04/01/20 | Adrian Azer | Review communication from client related to ORIC letter to defense counsel regarding payment and confer with ORIC regarding same (.3); confer with Debtors regarding discussion with ORIC and next steps (.2); prepare for and conference with counsel to Liberty (.2). | 0.70 | $490.00 |
| 04/01/20 | Ernest Martin, Jr. | Participate in team call regarding bankruptcy developments. | 0.40 | $390.00 |
| 04/02/20 | Adrian Azer | Review motion for appointment of judicial mediator and draft, review and revise communication to certain insurers re selection of coverage mediator (.8); review responsive communications from insurers (.2); follow-up communications with committees related to requested materials (.2). | 1.20 | $840.00 |
| 04/02/20 | Ernest Martin, Jr. | Communication with Mr. Azer regarding proposed e-mail to insurers regarding mediator for bankruptcy mediation | 0.10 | $97.50 |

Invoice Number: 21428594
Matter Name: <mark>General Insurance Matters</mark>
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

May 13, 2020
Page 13 of 20

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/03/20 | Adrian Azer | Prepare for and conference with counsel to Liberty regarding mediation process and inclusion of Liberty (.4); communication with TCC regarding purported missing policy (.2); review communication from Hartford related to mediator selection and communication with Sidley Austin related to same (.5); communications with client related to ORIC and ESIS ██████████████████ (.3); review draft letter to defense counsel related to ORIC and ESIS (.2). | 1.60 | $1,120.00 |
| 04/03/20 | Ernest Martin, Jr. | Review e-mail from Mr. Labuda and Mr. Andolina regarding mediation and reply to same. | 0.10 | $97.50 |
| 04/03/20 | Ernest Martin, Jr. | Review e-mails from Mr. Basaria regarding applicable policies to Girl Scouts litigation | 0.10 | $97.50 |
| 04/06/20 | Adrian Azer | Confer with counsel to ORIC related to handling of ████████ ██████████████████, and follow-up communications with ORIC and ESIS regarding same (.5); conference with ORIC and ESIS related to same (.4); communications with insurers related to proposed coverage mediator (.2). | 1.10 | $770.00 |
| 04/06/20 | Ernest Martin, Jr. | Communication with Mr. Azer regarding selection of mediators (.1); review e-mail from Mr. Basaria regarding request for insurance materials (.1). | 0.20 | $195.00 |
| 04/07/20 | Adrian Azer | Follow-up communications with A. Kutz related to claims handling by ESIS and ORIC (.2); review draft communication to ORIC and ESIS related to same (.2); follow-up communications with ORIC and ESIS related to payment of defense counsel (.2); follow-up communications with insurers related to mediation order and selection of coverage mediator (.3); communications with Sidley Austin related to information in dataroom (.2). | 1.10 | $770.00 |
| 04/07/20 | Ernest Martin, Jr. | Review e-mail from Mr. Smethurst regarding mediator selection (.1); communication with Mr. Azer regarding case status (.1). | 0.20 | $195.00 |
| 04/08/20 | Adrian Azer | Communications with ESIS regarding handling of claims that trigger the Evanston (2019-2020) policies (.2); review communication from insurer and communication with B. Griggs regarding response to same (.2); confer with Sidley Austin regarding ESIS claims handling (.2); review ESIS claims-handling agreement, including 2018 renewal (.6); communication to T. Labuda regarding same (.3); review communications related to ORIC and ESIS handling of ███████████████ (.2). | 1.70 | $1,190.00 |
| 04/08/20 | Ernest Martin, Jr. | Participate in BSA weekly update call. | 0.50 | $487.50 |

Invoice Number: 21428594
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

May 13, 2020
Page 14 of 20

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/09/20 | Adrian Azer | Multiple conferences related to ESIS handling of claims for ORIC and Markel, including conference with ESIS and conferences with Debtors (.7); review communications related to ESIS handling of claims for Markel (.4); follow-up communication to insurers related to mediator selection (.1); review ███████████████████████ and communication with Sidley regarding same (.2); review communication related to billing Chubb under 1985 excess policy and communication with client (.2); review communication from Chubb related to mediator selection, communications with Sidley Austin regarding same, and response to same (.3). | 1.90 | $1,330.00 |
| 04/09/20 | Carla Green | Review and analyze data room to determine which policies are available for production (1.4); coordinate with Sidley to get policies that are missing for production (1.0). | 2.40 | $1,344.00 |
| 04/09/20 | Ernest Martin, Jr. | Review e-mail from Mr. Nasitir regarding First Encounter Agreement (.1); prepare e-mail to Mr. McGowan regarding Circle Ten Council (.2); review e-mail from Chubb's counsel regarding mediators (.1); review e-mails from Sidley regarding mediators (.1). | 0.50 | $487.50 |
| 04/09/20 | Katherine Rogers | Assist counsel with search of BSA database to locate insurance policies for upcoming filing (.5); assist counsel with protected document in order to prepare for production (.4); assist counsel with other tasks as assigned (.2). | 1.10 | $412.50 |
| 04/10/20 | Adrian Azer | Review communications from various insurers related to mandatory mediation, including communications from Hartford and Chubb, and communications with Sidley Austin regarding same (.4); prepare for and conference with ESIS and Markel related to handling of ███████████ and post-conference with A. Kutz regarding same (.5); communication with counsel to TCC regarding first-encounter agreement (.2); review draft mediation order and confer with Sidley Austin and Mr. Martin regarding same, including potential inclusion of all insurers in mediation (1.4); review communication from Sidley related to confidentiality designation for certain insurance documents and communication to Ms. Green regarding same (.2). | 2.70 | $1,890.00 |
| 04/10/20 | Carla Green | Review and analyze 150 new documents in data room for confidentiality designations (1.8); draft summary of findings for Mr. Azer (.5). | 2.30 | $1,288.00 |
| 04/10/20 | Ernest Martin, Jr. | Review e-mail from insurer's counsel and Sidley regarding selection of mediators (.3); communication with Mr. Azer regarding call with TCC's counsel regarding First Encounter Agreement (.1); discussion with Mr. Azer regarding mediation process and order and involvement of insurers (.9). | 1.30 | $1,267.50 |
| 04/10/20 | Katherine Rogers | Assist counsel with claims chart and creating folder of claim letters. | 1.10 | $412.50 |

