## Exhibit B

**Expense Detail**

4823-3460-3707 v.1

# haynes*boone*

Invoice Number: 21428578
Invoice Date:  May 13, 2020
Matter Name: <mark>Expenses</mark>
Client/Matter Number: 0020234.00038
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

**REMITTANCE PAGE**
*For Professional Services Through  April 30, 2020*

| | |
|---|---|
| Total Fees | $0.00 |
| Total Expenses | $1,185.14 |
| **Total Fees, Expenses and Charges** | **$1,185.14** |
| **Total Invoice Balance Due** | **USD  $1,185.14** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

**CHECK PAYMENT INSTRUCTIONS**
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

**ACH PAYMENT INSTRUCTIONS**
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

**WIRE PAYMENT INSTRUCTIONS**
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**   Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N** ● **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21428578** ●  Client Number **0020234.00038** ●  Attorney **Ernest Martin, Jr.**

**PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.**

Invoice Number: 21428578  
Matter Name: ==Expenses==  
Client/Matter Number: 0020234.00038  
Billing Attorney: Ernest Martin, Jr.

May 13, 2020  
Page 2 of 3

*For Professional Services Through April 30, 2020*

**Expenses**

| Date | Code | Description | Amount |
|---|---|---|---|
| 02/20/20 | FEE | File Time - 5th Court of Appeals | $4.44 |
| 02/27/20 | OTH | ARDC - Other Expense | $121.00 |
| 02/28/20 | TRV | Adrian Azer - Taxi - Adrian Azer - Travel to Chicago; attend meeting with Sidley Austin and Old Republic. | $41.11 |
| 02/28/20 | TRV | Adrian Azer - Airfare - Adrian Azer - Travel to Chicago; attend meeting with Sidley Austin and Old Republic. | $772.80 |
| 02/28/20 | TRV | Adrian Azer - Parking - Adrian Azer - Travel to Chicago; attend meeting with Sidley Austin and Old Republic. | $25.00 |
| 02/28/20 | TRV | Adrian Azer - Travel Expense Taxi - Adrian Azer - Travel to Chicago; attend meeting with Sidley Austin and Old Republic. | $50.42 |
| 03/02/20 | FedEx | Federal Express Corporation - To: c o Illinois National Bank Attn: ARDC Airbillnumber: 390706181890 Sender: Adrian Azer | $25.37 |
| 03/04/20 | PSC | Pacer Service Center | $0.70 |
| 04/22/20 | PSC | Pacer Service Center | $3.30 |
| 04/30/20 | OTH | Lighthouse formerly Discovia - Other Expense | $141.00 |

**Total Expenses**      **$1,185.14**

**Expenses Summary**

| Description | Amount |
|---|---|
| Travel Expense | $889.33 |
| Other Expense | $262.00 |
| Filing Fee Expense | $4.44 |
| Pacer Service Center | $4.00 |
| Federal Express | $25.37 |
| **Total Expenses** | **$1,185.14** |

**Total Fees, Expenses and Charges**      **$1,185.14**

Invoice Number: 21428578  
Matter Name: <mark>Expenses</mark>  
Client/Matter Number: 0020234.00038  
Billing Attorney: Ernest Martin, Jr.

May 13, 2020  
Page 3 of 3

**Total Amount Due**                                                  **USD $1,185.14**