## Exhibit A

## Summary of Services

| Date incurred | Employee | Hours | Category | Notes | Bill rate | Professional fees |
|---|---|---|---|---|---|---|
| 4/1/2020 | Ameri, Armin | 2.6 | Data Gathering & Processing | Attempting to match claim numbers across various data files | $345.00 | $897.00 |
| 4/1/2020 | Ameri, Armin | 3.2 | Data Gathering & Processing | Constructing a data summary file, tabulating fields | $345.00 | $1,104.00 |
| 4/1/2020 | Ameri, Armin | 1.7 | Data Gathering & Processing | Continued work on data summary file | $345.00 | $586.50 |
| 4/1/2020 | Evans, Andrew | 0.4 | Fee Request Preparation | Review of proposal from Matt Linder re supplemental declaration to alleviate UST concerns | $725.00 | $290.00 |
| 4/1/2020 | Murray, Makeda | 0.8 | Data Gathering & Processing | BSA claims data review | $475.00 | $380.00 |
| 4/1/2020 | Murray, Makeda | 0.2 | Fee Request Preparation | BSA retention application | $475.00 | $95.00 |
| 4/1/2020 | Murray, Makeda | 2.0 | Data Gathering & Processing | BSA data questions | $475.00 | $950.00 |
| 4/1/2020 | Murray, Makeda | 1.0 | Data Gathering & Processing | BSA data questions cont'd | $475.00 | $475.00 |
| 4/2/2020 | Ameri, Armin | 3.4 | Data Gathering & Processing | Creating file summarizing fields in each of the claims datasets | $345.00 | $1,173.00 |
| 4/2/2020 | Ameri, Armin | 2.6 | Data Gathering & Processing | Analyzing claims data, composing data questions | $345.00 | $897.00 |
| 4/2/2020 | Evans, Andrew | 0.3 | Data Gathering & Processing | Review data processing efforts and next steps | $725.00 | $217.50 |
| 4/2/2020 | Evans, Andrew | 0.2 | Project Management | Updates to work plan | $725.00 | $145.00 |
| 4/2/2020 | Murray, Makeda | 0.2 | Project Management | BSA workplan review | $475.00 | $95.00 |
| 4/2/2020 | Murray, Makeda | 0.9 | Data Gathering & Processing | BSA data review, data questions | $475.00 | $427.50 |
| 4/2/2020 | Murray, Makeda | 3.0 | Data Gathering & Processing | BSA data review, data questions cont'd | $475.00 | $1,425.00 |
| 4/3/2020 | Ameri, Armin | 2.2 | Data Gathering & Processing | Creating data questions for BSA claims datasets | $345.00 | $759.00 |
| 4/3/2020 | Ameri, Armin | 1.3 | Data Gathering & Processing | Continued work on data questions | $345.00 | $448.50 |
| 4/3/2020 | Evans, Andrew | 0.3 | Fee Request Preparation | Review of new request from Sidley re limitation of liability modification request from UST | $725.00 | $217.50 |
| 4/3/2020 | Murray, Makeda | 0.5 | Data Gathering & Processing | BSA data questions | $475.00 | $237.50 |
| 4/3/2020 | Murray, Makeda | 2.0 | Data Gathering & Processing | BSA data processing QC | $475.00 | $950.00 |
| 4/3/2020 | Murray, Makeda | 0.6 | Fee Request Preparation | BSA retention application review | $475.00 | $285.00 |
| 4/3/2020 | Murray, Makeda | 1.5 | Data Gathering & Processing | BSA data processing QC-contd | $475.00 | $712.50 |
| 4/4/2020 | Evans, Andrew | 0.6 | Fee Request Preparation | Call with Matt Linder; Blair Warner, Makeda Murray; Jodi Trulove; and Karen Goldberg on UST requested modifications to liability limitation | $725.00 | $435.00 |
| 4/4/2020 | Murray, Makeda | 0.5 | Communication with Counsel | Call with counsel- D. Evans, K. Goldberg, J. Trulove, and M. Linder and B. Warner at Sidley | $475.00 | $237.50 |
| 4/6/2020 | Evans, Andrew | 0.3 | Fee Request Preparation | Follow-up on finalization of updated retention application; review and approval of supplemental declaration; look into request from Emily Rabb re balance verification | $725.00 | $217.50 |
| 4/6/2020 | Evans, Andrew | 0.5 | Analysis | Additional review of proposed draft claim form; edits to same; information to counsel re potential changes | $725.00 | $362.50 |
