**Exhibit B**

**Expense Detail**

For the period April 1, 2020 to April 30, 2020, Bates White LLC incurred $0 expenses associated with this matter.