IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>Ref. Docket No. 17, 161, 164, 166, 316, 388, & 617 |

**DECLARATION OF ADRIAN C. AZER IN SUPPORT OF DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPOINTING A JUDICIAL MEDIATOR, (II) REFERRING CERTAIN MATTERS TO MANDATORY MEDIATION, AND (III) GRANTING RELATED RELIEF**

Adrian C. Azer, being duly sworn, states the following under penalty of perjury:

1. I am over twenty-one (21) years of age and I am fully competent to make this Declaration. I am a partner at the law firm Haynes and Boone, LLP, 800 17th Street NW, Suite 500, Washington, D.C. 20006, which has served as insurance-coverage counsel to the Boy Scouts of America (the "BSA"), a non-profit corporation and a debtor and debtor in possession in the above-captioned chapter 11 cases. I am a licensed attorney and I have been admitted to practice in Texas, Georgia and the District of Columbia and have practiced in these various jurisdictions for the last 16 years.[2] I respectfully submit this Declaration in Support of BSA's Reply Brief in Further Support of Motion for a Preliminary Injunction Pursuant to Section 105(a) and 362 of the Bankruptcy Code.

2. The matters set forth below are based upon my personal knowledge and if called upon to testify, I could and would competently testify to those facts.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2] I am presently an inactive member of the state bar of Georgia.

3.  Attached as **Exhibit 1** is a true and correct copy of a May 11, 2020 letter from insurance-coverage counsel to the Debtors, Adrian Azer, to counsel to Chubb, Tancred Schiavoni, counsel to Hartford, Joshua Weinberg, and counsel to Allianz, Ryan Smethurst and Todd Jacobs.[3]

4.  Attached as **Exhibit 2** is a true and correct copy of an email dated November 5, 2019 from myself to Joshua D. Weinberg forwarding an October 23, 2019 electronic communication from insurance-coverage counsel to the Debtors, Ernest Martin, to counsel to Hartford, James Ruggeri – redacted for confidential information.

*[Remainder of Page Intentionally Left Blank]*

---

[3] Any and all exhibits referenced in the May 11, 2020 letter have intentionally been omitted as those documents have otherwise been filed in these chapter 11 cases.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 17th day of May, 2020 in Alexandria, Virginia.

                                                                               _____
                                                                                          ADRIAN C. AZER