**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>       Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Ref. Docket Nos. 18, 556, 557, 601, 603, 610, 630, 631, 632, 651, 656, & 659** |

**NOTICE OF FILING OF FURTHER REVISED BAR DATE ORDER**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.    On February 18, 2020, the Debtors filed the *Debtors' Motion, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1, for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice Thereof, (III) Approve Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Victims, and (IV) Approve Confidentiality Procedures for Abuse Victims* (Docket No.  (the "Bar Date Motion").  Attached as Exhibit A to the Bar Date Motion was a proposed order granting the relief requested (the "Initial Proposed Order").

2.    On May 4, 2020, the Debtors filed the *Supplement to Debtors' Bar Date Motion* [Docket No. 557] (the "Bar Date Supplement").  Attached as Exhibit 2 to the Bar Date Supplement was a revised proposed order granting the relief requested in the Bar Date Motion (the "Revised Proposed Order").

3.    On May 14, 2020, the Debtors filed the *Notice of Filing of Revised Bar Date Order* [Docket No. 632] (the "Revised Bar Date Order Notice").  Attached as Exhibit A to the

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

-2-

Revised Bar Date Order Notice was a further revised proposed order granting the relief requested

in the Bar Date Motion.

4.       Attached hereto as **Exhibit A** is a further revised proposed order granting the

relief requested in the Bar Date Motion (the "Further Revised Proposed Order"), inclusive of all

exhibits.

5.       Attached hereto as **Exhibit B** is a redline comparing the Further Revised

Proposed Order with the version filed with the Revised Bar Date Order Notice, inclusive of all

exhibits.

*[Remainder of Page Intentionally Left Blank]*

Dated:  May 18, 2020
      Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Eric W. Moats*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4664
Email:  dabbott@mnat.com
       aremming@mnat.com
       emoats@mnat.com
       ptopper@mnat.com

– and –

SIDLEY AUSTIN LLP
Jessica C. K. Boelter (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 839-5300
Email:  jboelter@sidley.com

– and –

SIDLEY AUSTIN LLP
Thomas A. Labuda (admitted *pro hac vice*)
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Email:  tlabuda@sidley.com
       mandolina@sidley.com
       mlinder@sidley.com

CO-COUNSEL  AND  PROPOSED  COUNSEL  TO
THE DEBTORS AND DEBTORS IN POSSESSION