### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

In re:

BOY SCOUTS OF AMERICA AND
DELAWARE BSA, LLC,

        Debtors.

Chapter 11

Case No. 20-10343 (LSS)

Jointly Administered

## <u>OMNIBUS HEARINGS ORDER</u>

**IT IS HEREBY ORDERED** that the following omnibus hearings have been

scheduled in the above-captioned cases:

| DATE | TIME |
|------|------|
| July 9, 2020 | 10:00 a.m. (ET) |
| August 6, 2020 | 10:00 a.m. (ET) |
| September 9, 2020 | 10:00 a.m. (ET) |

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

**Dated: May 18th, 2020**
**Wilmington, Delaware**