# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC, *et al.*[1], | Chapter 11<br><br>Case No. 20-10343 (LSS) |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE    §
                                         §    SS:
NEW CASTLE COUNTY   §

I, Gregory J. Flasser, being duly sworn according to law, depose and say that I am employed by Bayard, P.A., counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company, and that on the 15th day of May, 2020, I caused copies of the: (i) **Motion for Leave to File Supplemental Memorandum in Support of the Limited Objection of Creditors First State Insurance Company and Twin City Fire Insurance Company and Party in Interest Hartford Accident and Indemnity Company to Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief [D.I. 648]**; (ii) **Declaration of Abigail W. Williams in Support of the Supplemental Brief in Support of the Limited Objection of Creditors First State Insurance Company and Twin City Fire Insurance Company and Party in Interest Hartford Accident and Indemnity Company to Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief [D.I.**

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**650]**, and (iii) **Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company's Motion for Leave to File an Objection to Debtors' Motion, Pursuant to 11 U.S.C. § 502(B)(9), Bankruptcy Rules 2002 and 3003(C)(3), and Local Rules 2002-1(E), 3001-1, and 3003-1 for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice Thereof, (III) Approve Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Victims, and (IV) Approve Confidentiality Procedures for Abuse Victims [D.I. 651]** to be served via first class mail upon on the parties listed on Exhibit A and via email on the parties listed below:

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Derek C. Abbott
Andrew R. Remming
Joseph C. Barsalona II
Eric W. Moats
Paige N. Topper
Email: dabbott@mnat.com
aremming@mnat.com
jbarsalona@mnat.com
emoats@mnat.com
ptopper@mnat.com

SIDLEY AUSTIN LLP
Jessica C. K. Boelter
Email: jboelter@sidley.com

SIDLEY AUSTIN LLP
Thomas A. Labuda
Michael C. Andolina
Matthew E. Linder
Blair M. Warner
Email: tlabuda@sidley.com
mandolina@sidley.com
mlinder@sidley.com
blair.warner@sidley.com

OFFICE OF THE UNITED STATES TRUSTEE
David L. Buchbinder
Hannah M. McCollum
Email: David.l.buchbinder@usdoj.gov
Hannah.mccollum@usdoj.gov

KRAMER, LEVIN, NAFKALIS & FRANKEL LLP
David E. Blabey, Jr.
Thomas Moers Mayer
Rachael Ringer
Jennifer R. Sharret
Megan M. Wasson
Email: dblabey@kramerlevin.com
tmayer@kramerlevin.com
rringger@kramerlevin.com
jsharret@kramerlevin.com
mwasson@kramerlevin.com

REED SMITH LLP
Kurt F. Gwynne
Katelin Ann Morales
Email: kgwynne@reedsmith.com
kmorales@reedsmith.com

                                                                 */s/ Gregory J. Flasser*
                                                                 Gregory J. Flasser

*SWORN TO AND SUBSCRIBED* before me this 19th day of May 2020.

                                                                */s/ Kristin A. McCloskey*
                                                                Kristin A. McCloskey
                                                                Notary Public
                                                                State of Delaware
                                                                My Commission Expires July 7, 2020

# EXHIBIT A

Adams and Reese LLP
Attn: Henry C. Shelton, III
6075 Poplar Ave, Ste 700
Memphis, TN 38119

AM Saccullo Legal, LLC
Attn: Anthony Saccullo/Mary Augustine
27 Crimson King Dr
Bear, DE 19701

Andrews & Thornton
Attn: Anne Andrews/John Thornton
4701 Von Karman Ave, Ste 300
Newport Beach, CA 92660

Ashby & Geddes, PA
Attn: Bill Bowden
500 Delaware Ave, 8th Fl
P.O. Box 1150
Wilmington, DE 19899-1150

Baker Manock & Jensen, PC
Attn: Jan T. Perkins
5260 N Palm Ave, Ste 421
Fresno, CA 93704

Bayard, PA
Attn: Erin Fay/ Gregory Flasser
600 N King St, Ste 400
Wilmington, DE 19801

Bielli & Klauder, LLC
Attn: David M Klauder
1204 N King St
Wilmington, DE 19801

Bradley Riley Jacobs PC
Attn: Todd C. Jacobs
320 W Ohio St, Ste 3W
Chicago, IL 60654

