IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOYS SCOUTS OF AMERICA AND DELAWARE BSA, LLC, <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> Jointly Administered <br><br> **Objection Deadline: June 1, 2020** <br> **Hearing Date: June 8, 2020 at 10:00 a.m.** |

## NOTICE OF MOTION

To:   See Attached Service List.

**PLEASE TAKE NOTICE THAT** the undersigned counsel has filed *Old Republic Insurance Company's Motion Pursuant to Sections 105(a) and 362 of the Bankruptcy Code and Bankruptcy Code and Bankruptcy Rule 4001 for an Order Modifying the Automatic Stay to Permit Payments of Claims Against Non-Debtor Insureds and Related Defense Costs under Insurance Policies* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion is scheduled for **June 8, 2020 at 10:00 a.m. prevailing Eastern Time** before The Honorable Laurie Selber Silverstein, Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.

You are required to file a response to the attached Motion **on or before June 1, 2020** (the "Objection Deadline").

At the same time, you must also serve a copy of the response upon the undersigned counsel on or before the Objection Deadline.

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

11691106/1

| | |
|---|---|
| Dated: May 21, 2020 | **MORRIS JAMES LLP** |
| | |
| | */s/ Brett D. Fallon* |
| | Brett D. Fallon (DE Bar No. 2480) |
| | 500 Delaware Avenue, Suite 1500 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 888-6800 |
| | Facsimile: (302) 571-1750 |
| | E-mail: bfallon@morrisjames.com |
| | |
| | - and – |
| | |
| | */s/ Margaret M. Anderson* |
| | Margaret M. Anderson, Esq. |
| | FOX SWIBEL LEVIN & CARROLL LLP |
| | 200 W. Madison Street, Suite 3000 |
| | Chicago, IL 60606 |
| | Telephone: (312) 224-1224 |
| | |
| | *Counsel for Old Republic Insurance Company and its affiliates* |