# <u>Exhibit A</u>

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOYS SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | Jointly Administered |
| | ) | |
| | ) | **Re: D.I. \_\_\_\_** |
| Debtors. | ) | |

**ORDER GRANTING OLD REPUBLIC INSURANCE COMPANY'S MOTION PURSUANT TO SECTIONS 105(a) AND 362 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 4001 FOR AN ORDER MODIFYING THE AUTOMATIC STAY TO PERMIT PAYMENTS OF CLAIMS AGAINST NON-DEBTOR INSUREDS AND RELATED DEFENSE COSTS UNDER INSURANCE POLICIES**

Upon Old Republic Insurance Company's Motion (the "Motion"),[2] pursuant to Sections 105 and 362(d) of the Bankruptcy Code, Bankruptcy Rules 4001 and 9014, and Rule 4001-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, for entry of an order modifying the automatic stay, to the extent it applies, to allow Old Republic and ESIS to pay losses and expenses which are incurred in conjunction with the investigation, defense, adjustment or settlement of certain non-stayed claims or suits on behalf Non-Debtor Insureds under certain Old Republic Insurance Policies; and the Court having found that venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Motion as provided to the parties listed therein is reasonable and sufficient, and it appearing that no other or further notice needs to be provided; and the Court having reviewed the Motion; and the Court

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing the relief granted herein is one of the alternative forms of relief requested in the Motion and is in the best interest of the Debtors' estates, creditors, and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to Sections 105(a) and 362(d)(1) of the Bankruptcy Code, the automatic stay is hereby modified, to the extent it applies, to allow Old Republic and ESIS to continue to administer, handle, provide for the defense of, settle and pay Non-Stayed Claims against Non-Debtor Insureds pursuant to the Old Republic Policies and the ESIS Arrangement.

3. Nothing herein (a) alters or modifies the terms and conditions of the Old Republic Policies or the ESIS Arrangement or relieves the Debtors of any of their obligations thereunder or (b) creates a direct right of action against Old Republic or ESIS where such right of action does not already exist under non-bankruptcy law.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry and the stay set forth in Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure shall be, and hereby is, waived.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2020
      Wilmington, Delaware

JUDGE LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE