# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | Objection Deadline: June 1, 2020 at 4:00 pm |
| | Hearing Date: June 8, 2020, at 10:00 a.m. |

## NOTICE OF MOTION

**TO**:   See Atached Service List.

**PLEASE TAKE NOTICE THAT** Movants have filed the **Motion of Nichole Erickson and Mason Gordon For an Order Granting Limited Relief From the Automatic Stay of 11 U.S.C. § 362** (the "Motion") in the above-captioned bankruptcy cases.

Responses or objections to the Motion, if any, are to be filed on or before **June 1, 2020 at 4:00 p.m. (Eastern Time)**. At the same time, you must serve a copy of the objection or response on the undersigned attorney at

> **James Tobia**
> The Law Office of James Tobia, LLC
> 1716 Wawaset Street
> Wilmington, DE 19806
> Email: jtobia@tobialaw.com
> Fax: 302-656-8053

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion is scheduled for **June 8, 2020 at 10:00 a.m. (Eastern Time)** before the Honorable The Honorable Laurie Selber Silverstein, Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Respectfully submitted,

*/s/ James Tobia*
**James Tobia (#3798)**
The Law Office of James Tobia, LLC
1716 Wawaset Street
Wilmington, DE 19806
302-655-5303
Fax : 302-656-8053
Email: jtobia@tobialaw.com

Dated: May 22, 2020