

221 North LaSalle Street
27th Floor
Chicago, Illinois 60601
(312) 641-5926
Fax: (312) 641-5929
www.pninjurylaw.com

December 12, 2019

***Via Certified Mail and email***
Ms. Paula Pollock
ESIS/Evanston Insurance
P.O. Box 5129
Scranton, PA 18505-0568
Paula.pollock@esis.com

**Settlement Demand Communication**

RE:   Nichole Erickson as Mother, Next Friend of Grace
      Gordon, Deceased Minor and Mason Gordon, Minor
      **Policy Holder:** Boys Scouts of America
      **Claim #:** 1G904959834539
      **Date of Loss:** May 25, 2019

Dear Ms. Pollock:

As discussed, enclosed herewith please find a description of the harms and losses incurred by my clients', Nichole Erickson, as mother and next friend of Grace Gordon, a deceased minor, and Mason Gordon, her twin brother, as a direct result of the negligent canoe trip that should have never happened on May 25, 2019, in light of the extremely dangerous flood conditions of the Yahara River at the time of the drowning of Grace Gordon. A simple search on www.wunderground.com reveals that from 4/1/2019-5/25/2019 the Madison, WI area, which is the next metropolitan area north of where the canoe trip started in Egerton, WI, had received 9.12 inches of rain. These waterways were flooded and dangerous.

On May 25, 2019, Jonathan Gordon (father of the deceased) and his Boy Scout Troop #7402 went to Murwin Park to go on a canoe trip in the Yahara River. There were two "adults"[1] (Jonathan Gordon and Brendon Hambrecht) and six children in total. There were two people in each of the four canoes owned by the Boy Scout Troop. Mr. Gordon and Grace (deceased) were in one of the canoes. Brendon Hambrecht and Mr. Gordon's son, Mason Gordon (a minor) were in another canoe. The remaining four people were in groups of two on the other two canoes. Mr. Gordon and the group planned to canoe from

---

[1] Brendan Harbrecht (presumed to be Brian Harbrecht's son) was only 18 years old at the time of the event and to our knowledge neither he or the Troop Leader, Mr. Gordon, had the required "Safety Afloat" training outlined in the *Guide to Safe Scouting Handbook*, as evidenced by any lack of compliance with various provisions of the Aquatics Safety sections or the relevant aquatic BSA SAFETY MOMENT (Ex. A-1) which includes "**Planning**-Check for weather and contingencies as needed prior to your activity" resulting in all of the minors going into a flooded and dangerous river and 14 year-old Grace Gordon being held under by the powerful current (even with a life jacket on) until she drowned while her twin brother desperately tried to help her.

1

EXHIBIT A

Murwin Park to Camp Indian Trails as part of a practice trip in preparation for a future canoe outing in the Boundary Waters of Minnesota. Per a post occurrence interview with Alex Tyms, Jr. at the hospital, Brian Harbrecht, the Troop Scout Master, was aware of the planned canoe trip on May 25, 2019. (Rock County Sheriff Report, Ex. A). Notwithstanding the flood conditions on the Yahara River he allowed them to go anyway acting with a reckless disregard for the safety of all of the minors on the trip.

The relevant facts and circumstances leading up to Grace's drowning, and the horrible aftermath it has left for her family, are not in contention or reasonably debatable as set forth in the: Rock County Sheriff Report (Ex. A); Wisconsin DNR Boat Crash report (part of Ex. A); Mercy Hospital ER Records (Ex. B); Rock County Medical Examiner's report (Ex. C); Local News reports of the event- including a jump drive containing video of an emergency responder describing the difficulty of the attempted rescue on the scene (Grp. Ex. D); Counselling Records for Nichole Erickson (Ex. E); Counselling records for Mason Gordon (Ex. F); Numerous photos of Grace Gordon (Ex. G); and photos of Grace's artwork (Ex. H).

