# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | ) ) ) | Case No. 20-10343 (LSS) |
|  | ) ) | Jointly Administered |
| Debtors. | ) ) | |
|  | ) ) | Objection Deadline: June 1, 2020 at 4:00 pm Hearing Date: June 8, 2020, at 10:00 a.m. |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of May, 2020, I caused a copy of the Motion of Nichole Erickson and Mason Gordon For an Order Granting Limited Relief From the Automatic Stay of 11 U.S.C. § 362 to be electronically filed with the Clerk of Court using CM/ECF which will electronically transmit notification of such filing to CM/ECF participants in the above referenced case in accordance with Del. Bankr. L. R. 9036-1. I further certify that I will cause same to be served via first-class mail, postage prepaid, upon the parties on the attached service list.

*/s/ James Tobia*
**James Tobia (#3798)**
The Law Office of James Tobia, LLC
1716 Wawaset Street
Wilmington, DE 19806
302-655-5303
Fax : 302-656-8053
Email: jtobia@tobialaw.com

Dated: May 22, 2020

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.