SERVICE LIST

| | |
|---|---|
| Derek C. Abbott<br>Joseph Charles Barsalona II<br>Eric Moats<br>Andrew R. Remming<br>Paige Noelle Topper<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | Nancy Adams<br>Kim V. Marrkand<br>Mintz, Levin, Cohn, Ferris, Glovsky<br>One Financial Center<br>Boston, MA 02111 |
| Jason P. Amala<br>Vincent Nappo<br>Michael T. Pfau<br>Pfau Cochran Vertetis Amals PLLC<br>403 Columbia Street<br>Suite 500<br>Seattle, WA 98104 | Margaret M. Anderson<br>Fox Swibel Levin & Carroll, LLP<br>200 West Madison Street<br>Suite 3000<br>Chicago, IL 60606 |
| Michael Christian Andolina<br>Karim Basaria<br>Matthew Evan Linder<br>Andrew Fotre O'Neill<br>Blair M. Warner<br>Thomas A. Labuda, Jr<br>Sidley Austin<br>1 South Dearborn Street<br>Chicago, IL 60603 | Jessica C. Boelter<br>James F Conlan<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019 |
| Anne Andrews<br>John C. Thornton<br>ANDREWS & THORNTON<br>4701 Von Karman Ave Suite 300<br>Newport Beach, CA 92660 | Mary E. Augustine<br>A M Saccullo Legal, LLC<br>27 Crimson King Drive<br>Bear, DE 19701 |
| Lorraine Armenti<br>Kevin Coughlin<br>Michael Hrinewski<br>Coughlin Duffy, LLP<br>350 Mount Kemble Ave. PO Box 1917<br>Morristown, NJ 07962 | Richard J. Bernard<br>Foley & Lardner LLP<br>90 Park Avenue<br>New York, NY 10016 |

| | |
|---|---|
| Victor Vilaplana<br>Foley & Lardner LLP<br>3579 Valley Centre Drive<br>Ste 300<br>San Diego, CA 92130 | Karen C. Bifferato<br>Kelly M. Conlan<br>Connolly Gallagher LLP<br>1201 North Market Street, 20th Floor<br>Wilmington, DE 19801 |
| Jeffrey E. Bjork<br>Nicholas J. Messana<br>Kimberly A. Posin<br>Amy Christine Quartarolo<br>Latham & Watkins LLP<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071-1560 | Adam J. Goldberg<br>Latham & Watkins, LLP<br>885 Third Avenue<br>New York, NY 10022 |
| William P. Bowden<br>Ashby & Geddes<br>500 Delaware Avenue<br>8th Floor<br>Wilmington, DE 19801 | David E. Blabey, Jr.<br>Thomas Moers Mayer<br>Kramer, Levin, Nafkalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| Patrick A. Jackson<br>Faegre Drinker Biddle & Reath<br>LLP 222 Delaware Avenue<br>Wilmington, DE 19801 | Kayla D Britton<br>Jay Jaffe<br>Elizabeth M Little<br>Faegre Drinker Biddle & Reath LLP<br>600 E 96th Street<br>Suite 600<br>Indianapolis, IN 46240 |
| Todd M. Brooks<br>Whiteford, Taylor & Preston LLP<br>7 Saint Paul Street<br>Baltimore, MD 21202-1636 | David L. Buchbinder<br>Hannah Mufson McCollum<br>Office of the United States Trustee<br>U. S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 |
| Kate R. Buck<br>McCarter & English, LLP<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801 | Jeffrey Thomas Testa<br>Clement J. Farley<br>McCarter & English<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102-4096 |

