# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Ref. Docket Nos. 18, 556, 557, 601, 603, 610, 630, 631, 632, 651, 656, 659 & 667** |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION, PURSUANT TO 11 U.S.C. § 502(B)(9), BANKRUPTCY RULES 2002 AND 3003(C)(3), AND LOCAL RULES 2002-1(E), 3001-1, AND 3003-1, FOR AUTHORITY TO (I) ESTABLISH DEADLINES FOR FILING PROOFS OF CLAIM, (II) ESTABLISH THE FORM AND MANNER OF NOTICE THEREOF, (III) APPROVE PROCEDURES FOR PROVIDING NOTICE OF BAR DATE AND OTHER IMPORTANT INFORMATION TO ABUSE VICTIMS, AND (IV) APPROVE CONFIDENTIALITY PROCEDURES FOR ABUSE VICTIMS**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1.　　On February 18, 2020, the Debtors filed the *Debtors' Motion, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1, for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice Thereof, (III) Approve Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Victims, and (IV) Approve Confidentiality Procedures for Abuse Victims* [Docket No. 18] (the "Bar Date Motion").

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

2. On May 4, 2020, the Debtors filed the *Supplement to Debtors' Bar Date Motion* [Docket No. 557] (the "Bar Date Supplement").

3. On May 4, 2020, concurrently with the filing of the Bar Date Supplement, the Debtors filed a notice (the "Bar Date Notice") setting the Bar Date Motion for hearing on May 18, 2020, at 10:00 a.m. (ET) (the "Hearing"). Pursuant to the Bar Date Notice, the deadline to file objections to the Bar Date Motion was May 11, 2020, at 4:00 p.m. (ET).

4. The Debtors extended the deadline to file objections to the relief sought in the Bar Date Motion to: (i) May 12, 2020, at 5:00 p.m. (ET) for (a) the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"), (b) the Official Committee of Tort Claimants (the "Tort Claimants' Committee"), and (c) the Future Claimants' Representative (the "FCR"); and (ii) to May 13, 2020, at 12:00 p.m. (ET) for (a) the Official Committee of Unsecured Creditors (the "Creditors' Committee") and (b) The Chubb Group of Insurance Companies, the Hartford Companies, Allianz Global Risks US Insurance Company, National Surety Corporation, Liberty Mutual Insurance Company, and the American International Group, Inc. (collectively, the "Insurers").

5. Prior to each of their respective objection deadlines, the Debtors received: (i) informal comments from the (a) the Insurers, (b) the Creditors' Committee, (c) the FCR, and (d) the Ad Hoc Committee of Local Councils of the Boy Scouts of America; and (ii) objections from (a) the Tort Claimants' Committee, (b) the U.S. Trustee, and (c) certain of the Insurers.

6. On May 14, 2020, the Debtors filed the *Notice of Filing of Revised Bar Date Order* [Docket No. 632] (the "Revised Bar Date Order Notice").

7. On May 18, 2020, prior to the Hearing, the Debtors' filed the *Notice of Filing of Further Revised Bar Date Order* [Docket No. 667] (the "Further Revised Bar Date Order Notice").

8. At the Hearing, the Court heard oral argument from the Debtors and other parties in interest regarding the Bar Date Motion, the Bar Date Supplement, the Revised Bar Date Order Notice, and the Further Revised Bar Date Order Notice. After oral argument, and based upon the colloquy between the Debtors and other parties in interest, the Court indicated that it would enter a revised proposed form of order (the "Revised Proposed Bar Date Order") approving the Bar Date Motion under certification of counsel, subject to (i) certain revisions being made thereto, (ii) such revisions being approved by the Tort Claimants' Committee, the Creditors' Committee, the U.S. Trustee, the FCR, and the Insurers.

9. Attached hereto as **Exhibit A** is the Revised Proposed Bar Date Order, which reflects discussions and resolutions among the Debtors, the Tort Claimants' Committee, the Creditors' Committee, the U.S. Trustee, the FCR, and the Insurers, and is consistent with the record made at the Hearing.

10. For the convenience of the Court and all parties in interest, a redline comparing the Revised Proposed Bar Date Order against the version filed with the Further Revised Bar Date Order Notice is attached hereto as **Exhibit B**.

11. The Tort Claimants' Committee, the Creditors' Committee, the U.S. Trustee, the FCR, and the Insurers have reviewed the Revised Proposed Bar Date Order and do not object to its entry.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Proposed Bar Date Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated:  May 22, 2020<br>　　　　Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Eric W. Moats*　　　　　　<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:   (302) 425-4664<br>Email:  dabbott@mnat.com<br>　　　　aremming@mnat.com<br>　　　　emoats@mnat.com<br>　　　　ptopper@mnat.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Jessica C. K. Boelter (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone:  (212) 839-5300<br>Email:  jboelter@sidley.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Thomas A. Labuda (admitted *pro hac vice*)<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone:  (312) 853-7000<br>Email:  tlabuda@sidley.com<br>　　　　mandolina@sidley.com<br>　　　　mlinder@sidley.com<br>　　　　blair.warner@sidley.com<br><br>CO-COUNSEL AND PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION |