# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 20-10343 (LSS) <br> ) <br> BOY SCOUTS OF AMERICA AND ) <br> DELAWARE BSA, LLC,[1] ) Jointly Administered <br> ) <br> Debtors. ) Re: D.I. 6 <br> ) <br> ) Objection Deadline: June 1, 2020 at 4:00 pm <br> ) Hearing Date: June 8, 2020, at 10:00 a.m. |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May, 2020, I caused a copy of the Motion of Nichole Erickson and Mason Gordon For an Order Granting Limited Relief From the Automatic Stay of 11 U.S.C. § 362 to be electronically filed with the Clerk of Court using CM/ECF which will electronically transmit notification of such filing to CM/ECF participants in the above referenced case in accordance with Del. Bankr. L. R. 9036-1. In addition, per the attached Affidavit of Service, the Motion was served via first-class mail, postage prepaid, upon the parties on the attached service list.

                                                 */s/ James Tobia*
                                                 **James Tobia (#3798)**
                                                 The Law Office of James Tobia, LLC
                                                 1716 Wawaset Street
                                                 Wilmington, DE 19806
                                                 302-655-5303
                                                 Fax : 302-656-8053
                                                 Email: jtobia@tobialaw.com

Dated: May 22, 2020

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.