

# Affidavit of Service

Firm: The Law Office of James Tobia, LLC    Reference No. Boy Scouts

I, Rafael Galluzo, declare as follows:
**(Please Print** Name of Employee)

I am over the age of eighteen (18), and not a party to this action. I am employed by Parcels, Inc. *(Production Center)*, located at 230 N. Market Street, Wilmington, DE. 19801. I am an authorized representative of Parcels, Inc.

The following document(s), Notice, Motion, Exhibit A, CoS and Service List, in the following case, 20-10343, was/were delivered by the following method(s):

Quantity Sent (Check any that apply):

| | | |
|---|---|---|
| ☒ | 110 | First Class Mail |
| ☐ | ___ | Priority Mail |
| ☐ | ___ | Express Mail |
| ☐ | ___ | International Mail |
| ☐ | ___ | Federal Express |
| ☐ | ___ | Hand Delivery |
| ☐ | ___ | Fax |

I declare, under penalty of perjury, that the above statements are true and correct. The above action(s) was/were executed on May 22, 2020 in Wilmington, DE.

_____ Parcels, Inc., Representative.
*(Employee Signature)*