# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May, 2020, I caused a copy of the **EVANSTON INSURANCE COMPANY'S MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTION 362 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 4001, MODIFYING THE AUTOMATIC STAY TO PERMIT PAYMENTS OF CLAIMS AGAINST NON-DEBTOR INSURED PARTIES AND RELATED DEFENSE COSTS UNDER INSURANCE POLICIES** and notice thereof to be electronically filed with the Clerk of Court using CM/ECF which will electronically transmit notification of such filing to CM/ECF participants in the above referenced case in accordance with Del. Bankr. L. R. 9036-1.  I further certify that I caused copies of the same to be served upon the parties on the attached service list via email, unless indicated otherwise.

                                          */s/ Andrew J. Roth-Moore*
                                          Andrew J. Roth-Moore

**Debtor's Counsel**

| | |
|---|---|
| Derek C. Abbott<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>dabbott@mnat.com | Michael Christian Andolina<br>Sidley Austin<br>1 South Dearborn Street<br>Chicago, IL 60603<br>mandolina@sidley.com |
| Joseph Charles Barsalona II<br>Morris Nichols Arsht & Tunnell LLP<br>1201 North Market Street<br>Suite 1600<br>Wilmington, DE 19801<br>jbarsalona@mnat.com | Karim Basaria<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>kbasaria@sidley.com |
| Jessica C. Boelter<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>jboelter@sidley.com | James F Conlan<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>jconlan@sidley.com |
| James W Ducayet<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>jducayet@sidley.com | Thomas A. Labuda, Jr.<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>tlabuda@sidley.com |
| Matthew Evan Linder<br>Sidley Austin LLP<br>1 South Dearborn Street | Eric Moats<br>Morris, Nichols Arsht & Tunnell<br>1201 N. Market Street |

20978253

Chicago, IL 60603  
mlinder@sidley.com  

Andrew Fotre O'Neill  
Sidley Austin  
1 South Dearborn Street  
Chicago, IL 60603  
aoneill@sidley.com  

Paige Noelle Topper  
Morris Nichols Arsht & Tunnel  
1201 N. Market Street  
Wilmington, DE 19801  
ptopper@mnat.com  

P. O. Box 1347  
Wilmington, DE 19801  
emoats@mnat.com  

Andrew R. Remming  
Morris, Nichols, Arsht & Tunnell LLP  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE 19899-1347  
aremming@mnat.com  

Blair M. Warner  
Sidley Austin LLP  
One South Dearborn Street  
Chicago, IL 60603  
blair.warner@sidley.com  

**US Trustee**

U.S. Trustee  
Office of the United States Trustee  
J. Caleb Boggs Federal Building  
844 King Street, Suite 2207  
Lockbox 35  
Wilmington, DE 19801  
USTPRegion03.WL.ECF@USDOJ.GOV  

Hannah Mufson McCollum  
Office of the United States Trustee  
U. S. Department of Justice  
844 King Street, Suite 2207  
Lockbox #35  
Wilmington, DE 19801  
hannah.mccollum@usdoj.gov  

David L. Buchbinder  
Office of the U.S. Trustee  
J. Caleb Boggs Federal Building  
Suite 2207  
Wilmington, DE 19801  
david.l.buchbinder@usdoj.gov  

**Counsel for Official Committee of Unsecured Creditors**

David E. Blabey, Jr.  
Kramer, Levin, Nafkalis & Frankel LLP  
1177 Avenue of the Americas  
New York, NY 10036  
dblabey@kramerlevin.com  

Thomas Moers Mayer  
Kramer Levin Naftalis & Frankel LLP  
1177 Avenue of the Americas  

Kurt F. Gwynne  
Reed Smith LLP  
1201 Market Street  
15th Floor  
Wilmington, DE 19801  
kgwynne@reedsmith.com  

Katelin Ann Morales  
Reed Smith LLP  
1201 Market Street, Suite 1500  

2

New York, NY 10036
tmayer@kramerlevin.com

Rachael Ringer
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036
rringer@kramerlevin.com

