# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>              Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered)<br><br>**Hearing Date: June 8, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 1, 2020 at 4:00 p.m. (ET)** |

## NOTICE OF MOTION

To:    See Attached Service List.

**PLEASE TAKE NOTICE THAT** the undersigned counsel has filed *Evanston Insurance Company's Motion for Entry of an Order, Pursuant to Section 362 of the Bankruptcy Code and Bankruptcy Rule 4001, Modifying the Automatic Stay to Permit Payments of Claims Against Non-Debtor Insured Parties and Related Defense Costs Under Insurance Policies* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE THAT** a telephonic hearing on the Motion is scheduled for June 8, 2020 at 10:00 a.m. prevailing Eastern Time before The Honorable Laurie Selber Silverstein, Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.

You are required to file a response to the Motion **on or before June 1, 2020 at 4:00 p.m. (ET)** (the "**Objection Deadline**").

At the same time, you must also serve a copy of the response upon the undersigned counsel on or before the Objection Deadline.

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purposed of determine whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

20980042

2

Dated: May 22, 2020

        BROWNSTEIN HYATT FARBER
        SCHRECK, LLP

        */s/ Andrew J. Roth-Moore*
        Michael J. Pankow, (CO No. 21212)
        Joshua M. Hantman, (CO No. 42010)
        Andrew J. Roth-Moore (DE No. 5988)
        410 17th Street, Suite 2200
        Denver, Colorado 80202
        Telephone: (303) 223-1100
        Facsimile: (303) 223-1111
        mpankow@bhfs.com
        jhantman@bhfs.com
        aroth-moore@bhfs.com

        *Attorneys for Evanston Insurance Company*