# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BOY SCOUTS OF AMERICA | : | Case No. 20-10343 (LSS) |
| and DELAWARE BSA, LLC,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | **Ref. Docket No. 495** |

### ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GILBERT LLP AS SPECIAL INSURANCE COUNSEL TO THE FUTURE CLAIMANTS' REPRESENTATIVE EFFECTIVE AS OF MARCH 19, 2020

Upon the application (the "Application") of the Future Claimants' Representative (the "FCR") in these Chapter 11 Cases, for entry of an order pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 2014 , and Local Rule 2014-1, authorizing the retention and employment of Gilbert LLP ("Gilbert") as special insurance counsel to the FCR effective as of March 19, 2020; and upon the Quinn Declaration attached to the Application; and the Court being satisfied that Gilbert is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, that Gilbert is independent of the Debtors and other parties in interest and does not have any interest that would adversely affect Gilbert's ability to advise the FCR or that is materially adverse to the FCR or the future claimants, and that the retention and employment of Gilbert is in the best interests of the FCR and the Debtors' estates; and the Court having jurisdiction over the Application pursuant to 28 U.S.C. § 157(b)(2)(A); and sufficient notice of the Application having been given under the circumstances; and the Court having determined that the relief requested in the Application is just and proper; and after due deliberation and sufficient cause appearing therefor;

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED as set forth herein.

2. The FCR is authorized to retain and employ Gilbert as special insurance counsel in these Chapter 11 Cases effective as of March 19, 2020.

3. In connection with these Chapter 11 Cases, Gilbert shall be compensated for professional services, and reimbursed for expenses incurred, in accordance with Bankruptcy Code sections 330 and 331, the applicable provisions of the Bankruptcy Rules and the Local Rules, and with any other applicable procedures and order of this Court.  Gilbert also intends to make a reasonable effort to comply with the *Appendix B-Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Large Chapter 11 Cases, Effective as of November 1, 2013* (the "U.S. Trustee Fee Guidelines"), both in connection with the Application and in the interim and final applications to be filed by Gilbert in these Chapter 11 Cases.

4. Gilbert is authorized to hold the Advance Payment (as defined in the Application) as security throughout the Debtors' bankruptcy Cases until Gilbert's fees and expenses are awarded and payable to Gilbert on a final basis.

5. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: May 23rd, 2020
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE