**Exhibit 4**

**Form of Abuse Claims Email Notice**

**To:**
**From:** BSAInquiries@omniagnt.com
**Re:** Boys Scouts of America Bankruptcy Deadline

## Sexual Abuse Claims in Boy Scouts of America Bankruptcy
*Sexual Abuse Survivors Need to File Claims by <u>November 16, 2020</u>*

Una versión en español de este aviso está disponible en
www.OfficialBSAclaims.com o llamando al 1-866-907-2721.

The Boy Scouts of America ("BSA") has filed bankruptcy in order to restructure its nonprofit business and pay Sexual Abuse Survivors. Please read this notice carefully as it may impact your rights against BSA, BSA Local Councils and organizations that sponsored your troop or pack.  This notice provides information about the bankruptcy case, *In re Boy Scouts of America and Delaware BSA, LLC*, No. 20-10343 (Bankr. D. Del.).  Go to www.OfficalBSAclaims.com or call 1-866-907-2721 for more information.

**We encourage Sexual Abuse Survivors, regardless of how old they are today or when the sexual abuse happened, to file claims.**

**Who Should File a Sexual Abuse Claim?**
**Anyone who was sexually abused during their time in Scouting, on or before February 18, 2020, must file a claim.**  This includes sexual abuse in connection with Boy Scouts, Cub Scouts, or any entity or activity associated with Scouting.

Sexual Abuse Claims include, but are not limited to: sexual misconduct, exploitation, or touching, sexual comments about a person or other behaviors that led to abuse, even if the behavior was not sexual or against the law, and regardless of whether you thought the behavior was sexual abuse or not.  These acts could be between a: (1) child and an adult or (2) child and another child.

**When and How Should I File a Sexual Abuse Claim?**
You should file a claim using the Sexual Abuse Survivor Proof of Claim Form by **November 16, 2020 at 5:00 p.m. (Eastern Time)**. **If you do not file a timely Sexual Abuse Claim, you may lose rights against BSA, BSA Local Councils, or organizations that sponsored your troop or pack, including any right to compensation.**  Only BSA is in bankruptcy.  If you have a claim against the BSA Local Councils or other organizations, you must take additional legal action to preserve and pursue your rights.

<u>**Your information will be kept private**</u>**.** You can download and file a claim at www.OfficialBSAclaims.com or call 1-866-907-2721 for help on how to file a claim by mail.  Scouting program participants who were at least eighteen (18) years of age at the time the sexual abuse began may also have claims related to sexual abuse and should consult the appropriate claim form at www.OfficalBSAclaims.com.

**Act Now Before Time Runs Out:**

- File a Sexual Abuse Survivor Proof of Claim.
- If your claim is approved, you may receive compensation from the bankruptcy.
- Have questions? Call or visit the website for more information.

Register your email address at www.OfficialBSAclaims.com to receive important case information. **If a plan to reorganize BSA is approved, it could release claims you hold against certain third parties, including against BSA Local Councils and organizations that sponsored your troop or pack.** Please visit the website to review the plan of reorganization and to learn more.

**Other Support**
BSA will fund in-person counseling for current or former Scouts or their family.  To request in-person counseling, please call 1-866-907-2721 or email restructuring@scouting.org.

<u>**Your information will be kept private.**</u>

**www.OfficialBSAclaims.com**                                         **1-866-907-2721**