## Exhibit 5

**Form of Abuse Claims TV Spot**

**BSA :30 Second TV Script**
**72 words**

**VO:**

This is an important message for all current and former Boy Scouts and volunteers.

The Boy Scouts of America have declared bankruptcy.

If you were sexually abused in Scouting, you could receive compensation, but you must file a claim in the bankruptcy case by November 16, 2020

You may file a Sexual Abuse Claim regardless of your current age or the year the sexual abuse occurred.

For more information, visit OfficialBSAclaims.com or call 1-866-907-2721.

**Disclaimer language for last frame of TV (only appears on screen and not in VO)**: Paid for by the Boy Scouts of America by order of the U.S. Bankruptcy Court.