## Exhibit 8

**Form of Confidentiality Agreement**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### PERMITTED PARTY CONFIDENTIALITY AGREEMENT

This Agreement (the "Agreement") is entered into as of _____, 2020 by _____ (the "Recipient"), a Permitted Party pursuant to paragraph 6 of the *Order, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1, (I) Establishing Deadlines for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, (III) Approving Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Survivors, and (IV) Approving Confidentiality Procedures for Abuse Survivors* [Docket No. [●]] (the "Bar Date Order") entered on [●] by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") in Case No. 20-10343 (LSS), *In re Boy Scouts of America and Delaware BSA, LLC* (the "Chapter 11 Cases").

WHEREAS, the Recipient will be granted access to certain confidential Sexual Abuse Survivor Proofs of Claim, General Proofs of Claim submitted on behalf of minors, and/or General Proofs of Claim submitted by individuals holding claims arising from sexual abuse who were at least eighteen (18) years of age at the time the sexual abuse began in the Chapter 11 Cases after execution of this Agreement pursuant to and in accordance with the terms of the Order;

WHEREAS, Recipient agrees to keep the information provided in any and all Sexual Abuse Survivor Proofs of Claim, General Proofs of Claim submitted on behalf of minors, and/or General Proofs of Claim submitted by individuals holding claims arising from sexual abuse who were at least eighteen (18) years of age at the time the sexual abuse began confidential pursuant to and in accordance with the terms of the Order and this Agreement.

NOW THEREFORE, IT IS AGREED AS FOLLOWS:

(1) The Recipient agrees to keep the information provided in the Sexual Abuse Survivor Proofs of Claim, General Proofs of Claim submitted on behalf of minors, and/or General Proofs of Claim submitted by individuals holding claims arising from sexual abuse who were at least eighteen (18) years of age at the time the

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

       sexual abuse began confidential pursuant to and in accordance with the terms of the Order.

(2) Recipient agrees to not distribute any Sexual Abuse Survivor Proofs of Claim, General Proofs of Claim submitted on behalf of minors, General Proofs of Claim submitted by individuals holding claims arising from sexual abuse who were at least eighteen (18) years of age at the time the sexual abuse began, or information provided in such claims in violation of the Confidentiality Protocol in the Order.

(3) Recipient will only communicate information from the confidential Sexual Abuse Survivor Proofs of Claim, General Proofs of Claim submitted on behalf of minors, and/or General Proofs of Claim submitted by individuals holding claims arising from sexual abuse who were at least eighteen (18) years of age at the time the sexual abuse began with other Permitted Parties, as defined in the Bar Date Order.

(4) Recipient consents to the jurisdiction of the Court to adjudicate any violation of this Agreement or the Order.

(5) Recipient shall promptly report any disclosure of information from a confidential Sexual Abuse Survivor Proof of Claim, General Proof of Claim submitted on behalf of a minor, or General Proof of Claim submitted by an individual holding a claim arising from sexual abuse who was at least eighteen (18) years of age at the time the sexual abuse began to the Debtors, the Tort Claimants' Committee, and the Creditors' Committee, and shall cooperate with efforts to recover the information and/or mitigate the effects of the disclosure.

Dated: This ___ day of _____, 2020

Signature: _____

Print Name: _____

Name of Permitted Party: _____