# CERTIFICATE OF SERVICE

I, Gregory J. Flasser, hereby certify that on the 27th day of May 2020, I caused copies of the **Objection of Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company to Debtors' Motion for Entry of an Order Approving Stipulated Confidentiality and Protective Order** to be served via email on the parties listed below:

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Derek C. Abbott
Andrew R. Remming
Joseph C. Barsalona II
Eric W. Moats
Paige N. Topper
Email: dabbott@mnat.com
aremming@mnat.com
jbarsalona@mnat.com
emoats@mnat.com
ptopper@mnat.com

SIDLEY AUSTIN LLP
Jessica C. K. Boelter
Email: jboelter@sidley.com


SIDLEY AUSTIN LLP
Thomas A. Labuda
Michael C. Andolina
Matthew E. Linder
Blair M. Warner
Email: tlabuda@sidley.com
mandolina@sidley.com
mlinder@sidley.com
blair.warner@sidley.com

OFFICE OF THE UNITED STATES TRUSTEE
David L. Buchbinder
Hannah M. McCollum
Email: David.l.buchbinder@usdoj.gov
Hannah.mccollum@usdoj.gov

KRAMER, LEVIN, NAFKALIS & FRANKEL LLP
David E. Blabey, Jr.
Thomas Moers Mayer
Rachael Ringer
Jennifer R. Sharret
Megan M. Wasson
Email: dblabey@kramerlevin.com
tmayer@kramerlevin.com
rringger@kramerlevin.com
jsharret@kramerlevin.com
mwasson@kramerlevin.com

REED SMITH LLP
Kurt F. Gwynne
Katelin Ann Morales
Email: kgwynne@reedsmith.com
kmorales@reedsmith.com

*/s/ Gregory J. Flasser*
Gregory J. Flasser (No. 6154)