IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**DECLARATION OF JANINE PANCHOK-BERRY IN SUPPORT OF CENTURY'S OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING CONFIDENTIALITY AND PROTECTIVE ORDER [DKT. 613]**

I, Janine Panchok-Berry, pursuant to 28 U.S.C. § 1746(2), under penalty of perjury, hereby declare as follows:

1. I am an associate at the firm O'Melveny & Myers LLP, Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Ace Insurance Group, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company. I submit this declaration based on my personal knowledge of the proceedings in *In re Boy Scouts of America and Delaware BSA, LCC*, and review of the documents listed below.

2. Attached as Exhibit 1 is a true and correct copy of an email exchange from May 19–27, 2020 among counsel for the Boy Scouts of America, counsel for Century Indemnity Company, and counsel for Hartford Accident and Indemnity Company.

1

I declare under pain and penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: May 27, 2020                                                  Respectfully Submitted,


                                                                     By:  */s/ Janine Panchok-Berry*

                                                                     JANINE PANCHOK-BERRY