# **EXHIBIT 1**

| | |
|---|---|
| **From:** | Andolina, Michael C. <mandolina@sidley.com> |
| **Sent:** | Wednesday, May 27, 2020 8:38 AM |
| **To:** | Schiavoni, Tancred; Basaria, Karim; Weinberg, Joshua D.; Kirschenbaum, Andrew; 'Wadley, Chris'; Panchok-Berry, Janine; 'Wadley, Chris'; 'Taylor.Meehan@clydeco.us'; 'Lorraine Armenti'; 'Winsberg, Harris B.'; 'Marshall, Jonathan D.'; 'TJacobs@bradleyriley.com'; 'rsmethurst@mwe.com'; 'mwarner@mwe.com'; 'msorem@nicolaidesllp.com'; 'Marrkand, Kim'; 'Gooding, Doug'; 'Michael Hrinewski'; 'Shleypak, Igor'; 'Gummow, Susan'; Ruggeri, James P.; Williams, Abigail W.; Backus, Michele L.; 'Roberts, Matthew G.'; Kirschenbaum, Andrew; 'John A. Morris'; 'James Stang'; 'John W. Lucas'; 'Ringer, Rachael'; 'Wasson, Megan'; 'Brady, Robert'; 'Harron, Edwin'; 'Blabey, Jr., David E.'; 'Edwards, Erin'; 'Patton, James'; 'Celentino, Joseph C.'; 'Mason, Richard G.'; 'Mayer, Douglas K.' |
| **Cc:** | 'Azer, Adrian'; Boelter, Jessica C.K.; Labuda, Jr., Thomas; Linder, Matthew; Warner, Blair; Brunner, Benjamin; 'Martin, Ernest' |
| **Subject:** | RE: BSA re Proof of Claim objection / protective order / mediation motion [PRIVILEGED & CONFIDENTIAL] |

**[EXTERNAL MESSAGE]**

BSA has no intention of doing so and Chubb has made clear its views on the implications thereof. We also note that Par. 12.11 protects any rights the parties have in this regard. Par. 12.6 also preserves the parties rights and obligations.

We have now heard from the TCC, and we would ask all of the signatory parties, including the individual insurers, to confirm their agreement to the order so that we may submit under certification of counsel. We will add signature blocks for the insurers.

Thanks,

Mike

**MICHAEL C. ANDOLINA**

**SIDLEY AUSTIN LLP**
+1 312 853 2228 (O)
+1 773 531 0712 (M)
mandolina@sidley.com

---

**From:** Schiavoni, Tancred <tschiavoni@omm.com>
**Sent:** Tuesday, May 26, 2020 10:50 PM
**To:** Andolina, Michael C. <mandolina@sidley.com>; Basaria, Karim <kbasaria@sidley.com>; Weinberg, Joshua D. <JWeinberg@goodwin.com>; Kirschenbaum, Andrew <akirschenbaum@omm.com>; 'Wadley, Chris' <cwadley@wwmlawyers.com>; Panchok-Berry, Janine <jpanchok-berry@omm.com>; 'Wadley, Chris' <cwadley@wwmlawyers.com>; 'Taylor.Meehan@clydeco.us' <Taylor.Meehan@clydeco.us>; 'Lorraine Armenti' <LArmenti@coughlinduffy.com>; 'Winsberg, Harris B.' <harris.winsberg@troutman.com>; 'Marshall, Jonathan D.' <jmarshall@choate.com>; 'TJacobs@bradleyriley.com' <TJacobs@bradleyriley.com>; 'rsmethurst@mwe.com' <rsmethurst@mwe.com>; 'mwarner@mwe.com' <mwarner@mwe.com>; 'msorem@nicolaidesllp.com' <msorem@nicolaidesllp.com>; 'Marrkand, Kim' <KVMarrkand@mintz.com>; 'Gooding, Doug' <dgooding@choate.com>; 'Michael Hrinewski' <mhrinewski@coughlinduffy.com>; 'Shleypak, Igor' <ishleypak@fgppr.com>; 'Gummow, Susan' <sgummow@fgppr.com>; Ruggeri, James P. <JRuggeri@goodwin.com>; Williams, Abigail W. <AWilliams@goodwin.com>; Backus, Michele L. <MBackus@goodwin.com>; 'Roberts, Matthew G.' <Matthew.Roberts2@troutman.com>; Kirschenbaum, Andrew <akirschenbaum@omm.com>; 'John A. Morris' <jmorris@pszjlaw.com>; 'James Stang' <jstang@pszjlaw.com>; 'John W. Lucas' <jlucas@pszjlaw.com>; 'Ringer, Rachael' <RRinger@KRAMERLEVIN.com>; 'Wasson, Megan' <MWasson@KRAMERLEVIN.com>; 'Brady, Robert' <RBRADY@ycst.com>; 'Harron, Edwin' <eharron@ycst.com>; 'Blabey, Jr., David E.' <DBlabey@KRAMERLEVIN.com>; 'Edwards, Erin' <eedwards@ycst.com>; 'Patton, James' <jpatton@ycst.com>; 'Celentino, Joseph C.' <JCCelentino@wlrk.com>; 'Mason, Richard G.' <RGMason@WLRK.com>; 'Mayer, Douglas K.' <DKMayer@WLRK.com>
**Cc:** 'Azer, Adrian' <Adrian.Azer@haynesboone.com>; Boelter, Jessica C.K. <jboelter@sidley.com>; Labuda, Jr., Thomas <tlabuda@sidley.com>; Linder, Matthew <mlinder@sidley.com>; Warner, Blair <blair.warner@sidley.com>; Brunner, Benjamin <bbrunner@sidley.com>; 'Martin, Ernest' <Ernest.Martin@haynesboone.com>
**Subject:** RE: BSA re Proof of Claim objection / protective order / mediation motion [PRIVILEGED & CONFIDENTIAL]

Chubb needs assurance that underlying defense counsel's privileged communications will not be produced whether they were shared at the time or not with Chubb.

---

**From:** Andolina, Michael C. <mandolina@sidley.com>
**Sent:** Tuesday, May 26, 2020 11:44 PM
**To:** Schiavoni, Tancred <tschiavoni@omm.com>; Basaria, Karim <kbasaria@sidley.com>; Weinberg, Joshua D. <JWeinberg@goodwin.com>; Kirschenbaum, Andrew <akirschenbaum@omm.com>; 'Wadley, Chris' <cwadley@wwmlawyers.com>; Panchok-Berry, Janine <jpanchok-berry@omm.com>; 'Wadley, Chris' <cwadley@wwmlawyers.com>; 'Taylor.Meehan@clydeco.us' <Taylor.Meehan@clydeco.us>; 'Lorraine Armenti' <LArmenti@coughlinduffy.com>; 'Winsberg, Harris B.' <harris.winsberg@troutman.com>; 'Marshall, Jonathan D.' <jmarshall@choate.com>; 'TJacobs@bradleyriley.com' <TJacobs@bradleyriley.com>; 'rsmethurst@mwe.com' <rsmethurst@mwe.com>; 'mwarner@mwe.com' <mwarner@mwe.com>; 'msorem@nicolaidesllp.com' <msorem@nicolaidesllp.com>; 'Marrkand, Kim' <KVMarrkand@mintz.com>; 'Gooding, Doug' <dgooding@choate.com>; 'Michael Hrinewski' <mhrinewski@coughlinduffy.com>; 'Shleypak, Igor' <ishleypak@fgppr.com>; 'Gummow, Susan' <sgummow@fgppr.com>; Ruggeri, James P. <JRuggeri@goodwin.com>; Williams, Abigail W. <AWilliams@goodwin.com>; Backus, Michele L. <MBackus@goodwin.com>; 'Roberts, Matthew G.' <Matthew.Roberts2@troutman.com>; Kirschenbaum, Andrew <akirschenbaum@omm.com>; 'John A. Morris' <jmorris@pszjlaw.com>; 'James Stang' <jstang@pszjlaw.com>; 'John W. Lucas' <jlucas@pszjlaw.com>; 'Ringer, Rachael' <RRinger@KRAMERLEVIN.com>; 'Wasson, Megan' <MWasson@KRAMERLEVIN.com>; 'Brady, Robert' <RBRADY@ycst.com>; 'Harron, Edwin' <eharron@ycst.com>; 'Blabey, Jr., David E.' <DBlabey@KRAMERLEVIN.com>; 'Edwards, Erin' <eedwards@ycst.com>; 'Patton, James' <jpatton@ycst.com>; 'Celentino, Joseph C.' <JCCelentino@wlrk.com>; 'Mason, Richard G.' <RGMason@WLRK.com>; 'Mayer, Douglas K.' <DKMayer@WLRK.com>
**Cc:** 'Azer, Adrian' <Adrian.Azer@haynesboone.com>; Boelter, Jessica C.K. <jboelter@sidley.com>; Labuda, Jr., Thomas <tlabuda@sidley.com>; Linder, Matthew <mlinder@sidley.com>; Warner, Blair <blair.warner@sidley.com>; Brunner, Benjamin <bbrunner@sidley.com>; 'Martin, Ernest' <Ernest.Martin@haynesboone.com>
**Subject:** RE: BSA re Proof of Claim objection / protective order / mediation motion [PRIVILEGED & CONFIDENTIAL]

**[EXTERNAL MESSAGE]**

Tanc,

I'm not even sure I understand your hypothetical but it seems that such a document would otherwise be protected by the attorney-client privilege or work product doctrine. I'll also note that the requirement for the documents, information or communications to be shared between parties under this definition has been in the last several drafts of the order, including Hartford's draft from this morning.

