**EXHIBIT B**

**EXPENSE SUMMARY**

**BOY SCOUTS OF AMERICA**
**(Case No. 20-10343 (LSS))**

**March 1, 2020 through March 31, 2020**

| Expense Category | Total Expenses |
|---|---:|
| Pacer | 621.40 |
| In-House Printing - color | 132.80 |
| In-House Printing - black & white | 693.90 |
| Messenger Service | 40.00 |
| Supplemental Tech Trial Support Services | 115.41 |
| Computer Research - Westlaw | 189.57 |
| In-House Duplicating | 826.90 |
| Photos/Art/Spec Duplicating-Out of Office | 803.88 |
| Conference Calls | 312.81 |
| Transcripts | 2,044.10 |
| Meals | 242.50 |
| Courier/Delivery Service | 20.19 |
| Court Costs | 47.00 |
| Use of Facilities/Equipment | 1,098.00 |
| Support Staff Overtime | 16.79 |
| **Grand Total Expenses** | **$7,205.25** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|------|-------------|---------:|-------:|
| 02/18/20 | Meals - JANSSENS - DEREK ABBOTT - BREAKFAST FOR 17 PEOPLE - BSA BREAKFAST @ TRIAL SUITE - 02/18/2020 | 1.0 | 134.50 |
| 02/18/20 | Messenger Service - Trustee - 2/18/2020 | 2.0 | 10.00 |
| 02/19/20 | Pacer | 506.0 | 50.60 |
| 02/19/20 | Computer Research - Westlaw | 1.0 | 8.17 |
| 02/19/20 | Messenger Service - Stitch House - 2/19/2020 | 1.0 | 5.00 |
| 02/19/20 | Supplemental Tech Trial Support Services | 1.0 | 76.94 |
| 02/20/20 | Messenger Service - USBC - 2/20/2020 | 3.0 | 15.00 |
| 02/20/20 | Pacer | 6.0 | 0.60 |
| 02/21/20 | Supplemental Tech Trial Support Services | 1.0 | 38.47 |
| 02/21/20 | Pacer | 17.0 | 1.70 |
| 02/24/20 | Computer Research - Westlaw | 1.0 | 72.72 |
| 02/25/20 | Pacer | 19.0 | 1.90 |
| 02/25/20 | Courier/Delivery Service - FEDEX | 1.0 | 20.19 |
| 02/26/20 | Pacer | 37.0 | 3.70 |
| 02/29/20 | Transcripts HOURLY TRANSCRIPT - 2/29/20 | 1.0 | 241.20 |
| 03/02/20 | Pacer | 231.0 | 23.10 |
| 03/02/20 | In-House Printing - black & white | 614.0 | 61.40 |
| 03/02/20 | Photos/Art/Spec Duplicating-Out of Office - Print B/W, print color, tabs, punch paper, printing spines and covers, 3" binder | 1.0 | 803.88 |
| 03/02/20 | Support Staff Overtime | 1.0 | 16.79 |
| 03/02/20 | In-House Printing - color | 10.0 | 8.00 |
| 03/03/20 | Pacer | 228.0 | 22.80 |
| 03/03/20 | In-House Printing - black & white | 56.0 | 5.60 |
| 03/03/20 | Messenger Service - USDC - 3/3/2020 | 1.0 | 5.00 |
| 03/03/20 | In-House Printing - color | 70.0 | 56.00 |
| 03/03/20 | Court Costs - COURTS/USDC-DE - DONNA CULVER - FILING FEE - 3/3/20 | 1.0 | 47.00 |
| 03/03/20 | Meals - Derek Abbott - Reimbursement of expenses for lunch w/ Jessica Boelter, Michael Ashline, Steve McGowen, Brian Whittman after IDI - 03/03/2020 | 1.0 | 108.00 |
| 03/04/20 | Pacer | 32.0 | 3.20 |
| 03/04/20 | Use of Facilities/Equipment - DOUBLETREE WILMINGTON - DEREK ABBOTT - CONFERENCE ROOMS/BEVERAGES FOR CREDITOR FORMATION MEETING - 3/4/2020 | 1.0 | 1,098.00 |
| 03/04/20 | In-House Printing - black & white | 62.0 | 6.20 |

| Date | Description | Quantity | Amount |
|------|-------------|---------:|-------:|
| 03/05/20 | In-House Printing - black & white | 36.0 | 3.60 |
| 03/09/20 | Pacer | 179.0 | 17.90 |
| 03/10/20 | In-House Printing - black & white | 3,344.0 | 334.40 |
| 03/10/20 | Pacer | 145.0 | 14.50 |
| 03/11/20 | Pacer | 118.0 | 11.80 |
| 03/11/20 | In-House Printing - black & white | 77.0 | 7.70 |
| 03/11/20 | Conference Calls | 1.0 | 9.41 |
| 03/12/20 | In-House Printing - color | 86.0 | 68.80 |
| 03/12/20 | In-House Printing - black & white | 2,044.0 | 204.40 |
| 03/12/20 | Pacer | 367.0 | 36.70 |
| 03/13/20 | In-House Printing - black & white | 369.0 | 36.90 |
| 03/13/20 | In-House Duplicating | 2,517.0 | 251.70 |
| 03/13/20 | Messenger Service - USBC - 3/13/2020 | 1.0 | 5.00 |
| 03/16/20 | Pacer | 45.0 | 4.50 |
| 03/16/20 | In-House Duplicating | 5,752.0 | 575.20 |
| 03/16/20 | In-House Printing - black & white | 337.0 | 33.70 |
| 03/17/20 | Pacer | 105.0 | 10.50 |
| 03/19/20 | Pacer | 39.0 | 3.90 |
| 03/19/20 | Computer Research - Westlaw | 1.0 | 27.17 |
| 03/19/20 | Conference Calls - COURTCALL - PAIGE TOPPER - ID#10472209 - 3/19/2020 | 6.0 | 213.75 |
| 03/19/20 | Transcripts - Hourly transcript - 03/19/2020 | 1.0 | 210.25 |
| 03/23/20 | Pacer | 1,221.0 | 122.10 |
| 03/23/20 | Conference Calls | 2.0 | 6.15 |
| 03/23/20 | Computer Research - Westlaw | 1.0 | 81.51 |
| 03/24/20 | Transcripts - Hourly transcript - 03/24/2020 | 1.0 | 688.75 |
| 03/25/20 | Pacer | 1,607.0 | 160.70 |
| 03/26/20 | Pacer | 583.0 | 58.30 |
| 03/27/20 | Pacer | 18.0 | 1.80 |
| 03/29/20 | Pacer | 42.0 | 4.20 |
| 03/30/20 | Pacer | 497.0 | 49.70 |
| 03/30/20 | Conference Calls - COURTCALL - ERIC MOATS FOR STEVE MCGOWAN - ID#10494332 - 3/30/20 | 2.0 | 83.50 |
| 03/30/20 | Transcripts - Hourly transcript - 03/30/2020 | 1.0 | 181.25 |
| 03/31/20 | Pacer | 172.0 | 17.20 |
| 03/31/20 | Transcripts - Expedited transcript - 03/31/2020 | 1.0 | 722.65 |
| | **Total** | | **$7,205.25** |