**EXHIBIT B**

**EXPENSE SUMMARY**

**BOY SCOUTS OF AMERICA**
**(Case No. 20-10343 (LSS))**

**April 1, 2020 through April 30, 2020**

| Expense Category | Total Expenses |
|---|---:|
| Pacer | 246.00 |
| Conference Calls | 1,646.45 |
| Court Costs | 25.00 |
| Transcripts | 1,160.00 |
| Photos/Art/Spec Duplicating-Out of Office | 788.38 |
| Computer Research - Westlaw | 305.33 |
| Secretarial Overtime | 33.42 |
| **Grand Total Expenses** | **$4,204.58** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 04/01/20 | Pacer | 117.0 | 11.70 |
| 04/01/20 | Court Costs - COURTS/USDC-DE - DEREK ABBOTT - PRO HAC FEE FOR A. ONEILL - 4/1/20 | 1.0 | 25.00 |
| 04/02/20 | Pacer | 98.0 | 9.80 |
| 04/03/20 | Pacer | 30.0 | 3.00 |
| 04/05/20 | Conference Calls - COURTCALL - ANDREW REMMING - ID#10494174 - 4/5/20 | 8.0 | 227.25 |
| 04/06/20 | Pacer | 60.0 | 6.00 |
| 04/07/20 | Pacer | 202.0 | 20.20 |
| 04/08/20 | Pacer | 589.0 | 58.90 |
| 04/09/20 | Pacer | 90.0 | 9.00 |
| 04/09/20 | Photos/Art/Spec Duplicating-Out of Office - Print B/W, tabs, punch paper, 2" binder, 3" binder, postage - 04/09/2020 | 1.0 | 764.44 |
| 04/13/20 | Pacer | 336.0 | 33.60 |
| 04/14/20 | Pacer | 103.0 | 10.30 |
| 04/15/20 | Pacer | 127.0 | 12.70 |
| 04/15/20 | Conference Calls - COURTCALL - PAIGE TOPPER FOR JAMES DUCAYET - ID#10526442 - 4/15/20 | 16.0 | 1,419.20 |
| 04/15/20 | Transcripts - Hourly transcript - 04/15/2020 | 1.0 | 935.25 |
| 04/16/20 | Pacer | 51.0 | 5.10 |
| 04/17/20 | Pacer | 135.0 | 13.50 |
| 04/20/20 | Pacer | 105.0 | 10.50 |
| 04/21/20 | Photos/Art/Spec Duplicating-Out of Office - Print B/W, tabs, punch paper, 1/2" binder - dated 02/29/2020 - approved 04/21/2020 | 1.0 | 23.94 |
| 04/21/20 | Computer Research - Westlaw | 1.0 | 305.33 |
| 04/22/20 | Pacer | 76.0 | 7.60 |
| 04/24/20 | Pacer | 26.0 | 2.60 |
| 04/28/20 | Pacer | 130.0 | 13.00 |
| 04/28/20 | Secretarial Overtime | 1.0 | 33.42 |
| 04/29/20 | Pacer | 113.0 | 11.30 |
| 04/29/20 | Transcripts - Hourly transcript - 04/29/2020 | 1.0 | 224.75 |
| 04/30/20 | Pacer | 72.0 | 7.20 |
| | **Total** | | **$4,204.58** |