# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                     Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 613, 696**<br><br>**Hearing Date: May 29, 2020 at 11:00 a.m. (ET)** |

**JOINDER BY ALLIANZ GLOBAL RISKS US INSURANCE COMPANY AND NATIONAL SURETY CORPORATION TO OBJECTION OF HARTFORD ACCIDENT AND INDEMNITY COMPANY, FIRST STATE INSURANCE COMPANY AND TWIN CITY FIRE INSURANCE COMPANY TO DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER**

Allianz Global Risks US Insurance Company ("Allianz") and National Surety Corporation ("NSC" and, together with Allianz, the "Allianz Insurers"), by and through undersigned counsel, hereby file this joinder (the "Joinder") to the *Objection of Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company to Debtors' Motion for Entry of an Order Approving Stipulated Confidentiality and Protective Order* [D.I. 696] (the "Hartford Objection").[2] In support hereof, the Allianz Insurers respectfully represent the following:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Hartford Objection.

42372110
#58239967 v1

## JOINDER

The Allianz Insurers hereby join the Hartford Objection. Although a protective order is warranted under the circumstances of these chapter 11 cases, the Allianz Insurers agree that the definition of "Common Interest Protected Material" set forth in the Debtors' proposed protective order is too restrictive. Any protective order should adequately prevent the disclosure of information protected by, among other things, the common interest doctrine. To that end, the Allianz Insurers respectfully submit that Hartford's proposed protective order (attached as Exhibit A to the Hartford Objection) should be entered instead of the Debtors' proposed protective order.

## CONCLUSION

WHEREFORE, the Allianz Insurers respectfully request that the Court enter an order (i) granting the relief requested in this Joinder and (ii) such other and further relief as is just and proper.

Dated:    May 27, 2020
          Wilmington, Delaware

[*Signatures on following page*]

#58239967 v1

- 3 -

PEPPER HAMILTON LLP

By: /s/ *David M. Fournier*
    David M. Fournier (DE No. 2812)
    Marcy J. McLaughlin Smith (DE No. 6184)
    Hercules Plaza
    1313 Market Street
    Suite 5100
    P.O. Box 1709
    Wilmington, DE 19899-1709
    Telephone:   302.777.6500
    Facsimile:   302.421.8390

*-and-*

    TROUTMAN SANDERS LLP
    Harris B. Winsberg (admitted *pro hac vice*)
    Matthew G. Roberts (admitted *pro hac vice*)
    Bank of America Plaza
    600 Peachtree Street NE
    Suite 3000
    Atlanta, GA  30308-2216
    Telephone:   404.885.3000
    Facsimile:   404.885.3900

*-and-*

    NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP
    Matthew W. Sorem (admitted *pro hac vice*)
    10 S. Wacker Dr.
    21st Floor
    Chicago, IL 60606
    Telephone:   312.585.1433
    Facsimile:   312.585.1401

*-and-*

    MCDERMOTT WILL & EMERY LLP
    Margaret H. Warner (admitted *pro hac vice*)
    Ryan S. Smethurst (admitted *pro hac vice*)
    The McDermott Building
    500 North Capitol Street, NW
    Washington, DC 20001-1531
    Telephone:   202.756.8228
    Facsimile:   202.756.8087

*Attorneys for Allianz Global Risks US Insurance Company*

PEPPER HAMILTON LLP

By: /s/ *David M. Fournier*
    David M. Fournier (DE No. 2812)
    Marcy J. McLaughlin Smith (DE No. 6184)
    Hercules Plaza
    1313 Market Street
    Suite 5100
    P.O. Box 1709
    Wilmington, DE 19899-1709
    Telephone:   404.885.3000
    Facsimile:   404.885.3900

*-and-*

    TROUTMAN SANDERS LLP
    Harris B. Winsberg (admitted *pro hac vice*)
    Matthew G. Roberts (admitted *pro hac vice*)
    Bank of America Plaza
    600 Peachtree Street NE
    Suite 3000
    Atlanta, GA  30308-2216
    Telephone:   404.885.3000
    Facsimile:   404.885.3900

*-and-*

    BRADLEY RILEY JACOBS PC
    Todd C. Jacobs (admitted *pro hac vice*)
    320 W. Ohio Street
    Suite 3W
    Chicago, IL 60654
    Telephone:   312.281.0295

*Attorneys for National Surety Corporation*