**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) (Jointly Administered) |
| Debtors. | **Re: Docket Nos. 545 and 575** |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' RESERVATION OF RIGHTS TO MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY**

The Official Committee of Unsecured Creditors (the "**Creditors' Committee**") hereby replies to the *Motion for Relief from the Automatic Stay of Courtney Knight and Stephen Knight, Jointly as the Surviving Parents of E.J.K., a Minor Child, and Stephen Knight, as Personal Representative of the Estate of E.J.K.* [Docket No. 545] and the *Motion of Timothy and Karen Spahr, Individually and as Next Friends of ZRS, a Minor, for an Order for Relief From the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code and the Plan Injunction to Liquidate their Claim and Collect from Applicable Insurance Proceeds* [Docket No. 575] (collectively, the "**Knight and Spahr Motions to Lift the Automatic Stay**") and states as follows:

1. The Creditors' Committee is continuing to consult with the Debtors, the Tort Claimants' Committee, the Future Claimants Representative and other parties in interest regarding the requests to modify the automatic stay. The Creditor's Committee submits that these individual motions to lift the automatic stay should not be considered in a vacuum, but as a coordinated response to other pending lift stay motions, including, two recent motions filed by certain of the Debtors' insurance providers: *Old Republic Insurance Company's Motion*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).

*Pursuant to Sections 105(a) and 362 of the Bankruptcy Code and Bankruptcy Rule 4001 for an Order Modifying the Automatic Stay to Permit Payments of Claims Against Non-Debtor Insureds and Related Defense Costs under Insurance Policies* [Docket No. 678] and *Evanston Insurance Company's Motion for Entry of an Order, Pursuant to Section 362 of the Bankruptcy Code and Bankruptcy Rule 4001, Modifying the Automatic Stay to Permit Payments of Claims Against Non-Debtor Insured Parties and Related Defense Costs under Insurance Policies* [Docket No. 686] (collectively, the "**Insurers' Motions to Lift the Automatic Stay**"). The Creditors' Committee therefore reserves all rights as to the Knight and Spahr Motions to Lift the Automatic Stay, including the right to further respond to or object to the relief sought therein concurrently with any response to the Insurers' Motions to Lift the Automatic Stay or other lift stay motions scheduled to be heard on June 8, 2020.

---

The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

- 3 -

Dated: May 27, 2020  
Wilmington, Delaware

Respectfully Submitted,

REED SMITH LLP

By: */s/ Katelin A. Morales*
    Kurt F. Gwynne (No. 3951)
    Katelin A Morales (No. 6683)
    1201 Market Street, Suite 1500
    Wilmington, DE 19801
    Telephone: (302) 778-7500
    Facsimile: (302) 778-7575
    E-mail: kgwynne@reedsmith.com
    E-mail: kmorales@reedsmith.com

    -and-

KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
Thomas Moers Mayer, Esquire
Rachael Ringer, Esquire
David E. Blabey, Jr., Esquire
Jennifer R. Sharret, Esquire
Megan M. Wasson, Esquire
177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
E-mail: tmayer@kramerlevin.com
E-mail: rringer@kramerlevin.com
E-mail: dblabey@kramerlevin.com
E-mail: jsharret@kramerlevin.com
E-mail: mwasson@kramerlevin.com

*Counsel to the Official Committee of Unsecured Creditors*