# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, John B. Lord, an employee of Reed Smith LLP, do hereby certify that, on the 27th day of May 2020, a true and correct copy of **THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' RESERVATION OF RIGHTS TO MOTIONS FOR RELIEF FROM THE AUTOMATIC STAY** was electronically filed via the Court's CM/ECF system and thereby served on those parties having registered to receive electronic notice in the above-captioned cases; and also was served separately on the parties listed below in the manners indicated.

**VIA E-MAIL**
Richard A. Barkasy, Esq.
Kristi J. Doughty, Esq.
SCHNADER HARRISON
  & LEWIS LLP
824 North Market Street, Suite 800
Wilmington, DE 19801
rbarkasy@schnader.com
kdoughty@schnader.com

**VIA E-MAIL**
Raeann Warner, Esq.
JACOBS & CRUMPLAR, P.A.
750 Shipyard Drive, Suite 200
Wilmington, DE 19801
raeann@jcdelaw.com

Dated: May 27, 2020        By:    */s/ John B. Lord*
                                  John B. Lord
                                  Bankruptcy Paralegal
                                  **REED SMITH LLP**
                                  1201 N. Market St., Suite 1500
                                  Wilmington, DE 19801
                                  E-mail: jlord@reedsmith.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.