IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| BOY SCOUTS OF AMERICA AND ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC ) | |
| ) | Jointly Administered |
| ) | |

**DECLARATION OF PAUL A. FINN, MEDIATOR, PURSUANT TO RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE WITH RESPECT TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPOINTING MEDIATORS, (II) REFERRING CERTAIN MATTERS TO MANADATORY MEDIATION, AND (III) GRANTING RELATED RELIEF**

I, Paul A. Finn, declare under penalty of perjury, that the following is true to the best of my knowledge and belief.

1. I am the CEO of Commonwealth Mediation & Conciliation, Inc. (CMCI), a Subchapter S corporation, incorporated in the Commonwealth of Massachusetts in November 1989. CMCI has two main offices. One located at 1145 West Chestnut Street, Brockton, Massachusetts 02301. And the other located at 50 Federal Street, Boston, Massachusetts 02110. I have been admitted to practice law in the Commonwealth of Massachusetts since January 11, 1977. I am also admitted to the bar in the Federal District Court in Boston and the United States Supreme Court.

2. I was involved in the active practice of law from my swearing in, in January 1977 until February 1, 1992, when I took over the fulltime administration of CMCI. Also, I began to mediate claims and arbitrate claims on a fulltime basis in February 1992. See Attachment "B" hereto which is incorporated by reference.

3. In August 1992, I was hired to mediate sexual abuse claims brought by 69 men against the Diocese of Fall River, Massachusetts. Each of those claims was successfully resolved

through mediation. Judge George N. Hurd, Jr (ret) and I were hired to allocate the funds collected to settle those claims.

4. Since the successful resolution of the Diocese of Fall River sexual abuse claims, I have resolved other sexual abuse claims throughout the United States and have also been hired to allocate settlement funds in certain situations. Attachment "B" lists most of the sexual abuse mediations that I have done since 1992. Attachment "B" does not include sexual abuse claims that are protected by confidentiality agreements. To the best of my knowledge, Attachment "B" includes work that I have performed which has become publicly known through national or local media outlets. Most of the sexual abuse mediations that I have done through the years have involved disputes concerning whether and to what extent insurance coverage insurance coverage applies. Attachment "A" hereto lists all insurers who have paid a fee to me and/or CMCI for mediation services such as CHUBB, Allianz, The Hartford, Travelers, and Liberty Mutual.

5. Except as set forth in Attachment "A", neither I, CMCI, nor my partner, to the best of my knowledge, have any connection with the Tort Claimants' Committee, the Debtors, their creditors, or any other parties in interest herein, their respective attorneys and accountants, the U.S. Trustee, or any other person employed in the office of the U.S. Trustee, None of the attorneys involved in this bankruptcy case have ever represented me, my partner or CMCI in any matter. I have never filed an appearance in nor appeared in the United States Bankruptcy Court for the District of Delaware.

6. CMCI and I:

    a. Are not creditors, equity security holders or insiders of the Debtor;

    b. Are not now and were not, within two (2) years before the petition date, a director, officer, or employee of the Debtors;

    c. Are not now and were not, within three (3) years before the petition date, an investment banker for the security of the debtors, or an attorney for such investment

banker in connection with the offer, sale or issuance of any security of the Debtors; and

    d. Do not have an interest materially adverse to the interests of the Debtors' estate or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

7. After reviewing all the documents available in CMCI's database and upon information and belief, I am an independent party with no conflicting interest with any of the parties involved in this bankruptcy case. I do not have any interest that will adversely affect my ability to serve as a neutral in this Chapter 11 filing and based on my experience as a mediator in other sexual abuse claims I am uniquely suited to fulfill my obligation as the mediator.

8. The information contained herein has been compiled by me and members of my staff and is based on our best efforts to comply with the provisions in Federal Rule of Bankruptcy Procedure 2014. I will promptly supplement the information contained herein when asked by the Court or as new information becomes available.

For all of the foregoing reasons, I believe that CMCI and I are "disinterested persons" as that term is defined in Section 101(14) of the Bankruptcy Code.

**PURSUANT TO 28 U.S.C. § 1746 I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

**DATED: May 22, 2020**

_/s/ Paul A. Finn_
Paul A. Finn