ATTACHMENT "A"

List of Schedules

1(a)  Debtors

*Boy Scouts of America, Delaware BSA, LLC*

1(b)  Current or Former Directors, and Officers of the Debtors

*Erin Eisner: I mediated sexual abuse claims with her in Minnesota on one occasion*

1(c)  Non-Debtor Affiliates

*None*

1(d)  Selected Chartered Organizations

*I have mediated claims involving the Capuchin Franciscans; Corporation of the President of the Church of Jesus Christ of the Latter Day Saints; Cascade Charter Township; Diocese of Brooklyn; The Society of Jesus A/K/A the Jesuits; and the Pingry School. There are numerous other chartered organizations that were involved in mediations I have done through the years for the BSA but I kept minimal records of those organizations because the BSA was indemnifying the organizations and there was no need to keep that information. In addition, there is a confidentiality agreement in place.*

1(e)  Local Councils

*Since the time I began mediating claims for the BSA, I have mediated numerous claims involving the BSA's local councils but I kept minimal records of the councils' names because the BSA was indemnifying the councils and the BSA paid for their portion of the mediation fee. The debtor may have a record of that information.*

1(f)  Secured Parties

*From 1973 through February 1977, I worked for New England Telephone and Telegraph under the corporate umbrella of AT&T.*

1(g)  Banks

*I have a savings account and a checking account with Wells Fargo and my financial advisor works for Wells Fargo Advisors.*

1(h)  Credit Card Processors

*Other than possessing credit cards, None*

1(i)   Insurers

*Since 1992, I have done business with Ace Insurance Company; Aetna Casualty, AIG, Allianz Insurance Company; American International Group, Inc.; American Zurich Insurance Company; Arch Insurance Company; Argonaut Insurance Company; Arrowood Indemnity Company; Berkley Insurance Company; Berkshire Hathaway Insurance Group; CHUBB Executive Risk; CHUBB Group of Insurance Companies; CAN Insurance Company; Continental Insurance Company; Evanston Insurance Company; Federal Insurance Company; Great American; Hartford Accident and Indemnity Company; Insurance Company of North America; Landmark Insurance Company; Lexington Insurance Company; Liberty Mutual Insurance Company; Lloyd's of London; London Market; Ohio Casualty Insurance Company; Old Republic Insurance Company; Royal Indemnity Company; Swiss Re Group; The Hartford Insurance Company; Travelers Casualty and Surety Company; U.S. Fire Insurance Company; Utica Mutual Insurance Company; XL Insurance Company; and Zurich Insurance Company. There are numerous other insurers that have hired me to do mediations over the last twenty-eight (28) years. I will produce the name of those insurers if required by the Court.*

1(j)   Landlords

*None*

1(k)   Litigation Parties

*I have mediated thousands of sexual abuse claims over the last twenty-eight (28) years. All such claims were mediated pursuant to a confidentiality agreement. Because of those confidentiality agreements, I cannot reveal the names of individual plaintiffs or defendants, however I reviewed the Litigation Parties list and do not see the names of individuals that I recognize. I do recognize the names of some of the Institutions who have mediated sexual abuse claims with me as the mediator. I will promptly update this disclosure if in the future I am reminded that some of the named individuals have appeared before me in the past.*

1(l)   Professionals to be Retained by the Debtors

*I have mediated for Ogletree, Deakins, Nash, Smoak, & Stewart, PC and Sidley Austin, LLP. I have also mediated numerous sexual abuse claims with Ogletree's former partner Ellen Perloni and with partner Bruce Griggs. I mediated one claim with Sidley Austin in November 2019, in New York City. Prior to that mediation, I was told all the insurers for the BSA had been invited to the mediation in New York City. Only one insurer appeared*

*and participated. The mediation lasted less than two days. I understand that a matrix was distributed by one of the parties. I do not remember the matrix being distributed and I do not have a copy of said matrix.*

1(m)  Professionals Representing Certain Parties in Interest

*Pachulski Stang Ziehl & Jones. I worked with James Stang on the Archdiocese of Milwaukee bankruptcy case. I mediated between the Archdiocese and the tort claims committee resulting in a settlement. I was also appointed to be the allocator of the funds made available to claimants in that case. Mr. Stang represented the tort claims committee.*

1(n)  Ordinary Course Professionals

*I have mediated cases involving the following "ordinary course professional firms" Christopher T. Hurley & Associates P.C.; Dentons US LLP; Hinshaw & Culbertson LLP; Kosnoff Fasy; Locke Lord LLP; McLane Middleton; Melick & Porter; Mitchell Garabedian, Esquire; Perkins Coie; Saul Ewing; Stich, Angell, Kreidler, Dodge, & Unke, PA; Vinson & Elkins LLP; White & Williams LLP; Wiggin & Dana; and Wilson Elser Moskowitz Edelman & Dicker LLP*

1(o)  Tort Claims Committee

*I mediated a claim for John Humphrey. The nature and extent of the mediation is confidential.*

1(p)  Unsecured Creditors Committee

*None*

1(q)  Top 25 Plaintiffs' Law Firms Representing Abuse Victims

*I have mediated sexual abuse claims in matters involving the following plaintiff's firms Andreozzi & Associates; Crew Janci LLP; Eisenberg Rothweiler Winkler Eisenberg & Jeck, P.C.; Gregg Hunt Ahern & Embry; Jeff Anderson & Associates, P.A.; Kosnoff Law; Law Offices of Mitchell Garabedian; Marsh Law Firm; Merson Law; Michael G. Dowd; Paul Mones; Pfau Cochran Vertetis Amala PLLC; Robins Kaplan, LLP and Hurley McKenna & Mertz*

1(r)  Top 30 General Unsecured Creditors

*None*

1(s)    Deferred Compensation and Restoration Plan Participants

*I have mediated sexual claims with Erin Eisner and Richard Mathews. To the best of my knowledge Ms Eisner is an assistant general counsel for the BSA. Mr Mathews was the general counsel for the BSA.*

1(t)    Significant Contract Counterparties

*None*

1(u)    Significant Customers

*None*

1(v)    Significant Donors

*None*

1(w)    Significant Vendors

*I have mediated claims for Ace American Insurance Company and the Thiel Law Office. I reserve my right to amend this answer.*

1(x)    Significant Taxing Authorities

*Other than paying income taxes in Massachusetts and South Carolina, None*

1(y)    Significant Utility Providers

*I had an account with Ferrellgas that I closed when I moved my residence. Presently I have an account with Eversource; two accounts with NationalGrid; and one account with Verizon Wireless.*

1(z)    U.S. Trustees, Judges and Court Contacts for the District of Delaware

*To the best of my information and belief I have had no contact with any person or Judge listed under this heading. I have never filed an appearance in any lawsuit pending in the Federal District Court in the District of Delaware.*

**AMENDED RESPONSE TO**

**ATTACHMENT "A"**

**List of Schedules**

1(m)  Professionals representing Certain Parties in Interest

*I have done work for Choate, Hall & Stewart, LLP; McDermott, Will & Emery LLP; Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.; Pepper Hamilton LLP; Reed Smith LLP; Shipman & Goodwin, LLP; Pachulski Stang Ziehl & Jones;*

*I worked with James Stang on the Archdiocese of Milwaukee bankruptcy case. I mediated between the Archdiocese and the tort claims committee resulting in a settlement. Also, I was appointed to be the allocator of the funds made available to the claimants in that case. Mr. Stang represented the tort claims committee.*