# Paul A. Finn     Attachment "B"

50 Federal Street, Boston, Massachusetts 02109 | (508) 583-8111 | paul@commonwealthmediation.com

## Education

**1971 STONEHILL COLLEGE, NORTH EASTON, MA.  BA HISTORY**

**1976 NEW ENGLAND LAW/BOSTON, BOSTON, MA  J.D.**

**1990 HARVARD UNIVERSITY, CAMBRIDGE, MA.  MLA GOVERNMENT**

## Experience

**PARTNER | BERKS & FINN | JANUARY 1977 TO FEBRUARY 1992**

- Small large firm located in Brockton, MA. Litigation of civil and criminal matters in all the courts in the Commonwealth of Massachusetts. Practiced before Administrative Law Judges in SSDI, SSI and Worker's Compensation claims.

**CHIEF EXECUTIVE OFFICER | COMMONWEALTH MEDIATION & CONCILIATION, INC. | FEBRUARY 1992 TO THE PRESENT**

- Founder and CEO of an Alternative Dispute Resolution for-profit service. Mediate and arbitrate approximately 350-400 claims a year. Since 1992 have mediated and/or arbitrated approximately 9,000 claims.
- Claims of note: Diocese of Fall River, MA: 100 sexual abuse claims 1992-93;
- Diocese of Springfield, MA: 17 sexual abuse claims 1993;
- Archdiocese of Boston, MA: 542 sexual abuse claims 2003;
- Diocese of Providence, RI: 38 sexual abuse claims 2003-2004;
- Diocese of Springfield, MA: 146 sexual abuse claims 2005;
- Diocese of Jackson, Mississippi: 18 sexual abuse claims 2005;
- 2008-2010 Cranston, Rhode Island Station Nightclub Fire: 335 claimants. Appointed the 468(Q) trustee by the Federal District Court in Providence, Rhode Island;
- The Big Dig Tunnel Collapse 2008-2010.
- Archdiocese of Milwaukee, WI: 382 sexual abuse claims 2013. Part of the Bankruptcy Proceeding
- Horace Mann School, Bronx, NY: 32 sexual abuse claims 2013;
- St. George's School, Middletown, RI: 18 sexual abuse claims 2016-2017
- Kamehameha School Honolulu, HI: 34 sexual abuse claims 2018
- Administrator for the Michigan State University Healing Fund set up to reimburse out of pocket counseling expenses for victims of Dr. Nassar 2018-2019
- Administrator for the Diocese of Harrisburg, PA mediation program 2019. 144 Claims
- Administrator for the Diocese of Greensburg, PA mediation program 2019. 73 Claims

Admitted Massachusetts Bar 1977

Admitted the Federal Bar 1977

Admitted to the United States Supreme Court 1988

Massachusetts Lawyers Weekly Lawyers of the Year 2003

Voted Massachusetts Super Lawyer 2014-present

Co-Author of Massachusetts Practice Series, *Mediation and Arbitration,* Volume 47 (2020) and all the other previous editions.

The American Society of Legal Writers 2014-present

National Academy of Distinguished Neutrals 2013-present

Massachusetts Bar Association

Plymouth County Bar Association

Numerous speaking engagements at CLE seminars in Massachusetts, Rhode Island, Georgia, Pennsylvania and Texas.

| | |
|---|---|
| **From:** | Paul Finn |
| **To:** | Fouad Kurdi; Linder, Matthew; Andolina, Michael C.; Boelter, Jessica C.K. |
| **Cc:** | Eric D. Green; Carmin Reiss; Cathy Kern; Brian Mone |
| **Subject:** | RE: BSA - Mediator Declarations |
| **Date:** | Friday, May 22, 2020 7:00:03 PM |

Matt:

I just reviewed Attachment "B" realize that there is an amendment that needs to be made. I am no longer the administrator of the Michigan State University Healing Fund. That contract ended last year I believe in either May or June 2019.

Please include this email with my declaration.

Thank you for your time.

Paul

*Paul A. Finn, CEO*
Commonwealth Mediation and Conciliation, Inc.
50 Federal Street
Boston, MA 02109
(508) 583-8111 (w)
(508) 208-8559 (m)
*paul@commonwealthmediaiton.com*

---

**From:** Fouad Kurdi <FKurdi@resolutionsllc.com>
**Sent:** Friday, May 22, 2020 4:27 PM
**To:** MLINDER@SIDLEY.COM; 'mandolina (mandolina@sidley.com)' <mandolina@sidley.com>; Boelter, Jessica C.K. <jboelter@sidley.com>
**Cc:** Eric D. Green <EricDGreen@resolutionsllc.com>; Carmin Reiss <CReiss@resolutionsllc.com>; Cathy Kern <Cathy@resolutionsllc.com>; Paul Finn <PFinn@commonwealthmediation.com>; Brian Mone <Brian@commonwealthmediation.com>
**Subject:** BSA - Mediator Declarations

Matt,

Hope this email finds you well. Please find attached disclosures for Eric Green and Paul Finn in support of the mediator appointment motion. Please let us know if there are any areas you'd like us to provide additional detail on. Happy to discuss at your convenience.

Best regards,
Fouad

Fouad Kurdi
Email: fkurdi@Resolutionsllc.com
Office: 617-556-0800
Cell: 617-416-0606