# SCHEDULE A

- *California Department of Toxic Substances Control v. Brighton Oil Company* (Contribution action involving oil waste site in Sacramento County.);

- *American States Water Company v. Aerojet-General Corporation* (Contribution action involving the contamination of the Arden Cordova Basin in Sacramento County.);

- *Shell Chemical Company v. County of Los Angeles* (CERCLA cost recovery action.);

- *Abel v. Lockheed Martin* (Toxic tort matter related to the Burbank/Glendale area Superfund site in Los Angeles County with over 3,500 plaintiffs.);

- *Babich v. Cadillac Fairview/California* and *Kidwell v. Montrose Chemical* (Toxic tort matters related to the Del Amo Superfund site in Los Angeles County.);

- *Austin v. Stringfellow* (Toxic tort matter related to the Stringfellow site.);

- *Westway Terminal Company v. Envirosource* (Contribution action for an environmental cleanup in the Port of Los Angeles area.);

- *Carson Harbor Village v. City of Carson* (CERCLA cost recovery action.);

- *Zesati v. City of Los Angeles; Thompson v. City of Los Angeles;* and *Estate of Moralez v. Texaco* (Toxic tort matters concerning a housing development.); and

- *Transportation Leasing v. State of California* (CERCLA cost recovery action. Negotiated the Fourth and Fifth Partial Consent Decrees; collectively eighty million dollars.).