**SCHEDULE C**

| Schedule | Category | Disclosure |
|---|---|---|
| 1(a) | Debtors | None |
| 1(b) | Current and Former Directors and Officers of the Debtors | None |
| 1(c) | Non-Debtor Affiliates | None |
| 1(d) | Selected Chartered Organizations | None |
| 1(e) | Local Councils | None |
| 1(f) | Secured Parties | I have mediated claims involving JPMorgan Chase Bank, N.A. |
| 1(g) | Banks | I have mediated claims involving Banco Popular, Bank of America, JPMorgan Chase Bank, N.A., and Wells Fargo & Company. |
| 1(h) | Credit Card Processors | I have mediated claims involving JPMorgan Chase Bank, N.A. and Wells Fargo & Company. |
| 1(i) | Insurers | I am currently mediating disputes involving the following insurers: Ace Insurance Group, Aetna Casualty and Surety Company, AIG, Allianz Insurance Company, American International Group, Inc., American Re-Insurance Company, American Zurich Insurance Company, Argonaut Insurance Company, Argonaut Insurance Group, Arrowood Indemnity Company, Arrowpoint Capital Corp., California Union Insurance Company, Century Indemnity Company, Chubb Group of Insurance Companies, Cincinnati Specialty Underwriters Insurance Company, CNA Insurance Companies, Columbia Casualty Company, Continental Insurance Company, Enstar Group Limited, Federal Insurance Company, Fireman's Fund Insurance Companies, First State Insurance Company, Great American, Harbor Insurance Company, Hartford Accident and Indemnity Company, Indemnity Insurance Company of North America, Industrial Indemnity, Insurance Company of North America, Lexington Insurance Company, Mutual Insurance Company, Lloyd's of London, London Market, Munich Re Group, Old Republic Insurance Company, Pacific Indemnity Company, St. Paul Surplus Lines Insurance Company, The Hartford Insurance Group, The Travelers Companies, Inc., Travelers Indemnity Company.<br><br>I have also previously mediated claims with the following insurers: Ace Insurance Group, Aetna Casualty and |

| Schedule | Category | Disclosure |
|---|---|---|
| | | Surety Company, Agricultural Excess & Surplus Insurance Company, Agricultural Insurance Company, AIG, Allianz Insurance Company, Allied World Assurance Co., American International Group, Inc., American Re-Insurance Company, American Zurich Insurance Company, Argonaut Insurance Company, Argonaut Insurance Group, Arrowood Indemnity Company, Arrowpoint Capital Corp., Berkshire Hathaway Insurance Group, California Union Insurance Company, Catlin Underwriting Agencies Limited, Century Indemnity Company, Chubb Group of Insurance Companies, Cincinnati Specialty Underwriters Insurance Company, CNA Insurance Companies, Columbia Casualty Company, Continental Insurance Company, Enstar Group Limited, Evanston Insurance Company, Everest National Insurance Company, Federal Insurance Company, Fireman's Fund Insurance Companies, First State Insurance Company, General Star Indemnity Company, Great American, Gulf Insurance Company, Harbor Insurance Company, Hartford Accident and Indemnity Company, Indemnity Insurance Company of North America, Indian Harbor Insurance Company, Industrial Indemnity, Insurance Company of North America, Insurance Company of the State of Pennsylvania (The), Landmark Insurance Company, Lexington Insurance Company, Mutual Insurance Company, Lloyd's of London, London Market, Munich Re Group, National Union Fire Insurance Company Of Pittsburgh, PA, Navigators Insurance Company, Niagara Fire Insurance Company, Ohio Casualty Insurance Company (The), Old Republic Insurance Company, Pacific Employers Ins. Company, Pacific Indemnity Company, Property/Casualty Insurance Co. Of Hartford, Royal Indemnity Company, Sompo - Endurance American Insurance Company, St. Paul Surplus Lines Insurance Company, Starr Indemnity & Liability Company, Steadfast Insurance Company, Swiss Re Group, The Hartford Insurance Group, The Travelers Companies, Inc., Travelers Indemnity Company, Twin City Fire Insurance Company, U.S. Fire Insurance Company, Westchester Fire Insurance Company, XL Catlin. |
| 1(j) | Landlords | None. |
| 1(k) | Litigation Parties | I am currently mediating and have previously mediated cases involving The Hartford Insurance Group and Old Republic Insurance Company, Inc. |

| Schedule | Category | Disclosure |
|---|---|---|
| 1(l) | Professionals to be Retained by the Debtors | I have previously mediated cases involving Bates White LLC and KCIC, LLC. |
| 1(m) | Professionals Representing Certain Parties in Interest | I am currently mediation cases involving the following law firms: Gilbert LLP, Nicolaides Fink Thorpe Michaelides Sullivan LLP, O'Melveny & Myers LLP, Reed Smith LLP, and Shipman & Goodwin LLP.<br><br>I have previously mediated cases involving Choate, Hall & Stewart LLP and Troutman Sanders LLP. |
| 1(n) | Ordinary Course Professionals | I am currently and have previously mediated cases involving Dentons US LLP, Hinshaw & Culbertson LLP, Perkins Coie, Steptoe & Johnson PLLC and White and Williams LLP.<br><br>I have also previously mediated cases with McGuire Woods LLP, Vinson & Elkins LLP and Wilson Elser Moskowitz Edelman & Dicker LLP.<br><br>In addition, I am informed through conversations with counsel for the Debtor that Gilbert LLP has been retained on behalf of the Futures' Claim Representative. I am currently mediating cases with Gilbert. |
| 1(o) | Tort Claimants Committee | None. |
| 1(p) | Unsecured Creditors Committee | None. |
| 1(q) | Top 25 Plaintiffs' Law Firms Representing the Largest Number of Abuse Victims Asserting Claims Against the Debtors | None. |
| 1(r) | Top 30 General Unsecured Creditors of the Debtors (Non-Abuse Claims) | None. |
| 1(s) | Deferred Compensation and Restoration Plan Participants | None. |
| 1(t) | Significant Contract Counterparties | None. |
| 1(u) | Significant Customers | None. |
| 1(v) | Significant Donors | I am currently mediating cases with Gilbert. |

| Schedule | Category | Disclosure |
|---|---|---|
| 1(w) | Significant Vendors | None. |
| 1(x) | Significant Taxing Authorities | I previously mediated a case with the Oregon Dept. of Justice. |
| 1(y) | Significant Utility Providers | I am currently mediating and have previously mediated cases involving Duke Energy. <br><br> I also previously mediated a case with Waste Management. |
| 1(z) | U.S. Trustee, Judges, and Court Contacts for the District of Delaware | None. |