**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**CENTURY'S STATUS REPORT
ON DEBTORS' MEDIATION MOTION (DKT. 17)**

On May 27, 2020, the Official Committee of Tort Claimants ("TCC") filed its omnibus

objection to multiple lift stay motions arguing that stay relief is premature based on the

procedural posture of the bankruptcy, stating its view that "*no realistic mediation process **can***

***begin** until parties have analyzed the claims*" after the claims bar date:

> Resolution of the Stay Relief Motions is premature for the following reasons:
> (a) the Court just set the Claims Bar Date, there is no information or analysis to
> suggest that BSA's insurance is sufficient to cover both sexual abuse and non-
> sexual abuse claims, (b) there is nothing in the record supporting the speculation
> that there is sufficient excess insurance beyond the insurance that is the subject of
> these motions; (c) *no realistic mediation process can begin until parties have
> analyzed the claims which are not even due to be filed until November 16, 2020*
> and (d) the relief sought by one insurer (Old Republic) would create limitless
> liability for BSA and reduce BSA's cash by virtue of JP Morgan's draw on
> secured letters of credit posted for Old Republic's benefit.

*See* Official Committee of Tort Claimants' Omnibus Objection, ¶ 3 [Dkt. 702]

Further, the TCC makes the following statement concerning settlement negotiations:

"***The TCC believes that the resolution of abuse claims will not and cannot be resolved in any***

***substantive and comprehensive manner until after the claims bar date of November 16, 2020***

***(the "Claims Bar Date") passes***." *Id.* ¶ 3.

Dated:  May 28, 2020

Respectfully Submitted,

By:   /s/ Stamatios Stamoulis
     Stamatios Stamoulis (#4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware  19801
Telephone:    302 999 1540
Facsimile:    302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Janine Panchok-Berry (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York  10036-6537
Telephone:    212 326 2000
Facsimile:    212 326 2061

*Counsel for Century Indemnity Company, as
successor to CCI Insurance Company, as
successor to Insurance Company of North
America and Indemnity Insurance Company of
North America, Ace Insurance Group,
Westchester Fire Insurance Company, and
Westchester Surplus Lines Insurance Company*

OMM_US:78130947.1