# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Ref. Docket Nos. 613, 616, 665, 697, 698, 700 & 707** |

### CERTIFICATION OF COUNSEL REGARDING
### DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING
### STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1. On May 12, 2020, the Debtors filed the *Debtors' Motion for Entry of an Order Approving Stipulated Confidentiality and Protective Order* (D.I. 613) (the "Motion") requesting approval of the Confidentiality and Protective Order attached as Exhibit 1 to the proposed form of order (the "Stipulated Protective Order").

2. The Official Committee of Tort Claimants (the "Tort Claimants' Committee") and Official Committee of Unsecured Creditors (the "Creditors' Committee") each filed a joinder in support of the Stipulated Protective Order (D.I. 616 & 665).

3. After filing the Motion, the Debtors continued to negotiate the terms of the Stipulated Protective Order with the U.S. Trustee, Creditors' Committee, Tort Claimants' Committee, Future Claimants' Representative (the "FCR"), Ad Hoc Committee of Local

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Councils of the Boy Scouts of America (the "Local Council Committee"), and certain of the Debtors' primary general liability insurers (collectively, the "Insurers").

4. Attached hereto as **Exhibit A** is a revised Stipulated Protective Order (the "Revised Stipulated Protective Order"), which reflects discussions and resolutions among the Debtors, the Tort Claimants' Committee, the Creditors' Committee, the U.S. Trustee, the FCR, the Ad Hoc Committee of Local Councils, and the Insurers.

5. For the convenience of the Court and all parties in interest, a redline comparing the Revised Stipulated Protective Order against the version filed with the Motion is attached hereto as **Exhibit B**.

6. In an effort to resolve any remaining open issues with respect to the Stipulated Protective Order, the Debtors extended the Insurers' deadline to file objections to the relief sought in the Motion to May 27, 2020, at 11:00 a.m. (ET) for the Insurers (the "Extended Objection Deadline").

7. Prior to the Extended Objection Deadline, the Debtors received objections from Hartford Accident Indemnity Company ("Hartford") and Century Indemnity Company ("Century"). (D.I. 696 & 697). Following the Extended Objection Deadline, Allianz Global Risks US Insurance Company and National Surety Corporation filed a joinder to Hartford's objection (D.I. 707).

8. The remaining Insurers who have not filed objections also have not consented to the Court's entry of the Revised Stipulated Protective Order.

9. Based on Century's and Hartford's objections, the remaining unresolved issues with respect to the Revised Stipulated Protective Order are: (i) the definition of the term "Common Interest Protected Material"; (ii) the inclusion of additional language ordering the

Debtors to not produce "information subject to the attorney-client privilege, the work-product doctrine, or any other applicable privilege generated in connection with the defense of the underlying Abuse Claims"; (iii) the ability for the Prepetition Distribution Group defined in paragraph 5.9 of the Revised Stipulated Protective Order to access documents previously produced by the BSA to third parties in prepetition lawsuits; and (iv) the clawback provision allowing a Receiving Party to retain an inadvertently produced document for the purpose of challenging a clawback.

10. The Tort Claimants' Committee, the Creditors' Committee, the U.S. Trustee, the FCR, and the Ad Hoc Committee of Local Councils have each approved the Revised Stipulated Protective Order and support the Court's entry of the Revised Stipulated Protective Order. The Revised Stipulated Protective Order incorporates substantial additional revisions proposed by the Insurers, in addition to the Insurers' proposed revisions that had previously been incorporated into the Stipulated Protective Order filed with the Motion.

11. For reasons the Debtors will set forth more fully in their forthcoming reply to Century's and Hartford's objections, the additional changes sought through Century's and Hartford's objections are neither necessary nor appropriate, and they would impose substantial burdens on the parties' ability to exchange non-privileged discovery material in these chapter 11 cases.

WHEREFORE, at the May 29, 2020 hearing, the Debtors respectfully request that the Court enter the Revised Stipulated Protective Order, substantially in the form attached hereto as **Exhibit A**.

| | |
|---|---|
| Dated: May 28, 2020<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 425-4664<br>Email: dabbott@mnat.com<br>aremming@mnat.com<br>emoats@mnat.com<br>ptopper@mnat.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Jessica C. K. Boelter (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-5300<br>Email: jboelter@sidley.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Thomas A. Labuda (admitted *pro hac vice*)<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Email: tlabuda@sidley.com<br>mandolina@sidley.com<br>mlinder@sidley.com<br>blair.warner@sidley.com<br><br>CO-COUNSEL AND PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION |