# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 496

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Application for Order Authorizing the Future Claimants' Representative to Retain and Employ Ankura Consulting Group, LLC as Consultants, Effective as of the Date Hereof* [Docket No. 496] (the "Application"), filed on April 27, 2020.[2] The undersigned further certifies that he has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served no later than May 11, 2020 at 4:00 p.m. (ET). It is hereby respectfully requested that the proposed form of order attached hereto as Exhibit 1 be entered at the earliest convenience of the Court.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] The Future Claimants' Representative did receive informal comments from the United States Trustee and the Official Committee of Tort Claimants. However, those comments were addressed and resolved and no revisions to the proposed order were necessary.

01:23002114.1

2

| | |
|---|---|
| Dated: May 28, 2020 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| | /s/ Edwin J. Harron |
| | Robert S. Brady (No. 2847) |
| | Edwin J. Harron (No. 3396) |
| | Sharon M. Zieg (No. 4196) |
| | Sara Beth A.R. Kohut (No. 4137) |
| | Rodney Square |
| | 1000 North King Street |
| | Wilmington, Delaware 19801 |
| | Telephone: (302) 571-6600 |
| | Facsimile: (302) 571-1253 |
| | Email: rbrady@ycst.com |
| |       eharron@ycst.com |
| |       szieg@ycst.com |
| |       skohut@ycst.com |
| | |
| | *Counsel to the Future Claimants' Representative* |