**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: June 11, 2020 at 4:00 p.m. (ET)** |

**SUMMARY COVER SHEET OF COMBINED FIRST MONTHLY FEE**
**APPLICATION OF KCIC, LLC FOR ALLOWANCE OF COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM**
**FEBRUARY 18, 2020 TO AND INCLUDING APRIL 30, 2020**

Name of Applicant:                                            <u>KCIC, LLC</u>

Authorized to Provide Professional Services to:     <u>Debtors and Debtors in Possession</u>

Date of Retention:                                           <u>February 18, 2020</u>

Period for Which Compensation and
Reimbursement Are Requested:                        <u>February 18, 2020 – April 30, 2020</u>

Amount of Compensation Requested:                 <u>$8,892.80 (80% of $11,116.00)</u>[2]

Amount of Expense Reimbursement Requested:   <u>$0.00</u>

This is a(n):   monthly   <u> x </u>  interim  ____  final application  ____

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Pursuant to paragraph 4 of the Retention Order, KCIC will apply the entire balance of the $18,451.00 retainer held as of the Petition Date to the fees and expenses requested in this Application.

## COMPENSATION AND HOURS BY PROFESSIONAL

| Name | Position Area of Expertise | Year of Admission / Years of Experience | Hourly Rate | Total Hours[3] | Total Compensation |
|---|---|---|---|---|---|
| Butterworth, Luke | Consultant | 2019 | $180.00 | 3.1 | $558.00 |
| Austin, Carrington | Senior Consultant | 2016 | $330.00 | 8.7 | $2,871.00 |
| Sochurek, Nicholas | Senior Manager | 2004 | $495.00 | 9.0 | $4,455.00 |
| Hanke, Elizabeth | Vice President | 2004 | $530.00 | 4.5 | $2,385.00 |
| Terrell, Jonathan | President | 2002 | $605.00 | 1.4 | $847.00 |
| | | | **Total** | **26.7** | **$11,116.00** |

## COMPENSATION AND EXPENSES BY PROJECT CATEGORY

| Task Description | Total Hours | Total Compensation |
|---|---|---|
| Coverage Analysis | 14.2 | $5,593.50 |
| Fee Applications | 3.1 | $558.00 |
| Retention | 9.4 | $4,964.50 |
| **TOTAL** | **26.7** | **$11,116.00** |

---

[3] KCIC would have charged the Debtors for 50% of non-working travel time in compliance with Local Rule 2016-2(d)(viii), but no such charges were incurred in this time period.  Such reductions are reflected in the figures in this column.

## EXPENSES BY CATEGORY

| Category | Amount |
|---|---|
| None | $0.00 |
| **TOTAL:** | **$0.00** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: June 11, 2020 at 4:00 p.m. (ET)** |

**COMBINED FIRST MONTHLY FEE APPLICATION OF KCIC, LLC**
**FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES FOR THE PERIOD FROM FEBRUARY 18, 2020 TO APRIL 30, 2020**

KCIC, LLC ("KCIC"), insurance and valuation consultant for the Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession (together, the "Debtors") in the above-captioned chapter 11 cases, hereby submits this combined first monthly application (this "Application") requesting payment in the aggregate amount of $8,892.80, which is equal to (a) 80% ($8,892.80) of the $11,116.00 of total compensation earned by KCIC for its services to the Debtors during the period from February 18, 2020 to and including April 30, 2020 (the "Fee Period") and (b) 100% of the $0.00 of necessary expenses incurred by KCIC during the Fee Period in connection with its services to the Debtors.   In support of this Application, KCIC respectfully represents as follows:

**JURISDICTION AND VENUE**

1.      The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February

---

[1]The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

29, 2012.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue

is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory and other bases for the relief requested herein are sections 330 and

331 of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "<u>Bankruptcy</u>

<u>Code</u>"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), rule

2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy

Court for the District of Delaware (the "<u>Local Rules</u>"), and the *Order (I) Approving Procedures*

*for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and*

*(B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief*

[Docket No. 341] (the "<u>Compensation Procedures Order</u>").

## BACKGROUND

3.      The Debtors commenced these cases on February 18, 2020 (the "<u>Petition Date</u>"),

and they continue to operate their non-profit organization and manage their properties as debtors

in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  These chapter 11

cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule

1015(b) and Local Rule 1015-1.

4.      On March 5, 2020, the United States Trustee for the District of Delaware

appointed an official committee of tort claimants and an official committee of unsecured

creditors pursuant to 1102 of the Bankruptcy Code.

5.      On April 24, 2020, the Court appointed James L. Patton, Jr. as the representative

of future abuse claimants pursuant to sections 105(a) and 1109(b) of the Bankruptcy Code.

