## Exhibit A

## Summary of Services

| Task Description | Date | Timekeeper | Description | Hours | Total |
|---|---|---|---|---|---|
| Coverage Analysis | 2/18/2020 | Sochurek, Nicholas | Communications re coverage chart updates for INA policy limits. | 0.3 | $148.50 |
| Coverage Analysis | 2/18/2020 | Austin, Carrington | Call with A. Azer re coverage chart updates (.2); prepare coverage chart updates (.6); discuss policy listing with N. Sochurek (.2); review Gulf and INA policies (.2). | 1.2 | $396.00 |
| Coverage Analysis | 3/23/2020 | Austin, Carrington | Discuss policy listing request with N. Sochurek (.2); prepare policy listing with status of each carrier (2.1); confirm matching policy number on all coverage charts (.7); update coverage charts (.6); add punitive damages policies to policy listing (.2); add alleged Hartford coverage to policy listing (.3); annualize the policy listing per request from A. Azer (1.0); review and revise same (.6). | 5.7 | $1,881.00 |
| Coverage Analysis | 3/24/2020 | Austin, Carrington | Prepare the final policy listing deliverable per updates from N. Sochurek (.9); draft email to Haynes Boone re policy listing (.5); add pre-1970 INA policies to policy listing (.4). | 1.8 | $594.00 |
| Coverage Analysis | 3/9/2020 | Sochurek, Nicholas | Research AXA Equitable Life connection to noticed insurers (.3); review insurer notice list (.2); discuss same with A. Azer (.2). | 0.7 | $346.50 |
| Coverage Analysis | 3/23/2020 | Sochurek, Nicholas | Communications with E. McKeighan and A. Azer re policy listing (.4); discuss policy listing with C. Austin (.2); review debtors insurance asset policy listing for accuracy and completeness (3.2). | 3.8 | $1,881.00 |
| Coverage Analysis | 3/24/2020 | Sochurek, Nicholas | Communications with C. Austin, B. Warner and A. Azer re insurance policy asset listing. | 0.7 | $346.50 |
| Retention | 3/12/2020 | Hanke, Elizabeth | Discuss KCIC services for retention application with N. Sochurek. | 0.2 | $106.00 |
| Fee Applications | 4/14/2020 | Butterworth, Luke | Review the Court Order which outlines BSA Fee Application process and report to team. | 0.7 | $126.00 |
| Retention | 3/30/2020 | Hanke, Elizabeth | Read amended declaration before filing. | 0.3 | $159.00 |
| Retention | 3/16/2020 | Terrell, Jonathan | Communicate with E. Hanke re retention. | 0.3 | $181.50 |
| Retention | 3/6/2020 | Hanke, Elizabeth | Review and discuss list of interested parties with executive team members (.1); work on retention information and send to Sidley (.3). | 0.4 | $212.00 |
| Retention | 3/23/2020 | Hanke, Elizabeth | Exchange emails with Sidley re KCIC retention application changes. | 0.4 | $212.00 |
| Fee Applications | 4/15/2020 | Butterworth, Luke | Prepare consolidated Fee Application for February and March (.9); draft email to Debtor's counsel to confirm project categories for time entries and fee applications (.3). | 1.2 | $216.00 |
| Fee Applications | 4/17/2020 | Butterworth, Luke | Prepare consolidated fee application (.3); update listing of matter and task codes (.3); draft email to A. Azer re task categories (.4); call with E.Hanke to discuss task categories (.2). | 1.2 | $216.00 |
| Retention | 3/17/2020 | Hanke, Elizabeth | Review filed application and declaration (.2); discuss filed application and declaration with J. Terrell (.3). | 0.5 | $265.00 |
| Retention | 3/25/2020 | Hanke, Elizabeth | Call with Sidley and Haynes Boone to discuss KCIC retention application (.3); discuss same with J. Terrell (.2). | 0.5 | $265.00 |
| Retention | 3/25/2020 | Terrell, Jonathan | Call with Sidley and Haynes Boone to discuss KCIC retention application (.3); discuss same with E.Hanke (.2). | 0.5 | $302.50 |
| Retention | 3/20/2020 | Hanke, Elizabeth | Complete revised declaration (.5); communications with J. Terrell re revised declaration (.1) | 0.6 | $318.00 |
| Retention | 3/24/2020 | Hanke, Elizabeth | Respond to Sidley re specific US Trustee questions re application. | 0.6 | $318.00 |
| Retention | 3/6/2020 | Sochurek, Nicholas | Review and revise listing of services KCIC would perform for debtors (.4); communications with A. Azer and E. Hanke re same (.3). | 0.7 | $346.50 |

| | | | | | |
|---|---|---|---|---|---|
| Retention | 3/16/2020 | Sochurek, Nicholas | Communications re past billings for bankruptcy retention application (.4); discuss same with E. Hanke (.3). | 0.7 | $346.50 |
| Retention | 3/30/2020 | Terrell, Jonathan | Review supplemental declaration and communicate with counsel. | 0.6 | $363.00 |
| Retention | 3/5/2020 | Sochurek, Nicholas | Conference call with A. Azer, T. Labuda, E. Hanke and J. Schomberg re retention application for KCIC (.4); communications and discussions with E. Hanke re expected services KCIC would perform for debtors (.6). | 1 | $495.00 |
| Retention | 3/5/2020 | Hanke, Elizabeth | Conference call with A. Azer, T. Labuda, N. Sochurek and J. Schomberg re retention application for KCIC (.4); communications and discussions with N. Sochurek re expected services KCIC would perform for debtors (.6). | 1 | $530.00 |
| Retention | 3/14/2020 | Sochurek, Nicholas | Confirm 2019-2020 billing summary (.8); communications re same (.3). | 1.1 | $544.50 |
| | | | **Total** | **26.7** | **$11,116.00** |