# Exhibit B

**Phase 2 Fees and Expense Itemization**



**FILE COPY ONLY – BILL SUBMITTED ELECTRONICALLY DO NOT SUBMIT TO CLIENT UNLESS EXPRESSLY REQUESTED BY CLIENT**

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1900
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

May 19, 2020

Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

PERSONAL AND CONFIDENTIAL

Bill #  90206792
Client.Matter #  047657.000013

**Re:   BSA General Defense - Bankruptcy (Billiable)**

For professional services rendered through April 30, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees ............................................................................................................................................$27,102.00
Expenses...........................................................................................................................................$0.00

**Total Due This Bill**.................................................................................................................**$27,102.00**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

**Re:  BSA General Defense - Bankruptcy (Billiable)**

For professional services rendered through April 30, 2020

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/01/20 | BAG | PHASE2 | Exchange email with Matthew Linder at Sidley Austin regarding Retention Application. | 0.20 | 128.00 |
| 04/01/20 | SEM | PHASE2 | Email from Sidley with information related to Trustee requests regarding Ogletree retainer and representation of BSA and discussion of the same. | 0.30 | 133.50 |
| 04/01/20 | SEM | PHASE2 | Conference call with Sidley and BSA regarding ongoing Ogletree and outside counsel billing and payments and the handling of specific matters. | 0.60 | 267.00 |
| 04/01/20 | KAD | PHASE2 | Compile billing information for various New York claims assigned to Wiggin and Dana and draft email to Yesmy Romero regarding same. | 0.40 | 76.00 |
| 04/01/20 | KAD | PHASE2 | Email exchange with Yesmy Romero regarding billing instructions and process for submitting invoices related to the lawsuit filed by R.M. | 0.10 | 19.00 |
| 04/01/20 | KAD | PHASE2 | Email exchange with Lauren Roche regarding Melick & Porter's retainer and the process for submitting future invoices and getting counsel approved by the bankruptcy court as an ordinary course provider. | 0.10 | 19.00 |
| 04/01/20 | KAD | PHASE2 | Email exchange with Robyn Jungers and Lynn Richardson regarding Melick & Porter's retainer and the process for submitting future invoices and getting counsel approved by the | 0.10 | 19.00 |



| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | bankruptcy court as an ordinary course provider. | | |
| 04/01/20 | KAD | PHASE2 | Email exchange with Lauren Roche regarding insurance coverage for Anonymous (Erie County) claim, process for submitting invoices and Chubb claim number. | 0.10 | 19.00 |
| 04/01/20 | KAD | PHASE2 | Review and submit Epic invoice for processing and payment. | 0.10 | 19.00 |
| 04/01/20 | KAD | PHASE2 | Conference call with Mathew Linder, Thomas Labuda, Anna Kutz, Bruce Griggs and Sean Manning regarding status of ordinary course official process for defense counsel. | 0.50 | 95.00 |
| 04/01/20 | KAD | PHASE2 | Review email from Hannah McCollum regarding questions and issues about Ogletree's Pillowtex analysis. | 0.10 | 19.00 |
| 04/01/20 | KAD | PHASE2 | Review Pillowtex analysis of Ogletree's payments from BSA in order to resolve discrepancies noted by bankruptcy trustee. | 0.60 | 114.00 |
| 04/08/20 | SEM | PHASE2 | Email from Sidley with Court approved authorization for retention of Ogletree and review the same. | 0.20 | 89.00 |
| 04/09/20 | BAG | PHASE2 | Review Order authorizing retention of ordinary course professionals and exchange emails with Tom Labuda regarding same. | 0.30 | 192.00 |
| 04/09/20 | SEM | PHASE2 | Review Order entered by Delaware Bankruptcy Court Authorizing BSA to Retain and Compensate Ordinary Course Professionals and discuss with Sidley about sending same to all outside BSA counsel. | 0.40 | 178.00 |
| 04/09/20 | KAD | PHASE2 | Analyze court's Order granting Ogletree's retention application. | 0.10 | 19.00 |
| 04/09/20 | KAD | PHASE2 | Analyze court's Order authorizing the debtors to retain and compensate certain professionals used in the ordinary court of their non-profit | 0.20 | 38.00 |



| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | operations. | | |
| 04/13/20 | BAG | PHASE2 | Attend conference call with BSA and Sidley Austin regarding retention and billing issues. | 0.50 | 320.00 |
| 04/13/20 | BAG | PHASE2 | Telephone conference with Anna Kutz regarding retention and billing issues. | 0.30 | 192.00 |
| 04/13/20 | BAG | PHASE2 | Email correspondence with defense counsel in all US jurisdictions regarding ordinary course professional retention and required submissions to the US Bankruptcy Trustee. | 0.80 | 512.00 |
| 04/13/20 | BAG | PHASE2 | Work on preparation of information and analysis for interim fee application. | 3.00 | 1,920.00 |
| 04/13/20 | SEM | PHASE2 | Email from Sidley regarding public record of Ogletree billing records and need to maintain privileges. | 0.10 | 44.50 |
| 04/13/20 | KAD | PHASE2 | Conference call with Sidley Austin, BSA and internal Ogletree BSA team regarding Ogletree's billing process and procedure during the bankruptcy. | 0.50 | 95.00 |
| 04/13/20 | KAD | PHASE2 | Analyze and categorize all post-petition time entries with bankruptcy codes. | 0.90 | 171.00 |
| 04/14/20 | BAG | PHASE2 | Work on entering compensation monthly fee application. | 1.00 | 640.00 |
| 04/14/20 | KAD | PHASE2 | Coordinate and track ordinary course professional declarations for all abuse defense counsel. | 3.40 | 646.00 |
| 04/15/20 | SEM | PHASE2 | Review final draft of Ogletree Monthly fee application to be submitted to Bankruptcy Trustee and correspondence with Sidley regarding the same. | 0.20 | 89.00 |
| 04/15/20 | KAD | PHASE2 | Review lengthy email from Blair Warner regarding monthly fee application and interim compensation procedures order. | 0.10 | 19.00 |



| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/15/20 | KAD | PHASE2 | Analyze Interim Compensation Procedures Order. | 0.10 | 19.00 |
| 04/15/20 | KAD | PHASE2 | Draft first monthly fee application for the February 18th through March 31st time period. | 1.90 | 361.00 |
| 04/16/20 | SEM | PHASE2 | Email exchange with Sidley regarding need Ogletree billing records. | 0.20 | 89.00 |
| 04/16/20 | SEM | PHASE2 | Email exchange with Sidley regarding revisions to the Ogletree fee application. | 0.30 | 133.50 |
| 04/16/20 | KAD | PHASE2 | Review Sidley Austin's revisions to the first monthly fee application and email from Blair Warner regarding same. | 0.20 | 38.00 |
| 04/16/20 | KAD | PHASE2 | Revise monthly fee statement. | 0.10 | 19.00 |
| 04/17/20 | BAG | PHASE2 | Review and prepare invoices for submissions with monthly fee application. | 2.50 | 1,600.00 |
| 04/17/20 | SEM | PHASE2 | Review/analyze billing entries and information for inclusion in monthly fee application. | 2.50 | 1,112.50 |
| 04/18/20 | SEM | PHASE2 | Finalize review/analyze billing entries and information for inclusion in monthly fee application. | 2.00 | 890.00 |
| 04/18/20 | SEM | PHASE2 | Review and revise April 2020 billing entries and information for inclusion in monthly fee application. | 0.30 | 133.50 |
| 04/20/20 | BAG | PHASE2 | Review email from Matt Linder at Sidley Austin regarding OFCP application for Arizona defense counsel and attention to same. | 0.20 | 128.00 |
| 04/20/20 | SEM | PHASE2 | Begin additional revisions to Ogletree billing entries and information for inclusion in monthly fee application and seek input regarding the same. | 0.40 | 178.00 |
| 04/20/20 | SEM | PHASE2 | Continue additional revisions to Ogletree billing entries and information for inclusion in monthly fee application and seek input | 2.50 | 1,112.50 |



| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | regarding the same. | | |
| 04/20/20 | KAD | PHASE2 | Coordinate and track completed OCP declarations with outside counsel. | 0.10 | 19.00 |
| 04/20/20 | KAD | PHASE2 | Email exchange with Ashley Villaverde Halvorson regarding invoices. | 0.10 | 19.00 |
| 04/20/20 | KAD | PHASE2 | Review/analyze billing entries and information for inclusion in monthly fee application. | 2.50 | 475.00 |
| 04/20/20 | KAD | PHASE2 | Email Joe Schomberg regarding completed OCP declarations. | 0.10 | 19.00 |
| 04/20/20 | KAD | PHASE2 | Send follow-up emails to defense counsel regarding OCP declaration deadline. | 0.80 | 152.00 |
| 04/20/20 | KAD | PHASE2 | Email Anna Kutz, Lynn Richardson and Robyn Jungers regarding Jones, Skelton & Hochuli, P.L.C. invoices and handling for same. | 0.10 | 19.00 |
| 04/21/20 | BAG | PHASE2 | Review and analyze all time entries for the period of February 18-29 in order to redact privileged information in preparation for submission of monthly fee application. | 2.50 | 1,600.00 |
| 04/21/20 | SEM | PHASE2 | Complete additional revisions to Ogletree billing entries and information for inclusion in monthly fee application and seek input regarding the same. | 4.00 | 1,780.00 |
| 04/21/20 | SEM | PHASE2 | Additional revisions to Ogletree billing entries for KAW, provide information for inclusion in monthly fee application and seek input regarding the same. | 1.60 | 712.00 |
| 04/21/20 | KAD | PHASE2 | Analyze and categorize all post-petition time entries with bankruptcy codes. | 0.50 | 95.00 |
| 04/21/20 | KAD | PHASE2 | Email Ashley Halvorson regarding OCP declaration and process for submitting outstanding invoices. | 0.10 | 19.00 |



Page 7
05/19/20
Bill No. 90206792
047657.000013-BAG

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/21/20 | KAD | PHASE2 | Review/analyze billing entries and information for inclusion in monthly fee application. | 2.10 | 399.00 |
| 04/21/20 | KAD | PHASE2 | Coordinate and track completed OCP declarations with outside counsel. | 0.40 | 76.00 |
| 04/22/20 | BAG | PHASE2 | Multiple email exchanges with California defense counsel regarding ordinary course professional application. | 0.20 | 128.00 |
| 04/22/20 | BAG | PHASE2 | Begin review of March time entries to redact privileged information and preparation for submission of monthly fee application. | 2.50 | 1,600.00 |
| 04/22/20 | KAD | PHASE2 | Review/analyze billing entries and information for inclusion in monthly fee application. | 2.10 | 399.00 |
| 04/22/20 | KAD | PHASE2 | Manage and track completed OCP declarations with outside counsel. | 0.30 | 57.00 |
| 04/23/20 | BAG | PHASE2 | Review all remaining March time entries to redact privileged information in preparation for submission of monthly fee application. | 3.50 | 2,240.00 |
| 04/23/20 | KAD | PHASE2 | Email exchange with Meghan Cloud regarding OCP declaration. | 0.10 | 19.00 |
| 04/23/20 | KAD | PHASE2 | Manage and track completed OCP declarations with outside counsel. | 0.40 | 76.00 |
| 04/24/20 | BAG | PHASE2 | Continue final work on revisions to February and March invoices to redact privileged information preparation for filing monthly fee application. | 3.50 | 2,240.00 |
| 04/24/20 | KAD | PHASE2 | Manage and track completed OCP declarations with outside counsel. | 0.30 | 57.00 |
| 04/24/20 | KAD | PHASE2 | Email Jeffrey Phillips regarding OCP declaration and deadline to submit same. | 0.10 | 19.00 |
| 04/24/20 | KAD | PHASE2 | Review/analyze revised billing entries and information for inclusion in | 1.60 | 304.00 |



| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | monthly fee application. | | |
| 04/27/20 | BAG | PHASE2 | Complete monthly fee application and forward with email correspondence to Sidley Austin. | 0.50 | 320.00 |
| 04/27/20 | KAD | PHASE2 | Revise monthly fee application. | 2.20 | 418.00 |
| 04/27/20 | KAD | PHASE2 | Send follow-up emails to defense counsel regarding OCP declaration deadline. | 0.50 | 95.00 |
| 04/28/20 | KAD | PHASE2 | Review email exchanges between Robyn Jungers and Winnette Mason regarding documents needed to setup Lewis Brisbois in BSA's e-billing platform. | 0.10 | 19.00 |
| 04/28/20 | KAD | PHASE2 | Revise monthly fee application based on Sidley's comments and redact privileged information from attached exhibit invoices. | 3.30 | 627.00 |
| 04/28/20 | KAD | PHASE2 | Email exchange with defense counsel regarding OCP declaration. | 0.10 | 19.00 |
| 04/28/20 | KAD | PHASE2 | Email exchange with Sidley Austin regarding monthly fee application and redactions to invoices for same. | 0.10 | 19.00 |
| 04/29/20 | BAG | PHASE2 | Review final redacted invoices for submission of monthly fee application and exchange email with at Sidley Austin regarding same. | 0.50 | 320.00 |
| 04/29/20 | KAD | PHASE2 | Review email exchange between defense counsel regarding OCP declaration. | 0.10 | 19.00 |
| 04/29/20 | KAD | PHASE2 | Review email exchange between Bruce Griggs and Sidley Austin regarding Ogletree's monthly fee application. | 0.10 | 19.00 |
| 04/29/20 | KAD | PHASE2 | Email defense counsel regarding status of OCP declaration. | 0.10 | 19.00 |
| 04/29/20 | KAD | PHASE2 | Manage and track completed OCP declarations with outside counsel. | 0.30 | 57.00 |
| 04/29/20 | KAD | PHASE2 | Email exchanges with Eric Moats, | 0.10 | 19.00 |



