## **Exhibit C**

## **Expense Summary**

| Category | Amount |
|---|---|
| Legal Support Services | $128.96 |
| **TOTAL:** | **$128.96** |