## **Exhibit A**

**Summary of Time Detail by Task**

*Exhibit A*

**Boy Scouts of America and Delaware BSA, LLC**
**Summary of Time Detail by Task**
**April 1, 2020 through April 30, 2020**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 77.6 | $53,995.00 |
| Cash | 155.3 | $106,325.00 |
| Contracts | 10.1 | $7,472.50 |
| Court | 5.3 | $4,517.50 |
| Employee | 1.4 | $1,315.00 |
| Fee Applications | 26.0 | $12,462.50 |
| Financial Analysis | 137.4 | $83,955.00 |
| Info Req | 82.7 | $63,385.00 |
| Litigation | 7.7 | $4,877.50 |
| MOR | 24.4 | $16,280.00 |
| Motions/Orders | 60.2 | $43,075.00 |
| Retention | 0.3 | $307.50 |
| Statement & Schedules | 188.3 | $110,080.00 |
| Status Meeting | 20.3 | $14,610.00 |
| Vendor Management | 97.7 | $66,217.50 |
| **Subtotal** | **894.7** | **$588,875.00** |
| **Voluntary Reduction** | **(32.6)** | **($21,745.00)** |
| **Total** | **862.1** | **$567,130.00** |