## Exhibit B

**Summary of Time Detail by Professional**

*Exhibit B*

### Boy Scouts of America and Delaware BSA, LLC
### Summary of Time Detail by Professional
### April 1, 2020 through April 30, 2020

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,025.00 | 65.2 | $66,830.00 |
| Erin Covington | Managing Director | $925.00 | 6.5 | $6,012.50 |
| Erin McKeighan | Managing Director | $850.00 | 46.0 | $39,100.00 |
| Trevor Phillips | Managing Director | $725.00 | 2.5 | $1,812.50 |
| Carl Binggeli | Director | $725.00 | 215.0 | $155,875.00 |
| Robert Edgecombe | Director | $525.00 | 17.0 | $8,925.00 |
| April Kirksey | Director | $500.00 | 2.5 | $1,250.00 |
| Alden Katagihara | Manager | $475.00 | 9.6 | $4,560.00 |
| Ryan Walsh | Senior Associate | $650.00 | 227.0 | $147,550.00 |
| Ben Jackson | Senior Associate | $425.00 | 27.0 | $11,475.00 |
| Julio Cifuentes | Associate | $575.00 | 100.6 | $57,845.00 |
| Trevor DiNatale | Consultant | $550.00 | 40.2 | $22,110.00 |
| Emily Raab | Consultant | $525.00 | 68.3 | $35,857.50 |
| Gerard Gigante | Analyst | $475.00 | 52.0 | $24,700.00 |
| Nicole Vander Veen | Paraprofessional | $325.00 | 15.3 | $4,972.50 |
| | | *Subtotal* | 894.7 | $588,875.00 |
| | | *Voluntary Reduction* | (32.6) | ($21,745.00) |
| | | *Total* | 862.1 | $567,130.00 |