## **Exhibit E**

**Summary of Expense Detail by Category**

*Exhibit E*

### Boy Scouts of America and Delaware BSA, LLC
### Summary of Expense Detail by Category
### April 1, 2020 through April 30, 2020

| Expense Category | Sum of Expenses |
|---|---|
| Miscellaneous | $260.56 |
| **Total** | **$260.56** |