## **Exhibit F**

**Expense Detail by Category Professional**

*Exhibit F*

## Boy Scouts of America and Delaware BSA, LLC
### Expense Detail by Category
### April 1, 2020 through April 30, 2020

### Miscellaneous

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Erin McKeighan | 4/30/2020 | $205.29 | CMS Monthly Data Storage Fee. |
| Ryan Walsh | 4/30/2020 | $55.27 | WebEx Charges. |
| **Expense Category Total** | | **$260.56** | |
| *Grand Total* | | **$260.56** | |