**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 613, 696, 697, 700 & 707** |

**DEBTORS' MOTION FOR LEAVE TO FILE OMNIBUS REPLY IN SUPPORT OF
DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING STIPULATED
CONFIDENTIALITY AND PROTECTIVE ORDER**

The Boy Scouts of America (the "BSA") and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors"), hereby move this Court (the "Motion for Leave") for leave to file the reply attached hereto as **Exhibit A** (the "Reply") in support of the *Debtors' Motion for Entry of an Order Approving Stipulated Confidentiality and Protective Order* (D.I. 613) (the "Protective Order Motion")[2] in response to the objections (the "Objections") filed by Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company (collectively, "Hartford") (D.I. 696) and Century Indemnity Company ("Century") (D.I. 697), and the joinder (the "Joinder") filed by Allianz Global Risks US Insurance Company and National Surety Company (together, "Allianz") (D.I. 707).  In further support of the Motion for Leave, the Debtors respectfully state as follows:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300); and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Protective Order Motion or the Stipulated Protective Order, as applicable.

## JURISDICTION

1.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The basis for the relief requested herein is section 105(a) of title 11 of the United States Code (the "Bankruptcy Code") and Local Rule 9006-1(d) of the *Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware* (the "Local Rules").

3.      The Debtors consent to the entry of a final order by the Court in connection with this Motion for Leave to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments.

## BACKGROUND

4.      The Protective Order Motion was filed with the Court on May 27, 2020, requesting approval of the *Confidentiality and Protective Order* (the "Stipulated Protective Order").  At the Court's direction, the Debtors set the deadline to file any objections to the Protective Order Motion or Stipulated Protective Order as May 26, 2020 at 12:00 p.m. (ET).  In an effort to resolve any remaining open issues with respect to the Stipulated Protective Order, the Debtors extended the objection deadline to May 27, 2020, at 11:00 a.m. (ET) for certain of the Debtors' primary general liability insurers (collectively, the "Insurers"), including Hartford, Century, and Allianz.

5.      On May 27, 2020, Hartford and Century filed their respective objections and Allianz filed its joinder in support of Hartford's objection.

6.      The hearing for the Court to consider the Protective Order Motion is currently scheduled for May 29, 2020, at 11:00 a.m. (ET) (the "Hearing").

## RELIEF REQUESTED

7.      The Debtors respectfully request entry of an order, substantially in the form attached hereto as **Exhibit B**, granting them leave to file the Reply.

## BASIS FOR RELIEF REQUESTED

8.      Local Rule 9006-1(d) states, "Reply papers . . . may be filed and, if filed, shall be served so as to be received by 4:00 p.m. prevailing Eastern Time the day prior to the deadline for filing the agenda."   Local Rule 9029-3(a) requires that agendas be filed by 12:00 p.m. (ET) two business days prior to the hearing.

9.      The Debtors respectfully submit that cause exists to grant the relief requested by this Motion for Leave.  As noted above, the Hearing is scheduled for May 29, 2020, at 11:00 a.m. (ET). Pursuant to Local Rule 9006-1(d), the Debtors had until May 26, 2020, at 4:00 p.m. (ET) to file any replies.

10.      This reply deadline closely followed the initial deadline to file objections to the Protective Order Motion and had already passed prior to Hartford and Century filing their respective objections, both of which were filed after the initial objection deadline of May 26, 2020, at 12:00 p.m. (ET), but are deemed to be filed timely as the Debtors agreed to extend the Insurers' objection deadline to May 27, 2020, at 11:00 a.m. (ET).

11.      Although the Debtors could simply present the information set forth in the Reply at the Hearing, the Debtors submit that being able to review the Reply prior to the Hearing will aid the Court in its consideration of the issues that remain with regard to the Stipulated Protective Order and will allow the Hearing to proceed more efficiently.  The Reply will provide the Court with important information, precedent, and legal authority in support of the Protective Order Motion and Stipulated

3

Protective Order, and will address the Objections and Joinder that the Debtors have received in response thereto.

12.    Furthermore, the Reply provides the Court with an opportunity to review the results of the continued negotiations between the Debtors, the Official Committee of Tort Claimants, Official Committee of Unsecured Creditors, Future Claimants' Representative, Ad Hoc Committee of Local Councils of the Boy Scouts of America, and Insurers with respect to the Stipulated Protective Order, as demonstrated in the revisions to the proposed revised Stipulated Protective Order filed contemporaneously herewith.  These negotiations have allowed the parties to narrow the remaining issues for the Stipulated Protective Order, which is more fully illustrated in the Reply.

13.    Accordingly, the Debtors believe that, under the circumstances, there is cause to grant leave to file the Reply.

14.    Additionally, no party will be prejudiced by the filing of the Reply as the Reply provides the parties time to review the Debtors' arguments addressing the Objections and Joinder and thus better prepare to discuss the arguments during the Hearing.

## NOTICE

15.    A copy of this Motion for Leave has been served upon the parties who were served with the Protective Order Motion and any objectors thereto.  In light of the nature of the relief requested in this Motion for Leave, the Debtors respectfully submit that no further notice is necessary.

## CONCLUSION

WHEREFORE, the Debtors respectfully request the entry of an order, substantially in the form attached hereto as **Exhibit B**, granting the Debtors leave to file the Reply, and such other and further relief as the Court deems just and proper.

Dated:  May 28, 2020
        Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@mnat.com
        aremming@mnat.com
        emoats@mnat.com
        ptopper@mnat.com

– and –

SIDLEY AUSTIN LLP
Jessica C. K. Boelter (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 839-5300
Email:  jboelter@sidley.com

– and –

SIDLEY AUSTIN LLP
Thomas A. Labuda (admitted *pro hac vice*)
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Email:  tlabuda@sidley.com
        mandolina@sidley.com
        mlinder@sidley.com

CO-COUNSEL AND PROPOSED COUNSEL TO THE
DEBTORS AND DEBTORS IN POSSESSION

## Exhibit A

**Reply**

**<u>Exhibit B</u>**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 613, 696, 697, 700 & 707** |

**<u>ORDER GRANTING LEAVE TO FILE A REPLY</u>**

Upon consideration of the *Debtors' Motion for Leave to File Omnibus Reply In Support of Debtors' Motion for Entry of an Order Approving Stipulated Confidentiality and Protective Order* (the "<u>Motion for Leave</u>"),[2] it is HEREBY ORDERED THAT:

1.    The Motion for Leave is GRANTED.

2.    The Court will consider the Reply at the Hearing and the Reply is deemed filed.

Dated: _____, 2020
         Wilmington, Delaware

_____
THE HON. LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300); and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion for Leave.