# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                      Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket Nos. 613, 616, 696, 697, 700, 707 and 719** |

**JOINDER OF THE TORT CLAIMANTS' COMMITTEE IN THE DEBTORS' MOTION FOR LEAVE TO FILE OMNIBUS REPLY IN SUPPORT OF DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER AND IN UNDERLYING OMNIBUS REPLY**

The official committee of tort claimants (consisting of survivors of childhood sexual abuse) (the "Tort Claimants' Committee" or the "TCC"), appointed in the above-captioned cases, hereby joins in the *Debtors' Motion for Leave to File Omnibus Reply in Support of Debtors' Motion for Entry of an Order Approving Stipulated Confidentiality and Protective Order* [Docket No. 719] (the "Motion for Leave") and the *Omnibus Reply in Support of Debtors' Motion for Entry of an Order Approving Stipulated Confidentiality and Protective Order* [Docket No. 719-1] (the "Omnibus Reply") which was attached to the Motion for Leave filed on May 28, 2020, and respectfully states as follows:

      1.      On February 18, 2020 (the "Petition Date") the Debtors commenced these bankruptcy cases (the "Cases").

      2.      On March 4, 2020, the Office of the United States Trustee for the District of Delaware ("U.S. Trustee") formed (a) the Tort Claimants' Committee, which is a nine-member

---

[1] The debtors (together, the "Debtors") in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

committee of survivors of childhood sexual abuse, and (b) a five-member committee of unsecured trade creditors (the "Creditors' Committee") and, together with the TCC, the "Committees").

3. On March 5, 2020, the U.S. Trustee filed the notices of appointment with respect to the Committees [Docket Nos. 142 and 143].

4. Promptly after its appointment, the TCC began negotiating with the Debtors over the terms of the proposed *Stipulated Confidentiality and Protective Order* (the "Proposed Order"). Counsel for the Creditors' Committee and the Future Claims Representative (the "FCR") joined the negotiations shortly thereafter.

5. On May 12, 2020, after almost two months of negotiations with parties, the Debtors filed the *Motion for Entry of an Order Approving Stipulated Confidentiality and Protective Order* [Docket No. 613] (the "Motion for Protective Order"). The TCC supported the Motion for Protective Order and supported the Debtors' request that Motion for Protective Order be heard on shortened notice [Docket No. 616].

6. Upon approval of the Motion for Protective Order, the TCC will be able to share information with its members and their respective counsel, who the TCC believes will be instrumental in evaluating the documents, facts, and issues given their extensive involvement in the prepetition prosecution of abuse claims against the Debtors.

7. Separately, approval of the Motion for Protective Order will also result in the production of documents (including financial and asset-related documents) by the non-debtor Local Councils who – until now – have conditioned their production on the entry of the Protective Order. The production of documents by the Local Councils is a prerequisite to

creating the opportunity for a consensual resolution to the Cases and should not be delayed any further.

8. For the reasons set forth herein and in the Motion for Leave and the Reply, the Tort Claimants' Committee support the relief requested and respectfully request the Court to grant the Motion for Leave and approve the Motion for Protective Order. .

Dated:  May 28, 2020　　　　PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
James I. Stang (CA Bar No. 94435) (admitted *pro hac vice*)
Robert B. Orgel (CA Bar No. 10187) (admitted *pro hac vice*)
John A. Morris (NY Bar No. 2405397) (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No.271038) (admitted *pro hac vice*)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email: jstang@pszjlaw.com
　　　　rorgel@pszjlaw.com
　　　　jmorris@pszjlaw.com
　　　　joneill@pszjlaw.com
　　　　jlucas@pszjlaw.com

*Counsel for the Tort Claimants' Committee*