# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No. 613, 696, 697, 707, and 719** |

### JOINDER OF THE FUTURE CLAIMANTS' REPRESENTATIVE TO THE DEBTORS' OMNIBUS REPLY IN SUPPORT OF DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER

To the extent this Court grants the *Debtors' Motion for Leave to File Omnibus Reply in Support of Debtors' Motion for Entry of an Order Approving Stipulated Confidentiality and Protective Order* [Docket No. 719], James L. Patton, Jr., the duly-appointed legal representative for future claimants in the above-captioned matter (the "Future Claimants' Representative"), submits this joinder to the Reply attached thereto as Exhibit A (the "Debtors' Reply"),[2] and respectfully states as follows:

### JOINDER

The Future Claimants' Representative joins in the Debtors' position as set forth in the Debtors' Reply and agrees that the revisions suggested by Hartford and Century are neither necessary nor appropriate.

### CONCLUSION

WHEREFORE, the Future Claimants' Representative respectfully requests that the Court enter an order on the Motion consistent with the foregoing.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Debtors' Reply.

26562866.1

| | |
|---|---|
| Dated: May 29, 2020 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |

*/s/ Erin Edwards*
Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Sharon M. Zieg (No. 4196)
Erin Edwards (No. 4392)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: rbrady@ycst.com
   eharron@ycst.com
   szieg@ycst.com
   eedwards@ycst.com

*Counsel to the Future Claimants' Representative*

   -and-

GILBERT LLP
Kami E. Quinn
Emily P. Grim
Meredith C. Neely
700 Pennsylvania Avenue, SE, Suite 400
Washington, DC 20003
Telephone: (202) 772-2200
Facsimile: (202) 772-3333
Email: quinnk@gilbertlegal.com
   grime@gilbertlegal.com
   neelym@gilbertlegal.com

*Special Insurance Counsel to the
Future Claimants' Representative*

26562866.1