**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: June 12, 2020 at 4:00 p.m. (ET)**<br>Hearing Date: TBD |

**NOTICE OF INTERIM FEE APPLICATION**

        **PLEASE TAKE NOTICE** that on May 29, 2020, the **Combined[2] First Interim Fee Application Request of James L. Patton, Jr. as the Legal Representative for Future Claimants and Young Conaway Stargatt & Taylor, LLP as Counsel to the Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period From February 18, 2020 Through April 30, 2020** (the "Application") was filed with the United States Bankruptcy Court for the District of Delaware. In the Application, the Future Claimants' Representative seeks interim allowance of fees in the amount of $19,880.00 and expenses in the amount of $0.00 and YCST seeks interim allowance of fees in the amount of $183,254.00 and expenses in the amount of $4,750.17.

        **PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, must be filed on or before **June 12, 2020 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

        **PLEASE TAKE FURTHER NOTICE** that you must also serve a copy of the objection so as to be received by the following parties on or before the Objection Deadline: (i) the Debtors: Boy Scouts of America, 1325 West Walnut Hill Lane, Irving, Texas 75038, Attn: Steven P. McGowan; (ii) proposed counsel to the Debtors: Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019, Attn: Jessica C.K. Boelter (jboelter@sidley.com) and One South Dearborn, Chicago, Illinois 60603, Attn: Matthew E. Linder (mlinder@sidley.com); (iii) co-counsel to the Debtors: Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, Wilmington, DE 19801, Attn: Derek C. Abbott (dabbott@mnat.com); (iv) the Office of the United States Trustee: J. Caleb Boggs Federal Building, Room 2207, 844 N. King Street, Wilmington, DE 19801, Attn: David Buchbinder (david.l.buchbinder@usdoj.gov) and Hannah M. McCollum (hannah.mccollum@usdoj.gov); (v) counsel to the Official Committee of Unsecured Creditors, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, Attn: Rachael Ringer

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] In light of the fact that James L. Patton, Jr., the legal representative for future claimants (the "Future Claimants' Representative" or "FCR"), is a member of the law firm of Young Conaway Stargatt & Taylor, LLP ("YCST"), which serves as counsel to the FCR, the FCR and YCST will be submitting combined fee applications in an effort to conserve costs. The FCR's time and expense entries are distinguished from all other members of YCST.

26524217.1

(rringer@kramerlevin.com) and Megan M. Wasson (mwasson@kramerlevin.com) and Reed Smith LLP, 1201 N. Market Street, Suite 1500, Wilmington, DE 19801, Attn: Kurt F. Gwynne (kgwynne@reedsmith.com) and Katelin A. Morales (kmorales@reedsmith.com); (vi) counsel to the Tort Claimants' Committee, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: James I. Stang (jstang@pszjlaw.com) and James F. O'Neill (joneill@pszjlaw.com); (vii) counsel to the Future Claimants' Representative, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 N. King Street, Wilmington, DE 19801, Attn: Robert S. Brady (rbrady@ycst.com) and Edwin J. Harron (eharron@ycst.com); (viii) counsel to the Ad Hoc Committee of Local Councils, Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, New York 10019, Attn: Richard G. Mason (rgmason@wlrk.com) and Joseph C. Celentino (jccelentino@wlrk.com); (ix) counsel to JPMorgan Chase Bank, National Association, Norton Rose Fulbright US LLP, 2200 Ross Avenue, Dallas, Texas 75201-7932, Attn: Louis R. Strubeck (louis.strubeck@nortonrosefulbright.com) and Kristian W. Gluck (kristian.gluck@nortonrosefulbright.com) and Womble Bond Dickinson (US) LLP, 1313 N. Market Street, Suite 1200, Wilmington, DE 19801, Attn: Matthew Ward (matthew.ward@wbd-us.com) and Morgan Patterson (morgan.patterson@wbd-us.com); and (x) counsel to the County Commission of Fayette County (West Virginia), Steptoe & Johnson PLLC, Chase Tower – 8th Floor, 707 Virginia Street East, Charleston, West Virginia 25301, Attn: John Stump (john.stump@steptoe-johnson.com).

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE APPLICATION WILL BE HELD ON **A DATE AND TIME TO BE DETERMINED** BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN, U.S. BANKRUPTCY JUDGE, U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** that if you fail to respond on or before the Objection Deadline, the Court may approve the Application without further notice or hearing.

Dated: May 29, 2020                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert S. Brady*
Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Sharon M. Zieg (No. 4196)
Sara Beth A. R. Kohut (No. 4137)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: rbrady@ycst.com
          eharron@ycst.com
          szieg@ycst.com
          skohut@ycst.com

*Counsel to the Future Claimants' Representative*

26524217.1                                 2