# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

### NOTICE OF **SECOND AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 29, 2020, AT 11:00 A.M. (ET)

> This hearing will be held telephonically and by video. All parties wishing to appear must do so telephonically by contacting COURTCALL, LLC at 866-582-6878 no later than May 29, 2020, at 10:00 a.m. to sign up. Additionally, anyone wishing to appear by Zoom is invited to use the link below. All parties that will be arguing or testifying must appear by Zoom and CourtCall.
>
> PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.
>
> **Topic: Boy Scouts of America - 20-10343**
> **Time: May 29, 2020 11:00 AM Eastern Time (US and Canada)**
>
> **Join ZoomGov Meeting**
> https://debuscourts.zoomgov.com/j/1604354290
>
> **Meeting ID: 160 435 4290**
> **Password: 603467**
>
> **Join by SIP**
> 1604354290@sip.zoomgov.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2] **Amended items appear in bold.**

ORAL RULING

1.  Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date (D.I. 204, Filed 3/17/20).

    Status:  Evidentiary hearing for this matter took place on May 4, 2020, followed by oral argument on May 6, 2020.  At the Court's direction, Judge Silverstein will give her oral ruling on this matter at the hearing.

MATTER GOING FORWARD

2.  Debtors' Motion for Entry of an Order Approving Stipulated Confidentiality and Protective Order (D.I. 613, Filed 5/12/20).

    Objection Deadline:  May 26, 2020, at 12:00 p.m. (ET).  Extended to May 27, 2020, at 11:00 a.m. (ET) for Hartford Accident and Indemnity Company, Century Indemnity Company, Chubb Custom Insurance Company, Allianz Global Risks US Insurance Company, National Surety Corporation, Liberty Mutual Insurance Company, and AIG.

    Responses Received:

    a)  Informal comments from the Office of the United States Trustee;

    b)  Informal comments from the Official Committee of Tort Claimants;

    c)  Informal comments from the Official Committee of Unsecured Creditors;

    d)  Informal comments from the Future Claimants' Representative;

    e)  Informal comments from the Ad Hoc Committee of Local Councils of the Boy Scouts of America;

    f)  Informal comments from Hartford Accident and Indemnity Company;

    g)  Informal comments from Century Indemnity Company and Chubb Custom Insurance Company;

    h)  Informal comments from JPMorgan Chase Bank, National Association;

    i)  The United States Trustee's Objection to Debtors' Motion to Shorten Notice of Debtors' Motion for Entry of an Order Approving Stipulated Confidentiality and Protective Order (D.E. 614) (D.I. 615, Filed 5/13/20);

j) Joinder of the Tort Claimants' Committee in the Debtors' Motion for Entry of an Order Approving Stipulated Confidentiality and Protective Order and Motion to Shorten Notice Regarding the Same (D.I. 616, Filed 5/13/20);

k) Joinder of the Creditors' Committee to the Debtors' Motion for Entry of an Order Approving Stipulated Confidentiality and Protective Order (D.I. 665, Filed 5/17/20);

l) Objection of Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company to Debtors' Motion for Entry of an Order Approving Stipulated Confidentiality and Protective Order (D.I. 696, Filed 5/27/20);

m) Century's Objection to Debtors' Motion for Entry of an Order Approving Confidentiality and Protective Order [Dkt. 613] (D.I. 697, Filed 5/27/20);

n) Declaration of Janine Panchok-Berry in Support of Century's Objection to Debtors' Motion for Entry of an Order Approving Confidentiality and Protective Order [Dkt. 613] (D.I. 698, Filed 5/27/20);

o) APPENDIX A Redline Between Debtors' and Century's Proposed Confidentiality and Protective Orders (D.I. 700, Filed 5/27/20);

p) Joinder by Allianz Global Risks US Insurance Company and National Surety Corporation to Objection of Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company to Debtors' Motion for Entry of an Order Approving Stipulated Confidentiality and Protective Order (D.I. 707, Filed 5/27/20);

**q) Joinder of the Tort Claimants' Committee in the Debtors' Motion for Leave to File Omnibus Reply in Support of Debtors' Motion for Entry of an Order Approving Stipulated Confidentiality and Protective Order and in Underlying Omnibus Reply (D.I. 721, Filed 5/28/20); and**

**r: Joinder to the Debtors' Omnibus Reply in Support of Debtors' Motion for Entry of an Order Approving Stipulated Confidentiality and Protective Order (D.I. 722, Filed 5/29/20).**

Related Pleadings:

a) Motion to Shorten Notice of Debtors' Motion for Entry of an Order Approving Stipulated Confidentiality and Protective Order (D.I. 614, Filed 5/12/20);

    b)      Notice of Hearing of the Debtors' Motion for Entry of an Order Approving Stipulated Confidentiality and Protective Order (D.I. 642, Filed 5/15/20);

    c)      Certification of Counel Regarding Debtors' Motion for Entry of an Order Approving Stipulated Confidentiality and Protective Order (D.I. 714, Filed 5/28/20); and

    d)      Debtors' Motion for Leave to File Omnibus Reply in Support of Debtors' Motion for Entry of an Order Approving Stipulated Confidentiality and Protective Order (D.I. 719, Filed 5/28/20).

Status: This matter is going forward. The Debtors have resolved all open comments provided by the U.S. Trustee and have accepted significant revisions proposed by various insurers. The U.S. Trustee, Official Committee of Tort Claimants, Official Committee of Unsecured Creditors, Future Claimants' Representative, and Ad Hoc Committee of Local Councils consent to entry of the revised Stipulated Confidentiality and Protective Order.

