# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Ref. Docket Nos. 714** |

## NOTICE OF FILING OF REVISED ORDER APPROVING
## STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On May 12, 2020, the Debtors filed the *Debtors' Motion for Entry of an Order Approving Stipulated Confidentiality and Protective Order* (D.I. 613) (the "Motion").

2. On May 27, 2020, Hartford Accident Indemnity Company ("Hartford") and Century Indemnity Company ("Century") filed objections to the Motion (D.I. 696 & 697). That same day, Allianz Global Risks US Insurance Company and National Surety Corporation (together, "Allianz") filed a joinder to Hartford's objection (D.I. 707).

3. On May 28, 2020, the Debtors filed the *Certification of Counsel Regarding Debtor's Motion for Entry of an Order Approving Stipulated Confidentiality and Protective Order* [Docket No. 714] (the "Protective Order COC").[2] Attached as Exhibit A to the Protective Order COC was a proposed order approving the revised Confidentiality and Protective Order (the "Revised Protective Order").

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Protective Order COC.

4. Through continued negotiations, the Debtors have resolved Hartford's objection and Allianz's joinder through additional language in the Revised Protective Order.

5. Attached hereto as **Exhibit A** is the proposed order approving the further revised Stipulated Protective Order (the "Further Revised Protective Order").

6. Attached hereto as **Exhibit B** is a redline comparing the Further Revised Protective Order with the Revised Protective Order.

7. The Tort Claimants' Committee, the Creditors' Committee, the FCR, the Ad Hoc Committee of Local Councils, Hartford and Allianz have each approved the Further Revised Protective Order and support the Court's entry of the Further Revised Protective Order.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: May 29, 2020<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Eric W. Moats*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 425-4664<br>Email: dabbott@mnat.com<br>     aremming@mnat.com<br>     emoats@mnat.com<br>     ptopper@mnat.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Jessica C. K. Boelter (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-5300<br>Email: jboelter@sidley.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Thomas A. Labuda (admitted *pro hac vice*)<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Email: tlabuda@sidley.com<br>     mandolina@sidley.com<br>     mlinder@sidley.com<br><br>CO-COUNSEL AND PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION |