# EXHIBIT B

# COMMITTEE CHAIR DECLARATION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

**DECLARATION OF JOHN HUMPHEY, COMMITTEE CHAIR,
IN SUPPORT OF APPLICATION OF THE OFFICIAL TORT CLAIMANTS'
COMMITTEE PURSUANT TO SECTIONS 328 AND 1103 OF THE BANKRUPTCY
CODE, RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
AND LOCAL RULE 2014-1 FOR AUTHORIZATION TO EMPLOY AND RETAIN
PASICH LLP AS INSURANCE COUNSEL EFFECTIVE AS OF MAY 12, 2020**

John Humphrey, as Committee Chair, declares under penalty of perjury as follows:

1. I am a member of the Official Tort Claimants' Committee (the "TCC") appointed in the chapter 11 cases of the above-captioned debtors and debtors-in-possession (collectively the "Debtors"). I have been selected as the Chair of the TCC and am authorized to submit this declaration (the "Declaration") in support of the *Application of the Official Tort Claimants' Committee Pursuant to Sections 328 and 1103 of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pasich LLP as Insurance Counsel Effective as of May 12, 2020 (*the "Application").[2]

**The Committee's Selection of Pasich LLP as Insurance Counsel**

2. Pasich LLP ("Pasich" or the "Firm") is proposed to serve as insurance counsel to the TCC. The TCC recognizes that a review process is necessary in managing

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

counsel to ensure that bankruptcy professionals are subject to the same scrutiny and accountability as professionals in non-bankruptcy engagements.

3. On March 4, 2020 the United States Trustee (the "U.S. Trustee") formed the Tort Claimants' Committee consisting of nine survivors of childhood sexual abuse.

4. On May 12, 2020, the Committee voted to retain the Pasich as its insurance counsel, subject to Court approval.

## Rate Structure

5. In my capacity as Committee Chair, I am responsible, along with the other committee members, for supervising counsel. The current standard hourly rates for Pasich professionals and paraprofessionals presently designated to represent the Tort Claimants' Committee range from $300 to $1,375 per hour. Pasich has agreed to provide the services of its professionals and paraprofessionals at 80% of their regular rates, with the exception of Kirk Pasich, whose rate for this engagement will be $975 per hour rather than his standard rate of $1,375 per hour. Therefore, the hourly rates for this engagement are:

   g. Partners            $480-$975
   h. Associates          $240-$460
   i. Paraprofessionals   $230

6. I understand that the hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions.

7. I understand that the hourly rates set forth above are discounted from Pasich's standard hourly rates for work of this nature and that these rates are set at a level

2

designed to fairly compensate Pasich for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses.  Pasich does not bill its clients for overhead, telephone, facsimile or routine copying charges.  The costs that Pasich bills its clients include, but are not limited to, major photocopying charges, courier and overnight delivery charges, travel expenses (including mileage, parking, airfare, lodging, meals, and ground transportation), costs incurred in computerized research and litigation support systems, filing fees, witness fees and the costs of any third parties to the extent such costs are paid initially by the Firm.  Services by third parties may include consulting or testifying experts, investigators, providers of computerized litigation support, video tape services and court reporters.

8.     I also understand that Pasich will charge the Tort Claimants' Committee for these expenses in a manner and at rates consistent with charges made generally to Pasich's other clients and within the guidelines set forth in Local Rule 2016-1, and all amendments and standing orders of the Court.

**Cost Supervision**

9.     The TCC will approve any prospective budget and staffing plan, recognizing that, in the course of large chapter 11 cases like these cases, it is possible that there may be a number of unforeseen fees and expenses that will need to be addressed by the TCC and Pasich.  The members of the Tort Claimants' Committee further recognize that it is their responsibility to closely monitor the billing practices of their counsel to ensure the fees and expenses paid by the estates remain consistent with the Tort Claimants' Committee's expectations and the exigencies of the cases.  The Tort Claimants' Committee will continue to

3

review the invoices that Pasich regularly submits, and, together with Pasich, periodically amend any budget and staffing plans, as the case develops.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: ____5/29____, 2020     THE OFFICIAL TORT CLAIMANTS'
COMMITTEE OF THE BOY SCOUTS OF
AMERICA AND DELAWARE BSA, LLC

By: _____
Name: John Humphrey

Solely in his capacity as Chair of the Official Tort Claimants' Committee of the Boy Scouts of America and Delaware BSA, LLC

4