# Exhibit A

## Summary of Time Detail by Task

*Exhibit A*

**Boy Scouts of America and Delaware BSA, LLC**
**Summary of Time Detail by Task**
**February 18, 2020 through April 30, 2020**

| *Task Description* | *Sum of Hours* | *Sum of Fees* |
|---|---:|---:|
| Bankruptcy Support | 373.5 | $259,630.00 |
| Cash | 317.0 | $220,287.50 |
| Contracts | 28.1 | $20,622.50 |
| Court | 72.8 | $66,342.50 |
| Employee | 1.4 | $1,315.00 |
| Fee Applications | 26.0 | $12,462.50 |
| Financial Analysis | 230.5 | $153,405.00 |
| Info Req | 319.5 | $245,527.50 |
| Litigation | 63.2 | $36,020.00 |
| MOR | 61.6 | $40,922.50 |
| Motions/Orders | 256.9 | $164,785.00 |
| Retention | 15.1 | $10,842.50 |
| Statement & Schedules | 890.3 | $505,602.50 |
| Status Meeting | 84.8 | $63,332.50 |
| Travel | 14.0 | $12,450.00 |
| Vendor Management | 212.6 | $146,092.50 |
| **Subtotal** | **2,967.3** | **$1,959,640.00** |
| **Voluntary Reduction** | **(32.6)** | **($21,745.00)** |
| **Total** | **2,934.7** | **$1,937,985.00** |