## Exhibit B

**Summary of Time Detail by Professional**

*Exhibit B*

### Boy Scouts of America and Delaware BSA, LLC
### Summary of Time Detail by Professional
### February 18, 2020 through April 30, 2020

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---:|---:|---:|
| Brian Whittman | Managing Director | $1,025.00 | 243.7 | $249,792.50 |
| Erin Covington | Managing Director | $925.00 | 76.5 | $70,762.50 |
| Erin McKeighan | Managing Director | $850.00 | 236.9 | $201,365.00 |
| Trevor Phillips | Managing Director | $725.00 | 2.5 | $1,812.50 |
| Tina Pederson | Senior Director | $600.00 | 2.7 | $1,620.00 |
| Carl Binggeli | Director | $725.00 | 540.3 | $391,717.50 |
| Mark Zeiss | Director | $675.00 | 1.8 | $1,215.00 |
| Robert Edgecombe | Director | $525.00 | 17.0 | $8,925.00 |
| April Kirksey | Director | $500.00 | 11.0 | $5,500.00 |
| Alden Katagihara | Manager | $475.00 | 9.6 | $4,560.00 |
| Ryan Walsh | Senior Associate | $650.00 | 539.9 | $350,935.00 |
| Ben Jackson | Senior Associate | $425.00 | 27.0 | $11,475.00 |
| Julio Cifuentes | Associate | $575.00 | 317.3 | $182,447.50 |
| Trevor DiNatale | Consultant | $550.00 | 167.0 | $91,850.00 |
| Emily Raab | Consultant | $525.00 | 405.2 | $212,730.00 |
| Gerard Gigante | Analyst | $475.00 | 353.6 | $167,960.00 |
| Nicole Vander Veen | Paraprofessional | $325.00 | 15.3 | $4,972.50 |
| | | *Subtotal* | 2,967.3 | $1,959,640.00 |
| | | *Voluntary Reduction* | (32.6) | ($21,745.00) |
| | | *Total* | 2,967.3 | $1,937,895.00 |