## **Exhibit C**

**Summary of Expense Detail by Category**

*Exhibit C*

*Boy Scouts of America and Delaware BSA, LLC*
*Summary of Expense Detail by Category*
*February 18, 2020 through April 30, 2020*

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Airfare | $14,171.71 |
| Lodging | $11,173.78 |
| Meals | $2,337.35 |
| Miscellaneous | $749.04 |
| Transportation | $3,192.79 |
| *Total* | $31,624.67 |