# Exhibit A

## Customary and Comparable Compensation Disclosures

**Customary and Comparable Compensation Disclosures for Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**

The blended hourly rate of the Ogletree Deakins timekeepers (including both professionals and paraprofessionals) who have billed time to the Debtors during the Application Period was approximately $387 per hour (the "Debtor Blended Rate").[5]

A detailed comparison of the Debtor Blended Rate is set forth in the chart below.

| Category of Timekeeper | Debtor Blended Rate |
|---|---|
| Partner | $577 |
| Senior Counsel/Counsel | $428 |
| Associate | $333 |
| Junior Associate | $324 |
| Paraprofessional | $188 |
| Support Staff | $152 |
| **Aggregate** | **$334** |

---

[5] Ogletree Deakins calculated the Debtor Blended Rate by dividing the total amount billed by Ogletree Deakins's timekeepers to the Debtors during the Application Period by the total hours billed by such timekeepers to the Debtors during the Application Period. The Debtor Blended Rate does not include fees and corresponding hours voluntarily reduced by Ogletree Deakins prior to submission of the relevant fee applications.