**Exhibit B**

**Interim Application Summary**

**Cover Sheet of Fee Application (UST Guidelines Exhibit E)**

| SUMMARY OF FIRST INTERIM APPLICATION | |
|---|---|
| Name of Applicant | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| Name of Client | Boy Scouts of America and Delaware BSA, LLC |
| Time period covered by Second Interim Application | February 18, 2020 to April 30, 2020 |
| Total compensation sought during the Application Period | $539,072.90 |
| Total expenses sought during the Application Period | $2,052.38 |
| Petition Date | February 18, 2020 |
| Retention Date | April 8, 2020 *nunc pro tunc* to February 18, 2020 |
| Date of order approving employment | April 8, 2020 |
| Total compensation approved by interim order to date | $0 |
| Total expenses approved by interim order to date | $0 |
| Total allowed compensation paid to date | $0 |
| Total allowed expenses paid to date | $0 |
| Blended rate in the 1st Interim Application for all attorneys | $469 |
| Blended rate in the 1st Interim Application for all timekeepers | $387 |
| Compensation sought in the 1st Interim Application already paid pursuant to a monthly compensation order but not yet allowed | $0 |
| Expenses sought in the 1st Interim Application already paid pursuant to a monthly compensation order but not yet allowed | $0 |
| Number of professionals included in the 1st Interim Application | 42 |
| If applicable, number of professionals in the 1st Interim Application not included in staffing plan approved by client | Not applicable. |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | Not applicable. |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 31 |
| Are any rates higher than those approved or disclosed at retention? | No |

**Staffing Across All Matter Categories for the Period from February 18, 2020 to and Including April 30, 2020**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work Across All Matter Categories During the Application Period | Average Hourly Rate[6] |
|---|---|---|
| Partner | 19 | $513.16 |
| Senior Counsel/Counsel | 7 | $422.86 |
| Associate (>3 years since first admission) | 6 | $379.17 |
| Jr. Associate (1–3 years since first admission) | 2 | $350.00 |
| Paraprofessionals | 5 | $206.00 |
| Support Staff | 3 | $220.00 |
| **Total Attorney** | **34** | **$461.32** |
| **Total Non-Attorney** | **8** | **$211.25** |
| **Total** | **42** | **$387.00** |

---

[6] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of chargeable hours worked by, each timekeeper over the course of the chapter 11 cases.