**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br>**Hearing Date**:<br>**July 9, 2020, at 10:00 a.m. (ET)**<br>**Objection Deadline:**<br>**June 12, 2020, at 4:00 p.m. (ET)** |

**FIRST INTERIM FEE APPLICATION OF MORRIS, NICHOLS, ARSHT & TUNNELL LLP, AS BANKRUPTCY CO-COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF MONTHLY COMPENSATION AND FOR MONTHLY REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD FEBRUARY 18, 2020 THROUGH APRIL 30, 2020**

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (D.I. 341) (the "Compensation Order"), Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols") hereby submits its first interim fee application request, as bankruptcy co-counsel for the above-captioned debtors and debtors in possession (the "Debtors"), for allowance of monthly compensation and for monthly reimbursement of all actual and necessary expenses incurred for the period of February 18, 2020, through and including April 30, 2020 (the "Application Period"). Exhibits A, B, and C attached hereto, contain certain schedules pursuant to the Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases (the "UST Guidelines"). In addition, Morris Nichols respectfully states as follows to address the questions set forth under paragraph C.5 of the UST Guidelines:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

a.  Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain. **No**.

b.  If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client? **The Debtors intend to work on developing a proposed budget for these cases. Morris Nichols does not anticipate that the fees sought in this application will be higher by 10% or more of any budget. The Debtors further anticipate that the budget will be prepared in advance of filing any second interim fee applications.**

c.  Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? **No**.

d.  Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.). If so, please quantify by hours and fees. **No. Morris Nichols reserves the right to seek such fees in subsequent applications**.

e.  Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees. **No**.

f.  If the fee application includes any rate increases since retention: (i) Did your client review and approve those rate increases in advance? and (ii) Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11–458? **Not Applicable**

Morris Nichols seeks approval for the following fee applications that were filed in the Application Period:

2

| Fee Application Filing Date, Docket No. | Period Covered By Application | Total Fees Requested | Total Expenses Requested | Certification of No Objection, Filing Date, Docket No. | Amount of Fees Allowed/To be Allowed (80%) | Amount of Expenses Allowed/To be Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 4/16/2020 D.I. 446 | 2/18/20-2/29/20 | $177,605.00 | $11,193.94 | 5/4/2020 D.I. 547 | $142,084.00 | $11,193.94 | $35,521.00 |
| 5/27/2020 D.I. 703 | 3/1/20-3/31/20 | $231,907.50 | $7,205.25 | Pending | $185,526.00 | $7,205.25 | $46,381.50 |
| 5/27/2020 D.I. 705 | 4/1/20-4/30/20 | $104,709.50 | $4,204.58 | Pending | $83,767.60 | $4,204.58 | $20,941.90 |
| **TOTAL** | | **$514,222.00** | **$22,603.77** | | **$411,377.60** | **$22,603.77** | **$102,844.40** |

In accordance with the Compensation Order, Morris Nichols seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee applications and payment by the Debtors of the amounts requested in such fee applications in full.

WHEREFORE, Morris Nichols respectfully requests that the Court approve the full amount of fees and expenses requested in the above-referenced fee applications, payment by the Debtors of the amounts requested in such fee applications in full, and such other and further relief as is just and proper.

[Remainder of the Page Intentionally Left Blank]

| | |
|---|---|
| Dated: May 29, 2020<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:   (302) 425-4664<br>Email:  dabbott@mnat.com<br>            aremming@mnat.com<br>            emoats@mnat.com<br>            ptopper@mnat.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Jessica C. K. Boelter (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone:  (212) 839-5300<br>Email:  jboelter@sidley.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Thomas A. Labuda (admitted *pro hac vice*)<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone:  (312) 853-7000<br>Email:  tlabuda@sidley.com<br>            mandolina@sidley.com<br>            mlinder@sidley.com<br><br>CO-COUNSEL AND PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION |

**CUMULATIVE COMPENSATION SUMMARY BY PROFESSIONAL**

**BOY SCOUTS OF AMERICA**
**(Case No. 20-10343 (LSS))**
**February 18, 2020 through April 30, 2020**

| Name of Professional | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Judson R. Scaggs, Jr. | Partner/Corporate Litigation. Partner since 1997. Joined firm as an associate in 1990. Member of the DE Bar since 1989. | 1,025 | 0.8 | 820.00 |
| Derek C. Abbott | Partner/Bankruptcy. Partner since 2003. Joined firm as an associate in 1995. Member of the DE Bar since 1995. | 925 | 99.5 | 92,037.50 |
| Donna Culver | Partner/Bankruptcy. Partner since 2003. Joined firm as an associate in 1995. Member of the DE Bar since 1995. | 875 | 13.1 | 11,462.50 |
| Andrew R. Remming | Partner/Bankruptcy. Partner since 2016. Joined firm as an associate in 2008. Member of the DE Bar since 2008. | 800 | 110.3 | 88,240.00 |
| Matthew B. Harvey | Partner/Bankruptcy. Partner since 2020. Joined firm as associate from 2008 to Sept. 2013; rejoined the firm as an associate in Nov. 2014. Member of the DE Bar since 2008. | 750 | 1.0 | 750.00 |
| Tamara K. Mann | Associate/Bankruptcy. Joined the firm as an associate in 2011. Member of the DE Bar since 2011. | 685 | 8.2 | 5,617.00 |
| Joseph C. Barsalona II | Associate/Bankruptcy. Joined the firm as an associate in 2018. Member of the NJ Bar since 2012. Member of the DE Bar since 2015. | 665 | 95.1 | 63,241.50 |
| Eric Moats | Associate/Bankruptcy. Joined the firm as an associate in 2017. Member of the DE Bar since 2017. | 535 | 179.7 | 96,139.50 |
| Paige N. Topper | Associate/Bankruptcy. Joined the firm as an associate in 2017. Member of the DE Bar since 2017. | 510 | 131.3 | 66,963.00 |

| Name of Professional | Position of the Applicant, Area of Expertise, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Taylor M. Haga | Associate/Bankruptcy. Joined the firm as an associate in 2018. Member of the DE Bar since 2018. | 475 | 68.6 | 32,585.00 |
| Aubrey J. Morin | Associate/Corporate Litigation. Joined the firm as an associate in 2018. Member of the DE Bar since 2018. | 475 | 1.0 | 475.00 |
| Andrew Workman | Associate/Bankruptcy. Joined the firm as an associate in 2019. Member of the DE Bar since 2019. | 435 | 0.9 | 391.50 |
| Joseph Halsey | Associate/Bankruptcy. Joined the firm as an associate in 2019. Member of the DE Bar since 2019. | 435 | 1.8 | 783.00 |
| A. Gage Whirley | Associate/Corporate Litigation. Joined the firm as an associate in 2019. Member of the DE Bar since 2019. | 435 | 1.2 | 522.00 |
| Desiree M. Vale | Paralegal | 335 | 6.1 | 2,043.50 |
| Glenn W. Reimann | Paralegal | 335 | 106.0 | 35,510.00 |
| Megan Leyh | Paralegal | 335 | 12.0 | 4,020.00 |
| Emily Malafronti | Paralegal | 335 | 23.0 | 7,705.00 |
| Byron Poland | Litigation Support | 325 | 0.2 | 65.00 |
| Theresa M. Naimoli | Legal Assistant | 315 | 12.2 | 3,843.00 |
| Mary C. Hall | Legal Assistant | 315 | 0.8 | 252.00 |
| Billie M. Springart | Legal Assistant | 315 | 1.9 | 598.50 |
| Cherie Hare | Legal Assistant | 315 | 0.5 | 157.50 |
| **Total** | | **587.55** | **875.2** | **$514,222.00** |
| **GRAND TOTAL: $514,222.00** | | | | |
| **BLENDED RATE: $587.55** | | | | |
| **ATTORNEY BLENDED RATE: $645.65** | | | | |

6

**CUMULATIVE COMPENSATION BY PROJECT CATEGORY**
**BOY SCOUTS OF AMERICA**
**(Case No. 20-10343 (LSS))**
**February 18, 2020 through April 30, 2020**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 103.4 | 49,753.50 |
| Asset Dispositions/363 Sales | 0.5 | 386.50 |
| Automatic Stay Matters | 76.4 | 47,032.50 |
| Creditor Communications and Meetings | 36.4 | 26,042.50 |
| Fee Applications (MNAT - Filing) | 7.8 | 3,492.50 |
| Fee Applications (Others - Filing) | 12.1 | 7,120.00 |
| Executory Contracts/Unexpired Leases | 15.6 | 8,797.00 |
| Other Contested Matters | 38.7 | 25,459.00 |
| Employee Matters | 5.9 | 3,416.50 |
| Financing Matters/Cash Collateral | 47.2 | 32,289.00 |
| Tax Matters | 5.1 | 2,720.00 |
| Utility Matters | 4.4 | 2,444.00 |
| Vendor/Supplier Matters | 7.0 | 4,020.50 |
| Court Hearings | 193.9 | 106,208.50 |
| Claims Objections and Administration | 8.9 | 4,925.50 |
| Plan and Disclosure Statement | 3.0 | 1,982.50 |
| Litigation/Adversary Proceedings | 99.8 | 64,588.50 |
| Professional Retention (MNAT - Filing) | 28.8 | 14,835.00 |
| Professional Retention (MNAT - Objections) | 6.6 | 3,330.00 |
| Professional Retention (Others - Filing) | 65.9 | 35,898.50 |
| Professional Retention (Others - Objections) | 28.4 | 17,678.00 |
| General Case Strategy | 63.8 | 43,516.50 |
| Schedules/SOFA/U.S. Trustee Reports | 15.6 | 8,285.50 |
| **TOTAL** | **875.2** | **$514,222.00** |

## CUMULATIVE EXPENSE SUMMARY

## BOY SCOUTS OF AMERICA
(Case No. 20-10343 (LSS))
February 18, 2020 through April 30, 2020

| Expense Category | Total Expenses |
|---|---:|
| Pacer | 1,044.00 |
| In-House Printing - black & white | 2,256.20 |
| In-House Printing - color | 1,373.60 |
| In-House Duplicating | 1,854.20 |
| In-House Duplicating - color | 880.00 |
| Photos/Art/Spec Duplicating-Out of Office | 3,807.20 |
| Courier/Delivery Service | 391.72 |
| Meals | 2,739.71 |
| Conference Calls | 2,270.07 |
| Court Costs | 597.00 |
| Transcripts | 3,441.70 |
| Secretarial Overtime | 183.27 |
| Computer Research - Westlaw | 305.33 |
| Use of Facilities/Equipment | 1,098.00 |
| Messenger Service | 40.00 |
| Supplemental Tech Trial Support Services | 115.41 |
| Computer Research - Westlaw | 189.57 |
| Support Staff Overtime | 16.79 |
| **Grand Total Expenses** | **$22,603.77** |