## Exhibit C

**Staffing Plan**

**Application Period Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work Across Matters During the Budget Period | Number of Timekeepers Actually Performing Work During the Budget Period | Projected Average Hourly Rate | Actual Average Hourly Rate |
|---|---|---|---|---|
| Partner | 4 | 5 | $906.25 | $860.30 |
| Associate | 5 | 9 | $532.00 | $546.78 |
| Special Counsel | 0 | 0 | $0 | $0 |
| Other Professionals | 3 | 9 | $328.30 | $333.09 |