**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Hearing Date: July 9, 2020 at 10:00 a.m. (ET)<br>Objection Deadline: June 12, 2020 at 4:00 p.m. (ET) |

**FIRST INTERIM FEE APPLICATION REQUEST OF HAYNES AND BOONE, LLP, AS SPECIAL INSURANCE COUNSEL FOR THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 18, 2020 TO AND INCLUDING APRIL 30, 2020**

In accordance with the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [Docket No. 341] (the "Compensation Procedures Order"), Haynes and Boone, LLP ("Haynes and Boone"), hereby submits its *First Interim Fee Application Request of Haynes and Boone, LLP, as Special Insurance Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 18, 2020 to and Including April 30, 2020* (the "Application Period").[2] **Exhibits A**, **B**, and **C** attached hereto, contain certain schedules pursuant to the *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "UST Guidelines"). In addition, Haynes and Boone respectfully states as follows to address the questions set forth under paragraph C.5 of the UST Guidelines:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Exhibits A and B attached to the monthly application (Docket No. 660) contains detailed listings of Haynes and Boone's requested fees and requested expenses for the Application Period.

a. Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the Application Period? If so, please explain. **No, we did not agree to any variations from, or alternatives to, our standard and customary billing rates, fees and terms for services pertaining to this engagement.**

b. If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client? **The Debtors intend to work on developing a proposed budget for these cases. Haynes and Boone does not anticipate that the fees sought in this application will be higher by 10% or more of any budget. The Debtors further anticipate that the budget will be prepared in advance of filing any second interim fee applications.**

c. Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? **No.**

d. Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application). If so, please quantify by hours and fees. **No, this fee application does not include time or fees related to reviewing or revising time records, or preparing, reviewing or revising invoices (except as allowed to prepare a fee application).**

    e.    Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees. **No, this fee application does not include time records to redact any privileged or other confidential information.**

    f.    If the fee application includes any rate increases since retention: (i) Did your client review and approve those rate increases in advance? (ii) Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458? **This fee application does not include any rate increases since Haynes and Boone LLP's retention was approved by the Court.**

Haynes and Boone seeks approval for the following fee applications that were filed in the Application Period:

| Fee Statement Period, Docket # & Filing Date | Total Fees Requested | Total Expenses Requested | CNO Date & Docket # | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|
| 2/18/20 - 4/30/20 D.I. 660 5/15/20 | $310,541.00 | $1,185.14 | N/A | N/A | N/A | $62,108.20 |
| Total | $310,541.00 | $1,185.14 | | | | $62,108.20 |

In accordance with the Compensation Procedures Order, Haynes and Boone seeks interim approval of the full amount of the fees and expenses requested in the above-referenced fee applications and payment by the Debtors of the amounts requested in such fee applications in full.

WHEREFORE, Haynes and Boone respectfully requests that the Court approve the full amount of fees and expenses requested in the above-referenced fee applications, payment by the Debtors of the amounts requested in such fee applications in full, and such other and further relief as is just and proper.

Dated: May 29, 2020
       Wilmington, Delaware

**HAYNES AND BOONE, LLP**

*/s/ Ernest Martin, Jr.*
Ernest Martin, Jr.
Partner
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: 214.651.5000
Email: Ernest.Martin@haynesboone.com

SPECIAL INSURANCE COUNSEL TO THE
DEBTORS AND DEBTORS IN POSSESSION

## SUMMARY OF TOTAL FEES AND HOURS
## BY ATTORNEYS AND PARAPROFESSIONALS

| Name | Position Area of Expertise | Year of Admission / Years of Experience | Hourly Billing Rate | Total Hours Billed[1] | Total Compensation |
|---|---|---|---|---|---|
| Ernest Martin, Jr. | Partner/Insurance Litigation | 1987 / 33 | $975 | 54.4 | $53,040.00 |
| Adrian Azer | Partner/Insurance Litigation | 2003 / 17 | $700 | 224.9 | $157,430.00 |
| Andrew Guthrie | Associate/Business Litigation | 2011 / 9 | $700 | 2.5 | $1,750.00 |
| Mike Stoner | Associate/Insurance Litigation | 2009 / 11 | $630 | 19.5 | $12,285.00 |
| Carla Green | Associate/Insurance Litigation | 2015 / 5 | $560 | 132.4 | $74,144.00 |
| Brittany Parks | Associate/Insurance Litigation | 2016 / 4 | $530 | 11.4 | $6,042.00 |
| Katherine Rogers | Paralegal/Business Litigation | 43 | $375 | 11.2 | $4,200.00 |
| Denise A. Stilz | Paralegal/Appellate | 38 | $375 | 0.2 | $75.00 |
| Tiffany Thrasher | Paralegal/Business Litigation | 11 | $350 | 4.5 | $1,575.00 |
|  |  |  | **Total** | **461.00** | **$310,541.00** |
|  |  |  | **Blended Rate** |  | **$673.62** |

---

[1] Haynes and Boone charged the Debtors for only 50% of non-working travel time in compliance with Local Rule 2016-2(d)(viii). Such reductions are reflected in the figures in this column.

| SUMMARY OF COMPENSATION BY PROJECT CATEGORY | | |
|---|---|---|
| **Project Category** | **Hours Billed** | **Fees Sought ($)** |
| Global Insurance Strategy (20234.5) | 11.6 | $7,643.50 |
| Illinois-DJ (20234.15) | 5.6 | $4,053.00 |
| Hartford Litigation (20234.18) | 130.7 | $78,935.00 |
| Kentucky (20234.20) | 10.9 | $6,997.50 |
| National Surety Litigation (20234.21) | 15.4 | $10,618.00 |
| General Insurance Matters (20234.24) | 235.6 | $164,006.50 |
| REDACTED (Claimant Name) (20234.26) | 4.5 | $3,150.00 |
| D&O Insurance Consulting (20234.28) | 0.4 | $390.00 |
| GSUSA Insurance Matters (20234.29) | 9.0 | $6,300.00 |
| Professional Retention Issues (20234.34) | 26.6 | $20,407.50 |
| Fee Applications (20234.35) | 1.2 | $840.00 |
| Non-Working Travel (20234.36) | 3.6 | $2,520.00 |
| Hearings and Court Matters (20234.37) | 5.9 | $4,680.00 |
| **Total** | **461.00** | **$310,541.00** |

## EXPENSE SUMMARY

| Category | Amount |
|---|---|
| Federal Express | $25.37 |
| Filing Fees | $4.44 |
| On-line Research (Westlaw, Lexis, Pacer and related services) | $4.00 |
| Other Expense: ARDC (Illinois pro hac vice fees) and Lighthouse (Document vendor) | $262.00 |
| Out of Town Travel (includes lodging, air, ground transportation and meals) | $889.33 |
| **TOTAL:** | **$1,185.14** |