## **Exhibit B**

### **Interim Application Summary**

### **Cover Sheet of Fee Application (UST Guidelines Exhibit E)**

| SUMMARY OF FIRST INTERIM APPLICATION ||
|---|---|
| Name of Applicant | Haynes and Boone, LLP |
| Name of Client | Boy Scouts of America and Delaware BSA, LLC |
| Time period covered by Second Interim Application | February 18, 2020 to April 30, 2020 |
| Total compensation sought during the Application Period | $310,541.00 |
| Total expenses sought during the Application Period | $1,185.14 |
| Petition Date | February 18, 2020 |
| Retention Date | April 20, 2020 *nunc pro tunc* to February 18, 2020 |
| Date of order approving employment | April 20, 2020 |
| Total compensation approved by interim order to date | $0.00 |
| Total expenses approved by interim order to date | $0.00 |
| Total allowed compensation paid to date | $0.00 |
| Total allowed expenses paid to date | $0.00 |
| Blended rate in the 1st Interim Application for all attorneys | $684.55 |
| Blended rate in the 1st Interim Application for all timekeepers | $673.62 |
| Compensation sought in the 1st Interim Application already paid pursuant to a monthly compensation order but not yet allowed | $0.00 |
| Expenses sought in the 1st Interim Application already paid pursuant to a monthly compensation order but not yet allowed | $0.00 |
| Number of professionals included in the 1st Interim Application | 9 |
| If applicable, number of professionals in the 1st Interim Application not included in staffing plan approved by client | No additional professionals |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | Not applicable |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 5 |
| Are any rates higher than those approved or disclosed at retention? | No |