**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: July 9, 2020 at 10:00 a.m. (ET)**<br>**Objection Deadline: June 12, 2020 at 4:00 p.m. (ET)** |

**FIRST INTERIM FEE APPLICATION REQUEST OF KCIC, LLC, AS INSURANCE
AND VALUATION CONSULTANT FOR THE DEBTORS, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM FEBRUARY 18, 2020 TO AND INCLUDING APRIL 30, 2020**

| | |
|---|---|
| Name of Applicant: | KCIC, LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | February 18, 2020 |
| Period for Which Compensation and Reimbursement Are Requested: | February 18, 2020 – April 30, 2020 |
| Amount of Compensation Requested: | $11,116.00 |
| Amount of Expense Reimbursement Requested: | $0.00 |

This is a(n):  monthly _____   interim  x    final application _____

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**PRIOR MONTHLY APPLICATIONS FILED**

| Fee Statement Period, Docket # and Filing Date | Total Fees Requested | Total Expenses Requested | CNO Date & Docket # | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|
| 2/18/20 – 4/30/20 | $11,116.00 | $0.00 | N/A | N/A | N/A | $2,223.20 |

**COMPENSATION AND HOURS BY PROFESSIONAL**

| Name | Position Area of Expertise | Year of Admission / Years of Experience | Hourly Rate | Total Hours[2] | Total Compensation |
|---|---|---|---|---|---|
| Butterworth, Luke | Consultant | 2019 | $180.00 | 3.1 | $558.00 |
| Austin, Carrington | Senior Consultant | 2016 | $330.00 | 8.7 | $2,871.00 |
| Sochurek, Nicholas | Senior Manager | 2004 | $495.00 | 9.0 | $4,455.00 |
| Hanke, Elizabeth | Vice President | 2004 | $530.00 | 4.5 | $2,385.00 |
| Terrell, Jonathan | President | 2002 | $605.00 | 1.4 | $847.00 |
|  |  |  | Total | 26.7 | **$11,116.00** |

---

[2] KCIC, LLC charged the Debtors for 50% of non-working travel time in compliance with Local Rule 2016-2(d)(viii). Such reductions are reflected in the figures in this column.

## COMPENSATION AND EXPENSES BY PROJECT CATEGORY

| Task Description | Total Hours | Total Compensation |
|---|---:|---:|
| Coverage Analysis | 14.2 | $5,593.50 |
| Fee Applications | 3.1 | $558.00 |
| Retention | 9.4 | $4,964.50 |
| **TOTAL** | **26.7** | **$11,116.00** |

## EXPENSES BY CATEGORY

| Category | Amount |
|---|---:|
| None | $0.00 |
| **TOTAL:** | **$0.00** |

Annexed hereto are the following schedules for compensation and reimbursement of expenses sought by KCIC, LLC for the period from February 18, 2020 to and including April 30, 2020:

Exhibit A    Summary of Time Detail by Task
Exhibit B    Summary of Time Detail by Professional

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**FIRST INTERIM FEE APPLICATION OF KCIC, LLC FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS INSURANCE AND VALUATION CONSULTANT FOR THE DEBTORS FOR THE PERIOD FROM FEBRUARY 18, 2020 TO AND INCLUDING APRIL 30, 2020**

KCIC, LLC ("KCIC"), insurance and valuation consultant for the Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession (together, the "Debtors") in the above-captioned chapter 11 cases, hereby submits this first interim application (this "Application") for entry of an order, pursuant to section 331 of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), granting interim compensation and reimbursement of expenses for the period from February 18, 2020 to and including April 30, 2020. In support of this Application, KCIC respectfully represents as follows:

## JURISDICTION AND VENUE

1.    The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

29, 2012.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory and other bases for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [Docket No. 341] (the "Compensation Procedures Order").

## BACKGROUND

3. On February 18, 2020 (the "Petition Date"), each of the Debtors filed a voluntary petition with the Court for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue to operate and maintain their non-profit organization and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On February 19, 2020, the Court entered an order [Docket No. 61] authorizing the joint administration and procedural consolidation of the chapter 11 cases pursuant to Bankruptcy Rule 1015(b).

4. The Debtors retained KCIC as their Insurance and Valuation Consultant, *nunc pro tunc* to the Petition Date, pursuant to the *Order Authorizing the Retention and Employment of KCIC, LLC as Insurance and Valuation Consultant for the Debtors and Debtors in Possession, Nunc Pro Tunc to the Petition Date* [Docket No. 340] (the "Retention Order").  The Retention Order authorizes the Debtors to compensate and reimburse KCIC in accordance with the terms

and conditions set forth in the Debtors' application to retain KCIC, subject to KCIC's application to the Court.

5. KCIC has rendered services on behalf of the debtors for the period from February 18, 2020 to and including April 30, 2020 (the "Compensation Period"), totaling $11,116.00 hours of professional time.

6. Attached hereto as **Exhibits A** and **B** is a summary of professional services rendered by each KCIC professional and by category during the Compensation Period.

7. The total sum due to KCIC for professional services rendered on behalf of the Debtors for the Compensation Period is $11,116.00. KCIC submits that the professional services it rendered on behalf of the debtors during this time were reasonable and necessary.

8. KCIC did not expend any costs on behalf of the Debtors during the Compensation period.

9. KCIC accordingly seeks allowance of the sum of $11,116.00 in fees, for a total of $11,116.00.

10. The undersigned hereby attests that she has reviewed the requirements of Local Rule 2016-2 and this Application conforms to such requirements.

## CERTIFICATION OF COMPLIANCE

11. The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies that, to the best of her knowledge, information and belief, this Application complies with that rule.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, KCIC requests (i) allowance on an interim basis of compensation for necessary and valuable professional services rendered to the Debtors in the sum of $11,116.00 for the period from February 18, 2020 to and including April 30, 2020, (ii) payment in the amount of $2,223.20 representing the 20% holdback, and (iii) such other relief as this Court deems just and proper.

Dated: May 29, 2020
       Wilmington, Delaware

**KCIC, LLC**

*/s/ Elizabeth Hanke*
Elizabeth Hanke
1401 I Street, NW, Suite 1200
Washington, DC 20005
Telephone: (202) 650-0503
Facsimile: (202) 650-0651
Email: hankee@kcic.com

INSURANCE AND VALUATION
CONSULTANT TO THE DEBTORS AND
DEBTORS IN POSSESSION

4