## Exhibit A

### Summary of Time Detail by Task

| Task Description | Total Hours | Total Compensation |
|---|---:|---:|
| Coverage Analysis | 14.2 | $5,593.50 |
| Fee Applications | 3.1 | $558.00 |
| Retention | 9.4 | $4,964.50 |
| **TOTAL** | **26.7** | **$11,116.00** |