**Exhibit B**

**Summary of Time Detail by Professional**

| Name | Position<br>Area of Expertise | Year of Admission / Years of Experience | Hourly Rate | Total Hours[1] | Total Compensation |
|---|---|---|---|---|---|
| Butterworth, Luke | Consultant | 2019 | $180.00 | 3.1 | $558.00 |
| Austin, Carrington | Senior Consultant | 2016 | $330.00 | 8.7 | $2,871.00 |
| Sochurek, Nicholas | Senior Manager | 2004 | $495.00 | 9.0 | $4,455.00 |
| Hanke, Elizabeth | Vice President | 2004 | $530.00 | 4.5 | $2,385.00 |
| Terrell, Jonathan | President | 2002 | $605.00 | 1.4 | $847.00 |
| | | | **Total** | **26.7** | **$11,116.00** |

---

[1] KCIC, LLC charged the Debtors for 50% of non-working travel time in compliance with Local Rule 2016-2(d)(viii).  Such reductions are reflected in the figures in this column.