## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **BOY SCOUTS OF AMERICA and** | : | **Case No. 20-10343 (LSS)** |
| **DELAWARE BSA, LLC,** | : | |
| | : | **(Jointly Administered)** |
| Debtors. | : | |

### NOTICE OF APPEARANCE AND REQUEST
### FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Bruce W. McCullough, Esquire, represents Agricultural Insurance Company, party in interest in the above case. The undersigned hereby enters his appearance pursuant to section 1109(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010(b) and requests copies of all notices and pleadings pursuant to Federal Rules of Bankruptcy Procedure 2002. Documents should be served upon:

Bruce W. McCullough, Esquire
Bodell Bové, LLC
1225 N. King Street, Suite 1000
Wilmington, DE 19801

**BODELL BOVÉ, LLC**

/s/ Bruce W. McCullough
Bruce W. McCullough (Del. ID 3112)
1225 N. King Street, Suite 1000
P.O. Box 397
Wilmington, DE 19899-0397
Phone: (302) 655-6749
Fax: (302) 655-6827
Email: bmccullough@bodellbove.com
Attorneys for Agricultural Insurance Company

Dated: May 30, 2020

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **BOY SCOUTS OF AMERICA and** | : | **Case No. 20-10343 (LSS)** |
| **DELAWARE BSA, LLC,** | : | |
| | : | **(Jointly Administered)** |
| Debtors. | : | |

## CERTIFICATE OF SERVICE

I, BRUCE W. McCULLOUGH, hereby certify that on this date a copy of the foregoing

Notice of Appearance and Request for Notices and Service of Papers was served via CM/ECF on the

following:

Derek C. Abbott, Esquire
Andrew R. Remming, Esquire
Joseph C. Barsalona , Esquire
Paige N. Topper, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347

All attorneys through CM/ECF

/s/ Bruce W. McCullough
Bruce W. McCullough (Del. ID #3112)

Dated: May 30, 2020