IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **BOY SCOUTS OF AMERICA** and **DELAWARE BSA, LLC,** | : : | Case No. 20-10343 (LSS) |
| | : | (Jointly Administered) |
| Debtors. | : | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Taylor Meehan to represent Agricultural Insurance Company in this action.

/s/ Bruce W. McCullough
Bruce W. McCullough (Del. ID 3112)
Bodell Bové, LLC
1225 N. King Street, Suite 1000
P.O. Box 397
Wilmington, DE 19899-0397
Phone: 302-655-6749
Email: bmccullough@bodellbove.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
Taylor Meehan
Clyde & Co US LLP
101 Second Street, 25th Floor
San Francisco, CA 94105
Phone: (415) 365-9800
Email: taylor.meehan@clydeco.us

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

Dated: June 1st, 2020
Wilmington, Delaware