**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **Ref. Docket Nos. 613, 616, 665, 696, 697, 714, 719, & 722** |

**CERTIFICATION OF COUNSEL REGARDING
DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING
CONFIDENTIALITY AND PROTECTIVE ORDER**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1.      On May 12, 2020, the Debtors filed the *Debtors' Motion for Entry of an Order Approving Stipulated Confidentiality and Protective Order* (D.I. 613) (the "Motion") requesting approval of the Confidentiality and Protective Order attached as Exhibit 1 to the proposed form of order (the "Protective Order").

2.      The Official Committee of Tort Claimants (the "Tort Claimants' Committee"), the Official Committee of Unsecured Creditors (the "Creditors' Committee"), and the Future Claimants' Representative (the "FCR") each filed a joinder in support of the Protective Order (D.I. 616, 665, & 722).

3.      The Court scheduled a hearing on the Motion for May 29, 2020 (the "Hearing").

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

4.      The Debtors extended the deadline to file objections to the relief sought in the Motion to May 27, 2020, at 11:00 a.m. (ET) for certain of the Debtors' primary general liability insurers (collectively, the "Insurers"). In the meantime, the Debtors continued to negotiate with the Insurers regarding the terms of the Protective Order.

5.      On May 27, 2020, Hartford Accident Indemnity Company ("Hartford") and Century Indemnity Company ("Century") (D.I. 696 & 697) filed objections to the Motion. Allianz Global Risks US Insurance Company and National Surety Corporation (collectively, the "Allianz Insurers," and together with Hartford and Century, the "Objecting Insurers") filed a joinder to Hartford's objection (D.I. 707).

6.      Prior to the Hearing, the Debtors filed a reply in response to Century's and Hartford's objections (the "Reply") (D.I. 719).

7.      Through continued negotiations, the Debtors resolved Hartford's objection and the Allianz Insurers' joinder through further revisions to the language of the Protective Order. On May 29, 2020, the Debtors filed the *Notice of Filing of Revised Order Approving Stipulated Confidentiality and Protective Order* ("Notice of Protective Order") (D.I. 722), attaching a revised Protective Order and redline reflecting the revisions made to the Protective Order to resolve Hartford's objection and the Allianz Insurers' joinder.

8.      At the Hearing, the Court heard argument regarding Century's objection and ordered that certain additional language be added to the Protective Order.

9.      Attached as **Exhibit A** is a proposed order approving the revised Protective Order (the "Revised Protective Order"), which is attached as Exhibit 1 thereto and reflects the additional language based on the Court's instructions at the Hearing.

10.     For the convenience of the Court and all parties in interest, a redline comparing the proposed order approving the Revised Protective Order against the version filed with the Notice of Protective Order is attached hereto as **Exhibit B**.

11.     The Tort Claimants' Committee, the Creditors' Committee, the U.S. Trustee, the FCR, the Ad Hoc Committee of Local Councils, and the Insurers have each reviewed the Revised Protective Order and, with the exception of Century, do not object to the Court's entry of the Revised Protective Order.

12.     At the request of Century, the Debtors note that Century objects to the Revised Protective Order and intends to submit an alternative form of order and protective order.

WHEREFORE, the Debtors respectfully request that the Court approve the Revised Protective Order, substantially in the form attached to **Exhibit A**.

*[Remainder of Page Intentionally Left Blank]*

Dated:  June 1, 2020
        Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4664
Email:  dabbott@mnat.com
        aremming@mnat.com
        emoats@mnat.com
        ptopper@mnat.com

– and –

SIDLEY AUSTIN LLP
Jessica C. K. Boelter (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 839-5300
Email:  jboelter@sidley.com

– and –

SIDLEY AUSTIN LLP
Thomas A. Labuda (admitted *pro hac vice*)
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Email:  tlabuda@sidley.com
        mandolina@sidley.com
        mlinder@sidley.com
        blair.warner@sidley.com

CO-COUNSEL AND PROPOSED COUNSEL TO
THE DEBTORS AND DEBTORS IN POSSESSION

4