# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and<br>Delaware BSA, LLC,[6]<br><br>            Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

      I, John B. Lord, an employee of Reed Smith LLP, do hereby certify that, on this 1st day of June 2020, a true and correct copy of **THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' (I) LIMITED OBJECTION TO THE STAY RELIEF MOTIONS AND (II) LIMITED JOINDER TO THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' OMNIBUS OBJECTION TO THE STAY RELIEF MOTIONS** was electronically filed via the Court's CM/ECF system and thereby served on those parties having registered to receive electronic notice in the above-captioned cases; and also was served separately on the parties listed below in the manners indicated.

| **VIA E-MAIL** | **VIA E-MAIL** |
|---|---|
| Michael J. Pankow | James Tobia |
| Joshua M. Hantman | The Law Office of James Tobia, LLC |
| Andrew J. Roth-Moore | 1716 Wawaset Street |
| Brownstein Hyatt Farber Schreck, LLP | Wilmington, DE 19806 |
| 410 17th Street, Suite 2200 | E-mail: jtobia@tobialaw.com |
| Denver, CO 80202 | |
| E-mail: mpankow@bhfs.com | |
| E-mail: jhantman@bhfs.com | |
| E-mail: aroth-moore@bhfs.com | |

---

[6] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

| | |
|---|---|
| **VIA E-MAIL**<br>Brett D. Fallon<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>E-mail: bfallon@morrisjames.com | **VIA E-MAIL**<br>Margaret M. Anderson<br>Fox Swibel Levin & Carroll LLP<br>200 W. Madison Street, Suite 3000<br>Chicago, IL 60606<br>E-mail: panderson@foxswibel.com |
| **VIA E-MAIL**<br>Raeann Warner<br>Jacobs & Crumplar, P.A.<br>750 Shipyard Dr., Suite 200<br>Wilmington, DE 19801<br>E-mail: raeann@jcdelaw.com | **VIA E-MAIL**<br>Richard A. Barkasy<br>Kristi J. Doughty<br>Schnader Harrison Segal & Lewis LLP<br>824 North Market Street, Suite 800<br>Wilmington, DE 19801<br>E-mail: rbarkasy@schnader.com<br>E-mail: kdoughty@schnader.com |

By:  */s/ John B. Lord*
 John B. Lord
 Bankruptcy Paralegal
 **REED SMITH LLP**
 1201 N. Market St., Suite 1500
 Wilmington, DE 19801
 E-mail: jlord@reedsmith.com