# CERTIFICATE OF SERVICE

I, Gregory J. Flasser, hereby certify that on the 2nd day of June 2020, I caused copies of the **Memorandum in Support of Hartford's Objection to Certain Mediators that Debtors Nominated and in Further Support of Limited Objection to Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief** to be served via email on the parties listed below:

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Derek C. Abbott
Andrew R. Remming
Joseph C. Barsalona II
Eric W. Moats
Paige N. Topper
Email: dabbott@mnat.com
aremming@mnat.com
jbarsalona@mnat.com
emoats@mnat.com
ptopper@mnat.com

SIDLEY AUSTIN LLP
Jessica C. K. Boelter
Email: jboelter@sidley.com


SIDLEY AUSTIN LLP
Thomas A. Labuda
Michael C. Andolina
Matthew E. Linder
Blair M. Warner
Email: tlabuda@sidley.com
mandolina@sidley.com
mlinder@sidley.com
blair.warner@sidley.com

OFFICE OF THE UNITED STATES TRUSTEE
David L. Buchbinder
Hannah M. McCollum
Email: David.l.buchbinder@usdoj.gov
Hannah.mccollum@usdoj.gov

KRAMER, LEVIN, NAFKALIS & FRANKEL LLP
David E. Blabey, Jr.
Thomas Moers Mayer
Rachael Ringer
Jennifer R. Sharret
Megan M. Wasson
Email: dblabey@kramerlevin.com
tmayer@kramerlevin.com
rringer@kramerlevin.com
jsharret@kramerlevin.com
mwasson@kramerlevin.com

REED SMITH LLP
Kurt F. Gwynne
Katelin Ann Morales
Email: kgwynne@reedsmith.com
kmorales@reedsmith.com

                                        */s/ Gregory J. Flasser*
                                        Gregory J. Flasser (No. 6154)