# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELWARE BSA, LLC,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Ref. Docket No. 17, 617, 648, & 650** |

**DECLARATION OF ABIGAIL W. WILLIAMS IN SUPPORT OF MEMORANDUM IN SUPPORT OF HARTFORD'S OBJECTION TO CERTAIN MEDIATORS THAT DEBTORS NOMINATED AND IN FURTHER SUPPORT OF LIMITED OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPOINTING A JUDICIAL MEDIATOR, (II) REFERRING CERTAIN MATTERS TO MANDATORY MEDIATION, AND (III) GRANTING RELATED RELIEF**

1. My name is Abigail W. Williams. I am over 18 years of age, of sound mind, and capable of making this declaration. The facts stated in this declaration are within my personal knowledge and are true and correct.

2. I am a partner at the law firm of Shipman & Goodwin LLP and serve as counsel for Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company (collectively, "Hartford") in connection with this matter.

3. Attached as **Exhibit 1** is a true and correct copy of the *Trustee's Expedited Motion to File Under Seal the Financial Statements in Support of Annual Report of the DII Industries, LLC Silica PI Trust* [D.I. 2954] filed in *In re Mid-Valley, Inc. et al.,* Case No. 03-35592-TPA (Bankr. W.D Pa.) ("DII").

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

4. Attached as **Exhibit 2** is a true and correct copy of the *Notice of Filing Annual Report and Claims Summary* [D.I. 5795] and Certificate of Service [5795-3] filed in *In re: Specialty Products Holding Corp., et al.*, Case No. 10-11780 (LSS) (Bankr. Del.) ("Bondex").

5. Attached as **Exhibit 3** is a true and correct copy of the *Joinder of Eric D. Green, Legal Representative for Future Claimants, to Debtors' Motion to Strike Certain Insurer Objections to Confirmation of the Plan and Approval of the Disclosure Statement and Solicitation Procedures for Lack of Standing* [D.I. 865] filed in DII.

6. Attached as **Exhibit 4** is a true and correct copy of the *Joinder of Eric D. Green, Legal Representative for Future Claimants, to Debtors' Response to Insurers' Objections to Insurance Neutrality Provisions of Debtors' Plan*, [D.I. 948] filed in DII.

7. Attached as **Exhibit 5** is a true and correct copy of the *Response of Eric D. Green, Legal Representative for Future Claimants, to (I) London Market Insurers' Objections to Confirmation of The Debtors' Second Amended and Restated Joint Prepackaged Plan of Reorganization for the Debtors Under Chapter 11 of the United States Bankruptcy Code Dated April 8, 2004; and (II) Certain Insurers' Brief on Selected Plan Confirmation Issues* [D.I. 1382] filed in DII.

8. Attached as **Exhibit 6** is a true and correct copy of *The Future Claimants' Representative's Memorandum of Law in Support of His Limited Objection to the Motion of the Debtors for an Order, Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, for an Order Directing Submission of Information by Current Asbestos Claimants* [D.I. 863] filed in Bondex.

                                                      */s/ Abigail W. Williams*
                                                      Abigail W. Williams