# EXHIBIT 1

Case 20-10343-LSS    Doc 757-1    Filed 06/02/20    Page 1 of 5

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MID-VALLEY, INC., *et al.*,<br><br>Debtors. | ) Jointly Administered at<br>) Case No. 03-35592-TPA<br>) |
| MID-VALLEY, INC*., et al.,*<br><br>Movants,<br><br>vs.<br><br>(NO RESPONDENTS),<br><br>Respondent(s). | ) Chapter 11 |

**TRUSTEE'S EXPEDITED MOTION TO FILE UNDER SEAL
THE FINANCIAL STATEMENTS IN SUPPORT OF ANNUAL REPORT
OF THE DII INDUSTRIES, LLC SILICA PI TRUST**

The DII Industries, LLC Silica PI Trust (the "Silica PI Trust"), through its Trustee, Martin J. Murphy ("Silica PI Trustee") and counsel Morgan, Lewis & Bockius LLP, hereby moves to file under seal the financial statements that are an exhibit to its Annual Report for the Year Ending December 31, 2019 ("Annual Report"). As grounds for this Motion, the Silica PI Trust avers the following:

1. Pursuant to the terms of the Confirmation Order for the Reorganized Debtors, the Asbestos PI Trust Documents and the Silica PI Trust Documents, the Silica PI Trust must file an annual report with the Court in compliance with the reporting requirements of the DII Industries, LLC Silica PI Trust Agreement ("Silica PI Trust Agreement") dated January 20, 2005 and as amended April 19, 2007.

2. As set forth in Articles 2.2(c), 4.5(c), 5.6, and 6.5(b) of the Silica PI Trust Agreement, the Annual Report must provide (1) audited annual financial statements (filed under seal); (2) a claims

summary; (3) the compensation and expenses of the Silica PI Trustee; (4) the compensation and expenses of the members of the Silica Trust Advisory Committee ("Silica TAC"); and (5) the compensation and expenses of the Legal Representative.

3. As identified in the preceding paragraphs, the audited financial statements are to be filed under seal.

4. The Silica PI Trustee considers the audited financial statements to be confidential and proprietary to the Silica PI Trust.

5. In order to file the Annual Report in accordance with the Confirmation Order, the Asbestos PI Trust Documents, and the Silica PI Trust Documents, the Silica PI Trustee asks the Court to permit him to file the financial statements under seal.

6. The Silica PI Trustee will serve a copy of the financial statements on counsel of record along with a copy of the Annual Report.

WHEREFORE, DII Industries, LLC Silica PI Trust (the "Silica PI Trust") asks the Court to permit it to file under seal the financial statements that are an exhibit to the Annual Report.

April 27, 2020

/s/ *John K. Gisleson*
John K. Gisleson (PA ID 62551)
Morgan, Lewis & Bockius LLP One
Oxford Centre 32nd Floor Pittsburgh,
PA 15219-6401
Tel: (412) 560-3300
Fax: (412) 560-7001
john.gisleson@morganlewis.com

Kevin E. Irwin (Ohio Bar # 0021811)
Philip A. Tracy (Ohio Bar #0091389)
Keating Muething & Klekamp PLL
One East Fourth Street
Suite 1400
Cincinnati, Ohio 45202
Tel: (513) 639-6400
Fax: (513) 579-6457

*Attorneys for the*
*DII Industries, LLC Silica PI Trust*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of April, 2020, a true and correct copy of the foregoing was served via electronic mail and/or First Class U.S. Mail to all parties listed in the following service list:

Eric D. Green
Resolutions, LLC
125 High Street, Suite 2205
Boston, MA 02110
Tel: (617) 556-0800
Fax: (617) 556-9900
ericdgreen@resolutionsllc.com
*Legal Representative*

Bryan O. Blevins, Jr.
Provost Umphrey Law Firm L.L.P.
490 Park Street
Beaumont, TX 77704
Tel: (409) 838-8858
Fax: (409) 838-8888
bblevins@provostumphrey.com
*Silica TAC*

James L. Patton, Jr.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
Tel: (302) 571-6684
Fax: (302) 576-3325
jpatton@ycst.com
*Counsel to Legal Representative*

Joseph F. Rice
Motley Rice LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29465
Tel: (843) 216-9000
Fax: (843) 216-9450
jrice@motleyrice.com
*Silica TAC*

Joseph Sisca, Esquire
Office of the U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
Tel: (412) 644-4756
Fax: (412) 644-4785
Joseph.s.sisca@usdoj.gov

Michael G. Zanic
K&L Gates LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222-2613
Tel: (412) 355-6219
Fax: (412) 355-6501
michael.zanic@klgates.com
*Counsel to Reorganized Debtors/Halliburton*

/s/*John K. Gisleson*
John K. Gisleson