# EXHIBIT 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Specialty Products Holding Corp., *et al.*, | ) | Case No. 10-11780 (LSS) |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |

## NOTICE OF FILING ANNUAL REPORT AND CLAIMS SUMMARY

The Bondex Asbestos Personal Injury Trust (the "Trust") hereby files its Audited Financial Statements for the fiscal year ending December 31, 2019 and an Annual Report for the period covered by the Audited Financial Statements. The Annual Report and Financial Statements are attached hereto as Exhibit 1.

Pursuant to the provisions of the Bondex Asbestos Personal Injury Trust, the Trust is providing copies of the Annual Report and the Financial Statements to the Trust Advisory Committee and the Future Claimants Representatives.

Date: <u>April 29, 2020</u>     **CAMPBELL & LEVINE, LLC**

<u>/s/ Mark T. Hurford</u>
Mark T. Hurford (No. 3299)
Kathleen Campbell Davis (No. 4229)
222 Delaware Avenue, Suite 1620
Wilmington, DE 19801
Tel. 302.426.1900
Fax 302.426.9947

-and-

Douglas A. Campbell
Philip E. Milch
1700 Grant Building
Pittsburgh, PA 15219
Tel. 412.261.0310
Fax 412.261.5066

*Counsel to the Bondex Asbestos Personal Injury Trust*

{C1104985.1 }

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Specialty Products Holding Corp., *et al.*, | ) | Case No. 10-11780 (LSS) |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## **CERTIFICATE OF SERVICE**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on April 29, 2020 I caused a copy of the *Notice of Filing of Annual Report and Claims Summary* to be served upon the parties below by electronic mail as shown:

Matt Peterson, Esquire
Perry Browder, Esquire
Simmons Hanley Conroy, LLC
One Court Street
Alton, Illinois 62002
Email: mpetersen@simmonsfirm.com
Email: pbrowder@simmonsfirm.com

Ethan J. Early, Esquire
Early, Lucarelli, Sweeney & Meisenkothen
360 Lexington Ave., 20th Floor
New York, NY 10017
Email: eearly@elslaw.com

Maura Kolb, Esquire
The Lanier Law Firm
10940 W. Sam Houston Pkwy. N., Suite 100
Houston, TX 77064
Email: maura.kolb@lanierlawfirm.com

Brent Coon, Esquire
Lori K. Slocum, Esquire
215 Orleans Street
Beaumont, Texas 77701
Email: brent@bcoonlaw.com

John Cooney, Esquire
Cooney & Conway
120 North Lasalle Street, 30th Floor
Chicago, IL 60602
Email: jcooney@cooneyconway.com

Peter A. Kraus, Esquire
Leslie C. MacClean, Esquire
Waters Kraus & Paul
3141 Hood Street, Suite 700
Dallas, Texas 75219
Email: kraus@waterskraus.com
Email: lmaclean@waterskraus.com

Joseph Belluck, Esquire
Belluck & Fox, LLP
546 Fifth Ave., 4th Floor
New York, NY 10036
Email: jbelluck@belluckfox.com

Natalie D. Ramsey, Esquire
Robinson & Cole, LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Email: nramsey@mmwr.com

| | |
|---|---|
| Richard Schepacarter, Esquire<br>Office of the United States Trustee<br>844 King St., 2nd Floor<br>Wilmington, DE 19801<br>Email: richard.schepacarter@usdoj.gov | James L. Patton, Jr., Esquire<br>Edwin J. Harron, Esquire<br>Sharon M. Zieg, Esquire<br>Young Conaway Stargatt & Taylor<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Email: jpatton@ycst.com<br>Email: eharron@ycst.com<br>Email: szieg@ycst.com |
| Eric D. Green, Esquire<br>Resolutions, LLC<br>125 High Street<br>Suite 2205<br>Boston, MA 02110<br>Email: ericdgreen@resolutionsllc.com | Hon. James J. McMonagle (Ret.)<br>Vorys, Sater, Seymour & Pease LLP<br>200 Public Square<br>Suite 1400<br>Cleveland, OH 44114-2327<br>Email: jjmcmonagle@vssp.com |
| Hon. Nancy Gertner (Ret.)<br>51 Abbottsford Road<br>200 Public Square, Suite 1400<br>Brookline, MA 02446<br>Email: ngertner@law.harvard.edu | Hon. William D. Maddux (Ret.)<br>61 E. Bellevue Place<br>Chicago, IL 60611<br>Email: bigghorn@aol.com |
| | **CAMPBELL & LEVINE, LLC** |
| Dated: April 29, 2020 | */s/ Mark T. Hurford*<br>Mark T. Hurford (No. 3299)<br>222 Delaware Avenue, Suite 1620<br>Wilmington, DE 19801<br>(302) 426-1900<br>mhurford@camlev.com |