# EXHIBIT 3

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Jointly Administered at |
| | ) | Case No. 03-35592-JKF |
| MID-VALLEY, INC., *et al.*, | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | Docket No. _____ |
| _____ | ) | |
| | ) | |
| MID-VALLEY, INC., *et al.*, | ) | Related to |
| | ) | Docket Nos. 770, 772, 774, 775, and |
| Movants, | ) | 862 |
| | ) | |
| v. | ) | Hearing Date and Time: |
| | ) | April 13, 2004 at 2:30 p.m. |
| CERTAIN INSURANCE COMPANIES, | ) | |
| | ) | Objection Deadline: |
| Respondents. | ) | April 2, 2004 at 12:00 p.m. |

### JOINDER OF ERIC D. GREEN, LEGAL REPRESENTATIVE FOR FUTURE CLAIMANTS, TO DEBTORS' MOTION TO STRIKE CERTAIN INSURER OBJECTIONS TO CONFIRMATION OF THE PLAN AND APPROVAL OF THE DISCLOSURE STATEMENT AND SOLICITATION PROCEDURES FOR LACK OF STANDING

Eric D. Green, the legal representative (the "Legal Representative") for future unknown claimants in the above-captioned cases, through his undersigned counsel, joins the **Debtors' Motion to Strike Certain Insurer Objections to Confirmation of the Plan and Approval of the Disclosure Statement and Solicitation Procedures for Lack of Standing** (the "Motion")[Docket No. 862] and hereby respectfully requests that the Court enter an order granting the Motion. In joining with the Debtors, the Legal Representative hereby adopts and incorporates herein the reasoning set forth in the Motion.

WP3:986382.1

61315.1001

Dated: March 24, 2004        Respectfully submitted,

                                          MEYER, UNKOVIC & SCOTT LLP

                                          /s/ M. Helmrich
                                          Joel M. Helmrich (PA Bar No. 30733)
                                          Kevin C. Hansen (PA Bar No. 21899)
                                          1300 Oliver Building
                                          Pittsburgh, Pennsylvania 15222-2304
                                          Phone: (412) 456-2800
                                          Facsimile: (412) 456-2864

                                                    - and -

                                          YOUNG CONAWAY STARGATT &
                                          TAYLOR, LLP
                                          James L. Patton Jr. (DE Bar No. 2202)
                                          Melanie K. Sharp (DE No. 2501)
                                          Edwin J. Harron (DE Bar No. 3396)
                                          Scott Salerni (DE Bar No. 4040)
                                          The Brandywine Building
                                          1000 West Street, 17th Floor
                                          Wilmington, Delaware 19801
                                          Phone: (302) 571-6600
                                          Facsimile: (302) 571-1253

                                          Attorneys for the Legal Representative

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the **JOINDER OF ERIC D. GREEN, LEGAL REPRESENTATIVE FOR FUTURE CLAIMANTS, TO DEBTORS' MOTION TO STRIKE CERTAIN INSURER OBJECTIONS TO CONFIRMATION OF THE PLAN AND APPROVAL OF THE DISCLOSURE STATEMENT AND SOLICITATION PROCEDURES FOR LACK OF STANDING** was served via first class U.S. mail, postage prepaid, this 24 th day of March, 2004 upon the parties and at the addresses set forth in the attached Service List, which is incorporated by reference as though the same were fully set forth at length herein.

> MEYER, UNKOVIC & SCOTT LLP
>
> */s/ Joel M. Helmrich*
> Joel M. Helmrich (PA Bar No. 30733)
> Kevin C. Hansen (PA Bar No. 21899)
> 1300 Oliver Building
> Pittsburgh, Pennsylvania 15222-2304
> Phone: (412) 456-2800
> Facsimile: (412) 456-2864
>
> - and -
>
> YOUNG CONAWAY STARGATT &
> TAYLOR, LLP
> James L. Patton Jr. (DE Bar No. 2202)
> Melanie K. Sharp (DE No. 2501)
> Edwin J. Harron (DE Bar No. 3396)
> Scott Salerni (DE Bar No. 4040)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, Delaware 19801
> Phone: (302) 571-6600
> Facsimile: (302) 571-1253
>
> Attorneys for the Legal Representative

# SERVICE LIST
## Mid-Valley, Inc.

Philip D. Anker
Wilmer, Cutler & Pickering
399 Park Avenue
New York, NY 10022


Thomas D. Bibby
KPMG
717 North Harwood Street, Suite 3100
Dallas, TX 75201


Mark D. Cahill
Gregg Shapiro
John A. Nadas
Choate, Hall & Stewart
53 State Street
Boston, MA 02109

Albert O. Cornelison
Halliburton Company
1401 McKinney, Suite 2400
Houston, TX 77010

Tony M. Davis
Baker Botts LLP
One Shell Plaza
910 Louisiana
Houston, TX 77002

L. John Argento
Jason A. Archinaco
John W. Burns
Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222

William J. Bowman, Esq
George W. Mayo, Jr.
James P. Ruggeri
Hogan & Hartson LLP
555 Thirteenth Street, NW
Washington, DC 20004

Stefano Calogero
Andrew K. Craig
Cuyler Burk, LLP
4 Century Drive
Parsippany, NJ 07054


Steven M. Crane
Berkes Crane Robinson & Seal LLP
515 S. Figueroa Street, Suite 1500
Los Angeles, CA 90071

Teresa M. Dorr
Fox Rothschild LLP
Princeton Pike Corporate Center
997 Lennox Drive, Building 3
Lawrenceville, NJ 08648

## SERVICE LIST
## Mid-Valley, Inc.

Charles R. Eskridge, III, Esq
H. Lee Godfrey
Susman Godfrey LLP
1000 Louisiana, Suite 5100
Houston, TX 77002

Samuel R. Grego, Esq
Vinita K. Sinha
DKW Law Group, LLC
58th Floor, US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Elihu Inselbuch, Esq
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Jack L. Kinzie
Michael C. Li
Baker Botts LLP
2001 Ross Avenue
Dallas, TX 75201

Peter V. Lockwood, Esq
Caplin & Drysdale, Chartered
One Thomas Circle N.W.
Washington, DC 20005

Elit R. Felix, II
Margolis Edelstein
The Curtis Center, 4th Floor
601 Walnut Street
Philadelphia, PA 19106

Frank H. Griffin, III
Gollatz, Griffin & Ewing
Four Penn Center, Suite 200
1600 John F. Kennedy Boulevard
Philadelphia, PA 19103

Paul R. Keopff
Andrew J. Frackman
Tancred V. Schiavoni
153 East 53rd Street
New York, NY 10022

Timothy K. Lewis
Schnader Harrison Segal & Lewis LLP
2001 Pennsylvania Avenue, N.W., Suite 300
Washington, DC 20006

Beverly W. Manne, Esq
Tucker Aresenberg PC
1500 One PPG Place
Pittsburgh, PA 15222

-2-

SERVICE LIST
Mid-Valley, Inc.

David P. McClain, Esq
Daniel F. Patchin
McClain, Leppert & Maney, P.C.
909 Fannin, Suite 4050
Houston, TX 77010

Alan S. Miller, Esq
Picadio Sneath Miller & Norton, PC
4710 USX Tower
Pittsburgh, PA 15219

Duane Morse, Esq
Linda Chanow
Nancy Manzer
Wilmer Cutler & Pickering
1600 Tysons Blvd., 10th Floor
Tysons Corner, VA 22102

Dr Francine K. Rabinovitz
Hamilton, Rabinovitz & Alschuler, Inc.
6033 W. Century Boulevard, Suite 890
Los Angeles, CA 90045

Jeffrey N. Rich
Kirkpatrick & Lockhart LLP
599 Lexington Avenue
New York, NY 10022

Philip E. Milch, Esq
Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219

Robert B. Millner, Esq
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
Chicago, IL 60606

Mark D. Plevin, Esq
Leslie A. Epley
Clifton S. Elgarten
Crowell & Moring LLP
1001 Pennsylvania Ave, NW
Washington, D.C. 20004

Steven P. Rice
Crowell & Moring, LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614

John Rodewald
Robert J. Bates
Bates & Carey LLP
333 W. Wacker Drive, Suite 900
Chicago, IL 60606

## SERVICE LIST
## Mid-Valley, Inc.

Scott M. Seaman
Philip R. King
John K. Daly
Meckler Bulger & Tilson
123 North Wacker Drive, Suite 1800
Chicago, IL 60606

James A. Shepherd
Nicole Walter
Lara Englund
Wilmer Cutler Pickering LLP
2445 M Street, NW
Washington, DC 20037

George T. Snyder
Stonecipher, Cunningham, Beard & Schmitt, P.C.
125 First Avenue
Pittsburgh, PA 15222

W. Martin Tellegen
Paul A. Peters
Gerald F. Ellersdorfer
Kaufman & Logan LLP
100 Spear Street, 12th Floor
San Francisco, CA 94105

Seth P. Waxman, Esq
Danielle Spinelli
Craig Goldblatt
Wilmer Cutler & Pickering
2445 M Street, NW
Washington, DC 20037

William P. Shelley, Esq
Jacob C. Cohn
John J. Dwyer
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Joseph S. Sisca, Esquire
Office of the U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Bruce Stanski
Kellogg Brown & Root
4100 Clinton Drive
Houston, TX 77020

Paul Titus
Schnader Harrison Segal & Lewis LLP
120 Fifth Avenue, Suite 2700
Pittsburgh, PA 15222

Katherine M. Windler, Esq
Coudert Brothers LLP
333 South Hope Street
Los Angeles, CA 90071

## SERVICE LIST
### Mid-Valley, Inc.

Katherine Worthman, Esq
Russell W. Roten, Esq
Wilmer Cutler & Pickering
2445 M Street, NW
Washington, DC 20037

Michael G. Zanic
Kirkpatrick & Lockhart LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222

Steven J. Abarbanel
Catherine N. O'Connell
Robinson & Cole LLP
One Boston Place
Boston, MA 02108

Robert S. Bernstein
Bernstein Law Firm, P.C.
Suite 2200 Gulf Tower
Pittsburgh, PA 15219

Paul H. Saint-Antonie
Daniel L. McAuliffe
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103

Edward H. Tillinghast
Coudert Brothers LLP
1114 Avenue of the Americas
New York, NY 10036

James S. Yoder
White & Williams LLP
824 N. Market Street, Suite 902
Wilmington, DE 19899

Thomas G. Wilkinson, Jr
David J. Liebman
John D. Shea
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Arthur J. Abramowitz
Cozen O'Connor
Liberty View Suite 300
457 Haddonfield Road
Cherry Hill, NJ 08002

Sander Esserman
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, TX 75201

Michael A. Shiner
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

Kimberly L. Wakim
Leonard F. Spagnolo
Thorp Reed & Armstrong LLP
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA 15219