# EXHIBIT 4

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Jointly Administered at |
| | ) | Case No. 03-35592-JKF |
| MID-VALLEY, INC., *et al.*, | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | |
| | ) | |
| CERTAIN INSURANCE COMPANIES, *et al.*, | ) | |
| | ) | |
| | ) | Related to Docket Nos. |
| Movants, | ) | 866, 867, and 869 |
| | ) | |
| v. | ) | |
| | ) | Hearing Date and Time: |
| MID-VALLEY, INC., *et al.*, | ) | April 13, 2004 at 2:30 p.m. |
| | ) | |
| Respondents. | ) | |
| | ) | |
| | ) | |

**JOINDER OF ERIC D. GREEN, LEGAL REPRESENTATIVE
FOR FUTURE CLAIMANTS, TO DEBTORS' RESPONSE TO INSURERS'
OBJECTIONS TO INSURANCE NEUTRALITY PROVISIONS OF DEBTORS' PLAN**

Eric D. Green, the legal representative (the "Legal Representative")[1] for future unknown claimants in the above-captioned cases, through his undersigned counsel, joins Debtors' Response (the "Response") to Insurers' Objections (the "Insurers' Objections") to Insurance Neutrality Provisions of Debtors' Plan [Docket No. 943] and hereby respectfully requests that the Insurers' Objections with respect to the insurance neutrality of the Debtors' Plan should be denied. In joining with the Debtors, the Legal Representative hereby adopts and incorporates herein the reasoning set forth in the Response.

---

[1] Capitalized terms utilized herein shall have the meanings ascribed to them in the Uniform Glossary of Defined Terms for Plan Documents Pursuant to the Proposed Joint Plan of Reorganization of the Debtors under Chapter 11 of the United States Bankruptcy Code, as amended and filed with this Court on December 16, 2003.

Dated: April 2, 2004                    Respectfully submitted,

                                        MEYER, UNKOVIC & SCOTT LLP

                                        /s/ Joel M. Helmrich
                                        _____
                                        Joel M. Helmrich (PA Bar No. 30733)
                                        Kevin C. Hansen (PA Bar No. 21899)
                                        1300 Oliver Building
                                        Pittsburgh, Pennsylvania 15222-2304
                                        Phone: (412) 456-2800
                                        Facsimile: (412) 456-2864

                                        - and -

                                        YOUNG CONAWAY STARGATT &
                                        TAYLOR, LLP
                                        James L. Patton Jr. (DE Bar No. 2202)
                                        Melanie K. Sharp (DE No. 2501)
                                        Edwin J. Harron (DE Bar No. 3396)
                                        Scott Salerni (DE Bar No. 4040)
                                        The Brandywine Building
                                        1000 West Street, 17th Floor
                                        Wilmington, Delaware 19801
                                        Phone: (302) 571-6600
                                        Facsimile: (302) 571-1253

                                        Attorneys for the Legal Representative

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the **JOINDER OF ERIC D. GREEN, LEGAL REPRESENTATIVE FOR FUTURE CLAIMANTS, TO DEBTORS' RESPONSE TO INSURERS' OBJECTIONS TO INSURANCE NEUTRALITY PROVISIONS OF DEBTORS' PLAN** was served via first class U.S. mail, postage prepaid, this 2nd day of April, 2004 upon the parties and at the addresses set forth in the attached service lists, which are incorporated by reference as though the same were fully set forth at length herein.

MEYER, UNKOVIC & SCOTT LLP

_/s/ Joel M. Helmrich_
Joel M. Helmrich (PA Bar No. 30733)
Kevin C. Hansen (PA Bar No. 21899)
1300 Oliver Building
Pittsburgh, Pennsylvania 15222-2304
Phone: (412) 456-2800
Facsimile: (412) 456-2864

- and -

YOUNG CONAWAY STARGATT &
TAYLOR, LLP
James L. Patton Jr. (DE Bar No. 2202)
Melanie K. Sharp (DE No. 2501)
Edwin J. Harron (DE Bar No. 3396)
Scott Salerni (DE Bar No. 4040)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Phone: (302) 571-6600
Facsimile: (302) 571-1253

Attorneys for the Legal Representative

Albert O. Cornelison
Executive Vice President &
General Counsel
Halliburton Company
1401 McKinney, Suite 2400
Houston, TX 77010

Bruce Stanski
Senior Vice President and CFO
Kellogg Brown & Root
4100 Clinton Drive
Houston, TX 77020

Jeffrey N. Rich, Esquire
Kirkpatrick & Lockhart LLP
599 Lexington Avenue
New York, NY 10022-6030

Michael G. Zanic, Esquire
Kirkpatrick & Lockhart LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222

Frank H. Griffin, III, Esquire
Gollatz, Griffin & Ewing
Four Penn Center, Suite 200
1600 John F. Kennedy Boulevard
Philadelphia, PA 19103-2803

Thomas D. Bibby
KPMG
717 North Harwood Street
Suite 3100
Dallas, TX 75201

Dr. Francine K. Rabinovitz
6033 W. Century Boulevard, Suite 890
Los Angeles, CA 90045

Peter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle N.W.
Washington, DC 20005

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022-4614

Philip E. Milch, Esquire
Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219

Jack L. Kinzie, Esquire
Michael C. Li, Esquire
Baker Botts LLP
2001 Ross Avenue
Dallas, TX 75201

Tony M. Davis, Esquire
Baker Botts LLP
One Shell Plaza
910 Louisiana
Houston, TX 77002-4995

Joseph Sisca, Esquire
Office of the U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

James L. Patton Jr., Esquire
Edwin J. Harron, Esquire
Young Conaway Stargatt & Taylor LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

Joel M. Helmrich, Esquire
Meyer, Unkovic & Scott LLP
1300 Oliver Building
Pittsburgh, PA 15222

L. John Argento, Esquire
Jason A. Archinaco, Esquire
John W. Burns, Esquire
Dickie, McCamey & Chilcote, P.C.
Two PPG Place - Suite 400
Pittsburgh, PA 15222

Mark D. Plevin, Esquire
Clifton S. Elgarten, Esquire
Robert T. Ebert, Esquire
Frederick W. Claybrook, Jr., Esquire
Leslie A. Epley, Esquire
James T. Hubler, Esquire
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

Paul R. Koepff, Esquire
Andrew J. Frackman, Esquire
Tancred V. Schiavoni, Esquire
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

Steven P. Rice, Esquire
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505

Duane Morse, Esquire
Nancy Manzer, Esquire
Linda Chanow, Esquire
Wilmer, Cutler & Pickering LLP
1600 Tysons Boulevard
10th Floor
Tysons Corner, VA 22102

Philip D. Anker, Esquire
Wilmer, Cutler & Pickering LLP
399 Park Avenue
New York, NY 10022

Katherine Worthman, Esquire
James A. Shepherd, Esquire
Knight Elsberry, Esquire
Jeremy Simon, Esquire
Lillian Potter, Esquire
Wilmer, Cutler & Pickering LLP
2445 M. Street, N.W.
Washington, DC 20037

Samuel R. Grego, Esquire
Vinita K. Sinha, Esquire
DKW Law Group LLC
58th Floor, US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

-2-

| | |
|---|---|
| Paul H. Saint-Antoine, Esquire<br>Daniel L. McAuliffe, Esquire<br>Drinker Biddle & Reath LLP<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103 | Robert Rivera, Jr., Esquire<br>Neal S. Marine, Esquire<br>H. Lee Godfrey, Esquire<br>Susman Godfrey, L.L.P.<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002-5096 |
| Charles Eskridge, Esquire<br>Susman Godfrey, L.L.P.<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002-5096 | Edward H. Tillinghast, III, Esquire<br>Coudert Brothers LLP<br>1114 Avenue of the Americas<br>New York, NY 10036 |
| Katherine M. Windler, Esquire<br>Russell W. Roten, Esquire<br>Jeff D. Kahane, Esquire<br>Coudert Brothers LLP<br>333 South Hope Street<br>Los Angeles, CA 90071 | Duane D. Morse, Esquire<br>Nancy Manzer, Esquire<br>Linda Chanow, Esquire<br>Wilmer, Cutler & Pickering LLP<br>1600 Tysons Boulevard<br>10th Floor<br>Tysons Corner, VA 22102 |
| Philip D. Anker, Esquire<br>Wilmer, Cutler & Pickering LLP<br>399 Park Avenue<br>New York, NY 10022 | Katherine Worthman, Esquire<br>James A. Shepherd, Esquire<br>Knight Elsberry, Esquire<br>Jeremy Simon, Esquire<br>Lillian Potter, Esquire<br>Wilmer, Cutler & Pickering LLP<br>2445 M Street, N.W.<br>Washington, D.C. 20037 |
| William J. Bowman, Esquire<br>George W. Mayo, Jr., Esquire<br>James P. Ruggeri, Esquire<br>Edward B. Parks, II, Esquire<br>Hogan & Hartson, L.L.P.<br>Columbia Square<br>555 13th Street, N.W.<br>Washington, D.C. 20004 | Jeffery A. Deller, Esquire<br>Klett Rooney Lieber & Schorling PC<br>One Oxford Centre, 40th Floor<br>Pittsburgh, PA 15219-6498 |
| John J. Dwyer, Esquire<br>William P. Shelley, Esquire<br>Jacob C. Cohn, Esquire<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103 | David P. McClain, Esquire<br>Daniel F. Patchin, Esquire<br>McClain, Leppert & Maney, P.C.<br>Two Houston Center<br>909 Fannin, Suite 4050<br>Houston, TX 77010 |
| Elit R. Felix, II, Esquire<br>Margolis Edelstein<br>The Curtis Center, 4th Floor<br>601 Walnut Street<br>Philadelphia, PA 19106-3304 | James S. Yoder, Esquire<br>White and Williams LLP<br>824 North Market Street<br>Suite 902<br>Wilmington, DE 19899 |

Steven M. Crane, Esquire
Berkes Crane Robinson & Seal LLP
515 South Figueroa Street, Suite 1500
Los Angeles, CA 90071

George T. Snyder, Esquire
Stonecipher, Cunningham, Beard &
Schmitt, P.C.
125 First Avenue
Pittsburgh, PA 15222

Samuel R. Grego, Esquire
Vinita K. Sinha, Esquire
DKW Law Group LLC
58th Floor, US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Deidre Woulfe Pacheco, Esquire
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, NJ 07095-0958

Steven T. Baron, Esquire
Silber Pearlman, LLP
Fifth Floor, LB 32
2711 N. Haskell Avenue
Dallas, TX 75204-2913

Michael A. Shiner, Esquire
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

Scott W. Wert, Esquire
Foster & Sear, L.L.P.
524 E. Lamar Boulevard, Suite 200
Arlington, TX 76011

Jim R. Ross, Esquire
McCurdy & McCurdy, L.L.P.
524 E. Lamar Boulevard, Suite 250
Arlington, TX 76011

Lori Robertson, Esquire
Linebarger Goggan Blair & Sampson, LLP
1949 South IH 35 (78741)
P.O. Box 17428
Austin, TX 78760-7428

Hugh Ray, Esquire
David A. Zdunkewicz, Esquire
Andrews Kurth, LLP
600 Travis, Suite 4200
Houston, TX 77002

John H. Maddock, III, Esquire
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219

Joseph A. Dworetzky, Esquire
Margaret P. Steere, Esquire
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103

Martin J. Weis, Esquire
Dilworth Paxson LLP
1735 Market Street
Suite 3200
Philadelphia, PA 19103

Alan S. Miller, Esquire
Picadio Sneath Miller & Norton, P.C.
4710 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

| | |
|---|---|
| Robert B. Millner, Esquire<br>Sonnenschein Nath & Rosenthal LLP<br>8000 Sears Tower<br>Chicago, IL 60606 | Scott M. Seaman, Esquire<br>Meckler, Bulger & Tilson<br>123 North Wacker Drive<br>Suite 1800<br>Chicago, IL 60606 |
| Teresa M. Dorr, Esquire<br>Fox Rothschild LLP<br>Princeton Pike Corporate Center<br>997 Lenox Drive, Building 3<br>Lawrenceville, NJ 08648-2311 | W. Martin Tellegen, Esquire<br>Gerald F. Ellersdorfer, Esquire<br>Paul A. Peters, Esquire<br>Kaufman & Logan LLP<br>100 Spear Street, 12th Floor<br>San Francisco, CA 94105 |
| Peter N. Pross, Esquire<br>Eckert Seamans Cherin & Mellott, LLC<br>600 Grant Street, 44th Floor<br>Pittsburgh, PA 15219 | Stephen I. Weil, Esquire<br>Weil & Associates<br>711 Louisiana Street, Suite 1700<br>Houston, TX 77002 |
| Alan Kellman, Esquire<br>Maritime Asbestos Legal Clinic, a division of The Jaques<br>Admiralty Law Firm, P.C.<br>645 Griswold, Suite 1570<br>Detroit, MI 48226 | Loren S. Scott, Esquire<br>Arnold Gallagher Saydack Percell Roberts & Potter, P.C.<br>P.O. Box 1758<br>Eugene, OR 97440-1758 |
| Sander L. Esserman, Esquire<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201-2689 | Robert S. Bernstein, Esquire<br>Bernstein Law Firm, P.C.<br>Suite 2200 Gulf Tower<br>Pittsburgh, PA 15219 |
| Bill Angelowitz<br>President<br>Daily Insights, Inc.<br>JAFBox3127<br>New York, NY 10116 | John A. Nadas, Esquire<br>Mark D. Cahill, Esquire<br>Douglas R. Gooding, Esquire<br>Gregg Shapiro, Esquire<br>Timothy W. Arant, Esquire<br>Choate, Hall & Stewart<br>Exchange Place<br>53 State Street<br>Boston, MA 02109 |
| Alan B. Rich, Esquire<br>Baron & Budd, PC<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219 | Randall A. Rios, Esquire<br>Floyd Jones Rios Wahrlich P.C.<br>Bank of America Center<br>700 Louisiana, 46th Floor<br>Houston, TX 77002 |

Robert G. Taylor II, Esquire  
Robert G. Taylor II, P.C.  
One Allen Center  
3400 Penthouse  
500 Dallas Street  
Houston, TX 77002

Stephen H. DonCarlos, Esquire  
Reid, Strickland & Gillette, L.L.P.  
Post Office Box 809  
Baytown, TX 77522-0809

Kimberly LuffWakim, Esquire  
Leonard F. Spagnolo, Esquire  
Thorp Reed & Armstrong, LLP  
One Oxford Centre  
301 Grant Street, 14th Floor  
Pittsburgh, PA 15219-1425

Steven J. Abarbanel, Esquire  
Catherine N. O'Connell, Esquire  
Robinson & Cole LLP  
One Boston Place  
Boston, MA 02108

Jessie S. Vogtle, Jr., Esquire  
Christie Lyman Dowling, Esquire  
Balch & Bingham, LLP  
1901 Sixth Avenue North, Suite 2600  
Birmingham, AL 35203-2628

Stanley G. Makoroff, Esquire  
Blumling & Gusky LLP  
1200 Koppers Building  
Pittsburgh, PA 15219

Julia L. Wahl, Esquire  
Special Assistant to the U.S. Attorney  
Liberty Center - Suite 601C  
1001 Liberty Avenue  
Pittsburgh, PA 15222

Thomas H. Grace, Esquire  
W. Steven Bryant, Esquire  
Locke Liddell & Sapp LLP  
600 Travis Street  
3400 Chase Tower  
Houston, TX 77002

Thomas G. Wilkinson, Jr., Esquire  
John D. Shea, Esquire  
David J. Liebman, Esquire  
Cozen O'Connor  
1900 Market Street  
Philadelphia, PA 19103

Arthur J. Abramowitz, Esquire  
Cozen O'Connor  
Liberty View Suite 300  
457 Haddonfield Road  
Cherry Hill, NJ 08002

Ms. Anne Marie Kennelly  
Corporate Counsel  
Hewlett-Packard Company  
3000 Hanover Street, M/S 1050  
Palo Alto, CA 94304

Berry D. Spears, Esquire  
Winstead Sechrest & Minick P.C.  
100 Congress Avenue, Suite 800  
Austin, TX 78701

Davor Rukavina, Esquire  
Munsch Hardt Kopf & Harr, P.C.  
4000 Fountain Place  
1445 Ross Avenue  
Dallas, TX 75202-2790

Vicente Matias Murrell, Esquire  
Pension Benefit Guaranty Corporation  
Office of the General Counsel  
1200 K Street, NW  
Washington, DC 20005-4026

Dean P. Sperling, Esquire
Law Office of Dean P. Sperling
201 East Sandpointe, Suite 220
Santa Ana, CA 92707-5742

Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

Imperial County Treasurer-Tax Collector
940 West Main Street, Suite 106
El Centre, CA 92243

Michael K. McCrory, Esquire
Martin W. Zivitz, Esquire
Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN 46204

John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
Post Office Box 3064
Houston, TX 77253-3064

Dianne S. Wainwright, Esquire
Brown & Levicoff, P.C.
600 Gulf Tower
Pittsburgh, PA 15219

R. Kenneth Willman, Esquire
Michael A. Katz, Esquire
Willman & Arnold, LLP
705 McKnight Park Drive
Pittsburgh, PA 15237

Paul A. Bradley, Esquire
McCarter & English, LLP
919 North Market Street, Suite 1800
Post Office Box 111
Wilmington, DE 19899

Andrew K. Craig, Esquire
Stefano Calogero, Esquire
Cuyler Burk, LLP
4 Century Drive
Parsippany, NJ 07054

Anthony R. Gambardella, Esquire
Michael E. Buckley, Esquire
Rivkin Radler LLP
EAB Plaza
Uniondale, NY 11556-9111

Robert J. Rosenberg, Esquire
Robert F. Kennedy, Esquire
Mark A. Broude, Esquire
Latham & Watkins LLP
53rd at Third, Suite 1000
885 Third Avenue
New York, NY 10022-4068

Hennessey Hunt
Reg: #619672
9601 Spur 591
Amarillo, TX 79107

Michael Reed, Esquire
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 26990
Austin, TX 78755

Louis C. Long, Esquire
Meyer, Darragh, Buckler, Bebenek & Eck,
P.L.L.C.
U.S. Steel Tower, Suite 4850
600 Grant Street
Pittsburgh, PA 15219

Mark W. Zimmerman, Esquire
Clausen Miller P.C.
10 South LaSalle Street
Chicago, IL 60603

Robert P. Siegel, Esquire
Traub Eglin Lieberman Strauss LLP
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, NY 10532

Mark Browning, Esquire
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

John E. Rodewald, Esquire
Arthur F. Brandt, Esquire
Bates & Carey
191 N. Wacker Drive, Suite 2400
Chicago, IL 60606

Mariya S. Treisman, Esquire
Andrew T. Frankel, Esquire
Patricia Taylor Fox, Esquire
Simpson, Thacher & Bartlett, LLP
425 Lexington Street
New York, NY 10017

-6-