# CERTIFICATE OF SERVICE

I, Gregory J. Flasser, hereby certify that on the 2nd day of June 2020, I caused copies of the **Declaration of Abigail W. Williams in Support of Memorandum in Support of Hartford's Objection to Certain Mediators that Debtors Nominated and in Further Support of Limited Objection to Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief** to be served via email on the parties listed below:

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Derek C. Abbott
Andrew R. Remming
Joseph C. Barsalona II
Eric W. Moats
Paige N. Topper
Email: dabbott@mnat.com
aremming@mnat.com
jbarsalona@mnat.com
emoats@mnat.com
ptopper@mnat.com

SIDLEY AUSTIN LLP
Jessica C. K. Boelter
Email: jboelter@sidley.com

SIDLEY AUSTIN LLP
Thomas A. Labuda
Michael C. Andolina
Matthew E. Linder
Blair M. Warner
Email: tlabuda@sidley.com
mandolina@sidley.com
mlinder@sidley.com
blair.warner@sidley.com

OFFICE OF THE UNITED STATES TRUSTEE
David L. Buchbinder
Hannah M. McCollum
Email: David.l.buchbinder@usdoj.gov
Hannah.mccollum@usdoj.gov

KRAMER, LEVIN, NAFKALIS & FRANKEL LLP
David E. Blabey, Jr.
Thomas Moers Mayer
Rachael Ringer
Jennifer R. Sharret
Megan M. Wasson
Email: dblabey@kramerlevin.com
tmayer@kramerlevin.com
rringger@kramerlevin.com
jsharret@kramerlevin.com
mwasson@kramerlevin.com

REED SMITH LLP
Kurt F. Gwynne
Katelin Ann Morales
Email: kgwynne@reedsmith.com
kmorales@reedsmith.com

                                                */s/ Gregory J. Flasser*
                                               Gregory J. Flasser (No. 6154)