## Exhibit B

**Expense Detail**

**SIDLEY AUSTIN LLP**

Invoice Number: 40025364
Boy Scouts of America

Chapter 11 Matters

E X P E N S E   D E T A I L

| Date | Narrative | Amount |
|---|---|---:|
| 02/19/20 | 02/18/20-Duplicating Charges (Color) Time: 17:59:00 | $5.80 |
| 02/19/20 | 02/18/20-Duplicating Charges (Color) Time: 18:00:00 | 1.60 |
| 02/19/20 | 02/18/20-Duplicating Charges (Color) Time: 18:00:00 | 0.70 |
| 02/19/20 | 02/18/20-Duplicating Charges (Color) Time: 18:00:00 | 1.60 |
| 02/19/20 | 02/18/20-Duplicating Charges (Color) Time: 17:58:00 | 5.80 |
| 02/19/20 | 02/18/20-Duplicating Charges (Color) Time: 17:59:00 | 0.70 |
| 02/19/20 | 02/18/20-Duplicating Charges (Color) Time: 18:31:00 | 10.40 |
| 02/19/20 | 02/18/20-Duplicating Charges (Color) Time: 15:48:00 | 0.70 |
| 02/19/20 | 02/18/20-Duplicating Charges (Color) Time: 16:00:00 | 0.20 |
| 02/19/20 | 02/18/20-Duplicating Charges (Color) Time: 9:55:00 | 0.20 |
| 02/19/20 | 02/18/20-Duplicating Charges (Color) Time: 13:23:00 | 0.10 |
| 02/19/20 | 02/18/20-Duplicating Charges (Color) Time: 13:21:00 | 0.10 |
| 02/19/20 | 02/18/20-Duplicating Charges (Color) Time: 13:52:00 | 0.30 |
| 02/19/20 | 02/18/20-Duplicating Charges (Color) Time: 13:23:00 | 0.10 |
| 02/19/20 | 02/18/20-Duplicating Charges (Color) Time: 16:27:00 | 0.20 |
| 02/20/20 | 02/18/20-Duplicating Charges (Color) Time: 18:46:00 | 0.10 |
| 02/20/20 | 02/18/20-Duplicating Charges (Color) Time: 18:46:00 | 0.60 |
| 02/20/20 | 02/18/20-Duplicating Charges (Color) Time: 18:35:00 | 6.40 |
| 02/20/20 | 02/18/20-Duplicating Charges (Color) Time: 18:36:00 | 0.30 |
| 02/20/20 | 02/18/20-Duplicating Charges (Color) Time: 18:44:00 | 0.30 |
| 02/20/20 | 02/18/20-Duplicating Charges (Color) Time: 18:46:00 | 0.30 |
| 02/20/20 | 02/18/20-Duplicating Charges (Color) Time: 21:56:00 | 5.90 |
| 02/20/20 | 02/18/20-Duplicating Charges (Color) Time: 21:56:00 | 5.90 |
| 02/20/20 | 02/18/20-Duplicating Charges (Color) Time: 18:36:00 | 0.20 |
| 02/20/20 | 02/18/20-Duplicating Charges (Color) Time: 18:44:00 | 0.60 |
| 02/20/20 | 02/18/20-Duplicating Charges (Color) Time: 18:44:00 | 0.10 |
| 02/20/20 | 02/18/20-Duplicating Charges (Color) Time: 18:45:00 | 0.20 |
| 02/20/20 | 02/18/20-Duplicating Charges (Color) Time: 20:59:00 | 4.40 |

**SIDLEY AUSTIN LLP**

Invoice Number: 40025364
Boy Scouts of America

Chapter 11 Matters

| **Date** | **Narrative** | **Amount** |
|---|---|---:|
| 02/20/20 | 02/19/20-Duplicating Charges (Color) Time: 12:39:00 | 4.40 |
| 02/21/20 | 02/20/20-Duplicating Charges (Color) Time: 8:21:00 | 0.20 |
| 02/21/20 | 02/20/20-Duplicating Charges (Color) Time: 8:41:00 | 4.90 |
| 02/22/20 | 02/21/20-Duplicating Charges (Color) Time: 14:48:00 | 0.60 |
| 02/22/20 | 02/21/20-Duplicating Charges (Color) Time: 14:49:00 | 1.10 |
| 02/23/20 | 02/22/20-Duplicating Charges (Color) Time: 13:50:00 | 0.50 |
| 02/23/20 | 02/22/20-Duplicating Charges (Color) Time: 13:47:00 | 0.50 |
| 02/23/20 | 02/22/20-Duplicating Charges (Color) Time: 13:58:00 | 0.40 |
| 02/23/20 | 02/22/20-Duplicating Charges (Color) Time: 18:04:00 | 0.50 |
| 02/24/20 | 02/16/20-02/18/20 New York to Delaware City - Feb 19, 2020 - Andres Barajas - Taxi/Car Service from Wilmington hotel to train station on 2/19/20 in connection with travel for preparation for filing Chapter 11 petitions and first day motions and preparation for first day hearing | 7.04 |
| 02/24/20 | 2/24/20 - Scanning, Printing & OCR - DTI TOPCO INC - M397942007370 - COLOR COPY | 254.54 |
| 02/24/20 | Scanning, Printing & OCR 2/24/20 - DTI TOPCO INC - M397942007373 - B&W COPY | 119.66 |
| 02/24/20 | 02/16/20-02/18/20 New York to Delaware City - Feb 18, 2020 - Andres Barajas - Lodging for one night in Wilmington on 2/18/20 includes $299 room rate, $23.92 State tax and $5.98 City tax in connection with travel for preparation for filing Chapter 11 petitions and first day motions and preparation for first day hearing - Boy Scouts of America - Hotel DuPont | 328.90 |
| 02/24/20 | 02/16/20-02/18/20 New York to Delaware City - Feb 19, 2020 - Andres Barajas - One way trainfare from Wilmington to NYC on 2/19/20 in connection with travel for preparation for filing Chapter 11 petitions and first day motions and preparation for first day hearing - Boy Scouts of America - Amtrak | 206.00 |
| 02/25/20 | 02/24/20-Duplication charges Time: 14:12:00 | 0.60 |
| 02/25/20 | 02/24/20-Duplication charges Time: 14:11:00 | 1.40 |
| 02/25/20 | 02/24/20-Duplication charges Time: 14:11:00 | 1.00 |
| 02/25/20 | 02/24/20-Duplicating Charges (Color) Time: 15:48:00 | 0.10 |
| 02/25/20 | 02/16/20-02/20/20 Chicago to Philadelphia - Feb 20, 2020 - Blair M. Warner - Taxi/Car Service from Wilmington hotel to Philadelphia airport on 2/20/20 in connection with travel for BSA Chapter 11 case filing and first day hearing. | 47.36 |
| 02/25/20 | 02/16/20-02/20/20 Chicago to Philadelphia - Feb 20, 2020 - Blair M. Warner - Taxi/Car Service from O'Hare airport to residence on 2/20/20 in connection with travel to BSA Chapter 11 case filing and first day hearing. | 9.41 |

**SIDLEY AUSTIN LLP**

Invoice Number: 40025364
Boy Scouts of America

Chapter 11 Matters

| **Date** | **Narrative** | **Amount** |
|---|---|---:|
| 02/25/20 | 02/16/20-02/20/20 Chicago to Philadelphia - Feb 18, 2020 - Blair M. Warner - Meals Other - Late afternoon snack and beverage for two attendees in Wilmington (in lieu of lunch) on 2/18/20 in connection with travel for BSA Chapter 11 case filing and first day hearing - (attendees include B. Warner and K. Basaria) | 9.50 |
| 02/25/20 | 02/16/20-02/20/20 Chicago to Philadelphia - Feb 18, 2020 - Blair M. Warner - Hotel - Late night convenience snacks and beverage for one attendee at Wilmington hotel on 2/18/20 (in lieu of dinner) in connection with travel for BSA Chapter 11 case filing and first day hearing. - Hotel DuPont | 13.50 |
| 02/25/20 | 02/16/20-02/20/20 Chicago to Philadelphia - Feb 19, 2020 - Blair M. Warner - Lodging for one night in Wilmington on 2/18/20 includes $299 room rate, $23.92 State tax and $5.98 City tax in connection with travel for BSA Chapter 11 case filing and first day hearing. - Hotel DuPont | 328.90 |
| 02/25/20 | 02/16/20-02/20/20 Chicago to Philadelphia - Feb 20, 2020 - Blair M. Warner - Lodging for one night in Wilmington on 2/19/20 includes $299 room rate, $23.92 State tax and $5.98 City tax in connection with travel for BSA Chapter 11 case filing and first day hearing. - Hotel DuPont | 328.90 |
| 02/26/20 | 02/25/20-Duplicating Charges (Color) Time: 18:30:00 | 0.10 |
| 02/26/20 | 02/25/20-Duplicating Charges (Color) Time: 18:11:00 | 0.80 |
| 02/26/20 | 02/25/20-Duplicating Charges (Color) Time: 18:31:00 | 0.50 |
| 02/26/20 | 02/25/20-Duplicating Charges (Color) Time: 18:13:00 | 0.10 |
| 02/26/20 | 02/25/20-Duplicating Charges (Color) Time: 18:15:00 | 0.10 |
| 02/26/20 | 02/25/20-Duplicating Charges (Color) Time: 18:16:00 | 0.10 |
| 02/26/20 | 02/25/20-Duplicating Charges (Color) Time: 18:18:00 | 1.10 |
| 02/26/20 | 02/25/20-Duplicating Charges (Color) Time: 18:14:00 | 0.20 |
| 02/26/20 | 02/25/20-Duplicating Charges (Color) Time: 18:17:00 | 2.00 |
| 02/26/20 | 02/25/20-Duplicating Charges (Color) Time: 18:14:00 | 0.10 |
| 02/26/20 | 02/25/20-Duplicating Charges (Color) Time: 18:17:00 | 6.60 |
| 02/26/20 | 02/25/20-Duplicating Charges (Color) Time: 10:02:00 | 0.70 |
| 02/26/20 | 02/25/20-Duplicating Charges (Color) Time: 9:58:00 | 0.70 |
| 02/26/20 | Messenger Services ON TIME COURIERS INC - 311367 - MESSENGER SERVICES - MONICA BLACKER | 49.22 |
| 02/27/20 | 02/25/20-Duplicating Charges (Color) Time: 21:50:00 | 1.50 |
| 02/27/20 | 02/25/20-Duplicating Charges (Color) Time: 21:50:00 | 1.50 |
| 02/27/20 | 02/25/20-Duplicating Charges (Color) Time: 21:06:00 | 0.20 |
| 02/27/20 | 02/25/20-Duplicating Charges (Color) Time: 21:42:00 | 0.10 |

**SIDLEY AUSTIN LLP**

Invoice Number:  40025364
Boy Scouts of America

Chapter 11 Matters

| Date | Narrative | Amount |
|---|---|---:|
| 02/27/20 | 02/25/20-Duplicating Charges (Color) Time: 18:35:00 | 0.20 |
| 02/27/20 | 02/25/20-Duplicating Charges (Color) Time: 18:36:00 | 0.10 |
| 02/27/20 | 02/25/20-Duplicating Charges (Color) Time: 21:49:00 | 2.30 |
| 02/27/20 | 02/25/20-Duplicating Charges (Color) Time: 18:40:00 | 0.10 |
| 02/27/20 | 02/25/20-Duplicating Charges (Color) Time: 21:50:00 | 2.30 |
| 02/27/20 | 02/25/20-Duplicating Charges (Color) Time: 21:06:00 | 0.10 |
| 02/27/20 | 02/25/20-Duplicating Charges (Color) Time: 21:42:00 | 0.10 |
| 02/27/20 | 02/25/20-Duplicating Charges (Color) Time: 21:42:00 | 0.10 |
| 02/27/20 | 02/26/20-Duplicating Charges (Color) Time: 8:52:00 | 0.40 |
| 02/27/20 | 02/26/20-Duplicating Charges (Color) Time: 8:49:00 | 0.20 |
| 02/27/20 | 02/26/20-Duplicating Charges (Color) Time: 17:02:00 | 0.20 |
| 02/27/20 | 02/26/20-Duplicating Charges (Color) Time: 11:35:00 | 0.80 |
| 02/27/20 | 02/17/20-02/20/20 Chicago to New York City - Feb 18, 2020 - Thomas A. Labuda, Jr. - Taxi/Car Service from NY hotel to train station on 2/18/20 in connection with travel to New York and Delaware for Board Meeting and First Day Hearings | 26.98 |
| 02/27/20 | 02/17/20-02/20/20 Chicago to New York City - Feb 20, 2020 - Thomas A. Labuda, Jr. - Parking at O'Hare airport in connection with travel to New York and Delaware for Board Meeting and First Day Hearings - (Charge has been reduced to only reflect parking after the petition date of 2/18/20) | 100.00 |
| 02/27/20 | 02/17/20-02/20/20 Chicago to New York City - Feb 18, 2020 - Thomas A. Labuda, Jr. - Hotel - Dinner for one attendee at Wilmington hotel on 2/18/20 in connection with travel to New York and Delaware for Board Meeting and First Day Hearings - Hotel DuPont | 45.00 |
| 02/27/20 | 02/17/20-02/20/20 Chicago to New York City - Feb 20, 2020 - Thomas A. Labuda, Jr. - Lodging for one night at Wilmington hotel on 2/19/20 includes $339 room rate, $27.12 State tax and $6.78 City tax in connection with travel to New York and Delaware for Board Meeting and First Day Hearings - Hotel DuPont | 372.90 |
| 02/27/20 | 02/17/20-02/20/20 Chicago to New York City - Feb 20, 2020 - Thomas A. Labuda, Jr. - Internet airline service charge to work while flying on 2/20/20 in connection with travel to New York and Delaware for Board Meeting and First Day Hearings | 11.99 |
| 02/27/20 | 02/17/20-02/20/20 Chicago to New York City - Feb 18, 2020 - Thomas A. Labuda, Jr. - Lodging - Hotel room charge in Wilmington for soft drink beverage with dinner for one attendee on 2/18/20 in connection with travel to New York and Delaware for Board Meeting and First Day Hearings - Hotel DuPont | 4.00 |
| 02/27/20 | 02/17/20-02/20/20 Chicago to New York City - Feb 20, 2020 - Thomas A. Labuda, Jr. - Lodging for one night in Wilimgton hotel on 2/18/20 includes $299 room rate, $23.92 State tax and $5.98 City tax in connection with travel to New York and Delaware for Board Meeting and First Day Hearings - Hotel DuPont | 328.90 |

**SIDLEY AUSTIN LLP**

Invoice Number: 40025364
Boy Scouts of America

Chapter 11 Matters

| Date | Narrative | Amount |
|---|---|---:|
| 02/28/20 | 02/26/20-Duplicating Charges (Color) Time: 21:32:00 | 0.50 |
| 02/28/20 | 02/26/20-Duplicating Charges (Color) Time: 21:31:00 | 0.40 |
| 02/28/20 | 02/27/20-Duplicating Charges (Color) Time: 14:42:00 | 0.70 |
| 02/28/20 | 02/27/20-Duplicating Charges (Color) Time: 14:21:00 | 0.50 |
| 02/28/20 | 02/27/20-Duplicating Charges (Color) Time: 15:40:00 | 0.20 |
| 02/29/20 | 02/29/20-Duplicating Charges (Color) Time: 15:04:00 | 0.90 |
| 03/02/20 | Professional Services/Specialists 2/26/20 - MERRILL COMMUNICATIONS LLC - 2481465 - PAGES IN WAREHOUSING | 3,895.00 |
| 03/03/20 | 03/02/20-Duplicating Charges (Color) Time: 8:41:00 | 0.20 |
| 03/03/20 | 03/02/20-Duplicating Charges (Color) Time: 8:29:00 | 0.20 |
| 03/03/20 | 03/02/20-Duplicating Charges (Color) Time: 14:56:00 | 3.80 |
| 03/03/20 | 03/02/20-Duplicating Charges (Color) Time: 8:29:00 | 0.10 |
| 03/03/20 | 03/02/20-Duplicating Charges (Color) Time: 8:05:00 | 0.30 |
| 03/03/20 | 03/02/20-Duplicating Charges (Color) Time: 15:32:00 | 0.90 |
| 03/03/20 | 03/02/20-Duplicating Charges (Color) Time: 15:53:00 | 1.70 |
| 03/03/20 | 03/02/20-Duplicating Charges (Color) Time: 16:13:00 | 1.70 |
| 03/03/20 | 03/02/20-Duplicating Charges (Color) Time: 16:14:00 | 0.50 |
| 03/03/20 | 03/02/20-Duplicating Charges (Color) Time: 15:30:00 | 0.40 |
| 03/03/20 | 03/02/20-Duplicating Charges (Color) Time: 15:29:00 | 0.40 |
| 03/03/20 | 03/02/20-Duplicating Charges (Color) Time: 14:04:00 | 1.00 |
| 03/04/20 | 02/16/20-03/19/20 Chicago to Wilmington - Feb 10, 2020 - Matthew E. Linder - One way economy airfare from Philadelphia to Chicago on 2/19/20 in connection with travel for Boy Scouts of America chapter 11 filing and first- day hearing - United Airlines | 352.05 |
| 03/04/20 | 03/03/20-Duplicating Charges (Color) Time: 9:18:00 | 0.20 |
| 03/04/20 | 02/16/20-03/19/20 Chicago to Wilmington - Feb 19, 2020 - Matthew E. Linder - Taxi/Car Service from Wilmington to Philadelphia airport on 2/19/20 in connection with travel for Boy Scouts of America chapter 11 filing and first-day hearing | 73.01 |
| 03/04/20 | 02/16/20-03/19/20 Chicago to Wilmington - Feb 19, 2020 - Matthew E. Linder - Taxi/Car Service from O'Hare airport to residence on 2/19/20 in connection with travel for Boy Scouts of America chapter 11 filing and first-day hearing | 91.63 |
| 03/04/20 | 02/16/20-03/19/20 Chicago to Wilmington - Feb 19, 2020 - Matthew E. Linder - Meals Other - Convenience water at Philadelphia airport prior to boarding plane for one attendee on 2/19/20 in connection with travel for Boy Scouts of America chapter 11 filing and first-day hearing | 3.49 |

**SIDLEY AUSTIN LLP**

Invoice Number: 40025364
Boy Scouts of America

Chapter 11 Matters

| **Date** | **Narrative** | **Amount** |
|---|---|---|
| 03/04/20 | 02/16/20-03/19/20 Chicago to Wilmington - Feb 18, 2020 - Matthew E. Linder - Breakfast for one attendee in Wilmington on 2/18/20 in connection with travel for Boy Scouts of America chapter 11 filing and first-day hearing | 2.59 |
| 03/04/20 | 02/16/20-03/19/20 Chicago to Wilmington - Feb 19, 2020 - Matthew E. Linder - Lodging for one night in Wilmington on 2/18/20 includes $299 room rate, $23.92 State tax and $5.98 City tax in connection with travel for Boy Scouts of America chapter 11 filing and first-day hearing - Hotel DuPont | 328.90 |
| 03/04/20 | 02/16/20-03/19/20 Chicago to Wilmington - Feb 19, 2020 - Matthew E. Linder - Internet airline service charge to work while flying on 2/19/20 in connection with travel for Boy Scouts of America chapter 11 filing and first-day hearing | 11.99 |
| 03/04/20 | 02/23/20-02/26/20 Chicago to Salt Lake City - Feb 23, 2020 - Matthew E. Linder - Internet airline service charge to work while flying on 2/23/20 in connection with travel for Boy Scouts of America chapter 11 first and second day motions | 11.99 |
| 03/04/20 | 02/23/20-02/26/20 Chicago to Salt Lake City - Feb 26, 2020 - Matthew E. Linder - Internet airline service charge to work while flying on 2/26/20 in connection with travel for Boy Scouts of America chapter 11 first and second day motions | 10.99 |
| 03/05/20 | 03/04/20-Duplicating Charges (Color) Time: 8:25:00 | 0.20 |
| 03/05/20 | 03/04/20-Duplicating Charges (Color) Time: 16:54:00 | 0.40 |
| 03/06/20 | 03/05/20-Duplicating Charges (Color) Time: 8:42:00 | 0.40 |
| 03/06/20 | 03/05/20-Duplicating Charges (Color) Time: 16:34:00 | 0.40 |
| 03/07/20 | 03/06/20-Duplicating Charges (Color) Time: 11:19:00 | 0.60 |
| 03/07/20 | 03/06/20-Duplicating Charges (Color) Time: 11:21:00 | 0.70 |
| 03/07/20 | 03/06/20-Duplicating Charges (Color) Time: 11:21:00 | 0.50 |
| 03/07/20 | 03/06/20-Duplicating Charges (Color) Time: 14:59:00 | 0.50 |
| 03/07/20 | 03/06/20-Duplicating Charges (Color) Time: 11:18:00 | 0.60 |
| 03/07/20 | 03/06/20-Duplicating Charges (Color) Time: 11:20:00 | 0.60 |
| 03/07/20 | 03/06/20-Duplicating Charges (Color) Time: 11:20:00 | 0.70 |
| 03/07/20 | 02/27/20- Federal Express Corporation- TR #117602769948 AVAIS IKRAM PRICEWATERHOUSECOOPERS LLP 2121 N PEARL ST DALLAS, TX 75201 | 12.04 |
| 03/09/20 | 03/03/20-03/03/20 New York to Wilmington - Mar 03, 2020 - Jessica C. K. Boelter - Taxi/Car Service from residence to train station on 3/3/20 in connection with travel to attend Initial Debtor Interview | 15.00 |
| 03/09/20 | 03/03/20-03/03/20 New York to Wilmington - Mar 03, 2020 - Jessica C. K. Boelter - Taxi/Car Service from meeting to Wilmington train station on 3/3/20 in connection with travel to attend Initial Debtor Interview | 7.74 |

**SIDLEY AUSTIN LLP**

Invoice Number:  40025364
Boy Scouts of America

Chapter 11 Matters

| Date | Narrative | Amount |
|---|---|---|
| 03/09/20 | 03/03/20-03/03/20 New York to Wilmington - Mar 03, 2020 - Jessica C. K. Boelter - Taxi/Car Service from train station to residence on 3/3/20 in connection with travel to attend Initial Debtor Interview | 31.28 |
| 03/09/20 | 03/03/20-03/03/20 New York to Wilmington - Mar 02, 2020 - Jessica C. K. Boelter - Train - One way trainfare from NY to Wilmington on 3/3/20 in connection with travel to attend Initial Debtor Interview; NY to Wilmington; this is the cost of a business class ticket - Amtrak | 137.00 |
| 03/09/20 | 03/03/20-03/03/20 New York to Wilmington - Mar 03, 2020 - Jessica C. K. Boelter - Train - One way train ticket from Wilmington to NY on 3/3/20 in connection with travel to attend Initial Debtor Interview; Wilmington to NY; this is the cost of a business class ticket - Amtrak | 201.00 |
| 03/11/20 | 02/16/20-02/19/20 Chicago to New Philadelphia - Feb 11, 2020 - Karim Basaria - One way economy airfare (half of roundtrip airfare between Chicago and Philadelphia) in connection with trip to Philadelphia for hearing re: Boy Scouts of America - Southwest Airlines | 403.98 |
| 03/11/20 | 03/10/20-Duplicating Charges (Color) Time: 15:41:00 | 0.40 |
| 03/11/20 | 02/16/20-02/19/20 Chicago to New Philadelphia - Feb 19, 2020 - Karim Basaria - Taxi/Car Service from Chicago airport to residence on 2/19/20 in connection with trip to Philadelphia for hearing re: Boy Scouts of America | 34.46 |
| 03/11/20 | 02/16/20-02/19/20 Chicago to New Philadelphia - Feb 19, 2020 - Karim Basaria - Dinner for two attendees at Philadelphia airport on 2/19/20 in connection with trip to Philadelphia for hearing re: Boy Scouts of America - (attendees include K. Basaria and B. Braun) | 47.97 |
| 03/11/20 | 01/30/20-Telephone Charges Conference Call | 0.06 |
| 03/11/20 | 01/09/20-Telephone Charges Conference Call | 0.42 |
| 03/11/20 | 02/16/20-02/19/20 Chicago to New Philadelphia - Feb 19, 2020 - Karim Basaria - Lodging for one night in Wilimingon on 2/18/19 includes $299 room rate, $23.92 State tax and $5.98 City tax in connection with trip to Philadelphia for hearing re: Boy Scouts of America - Hotel DuPont | 328.90 |
| 03/11/20 | 03/04/20-03/09/20 Chicago to West Palm Beach - Mar 04, 2020 - Matthew E. Linder - Internet airline service charge to work while flying on 3/4/20 for BSA motions and client communications | 9.99 |
| 03/11/20 | 03/04/20-03/09/20 Chicago to West Palm Beach - Mar 09, 2020 - Matthew E. Linder - Internet airline service charge to work while flying on 3/9/20 for BSA motions and client communications | 9.99 |
| 03/13/20 | 03/12/20-Duplicating Charges (Color) Time: 13:04:00 | 0.50 |
| 03/13/20 | 03/12/20-Duplicating Charges (Color) Time: 10:30:00 | 5.10 |
| 03/13/20 | 03/12/20-Duplicating Charges (Color) Time: 10:39:00 | 5.30 |
| 03/13/20 | 03/12/20-Duplicating Charges (Color) Time: 10:42:00 | 5.10 |

**SIDLEY AUSTIN LLP**

Invoice Number:  40025364
Boy Scouts of America

Chapter 11 Matters

| **Date** | **Narrative** | **Amount** |
|---|---|---:|
| 03/13/20 | 03/12/20-Duplicating Charges (Color) Time: 10:31:00 | 0.50 |
| 03/13/20 | 03/12/20-Duplicating Charges (Color) Time: 10:27:00 | 5.20 |
| 03/13/20 | 03/12/20-Duplicating Charges (Color) Time: 13:02:00 | 0.50 |
| 03/13/20 | 03/12/20-Duplicating Charges (Color) Time: 10:29:00 | 0.20 |
| 03/13/20 | 03/12/20-Duplicating Charges (Color) Time: 11:36:00 | 0.30 |
| 03/13/20 | 03/12/20-Duplicating Charges (Color) Time: 11:55:00 | 5.20 |
| 03/13/20 | 03/06/20-US Messenger-2462.03062 Thomas Labuda | 29.13 |
| 03/14/20 | 03/13/20-Duplicating Charges (Color) Time: 18:24:00 | 0.30 |
| 03/18/20 | Court Reporter RELIABLE COMPANIES | 38.40 |
| 03/25/20 | 03/06/20- Federal Express Corporation- TR #117602771960 KIRK ZAMBETTI YETI COOLERS LLC 5301 SOUTHWEST PARKWAY AUSTIN, TX 78735 | 12.10 |
| 03/26/20 | 02/24/20-Westlaw research service | 39.85 |
| 03/26/20 | 02/25/20-Westlaw research service | 199.25 |
| 03/26/20 | 02/25/20-Westlaw research service | 93.41 |
| 03/26/20 | 02/27/20-Westlaw research service | 187.04 |
| 03/26/20 | 02/18/20-Westlaw research service | 233.54 |
| 03/26/20 | 02/28/20-Westlaw research service | 58.79 |
| 03/26/20 | 02/28/20-Westlaw research service | 229.95 |
| 03/26/20 | 02/18/20-Westlaw research service | 717.28 |
| 03/26/20 | 02/18/20-Westlaw research service | 467.07 |
| 03/26/20 | 02/19/20-Westlaw research service | 677.43 |
| 03/26/20 | 02/19/20-Westlaw research service | 653.91 |
| 03/26/20 | 02/20/20-Westlaw research service | 539.59 |
| 03/26/20 | 02/20/20-Westlaw research service | 2,755.74 |
| 03/26/20 | 02/21/20-Westlaw research service | 79.70 |
| 03/26/20 | 02/21/20-Westlaw research service | 420.37 |
| 03/26/20 | 02/23/20-Westlaw research service | 199.25 |
| 03/26/20 | 02/23/20-Westlaw research service | 1,120.98 |
| 03/26/20 | 02/24/20-Westlaw research service | 1,226.16 |
| 03/26/20 | 02/24/20-Westlaw research service | 794.03 |
| 03/26/20 | 02/25/20-Westlaw research service | 478.18 |

**SIDLEY AUSTIN LLP**

Invoice Number:  40025364
Boy Scouts of America

Chapter 11 Matters

| Date | Narrative | Amount |
|---|---|---:|
| 03/26/20 | 02/25/20-Westlaw research service | 1,961.71 |
| 03/26/20 | 02/27/20-Westlaw research service | 588.59 |
| 03/26/20 | 02/27/20-Westlaw research service | 980.86 |
| 03/26/20 | 02/25/20-Westlaw research service | 79.79 |
| 03/26/20 | 02/25/20-Westlaw research service | 561.13 |
| 03/26/20 | 02/26/20-Westlaw research service | 93.52 |
| 03/26/20 | 02/19/20-Westlaw research service | 732.00 |
| 03/26/20 | 02/19/20-Westlaw research service | 42.90 |
| 03/26/20 | 02/19/20-Westlaw research service | 86.65 |
| 03/26/20 | 02/20/20-Westlaw research service | 93.52 |
| 03/26/20 | 02/20/20-Westlaw research service | 379.64 |
| 03/26/20 | 02/18/20-Westlaw research service | 373.66 |
| 03/26/20 | 02/19/20-Westlaw research service | 420.37 |
| 03/26/20 | 02/18/20-Westlaw research service | 423.79 |
| 03/26/20 | 02/18/20-Westlaw research service | 140.28 |
| 03/26/20 | 02/20/20-Westlaw research service | 140.28 |
| 03/26/20 | 02/23/20-Westlaw research service | 46.76 |
| 03/26/20 | 02/24/20-Westlaw research service | 39.89 |
| 03/26/20 | 02/24/20-Westlaw research service | 93.52 |
| 03/27/20 | 02/04/20-Telephone Charges Conference Call | 1.23 |
| 03/27/20 | 02/28/20-Telephone Charges Conference Call | 0.77 |
| 03/27/20 | 02/25/20-Telephone Charges Conference Call | 2.71 |
| 03/27/20 | 02/27/20-Telephone Charges Conference Call | 2.02 |
| 03/27/20 | 02/26/20-Telephone Charges Conference Call | 0.60 |
| 03/27/20 | 02/27/20-Telephone Charges Conference Call | 3.22 |
| 03/27/20 | 02/21/20-Telephone Charges Conference Call | 3.38 |
| 03/27/20 | 02/20/20-Telephone Charges Conference Call | 0.10 |
| 03/27/20 | 02/24/20-Telephone Charges Conference Call | 1.13 |
| 03/27/20 | 02/24/20-Telephone Charges Conference Call | 8.09 |
| 03/27/20 | 02/24/20-Telephone Charges Conference Call | 5.22 |
| 03/27/20 | 02/25/20-Telephone Charges Conference Call | 5.24 |

**SIDLEY AUSTIN LLP**

Invoice Number: 40025364
Boy Scouts of America

Chapter 11 Matters

| Date | Narrative | Amount |
|---|---|---:|
| 03/27/20 | 03/03/20-Westlaw research service | 70.55 |
| 03/27/20 | 03/04/20-Westlaw research service | 140.12 |
| 03/27/20 | 03/05/20-Westlaw research service | 93.41 |
| 03/27/20 | 03/06/20-Westlaw research service | 233.54 |
| 03/27/20 | 03/14/20-Westlaw research service | 280.57 |
| 03/27/20 | 03/02/20-Westlaw research service | 107.48 |
| 03/27/20 | 03/02/20-Westlaw research service | 45.47 |
| 03/27/20 | 03/02/20-Westlaw research service | 199.25 |
| 03/27/20 | 03/02/20-Westlaw research service | 1,307.81 |
| 03/27/20 | 03/02/20-Westlaw research service | 112.36 |
| 03/27/20 | 03/04/20-Westlaw research service | 239.09 |
| 03/27/20 | 03/04/20-Westlaw research service | 186.83 |
| 03/27/20 | 03/05/20-Westlaw research service | 39.85 |
| 03/27/20 | 03/05/20-Westlaw research service | 46.71 |
| 03/27/20 | 03/06/20-Westlaw research service | 79.70 |
| 03/27/20 | 03/06/20-Westlaw research service | 186.83 |
| 03/27/20 | 03/07/20-Westlaw research service | 199.25 |
| 03/27/20 | 03/07/20-Westlaw research service | 46.71 |
| 03/27/20 | 03/08/20-Westlaw research service | 79.70 |
| 03/27/20 | 03/10/20-Westlaw research service | 46.71 |
| 03/27/20 | 03/11/20-Westlaw research service | 478.18 |
| 03/27/20 | 03/11/20-Westlaw research service | 794.03 |
| 03/27/20 | 03/13/20-Westlaw research service | 239.09 |
| 03/27/20 | 03/13/20-Westlaw research service | 326.95 |
| 03/27/20 | 03/06/20-Westlaw research service | 45.73 |
| 03/27/20 | 03/07/20-Westlaw research service | 186.83 |
| 03/27/20 | 03/08/20-Westlaw research service | 93.41 |
| 03/27/20 | 03/10/20-Westlaw research service | 140.28 |
| | **Total** | **$33,366.43** |