# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**DECLARATION OF JANINE PANCHOK-BERRY IN SUPPORT OF JOINDER OF CENTURY INDEMNITY COMPANY, ACE INSURANCE GROUP, WESTCHESTER FIRE INSURANCE COMPANY AND WESTCHESTER SURPLUS LINES INSURANCE COMPANY TO HARTFORD'S MEMORANDUM IN SUPPORT OF HARTFORD'S OBJECTION TO CERTAIN MEDIATORS THAT DEBTORS NOMINATED AND IN FURTHER SUPPORT OF LIMITED OBJECTION TO DEBTORS' MOTION [DKT. 756] AND CENTURY'S OBJECTION**

I, Janine Panchok-Berry, pursuant to 28 U.S.C. § 1746(2), under penalty of perjury, hereby declare as follows:

1. I am an associate at the firm O'Melveny & Myers LLP, Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Ace Insurance Group, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company. I submit this declaration based on my personal knowledge of the proceedings in *In re Boy Scouts of America and Delaware BSA, LCC*, and review of the documents listed below.

2. Attached as Exhibit 1 is a true and correct copy of Century's Requests for Production of Documents Directed to Debtors dated June 2, 2020.

1

2

I declare under pain and penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated:  June 2, 2020                              Respectfully Submitted,


                                                  By:  */s/ Janine Panchok-Berry*

                                                  JANINE PANCHOK-BERRY

# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**CENTURY'S REQUESTS FOR PRODUCTION OF
DOCUMENTS DIRECTED TO DEBTORS**

Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, hereby propounds Requests for Production of Documents to the Debtors, and requests of the Documents required to be produced pursuant to these requests (and which were the subject of prior written requests) by June 4, 2020, at 4 pm, by presenting the same for inspection and/or copying at the offices of Stamoulis & Weinblatt LLC, 800 N. West Street, Third Floor, Wilmington, Delaware 19801.

**REQUESTS FOR PRODUCTION OF DOCUMENTS**

**REQUEST FOR PRODUCTION NO. 1:**

A copy of the document listed on the agenda that the Debtors submitted to the Court for its Motion for Entry of an Order Appointing a Mediator under under "Responses, Item (a)" as "Informal Comments from JPMorgan Chase Bank, National Association".

1

**REQUEST FOR PRODUCTION NO. 2:**

The emails exchanged with Jim Patton and/or members of his firm Young Conaway concerning the retention of Eric Green and/or Paul Finn as mediators or for any other role in this case.

**REQUEST FOR PRODUCTION NO. 3:**

The emails exchanged with Eric Green and Paul Finn concerning Boy Scouts of America and/or the retention of Eric Green and Paul Finn as mediators or for any other role in this case.

Dated:  June 2, 2020

Respectfully Submitted,

By:  /s/ Stamatios Stamoulis
     Stamatios Stamoulis (#4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware  19801
Telephone:   302 999 1540
Facsimile:   302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Janine Panchok-Berry (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York  10036-6537
Telephone:   212 326 2000
Facsimile:   212 326 2061

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Ace Insurance Group, Westchester Fire Insurance Company, and Westchester Surplus Lines Insurance Company*

OMM_US:78195708.2