**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
|  | Jointly Administered |
| Debtors. | **Objection Deadline: June 17, 2020 at 4:00 p.m. (ET)** |
|  | **Hearing Scheduled: Only if necessary** |

**FIRST MONTHLY APPLICATION OF BERKELEY RESEARCH GROUP, LLC
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISORS
TO THE OFFICIAL TORT CLAIMANTS' COMMITTEE FOR THE PERIOD
<u>FROM MARCH 6, 2020 THROUGH MARCH 31, 2020</u>**

| | |
|---|---|
| Name of Applicant: | Berkeley Research Group, LLC |
| Authorized to Provide Professional Services to: | Official Tort Claimants' Committee |
| Date of Retention: | March 6, 2020 by order entered on or about April 11, 2020 |
| Period for which Compensation and Reimbursement is Sought: | March 6, 2020 through March 31, 2020 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $281,697.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |

This is a(n):  <u>X</u> monthly              __ interim              __ final application.


The total time expended for fee application preparation is approximately 0.0 hours and the corresponding compensation requested is approximately $0.00.

## PRIOR MONTHLY APPLICATIONS FILED.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A | N/A |

## PRIOR QUARTERLY APPLICATIONS FILED.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A | N/A |

## BRG PROFESSIONALS

| Name of Professional | Title & Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| R. Todd Neilson | Managing Director; Over 40 Years Experience; BS Accountancy 1975; CPA Since 1981 | $850.00 | 87.1 | $74,035.00 |
| David H. Judd | Managing Director; Over 40 Years Of Experience; Master Of Accountancy 1980 | 750.00 | 48.0 | 36,000.00 |
| Paul N. Shields | Managing Director; Over 32 Years Of Experience; Master Of Business Administration 1992; CPA Since 1991 | 715.00 | 22.2 | 15,873.00 |
| D. Ray Strong | Managing Director; Over 25 Years Of Experience; Master Of Accountancy 1995; CPA Since 1997 | 660.00 | 69.5 | 45,870.00 |
| Matthew K. Babcock | Associate Director; Over 22 Years Of Experience; Master Of Accountancy 1998; CPA Since 2000 | 625.00 | 155.5 | 97,187.50 |
| Christina Tergevorkian | Senior Associate; Over 4 Years Of Experience; Master Of Accountancy 2018; CPA Since 2019 | 295.00 | 22.9 | 6,755.50 |

| | | | | |
|---|---|---|---|---|
| Shelby Chaffos | Associate; Over 4 Years Of Experience; Master Of Accountancy 2018 | 240.00 | 24.9 | 5,976.00 |
| | **Blended Rate** | **$654.96** | **430.1** | **$281,697.00** |

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| **200.10** – Document / Data Analysis (Merrill DatasiteOne) | 18.5 | $11,846.50 |
| **200.20** – Document / Data Analysis (Financial / Accounting) | 57.5 | 27,010.00 |
| **200.30** – Document / Data Analysis (Financial / Accounting) – PeopleSoft Accounting System | 4.9 | 3,680.00 |
| **210.00** – Bankruptcy Proceedings (Filings / Motions – General) | 113.3 | 81,742.00 |
| **211.01** – Bankruptcy Proceedings (Filings / Motions – Cash Collateral) | 41.9 | 29,505.00 |
| **211.03** – Bankruptcy Proceedings (Filings / Motions – Cash Management) | 48.8 | 33,904.50 |
| **211.04** – Bankruptcy Proceedings (Filings / Motions – Wages) | 21.4 | 14,746.00 |
| **211.05** – Bankruptcy Proceedings (Filings / Motions – Shared Services) | 44.1 | 29,991.00 |
| **301.00** – Asset Analysis (General - Debtors Restricted / Identified Assets) | 18.4 | 7,072.50 |
| **331.00** – Asset Analysis (Real Property - Debtors Restricted / Identified Assets) | 7.8 | 5,001.00 |
| **400.00** – Litigation Analysis (Adversary Proceedings) | 23.8 | 16,720.00 |
| **1010.00** – Employment Application | 10.3 | 6,761.50 |
| **1020.00** – Meeting Preparation & Attendance | 19.4 | 13,717.00 |
| **Total** | **430.1** | **$281,697.00** |

## EXPENSE SUM MARY

| Expense Category | Service Provider Of Applicable Expense | Total Expenses |
|---|---|---|
| N/A | N/A | N/A |
| **Total** | | **N/A** |

3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 20-10343 (LSS) |
| BOY SCOUTS OF AMERICA AND | ) | |
| DELAWARE BSA, LLC, | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Objection Deadline: June 17, 2020 at 4:00 p.m. (ET)** |
| | ) | **Hearing Scheduled: Only if necessary** |
| | ) | |
| | ) | |
| | ) | |

**FIRST MONTHLY APPLICATION OF BERKELEY RESEARCH GROUP, LLC
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISORS
TO THE OFFICIAL TORT CLAIMANTS' COMMITTEE FOR THE PERIOD
<u>FROM MARCH 6, 2020 THROUGH MARCH 31, 2020</u>**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "<u>Bankruptcy Rules</u>"), and the Court's "*Order (I) Approving Procedures For (A) Interim Compensation And Reimbursement Of Expenses Of Related Professionals And (B) Expense Reimbursement For Official Committee Members And (II) Granting Related Relief*" (the "<u>Interim Order</u>"), Berkeley Research Group, LLC ("<u>BRG</u>" or "<u>Applicant</u>"), financial advisor to the Official Tort Claimants' Committee ("<u>Tort Claimants' Committee</u>"), hereby submits its Boy Scouts Of America and Delaware BSA, LLC ("<u>Debtors</u>") First Monthly Application for Compensation and for Reimbursement of Expenses for the Period from March 6, 2020 through March 31, 2020 ("<u>Application</u>").

By this Application, BRG seeks a monthly allowance of compensation in the amount of $281,697.00 and no expenses for a total allowance of $281,697.00 and payment of $225,357.60 (80% of the allowed fees) and reimbursement of $0.00 (100% of the allowed expenses) for a total payment of $225,357.60 for the period March 6, 2020 through March 31, 2020 (the "First Monthly Period").  In support of this Application, BRG respectfully represents as follows:

## Background

1.      On February 18, 2020 (the "Petition Date"), the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  On February 18, 2020, the Debtors also filed certain motions and applications seeking certain "first day" orders.  The factual background relating to the Debtor's commencement of this case is set forth in the "*Declaration of Brian Whittman In Support Of The Debtors' Chapter 11 Petitions And First Day Pleadings*" [Docket No. 16] (the "Whittman Declaration").

2.      The Debtors have continued in possession of their property and have continued to operate and manage their businesses as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in this Chapter 11 case.

3.      On or around March 4, 2020 (the "Committee Formation Date") the Office of the United States Trustee (the "US Trustee") formed the Tort Claimants' Committee to represent all tort claimants of the Debtors pursuant to section 1102 of the Bankruptcy Code. See Docket No. 142.  On the Committee Formation Date, the Tort Claimants' Committee determined to retain, subject to Court approval, Pachulski Stang Ziehl & Jones LLP ("PSZJ" or "Counsel") as counsel to represent the Tort Claimants' Committee in all matters during the

pendency of this chapter 11 case.  The appointment of PSZJ was approved.

4.      After the Committee Formation Date, the Tort Claimants' Committee determined to retain, subject to Court approval, BRG as its financial advisor in the Debtors' case.  On or about April 11, 2020, the "*Order Authorizing And Approving The Retention Of Berkeley Research Group, LLC, As Financial Advisor To The Official Tort Claimants Committee Effective As Of March 6, 2020*" appointing BRG effective March 6, 2020 was approved (the "Retention Order").  The Retention Order authorized BRG to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.  A copy of the Retention Order is attached hereto as Exhibit A.

5.      On or about April 6, 2020, the Court entered the Interim Order, authorizing certain professionals ("Professionals") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Interim Order provides, among other things, that a Professional may submit monthly fee applications.  If no objections are made within fourteen (14) days after service of the monthly fee application, the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses. Beginning with the period ending May 31, 2020, at three-month intervals, each of the Professionals must file with the court and serve an interim application for allowance of the amounts sought in its monthly fee applications for that period.  All fees and expenses paid are on an interim basis until final allowance by the Court.

6.      BRG has not previously filed an application for fees and / or expenses.

## BRG's APPLICATION FOR COMPENSATION AND
## FOR REIMBURSEMENT OF EXPENSES

### Compensation Paid and Its Source

7.      All services for which BRG requests compensation were performed for or on

behalf of the Tort Claimants' Committee.

8.      BRG has received no payment and no promises for payment from any source

other than the Debtors for services rendered or to be rendered in any capacity whatsoever in

connection with the matters covered by this Application.  There is no agreement or

understanding between BRG and any other person other than the partners / directors of BRG

for the sharing of compensation to be received for services rendered in this case.

### Fee Statements

9.      The fee statements for the First Monthly Interim Period are attached hereto as

Exhibit B.  Exhibit B provides the detailed time entries for the services provided by category

by BRG as financial advisor to the Tort Claimants' Committee as well as the detail of all

expenses expended.  To the best of BRG's knowledge, this Application complies with

sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the Interim Order.

BRG's time reports are recorded contemporaneously at the time the work is performed.

10.     BRG is particularly sensitive to issues of "lumping" and, unless time was

spent in one-time frame on a variety of different matters for a particular client, separate time

entries are set forth in the time reports.  BRG's charges for its professional services are

based upon the time, nature, extent and value of such services and the cost of comparable

services other than in a case under the Bankruptcy Code.  BRG has reduced its charges

related to any non-working "travel time" to fifty percent (50%) of BRG's standard hourly rate.  To the extent it is feasible, BRG professionals work during travel.

## Actual and Necessary Expenses

11.    BRG customarily charges $0.10 per page for photocopying expenses related to cases, such as these, arising in Delaware.  BRG charges $1.00 per page for out-going facsimile transmissions.  There is no additional charge for long distance telephone calls on faxes.  The charge for outgoing facsimile transmissions reflects BRG's calculation of the actual costs incurred by BRG for the machines, supplies and the extra labor expenses associated with sending telecopies and are reasonable in relation to the amount charged by outside vendors who provide similar services.  BRG does not charge for the receipt of faxes in these cases.

12.    With respect to providers of on-line research services (e.g., LEXIS and PACER), BRG charges the standard usage rates these providers charge for computerized legal research.  BRG bills its clients the actual amounts charged by such services, with no premium.

13.    BRG believes the foregoing rates are the market rates that the majority of similar firms / providers charge clients for such services.

## Summary of Services Rendered

14.    The names of the directors and associates of BRG who have rendered professional services in this case during the First Monthly Period, and the paraprofessionals and case assistants of BRG who provided services to these professionals during the First Monthly Period, are set forth in the attached Exhibit B.  Resumes of each individual that

describe the education and qualifications of the professionals and paraprofessionals for BRG whose time constitutes a basis for this Application are attached as Exhibit C.

15.    Exhibit D is a schedule of Applicant's normal hourly billing rates during the First Monthly Period.  These were the rates charged by Applicant's personnel to solvent clients where Applicant ordinarily receives payment in full within less than 90 days. Applicant carefully reviewed all time charges to ensure they were reasonable and non-duplicative.  Costs and disbursements were also reviewed.  Time was billed in tenths of an hour.

16.    BRG, by and through such persons, has prepared and / or assisted in the preparation of various motions submitted to the Court for consideration, advised the Tort Claimants' Committee on a regular basis with respect to various matters in connection with the Debtor's bankruptcy case, and performed all necessary professional services which are described and narrated in detail below.  BRG's efforts have been extensive due to the size and complexity of the Debtor's bankruptcy case.

**Summary of Services by Project**

17.    The services rendered by BRG during the First Monthly Period can be grouped into the categories set forth below. BRG attempted to place the services provided in the category that best relates to such services. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category.  These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth in the attached Exhibit B.  Exhibit B identifies the professionals and paraprofessionals who rendered services relating to each category, along with the number

of hours for each individual and the total compensation sought for each category.

**A.**    **200.01 – Document / Data Analysis (Merrill DatasiteOne)**

18.    BRG reviewed, analyzed and inventoried thousands of pages of documents, data and information uploaded by the Debtors into the Merrill DatasiteOne Data Room ("Data Room"). At the end of March 2020, the Debtors had uploaded approximately 1,265 individual documents into the Data Room. As part of its review and analysis, BRG examined a number of categories of documents, including corporate / organization records, financial statements and related supporting documents, asset and liability records, and periodic reports filed / uploaded by the Debtors. Applicant's review of Data Room documents has assisted in and will continue to facilitate its on-going analyses and investigations.

Applicant worked closely with Counsel in its review and examination of the Debtors' Data Room documents in order to identify key documents, respond to inquiries from Counsel and avoid duplication of effort. Pursuant to Counsel request, BRG has prepared weekly Data Room indexes in order to identify new documents uploaded, existing documents removed and other modifications to the Data Room.

Fees: $11,846.50;    Hours: 18.5

**B.**    **200.20 – Document / Data Analysis (Financial / Accounting)**

19.    BRG analyzed available financial statements from 2005 through 2020 (including any supplemental schedules, notes, correspondence, etc.) and related accounting data for the Debtors, Related Non-Debtors and Local Councils. BRG's analysis of financial and accounting data will assist in its identification and analysis of assets and potential assets (both historical and current) of the Debtors and evaluate the historical and current financial

and business relationships existing between the Debtors, Related Non-Debtors and Local
Councils. BRG also examined the Debtors' accounting manuals and policies in order to
obtain a preliminary understanding of the Debtors' accounting procedures.

>Fees: $27,010.00;    Hours: 57.5

**C.**    **200.30 – Document / Data Analysis (Financial / Accounting) - PeopleSoft
Accounting System**

20.    BRG determined the Debtors utilize the PeopleSoft accounting system and
requested full access to the accounting data maintained in PeopleSoft. Said data is vital to
BRG's on-ongoing and pending analysis and will allow BRG to efficiently analyze the
Debtors' historic and current operations and financial activity. In addition, the PeopleSoft data
will assist BRG in its identification and analysis of assets available to the Debtors' creditors.
BRG also analyzed limited data exports provided by the Debtors from the PeopleSoft
accounting system.

>Fees: $3,680.00;    Hours: 4.9

**D.**    **210.00 – Bankruptcy Proceedings (Filings / Motions – General)**

21.    The majority of BRG's services during the First Monthly Period focused on
the review, analysis and evaluation of the Debtors' preliminary bankruptcy filings, including
the Debtors' first day motions and proposed orders. A number of these first day motions are
discussed in greater detail in the categories below. As part of its analysis, BRG evaluated
relief requested and issues raised in the various first day motions and identified documents,
reports and information to be provided by the Debtors in order to provide visibility and
insight regarding the Debtors' post-petition operations.

Applicant assisted Counsel in the preparation of initial and supplemental document

requests related to the first day motions, with specific emphasis on records involving the Debtors' historical and current operations, financial statements, accounting data, corporate organization, insurance, and assets and liabilities.  Applicant reviewed the periodic document productions and compared these productions to the related document requests in order to identify incomplete, pending requests.  Where necessary, Applicant worked with Counsel and the Debtors regarding any incomplete, pending document requests.

As part of its document review, BRG developed a master document tracking schedule, which captures information related to each specific document request, including status of requests, date(s) when documents were received / uploaded to the Data Room, location(s) of documents in the Data Room and related outstanding issues.

BRG participated in periodic conference calls and meetings with Counsel, Debtors' financial advisors, financial advisors to the Official Committee of Unsecured Creditors ("UCC") and / or other BRG professionals in order to discuss issues related to the first day motions and in order to coordinate additional examinations and analyses.  Said meetings and conference calls allowed for the first day motion analysis to be conducted in an efficient, cost-effective manner and ensured that Counsel's needs were satisfied.

Fees: $81,742.00;    Hours: 113.3

**E.    211.01 – Bankruptcy Proceedings (Filings / Motions – Cash Collateral)**

22.    BRG evaluated the relief requested and related issues raised in the Debtors' "*Motion to Approve Use of Cash Collateral Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to the Prepetition Secured Party Pursuant to 11 U.S.C. §§ 105(a), 361, 362, 363 and 507; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b);*

*and (IV) Granting Related Relief*" ("Cash Collateral Motion"). As part of its evaluation, BRG examined the Debtors' cash flow forecast for 2020. BRG also analyzed the weekly cash flow reports uploaded to the Data Room, including an evaluation of any variances between actual and budgeted activity. Pursuant to a request from Debtors' financial advisors, BRG prepared a professional fees budget.

As part of its analysis, BRG assisted Counsel in the crafting of a final Cash Collateral order that was agreeable to the Tort Claimants' Committee. In addition, in order to monitor post-petition cash flow / cash collateral activity, BRG assisted Counsel in order to ensure Cash Collateral reporting requirements provided adequate details and visibility.

BRG participated in periodic conference calls and meetings with Counsel, Debtors' financial advisors, UCC financial advisors and / or other BRG professionals in order to discuss issues related to the Cash Collateral Motion and in order to coordinate additional evaluations and analyses.  Said meetings and conference calls allowed for the analysis to be conducted in an efficient, cost-effective manner and ensured that Counsel's needs were satisfied.

> Fees: $29,505.00;      Hours: 41.9

**F.      211.03 – Bankruptcy Proceedings (Filings / Motions – Cash Management)**

23.      BRG analyzed the relief requested and related issues raised in the Debtors' "*Motion to Maintain Bank Accounts Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue Using Existing Cash Management System, Including Existing Bank Accounts, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Existing Business Forms; and (II) Waiving the Requirements of 11 U.S.C. § 345(b);*

*and (III) Granting Related Relief*" ("Cash Management Motion"). As part of its analysis, BRG examined the general flow of funds through over 66 bank and brokerage accounts identified by the Debtors and summarized in a flowchart included with the Cash Management Motion. In addition, BRG reviewed issues related to the Debtors' assertions of unrestricted versus restricted funds.

As part of its analysis, BRG assisted Counsel in the crafting of a final Cash Management order that was agreeable to the Tort Claimants' Committee. In addition, in order to monitor post-petition cash activity BRG identified specific data to be provided by the Debtors in the form of weekly reports, including cash receipt and disbursement activity.

BRG participated in periodic conference calls and meetings with Counsel, Debtors' financial advisors, UCC financial advisors and / or other BRG professionals in order to discuss issues related to the Cash Management Motion and in order to coordinate additional evaluations and analyses.  Said meetings and conference calls allowed for the analysis to be conducted in an efficient, cost-effective manner and ensured that Counsel's needs were satisfied.

BRG's services related to the Cash Management Motion will benefit on-going and pending analyses and investigations, including its identification and analysis of assets available to the Debtors' creditors.

Fees: $33,904.50;    Hours: 48.8

**G.    211.04 – Bankruptcy Proceedings (Filings / Motions – Wages)**

24.    BRG evaluated the relief requested and related issues raised in the Debtors' "*Motion to Pay Employee Wages Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors To (A) Pay Prepetition Wages, Salaries, Employee Benefits, and*

*Other Compensation and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Authorizing Applicable Banks and Other Financial Institutions to Honor and Process Related Checks and Transfers, and (III) Granting Related Relief*" ("<u>Wages Motion</u>"). As part of its evaluation, BRG examined issues related to current and historical payroll, benefits and pension activity. BRG's analysis and investigation included the evaluation of the existing Debtors' severance policy, understanding and evaluating the pre-petition employment obligations Debtors were proposing to pay for validity and reasonableness, requesting and analyzing various compensation and benefit programs of the Debtors, analyzing employee roster and census to confirm employee allocations, understanding independent contractor and temporary worker compensation relationships, and the evaluation of policy and practice of employee reimbursable expenses.  Additionally, BRG reviewed and analyzed pension plan documentation including prior valuations and minimum contribution requirements.

 As part of its analysis, BRG assisted Counsel in the crafting of a final Wages order that was agreeable to the Tort Claimants' Committee.

BRG participated in periodic conference calls and meetings with Counsel, Debtors' financial advisors, UCC financial advisors and / or other BRG professionals in order to discuss issues related to the Wages Motion and in order to coordinate additional evaluations and analyses.  Said meetings and conference calls allowed for the analysis to be conducted in an efficient, cost-effective manner and ensured that Counsel's needs were satisfied.

   Fees: $14,746.00;  Hours: 21.4

  **H.**  **<u>211.05 – Bankruptcy Proceedings (Filings / Motions – Shared Services)</u>**

25.    BRG analyzed the relief requested and related issues raised in the Debtors'

"*Motion Regarding Chapter 11 First Day Motions Debtors' Motion for Entry of Interim and
Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Obligations Under
Shared Services Arrangements, (II) Authorizing Continued Performance of Obligations Under
Shared Services Arrangements, and (III) Granting Related Relief*" ("Shared Services
Motion"). As part of its analysis, BRG examined the intertwined relationships and
transactions between the Debtors, Related Non-Debtors and Local Councils. These
transactions involved the annual flow of hundreds of millions of dollars and the performance
of a number of vital services between these entities. As part of Shared Services, BRG
reviewed benefits provided by the Debtors to the Local Councils, including medical and
retirement benefits.

As part of its analysis, BRG assisted Counsel in the crafting of a final Shared Services
order that was agreeable to the Tort Claimants' Committee. In addition, in order to monitor
post-petition activity related to Shared Services, BRG identified specific data to be provided
by the Debtors in the form of monthly reports, including Related Entity transactions and Local
Council transactions / activity.

BRG participated in periodic conference calls and meetings with Counsel and / or
other BRG professionals in order to discuss issues related to the Shared Services Motion
and in order to coordinate additional evaluations and analyses.  Said meetings and
conference calls allowed for the analysis to be conducted in an efficient, cost-effective
manner and ensured that Counsel's needs were satisfied.

BRG's services related to the Shared Services Motion will benefit on-going and
pending analyses and investigations, including its identification and analysis of potential

assets available to the Debtors' creditors.

Fees: $29,991.00;    Hours: 44.1

**I.**      **301.00 – Asset Analysis (General - Debtors Restricted / Identified Assets)**

26.      BRG analyzed assets identified by the Debtors as being restricted or otherwise unavailable to creditors. As part of this analysis, BRG examined documentation uploaded by the Debtors to the Data Room, including wills, bequests, and pledges. BRG's initial examination of restricted assets identified by the Debtors will benefit on-going and pending analyses and investigations, including its identification and analysis of potential assets available to the Debtors' creditors.

Fees: $7.072.50;    Hours: 18.4

**J.**      **331.00 – Asset Analysis (Real Property - Debtors Restricted / Identified Assets)**

27.      BRG analyzed real property identified by the Debtors as being restricted or otherwise unavailable to creditors, including the Debtors' high adventure facilities. As part of this analysis, BRG examined documentation uploaded by the Debtors to the Data Room, including deeds and other conveyances. BRG's initial examination of restricted real estate assets identified by the Debtors will benefit on-going and pending analyses and investigations, including its identification and analysis of potential assets available to the Debtors' creditors.

Fees: $5,001.00;    Hours: 7.8

**K.**      **400.00 – Litigation Analysis (Adversary Proceedings)**

28.      On February 18, 2020, the Debtors filed the "*Motion to Approve Debtors' Motion for Entry of an Order (I) Scheduling Certain Deadlines in Connection with Potential*

*Disputes Regarding the Debtors' Identified Property and (II) Granting Related Relief Filed by Boy Scouts of America*" ("Identified Property Motion"). Pursuant to requests from Counsel, BRG identified key documents and data sets to be requested from the Debtors in regard to the Identified Property Motion. In addition, based on a request from the Debtors, BRG prioritized the individual documents and data sets included in document request.

BRG participated in periodic conference calls and meetings with Counsel, Debtors' counsel, Debtors' financial advisors and / or other BRG professionals in order to discuss issues related to the pending Identified Property litigation.  Said meetings and conference calls allowed for an efficient, cost-effective analysis and ensured that Counsel's needs were satisfied.

BRG's services related to litigation will benefit on-going and pending analyses and investigations, including its identification and analysis of potential assets available to the Debtors' creditors.

> Fees: $16,720.00;      Hours: 23.8

**L.      1010.00 – Employment Application**

29.      BRG coordinated issues related to the engagement, including the preparation and review of the retention application, related declaration and underlying conflicts check.

> Fees: $6,761.50;      Hours: 10.3

**M.      1020.00 – Meeting Preparation & Attendance**

30.      BRG prepared for and participated in conference calls with Counsel, Debtors' counsel, Debtors' financial advisors, UCC counsel, UCC financial advisors, and / or other BRG personnel regarding various case issues and assignments. Specifically, BRG professionals attended the initial "kickoff" conference call on March 19, 2020 presented by

the Debtors financial advisors.

Fees: $13,717.00;    Hours: 19.4

## **Valuation of Services**

31.    Professionals and paraprofessionals of BRG expended a total of 430.1 hours as

financial advisors to the Tort Claimants' Committee during the Interim Period, as follows:

| Name of Professional | Title & Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| R. Todd Neilson | Managing Director; Over 40 Years Experience; BS Accountancy 1975; CPA Since 1981 | $850.00 | 87.1 | $74,035.00 |
| David H. Judd | Managing Director; Over 40 Years Of Experience; Master Of Accountancy 1980 | 750.00 | 48.0 | 36,000.00 |
| Paul N. Shields | Managing Director; Over 32 Years Of Experience; Master Of Business Administration 1992; CPA Since 1991 | 715.00 | 22.2 | 15,873.00 |
| D. Ray Strong | Managing Director; Over 25 Years Of Experience; Master Of Accountancy 1995; CPA Since 1997 | 660.00 | 69.5 | 45,870.00 |
| Matthew K. Babcock | Associate Director; Over 22 Years Of Experience; Master Of Accountancy 1998; CPA Since 2000 | 625.00 | 155.5 | 97,187.50 |
| Christina Tergevorkian | Senior Associate; Over 4 Years Of Experience; Master Of Accountancy 2018; CPA Since 2019 | 295.00 | 22.9 | 6,755.50 |
| Shelby Chaffos | Associate; Over 4 Years Of Experience; Master Of Accountancy 2018 | 240.00 | 24.9 | 5,976.00 |
| | **Blended Rate** | **$654.96** | **430.1** | **$281,697.00** |

32.    The nature of work performed by these individuals is fully set forth in Exhibit B

attached hereto.  These are BRG's normal hourly rates for work of this character.  The reasonable

value of the services rendered by BRG for the Tort Claimants' Committee during the First Monthly Period is $281,697.00.

33.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by BRG is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  Moreover, BRG has reviewed the requirements of Del. Bankr. LR 2016-2 and the Interim Order and believes that this Application complies with such Rule and Order.

WHEREFORE, BRG respectfully requests that, for the period March 6, 2020 through March 31, 2020, an interim allowance be made to BRG for compensation in the amount of $281,697.00 with no expenses for a total allowance of $281,697.00 and payment of $225,357.60 (80% of the allowed fees) and reimbursement of $0.00 (100% of the allowed expenses) be authorized for a total payment of $225,357.60.

Dated this ___ day of June, 2020.         R. Todd Neilson, CPA
                                           Berkeley Research Group, LLC
                                           201 South Main Street, Suite 450
                                           Salt Lake City, Utah 84111

                                           Financial Advisor to the Official Tort
                                           Claimants' Committee

20

**VERIFICATION**

STATE OF UTAH    COUNTY OF

SALT LAKE:

R. Todd Neilson, after being duly sworn according to law, deposes and says:

a)    I am a Certified Public Accountant and am a Managing Director with Berkeley Research Group, LLC ("BRG").

b)    I have read the foregoing "*First Monthly Application Of Berkeley Research Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses Incurred As Financial Advisors To The Official Tort Claimants' Committee For The Period From March 6, 2020 Through March 31, 2020*" (the "Application") and know the contents thereof. I certify the facts stated therein are true of my own knowledge, except for those stated upon information and belief, which I believe to be true. If called upon I could and would testify completely thereto.

c)    I have reviewed Del. Bankr. LR 2016-2 and the Interim Order signed on or about April 6, 2020, and submit that the Application substantially complies with such Rule and Order.

Dated this 2nd day of June, 2020.

R. Todd Neilson

SUBSCRIBED AND SWORN to before me this 2 day of June, 2020.

Notary Public Elizabeth Flowers
My Commission Expires: 02-21-2024



ELIZABETH FLOWERS
NOTARY PUBLIC·STATE OF UTAH
COMMISSION# 710676
COMM. EXP. 02-21-2024

21