# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOYS SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br>                                Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June, 2020, I caused a copy of the below-listed filing to be electronically filed with the Clerk of Court using CM/ECF which will electronically transmit notification of such filing to CM/ECF participants in the above referenced case in accordance with Del. Bankr. L. R. 9036-1. I further certify that I caused to be served via electronic mail upon the parties on the attached service list the:

**OLD REPUBLIC INSURANCE COMPANY'S REPLY IN SUPPORT OF ITS MOTION PURSUANT TO SECTIONS 105(a) AND 362 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 4001 FOR AN ORDER MODIFYING THE AUTOMATIC STAY TO PERMIT PAYMENTS OF CLAIMS AGAINST NON-DEBTOR INSUREDS AND RELATED DEFENSE COSTS UNDER INSURANCE POLICIES**

                                                              /s/ Brett D. Fallon
                                                              Brett D. Fallon (DE Bar No. 2480)

**VIA EMAIL**
Derek C. Abbott
Andrew R. Remming
Eric W. Moats
Paige N. Topper
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
E-mail: dabbott@mnat.com
E-mail: aremming@mnat.com
E-mail: emoats@mnat.com
E-mail: ptopper@mnat.com
[Counsel for the Debtors and Debtors in Possession]

**VIA EMAIL**
Jessica C. K. Boelter
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
E-mail: jboelter@sidley.com
[Counsel for the Debtors and Debtors in Possession]

**VIA EMAIL**
Thomas A. Labuda
Michael C. Andolina
Matthew E. Linder
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
E-mail: tlabuda@sidley.com
E-mail: mandolina@sidley.com
E-mail: mlinder@sidley.com
[Counsel for the Debtors and Debtors in Possession]

**VIA EMAIL**
James I. Stang, Esq.
Iain Nasatir, Esq.
John A. Morris, Esq.
James E. O'Neill, Esq.
John W. Lucas, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
E-mail: jstang@pszjlaw.com

E-mail: inasatir@pszjlaw.com
E-mail: jmorris@pszjlaw.com
E-mail: joneill@pszjlaw.com
E-mail: jlucas@pszjlaw.com
[Counsel for the Tort Claimants' Committee]

**<u>VIA EMAIL</u>**
Robert S. Brady
Edwin J. Harron
Sharon M. Zieg
Sara Beth A.R. Kohut
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
E-mail: rbrady@ycst.com
E-mail: eharron@ycst.com
E-mail: szieg@ycst.com
E-mail: skohut@ycst.com
[Counsel to the Future Claimants' Representative]

**<u>VIA EMAIL</u>**
Kami E. Quinn
Emily P. Grim
Meredith C. Neely
GILBERT LLP
700 Pennsylvania Ave, SE
Suite 400
Washington, DC 20003
E-mail: quinnk@gilbertlegal.com
E-mail: grime@gilbertlegal.com
E-mail: neelym@gilbertlegal.com
[Counsel to the Future Claimants' Representative]

**<u>VIA EMAIL</u>**
Kurt F. Gwynne
Katelin A Morales
REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
E-mail: kgwynne@reedsmith.com
E-mail: kmorales@reedsmith.com
[Counsel to the Official Committee of Unsecured Creditors]

**VIA EMAIL**
Thomas Moers Mayer, Esquire
Rachael Ringer, Esquire
David E. Blabey, Jr., Esquire
Jennifer R. Sharret, Esquire
Megan M. Wasson, Esquire
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
E-mail: tmayer@kramerlevin.com
E-mail: rringer@kramerlevin.com
E-mail: dblabey@kramerlevin.com
E-mail: jsharret@kramerlevin.com
E-mail: mwasson@kramerlevin.com
[Counsel to the Official Committee of Unsecured Creditors]