**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

**FIRST SUPPLEMENTAL DECLARATION OF DEREK C. ABBOTT IN
SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER
UNDER 11 U.S.C. §§ 327(a), 328(a), AND 1107(b), FED. R. BANKR. P. 2014 AND
2016, AND DEL. BANKR. L.R. 2014-1 AND 2016-1, AUTHORIZING
RETENTION AND EMPLOYMENT OF MORRIS, NICHOLS, ARSHT &
TUNNELL LLP AS BANKRUPTCY CO-COUNSEL FOR THE DEBTORS
_NUNC PRO TUNC_ TO THE PETITION DATE**

I, Derek C. Abbott, hereby declare under penalty of perjury:

1.　　I am a partner at Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols"), which maintains an office for the practice of law at 1201 North Market Street, 16th Floor, Wilmington, Delaware 19801. I am an attorney at law, duly admitted and in good standing to practice in the state of Delaware, as well as in the United States District Court for the District of Delaware.

2.　　I submit this declaration (the "First Supplemental Declaration") to supplement my declaration, dated March 17, 2020, attached as Exhibit A to the _Debtors' Application for Entry of an Order Under 11 U.S.C. §§ 327(a), 328(a), and 1107(b), Fed R. Bankr. P. 2014 and 2016, and Del. Bankr. L.R. 2014-1 and 2016-1, Authorizing Retention and Employment of Morris, Nichols, Arsht & Tunnell LLP as Bankruptcy Co-Counsel for the Debtors_

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

Nunc Pro Tunc *to the Petition Date* (D.I. 205) (the "Application") filed on March 17, 2020.[2] This First Supplemental Declaration does not replace anything set forth in the Application, or any previously submitted declaration except as expressly set forth herein.

3. Except as otherwise indicated, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently hereto.[3]

4. Morris Nichols conducted, and continues to conduct, research into its relations with the Debtors, their creditors, and other parties in interest in these chapter 11 cases. In connection with this continued research, I am informed that Morris Nichols has been engaged to represent Blackrock Alternative Advisors, Davis Polk & Wardwell LLP, and CIBC First Caribbean Bank, and their related entities in matters unrelated to these chapter 11 cases.

5. Should any additional information relevant to Morris Nichols' retention and employment in the above-captioned cases come to Morris Nichols' attention, Morris Nichols will file additional supplemental declarations.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on June 4, 2020
       Wilmington, Delaware

                                                 */s/ Derek C. Abbott*
                                                 Derek C. Abbott

---

[2] Capitalized terms not defined herein are defined in the Application. Morris Nichols does not waive by the Application, this First Supplemental Declaration, and its contents, and hereby reserves and preserves all privileges.

[3] Certain of the disclosures herein relate to matters within the knowledge of other attorneys at Morris Nichols and are based on information provided by them.