# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Ref. Docket No. 17, 161, 166, 316, 648, 712, 756, 759, 761**<br><br>Hearing Date: June 8, 2020 at 10:00 a.m.<br>Objection Deadline: June 2, 2020 |

## JOINDER OF AGRICULTURAL INSURANCE COMPANY TO HARTFORD'S OBJECTION TO CERTAIN MEDIATORS THAT DEBTORS NOMINATED AND IN FURTHER SUPPORT OF LIMITED OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPOINTING A JUDICIAL MEDIATOR, (II) REFERRING CERTAIN MATTERS TO MANDATORY MEDIATION, AND (III) GRANTING RELATED RELIEF

Agricultural Insurance Company ("Agricultural"), by and through undersigned counsel, hereby submits the following joinder (the "Joinder") in support of the *Memorandum in Support of Hartford's Objection to Certain Mediators that Debtors Nominated and in Further Support of Limited Objection to Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief* [D.I. No. 756] (the "Supplemental Hartford Objection") and states as follows:

On June 2, 2020, Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company (collectively, "Hartford") filed the Supplemental Hartford Objection in support of its limited objection to *Debtor's Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Law, Irving, Texas 75038.

*Mediation, and (III) Granting Related Relief* [D.I. No. 17] (the "Mediation Motion"), as later supplemented by the *Debtor's Reply in Support of Their Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief* [D.I. No. 617-1].

Agricultural joins in the objections to the proposed appointments of Eric D. Green and Paul A. Finn as mediators pursuant to the Mediation Motion, and hereby joins the Supplemental Hartford Objection for the limited purpose of supporting the Insurers' objections to the appointment of Professor Green and Mr. Finn as mediators pursuant to the Mediation Motion.

## CONCLUSION

Based on the foregoing, Agricultural respectfully requests that the Court sustain the supplemental Hartford Objection and decline to enter Debtors' proposed mediation order with respect to the appointments of Professor Green and Mr. Finn.

| | |
|---|---|
| Date: June 4, 2020<br>Wilmington, Delaware | BODELL BOVÉ, LLC<br><br>By: /s/ Bruce W. McCullough<br>Bruce W. McCullough (Del. ID 3112)<br>1225 N. King Street, Suite 1000<br>P.O. Box 397<br>Wilmington, DE 19899-0397<br>Telephone: 302-655-6749,<br>Facsimile: 302-655-6827<br>Email: bmccullough@bodellbove.com<br><br>- and -<br><br>CLYDE & CO US LLP<br>Bruce D. Celebrezze (*pro hac vice*)<br>Taylor Meehan (*pro hac vice*)<br>101 Second Street, 25th Floor<br>San Francisco, California 94105<br>Telephone: (415) 365-9800<br>Facsimile: (415) 365-9801<br>Email:   bruce.celebrezze@clydeco.us<br>            taylor.meehan@clydeco.us |

*Attorneys for Agricultural Insurance Company*

5070804                                3