**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, <br><br>              Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> Jointly Administered |

**CERTIFICATE OF SERVICE**

I, BRUCE W. McCULLOUGH, hereby certify that on this date a copy of the foregoing Joinder of Agricultural Insurance Company to Hartford's Objection to Certain Mediators That Debtors Nominated and in Further Support of Limited Objection to Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief was served via CM/ECF on the following:

Derek C. Abbott, Esquire
Andrew R. Remming, Esquire
Joseph C. Barsalona , Esquire
Paige N. Topper, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347

All attorneys through CM/ECF

/s/ Bruce W. McCullough
Bruce W. McCullough (Del. ID #3112)

Dated: June 4, 2020