# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC<br><br>                              Debtors | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE OF CENTURY'S REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEBTORS

I hereby certify that on June 2, 2020, a true and accurate copy of Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Ace Insurance Group Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company's ("Century") Requests for Production of Documents Directed to Debtors was served in the manner indicated on the parties identified below.

<u>Via Email</u>

Derek Abbott
Eric Moats
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
dabbott@MNAT.com
emoats@MNAT.com

James W. Ducayet
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
jducayet@sidley.com

OMM_US:77572191.2

Dated: June 4, 2020   Respectfully Submitted,

By: *Stamatios Stamoulis*_____
    Stamatios Stamoulis (#4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware  19801
Telephone:   302 999 1540
Facsimile:   302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Janine Panchok-Berry (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York  10036-6537
Telephone:   212 326 2000
Facsimile:   212 326 2061

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Ace Insurance Group Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company*