**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

# CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 4th day of June, 2020, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

> **Limited Joinder of the Tort Claimants' Committee to the Debtors' Reply in Support of their Motion for Entry of an Order (1) Appointing Mediators, (II) Referring Certain Matters to Mediation, and III) Granting Related Relief**

*/s/ James E. O'Neill*
James E. O'Neill (DE Bar No. 4042)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Boy Scouts of America and
Delaware BSA, LLC
2002 Service List EXPEDITED
Case No. 20-10343 (LSS)
Document No. 227583.2

154 - Emails

(Counsel to Tort Claimants Committee)
James I. Stang, Esq.
Robert B. Orgel, Esq.
James O'Neill, Esq.
John W. Lucas, Esq.
John A. Morris, Esq.
Linda Cantor, Esq.
Kenneth Brown, Esq.
Ilan Scharf, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE  19801
**Email:**  jstang@pszjlaw.com;
jo'neill@pszjlaw.com; rorgel@pszjlaw.com;
jlucas@pszjlaw.com; jmorris@pszjlaw.com;
lcantor@pszjlaw.com;
kbrown@pszjlaw.com; ischarf@pszlaw.com

**EMAIL**
(Counsel to Certain Claimants)
Tad Thomas, Esq.
Louis C. Schneider, Esq.
Thomas Law Office, PLLC
9418 Norton Commons Blvd, Suite 200
Louisville, KY  40059
**Email:**  tad@thomaslawoffices.com;
lou.schneider@thomaslawoffices.com

**EMAIL**
Pension Benefit Guaranty Corp
Patricia Kelly, CFO
Cassandra Burton
Craig Fessenden
1200 K Street NW
Washington, DC 20005
**Email:**  kelly.patricia@pbgc.gov;
burton.cassandra@pbgc.gov;
fessenden.craig@pbgc.gov

**EMAIL**
(Counsel to the Debtors)
Derek C. Abbott, Esq.
Joseph Charles Barsalona II, Esq.
Andrew R. Remming, Esq.
Eric Moats, Esq.
Paige Noelle Topper, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19899
**Email:**  dabbott@mnat.com;
jbarsalona@mnat.com;
aremming@mnat.com;
emoats@mnat.com;
ptopper@mnat.com

**EMAIL**
(Proposed Counsel to the Debtors)
James F. Conlan, Esq.
Thomas A. Labuda, Esq.
Michael C. Andolina, Esq.
Matthew E. Linder, Esq.
Karim Basaria, Esq.
Blair M. Warner, Esq.
Sidley Austin
One South Dearborn Street
Chicago, IL  60603
**Email:**  jconlan@sidley.com;
tlabuda@sidley.com;
mandolina@sidley.com;
mlinder@sidley.com;
kbasaria@sidley.com;
blair.warner@sidley.com

1

**EMAIL**
(Proposed Counsel to the Debtors)
Jessica C. Boelter, Esq.
Sidley Austin
787 Seventh Avenue
New York, NY  10019
**Email:**  jboelter@sidley.com

**EMAIL**
(Counsel to Sequoia Council of Boy Scouts, Inc.)
Jan T. Perkins, Esq.
Baker Manock & Jensen, PC
5260 N Palm Ave, Suite 421
Fresno, CA  93704
**Email:**  jperkins@bakermanock.com

**EMAIL**
(Counsel to National Surety Corporation)
Todd C. Jacobs, Esq.
Bradley Riley Jacobs PC
320 W Ohio Street, Suite 3W
Chicago, IL  60654
**Email:**  tjacobs@bradleyriley.com

**EMAIL**
(Counsel to Chickasaw Council, Boy Scouts of America)
Daniel W. Van Horn, Esq.
Butler Snow LLP
P.O. Box 171443
Memphis, TN  38187-1443
**Email:**  danny.vanhorn@butlersnow.com

**EMAIL**
(Counsel to Chickasaw Council, Boy Scouts of America)
Jason P. Hood, Esq.
Davies Hood PLLC
22 N. Front Street, Suite 620
Memphis, TN  38103-2100
**Email:**  jason.hood@davieshood.com

**EMAIL**
(Counsel to Girl Scouts of the United States of America)
Eric Lopez Schnabel, Esq.
Alessandra Glorioso, Esq.
Dorsey & Whitney LLP
300 Delaware Ave, Suite 1010
Wilmington, DE  19801
**Email:**  schnabel.eric@dorsey.com;
glorioso.alessandra@dorsey.com

**EMAIL**
(Counsel to Girl Scouts of the United States of America)
Bruce R Ewing, Esq.
Dorsey & Whitney LLP
51 W 52nd Street
New York, NY  10019
**Email:**  ewing.bruce@dorsey.com

**EMAIL**
(Counsel to Old Republic Insurance Company)
Margaret M. Anderson, Esq.
Fox Swibel Levin & Carroll LLP
200 W Madison Street, Suite 3000
Chicago, IL  60606
**Email:**  panderson@foxswibel.com

**EMAIL**
(Counsel to Certain Claimants, Joseph Kaminski and Other Claimants, Claimant J.M.)
Raeann Warner, Esq.
Thomas Crumplar, Esq.
Jacobs & Crumplar, P.A.
750 Shipyard Drive, Suite 200
Wilmington, DE  19801
**Email:**  raeann@jcdelaw.com;
tom@jcdelaw.com

**EMAIL**
(Counsel to Certain Claimants,
Joseph Kaminski and Other Claimants,
Claimant J.M.)
Thomas S. Neuberger, Esq.
Stephen J. Neuberger, Esq.
The Neuberger Firm
17 Harlech Drive
Wilmington, DE  19807
**Email:**  tsn@neubergerlaw.com
sjn@neubergerlaw.com

**EMAIL**
(Counsel to JPMorgan Chase Bank, NA)
Louis R. Strubeck, Jr., Esq.
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY  10019-6022
**Email:**
louis.strubeck@nortonrosefulbright.com

**EMAIL**
(Counsel to The Church of Jesus Christ of Latter-day Saints)
Jeffrey E Bjork, Esq.
Kimberly A Posin, Esq.
Nicholas J Messana, Esq.
Latham & Watkins LLP
355 S Grand Ave, Suite 100
Los Angeles, CA  90071-1560
**Email:**  jeff.bjork@lw.com;
kim.posin@lw.com;
nicholas.messana@lw.com

**EMAIL**
(Counsel to The Church of Jesus Christ of Latter-day Saints)
Adam J Goldberg, Esq.
Latham & Watkins LLP
885 3rd Ave
New York, NY  10022-4834
**Email:**  adam.goldberg@lw.com

**EMAIL**
(Counsel to Houston Liens, Montgomery County, Harris County, Orange County, Cleveland ISD, Fort Bend County)
John P. Dillman, Esq.
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064
**Email:**
houston_bankruptcy@publicans.com

**EMAIL**
(Counsel to Dallas County)
Elizabeth Weller, Esq.
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX  75207
**Email:**  dallas.bankruptcy@publicans.com

**EMAIL**
(Counsel to Sun Life Assurance Company of Canada)
Paul W Carey, Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608
**Email:**  pcarey@mirickoconnell.com

**EMAIL**
(Counsel to Sun Life Assurance Company of Canada)
Kate P Foley, Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 W Park Drive, Suite 400
Westborough, MA  01581
**Email:**  kfoley@mirickoconnell.com

**EMAIL**
(Counsel to Old Republic Insurance Company)
Brett D. Fallon, Esq.
Brya M. Keilson, Esq.
Morris James LLP
500 Delaware Ave, Suite 1500
Wilmington, DE 19801
**Email:** bfallon@morrisjames.com;
bkeilson@morrisjames.com

**EMAIL**
(Counsel to JPMorgan Chase Bank, NA)
Louis Strubeck, Esq.
Kristian Gluck, Esq.
Ryan Manns, Esq.
Norton Rose Fulbright US LLP
2200 Ross Ave, Suite 3600
Dallas, TX 75201-7932
**Email:**
louis.strubeck@nortonrosefulbright.com;
kristian.gluck@nortonrosefulbright.com;
ryan.manns@nortonrosefulbright.com

**EMAIL**
Office of the U.S. Trustee
David L. Buchbinder, Esq.
Hannah Mufson McCollum, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
**Email:** david.l.buchbinder@usdoj.gov;
hannah.mccollum@usdoj.gov

**EMAIL**
(Counsel to National Surety Corporation and Allianz Global Risks US Insurance Company)
David M. Fournier, Esq.
Marcy J. McLaughlin Smith, Esq.
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
**Email:** fournierd@pepperlaw.com;
mclaughm@pepperlaw.com

**EMAIL**
(Counsel to The Church of Jesus Christ of Latter-day Saints)
Michael Merchant, Esq.
Brett Haywood, Esq.
Richards, Layton & Finger, PA
One Rodney Square
920 N King Street
Wilmington, DE 19801
**Email:** merchant@rlf.com;
haywood@rlf.com

**EMAIL**
Sequoia Counsel of Boy Scouts, Inc.
Michael Marchese
6005 N Tamera Ave
Fresno, CA 93711
**Email:** michael.marchese@scouting.org

**EMAIL**
(Counsel to Twin City Fire Insurance Company, First State Insurance Company, Hartford Accident and Indemnity Company)
Eric S. Goldstein, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
**Email:** egoldstein@goodwin.com;
bankruptcy@goodwin.com;
bankruptcyparalegal@goodwin.com

**EMAIL**
Synchrony Bank
c/o PRA Receivables Management, LLC
Valerie Smith
PO Box 41021
Norfolk, VA 23541
**Email:** claims@recoverycorp.com

4

**EMAIL**
(Counsel to The County Commission Of Fayette County)
John Stump, Esq.
Steptoe & Johnson PLLC
Chase Tower - Eighth Floor
707 Virginia Street E.
Charleston, WV 25301
**Email:** john.stump@steptoe-johnson.com

**EMAIL**
(Counsel to National Surety Corporation and Allianz Global Risks US Insurance Company)
Harris B. Winsberg, Esq.
Matthew G. Roberts, Esq.
Troutman Sanders LLP
600 Peachtree Street NE, Suite 3000
Atlanta, GA 30308
**Email:** harris.winsberg@troutman.com;
matthew.roberts2@troutman.com

**EMAIL**
US Attorney for Delaware
David C. Weiss, Esq.
Hercules Building
1313 N. Market Street, Suite 400
Wilmington, DE 19801
**Email:** usade.ecfbankruptcy@usdoj.gov

**EMAIL**
(Counsel to Ad Hoc Committee of Local Councils of the Boy Scouts of America)
Richard Mason, Esq.
Douglas Mayer, Esq.
Joseph C. Celentino, Esq.
Wachtell, Lipton, Rosen & Katz
51 W 52nd Street
New York, NY 10019
**Email:** rgmason@wlrk.com;
dkmayer@wlrk.com;
jccelentino@wlrk.com

**EMAIL**
(Counsel to Sequoia Council of Boy Scouts, Inc.)
Riley C. Walter, Esq.
Wanger Jones Helsley, PC.
265 E River Park Circle, Suite 310
Fresno, CA 93720
**Email:** rwalter@wjhattorneys.com

**EMAIL**
(Counsel to JPMorgan Chase Bank, NA)
Matthew Ward, Esq.
Morgan Patterson, Esq.
Womble Bond Dickinson (US) LLP
1313 N Market Street, Suite 1200
Wilmington, DE 19801
**Email:** matthew.ward@wbd-us.com;
morgan.patterson@wbd-us.com

**EMAIL**
James L. Patton, Jr., Esq.
Robert Brady, Esq.
Edwin Harron, Esq.
Young Conaway Stargatt & Taylor
Rodney Square
1000 N King Street
Wilmington, DE 19801
**Email:** jpatton@ycst.com;
rbrady@ycst.com;
eharron@ycst.com

**EMAIL**
(Counsel to Boy Scouts of America San Diego – Imperial Council; Three Harbors Council Inc. Boy Scouts of America)
Richard J. Bernard, Esq.
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016
**Email:** rbernard@foley.com

5

**EMAIL**
(Counsel to Boy Scouts of America San Diego – Imperial Council; Three Harbors Council Inc. Boy Scouts of America)
Victor Vilaplana, Esq.
Foley & Lardner LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
Email: vavilaplana@foley.com

**EMAIL**
Steven A. Ginther, Esq.
Missouri Department of Revenue
Bankruptcy Unit
General Counsel's Office
301 W. High Street, Room 670
PO Box 475
Jefferson, City, MO 65105-0475
Email: deecf@dor.mo.gov

**EMAIL**
(Counsel to Chief Seattle Council, Boy Scouts of America)
Bruce W. Leaverton, Esq.
Karr Tuttle Campbell, P.S.
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Email: bleaverton@karrtuttle.com

**EMAIL**
(Counsel to Weaver Fundraising, LLC d/b/a Tail's End Popcorn Company)
Patrick A. Jackson, Esq.
Faegre Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801-1621
Email: patrick.jackson@faegredrinker.com

**EMAIL**
(Counsel to Weaver Fundraising, LLC d/b/a Tail's End Popcorn Company)
Jay Jaffe, Esq.
Faegre Drinker Biddle & Reath LLP
600 E. 96th Street, Suite 600
Indianapolis, IN 46240
Email: jay.jaffe@faegredrinker.com

**EMAIL**
Deb Secrest
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121
Email: ra-li-ucts-bankrupt@state.pa.us

**EMAIL**
(Counsel to Pearson Education, Inc.; NCS Pearson, Inc.)
Jeffrey R. Waxman, Esq.
Eric J. Monzo, Esq.
Morris James LLP
500 Delaware Ave, Suite 1500
Wilmington, DE 19801
Email: jwaxman@morrisjames.com;
emonzo@morrisjames.com

**EMAIL**
(Counsel to Pearson Education, Inc.; NCS Pearson, Inc.)
Angela Z. Miller, Esq.
Phillips Lytle LLP
One Canalside
125 Main Street
Buffalo, NY 14203
Email: amiller@phillipslytle.com

**EMAIL**
(Counsel to Waste Management)
Brian J. McLaughlin, Esq.
Rachel B. Mersky, Esq.
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
Email: bmclaughlinm@monlaw.com;
rmersky@monlaw.com

6

**EMAIL**
(Counsel to Twin City Fire Insurance Company, First State Insurance Company, Hartford Accident and Indemnity Company)
James P. Ruggeri, Esq.
Joshua D. Weinberg, Esq.
Michele Backus Konigsberg, Esq.
Abigail W. Williams, Esq.
Shipman & Goodwin LLP
1875 K Street, NW, Suite 600
Washington, DC  20006-1251
**Email:**  jruggeri@goodwin.com;
jweinberg@goodwin.com;
mbackus@goodwin.com;
awilliams@goodwin.com;
bankruptcy@goodwin.com;
bankruptcyparalegal@goodwin.com

**EMAIL**
(Counsel to The County of Anderson Texas; The County of Denton, Texas; Harrison Central Appraisal District; The County of Harrison, Texas; The County of Henderson, Texas; Midland Central Appraisal District; The County of Milam, Texas; Terry County Appraisal District; The County of Williamson, Texas)
Tara LeDay, Esq.
McCreary, Veselka, Bragg & Allen, P.C.
PO Box 1269
Round Rock, TX  78680
**Email:**  tleday@mvbalaw.com

**EMAIL**
(Counsel to National Union Fire Insurance Company of Pittsburgh, PA; Lexington Insurance Company; Landmark Insurance Company; The Insurance Company of the State of Pennsylvania)
Deirdre M. Richards, Esq.
Fineman Krekstein & Harris P.C.
1300 N. King Street
Wilmington, DE  19801
**Email:**  drichards@finemanlawfirm.com

**EMAIL**
(Counsel to National Union Fire Insurance Company of Pittsburgh, PA; Lexington Insurance Company; Landmark Insurance Company; The Insurance Company of the State of Pennsylvania)
Susan N.K. Gummow, Esq.
Igor Shleypak, Esq.
Foran Glennon Palandech Ponzi & Rudloff, P.C.
222 N. LaSalle Street, Suite 1400
Chicago, IL  60614
**Email:**  sgummow@fgppr.com;
ishleypak@fgppr.com

**EMAIL**
(Counsel to Columbia Casualty Company; The Continental Insurance Company as successor in interest to certain policies issued by Harbor Insurance Company; The Continental Insurance Company successor by merger to Niagara Fire Insurance; The Continental Insurance Company)
Craig Goldblatt, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC  20006
**Email:**  craig.goldblatt@wilmerhale.com

**EMAIL**
(Counsel to East Carolina Council BSA, Inc.)
Paul A. Fanning, Esq.
Ward and Smith, P.A.
PO Box 8088
Greenville, NC  27835-8088
**Email:**  paf@wardandsmith.com

**EMAIL**
(Counsel to Jack Doe, creditor and defendant)
Bradley L. Rice, Esq.
Nagel and Rice LLP
103 Eisenhower Parkway
Roseland, NJ  07068
**Email:**  brice@nagelrice.com

**EMAIL**
(Counsel to Jane Doe)
Mark L. Desgrosseilliers, Esq.
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801
**Email:** desgross@chipmanbrown.com

**EMAIL**
(Counsel to Jane Doe)
Cindy L. Robinson, Esq.
Doug Mahoney, Esq.
Tremont Sheldon Robinson Mahoney P.C.
64 Lyon Terrace
Bridgeport, CT 06604
**Email:** crobinson@tremontsheldon.com;
dmahoney@tremontsheldon.com

**EMAIL**
(Proposed Counsel to the Official
Committee of Unsecured Creditors)
Thomas Moers Mayer, Esq.
Rachael Ringer, Esq.
David E. Blabey, Jr., Esq.
Jennifer R. Sharret, Esq.
Megan M. Wasson, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
**Email:** tmayer@kramerlevin.com;
rringer@kramerlevin.com;
dblabey@kramerlevin.com;
jsharret@kramerlevin.com;
mwasson@kramerlevin.com

**EMAIL**
(Proposed Counsel to the Official
Committee of Unsecured Creditors)
Kurt F. Gwynne, Esq.
Katelin A Morales, Esq.
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
**Email:** kgwynne@reedsmith.com;
kmorales@reedsmith.com

**EMAIL**
(Counsel to R.L. and C.L., his wife
(Plaintiffs in State Court action pending in
the Superior Court of New Jersey, Essex
County, Docket No. ESX-L-63-20))
Joseph H. Lemkin, Esq.
Stark & Stark, P.C.
PO Box 5315
Princeton, NJ 08543
**Email:** jlemkin@stark-stark.com

**EMAIL**
(Counsel to Claimant, J.M.)
Gerald D. Jowers, Jr., Esq.
Janet, Janet & Scuggs, LLC
500 Taylor Street, Suite 301
Columbia, SC 29201
**Email:** gjowers@jjsjustice.com

**EMAIL**
(Counsel to The Roman Catholic Diocese of
Brooklyn, New York)
Patrick A. Jackson, Esq.
Kaitlin W. MacKenzie, Esq.
Faegre Drinker Biddle & Reath LLP
222 Delaware Ave., Suite 1410
Wilmington, DE 19801-1621
**Email:**
Patrick.jackson@faegredrinker.com;
Kaitlin.mackenzie@faegredrinker.com

8

**EMAIL**
(Counsel to The Roman Catholic Diocese of Brooklyn, New York)
Michael P. Pompeo, Esq.
Faegre Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, NY  10036-2714
**Email:** Michael.pompeo@faegredrinker.com

**EMAIL**
(Counsel to Jane Doe)
Mark L. Desgrosseilliers, Esq.
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE  19801
**Email:**  desgross@chipmanbrown.com

**EMAIL**
(Counsel to Jane Doe)
Cindy L. Robinson, Esq.
Doug Mahoney, Esq.
Tremont Sheldon Robinson Mahoney P.C.
64 Lyon Terrace
Bridgeport, CT  06604
**Email:**  crobinson@tremontsheldon.com;
dmahoney@tremontsheldon.com

**EMAIL**
(Counsel to Various Tort Claimants)
David M. Klauder, Esq.
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE  19801
**Email:** dklauder@bk-legal.com

**EMAIL**
(Counsel to Various Tort Claimants)
Michael T. Pfau, Esq.
Jason P. Amala, Esq.
Vincent T. Nappo, Esq.
Pfau Cochran Vertetis Amala PLLC
403 Columbia Street, Suite 500
Seattle, WA  98104
**Email:**  michael@pcvalaw.com;
jason@pcvalaw.com;
vnappo@pcvalaw.com

**EMAIL**
(Counsel to IRC Burnsville Crossing, L.L.C.
Karen C. Bifferato, Esq.
Kelly M. Conlan, Esq.
Connolly Gallagher LLP
1201 N. Market Street, 20th Floor
Wilmington, DE  19801
**Email:**  kbifferato@connollygallagher.com;
kconlan@connollygallagher.com

**EMAIL**
(Counsel to Del-Mar-Va Council, Inc., Boy Scouts of America)
Bill Bowden, Esq.
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899-1150
**Email:**  wbowden@ashbygeddes.com

**EMAIL**
(Counsel to AmTrust North America, Inc. on behalf of Wesco Insurance Company)
Alan C. Hochheiser, Esq.
Maurice Wutscher, LLP
23611 Chagrin Blvd., Suite 207
Beachwood, OH  44122
**Email:**  ahochheiser@mauricewutscher.com

**EMAIL**
(Counsel to Jorge Vega and all other current or future personal injury claimants represented by the law firm of Andrews & Thornton)
Anthony M. Saccullo, Esq.
Mary E. Augustine, Esq.
A.M. Saccullo Legal, LLC
27 Crimson King Drive
Bear, DE  19701
**Email:**  ams@saccullolegal.com;
meg@saccullolegal.com

**EMAIL**
(Counsel to Jorge Vega and all other current or future personal injury claimants represented by the law firm of Andrews & Thornton)
Anne Andrews, Esq.
John C. Thornton, Esq.
Andrews & Thornton
4701 Von Karman Avenue, Suite 300
Newport Beach, CA  92660
**Email:**  aa@andrewsthornton.com;
jct@andrewsthornton.com

**EMAIL**
(Counsel to Allianz Global Risks US Insurance Company)
Matthew S. Sorem, Esq.
Nicolaides Fink Thorpe Michaelides Sullivan LLP
10 S. Wacker Drive, 21st Floor
Chicago, IL  60606
**Email:**  msorem@nicolaidesllp.com

**EMAIL**
(Counsel to Allianz Global Risks US Insurance Company)
Ryan S. Smethurst, Esq.
Margaret H. Warner, Esq.
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, NW
Washington, DC  20001-1531
**Email:**  rsmethurst@mwe.com

**EMAIL**
(Counsel to Oracle America, Inc.)
Shawn M. Christianson, Esq.
Buchalter, A Professional Corporation
55 Second Street, 17th Floor
San Francisco, CA  94105-3493
**Email:**  schristianson@buchalter.com

**EMAIL**
(Counsel to Robert Hernandez Hunter)
David A. Lebowitz, Esq.
Kaufman Lieb Lebowitz & Frick LLP
10 East 40th Street, Suite 3307
New York, NY  10016
**Email:** dlebowitz@kllf-law.com

**EMAIL**
(Counsel to Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity, et al.)
Stamatios Stamoulis, Esq.
Richard C. Weinblatt, Esq.
Stamoulis & Weinblatt LLC
800 N. West Street, Suite 800
Wilmington, DE  19801
**Email:**  stamoulis@swdelaw.com
weinblatt@swdelaw.com

**EMAIL**
(Counsel to Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity, et al)
Tancred Schiavnoi, Esq.
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY  10036-6537
**Email:**  tschiavoni@omm.com

**EMAIL**
(Counsel to Arrowood Indemnity Company)
Michael J. Joyce, Esq.
The Law Offices of Joyce, LLC
1225 King St., Suite 800
Wilmington, DE 19801
**Email:** mjoyce@mjlawoffices.com

**EMAIL**
(Counsel to Arrowood Indemnity Company)
Britton C. Lewis, Esq.
Carruthers & Roth, P.A.
235 N. Edgeworth St.
Greensboro, NC 27401
**Email:** bcl@crlaw.com

**EMAIL**
(Counsel to Arrowood Indemnity Company)
Kevin Coughlin, Esq.
Lorraine Armenti, Esq.
Michael Hrinewski, Esq.
Coughlin Duffy, LLP
350 Mount Kemble Ave.
Morristown, NJ 07960
**Email:** kcoughlin@coughlinduffy.com;
larmenti@coughlinduffy.com;
mhrinewski@coughlinduffy.com

**EMAIL**
(Counsel to Baltimore Area Council Boy Scouts of America, Inc.)
Todd M. Brooks, Esq.
Whiteford Taylor & Preston LLP
Seven Saint Paul Street, 15th Floor
Baltimore, MD 21202-1626
**Email:** tbrooks@wtplaw.com

**EMAIL**
(Counsel to Baltimore Area Council Boy Scouts of America, Inc.)
Richard W. Riley, Esq.
Whiteford Taylor & Preston LLP
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE 19801
**Email:** rriley@wtplaw.com

**EMAIL**
(Counsel to Texas Workforce Commission)
Texas Attorney General's Office
Bankruptcy & Collections Division
Christopher S. Murphy, Assistant AG
c/o Sherri K. Simpson, Paralegal
P.O. Box 12548
Austin, TX 78711-2548
**Email:** christopher.murphy@oag.texas.gov;
sherri.simpson@oag.texas.gov

**EMAIL**
(Counsel to Liberty Mutual Insurance Company)
R. Karl Hill, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
**Email:** khill@svglaw.com

**EMAIL**
(Counsel to Liberty Mutual Insurance Company)
Douglas R Gooding, Esq.
Jonathan D. Marshall, Esq.
Michael J. Foley, Jr., Esq.
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
**Email:** dgooding@choate.com;
jmarshall@choate.com;
mjfoley@choate.com

11

**EMAIL**
(Counsel to Liberty Mutual Insurance Company)
Kim V. Marrkand, Esq.
Nancy D. Adams, Esq.
Laura Bange Stephens, Esq.
Mintz, Levin, Corn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
**Email:** kmarrkand@mintz.com; ndadams@mintz.com; lbstephens@mintz.com

**EMAIL**
(Counsel to Ventura County Council of Boy Scouts of America)
William E. Winfield, Esq.
Nelson Comis Kettle & Kinney LLP
300 E. Esplanade Drive, Suite 1170
Oxnard, CA  93036
**Email:**  wwinfield@calattys.com

**EMAIL**
(Counsel to Courtney and Stephen Knight, Jointly as the Surviving Parents of E.J.K., a Minor Child, and Stephen Knight as the Personal Representative of the Estate of E.J.K.)
Richard A. Barkasy, Esq.
Kristi J. Doughty, Esq.
Schnader Harrison Segal & Lewis LLP
824 N. Market Street, Suite 800
Wilmington, DE  19801-4939
Email:  rbarkasy@schnader.com; kdoughty@schnader.com

**EMAIL**
(Counsel to Chickasaw Council, Boy Scouts of America, Inc.)
Henry C. Shelton, III, Esq.
Adams and Reese LLP
6075 Poplar Avenue, Suite 700
Memphis, TN  38119
**Email:**  henry.shelton@arlaw.com

**EMAIL**
(Counsel to Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company)
Erin R. Fay, Esq.
Gregory J. Flasser, Esq.
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE  19801
**Email:**  efay@bayardlaw.com; gflasser@bayardlaw.com

**EMAIL**
(Counsel to Nichole Erickson and Mason Gordon, a minor by his mother Nichole Erickson)
James Tobia, Esq.
The Law Office of James Tobia, LLC
1716 Wawaset Street
Wilmington, DE  19806
**Email:**  jtobia@tobialaw.com

**EMAIL**
(Counsel to Agricultural Insurance Company)
Bruce W. McCullough, Esq.
Bodell Bové, LLC
1225 N. King Street, Suite 1000
Wilmington, DE  19801
**Email:**  bmccullough@bodellbove.com

12