```
                                              FILED
                                         2020 MAY 19 AM 9:2⁻
                                              CLERK
                                         US BANKRUPTCY COURT
                                         DISTRICT OF DELAWARE
```

# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| In re: | CASE No. **20-10343-LSS** |
|---|---|
| BOY SCOUTS OF AMERICA, | NOTICE OF APPEARANCE |
| Debtors. | |
| | **(CLERK'S ACTION REQUIRED)** |

TO:   CLERK OF THE BANKRUPTCY COURT
      ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that D▮▮▮ J▮▮▮ S▮▮▮ and N▮▮▮ E▮▮▮ K▮▮▮, Creditors pro se, hereby appear as self-represented parties of record, without waiving any objections. You are hereby requested to serve all further papers and proceedings in said cause, except original

NOTICE OF APPEARANCE- 1
CASE NO. 20-10343-LSS

```
 1 |  process, upon said pro se Creditors at their stated address
 2 |  below stated.
 3 |  DATED and SIGNED this ___11___ day of __May__, 2020.
 4 |                              Respectfully Noticed By:
 5 |                              D████ J. S████, Creditor pro se
    |                              #795743 D-G-6
 6 |                              Clallam Bay Corr. Center
    |                              1830 Eagle Crest Way
 7 |                              Clallam Bay, WA 98326
    |                              (360)203-1500
 8 |                              www.jpay.com
 9 |                              N████ E. K████, Creditor pro se
    |                              #402985 D-G-5
10 |                              Clallam Bay Corr. Center
    |                              1830 Eagle Crest Way
11 |                              Clallam Bay, WA 98326
    |                              (360)203-1500
12 |                              www.jpay.com
13 |
...
24 |
```

NOTICE OF APPEARANCE- 2
CASE NO. 20-10343-LSS

6.5     THAT this Court award Punitive Damages.

6.6     THAT this Court award all costs, potential attorney fees, and any other relief this Court may deem just.

### VII. VERIFICATION

7.1     Creditors D▓▓ J▓▓▓▓▓ S▓▓ and N▓▓▓▓ E▓▓▓ K▓▓▓▓ do hereby declare under the penalty of perjury pursuant to the laws of the United States of America, that the foregoing is true, correct, and complete, and both will Testify to its veracity.

DATED and SIGNED this ___11___ day of __May__, 2020.

```
                    Verified By:
                    [signature]
                    D▓▓ J. S▓▓▓, Creditor pro se
                    #795743 D-G-6
                    Clallam Bay Corr. Center
                    1830 Eagle Crest Way
                    Clallam Bay, WA 98326
                    (360)203-1500
                    www.jpay.com
                    [signature]
                    N▓▓▓ E. K▓▓▓▓, Creditor pro se
                    #402985 D-G-5
                    Clallam Bay Corr. Center
                    1830 Eagle Crest Way
                    Clallam Bay, WA 98326
                    (360)203-1500
                    www.jpay.com
```

### CERTIFICATE OF SERVICE

I, D▓▓ J▓▓▓▓▓ S▓▓▓, hereby certify that on the date below, I caused the foregoing, "NOTICE OF APPEARANCES FOR D▓▓ J▓▓▓▓ S▓▓ AND N▓▓▓ E▓▓▓ K▓▓▓▓▓," "SEALED CONFIDENTIAL PROOF OF CLAIM COVER SHEET," and "VERIFIED PROOF OF CLAIM COMPLAINT BY CREDITORS D▓▓▓ J▓▓▓▓ S▓▓▓ AND N▓▓▓▓ E▓▓ K▓▓▓▓▓," to be deposited in the institutional legal mail system, to be delivered via U.S. Postal Service, to the following parties: THE HONORABLE LAURIE SELBER SILVERSTEIN, U.S. Bankruptcy Court, District of

1  Delaware, 824 Market Street N., Wilmington, DE, 19801; ATTN:
   Bankruptcy Court Clerk, U.S. Bankruptcy Court, District of
2  Delaware, 824 Market Street N., 3rd Floor, Wilmington, DE,
   19801; and DEREK C. ABBOTT, Attorney for the Boy Scouts of
3  America, Morris, Nichols, Arsht & Tunnell, 1201 N. Market
   Street, P.O. Box 1347, Wilmington, DE 19899.
4        I, N███████ E█████ K████████, do certify that on the
   date below I did send the above mentioned documents via the
   above cited U.S. Postal Service, to the foregoing parties:
5  OMNI AGENT SOLUTIONS, INC., Claims Agent for the Boy Scouts
   of America Case, 5955 DeSoto Avenue, Suite #100, Woodland
6  Hills, CA, 91367; DAVID L. BUCHBINDER and HANNAH MUFSON
   McCOLLUM, U.S. Trustee for the Boy Scouts of America Case,
7  Office of the United States Trustee, J. Caleb Boggs Federal
   Building, 844 King Street, Suite 2207, Lockbox 35,
8  Wilmington, DE, 19801; and BOY SCOUTS OF AMERICA, 1325 West
   Walnut Hill Lane, Irving, TX, 75038.
9        We declare under penalty of perjury pursuant to the
   laws of the United States of America that the foregoing is
10 true and correct.

11 DATED at Clallam Bay, Washington, this ___11___ day
   of May_____, 2020.
12

13                              Certified By: 
                                ████████████, Creditor pro se
14                              
                                N███████ E█████ K████████, Creditor pro se
15

16

17

18

19

20

21

22

23

24

VERIFIED PROOF OF CLAIM
COMPLAINT BY CREDITORS
D█████ J███████ S████ AND
N███████ E█████ K████████-11
CASE NO. 20-10343-LSS