# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                          Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Ref. Docket Nos. 17 and 782** |

### LIMITED JOINDER OF THE FUTURE CLAIMANTS' REPRESENTATIVE TO THE DEBTORS' REPLY IN SUPPORT OF THEIR MOTION FOR ENTRY OF AN ORDER (I) APPOINTING MEDIATORS, (II) REFERRING CERTAIN MATTERS TO MEDIATION AND (III) GRANTING RELATED RELIEF

James L. Patton, Jr., the Court-appointed legal representative for future claimants (the "FCR"), hereby joins, in part, the *Debtors' Reply in Support of Their Motion for Entry of an Order (I) Appointing Mediators, (II) Referring Certain Matters to Mediation, and (III) Related Relief* [Docket No. 782] (the "Reply")[2] and respectfully states as follows:

1. Eric D. Green and Paul A. Finn are both nationally recognized mediators with substantial experience with the types of complex issues that will require mediation in these cases.

2. Timothy V.P. Gallagher was the preferred choice of the insurers and was added as a proposed mediator by the Debtors in an effort to address their issues and concerns.

3. The terms of the Revised Mediation Order submitted by the Debtors, including the proposed mediators, are the result of months of negotiations and is supported by the Official Committee of Tort Claimants, the Official Committee of Unsecured Creditors, the FCR, and the Ad Hoc Committee of Local Councils of the Boy Scouts of America.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Reply.

26597449.1

WHEREFORE, the FCR respectfully requests that the Court enter the Revised Mediation Order so that the mediators and the parties can start negotiations and advance these cases.

Dated: June 5, 2020                             YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Robert S. Brady
Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Sharon M. Zieg (No. 4196)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: rbrady@ycst.com
           eharron@ycst.com
           szieg@ycst.com

*Counsel to the FCR*

26597449.1