# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE Boy Scouts, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Ref. Docket Nos. 17, 161, 166, 316, 648, 712, & 756**<br><br>Hearing Date: June 8, 2020 at 10:00 a.m.<br>Objection Deadline: June 2, 2020 |

## LIMITED REPLY OF REGARDING CERTAIN MEDIATORS THAT DEBTORS NOMINATED AND IN FURTHER SUPPORT OF ITS OBJECTION TO DEBTORS' MOTION [DKT. 756]

The Tort Claimant Committee admits in its reply that they selected Paul Finn and then assert that they are so bound to him that they will not mediate without him. In the very next breath, however, the Tort Claimant Committee reiterates that it is their position that "the Tort Claimants' Committee does not believe a global resolution of substantially all claims can be achieved before the passing of the claims bar date." See TCC Reply, ¶ 5. Thus, by the Tort Claimant Committee's own admission, there is nothing for Mr. Finn or someone like him to do until after the bar date so the Court need not reach the issue now of the appropriateness or need for his appointment.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware Boy Scouts, LLC (4311). The Debtors' mailing address is 1325 West Walnut Law, Irving, Texas 75038.

1

The assertion by the Tort Claimant Committee that the selection of Mr. Finn was the product of months of negotiation or an agreement with the insurers is not true.  The Tort Claimant Committee picked Mr. Finn as it now acknowledges and presented their selection as a *fait accompli*.

Dated:  June 5, 2020                                  Respectfully Submitted,

By:   /s/ Stamatios Stamoulis
         Stamatios Stamoulis (#4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware  19801
Telephone:    302 999 1540
Facsimile:     302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Janine Panchok-Berry (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York  10036-6537
Telephone:    212 326 2000
Facsimile:     212 326 2061

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Ace Insurance Group Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company*