## Exhibit C

**Master Tax Engagement Letter**

2019-0318-001                 MSA



pwc

February 28, 2019

Boy Scouts of America
Michael Ashline, CFO
1325 West Walnut Hill Lane
Irving, TX 75038-3008

Dear Mr. Ashline,

This engagement letter confirms that Boy Scouts of America ("you" or "Client") has engaged PricewaterhouseCoopers LLP ("we" or "us" or "PwC") to provide the services described below. Client may procure services under this engagement letter for itself and for those of its consolidated subsidiaries or affiliates that Client binds to this engagement letter by its signature or which separately agree to the provisions of this engagement letter (collectively, the "Subsidiaries").

**Scope of Our Services**

You have requested that PwC perform the following services (the "Services"):

(a) Recurring Tax Services

From time to time, Client may request PwC to provide services that may not be significant enough to require a separate engagement letter or Statement of Work. Subject to our acceptance, PwC will provide such services necessary to respond to matters presented to PwC by Client, or matters PwC brings to the attention of Client for which Client agrees PwC should provide assistance. The following illustrates the nature of the services intended to be covered by this engagement letter:

- We will provide advice, answers to questions on federal, state and local, and international tax matters, including research, discussions, preparation of memoranda, and attendance at meetings relating to such matters, as mutually determined to be necessary.

- We will provide advice and/or assistance with respect to matters involving the Internal Revenue Service ("IRS") or other tax authorities on an as-needed or as-requested basis.

These examples are not meant to limit the services we may provide to Client under the terms of this engagement letter. All services and deliverables provided hereunder are subject to your review and approval. We will keep you fully apprised of the nature of any services we are providing under this section. All related periodic billings (see discussion below) will describe the services rendered during the period.

(b) Other Tax Services

PwC may also perform other tax compliance and consulting services as agreed to with Client. Such services will be performed when one or more statements of work are issued under this engagement letter, a form of which is attached as Exhibit A ("Statement of Work"). Each Statement of Work will describe the Services to be performed, the expected schedule for



performance, the amounts that Client will pay for those Services, and any other relevant information. This engagement letter does not obligate either party to enter into any Statements of Work. If there is a conflict between the terms contained in the main body of this engagement letter and a Statement of Work, the following order of precedence shall apply: (i) the Statement of Work and then, (ii) the main body of this engagement letter.

**Use of PwC Technology**

Certain internet based PwC Technology may be made available to you during our engagement as a convenience to support PwC's provision of Services to you. PwC Technology that may be provided to you include PwC's proprietary collaboration tools, software, databases, portals and platforms, all related documentation, as well as any modifications, derivatives or enhancements to them (collectively "PwC Technology"). Should you elect to use such PwC Technology, you understand that access to the PwC Technology is provided "as is" without any express or implied warranties. Client must inform Client's PwC team of the names of the Client personnel whom the Client authorizes to access and use the PwC Technology on Client's behalf (the "Client Users"). Client shall not give access to the PwC Technology to any third party, including, without limitation, to any third party consultants, contractors, or other persons who are not active employees of Client, without specific written authorization from PwC, PwC having been advised by Client that such persons are not active employees of Client. Any such third party expressly authorized by PwC in writing shall be deemed a "Client User" for purposes of this engagement letter. You will remain responsible for promptly notifying PwC of any changes to the list of Client Users who are authorized to access the PwC Technology, as well as the access rights relating to your information for each Client User. You shall remain responsible for all use and access of the PwC Technology by Client Users. Any access credentials issued by PwC are unique to each Client User and must not be shared, even between Client Users.

The information available to you on or through the PwC Technology during an engagement shall be information relating to the performance and delivery of the relevant Services and deliverables, and if applicable, information relating to the twelve (12) month period preceding such relevant Services and deliverables. PwC Technology is not designed or intended to form part of your permanent records, and you are responsible for making and separately maintaining copies of any records stored on the PwC Technology that may be needed by you.

PwC Technology and all materials related to it (including the underlying technology, user interface, algorithm, process, functionality etc.), are confidential and proprietary to PwC. As between the parties, PwC is and shall remain the sole owner of all rights, title and interests therein and thereto (but excluding any information or other content you place in the PwC Technology). You (and any permitted Client Users) may only use the PwC Technology to access, share and view certain information in connection with your receipt of Services, and other than the foregoing permission, no express or implied right or license is granted. Your access to the PwC Technology shall end at the conclusion of the applicable Services. You shall not (and shall not allow any Client User to) misappropriate or infringe any of PwC's rights in PwC Technology, or otherwise do anything that you are not expressly permitted to do under this engagement letter, or which would interfere with PwC's rights to such PwC Technology. PwC reserves the right, at its discretion, to change or discontinue the offerings, content, information, functionality and availability of the PwC Technology.


**pwc**

Boy Scouts of America
February 28, 2019

### Ownership and Use

We are providing these Services and deliverables solely for your use and benefit and pursuant to a client relationship exclusively with you. We disclaim any contractual or other responsibility or duty of care to others based upon these Services or upon any deliverables or advice we provide.

You will own all tangible written material prepared for and delivered to you under this engagement letter, except as follows: we own our working papers, preexisting materials and any general skills, know-how, processes, or other intellectual property (including a non-client specific version of any deliverables) which we may have discovered or created as a result of the Services. You have a nonexclusive, non-transferable license to use such materials included in the deliverables for your own use as part of such deliverables.

In addition to deliverables, we may develop software or electronic materials (including spreadsheets, documents, databases and other tools) to assist us with an engagement. If we make these available to you, they are provided "as is" and your use of these materials is at your own risk.

### Confidentiality

"Confidential Information" means non-public information that Client marks as "confidential" or "proprietary" or that otherwise should be understood by a reasonable person to be confidential in nature. All terms of this engagement letter, including but not limited to fee and expense structure, are considered Confidential Information. Confidential Information does not include any information which (i) is rightfully known to PwC prior to its disclosure; (ii) is released to any other person or entity (including governmental agencies) without restriction; (iii) is independently developed by PwC without use of or reliance on Confidential Information; or (iv) is or later becomes publicly available without violation of this engagement letter or may be lawfully obtained by PwC from a non-party. PwC will protect the confidentiality of Confidential Information that it receives, except as required by applicable law, statute, rule, regulation or professional standard. If disclosure is required by law, statute, rule or regulation (including any subpoena or other similar form of process), or by professional standards, PwC shall (other than in connection with routine supervisory examinations by regulatory authorities with jurisdiction and without breaching any legal or regulatory requirement) provide the Client with prior prompt written notice thereof and, if practicable under the circumstances, allow the Client to seek a restraining order or other appropriate relief.

### Our Responsibilities

We will perform the Services in accordance with the Statements on Standards for Tax Services established by the American Institute of Certified Public Accountants. Accordingly, we will not provide an audit or attest opinion or other form of assurance, and we will not verify or audit any information provided to us.

### Your Responsibilities

To facilitate our work, you will need to provide assistance as requested under separate cover.



Boy Scouts of America
February 28, 2019

You are responsible for all management functions and decisions relating to this engagement, including evaluating and accepting the adequacy of the scope of the Services in addressing your needs. You are also responsible for the results achieved from using any Services or deliverables, and it is your responsibility to establish and maintain your internal controls. You will designate a competent member of your management to oversee the Services.

We expect that you will provide timely, accurate and complete information and reasonable assistance, and we will perform the engagement on that basis.

**Fees and Expenses**

(a) Recurring Tax Services

Our fee is based primarily on the time required by our professionals to complete the engagement, along with several other factors. Amounts billed for Services performed by PwC or the PwC Subcontractors (defined below) shall be considered fees and not expenses and will be billed at rates reflected below. Hourly rates may be revised from time to time, and the adjusted rates will be reflected in our billings.

| | |
|---|---|
| Partner / Principal | $670 |
| Managing Director | $620 |
| Director | $475 |
| Manager | $360 |
| Senior Associate | $275 |
| Associate and other staff | $190 |

The hourly rates for our specialty practices (e.g. international tax services, state and local tax services) and our Washington National Tax Services group will be higher than those reflected above.

(b) Other Tax Services

Each Statement of Work shall set forth the fees for the Services covered by the Statement of Work.

We also will bill Client for our reasonable out-of-pocket expenses, any applicable sales, use, excise, or value added tax, and PwC's internal per ticket charges for booking travel.

The amount of our fee is based on the assumption that we will receive the information and assistance as detailed throughout this engagement letter. In the event we believe an additional fee is required as the result of the failure of Client to meet any of these requests or for any other reason, we will inform you promptly.



Boy Scouts of America<br/>February 28, 2019

**Payment Schedule**

<u>(a) Recurring Tax Services</u>

Our standard practice is to render our invoices on a monthly basis. Payment of our invoices is due on presentation and expected to be received within 15 days of the invoice date.

<u>(b) Other Tax Services</u>

Unless otherwise provided in a Statement of Work, our standard practice is to render our invoices on a monthly basis. Payment of our invoices is due on presentation and expected to be received within 15 days of the invoice date.

**Termination and Dispute Resolution**

This engagement letter has a term of three years. Either party may terminate the Services by giving notice to that effect. Unless otherwise agreed by the parties, any Statement(s) of Work executed prior to the effective date of such termination or expiration of this engagement letter shall remain in full force and effect in accordance with its terms, including the terms and conditions of this engagement letter, which are incorporated therein by reference. Any provisions of this engagement letter which expressly or by implication are intended to survive its termination or expiration will survive and continue to bind the parties.

Any unresolved dispute relating in any way to the Services or this engagement letter shall be resolved by arbitration. The arbitration will be conducted in accordance with the Rules for Non-Administered Arbitration of the International Institute for Conflict Prevention and Resolution ("Rules") then in effect. The arbitration will be conducted before a panel of three arbitrators selected using the screened process provided in the Rules. The arbitration panel, and not any federal, state or local court or agency, shall have exclusive authority to resolve any dispute relating to the interpretation, applicability, enforceability or formation of this engagement letter. The arbitration panel shall have no power to award non-monetary or equitable relief of any sort. It shall also have no power to award damages inconsistent with the Limitations on Liability provisions below or any other terms in this engagement letter. Judgment on any arbitration award may be entered in any court having jurisdiction. All aspects of the arbitration shall be treated as confidential. You accept and acknowledge that any demand for arbitration arising from or in connection with the Services must be issued within one year from the date you became aware or should reasonably have become aware of the facts that give rise to our alleged liability and, in any event, no later than two years after the cause of action accrued.

This engagement letter and any dispute relating to the Services will be governed by and construed, interpreted and enforced in accordance with the laws of the State of New York, without giving effect to any provisions relating to conflict of laws that would require the laws of another jurisdiction to apply.

**Limitations on Liability**

Except to the extent finally determined to have resulted from our gross negligence or intentional misconduct, our aggregate liability for all claims, losses, liabilities or damages in connection with this engagement letter or the Services, whether as a result of breach of contract, tort (including



negligence) or otherwise, regardless of the theory of liability asserted, is limited to no more than the total amount of annual fees paid to us for the particular Service giving rise to the liability under this engagement letter or, if applicable, the relevant Statement of Work. In addition, we will not be liable in any event for lost profits, consequential, indirect, punitive, exemplary or special damages. Also, we shall have no liability arising from or relating to any third party hardware, software, information or materials selected or supplied by you.

**Indemnification**

You agree to indemnify and hold PwC and the Beneficiaries (defined below) harmless from and against any and all third party claims, losses, liabilities and damages arising from or relating to the Services or deliverables under this engagement letter, except to the extent finally determined to have resulted from PwC's gross negligence or intentional misconduct relating to such Services and/or deliverables.

**Other PricewaterhouseCoopers Firms and Subcontractors**

PwC is the U.S. firm of the global network of separate and independent PricewaterhouseCoopers firms (exclusive of PwC, the "Other PwC Firms"). PwC may draw on the resources of and/or subcontract to its subsidiaries, the Other PwC Firms and/or third party contractors and subcontractors, in each case within or outside of the United States (each, a "PwC Subcontractor") in connection with the provision of Services and/or for internal, administrative and/or regulatory compliance purposes. Client agrees that PwC may provide information PwC receives in connection with this engagement letter to the PwC Subcontractors for such purposes. PwC will be solely responsible for the provision of the Services (including those performed by the PwC Subcontractors) and for the protection of the information provided to the PwC Subcontractors. The PwC Subcontractors and theirs and PwC's respective partners, principals or employees (collectively, the "Beneficiaries") shall have no liability or obligations arising out of this engagement letter. Client agrees to: (a) bring any claim or other legal proceeding of any nature arising from the Services against PwC and not against the Beneficiaries; and (b) ensure or procure that the Subsidiaries do not assert any such claim or other legal proceeding against PwC or the Beneficiaries. If any of the Subsidiaries receive Services under this engagement letter, Client agrees to provide a copy of this engagement letter to such Subsidiaries, and Client will notify them that although the Beneficiaries may interact with them, the delivery of the Services is governed by the terms of this engagement letter (including the liability limitations herein), and Client's Subsidiaries should notify Client of any disputes or potential claims arising from the Services. PwC disclaims any contractual or other responsibility or duty of care to any other subsidiaries or affiliates. While PwC is entering into this engagement letter on its own behalf, this section also is intended for the benefit of the Beneficiaries.

**Consents to Disclose and Use Client Information**

Notwithstanding anything to the contrary in this engagement letter, Client agrees that PwC may disclose Client's current and/or prior years' tax return information to PwC Subcontractors within or outside the United States for the purposes described above. Client authorizes PwC to participate in discussions with and to disclose your information, including your tax return information, to your agents, representatives, administrators or professional advisors (including



Boy Scouts of America
February 28, 2019

accountants, attorneys, financial and other professional advisors), their respective officers, directors or employees, and other parties as you may direct.

Notwithstanding any other provision of this engagement letter, PwC and the Other PwC Firms may use Confidential Information received hereunder, including tax return information, to develop, enhance, modify and improve technologies, tools, methodologies, services and offerings, and/or for development or performance of data analysis or other insight generation. Information developed in connection with these purposes may be used or disclosed to you or current or prospective clients to provide them services or offerings. PwC and the Other PwC Firms will not use or disclose the Confidential Information in a way that would permit Client to be identified by third parties without Client's consent.

With respect to tax return information, Client may request in writing a more limited use and disclosure than the foregoing. The foregoing consents are valid until further notice by Client.

**Regulatory Matters**

Notwithstanding anything to the contrary in this engagement letter, you have no obligation of confidentiality with respect to any portion of any materials, advice or deliverables to the extent they concern the tax structure or tax treatment of any transaction. If Client makes a disclosure pursuant to this paragraph, Client will only disclose information directly related to the tax structure or tax treatment of the transaction and Client will (a) provide PwC with the name of the person to whom the disclosure was made and a description of the information and materials disclosed; (b) notify such person that they may not rely upon such information and that PwC has no obligation, duty, liability or responsibility to such person; and (c) use commercially reasonable efforts to obtain an executed third party access letter from such person, as determined by PwC, other than Client's professional advisors. For purposes of this paragraph, professional advisors do not include any advisors that are providing or may provide insurance, financing, capital in any form, a fairness opinion, or selling or underwriting securities, or who may obtain a financial interest in Client in connection with any advice related to the Services.

**Codification of Economic Substance**

Federal law (IRC Section 6662(b)) subjects taxpayers to a strict liability penalty equal to 40% (or 20% if adequately disclosed in a tax return) of any underpayment of tax attributable to that portion of a transaction which is determined to lack economic substance under IRC Section 7701(o) or fails to satisfy any other similar rule of law. The higher penalty will be due if the transaction that is determined to lack economic substance is not "adequately disclosed" in the taxpayer's return; therefore, it is important that you advise your tax return preparers of transactions to which this penalty provision might apply, recognizing that no guidance has yet been issued on the substantive aspects of the codified economic substance doctrine. Penalties can also be imposed by states to the extent that state laws have adopted similar provisions.

To the extent that PwC provides any advice with respect to the potential impact of the economic substance doctrine included in IRC Section 7701(o) or similar state provisions or any related penalties that might be imposed, such advice rendered as part of PwC's Services will be based on applicable case law, reasonable interpretation of legislation and available guidance.


**pwc**

Boy Scouts of America
February 28, 2019

In addition, to the extent that PwC provides tax compliance services under this engagement letter, Client is responsible for identifying transactions to which the economic substance doctrine applies and determining whether disclosure should be made, and if so, the adequacy of any disclosure. Unless specifically addressed in a Statement of Work, any additional PwC time spent preparing such disclosures is outside the scope of the Services set forth in a Statement of Work. There is no guidance on the substantive aspects of the codified economic substance doctrine. To the extent that PwC prepares disclosures and/or provide any advice with respect to Client's determination of the economic substance of a transaction and any related penalties that might be imposed, such disclosures prepared and/or advice rendered as part of PwC's Services will be based on applicable case law, reasonable interpretation of legislation and available guidance. The strict liability penalty is not affected by whether the position taken on the return meets standards regarding levels of confidence.

Under IRC Section 6664(c), no exceptions (including the reasonable cause exception) to the imposition of such penalties are available and therefore no advice will protect Client from any such penalties. Therefore, PwC shall not be liable for any federal or state penalties imposed on Client if any portion of a transaction is determined to lack economic substance or fails to satisfy any similar rule of law or if the disclosure of such transaction is determined to be inadequate.

**Written Advice**

The content of the written advice to be provided during the provision of Services is limited to the matters specifically addressed therein, and unless otherwise agreed in a Statement of Work, does not address any other potential tax consequences, including the potential application of tax penalties to any matter. PwC's advice is not binding upon any taxing authority or the courts and there is no assurance that any relevant taxing authority will not successfully assert a contrary position. Client acknowledges that its ability to use PwC's advice for purposes of demonstrating reasonable cause with respect to any tax penalties is based on a variety of factors, and that there can be no guarantee that PwC's advice alone will provide such protection. Furthermore, all advice, including drafts and oral advice, relating to the subject matter of an engagement provided prior to PwC's final written deliverable is preliminary in nature and is not intended to constitute PwC's final advice regarding the matters or transactions to which the written advice relates.

**Tax Return Disclosure and Tax Advisor Listing Requirements**

Certain federal and state regulations require taxpayers to disclose their participation in certain reportable transactions to the taxing authorities. Client shall advise PwC if Client determines that any matter covered by this engagement letter is a reportable transaction that is required to be disclosed. Certain federal and state regulations also require PwC to submit information returns and maintain lists of certain client engagements if PwC is a material advisor to clients that have participated in a reportable transaction. Therefore, if PwC determines, after consultation with Client, that Client has participated in a transaction causing PwC to have a registration and/or list maintenance obligation, PwC will place Client's name and other required information on a list. PwC will contact Client if PwC is required to provide Client's name to the U.S. Internal Revenue Service or any state in connection with any matter under this engagement letter.


**pwc**

Boy Scouts of America
February 28, 2019

### Federal (Internal Revenue Code Section 6694) and State Preparer Standards

Federal law and certain state laws impose obligations on tax return preparers with respect to a position reported on a tax return or claim for refund that does not meet certain standards regarding levels of confidence. If during the course of this engagement we identify a position that does not meet these standards, we will advise you about your penalty exposure and whether you can avoid penalty through disclosure. If we are preparing the return or claim for refund and it is concluded that disclosure is required, we will prepare the disclosure and provide it to you.

Our work may require consultation with a PwC subject matter specialist to reach and document the level of technical support for the position. We will discuss with you any additional fees that may be incurred as a result of complying with these requirements.

### Other Matters

No party to this engagement letter may assign or transfer this engagement letter, or any rights, obligations, claims or proceeds from claims arising under it, without the prior written consent of the other party, and any assignment without such consent shall be void and invalid. If any provision of this engagement letter is found to be unenforceable, the remainder of this engagement letter shall be enforced to the extent permitted by law.

If we perform the Services prior to both parties executing this engagement letter or an applicable Statement of Work, this engagement letter or the applicable Statement of Work shall be effective as of the date we began the Services.

Neither party shall be liable to the other for any delay or failure to perform any of the Services or obligations in this engagement letter due to causes beyond its reasonable control. If PwC is requested or authorized by Client or required by government regulation, regulatory agency, subpoena, or other legal process to produce PwC's deliverables, working papers or personnel for testimony or interview with respect to services PwC performed for Client, Client will reimburse PwC for PwC's and its counsels' expenses and professional time incurred in responding to such a request.

You agree we may use your name in experience citations and recruiting materials. This engagement letter supersedes any prior understandings, proposals or agreements with respect to the Services, and any changes must be agreed to in writing.

PwC is owned by professionals who hold CPA licenses as well as by professionals who are not licensed CPAs. Depending on the nature of the Services, non-CPA owners may be involved in providing Services under this engagement letter.



Boy Scouts of America
February 28, 2019

\* \* \* \* \*

We are pleased to have the opportunity to provide services to you. If you have any questions about this engagement letter, please discuss them with me at 214-587-3031. If you have reviewed this engagement letter in its entirety and the Services and terms outlined in the engagement letter are acceptable to you, please sign and date the engagement letter as provided and return it to the undersigned as requested.

Very truly yours,

PricewaterhouseCoopers LLP

By: _____

Martina Luna, Partner

**Attachments:**

Exhibit A - Sample Statement of Work

Data Protection Exhibit



Boy Scouts of America
February 28, 2019

**ACKNOWLEDGED AND AGREED:**

**Boy Scouts of America, on behalf of itself and its Subsidiaries:**

Signature of client official:

Name:                   Michael Ashline

Title:                   CFO

Date:                   3/19/19



Boy Scouts of America
February 28, 2019

## EXHIBIT A

## SAMPLE FORM OF STATEMENT OF WORK

This Statement of Work ("SOW") dated [SOW Date] is governed by and subject to the provisions of the engagement letter dated February 28, 2019 (the "Engagement Letter"), the terms of which are incorporated herein, between Boy Scouts of America ("you" or "Client") and PricewaterhouseCoopers LLP ("we" or "us" or "PwC"). The term "Client" in the Engagement Letter shall include the entity(ies) signing this SOW. Any terms used in this SOW and not otherwise defined will have the same meaning as in the Engagement Letter. If there is a conflict between the Engagement Letter and the SOW, this SOW shall prevail.

I. PURPOSE AND SCOPE

This SOW covers [describe project generally]. This SOW sets forth the objectives, deliverables, timing, staffing and fees for this project/effort.

II. PARTIES' RESPONSIBILITIES

**2.1 Services to be provided by PwC:**

**2.2 Additional provisions applicable to the Services:**

**2.3 Deliverables:**

**2.4 Client's Responsibilities:**

**2.5 Timing**

The timing of the Services is as follows:

Project Start Date:

Estimated Project
Completion Date:

III. RESOURCES ASSIGNED

The PwC personnel assigned to provide Services and deliverables under this SOW are as follows:

IV. FEES, EXPENSES AND PAYMENT

**4.1 Professional Fees and Expenses:**

**4.2 Payment Terms:**

Each of the parties has caused this SOW to be executed on its behalf by its duly authorized representative as of the date first above written.



Boy Scouts of America<br>February 28, 2019

**PricewaterhouseCoopersLLP**          **Boy Scouts of America**

By:                                    By:

_____              _____

Name/Title:                            Name/Title:

_____              _____

Date:                                  Date:

_____              _____



**pwc**

Boy Scouts of America
February 28, 2019

### Data Protection Exhibit

This Data Protection Exhibit (this "Exhibit") is attached to and made a part of the agreement between PricewaterhouseCoopers LLP ("***PwC***") and Boy Scouts of America ("***Client***") dated February 28, 2019, as amended, supplemented or otherwise modified by PwC and Client from time to time (the "***Agreement***"). Capitalized terms used in this Exhibit but not defined herein will have the meanings assigned to such terms in the Agreement. The terms of this Exhibit supersede any and all terms relating to data protection or personal information in the Agreement. If there is an inconsistency between any of the provisions of this Exhibit and any other terms in the Agreement, the provisions of this Exhibit shall prevail. This Exhibit shall continue in force until the termination of the Agreement.

This Exhibit sets forth the confidentiality and security requirements for Client Personal Information (as defined below).

1. "***Client Personal Information***" shall mean information provided by or on behalf of Client to PwC in connection with PwC's performance of the Services pursuant to the Agreement that relates to an identified or identifiable living individual; provided, however, that Client Personal Information shall not include business card information. The Client Personal Information to be provided to PwC in connection with the performance of Services is set forth on the attached Schedule A. Client shall not provide PwC with Client Personal Information except as agreed by the parties and set forth in Schedule A. For the avoidance of doubt, Client Personal Information shall not include any information that has been anonymized or pseudonymized such that the data no longer relates to an identified or identifiable living individual.

2. PwC shall process Client Personal Information in accordance with applicable data protection laws, rules and regulations ("***Applicable Data Protection Laws***") and only in accordance with the Client's instructions as established in this Exhibit and/or the Agreement. Where Client is established in the EEA or Switzerland or where the Client Personal Information relates to individuals in the EEA or Switzerland, then the additional provisions set out in <u>Schedule C</u> to this Exhibit shall apply to the processing of such Client Personal Information.

3. For purposes of this Exhibit, the term "***process***" shall mean any operation or set of operations which is performed upon Client Personal Information, whether or not by automatic means, such as collection, recording, organization, structuring, storage, adaptation or alteration, retrieval, consultation, use, disclosure by transmission, dissemination or otherwise making available, alignment or combination, blocking, erasure or destruction.

4. Unless agreed by the parties and set forth in <u>Schedule A</u>, Client shall not provide PwC with access to Client Personal Information relating to European Economic Area or Swiss data subjects ("***Client EEA Personal Information***"). PwC represents and warrants that it has self-certified under the EU - U.S. Privacy Shield and U.S. - Swiss Privacy Shield (collectively, the "***Principles***") to ensure that adequate safeguards are in place to facilitate the transfer of any Client EEA Personal Information from Client to PwC. Accordingly, at all times during the term of the Agreement, PwC agrees to (i) provide at least the same level of protection for Client EEA Personal Information as is required by the Principles; (ii) comply with this Exhibit for as long as PwC has access to Client EEA Personal Information; and (iii) where PwC permits a third party to access Client EEA Personal Information, including any PwC



Subcontractor, require such third party to provide at least the same level of protection as is required by this Exhibit (including <u>Schedule C</u>) and the Principles.

5.  Client shall provide PwC with prior notice if it intends to provide PwC with access to **"Protected Health Information"** as defined in the Health Insurance Portability and Accountability Act of 1996 and its implementing regulations (Protected Health Information is also referred to herein as **"PHI"**). If PwC agrees to process such PHI, then Client shall not provide PHI and PwC shall not commence such processing unless and until a Business Associate Agreement, in a form mutually acceptable to both parties, has been executed and is effective between the parties.

6.  Client represents and warrants that Client has the right, authority and all requisite consents and approvals (including, but not limited to, from the data subjects of the Client Personal Information and any regulatory authorities) to provide the Client Personal Information to PwC and the Beneficiaries and that PwC may rely on such right, authority, requisite consents and approvals in accessing and processing the Client Personal Information in connection with the performance of the Services.

7.  Except as permitted in the Agreement or required by applicable law, PwC will not collect, access, use, disclose, process or retain Client Personal Information for any purpose other than as necessary to perform the Services.

8.  Except as otherwise permitted under the Agreement, PwC shall limit access to Client Personal Information to the Beneficiaries who require such access in order to perform the Services or to comply with applicable law. Without limiting the foregoing and for the avoidance of doubt, PwC also may share Client information, including without limitation Client Personal Information, for internal, administrative, regulatory compliance or back-office support purposes, including PwC's use of cloud-based hosted technology solutions. PwC shall be solely responsible for all Client Personal Information provided to the Beneficiaries. Client authorizes PwC to transfer Client Personal Information to these Beneficiaries.

9.  PwC shall require the Beneficiaries who are provided access to, or otherwise come into contact with, Client Personal Information to protect all such Client Personal Information according to terms substantively similar to the terms of this Exhibit. PwC shall require that its relevant employees and agents are required to maintain the confidentiality of the Client Personal Information and receive adequate training and/or instruction on the care and handling of personal information.

10. PwC will implement the security controls set forth in <u>Schedule B</u> hereto, which are designed to comply with Applicable Data Protection Laws and protect against the unauthorized or unlawful processing of, accidental loss, destruction, or damage of information such as Client Personal Information. Client acknowledges that PwC may change the security controls through the adoption of new or enhanced security technologies and authorizes PwC to make such changes provided that they do not diminish the level of protection of Client Personal Information in PwC's possession, custody, or control.

11. Client represents that it shall comply with Applicable Data Protection Laws and that any instructions Client provides PwC related to the handling and processing of Client Personal



Boy Scouts of America
February 28, 2019

Information in connection with the Services will not place PwC in breach of any Applicable Data Protection Laws.

12. PwC will promptly notify Client of any accidental or unlawful destruction, loss, alteration, destruction, unauthorized disclosure of or access to Client Personal Information in its possession that is in breach of this Exhibit (a "***Security Incident***"). PwC shall take reasonable steps to mitigate the effects and to minimize any damage resulting from such Security Incident. At Client's reasonable request and subject to applicable law and PwC's confidentiality obligations, PwC agrees to meet with Client to discuss the procedures that were followed during the investigation of any Security Incident, the chain of custody information if applicable, the forensic analysis of event logs used to determine the root cause, any restoration of data that may be required and the remedial/corrective actions to be taken to prevent the Security Incident from occurring again.

13. Upon Client's written request, at termination or expiration of the Agreement, PwC shall, where feasible, promptly and securely destroy and confirm such secure destruction of all Client Personal Information in its possession or control (including, without limitation, all electronic copies such as on hard drives, backup tapes, portable devices, optical, magnetic, or other storage media, as well as all hard copies) or, if requested by Client, return such Client Personal Information. Notwithstanding the foregoing, PwC shall be permitted to retain copies of Client Personal Information consistent with its document retention policies or as required by applicable law, regulation, or professional standards.



Boy Scouts of America
February 28, 2019

**Schedule A - Data Protection Exhibit**

**Client Personal Information**

Data subjects:

The Client Personal Information provided to PwC in connection with its performance of the Services concern the following categories of data subjects (e.g., current and/or former employees of Client):

- Employees of this client

- Individuals who do business with our clients (e.g. individual customers or contractors of this client)

Categories of data:

The Client Personal Information provided to PwC in connection with its performance of the Services concern the following categories of data (e.g., Social Security Numbers, dates of birth, or home addresses):

- Protected Health Information (PHI) or other health/medical related information

- Personal financial information (financial accounts of parties, such as bank accounts, investment accounts, payroll records, credit check/score etc.)

- Government issued ID numbers (SSN, Passport, driver's license, national health ID, tax ID)

- Electronic identifiers (identifiers such as IP address, laptop ID number)

- Alternate Identifier (non-sensitive identifiers used to identify parties e.g. employee ID number, customer number, GUID etc.)

- Activity logs (detailed activity logs for persons, including phone logs, CCTV, premises entry/exit, location history, online browsing history, data collected by cookies etc.)

- Details of race, ethnic origin, nationality or citizenship

- Political opinions

- Religious or philosophical beliefs

- Trade Union status

- Genetic or biometric data

- Sex life/sexual orientation

- Criminal records, allegations of Criminal offense or legal investigations



Boy Scouts of America
February 28, 2019

- Type of a person's relationship with others (e.g. the contact is a family member, an emergency contact, a contact at a client, a potential client lead)

- Multimedia (media documents that record information on persons, such as photos, videos, voice etc.)

- Resume (a bio that depicts a persons work experience and education background)

- Other general personal information such as age, gender, date of birth, and home address

- Basic Personal information commonly referred to as "business card data" (excluding data collected for the purpose of corresponding with clients, suppliers or JBR partners during the course of a project)

- Any personal data selected above that will also be for over 10,000 individuals



Boy Scouts of America
February 28, 2019

**Schedule B – Data Protection Exhibit**

**Information Security Controls**

1. **Internal Organization.**

   a. PwC maintains a dedicated Information Risk & Security group, led by its Chief Information Security Officer. The Information Risk & Security team includes specialists in threat and vulnerability management, incident response, application security and IT risk management.

2. **Human Resources Security.**

   a. PwC personnel receiving access to client confidential information undergo pre-employment background checks.

   b. PwC partners, principals, and staff are required to agree to maintain the confidentiality of client confidential information and to complete information security and privacy awareness training.

3. **Access Control.**

   a. PwC follows a formal process to grant or revoke access to PwC resources. System access is based on the concepts of least-privilege and need-to-know-access, so that authorized access is commensurate with defined responsibilities.

   b. PwC has established documented procedures for secure creation and deletion of user accounts, including processes to disable and/or delete accounts for terminated personnel.

   c. PwC's security policy establishes password requirements that include password change, reuse and complexity. PwC enforces the use of a password protected screensaver which activates after 20 minutes of inactivity.

4. **Physical and Environmental Security.**

   a. Data centers used by PwC are surrounded by perimeter fencing, and require key card access through multiple gates to enter the facility. Access to the data centers is limited based on role, not position. Access is strictly limited to authorized security personnel and the facilities team.

   b. Security systems and supporting controls are implemented in all PwC offices to provide access control, video monitoring and auditing services.

5. **Operations Management.**

   a. PwC's IT organization has established and maintains a standard operating procedures governance process, including a repository of procedures, formal review and approval processes, and revision management, as well as a change control process, which includes risk assessment, test and back out procedures, communication planning, management review, and approval components.

   b. PwC maintains separate development and production environments. Lab environments are required to be separated from production environments by firewalls. PwC has



Boy Scouts of America
February 28, 2019

**pwc**

established procedures requiring the use of the change management process to transfer changes from development to production.

c.  PwC uses enterprise class security solutions to provide a secure computing environment. These solutions are centrally managed and configured to retrieve updates automatically. PwC laptops run a security suite which includes virus protection anti-spyware, firewalls, host intrusion detection, application whitelisting, endpoint rights management, privileged user management, whole disk encryption and device access control that prevents writing to any device other than PwC encrypted devices. PwC server systems run server class versions of the antivirus and application whitelisting solutions used for laptops.

d.  PwC laptops use software that provides automated, mandatory encrypted backup. PwC server systems have their data securely replicated to a recovery facility. When written to tape media the data is encrypted and stored off-site using a top tier third party service.

e.  PwC systems are configured to use a network time server designed to ensure log synchronization for event correlation. PwC maintains system audit logs for servers and network devices that log the occurrence of system faults and security events and facilitate examination of abnormal activities. Security logs are collected to a central security information and event management (SIEM) system to prevent modification or removal of administration and user activities.

f.  PwC has established processes and procedures for performing periodic vulnerability scans of its IT systems, which specify the use of multiple vulnerability scanning software packages, the creation of vulnerability assessment reports, and the presentation of vulnerability scanning results to the IT operations organization and IT leadership. Vulnerability scanning of networked devices is performed on a monthly basis.

g.  PwC has patch management processes and tools to assess and deploy operating system and application-specific patches and updates. PwC continually reviews patches and updates as they are released to determine their criticality. Patches released on a regularly scheduled basis are applied following the release; off-cycle or other patches determined to be critical are applied as needed to ensure protection from vulnerabilities.

6.  **Communications Security.**

a.  Only IT-approved and managed wireless networks are permitted on the PwC network, and technologies are in place to identify and disable ports with rogue wireless networks attached. Wireless access security controls are centrally managed and use WPA2 Enterprise for encryption and authentication.

b.  All internet ingress points feature firewall segregation. Intrusion detection system appliances are located at strategic points in the network. The intrusion detection system feeds a central SIEM system that is monitored by a Managed Security Service Provider (MSSP) and the PwC security team. Firewall logging is enabled to track communications (failed and successful access attempts) between the Internet and the internal PwC network. Console access to the firewalls is limited to administrative personnel using the Secure Shell protocol.

c.  PwC requires encryption in transit of Client Personal Information transmitted over public or wireless networks. PwC uses virtual private network (VPN) software and two-factor



Boy Scouts of America
February 28, 2019

authentication to enable secure, Internet-based remote access to the PwC internal network by PwC personnel and contractor endpoints.

**7. Supplier Relationships.**

    **a.** PwC has implemented security controls designed to ensure that external parties who provide IT and other back office services to PwC do so in a manner consistent with PwC's standards for the security of information systems. PwC's comprehensive third party risk management (TPRM) program is designed to ensure that external parties meet PwC standards through risk categorization, due diligence, contractual requirements, and ongoing monitoring and assessments.

    **b.** Access to PwC systems is controlled using a least privilege principle (e.g., providers are only permitted a level of access to systems consistent with the business need for access). Access is controlled at the physical, network, platform and application levels.

**8. Business Continuity.**

    **a.** PwC maintains a Business Continuity Program that evaluates and manages potential threats and responds to actual events to minimize disruption to PwC's services and operations, and is designed so that, should a disaster occur, PwC can continue to deliver on client obligations.

    **b.** PwC's Business Continuity Management (BCM) Program Office has implemented policies and a management system of activities to support the program, which includes business impact analysis, risk assessments, plan development, testing and exercising, training and awareness, and maintenance. This program is certified with ISO 22301:2012.

**9. Assessment.**

    **a.** During the term of the Agreement, Client may request to assess PwC's compliance with the terms of this Exhibit, which assessment shall be limited to: (i) PwC's completion of a Client-provided written security self-assessment questionnaire related to the Services performed by PwC under the Agreement, provided that completing such questionnaire does not violate applicable law or PwC's confidentiality obligations; (ii) the parties meeting to discuss the results of the assessment and PwC's information security program; and (iii) PwC's reasonable treatment of any noted deficiencies based upon risk severity.



Boy Scouts of America
February 28, 2019

### Schedule C – Data Protection Exhibit

### European Specific Provisions

The following terms apply to the processing of Client Personal Information where the Client is established in the EEA or Switzerland or where the Client Personal Information relates to individuals in the EEA or Switzerland. In this context, PwC will act as a processor and the Client as controller (as such terms are defined in Applicable Data Protection Laws). The categories of data subjects and types of Client Personal Information are set out in <u>Schedule A</u>. Client Personal Information is processed for the purpose of providing the Services and any other purposes identified in <u>Schedule A</u> or the Agreement. PwC shall process the Client Personal Information for the duration of the Agreement (or longer to the extent permitted by applicable law).

1. To the extent that PwC is required by law to process the Client Personal Information outside of the documented instructions given by the Client, it shall inform the Client of that legal requirement before processing unless that law prohibits such disclosure.

2. At Client's request and cost, PwC shall, taking into account the nature of the processing and the information available assist the Client:

   a. by implementing appropriate technical and organizational measures, insofar as this is possible to assist with the Client's obligation to respond to requests from data subjects of Client Personal Information seeking to exercise their rights under Applicable Data Protection Laws (to the extent that the Client Personal Information is not accessible to the Client through the Services); and

   b. with the Client's obligations under Articles 32-36 of the General Data Protection Regulation 2016/679.