# Exhibit E

**BSA and Affiliates Statement of Work**

Case 20-10343-LSS    Doc 796-6    Filed 06/05/20    Page 1 of 9



# STATEMENT OF WORK

This Statement of Work ("SOW") dated June 3, 2020 is governed by and subject to the provisions of the engagement letter dated February 28, 2019 (the "Engagement Letter"), the terms of which are incorporated herein, between Boy Scouts of America ("you" or "Client") and PricewaterhouseCoopers LLP ("we" or "us" or "PwC"). The term "Client" in the Engagement Letter shall include the entity(ies) signing this SOW. Any terms used in this SOW and not otherwise defined will have the same meaning as in the Engagement Letter. If there is a conflict between the Engagement Letter and the SOW, this SOW shall prevail. This SOW is not effective, and the parties understand and agree that PwC is not engaged pursuant to this SOW, unless and until Client's audit committee (if required) and the responsible PwC audit partner have approved the Services described in this SOW.

I. PURPOSE AND SCOPE

This SOW covers tax compliance services regarding the review and signing of the U.S. Return of Organization Exempt from Income Tax, Forms 990.  This SOW sets forth the objectives, deliverables, timing, staffing and fees for this project/effort.

II. PARTIES' RESPONSIBILITIES

**2.1 Services to be provided by PwC:**

This SOW covers the following services (the "Services"):

(a) 2019 Tax Compliance Services

PwC will review and sign as preparer the Forms 990 and Forms 990-T for Client for the tax year beginning January 1, 2019 through December 31, 2019. Client and PwC may mutually agree in writing (including e-mail) to revise the listing of entities and tax returns included in Exhibit I and make a related adjustment to our fees. Entities listed in Exhibit I are considered Subsidiaries (as defined above) and are also bound to the terms of this SOW. Specific detail, responsibilities and scope regarding the nature of exact deliverables agreed to and or impacting the Services are also included in Exhibit I.

We understand that Client personnel will conduct a complete review and attach appropriate tax forms, schedules, elections, and disclosures prior to submitting the tax return(s) to PwC for review. You will remain responsible for presentation of the returns and all issues therein.

Our work will consist primarily of a review of working papers and other documents provided to us, as well as interviews and discussions, as considered necessary, with the appropriate personnel regarding the treatment and/or presentation of certain items in the returns. In addition, we will assist Client in resolving tax issues that are identified with respect to matters specifically reviewed under the terms of this SOW.

Unless otherwise agreed with PwC, Client will be responsible for the preparation and filing of all other tax or information returns required to be filed with the authorities including, for example



Boy Scouts of America
June 3, 2020

city and county income or gross receipts filings, payroll tax filings, sales and use tax filings, information reporting filings, etc.

Most of the tax returns that we will prepare require signatures, under the penalties of perjury, of an officer of Client affirming that the tax returns and the accompanying schedules and statements are true, correct, and complete to the best of his or her knowledge. Client is responsible for understanding and agreeing with the various amounts, computations, and statements made in the tax returns before they are filed with the taxing authorities.

It is our understanding that you will file the returns as prepared by PwC unless you inform us otherrwise.

You are required to maintain and retain adequate documentation to support the tax returns as filed as penalties can be imposed by taxing authorities for the failure to produce adequate documentation supporting the items included in a tax return.

We will complete the review of tax returns so they can be filed by November 16, 2020, the extended due date for the Federal returns. In the event the agreed timetable requires that Boy Scouts provide us with needed information or assistance within a specified period of time, the failure to provide this assistance may require adjustment to our completion date. In addition, in the event unforeseen circumstances occur that impact our ability to meet the final completion date, we will contact you to discuss an acceptable revised completion date.

**Matters Within the Scope of this SOW**

As part of our review of the above tax returns, we will perform the following steps:

A review of Form 990, 990-T and related tax return working papers supplied by you for the above mentioned entities, including a review of taxpayer elections filed with the Form 990 and 990-T and information filings attached to the Forms 990 and 990-T, checking the returns for mathematical accuracy and agreeing supporting schedules to the tax return presentation.

This list is not all inclusive and there may be other issues that come to our attention in the course of our review which may require further analysis. We will advise you of such items which we many identify and which we mutually agree should be added to the scope of this engagement, and we will supplement the SOW as necessary.

**Matters Outside the Scope of this SOW**

As part of our review we will not perform the following procedures:

1. We will not trace the amounts reported on the income tax returns back to the original books and records.

2. We will not specifically investigate the potential for specific unidentified tax adjustment items.

3. We will not review the tax return of any other flow-through entities and will rely on any Schedule K-1 information provided to us as part of our review.

4. We will not electronically file and we will not act as an electronic return originator with respect to any return covered by this SOW. Electronic filing and compliance with federal, state, and local obligations with respect to electronic filing are the sole responsibility of Client.

DocuSign Envelope ID: 23657AE5-C483-4314-8F5B-8C260AEDEA46



Boy Scouts of America
June 3, 2020

The potential implications of the 2017 tax reform and reconciliation act ("2017 Act") are complex and interpretative guidance is still developing. The Services set forth herein include basic consideration of the new law but do not include performing every analysis that may need to be undertaken during this engagement to address these law changes. To the extent that you request or we identify additional items related to assessing the impact associated with the enactment of the 2017 Act and related reporting requirements, we will do so (a) pursuant to a separate engagement letter or Statement of Work, or (b) in accordance with the Recurring Tax Consulting Services provisions of the Engagement Letter, in either case based on mutually agreed Services and fees.

The Internal Revenue Service ("IRS") guidance addressing the taxation of virtual currency transactions provides that virtual currency (such as Bitcoin, Ether, etc.) is treated as property for federal tax purposes. Therefore, general tax principles that apply to property transactions must be applied to exchanges of virtual currencies, which include cryptocurrencies and non-crypto virtual currencies. Generally, U.S. taxpayers must report all sales, exchanges, and other dispositions of any virtual currency. An exchange of a virtual currency includes the use of the virtual currency to pay for or purchase goods, services, or other property, including another virtual currency such as exchanging Bitcoin for Ether. This obligation applies regardless of whether the account is held in the U.S. or abroad. You must report virtual currency transactions on your return, regardless of whether you received a payee statement for the transaction (such as a Form W-2, Form 1099, etc.) or not. To the extent that you engaged in any virtual currency transactions during the year, please provide the details to us for consideration in connection with the preparation of your tax return. If you received a reporting virtual currency transactions letter from the IRS or another tax authority, please provide us with a copy of that letter. We will contact you if we believe additional work needs to be conducted related to your virtual currency transactions and the related fees, if any, for such additional work.

(b) 2020 Tax Compliance Services

For tax compliance and related planning purposes, it is common to provide services for the 2020 year. Such services relating to recurring and non-recurring tax work such as the preparation of year end estimates, estimated tax payments, allocations, compliance coordination and related tax consulting will be covered under the terms and conditions of this SOW with mutually agreed upon adjustments for fees.

**2.2 Additional provisions applicable to the Services:**

**FinCEN Form 114 (Report of Foreign Bank and Financial Accounts)**

Federal law requires that certain individuals and entities report financial interests in, and signatory authority or certain other authority over, foreign financial accounts with more than $10,000 in aggregate value in a calendar year on FinCEN Form 114, Report of Foreign Bank and Financial Accounts. This form is not filed with a tax return. Instead this form must be filed electronically with the U.S. Department of the Treasury through the Financial Crimes Enforcement Network's ("FinCEN's") BSA E-filing System by April 15 of the year following the calendar year in which aggregate amounts held in the foreign financial accounts meet the threshold. The definition of financial accounts is broadly defined and includes certain interests held indirectly. Failure to comply with these laws could result in significant civil and criminal

DocuSign Envelope ID: 23657AE5-C483-4314-8F5B-8C260AEDEA46



Boy Scouts of America
June 3, 2020

penalties. Unless specifically listed on the Listing of Tax Returns to be Prepared, PwC will not prepare, file, or provide assistance with respect to the FinCEN Form 114.

**Use of the PricewaterhouseCoopers LLP WebDMS system ("WebDMS")**

Access to WebDMS system may be provided as a convenience to Boy Scouts personnel to facilitate performance of the Services. In the event that WebDMS is used to facilitate performance of the Services, you agree to notify us of the names of your personnel who are authorized to have access to the WebDMS system and to notify us timely of any changes thereto. You will notify us of any documents that should not be accessible to all your authorized users. In addition, it is understood that your access to WebDMS shall be subject to the standard terms and conditions required upon registration for use of the WebDMS system.

**2.3 Deliverables**:

Forms 990 and Forms 990-T as noted in Exhibit I.

**2.4 Client's Responsibilities:**

To facilitate our work, you will need to provide the following assistance:

- Drafts of the Forms 990 and Form 990-T.
- Supporting workpapers or schedules to support the reporting on the returns.

You are responsible for all management functions and decisions relating to this engagement, including evaluating and accepting the adequacy of the scope of the Services in addressing your needs. You are also responsible for the results achieved from using any Services or deliverables, and it is your responsibility to establish and maintain your internal controls. You will designate a competent member of your management to oversee the Services.

We expect that you will provide timely, accurate and complete information and reasonable assistance, and we will perform the engagement on that basis.

III. RESOURCES ASSIGNED

The PwC personnel assigned to provide Services and deliverables under this SOW are as follows:

Travis Patton, Partner
Steve Schoonmaker, Partner
Eric McNeil, Director
Martina Luna, Partner

IV. FEES, EXPENSES AND PAYMENT

**4.1 Professional Fees and Expenses:**

The fee for Services relative to this project, as described in this SOW, will be $38,400. All PwC Subcontractor fees are included in the agreed fee.

DocuSign Envelope ID: 23657AE5-C483-4314-8F5B-8G260AEDEA46



Boy Scouts of America
June 3, 2020

We also will bill Client for our reasonable out-of-pocket expenses, any applicable sales, use, excise, or value added tax, and PwC's internal per ticket charges for booking travel.

The amount of our fee is based on the assumption that we will receive the information and assistance as detailed throughout this SOW. In the event we believe an additional fee is required as the result of the failure of Client to meet any of these requests or for any other reason, we will inform you promptly.

**4.2 Payment Terms:**

Our standard practice is to render our invoices on a monthly basis. Payment of our invoices is due on presentation and expected to be received within 15 days of the invoice date.

\* \* \* \* \*



Boy Scouts of America
June 3, 2020

Each of the parties has caused this SOW to be executed on its behalf by its duly authorized representative as of the date first above written.

**PricewaterhouseCoopersLLP**

By:  *Travis Patton*
    ———————————————————
    DocuSigned by: D8E5D095C8544E5...

Travis Patton, Partner
(703) 517-9744

Date:   6/3/2020
    ———————————————————

**Attachments:**

Exhibit I - Listing of Returns to be Reviewed

**Boy Scouts of America, on behalf of itself and its Subsidiaries**

By:
    ———————————————————

Name:
    ———————————————————

Title:
    ———————————————————

Date:
    ———————————————————



Boy Scouts of America
June 3, 2020

**Exhibit I - Boy Scouts of America**

**Particular Services to be Provided**

**Listing of Returns to be Reviewed**

| Entity Name | Jurisdiction | Return Form | Paper or Electronic Filing | Foreign Entity Forms | Filing Method | Return Type |
|---|---|---|---|---|---|---|
| Boy Scouts of America - National Council | Federal | 990 | E-file | N/A | Separate | US Tax-Exempt |
| Boy Scouts of America - National Council | Federal | 990-T | Paper File | To be determined based upon Schedules K-1 | Separate | US Tax-Exempt Business |
| Learning for Life | Federal | 990 | E-file | N/A | Separate | US Tax-Exempt |
| Learning for Life | Federal | 990-T | Paper File | N/A | Separate | US Tax-Exempt Business |
| National Boy Scouts of America Foundation | Federal | 990 | E-file | N/A | Separate | US Tax-Exempt |



Boy Scouts of America
June 3, 2020

| Entity Name | Jurisdiction | Return Form | Paper or Electronic Filing | Foreign Entity Forms | Filing Method | Return Type |
|---|---|---|---|---|---|---|
| National Boy Scouts of America Foundation | Federal | 990-T | Paper File | N/A | Separate | US Tax-Exempt Business |
| Arrow WV, Inc. | Federal | 990 | E-file | N/A | Separate | US Tax-Exempt |

**Legend:**
**Entity Name** - *Legal name of each filing entity*
**Jurisdiction** - *Name of federal, state, city, or other taxing jurisdiction*
**Return Form** - *The form that the return will be filed on.*
**Paper or Electronic Filing -** *Indicate if PwC will be the Electronic Return Originator (ERO) with respect to the particular form.*
**Foreign Entity Forms** - *For each filing entity list the number (or name) of foreign entity forms covered by the scope of the engagement and the number of each that will be attached. You may also list separately the name of the entity and the form associated with the entity. Engagement teams may also wish to break out this listing by affiliates in the case of consolidated returns. This column title may be modified and used to identify other attachments, schedules, or elections as agreed upon with the client.* For the Foreign Entity Forms column, the team can put "N/A" if it is not applicable.
**Return Type -** *Type or return and/or report (Income, franchise, net worth, annual report, business)*
**Filing Method -** *Type of filing (separate, combined, consolidated, unitary). Details should be provided when the group filing the return differs from the federal return. (i.e. federal structure less subsidiary C).*
If the filing period for the return differs from the federal return, a "Filing Period" column should be added.