## <u>Exhibit F</u>

**DeSouza Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

### DECLARATION OF ROMALDO FRANCIS DESOUZA, JR. IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF PRICEWATERHOUSECOOPERS LLP AS INDEPENDENT AUDITOR AND TAX COMPLIANCE SERVICES PROVIDER FOR THE DEBTORS AND DEBTORS IN POSSESSION, EFFECTIVE AS OF FEBRUARY 18, 2020

Pursuant to Bankruptcy Rule 2014(a), I, Romaldo Francis DeSouza, Jr., under penalty of perjury, declare as follows, to the best of my knowledge, information, and belief:

1.      I am a partner of the firm of PricewaterhouseCoopers LLP ("PwC").  I provide this declaration (this "Declaration") on behalf of PwC in support of the application of the above-captioned debtors and debtors in possession (the "Debtors") to retain PwC as their independent auditor and tax compliance services provider.

2.      I am authorized to make and submit this Declaration on behalf of PwC in accordance with section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) in support of the *Debtors' Application for Entry of an Order Authorizing the Debtors to Employ and Retain PricewaterhouseCoopers LLP as Independent Auditor and Tax Compliance Services Provider*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*for the Debtors and Debtors in Possession, Effective as of February 18, 2020,* filed

contemporaneously herewith (the "Application").[2]

      3.      The facts set forth in this Declaration are based upon my personal knowledge and

records maintained by PwC in the ordinary course, the entity to be retained by the Debtors,

which have been reviewed by me and/or by other employees of PwC under my supervision and

direction.

## PWC'S QUALIFICATIONS

      4.      PwC is an experienced professional services firm, which is well recognized in the

accounting, auditing, and tax compliance fields.  It is a leading full-service accounting,

consulting, and financial services firm with over 79 offices and more than 45,000 employees in

the United States.  The Debtors believe that PwC possesses extensive auditing and tax

compliance expertise that will be useful in serving as advisors and that PwC is well-qualified to

advise the Debtors.  PwC has extensive experience in delivering independent audit and tax

compliance services in other chapter 11 cases, including, among others: In re Hollander Sleep

Prods., LLC, Case No. 19-11608 (Bankr. S.D.N.Y. Sept. 6, 2019); In re PG&E Corp., Case No.

19-30088 (Bankr. N.D. Cal. May 23, 2019); In re Hexion TopCo, LLC, Case No. 19-10684

(Bankr. D. Del. May 1, 2019); In re Windstream Holdings, Inc., Case No. 19-22312 (Bankr.

S.D.N.Y. Apr. 22, 2019); In re Southcross Energy Partners, L.P., Case No. 19-10702 (Bankr. D.

Del. Apr. 1, 2019); In re Willowood USA Holdings, LLC, Case No. 19-11079 (Bankr. D. Colo.

Mar. 25, 2019); In re Ditech Holding Corp., Case No. 19-10412 (Bankr. S.D.N.Y. Mar. 20,

2019); In re Westmoreland Coal Co., Case No. 18-35672 (Bankr. S.D. Tex. Nov. 28, 2018); and

In re ATD Corp., Case No. 18-12221 (Bankr. D. Del. Nov. 13, 2018).

---

[2] Capitalized terms used in this Declaration but not otherwise defined herein shall have the meanings ascribed to such terms elsewhere in the Application.

5.      PwC provided prepetition independent audit and tax compliance services to the BSA and certain of its non-debtor affiliates, including, without limitation, a consolidated independent audit of the BSA for the 2018 calendar year (which remains ongoing) and tax compliance services, including the review and preparation of tax forms for the BSA and certain of its related non-debtor entities.

## SCOPE OF SERVICES

6.      Subject to further order of the Court, and as set forth more fully in the Engagement Letters, outlined herein, in consideration for the compensation contemplated therein, PwC has and will continue rendering independent audit (the "Audit Services")[3] and tax compliance services (the

"Tax Compliance Services"), and together with the Audit Services, the "Independent Audit and Tax Compliance Services"), on behalf of the Debtors and, as detailed in the Application, certain of the Debtors' related non-debtor entities consistent with historical prepetition practice.[4]

7.      The Engagement Letters include:

(a)      that certain engagement letter, dated September 24, 2018 (the "2018 BSA Audit Engagement Letter"), a copy of which is attached as **Exhibit B** to the Application;

(b)      that certain master engagement letter, dated February 28, 2019 (the "Master Tax Engagement Letter"), a copy of which is attached as **Exhibit C** to the Application;

---

[3] Before the Petition Date, PwC completed a 2019 SOC1 audit for the BSA and its related non-debtor entities of their Blackbaud CRM System, PeopleSoft Financials, and Program Administration System (PAS). The Debtors are in the process of retaining PwC to complete similar SOC1 audits for 2020. When such engagement letters are completed, PwC understands that the Debtors will file notice of the same with the Court and will serve the engagement letters on the applicable notice parties. Absent any objections filed within ten (10) days of the filing and service, I understand that PwC's employment will continue as authorized pursuant to the Proposed Order or as otherwise required by the Court in any order entered on the Application.

[4] To the extent that this Declaration and the terms of the Engagement Letters are inconsistent, the terms of the Engagement Letters shall control.

(c)     that certain statement of work, dated April 13, 2020 (the "<u>Funds Statement of Work</u>"), a copy of which is attached as **<u>Exhibit D</u>** to the Application; and

(d)     that certain statement of work, dated June 3, 2020 (the "<u>BSA and Affiliates Statement of Work</u>", together with the 2018 BSA Audit Engagement Letter, the Master Tax Engagement Letter and the Funds Statement of Work, collectively, the "<u>Engagement Letters</u>"), a copy of which is attached as **<u>Exhibit E</u>** to the Application.[5]

8.     Specifically, PwC will continue to perform, to the extent the Debtors request, Independent Audit and Tax Compliance Services pursuant to the Engagement Letters, including with respect to the following:

(a)     For the **<u>Audit Services</u>** pursuant to the 2018 BSA Audit Engagement Letter:

(i)     auditing the BSA's consolidated financial statements as of and for the year ending December 31, 2018, including related consolidated statements of activities and changes in net assets, of functional expenses, and of cash flows (the "<u>2018 Audit</u>"), and providing a written audit report on upon completion;

(ii)     providing reports to and attending the meetings of the BSA's Audit Committee to review the scope and findings of the 2018 Audit;

(iii)     issuing a management letter setting forth constructive recommendations for improvements in controls and for improving operating procedures; and

(iv)     advising the BSA as necessary on reporting matters relating to the 2018 Audit.

(b)     For the **<u>Tax Compliance Services</u>** pursuant to the Master Tax Engagement Letter:

(i)     as modified by the Funds Statement of Work:

(1)     preparing and signing as preparer federal and state tax returns for affiliated non-debtor entities BSA Commingled Endowment Fund, LP (the "<u>Commingled Fund</u>") and BSA Endowment Master Trust (the "<u>Endowment Fund</u>" and

---

[5]  The BSA and Affiliates Statement of Work is currently unsigned.

together with the Comingled Fund, the "<u>Funds</u>") for the calendar year ended December 31, 2019;  and

(2)     related tax compliance services, and tax compliance services to the BSA and the Funds with respect to tax year 2020, including preparation of year-end estimates, estimated tax payments, allocations, compliance coordination, and related tax services;[6] and

(ii)     as modified by the BSA and Affiliates Statement of Work:

(1)     reviewing and signing as preparer federal and state tax returns for the BSA and its affiliated non-debtor entities, Learning for Life, National Boy Scouts of America Foundation and Arrow WV, Inc., for the calendar year ended December 31, 2019; and

(2)     related tax compliance services, and tax compliance services to the BSA with respect to tax year 2020, including preparation of year-end estimates, estimated tax payments, allocations, compliance coordination, and related tax services.[7]

(c)     For the **Other Tax Services** pursuant to that certain Master Tax Engagement Letter, although not historically performed, the BSA may ask PwC to respond to questions on federal, state and local, and international tax matters, engage in research, discussions, preparation of memoranda, and attend meetings relating to such matters as necessary, and PwC may be asked to assist the BSA with respect to matters involving the Internal Revenue Service or other tax authorities (collectively "<u>Other Tax Services</u>").

9.     Should the Debtors request PwC to perform additional services not contemplated by the Engagement Letters, the Debtors and PwC shall mutually agree upon such services and fees for those services in writing, in advance.  In the event the additional services require an amendment to the Engagement Letters, or entry into a new agreement, PwC understands that the

---

[6] Historically, the BSA retains and pays half of the cost for PwC to perform Tax Compliance Services as set forth in the Funds Statement of Work, while the Funds pay the remaining half.  By the Application, the Debtors are seeking to continue their prepetition arrangement under the Funds Statement of Work during these chapter 11 cases.

[7] The BSA also retains and pays PwC to perform Tax Compliance Services, including those set forth in the BSA and Affiliates Statement of Work, for the BSA and certain of its related non-debtor entities.  By the Application, the Debtors are seeking to continue this arrangement during these chapter 11 cases.

Debtors will file such agreements with the Court and serve the applicable notice parties.  If any parties object within ten (10) days of such new agreements being served, the Debtors will promptly schedule a hearing before the Court.  To the extent no objections are timely filed, the new agreements will be deemed approved and all additional services shall be subject to the provisions of an order entered by the Court on the Application.

10.    At the Debtors' request, and because of their needs, PwC provided services to the Debtors from and after the Petition Date.  Accordingly, PwC requests that its retention be approved as of the Petition Date, February 18, 2020.

11.    Subject to PwC's compliance with applicable professional standards in its performance of the Independent Audit and Tax Compliance Services, PwC shall use its best efforts to avoid duplication of services provided by any of the Debtors' other retained professionals in these chapter 11 cases.

## PROFESSIONAL COMPENSATION

12.    PwC's retention by the Debtors is conditioned upon its ability to be retained in accordance with its customary terms and conditions of employment, including the proposed compensation arrangements set forth in the Engagement Letters.  PwC's fee and expense structure in the Engagement Letters is consistent with, and typical of, compensation arrangements entered into by PwC and other professional services firms of comparable expertise and experience for engagements of similar size and complexity. The proposed compensation structure is also consistent with PwC's normal and customary billing practices for cases of comparable size and complexity that require the level and scope of services to be provided in these chapter 11 cases.

13.     Pursuant to the terms and conditions of the Engagement Letters, and subject to the Court's approval, PwC intends to apply for compensation for the services set forth in the Engagement Letters in accordance with the terms of the Engagement Letters.  PwC also intends to apply for reimbursement of actual and necessary costs and expenses incurred by PwC in connection with all services performed on behalf of the Debtors according to its customary reimbursement policies, subject to any modifications to such policies that PwC may be required to make to comply with the *U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330* (collectively, the "Fee Guidelines"), the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and Granting Related Relief* [Docket No. 341] (the "Interim Compensation Procedures Order"), and any applicable orders of the Court, both in connection with the application and the interim and final fee applications to be filed by PwC in these chapter 11 cases, in accordance with the terms and conditions of the Engagement Letters.  PwC intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the Fee Guidelines.

14.     Subject to the Court's approval, the Debtors propose to compensate PwC on the terms and conditions set forth in the Engagement Letters as modified herein in accordance with PwC's customary billing practices.

(a)     **2018 BSA Audit Engagement:** With respect to the 2018 BSA Audit Engagement Letter, the Debtors propose to compensate PwC on a flat fee basis.  As set forth in the 2018 BSA Audit Engagement Letter, initially, a flat fee of $405,000 was estimated for the 2018 Audit, encompassing $395,000 in fees and $10,000 in out of pocket expenses.  As a result of requests from the BSA, PwC has performed additional work beyond what

was originally anticipated and PwC has incurred overruns beyond the previously estimated fees and expenses, which are necessary to complete the 2018 Audit. Prepetition, PwC was paid an additional $135,000 in prepetition related overruns. Given the circumstances, PwC currently estimates that the additional work remaining to be performed under the 2018 BSA Audit Engagement Letter during the post-petition period will cost approximately $150,000 to $250,000 in fees.[8] This estimate, however, is highly contingent upon the BSA's requests to PwC and subsequent decisions the BSA makes relative to the 2018 Audit. Accordingly, PwC and the BSA may enter into a subsequent agreement on additional overruns and/or the ultimate final fees and expenses to be paid to PwC to complete the 2018 Audit, which will be noticed to the Court. In connection with work performed for the 2018 Audit, PwC expects to maintain records for the services rendered to include a summary description of services, approximate time expended in providing such services (in half-hour increments), and the identity of the professionals providing those services. PwC will present such records to the Court in its fee applications.

(b)    **Tax Compliance Services – The Funds Statement of Work**: With respect to the Tax Compliance Services to be performed for the Debtors' non-debtor affiliates, the Funds, PwC is to be compensated on a fixed-fee basis, in the amount of $81,284 for the Tax Compliance Services for the 2019 calendar year. The fixed fee will also apply to any Compliance Services for the 2020 calendar year that may be agreed to by the BSA and PwC, subject to mutually agreed adjustments for fees.

(c)    **Tax Compliance Services – The BSA and Affiliates Statement of Work**: With respect to the Tax Compliance Services to be performed for the BSA and its non-debtor affiliates Learning for Life, National Boy Scouts of America Foundation, and Arrow WV, Inc., PwC is to be compensated on a fixed-fee basis, in the amount of $38,400 for the Tax Compliance Services for the 2019 calendar year. The fixed fee will also apply to any Compliance Services for the 2020 calendar year that may be agreed to by the BSA and PwC, subject to mutually agreed adjustments for fees;

(d)    **Other Tax Services**: With respect to the Other Tax Services set forth in the Master Tax Engagement Letter, to the extent the Debtors utilize PwC for such services, the Debtors propose to compensate PwC on an hourly basis as follows:

---

[8] Attached as part of **Exhibit B** to the Application is a letter dated June 2020 confirming the prior incurred overruns above the originally estimated fees and the Debtors' agreement to the proposed additional estimates to complete the 2018 Audit.

| Title | Hourly Rate |
|-------|-------------|
| Partner / Principal | $670 |
| Managing Director | $620 |
| Director | $475 |
| Manager | $360 |
| Senior Associate | $275 |
| Associate / Other Staff | $190 |

15.     In addition to the fees set forth above, PwC will seek reimbursement from the Debtors for all reasonable out-of-pocket expenses, applicable sales, use or value added tax, and internal per ticket charges for booking travel incurred by PwC in connection with the Independent Audit and Tax Compliance Services provided under the Engagement Letters.

16.     The PwC professionals providing services to the Debtors will consult with internal PwC bankruptcy retention and billing advisors to ensure compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the Interim Compensation Procedures Order, and any other applicable procedures and orders of the Court, as well as to decrease the overall fees associated with the administrative aspects of PwC's engagement. The services provided by these bankruptcy retention and billing advisors shall include, but not be limited to: (a) assistance with preparation of the bankruptcy retention documents; (b) assistance with the disinterestedness disclosures; and (c) preparation of monthly fee statements and interim and final fee applications. Given the specialized nature of these services, specific billing rates exist for these PwC bankruptcy retention and billing advisors.[9]

---

[9] The rate per hour for these PwC bankruptcy retention and billing advisors by level of experience will be as follows: Director: $550; Manager: $400; Senior Associate: $290; Associate: $225; and Paraprofessional: $150. These rates also are subject to periodic adjustments.

17.     It is not the practice of PwC's professionals to keep detailed time records in one-tenth-of-an-hour (0.1) increments as customarily kept by attorneys who are compensated subject to approval of the Court.  Instead, the customary practice of PwC's professionals is to keep reasonably detailed records of services rendered during the course of an engagement in half-hour (0.5) increments.  Thus, PwC requests that the Court allow PwC's professionals to provide the following in its monthly, interim and final fee applications: (a) a narrative summarizing each project category and the services rendered under each project category; (b) a summary, by project category, of services rendered to the Debtors, which identifies each professional rendering services, the number of hours expended by each professional, and the amount of compensation requested with respect to the services rendered by each professional; and (c) reasonably detailed records of time in half-hour (0.5) increments, describing the services rendered by each professional and the amount of time spent on each date.

18.     Given the nature of the Independent Audit and Tax Compliance Services to be provided by PwC, such billing format and associated time details will be sufficient for the Debtors and other parties in interest to make informed judgments regarding the nature and appropriateness of PwC's services and fees.

19.     Prior the Petition Date, PwC performed certain professional services for the Debtors, including the Independent Audit and Tax Compliance Services.

20.     During the ninety (90) days before the Petition Date, PwC received approximately $343,035 from the Debtors.[10]

---

[10] Prior to the Petition Date, PwC was retained to perform an independent audit of non-debtor Commingled Fund's financial statements for 2019.  In accordance with the terms of PwC's engagement, and solely on account of PwC's work to be performed this non-debtor entity, Commingled Fund, PwC received an advance payment of $230,000. Such funds are intended to be and will only be applied as to PwC's work for this non-debtor entity in accordance with the terms of its engagement.

21.     As of the Petition Date, PwC was not owed any amount by the Debtors in respect of services provided before the Petition Date.

## PwC'S DISINTERESTEDNESS

22.     To the best of my knowledge, as set forth herein, PwC (a) does not hold or represent any interest adverse to the Debtors' estates in the matters for which PwC is proposed to be retained and (b) is a "disinterested person," as such term is defined in section 101(14) of the Bankruptcy Code and as required under section 327(a) of the Bankruptcy Code.  Moreover, to the best of my knowledge, PwC's retention is not prohibited or restricted by Bankruptcy Rule 5002.  Accordingly, I believe that PwC is eligible for retention by the Debtors.

23.     In connection with its proposed retention by the Debtors in these cases, PwC undertook a search to determine whether (a) PwC and the affiliates and subsidiaries that it owns and controls (collectively, the "PwC US Group") and (b) the partners, principals, and other professionals of PwC who are expected to provide services to the Debtors pursuant to the Engagement Letters have any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest materially adverse to the Debtors or their estates.  Specifically, PwC received from the Debtors a list of the names of individuals and entities that may be parties in interest in these chapter 11 cases (the "Parties in Interest").  The Parties in Interest are listed on **Schedule 1** hereto.

24.     In order to identify and disclose relationships with Parties in Interest, PwC's analysis consisted of queries of internal databases containing names of individuals and entities that are present or recent former clients of each entity within the PwC US Group, and certain joint venture consulting businesses within the PwC US Group that are located outside the United States.

11

25.    To the extent PwC's database-research identified a client, vendor or financial relationship PwC has had in the recent past or currently has with the Parties in Interest in **Schedule 1** unrelated to these chapter 11 cases, such relationships are identified on **Schedule 2** to this Declaration.

26.    PwC may perform services for its clients that relate to the Debtors merely because such clients may be creditors or counterparties to transactions with the Debtors and whose assets and liabilities may thus be affected by the Debtors' status. The disclosures set forth herein do not include specific identification of such services.    If such clients of PwC are Parties in Interest in these cases, they are listed on **Schedule 2** hereto.

27.    Prepetition and post-petition, pursuant to the Engagement Letters and other now completed scopes of work, PwC performed services for the Debtors and certain of their related non-debtor entities.

28.    Accordingly, to the best of my knowledge, based on the searches and queries described above, PwC is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, in that neither PwC nor any partner, principal or other professional of PwC who is expected to provide services to the Debtors pursuant to the Engagement Letters: (a) except as set forth herein, is a creditor, an equity security holder, or an insider of the Debtors; (b) is or was, within two years before the Petition Date, a director, officer, or employee of the Debtors; and (c) has an interest materially adverse to an interest of the Debtors' estates or of any class of creditors or equity security holders, by reason of a direct or indirect relationship to, connection with, or interest in, the Debtors or for any other reason.   In determining this, I directed that an e-mail, along with the list of the Parties in Interest, be circulated to each partner, principal, and other professional of PwC who is

12

currently providing and expected to provide services to the Debtors pursuant to the Engagement Letters in order to elicit whether they hold any interest materially adverse to the Debtors, their affiliates, their creditors, or any other Parties in Interest.

29.     To the best of my knowledge, the partners, principals and other professionals of PwC who are expected to provide services to the Debtors pursuant to the Engagement Letters have (a) no known connections with the Debtors or the Parties in Interest on **Schedule 1**, except as otherwise indicated herein or on **Schedule 2**, and as to such already disclosed connections, none are believed to adversely impact the performance of the requested services; and (b) no known connection or relation to the United States Bankruptcy Judges for the District of Delaware or the U.S. Trustee, Assistant U.S. Trustee or the employees of the Office of the United States Trustee of Region 3 for the District of Delaware.

30.     In the ordinary course of its business, PwC performs assurance, accounting, audit, tax or other advisory services for a very large client base, including clients on the Parties in Interest List, which clients are listed on **Schedule 2**.  Except as otherwise stated herein, I am not aware of any information that indicates the services rendered by PwC to the entities set forth in **Schedule 2** have been or will be in connection with the Debtors or their chapter 11 cases.  PwC will continue to provide, in the ordinary course, such assurance, accounting, audit, tax or other advisory services to its clients in accordance with professional standards applicable to PwC, including to PwC's clients listed on **Schedule 2**. To my knowledge, these ordinary course relationships do not impair PwC's ability to objectively perform professional services on behalf of the Debtors.  PwC will not knowingly accept any engagement that would require PwC to represent an interest adverse to the Debtors.

31.     As part of its diverse practice, PwC appears in numerous cases, proceedings, and transactions that involve many different professionals, including attorneys, accountants, and financial consultants who may represent the Debtors, claimants and Parties in Interest in these chapter 11 cases.  Additionally, PwC has performed in the past, and may perform in the future, assurance, audit, tax and/or other accounting advisory services for various attorneys and law firms in the legal community and has been represented by several attorneys and law firms in the legal community, some of whom may be involved in these chapter 11 cases.  Moreover, PwC has in the past, may currently, and will likely in the future be working with or against other professionals involved in these chapter 11 cases on matters unrelated to the Debtors or these chapter 11 cases.  Based on my current knowledge of the professionals included among the Parties in Interest, none of these business relationships create interests adverse to the Debtors with respect to the matters for which PwC is to be employed, and none are in connection with these chapter 11 cases.

32.     In addition, PwC or its partners, principals, and other professionals who are expected to provide services to the Debtors have had, currently have, and/or may have in the future commercial, banking, financial or other professional, social, or familial relationships with, or interests aligned with or adverse to Parties in Interest.  Moreover, certain Parties in Interest have or may have provided goods or services, may currently provide goods or services, and/or may in the future provide goods or services to PwC or its partners, principals, and other professionals of PwC who are expected to provide services to the Debtors in matters unrelated to the chapter 11 cases.

33.     PwC is the United States member firm of PricewaterhouseCoopers International Limited ("PwCIL"), a UK-membership-based private company.  Only PwC is being retained by

the Debtors pursuant to the Application.  PwC cannot assure that an engagement will not be accepted by a separate, non-affiliated, and independent foreign member firm of PwCIL for another party that may bear upon PwC's engagement by the Debtors.  However, to the extent PwC is aware of such engagement and believes such engagement may bear upon PwC's engagement by the Debtors, PwC will file a supplemental declaration with the Court.

34.    Despite the efforts described above to identify and disclose connections with Parties in Interest in these cases, because the Debtors are a large enterprise with numerous creditors and other relationships, PwC is unable to state with certainty that every client representation or other connection of PwC with Parties in Interest has been disclosed herein.  If additional information that requires disclosure is discovered, PwC will file supplemental disclosures with the Court.

35.    Except as otherwise set forth herein, PwC has not shared or agreed to share any of its compensation in connection with this matter with any other person.

*[Remainder of Page Intentionally Left Blank]*

I declare under penalty of perjury that, after reasonable inquiry, the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  June 5, 2020
      Dallas, Texas

*/s/ Romaldo Francis DeSouza, Jr.*
Romaldo Francis DeSouza, Jr.
Partner
PRICEWATERHOUSECOOPERS LLP

**<u>Schedule 1</u>**

## Schedule 1

**Potential Parties in Interest**

## **List of Schedules**

| **Schedule** | **Category** |
|---|---|
| 1(a) | Debtors |
| 1(b) | Current and Former Directors and Officers of the Debtors |
| 1(c) | Non-Debtor Affiliates |
| 1(d) | Selected Chartered Organizations |
| 1(e) | Local Councils |
| 1(f) | Secured Parties |
| 1(g) | Banks |
| 1(h) | Credit Card Processors |
| 1(i) | Insurers |
| 1(j) | Landlords |
| 1(k) | Litigation Parties |
| 1(l) | Professionals to be Retained by the Debtors |
| 1(m) | Professionals Representing Certain Parties in Interest |
| 1(n) | Ordinary Course Professionals |
| 1(o) | Tort Claimants Committee |
| 1(p) | Unsecured Creditors Committee |
| 1(q) | Top 25 Plaintiffs' Law Firms Representing the Largest Number of Abuse Victims Asserting Claims Against the Debtors |
| 1(r) | Top 30 General Unsecured Creditors of the Debtors (Non-Abuse Claims) |
| 1(s) | Deferred Compensation and Restoration Plan Participants |
| 1(t) | Significant Contract Counterparties |
| 1(u) | Significant Customers |
| 1(v) | Significant Donors |
| 1(w) | Significant Vendors |
| 1(x) | Significant Taxing Authorities |
| 1(y) | Significant Utility Providers |
| 1(z) | U.S. Trustee, Judges, and Court Contacts for the District of Delaware |

**<u>Schedule 1(a)</u>**

**Debtors**

Boy Scouts of America
Delaware BSA, LLC

**Schedule 1(b)**

**Current and Former Directors and Officers of the Debtors**

| | |
|---|---|
| Al Lambert | Jack Otto |
| Alison K. Schuler | James D. Rogers |
| Arthur F. "Skip" Oppenheimer | James S. Turley |
| Aubrey Harwell | James S. Wilson |
| Brad Haddock | Janice Bryant Howroyd |
| Bradley D. Tilden | Jeanette Prenger |
| Bray B. Barnes | Jeanne Arnold |
| C. David Moody | Jeffrey R. Holland |
| Charles H. Smith | Jennifer Hancock |
| Charles W. Dahlquist | Jim Ryffel |
| Craig Fenneman | Joe Crafton |
| D. Kent Clayburn | John C. Cushman |
| Dan Ownby | John Gottschalk |
| Daniel  Cabela | John Mosby |
| David Biegler | John R. Donnell Jr. |
| David L. Steward | Jose  Nino |
| David M. Clark | Joseph P Landy |
| David Rumbarger | Joy Jones |
| David S. Alexander | Keith A. Clark |
| Dennis H. Chookaszian | L.B. Eckelkamp Jr. |
| Devang Desai | Lisa Argyros |
| Dominic Wolters | Lyle Knight |
| Doug  Mitchell | Mark Logemann |
| Douglas H. Dittrick | Matthew K. Rose |
| Doyle Parrish | Matthew Parsons |
| Drayton McLane Jr. | Michael Ashline |
| E. Gordon Gee | Michael E. Sears |
| Ellie Morrison | Michael G. Hoffman |
| Eric Schultz | Michael Surbaugh |
| Erin Eisner | Nathan O. Rosenberg |
| Forrest Gertin | Nevada "Al" Kent |
| Francis McAllister | Pamela Petterchak |
| Frank D. Tsuru | Patrick Sterrett |
| Frank Ramirez | Paul Raines |
| Fred Markham | Philip M. Condit |
| Gary Crum | Pratik Vaidya |
| Gary E. Wendlandt | Ralph de la Vega |
| Glenn Adams | Randall Stephenson |
| Hannah Carter | Ray Capp |
| Hector A. "Tico" Perez | Raymond Johns |
| Howard Bulloch | Rex W. Tillerson |
| J. Brett Harvey | Rick Cronk |
| Jack Furst | Robert H. Reynolds |

Robert M. Gates
Roger C. Mosby
Ron  Kirk
Ronald O. Coleman
Roy S. Roberts
Scott Christensen
Scott Sorrels
Scott W. Beckett
Stephen Owen
Steven E. Weekes
Steven Rendle
Tanya Acker
Thear Suzuki
Thomas C. Edwards
Thomas S. Monson
Thomas Yarboro
Wayne Perry
Wesley Coleman
Wesley J. Smith
William Rosner
William W. Stark Jr.

## Schedule 1(c)

### Non-Debtor Affiliates

Arrow WV, Inc.
Atikaki Youth Ventures Inc.
Atikokan Youth Ventures Inc.
BSA Asset Management, LLC
BSA Commingled Endowment Fund, LP
BSA Endowment Master Trust
Learning for Life
National Boy Scouts of America Foundation
NewWorld19, LLC
Texas BSA, LLC

**Schedule 1(d)**

**Selected Chartered Organizations[1]**

All Saints R.C. Church
Archdiocese of New York
Audubon Baptist Church
Beech Haven Baptist Church
Big Cross Elementary School
Bishop Turner High School
Calasanctius School of Buffalo
Canisius High School of Buffalo
Capuchin Franciscans
Capuchin Franciscans Custody of Star of
    The Sea
Capuchin Franciscans Province of St. Mary
Carmel of The Immaculate Concepcion
Cascade Charter Township
Church of The Holy Innocents
City of Bloomingdale
Corporation of the President of the Church
    of Jesus Christ of Latter-Day Saints
Country Farm Supply
Diocese of Brooklyn
Diocese of Buffalo
Discalced Carmelite Nuns (O.C.D.) A.K.A.
    Order of Discalced Carmelites
First Baptist Church of Athens
First Baptist Church of Danville D/B/A Boy
    Scout Troop 354
First Baptist Church of Gainesville
Glens Falls City School District
Greek Orthodox Archdiocese of America
Green Acres Baptist Church
Holy Family Church
Holy Family R.C. Church
House of Hope Presbyterian Church
Immaculate Conception R.C. Church
Louisville Metro Police Department, City of
    Louisville, Jefferson County / Louisville
    Consolidated Government
Mohawk District of The Northern New York
    Annual Conference of The Methodist
    Episcopal Church of New York

Monastery of Christ In The Desert
Our Lady of Lourdes Catholic School
Our Savior Lutheran Church
Queen of Peace R.C. Church
Reformation Lutheran Church
Regis High School
Roman Catholic Archbishop of Agana
Roman Catholic Archdiocese of New York,
    Archdiocese of New York
Roman Catholic Parish of St. Frances
    Xavier Cabrini, Rochester NY (Formerly
    "Church of The Annunciation Of
    Rochester, New York"), a Religious
    Corporation
Sacred Heart - Espanola
Saint John The Baptist Church
School Sisters of Notre Dame Central
    Pacific Province, Inc.
School Sisters of Notre Dame, Region of
    Guam
Silver Springs Shores Presbyterian Church,
    Inc.
Society of Jesus, USA-Northeast Province
    A/K/A The Jesuits
St. Ambrose Church
St. Benedict Joseph Labre Church
St. Benedict Joseph Labre School
St. Brigid's R.C. Church
St. Catherine's Roman Catholic Church
St. Catherine's Roman Catholic Church
    School
St. Demetrios Greek Orthodox Church
St. Francis of Assisi Roman Catholic
    Church
St. Francis Xavier Church
St. Helena Parish
St. John Gualbert R.C. Church
St. John Vianney R.C. Church
St. Josephats R.C. Church
St. Nicholas of Tolentine

---

[1] There are approximately 41,000 chartered organizations.  This list only includes those charted organizations known
by the Debtors to be implicated in abuse claims with the BSA.

St. Paul's R.C. Church
St. Pius V
St. Pius X Catholic Church of Rochester, Minnesota
St. Teresa Parish A/K/A Church of St. Teresa of The Infant Jesus
St. Teresa R.C. Church
The Blessed Trinity R.C. Church
The Diocese of Rochester (A/K/A "Roman Catholic Diocese of Rochester"), A Religious Corporation
The Foundation of The Roman Catholic Diocese of Buffalo N.Y., Inc.
The Pingry School
The Roman Catholic Diocese of Syracuse
The Roman Catholic Diocese of Syracuse, NY
The School Sisters Of Notre Dame, Milwaukee Province, Inc.
Town of Deerfield
Town of Trumbull
University Heights Presbyterian Church
USA Northeast Province of The Society of Jesus
Weedsport Central School District
Weedsport Central School District Board of Education

## Schedule 1(e)

### Local Councils

Boy Scouts of America Abraham Lincoln Council

Boy Scouts of America Alabama-Florida Council

Boy Scouts of America Alameda Council

Boy Scouts of America Alamo Area Council

Boy Scouts of America Allegheny Highlands Council

Boy Scouts of America Aloha Council

Boy Scouts of America Andrew Jackson Council

Boy Scouts of America Anthony Wayne Area Council

Boy Scouts of America Arbuckle Area Council

Boy Scouts of America Atlanta Area Council

Boy Scouts of America Baden-Powell Council

Boy Scouts of America Baltimore Area Council

Boy Scouts of America Bay Area Council

Boy Scouts of America Bay-Lakes Council

Boy Scouts of America Black Hills Area Council

Boy Scouts of America Black Swamp Area Council

Boy Scouts of America Black Warrior Council

Boy Scouts of America Blackhawk Area Council

Boy Scouts of America Blue Grass Council

Boy Scouts of America Blue Mountain Council

Boy Scouts of America Blue Ridge Council

Boy Scouts of America Blue Ridge Mountains Council

Boy Scouts of America Buckeye Council

Boy Scouts of America Buckskin Council

Boy Scouts of America Bucktail Council

Boy Scouts of America Buffalo Trace Council

Boy Scouts of America Buffalo Trail Council

Boy Scouts of America Caddo Area Council

Boy Scouts of America Calcasieu Area Council

Boy Scouts of America California Inland Empire Council

Boy Scouts of America Cape Cod And Islands Council

Boy Scouts of America Cape Fear Council

Boy Scouts of America Capitol Area Council

Boy Scouts of America Cascade Pacific Council

Boy Scouts of America Catalina Council

Boy Scouts of America Central Florida Council

Boy Scouts of America Central Georgia Council

Boy Scouts of America Central Minnesota Council

Boy Scouts of America Central North Carolina Council

Boy Scouts of America Chattahoochee Council

Boy Scouts of America Cherokee Area Council

Boy Scouts of America Chester County Council

Boy Scouts of America Chickasaw Council

Boy Scouts Of America Chief Cornplanter Council

Boy Scouts of America Chief Seattle Council

Boy Scouts of America Chippewa Valley Council

Boy Scouts of America Choctaw Area Council

Boy Scouts of America Cimarron Council

Boy Scouts of America Circle Ten Council

Boy Scouts of America Coastal Carolina Council

Boy Scouts of America Coastal Georgia Council

Boy Scouts of America Colonial Virginia Council

Boy Scouts of America Columbia-Montour Council

Boy Scouts of America Connecticut Rivers Council

Boy Scouts of America Connecticut Yankee Council

Boy Scouts of America Conquistador Council

Boy Scouts of America Cornhusker Council

Boy Scouts of America Coronado Area Council

Boy Scouts of America Cradle Of Liberty Council

Boy Scouts of America Crater Lake Council

Boy Scouts of America Crossroads Of America Council

Boy Scouts of America Dan Beard Council

Boy Scouts of America Daniel Boone Council

Boy Scouts of America Daniel Webster Council

Boy Scouts of America De Soto Area Council

Boy Scouts of America Del-Mar-Va Council

Boy Scouts of America Denver Area Council

Boy Scouts of America East Carolina Council

Boy Scouts of America East Texas Area Council

Boy Scouts of America Erie Shores Council

Boy Scouts of America Evangeline Area Council

Boy Scouts of America Far East Council

Boy Scouts of America Five Rivers Council

Boy Scouts of America Flint River Council

Boy Scouts of America French Creek Council

Boy Scouts of America Gamehaven Council

Boy Scouts of America Garden State Council

Boy Scouts of America Gateway Area Council

Boy Scouts of America Georgia-Carolina Council

Boy Scouts of America Glacier's Edge Council

Boy Scouts of America Golden Empire Council

Boy Scouts of America Golden Spread Council

Boy Scouts of America Grand Canyon Council

Boy Scouts of America Grand Columbia Council

Boy Scouts of America Grand Teton Council

Boy Scouts of America Great Alaska Council

Boy Scouts of America Great Rivers Council

Boy Scouts of America Great Salt Lake Council

Boy Scouts of America Great Smoky Mountain Council

Boy Scouts of America Great Southwest Council

Boy Scouts of America Great Trail Council

Boy Scouts of America Greater Alabama Council

Boy Scouts of America Greater Los Angeles Area Council

Boy Scouts of America Greater New York Council

Boy Scouts of America Greater Niagara Frontier Council

Boy Scouts of America Greater St. Louis Area Council

Boy Scouts of America Greater Tampa Bay Area Council

Boy Scouts of America Greater Wyoming Council

Boy Scouts of America Greater Yosemite Council

Boy Scouts of America Green Mountain Council

Boy Scouts of America Greenwich Council

Boy Scouts of America Gulf Coast Council

Boy Scouts of America Gulf Stream Council

Boy Scouts of America Hawk Mountain Council

Boy Scouts of America Hawkeye Area Council

Boy Scouts of America Heart Of America Council

Boy Scouts of America Heart Of New England Council

Boy Scouts of America Heart Of Virginia Council

Boy Scouts of America Hoosier Trails Council

Boy Scouts of America Housatonic Council

Boy Scouts of America Hudson Valley Council

Boy Scouts of America Illowa Council

Boy Scouts of America Indian Nations Council

Boy Scouts of America Indian Waters Council

Boy Scouts of America Inland Northwest Council

Boy Scouts of America Iroquois Trail Council

Boy Scouts of America Istrouma Area Council

Boy Scouts of America Jayhawk Area Council

Boy Scouts of America Jersey Shore Council

Boy Scouts of America Juniata Valley Council

Boy Scouts of America Katahdin Area Council

Boy Scouts of America La Salle Council

Boy Scouts of America Lake Erie Council

Boy Scouts of America Las Vegas Area Council

Boy Scouts of America Last Frontier Council

Boy Scouts of America Laurel Highlands Council

Boy Scouts of America Leatherstocking Council

Boy Scouts of America Lincoln Heritage Council

Boy Scouts of America Long Beach Area Council

Boy Scouts of America Longhorn Council

Boy Scouts of America Longhouse Council

Boy Scouts of America Longs Peak Council

Boy Scouts of America Los Padres Council

Boy Scouts of America Louisiana Purchase Council

Boy Scouts of America Marin Council

Boy Scouts of America Mason-Dixon Council

Boy Scouts of America Mayflower Council

Boy Scouts of America Mecklenburg County Council

Boy Scouts of America Miami Valley Council

Boy Scouts of America Michigan Crossroads Council

Boy Scouts of America Mid-America Council

Boy Scouts of America Middle Tennessee Council

Boy Scouts of America Mid-Iowa Council

Boy Scouts of America Midnight Sun Council

Boy Scouts of America Minsi Trails Council

Boy Scouts of America Mississippi Valley Council

Boy Scouts of America Mobile Area Council

Boy Scouts of America Monmouth Council

Boy Scouts of America Montana Council

Boy Scouts of America Moraine Trails Council

Boy Scouts of America Mount Baker Council

Boy Scouts of America Mount Diablo Silverado Council

Boy Scouts of America Mountaineer Area Council

Boy Scouts of America Muskingum Valley Council

Boy Scouts of America Narragansett Council

Boy Scouts of America National Capital Area Council

Boy Scouts of America Nevada Area Council

Boy Scouts of America New Birth Of Freedom Council

Boy Scouts of America North Florida Council

Boy Scouts of America Northeast Georgia Council

Boy Scouts of America Northeast Illinois Council

Boy Scouts of America Northeast Iowa Council

Boy Scouts of America Northeastern Pennsylvania Council

Boy Scouts of America Northern Lights Council

Boy Scouts of America Northern New Jersey Council

Boy Scouts of America Northern Star Council

Boy Scouts of America Northwest Georgia Council

Boy Scouts of America Northwest Texas Council

Boy Scouts of America Norwela Council

Boy Scouts of America Occoneechee Council

Boy Scouts of America Ohio River Valley Council

Boy Scouts of America Old Hickory Council

Boy Scouts of America Old North State Council

Boy Scouts of America Orange County Council

Boy Scouts of America Oregon Trail Council

Boy Scouts of America Ore-Ida Council

Boy Scouts of America Overland Trails Council

Boy Scouts of America Ozark Trails Council

Boy Scouts of America Pacific Harbors Council

Boy Scouts of America Pacific Skyline Council

Boy Scouts of America Palmetto Council

Boy Scouts of America Pathway To Adventure Council

Boy Scouts of America Patriots' Path Council

Boy Scouts of America Pee Dee Area Council

Boy Scouts of America Pennsylvania Dutch Council

Boy Scouts of America Piedmont Council

Boy Scouts of America Pikes Peak Council

Boy Scouts of America Pine Burr Area Council

Boy Scouts of America Pine Tree Council

Boy Scouts of America Pony Express Council

Boy Scouts of America Potawatomi Area Council

Boy Scouts of America Prairielands Council

Boy Scouts of America Puerto Rico Council

Boy Scouts of America Pushmataha Area Council

Boy Scouts of America Quapaw Area Council

Boy Scouts of America Quivira Council

Boy Scouts of America Rainbow Council

Boy Scouts of America Redwood Empire Council

Boy Scouts of America Rio Grande Council

Boy Scouts of America Rip Van Winkle Council

Boy Scouts of America Rocky Mountain Council

Boy Scouts of America Sagamore Council

Boy Scouts of America Sam Houston Area Council

Boy Scouts of America Samoset Council

Boy Scouts of America San Diego-Imperial Council

Boy Scouts of America San Francisco Bay Area Council

Boy Scouts of America Santa Fe Trail Council

Boy Scouts of America Seneca Waterways Council

Boy Scouts of America Sequoia Council

Boy Scouts of America Sequoyah Council

Boy Scouts of America Shenandoah Area Council

Boy Scouts of America Silicon Valley Monterey Bay Council

Boy Scouts of America Simon Kenton Council

Boy Scouts of America Sioux Council

Boy Scouts of America Snake River Council

Boy Scouts of America South Florida Council

Boy Scouts of America South Georgia Council

Boy Scouts of America South Plains Council

Boy Scouts of America South Texas Council

Boy Scouts of America Southeast Louisiana Council

Boy Scouts of America Southern Sierra Council

Boy Scouts of America Southwest Florida Council

Boy Scouts of America Spirit Of Adventure Council

Boy Scouts of America Stonewall Jackson Area Council

Boy Scouts of America Suffolk County Council

Boy Scouts of America Susquehanna Council

Boy Scouts of America Suwannee River Area Council

Boy Scouts of America Tecumseh Council

Boy Scouts of America Texas Southwest Council

Boy Scouts of America Texas Trails Council

Boy Scouts of America Theodore Roosevelt Council

Boy Scouts of America Three Fires Council

Boy Scouts of America Three Harbors Council

Boy Scouts of America Three Rivers Council

Boy Scouts of America Tidewater Council

Boy Scouts of America Transatlantic Council

Boy Scouts of America Trapper Trails Council

Boy Scouts of America Tukabatchee Area Council

Boy Scouts of America Tuscarora Council

Boy Scouts of America Twin Rivers Council

Boy Scouts of America Twin Valley Council

Boy Scouts of America Utah National Parks Council

Boy Scouts of America Ventura County Council

Boy Scouts of America Verdugo Hills Council

Boy Scouts of America Voyageurs Area Council

Boy Scouts of America W.D. Boyce Council

Boy Scouts of America Washington Crossing Council

Boy Scouts of America West Tennessee Area Council

Boy Scouts of America Westark Area Council

Boy Scouts of America Westchester-Putnam Council

Boy Scouts of America Western Los Angeles County Council

Boy Scouts of America Western Massachusetts Council

Boy Scouts of America Westmoreland-Fayette Council

Boy Scouts of America Winnebago Council

Boy Scouts of America Yocona Area Council

Boy Scouts of America Yucca Council

## Schedule 1(f)

### Secured Parties

AT&T Capital Services, Inc.
AT&T Corporation
Automation Tools, LLC
CIT Bank, N.A.
Datamax, Inc.
EverBank Commercial Finance, Inc.
Firebird Structures, LLC
Giant Bicycle, Inc.
HYG Financial Services, Inc.
ImageNet Consulting, LLC
Insight Investments, LLC
JPMorgan Chase Bank, N.A.
Kaufman Fire Protection Systems, Inc.
Key Equipment Finance
Konica Minolta Premier Finance
MB Financial Bank, N.A.
Raymond Leasing Corp
TCF Equipment Finance, Inc.
The Chase Manhattan Bank
The "Green Bar Bill" Hillcourt Foundation
The "Green Bar Bill" Hillcourt Foundation, C/O Winstead PC
TIAA Commercial Finance, Inc.
UniFi Equipment Finance, Inc.
Veristor Capital, LLC
Wells Fargo Financial Leasing, Inc.

**<u>Schedule 1(g)</u>**

**Banks**

Banco Popular
Bank of America
BB&T
Blackrock
Charles Schwab
CIBC - First Caribbean Bank
Federated Bank
Fidelity Investments
Fifth Third Bank
First Bank - Virgin Islands
First State Bank
Goldman Sachs
InBank
JPMorgan Chase Bank, N.A.
Merrill Lynch, Pierce, Fenner & Smith, Inc.
Northern Trust Corporation
PNC Bank
RBC Bank
Regions Bank
Scotiabank
State Street Bank
TD Bank
US Bank
Wells Fargo & Company

## **Schedule 1(h)**

### **Credit Card Processors**

American Express
Authorize.net
Bank of America Merchant Services
Card Connect
Discover
Dynamic Payments
Global Payments Inc.
JPMorgan Chase Bank, N.A.
Mastercard
Moneris
Opticard
Paymentech, LLC
PayPal, Inc.
Shift4
Stripe (Shopify)
TSYS/Cayan
Valutec
Visa
Wells Fargo & Company
Wild Apricot

**Schedule 1(i)**

**Insurers**

Ace Insurance Group
Aetna Casualty and Surety Company
Agricultural Excess & Surplus Insurance
    Company
Agricultural Insurance Company
AIG
Allianz Global Corporate & Specialty SE
Allianz Global Risks US Insurance
    Company
Allianz Insurance Company
Allianz Societas Europaea
Allied World Assurance Co.
Allied World Assurance Company (U.S.),
    Inc.
Allied World Assurance Company, Ltd
Alterra Excess & Surplus Insurance
    Company
American Guarantee and Liability Insurance
    Company
American International Group, Inc.
American Re-Insurance Company
American Zurich Insurance Company
Arch Capital Group (U.S.)
Arch Insurance Company
Arch Reinsurance Ltd.
Argo Group International Holdings, Ltd
Argonaut Insurance Company
Argonaut Insurance Group
Arrowood Indemnity Company
Arrowpoint Capital Corp.
Aspen Insurance Holdings Limited
Ategrity Specialty
Ategrity Specialty Insurance Company
AXA Insurance Company
AXA XL
Axis Capital Holdings Limited
Axis Insurance Company
Axis Specialty Insurance Company
Axis Surplus Insurance Company
Beazley Insurance Company, Inc.
Berkley Insurance Company
Berkshire Hathaway Insurance Group
California Union Insurance Company

Catlin Underwriting Agencies Limited
Century Indemnity Company
Chubb Atlantic Indemnity Ltd.
Chubb Custom Insurance Company
Chubb Executive Risk
Chubb Group of Insurance Companies
Cincinnati Specialty Underwriters Insurance
    Company
Clarendon America Insurance Company
Clarendon National Insurance Company
CNA Insurance Companies
Colony Insurance Company
Columbia Casualty Company
Continental Insurance Company
Endurance American Insurance Company
Endurance American Specialty Insurance
    Company
Enstar Group Limited
Euclid Insurance Services, Inc.
Evanston Insurance Company
Everest National Insurance Company
Everest Re Group
Fairfax (US) Inc.
Fairfax Financial (USA) Group
Federal Insurance Company
Fireman's Fund Insurance Companies
First Specialty Insurance Corporation
First State Insurance Company
Gemini Insurance Company
General Star Indemnity Company
Great American
Great American Assurance Company
Great American E & S Insurance Company
Great American Property and Casualty
    Insurance Group
Gulf Insurance Company
Hallmark Specialty Insurance Company
Harbor Insurance Company
Hartford Accident and Indemnity Company
Houston Casualty Company
Indemnity Insurance Company of North
    America
Indian Harbor Insurance Company

Industrial Indemnity
Industrial Insurance Company of Hawaii
Insurance Company of North America
Insurance Company of the State of
    Pennsylvania (The)
International Insurance Company
Interstate Fire & Casualty Company
Landmark Insurance Company
Lexington Insurance Company
Liberty Insurance Underwriters, Inc.
Liberty Mutual Insurance Company
Liberty Surplus Insurance Corporation
Lloyd's of London
London Market
Markel American Insurance Company
Markel Corporation Group
Marsh & McLennan Companies
MHBT, a Marsh & McLennan Agency
Munich Re Group
Munich Reinsurance America, Inc.
National Casualty Company
National Surety Corporation
National Union Fire Insurance Company Of
    Pittsburgh, PA
Navigators Group, Inc.
Navigators Insurance Company
Navigators Specialty Insurance Company
Niagara Fire Insurance Company
Normandy Reinsurance Company Limited
Ohio Casualty Insurance Company (The)
Old Republic General Group
Old Republic Insurance Company
Old Republic Insurance Group
Pacific Employers Ins. Company
Pacific Indemnity Company
Property/Casualty Insurance Co. Of
    Hartford
RLI Professional Risk
Royal Indemnity Company
RSUI Group
R-T Specialty
Sompo - Endurance American Insurance
    Company
Sompo Holdings, Inc.

St. Paul Surplus Lines Insurance Company
Starr Indemnity & Liability Company
Starr Specialty
Steadfast Insurance Company
Swiss Re Group
Texas Pacific Indemnity Company
The Hartford Financial Services Group, Inc.
The Hartford Fire
The Hartford Insurance Group
The Hartford Steam Boiler Inspection And
    Insurance Company
The Travelers Companies, Inc.
Traders and Pacific Insurance Company
Travelers (Bermuda) Limited
Travelers Casualty and Surety Company
Travelers Indemnity Company
Twin City Fire Insurance Company
U.S. Fire Insurance Company
Universal Re-Insurance Company Limited
Utica Mutual Insurance Company
W. R. Berkley Corporation
W.R. Berkley Group
Westchester Fire Insurance Company
Westchester Surplus Lines Insurance
    Company
XL Catlin
XL Europe Limited
XL Insurance (Dublin) Ltd.
XL Insurance Company SE
Zurich Financial (USA) Group
Zurich Financial Services Group

## Schedule 1(j)

### Landlords

1040 Avenue of the Americas LLC
IRC Retail Centers

## Schedule 1(k)

## Litigation Parties[2]

90 Merrick LLC

Aaron Moore
Aaron Yates
ABC Insurance Corporation
Adam Herrington

Aderion Adkisson
Adrian Senentz

Alicia Lifrak

All Saints R.C. Church
Allegheny Highlands Council
Allen Hughes
Aloha Council Chamorro District
Alpine Scout Camp

Andrea Watson

Andrew Aston
Andrew Bloom
Andrew Mannetta
Andrew McMorris

Anita Gettleson
Anna Lee Ingram

Antonia Michelson
Aramark Campus, LLC
Archbishop Christopher Pierre, Apostolic
    Nuncio of The Holy See For The United
    States
Archbishop Timothy Dolan, Archbishop of
    New York
Archdiocese of New York And Our Lady of
    Lourdes Catholic School



---

[2] The professionals seeking to be retained also ran the names of certain individual plaintiffs. In accordance with the *Interim Order (I) Authorizing the Debtors' to file (A) a Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) a Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, (III) Authorizing and Approving Procedures for Providing Notice of Commencement, and (IV) Granting Related Relief* [Docket No. 66], in order to protect the identities of individual plaintiffs asserting abuse claims and individual plaintiffs who are minors, the Debtors have redacted such information from this list. The Debtors will provide an unredacted version of this list to the Court, the Office of the United States Trustee, and the Committees upon request.



Astral Energy, LLC
Atlanta Area Council, Inc.
Attorney(s) ABC and Accountant(S) XYZ

Austin Boley

Austin Fruge'

Baden-Powell Council, Inc.
Baiting Hollow Scout Camp
Barbara Cowles
Beech Haven Baptist Church

Benjamin Cudeck

Betty Boland, as the Administrator of The
    Estate of Ernest Boland
Big Cross Elementary School
Billie Jo Mojoinner
Bishop Turner High School
Blackhawk Area Council of Boy Scouts

Blue Ridge Mountains Council
Board of Trustees of The First Baptist
    Church of Gainesville, Inc.

Bobby C. Jones

Bowmansville Fire Co., Inc.
Boy Scout Troop #50 of Hattiesburg,
    Mississippi
Boy Scout Troop 163
Boy Scout Troop 204 Memphis - Chickasaw
    Council - Thunderbird District
Boy Scout Troop 95
Boy Scout Trust Fund
Boy Scouts 11 of America
Boy Scouts of America - Hiawatha Council
Boy Scouts of America Atlantic Area
    Council Inc.
Boy Scouts of America Atlantic Area
    Council No. 331
Boy Scouts of America Big Apple District
Boy Scouts of America Greater Los Angeles
    Area Council
Boy Scouts of America Pack 494
Boy Scouts of America Phoenix District
    Troop 49
Boy Scouts of America San Diego-Imperial
    Council
Boy Scouts of America Troop 1000 Inc.
Boy Scouts Troop #64
Boy Scouts Troop 460
Brad Ewell

Bradley Schumann
Brandon Wood
Brazen Matson

Brennan Johnston
Brentley Wells

Bretty Bybee

Brian P. Wagner

Bronx Council
Brooklyn Chinese-American Association
Brooklyn Council
Bruce Desandre

Buffalo Trail Council
Buffalo Trail Scout Ranch
Calasanctius School of Buffalo
Caleb Steinhoff
California Inland Empire Council

Camille Travis
Camp Aquehonga
Camp Big Timber
Canisius High School of Buffalo
Capuchin Franciscans
Capuchin Franciscans Custody of Star of
    The Sea
Capuchin Franciscans, Province of St. Mary
Carol Chacon
Carolyn Hemphill
Carrie Stafford
Carroll Township Police Department
Cascade Charter Township
Cascade Pacific Council
Casey Scott
Catholic Cemeteries of Roman Catholic
    Diocese of Buffalo, Inc.
Catholic Health of WNY and its subsidiaries
Cathy Ostrenga
Celeste Rone-Moss

Charles Copeland
Charles Oglesby, Sr.
Charles Stauder
Charlie Bate

Chase Dansereau
Cherokee Area Council, Inc.
Chicago Area Council
Chickasaw Council
Chief of Police Jon Belmar
Chief Seattle Council
Chris Alvelo

Chris Larrabee
Chris McCullough
Christ The King Seminary Fund, Inc.

Christina Vovchuk

Christopher Finks
Christopher Larrabee

Christopher Payne
Christopher Pelletier

Christopher Vogel

Church of The Holy Innocents
Cincinnati Insurance Company
Circle Ten Council
Citizens' Hose Company No. 1 of Dillsburg
    Penna
City of Columbus
City of Louisville
City of Louisville-Jefferson County-
    Louisville Consolidated Government

Clark Martin
Claudius Douglas Mair-Worley
Clayton Historical Society

Clifton Neyrey
CLK/HP 90 Merrick LLC
Clyde Noland

CMR A/S/O Cox Communication
██████████
Columbus School District
Complaint and Michigan Crossroads
    Council, Inc.
Connecticut Rivers Council
Connecticut Rivers Council Troops 258 &
    302
Connecticut Yankee Council, Inc.
Connor Cudeck
████████████████████████
████████████████████
Continental Tire The Americas, LLC
Cornelia Berrocal
Corporation of the President of the Church
    of Jesus Christ of Latter-Day Saints
Country Farm Supply
Cradle of Liberty Boy Scouts of America
█████████████████
Craig Bingham
██████████████████
████████████████████████
██████████████████
Ct Yankee Council
Cub Scout Pack 601
Curtis Flaherty
██████████████████████████
██████████████
█████████████████████
████████
Dan McGill
Daniel Boone Council Inc.
Daniel Camerano
████████████████
███████████
████████████
██████████████████
██████████████████
█████████████████
████████
Daniel P. Sturtzel
Daniel Richardson
████████████████████████
██████
████████████████

Daniel Wagner
Daniel Webster Council Inc.
Darla Duarte
David A. Declue
███████████████████████
█████████████████████████████
█████████
David Dale
David G. Derrick
David Gomes
David H. Scharf
David K. Buterbaugh
████████████████████████████
████████
David Lannes
David McDaniel
███████████████████████
David Michelson
█████████████████████████████
██████████
██████████████████████
█████████████████████████████
████████
David Silva
██████████████████████
███████████████████████████
████████████████████████
████████████
█████████████████████████████
█████████████████████████████
███████████████████████
████████
Debra Schwamberger
Dechaison White
Denis Lane
██████████████████████████
Dillsburg Community Fair Association
Dillsburg Lions Club And Dillsburg Boy
    Scout Troop #38
Diocese of Brooklyn
Dolores Snyder
Donald C. Shriver
Donald Grande
Donald J. Hebert



Doug Stevenson

Douglas Nail

Dwight Cable

Eamonn Ferrante
East Meadow Youth Baseball & Softball
    Association
Ed Miller
Eddie Blue
Edgar Riecke

Edward M. Bednarczyk
Edward Perriera

Elijah Knight
Elliott Litz
Elwood Union Free School District
Emely Santos

Emma O'Connor

Eric L. Young, Administrator of The Estate
    of Christopher Alvelo
Eric R. Park
Essex County Council of The Boy Scouts of
    America
Estate of Robert Whitelaw, Deceased
Ethan Fuller
Ethan Rapier

Evan Park Howell, Iii

Evergreen Area Council, Boy Scouts of
    America
Fabian Lopez
Fairfield County Council of Boy Scouts of
    America, Inc.
Fayetteville United Methodist Church

First Baptist Church of Athens
First Baptist Church of Danville D/B/A Boy
    Scout Troop 354
First Baptist Church of Gainesville
Five Rivers Council Inc.
Floodwood Mountain Scout Reservation
    Association, Inc.
Ford Motor Company
Francis (Skip) Toomey II

Frank Pedone



G.A.C.

Gabriel Racine
Gage Wilson
Garden State Council
Gary Ackerman
Gary Carroll

Gary L Strain
Gary Langsdale

George D. McClay

George J. Eberl
Geovanni McClain

Glens Falls City School District
Gloria Garcia
Governor Clinton Council, Inc., Boy Scouts
    of America
Grace Gordon
Grand Canyon Council
Great Alaska Council
Great Salt Lake Council
Great Southwest Council
Greater Alabama Council
Greater New York City Councils

Greater Niagara Frontier Council
Greater Niagara Frontier Council #380 of
    The Boy Scouts of America
Greater St. Louis Area Council, Boy Scouts
    of America, Inc.
Greater Tampa Bay Area Council, Inc.
Greater Yosemite Council, Inc.
Greek Orthodox Archdiocese of America
Green Acres Baptist Church
Greenport Fire Department
Greg Day

Greg Ploski

Guy Rollf
Guy Thomas Buker
Hacker Coverage Dispute
Harley Avenue Primary School

Hawk Mountain Council, Inc., Boy Scouts
    of America
Hawkeye Area Council, Boy Scouts of
    America, An Iowa Corporation
Heart of America Council
Heart of New England
Heart of Virginia Council, Inc., Boy Scouts
    of America
Heath Faucheux
Henry Reinsburrow
Holy Family Church
Holy See Instrumentalities

Holy See, State of Vatican City - The
    Vatican
House of Hope Presbyterian Church

███████████████████████████████

███████████████████

█████████████████████████████

██████████████████████████████

████████████████

Hudson Valley Council
Hunter Iverson

██████████████████

Ian Simpson

██████████████████████████████

████████████████████

Immaculate Conception R.C. Church
Indian Waters Council Boy Scouts of
    America Inc.
Iroquois Trail Council Inc.
Irwindale Police Department
Istrouma Area Council

████████████████████████

J.E. Mathis

████████████████████████████████

███████████████████

██████████████████████████

Jack Rose

████████████████

Jacob Nelson

██████████████████████████████

████████████████

█████████████████████████████

James Gambrell King

████████████████

██████████████████████████████

███████████

████████████████████████████

James Kennedy

██████████████████████████████

██████████████

███████████████████████████████

██████████████

James Potjunas

█████████████████

James Stillwell, Jr.

James T. Grace Jr.

███████████████████████████████

███████████████

██████████████████████████████

█████████████████████████████

Jane Sutterlin
Janessa Miller
Jarred Pai
Jasiah Marshall

███████████████████

Jason Hofmann

████████████████████████████████████

Jason R. Brockman

█████████████████████████████████████

█████████████████

████████████████████████████

Jayshawn Brown
Jefferson County
Jefferson County / Louisville Consolidated
    Government
Jeffery Leonard And Individual

███████████████████████████████████

██████████████████████████████████

███████████████

█████████████████████████████████

██████████████████

██████████████████████████████████

██████████████████

Jersey Shore Council
Jesse Bessette

██████████████████████████████████

████████████

██████████████████████████████████

████████████

█████████████████████████████████████

████████████████

████████████████████████████████████████

Jessie Tomeo

███████████████████████████████████████

████████████████

█████████████████████████████████████

████████████



Joanne Nauheimer (Class Action)
Joanne Nauheimer (Individual)

Joel Shumway
John B. Lowell
John Cimral

John Gruber

John J. Beardsworth, Jr.

John Jones

John Lund

John Richers

Jonathan Dunn

Joseph Alvarado

Joseph F. Snyder

Joseph L. Snyder

Joseph Porter and Gail Porter

Joseph Tetlow

Joshua Goodwin
Joshua P. Christ
Joshua Simpson
Joshua White
Judy Crawford
Julie Hedrick
Julie Schmidt



Kaden Lynch
Kalin Bart Talbott River Road Trust
Kalvin Marshall
Karin Larrabee
Karina Miller

Kathleen Hufford
Kathryn (Katie) Schulze

Keegan Day

Kellie Bogardus

Kenneth Betts

Kent L. Wallace
Kerrie Galvin (Obo Trevor Galvin)

Keystone College
Kimberly Payne
Kincaid Tyas
Kireon D. Pleis

Kristopher Bartee
Kyle Boell

Landon Bassett

Las Vegas Area Council, Inc.
Laurie Buckelew

Lawrence Svrcek
Leanna Stanley
Learning For Life Inc.
Leatherstocking Council
Lebanon Lions Club
Lee Shedroff
Leo Kelly

Lincoln Heritage Council
Linda Davis
Linda Fant
Linda Jensen
Lindsay Bishop
Lisa C. Crocus
Lloyd Bryant

Logan Bogardus
Logan Larrabee
Logan Mackay
Longhouse Council

Louisville Metro Police Department

Luke Bennett

Madison Osborne

Malcolm Boykin
Malmaison District
Manhattan Council, Boy Scouts of America

Marc Anderson
Marco Romero
Marcus Kang
Marcus Mack

Marjorie Bewley
Marjorie Morris

Mark Helser and Jane Doe Helser
Mark Kern

Mark Tibbetts
Mark Tumeo
Mark Vincett

Mathew Zaiss
Matt Day

Matthew Gelhausen
Matthew Inbody
Matthew McClay
Matthew S. Devore
Matthew Teixeira
Matthew Yakaboski

Max Moon
Maya Cann
Mayflower Council

Megan Knoernschild

Micah Hattaway

Michael Frys

Michael Kelsey

Michael Maffetone



Michael Rega

Michael Sandifer

Michelle Delutri
Michigan Crossroads Council, Inc.
Mid-America Council
Middle Tennessee Council

Miles Woolsey
Monastery of Christ In The Desert
Monmouth Council
Monsignor Michael Harrington
Monsignor William Stanton
Montana Council

Mossy Ford, Inc.
Most Reverend Edward U. Kmiec
Most Reverend Henry J. Mansell
Most Reverend Richard J. Malone

New York Greater Councils
Newport Sea Base - Orange County Council
Niagara Frontier Council, Boy Scouts of
    America

Nina Baldinucci
Nipmuck District of the Connecticut Rivers
    Council of The Boy Scouts of America

Nolan Henderson

North Florida Council
Northeast Georgia Council, Inc.
Northeastern Pennsylvania Council
Northern New Jersey Council
Northern Star Council

Old Republic Insurance Company, Inc.
Omega Pacific, Inc.
Orange County Council
Orange County Rowing Club
Oregon Trail Council, Inc.

Our Savior Lutheran Church

Parker Irey
Pat Currie
Pathway To Adventure Council
Patricia Donehue
Patricia Gerber
Patrick A. Mancuso

Patriots' Path Council

Paul Antosh
Paul Brandon Paris

Paul R. Thomson, Jr.

Paul Scarola



Pauline Jenkins

Penn Mountains Council
Penny Nomura

Peter Rymut

Pierce Hull
Pine Burr Area Council, Inc.
Police Officer Annette Hoyt
Polly Root
Pope Francis
Progressive Casualty Insurance Company
Quapaw Area Council
Queen of Peace R.C. Church
Queens Council
R. Fleming Weaver, Jr.

Randolph "Randy" Nowak

Raul Cadena

Reckson Operating Partnership, L.P
Red Mountain Asset Fund, LLC
Regina McCullough

Regis High School
Reid Comita
Reilly Nahill
Rev. Basil Ormsby, S.J.
Rev. David Bialakowski
Rev. Donald W. Becker
Rev. Florian Jasinski
Rev. Frederick Fingerle
Rev. Gerald Jasinski
Rev. John P. Hajduk
Rev. Joseph Persich, S.J.
Rev. Nelson Kinmartin
Rev. Norbert Orsolits
Rev. Ronald Sajak
Rev. Ronald Silverio
Rev. Theodore Podson
Rev. William White

Richard L. Lucero

Richard Lehr



Richard Mathews

Richard Robbins
Richard Rognsvoog

River Rivers Council, Boy Scouts of
    America

Robert Bulens

Robert Hallum
Robert Jorgensen

Robert Logan Talbott River Road Trust

Robert Sutterlin
Robert Talbott, Inc

Roberts. Talbott Revocable Trust

Roman Catholic Archbishop
Roman Catholic Archbishop of Agana
Roman Catholic Archdiocese of New York,
    Archdiocese of New York

Ronald Hegwood

Ronnie Mason

Ruth Kvistad

Sacred Heart - Espanola
Saint John The Baptist Church

Salvador Rivera
Sam Houston Area Council
Sam Houston Area Council Phoenix District

Samuel Christian Carelton
Samuel Roche
San Gabriel Valley Council
Sandy Potjunas
Sarah Case Talbott River Road Trust
SC Boy Scouts Council Inc.
School Sisters of Notre Dame Central
    Pacific Province, Inc.
School Sisters of Notre Dame, Region of
    Guam

██████████████████████████
███████
██████████████████████
█████████████████████████████
████████
███████████████████
Scott Michelson

███████████████████████
Scout Troop 4200
Second Baptist Church
Seneca Waterways Council, Boy Scouts of
    America
Sequoia Council
Sergeant Konrad Wojciehowski

█████████████████████████████
████████
███████
██████████████████████████
███████████████████
██████
Sharon Giovingo
Sharon Richardson

██████████████████████████
█████████████████████████████
█████████████████
Shawn Pelletier

████████████████████████████
Sheree Dodge
Sherrilynn Wood
Sherrye Howell
Shirley Williams
Silicon Valley Monterey Bay Council
Skylar Prestano
Sleepy Hollow Vineyards, L.P.
Society of Jesus, USA-Northeast Province

Southeast Louisiana Council
Southern California Scullers Club
Southern Shores Field Service Council
Southwest Bartholomew Volunteer Fire
    Department, Inc.
St. Benedict Joseph Labre Church
St. Benedict Joseph Labre School
St. Brigid R.C. Church
St. Catherine's Roman Catholic Church
St. Catherine's Roman Catholic Church
    School
St. Demetrios Greek Orthodox Church
St. Francis of Assisi Roman Catholic
    Church
St. Francis Xavier Church
St. Helena Parish
St. John Gualbert R.C. Church
St. John Vianney R.C. Church
St. Joseph Investment Fund, Inc.
St. Josephats R.C. Church
St. Paul's R.C. Church
St. Teresa R.C. Church

███████████████
Stanley Bassett

███████████████████████████
██████████████████████████████
State of Wisconsin
Stephanie K. Jones
Stephanie Regalia

██████████████████████
██████████████████████████
█████████████████
█████████████████████████████
████████████
█████████████████████████████
███████
Stephen White
Stephen Zanetti

██████████████████████████
███████████████████████
██████████████████
█████████████████████████████
████████████████
█████████████████████████
Steve Stenger

Steven Harris
Steven N. Brown
Strawbridge United Methodist Church
██████████████████████████
██████████████████████████████
Suffolk County Council
Suffolk County Policy Department
███████████████████████████████████████
███████
Susan Burk
Susan Reisinger
Susanna Otto
Susquenango Council
Sussex District Boy Scouts of America
T.B.C.P.C
T.B.S.O.A.I.
████████████████████
█████████████████████████████
Tanner Bailey
Ten Mile River Scout Camps A/K/A Ten
    Mile River Scout Camps, Boy Scouts of
    America
█████████████████████████████████
███████████████████
Terry A. Wright
████████████████████████████
████████████████████████████████████
███████████████
Terry Zellers
Thad Alton
The Blessed Trinity R.C. Church
The Church of Jesus Christ of Latter Day
    Saints
The City of Irwindale
The County of Nassau
The Diocese of Rochester
The Estate of F.E. (Gene) Bobo
The Fidelis Care as a Trademark for the
    Centene Corporation
The Foundation of The Roman Catholic
    Diocese of Buffalo, N.Y., Inc.
The Hamlet of East Meadow
The Hartford Insurance Group
The National Boy Scouts of America
    Foundation

The Roman Catholic Diocese of Syracuse,
    NY
The School Sisters of Notre Dame
    Milwaukee Providence, Inc.
The Temple Congregation Adath Israel-
    B'rith Sholom Inc.
The Town of Hempstead
Theodore Roosevelt Council
Theresa Kennedy
Thomas Bogardu
███████████████████████████████████
████
Thomas Doering
Thomas Kiely
████████████████████
Thomas Lane
Thomas Larry
Thomas M. Thackeray
████████████████████████████████
█████████████████████████████████████
████████████
Thomas Scott
██████████████████████████████████
███████████████████████████████████████
█████████████████
Three Fires Council
Tidwald Law
Tiffany Riggs
███████████████████████████████
███████████
███████████████████████████████
████████████████████████████████████████
██████████████████████████████
Timothy Fedor
██████████████████████████████████████
██████████████
Timothy Savage
███████████████████
████████████████████████████████
Todd Puccio
Tom Hartmann
Tomas A. Camacho
Town of Deerfield
Town of Trumbull

Trapper Trails Council

████████████████████████

Travis Leppi
Trent Herlihy
Trevor B. Paulson

██████████████████████████

███

Troop #7354
Troop 141 BSA
Twin Rivers Council
Union United Methodist Church
United Services Automobile Association
Unitedhealthcare Insurance Company
USA Northeast Province of The Society of
    Jesus

███████████████████████

Valerie Mcgriff (Gawle)
Varteni Yerjanian
Vern Iverson
Vernon Wunnenberg

█████████████████████████

███

██████████████████████

██████████████████████

████████

████████████████████████

███

Victor Caps

██████████████████████

Vincent Liberto

███████████████████████

Virgil Sanders
Virginia Adkins
Walgreen Company

███████████████████████

████████

Washington Crossing Council
Wayne Farrar

████████████████████████████

████

Weedsport Central School District
Westchester Putnam Council
Westlake Hills Presbyterian Church

██████████████████████

████████████████

████████████████████

█████████████████████████

William Bewley
William Brannon
William Edward Bewley

████████████████████████

██████████████████████████

William Greenwald
William Hoke

███████████████████████

████████████████████████

████████████████████████

William Pugh
William Pugh Jr
William Rick Bailey
William Rish Jr
William Ruscoe

██████████████████████

██████████████████████████

William Short

████████████████████████

██████████

██████████████████████████

██████████████████████████

████████

█████████████████████████████

XYZ Corporation
XYZ Corporation 1-100
XYZ Entities 1-100
XYZ Insurance Corporation
Yucca Council
Zachary Babel

████████████████████████

████████████████████████

Zachary Schmidt
Zachary Spahr
Zorro Ragsdale

## **Schedule 1(l)**

### **Professionals to be Retained by the Debtors**

Alvarez & Marsal North America, LLC
Bates White LLC
Haynes & Boone, LLP
KCIC, LLC
Morris, Nichols, Arsht & Tunnell LLP
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Omni Agent Solutions
PricewaterhouseCoopers LLP
Sidley Austin LLP

**Schedule 1(m)**

**Professionals Representing Certain Parties in Interest**

AlixPartners LLP
Ankura Consulting Group, LLC
Bayard, P.A.
Berkeley Research Group, LLC
Bradley Riley Jacobs PC
Choate, Hall & Stewart LLP
Dr. Jon R. Conte, Ph.D.
Fineman Krekstein & Harris PC
Foran Glennon Palandech Ponzi & Rudloff P.C.
Gilbert LLP
Kramer Levin Naftalis & Frankel LLP
McDermott Will & Emery LLP
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
Nicolaides Fink Thorpe Michaelides Sullivan LLP
Norton Rose Fulbright US, LLP
O'Melveny & Myers LLP
Pachulski Stang Ziehl & Jones
Pepper Hamilton LLP
PJT Partners, Inc.
Reed Smith LLP
Seitz, Van Ogtrop & Green, P.A.
Shipman & Goodwin LLP
Stampoulis & Weinblatt LLC
Troutman Sanders LLP
Wachtell, Lipton, Rosen & Katz
Young Conway Stargatt & Taylor, LLP

**Schedule 1(n)**

**Ordinary Course Professionals**

An, Tian, Zhang & Partners
Bassford Remele PA
BAX Advisors LLC
Bays Lung Rose Holma Attorneys at Law
Bond, Schoeneck & King PLLC
Boone Karlberg P.C.
Carolina Fridman Law Corporation
CCPIT Patent & Trademark Law Office
Christopher T Hurley & Associates P.C.
Civille & Tang PLLC
Clarke Silverglate P.A.
Connell Foley LLP
Cranfill Sumner & Hartzog LLP
Crotty & Schiltz LLC
Dentons US LLP
Foland, Wickens, Roper Hofer & Crawford, P.C.
Fox Rothschild LLP
Gerolamo Mcnulty Divis & Lewbart, P.C.
Grefe & Sidney, P.L.C.
Gruber Thomas & Co.
Harper & Pearson
Hawley Troxell Ennis & Hawley LLP
Hecht, Latham Spencer & Associates, Inc.
Heplerbroom LLC
Herman Law Firm P.A. Trust Account
Hinshaw & Culbertson LLP
Howard & Co., LLP
Hueston Hennigan
Keleher & McLeod PA, Attorneys at Law
Keller & Almassian, PLC
Kipp and Christian, P.C.
Kosnoff Fasy PLLC Trust Account
LCG Associates, Inc.
Lightfoot Franklin & White LLC
Locke Lord LLP
Mandell Menkes, LLC
Mark Gallagher Attorney
Markowitz Herbold PC
McAngus Goudelock & Courie
McGuire Woods LLP
McGuire, Craddock & Strother, P.C.

McLane Middleton, Prof. Assoc.
Mead & Hunt, Inc.
Melick Porter, LLP
Miller & Martin PLLC
Miller, Johnson, Snell & Cummiskey, P.L.C.
Milliman Inc.
Milliman USA Inc.
Mitchell Garabedian Attorney
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C
MNP LLP
Nicholas W Mulick PA
Nigro Karlin Segal & Feldstein
Park Dietz & Associates, Inc.
Perkins Coie
Quinn Emanuel Urquhart & Sullivan LLP
Ruhter & Reynolds, Inc.
Saul Ewing LLP
Scheper Kim & Harris, LLP
Sheehy Ware & Pappas PC
Sitlinger & Theiler
Steptoe & Johnson PLLC
Stich, Angell, Kreidler, Dodge & Unke, P.A.
Stillwell Midgley PLLC
Stites & Harbison PLLC
Taylor, Porter, Brooks & Phillips, L.L.P.
Texas Medical Legal Consultants
Thompson Coe & O'Meara LLP
Towers Watson Delaware, Inc.
Upshaw Williams Biggers
Vinson & Elkins LLP
White and Williams LLP
Whitney Smith Company Inc.
Wicker, Smith, O'Hara, McCoy, & Ford, PA
Wiggin & Dana LLP
Wilson Elser Moskowitz Edelman & Dicker LLP
Winston & Strawn LLP

## **Schedule 1(o)**

### **Tort Claimants Committee**

Christopher Desmond Haywood
Douglas A. Kennedy
John Humphrey
Jorge Tabon
Jorge Vega
Morgan Wade Paul
Richard Halvorson
Robb Lawson
Robert Grier

## **Schedule 1(p)**

### **Unsecured Creditors Committee**

Girl Scouts of the United States of America
Lion Brothers Company Inc.
Pearson Education, Inc.
Pension Benefit Guaranty Corporation
Roger A. Ohmstede

**Schedule 1(q)**

**Top 25 Plaintiffs' Law Firms Representing the Largest Number of Abuse Victims Asserting Claims Against the Debtors**

Andreozzi & Associates, P.C.
Ava Law Group, Inc.
Bondurant, Mixson & Elmore, LLP
Crew Janci LLP
Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law)
Eisenberg Rothweiler, Winkler, Eisenberg & Jeck, P.C.
Green & Gillispie
Gregg, Hunt, Ahern & Embry Attorneys at Law
Hurley McKenna & Mertz, P.C.
Jeff Anderson & Associates, PA
Kosnoff Law
Law Offices of Mitchell Garabedian
Lindsay Hart, LLP
Lujan & Wolff, LLP
Marsh Law Firm
Merson Law
Michael G. Dowd
Paul Mones
Penn Law Group
Pfau Cochran Vertetis Amala PLLC
Rebenack, Aronow, Mascolo, LLP
Robins Kaplan LLP
Rubenstein & Rynecki
Sweeny Reich & Bolz, LLP
Thomas Law Office, PLLC

## <u>Schedule 1(r)</u>

### Top 30 General Unsecured Creditors of the Debtors (Non-Abuse Claims)[3]

American Engineers & Contractors
Anne Terry
Bradley Farmer
C. Michael Hoover Jr.
C. Wayne Brock
███████████████████
David J. Ross II
Donald McChesney
Gary Butler
Hugh Travis
Jeffrey Hunt
John Green
Judith Ratcliffe
Kathy Sue Stone
Kenneth L. Connelly
Michael Surbaugh
NCS Pearson, Inc.
███████████████████████
Quad/Graphics, Inc.
Raymond L. Blackwell
Richard Lehr
Robert J. Mazzuca
Robert Tuggle
Roy L. Williams
Thomas H. Fitzgibbon
Thomas Harrington
Thomas Varnell

---

[3] The professionals seeking to be retained also ran the names of certain individual plaintiffs.  In accordance with the *Interim Order (I) Authorizing the Debtors' to file (A) a Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) a Consolidated List of Other Unsecured Creditors of the Debtors, (II) Authorizing and Approving Special Noticing and Confidentiality Procedures, (III) Authorizing and Approving Procedures for Providing Notice of Commencement, and (IV) Granting Related Relief* [Docket No. 66], in order to protect the identities of individual plaintiffs asserting abuse claims and individual plaintiffs who are minors, the Debtors have redacted such information from this list.  The Debtors will provide an unredacted version of this list to the Court, the Office of the United States Trustee, and the Committees upon request.

**Schedule 1(s)**

**Deferred Compensation and Restoration Plan Participants**

| | |
|---|---|
| Alan Lambert | Alfred D Morin |
| Alfred D Morin | Patrick Sterrett |
| John Andrews | Ponciano Duran |
| Anne Terry | John Primrose |
| Bonnie H Bishop | Raymond L Blackwell |
| Bradford C Allen | Richard J Mathews |
| Bradley Farmer | Robert J Mazzuca |
| C. Wayne Brock | Robert Tuggle |
| C Michael Hoover Jr | Roger A Ohmstede |
| C Wayne Brock | Ron Oats |
| Pamela E. Carroll | Ronald K Hegwood |
| Danny R. Clifton | Roy L Williams |
| John A. Coyle | Steven P. McGowan |
| David J Ross II | Michael Surbaugh |
| Donald McChesney | Thomas H Fitzgibbon |
| Douglas S Smith Jr | Thomas Harrington |
| Erik L Nystrom | Hugh Travis |
| Erin Eisner | Thomas Varnell |
| Frances Lynne Park | Harold Watson |
| Frederick Wallace | Willie Iles Jr. |
| Gary Butler | |
| Jeffrie A. Herrmann | |
| Mark Holtz | |
| J Carey Keane | |
| Jeffrey Hunt | |
| John Green | |
| John Mosby | |
| Joseph S Coco | |
| Judith Ratcliffe | |
| Justin McCarthy | |
| Kathy Sue Stone | |
| Kendrick Miller | |
| Kenneth L Connelly | |
| Randall Kopsa | |
| Albert Kugler | |
| Lawrence F Potts | |
| Lawrence L Otto | |
| Mark Logemann | |
| Robert J. Mazzuca | |
| Michael Ashline | |
| Michael Kaufman | |
| Michael Surbaugh | |

**Schedule 1(t)**

**Significant Contract Counterparties**

3096-3227 Quebec Inc/Groupe Access
501c Services
Accelogix LLC
Ace Adventure Resort Inc.
Adobe Systems Inc.
AdvantageCS
Adven Capital Group LLC
Adventures WV
Alert Logic Inc.
Amazon Web Services Inc.
American Audio Visual Inc.
American Electric Equipment Inc.
American Food & Vending Corp
AMS America Inc.
Arnica Software Corp
Arrow Capital Solutions Inc.
AT&T (5019)
AT&T Capital Services, Inc.
AT&T Mobility
Automatic Data Processing Inc.
Avalara Inc.
Ayers Construction
Ayoka LLC
Blackbaud Inc.
Brown & Bigelow, Inc.
Butch Whitten Construction
Buxton Company
CEC Facilities Group LLC
Certain Inc.
CircuiTree, LLC
Constellation NewEnergy, Inc.
Corra Technology Inc.
Datamax
Dci / Shires Inc.
Dci Shires
Dupont Hotel Project Owner LLC
Durham School Services, L.P.
First Advantage Lns
First Maintenance Company
Freeman Decorating Co
Gaylord National Resort And Convention
    Center

Gaylord Texan Resort And Convention
    Center
Glas
Golin Harris International Inc.
Grant Thornton
Groupe Access
High Towers Wood, Welding & Fabrication,
    Inc.
Hyatt Regency Atlanta, Inc.
Hyatt Regency Dallas
Hyatt Regency New Orleans
IBM
Iidon Inc.
ImageNet Consulting LLC
Infosys
Infosys Limited
Insight Investments LLC
JDA Software Inc.
Ksquare Solutions Inc.
Lumos Networks
Maitreyi Consultants Inc.
Manchester Grand Hyatt
Mark Monitor Inc.
Meetings By Design Inc.
MetLife
Mi9 Retail Na Corp
Microsoft Services
Mimeo.com Inc.
Montclair State University
Morneau Shepell Limited (formerly known
    as Mercer Inc.)
MuleSoft Inc.
MXD Group Inc.
Naturally Slim
Nelson Westerberg/Atlas Van Lines
NTT Com Security (US) Inc.
Oracle America Inc.
Perimeter International
Philadelphia Marriott Downtown
Raymond Leasing Corporation
RCG Global Services Inc.
Riskonnect Inc.
River Expeditions

Robot And Pencils
Rpe Outsourcing, LLC
S & Me Inc.
Shawn H Jackson
Sheraton Birmingham
Skillsoft Corporation
Southern Air, Inc.
Sovos Compliance LLC
Sun Life Assurance Company of Canada
Tech Plan Inc.
The Vitality Group LLC (TVG)
Thomas Hjellming
Town Sports International Holdings, Inc.
United Healthcare
Unum
Upp Technology
Upper Keys Marine Construction, LLC
Verifone
VSP
Wage Works
Weston Solutions Inc.
Yeti Coolers, LLC

## **Schedule 1(u)**

**Significant Customers**

A-B Emblem
Classb
Flemington Dept. Store
Ramsey Outdoor Store
The Moritz Embroidery Works, Inc.

## Schedule 1(v)

## Significant Donors

Abigail Maddi
America's Charities
Anadarko Petroleum Corporation
Blake Family Trust
Dean Wm. Carr, Jr. Trust
Estate of Allen C. Weiss
Estate of Ingeborg M. Borre
Estate of Steven C. Schoger
Estate of Thomas Parissidi
Fowler Family Fund
Gorini & Gorini LLP
Greater Kansas City Community Foundation
H P Farrington Trust C/O Bank of America
H. P. Farrington - HPF Foundation RSDY
Insurance Auto Auction
James S. Turley
John C. Jadel
John D. Harkey
John D. Tickle
John E. Link
Krevsky, Silber & Bergen
Lonnie C. Poole
Murray Energy Corporation
Mutual of Omaha Insurance Company
Publishing Concepts, L.P.
R. Doyle Parrish
Robert Cruickshank
Stephen D. Bechtel, Jr. Foundation
Steven A. Antoline
Steven E. Zachow
The James Annenberg La Vea Charitable Foundation
The Walter R. Wormell Trust
Tilden Family Philanthropy Fund
Todd L. Johnson
Tridave, LLC

## Schedule 1(w)

### Significant Vendors

1-800-Pack-Rat
Ace / Esis
Ace Adventure Resort Inc.
Ace American Insurance Company
Adventure Medical/Tender Corp
Allied Rentals Inc.
American Airlines
American Outdoor Products
AR & JO & MH LLP
Aspen Corporation
Automotive Rentals Inc.
AVIO Consulting LLC
Barebones Systems
Barkley House Ii Inc.
BC Sales And Sourcing
Berman O'Connor & Mann
BHG Structured Settlements Inc.
Bison Designs LLC
Boxley Aggregates of West Virginia LLC
Boy Scouts GA Recon Acct
Boy Scouts of America Recon Clearance
BSA Florida Sea Base BPC
BSA Parents Inc.
Buzzshift Inc.
Cai Design Inc.
Calypso Water Sports & Charters, Inc.
Capital Printing Co
Capitol Business Equipment
CDW Direct, LLC
Chasan & Walton LLC
Coleman Co Inc.
Compass Group USA Inc.
Computer Digital Imaging Corporation
Council Unemployment
Covington & Burling LLP
Cramer Security & Investigations Inc.
Crest Craft Company
Crown Awards
Crystal Bay Corporation
David W McKeehan
Davis Polk & Wardwell LLP
Deprez Travel Bureau Inc.
Derby Worx Inc.

Diamond Brand Canvas Products
Eagles Nest Outfitters, Inc.
EAN Services LLC
Eco Structures Australia Pty LTD
Egroup Recognition
Eski Inc.
Facebook Inc.
FedEx
Fenwick & West LLP
Fidelity Retirement Services
Fiji Elevator Company
Forest Fitness LLC
FTI Consulting Inc.
G&G Outfitters Inc.
Gateway Press Inc.
General Datatech LP
Gerald Magar Jr
Gilbert LLP
Gillmann Services Inc.
Gregory M Skinner
GSI Outdoors Inc.
GSR LLC
Guinn Consulting LLC
Health Special Risk Inc.
Hike America
Hintz Targeted Marketing, LLC
Insigniam Performance LP
Jesse Scofield Productions LLC
Jurisprudent Deferral Solutions LLC
Kahoot Products Inc.
Klymit (Argon Technologies)
KT Brown Consulting LLC
Kuehne and Nagel
Labatt Food Service
Leatham Family LLC
Leatherman Tool Group Inc.
Lewis A Whitten
Liberty Mountain Sports LLC
Low Impact Excavators Inc.
Lowe's Companies, Inc.
Macro Integration Services Inc.
Magic Novelty Co Inc.
Marriott Business Services

Marriott International
Marsh & McLennan Agency LLC
McGovern & Company
Mercer
Mittera Group
Morris & Player PLLC
MTM Recognition Corp
Mutual of Omaha Structured
Myers Lawn Care Services
NCS Pearson Inc.
Nichols Kaster PLLP
Optum Health Bank
Oregon Freeze Dry Inc.
Orkin
Osprey Packs, Inc.
Out Island Sailing Adventures LLC
Pacific Life & Annuity Services Inc.
Paradies Gifts Inc.
Paramount Builders LLC
Paramount Headwear Inc.
Partnership Employment Dallas LLC
Peak Industries Inc.
Peiyork Intl Co Inc.
People 2.0 Global Inc.
Pray Publishing
Pro-Honor Design & Casting
Quad Graphics Inc.
Renegade Productions Inc.
Royle Printing Co
Ryder Last Mile Inc.
Saunders Staffing Inc.
Schwebel Goetz & Sieben PA
Shamrock Foods Company
Shutterstock Inc.
Silver Creek Leather Co
Silver Golub & Teitell LLP
Stamps.Com
Stange Company Inc.
State Board of Equalization
Strategic Orient Sourcing
Sunbelt Rentals
Supplyone Rockwell, Inc.
Symphonix Solutions Inc.
Syncb/Amazon
Sysco South Florida Inc.

Target Creative Group Inc.
Texas State Comptroller
The Duck Company
The McClellan Law Firm A/C Trust Fund
The Special Event Company
The Thrasher Group, Inc.
Thiel Law Office PLLC
Thorlo, Inc.
Tower Legal Staffing Inc.
Trainham Cattle Company
Transportation Management Services
True Digital Security Inc.
Ugly Mugz
Unblind Productions Inc.
US Foods, Inc.
USPS / Eps
Vandalia Bronze
Vigna Information System LLC
Vision Service Plan
Vista Outdoor Sales LLC
Wagner Equipment Company
Wealth-X LLC
White Wilderness Inc.
Wolverine World Wide Inc.
World Scout Bureau
World Scout Foundation
World Scout Shop LTD
Yadgarov & Associates PLLC
You Are Here LLC

**Schedule 1(x)**

**Significant Taxing Authorities**

Acadia Parish School Board
Alabama Attorney General's Office
Alabama Securities Commission
Arizona Corporation Commission
Arizona Dept. of Revenue
Arkansas Dept. of Finance
Ascension Parish Sales Tax Authority
Assumption Parish
Avoyelles Parish School Board
Beauregard Parish Sales Tax
Bossier City - Parish
Caddo Shreveport Sales
Calcasieu Parish School Board
California Department of Justice
Canada Revenue Agency
Capitol Corporate Services Inc.
Charleston County
City of Canon City
City of Chicago - Dept. Of Revenue
City of Colorado Springs
City of Craig Alaska
City of Davenport
City of Detroit
City of Grand Junction Finance
City of Greenwood Village
City of Gustavus
City of Johnson City
City of Knoxville
City of Kodiak
City of Lakewood
City of Loveland
City of Melbourne
City of Palmer
City of Pueblo
City of Seattle
City of Steamboat Springs
City of Tacoma
City of Thorne Bay
Collin County Tax Assessor Collector
Colorado Dept. of Revenue
Colorado Secretary of State
Commonwealth of Massachusetts
Commonwealth of Pennsylvania

Commonwealth of Puerto Rico
Commonwealth of Virginia
Concordia Parish School Board
Connecticut Public Charity Unit
DC Treasurer
Delaware Secretary of State
Denton County Tax Assessor Collector
Departamento De Finanzas, Municipio
    Autonomo De Guaynabo
City of New Orleans, Department of
    Finance Bureau
Department of The Treasury, IRS
Desoto Parish Sales
East Feliciana Parish
False Alarm Reduction Unit, County of
    Fairfax (VA)
Florida Department of Revenue
Florida Department of State
Florida Dept. of Agri & Consumer Svcs
Forsyth County Tax Collector
Fred Sisk Knox County Trustee, County of
    Knox
Georgia Secretary of State
Grant Parish School Board
Harris County Sheriff's Office Alarm Detail
Iberia Parish School Board
Illinois Charity Bureau Fund
Illinois Department of Revenue
Iowa Dept. of Revenue And Finance
Jackson Parish Sales Tax Collection
Jefferson Davis Parish School
Jefferson Parish Sheriff's Office
Jefferson Parish Tax Collector
Kansas Department of Revenue
Kansas Secretary of State
Kentucky State Treasurer
Lafayette Parish School Board
Lafourche Parish School Board
Lincoln Parish
Livingston Parish School Board
Louisiana Dept. of Justice
Louisiana Dept. of Revenue And Taxation
Maine Revenue Services

Maricopa County Treasurer
Mass DOR (Dept. of Revenue)
Massachusetts Dept. of Revenue
Maryland Secretary of State
Michigan Dept. of Treasury
Minister of Finance - Manitoba
Minnesota Dept. of Revenue
Montana Secretary of State
Monterey County Tax Collector
Montgomery County
Morehouse Sales & Use Tax Commission
Minnesota Pollution Control Agency
    (MPCA)
MS Secretary of State
NC Department of Revenue
Nebraska Dept. of Revenue
Nevada Secretary of State
New Mexico Secretary of State
New Mexico Taxation & Revenue Dept.
New York Sales Tax Bureau
New York State Corporation Tax
New York State Dept. of Law
NJ Division of Consumer Affairs
NM Taxation & Revenue Dept.
North Carolina Secretary Of State
NV Stmt of Business Publication
Office of State Tax Commissioner, North
    Dakota
Office of The Attorney General, California,
    Registry of Charitable Trusts
Ohio Attorney General
Ohio Treasurer of State
Oklahoma Secretary of State
Oklahoma Tax Commission
Orange County Tax Collector
Oregon Dept. of Justice
Pa Dept. of Labor & Industry
Parish of East Baton Rouge
Parish of Iberville
Parish of St Bernard
Parish of Terrebonne
Plaquemines Parish
Puerto Rico Department of The Treasury
Rapides Parish
Sabine Parish
Sacramento County

Sales And Use Tax Office, St. John The
    Baptist Parish
SBC Tax Collector, County of San
    Bernardino
SD Secretary of State
Secretary of State - ND
Secretary of State of Rhode Island
Shelby County Trustee- David Lenor
South Carolina Department of Revenue
South Carolina Secretary of State
South Dakota Dept. of Revenue
St Charles Parish School Board
St James Parish School Board
St Landry Parish School Board
St Martin Parish School Board
St Mary Parish
St Tammany Parish Sheriff's DPT
State Board of Equalization, California
State of Alaska
State of Connecticut
State of Delaware
State of Georgia
State of Maine
State of Maryland
State of Minnesota
State of New Hampshire
State of NJ-Sales & Use Tax
State of Rhode Island Division/ Taxation
State of Rhode Island General Treasurer
State of Tennessee
State of Washington Dept. Of Revenue
State of Wyoming
State Tax Commission, Mississippi
State of Idaho Tax Commission
Tangipahoa Parish School System
Tarrant County Tax Assessor-Collector
Tax Collector Monroe County FL
Taxation & Revenue Department, Monroe,
    Louisiana
Taxation & Revenue Dept., Santa Fe, New
    Mexico
Tennessee Dept. of Revenue
Texas State Comptroller
The City of Cortez
Treasurer of Virginia
Treasurer State of Connecticut

Treasurer State of Ohio
Treasurer, City of Memphis
U.S. Department of Homeland Security,
   Customs and Border Protection
Utah Department of Agriculture And Food
   (UDAF)
Union Parish
United States Department of The Treasury
Utah Dept. of Commerce
VDH - Bedding, Commonwealth of Virginia
Vermillion Parish School Board
Vermont Department of Taxes
Vernon Parish School Board
Virgin Islands Bureau of Internal Revenue
Washington County Trustee
Washington Office of Insurance
Washington Parish
Washington Secretary of State
Webster Parish School Board
West Baton Rouge Parish
West Feliciana Parish School BD
West Virginia Division of Labor
West Virginia Secretary of State
West Virginia State Tax Dept.
WI Dept. of Financial Institutions
Winn Parish
Wisconsin Department of Revenue
WV Secretary of State

## Schedule 1(y)

### Significant Utility Providers

AAF Hauling Inc.
Advanced Disposal
Allstream Business Us Inc.
Amerigas
Appalachian Power
Aspen Waste Systems, Inc.
AT&T
AT&T - Opus
AT&T Mobility
AT&T Wireless
Cablevision Systems Corporation
CenterPoint Energy
CenturyLink
City of Charlotte
City of Irving - Utility Billing
City of Irving - Municipal Services Bill
City of Mount Hope - Sewer
City of Mount Hope - Water
Claro Puerto Rico
Consolidated Communications
County of Colfax
Crosier's Sanitary Service Inc.
Dakota Electric Association
Direct Communications Rockland
Direct Energy Business, Inc.
Duke Energy
EarthLink (Windstream)
EarthLink Business
Eversource
Ferrellgas
Florida Keys Aqueduct Authority
Florida Keys Electric Cooperative
Frontier Communications
Getronics Pomeroy IT Solutions
Granite Telecommunications
Keys Energy Services
Kit Carson Electric Cooperative
Lake Country Power
Level 3 Communications LLC
Lumos Networks
Lumos Networks DBA Segra
Mountaineer Gas Company

National Grid
Northern New Mexico Gas
Oak Hill Garbage Disposal Inc.
Pacific Centrex (Datavo LLC)
Piedmont Natural Gas Company
Plyler Paper Stock Co Inc.
Raleigh County Solid Waste
Republic Services, Inc.
Shentel
Sierra Communications, Inc.
Springer Electric Cooperative, Inc.
Time Warner Cable
Tri-County Electric Cooperative Inc.
Trophy Club Muds
Verizon Wireless
Village of Cimarron
Waste Connections, Inc.
Waste Management
Waste Management - Blaine MN
Waste Management Florida
Waste Management- Ft Worth Hauling
Waste Management Lewisville Hauling
Waste Management of Denver
Waste Management of Michigan Inc.
West Virginia American Water
West Virginia American Water Co
White Oak Public Service District
Windstream Communications Inc.
Wow! Business
Xcel Energy
Zia Natural Gas Company

**Schedule 1(z)**

**U.S. Trustee, Judges, and Court Contacts for the District of Delaware**

Agarwal, Robert
Hon. Ashley M. Chan
Benjamin Hackman
Hon. Brendan L. Shannon
Brian Cavello
Cacia Batts
Catherine Farrell
Cheryl Szymanski
Christine Green
Hon. Christopher S. Sontchi
Claire Brady
Danielle Gadson
David Buchbinder
David Villagrana
Diane Giordano
Dion Wynn
Donna Grottini
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Janet Moore
Jeffrey Heck
Jill Walker
Hon. John T Dorsey
Juliet Sarkessian
Hon. Karen B. Owens
Karen Starr
Karen Strupczewski
Hon. Kevin Gross
Laura Haney
Lauren Attix
Laurie Capp
Hon. Laurie Selber Silverstein
Linda Casey
Linda Richenderfer
Lora Johnson
Marquietta Lopez
Hon. Mary F. Walrath
Michael Panacio

Nancy Hunt
Rachel Bello
Rachel Werkheiser
Ramona Vinson
Richard Schepacarter
Shakima L. Dortch
Sherry Scaruzzí
T. Patrick Tinker
Timothy J. Fox Jr.
Una O'Boyle

**Schedule 2**

**Non-Debtor Affiliates**

Arrow WV, Inc.

BSA Asset Management, LLC

BSA Commingled Endowment Fund, LP

BSA Endowment Master Trust

Learning for Life

National Boy Scouts of America Foundation

**Selected Chartered Organizations**

Corporation of the President of the Church of Jesus Christ of Latter-Day Saints

**Local Councils**

Boy Scouts of America Abraham Lincoln Council

Boy Scouts of America Alabama-Florida Council

Boy Scouts of America Alameda Council

Boy Scouts of America Alamo Area Council

Boy Scouts of America Allegheny Highlands Council

Boy Scouts of America Aloha Council

Boy Scouts of America Andrew Jackson Council

Boy Scouts of America Anthony Wayne Area Council

Boy Scouts of America Arbuckle Area Council

Boy Scouts of America Atlanta Area Council

Boy Scouts of America Baden-Powell Council

Boy Scouts of America Baltimore Area Council

Boy Scouts of America Bay Area Council

Boy Scouts of America Bay-Lakes Council

Boy Scouts of America Black Hills Area Council

Boy Scouts of America Black Swamp Area Council

Boy Scouts of America Black Warrior Council

Boy Scouts of America Blackhawk Area Council

Boy Scouts of America Blue Grass Council

Boy Scouts of America Blue Mountain Council

Boy Scouts of America Blue Ridge Council

Boy Scouts of America Blue Ridge Mountains Council

Boy Scouts of America Buckeye Council

Boy Scouts of America Buckskin Council

Boy Scouts of America Bucktail Council

Boy Scouts of America Buffalo Trace Council

Boy Scouts of America Buffalo Trail Council

Boy Scouts of America Caddo Area Council

Boy Scouts of America Calcasieu Area Council

Boy Scouts of America California Inland Empire Council

Boy Scouts of America Cape Cod And Islands Council

Boy Scouts of America Cape Fear Council

Boy Scouts of America Capitol Area Council

Boy Scouts of America Cascade Pacific Council

Boy Scouts of America Catalina Council

Boy Scouts of America Central Florida Council

Boy Scouts of America Central Georgia Council

Boy Scouts of America Central Minnesota Council

Boy Scouts of America Central North Carolina Council

Boy Scouts of America Chattahoochee Council

Boy Scouts of America Cherokee Area Council

Boy Scouts of America Chester County Council

Boy Scouts of America Chickasaw Council

Boy Scouts Of America Chief Cornplanter Council

Boy Scouts of America Chief Seattle Council

Boy Scouts of America Chippewa Valley Council

Boy Scouts of America Choctaw Area Council

Boy Scouts of America Cimarron Council

Boy Scouts of America Circle Ten Council

Boy Scouts of America Coastal Carolina Council

Boy Scouts of America Coastal Georgia Council

Boy Scouts of America Colonial Virginia Council

Boy Scouts of America Columbia-Montour Council

Boy Scouts of America Connecticut Rivers Council

Boy Scouts of America Connecticut Yankee Council

Boy Scouts of America Conquistador Council

Boy Scouts of America Cornhusker Council

Boy Scouts of America Coronado Area Council

Boy Scouts of America Cradle Of Liberty Council

Boy Scouts of America Crater Lake Council

Boy Scouts of America Crossroads Of America Council

Boy Scouts of America Dan Beard Council

Boy Scouts of America Daniel Boone Council

Boy Scouts of America Daniel Webster Council

Boy Scouts of America De Soto Area Council

Boy Scouts of America Del-Mar-Va Council

Boy Scouts of America Denver Area Council

| | |
|---|---|
| Boy Scouts of America East Carolina Council | Boy Scouts of America Heart Of New England Council |
| Boy Scouts of America East Texas Area Council | Boy Scouts of America Heart Of Virginia Council |
| Boy Scouts of America Erie Shores Council | Boy Scouts of America Hoosier Trails Council |
| Boy Scouts of America Evangeline Area Council | Boy Scouts of America Housatonic Council |
| Boy Scouts of America Far East Council | Boy Scouts of America Hudson Valley Council |
| Boy Scouts of America Five Rivers Council | Boy Scouts of America Illowa Council |
| Boy Scouts of America Flint River Council | Boy Scouts of America Indian Nations Council |
| Boy Scouts of America French Creek Council | Boy Scouts of America Indian Waters Council |
| Boy Scouts of America Gamehaven Council | Boy Scouts of America Inland Northwest Council |
| Boy Scouts of America Garden State Council | Boy Scouts of America Iroquois Trail Council |
| Boy Scouts of America Gateway Area Council | Boy Scouts of America Istrouma Area Council |
| Boy Scouts of America Georgia-Carolina Council | Boy Scouts of America Jayhawk Area Council |
| Boy Scouts of America Glacier's Edge Council | Boy Scouts of America Jersey Shore Council |
| Boy Scouts of America Golden Empire Council | Boy Scouts of America Juniata Valley Council |
| Boy Scouts of America Golden Spread Council | Boy Scouts of America Katahdin Area Council |
| Boy Scouts of America Grand Canyon Council | Boy Scouts of America La Salle Council |
| Boy Scouts of America Grand Columbia Council | Boy Scouts of America Lake Erie Council |
| Boy Scouts of America Grand Teton Council | Boy Scouts of America Las Vegas Area Council |
| Boy Scouts of America Great Alaska Council | Boy Scouts of America Last Frontier Council |
| Boy Scouts of America Great Rivers Council | Boy Scouts of America Laurel Highlands Council |
| Boy Scouts of America Great Salt Lake Council | Boy Scouts of America Leatherstocking Council |
| Boy Scouts of America Great Smoky Mountain Council | Boy Scouts of America Lincoln Heritage Council |
| Boy Scouts of America Great Southwest Council | Boy Scouts of America Long Beach Area Council |
| Boy Scouts of America Great Trail Council | Boy Scouts of America Longhorn Council |
| Boy Scouts of America Greater Alabama Council | Boy Scouts of America Longhouse Council |
| Boy Scouts of America Greater Los Angeles Area Council | Boy Scouts of America Longs Peak Council |
| Boy Scouts of America Greater New York Council | Boy Scouts of America Los Padres Council |
| Boy Scouts of America Greater Niagara Frontier Council | Boy Scouts of America Louisiana Purchase Council |
| Boy Scouts of America Greater St. Louis Area Council | Boy Scouts of America Marin Council |
| Boy Scouts of America Greater Tampa Bay Area Council | Boy Scouts of America Mason-Dixon Council |
| | Boy Scouts of America Mayflower Council |
| Boy Scouts of America Greater Wyoming Council | Boy Scouts of America Mecklenburg County Council |
| Boy Scouts of America Greater Yosemite Council | Boy Scouts of America Miami Valley Council |
| Boy Scouts of America Green Mountain Council | Boy Scouts of America Michigan Crossroads Council |
| Boy Scouts of America Greenwich Council | |
| Boy Scouts of America Gulf Coast Council | Boy Scouts of America Mid-America Council |
| Boy Scouts of America Gulf Stream Council | Boy Scouts of America Middle Tennessee Council |
| Boy Scouts of America Hawk Mountain Council | Boy Scouts of America Mid-Iowa Council |
| Boy Scouts of America Hawkeye Area Council | Boy Scouts of America Midnight Sun Council |
| Boy Scouts of America Heart Of America Council | Boy Scouts of America Minsi Trails Council |
| | Boy Scouts of America Mississippi Valley Council |

| | |
|---|---|
| Boy Scouts of America Mobile Area Council | Boy Scouts of America Pennsylvania Dutch Council |
| Boy Scouts of America Monmouth Council | Boy Scouts of America Piedmont Council |
| Boy Scouts of America Montana Council | Boy Scouts of America Pikes Peak Council |
| Boy Scouts of America Moraine Trails Council | Boy Scouts of America Pine Burr Area Council |
| Boy Scouts of America Mount Baker Council | Boy Scouts of America Pine Tree Council |
| Boy Scouts of America Mount Diablo Silverado Council | Boy Scouts of America Pony Express Council |
| Boy Scouts of America Mountaineer Area Council | Boy Scouts of America Potawatomi Area Council |
| Boy Scouts of America Muskingum Valley Council | Boy Scouts of America Prairielands Council |
| Boy Scouts of America Narragansett Council | Boy Scouts of America Puerto Rico Council |
| Boy Scouts of America National Capital Area Council | Boy Scouts of America Pushmataha Area Council |
| Boy Scouts of America Nevada Area Council | Boy Scouts of America Quapaw Area Council |
| Boy Scouts of America New Birth Of Freedom Council | Boy Scouts of America Quivira Council |
| Boy Scouts of America North Florida Council | Boy Scouts of America Rainbow Council |
| Boy Scouts of America Northeast Georgia Council | Boy Scouts of America Redwood Empire Council |
| Boy Scouts of America Northeast Illinois Council | Boy Scouts of America Rio Grande Council |
| Boy Scouts of America Northeast Iowa Council | Boy Scouts of America Rip Van Winkle Council |
| Boy Scouts of America Northeastern Pennsylvania Council | Boy Scouts of America Rocky Mountain Council |
| Boy Scouts of America Northern Lights Council | Boy Scouts of America Sagamore Council |
| Boy Scouts of America Northern New Jersey Council | Boy Scouts of America Sam Houston Area Council |
| Boy Scouts of America Northern Star Council | Boy Scouts of America Samoset Council |
| Boy Scouts of America Northwest Georgia Council | Boy Scouts of America San Diego-Imperial Council |
| Boy Scouts of America Northwest Texas Council | Boy Scouts of America San Francisco Bay Area Council |
| Boy Scouts of America Norwela Council | Boy Scouts of America Santa Fe Trail Council |
| Boy Scouts of America Occoneechee Council | Boy Scouts of America Seneca Waterways Council |
| Boy Scouts of America Ohio River Valley Council | Boy Scouts of America Sequoia Council |
| Boy Scouts of America Old Hickory Council | Boy Scouts of America Sequoyah Council |
| Boy Scouts of America Old North State Council | Boy Scouts of America Shenandoah Area Council |
| Boy Scouts of America Orange County Council | Boy Scouts of America Silicon Valley Monterey Bay Council |
| Boy Scouts of America Oregon Trail Council | Boy Scouts of America Simon Kenton Council |
| Boy Scouts of America Ore-Ida Council | Boy Scouts of America Sioux Council |
| Boy Scouts of America Overland Trails Council | Boy Scouts of America Snake River Council |
| Boy Scouts of America Ozark Trails Council | Boy Scouts of America South Florida Council |
| Boy Scouts of America Pacific Harbors Council | Boy Scouts of America South Georgia Council |
| Boy Scouts of America Pacific Skyline Council | Boy Scouts of America South Plains Council |
| Boy Scouts of America Palmetto Council | Boy Scouts of America South Texas Council |
| Boy Scouts of America Pathway To Adventure Council | Boy Scouts of America Southeast Louisiana Council |
| Boy Scouts of America Patriots' Path Council | Boy Scouts of America Southern Sierra Council |
| Boy Scouts of America Pee Dee Area Council | Boy Scouts of America Southwest Florida Council |

| | |
|---|---|
| Boy Scouts of America Spirit Of Adventure Council | **Secured Parties** |
| Boy Scouts of America Stonewall Jackson Area Council | AT&T Capital Services, Inc. |
| | AT&T Corporation |
| Boy Scouts of America Suffolk County Council | CIT Bank, N.A. |
| Boy Scouts of America Susquehanna Council | EverBank Commercial Finance, Inc. |
| Boy Scouts of America Suwannee River Area Council | JPMorgan Chase Bank, N.A. |
| | Key Equipment Finance |
| Boy Scouts of America Tecumseh Council | Key Equipment Finance, a Division of KeyBank National Association |
| Boy Scouts of America Texas Southwest Council | |
| Boy Scouts of America Texas Trails Council | Konica Minolta Premier Finance |
| Boy Scouts of America Theodore Roosevelt Council | MB Financial Bank, N.A. |
| | Raymond Leasing Corp |
| Boy Scouts of America Three Fires Council | TCF Equipment Finance, Inc. |
| Boy Scouts of America Three Harbors Council | The Chase Manhattan Bank |
| Boy Scouts of America Three Rivers Council | TIAA Commercial Finance, Inc. |
| Boy Scouts of America Tidewater Council | Wells Fargo Financial Leasing, Inc. |
| Boy Scouts of America Transatlantic Council | |
| Boy Scouts of America Trapper Trails Council | **Banks** |
| Boy Scouts of America Tukabatchee Area Council | Banco Popular |
| Boy Scouts of America Tuscarora Council | Bank of America |
| Boy Scouts of America Twin Rivers Council | BB&T |
| Boy Scouts of America Twin Valley Council | Blackrock |
| Boy Scouts of America Utah National Parks Council | Charles Schwab |
| | CIBC - First Caribbean Bank |
| Boy Scouts of America Ventura County Council | Fidelity Investments |
| Boy Scouts of America Verdugo Hills Council | Fifth Third Bank |
| Boy Scouts of America Voyageurs Area Council | First Bank - Virgin Islands |
| Boy Scouts of America W.D. Boyce Council | Goldman Sachs |
| Boy Scouts of America Washington Crossing Council | InBank |
| | JPMorgan Chase Bank, N.A. |
| Boy Scouts of America West Tennessee Area Council | Merrill Lynch, Pierce, Fenner & Smith, Inc. |
| | Northern Trust Corporation |
| Boy Scouts of America Westark Area Council | PNC Bank |
| Boy Scouts of America Westchester-Putnam Council | RBC Bank |
| | Regions Bank |
| Boy Scouts of America Western Los Angeles County Council | Scotiabank |
| | State Street Bank |
| Boy Scouts of America Western Massachusetts Council | TD Bank |
| | US Bank |
| Boy Scouts of America Westmoreland-Fayette Council | Wells Fargo & Company |
| | |
| Boy Scouts of America Winnebago Council | **Credit Card Processors** |
| Boy Scouts of America Yocona Area Council | American Express |
| Boy Scouts of America Yucca Council | |

| | |
|---|---|
| Bank of America Merchant Services | Beazley Insurance Company, Inc. |
| Discover | Berkley Insurance Company |
| JPMorgan Chase Bank, N.A. | Berkshire Hathaway Insurance Group |
| Mastercard | Catlin Underwriting Agencies Limited |
| Opticard | Century Indemnity Company |
| Paymentech, LLC | Chubb Atlantic Indemnity Ltd. |
| PayPal, Inc. | Chubb Custom Insurance Company |
| Shift4 | Chubb Executive Risk |
| Stripe (Shopify) | Chubb Group of Insurance Companies |
| Valutec | Cincinnati Specialty Underwriters Insurance Company |
| Visa | CNA Insurance Companies |
| Wells Fargo & Company | Colony Insurance Company |
| | Columbia Casualty Company |
| **Insurers** | Continental Insurance Company |
| Aetna Casualty and Surety Company | Endurance American Insurance Company |
| Agricultural Insurance Company | Endurance American Specialty Insurance Company |
| AIG | Enstar Group Limited |
| Allianz Global Corporate & Specialty SE | Evanston Insurance Company |
| Allianz Global Risks US Insurance Company | Everest National Insurance Company |
| Allianz Insurance Company | Everest Re Group |
| Allianz Societas Europaea | Fairfax (US) Inc. |
| Allied World Assurance Co. | Fairfax Financial (USA) Group |
| Allied World Assurance Company (U.S.), Inc. | Federal Insurance Company |
| Allied World Assurance Company, Ltd | Fireman's Fund Insurance Companies |
| American Guarantee and Liability Insurance Company | First Specialty Insurance Corporation |
| American International Group, Inc. | First State Insurance Company |
| American Zurich Insurance Company | Gemini Insurance Company |
| Arch Capital Group (U.S.) | General Star Indemnity Company |
| Arch Insurance Company | Great American |
| Arch Reinsurance Ltd. | Great American Assurance Company |
| Argo Group International Holdings, Ltd | Great American E & S Insurance Company |
| Argonaut Insurance Company | Gulf Insurance Company |
| Argonaut Insurance Group | Hallmark Specialty Insurance Company |
| Arrowood Indemnity Company | Hartford Accident and Indemnity Company |
| Arrowpoint Capital Corp. | Houston Casualty Company |
| Aspen Insurance Holdings Limited | Indemnity Insurance Company of North America |
| AXA Insurance Company | Industrial Indemnity |
| AXA XL | Insurance Company of North America |
| Axis Capital Holdings Limited | Interstate Fire & Casualty Company |
| Axis Insurance Company | Lexington Insurance Company |
| Axis Specialty Insurance Company | Liberty Insurance Underwriters, Inc. |
| Axis Surplus Insurance Company | Liberty Mutual Insurance Company |

| |
|---|
| Liberty Surplus Insurance Corporation |
| Lloyd's of London |
| Markel American Insurance Company |
| Markel Corporation Group |
| Marsh & McLennan Companies |
| MHBT, a Marsh & McLennan Agency |
| Munich Reinsurance America, Inc. |
| National Surety Corporation |
| Navigators Group, Inc. |
| Navigators Insurance Company |
| Navigators Specialty Insurance Company |
| Old Republic General Group |
| Old Republic Insurance Company |
| Old Republic Insurance Group |
| Pacific Indemnity Company |
| Property/Casualty Insurance Co. Of Hartford |
| RLI Professional Risk |
| Royal Indemnity Company |
| RSUI Group |
| Sompo - Endurance American Insurance Company |
| Sompo Holdings, Inc. |
| St. Paul Surplus Lines Insurance Company |
| Starr Indemnity & Liability Company |
| Starr Specialty |
| Steadfast Insurance Company |
| Swiss Re Group |
| Texas Pacific Indemnity Company |
| The Hartford Financial Services Group, Inc. |
| The Hartford Fire |
| The Hartford Insurance Group |
| The Hartford Steam Boiler Inspection And Insurance Company |
| The Travelers Companies, Inc. |
| Travelers (Bermuda) Limited |
| Travelers Casualty and Surety Company |
| Travelers Indemnity Company |
| Twin City Fire Insurance Company |
| W. R. Berkley Corporation |
| W.R. Berkley Group |
| Westchester Fire Insurance Company |
| Westchester Surplus Lines Insurance Company |
| XL Catlin |
| XL Europe Limited |

| |
|---|
| XL Insurance (Dublin) Ltd. |
| XL Insurance Company SE |
| Zurich Financial (USA) Group |
| Zurich Financial Services Group |

**Professionals to be Retained by the Debtors**

| |
|---|
| Alvarez & Marsal North America, LLC |
| Haynes & Boone, LLP |
| Morris, Nichols, Arsht & Tunnell LLP |
| Sidley Austin LLP |

**Professionals Representing Certain Parties in Interest**

| |
|---|
| AlixPartners LLP |
| Ankura Consulting Group, LLC |
| Berkeley Research Group, LLC |
| Gilbert LLP |
| Kramer Levin Naftalis & Frankel LLP |
| McDermott Will & Emery LLP |
| Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. |
| Norton Rose Fulbright US, LLP |
| Pepper Hamilton LLP |
| PJT Partners, Inc. |
| Reed Smith LLP |
| Troutman Sanders LLP |

**Ordinary Course Professionals**

| |
|---|
| Bond, Schoeneck & King PLLC |
| Dentons US LLP |
| Fox Rothschild LLP |
| Hinshaw & Culbertson LLP |
| Hueston Hennigan |
| Lightfoot Franklin & White LLC |
| Locke Lord LLP |
| Markowitz Herbold PC |
| McGuire Woods LLP |
| Miller & Martin PLLC |
| Milliman Inc. |
| Milliman USA Inc. |
| Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C |
| Perkins Coie |
| Quinn Emanuel Urquhart & Sullivan LLP |

| | |
|---|---|
| Saul Ewing LLP | Hyatt Regency Dallas |
| Steptoe & Johnson PLLC | IBM |
| Stites & Harbison PLLC | Infosys |
| Towers Watson Delaware, Inc. | Infosys Limited |
| Vinson & Elkins LLP | JDA Software Inc. |
| Wiggin & Dana LLP | Lumos Networks |
| Wilson Elser Moskowitz Edelman & Dicker LLP | MetLife |
| Winston & Strawn LLP | Mi9 Retail Na Corp |
| | Microsoft Services |
| **Unsecured Creditors Committee** | Montclair State University |
| Girl Scouts of the United States of America | MuleSoft Inc. |
| Pearson Education, Inc. | NTT Com Security (US) Inc. |
| Pension Benefit Guaranty Corporation | Oracle America Inc. |
| | Philadelphia Marriott Downtown |
| **Top 25 Plaintiffs' Law Firms Representing the Largest Number of Abuse Victims Asserting Claims Against the Debtors** | Raymond Leasing Corporation |
| Bondurant, Mixson & Elmore, LLP | Robot And Pencils |
| | Sheraton Birmingham |
| **Top 30 General Unsecured Creditors of the Debtors (Non-Abuse Claims)** | Skillsoft Corporation |
| NCS Pearson, Inc. | Southern Air, Inc. |
| Quad/Graphics, Inc. | Sovos Compliance LLC |
| | Sun Life Assurance Company of Canada |
| **Significant Contract Counterparties** | Town Sports International Holdings, Inc. |
| Adobe Systems Inc. | United Healthcare |
| Alert Logic Inc. | Unum |
| Amazon Web Services Inc. | Verifone |
| American Food & Vending Corp | VSP |
| Arrow Capital Solutions Inc. | Yeti Coolers, LLC |
| AT&T (5019) | |
| AT&T Capital Services, Inc. | **Significant Donors** |
| AT&T Mobility | Anadarko Petroleum Corporation |
| Automatic Data Processing Inc. | Murray Energy Corporation |
| Avalara Inc. | Mutual of Omaha Insurance Company |
| Blackbaud Inc. | Stephen D. Bechtel, Jr. Foundation |
| Buxton Company | |
| Constellation NewEnergy, Inc. | **Significant Vendors** |
| Datamax | Ace American Insurance Company |
| Dupont Hotel Project Owner LLC | Allied Rentals Inc. |
| Durham School Services, L.P. | American Airlines |
| Freeman Decorating Co | Boy Scouts GA Recon Acct |
| Grant Thornton | Boy Scouts of America Recon Clearance |
| Hyatt Regency Atlanta, Inc. | BSA Florida Sea Base BPC |
| | BSA Parents Inc. |
| | CDW Direct, LLC |

| |
|---|
| Compass Group USA Inc. |
| Covington & Burling LLP |
| Davis Polk & Wardwell LLP |
| Facebook Inc. |
| FedEx |
| Fenwick & West LLP |
| Fidelity Retirement Services |
| FTI Consulting Inc. |
| Kuehne and Nagel |
| Lowe's Companies, Inc. |
| Marriott Business Services |
| Marriott International |
| Marsh & McLennan Agency LLC |
| Mercer |
| Mutual of Omaha Structured |
| NCS Pearson Inc. |
| Optum Health Bank |
| Orkin |
| Pacific Life & Annuity Services Inc. |
| Quad Graphics Inc. |
| Ryder Last Mile Inc. |
| Shutterstock Inc. |
| Stamps.Com |
| State Board of Equalization |
| Sunbelt Rentals |
| Sysco South Florida Inc. |
| US Foods Inc. |
| Vision Service Plan |
| Vista Outdoor Sales LLC |
| Wagner Equipment Company |
| Wolverine World Wide Inc. |

**Significant Taxing Authorities**

| |
|---|
| Arizona Dept. of Revenue |
| Arkansas Dept. of Finance |
| California Department of Justice |
| Canada Revenue Agency |
| City of Chicago - Dept. Of Revenue |
| City of Colorado Springs |
| City of Detroit |
| City of Greenwood Village |
| City of Seattle |
| Colorado Dept. of Revenue |

| |
|---|
| Commonwealth of Massachusetts |
| Commonwealth of Pennsylvania |
| Commonwealth of Puerto Rico |
| Commonwealth of Virginia |
| DC Treasurer |
| Delaware Secretary of State |
| Department of The Treasury, IRS |
| False Alarm Reduction Unit, County of Fairfax (VA) |
| Florida Department of State |
| Georgia Secretary of State |
| Illinois Department of Revenue |
| Iowa Dept. of Revenue And Finance |
| Kansas Department of Revenue |
| Kentucky State Treasurer |
| Louisiana Dept. of Revenue And Taxation |
| Mass DOR (Dept. of Revenue) |
| Massachusetts Dept. of Revenue |
| Michigan Dept. of Treasury |
| Minnesota Dept. of Revenue |
| Montgomery County |
| Nebraska Dept. of Revenue |
| Nevada Secretary of State |
| New York Sales Tax Bureau |
| New York State Corporation Tax |
| NJ Division of Consumer Affairs |
| NM Taxation & Revenue Dept. |
| North Carolina Secretary Of State |
| Office of State Tax Commissioner, North Dakota |
| Ohio Attorney General |
| Ohio Treasurer of State |
| Orange County Tax Collector |
| Oregon Dept. of Justice |
| Pa Dept. of Labor & Industry |
| Puerto Rico Department of The Treasury |
| Sacramento County |
| SD Secretary of State |
| Secretary of State of Rhode Island |
| South Carolina Department of Revenue |
| South Carolina Secretary of State |
| South Dakota Dept. of Revenue |
| State Board of Equalization, California |
| State of Alaska |

| | |
|---|---|
| State of Connecticut | Cablevision Systems Corporation |
| State of Delaware | CenterPoint Energy |
| State of Georgia | CenturyLink |
| State of Maine | Direct Energy Business, Inc. |
| State of Maryland | Duke Energy |
| State of Minnesota | EarthLink (Windstream) |
| State of New Hampshire | EarthLink Business |
| State of NJ-Sales & Use Tax | Eversource |
| State of Rhode Island Division/ Taxation | Ferrellgas |
| State of Rhode Island General Treasurer | Frontier Communications |
| State of Washington Dept. Of Revenue | Granite Telecommunications |
| State of Idaho Tax Commission | Level 3 Communications LLC |
| Treasurer State of Connecticut | Lumos Networks |
| Treasurer State of Ohio | Lumos Networks DBA Segra |
| Treasurer, City of Memphis | National Grid |
| United States Department of The Treasury | Piedmont Natural Gas Company |
| Vermont Department of Taxes | Republic Services, Inc. |
| West Virginia Division of Labor | Time Warner Cable |
| West Virginia Secretary of State | Verizon Wireless |
| Wisconsin Department of Revenue | Waste Management |
| | Waste Management - Blaine MN |
| **Significant Utility Providers** | Waste Management Florida |
| Advanced Disposal | Waste Management- Ft Worth Hauling |
| Allstream Business Us Inc. | Waste Management Lewisville Hauling |
| Amerigas | Waste Management of Denver |
| Appalachian Power | Waste Management of Michigan Inc. |
| AT&T | West Virginia American Water |
| AT&T - Opus | West Virginia American Water Co |
| AT&T Mobility | Windstream Communications Inc. |
| AT&T Wireless | Xcel Energy |