**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered)<br><br>**Re: Docket Nos. 17 and 782** |

**LIMITED JOINDER OF THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS TO THE DEBTORS'**
**REPLY IN SUPPORT OF THEIR MOTION FOR ENTRY OF AN ORDER**
**(I) APPOINTING MEDIATORS, (II) REFERRING CERTAIN MATTERS**
**TO MEDIATION AND (III) GRANTING RELATED RELIEF**

      The Official Committee of Unsecured Creditors (the "**Creditors' Committee**") submits this limited joinder to the *Debtors' Reply in Support of Their Motion for Entry of an Order (I) Appointing Mediators, (II) Referring Certain Matters to Mediation, and (III) Related Relief* [Dkt. No. 782] (the "**Reply**"),[2] and respectfully states as follows:

      1.      The Creditors' Committee shares the Debtors' belief that mediation should begin promptly, and that mediators should be appointed as soon as possible. The Creditors' Committee believes that the revised proposed order attached to the Reply specifically addresses each of the issues raised by the Court at the last hearing. In particular, the proposed order makes clear that participation in the mediation is voluntary — although notably, each of the major case constituents has clearly expressed their current willingness to participate in mediation and their desire to have mediators appointed to facilitate such participation on many of the gating issues that precede the formulation of a chapter 11 plan and/or a global resolution of claims.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Reply.

2.      The Creditors' Committee also agrees with the Debtors and the Tort Claimants' Committee (the "**TCC**") that initial mediation on several important issues in these Chapter 11 Cases could begin immediately, including but not limited to: (i) disputes as to whether certain of the Debtors' identified property is subject to enforceable restrictions under applicable law and/or is otherwise available to satisfy creditor claims; (ii) facilitating discovery that will be necessary to undertake comprehensive analyses of issues, assets, and claims relevant to a chapter 11 plan; and (iii) negotiations over issues relating to estate and third party releases the Debtors may seek to include in a plan of reorganization, including contributions to the Debtors' estates from the Local Councils and Chartered Organizations to fund distributions to creditors. The Creditors' Committee believes that engaging in these, and other settlement discussions, now will promote an efficient resolution of important issues in these Chapter 11 Cases, and believes that many issues in these Chapter 11 Cases can be resolved — or at least, significant progress can be made — in advance of the bar date.

3.      After substantial negotiations — including significant efforts to address comments and concerns from the insurers — each of the Debtors, the Creditors' Committee, the TCC, the Future Claimants' Representative (the "**FCR**"), and the Ad Hoc Committee of Local Councils of the Boy Scouts of America agreed on a slate of well-qualified mediators that, together, will be well-equipped to address the issues that likely will need to be mediated in these Chapter 11 Cases.

4.      Thus, the Creditors' Committee reiterates its support for the appointment of proposed Mediators Eric Green, Paul Finn, and Timothy Gallagher (with respect to insurance issues) as part of a settlement of issues raised by the Mediation Motion, and is supportive of a

mediation process led by these three parties on the terms set forth in the proposed order attached to the Reply.[3]

WHEREFORE, except as set forth herein, the Creditors' Committee otherwise joins in the Debtors' Reply, and respectfully requests that the Court enter an Order on the Motion consistent with the foregoing.

[*Remainder of Page Intentionally Left Blank*]

---

[3] The Creditors' Committee acknowledges that the Honorable Kevin J. Carey (Ret.) is eminently qualified to assist the parties in their mediation efforts. Given the extent of the negotiations and its previous agreement to the group of mediators set forth in the proposed order, however, the Creditors' Committee does not agree with the Debtors that having former Judge Carey serve as the sole or lead mediator would be appropriate at this time. To the extent the Debtors, the TCC, the FCR, and the Ad Hoc Committee of Local Councils all agreed to a revised group of mediators that included former Judge Carey (*e.g.*, Judge Carey, Paul Finn, and William Gallagher (with respect to insurance issues)), the Creditors' Committee likely would not object to such an approach. However, any such changes should be achieved only by agreement and after negotiations by and between all such parties.

| | |
|---|---|
| Dated: June 7, 2020<br>Wilmington, Delaware | Respectfully Submitted,<br><br>**REED SMITH LLP**<br><br>By: */s/ Kurt F. Gwynne*<br>Kurt F. Gwynne (No. 3951)<br>Katelin A Morales (No. 6683)<br>1201 North Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone:  (302) 778-7500<br>Facsimile:  (302) 778-7575<br>E-mail:  kgwynne@reedsmith.com<br>E-mail:  kmorales@reedsmith.com<br><br>-and-<br><br>**KRAMER LEVIN NAFTALIS<br>  & FRANKEL LLP**<br>Thomas Moers Mayer, Esquire<br>Rachael Ringer, Esquire<br>David E. Blabey, Jr., Esquire<br>Jennifer R. Sharret, Esquire<br>Megan M. Wasson, Esquire<br>177 Avenue of the Americas<br>New York, NY 10036<br>Telephone:  (212) 715-9100<br>Facsimile:  (212) 715-8000<br>E-mail:  tmayer@kramerlevin.com<br>E-mail:  rringer@kramerlevin.com<br>E-mail:  dblabey@kramerlevin.com<br>E-mail:  jsharret@kramerlevin.com<br>E-mail:  mwasson@kramerlevin.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |