**Exhibit A**

**Summary of Time Detail by Task**

| Task Description | Total Hours | Total Compensation |
|---|---:|---:|
| Analysis | 68.6 | $41,290.00 |
| Communication with Counsel | 11.7 | $8,195.00 |
| Data Gathering & Processing | 410.1 | $168,274.00 |
| Fee Request Preparation | 55.0 | $28,800.00 |
| Project Management | 6.1 | $3,460.00 |
| **TOTAL** | **551.5** | **$250,019.00** |