## Exhibit B

## Summary of Time Detail by Professional

| Name | Position Area of Expertise | Hourly Rate | Total Hours[1] | Total Compensation |
|---|---|---|---|---|
| Evans, Andrew | Partner | $725 | 58.1 | $42,122.50 |
| Mullin, Charles | Partner | $1,000 | 0.4 | $400.00 |
| Johnson, Samantha | Manager | $475 | 19.8 | $9,405.00 |
| Murray, Makeda | Manager | $475 | 216.0 | $102,600.00 |
| Shvydko, Tetyana | Manager | $600 | 26.5 | $15,900.00 |
| Ameri, Armin | Consultant I | $345 | 230.7 | $79,591.50 |
| | | **Total** | **551.5** | **$250,019.00** |

---

[1] Bates White would have charged the Debtors for 50% of non-working travel time in compliance with Local Rule 2016-2(d)(viii), but no such charges were incurred in this time period. Such reductions are reflected in the figures in this column.