**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 8, 2020, the foregoing Notice of Appeal and Statement of Election was caused to be served electronically via CM/ECF to all counsel registered to receive such notices, and was subsequently served via first class mail - unless otherwise indicated - upon the parties identified in the attached service list.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated: June 8, 2020                    Respectfully Submitted,

                                       By: */s/ Stamatios Stamoulis*
                                       Stamatios Stamoulis (#4606)

                                       STAMOULIS & WEINBLATT LLC
                                       800 N. West Street
                                       Third Floor
                                       Wilmington, Delaware 19801
                                       Telephone:     302 999 1540
                                       Facsimile:     302 762 1688

                                       O'MELVENY & MYERS LLP
                                       Tancred Schiavoni (pro hac vice)
                                       Janine Panchok-Berry (pro hac vice)
                                       Times Square Tower
                                       7 Times Square
                                       New York, New York 10036-6537
                                       Telephone:     212 326 2000
                                       Facsimile:     212 326 2061

                                       *Counsel for Century Indemnity Company, as successor
                                       to CCI Insurance Company, as successor to Insurance
                                       Company of North America and Indemnity Insurance
                                       Company of North America, Ace Insurance Group
                                       Westchester Fire Insurance Company and Westchester
                                       Surplus Lines Insurance Company*

**HAND DELIVERY**
Derek C. Abbott
Andrew R. Remming
Joseph C. Barsalona II
Eric W. Moats
Paige N. Topper
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
Wilmington, DE 19801

Jessica C. K. Boelter
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Cassandra Burton
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026

Kate P. Foley
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581

Adam J. Goldberg
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4834

**HAND DELIVERY**
Eric Lopez Schnabel
Alessandra Glorioso
Dorsey & Whitney (Delaware) LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801

Thomas A. Labuda
Michael C. Andolina
Matthew E. Linder
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

**HAND DELIVERY**
Office of the United States Trustee
Attn: David L. Buchbinder and Hannah M. McCollum
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Paul W. Carey
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608

Jeffrey E. Bjork
Kimberly A. Posin
Nicholas J. Messana
Latham & Watkins LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560

**HAND DELIVERY**
Michael J. Merchant and Brett M. Haywood
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Bruce R. Ewing
Eric Lopez Schnabel
Dorsey & Whitney LLP
51 West 52nd Street
New York, NY 10019

**HAND DELIVERY**

Brett D. Fallon
Brya M. Keilson
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Riley C. Walter
Wanger Jones Helsley, PC
265 E. River Park Circle, Suite 310
Fresno, CA 93720

Michael Marchese
Sequoia Council of BoyScouts, Inc.
6005 N. Tamera Avenue
Fresno, CA 93711

Margaret M. Anderson
Fox Swibel Levin & Carroll LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606

Jan T. Perkins
Baker Manock & Jensen, PC
5260 North Palm Avenue, Suite 421
Fresno, CA 93704

Louis R. Strubeck, Jr.
Kristian W. Gluck
Ryan E. Manns
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932

**HAND DELIVERY**

Matthew P. Ward
Morgan L. Patterson
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801

John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541

Eric S. Goldstein
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

**HAND DELIVERY**

David M. Fournier
Marcy J. McLaughlin Smith
Pepper Hamilton LLP
Hercules Plaza
1313 Market Street, Suite 5100
Wilmington, DE 19801

Matthew G. Roberts
Troutman Sanders LLP
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308

Jason P. Hood
Davies Hood PLLC
22 North Front Street, Suite 620
Memphis, TN 38103-2100

Harris B. Winsberg
Troutman Sanders LLP
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308

Todd C. Jacobs
Bradley Riley Jacobs PC
320 W. Ohio Street, Suite 3W
Chicago, IL 60654

Daniel W. Van Horn
Butler Snow LLP
P.O. Box 171443
Memphis, TN 38187-1443

Craig T. Fessenden
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026

Thomas S. Neuberger
Stephen J. Neuberger
The Neuberger Firm
17 Harlech Drive
Wilmington, DE 19807

Bruce W. Leaverton
Karr Tuttle Campbell, P.S.
701 Fifth Avenue, Suite 3300
Seattle, WA 98104

Richard J. Bernard
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

John A. Vos
1430 Lincoln Avenue
San Rafael, CA 94901

Jay Jaffe
Faegre Drinker Biddle & Reath LLP
600 E. 96th Street, Suite 600
Indianapolis, IN 46240

**HAND DELIVERY**
Brian J. McLaughlin
Rachel B. Mersky
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

Raeann Warner
Thomas C. Crumplar
Jacobs & Crumplar, P.A.
750 Shipyard Drive, Suite 200
Wilmington, DE 19801

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207

Missouri Department of Revenue
Bankruptcy Unit
Attn: Steven A. Ginther
P.O. Box 475
Jefferson City, MO 65105-0475

Victor Vilaplana
Foley & Lardner LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130

**HAND DELIVERY**
Patrick A. Jackson
Kaitlin W. MacKenzie
Faegre Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Deb Secrest
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121

**HAND DELIVERY**
Jeffrey R. Waxman
Eric J. Monzo
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Angela Z. Miller
Phillips Lytle LLP
One Canalside
125 Main Street
Buffalo, NY 14203

James P. Ruggeri
Joshua D. Weinberg
Michele Backus Konigsberg
Abigail W. Williams
Shipman & Goodwin LLP
1875 K Street NW, Suite 600
Washington, DC 20006-1251

**HAND DELIVERY**
Erin R. Fay
Phillips Lytle LLP
One Canalside
125 Main Street
Buffalo, NY 14203

Tara LeDay
McCreary, Veselka, Bragg & Allen, P.C.
P. O. Box 1269
Round Rock, TX 78680

**HAND DELIVERY**
Deirdre M. Richards
Fineman Krekstein & Harris PC
1300 N. King Street
Wilmington, DE 19801

Susan N.K. Gummow
Igor Shleypak
Foran Glennon Palandech Ponzi & Rudloff, P.C.
222 N. LaSalle Sreet, Suite 1400
Chicago, IL 60614

Craig Goldblatt
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006

Richard G. Mason
Douglas K. Mayer
Joseph C. Celentino
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

Tad Thomas
Louis C. Schneider
Thomas Law Offices, PLLC
9418 Norton Commons Blvd., Suite 200
Louisville, KY 40059

Paul A. Fanning
Ward and Smith, P.A.
P.O. Box 8088
Greenville, NC 27835-80

**HAND DELIVERY**
Bradley L. Rice
Nagel Rice LLP
103 Eisenhower Parkway
Roseland, NJ 07068

Mark L. Desgrosseilliers
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801

Cindy L. Robinson
Doug Mahoney
Tremont Sheldon Robinson Mahoney P.C.
64 Lyon Terrace
Bridgeport, CT 06604

Thomas Moers Mayer
Rachael Ringer,
David E. Blabey, Jr.
Jennifer R. Sharret
Megan M. Wasson
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

**HAND DELIVERY**
Kurt F. Gwynne
Katelin A Morales
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

Joseph H. Lemkin
Stark & Stark, P.C.
P.O. Box 5315
Princeton, NJ 08543

**HAND DELIVERY**
James I. Stang
Robert B. Orgel
James E. O'Neill
John W. Lucas
Ilan D. Scharf
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801

Gerald D. Jowers, Jr.
Janet, Janet & Scuggs, LLC
500 Taylor Street, Suite 301
Columbia, SC 29201

**HAND DELIVERY**
Karen C. Bifferato
Kelly M. Conlan
Connolly Gallagher LLP
1201 N. Market Street, 20th Floor
Wilmington, DE 19801

Michael P. Pompeo
Faegre Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor New
York, NY 10036-2714

**HAND DELIVERY**
William P. Bowden
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

**HAND DELIVERY**
David M. Klauder
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801

Michael T. Pfau
Jason P. Amala
Vincent T. Nappo
Pfau Cochran Vertetis Amala PLLC
403 Columbia Street, Suite 500
Seattle, WA 98104

Alan C. Hochheiser
Maurice Wutscher LLP
23611 Chagrin Blvd., Suite 207
Beachwood, OH 44122

Anne Andrews
John C. Thornton
Andrews & Thornton
4701 Von Karman Avenue, Suite 300
Newport Beach, CA 92660

Anthony M. Saccullo
Mary E. Augustine
A.M. Saccullo Legal, LLC
27 Crimson King Drive
Bear, DE 19701

Matthew S. Sorem
Nicolaides Fink Thorpe Michaelides Sullivan LLP
10 S. Wacker Drive, 21st Floor
Chicago, IL 60606

Ryan S. Smethurst
Margaret H. Warner
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531

David A. Lebowitz
Kaufman Lieb Lebowitz & Frick LLP
10 East 40th Street, Suite 3307
New York, NY 10016

**HAND DELIVERY**
Edwin J. Harron
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801

**HAND DELIVERY**
Michael J. Joyce
The Law Offices of Joyce, LLC
1225 King Street, Suite 800
Wilmington, DE 19801

Kevin Coughlin, Lorraine Armenti, Michael
Hrinewski
Coughlin Duffy, LLP
350 Mount Kemble Avenue
P.O. Box 1917
Morristown, NJ 0796

**HAND DELIVERY**
Richard W. Riley
Whiteford Taylor & Preston LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE 19801

**HAND DELIVERY**
R. Karl Hill
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Kim V. Marrkand
Nancy D. Adams
Laura Bange Stephens
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo,
P.C.
One Financial Center
Boston, MA 02111

Shawn M. Christianson
Buchalter, A Professional Corporation
55 Second Street, 17th Floor
San Francisco, CA 94105-3493

Britton C. Lewis
Carruthers & Roth, P.A.
235 N. Edgeworth Street
P.O. Box 540
Greensboro, NC 27401

Todd M. Brooks
Whiteford Taylor & Preston LLP
Seven Saint Paul Street, 15th Floor
Baltimore, MD 21202-1626

Christopher S. Murphy,
Assistant Attorney General
c/o Sherri K. Simpson, Paralegal
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Douglas R. Gooding
Jonathan D. Marshall
Michael J. Foley, Jr.
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110

William E. Winfield
Nelson Comis Kettle & Kinney LLP
300 E. Esplanade Drive, Suite 1170
Oxnard, CA 93036

Henry C. Shelton, III
Adams and Reese LLP
6075 Poplar Avenue, Suite 700
Memphis, TN 38119

**HAND DELIVERY**
Richard A. Barkasy
Kristi J. Doughty
Schnader Harrison Segal & Lewis LLP
824 N. Market Street, Suite 800
Wilmington, DE 19801