# Notice Recipients

District/Off: 0311−1                 User: BonnieA                 Date Created: 6/9/2020
Case: 20−10343−LSS                   Form ID: van440                Total: 15

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Boy Scouts of America        1325 West Walnut Hill Lane        Irving, TX 75038 | |
| aty | Morris, Nichols, Arsht & Tunnell LLP        Morris, Nichols, Arsht & Tunnell LLP        1201 North Market Street        P.O. Box 1347        Wilmington, DE 19899−1347 | |
| aty | Andrew R. Remming        Morris, Nichols, Arsht & Tunnell LLP        1201 North Market Street        P.O. Box 1347        Wilmington, DE 19899−1347 | |
| aty | David L. Buchbinder        Office of the U.S. Trustee        J. Caleb Boggs Federal Building        Suite 2207        Wilmington, DE 19801 | |
| aty | Derek C. Abbott        Morris, Nichols, Arsht & Tunnell        1201 N. Market Street        P.O. Box 1347        Wilmington, DE 19899 | |
| aty | Eric Moats        Morris, Nichols Arsht & Tunnell        1201 N. Market Street        P. O. Box 1347        Wilmington, DE 19801 | |
| aty | Hannah Mufson McCollum        Office of the United States Trustee        U. S. Department of Justice        844 King Street, Suite 2207        Lockbox #35        Wilmington, DE 19801 | |
| aty | Janine Panchok−Berry        O'Melveny & Myers        Times Square Tower        7 Times Square Tower        New York, NY 10036 | |
| aty | Jessica C. Boelter        Sidley Austin LLP        787 Seventh Avenue        New York, NY 10019 | |
| aty | Joseph Charles Barsalona II        Morris Nichols Arsht & Tunnell LLP        1201 North Market Street        Suite 1600        Wilmington, DE 19801 | |
| aty | Matthew Evan Linder        Sidley Austin LLP        1 South Dearborn Street        Chicago, IL 6603 | |
| aty | Michael Christian Andolina        Sidley Austin        1 South Dearborn Street        Chicago, IL 60603 | |
| aty | Paige Noelle Topper        Morris Nichols Arsht & Tunnel        1201 N. Market Street        Wilmington, DE 19801 | |
| aty | Stamatios Stamoulis        Stamoulis & Weinblatt LLC        800 N. West Street, Third Floor        Wilmington, DE 19801 | |
| aty | Thomas A. Labuda, Jr.        Sidley Austin LLP        One South Dearborn        Chicago, IL 60603 | |

TOTAL: 15