UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 20-10343 (LSS)   BK ● AP ○

If AP, related BK case number:

**Title of Order Appealed:** Order Establishing Deadlines for Filing Proofs of Claim, Form & Manner of Notice & Procedures for Providing Notice/Bar Date & Other Important Info to Abuse Survivors, & Approving Confidentiality Procedures for Abuse Survivors

**Docket #:** 695   **Date Entered:** 5/26/2020

Item Transmitted:

| | | | |
|---|---|---|---|
| ✓ Notice of Appeal | Docket #: 803 | Date Filed: 6/8/2020 |
| ☐ Amended Notice of Appeal | Docket #: | Date Filed: |
| ☐ Cross Appeal | Docket #: | Date Filed: |
| ☐ Motion for Leave to Appeal | Docket #: | Date Filed: |
| ☐ Request for Certification of Direct Appeal | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**

Century Indemnity Company

**Appellee/Cross Appellee**

Boys Scouts of America

**Counsel for Appellant/Cross Appellant:**

Stamatios Stamoulis, Esquire
Stamoulis & Weinblatt LLC
800 N. West Street, 3rd Floor
Wilmington, DE 19801

**Counsel for Appellee/Cross Appellee:**

Derek C. Abbot, Esquire
Andrew R. Remming, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
PO Box 1347
Wilmington, DE 198991347

| | Yes | No |
|---|---|---|
| **Filing fee paid?** | ● | ○ |
| **IFP application filed by applicant?** | ○ | ● |
| **Have additional appeals of the same order been filed?** | ○ | ● |
| ***If Yes, has District Court assigned a Civil Action Number?** | ○ | ● |
| **Civil Action Number:** | | |

*(continued on next page)*

**Notes:**

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 6/9/2020      **by:** /s/ Bonnie A. Anemone
_____
                                          **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    20-13