# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | Jointly Administered |
| Debtors. | Ref. Docket Nos. 17 & 782 |

## CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPOINTING A JUDICIAL MEDIATOR, (II) REFERRING CERTAIN MATTERS TO MANDATORY MEDIATION, AND (III) GRANTING RELATED RELIEF

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1. On February 18, 2020, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief* (D.I. 17) (the "Motion") requesting approval of the order attached as Exhibit A to the Motion (the "Proposed Order").

2. On June 4, 2020, in response to certain objections and informal comments from parties in interest, the Debtors filed a reply (D.I. 782) in support of the Motion, with a revised proposed order attached thereto as Exhibit A (the "Revised Proposed Order").

3. On June 8, 2020, the Court held a hearing (the "Hearing") regarding the Revised Proposed Order and the relief requested therein.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

4. At the Hearing, the Debtors indicated on the record that certain revisions were to be made to the Revised Proposed Order. The Court then heard argument and made a ruling regarding the Revised Proposed Order, indicating that the parties should submit a proposed order reflecting the revisions proposed by the Debtors and the Court's ruling under certification of counsel.

5. Attached hereto as **Exhibit A** is a further revised proposed order (the "Further Revised Proposed Order") consistent with the Court's findings and the record made at the Hearing.

6. For the convenience of the Court and all parties in interest, a redline comparing the Further Revised Proposed Order against the Revised Proposed Order is attached hereto as **Exhibit B**.

7. The Official Committee of Tort Claimants, the Official Committee of Unsecured Creditors, the Future Claimants' Representative, the Ad Hoc Committee of Local Councils of the Boy Scouts of America, and certain insurers, including First State Insurance Company, Twin City Fire Insurance Company, Hartford Accident Indemnity Company, National Surety Corporation, Allianz Global Risks US Insurance Company, Century Indemnity Company, AIG, and Agricultural Insurance Company have reviewed the Further Revised Proposed Order and have consented or otherwise do not object to its entry.

WHEREFORE, the Debtors respectfully request that the Court enter the Further Revised Proposed Order, substantially in the form attached hereto as **Exhibit A**.

| | |
|---|---|
| Dated:  June 9, 2020<br>　　　Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Eric W. Moats*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:   (302) 425-4664<br>Email:  dabbott@mnat.com<br>　　　　aremming@mnat.com<br>　　　　emoats@mnat.com<br>　　　　ptopper@mnat.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Jessica C. K. Boelter (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone:  (212) 839-5300<br>Email:  jboelter@sidley.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Thomas A. Labuda (admitted *pro hac vice*)<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone:  (312) 853-7000<br>Email:  tlabuda@sidley.com<br>　　　　mandolina@sidley.com<br>　　　　mlinder@sidley.com<br>　　　　blair.warner@sidley.com<br><br>COUNSEL AND CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION |