**Exhibit 2**

**Carey Agreement**

## MEDIATION AGREEMENT

Boy Scouts of America ("BSA") and the "Parties," as defined in the *Order (I) Appointing Mediators, (II) Referring Certain Matters to Mediations, and (III) Granting Related Relief* [D.I. ___] (the "Order")[1] entered in BSA's chapter 11 case, Case No. 20-10343 (LSS) (Bankr. D. Del.), have agreed to mediate certain issues in connection with BSA's restructuring, as set forth in Paragraph 1 below.

1. **Mediation Scope and Process:** The scope of the mediation and the process for the mediation shall be determined in the manner set forth in the Order.

2. **Mediator:** The Parties agree that Kevin J. Carey of Hogan Lovells US LLP shall serve as a Mediator. The services provided by the Mediator pursuant to this Mediation Agreement and the Order do not create any attorney-client relationship between the Mediator and any of the Parties. The Mediator shall provide invoices to BSA on a monthly basis via email (steve.mcgowan@scouting.org), with a copy to BSA's restructuring counsel (jboelter@sidley.com, mandolina@sidley.com and mlinder@sidley.com), setting forth in reasonable detail the time expended and costs incurred for purposes of the mediation during that month. The Mediator shall be compensated and reimbursed for expenses as follows:

    a. Mr. Carey will charge for his legal services on an hourly basis in accordance with the ordinary and customary hourly rates in effect on the date services are rendered. His current hourly rate is $1,450.[2]

    b. To the extent any other Hogan Lovells counsel, associate, or paralegal/legal support is needed to assist in the successful resolution of the Mediation Issues, such professionals will be compensated at their standard hourly rates, which are based on such professionals' level of experience.[3] At present, the standard hourly rate ranges charged by Hogan Lovells are as follows:

| **Billing Category** | **U.S. Range** |
|---|---|
| Associates and Counsel | $450-960 |
| Paralegals/Legal Support | $265-490 |

    c. Mr. Carey will also seek reimbursement of actual and necessary out-of-pocket expenses. Theses incurred expenses customarily fall in the following categories: (a) copies; (b) outside printing; (c) telephone; (d) facsimile; (e) online research; (f) delivery serves/couriers; (g) postage; (h) local travel; (i) out-of-town travel (including subcategories for

---

[1] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Order.

[2] Hogan Lovells' hourly billing rates are subject to periodic review and adjustments, typically in January of each year.

[3] The hour billing rates charged by Hogan Lovells' professionals differ based on, among other things, the professional's level of experience and the rates normally charged in the specific office in which the professional is resident. Hogan Lovells does not adjust billing rates of its professionals based on the geographic location of a bankruptcy case or other matter.

transportation, hotel, meals, ground transportation, an other); (j) meals (local); (k) court fees; and (l) other.

       3.      **Payment of the Mediator**: BSA shall pay the Mediator's fees and expenses in accordance with Paragraph 2 of this Mediation Agreement.

       4.      **Mediator Role:** The role of the Mediator shall be determined in the manner set forth in the Order.

       5.      **Termination:** The services of the Mediator may be terminated by order of the Court.

FOR THE MEDIATOR

_____                                                          _____, 2020
Kevin J. Carey
Partner, Hogan Lovells

FOR BOY SCOUTS OF AMERICA

By: _____          _____, 2020
Steven P. McGowan
General Counsel