EXHIBIT B

Expense Summary

**EXHIBIT B**

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**EXPENSE SUMMARY**
**MARCH 4, 2020 THROUGH MARCH 31, 2020**

| Expense Category | Service Provider (if applicable) | Total Expenses[1] |
|---|---|---|
| Cab Fares | *See Attached Chart* | $150.00 |
| Color Copies | Kramer Levin | $148.60 |
| Court Call Fees | Court Call | $243.75 |
| Lexis Online Research | Lexis | $1,192.05 |
| Meals | *See Attached Chart* | $60.00 |
| Photocopying | Kramer Levin | $262.70 |
| Telecommunication Charges | Kramer Levin | $3,742.85 |
| UCC Searches | CT Lien Solutions | $2,299.67 |
| Westlaw Online Research | Westlaw | $5,785.79 |
| **TOTAL** | | **$13,885.41** |

---

[1] Total expenses reflects a total voluntary reduction of $5,051.56.

| **Travel Detail**[2] | | | | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 3/11/2020 | Odyssey | (1) Sharret, Jennifer | Car service – from Kramer Levin office to residence (worked after hours) | $75.00 |
| 3/11/2020 | Odyssey | (1) Baranpuria, Priya | Car service – from Kramer Levin office to residence (worked after hours) | $75.00 |
| **Total** | | | | **$150.00** |

---

[2] Cab fares were limited to $75.00 per ride, reflecting a total voluntary write-off amount of $81.14.

| **Meal Detail**[3] | | | | |
|---|---|---|---|---|
| **Date** | **Provider** | **# of People and Description** | **Description** | **Amount** |
| 3/9/2020 | Sharebite | (1) Wasson, Megan | Dinner (worked after hours on case issues) | $20.00 |
| 3/11/2020 | Sharebite | (1) Baranpuria, Priya | Dinner (worked after hours on case issues) | $20.00 |
| 3/11/2020 | Sharebite | (1) Sharret, Jennifer | Dinner (worked after hours on case issues) | $20.00 |
| **Total** | | | | **$60.00** |

---

[3] Meals were limited to $20.00 per meal, reflecting a total voluntary write-off amount of $59.14.