# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Compensation |
|---|---:|---:|
| Case Administration (60001) | 8.70 | $3,831.00 |
| Committee Meeting and Communications (60002) | 8.60 | $4,576.50 |
| Tort Committee Communications (60008) | 0.60 | $594.00 |
| Non Profit Issues (60012) | 18.90 | $15,423.00 |
| Hearings and Court Matters (60021) | 7.70 | $3,398.50 |
| Professional Retention (60025) | 14.00 | $6,022.50 |
| **TOTAL:** | **58.50** | **$33,845.50** |

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM MARCH 9, 2020 THROUGH MARCH 30, 2020**

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Kurt F. Gwynne | Partner. Joined firm as partner in 2001. Member DE bar since 2000. Member PA and NJ bars since 1992. Member of NY bar since 2018. | $990.00 | 4.40 | $4,356.00 |
| Lawrence F. Gilberti | Partner. Joined firm as partner in 1998. Member of NY bar since 1976. Member of PA bar since 1999. | $935.00 | 11.10 | $10,378.50 |
| Katelin A. Morales | Associate. Joined firm as an associate in 2018. Member DE bar since 2019. Member NY and NJ bars since 2017. | $460.00 | 29.40 | $13,671.00 |
| John B. Lord | Paralegal. Joined firm as paralegal in 2000. Paralegal since 1991. | $400.00 | 13.60 | $5,440.00 |
| Grand Total: | | | 58.50 | $33,845.50 |
| Blended Rate: | | | | $575.60 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $632.64 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Official Committee of Unsecured Creditors of Boy Scouts of America
c/o Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

Invoice Number: 3278408
Invoice Date: 5/13/2020
Client Number: 397013
Matter Number: 397013.60001

Re: Case Administration

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH March 31, 2020**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/09/20 | K. A. Morales | Emails with R. Ringer and M. Wasson re: committee representation (.3); Call with K. Gwynne re: same and case issues (.3) | 0.60 | 465.00 | 279.00 |
| 03/10/20 | K. A. Morales | Communicate with K. Gwynne and Kramer Levin attorneys re: case status and upcoming action points | 0.20 | 465.00 | 93.00 |
| 03/10/20 | J.B. Lord | Draft Entry of Appearance and pro hac motions for Kramer Levin attorneys. | 0.90 | 400.00 | 360.00 |
| 03/10/20 | K. A. Morales | Confer with J. Lord re: drafting co-counsel pro hac motions and entry of appearances | 0.20 | 465.00 | 93.00 |
| 03/11/20 | K. A. Morales | Review and revise pro hac motions and Entry of appearance for Reed Smith and Kramer Levin. | 0.40 | 465.00 | 186.00 |
| 03/12/20 | K. A. Morales | Emails with T. Mayer re: pro hac motions | 0.10 | 465.00 | 46.50 |
| 03/12/20 | K. A. Morales | Review and revise pro hac motions and entry of appearance. | 0.30 | 465.00 | 139.50 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/12/20 | K. A. Morales | Call with T. Mayer re: pro hac motion. | 0.10 | 465.00 | 46.50 |
| 03/12/20 | J.B. Lord | Finalize and e-file pro motion of Thomas Moers Mayer. | 0.20 | 400.00 | 80.00 |
| 03/12/20 | J.B. Lord | Communicate with K. Morales re: pro hacs and Entry of Appearance (.2); finalize, e-file and serve Entry of Appearance (.2); review and revise pro hac motions with payment of fee (.2). | 0.60 | 400.00 | 240.00 |
| 03/13/20 | K. A. Morales | Emails with J. Lord and M. Wasson re: pro hac motions. | 0.20 | 465.00 | 93.00 |
| 03/13/20 | J.B. Lord | Research and calendar critical dates | 0.30 | 400.00 | 120.00 |
| 03/16/20 | K. A. Morales | Emails with J. Lord and M. Wasson re: filing pro hac motions. | 0.20 | 465.00 | 93.00 |
| 03/17/20 | K. A. Morales | Emails with R. Ringer and M. Wasson re: status of court proceedings due to COVID-19. | 0.30 | 465.00 | 139.50 |
| 03/17/20 | K. A. Morales | Review pro hac motions for filing (.3); emails with J. Lord re: same (.2). | 0.50 | 465.00 | 232.50 |
| 03/17/20 | J.B. Lord | Finalize and e-file pro hacs motions for D. Blabey, R. Ringer, J. Sharret and M. Wasson per K. Morales. | 0.60 | 400.00 | 240.00 |
| 03/20/20 | K. A. Morales | Review first day declaration, petition and other information for case background/status | 2.30 | 465.00 | 1,069.50 |
| 03/26/20 | J.B. Lord | Communicate with claims agent re: 2002 service list (.2); review and revise same (.3) | 0.50 | 400.00 | 200.00 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/31/20 | J.B. Lord | Research and calendar critical dates | 0.20 | 400.00 | 80.00 |
| **Totals** | | | **8.70** | | **3,831.00** |

### SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Katelin A. Morales | 5.40 hrs @ $ | 465.00 / hr | 2,511.00 |
| John B. Lord | 3.30 hrs @ $ | 400.00 / hr | 1,320.00 |
| **Total Professional Services** | | | **3,831.00** |

### DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|---|---|---|
| 03/12/2020 | COURT FEES Elizabeth A. Russell - Court - Other - VENDOR: Elizabeth A. Russell, Mar 12, 2020, pro hac fees for 5 Kramer Levin attorneys (T. Mayer, R. Ringer, D. Blabey, J. Sharret and M. Wasson). Per Kurt Gwynne | 125.00 |
| 03/28/2020 | COURT FEES Elizabeth A. Russell - Court - Other - VENDOR: Elizabeth A. Russell, Mar 28, 2020, Court Call Katelin Morales | 27.75 |
| 03/31/2020 | COURT FEES Elizabeth A. Russell - Court - Other - VENDOR: Elizabeth A. Russell, Mar 31, 2020, Court Call for Katelin Morales | 69.75 |
| | **Total Expenses and Other Charges** | **222.50** |

### INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 3,831.00 |
| Total Expenses and Other Charges | $ | 222.50 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **4,053.50** |
| Total Amount Due | **$** | **4,053.50** |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Official Committee of Unsecured Creditors of Boy Scouts of America
c/o Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

Invoice Number: 3278410
Invoice Date: 5/13/2020
Client Number: 397013
Matter Number: 397013.60002

Re: Committee Meetings and Communications

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH March 31, 2020**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/11/20 | K. A. Morales | Attend Committee professionals meeting. | 1.30 | 465.00 | 604.50 |
| 03/16/20 | K. A. Morales | Prepare for and attend Committee Call. | 1.10 | 465.00 | 511.50 |
| 03/16/20 | K. A. Morales | Committee Call Professionals Meeting. | 0.40 | 465.00 | 186.00 |
| 03/17/20 | K. A. Morales | Call with committees and debtors' counsel re: status conference and procedures moving forward. | 0.60 | 465.00 | 279.00 |
| 03/19/20 | K. A. Morales | Coordinate committee call to discuss donor restrictions and charitable restrictions. | 0.20 | 465.00 | 93.00 |
| 03/20/20 | K. A. Morales | Call with Committee professionals re: donor restrictions and charitable trusts. | 1.00 | 465.00 | 465.00 |
| 03/23/20 | K. A. Morales | Attend UCC members call. | 1.00 | 465.00 | 465.00 |
| 03/23/20 | K. A. Morales | Attend UCC professionals call. | 0.50 | 465.00 | 232.50 |
| 03/30/20 | K. A. Morales | Attend weekly committee call. | 1.00 | 465.00 | 465.00 |
| 03/30/20 | K. A. Morales | Attend committee professionals call. | 0.40 | 465.00 | 186.00 |
| 03/30/20 | K.F. Gwynne | Weekly call with committee | 0.80 | 990.00 | 792.00 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | members | | | |
| 03/30/20 | K.F. Gwynne | Weekly committee call among committee professionals | 0.30 | 990.00 | 297.00 |
| **Totals** | | | **8.60** | | **4,576.50** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Kurt F. Gwynne | 1.10 hrs @ $ | 990.00 / hr | 1,089.00 |
| Katelin A. Morales | 7.50 hrs @ $ | 465.00 / hr | 3,487.50 |
| **Total Professional Services** | | | **4,576.50** |

**INVOICE SUMMARY**

| Total Fees | $ | 4,576.50 |
|---|---|---|
| **TOTAL CURRENT INVOICE DUE** | **$** | **4,576.50** |
| **Total Amount Due** | **$** | **4,576.50** |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| Official Committee of Unsecured Creditors of Boy Scouts of America<br>c/o Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 | Invoice Number:       3278407<br>Invoice Date:         5/13/2020<br>Client Number:         397013<br>Matter Number:     397013.60008 |

Re: Tort Committee Communications

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH March 31, 2020**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/11/20 | K.F. Gwynne | Conference call with counsel for the torts claimants' committee re: case issues | 0.60 | 990.00 | 594.00 |
| **Totals** | | | **0.60** | | **594.00** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Kurt F. Gwynne | 0.60 hrs @ $ | 990.00 / hr | 594.00 |
| **Total Professional Services** | | | **594.00** |

**INVOICE SUMMARY**

| | |
|---|---|
| Total Fees | $     594.00 |
| **TOTAL CURRENT INVOICE DUE** | **$     594.00** |
| **Total Amount Due** | **$     594.00** |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Official Committee of Unsecured Creditors of Boy Scouts of America
c/o Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

Invoice Number: 3278412
Invoice Date: 5/13/2020
Client Number: 397013
Matter Number: 397013.60012

Re: Non-Profit Issues

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH March 31, 2020**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/19/20 | L.F. Gilberti | Emails and TC w/Gwynne re BSA and rules relating to Title 36 corporations(0.30); analyze BSA charter/Title 36 jurisdiction cases(1.2); analyze relevant parts of DC NP Corporation Code (1.5) | 3.00 | 935.00 | 2,805.00 |
| 03/19/20 | K.F. Gwynne | Conference with L. Gilberti re: federally-charted nonprofits and related issues (0.2); reviewed certain cases re: regulation of same (0.6) | 0.80 | 990.00 | 792.00 |
| 03/20/20 | L.F. Gilberti | Call with K. Gwynne re nonprofit issues (0.1); conference call with Kramer Levin to discuss donor restricted funds/Title 36 Corporations (1.2); Review NY Charities Bureau registration (1.0); emails forwarding DC Code provisions (0.3); analyze BSA rules and regulations, etc. (1.4) | 4.00 | 935.00 | 3,740.00 |
| 03/20/20 | K.F. Gwynne | Conference call with T. Mayer and other Kramer Levin folks re: nonprofit issues | 1.00 | 990.00 | 990.00 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/23/20 | L.F. Gilberti | Research DC OAG/DC Nonprofot Corp. Act/DCRA sites etc. regarding scope of oversight by DCOAG over actions of BSA | 1.00 | 935.00 | 935.00 |
| 03/24/20 | K. A. Morales | Research concerning DC Non-profit Act. | 0.20 | 465.00 | 93.00 |
| 03/25/20 | K. A. Morales | Email L. Gilberti re: DC Non-Profit Act issues | 0.10 | 465.00 | 46.50 |
| 03/26/20 | K. A. Morales | Complete research re: DC Nonprofit Act and limitation/restriction on sale of assets. | 3.30 | 465.00 | 1,534.50 |
| 03/26/20 | K. A. Morales | Confer with L. Gilberti re: DC Nonprofit Act and limitation/restriction on sale of assets. | 0.50 | 465.00 | 232.50 |
| 03/26/20 | L.F. Gilberti | Communicate with K. Morales re DC Nonprofit Corp. Act - scope of DC OAG approval powers/requirements | 0.50 | 935.00 | 467.50 |
| 03/30/20 | K. A. Morales | Emails with T. Mayer, L. Gilberti, and A. Rogoff re: DC Non-profit Act issue | 0.20 | 465.00 | 93.00 |
| 03/30/20 | L.F. Gilberti | Emails to/with T. Mayer re DC Code/ explanation as to status of review of DC OAG involvement | 0.60 | 935.00 | 561.00 |
| 03/31/20 | K. A. Morales | Conference call with T. Mayer, A. Rogoff, K. Gwynne, and L. Gilberti re: DC Non-profit Act, restrictions on sale of assets for BSA, and structure of BSA. | 0.10 | 465.00 | 46.50 |
| 03/31/20 | K. A. Morales | Complete research re: BSA's charter and the DC Non-profit Act. | 0.70 | 465.00 | 325.50 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/31/20 | K.F. Gwynne | Call with Kramer Levin folks (T. Mayer, A. Rogoff, and R. Ringer) re: non-profit issues and law | 0.90 | 990.00 | 891.00 |
| 03/31/20 | L.F. Gilberti | Communicate with Kramer Levin re BSA Charter and DC NPC Code/OAG oversite rights/consent requirements, etc. | 1.00 | 935.00 | 935.00 |
| 03/31/20 | L.F. Gilberti | Analyze BSA 2017 Annual Report/Financial Statement (0.5); analyze Texas Sec, State registrations/TX OAG powers over Nonprofits (0.5) | 1.00 | 935.00 | 935.00 |
| **Totals** | | | **18.90** | | **15,423.00** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Kurt F. Gwynne | 2.70 hrs @ $ | 990.00 / hr | 2,673.00 |
| Lawrence F. Gilberti | 11.10 hrs @ $ | 935.00 / hr | 10,378.50 |
| Katelin A. Morales | 5.10 hrs @ $ | 465.00 / hr | 2,371.50 |
| **Total Professional Services** | | | **15,423.00** |

**INVOICE SUMMARY**

| | |
|---|---|
| Total Fees | $        15,423.00 |
| **TOTAL CURRENT INVOICE DUE** | **$        15,423.00** |
| **Total Amount Due** | **$        15,423.00** |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| Official Committee of Unsecured Creditors of Boy Scouts of America<br>c/o Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 | Invoice Number: 3278409<br>Invoice Date: 5/13/2020<br>Client Number: 397013<br>Matter Number: 397013.60021 |

Re: Hearings and Court Matters

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH March 31, 2020**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/17/20 | J.B. Lord | Communicate with court re: status of 2d motions to be heard per K. Morales and R. Ringer. | 0.20 | 400.00 | 80.00 |
| 03/18/20 | J.B. Lord | Communicate with K. Morales re: upcoming hearing and possible committee responses. | 0.20 | 400.00 | 80.00 |
| 03/18/20 | K. A. Morales | Confer with J. Lord re: status of second day hearings and skype/courtcall for status conference. | 0.30 | 465.00 | 139.50 |
| 03/19/20 | K. A. Morales | Attend status conference via courtcall. | 0.90 | 465.00 | 418.50 |
| 03/19/20 | J.B. Lord | Assist K. Morales with preparation for today's status conference with Court on second day motions/continuances | 0.30 | 400.00 | 120.00 |
| 03/20/20 | J.B. Lord | Communicate with M. Wasson re: telephonic/skype appearance for 3/24 hearing. | 0.20 | 400.00 | 80.00 |
| 03/20/20 | K. A. Morales | Confer with J. Lord re: setting up skype and courtcall for Kramer Levin team. | 0.10 | 465.00 | 46.50 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/20/20 | J.B. Lord | Prepare background document and other filed papers for use at 3/24 hearing and upcoming hearings per K. Morales | 1.70 | 400.00 | 680.00 |
| 03/23/20 | J.B. Lord | E-mail to court re: Skype appearance at 3/24 hearing per K. Morales | 0.20 | 400.00 | 80.00 |
| 03/24/20 | K. A. Morales | Attend hearing via courtcall re: Girl Scouts lift stay motion, and evidentiary hearing concerning preliminary injunction. | 2.90 | 465.00 | 1,348.50 |
| 03/30/20 | K. A. Morales | Attend hearing re: ruling on preliminary injunction. | 0.70 | 465.00 | 325.50 |
| **Totals** | | | **7.70** | | **3,398.50** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Katelin A. Morales | 4.90 hrs @ $ | 465.00 / hr | 2,278.50 |
| John B. Lord | 2.80 hrs @ $ | 400.00 / hr | 1,120.00 |
| **Total Professional Services** | | | **3,398.50** |

**INVOICE SUMMARY**

Total Fees                                               $       3,398.50

**TOTAL CURRENT INVOICE DUE**                            **$       3,398.50**

         **Total Amount Due**                           **$       3,398.50**



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| Official Committee of Unsecured Creditors of Boy Scouts of America<br>c/o Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 | Invoice Number: **3278411**<br>Invoice Date: **5/13/2020**<br>Client Number: **397013**<br>Matter Number: **397013.60025** |

Re: Professional Retention

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH March 31, 2020**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/10/20 | K. A. Morales | Confer with K. Gwynne re: RS retention and issues with connections | 0.20 | 465.00 | 93.00 |
| 03/11/20 | K. A. Morales | Confer with M. Wasson and internally re: connections for RS retention application | 0.20 | 465.00 | 93.00 |
| 03/11/20 | J.B. Lord | Communicate with K. Morales re: application to employ RS (.1); draft same (2.1). | 2.20 | 400.00 | 880.00 |
| 03/12/20 | J.B. Lord | Continue to work on RS application to employ (1.5); communicate with K. Morales re: same (.1). | 1.60 | 400.00 | 640.00 |
| 03/13/20 | J.B. Lord | Continue to draft RS application to employ. | 1.40 | 400.00 | 560.00 |
| 03/17/20 | K. A. Morales | Confer with S. Meixell re: status connections for RS retention application | 0.10 | 465.00 | 46.50 |
| 03/18/20 | J.B. Lord | Review and revise RS application to employ | 0.60 | 400.00 | 240.00 |
| 03/24/20 | K. A. Morales | Confer with S. Meixell re: status of connections list for retention application. | 0.10 | 465.00 | 46.50 |
| 03/24/20 | K. A. Morales | Confer with K. Gwynne re: necessary disclosures to the | 0.10 | 465.00 | 46.50 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | trustee for retention. | | | |
| 03/30/20 | K. A. Morales | Confer with P. Baranpuria re: committee applications to employ. | 0.20 | 465.00 | 93.00 |
| 03/30/20 | K. A. Morales | Analyze connections analysis and supplement application to employ Reed Smith. | 2.10 | 465.00 | 976.50 |
| 03/30/20 | K. A. Morales | Confer with J. Lord re: status of applications to employ and revisions. | 0.20 | 465.00 | 93.00 |
| 03/30/20 | K. A. Morales | Confer with K. Gwynne re: RS retention and JPMorgan issues | 0.10 | 465.00 | 46.50 |
| 03/30/20 | K. A. Morales | Communicate internally with E. Witt re: RS retention and JPMorgan waiver issue | 0.10 | 465.00 | 46.50 |
| 03/30/20 | J.B. Lord | Revise and supplement RS retention application | 1.00 | 400.00 | 400.00 |
| 03/31/20 | K. A. Morales | Review and revise application to employ Reed Smith. | 3.00 | 465.00 | 1,395.00 |
| 03/31/20 | K. A. Morales | Confer with S. Meixell re: connections list/issues for RS retention application | 0.10 | 465.00 | 46.50 |
| 03/31/20 | J.B. Lord | Communicate with K. Morales re: RS retention application (.1); review and revise same (.6). | 0.70 | 400.00 | 280.00 |
| **Totals** | | | **14.00** | | **6,022.50** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Katelin A. Morales | 6.50 hrs @ $ | 465.00 / hr | 3,022.50 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| John B. Lord | 7.50 hrs @ $ | 400.00 / hr | 3,000.00 |
| **Total Professional Services** | | | **6,022.50** |

**INVOICE SUMMARY**

| | |
|---|---|
| Total Fees | $ 6,022.50 |
| **TOTAL CURRENT INVOICE DUE** | **$ 6,022.50** |
| **Total Amount Due** | **$ 6,022.50** |