# EXHIBIT C

**EXPENSE SUMMARY**

| Expense Category | Service Provider (if applicable) | Amount |
|---|---|---|
| Court Fees | CourtCall | $222.50 |
| **TOTAL:** | | **$222.50** |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/31/20 | J.B. Lord | Research and calendar critical dates | 0.20 | 400.00 | 80.00 |
| **Totals** | | | **8.70** | | **3,831.00** |

### SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Katelin A. Morales | 5.40 hrs @ $ | 465.00 / hr | 2,511.00 |
| John B. Lord | 3.30 hrs @ $ | 400.00 / hr | 1,320.00 |
| **Total Professional Services** | | | **3,831.00** |

### DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|---|---|---|
| 03/12/2020 | COURT FEES Elizabeth A. Russell - Court - Other - VENDOR: Elizabeth A. Russell, Mar 12, 2020, pro hac fees for 5 Kramer Levin attorneys (T. Mayer, R. Ringer, D. Blabey, J. Sharret and M. Wasson). Per Kurt Gwynne | 125.00 |
| 03/28/2020 | COURT FEES Elizabeth A. Russell - Court - Other - VENDOR: Elizabeth A. Russell, Mar 28, 2020, Court Call Katelin Morales | 27.75 |
| 03/31/2020 | COURT FEES Elizabeth A. Russell - Court - Other - VENDOR: Elizabeth A. Russell, Mar 31, 2020, Court Call for Katelin Morales | 69.75 |
| | **Total Expenses and Other Charges** | **222.50** |

### INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 3,831.00 |
| Total Expenses and Other Charges | $ | 222.50 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **4,053.50** |
| Total Amount Due | **$** | **4,053.50** |