**ALIXPARTNERS, LLP**

**Exhibit B**

**<u>Certification of David MacGreevey</u>**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF DAVID MACGREEVEY

I, **David MacGreevey**, declare under the penalty of perjury as follows:

1.      I am a Managing Director at AlixPartners, LLP ("AlixPartners"), Financial Advisor to Bluestem Brands, Inc. and its affiliates (the "Debtors") in the above-captioned Chapter 11 Cases.

2.      I have reviewed the *First Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period March 4, 2020 through March 31, 2020* (the "First Monthly Application").

3.      I have reviewed Rule 2016-2 of the Local Bankruptcy Rules for the District of Delaware ("Local Rule") and submit that the First Monthly Application substantially complies with such Local Rule.

4.      To the best of my knowledge, information and belief formed after reasonable inquiry, the First Monthly Application complies with the *United States Trustee Guidelines for Reviewing*

---

[1]   The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330*, adopted June 17, 2013 (the "UST Guidelines").

5.      The fees and out-of-pocket expenses are billed in accordance  with the billing practices described below, and except as  otherwise indicated therein fall within the UST Guidelines. Except to the extent prohibited by the UST Guidelines, the fees and out-of-pocket expenses sought herein have been billed in accordance with practices customarily employed by AlixPartners and accepted by the AlixPartners' clients.

6.      With respect to expenses and reimbursable services incurred for which reimbursement is sought, AlixPartners:

      1.  Does not make a profit;

      2.  Does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay; and

      3.  Seeks reimbursement of services purchased from or contracted for with a third-party vendor only in the amount billed to AlixPartners by and paid or to be paid by the Applicant to the vendor.

I certify, under penalty of perjury, that the foregoing statements made by me are true to the best of my knowledge, information and belief.

Dated:  June 9, 2020

           */s/ David MacGreevey*
           By:  David MacGreevey
               Managing Director