EXHIBIT A

CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

(See Guidelines C.3. for definitions of terms used in this Exhibit.)

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED Firm or offices for preceding year, excluding bankruptcy* | BILLED In this fee application |
| Sr./Equity Partner/Shareholder | $1,025.00 | $1,028.12 |
| Of Counsel | $825.00 | $873.51 |
| Associate (4-6 years since first admission) | $675.00 | $0.00 |
| Law Library Director | $450.00 | $450.00 |
| Paralegal | $450.00 | $408.47 |
| Case Management Assistants | $300.00 | $350.00 |
| All timekeepers aggregated | $850.00** | $973.04 |

* Represents approximate blended hourly rate. Non-estate work for PSZ&J represents a de minimis amount of the Firm's revenues. Non-estate work for the Firm's revenues as the Firm's engagements are primarily on behalf of debtors, official committees, and other estate-billed constituencies. For fiscal year ending 2018, non-estate work represented approximately 4-5% of the Firm's revenues, and in 2019, non-estate work represented approximately 4-5% of the Firm's revenues. It is expected that non-estate work in 2020 will represent approximately 5-7% of the Firm's revenues.

**Represents an estimate for the aggregate blended hourly rate for all timekeepers on non-estate work.

Case Name:           Boy Scouts of America and Delaware BSA, Inc.
Case Number:         20-10343 (LSS)
Applicant's Name:    Pachulski Stang Ziehl & Jones LLP
Date of Application: 06/09/2020
Interim or Final:    Interim