EXHIBIT B

SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| NAME | TITLE OR POSITION | DEPARTMENT, GROUP, OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| Jeffrey H. Davidson | Partner | Bankruptcy | 1977 | $598.00 | 0.40 | $1,495.00 | $1,495.00 | 0 |
| James I. Stang | Partner | Bankruptcy | 1980 | $250,233.00 | 209.40 | $1,195.00 | $1,195.00 | 0 |
| Robert B. Orgel | Partner | Bankruptcy | 1981 | $197,970.50 | 172.90 | $1,145.00 | $1,145.00 | 0 |
| Alan J. Kornfeld | Partner | Bankruptcy | 1987 | $343.50 | 0.30 | $1,145.00 | $1,145.00 | 0 |
| Linda F. Cantor | Partner | Bankruptcy | 1988 | $162,862.50 | 151.50 | $1,075.00 | $1,075.00 | 0 |
| Henry C. Kevane | Partner | Bankruptcy | 1986 | $25,155.00 | 23.40 | $1,075.00 | $1,075.00 | 0 |
| John A. Morris | Partner | Bankruptcy | 1991 | $131,257.50 | 122.10 | $1,075.00 | $1,075.00 | 0 |
| Iain A.W. Nasatir | Partner | Bankruptcy | 1983 | $92,865.00 | 90.60 | $1,025.00 | $1,025.00 | 0 |
| Kenneth H. Brown | Partner | Bankruptcy | 1981 | $91,341.00 | 91.80 | $995.00 | $995.00 | 0 |
| Maxim B. Litvak | Partner | Bankruptcy | 1997 | $94,145.00 | 99.10 | $950.00 | $950.00 | 0 |
| Harry D. Hochman | Of Counsel | Bankruptcy | 1987 | $7,980.00 | 8.40 | $950.00 | $950.00 | 0 |
| James E. O'Neill | Partner | Bankruptcy | 1985 | $115,347.50 | 124.70 | $925.00 | $925.00 | 0 |

Case Name:          Boy Scouts of American and Delaware BSA, LLC
Case Number:        20-10343 (LSS)
Applicant's Name:   Pachulski Stang Ziehl & Jones LLP
Date of Application: 06/09/2020
Interim or Final:   Interim

UST Form 11-330-B (2013)

EXHIBIT B (Continued)

SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| | NAME | TITLE OR POSITION | DEPARTMENT, GROUP, OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|---|
| Delete | Jonathan J. Kim | Of Counsel | Bankruptcy | 1995 | $6,712.50 | 7.50 | $895.00 | $895.00 | 0 |
| Delete | John W. Lucas | Partner | Bankruptcy | 2004 | $179,107.50 | 217.10 | $825.00 | $825.00 | 0 |
| Delete | Gina F. Brandt | Of Counsel | Bankruptcy | 1976 | $3,300.00 | 4.00 | $825.00 | $825.00 | 0 |
| Delete | Gail S. Greenwood | Of Counsel | Bankruptcy | 1994 | $1,155.00 | 1.40 | $825.00 | $825.00 | 0 |
| Delete | Ilan D. Scharf | Partner | Bankruptcy | 2002 | $4,372.50 | 5.50 | $795.00 | $795.00 | 0 |
| Delete | Gillian N. Brown | Of Counsel | Bankruptcy | 1999 | $5,485.50 | 6.90 | $795.00 | $795.00 | 0 |
| Delete | Leslie A. Forrester | Law Library Director | Bankruptcy | | $4,230.00 | 9.40 | $450.00 | $450.00 | 0 |
| Delete | Patricia J. Jeffries | Paralegal | Bankruptcy | | $467.50 | 1.10 | $425.00 | $425.00 | 0 |
| Delete | Karina K. Yee | Paralegal | Bankruptcy | | $13,387.50 | 31.50 | $425.00 | $425.00 | 0 |
| Delete | Patricia E. Cuniff | Paralegal | Bankruptcy | | $85.00 | 0.20 | $425.00 | $425.00 | 0 |
| Delete | Beth D. Dassa | Paralegal | Bankruptcy | | $6,375.00 | 15.00 | $425.00 | $425.00 | 0 |

Case Name: Boy Scouts of American and Delaware BSA, LLC
Case Number: 20-10343 (LSS)
Applicant's Name: Pachulski Stang Ziehl & Jones LLP
Date of Application: 06/09/2020
Interim or Final: Interim

UST Form 11-330-B (2013)

EXHIBIT B (Continued)

SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| | NAME | TITLE OR POSITION | DEPARTMENT, GROUP, OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| Delete | Elizabeth C. Thomas | Paralegal | Bankruptcy | | $170.00 | 0.40 | $425.00 | $425.00 | 0 |
| Delete | La Asia Canty | Paralegal | Bankruptcy | | $170.00 | 0.40 | $425.00 | $425.00 | 0 |
| Delete | Nancy P.F. Lockwood | Paralegal | Bankruptcy | | $892.50 | 2.10 | $425.00 | $425.00 | 0 |
| Delete | Mike A. Matteo | Paralegal | Bankruptcy | | $24,569.00 | 62.20 | $395.00 | $395.00 | 0 |
| Delete | Karen S. Neil | Case Management Assistant | Bankruptcy | | $350.00 | 1.00 | $350.00 | $350.00 | 0 |
| Delete | | | | | | | | | |
| Delete | | | | | | | | | |
| Delete | | | | | | | | | |
| Delete | | | | | | | | | |
| Delete | | | | | | | | | |

Case Name: Boy Scouts of American and Delaware BSA, LLC
Case Number: 20-10343 (LSS)
Applicant's Name: Pachulski Stang Ziehl & Jones LLP
Date of Application: 06/09/2020
Interim or Final: Interim

UST Form 11-330-B (2013)