# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Ref. Docket Nos. 223, 436, 486, and 551** |

## THIRD SUPPLEMENTAL DECLARATION OF JAMES L. PATTON, JR., PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014(a)

I, James L. Patton, Jr., hereby state as follows:

1. On March 18, 2020, the above-captioned debtors and debtors-in-possession filed the *Debtors' Motion of Debtor for Entry of an Order Appointing James L. Patton, Jr. as Legal Representative for Future Claimants, Nunc Pro Tunc to the Petition Date* (the "Motion") [Docket No. 223]. The Motion attached as Exhibit B the *Declaration of James L. Patton, Jr. in Support of Debtors' Motion for Entry of an Order Appointing James L. Patton, Jr. as Legal Representative for Future Claimants, Nunc Pro Tunc to the Petition Date* (the "Initial Declaration").

2. On April 15, 2020, I filed the *First Supplemental Declaration of James L. Patton, Jr. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a)* [Docket No. 436] (the "First Supplemental Declaration").

3. On April 24, 2020, the Court entered an order appointing me as the legal representative for future claimants (the "Future Claimants' Representative") [Docket No. 486].

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

26572958.1

4. On May 4, 2020, I filed the *Second Supplemental Declaration of James L. Patton, Jr. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a)* [Docket No. 551] (the "Second Supplemental Declaration").

5. I have continued to monitor any potential conflicts or connections that may arise with respect to my appointment as the Future Claimants' Representative since the filing of the Initial Declaration, the First Supplemental Declaration, and the Second Supplemental Declaration and submit this third supplemental declaration to provide additional disclosures.

6. Young Conaway previously disclosed that it represents Aetna Life Insurance Company in connection with a regulatory matter unrelated to sexual abuse claims or the Debtors. Young Conaway also represents UnitedHealthcare Insurance Company in that same regulatory matter.

7. Young Conaway represents and/or may have previously represented persons with names similar to those of individuals identified as litigation parties in the Debtors' list of potential parties in interest but whose names are treated as confidential. After a reasonable investigation based on the information available, Young Conaway believes that there is no overlap between Young Conaway clients and the confidential litigation parties.

8. Based on the disclosures in the Initial Declaration, the First Supplemental Declaration, the Second Supplemental Declaration, and this third supplemental declaration, I continue to believe that (a) I am independent of the Debtors and the Interested Parties; (b) none of the matters disclosed in this declaration has had or will have an adverse effect on my ability to carry out my duties as the Future Claimants' Representative to loyally and effectively represent

the Future Claimants; and (c) pursuant to section 101(14), I am a "disinterested person" and do not have any interest that is materially adverse to the Future Claimants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 10th day of June, 2020.  　　　　　　　　　　　　 /s/ James L. Patton, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　James L. Patton, Jr.