# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Meredith Neely of Gilbert LLP to represent the Future Claimants' Representative as special insurance counsel.

Dated: June 10, 2020

　　　　　　　　　　　　　　　　　　　　　*/s/ Sharon M. Zieg*
　　　　　　　　　　　　　　　　　　　　　Sharon M. Zieg (No. 4196)
　　　　　　　　　　　　　　　　　　　　　YOUNG CONAWAY STARGATT & TAYLOR, LLP
　　　　　　　　　　　　　　　　　　　　　Rodney Square
　　　　　　　　　　　　　　　　　　　　　1000 North King Street
　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　　(302) 571-6600
　　　　　　　　　　　　　　　　　　　　　szieg@ycst.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: June 10, 2020

　　　　　　　　　　　　　　　　　　　　　*/s/ Meredith Neely*
　　　　　　　　　　　　　　　　　　　　　Meredith Neely
　　　　　　　　　　　　　　　　　　　　　GILBERT LLP
　　　　　　　　　　　　　　　　　　　　　700 Pennsylvania Avenue, SE, Suite 400
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20003
　　　　　　　　　　　　　　　　　　　　　(202) 772-2200
　　　　　　　　　　　　　　　　　　　　　neelym@gilbertlegal.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.