# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**
Boy Scouts of America

**Case No.:** 20–10343–LSS

**Chapter:** 11

## CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.

_____

Una O'Boyle, Clerk of Court

Date: 6/9/20
(VAN–440)

United States Bankruptcy Court
District of Delaware

In re:                                                                  Case No. 20-10343-LSS
Boy Scouts of America                                                   Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1     User: BonnieA          Page 1 of 7              Date Rcvd: Jun 09, 2020
                         Form ID: van440        Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2020.
```
db          +Boy Scouts of America,    1325 West Walnut Hill Lane,    Irving, TX 75038-3096
aty          Andrew R. Remming,    Morris, Nichols, Arsht & Tunnell LLP,    1201 North Market Street,
               P.O. Box 1347,    Wilmington, DE  19899-1347
aty         +Derek C. Abbott,    Morris, Nichols, Arsht & Tunnell,    1201 N. Market Street,    P.O. Box 1347,
               Wilmington, DE 19899-1347
aty         +Eric Moats,    Morris, Nichols Arsht & Tunnell,    1201 N. Market Street,    P. O. Box 1347,
               Wilmington, DE 19899-1347
aty         +Hannah Mufson McCollum,    Office of the United States Trustee,    U. S. Department of Justice,
               844 King Street, Suite 2207,    Lockbox #35,    Wilmington, DE 19801-3519
aty         +Janine Panchok-Berry,    O'Melveny & Myers,    Times Square Tower,    7 Times Square Tower,
               New York, NY 10036-6580
aty         +Jessica C. Boelter,    Sidley Austin LLP,    787 Seventh Avenue,    New York, NY 10019-6088
aty         +Joseph Charles Barsalona II,    Morris Nichols Arsht & Tunnell LLP,    1201 North Market Street,
               Suite 1600,    Wilmington, DE 19801-1146
aty         +Matthew Evan Linder,    Sidley Austin LLP,    1 South Dearborn Street,    Chicago, IL 60603-2323
aty         +Michael Christian Andolina,    Sidley Austin,    1 South Dearborn Street,
               Chicago, IL 60603-2323
aty          Morris, Nichols, Arsht & Tunnell LLP,    Morris, Nichols, Arsht & Tunnell LLP,
               1201 North Market Street,    P.O. Box 1347,    Wilmington, DE  19899-1347
aty         +Paige Noelle Topper,    Morris Nichols Arsht & Tunnel,    1201 N. Market Street,
               Wilmington, DE 19801-1146
aty         +Stamatios Stamoulis,    Stamoulis & Weinblatt LLC,    800 N. West Street, Third Floor,
               Wilmington, DE 19801-1565
aty         +Thomas A. Labuda, Jr.,    Sidley Austin LLP,    One South Dearborn,    Chicago, IL 60603-2323
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Jun 09 2020 21:43:07     David L. Buchbinder,
               Office of the U.S. Trustee,    J. Caleb Boggs Federal Building,    Suite 2207,
               Wilmington, DE  19801
                                                                                              TOTAL: 1
```
         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 9, 2020 at the address(es) listed below:
```
              Abigail  Williams    on behalf of Interested Party    First State Insurance Company
               awilliams@goodwin.com
              Abigail  Williams    on behalf of Interested Party    Hartford Accident and Indemnity Company
               awilliams@goodwin.com
              Abigail  Williams    on behalf of Interested Party    Twin City Fire Insurance Company
               awilliams@goodwin.com
              Adam G. Landis    on behalf of Interested Party    Survivors of Abuse landis@lrclaw.com,
               brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com
              Adam J. Goldberg    on behalf of Interested Party    The Church of Jesus Christ of Latter-day
               Saints adam.goldberg@lw.com
              Alessandra  Glorioso    on behalf of Creditor    Girl Scouts of the United States of America
               glorioso.alessandra@dorsey.com
              Amy Christine Quartarolo    on behalf of Interested Party    The Church of Jesus Christ of
               Latter-day Saints amy.quartarolo@lw.com,    colleen.rico@lw.com
              Andrew Fotre O'Neill    on behalf of Debtor    Boy Scouts of America aoneill@sidley.com,
               pcaruso@sidley.com;jboelter@sidley.com;kmills@sidley.com
```

```
District/off: 0311-1                User: BonnieA              Page 2 of 7                  Date Rcvd: Jun 09, 2020
                                    Form ID: van440            Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

 Andrew John Roth-Moore on behalf of Interested Party Evanston Insurance Company aroth-moore@bhfs.com
 Andrew R. Remming on behalf of Debtor Boy Scouts of America aremming@mnat.com, andrew-remming-0904@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com
 Anthony M. Saccullo on behalf of Creditor Jorge Vega ams@saccullolegal.com
 Blair M. Warner on behalf of Interested Party Delaware BSA, LLC blair.warner@sidley.com, blair-warner-3913@ecf.pacerpro.com;efilingnotice@sidley.com
 Blair M. Warner on behalf of Debtor Boy Scouts of America blair.warner@sidley.com, blair-warner-3913@ecf.pacerpro.com;efilingnotice@sidley.com
 Bradley Rice on behalf of Creditor Jack Doe brice@nagelrice.com
 Brett D. Fallon on behalf of Creditor Lion Brothers Company, Inc. bfallon@morrisjames.com, wweller@morrisjames.com;rzerbe@morrisjames.com
 Brett D. Fallon on behalf of Interested Party Old Republic Insurance Company bfallon@morrisjames.com, wweller@morrisjames.com;rzerbe@morrisjames.com
 Brett Michael Haywood on behalf of Interested Party The Church of Jesus Christ of Latter-day Saints haywood@rlf.com, rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com
 Brian J. McLaughlin on behalf of Creditor Waste Management bmclaughlin@monlaw.com
 Bruce Ewing on behalf of Creditor Girl Scouts of the United States of America ewing.bruce@dorsey.com
 Bruce W. McCullough on behalf of Interested Party Agricultural Insurance Company bmccullough@bodellbove.com
 Bruce William Leaverton on behalf of Interested Party Chief Seattle Council, Boy Scouts of America bleaverton@karrtuttle.com, mfeinberg@karrtuttle.com;mmunhall@karrtuttle.com
 Brya Michele Keilson on behalf of Interested Party Old Republic Insurance Company bkeilson@morrisjames.com, wweller@morrisjames.com;rzerbe@morrisjames.com
 Cassandra B. Burton on behalf of Creditor Pension Benefit Guaranty Corporation burton.cassandra@pbgc.gov, efile@pbgc.gov
 Christopher Murphy on behalf of Creditor Texas Workforce Commission bk-cmurphy@oag.texas.gov, sherri.simpson@oag.texas.gov
 Christopher Page Simon on behalf of Attorney Sidley Austin LLP csimon@crosslaw.com, smacdonald@crosslaw.com
 Craig Todd Goldblatt on behalf of Interested Party The Continental Insurance Company as successor in interest to certain policies issued by Harbor Insurance Company craig.goldblatt@wilmerhale.com, lauren.lifland@wilmerhale.com
 Craig Todd Goldblatt on behalf of Interested Party The Continental Insurance Company successor by merger to Niagara Fire Insurance Company craig.goldblatt@wilmerhale.com, lauren.lifland@wilmerhale.com
 Craig Todd Goldblatt on behalf of Interested Party The Continental Insurance Company craig.goldblatt@wilmerhale.com, lauren.lifland@wilmerhale.com
 Craig Todd Goldblatt on behalf of Interested Party Columbia Casualty Company craig.goldblatt@wilmerhale.com, lauren.lifland@wilmerhale.com
 Craig Trent Fessenden on behalf of Creditor Pension Benefit Guaranty Corporation fessenden.craig@pbgc.gov, efile@pbgc.gov
 David A. Lebowitz on behalf of Creditor Ronald Hernandez Hunter dlebowitz@kllflaw.com
 David A. Lebowitz on behalf of Defendant Ronald Hernandez Hunter dlebowitz@kllflaw.com
 David E. Blabey, Jr. on behalf of Creditor Committee Official Committee of Unsecured Creditors dblabey@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com
 David L. Buchbinder on behalf of U.S. Trustee U.S. Trustee david.l.buchbinder@usdoj.gov, david.l.buchbinder@usdoj.gov
 David M. Fournier on behalf of Interested Party National Surety Corporation fournierd@pepperlaw.com, wlbank@pepperlaw.com,fournierd@ecf.inforuptcy.com, wlbank@ecf.inforuptcy.com,smithda@pepperlaw.com,molitorm@pepperlaw.com,hardinp@pepperlaw.com
 David M. Fournier on behalf of Interested Party Allianz Global Risks US Insurance Company fournierd@pepperlaw.com, wlbank@pepperlaw.com,fournierd@ecf.inforuptcy.com, wlbank@ecf.inforuptcy.com,smithda@pepperlaw.com,molitorm@pepperlaw.com,hardinp@pepperlaw.com
 David M. Klauder on behalf of Interested Party Various Tort Claimants dklauder@bk-legal.com
 Debra L. Greenberger on behalf of Creditor Ronald Hernandez Hunter dgreenberger@ecbalaw.com, gmejia@ecbalaw.com;docketing@ecbalaw.com
 Debra L. Greenberger on behalf of Defendant Ronald Hernandez Hunter dgreenberger@ecbalaw.com, gmejia@ecbalaw.com;docketing@ecbalaw.com
 Deirdre M. Richards on behalf of Creditor AIG drichards@finemanlawfirm.com
 Derek C. Abbott on behalf of Plaintiff Boy Scouts of America dabbott@mnat.com, meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com;derek-abbott-1155@ecf.pacerpro.com
 Derek C. Abbott on behalf of Interested Party Delaware BSA, LLC dabbott@mnat.com, meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com;derek-abbott-1155@ecf.pacerpro.com
 Derek C. Abbott on behalf of Debtor Boy Scouts of America dabbott@mnat.com, meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com;derek-abbott-1155@ecf.pacerpro.com
 Derek C. Abbott on behalf of Debtor Delaware BSA, LLC dabbott@mnat.com, meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com;derek-abbott-1155@ecf.pacerpro.com
 Domenic E. Pacitti on behalf of Interested Party Various Abuse Victims dpacitti@klehr.com
 Domenic E. Pacitti on behalf of Interested Party Abuse Victims dpacitti@klehr.com
 Douglas K Mayer on behalf of Interested Party Ad Hoc Committee of Local Councils of the Boy Scouts of America dkmayer@wlrk.com

```
District/off: 0311-1             User: BonnieA               Page 3 of 7                     Date Rcvd: Jun 09, 2020
                                 Form ID: van440             Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Douglas R Gooding    on behalf of Creditor    Liberty Mutual Insurance Company dgooding@choate.com
          Edwin J. Harron    on behalf of Other Prof.    Future Claimants' Representative bankfilings@ycst.com
          Eric  Moats    on behalf of Other Prof.    Alvarez & Marsal North America, LLC emoats@mnat.com,
           glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com
          Eric  Moats    on behalf of Interested Party    Delaware BSA, LLC emoats@mnat.com,
           glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com
          Eric  Moats    on behalf of Other Prof.    KCIC, LLC emoats@mnat.com,
           glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com
          Eric  Moats    on behalf of Interested Party    Boy Scouts of America emoats@mnat.com,
           glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com
          Eric  Moats    on behalf of Debtor    Boy Scouts of America emoats@mnat.com,
           glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com
          Eric  Moats    on behalf of Other Prof.    Bates White, LLC emoats@mnat.com,
           glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com
          Eric  Moats    on behalf of Interested Party    Ogletree, Deakins, Nash, Smoak & Stewart, P.C. emoats@mnat.com,
           glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com
          Eric  Moats    on behalf of Debtor    Delaware BSA, LLC emoats@mnat.com,
           glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com
          Eric  Moats    on behalf of Plaintiff    Boy Scouts of America emoats@mnat.com,
           glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com
          Eric Lopez Schnabel    on behalf of Creditor    Girl Scouts of the United States of America de.ecf@Dorsey.com
          Eric S. Goldstein    on behalf of Interested Party    First State Insurance Company egoldstein@goodwin.com, bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com
          Eric S. Goldstein    on behalf of Interested Party    Hartford Accident and Indemnity Company egoldstein@goodwin.com, bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com
          Eric S. Goldstein    on behalf of Interested Party    Twin City Fire Insurance Company egoldstein@goodwin.com, bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com
          Erin  Edwards    on behalf of Other Prof.    Future Claimants' Representative bankfilings@ycst.com
          Erin R Fay    on behalf of Interested Party    Twin City Fire Insurance Company efay@bayardlaw.com, kmccloskey@bayardlaw.com
          Erin R Fay    on behalf of Interested Party    Hartford Accident and Indemnity Company efay@bayardlaw.com, kmccloskey@bayardlaw.com
          Erin R Fay    on behalf of Interested Party    First State Insurance Company efay@bayardlaw.com, kmccloskey@bayardlaw.com
          Gregory Joseph Flasser    on behalf of Interested Party    First State Insurance Company gflasser@bayardlaw.com
          Gregory Joseph Flasser    on behalf of Interested Party    Twin City Fire Insurance Company gflasser@bayardlaw.com
          Gregory Joseph Flasser    on behalf of Plaintiff    Hartford Accident and Indemnity Company gflasser@bayardlaw.com
          Gregory Joseph Flasser    on behalf of Interested Party    Hartford Accident and Indemnity Company gflasser@bayardlaw.com
          Gregory Joseph Flasser    on behalf of Plaintiff    First State Insurance Company gflasser@bayardlaw.com
          Hannah Mufson McCollum    on behalf of U.S. Trustee    U.S. Trustee hannah.mccollum@usdoj.gov
          Helen Elizabeth Weller    on behalf of Creditor    Montgomery County dallas.bankruptcy@publicans.com, Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Fort Bend County dallas.bankruptcy@publicans.com, Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Dallas County dallas.bankruptcy@publicans.com, Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Harris County dallas.bankruptcy@publicans.com, Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Orange County dallas.bankruptcy@publicans.com, Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Igor  Shleypak    on behalf of Interested Party    The Insurance Company of the State of Pennsylvania ishleypak@fgppr.com, bcastillo@fgppr.com
          Igor  Shleypak    on behalf of Interested Party    Landmark Insurance Company ishleypak@fgppr.com, bcastillo@fgppr.com
          Igor  Shleypak    on behalf of Interested Party    Lexington Insurance Company ishleypak@fgppr.com, bcastillo@fgppr.com
          Igor  Shleypak    on behalf of Interested Party    NATIONAL UNION FIRE CO. OF PITTSBURGH,PA ishleypak@fgppr.com, bcastillo@fgppr.com
          Ilan B. Scharf    on behalf of Interested Party    Tort Claimants' Committee ischarf@pszjlaw.com
          James  Ruggeri    on behalf of Interested Party    Hartford Accident and Indemnity Company jruggeri@goodwin.com

```
District/off: 0311-1               User: BonnieA                 Page 4 of 7                  Date Rcvd: Jun 09, 2020
                                   Form ID: van440               Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          James Ruggeri    on behalf of Interested Party    First State Insurance Company
           jruggeri@goodwin.com
          James Ruggeri    on behalf of Interested Party    Twin City Fire Insurance Company
           jruggeri@goodwin.com
          James Tobia    on behalf of Interested Party Nichole  Erickson
           jimtobia@comcast.net;bankserve@tobialaw.com
          James E O'Neill    on behalf of Interested Party    Tort Claimants' Committee joneill@pszjlaw.com,
           efile1@pszjlaw.com
          James E O'Neill    on behalf of Other Prof.    Berkeley Research Group, LLC joneill@pszjlaw.com,
           efile1@pszjlaw.com
          James I. Stang    on behalf of Interested Party    Tort Claimants' Committee jstang@pszjlaw.com,
           hrafatjoo@pszjlaw.com
          Janine Panchok-Berry    on behalf of Interested Party    Century Indemnity Company
           jpanchok-berry@omm.com,   janine-panchok-berry-0545@ecf.pacerpro.com
          Jason A. Gibson    on behalf of Defendant Ronald Hernandez Hunter gibson@teamrosner.com
          Jason A. Gibson    on behalf of Creditor Ronald Hernandez Hunter gibson@teamrosner.com
          Jason Paul Hood    on behalf of Interested Party    Chickasaw Council, Boy Scouts of America, Inc.
           jason.hood@davieshood.com
          Jeffrey R. Waxman    on behalf of Other Prof.    Pearson Education, Inc. and NCS Pearson, Inc.
           jwaxman@morrisjames.com,   wweller@morrisjames.com;rzerbe@morrisjames.com
          Jeffrey Thomas Testa    on behalf of Interested Party    Boy Scouts of America Northern New Jersey
           Council jtesta@mccarter.com,   lrestivo@mccarter.com
          Jennifer R Sharret    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
           jsharret@kramerlevin.com,   corporate-reorg-1449@ecf.pacerpro.com
          Jessica C. Boelter    on behalf of Interested Party    Delaware BSA, LLC jboelter@sidley.com,
           kmills@sidley.com
          Jessica C. Boelter    on behalf of Debtor    Boy Scouts of America jboelter@sidley.com,
           kmills@sidley.com
          John A. Morris    on behalf of Interested Party    Tort Claimants' Committee jmorris@pszjlaw.com
          John Daniel McLaughlin, Jr.    on behalf of Interested Party    Ad Hoc Committee of Local Councils
           of the Boy Scouts of America jmclaughlin@ferryjoseph.com,   jack@mclaughlincounsel.com
          John P. Dillman    on behalf of Creditor    Montgomery County houston_bankruptcy@publicans.com
          John P. Dillman    on behalf of Creditor    Harris County houston_bankruptcy@publicans.com
          John P. Dillman    on behalf of Creditor    Fort Bend County houston_bankruptcy@publicans.com
          John P. Dillman    on behalf of Creditor    Orange County houston_bankruptcy@publicans.com
          John P. Dillman    on behalf of Creditor    Houston Liens houston_bankruptcy@publicans.com
          John P. Dillman    on behalf of Creditor    Cleveland ISD houston_bankruptcy@publicans.com
          John R. Weaver, Jr.    on behalf of Defendant    R.L. and C.L., his wife jrweaverlaw@verizon.net,
           DCrivaro@stark-stark.com;DMisener@stark-stark.com
          John R. Weaver, Jr.    on behalf of Creditor    R.L. and C.L., his wife jrweaverlaw@verizon.net,
           DCrivaro@stark-stark.com;DMisener@stark-stark.com
          Joseph Charles Barsalona II    on behalf of Debtor    Boy Scouts of America jbarsalona@mnat.com,
           joseph--barsalona-5332@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@e
           cf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com
          Joseph Clarke Celentino    on behalf of Interested Party    Ad Hoc Committee of Local Councils of
           the Boy Scouts of America jccelentino@wlrk.com
          Joseph H Lemkin    on behalf of Defendant    R.L. and C.L., his wife jlemkin@stark-stark.com
          Joseph H Lemkin    on behalf of Creditor    R.L. and C.L., his wife jlemkin@stark-stark.com
          Joseph H. Huston, Jr.    on behalf of Defendant    LG 37 Doe jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Interested Party    LG 37 Doe jhh@stevenslee.com
          Joshua Weinberg    on behalf of Interested Party    First State Insurance Company
           jweinberg@goodwin.com
          Joshua Weinberg    on behalf of Interested Party    Twin City Fire Insurance Company
           jweinberg@goodwin.com
          Joshua Weinberg    on behalf of Interested Party    Hartford Accident and Indemnity Company
           jweinberg@goodwin.com
          Karen C. Bifferato    on behalf of Creditor    IRC Burnsville Crossing, L.L.C.
           kbifferato@connollygallagher.com
          Karim Basaria    on behalf of Debtor    Boy Scouts of America kbasaria@sidley.com,
           efilingnotice@sidley.com;karim-basaria-6831@ecf.pacerpro.com;bbrunner@sidley.com
          Karim Basaria    on behalf of Interested Party    Delaware BSA, LLC kbasaria@sidley.com,
           efilingnotice@sidley.com;karim-basaria-6831@ecf.pacerpro.com;bbrunner@sidley.com
          Kate P. Foley    on behalf of Creditor    Sun Life Assurance Company of Canada
           kfoley@mirickoconnell.com
          Kate R. Buck    on behalf of Interested Party    Boy Scouts of America Northern New Jersey Council
           kbuck@mccarter.com
          Katelin Ann Morales    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
           kmorales@reedsmith.com
          Kelly M. Conlan    on behalf of Creditor    IRC Burnsville Crossing, L.L.C.
           kconlan@connollygallagher.com
          Kimberly A. Posin    on behalf of Interested Party    The Church of Jesus Christ of Latter-day
           Saints kim.posin@lw.com
          Kristi JoLynn Doughty    on behalf of Creditor Courtney and Stephen  Courtney and Stephen Knight,
           Jointly as the Surviving Parents of E.J.K., a minor child, and Stephen Knight as the Personal
           Representative of the Estate of E.J.K. kdoughty@schnader.com
          Kristian W. Gluck    on behalf of Creditor    JPMorgan Chase Bank, National Association
           kristian.gluck@nortonrosefulbright.com

```
District/off: 0311-1                  User: BonnieA                     Page 5 of 7                    Date Rcvd: Jun 09, 2020
                                      Form ID: van440                   Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    Kurt F. Gwynne  on behalf of Creditor Committee  Official Committee of Unsecured Creditors
     kgwynne@reedsmith.com, llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
    Louis R. Strubeck, Jr.  on behalf of Creditor  JPMorgan Chase Bank, National Association
     louis.strubeck@nortonrosefulbright.com
    Marcy J. McLaughlin Smith  on behalf of Interested Party  Allianz Global Risks US Insurance
     Company mclaughlinm@pepperlaw.com,
     wlbank@pepperlaw.com;molitorm@pepperlaw.com;hardinp@pepperlaw.com
    Marcy J. McLaughlin Smith  on behalf of Interested Party  National Surety Corporation
     mclaughlinm@pepperlaw.com, wlbank@pepperlaw.com;molitorm@pepperlaw.com;hardinp@pepperlaw.com
    Mark L. Desgrosseilliers  on behalf of Interested Party Jane Doe desgross@chipmanbrown.com,
     dero@chipmanbrown.com;fusco@chipmanbrown.com
    Mark L. Desgrosseilliers  on behalf of Defendant  LG 37 Doe desgross@chipmanbrown.com,
     dero@chipmanbrown.com;fusco@chipmanbrown.com
    Mary E. Augustine  on behalf of Creditor Jorge Vega meg@saccullolegal.com
    Matthew Evan Linder  on behalf of Interested Party  Delaware BSA, LLC mlinder@sidley.com
    Matthew Evan Linder  on behalf of Debtor  Boy Scouts of America mlinder@sidley.com
    Matthew P. Ward  on behalf of Creditor  JPMorgan Chase Bank, National Association
     matthew.ward@wbd-us.com, Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
    Maxim B. Litvak  on behalf of Interested Party  Tort Claimants' Committee mlitvak@pszjlaw.com
    Michael Christian Andolina  on behalf of Interested Party  Delaware BSA, LLC
     mandolina@sidley.com
    Michael Christian Andolina  on behalf of Debtor  Boy Scouts of America mandolina@sidley.com
    Michael Joseph Joyce  on behalf of Interested Party  Arrowood Indemnity Company
     mjoyce@mjlawoffices.com
    Michael Joseph Joyce  on behalf of Creditor  Labatt Food Service mjoyce@mjlawoffices.com
    Michael Joseph Merchant  on behalf of Interested Party  The Church of Jesus Christ of
     Latter-day Saints merchant@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
    Michele Backus Konigsberg  on behalf of Interested Party  First State Insurance Company
     mbackus@goodwin.com
    Michele Backus Konigsberg  on behalf of Interested Party  Twin City Fire Insurance Company
     mbackus@goodwin.com
    Michele Backus Konigsberg  on behalf of Interested Party  Hartford Accident and Indemnity
     Company mbackus@goodwin.com
    Morgan L. Patterson  on behalf of Creditor  JPMorgan Chase Bank, National Association
     morgan.patterson@wbd-us.com, Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
    Paige Noelle Topper  on behalf of Other Prof.  KCIC, LLC ptopper@mnat.com,
     meghan-leyh-4080@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com
    Paige Noelle Topper  on behalf of Attorney  Sidley Austin LLP ptopper@mnat.com,
     meghan-leyh-4080@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com
    Paige Noelle Topper  on behalf of Interested Party  Delaware BSA, LLC ptopper@mnat.com,
     meghan-leyh-4080@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com
    Paige Noelle Topper  on behalf of Attorney  Morris, Nichols, Arsht & Tunnell LLP
     ptopper@mnat.com,
     meghan-leyh-4080@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com
    Paige Noelle Topper  on behalf of Debtor  Boy Scouts of America ptopper@mnat.com,
     meghan-leyh-4080@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com
    Paige Noelle Topper  on behalf of Other Prof.  Bates White, LLC ptopper@mnat.com,
     meghan-leyh-4080@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com
    Paige Noelle Topper  on behalf of Spec. Counsel  Haynes and Boone LLP ptopper@mnat.com,
     meghan-leyh-4080@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com
    Paige Noelle Topper  on behalf of Interested Party  Ogletree, Deakins, Nash, Smoak & Stewart,
     P.C. ptopper@mnat.com,
     meghan-leyh-4080@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com
    Paige Noelle Topper  on behalf of Other Prof.  Alvarez & Marsal North America, LLC
     ptopper@mnat.com,
     meghan-leyh-4080@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com
    Paige Noelle Topper  on behalf of Plaintiff  Boy Scouts of America ptopper@mnat.com,
     meghan-leyh-4080@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com
    Patrick A. Jackson  on behalf of Interested Party  The Roman Catholic Diocese of Brooklyn New
     York Patrick.jackson@faegredrinker.com, rokeysha.ramos@faegredrinker.com
    Patrick A. Jackson  on behalf of Creditor  Weaver Fundraising, LLC d/b/a Trail's End Popcorn
     Company Patrick.jackson@faegredrinker.com, rokeysha.ramos@faegredrinker.com
    Paul A Fanning  on behalf of Interested Party  East Carolina Council BSA, Inc.
     paf@wardandsmith.com,
     DocketCR@wardandsmith.com;nsf@wardandsmith.com;blh@wardandsmith.com;JSCotten@wardandsmith.com
    Paul W. Carey  on behalf of Creditor  Sun Life Assurance Company of Canada
     pcarey@mirickoconnell.com

```
District/off: 0311-1                  User: BonnieA                  Page 6 of 7                  Date Rcvd: Jun 09, 2020
                                      Form ID: van440                Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          R. Craig Martin   on behalf of Interested Party   Ad Hoc Committee of Local Councils of the Boy Scouts of America craig.martin@dlapiper.com, carolyn.fox@dlapiper.com;craig-martin-0553@ecf.pacerpro.com
          R. Karl Hill   on behalf of Creditor   Liberty Mutual Insurance Company khill@svglaw.com, spappa@svglaw.com,cwalters@svglaw.com
          Rachael Ringer   on behalf of Creditor Committee   Official Committee of Unsecured Creditors rringer@kramerlevin.com, AByowitz@kramerlevin.com;NHertzBunzl@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com
          Rachel B. Mersky   on behalf of Creditor   Waste Management rmersky@monlaw.com
          Raeann C Warner   on behalf of Creditor C. F. raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
          Raeann C Warner   on behalf of Creditor John Doe #2 raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
          Raeann C Warner   on behalf of Creditor John Doe #3 raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
          Raeann C Warner   on behalf of Defendant F. A. raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
          Raeann C Warner   on behalf of Defendant A. S. raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
          Raeann C Warner   on behalf of Defendant C. F. raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
          Raeann C Warner   on behalf of Creditor A. S. raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
          Raeann C Warner   on behalf of Creditor B. L. raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
          Raeann C Warner   on behalf of Creditor Timothy Spahr raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
          Raeann C Warner   on behalf of Creditor Z. R. S., a minor raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
          Raeann C Warner   on behalf of Creditor Joseph Elmer Kaminski raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
          Raeann C Warner   on behalf of Creditor F. A. raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
          Raeann C Warner   on behalf of Defendant J. M. raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
          Raeann C Warner   on behalf of Creditor N. C. raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
          Raeann C Warner   on behalf of Creditor John Doe #1 raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
          Raeann C Warner   on behalf of Defendant N. C. raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
          Raeann C Warner   on behalf of Defendant E. B. raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
          Raeann C Warner   on behalf of Creditor E. B. raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
          Raeann C Warner   on behalf of Defendant B. L. raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
          Raeann C Warner   on behalf of Creditor J. M. raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
          Raeann C Warner   on behalf of Creditor Karen Spahr raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
          Raeann C Warner   on behalf of Defendant K. W. raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
          Raeann C Warner   on behalf of Creditor K. W. raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
          Reliable Companies   gmatthews@reliable-co.com
          Richard A. Barkasy   on behalf of Creditor Courtney and Stephen Courtney and Stephen Knight, Jointly as the Surviving Parents of E.J.K., a minor child, and Stephen Knight as the Personal Representative of the Estate of E.J.K. rbarkasy@schnader.com
          Richard Charles Weinblatt   on behalf of Interested Party   Century Indemnity Company weinblatt@swdelaw.com
          Richard J. Bernard   on behalf of Creditor - Imperial Council   Boy Scouts of America San Diego rbernard@foley.com, NORTHEAST-LitigationDocket@foley.com,CHI-LitigationDocket@foley.com
          Richard J. Bernard   on behalf of Creditor   Three Harbors Council Inc. Boy Scouts of America rbernard@foley.com, NORTHEAST-LitigationDocket@foley.com,CHI-LitigationDocket@foley.com
          Richard W. Riley   on behalf of Creditor   Baltimore Area Council Boy Scouts of America, Inc. rriley@wtplaw.com, clano@wtplaw.com
          Riley C. Walter   on behalf of Other Prof.   Sequoia Council of Boy Scouts, Inc. ecf@w2lg.com
          Robert S. Brady   on behalf of Other Prof.   Future Claimants' Representative bankfilings@ycst.com
          Ronald S. Gellert   on behalf of Creditor   KS Does rgellert@gsbblaw.com
          Sara Beth A.R. Kohut   on behalf of Other Prof.   Future Claimants' Representative skohut@ycst.com, bankfulings@ycst.com
          Sharon M Zieg   on behalf of Other Prof.   Future Claimants' Representative bankfilings@ycst.com
          Shawn M. Christianson   on behalf of Creditor   Oracle America, Inc. schristianson@buchalter.com, cmcintire@buchalter.com
          Stamatios Stamoulis   on behalf of Interested Party   Century Indemnity Company stamoulis@swdelaw.com, filings@swdelaw.com
          Steven A. Ginther   on behalf of Creditor   Missouri Department of Revenue deecf@dor.mo.gov

```
District/off: 0311-1          User: BonnieA              Page 7 of 7             Date Rcvd: Jun 09, 2020
                              Form ID: van440            Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Susan N.K. Gummow    on behalf of Interested Party    Landmark Insurance Company sgummow@fgppr.com, bcastillo@fgppr.com
          Susan N.K. Gummow    on behalf of Interested Party    Lexington Insurance Company sgummow@fgppr.com, bcastillo@fgppr.com
          Susan N.K. Gummow    on behalf of Interested Party    NATIONAL UNION FIRE CO. OF PITTSBURGH,PA sgummow@fgppr.com, bcastillo@fgppr.com
          Susan N.K. Gummow    on behalf of Interested Party    The Insurance Company of the State of Pennsylvania sgummow@fgppr.com, bcastillo@fgppr.com
          Tara LeDay    on behalf of Creditor    Texas Taxing Authorities bankruptcy@mvbalaw.com, tleday@ecf.courtdrive.com,jwilliams@mvbalaw.com,alocklin@mvbalaw.com;kmorriss@mvbalaw.com
          Todd C. Jacobs    on behalf of Interested Party    National Surety Corporation tjacobs@bradleyriley.com
          Todd M. Brooks    on behalf of Creditor    Baltimore Area Council Boy Scouts of America, Inc. tbrooks@wtplaw.com, mfletcher@wtplaw.com
          U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
          William Pierce Bowden    on behalf of Interested Party    Del-Mar-Va Council, Inc., Boy Scouts of America wbowden@ashby-geddes.com

TOTAL: 211