# Notice Recipients

District/Off: 0311−1     User: JasonSp     Date Created: 6/12/2020
Case: 20−10343−LSS     Form ID: van440     Total: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Boy Scouts of America | 1325 West Walnut Hill Lane | Irving, TX 75038 | |
| aty | David L. Buchbinder | Office of the U.S. Trustee | J. Caleb Boggs Federal Building | Suite 2207  Wilmington, DE 19801 |
| aty | Derek C. Abbott | Morris, Nichols, Arsht & Tunnell | 1201 N. Market Street | P.O. Box 1347  Wilmington, DE 19899 |
| aty | Eric Moats | Morris, Nichols Arsht & Tunnell | 1201 N. Market Street | P. O. Box 1347  Wilmington, DE 19801 |
| aty | Hannah Mufson McCollum | Office of the United States Trustee | U. S. Department of Justice | 844 King Street, Suite 2207  Lockbox #35  Wilmington, DE 19801 |

                                                          TOTAL: 5