Invoice Number: 21428594
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

May 13, 2020
Page 15 of 20

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/11/20 | Adrian Azer | Conference with Sidley Austin and Mr. Marting regarding revisions to mediator order (.7); post-conference with Mr. Martin regarding suggested revisions to mediation order (.4); review communications from Sidley Austin regarding finalizing mediation order (.1). | 1.20 | $840.00 |
| 04/11/20 | Ernest Martin, Jr. | Review proposed mediation order and suggested revisions to same (.3); telephone conference with Mr. Andolina, Mr. Labuda and Mr. Azer to discuss changes to mediation order and related issues (.7) discussion with Mr. Azer regarding further revisions to mediation order (.4); review e-mail from Mr. Andolina and revised Mediation Order (.1). | 1.50 | $1,462.50 |
| 04/12/20 | Adrian Azer | Review and comment on confidentiality designation with respect to certain insurance-related documents. | 0.20 | $140.00 |
| 04/13/20 | Adrian Azer | Conference with Sidley Austin in preparation for conference with Chubb regarding mediation order (.2); post-conference with Mr. Martin regarding same (.1); communications with Chubb in advance of conference call, including providing draft mediation order (.2); conference with Chubb regarding mediation order and post-conference with Mr. Martin (.9); post-conferences with Sidley Austin regarding same and follow-up communications with insurers, including response to insurer email from April 11 and conferences with various insurers (1.3); prepare for and conference with council to the TCC regarding the First Encounter Agreement (.6); communications with Sidley Austin regarding background information for T. Gallagher -- proposed coverage mediator (.2). | 3.50 | $2,450.00 |
| 04/13/20 | Ernest Martin, Jr. | Telephone call with Sidley to discuss mediation order and anticipated discussion with Chubb's counsel (.2); review latest draft of Mediation Order (.1); telephone call with Mr. Wadley, Mr. Schiavoni and Mr. Azer regarding mediation order and related issues (.8); telephone call with Mr. Nasitir and Sidley regarding First Encounter Agreement (.6); discussion with Mr. Azer regarding Chubb's requests regarding mediation information (.1); telephone call with Sidley regarding call with Chubb's counsel (.6); review e-mails from insurers' counsel regarding mediators (.1). | 2.50 | $2,437.50 |
| 04/13/20 | Katherine Rogers | Assist counsel with claims chart and creating folder of claim letters. | 0.90 | $337.50 |
| 04/14/20 | Adrian Azer | Conference with counsel to Liberty regarding mediator selection (.3); review communications from ORIC and ESIS regarding notice to defense counsel of billing to ESIS (.3); review letter from counsel to Chubb related to Mediation Order and draft response to same (1.1); draft, review and revise chart of insurers and their counsel for Sidley Austin in preparation for April 15 hearing (.2); review insurer comments to the Mediation Order, and multiple conferences with Sidley Austin and Mr. Martin regarding same (1.2); confer with insurers regarding comments to Mediation Order (1.0); post-conferences with Sidley Austin and Mr. Martin regarding same (.6); draft, review and revise responses to the insurers' comments (.9). | 5.60 | $3,920.00 |
| 04/14/20 | Carla Green | Finalize summary of confidentiality designations for insurance documents in data room. | 0.80 | $448.00 |

Invoice Number: 21428594
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

May 13, 2020
Page 16 of 20

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 04/14/20 | Ernest Martin, Jr. | Review letter from Chubb's counsel (.1); review proposed letter to Chubb's counsel and communication with Mr. Azer (.2); review various e-mails from Sidley regarding same (.1); preparation for bankruptcy hearing concerning retention application (.5); review e-mail from Mr. Schiavoni (.1); review insurers' revisions to mediation order (.1); discussion with Mr. Azer regarding call with insurers (.2). | 1.30 | $1,267.50 |
| 04/14/20 | Katherine Rogers | Continue to update claims chart. | 1.10 | $412.50 |
| 04/15/20 | Adrian Azer | Communications with insurers related to Mediation Order, including moving the hearing on the Mediation Order (.4); post-conference with Mr. Martin related to insurance strategy (.3); review communications from Sidley Austin related to insurance information needed from claimants exempt from the Preliminary Injunction motion and conferences with Ms. Green regarding same (.6); confer with Sidley Austin and Ms. Green regarding insurance information needed and issues with production (.5); review communications related to ORIC and ESIS handling of ███████████████████████████ (.3); communications with ORIC regarding same (.2); review post-hearing correspondence from counsel to Chubb and communications with Sidley Austin regarding same (.2). | 2.50 | $1,750.00 |
| 04/15/20 | Carla Green | Conference call with Mr. Basaria and Mr. Azer regarding discovery requests pertaining to insurance matters (.5); draft summary of insurance policies and insurer communications available for two lawsuits in connection with discovery production (1.0); review and analyze same (.6). | 2.10 | $1,176.00 |
| 04/15/20 | Ernest Martin, Jr. | Communication with Sidley regarding insurance-related issues (.3); discussion with Mr. Azer regarding follow up (.3) | 0.60 | $585.00 |
| 04/15/20 | Katherine Rogers | Assist counsel with claim letter chart for use in upcoming filings and case management. | 0.90 | $337.50 |
| 04/16/20 | Adrian Azer | Prepare for and conference with Sidley Austin and Ms. Green regarding insurance coverage available for ██████████████████████ ██████████████, including review of email summarizing s███████ █████████████ (.9); conference with Sidley Austin related to mediation order and post-analysis of same (.6); prepare for and conference with ORIC related to ██████████ ███████████ (.4); communication with insurers related to the mediation order, including communications with Chubb related to potential language issued in Imerys (.6); communications with ESIS and ORIC regarding finalized letter to defense counsel (.2); conference with Mr. Martin regarding various bankruptcy and insurance issues, including mediation order and status of discussions with ORIC and ESIS (.7). | 3.40 | $2,380.00 |
| 04/16/20 | Carla Green | Draft summary of policies subject to settlement agreements and limitations on coverage in preparation for discovery production (.5); conference with Mr. Basaria and Mr. Azer regarding same (.6); correspondence with Ms. Kutz and Mr. Ebben regarding insurer communications (.2). | 1.30 | $728.00 |

Invoice Number: 21428594
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

May 13, 2020
Page 17 of 20

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 04/16/20 | Ernest Martin, Jr. | Discussion with Mr.Azer regarding case developments. | 0.70 | $682.50 |
| 04/16/20 | Katherine Rogers | Continue adding claim letters to chart for counsel use in upcoming filings. | 1.40 | $525.00 |
| 04/17/20 | Adrian Azer | Review communications from insurers related to mediation order and responses to same (1.1); confer with Sidley Austin regarding same (.2); review communications finalizing communications to defense counsel related to ORIC and ESIS handling of claims (.2); begin to review draft motion for relief from the automatic stay requested by ORIC (.6); communications with TCC related to missing policy and internal communications related to same (.2). | 2.30 | $1,610.00 |
| 04/17/20 | Carla Green | Address Mr. Brunner's comments regarding confidentiality designations of certain insurance documents in data room and review same. | 0.40 | $224.00 |
| 04/17/20 | Ernest Martin, Jr. | Telephone call with Ms. Boelter regarding developments. | 0.30 | $292.50 |
| 04/18/20 | Ernest Martin, Jr. | Review Ms. Markand's e-mail regarding changes to mediation order. | 0.10 | $97.50 |
| 04/19/20 | Adrian Azer | Communications with Ms. Green relating to TCC request for a missing policy (.2); respond to Liberty comment related to revisions to mediation order (.3); conference with T. Labuda regarding issued related to ORIC and consider next steps with respect to Kentucky cases (.5); begin to review draft claim form and communication to insurers regarding same (.2); confer with Mr. Martin regarding bankruptcy issues (.2). | 1.40 | $980.00 |
| 04/19/20 | Carla Green | Correspondence with Mr. Azer regarding missing policy and review data room and files for same. | 0.30 | $168.00 |
| 04/19/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding case developments. | 0.20 | $195.00 |
| 04/20/20 | Adrian Azer | Review Old Republic motion to lift the automatic stay and provide comments to same (.7); confer with T. Labuda regarding same (.2); review materials related to LMPD case and ███████████ in preparation for call with Sidley Austin and client (.4); conference with Sidley Austin and client related to ███████████ (.8); post-conference with T. Labuda regarding next steps (.1); review email from counsel to Liberty regarding mediation order and respond to same (.3); confer with M. Andolina regarding Mediation Order and next steps, and follow-up analysis regarding same (.3); review A. Kutz and Sidley Austin comments to ORIC motion to lift stay (.3). | 3.10 | $2,170.00 |
| 04/20/20 | Carla Green | Correspondence with Mr. Linder regarding documents needed for data room (.2); conference with Ms. Rogers regarding tracking of notice letters and acknowledgments (.3). | 0.50 | $280.00 |
| 04/20/20 | Ernest Martin, Jr. | Review e-mail from Ms. Markand (.1) ; review e-mail from Mr. Linder regarding court's approval of retention application (.1); review e-mail notice of new claims to insurers (.1); review and revise talking points on insurers' payment of defense costs for Girl Scouts case (.2) | 0.50 | $487.50 |

Invoice Number: 21428594
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

May 13, 2020
Page 18 of 20

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/21/20 | Adrian Azer | Continue to review Sidley Austin and A. Kutz comments to ORIC motion to lift the automatic stay and provide additional comments thereto (.5); review ORIC policies and Program Agreement for ███████ ███████████████████ (.3); draft, review and revise proposed language for review by Sidley Austin (.2); communications with Sidley Austin regarding same (.2); confer with Mr. Martin regarding various bankruptcy issues, including ORIC and GSUSA motion to lift stay (.5); review ESIS comments to ORIC's motion to lift the automatic stay (.3); review TCC proof of claim provided to insurers for review (.4); review communications between Sidley Austin and KCIC (.2). | 2.60 | $1,820.00 |
| 04/21/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding ORIC's motion to lift stay and arguments on ████████████████████████████ ████████ | 0.50 | $487.50 |
| 04/22/20 | Adrian Azer | Communication with Sidley Austin regarding collecting materials provided to FCR pre-petition (.2); communications with Sidley Austin regarding providing insurance documents to the data room and issues surrounding ████████████████████ (.2); prepare for and conference with Sidley Austin and counsel to Old Republic related to stay-relief motion, including review of red-line prior to call (.7); review post-conference communications related to same (.2). | 1.30 | $910.00 |
| 04/23/20 | Adrian Azer | Communication with Sidley Austin related to request by Liberty to reservation of rights (.2); review TCC comments to mediation order (.5); communications with Sidley Austin and ORIC related to ████████ ████████████ (.2); review ORIC program agreement related to Sidley Austin inquiry regarding ████████████ (.3); confer with Sidley Austin related to revisions to mediation order (.3); communications with the insurers related to revisions by the TCC to the mediation order (.5); communications with Sidley Austin related to revisions to mediation order and review same (.8); review letter from Chubb related to Abuse of Claim Form and consider response to same (.3). | 3.10 | $2,170.00 |
| 04/24/20 | Adrian Azer | Review final version of mediation order to circulate to insurers and communication related to same (.3); review communication from TCC related to missing policies (.2); confer with T. Gallagher and review resume (.4); circulate T. Gallagher resume to Sidley Austin (.1); review the Debtors' revisions to proof of claim form and communication to insurers related to same (.4); begin to review motion for relief from the automatic stay related to the ██████ and ██████ claims (.5). | 1.90 | $1,330.00 |
| 04/24/20 | Brittany Parks | Confer with Ms. Green regarding Rule 2004 Motion. | 0.10 | $53.00 |
| 04/25/20 | Ernest Martin, Jr. | Review e-mail regarding background on Tim Gallagher for mediator. | 0.10 | $97.50 |

Invoice Number: 21428594
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

May 13, 2020
Page 19 of 20

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/27/20 | Adrian Azer | Confer with counsel to Hartford regarding mediation order (.2); confer with Sidley Austin regarding same (.2); confer with Ms. Parks related to ███████████ (.2); confer with Mr. Martin regarding same (.2); review communications provided to FCR pre-petition and communications with Sidley Austin regarding same (.7); review response by Sidley Austin to Chubb's objection to their retention (.9); confer with M. Linder of Sidley Austin regarding same (.1); conferences with Mr. Martin regarding same and comments (.3); begin to review research by B. Parks related ████ ██████████████ (.2). | 3.00 | $2,100.00 |
| 04/27/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding production of insurance materials to insurers. | 0.20 | $195.00 |
| 04/27/20 | Brittany Parks | Confer with Mr. Azer regarding research regarding ██████ ████████████████ | 0.20 | $106.00 |
| 04/27/20 | Brittany Parks | Read and analyze Delaware and nationwide case law and secondary sources regarding ████████████████ (4.6); prepare and write summary of findings (2.3). | 6.90 | $3,657.00 |
| 04/27/20 | Katherine Rogers | Continue to update claims chart for use by counsel in upcoming filings and review. | 2.20 | $825.00 |
| 04/28/20 | Adrian Azer | Continue to review materials provided to the FCR pre-petition and communication to Mr. Martin regarding same (.4); communications with insurers related to access to dataroom (.1); communication with Sidley Austin regarding ████████████ (.3); review communication from insurers related to mediation order and communications with TCC and Sidley Austin regarding same (.3); continue to review motion to lift stay for █████ claim and communications with Sidley Austin and Debtors regarding same (.2). | 1.30 | $910.00 |
| 04/28/20 | Ernest Martin, Jr. | Review analysis of ████████████████ ██████████ | 0.10 | $97.50 |
| 04/28/20 | Brittany Parks | Locate, review and analyze meet and confer correspondence for use in Rule 2004 Motion. | 1.10 | $583.00 |
| 04/29/20 | Adrian Azer | Review insurer revisions to mediation order and communications with Sidley Austin regarding response and next steps (.5); communications with Mr. Martin regarding mediation order (.2). | 0.70 | $490.00 |
| 04/29/20 | Ernest Martin, Jr. | Review proposed changes to mediation order by insurers (.1); review draft reply brief in support of motion to abstain (.2) | 0.30 | $292.50 |

Invoice Number: 21428594
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

May 13, 2020
Page 20 of 20

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/30/20 | Adrian Azer | Communication with insurers related to revised version of protective order (.1); review revised version of protective order (.2); review TCC comments to insurer revisions to mediation order (.2); conference with Sidley Austin regarding TCC revisions to mediation order and response to insurers (.2); review letter and response to counsel to Chubb related to information in data room (.2); review letter from counsel to Chubb regarding certain letters included in the data room ad withdrawal of those letters, and confer with Sidley Austin regarding same (.3). | 1.20 | $840.00 |
| 04/30/20 | Carla Green | Review and analyze communications in date room to determine privilege and work product. | 1.00 | $560.00 |

**Total Fees** $164,006.50

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Adrian Azer | Partner | 133.40 | $700.00 | $93,380.00 |
| Ernest Martin, Jr. | Partner | 34.00 | $975.00 | $33,150.00 |
| Brittany Parks | Associate | 8.30 | $530.00 | $4,399.00 |
| Carla Green | Associate | 30.50 | $560.00 | $17,080.00 |
| Mike Stoner | Associate | 19.50 | $630.00 | $12,285.00 |
| Katherine Rogers | Paralegal | 9.90 | $375.00 | $3,712.50 |

**Total Professional Summary** $164,006.50

**Total Fees, Expenses and Charges** $164,006.50

**Total Amount Due** USD $164,006.50



Invoice Number: 21428571
Invoice Date:  May 13, 2020
Matter Name: BSA,
Client/Matter Number: 0020234.00026
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

## REMITTANCE PAGE
*For Professional Services Through  April 30, 2020*

| | |
|---|---|
| Total Fees | $3,150.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$3,150.00** |
| **Total Invoice Balance Due** | **USD  $3,150.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N**  ●  **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21428571**  ●  Client Number **0020234.00026**  ●  Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21428571
Matter Name: BSA
Client/Matter Number: 0020234.00026
Billing Attorney: Ernest Martin, Jr.

May 13, 2020
Page 2 of 2

*For Professional Services Through  April 30, 2020*

### Professional Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/02/20 | Adrian Azer | Review recent demand related to ███████ to BSA and ███ (.7); confer with A. Kutz regarding same (.2); review prior correspondence related to ██████████████ (.6); confer with Sidley Austin and Debtors regarding next steps (.4); review follow-up communications related to same (.2). | 2.10 | $1,470.00 |
| 04/06/20 | Adrian Azer | Review communications related to coverage issues for ██████ claim and confer with A. Kutz regarding same (.3); communications with ORIC and ESIS regarding same (.2). | 0.50 | $350.00 |
| 04/16/20 | Adrian Azer | Review response to demand letter and communication with Sidley Austin and client regarding same. | 0.80 | $560.00 |
| 04/29/20 | Adrian Azer | Review communications with ORIC related to the settlement of the ███ claim, including responsive letter sent by plaintiff's counsel. | 0.40 | $280.00 |
| 04/30/20 | Adrian Azer | Continue to review letter from plaintiffs' counsel related to ████ claim and communication with Sidley Austin regarding same (.4); review various communications between ORIC and client regarding same and ███████████ (.3). | 0.70 | $490.00 |

**Total Fees**                                                       **$3,150.00**

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Adrian Azer | Partner | 4.50 | $700.00 | $3,150.00 |
| **Total Professional Summary** | | | | **$3,150.00** |

**Total Fees, Expenses and Charges**                  **$3,150.00**

**Total Amount Due**                                      **USD  $3,150.00**

# haynesboone

Invoice Number: 21428572
Invoice Date:  May 13, 2020
Matter Name: BSA/D&O Insurance Consulting
Client/Matter Number: 0020234.00028
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

## REMITTANCE PAGE

*For Professional Services Through  April 30, 2020*

| | |
|---|---|
| Total Fees | $390.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$390.00** |
| **Total Invoice Balance Due** | **USD  $390.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21428572**  ●  Client Number **0020234.00028**  ●  Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21428572
Matter Name: BSA/D&O Insurance Consulting
Client/Matter Number: 0020234.00028
Billing Attorney: Ernest Martin, Jr.

May 13, 2020
Page 2 of 2

*For Professional Services Through  April 30, 2020*

**Professional Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/11/20 | Ernest Martin, Jr. | Review proposed changes to bankruptcy exclusion on go forward D&O policies (.2); prepare reply to same (.2). | 0.40 | $390.00 |

**Total Fees** | | | | **$390.00**

**Timekeeper Summary**

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Ernest Martin, Jr. | Partner | 0.40 | $975.00 | $390.00 |
| **Total Professional Summary** | | | | **$390.00** |

**Total Fees, Expenses and Charges** — **$390.00**

**Total Amount Due** — **USD $390.00**

# haynesboone

Invoice Number: 21428573
Invoice Date:  May 13, 2020
Matter Name: GSUSA Insurance Issues
Client/Matter Number: 0020234.00029
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

## REMITTANCE PAGE
*For Professional Services Through  April 30, 2020*

| | |
|---|---:|
| Total Fees | $6,300.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$6,300.00** |
| **Total Invoice Balance Due** | **USD  $6,300.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N**  ●  **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21428573**  ●  Client Number **0020234.00029**  ●  Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21428573
Matter Name: GSUSA Insurance Issues
Client/Matter Number: 0020234.00029
Billing Attorney: Ernest Martin, Jr.

May 13, 2020
Page 2 of 3

*For Professional Services Through  April 30, 2020*

**Professional Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/03/20 | Adrian Azer | Review communication related to GSUSA action and confer with Sidley Austin regarding same (.4); begin to review insurance policies related to GSUSA action for ▮▮▮▮▮▮▮▮▮▮▮, and communications related to same (.8). | 1.20 | $840.00 |
| 04/07/20 | Adrian Azer | Review insurance policies and insurer responses to GSUSA litigation, and communications to Sidley Austin regarding same. | 2.30 | $1,610.00 |
| 04/09/20 | Adrian Azer | Communications with Sidley Austin regarding insurance coverage for GSUSA trademark claim, ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮. | 0.30 | $210.00 |
| 04/13/20 | Adrian Azer | Review communications related to insurance coverage for GSUSA litigation. | 0.20 | $140.00 |
| 04/14/20 | Adrian Azer | Continue to review insurance policies related to GSUSA claim and coverage for sexual abuse and communication to Sidley Austin regarding same (.5); conference with Sidley Austin and Debtors regarding GSUSA's motion for relief from the automatic stay (.9). | 1.40 | $980.00 |
| 04/15/20 | Adrian Azer | Confer with Mr. McGowan regarding ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ for GSUSA case. | 0.20 | $140.00 |
| 04/20/20 | Adrian Azer | Draft, review and revise ▮▮▮▮▮▮▮▮▮▮ related to GSUSA case and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and review Mr. Martin's comments to same. | 0.90 | $630.00 |
| 04/21/20 | Adrian Azer | Continue to review Mr. Martin's comments to recommendations related to GSUSA action and ▮▮▮▮▮▮▮▮▮▮▮▮. | 0.30 | $210.00 |
| 04/22/20 | Adrian Azer | Continue to draft, review and revise talking points related to ▮▮▮▮▮▮▮▮ for GSUSA trademark action, ▮▮▮▮▮▮▮▮▮▮▮. | 0.40 | $280.00 |
| 04/23/20 | Adrian Azer | Finalize talking points for ▮▮▮▮▮▮▮▮▮ for GSUSA trademark action and send to client. | 0.20 | $140.00 |
| 04/29/20 | Adrian Azer | Review communication related to GSUSA case and ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮, and communication with Mr. Martin regarding same. | 0.20 | $140.00 |
| 04/30/20 | Adrian Azer | Prepare for and conference with client and insurers for GSUSA case related to ▮▮▮▮▮▮▮▮. | 1.40 | $980.00 |

Invoice Number: 21428573
Matter Name: GSUSA Insurance Issues
Client/Matter Number: 0020234.00029
Billing Attorney: Ernest Martin, Jr.

May 13, 2020
Page 3 of 3

**Total Fees** $6,300.00

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Adrian Azer | Partner | 9.00 | $700.00 | $6,300.00 |
| **Total Professional Summary** | | | | $6,300.00 |

**Total Fees, Expenses and Charges** $6,300.00

**Total Amount Due** USD $6,300.00

# haynesboone

Invoice Number: 21428574
Invoice Date:  May 13, 2020
Matter Name: Professional Retention Issues
Client/Matter Number: 0020234.00034
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

**REMITTANCE PAGE**
*For Professional Services Through  April 30, 2020*

| | |
|---|---|
| Total Fees | $20,407.50 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$20,407.50** |
| **Total Invoice Balance Due** | **USD  $20,407.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N  ●  SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21428574**  ●  Client Number **0020234.00034**  ●  Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21428574
Matter Name: Professional Retention Issues
Client/Matter Number: 0020234.00034
Billing Attorney: Ernest Martin, Jr.

May 13, 2020
Page 2 of 4

*For Professional Services Through  April 30, 2020*

**Professional Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 02/21/20 | Adrian Azer | Communications with Sidley related to retention of KCIC. | 0.40 | $280.00 |
| 03/02/20 | Adrian Azer | Communication with KCIC related to retention issues. | 0.20 | $140.00 |
| 03/04/20 | Adrian Azer | Review U.S. Trustee disclosure and communication with Mr. Martin regarding same. | 0.20 | $140.00 |
| 03/04/20 | Ernest Martin, Jr. | Review e-mail from Mr. Barajas regarding retention application and reply to same. | 0.20 | $195.00 |
| 03/05/20 | Adrian Azer | Prepare for conference with Sidley Austin related to retention of KCIC, including pre-meeting with KCIC (.6); conference with Sidley Austin and KCIC related to retention (.4); post-conference with KCIC and follow-up communications with Sidley Austin regarding the tasks to be performed by KCIC (.3). | 1.30 | $910.00 |
| 03/06/20 | Adrian Azer | Communications with KCIC and Sidley Austin related to KCIC retention issues. | 0.30 | $210.00 |
| 03/09/20 | Adrian Azer | Review and address various issues related to Haynes and Boone retention application and retention provided by the Debtors pre-petition. | 1.30 | $910.00 |
| 03/10/20 | Adrian Azer | Communications related to Haynes and Boone retention application and revisions to same (.6); review communication from Sidley Austin related to KCIC retention and request for additional information and consider same (.3). | 0.90 | $630.00 |
| 03/11/20 | Adrian Azer | Continue to coordinate completion of Haynes and Boone retention application (1.8); confer with Mr. Martin regarding same (.2); communications with KCIC regarding additional information necessary for their retention application (.2). | 2.20 | $1,540.00 |
| 03/11/20 | Ernest Martin, Jr. | Confer with Mr. Azer regarding retention application. | 0.20 | $195.00 |
| 03/11/20 | Ernest Martin, Jr. | Review revisions to retention application. | 0.50 | $487.50 |
| 03/12/20 | Adrian Azer | Continue to address Haynes and Boone retention, including further communications with teams regarding same (1.7); communications with KCIC regarding retention application and tasks to be completed in connection with the bankruptcy process (.4). | 2.10 | $1,470.00 |
| 03/12/20 | Ernest Martin, Jr. | Analsis outstanding issues concerning status of retention application. | 0.10 | $97.50 |

Invoice Number: 21428574
Matter Name: Professional Retention Issues
Client/Matter Number: 0020234.00034
Billing Attorney: Ernest Martin, Jr.

May 13, 2020
Page 3 of 4

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 03/15/20 | Adrian Azer | Review and revise Haynes and Boone retention application, including reviewing comments from Mr. Martin to same (.8); review retention application for KCIC, LLC, which will be supervised by Haynes and Boone, including comments to same (.7); review connection report for inclusion in Haynes and Boone retention application and communications with Mr. Clark and Mr. Rhodda regarding same (.7); communications with Mr. Martin regarding same (.2). | 2.40 | $1,680.00 |
| 03/15/20 | Ernest Martin, Jr. | Review and revise retention application. | 1.40 | $1,365.00 |
| 03/16/20 | Adrian Azer | Continue to review and revise retention application, including amounts paid to Haynes and Boone in the last 12 months and 90-days (2.4); communications with Mr. Martin and Sidley Austin regarding same (.4); confer with Mr. Martin regarding finalizing Haynes and Boone's retention application (.4). | 3.20 | $2,240.00 |
| 03/16/20 | Ernest Martin, Jr. | Review latest version of retention application and confer with Mr. Azer. | 0.60 | $585.00 |
| 03/17/20 | Adrian Azer | Continue to address issues related to Haynes and Boone's retention application. | 0.30 | $210.00 |
| 03/17/20 | Ernest Martin, Jr. | Various e-mails regarding questions concerning information in Haynes and Boone's retention application | 0.20 | $195.00 |
| 03/20/20 | Adrian Azer | Communications with Sidley Austin regarding United States Trustee comments to HB's retention application and communications with Haynes and Boone team regarding revisions of same. | 0.30 | $210.00 |
| 03/21/20 | Ernest Martin, Jr. | Review e-mail from U.S. Trustee regarding H&B retention application. | 0.10 | $97.50 |
| 03/23/20 | Ernest Martin, Jr. | Review e-mail from Mr. Barajas regarding retention application. | 0.10 | $97.50 |
| 03/25/20 | Adrian Azer | Conference with Sidley Austin and KCIC regarding retention issues (.3); review various issues related to retention of Haynes and Boone (.4). | 0.70 | $490.00 |
| 03/26/20 | Adrian Azer | Review and analyze comments of UST to Haynes and Boone retention and confer with Sidley Austin regarding same (.4); communication with Mr. Martin regarding waiver of evergreen retention (.2). | 0.60 | $420.00 |
| 03/27/20 | Adrian Azer | Continue to address questions by the United States Trustee regarding Haynes and Boone's retention, including communications with Sidley Austin and Pillowtex analysis. | 0.40 | $280.00 |
| 03/30/20 | Adrian Azer | Coordinate responses to U.S. Trustee questions related to Haynes and Boone retention, including Pillowtex analysis (.4); confer with Sidley Austin regarding same (.2). | 0.60 | $420.00 |
| 03/30/20 | Ernest Martin, Jr. | Review response to Trustee's request for Pillowtex analysis. | 0.10 | $97.50 |

Invoice Number: 21428574
Matter Name: Professional Retention Issues
Client/Matter Number: 0020234.00034
Billing Attorney: Ernest Martin, Jr.

May 13, 2020
Page 4 of 4

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/06/20 | Adrian Azer | Review communication from A&M related to Haynes and Boone retention and amount paid over the last 12 months, and internal communication related to same (.2); review communication from Sidley Austin regarding court inquiry into Haynes and Boone retention and review Haynes and Boone retention application (.4). | 0.60 | $420.00 |
| 04/06/20 | Ernest Martin, Jr. | Review e-mail from Mr. Linder regarding retention application and hearing regarding same. | 0.10 | $97.50 |
| 04/07/20 | Adrian Azer | Communication with A&M regarding Haynes and Boone retention and amounts paid to Haynes and Boone for the prior 12 months. | 0.20 | $140.00 |
| 04/14/20 | Adrian Azer | Communications related to Haynes and Boone retention application in preparation for April 15 hearing (.3); continue to review Haynes and Boone application and confer with Mr. Martin in preparation for the April 15 hearing (.6). | 0.90 | $630.00 |
| 04/14/20 | Ernest Martin, Jr. | Review Haynes and Boone retention application in preparation for bankruptcy hearing. | 0.70 | $682.50 |
| 04/15/20 | Adrian Azer | Communications with Sidley Austin regarding Haynes and Boone's retention application (.2); review and analyze Chubb's objection to the retention of Sidley Austin and ▮▮▮▮▮▮▮▮▮▮▮▮ (.6). | 0.80 | $560.00 |
| 04/16/20 | Ernest Martin, Jr. | Review Century's Objection to Retention of Sidley Austin. | 0.90 | $877.50 |
| 04/27/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding Sidley's draft response to Century's objection to Sidley's retention (.1); review BSA's draft response to Century's objection to retention of Sidley (.9); discussion with Mr. Azer regarding same (.2); review Boelter declaration (.1) | 1.30 | $1,267.50 |
| 04/28/20 | Adrian Azer | Communications with Sidley Austin related to response to Chubb's objection to Sidley's retention application. | 0.20 | $140.00 |

**Total Fees**                                                          **$20,407.50**

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Adrian Azer | Partner | 20.10 | $700.00 | $14,070.00 |
| Ernest Martin, Jr. | Partner | 6.50 | $975.00 | $6,337.50 |
| **Total Professional Summary** | | | | **$20,407.50** |

**Total Fees, Expenses and Charges**                                    **$20,407.50**

**Total Amount Due**                                          **USD  $20,407.50**

# haynesboone

Invoice Number: 21428575
Invoice Date:  May 13, 2020
Matter Name: Fee Applications
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

**REMITTANCE PAGE**
*For Professional Services Through  April 30, 2020*

| | |
|---|---|
| Total Fees | $840.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$840.00** |
| **Total Invoice Balance Due** | **USD  $840.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

**CHECK PAYMENT INSTRUCTIONS**
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

**ACH PAYMENT INSTRUCTIONS**
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

**WIRE PAYMENT INSTRUCTIONS**
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21428575** ● Client Number **0020234.00035** ● Attorney **Ernest Martin, Jr.**

**PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.**

Invoice Number: 21428575
Matter Name: Fee Applications
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin, Jr.

May 13, 2020
Page 2 of 2

*For Professional Services Through  April 30, 2020*

**Professional Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/27/20 | Adrian Azer | Conference with K. Morzak regarding BSA's fee application (.3); review various communications related to BSA's fee application (.3). | 0.60 | $420.00 |
| 04/28/20 | Adrian Azer | Confer with K. Morzak regarding billing issues and review fee application materials, including comments to bills and billing guidelines. | 0.60 | $420.00 |

**Total Fees**          **$840.00**

**Timekeeper Summary**

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Adrian Azer | Partner | 1.20 | $700.00 | $840.00 |
| **Total Professional Summary** | | | | **$840.00** |

**Total Fees, Expenses and Charges**      **$840.00**

**Total Amount Due**      **USD  $840.00**

# haynesboone

Invoice Number: 21428576
Invoice Date:  May 13, 2020
Matter Name: Non-Working Travel
Client/Matter Number: 0020234.00036
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

## REMITTANCE PAGE
*For Professional Services Through  April 30, 2020*

| | |
|---|---|
| Total Fees | $2,520.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$2,520.00** |
| **Total Invoice Balance Due** | **USD  $2,520.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N** ⚫ **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21428576** ⚫ Client Number **0020234.00036** ⚫ Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21428576
Matter Name: Non-Working Travel
Client/Matter Number: 0020234.00036
Billing Attorney: Ernest Martin, Jr.

May 13, 2020
Page 2 of 2

*For Professional Services Through  April 30, 2020*

### Professional Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 02/28/20 | Adrian Azer | Travel to Chicago, IL for meeting with Old Republic (1.8)(billed at one half time); travel from Chicago, IL to Washington D.C. (1.8)(billed at one half time). | 3.60 | $2,520.00 |

**Total Fees** — **$2,520.00**

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Adrian Azer | Partner | 3.60 | $700.00 | $2,520.00 |

**Total Professional Summary** — **$2,520.00**

**Total Fees, Expenses and Charges** — **$2,520.00**

**Total Amount Due** — USD **$2,520.00**

# haynesboone

Invoice Number: 21428577
Invoice Date:  May 13, 2020
Matter Name: Hearings and Court Matters
Client/Matter Number: 0020234.00037
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

## REMITTANCE PAGE
*For Professional Services Through  April 30, 2020*

| | |
|---|---|
| Total Fees | $4,680.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$4,680.00** |
| **Total Invoice Balance Due** | **USD  $4,680.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21428577** ● Client Number **0020234.00037** ● Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21428577
Matter Name: Hearings and Court Matters
Client/Matter Number: 0020234.00037
Billing Attorney: Ernest Martin, Jr.

May 13, 2020
Page 2 of 2

*For Professional Services Through  April 30, 2020*

**Professional Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 04/15/20 | Adrian Azer | Prepare for April 15 hearing (.5); attend April 15 hearing, including Court inquiry on Haynes and Boone retention application and insurance issues related to GSUSA motion to lift automatic stay (3.4). | 3.90 | $2,730.00 |
| 04/15/20 | Ernest Martin, Jr. | Prepare for and participate in bankruptcy hearing given Court question on Haynes and Boone retention application. | 2.00 | $1,950.00 |

**Total Fees** $4,680.00

**Timekeeper Summary**

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Adrian Azer | Partner | 3.90 | $700.00 | $2,730.00 |
| Ernest Martin, Jr. | Partner | 2.00 | $975.00 | $1,950.00 |

**Total Professional Summary** $4,680.00

**Total Fees, Expenses and Charges** $4,680.00

**Total Amount Due** USD $4,680.00