| 4/6/2020 | Evans, Andrew | 0.2 | Analysis | Review of available membership data | $725.00 | $145.00 |
| 4/6/2020 | Evans, Andrew | 0.2 | Data Gathering & Processing | Plan for updated public data on abuse case valuations | $725.00 | $145.00 |
| 4/6/2020 | Evans, Andrew | 0.2 | Fee Request Preparation | Review and approval of time entry | $725.00 | $145.00 |

| Date incurred | Employee | Hours | Category | Notes | Bill rate | Professional fees |
|---|---|---|---|---|---|---|
| 4/6/2020 | Evans, Andrew | 0.2 | Project Management | Plan for next steps related to potential mediation support | $725.00 | $145.00 |
| 4/6/2020 | Murray, Makeda | 0.9 | Fee Request Preparation | BSA retention application | $475.00 | $427.50 |
| 4/6/2020 | Murray, Makeda | 2.3 | Data Gathering & Processing | BSA data review, data questions | $475.00 | $1,092.50 |
| 4/6/2020 | Murray, Makeda | 0.8 | Project Management | BSA workplan updates | $475.00 | $380.00 |
| 4/6/2020 | Murray, Makeda | 2.7 | Data Gathering & Processing | BSA data questions | $475.00 | $1,282.50 |
| 4/7/2020 | Ameri, Armin | 1.1 | Data Gathering & Processing | Reviewing data processing questions and missing fields | $345.00 | $379.50 |
| 4/7/2020 | Ameri, Armin | 3.3 | Data Gathering & Processing | QCing data questions, editing data question document | $345.00 | $1,138.50 |
| 4/7/2020 | Ameri, Armin | 2.1 | Data Gathering & Processing | Researching recent public abuse claim settlements | $345.00 | $724.50 |
| 4/7/2020 | Evans, Andrew | 1.0 | Data Gathering & Processing | Review of data cleaning and processing efforts and plan for next steps re same | $725.00 | $725.00 |
| 4/7/2020 | Johnson, Samantha | 0.8 | Data Gathering & Processing | Additional research into public data for comparable injuries | $475.00 | $380.00 |
| 4/7/2020 | Murray, Makeda | 2.8 | Data Gathering & Processing | BSA claims data QC- review databases, data questions | $475.00 | $1,330.00 |
| 4/7/2020 | Murray, Makeda | 1.0 | Data Gathering & Processing | BSA claims data review | $475.00 | $475.00 |
| 4/8/2020 | Ameri, Armin | 3.4 | Data Gathering & Processing | Standardizing variables in the BSA data | $345.00 | $1,173.00 |
| 4/8/2020 | Ameri, Armin | 3.1 | Data Gathering & Processing | Continued cleaning and standardization of BSA claims data | $345.00 | $1,069.50 |
| 4/9/2020 | Ameri, Armin | 3.2 | Data Gathering & Processing | Standardizing and cross-checking name values in the BSA claims datasets | $345.00 | $1,104.00 |
| 4/9/2020 | Ameri, Armin | 2.3 | Data Gathering & Processing | Continued standardization of BSA data | $345.00 | $793.50 |
| 4/9/2020 | Evans, Andrew | 0.3 | Analysis | Planning for analysis in support of possible mediation | $725.00 | $217.50 |
| 4/10/2020 | Ameri, Armin | 3.2 | Data Gathering & Processing | Cross-checking claimant names in the BSA data files | $345.00 | $1,104.00 |
| 4/10/2020 | Ameri, Armin | 1.4 | Data Gathering & Processing | Continued cross-checking of claimants across BSA datasets | $345.00 | $483.00 |
| 4/10/2020 | Ameri, Armin | 2.9 | Data Gathering & Processing | Cleaning and cross-checking other data variables | $345.00 | $1,000.50 |
| 4/10/2020 | Evans, Andrew | 0.1 | Fee Request Preparation | Follow-up related to February invoice and preparation of March | $725.00 | $72.50 |
| 4/10/2020 | Johnson, Samantha | 0.4 | Data Gathering & Processing | Review of docket for new information | $475.00 | $190.00 |
| 4/13/2020 | Ameri, Armin | 3.4 | Data Gathering & Processing | Cleaning and cross-checking BSA claims datasets | $345.00 | $1,173.00 |
| 4/13/2020 | Ameri, Armin | 3.1 | Data Gathering & Processing | Researching public comparable injury settlements | $345.00 | $1,069.50 |
| 4/13/2020 | Evans, Andrew | 0.2 | Data Gathering & Processing | Review of new data on BSA membership figures and reply re same | $725.00 | $145.00 |
| 4/14/2020 | Ameri, Armin | 3.2 | Data Gathering & Processing | Researching public comparable injury settlements | $345.00 | $1,104.00 |
| 4/14/2020 | Ameri, Armin | 1.8 | Data Gathering & Processing | Continued research of comparable settlements | $345.00 | $621.00 |
| 4/15/2020 | Ameri, Armin | 1.6 | Analysis | QCing census data by age and gender | $345.00 | $552.00 |
| 4/15/2020 | Ameri, Armin | 1.9 | Analysis | Updating census estimates with additionaldata | $345.00 | $655.50 |
| 4/15/2020 | Evans, Andrew | 0.3 | Fee Request Preparation | Review of time entries and input on fee application process | $725.00 | $217.50 |
| 4/15/2020 | Evans, Andrew | 0.2 | Data Gathering & Processing | Planning for next steps of data processing | $725.00 | $145.00 |
| 4/16/2020 | Evans, Andrew | 0.3 | Fee Request Preparation | Follow-up on fee application questions | $725.00 | $217.50 |
| 4/16/2020 | Evans, Andrew | 0.3 | Fee Request Preparation | Providing input on fee application; review of related materials | $725.00 | $217.50 |
| 4/16/2020 | Murray, Makeda | 3.0 | Fee Request Preparation | March fee request preparation | $475.00 | $1,425.00 |
| 4/16/2020 | Murray, Makeda | 1.5 | Fee Request Preparation | Fee request preparation for Mar 2020 | $475.00 | $712.50 |
| 4/17/2020 | Evans, Andrew | 0.4 | Fee Request Preparation | Review of additional materials related to first set of fee applications; review of | $725.00 | $290.00 |

| Date incurred | Employee | Hours | Category | Notes | Bill rate | Professional fees |
|---|---|---|---|---|---|---|
| | | | | related time records | | |
| 4/17/2020 | Evans, Andrew | 0.8 | Analysis | Preliminary review and consideration of new proposed draft POC from TCC; plan for call with counsel re same | $725.00 | $580.00 |
| 4/17/2020 | Johnson, Samantha | 0.5 | Data Gathering & Processing | Review of docket for updates | $475.00 | $237.50 |
| 4/17/2020 | Murray, Makeda | 2.0 | Fee Request Preparation | BSA Feb 2020 fee preparation | $475.00 | $950.00 |
| 4/17/2020 | Murray, Makeda | 2.5 | Fee Request Preparation | Feb 2020 fee preparation | $475.00 | $1,187.50 |
| 4/17/2020 | Murray, Makeda | 1.5 | Fee Request Preparation | BSA Feb 2020 billing | $475.00 | $712.50 |
| 4/18/2020 | Evans, Andrew | 0.7 | Analysis | Additional review and consideration of TCC draft POC | $725.00 | $507.50 |
| 4/19/2020 | Evans, Andrew | 0.7 | Analysis | Additional consideration of TCC proposed draft POC | $725.00 | $507.50 |
| 4/19/2020 | Evans, Andrew | 0.6 | Communication with Counsel | Call with Mike Andolina on next steps | $725.00 | $435.00 |
| 4/20/2020 | Ameri, Armin | 2.1 | Data Gathering & Processing | Reviewing unpaid claims in the BSA datasets | $345.00 | $724.50 |
| 4/20/2020 | Evans, Andrew | 0.9 | Analysis | Work with Makeda and Samantha on potential draft claim form edits | $725.00 | $652.50 |
| 4/20/2020 | Evans, Andrew | 0.4 | Analysis | Review of tort discovery materials potentially relevant to POC | $725.00 | $290.00 |
| 4/20/2020 | Evans, Andrew | 1.3 | Communication with Counsel | Call with Sidley- Blair Warner; Mike Andolina; Shannon Wheatman; Monica Blacker; Jessica Boelter; Allison Miller on draft POC | $725.00 | $942.50 |
| 4/20/2020 | Johnson, Samantha | 1.4 | Analysis | Review of draft POC | $475.00 | $665.00 |
| 4/20/2020 | Murray, Makeda | 2.2 | Fee Request Preparation | BSA invoicing and fee preparation | $475.00 | $1,045.00 |
| 4/20/2020 | Murray, Makeda | 1.5 | Analysis | BSA POC review | $475.00 | $712.50 |
| 4/20/2020 | Murray, Makeda | 0.8 | Analysis | Review Proof of Claim form | $475.00 | $380.00 |
| 4/20/2020 | Murray, Makeda | 1.8 | Data Gathering & Processing | BSA data check- review SBND claims | $475.00 | $855.00 |
| 4/21/2020 | Ameri, Armin | 1.9 | Data Gathering & Processing | Analyzing BSA datasets for unpaid settlements | $345.00 | $655.50 |
| 4/21/2020 | Evans, Andrew | 1.2 | Analysis | Review and consideration of proposed edits to draft POC; information to Blair Warner regarding potential adjustments to same | $725.00 | $870.00 |
| 4/21/2020 | Evans, Andrew | 0.1 | Fee Request Preparation | Additional follow-up related to finalization of fee app | $725.00 | $72.50 |
| 4/21/2020 | Murray, Makeda | 1.6 | Fee Request Preparation | Feb-Mar fee preparation | $475.00 | $760.00 |
| 4/22/2020 | Evans, Andrew | 0.5 | Data Gathering & Processing | Additional consideration of POC; follow-up on clarification points raised by Blair Warner | $725.00 | $362.50 |
| 4/22/2020 | Murray, Makeda | 2.8 | Fee Request Preparation | BSA fee preparation | $475.00 | $1,330.00 |
| 4/22/2020 | Murray, Makeda | 2.3 | Fee Request Preparation | BSA fee preparation- time detail and application | $475.00 | $1,092.50 |
| 4/23/2020 | Evans, Andrew | 0.7 | Analysis | Additional consideration of latest edits to draft TCC POC and input to Blair Warner on same | $725.00 | $507.50 |
| 4/23/2020 | Evans, Andrew | 0.3 | Analysis | Follow-up on questions related to matrix from prior BSA mediation and potential implications for draft POC | $725.00 | $217.50 |
| 4/23/2020 | Murray, Makeda | 2.2 | Fee Request Preparation | BSA fee application- Feb-Mar 2020 | $475.00 | $1,045.00 |
| 4/23/2020 | Murray, Makeda | 0.9 | Analysis | BSA POC form review | $475.00 | $427.50 |
| 4/23/2020 | Murray, Makeda | 1.0 | Fee Request Preparation | BSA fee request prep- Feb-Mar 2020 | $475.00 | $475.00 |
| 4/24/2020 | Evans, Andrew | 0.3 | Fee Request Preparation | Final review of fee application; follow-up questions from Sidley team | $725.00 | $217.50 |
| 4/24/2020 | Evans, Andrew | 0.1 | Analysis | Update on next steps related to POC and data processing | $725.00 | $72.50 |
| 4/24/2020 | Murray, Makeda | 1.3 | Fee Request Preparation | Finalize Feb-Mar 2020 fee application | $475.00 | $617.50 |

9

| Date incurred | Employee | Hours | Category | Notes | Bill rate | Professional fees |
|---|---|---|---|---|---|---|
| 4/24/2020 | Murray, Makeda | 0.2 | Fee Request Preparation | Review fee application | $475.00 | $95.00 |
| 4/27/2020 | Evans, Andrew | 0.5 | Analysis | Review and consideration of draft notice; input on same | $725.00 | $362.50 |
| 4/27/2020 | Murray, Makeda | 1.0 | Project Management | BSA workplan review, filing correspondence | $475.00 | $475.00 |
| 4/28/2020 | Evans, Andrew | 0.2 | Analysis | Review of additional draft materials from Blair Warner | $725.00 | $145.00 |
| 4/29/2020 | Evans, Andrew | 0.2 | Communication with Counsel | Update call with Mike Andolina | $725.00 | $145.00 |
| 4/29/2020 | Evans, Andrew | 0.2 | Analysis | Review and consideration of additional POC draft materials from Blair Warner | $725.00 | $145.00 |
| 4/30/2020 | Evans, Andrew | 0.3 | Data Gathering & Processing | Review of materials in prep for call | $725.00 | $217.50 |
| 4/30/2020 | Evans, Andrew | 0.6 | Communication with Counsel | Call with Andolina; Blacker; Boelter; Linder; Warner; Wheatman | $725.00 | $435.00 |
| 4/30/2020 | Evans, Andrew | 0.5 | Analysis | Review of additional notice related docs from legal team | $725.00 | $362.50 |
| **TOTAL** | | **136.5** | | | | **$61,177.50** |