Buchalter, A Professional Corporation
Attn: Shawn M. Christianson
55 Second St, 17th Fl
San Francisco, CA 94105-3493

Butler Snow LP
Attn: Daniel W. Van Horn
P.O. Box 171443
Memphis, TN 38187-1443

Carruthers & Roth, PA
Attn: Britton C Lewis
235 N Edgeworth St
P.O. Box 540
Greensboro, NC 27401

Chipman, Brown, Cicero & Cole, LLP
Attn: Mark Desgrosseilliers
1313 N Market St, Ste 5400
Wilmington, DE 19801

Choate, Hall & Stewart LLP
Attn: Douglas R. Gooding
Attn: Jonathan D. Marshall
Attn: Michael J. Foley, Jr
Two International Place
Boston, MA 02110

Commonwealth of Pennsylvania
Dept of Labor & Industry
Attn: Deb Secrest/Collections Support Unit
651 Boas St, Rm 925
Harrisburg, PA 17121

Connolly Gallagher, LLP
Attn: Karen C. Bifferato
Attn: Kelly M. Conlan
1201 N Market St, 20th Fl
Wilmington, DE 19801

Coughlin Duffy, LLP
Attn: Kevin Coughlin/Lorraine Armenti
Attn: Michael Hrinewski
350 Mt Kemble Ave
P.O. Box 1917
Morristown, NJ 07960

Davies Hood PLLC
Attn: Jason P. Hood
22 N Front St, Ste 620
Memphis, TN 38103-2100

Dorsey & Whitney LLP
Attn: Bruce R. Ewing/E. Schnabel
51 W 52nd St
New York, NY 10019

Dorsey & Whitney LLP
Attn: Eric Lopez Schnabel
Attn: Alessandra Glorioso
300 Delaware Ave, Ste 1010
Wilmington, DE 19801

Faegre Drinker Biddle & Reath LLP
Attn: Jay Jaffe
600 E. 96th St, Ste 600
Indianapolis, IN 46240

Faegre Drinker Biddle & Reath LLP
Attn: Michael P. Pompeo
1177 Ave of the Americas, 41st Fl
New York, NY 10036-2714

Faegre Drinker Biddle & Reath LLP
Attn: Patrick A. Jackson
Attn: Kaitlin W. MacKenzie
222 Delaware Ave., Suite 1410
Wilmington, DE 19801-1621

Faegre Drinker Biddle & Reath LLP
Attn: Patrick A. Johnson
222 Delaware Ave, Ste 1410
Wilmington, DE 19801-1621

Fineman Krekstein & Harris, PC
Attn: Dierdre M Richards
1300 N King St
Wilmington, DE 19801

Foley & Lardner LLP
Attn: Richard J Bernard
90 Park Ave
New York, NY 10016

Foley & Lardner LLP
Attn: Victor Vilaplana
3579 Valley Centre Dr, Ste 300
San Diego, CA 92130

Foran Glennon Planadech Ponzi & Rudloff, P.C.
Attn: Susan N K Gummow
Attn: Igor Shleypak
222 N LaSalle St, Ste 1400
Chicago, IL 60614

Fox Swibel Levin & Carroll LLP
Attn: Margaret M. Anderson
200 W Madison St, Ste 3000
Chicago, IL 60606

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Jacobs & Crumplar, PA
Attn: Raeann Warner/Thomas Crumplar
750 Shipyard Dr, Ste 200
Wilmington, DE 19801

Janet, Janet & Scuggs, LLC
Attn: Gerald D Jowers, Jr
500 Taylor St, Ste 301
Columbia, SC 29201

JPMorgan Chase Bank, NA
Attn: Phil Martin
10 S Dearborn St
Mail Code Il1-1415
Chicago, Il 60603

Jpmorgan Chase Bank, NA
c/o Norton Rose Fulbright US LLP
Attn: Louis R. Strubeck, Jr
1301 Ave of the Americas
New York, NY 10019-6022

Karr Tuttle Campbell, PS
Attn: Bruce W. Leaverton
701 5th Ave, Ste 3300
Seattle, WA 98104

Kramer Levin Naftalis & Frankel LLP
Attn: Thomas Moers Mayer/Rachel Ringer
Attn: David E. Blabey Jr./Jennifer R. Sharret
Attn: Megan M. Wasson
177 Ave of the Americas
New York, NY 10036

Latham & Watkins LLP
Attn: Adam J Goldberg
885 3rd Ave
New York, NY 10022-4834

Latham & Watkins LLP
Attn: Jeffrey E Bjork
Attn: Kimberly A Posin
Attn: Nicholas J Messana
355 S Grand Ave, Ste 100
Los Angeles, CA 90071-1560

Linebarger Goggan Blair & Sampson, LLP
Attn: Elizabeth Weller
2777 N. Stemmons Fwy, Ste 1000
Dallas, TX 75207

Linebarger Goggan Blair & Sampson, LLP
Attn: John P. Dillman
P.O. Box 3064
Houston, TX 77253-3064

Maurice Wutscher LLP
Attn: Alan C. Hochheiser
23611 Chagrin Blvd. Ste 207
Beachwood, OH 44122

McCreary, Veselka, Bragg & Allen, PC
Attn: Tara LeDay
P.O. Box 1269
Round Rock, TX 78680

McDermott Will & Emery LLP
Attn: Ryan Smethurst
Attn: Margaret Warner
500 N Capitol St NW
Washington, DC 20001-1531

Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
Attn: Kim V. Marrkand
Attn: Nancy D. Adams
Attn: Laura Bange Stephens
One Financial Center
Boston, MA 02111

Mirick, O'Connell, DeMallie & Lougee, LLP
Attn: Kate P Foley
1800 W Park Dr, Ste 400
Westborough, MA 01581

Mirick, O'Connell, DeMallie & Lougee, LLP
Attn: Paul W Carey
100 Front St
Worcester, MA 01608

Missouri Dept of Revenue
Bankruptcy Unit
Attn: Steven A Ginther
P.O. Box 475
Jefferson City, MO 65105-0475

Monzack Mersky McLaughlin & Browder, PA
Attn: Brian McLaughlin
Attn: Rachel Mersky
1201 N Orange St, Ste 400
Wilmington, DE 19801

Morris James LLP
Attn: Brett D. Fallon
Attn: Brya M. Keilson
500 Delaware Ave, Ste 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Morris, Nichols, Arsht & Tunnell
Attn: Derek C. Abbott
Attn: Andrew R. Remming
Attn: Paige N. Topper
Attn: Joseph Charles Barsalona II
Attn: Eric Moats
1201 N.Market Street, 16th Floor
Wilmington,DE  19801

Nagel Rice LLP
Attn: Bradley L Rice
103 Eisenhower Pkwy
Roseland, NJ 07068

Nelson Comis Kettle & Kinney, LLP
Attn: Willia E. Winfield
300 E Esplande Dr, Ste 1170
Oxnard, CA 93036

Nicolaides Fink Thorpe Michaelides Sullivan LLP
Attn: Matthew S. Sorem
10 S Wacker Dr, 21st Fl
Chicago, IL 60606

Norton Rose Fulbright Us LLP
Attn: Louis Strubeck/ Kristian Gluck
Attn: Ryan Manns
2200 Ross Ave, Suite 3600
Dallas, TX 75201-7932

Office of the Attorney General
Attn: Christopher S Murphy
Attn: Sherri K Simpson
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Office of the United States Trustee
Attn: David L. Buchbinder
Attn: Hannah Mufson McCollum
844 King St, Suite 2207
Lockbox 35
Wilmington, DE 19801

Pachulski Stang Ziehl & Jones
Attn: James I. Stang
10100 Santa Monica Blvd, 13th Fl
Los Angeles, CA 90067-4003

Pachulski Stang Ziehl & Jones LLP
Attn: James Stang/Robert Orgel
Attn: James O'Neill/John Lucas/Ilan Scharf
919 N Market St, 17th Fl
P.O. Box 8705
Wilmington, DE 19899-8705

Pension Benefit Guaranty Corporation
Attn: Patricia Kelly, CFO
Attn: C. Burton/ C. Fessenden
1200 K St NW
Washington, DC 20005

Pepper Hamilton LLP
Attn: David M. Fournier
Attn: Marcy J. McLaughlin Smith
1313 Market St, Ste 5100
P.O. Box 1709
Wilmington, DE 19899-1709

Pfau Cochran Vertetis Amala PLLC
Attn: Michael Pfau/Jason Amala
Attn: Vincent Nappo
403 Columbia St, Ste 500
Seattle, WA 98104

Phillips Lytle LLP
Attn: Angela Z Miller
One Canalside
125 Main St
Buffalo, NY 14203

Reed Smith LLP
Attn: Kurt F. Gwynne
Attn: Katelin A. Morales
120 N Market St, Ste 1500
Wilmington, DE 19801

Richards, Layton & Finger, PA
Attn: Michael Merchant/Brett Haywood
One Rodney Square
920 N King St
Wilmington, DE 19801

Schnader Harrison Segal & Lewis LLP
Attn: Richard A. Barkasy
Attn: Kristi J. Doughty
824 N Market St, Ste 800
Wilmington, DE 19801-4939

Seitz, Van Ogtrop & Green, P.A.
Attn: R. Karl Hill
222 Delaware Ave, Ste 1500
Wilmington, DE 19801

Sequoia Counsel of Boy Scouts, Inc.
Attn: Michael Marchese
6005 N Tamera Ave
Fresno, CA 93711

Sidley Austin LLP
Attn: Blair Warner
One South Dearborn Street
Chicago, IL 60603

Sidley Austin LLP
Attn: Jessica C. Boelter
Attn: James F. Conlan
787 Seventh Avenue
New York, NY 10019

Stamoulis & Weinblatt LLC
Attn: Stamatios Stamoulis
Attn: Richard Weinblatt
800 N West St, Ste 800
Wilmington, DE 19801

Stark & Stark, PC
Attn: Joseph H Lemkin
P.O. Box 5315
Princeton, NJ 08543

Synchrony Bank
c/o PRA Receivables Management, LLC
Attn: Valerie Smith
P.O. Box 41021
Norfolk, VA 23541

The County Commission Of Fayette County
Attn: President
P.O. Box 307
Fayetteville, WV 25840

The County Commission Of Fayette County
c/o Steptoe & Johnson Pllc
Attn: John Stump, Esq
Chase Tower - 8th Fl
707 Virginia St E.
Charleston, WV 25301

The Law Offices of Joyce, LLC
Attn: Michael J. Joyce
1225 King St, Ste 800
Wilmington, DE 19801

The Neuberger Firm
Attn: Thomas S. Neuberger
Attn: Stephen J. Neuberger
17 Harlech Dr
Wilmington, DE 19807

Thomas Law Office, PLLC
Attn: Tad Thomas/Louis Schneider
9418 Norton Commons Blvd, Ste 200
Louisville, KY 40059

Tremont Sheldon Robinson Mahoney PC
Attn: Cindy Robinson
Attn: Doug Mahoney
64 Lyon Ter
Bridgeport, CT 06604

Troutman Sanders LLP
Attn: Harris B. Winsberg
Attn: Matthew G. Roberts
600 Peachtree St NE, Ste 3000
Atlanta, GA 30308

United States Dept Of Justice
950 Pennsylvania Ave, Nw
Room 2242
Washington, DC 20530-0001

US Attorney For Delaware
Attn: David C Weiss
1007 Orange St, Ste 700
P.O. Box 2046
Wilmington, DE 19899-2046

Wachtell, Lipton, Rosen & Katz
Attn: Richard Mason/Douglas Mayer
Attn:Joseph C. Celentino
51 W 52nd St
New York, NY 10019

Wanger Jones Helsley, PC.
Attn: Riley C. Walter
265 E River Park Circle, Ste 310
Fresno, CA 93720

Ward and Smith, P.A.
Attn: Paul A Fanning
P.O. Box 8088
Greenville, NC 27835-8088

Whiteford, Taylor & Preston LLC
Attn: Richard W Riley
The Renaissance Centre
405 N King St, Ste 500
Wilmington, DE 19801

Whiteford, Taylor & Preston LLP
Attn: Todd M Brooks
7 St Paul St, 15th Fl
Baltimore, MD 21202-1626

Wilmer Cutler Pickering Hale and Dorr LLP
Attn: Craig Goldblatt
1875 Pennsylvania Ave NW
Washington, DC 20006

Womble Bond Dickinson (US) LLP
Attn: Matthew Ward/Morgan Patterson
1313 N Market St, Ste 1200
Wilmington, DE 19801

Young Conaway Stargatt & Taylor
Attn: James L. Patton, Jr
Attn: Robert Brady/Edwin Harron
Rodney Square
1000 N King St
Wilmington, DE 19801