The facts are clear that as the group was canoeing, they approached the bend in the river. The current was strong, causing Mr. Gordon and Grace's (deceased) canoe to be swept toward a downed tree and overturn. The other three canoes were also forced toward the tree and subsequently overturned, causing everyone to enter the water. All of the other canoe occupants were able to grab hold of the tree and keep themselves above water. Grace got stuck under the canoe and her life vest got hung up in the tree. The current swept Grace underwater and she became pinned under the tree. Mr. Gordon and the other members of the boy scout troop were unable to free Grace from underwater. Mr. Gordon and his group began yelling for help and another group of canoes called 911, but were unable to reach the area where Mr. Gordon's canoe overturned.

At approximately 2:53 p.m., Rock County Deputies along with Edgerton Fire and EMS were dispatched to 9536 N CTY TK H, in the Town of Fulton for a water rescue (Rock County Sheriff's Office Report, Ex. A). Trooper Ferrell, B #2284 from the Wisconsin Department of Transportation, Division State Patrol, overheard radio traffic on the Rock County Sheriff's Office channel about boating incident near Murwin park in Fulton Township. Trooper Ferrell felt that he would probably be much closer than any other units, so he responded and advised dispatch to create a call for the incident. As Trooper Ferrell approached the park, he observed the 911 caller waving him down from the east entrance to the park.

As Trooper Ferrell was exiting his cruiser, he could hear multiple people yelling and screaming from the river. When Trooper Ferrell approached the river, he could see several people clinging to a partially submerged tree in the water. There were three to four boys closer to the middle of the river on a part of the tree, and another boy closer to the far bank. Downstream was an adult male and a boy. Mason Gordon (a minor) was alone, frantically screaming that his sister, Grace Gordon was under a canoe and trapped under water. Jonathan and Mason Gordon were in a sharp bend in the river where the current was moving very fast. Mr. Gordon was also yelling for the Trooper to help his daughter. Since the location was a steep embankment that was eroded away and a thick wooded

2

area, it would be determined that the only way to get to the individuals would be through water and a boat would be needed for the rescue.

Trooper Ferrell headed towards the river and could hear Mason Gordon yelling to hurry and that he could feel her head under water. Trooper Ferrell began to swim towards Mason to avoid getting caught in the swift current through the tree, he swam towards a log near the shore and climbed over the log and swam across another open area before getting onto the washed-out bank on the back side of the bend. Trooper Ferrell found an oar and began to use it to make his way out to Mason and Grace Gordon. The current was moving extremely fast, but Trooper Ferrell made his way to Mason Gordon. In the water Trooper Ferrell could see a submerged canoe with an open top facing towards him. The water had pinned the canoe against a couple of limbs of the tree. Mason Gordon was on the opposite side of the canoe and indicated he could feel his sister's head (at least one foot under water) and that they needed to get the canoe off of her.

Mason Gordon and Trooper Ferrell struggled to try to free the canoe by using the oar to pry it off of the tree limbs. Eventually they were able to move the canoe enough that the current pushed it free. Unfortunately, when the canoe broke free from the downed tree branches, Mason was also swept away. He took refuge with his father, Jonathan Gordon who was another ten yards away on another downed tree. Now that the canoe was gone, the force of the water was much greater, so Trooper Ferrell had to move to the other side of the tree, where Mason had been. Trooper Ferrell could feel Grace pinned against the tree[2]. Trooper Ferrell fought the current to try and see if he could get her head above water to provide rescue breaths, but the water current was way too strong. Trooper Ferrell was able to grab one of her arms by the wrist and get it above the waterline as to not lose her while he waited for help. Mr. Gordon was screaming for him to get her head out of the water and all Trooper Ferrell could tell him was that he was not going to let go of her.

While Trooper Ferrell was waiting for additional help, he had attempted to get any part of her free, but it seemed that any time he made progress, the current would just push her back. Grace was stuck on a submerged branch of the tree and the current was pushing her legs below and her torso over it with immense force. Two Edgerton Fire personnel arrived and Trooper Ferrell explained to them Grace's positioning and they immediately began to help pull her free. The fire personnel were working to use ropes to pull Grace free, Trooper Ferrell was able to get a rope around Grace's torso and the rope was then handed to personnel on the shore.

As Deputy Bordner #14735, arrived to the scene, he witnessed multiple individuals in the Yahara River clinging to logs and yelling for help. The individuals informed Deputy Bordner that Grace was under the water and pinned under a log. Law enforcement

---

[2] The numerous abrasions and contusions of her head, torso, upper extremities, and face noted by the Medical Examiner report (Ex. C) are entirely consistent with the horrible and violent death Grace experienced while she was held under the log by the strong current while suffocating to death. Her death was not swift nor was it peaceful. She clearly experienced significant emotional and physical pain and trauma before suffocation eventually over took her for which her estate is entitled to be compensated for under Wisconsin law. *See* Wisc. Civil Jury Instruction 1855 (Ex. I). Her estate may also claim punitive damages for the intentional disregard for the rights of her estate under Wis. Stat 895.043; *Wischer v. Mitsubishi Heavy Indus. Am., Inc.* 2005 WI 26.

personnel along with Edgerton Fire Department personnel entered the water and multiple people were transported safely to land. Deputy Bordner made contact with the people who were in the boy scouts' troop, who were all verbally identified. Mason Gordon informed Deputy Bordner that Grace was his sister and that all of the boys were in the boy scouts. They informed Deputy Bordner there were four canoes that were in the water and identified who was in each canoe.

Upon arrival, Deputy Salazar #14780 from the Rock County Sherriff's Office, observed multiple people in the river holding onto logs yelling for help. According to Deputy Salazar the individuals were located on the north side of the river and could hear something to the effect as "You have to help her, she's drowning." Edgerton Fire and law enforcement entered the water and brought multiple people safely to land. Grace was brought back up from the water and fire enforcement personnel began CPR while they were on the boat. When Grace was brought to land, they continued to perform CPR and AED was applied. Grace was turned over to Edgerton Fire Department and was transported to Mercy Hospital in Janesville, WI.

Deputy Salazar spoke to witness, David B. Neely. Mr. Neely informed the Deputy that they were not part of the group that was involved in the incident, but that he and his family were on two separate canoes by their location. Mr. Neely stated they were traveling northbound in the Yahara River when their canoe flipper over, unrelated to the incident. Mr. Neely stated they were gathering their belongings from when the canoe flipped when they saw three or four canoes flip over in the river. Mr. Neely stated he could hear the people in the river yelling "help, call 911." Mr. Neely and his family called 911, the police and EMS arrived shortly after calling. Mr. Neely stated he observed a person submerged in the water underneath a log but could not recall anything else from the incident.

Deputy Salazar spoke with Daniel N. Marten, Mr. Neely's son. Daniel stated that he was helping his parents gather their belongings that fell out of the canoe when he saw four canoes in the river just north of their location. Daniel stated he and his family were located on a bank just south of where the canoes flipped. Daniel explained how he was able to grab one of the canoes from the people involved in the incident and removed it from the water. Daniel stated he heard the people yelling "help" and observed there was a person submerged in the water underneath a canoe or a branch, but could not recall anything else from the incident.

Deputy Salazar also spoke to Daniel Marten's mother, Mr. Neely's wife, Kathy J. Neely. Mrs. Neely informed Deputy Salazar that after their canoe flipped, she saw four to five people panicking asking for help just north of their location. Mrs. Neely stated they were on the bank facing south of where the individual's canoes flipped. Mrs. Neely informed the Deputy that Brendon Hambrecht, who was part of the group from the incident swam towards their location on the bank and was out of the river. Mrs. Neely stated Mr. Hambrecht was really shaken up and did not get much of him besides someone being submerged under water. There was another person who was with the Neely's and Daniel Marten, Sara L. Marten, who was interviewed by Deputy Millard. Sarah Marten advised that she specifically warned the scout group of the area ahead of them near the downed

tree and the group kept going. (Ex. A, P. 10). She next saw people in that specific area in the water yelling for help and she called 911.

After interviewing the witnesses, Deputy Salazar spoke with another witness named, Donald R. O'Dell. Mr. O'Dell stated he was north of the river picking mushrooms when he heard people yelling for help. Mr. O'Dell saw people on the north side of the river who were asking him for help and someone in the river stated something to the effect "She's stuck under the tree, under water." Mr. O'Dell stated he observed other people on the bank just south of the incident and saw EMS and police arrive.

When Deputy Christopher Krahn #12892 arrived to the scene, he immediately grabbed his mustang survival suit and ran to the bank of the Yahara River. Edgerton Fire members, Craig Fryda and Billy Engen arrived at the same time and also grabbed their suits. When they reached the bank, they entered the water with a 100 ft rope attached. Due to the steep terrain and submerged trees, they swam out to Grace Gordon's location. The river was deep and Deputy Krahn was unable to touch bottom in many spots. Once they got to the Grace s location, they decided that Deputy Krahn would tend the line while Craig Fryda and Billy Engen attempted to free Grace.

As they began trying to free Grace, Deputy Krahn noticed Trooper Kemper in the water near the submerged tree. Deputy Krahn could see four other victims in the water clinging to logs. When Warden Kyle Johnson and Alex Brooks from the State of Wisconsin Department of Natural Resources, Law Enforcement, arrived at the scene on a Jon boat, Deputy Krahn instructed them to begin removing the other individuals from the water to safety while they tried to save Grace. The current was very swift, making it difficult to pull Grace off the tree. Deputy Krahn advised Craig Fryda and Billy Engen to tie a rope around Grace's torso, in which they were able to pull the victim free and she came to the surface. They quickly got Grace to shore and began life saving efforts. They took turns administering CPR until they could get a boat into their location for transport. Warden Kyle Johnson was able to drive the Jon boat through the submerged trees, in which Grace was placed on the bow of the boat and CPR was continued as they drove her to shore. Once at shore, CPR continued and AEF was attached to Grace. Grace was transported by Edgerton Fire Department to Mercy Hospital. It was decided that all personal belongings and canoes would be removed the following day due to the "*rivers hazardous conditions.*" (Ex. A, p. 13).

When Deputy Elijah Millard #13513 arrived to the scene, he observed people in the Yahara River, northeast of Murwin Park, holding onto a downed tree in the water, yelling for help. Rock County law Enforcement Personnel along with Edgerton Fire personnel and a Wisconsin State Trooper, Trooper Ferrell, initially entered the water and attempted to remove Grace Gordon. Wisconsin DNR Wardens, Janesville Fire Department, the Town of Beloit Fire Department and members of the Rock County Sheriff's Office Rescue team also responded to assist. Seven people from the boy scout troop, including five juvenile males and two adult males were removed from the water and transported to safely to land. When Grace was brought to shore Officer Millard assisted in removing Grace from the boat and continued CPR while assisting in attaching an AED. Edgerton Fire and EMS

personnel attached a Lucas machine to Grace and lifesaving measures continued. Grace was transported via ambulance to Mercy Hospital by Edgerton Fire Department.

Grace Gordon arrived at Mercy Hospital intubated and unresponsive with ongoing CPR. Since Grace was hypothermic, rewarming protocol was initiated. Grace was treated by Dr. Lawrence Neuman, who inserted a central venous rewarming catheter. Grace's body temperature was warm to 92.3 degrees, multiple rounds of epinephrine, calcium, and sodium bicarbonate were given. Grace did not have a sustainable rhythm. At one point, it appeared Grace might have had ventricular fibrillation so defibrillation was attempted without improvement of her rhythm. Mr. Gordon and Mrs. Erickson were allowed to Grace's bedside and once they left, resuscitative efforts were continued. It appeared Grace briefly had organized cardiac medical rhythm and some wall movement, however, it deteriorated again after approximately another 10-15 minutes. Grace was pronounced dead at 5:51 p.m. (Ex. B).

Chief Medical Examiner, Vincent Tranchida, from the Rock County Medical Examiner's Department examined Grace Gordon's body (Medical Examiner's report, Ex. C). In his examination, he noted Grace's nose and ears were clear without fluid or debris. Dr. Tranchida did not observe or palpate any deformities or crepitus of the head, neck, torso, or extremities. A LUCAS impression was present on her chest from prolonged resuscitative efforts. Grace had abrasions and bruising throughout her body including on her right hip and the front of her left hip. Rigor was absent and livor blanched with pressure. Dr. Tranchida's medical opinion was that Grace died following a drowning, with aspiration and occlusion of her airways by water, subsequent loss of consciousness, anoxic brain injury and ultimately death. Dr. Tranchida found it consistent with the reported mechanism of occurrence, in which Grace had been trapped under a downed tree when the canoe capsized in high waters and strong current. The manner of death was certified as Accidental.

Deputy Elijah Miller #13513, made contact with Alex Tyms Jr. at Mercy Hospital, who is the Scout Executive for the Boy Scouts of America, Glacier's Edge Council. Mr. Tyms stated Jonathan Gordon is a troop leader for Troop No. 7402 and Brian Harbrecht is the Scout Master for the troop. Mr. Tyms and Mr. Harbrecht were aware of Mr. Gordon planning the canoeing trip on the date of the incident and it was understood that it was planned as a practice trip for a future canoeing trip.

This trip should have never happened given the river conditions and, if it was going to happen, qualified people needed to be involved in the planning and running of the trip as outlined in the Boy Scout's own *Safe Scouting Hand Book*, which clearly did not occur. Basic water safety and common sense were ignored resulting in an easily preventable tragedy. Under Wisconsin law the fact the Troop Leader, Jon Gordon (the Boy Scout's agent/Troop leader), was unfortunately the father of Grace and Mason Gordon, is not a legal defense for the Boy Scouts as he owes an independent duty to his minor children to protect them "from dangers which are known or should have been known or anticipated by the parents * * * and their duty increases where special circumstances exist." Wis. Civil Jury Inst. 1012 (Ex. J);*See Goller v. White*, 20 Wis. 2d 402 (parental tort immunity was eliminated by the Wisc. Supreme Court in 1963). Additionally, the Scout Master for the

6

Troop, Mr. Harbrecht, had an absolute duty to step in an put a stop to the canoe trip he knew was happening given the river conditions.

The losses experienced by Graces' family are enormous and incalculable[3].

As a loved daughter, sister, student, and talented young artist (attached photos Ex. G & H), Grace Gordon was an independent and creative adolescent who was robbed from living a full life as a result of negligence of your insured. Despite their determination, continuous work and effort to move forward and deal with their grief, Nichole Erickson and Mason Gordon still continue to suffer the enormous loss of Grace Gordon. Nichole and Mason are continually treating with Associates in Psychotherapy to try to deal with what they have experienced due to this preventable tragedy. The family trajectory over the next 50 years that included Grace has forever changed.



---

[3] Although the loss of society experienced by Graces' family for her death is capped under Wisconsin Law at $500,000.00 (Wis. Stat. sec. 895.04(4)) her own pain and emotional distress experienced prior to her death, her twin brother's emotional distress experienced while being in the water himself trying to save her and watching her drown, and any punitive damages determined for her estate are not capped. We believe a jury will award multiple seven figures in each area for these particular damages at trial given the facts of this case.

Based on the aforementioned, my demand to settle these claims in their entirety prior to filing a lawsuit is **Six-Million Five-Hundred Thousand ($6.5M) Dollars.**

Please note this is a formal opportunity to settle this matter now, thereby avoiding years of litigation expense and the exposure of your insured to an excess verdict, punitive damages (which won't be covered by insurance) and/or an excess judgment against your insured for their obvious negligence.

If you are interested in engaging in a pre-suit mediation with an agreed upon mediator my client is open to that.

Please respond within 30 days. If we do not receive a formal response withing 30 days we will assume you are not interested in resolving this case prior to litigation.

Very Truly Yours,

PARENTE & NOREM, P.C.

Christopher M. Norem
Attorney for Plaintiffs'

The Law Offices of
PARENTE & NOREM, P.C.
221 N. LaSalle St. 27 FL
Chicago, IL 60601
Phone: 312- 641-5926
Facsimile: 312- 641- 5029
cn@pninjurylaw.com

Additional Counsel
James A. Carney
Carney Thorpe, LLC
2620 N. Pontiac Drive
Janesville, WI 53547-2000