| | |
|---|---|
| Craig Trent Fessenden<br>Cassandra B. Burton<br>Pension Benefit Guaranty Corporation<br>1200 K Street, N.W.<br>Office of the Chief Counsel<br>Suite 340<br>Washington, DC 20005 | Maxim B. Litvak<br>John W. Lucas<br>c/o Pachulski Stang Ziehl & Jones LLP<br>150 California Street<br>15th Floor<br>San Francisco, CA 94111 |
| Linda F. Cantor<br>Robert B. Orgel<br>James I. Stang<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Boulevard<br>13th Floor<br>Los Angeles, CA 90067-4003 | James E O'Neill<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 |
| John A. Morris<br>Ilan B. Scharf<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Ave, 36th floor<br>New York, NY 10017 | Paul W. Carey<br>Mirick O'Connell DeMallie & Lougee<br>100 Front Street<br>Worcester, MA 01608-1477 |
| Kate P. Foley<br>Mirick O'Connell DeMallie & Lougee<br>1800 West Park Drive, Suite 400<br>Westborough, MA 01581 | Shawn M. Christianson<br>Buchalter P.C.<br>55 Second Street, 17th Floor<br>San Francisco, CA 94105-3493 |
| Joseph C. Celentino<br>Richard G. Mason<br>Douglas K Mayer<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52d Street<br>New York, NY 10019 | Stephen Crew<br>Peter Janci<br>CREW JANCI LLP<br>1200 NW Naito Parkway<br>Suite 500<br>Portland, OR 97209 |
| Thomas C. Crumplar<br>Raeann C Warner<br>Jacobs & Crumplar,<br>P.A. 750 Shipyard Drive<br>Suite 200<br>Wilmington, DE 19801 | Nicholas M. DiCarlo<br>Zuckerman Spaeder<br>LLP 1800 M. Street NW<br>Suite 1000<br>Washington, DC 20036 |

3

| | |
|---|---|
| Mark L. Desgrosseilliers<br>Chipman Brown Cicero & Cole, LLP<br>Hercules Plaza<br>1313 North Market Street<br>Suite 5400<br>Wilmington, DE 19801 | John P. Dillman<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 3064<br>Houston, TX 77253-3064 |
| Helen Elizabeth Weller<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway, Suite 1000<br>Dallas, TX 75207 | Alessandra Glorioso<br>Eric Lopez Schnabel<br>Dorsey & Whitney (Delaware) LLP<br>300 Delaware Avenue<br>Suite 1010<br>Wilmington, DE 19801 |
| Bruce Ewing<br>Dorsey & Whitney LLP<br>51 West 52nd Street<br>New York, NY 10019-6119 | Paul A. Fanning<br>Ward and Smith, P.A.<br>P O Box 8088<br>Greenville, NC 27835-8088 |
| Brett D. Fallon<br>Brya Michele Keilson<br>Jeffrey R. Waxman<br>Eric J. Monzo<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306 | Jason A. Gibson<br>The Rosner Law Group LLC<br>824 Market Street, Suite 810<br>Wilmington, DE 19801 |
| David M. Fournier<br>Marcy J. McLaughlin Smith<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709 | Steven A. Ginther<br>Missouri Dept. of Revenue<br>301 W. High Street, Room 670<br>P.O. Box 475<br>Jefferson City, MO 65105-0475 |
| Craig Todd Goldblatt<br>Wilmer Cutler Pickering Hale & Dorr<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006 | Kristian W. Gluck<br>Ryan E. Manns\|<br>Shivani P. Shah<br>Laura Smith<br>Louis R. Strubeck, Jr.<br>Norton Rose Fulbright US LLP<br>2200 Ross Ave. Suite 3600<br>Dallas, TX 75201-2784 |

| | |
|---|---|
| Andrew N Goldfarb<br>Zuckerman Spaeder LLP<br>1800 M Street, N.W., Suite 1000<br>Washington, DC 20036 | Joshua D. Weinberg<br>Abigail W. Williams<br>Shipman & Goodwin<br>LLP 1875 K Street NW<br>Suite 600<br>Washington, DC 20006-1251 |
| Eric S. Goldstein<br>Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103 | Douglas R Gooding<br>Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110 |
| Susan N.K. Gummow<br>Foran Glennon Palendech Ponzi & Rudloff<br>222 N. LaSalle Street, Suite 1400<br>Chicago, IL 60601 | Debra L. Greenberger<br>Emery Celli Brinckerhoff & Abady LLP<br>600 Fifth Avenue<br>10th Floor<br>New York, NY 10020 |
| Edwin J. Harron<br>Sharon M. Zieg<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>PO Box 391<br>Wilmington, DE 19899-0391 | Kurt F. Gwynne<br>Katelin Ann Morales<br>Reed Smith LLP<br>1201 Market Street<br>15th Floor<br>Wilmington, DE 19801 |
| Brett Michael Haywood<br>Michael Joseph Merchant<br>Richards, Layton & Finger,<br>P.A. One Rodney Square 920<br>North King Street<br>Wilmington, DE 19801 | R. Karl Hill<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>P. O. Box 68<br>Wilmington, DE 19899 |
| Alan C. Hochheiser<br>Maurice Wutscher LLP<br>23611 Chagrin Blvd<br>Suite 207<br>Beachwood,, OH 44122 | Jason P. Hood<br>Davies Hood PLLC<br>22 North Front Street<br>Suite 620<br>Memphis, TN 38103-2100 |
| Joseph H. Huston, Jr.<br>Stevens & Lee, P.C.<br>919 North Market<br>Street Suite 1300<br>Wilmington, DE 19801 | Todd C. Jacobs<br>Bradley Riley Jacobs<br>PC 320 W. Ohio Street<br>Suite 3W<br>Chicago, IL 60654 |

5

| | |
|---|---|
| Gerald D. Jowers<br>Janet, Janet & Suggs, LLC<br>500 Taylor Street<br>Suite 301<br>Columbia, SC 29201 | Michael Joseph Joyce<br>Joyce, LLC<br>1225 King Street<br>Suite 800<br>Wilmington, DE 19801 |
| David M. Klauder<br>Bielli & Klauder, LLC<br>1204 N. King Street<br>Wilmington, DE 19801 | Adam G. Landis<br>Landis Rath & Cobb LLP<br>919 Market Street<br>Suite 1800<br>Wilmington, DE 19801 |
| Tara LeDay<br>McCreary, Veselka, Bragg & Allen<br>P.C. P.O. Box 1269<br>Round Rock, TX 78680 | Bruce W. Leaverton<br>Karr Tuttle Campbell, P.S.<br>701 fifth Avenue<br>Suite 3300<br>Seattle, WA 98104 |
| David A. Lebowitz<br>Kaufman Lieb Lebowitz & Frick LLP<br>10 East 40th Street<br>Suite 3307<br>New York, NY 10020 | Joseph H Lemkin<br>Stark & Stark<br>993 Lenox Dr, Building 2<br>Lawrenceville, NJ 08648 |
| Britton Lewis<br>Carruthers & Roth PA<br>235 North Edgeworth Street<br>PO Box 540<br>Greensboro, NC 27401 | Doug Mahoney<br>Cindy Robinson<br>Tremont Sheldon Robinson Mahoney P.C.<br>64 Lyon Terrace<br>Bridgeport, CT 06604 |
| Jonathan D. Marshall<br>Brown Rudnick LLP<br>One Financial Center<br>Boston, MA 02111 | R. Craig Martin<br>DLA Piper<br>1201 North Martket Street<br>21st Floor<br>Wilmington, DE 19801 |
| Brian J. McLaughlin<br>Rachel B. Mersky<br>Monzack Mersky McLaughlin & Browder PA<br>1201 N. Orange Street<br>Suite 400<br>Wilmington, DE 19801 | John Daniel McLaughlin, Jr.<br>Ferry Joseph, P.A.<br>824 North Market Street<br>Suite 1000<br>Wilmington, DE 19801 |

| | |
|---|---|
| Angela Z Miller<br>Phillips Lytle LLP<br>One Canalside 125<br>Main Street<br>Buffalo, NY 14203 | Paul Mones<br>PAUL MONES, PC<br>13101 Washington Blvd., Suite 103<br>Los Angeles, CA 90066 |
| Christopher Murphy<br>Texas Attorney General's Office<br>PO Box 12548<br>Austin, TX 78711 | Stephen J. Neuberger<br>Thomas S. Neuberger<br>The Neuberger Firm<br>17 Harlech Drive<br>Wimington, DE 19807 |
| Domenic E. Pacitti<br>Klehr Harrison Harvey Branzburg LLP<br>919 Market Street<br>Suite 1000<br>Wilmington, DE 19801 | Janine Panchok-Berry<br>O'Melveny & Myers<br>Times Square Tower 7<br>Times Square Tower<br>New York, NY 10036 |
| Morgan L. Patterson<br>Matthew P. Ward<br>Womble Bond Dickinson (US) LLP<br>1313 North Market Street<br>Suite 1200<br>Wilmington, DE 19801 | Bradley L. Rice<br>Nagel Rice LLP<br>103 Eisenhower Parkway<br>Roseland, NJ 07068 |
| Deirdre M. Richards<br>Fineman Krekstein & Harris<br>P.C. 1300 N. King Street<br>Wilmington, DE 19801 | Richard W. Riley<br>Whiteford, Taylor & Preston, LLC<br>The Renaissance Centre<br>405 N. King Street<br>Suite 500<br>Wilmington, DE 19801 |
| Rachael Ringer Jennifer R Sharret Megan M. Wasson Kramer Levin Naftalis & Frankel 1177 Avenue of the Americas New York, NY 10036 | Matthew G. Roberts<br>Harris B. Winsberg<br>Troutman Sanders LLP<br>600 Peachtree St. NE<br>Suite 3000<br>Atlanta, GA 30308 |
| Anthony M. Saccullo<br>A M Saccullo Legal,<br>LLC 27 Crimson King<br>Drive Bear, DE 19701<br>302-836-8877 | Louis C. Schneider<br>Tad Thomas<br>Thomas Law Offices, PLLC<br>9418 Norton Commons Blvd.<br>Suite 200<br>Louisville, KY 40059 |

| | |
|---|---|
| Igor Shleypak<br>Foran Glennon Palandech Ponzi & Rudloff<br>222 N. LaSalle Street, Suite 1400<br>Chicago, IL 60601 | Ryan S. Smethurst<br>Margaret H. Warner<br>McDermott Will & Emergy LLP<br>The McDermott Building 500<br>North Capitol Street, NW<br>Washington, DC 20001-1531 |
| Matthew W. Sorem<br>Nicolaides Fink Thorpe Michaelides Sulli<br>10 S. Wacker Dr.<br>21st Floor<br>Chicago, IL 60606 | Stamatios Stamoulis<br>Richard Weinblatt<br>Stamoulis & Weinblatt LLC<br>800 N. West Street, Third Floor<br>Wilmington, DE 19801 |
| Daniel W. Van Horn<br>Butler Snow LLP P.O.<br>Box 171443 Memphis,<br>TN 38187-1443 | Riley C. Walter<br>Wanger Jones Helsley, PC.<br>205 E. River Park Circle Ste. 410<br>Fresno, CA 93720 |
| John R. Weaver, Jr.<br>831 North Tatnall Street<br>Suite 200<br>Wilmington, DE 19801 | The County Commission Of Fayette County<br>P.O. Box 307<br>Fayetteville, WV 25840 |
| Henry C. Shelton, III<br>Adams and Reese LLP<br>6075 Poplar Ave, Ste 700<br>Memphis, TN 38119 | Jan T. Perkins<br>Baker Manock & Jensen, PC<br>5260 N Palm Ave, Ste 421<br>Fresno, CA 93704 |
| Erin Fay<br>Gregory Flasser<br>Bayard, PA<br>600 N King St, Ste 400<br>Wilmington, DE 19801 | Deb Secrest<br>Collections Support Unit<br>Dept of Labor & Industry<br>Commonwealth of Pennsylvania<br>651 Boas St, Rm 925<br>Harrisburg, PA 17121 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | JpMorgan Chase Bank, NA<br>c/o Norton Rose Fulbright US LLP<br>Attn: Louis R. Strubeck, Jr<br>1301 Ave of the Americas<br>New York, NY 10019-6022 |

| | |
|---|---|
| JPMorgan Chase Bank, N.A.<br>Attn: Phil Martin<br>10 S Dearborn St<br>Mail Code Il1-1415<br>Chicago, Il 60603 | Will Nelson<br>Nelson Comis Kettle & Kinney, LLP<br>300 E Esplande Dr, Ste 1170<br>Oxnard, CA 93036 |
| Richard A. Barkasy<br>Kristi J. Doughty<br>Schnader Harrison Segal & Lewis LLP<br>824 N Market St, Ste 800<br>Wilmington, DE 19801-4939 | Sequoia Counsel of Boy Scouts, Inc.<br>Attn: Michael Marchese<br>6005 N Tamera Ave<br>Fresno, CA 93711 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>Attn: Valerie Smith<br>P.O. Box 41021<br>Norfolk, VA 23541 | United States Dept Of Justice<br>950 Pennsylvania Ave, NW<br>Room 2242<br>Washington, DC 20530-0001 |
| The County Commission Of Fayette County<br>c/o Steptoe & Johnson Pllc<br>Attn: John Stump, Esq<br>Chase Tower - 8th Fl<br>707 Virginia St E.<br>Charleston, WV 25301 | David C Weiss<br>US Attorney For Delaware<br>1007 Orange St, Ste 700<br>P.O. Box 2046<br>Wilmington, DE 19899-2046 |