Megan M. Wasson
Kramer Levin Naftalis & Frankel LLP
117 Avenue of the Americas
New York, NY 10036
mwasson@kramerlevin.com

Wilmington, DE 19801
kmorales@reedsmith.com

Jennifer R Sharret
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036
jsharret@kramerlevin.com

**Counsel for the Tort Claimants' Committee**

Jason P. Amala
PFAU Cochran Vertetis Amals PLLC
403 Columbia Street
Suite 500
Seattle, WA 98104
jason@pcvalaw.com

Alan J. Kornfeld
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd, 11th Floor
Los Angeles, CA 90067
akornfeld@pszjlaw.com

John W. Lucas
c/o Pachulski Stang Ziehl & Jones LLP
150 California Street 15 floor
San Francisco, CA 94111
jlucas@pszjlaw.com

Vincent Nappo
PFAU CochranVertetis Amala PLLC
403 Columbia Street
Suite 500
Seattle, WA 98104
vnappo@pcvalaw.com

Robert B. Orgel
Pachulski Stang

Linda F. Cantor
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
13th Floor
Los Angeles, CA 90067-4003
lcantor@pszjlaw.com

Maxim B. Litvak
c/o Pachulski Stang Ziehl & Jones LLP
150 California Street
15th Floor
San Francisco, CA 94111
mlitvak@pszjlaw.com

John A. Morris
Pachulski Stang Ziehl & Jones LLP
780 Third Ave, 36th floor
New York, NY 10017
jmorris@pszjlaw.com

James E O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
joneill@pszjlaw.com

10100 Santa Monica Blvd.
13th Flr.
Los Angeles, CA 90067
rorgel@pszjlaw.com

Michael T. Pfau
PFAU Cochron Vertetis Amala PLLS
403 ColumbiaStreet
Suite 500
Seattle, WA 98104
michael@pcvalaw.com

Ilan B. Scharf
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
36th Floor
New York, NY 10017
ischarf@pszjlaw.com

James I. Stang
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, CA 90067
jstang@pszjlaw.com

**Counsel of the Future Claimants' Representatives**

Edwin J. Harron
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391
bankfilings@ycst.com

Sara Beth A.R. Kohut
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 N. West Street
Wilmington, DE 19801
skohut@ycst.com

Sharon M Zieg
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg., 17th Floor
1000 West Street
PO Box 391
Wilmington, DE 19899
bankfilings@ycst.com

**Counsel to the Ad Hoc Committee of Local Councils**

Joseph C. Celentino
Wachtell, Lipton, Rosen & Katz
51 West 52d Street
New York, NY 10019
JCCelentino@wlrk.com

R. Craig Martin
DLA Piper LLP (US)
1201 North Martket Street
Suite 2100
Wilmington, DE 19801
craig.martin@dlapiper.com

Richard G. Mason
Wachtell Lipton Rosen & Katz
51 West 52nd Street
New York, NY 10019-6119
rgmason@wlrk.com

Douglas K Mayer
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
dkmayer@wlrk.com

John Daniel McLaughlin, Jr.
Ferry Joseph, P.A.
824 North Market Street
Suite 1000
Wilmington, DE 19801
jmclaughlin@ferryjoseph.com

**Parties requesting notice pursuant to Bankruptcy Rule 2002**

Thomas C. Crumplar
Jacobs & Crumplar, P.A.
750 Shipyard Drive
Suite 200
Wilmington, DE 19801
Tom@jcdelaw.com

Stephen J. Neuberger
The Neuberger Firm
17 Harlech Drive
Wimington, DE 19807
sjn@neubergerlaw.com

Thomas S. Neuberger
The Neuberger Frim
17 Harlech Drive
Wilmington, DE 19807
tsn@neubergerlaw.com

Louis C. Schneider
Thomas Law Offices, PLLC
9418 Norton Commons Blvd.
Suite 200
Louisville, KY 40059
lou.schneider@thomaslawoffices.com

Tad Thomas
Thomas Law Offices, PLLC
9418 Norton Commons Blvd.
Suite 200
Louisville, KY 40059
tad@thomaslawoffices.com

Raeann C Warner
Jacobs & Crumplar P.A.
750 Shipyard Dr., Suite 200
P.O. Box 1271
Wilmington, DE 19899
raeann@jcdelaw.com

Deirdre M. Richards
Fineman Krekstein & Harris P.C.
1300 N. King Street
Wilmington, DE 19801
drichards@finemanlawfirm.com

Stephen Crew
CREW JANCI LLP
1200 NW Naito Parkway
Suite 500
Portland, OR 97209
steve@crewjanci.com

Peter Janci
CREW JANCI LLP
1200 NW Naito Parkway

Paul Mones
PAUL MONES, PC
13101 Washington Blvd., Suite 103

Suite 500  
Portland, OR 97209  
peter@crewjanci.com  

Domenic E. Pacitti  
Klehr Harrison Harvey Branzburg LLP  
919 Market Street  
Suite 1000  
Wilmington, DE 19801  
dpacitti@klehr.com  

Marcy J. McLaughlin Smith  
Pepper Hamilton LLP  
Hercules Plaza, Suite 5100  
1313 N. Market Street  
P.O. Box 1709  
Wilmington, DE 19899-1709  
mclaughlinm@pepperlaw.com  

Ryan S. Smethurst  
McDermott Will & Emergy LLP  
The McDermott Building  
500 North Capitol Street, NW  
Washington, DC 20001-1531  
rsmethurst@mwe.com  

Margaret H. Warner  
McDermott Will & Emery LLP  
The McDermott Building  
500 North Capitol Street, NW  
Washington, DC 20001-1531  
mwarner@mwe.com  

Patricia Kelly  
Pension Benefit Guaranty Corporation  
1200 K Street, N.W.  
Office of the Chief Counsel  
Suite 340  
Washington, DC 20005  
Kelly.patricia@pbgc.Gov  

Lorraine Armenti  
Coughlin Duffy, LLP  
350 Mount Kemble Ave.  
PO Box 1917  
PO Box 1917  

Los Angeles, CA 90066  
paul@paulmones.com  

David M. Fournier  
Pepper Hamilton LLP  
Hercules Plaza, Suite 5100  
1313 Market Street  
Wilmington, DE 19899-1709  
fournierd@pepperlaw.com  

Matthew G. Roberts  
Troutman Sanders LLP  
600 Peachtree St. NE  
Suite 3000  
Atlanta, GA 30308  
matthew.roberts2@troutman.com  

Matthew W. Sorem  
Nicolaides Fink Thorpe Michaelides Sulli  
10 S. Wacker Dr.  
21st Floor  
Chicago, IL 60606  
msorem@nicolaidesllp.com  

Harris B. Winsberg  
Troutman Sanders LLP  
600 Peachtree St. NE  
Suite 3000  
Atlanta, GA 30308  
harris.winsberg@troutman.com  

Alan C. Hochheiser  
Maurice Wutscher LLP  
23611 Chagrin Blvd  
Suite 207  
Beachwood, OH 44122  
ahochheiser@mauricewutscher.com  

Kevin Coughlin  
Coughlin Duffy, LLP  
350 Mount Kemble Ave.  
PO Box 1917  
Morristown, NJ 07962

Morristown, NJ 07962
larmenti@coughlinduffy.com

Michael Hrinewski
Coughlin Duffy, LLP
350 Mount Kemble Ave.
PO Box 1917
PO Box 1917
Morristown, NJ 07962
mhrinewski@coughlinduffy.com

Britton Lewis
Carruthers & Roth PA
235 North Edgeworth Street
PO Box 540
Greensboro, NC 27401
bcl@crlaw.com

Richard W. Riley
Whiteford, Taylor & Preston, LLC
The Renaissance Centre
405 N. King Street
Suite 500
Wilmington, DE 19801
rriley@wtplaw.com

Clement J. Farley
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
cfarley@mccarter.com

Richard J. Bernard
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016
rbernard@foley.com


Janine Panchok-Berry
O'Melveny & Myers
Times Square Tower
7 Times Square Tower
New York, NY 10036
jpanchok-berry@omm.com

kcoughlin@coughlinduffy.com

Michael Joseph Joyce
The Law Offices of Joyce, LLC
1225 King Street
Suite 800
Wilmington, DE 19801
mjoyce@mjlawoffices.com

Todd M. Brooks
Whiteford, Taylor & Preston LLP
7 Saint Paul Street
Baltimore, MD 21202-1636
tbrooks@wtplaw.com

Kate R. Buck
McCarter & English, LLP
405 N. King Street, 8th Floor
Wilmington, DE 19801
kbuck@mccarter.com


Jeffrey Thomas Testa
McCarter & English
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4096
jtesta@mccarter.com

Victor Vilaplana
Foley & Lardner LLP
3579 Valley Centre Drive
Ste 300
San Diego, CA 92130
vavilaplana@foley.com

Stamatios Stamoulis
Stamoulis & Weinblatt LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
stamoulis@swdelaw.com

Richard Charles Weinblatt
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road
Suite 307
Wilmington, DE 19809
weinblatt@swdelaw.com

Jason P. Hood
Davies Hood PLLC
22 North Front Street
Suite 620
Memphis, TN 38103-2100
Jason.Hood@davieshood.com

Daniel W. Van Horn
Butler Snow LLP
P.O. Box 171443
Memphis, TN 38187-1443
Danny.Vanhorn@butlersnow.com

Bruce W. Leaverton
Karr Tuttle Campbell, P.S.
701 fifth Avenue
Suite 3300
Seattle, WA 98104
bleaverton@karrtuttle.com

Christopher Murphy
Texas Attorney General's Office
c/o Sherri K. Simpson, Paralegal
PO Box 12548
Austin, TX 78711
Christopher S. Murphy
sherri.simpson@oag.texas.gov

John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064
houston_bankruptcy@publicans.com

Craig Todd Goldblatt
Wilmer Cutler Pickering Hale & Dorr
1875 Pennsylvania Avenue, NW
Washington, DC 20006
craig.goldblatt@wilmerhale.com

Richard A. Barkasy
Schnader Harrison Segal & Lewis LLP
824 Market Street, Suite 800
Wilmington, DE 19801
rbarkasy@schnader.com

Kristi JoLynn Doughty
c/o Schnader Harrison Segal & Lewis LLP
824 N. Market St., Suite 1001
Wilmington, DE 19801
kdoughty@schnader.com

Helen Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmo
ns Freeway, Suite 1000
Dallas, TX 75207
dallas.bankruptcy@publicans.com

Angela Z. Miller, Esquire
Phillips Lytle LLP
One Canalside
125 Main Street
Buffalo, NY 14203
amiller@phillipslytle.com

William Pierce Bowden
Ashby & Geddes
500 Delaware Avenue
8th Floor, P.O. Box 1150
Wilmington, DE 19899
wbowden@ashby-geddes.com

Bradley L. Rice  
Nagel Rice LLP  
103 Eisenhower Parkway  
Roseland, NJ 07068  
brice@nagelrice.com  

Mark L. Desgrosseilliers  
Chipman Brown Cicero & Cole, LLP  
Hercules Plaza  
1313 North Market Street  
Suite 5400  
Wilmington, DE 19801  
desgross@chipmanbrown.com  

Doug Mahoney  
Tremont Sheldon Robinson Mahoney P.C.  
64 Lyon Terrace  
Bridgeport, CT 06604  
dmahoney@tremontsheldon.com  

Cindy Robinson  
Tremont Sheldon Robinson Mahoney P.C.  
64 Lyon Terrace  
Bridgeport, CT 06604  
crobinson@tremontsheldon.com  

Paul A. Fanning  
Ward and Smith, P.A.  
P O Box 8088  
Greenville, NC 27835-8088  
paf@wardandsmith.com  

Erin R Fay  
Bayard, P.A.  
600 North King Street  
Suite 400  
Wilmington, DE 19801  
efay@bayardlaw.com  

Gregory Joseph Flasser  
Bayard, P.A.  
600 North King Street  
Suite 400  
Wilmington, DE 19801  
gflasser@bayardlaw.com  

Eric S. Goldstein  
Shipman & Goodwin LLP  
One Constitution Plaza  
Hartford, CT 06103  
egoldstein@goodwin.com  

Michele Konigsberg  
SHIPMAN & GOODWIN LLP  
1875 K Street NW, Suite 600  
Washington, DC 20006  
mkonigsberg@goodwin.com  

James P. Ruggeri  
Shipman & Goodwin LLP  
1875 K Street NW  
Suite 600  
Washington, DC 20006-1251  
jruggeri@goodwin.com  

Joshua Weinberg  
Shipman & Goodwin LLP  
1875 K Street NW  
Suite 600  
Washington, DC 20006-1251  
jweinberg@goodwin.com  

Abigail Williams  
Shipman & Goodwin LLP  
1875 K Street NW  
Suite 600  
Washington, DC 20006-1251  
awilliams@goodwin.com  

Jason A. Gibson

Debra L. Greenberger

The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, DE 19801
gibson@teamrosner.com

David A. Lebowitz
Kaufman Lieb Lebowitz & Frick LLP
10 East 40th Street
Suite 3307
New York, NY 10020
dlebowitz@kllf-law.com

Kelly M. Conlan
Connolly Gallagher LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19801
kconlan@connollygallagher.com

Ryan E. Manns
Norton Rose Fulbright US LLP
2200 Ross Avenue
Suite 3600
Dallas, TX 75201
ryan.manns@nortonrosefulbright.com

Laura Smith
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
laura.smith@nortonrosefulbright.com

Matthew P. Ward
Womble Bond Dickinson (US) LLP
1313 North Market Street
Suite 1200
Wilmington, DE 19801
matthew.ward@wbd-us.com

Joseph H. Huston, Jr.
Stevens & Lee, P.C.
919 North Market Street
Suite 1300
Wilmington, DE 19801
jhh@stevenslee.com

Emery Celli Brinckerhoff & Abady LLP
600 Fifth Avenue
10th Floor
New York, NY 10020
dgreenberger@ecbalaw.com

Karen C. Bifferato
Connolly Gallagher LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19801
kbifferato@connollygallagher.com

Kristian W. Gluck
Norton Rose Fulbright US LLP
2200 Ross Ave. Suite 3600
Dallas, TX 75201-2784
kristian.gluck@nortonrosefulbright.com

Morgan L. Patterson
Womble Bond Dickinson (US) LLP
1313 North Market Street
Suite 1200
Wilmington, DE 19801
morgan.patterson@wbd-us.com

Louis R. Strubeck, Jr.
Norton Rose Fulbright US LLP
2200 Ross Avenue
Suite 3600
Dallas, TX 75201
louis.strubeck@nortonrosefulbright.com

Eric J. Monzo, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
emonzo@morrisjames.com

Susan N.K. Gummow
Foran Glennon Palendech Ponzi & Rudloff
222 N. LaSalle Street, Suite 1400
Chicago, IL 60601
sgummow@fgppr.com

Igor Shleypak
Foran Glennon Palandech Ponzi & Rudloff
222 N. LaSalle Street, Suite 1400
Chicago, IL 60601
ishleypak@fgppr.com

Nancy Adams
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
One Financial Center
Boston, MA 02111
ndadams@mintz.com

Michael J. Foley, Jr.
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
mjfoley@choate.com

Douglas R Gooding
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
dgooding@choate.com

R. Karl Hill
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899
khill@svglaw.com

Jonathan D. Marshall
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
jdmarshall@brownrudnick.com

Gerald D. Jowers
Janet, Janet & Suggs, LLC
500 Taylor Street
Suite 301
Columbia, SC 29201
GJowers@JJSjustice.com

Todd C. Jacobs
Bradley Riley Jacobs PC
320 W. Ohio Street
Suite 3W
Chicago, IL 60654
tjacobs@bradleyriley.com

Kim V. Marrkand
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND
One Financial Center
Boston, MA 02111
kmarrkand@mintz.com

Brett D. Fallon
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
bfallon@morrisjames.com

Steven A. Ginther
Missouri Dept. of Revenue
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105-0475
deecf@dor.mo.gov

VIA U.S. First Class Mail Postage Prepaid:

Office of Unemployment Compensation Tax Services
Department of Labor and Industry
651 Boas Street, Room 925
Harrisburg, PA 17121

11

Margaret M. Anderson
Fox Swibel Levin & Carroll, LLP
200 West Madison Street
Suite 3000
Chicago, IL 60606
panderson@foxswibel.com

Shawn M. Christianson
Buchalter P.C.
55 Second Street, 17th Floor
San Francisco, CA 94105-3493
schristianson@buchalter.com

Jeffrey R. Waxman
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19801
jwaxman@morrisjames.com

Craig Trent Fessenden
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Office of the Chief Counsel
Suite 340
Washington, DC 20005
fessenden.craig@pbgc.gov

Joseph H Lemkin
Stark & Stark
993 Lenox Dr, Building 2
Lawrenceville, NJ 08648
jlemkin@stark-stark.com

Christopher Page Simon
Cross & Simon, LLC
1105 North Market Street, Suite 901
Wilmington, DE 19899
csimon@crosslaw.com

Kate P. Foley
Mirick O'Connell DeMallie & Lougee
1800 West Park Drive, Suite 400
Westborough, MA 01581
kfoley@mirickoconnell.com

Brya Michele Keilson
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19801
bkeilson@morrisjames.com

Angela Z Miller
Phillips Lytle LLP
One Canalside
125 Main Street
Buffalo, NY 14203
amiller@phillipslytle.com

Cassandra B. Burton
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, DC 20005
burton.cassandra@pbgc.gov

Riley C. Walter
Walter & Wilhelm Law Group
205 E. River Park Circle Ste. 410
Fresno, CA 93720
ecf@w2lg.com

John R. Weaver, Jr.
831 North Tatnall Street
Suite 200
Wilmington, DE 19801
jrweaverlaw@verizon.net

Paul W. Carey
Mirick O'Connell DeMallie & Lougee
100 Front Street
Worcester, MA 01608-1477
pcarey@mirickoconnell.com

Adam G. Landis
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801

landis@lrclaw.com

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
claims@recoverycorp.com

Christopher Murphy
Texas Attorney General's Office
PO Box 12548
Austin, TX 78711
bk-cmurphy@oag.texas.gov
christopher.murphy@oag.texas.gov

Adam J. Goldberg
Latham & Watkins, LLP
885 Third Avenue
New York, NY 10022
adam.goldberg@lw.com

Michael Joseph Merchant
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
merchant@rlf.com

Kimberly A. Posin
Latham & Watkins LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
kim.posin@lw.com

Patrick A. Jackson
Faegre Drinker Biddle & Reath LLP
222 Delaware Avenue
Wilmington, DE 19801
Patrick.jackson@faegredrinker.com

Nicholas M. DiCarlo
Zuckerman Spaeder LLP
1800 M. Street NW

Tara LeDay
McCreary, Veselka, Bragg & Allen P.C.
P.O. Box 1269
Round Rock, TX 78680
tleday@mvbalaw.com

Jeffrey E. Bjork
Latham & Watkins LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
jeff.bjork@lw.com

Brett Michael Haywood
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
haywood@rlf.com

Nicholas J. Messana
Latham & Watkins LLP
355 South Grand Avenue
Suite 100
Los Angeles, CA 90071-1560
nicholas.messana@lw.com

Amy Christine Quartarolo
Latham & Watkins LLP
355 South Grand Avenue
Suite 100
Los Angeles, CA 90071
amy.quartarolo@lw.com

Richard J. Bernard
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016
rbernard@foley.com

Andrew N Goldfarb
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000

Suite 1000
Washington, DC 20036
ndicarlo@zukerman.com

David M. Klauder
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801
dklauder@bk-legal.com

Mary E. Augustine
A M Saccullo Legal, LLC
27 Crimson King Drive
Bear, DE 19701
meg@saccullolegal.com

John C. Thornton
ANDREWS & THORNTON
4701 Von Karman Ave
Suite 300
Newport Beach, CA 92660
(949) 748-1000
aa@andrewsthornton.com

John A. Vos
1430 Lincoln Avenue
San Rafael, CA  94901
InvalidEMailECFonly@gmail.com

Rachel B. Mersky
Monzack Mersky McLaughlin & Browder, PA
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
rmersky@monlaw.com

Jay Jaffe
Faegre Drinker Biddle & Reath LLP
600 E 96th Street, Suite 600
Indianapolis, IN 46240
jay.jaffe@faegredrinker.com

Washington, DC 20036
agoldfarb@zukerman.com

Anne Andrews
ANDREWS & THORNTON
4701 Von Karman Ave
Suite 300
Newport Beach, CA 92660
aa@andrewsthornton.com

Anthony M. Saccullo
A M Saccullo Legal, LLC
27 Crimson King Drive
Bear, DE 19701
ams@saccullolegal.com

Ventura County Council of Boy Scouts of America
Nelson Comis Kettle & Kinney LLP
c/o William E. Winfield
300 E. Esplanade Dr., Suite 1170
Oxnard, CA 93036
WWinfield@calattys.com

Brian J. McLaughlin
Monzack Mersky McLaughlin and Browder PA
1201 N. Orange Street
Suite 400
Wilmington, DE 19801
bmclaughlin@monlaw.com

Kayla D Britton
Faegre Drinker Biddle & Reath LLP
600 E 96th Street
Suite 600
Indianapolis, IN 46240
kayla.britton@faegredrinker.com

Elizabeth M Little
Faegre Drinker Biddle & Reath LLP
600 E 96th Street
Suite 600
Indianapolis, IN 46240
elizabeth.little@faegredrinker.com


Henry C. Shelton, III
Adams and Reese LLP
6075 Poplar Avenue, Suite 700
Memphis, TN  381119
Henry.Shelton@arlaw.com

Jan T. Perkins
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Suite 421
Fresno, CA 93704
JPerkins@bakermanock.com

Jonathan D. Marshall, Esq.
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
jmarshall@choate.com

Bruce R. Ewing
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019
ewing.bruce@dorsey.com

Eric Lopez Schnabel
DORSEY & WHITNEY (DELAWARE) LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
schnabel.eric@dorsey.com

Michael P. Pompeo, Esq.
Faegre Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036-2714
Michael.Pompeo@faegredrinker.com

Eric J. Monzo, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Riley C. Walter, Esq.
WANGER JONES HELSLEY, PC
265 E. River Park Circle, Suite 310
Fresno, California 93720
rwalter@wjhattorneys.com

Michael Marchese
Sequoia Council of Boy Scouts, Inc.
6005 N. Tamera Avenue
Fresno, CA 93711
Michael.marchese@scouting.org

Deb Secrest
Commonwealth of Pennsylvania
Department of Labor and Industry Collections Support Unit
65 Boss Street, room 925
Harrisburg, PA  17121
ra-li-ucts-bankrupt@state.pa.us

Alessandra Glorioso
DORSEY & WHITNEY (DELAWARE) LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
glorioso.alessandra@dorsey.com

Kaitlin W. MacKenzie
Faegre Drinker Biddle & Reath LLP
222 Delaware Avenue
Wilmington, DE 19801
Kaitlin.MacKenzie@faegredrinker.com

Patrick A. Jackson (Del. Bar No. 4976)
Faegre Drinker Biddle & Reath LLP
222 Delaware Ave., Suite 1410
Wilmington, DE 19801-1621
Patrick.Jackson@faegredrinker.com

emonzo@morrisjames.com