Regards,

Mike

**MICHAEL C. ANDOLINA**

**SIDLEY AUSTIN LLP**
+1 312 853 2228 (O)
+1 773 531 0712 (M)
mandolina@sidley.com

---

**From:** Schiavoni, Tancred <tschiavoni@omm.com>
**Sent:** Tuesday, May 26, 2020 8:55 PM
**To:** Basaria, Karim <kbasaria@sidley.com>; Weinberg, Joshua D. <JWeinberg@goodwin.com>; Andolina, Michael C. <mandolina@sidley.com>; Kirschenbaum, Andrew <akirschenbaum@omm.com>; 'Wadley, Chris' <cwadley@wwmlawyers.com>; Panchok-Berry, Janine <jpanchok-berry@omm.com>; 'Wadley, Chris' <cwadley@wwmlawyers.com>; 'Taylor.Meehan@clydeco.us' <Taylor.Meehan@clydeco.us>; 'Lorraine Armenti' <LArmenti@coughlinduffy.com>; 'Winsberg, Harris B.' <harris.winsberg@troutman.com>; 'Marshall, Jonathan D.' <jmarshall@choate.com>; 'TJacobs@bradleyriley.com' <TJacobs@bradleyriley.com>; 'rsmethurst@mwe.com' <rsmethurst@mwe.com>; 'mwarner@mwe.com' <mwarner@mwe.com>; 'msorem@nicolaidesllp.com' <msorem@nicolaidesllp.com>; 'Marrkand, Kim' <KVMarrkand@mintz.com>; 'Gooding, Doug' <dgooding@choate.com>; 'Michael Hrinewski' <mhrinewski@coughlinduffy.com>; 'Shleypak, Igor' <ishleypak@fgppr.com>; 'Gummow, Susan' <sgummow@fgppr.com>; Ruggeri, James P. <JRuggeri@goodwin.com>; Williams, Abigail W. <AWilliams@goodwin.com>; Backus, Michele L. <MBackus@goodwin.com>; 'Roberts, Matthew G.' <Matthew.Roberts2@troutman.com>; Kirschenbaum, Andrew <akirschenbaum@omm.com>; 'John A. Morris' <jmorris@pszjlaw.com>; 'James Stang' <jstang@pszjlaw.com>; 'John W. Lucas' <jlucas@pszjlaw.com>; 'Ringer, Rachael' <RRinger@KRAMERLEVIN.com>; 'Wasson, Megan' <MWasson@KRAMERLEVIN.com>; 'Brady, Robert' <RBRADY@ycst.com>; 'Harron, Edwin' <eharron@ycst.com>; 'Blabey, Jr., David E.' <DBlabey@KRAMERLEVIN.com>; 'Edwards, Erin' <eedwards@ycst.com>; 'Patton, James' <jpatton@ycst.com>; 'Celentino, Joseph C.' <JCCelentino@wlrk.com>; 'Mason, Richard G.' <RGMason@WLRK.com>; 'Mayer, Douglas K.' <DKMayer@WLRK.com>
**Cc:** 'Azer, Adrian' <Adrian.Azer@haynesboone.com>; Boelter, Jessica C.K. <jboelter@sidley.com>; Labuda, Jr., Thomas <tlabuda@sidley.com>; Linder, Matthew <mlinder@sidley.com>; Warner, Blair <blair.warner@sidley.com>; Brunner, Benjamin <bbrunner@sidley.com>; 'Martin, Ernest' <Ernest.Martin@haynesboone.com>
**Subject:** RE: BSA re Proof of Claim objection / protective order / mediation motion [PRIVILEGED & CONFIDENTIAL]

Mike

The definition you propose for common interest is limited to documents actually shared between insurer and BSA. Thus, would a letter authored by underlying defense counsel in the defense of a claim that undisputedly contains privileged information about the defense of that claim not be subject to protection?

---

**From:** Basaria, Karim <kbasaria@sidley.com>
**Sent:** Tuesday, May 26, 2020 9:38 PM
**To:** Weinberg, Joshua D. <JWeinberg@goodwin.com>; Schiavoni, Tancred <tschiavoni@omm.com>; Andolina, Michael C. <mandolina@sidley.com>; Kirschenbaum, Andrew <akirschenbaum@omm.com>; 'Wadley, Chris' <cwadley@wwmlawyers.com>; Panchok-Berry, Janine <jpanchok-berry@omm.com>; 'Wadley, Chris' <cwadley@wwmlawyers.com>; 'Taylor.Meehan@clydeco.us' <Taylor.Meehan@clydeco.us>; 'Lorraine Armenti' <LArmenti@coughlinduffy.com>; 'Winsberg, Harris B.' <harris.winsberg@troutman.com>; 'Marshall, Jonathan D.' <jmarshall@choate.com>; 'TJacobs@bradleyriley.com' <TJacobs@bradleyriley.com>; 'rsmethurst@mwe.com' <rsmethurst@mwe.com>; 'mwarner@mwe.com' <mwarner@mwe.com>; 'msorem@nicolaidesllp.com' <msorem@nicolaidesllp.com>; 'Marrkand, Kim' <KVMarrkand@mintz.com>; 'Gooding, Doug' <dgooding@choate.com>; 'Michael Hrinewski' <mhrinewski@coughlinduffy.com>; 'Shleypak, Igor' <ishleypak@fgppr.com>; 'Gummow, Susan' <sgummow@fgppr.com>; Ruggeri, James P. <JRuggeri@goodwin.com>; Williams, Abigail W. <AWilliams@goodwin.com>; Backus, Michele L. <MBackus@goodwin.com>; 'Roberts, Matthew G.' <Matthew.Roberts2@troutman.com>; Kirschenbaum, Andrew <akirschenbaum@omm.com>; 'John A. Morris' <jmorris@pszjlaw.com>; 'James Stang' <jstang@pszjlaw.com>; 'John W. Lucas' <jlucas@pszjlaw.com>; 'Ringer, Rachael' <RRinger@KRAMERLEVIN.com>; 'Wasson, Megan' <MWasson@KRAMERLEVIN.com>; 'Brady, Robert' <RBRADY@ycst.com>; 'Harron, Edwin' <eharron@ycst.com>; 'Blabey, Jr., David E.' <DBlabey@KRAMERLEVIN.com>; 'Edwards, Erin' <eedwards@ycst.com>; 'Patton, James' <jpatton@ycst.com>; 'Celentino, Joseph C.' <JCCelentino@wlrk.com>; 'Mason, Richard G.' <RGMason@WLRK.com>; 'Mayer, Douglas K.' <DKMayer@WLRK.com>
**Cc:** 'Azer, Adrian' <Adrian.Azer@haynesboone.com>; Boelter, Jessica C.K. <jboelter@sidley.com>; Labuda, Jr., Thomas <tlabuda@sidley.com>; Linder, Matthew <mlinder@sidley.com>; Warner, Blair <blair.warner@sidley.com>; Brunner, Benjamin <bbrunner@sidley.com>; 'Martin, Ernest' <Ernest.Martin@haynesboone.com>
**Subject:** RE: BSA re Proof of Claim objection / protective order / mediation motion [PRIVILEGED & CONFIDENTIAL]

[EXTERNAL MESSAGE]

All,

Following up on my email below, see attached the Debtors final proposed protective order and redline against the version Hartford circulated this afternoon. With the exception of certain of the additional proposed changes to the definition of "Common Interest Protected Material," we have incorporated all of the additional changes the insurers proposed this afternoon. We have also added a clarifying footnote with regard to paragraphs 5.8 and 5.9.

Our understanding is that the TCC is signed off on this version and that the UCC is awaiting final approval. The Debtors intend to file this version with the court tomorrow. To the extent there are any objections – and we truly see no reason there should be – they should be directed to this version.

Karim

**KARIM BASARIA**
Associate

**SIDLEY AUSTIN LLP**
+1 312 853 7354
kbasaria@sidley.com

---

**From:** Basaria, Karim
**Sent:** Tuesday, May 26, 2020 3:05 PM
**To:** 'Weinberg, Joshua D.' <JWeinberg@goodwin.com>; Schiavoni, Tancred <tschiavoni@omm.com>; Andolina, Michael C. <mandolina@sidley.com>; Kirschenbaum, Andrew <akirschenbaum@omm.com>; 'Wadley, Chris' <cwadley@wwmlawyers.com>; Panchok-Berry, Janine <jpanchok-berry@omm.com>; 'Wadley, Chris' <cwadley@wwmlawyers.com>; 'Taylor.Meehan@clydeco.us' <Taylor.Meehan@clydeco.us>; 'Lorraine Armenti' <LArmenti@coughlinduffy.com>; 'Winsberg, Harris B.' <harris.winsberg@troutman.com>; 'Marshall, Jonathan D.' <jmarshall@choate.com>;

'TJacobs@bradleyriley.com' <TJacobs@bradleyriley.com>; 'rsmethurst@mwe.com' <rsmethurst@mwe.com>; 'mwarner@mwe.com' <mwarner@mwe.com>; 'msorem@nicolaidesllp.com' <msorem@nicolaidesllp.com>; 'Marrkand, Kim' <KVMarrkand@mintz.com>; 'Gooding, Doug' <dgooding@choate.com>; 'Michael Hrinewski' <mhrinewski@coughlinduffy.com>; 'Shleypak, Igor' <ishleypak@fgppr.com>; 'Gummow, Susan' <sgummow@fgppr.com>; Ruggeri, James P. <JRuggeri@goodwin.com>; Williams, Abigail W. <AWilliams@goodwin.com>; Backus, Michele L. <MBackus@goodwin.com>; 'Roberts, Matthew G.' <Matthew.Roberts2@troutman.com>; Kirschenbaum, Andrew <akirschenbaum@omm.com>; 'John A. Morris' <jmorris@pszjlaw.com>; 'James Stang' <jstang@pszjlaw.com>; 'John W. Lucas' <jlucas@pszjlaw.com>; 'Ringer, Rachael' <RRinger@KRAMERLEVIN.com>; 'Wasson, Megan' <MWasson@KRAMERLEVIN.com>; 'Brady, Robert' <RBRADY@ycst.com>; 'Harron, Edwin' <eharron@ycst.com>; 'Blabey, Jr., David E.' <DBlabey@KRAMERLEVIN.com>; 'Edwards, Erin' <eedwards@ycst.com>; 'Patton, James' <jpatton@ycst.com>; 'Celentino, Joseph C.' <JCCelentino@wlrk.com>; 'Mason, Richard G.' <RGMason@WLRK.com>; 'Mayer, Douglas K.' <DKMayer@WLRK.com>
**Cc:** 'Azer, Adrian' <Adrian.Azer@haynesboone.com>; Boelter, Jessica C.K. <jboelter@sidley.com>; Labuda, Jr., Thomas <tlabuda@sidley.com>; Linder, Matthew <mlinder@sidley.com>; Warner, Blair <blair.warner@sidley.com>; Brunner, Benjamin <bbrunner@sidley.com>; 'Martin, Ernest' <Ernest.Martin@haynesboone.com>
**Subject:** RE: BSA re Proof of Claim objection / protective order / mediation motion [PRIVILEGED & CONFIDENTIAL]

Josh,

We are considering Hartford's additional revisions and will send a proposed final version shortly. The Debtors agree to extend the objection deadline to 11:00 a.m. ET tomorrow, which will allow us one hour to file an agenda for the hearing. No additional extensions to the objection deadline will be provided.

Karim

**KARIM BASARIA**
Associate

**SIDLEY AUSTIN LLP**
+1 312 853 7354
kbasaria@sidley.com

---

**From:** Weinberg, Joshua D. <JWeinberg@goodwin.com>
**Sent:** Tuesday, May 26, 2020 11:28 AM
**To:** Basaria, Karim <kbasaria@sidley.com>; Schiavoni, Tancred <tschiavoni@omm.com>; Andolina, Michael C. <mandolina@sidley.com>; Kirschenbaum, Andrew <akirschenbaum@omm.com>; 'Wadley, Chris' <cwadley@wwmlawyers.com>; Panchok-Berry, Janine <jpanchok-berry@omm.com>; 'Wadley, Chris' <cwadley@wwmlawyers.com>; 'Taylor.Meehan@clydeco.us' <Taylor.Meehan@clydeco.us>; 'Lorraine Armenti' <LArmenti@coughlinduffy.com>; 'Winsberg, Harris B.' <harris.winsberg@troutman.com>; 'Marshall, Jonathan D.' <jmarshall@choate.com>; 'TJacobs@bradleyriley.com' <TJacobs@bradleyriley.com>; 'rsmethurst@mwe.com' <rsmethurst@mwe.com>; 'mwarner@mwe.com' <mwarner@mwe.com>; 'msorem@nicolaidesllp.com' <msorem@nicolaidesllp.com>; 'Marrkand, Kim' <KVMarrkand@mintz.com>; 'Gooding, Doug' <dgooding@choate.com>; 'Michael Hrinewski' <mhrinewski@coughlinduffy.com>; 'Shleypak, Igor' <ishleypak@fgppr.com>; 'Gummow, Susan' <sgummow@fgppr.com>; Ruggeri, James P. <JRuggeri@goodwin.com>; Williams, Abigail W. <AWilliams@goodwin.com>; Backus, Michele L. <MBackus@goodwin.com>; 'Roberts, Matthew G.' <Matthew.Roberts2@troutman.com>; Kirschenbaum, Andrew <akirschenbaum@omm.com>; 'John A. Morris' <jmorris@pszjlaw.com>; 'James Stang' <jstang@pszjlaw.com>; 'John W. Lucas' <jlucas@pszjlaw.com>; 'Ringer, Rachael' <RRinger@KRAMERLEVIN.com>; 'Wasson, Megan' <MWasson@KRAMERLEVIN.com>; 'Brady, Robert' <RBRADY@ycst.com>; 'Harron, Edwin' <eharron@ycst.com>; 'Blabey, Jr., David E.' <DBlabey@KRAMERLEVIN.com>; 'Edwards, Erin' <eedwards@ycst.com>; 'Patton, James' <jpatton@ycst.com>; 'Celentino, Joseph C.' <JCCelentino@wlrk.com>; 'Mason, Richard G.' <RGMason@WLRK.com>; 'Mayer, Douglas K.' <DKMayer@WLRK.com>
**Cc:** 'Azer, Adrian' <Adrian.Azer@haynesboone.com>; Boelter, Jessica C.K. <jboelter@sidley.com>; Labuda, Jr., Thomas <tlabuda@sidley.com>; Linder, Matthew <mlinder@sidley.com>; Warner, Blair <blair.warner@sidley.com>; Brunner, Benjamin <bbrunner@sidley.com>; 'Martin, Ernest' <Ernest.Martin@haynesboone.com>
**Subject:** RE: BSA re Proof of Claim objection / protective order / mediation motion [PRIVILEGED & CONFIDENTIAL]

Counsel,

Thank you for providing this latest draft, which we sincerely appreciate. On behalf of Hartford, we propose a few additional revisions that we believe are necessary. In Section II, the definitions of Common Interest Material and Privilege Material need to be broader; specifically, Common Interest material is not limited to communications between an insurer and a policyholder. In Section III, we would like to clarify that, with respect to material that is Common Interest Material, such materials would be produced in subsequent litigation only with the consent of any party sharing a common interest. We also have proposed edits to Section 8.2 and Section 12.11.

We are available to discuss these comments to the extent there are any concerns. Also, while we appreciate the time frame for the protective order is tight, to the extent that additional discussion is required regarding these edits (or any others), we would request that the Debtor afford the parties a little additional time (we would suggest to noon tomorrow) to try to resolve any remaining issues and, if necessary, to file objections. Thanks.

**Shipman & Goodwin**
COUNSELORS AT LAW

**Joshua D. Weinberg**
Shipman & Goodwin LLP
Partner

1875 K Street NW, Suite 600
Washington, DC 20006-1251

Tel (202) 469-7754
Fax (202) 469-7751

jweinberg@goodwin.com
www.shipmangoodwin.com

Privileged and confidential. If received in error, please notify me by e-mail and delete the message.

---

**From:** Basaria, Karim <kbasaria@sidley.com>
**Sent:** Tuesday, May 26, 2020 10:35 AM
**To:** Schiavoni, Tancred <tschiavoni@omm.com>; Andolina, Michael C. <mandolina@sidley.com>; Weinberg, Joshua D. <JWeinberg@goodwin.com>; Kirschenbaum, Andrew <akirschenbaum@omm.com>; 'Wadley, Chris' <cwadley@wwmlawyers.com>; Panchok-Berry, Janine <jpanchok-berry@omm.com>; 'Wadley, Chris' <cwadley@wwmlawyers.com>; 'Taylor.Meehan@clydeco.us' <Taylor.Meehan@clydeco.us>; 'Lorraine Armenti' <LArmenti@coughlinduffy.com>; 'Winsberg, Harris B.' <harris.winsberg@troutman.com>; 'Marshall, Jonathan D.' <jmarshall@choate.com>; 'TJacobs@bradleyriley.com' <TJacobs@bradleyriley.com>; 'rsmethurst@mwe.com' <rsmethurst@mwe.com>; 'mwarner@mwe.com' <mwarner@mwe.com>; 'msorem@nicolaidesllp.com' <msorem@nicolaidesllp.com>; 'Marrkand, Kim' <KVMarrkand@mintz.com>; 'Gooding, Doug' <dgooding@choate.com>; 'Michael Hrinewski' <mhrinewski@coughlinduffy.com>; 'Shleypak, Igor' <ishleypak@fgppr.com>; 'Gummow, Susan' <sgummow@fgppr.com>; Ruggeri, James P. <JRuggeri@goodwin.com>; Williams, Abigail W. <AWilliams@goodwin.com>; Backus, Michele L. <MBackus@goodwin.com>; 'Roberts, Matthew G.' <Matthew.Roberts2@troutman.com>; Kirschenbaum, Andrew <akirschenbaum@omm.com>;

'John A. Morris' <jmorris@pszjlaw.com>; 'James Stang' <jstang@pszjlaw.com>; 'John W. Lucas' <jlucas@pszjlaw.com>; 'Ringer, Rachael' <RRinger@KRAMERLEVIN.com>; 'Wasson, Megan' <MWasson@KRAMERLEVIN.com>; 'Brady, Robert' <RBRADY@ycst.com>; 'Harron, Edwin' <eharron@ycst.com>; 'Blabey, Jr., David E.' <DBlabey@KRAMERLEVIN.com>; 'Edwards, Erin' <eedwards@ycst.com>; 'Patton, James' <jpatton@ycst.com>; 'Celentino, Joseph C.' <JCCelentino@wlrk.com>; 'Mason, Richard G.' <RGMason@WLRK.com>; 'Mayer, Douglas K.' <DKMayer@WLRK.com>
**Cc:** 'Azer, Adrian' <Adrian.Azer@haynesboone.com>; Boelter, Jessica C.K. <jboelter@sidley.com>; Labuda, Jr., Thomas <tlabuda@sidley.com>; Linder, Matthew <mlinder@sidley.com>; Warner, Blair <blair.warner@sidley.com>; Brunner, Benjamin <bbrunner@sidley.com>; 'Martin, Ernest' <Ernest.Martin@haynesboone.com>
**Subject:** RE: BSA re Proof of Claim objection / protective order / mediation motion [PRIVILEGED & CONFIDENTIAL]

*EXTERNAL EMAIL*

Tanc,

As set forth in my email below, we did receive Chubb's proposed additional revisions. As we explained, while the Debtors accepted virtually all of the Insurer's consolidated changes, we did not accept Chubb's further revisions – most of which had previously been discussed with and rejected by the broader group.

As a further update for the group – The U.S. Trustee is signed off on the version we circulated yesterday with the addition of one footnote, which is reflected at page 11 of the attached redline.

Karim

**KARIM BASARIA**
Associate

**SIDLEY AUSTIN LLP**
+1 312 853 7354
kbasaria@sidley.com

---

**From:** Schiavoni, Tancred <tschiavoni@omm.com>
**Sent:** Tuesday, May 26, 2020 8:23 AM
**To:** Basaria, Karim <kbasaria@sidley.com>; Andolina, Michael C. <mandolina@sidley.com>; Weinberg, Joshua D. <JWeinberg@goodwin.com>; Kirschenbaum, Andrew <akirschenbaum@omm.com>; 'Wadley, Chris' <cwadley@wwmlawyers.com>; Panchok-Berry, Janine <jpanchok-berry@omm.com>; 'Wadley, Chris' <cwadley@wwmlawyers.com>; 'Taylor.Meehan@clydeco.us' <Taylor.Meehan@clydeco.us>; 'Lorraine Armenti' <LArmenti@coughlinduffy.com>; 'Winsberg, Harris B.' <harris.winsberg@troutman.com>; 'Marshall, Jonathan D.' <jmarshall@choate.com>; 'TJacobs@bradleyriley.com' <TJacobs@bradleyriley.com>; 'rsmethurst@mwe.com' <rsmethurst@mwe.com>; 'mwarner@mwe.com' <mwarner@mwe.com>; 'msorem@nicolaidesllp.com' <msorem@nicolaidesllp.com>; 'Marrkand, Kim' <KVMarrkand@mintz.com>; 'Gooding, Doug' <dgooding@choate.com>; 'Michael Hrinewski' <mhrinewski@coughlinduffy.com>; 'Shleypak, Igor' <ishleypak@fgppr.com>; 'Gummow, Susan' <sgummow@fgppr.com>; Ruggeri, James P. <JRuggeri@goodwin.com>; Williams, Abigail W. <AWilliams@goodwin.com>; Backus, Michele L. <MBackus@goodwin.com>; 'Roberts, Matthew G.' <Matthew.Roberts2@troutman.com>; Kirschenbaum, Andrew <akirschenbaum@omm.com>; 'John A. Morris' <jmorris@pszjlaw.com>; 'James Stang' <jstang@pszjlaw.com>; 'John W. Lucas' <jlucas@pszjlaw.com>; 'Ringer, Rachael' <RRinger@KRAMERLEVIN.com>; 'Wasson, Megan' <MWasson@KRAMERLEVIN.com>; 'Brady, Robert' <RBRADY@ycst.com>; 'Harron, Edwin' <eharron@ycst.com>; 'Blabey, Jr., David E.' <DBlabey@KRAMERLEVIN.com>; 'Edwards, Erin' <eedwards@ycst.com>; 'Patton, James' <jpatton@ycst.com>; 'Celentino, Joseph C.' <JCCelentino@wlrk.com>; 'Mason, Richard G.' <RGMason@WLRK.com>; 'Mayer, Douglas K.' <DKMayer@WLRK.com>
**Cc:** 'Azer, Adrian' <Adrian.Azer@haynesboone.com>; Boelter, Jessica C.K. <jboelter@sidley.com>; Labuda, Jr., Thomas <tlabuda@sidley.com>; Linder, Matthew <mlinder@sidley.com>; Warner, Blair <blair.warner@sidley.com>; Brunner, Benjamin <bbrunner@sidley.com>; 'Martin, Ernest' <Ernest.Martin@haynesboone.com>
**Subject:** RE: BSA re Proof of Claim objection / protective order / mediation motion [PRIVILEGED & CONFIDENTIAL]

Michael

We circulated a draft of the protective order at 4 pm.  You appear to have circulated comments to an earlier draft.  Do you have comments to that draft? Thank you.

---

**From:** Basaria, Karim <kbasaria@sidley.com>
**Sent:** Tuesday, May 26, 2020 12:00 AM
**To:** Andolina, Michael C. <mandolina@sidley.com>; Weinberg, Joshua D. <JWeinberg@goodwin.com>; Kirschenbaum, Andrew <akirschenbaum@omm.com>; 'Wadley, Chris' <cwadley@wwmlawyers.com>; Panchok-Berry, Janine <jpanchok-berry@omm.com>; 'Wadley, Chris' <cwadley@wwmlawyers.com>; 'Taylor.Meehan@clydeco.us' <Taylor.Meehan@clydeco.us>; 'Lorraine Armenti' <LArmenti@coughlinduffy.com>; 'Winsberg, Harris B.' <harris.winsberg@troutman.com>; 'Marshall, Jonathan D.' <jmarshall@choate.com>; 'TJacobs@bradleyriley.com' <TJacobs@bradleyriley.com>; 'rsmethurst@mwe.com' <rsmethurst@mwe.com>; 'mwarner@mwe.com' <mwarner@mwe.com>; 'msorem@nicolaidesllp.com' <msorem@nicolaidesllp.com>; 'Marrkand, Kim' <KVMarrkand@mintz.com>; 'Gooding, Doug' <dgooding@choate.com>; 'Michael Hrinewski' <mhrinewski@coughlinduffy.com>; 'Shleypak, Igor' <ishleypak@fgppr.com>; 'Gummow, Susan' <sgummow@fgppr.com>; Ruggeri, James P. <JRuggeri@goodwin.com>; Williams, Abigail W. <AWilliams@goodwin.com>; Backus, Michele L. <MBackus@goodwin.com>; 'Roberts, Matthew G.' <Matthew.Roberts2@troutman.com>; Kirschenbaum, Andrew <akirschenbaum@omm.com>; Schiavoni, Tancred <tschiavoni@omm.com>; 'John A. Morris' <jmorris@pszjlaw.com>; 'James Stang' <jstang@pszjlaw.com>; 'John W. Lucas' <jlucas@pszjlaw.com>; 'Ringer, Rachael' <RRinger@KRAMERLEVIN.com>; 'Wasson, Megan' <MWasson@KRAMERLEVIN.com>; 'Brady, Robert' <RBRADY@ycst.com>; 'Harron, Edwin' <eharron@ycst.com>; 'Blabey, Jr., David E.' <DBlabey@KRAMERLEVIN.com>; 'Edwards, Erin' <eedwards@ycst.com>; 'Patton, James' <jpatton@ycst.com>; 'Celentino, Joseph C.' <JCCelentino@wlrk.com>; 'Mason, Richard G.' <RGMason@WLRK.com>; 'Mayer, Douglas K.' <DKMayer@WLRK.com>
**Cc:** 'Azer, Adrian' <Adrian.Azer@haynesboone.com>; Boelter, Jessica C.K. <jboelter@sidley.com>; Labuda, Jr., Thomas <tlabuda@sidley.com>; Linder, Matthew <mlinder@sidley.com>; Warner, Blair <blair.warner@sidley.com>; Brunner, Benjamin <bbrunner@sidley.com>; 'Martin, Ernest' <Ernest.Martin@haynesboone.com>
**Subject:** RE: BSA re Proof of Claim objection / protective order / mediation motion [PRIVILEGED & CONFIDENTIAL]

[EXTERNAL MESSAGE]

All,

As promised in Mike's email yesterday, attached is a revised proposed protective order and redline against the version the Insurers circulated yesterday at 2:05 pm ET.

As we suggested yesterday, we have made a few modifications, including based on comments from the TCC, UCC, and FCR, but have otherwise effectively accepted all of the revisions proposed in the Insurers' draft, including regarding (i) the common interest privilege, (ii) the Insurers' disclosures to regulators and reinsurers, (iii) Insurers' access to "Highly Confidential" and "Committee Advisor Only" material, and (iv) the provision regarding rights and obligations under the Debtors' insurance policies. As reflected in the annotations, we have also revised the definition of "Privileged Material" and paragraphs 7.2(i), 5.4, 7.6, and 9.1 in response to further comments we received on Friday from the U.S. Trustee. We assume none of these changes will be controversial.

We have also assessed the additional proposed revisions circulated by Chubb yesterday at 3:43 ET. Many of these changes simply re-propose revisions that were already raised—on May 5 and again on May 19. The Debtors have not accepted these changes for reasons we have already discussed and which are summarized below:

- **Paragraph 5.9.** The Debtors do not agree to this revision for the reasons we discussed on Tuesday and Friday, and for the reasons set forth in our motion and May 11 letter to the Insurers.

- **Paragraphs 8.4 and 12.5.** As discussed previously, the Debtors are willing to accept language consistent with paragraph 14 of the Imerys protective order. The additional language proposed by Chubb goes beyond what was contained in the Imerys order, and it is unnecessary. The Debtors do not intend to produce privileged material and nothing in the order allows them to do so.

We believe the attached version should be acceptable to the TCC, UCC, FCR, Ad Hoc Committee of Local Councils, and all of the Insurers with the possible exception of Chubb. We would ask all parties to review as soon as possible and let us know if you are in agreement. If there are any issues anyone feels would be helpful to discuss, we are available. That said – and while the Debtors agree to extend the objection deadline to Tuesday at 5:00 p.m. ET – we think it is time to finalize this document and move on.

Karim

**KARIM BASARIA**
Associate

**SIDLEY AUSTIN LLP**
+1 312 853 7354
kbasaria@sidley.com

---

**From:** Andolina, Michael C. <mandolina@sidley.com>
**Sent:** Sunday, May 24, 2020 4:33 PM
**To:** Weinberg, Joshua D. <JWeinberg@goodwin.com>; Basaria, Karim <kbasaria@sidley.com>; 'Kirschenbaum, Andrew' <akirschenbaum@omm.com>; 'Wadley, Chris' <cwadley@wwmlawyers.com>; 'Panchok-Berry, Janine' <jpanchok-berry@omm.com>; 'Wadley, Chris' <cwadley@wwmlawyers.com>; 'Taylor.Meehan@clydeco.us' <Taylor.Meehan@clydeco.us>; 'Lorraine Armenti' <LArmenti@coughlinduffy.com>; 'Winsberg, Harris B.' <harris.winsberg@troutman.com>; 'Marshall, Jonathan D.' <jmarshall@choate.com>; 'TJacobs@bradleyriley.com' <TJacobs@bradleyriley.com>; 'rsmethurst@mwe.com' <rsmethurst@mwe.com>; 'mwarner@mwe.com' <mwarner@mwe.com>; 'msorem@nicolaidesllp.com' <msorem@nicolaidesllp.com>; 'Marrkand, Kim' <KVMarrkand@mintz.com>; 'Gooding, Doug' <dgooding@choate.com>; 'Michael Hrinewski' <mhrinewski@coughlinduffy.com>; 'Shleypak, Igor' <ishleypak@fgppr.com>; 'Gummow, Susan' <sgummow@fgppr.com>; Ruggeri, James P. <JRuggeri@goodwin.com>; Williams, Abigail W. <AWilliams@goodwin.com>; Backus, Michele L. <MBackus@goodwin.com>; 'Roberts, Matthew G.' <Matthew.Roberts2@troutman.com>; 'Kirschenbaum, Andrew' <akirschenbaum@omm.com>; 'Schiavoni, Tancred' <tschiavoni@omm.com>; 'John A. Morris' <jmorris@pszjlaw.com>; 'James Stang' <jstang@pszjlaw.com>; 'John W. Lucas' <jlucas@pszjlaw.com>; 'Ringer, Rachael' <RRinger@KRAMERLEVIN.com>; 'Wasson, Megan' <MWasson@KRAMERLEVIN.com>; 'Brady, Robert' <RBRADY@ycst.com>; 'Harron, Edwin' <eharron@ycst.com>; 'Blabey, Jr., David E.' <DBlabey@KRAMERLEVIN.com>; 'Edwards, Erin' <eedwards@ycst.com>; 'Patton, James' <jpatton@ycst.com>; 'Celentino, Joseph C.' <JCCelentino@wlrk.com>; 'Mason, Richard G.' <RGMason@WLRK.com>; 'Mayer, Douglas K.' <DKMayer@WLRK.com>
**Cc:** 'Azer, Adrian' <Adrian.Azer@haynesboone.com>; Boelter, Jessica C.K. <jboelter@sidley.com>; Labuda, Jr., Thomas <tlabuda@sidley.com>; Linder, Matthew <mlinder@sidley.com>; Warner, Blair <blair.warner@sidley.com>; Brunner, Benjamin <bbrunner@sidley.com>; 'Martin, Ernest' <Ernest.Martin@haynesboone.com>
**Subject:** RE: BSA re Proof of Claim objection / protective order / mediation motion [PRIVILEGED & CONFIDENTIAL]

Thanks Josh. The Debtors are still reviewing this draft, but overall we think we are close and our revisions should be limited. We appreciate your efforts.

That said, we were clear during our conversation on Friday that we expected consolidated comments from all the insurers, so we were surprised to receive a separate draft from Chubb at 3:40 pm ET with additional revisions. We have not yet reviewed that draft.

In any event, we would ask any other parties who have changes to the Insurers 2:05 pm ET draft to send them to us ASAP, but no later than tomorrow at noon ET. We will then send a proposed final version.

Mike

**MICHAEL C. ANDOLINA**

**SIDLEY AUSTIN LLP**
+1 312 853 2228 (O)
+1 773 531 0712 (M)
mandolina@sidley.com

---

**From:** Weinberg, Joshua D. <JWeinberg@goodwin.com>
**Sent:** Sunday, May 24, 2020 1:05 PM
**To:** Basaria, Karim <kbasaria@sidley.com>; 'Kirschenbaum, Andrew' <akirschenbaum@omm.com>; 'Wadley, Chris' <cwadley@wwmlawyers.com>; 'Panchok-Berry, Janine' <jpanchok-berry@omm.com>; 'Wadley, Chris' <cwadley@wwmlawyers.com>; 'Taylor.Meehan@clydeco.us' <Taylor.Meehan@clydeco.us>; 'Lorraine Armenti' <LArmenti@coughlinduffy.com>; 'Winsberg, Harris B.'

<harris.winsberg@troutman.com>; 'Marshall, Jonathan D.' <jmarshall@choate.com>; 'TJacobs@bradleyriley.com' <TJacobs@bradleyriley.com>; 'rsmethurst@mwe.com' <rsmethurst@mwe.com>; 'mwarner@mwe.com' <mwarner@mwe.com>; 'msorem@nicolaidesllp.com' <msorem@nicolaidesllp.com>; 'Marrkand, Kim' <KVMarrkand@mintz.com>; 'Gooding, Doug' <dgooding@choate.com>; 'Michael Hrinewski' <mhrinewski@coughlinduffy.com>; 'Shleypak, Igor' <ishleypak@fgppr.com>; 'Gummow, Susan' <sgummow@fgppr.com>; Ruggeri, James P. <JRuggeri@goodwin.com>; Williams, Abigail W. <AWilliams@goodwin.com>; Backus, Michele L. <MBackus@goodwin.com>; 'Roberts, Matthew G.' <Matthew.Roberts2@troutman.com>; 'Kirschenbaum, Andrew' <akirschenbaum@omm.com>; 'Schiavoni, Tancred' <tschiavoni@omm.com>; 'John A. Morris' <jmorris@pszjlaw.com>; 'James Stang' <jstang@pszjlaw.com>; 'John W. Lucas' <jlucas@pszjlaw.com>; 'Ringer, Rachael' <RRinger@KRAMERLEVIN.com>; 'Wasson, Megan' <MWasson@KRAMERLEVIN.com>; 'Brady, Robert' <RBRADY@ycst.com>; 'Harron, Edwin' <eharron@ycst.com>; 'Blabey, Jr., David E.' <DBlabey@KRAMERLEVIN.com>; 'Edwards, Erin' <eedwards@ycst.com>; 'Patton, James' <jpatton@ycst.com>; 'Celentino, Joseph C.' <JCCelentino@wlrk.com>; 'Mason, Richard G.' <RGMason@WLRK.com>; 'Mayer, Douglas K.' <DKMayer@WLRK.com>
**Cc:** 'Azer, Adrian' <Adrian.Azer@haynesboone.com>; Andolina, Michael C. <mandolina@sidley.com>; Boelter, Jessica C.K. <jboelter@sidley.com>; Labuda, Jr., Thomas <tlabuda@sidley.com>; Linder, Matthew <mlinder@sidley.com>; Warner, Blair <blair.warner@sidley.com>; Brunner, Benjamin <bbrunner@sidley.com>; 'Martin, Ernest' <Ernest.Martin@haynesboone.com>
**Subject:** RE: BSA re Proof of Claim objection / protective order / mediation motion [PRIVILEGED & CONFIDENTIAL]

Counsel,

Attached is a revised draft of the protective order reflecting further comments from insurers, along with a redline.  Thanks.

| **Shipman & Goodwin** | Joshua D. Weinberg | Tel (202) 469-7754 |
|---|---|---|
| COUNSELORS AT LAW | Shipman & Goodwin LLP | Fax (202) 469-7751 |
| | Partner | jweinberg@goodwin.com |
| | 1875 K Street NW, Suite 600 | www.shipmangoodwin.com |
| | Washington, DC 20006-1251 | |

Privileged and confidential. If received in error, please notify me by e-mail and delete the message.

---

**From:** Weinberg, Joshua D.
**Sent:** Sunday, May 24, 2020 11:55 AM
**To:** 'Basaria, Karim' <kbasaria@sidley.com>; Kirschenbaum, Andrew <akirschenbaum@omm.com>; 'Wadley, Chris' <cwadley@wwmlawyers.com>; Panchok-Berry, Janine <jpanchok-berry@omm.com>; 'Wadley, Chris' <cwadley@wwmlawyers.com>; Taylor.Meehan@clydeco.us; 'Lorraine Armenti' <LArmenti@coughlinduffy.com>; 'Winsberg, Harris B.' <harris.winsberg@troutman.com>; 'Marshall, Jonathan D.' <jmarshall@choate.com>; 'TJacobs@bradleyriley.com' <TJacobs@bradleyriley.com>; 'rsmethurst@mwe.com' <rsmethurst@mwe.com>; 'mwarner@mwe.com' <mwarner@mwe.com>; 'msorem@nicolaidesllp.com' <msorem@nicolaidesllp.com>; 'Marrkand, Kim' <KVMarrkand@mintz.com>; 'Gooding, Doug' <dgooding@choate.com>; Michael Hrinewski <mhrinewski@coughlinduffy.com>; 'Shleypak, Igor' <ishleypak@fgppr.com>; 'Gummow, Susan' <sgummow@fgppr.com>; Ruggeri, James P. <JRuggeri@goodwin.com>; Williams, Abigail W. <AWilliams@goodwin.com>; Backus, Michele L. <MBackus@goodwin.com>; 'Roberts, Matthew G.' <Matthew.Roberts2@troutman.com>; Kirschenbaum, Andrew <akirschenbaum@omm.com>; 'Schiavoni, Tancred' <tschiavoni@omm.com>; John A. Morris <jmorris@pszjlaw.com>; James Stang <jstang@pszjlaw.com>; John W. Lucas <jlucas@pszjlaw.com>; Ringer, Rachael <RRinger@KRAMERLEVIN.com>; Wasson, Megan <MWasson@KRAMERLEVIN.com>; Brady, Robert <RBRADY@ycst.com>; Harron, Edwin <eharron@ycst.com>; Blabey, Jr., David E. <DBlabey@KRAMERLEVIN.com>; Edwards, Erin <eedwards@ycst.com>; Patton, James <jpatton@ycst.com>; Celentino, Joseph C. <JCCelentino@wlrk.com>; Mason, Richard G. <RGMason@WLRK.com>; Mayer, Douglas K. <DKMayer@WLRK.com>
**Cc:** Azer, Adrian <Adrian.Azer@haynesboone.com>; Andolina, Michael C. <mandolina@sidley.com>; Boelter, Jessica C.K. <jboelter@sidley.com>; Labuda, Jr., Thomas <tlabuda@sidley.com>; Linder, Matthew <mlinder@sidley.com>; Warner, Blair <blair.warner@sidley.com>; Brunner, Benjamin <bbrunner@sidley.com>; Martin, Ernest <Ernest.Martin@haynesboone.com>
**Subject:** RE: BSA re Proof of Claim objection / protective order / mediation motion [PRIVILEGED & CONFIDENTIAL]

Counsel,

The insurers are working to finalize their comments on the proposed order, but need a little more time to present everyone with a revised version; we expect to have our comments to you by 2pm (et).  Thanks to everyone and hope that you are enjoying the weekend.

| **Shipman & Goodwin** | Joshua D. Weinberg | Tel (202) 469-7754 |
|---|---|---|
| COUNSELORS AT LAW | Shipman & Goodwin LLP | Fax (202) 469-7751 |
| | Partner | jweinberg@goodwin.com |
| | 1875 K Street NW, Suite 600 | www.shipmangoodwin.com |
| | Washington, DC 20006-1251 | |

Privileged and confidential. If received in error, please notify me by e-mail and delete the message.

---

**From:** Basaria, Karim <kbasaria@sidley.com>
**Sent:** Friday, May 22, 2020 2:48 PM
**To:** Weinberg, Joshua D. <JWeinberg@goodwin.com>; Kirschenbaum, Andrew <akirschenbaum@omm.com>; 'Wadley, Chris' <cwadley@wwmlawyers.com>; Panchok-Berry, Janine <jpanchok-berry@omm.com>; 'Wadley, Chris' <cwadley@wwmlawyers.com>; Taylor.Meehan@clydeco.us; 'Lorraine Armenti' <LArmenti@coughlinduffy.com>; 'Winsberg, Harris B.' <harris.winsberg@troutman.com>; 'Marshall, Jonathan D.' <jmarshall@choate.com>; 'TJacobs@bradleyriley.com' <TJacobs@bradleyriley.com>; 'rsmethurst@mwe.com' <rsmethurst@mwe.com>; 'mwarner@mwe.com' <mwarner@mwe.com>; 'msorem@nicolaidesllp.com' <msorem@nicolaidesllp.com>; 'Marrkand, Kim' <KVMarrkand@mintz.com>; 'Gooding, Doug' <dgooding@choate.com>; Michael Hrinewski <mhrinewski@coughlinduffy.com>; 'Shleypak, Igor' <ishleypak@fgppr.com>; 'Gummow, Susan' <sgummow@fgppr.com>; Ruggeri, James P. <JRuggeri@goodwin.com>; Williams, Abigail W. <AWilliams@goodwin.com>; Backus, Michele L. <MBackus@goodwin.com>; 'Roberts, Matthew G.' <Matthew.Roberts2@troutman.com>; Kirschenbaum, Andrew <akirschenbaum@omm.com>; 'Schiavoni, Tancred' <tschiavoni@omm.com>; John A. Morris <jmorris@pszjlaw.com>; James Stang <jstang@pszjlaw.com>; John W. Lucas <jlucas@pszjlaw.com>; Ringer, Rachael <RRinger@KRAMERLEVIN.com>; Wasson, Megan <MWasson@KRAMERLEVIN.com>; Brady, Robert <RBRADY@ycst.com>; Harron, Edwin <eharron@ycst.com>; Blabey, Jr., David E. <DBlabey@KRAMERLEVIN.com>; Edwards, Erin <eedwards@ycst.com>; Patton, James <jpatton@ycst.com>; Celentino, Joseph C. <JCCelentino@wlrk.com>; Mason, Richard G. <RGMason@WLRK.com>;

Mayer, Douglas K. <DKMayer@WLRK.com>
**Cc:** Azer, Adrian <Adrian.Azer@haynesboone.com>; Andolina, Michael C. <mandolina@sidley.com>; Boelter, Jessica C.K. <jboelter@sidley.com>; Labuda, Jr., Thomas <tlabuda@sidley.com>; Linder, Matthew <mlinder@sidley.com>; Warner, Blair <blair.warner@sidley.com>; Brunner, Benjamin <bbrunner@sidley.com>; Martin, Ernest <Ernest.Martin@haynesboone.com>
**Subject:** RE: BSA re Proof of Claim objection / protective order / mediation motion [PRIVILEGED & CONFIDENTIAL]

*EXTERNAL EMAIL*

All,

We appreciate the productive call today, and we look forward to seeing the insurers' proposed changes by Noon on Sunday. We are also available to discuss before then if that would be helpful and will follow up on anything we can work through before the next turn.

Thanks,
Karim

**KARIM BASARIA**
Associate

**SIDLEY AUSTIN LLP**
+1 312 853 7354
kbasaria@sidley.com

---

**From:** Basaria, Karim
**Sent:** Thursday, May 21, 2020 12:55 PM
**To:** 'Weinberg, Joshua D.' <JWeinberg@goodwin.com>; 'Kirschenbaum, Andrew <akirschenbaum@omm.com>; 'Wadley, Chris' <cwadley@wwmlawyers.com>; 'Panchok-Berry, Janine <jpanchok-berry@omm.com>; 'Wadley, Chris' <cwadley@wwmlawyers.com>; 'Taylor.Meehan@clydeco.us' <Taylor.Meehan@clydeco.us>; 'Lorraine Armenti' <LArmenti@coughlinduffy.com>; 'Winsberg, Harris B.' <harris.winsberg@troutman.com>; 'Marshall, Jonathan D.' <jmarshall@choate.com>; 'TJacobs@bradleyriley.com' <TJacobs@bradleyriley.com>; 'rsmethurst@mwe.com' <rsmethurst@mwe.com>; 'mwarner@mwe.com' <mwarner@mwe.com>; 'msorem@nicolaidesllp.com' <msorem@nicolaidesllp.com>; 'Marrkand, Kim' <KVMarrkand@mintz.com>; 'Gooding, Doug' <dgooding@choate.com>; 'Michael Hrinewski' <mhrinewski@coughlinduffy.com>; 'Shleypak, Igor' <ishleypak@fgppr.com>; 'Gummow, Susan' <sgummow@fgppr.com>; 'Ruggeri, James P.' <JRuggeri@goodwin.com>; 'Williams, Abigail W.' <AWilliams@goodwin.com>; 'Backus, Michele L.' <MBackus@goodwin.com>; 'Roberts, Matthew G.' <Matthew.Roberts2@troutman.com>; 'Kirschenbaum, Andrew' <akirschenbaum@omm.com>; 'Schiavoni, Tancred' <tschiavoni@omm.com>; 'John A. Morris' <jmorris@pszjlaw.com>; 'James Stang' <jstang@pszjlaw.com>; 'John W. Lucas' <jlucas@pszjlaw.com>; 'Ringer, Rachael' <RRinger@KRAMERLEVIN.com>; 'Wasson, Megan' <MWasson@KRAMERLEVIN.com>; 'Brady, Robert' <RBRADY@ycst.com>; 'Harron, Edwin' <eharron@ycst.com>; 'Blabey, Jr., David E.' <DBlabey@KRAMERLEVIN.com>; 'Edwards, Erin' <eedwards@ycst.com>; 'Patton, James' <jpatton@ycst.com>; 'Celentino, Joseph C.' <JCCelentino@wlrk.com>; 'Mason, Richard G.' <RGMason@WLRK.com>; 'Mayer, Douglas K.' <DKMayer@WLRK.com>
**Cc:** 'Azer, Adrian' <Adrian.Azer@haynesboone.com>; Andolina, Michael C. <mandolina@sidley.com>; Boelter, Jessica C.K. <jboelter@sidley.com>; Labuda, Jr., Thomas <tlabuda@sidley.com>; Linder, Matthew <mlinder@sidley.com>; Warner, Blair <blair.warner@sidley.com>; Brunner, Benjamin <bbrunner@sidley.com>; 'Martin, Ernest' <Ernest.Martin@haynesboone.com>
**Subject:** RE: BSA re Proof of Claim objection / protective order / mediation motion [PRIVILEGED & CONFIDENTIAL]

All,

See attached a revised protective order that is acceptable to the Debtors and incorporates many of the additional revisions proposed by the insurers. This reflects a reasonable, further compromise on the issues we have been discussing, including the common interest privilege and disclosures to reinsurers and regulators. We have also made certain revisions in response to comments received from the U.S. Trustee.

The attached redlines compare the current proposed order to the version circulated by Century on Tuesday and the version that was filed last week.

We will set up a call for 1:30 ET tomorrow to discuss.

Karim

**KARIM BASARIA**
Associate

**SIDLEY AUSTIN LLP**
+1 312 853 7354
kbasaria@sidley.com

---

**From:** Basaria, Karim
**Sent:** Wednesday, May 20, 2020 10:19 AM
**To:** 'Weinberg, Joshua D.' <JWeinberg@goodwin.com>; Kirschenbaum, Andrew <akirschenbaum@omm.com>; 'Wadley, Chris' <cwadley@wwmlawyers.com>; Panchok-Berry, Janine <jpanchok-berry@omm.com>; 'Wadley, Chris' <cwadley@wwmlawyers.com>; Taylor.Meehan@clydeco.us; 'Lorraine Armenti' <LArmenti@coughlinduffy.com>; 'Winsberg, Harris B.' <harris.winsberg@troutman.com>; 'Marshall, Jonathan D.' <jmarshall@choate.com>; TJacobs@bradleyriley.com <TJacobs@bradleyriley.com>; 'rsmethurst@mwe.com' <rsmethurst@mwe.com>; 'mwarner@mwe.com' <mwarner@mwe.com>; 'msorem@nicolaidesllp.com' <msorem@nicolaidesllp.com>; 'Marrkand, Kim' <KVMarrkand@mintz.com>; 'Gooding, Doug' <dgooding@choate.com>; Michael Hrinewski <mhrinewski@coughlinduffy.com>; 'Shleypak, Igor' <ishleypak@fgppr.com>; 'Gummow, Susan' <sgummow@fgppr.com>; Ruggeri, James P. <JRuggeri@goodwin.com>; Williams, Abigail W. <AWilliams@goodwin.com>; Backus, Michele L. <MBackus@goodwin.com>; 'Roberts, Matthew G.'

<Matthew.Roberts2@troutman.com>; Kirschenbaum, Andrew <akirschenbaum@omm.com>; 'Schiavoni, Tancred' <tschiavoni@omm.com>; 'John A. Morris' <jmorris@pszjlaw.com>; 'James Stang' <jstang@pszjlaw.com>; 'John W. Lucas' <jlucas@pszjlaw.com>; 'Ringer, Rachael' <RRinger@KRAMERLEVIN.com>; 'Wasson, Megan' <MWasson@KRAMERLEVIN.com>; 'Brady, Robert' <RBRADY@ycst.com>; 'Harron, Edwin' <eharron@ycst.com>; 'Blabey, Jr., David E.' <DBlabey@KRAMERLEVIN.com>; 'Edwards, Erin' <eedwards@ycst.com>; 'Patton, James' <jpatton@ycst.com>; 'Celentino, Joseph C.' <JCCelentino@wlrk.com>; Mason, Richard G. <RGMason@WLRK.com>; Mayer, Douglas K. <DKMayer@WLRK.com>
**Cc:** Azer, Adrian <Adrian.Azer@haynesboone.com>; Andolina, Michael C. <mandolina@sidley.com>; Boelter, Jessica C.K. <jboelter@sidley.com>; Labuda, Jr., Thomas <tlabuda@sidley.com>; Linder, Matthew <mlinder@sidley.com>; Warner, Blair <blair.warner@sidley.com>; Brunner, Benjamin <bbrunner@sidley.com>; Martin, Ernest <Ernest.Martin@haynesboone.com>
**Subject:** RE: BSA re Proof of Claim objection / protective order / mediation motion [PRIVILEGED & CONFIDENTIAL]

Josh,

Thank you for getting back to us on this. I'm looping in the TCC, UCC, FCR, and the Ad Hoc Committee of Local Councils to keep everyone updated in real time.

We appreciate everyone's engagement on the call yesterday and will send a revised draft of the protective order by tomorrow morning at the latest.

Karim

**KARIM BASARIA**
Associate

**SIDLEY AUSTIN LLP**
+1 312 853 7354
kbasaria@sidley.com

---

**From:** Weinberg, Joshua D. <JWeinberg@goodwin.com>
**Sent:** Tuesday, May 19, 2020 9:17 PM
**To:** 'Schiavoni, Tancred' <tschiavoni@omm.com>; Azer, Adrian <Adrian.Azer@haynesboone.com>; Andolina, Michael C. <mandolina@sidley.com>; Boelter, Jessica C.K. <jboelter@sidley.com>
**Cc:** Kirschenbaum, Andrew <akirschenbaum@omm.com>; 'Wadley, Chris' <cwadley@wwmlawyers.com>; Panchok-Berry, Janine <jpanchok-berry@omm.com>; 'Wadley, Chris' <cwadley@wwmlawyers.com>; Taylor.Meehan@clydeco.us; 'Lorraine Armenti' <LArmenti@coughlinduffy.com>; 'Winsberg, Harris B.' <harris.winsberg@troutman.com>; 'Marshall, Jonathan D.' <jmarshall@choate.com>; 'TJacobs@bradleyriley.com' <TJacobs@bradleyriley.com>; 'rsmethurst@mwe.com' <rsmethurst@mwe.com>; 'mwarner@mwe.com' <mwarner@mwe.com>; 'msorem@nicolaidesllp.com' <msorem@nicolaidesllp.com>; 'Marrkand, Kim' <KVMarrkand@mintz.com>; 'Gooding, Doug' <dgooding@choate.com>; Michael Hrinewski <mhrinewski@coughlinduffy.com>; 'Shleypak, Igor' <ishleypak@fgppr.com>; 'Gummow, Susan' <sgummow@fgppr.com>; Ruggeri, James P. <JRuggeri@goodwin.com>; Williams, Abigail W. <AWilliams@goodwin.com>; Backus, Michele L. <MBackus@goodwin.com>; 'Roberts, Matthew G.' <Matthew.Roberts2@troutman.com>; Kirschenbaum, Andrew <akirschenbaum@omm.com>
**Subject:** RE: BSA re Proof of Claim objection / protective order / mediation motion [PRIVILEGED & CONFIDENTIAL]

Counsel,

As mentioned on today's call, Hartford has one additional revision to the Protective Order, which is to revise Paragraph 12.11 as follows:

12.11 No Modification of Insurance Policies. Nothing in this Order shall be deemed to modify the rights or obligations under any of Debtors' insurance policies that any Insurer issued to Debtors. Actions taken by Debtors or the Insurers, whether taken prior or subsequent to entry of this Order, shall not be deemed to comply (or not to comply) with the terms of any insurance policy by virtue of the fact that such actions may be authorized under this Order.

**Shipman & Goodwin**
COUNSELORS AT LAW

**Joshua D. Weinberg**
Shipman & Goodwin LLP
Partner

1875 K Street NW, Suite 600
Washington, DC 20006-1251

Tel (202) 469-7754
Fax (202) 469-7751

jweinberg@goodwin.com
www.shipmangoodwin.com

Privileged and confidential. If received in error, please notify me by e-mail and delete the message.

---

**From:** Schiavoni, Tancred <tschiavoni@omm.com>
**Sent:** Tuesday, May 19, 2020 3:48 PM
**To:** Azer, Adrian <Adrian.Azer@haynesboone.com>; Michael C. Andolina - Sidley Austin LLP (mandolina@sidley.com) <mandolina@sidley.com>; Boelter, Jessica C.K. <jboelter@sidley.com>
**Cc:** Kirschenbaum, Andrew <akirschenbaum@omm.com>; 'Wadley, Chris' <cwadley@wwmlawyers.com>; Panchok-Berry, Janine <jpanchok-berry@omm.com>; 'Wadley, Chris' <cwadley@wwmlawyers.com>; Taylor.Meehan@clydeco.us; Weinberg, Joshua D. <JWeinberg@goodwin.com>; 'Lorraine Armenti' <LArmenti@coughlinduffy.com>; 'Winsberg, Harris B.' <harris.winsberg@troutman.com>; 'Marshall, Jonathan D.' <jmarshall@choate.com>; 'TJacobs@bradleyriley.com' <TJacobs@bradleyriley.com>; 'rsmethurst@mwe.com' <rsmethurst@mwe.com>; 'mwarner@mwe.com' <mwarner@mwe.com>; 'msorem@nicolaidesllp.com' <msorem@nicolaidesllp.com>; 'Marrkand, Kim' <KVMarrkand@mintz.com>; 'Gooding, Doug' <dgooding@choate.com>; Michael Hrinewski <mhrinewski@coughlinduffy.com>; 'Shleypak, Igor' <ishleypak@fgppr.com>; 'Gummow, Susan' <sgummow@fgppr.com>; Ruggeri, James P. <JRuggeri@goodwin.com>; Williams, Abigail W. <AWilliams@goodwin.com>; Backus, Michele L. <MBackus@goodwin.com>; 'Roberts, Matthew G.' <Matthew.Roberts2@troutman.com>; Kirschenbaum, Andrew

<akirschenbaum@omm.com>
**Subject:** RE: BSA re Proof of Claim objection / protective order / mediation motion [PRIVILEGED & CONFIDENTIAL]

*EXTERNAL EMAIL*

Jessica and Michael

I attach my comments to the proposed protective which remain subject to client review. The other insurers are still reviewing this draft. This is intended as a package proposal (subject to client review) so if we are unable to reach agreement on these terms we reserve the right to seek relief on broader terms.

In either the mediation order or another order, Century seeks a clause that simply assures us that we will be given everything that has been given to the tort claimant representatives so we have a level playing field. This should not be controversial

*********************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

*********************************************************************************************