6.      The Debtors are authorized to retain KCIC as their insurance and valuation

consultant, *nunc pro tunc* to the Petition Date, pursuant to the *Order Authorizing the Retention*

*and Employment of KCIC, LLC as their Insurance and Valuation Consultant for the Debtors and Debtors in Possession,* Nunc Pro Nunc *to the Petition Date* [Docket No. 340] (the "<u>Retention Order</u>").  The Retention Order authorizes the Debtors to compensate and reimburse KCIC in accordance with the terms and conditions set forth in the Debtors' application to retain KCIC, subject to KCIC's application to the Court.

7.      On April 6, 2020, the Court entered the Compensation Procedures Order. The Compensation Procedures Order provides, among other things, that each professional shall be entitled, on or as soon as practicable after the fifteenth (15th) day of each month following the month for which compensation and/or expense reimbursement is sought, to file and serve an application for interim allowance of compensation earned and reimbursement of expenses incurred during the preceding month (each a "<u>Monthly Fee Application</u>").  Parties shall have fourteen (14) days after service of a Monthly Fee Application to file an objection to the compensation or expenses that are the subject thereof (the "<u>Objection Deadline</u>").  Upon the expiration of the Objection Deadline, the applicant may file a certificate of no objection (a "<u>CNO</u>") with the Court with respect to the unopposed portion of the fees and/or expenses requested in the applicable Monthly Fee Application.  After the filing of a CNO, the Debtors are authorized and directed to pay the applicant an amount equal to 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Application not subject to an objection.

## **<u>RELIEF REQUESTED</u>**

8.      By this Application, in accordance with the Compensation Procedures Order, KCIC requests payment in the aggregate amount of $8,892.80, which is equal to (a) 80% (*i.e.*, $8,892.80) of the $11,116.00 of total compensation earned by KCIC during the Fee Period for its

services to the Debtors and (b) 100% of the $0.00 of necessary expenses incurred by KCIC during the Fee Period in connection with its services to the Debtors.[2]

## SUMMARY OF SERVICES RENDERED

9.      Attached hereto as **Exhibit A** is a detailed statement of the time expended and compensation earned by KCIC during the Fee Period.  KCIC's professionals expended a total of 26.7 hours in connection with these chapter 11 cases during the Fee Period.  All services for which KCIC is requesting compensation were performed for or on behalf of the Debtors.  The services rendered by KCIC during the Fee Period are categorized as set forth in **Exhibit A** and in the summary cover sheets prefixed to this Application.  The professionals who provided services to the Debtors during the Fee Period are also identified in **Exhibit A** and in the summary cover sheets.

## ACTUAL AND NECESSARY EXPENSES

10.      KCIC did not incur any actual and necessary expenses during the Fee Period.

11.      KCIC does not charge for photocopying, printing, or outgoing domestic facsimiles or incoming facsimiles

## VALUATION OF SERVICES

12.      The hourly rates reflected on **Exhibit A** are KCIC's customary hourly rates for work of this character. The reasonable value of the services rendered by KCIC for the Fee Period as Insurance and Valuation Consultant to the Debtors in these chapter 11 cases is $11,116.00.

13.      In accordance with section 330 of the Bankruptcy Code, the fees requested are reasonable in light of factors including, among other things, (a) the complexity of these chapter

---

[2] Pursuant to paragraph 4 of the Retention Order, KCIC will apply the entire balance of the $18,451.00 retainer held as of the Petition Date to the fees and expenses requested in this Application.

11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

14.     Although KCIC has made every effort to include all fees and expenses incurred during the Fee Period in this Application, some fees and expenses might have been omitted from this Application due to delays caused by accounting and processing during the Fee Period. KCIC reserves the right to submit further applications to the Court for allowance of such fees and expenses not included herein.  Subsequent fee applications will be filed in accordance with the requirements of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Compensation Procedures Order.

## <u>CERTIFICATION OF COMPLIANCE</u>

15.     The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies that, to the best of his knowledge, information and belief, this Application complies with the requirements of that Local Rule.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, KCIC requests payment in the aggregate amount of $8,892.80, which is equal to (a) 80% (*i.e.*, $8,892.80) of the $11,116.00 of total compensation earned by KCIC during the Fee Period for its services to the Debtors and (b) 100% of the $0.00 of necessary expenses incurred by KCIC during the Fee Period in connection with its services to the Debtors, for a total interim award of $8,892.80.

Dated: May 28, 2020
      Wilmington, Delaware

**KCIC, LLC**

*/s/    Elizabeth Hanke*
Elizabeth Hanke
1401 I Street, NW, Suite 1200
Washington, DC 20005
Telephone: (202) 650-0503
Facsimile: (202) 650-0651
E-mail: hankee@kcic.com

INSURANCE AND VALUATION
CONSULTANT TO THE DEBTORS AND
DEBTORS IN POSSESSION