Page 9
05/19/20
Bill No. 90206792
047657.000013-BAG

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | Bruce Griggs and Addie Norton regarding Ogletree's monthly fee application. | | |
| 04/29/20 | KAD | PHASE2 | Review email exchange between Robyn Jungers and Winnette Mason regarding documents needed for e-billing setup. | 0.10 | 19.00 |
| 04/29/20 | KAD | PHASE2 | Finish preparing invoices for Ogletree's monthly fee application. | 2.70 | 513.00 |
| 04/29/20 | KAD | PHASE2 | Email exchange with Thomas Nedderman regarding OCP declaration. | 0.10 | 19.00 |
| 04/30/20 | KAD | PHASE2 | Email exchange with Tom Nedderman and Joe Schomberg regarding OCP declaration. | 0.10 | 19.00 |
| 04/30/20 | KAD | PHASE2 | Review email from Anna Kutz regarding Jones, Skelton & Hochuli's invoices and process for handling same. | 0.10 | 19.00 |
| 04/30/20 | KAD | PHASE2 | Email exchange with Ashley Villaverde Halvorson regarding OCP declaration and total amount owed. | 0.10 | 19.00 |
| 04/30/20 | KAD | PHASE2 | Conference call with Thomas Nedderman and Sean Manning regarding OCP declaration and status of bankruptcy case. | 0.30 | 57.00 |
| 04/30/20 | KAD | PHASE2 | Email exchange with Kristen Perkins regarding OCP declaration. | 0.10 | 19.00 |
| 04/30/20 | KAD | PHASE2 | Email exchange with Geoffrey Sasso regarding OCP declaration. | 0.10 | 19.00 |
| | | | Total Services: | 69.60 | 27,102.00 |

**Timekeeper Summary**

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Bruce A. Griggs | Shareholder | 640.00 | 22.00 | 14,080.00 |
| Sean E. Manning | Of Counsel | 445.00 | 15.60 | 6,942.00 |
| Kelci A. Davis | Paralegal | 190.00 | 32.00 | 6,080.00 |



Page 10
05/19/20
Bill No. 90206792
047657.000013-BAG

|  |  |
|---|---|
| TOTAL FEES | $27,102.00 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $27,102.00 |



**FILE COPY ONLY – BILL SUBMITTED ELECTRONICALLY DO NOT SUBMIT TO CLIENT UNLESS EXPRESSLY REQUESTED BY CLIENT**

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1900
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

May 19, 2020

Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

PERSONAL AND CONFIDENTIAL

Bill #  90205443
Client.Matter #  083331.000000

**Re:  Boy Scouts of America, The - General Advice**

For professional services rendered through April 30, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees ................................................................................................................................$1,531.80
Expenses............................................................................................................................$0.00

**Total Due This Bill**................................................................................................**$1,531.80**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2
05/19/20
Bill No. 90205443
083331.000000-RWC

Elizabeth Ramirez-Washka
Boy Scouts of America, The - DIP
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2079

**Re:  Boy Scouts of America, The - General Advice**

For professional services rendered through April 30, 2020

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/17/20 | GSM | PHASE2 | Begin analyzing and revising time entries for non-abuse cases for submission to bankruptcy court. | 0.60 | 248.40 |
| 04/20/20 | GSM | PHASE2 | Revise lengthy bills for all non-abuse matters in February and March to remove all confidential, privileged, and related strategic material from many individual time entries, for submission to bankruptcy court. | 3.10 | 1,283.40 |
|  |  |  | Total Services: | 3.70 | 1,531.80 |

### Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Gavin S. Martinson | Shareholder | 414.00 | 3.70 | 1,531.80 |

|  |  |
|---|---|
| TOTAL FEES | $1,531.80 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $1,531.80 |