STATUS CONFERENCE

3.      Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief (D.I. 17, Filed 2/18/20).

Objection Deadline: March 11, 2020, at 4:00 p.m. (ET). Extended to April 1, 2020, at 4:00 p.m. for the Official Committee of Unsecured Creditors, the Official Committee of Tort Claimants, the Future Claimants' Representative, and JPMorgan Chase Bank, National Association.

Responses Received:

    a)      Informal comments from JPMorgan Chase Bank, National Association;

    b)      Limited Objection of Creditors First State Insurance Company and Twin City Fire Insurance Company and Party in Interest Hartford Accident and Indemnity Company to Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief (D.I. 161, Filed 3/11/20);

    c)      Laraine Kelley, Esq. Affidavit in Opposition to (I) the BSA's motion for a preliminary injunction; and (II) the BSA's motion for an order appointing a judicial mediator (D.I. 164, Filed 3/11/20);

    d)      National Surety Corporation's Partial Joinder to Limited Objection of Creditors First State Insurance Company and Twin City Fire Insurance Company and Party in Interest Hartford Accident and Indemnity Company

|   |   |
|---|---|
| | to Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief (D.I. 166, Filed 3/11/20); |
| e) | Attorney Affidavit (D.I. 171, Filed 3/13/20); |
| f) | Allianz Global Risks US Insurance Company's Partial Joinder to Limited Objection of Creditors First State Insurance Company and Twin City Fire Insurance Company and Party in Interest Hartford Accident and Indemnity Company to Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief (D.I. 316, Filed 3/31/20); |
| g) | Limited Objection and Partial Joinder in Part to Limited Objection of Creditors First State Insurance Company and Twin City Fire Insurance Company and Party in Interest Hartford Accident and Indemnity Company to Debtors' Motions for Entry of an Order (1) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief (D.I. 388, Filed 4/10/20); |
| h) | Supplemental Brief in Support of Century's Objection to Debtors' Motion for Entry of Revised Mediation Order Filed on May 15, 2020 [Dkt. 640] Seeking (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief (D.I. 646, Filed 5/15/20); |
| i) | Declaration of Janine Panchok-Berry in Support of Century's Supplemental Brief in Support of Century's Objection to Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief (D.I. 647, Filed 5/15/20); |
| j) | Motion for Leave to File Supplemental Memorandum in Support of the Limited Objection of Creditors First State Insurance Company and Twin City Fire Insurance Company and Party in Interest Hartford Accident and Indemnity Company to Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief (D.I. 648, Filed 5/15/20); |
| k) | Declaration of Abigail W. Williams in Support of the Supplemental Brief in Support of the Limited Objection of Creditors First State Insurance Company and Twin City Fire Insurance Company and Party in Interest Hartford Accident and Indemnity Company to Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain |

        Matters to Mandatory Mediation, and (III) Granting Related Relief ([D.I. 650](#), Filed 5/15/20);

l)   Joinder to Limited Objection of Creditors First State Insurance Company and Twin City Fire Insurance Company and Party in Interest Hartford Accident and Indemnity Company to Debtors' Motion for Entry of an Order (I) Appointing Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief ([D.I. 652](#), Filed 5/15/20); and

m)   Joinder by Allianz Global Risks US Insurance Company and National Surety Corporation to the Hartford and Century Objections to Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief ([D.I. 658](#), Filed 5/15/20); and

n)   Century's Status Report on Debtors' Mediation Motion (Dkt. 17) ([D.I. 713](#), Filed 5/28/20).

<u>Related Pleadings</u>:

a)   Notice of Hearing of the Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief ([D.I. 107](#), Filed 2/26/20);

b)   Debtors' Motion for Leave to File Debtors' Reply in Support of Their Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief ([D.I. 617](#), Filed 5/13/20);

c)   Notice of Filing of Revised Mediation Order ([D.I. 640](#), Filed 5/15/20);

d)   Declaration of Adrian C. Azer in Support of Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief ([D.I. 664](#), Filed 5/17/20);

e)   Declaration of Paul A. Finn, Mediator, Pursuant to Rule 2014 of the Federal Rules of Bankruptcy Procedure with Respect to Debtors' Motion for Entry of an Order (I) Appointing Mediators, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief ([D.I. 710](#), Filed 5/28/20);

f)   Declaration of Timothy V.P. Gallagher Pursuant to Rule 2014 of the Federal Rules of Bankruptcy Procedure with Respect to Debtors' Motion

        for Entry of an Order (I) Appointing Mediators, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief (D.I. 711, Filed 5/28/20); and

g)    Declaration of Eric D. Green in Connection with Debtors' Motion for Entry of an Order (I) Appointing Mediators, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief (D.I. 712, Filed 5/28/20).

<u>Status</u>: This matter is going forward as a status conference.

| | |
|---|---|
| Dated:  May 29, 2020<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/  Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:   (302) 425-4664<br>Email:  dabbott@mnat.com<br>            aremming@mnat.com<br>            emoats@mnat.com<br>            ptopper@mnat.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Jessica C. K. Boelter (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone:  (212) 839-5300<br>Email:  jboelter@sidley.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Thomas A. Labuda (admitted *pro hac vice*)<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone:  (312) 853-7000<br>Email:  tlabuda@sidley.com<br>            mandolina@sidley.com<br>            mlinder@sidley.com<br><br>CO-COUNSEL AND PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION |