# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**
Boy Scouts of America

**Case No.:** 20–10343–LSS

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.

_____

Una O'Boyle, Clerk of Court

Date: 6/12/20
(VAN–440)

United States Bankruptcy Court
District of Delaware

In re:                                                            Case No. 20-10343-LSS
Boy Scouts of America                                             Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1            User: JasonSp            Page 1 of 7            Date Rcvd: Jun 12, 2020
                                Form ID: van440         Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2020.
db             +Boy Scouts of America,    1325 West Walnut Hill Lane,    Irving, TX 75038-3096
aty            +Derek C. Abbott,    Morris, Nichols, Arsht & Tunnell,    1201 N. Market Street,    P.O. Box 1347,
                 Wilmington, DE 19899-1347
aty            +Eric Moats,    Morris, Nichols Arsht & Tunnell,    1201 N. Market Street,    P. O. Box 1347,
                 Wilmington, DE 19899-1347
aty            +Hannah Mufson McCollum,    Office of the United States Trustee,    U. S. Department of Justice,
                 844 King Street, Suite 2207,    Lockbox #35,    Wilmington, DE 19801-3519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: USTPRegion03.WL.ECF@USDOJ.GOV Jun 12 2020 21:47:04      David L. Buchbinder,
                 Office of the U.S. Trustee,    J. Caleb Boggs Federal Building,    Suite 2207,
                 Wilmington, DE  19801
                                                                                                                                                        TOTAL: 1

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2020 at the address(es) listed below:
      Abigail Williams    on behalf of Interested Party    First State Insurance Company
       awilliams@goodwin.com
      Abigail Williams    on behalf of Interested Party    Hartford Accident and Indemnity Company
       awilliams@goodwin.com
      Abigail Williams    on behalf of Interested Party    Twin City Fire Insurance Company
       awilliams@goodwin.com
      Adam G. Landis    on behalf of Interested Party    Survivors of Abuse landis@lrclaw.com,
       brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;snyder@lrclaw.com
      Adam J. Goldberg    on behalf of Interested Party    The Church of Jesus Christ of Latter-day
       Saints adam.goldberg@lw.com
      Alessandra Glorioso    on behalf of Creditor    Girl Scouts of the United States of America
       glorioso.alessandra@dorsey.com
      Amy Christine Quartarolo    on behalf of Interested Party    The Church of Jesus Christ of
       Latter-day Saints amy.quartarolo@lw.com,    colleen.rico@lw.com
      Andrew Fotre O'Neill    on behalf of Debtor    Boy Scouts of America aoneill@sidley.com,
       pcaruso@sidley.com;jboelter@sidley.com;kmills@sidley.com
      Andrew John Roth-Moore    on behalf of Interested Party    Evanston Insurance Company
       aroth-moore@bhfs.com
      Andrew R. Remming    on behalf of Debtor    Boy Scouts of America aremming@mnat.com,
       andrew-remming-0904@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.
       pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com
      Anthony M. Saccullo    on behalf of Creditor Jorge    Vega ams@saccullolegal.com
      Blair M. Warner    on behalf of Interested Party    Delaware BSA, LLC blair.warner@sidley.com,
       blair-warner-3913@ecf.pacerpro.com;efilingnotice@sidley.com
      Blair M. Warner    on behalf of Debtor    Boy Scouts of America blair.warner@sidley.com,
       blair-warner-3913@ecf.pacerpro.com;efilingnotice@sidley.com
      Bradley Rice    on behalf of Creditor Jack    Doe brice@nagelrice.com
      Brett D. Fallon    on behalf of Creditor    Lion Brothers Company, Inc. bfallon@morrisjames.com,
       wweller@morrisjames.com;rzerbe@morrisjames.com
      Brett D. Fallon    on behalf of Interested Party    Old Republic Insurance Company
       bfallon@morrisjames.com,    wweller@morrisjames.com;rzerbe@morrisjames.com
      Brett Michael Haywood    on behalf of Interested Party    The Church of Jesus Christ of Latter-day
       Saints haywood@rlf.com,    rbgroup@rlf.com,ann-jerominski-2390@ecf.pacerpro.com

```
District/off: 0311-1              User: JasonSp                Page 2 of 7                    Date Rcvd: Jun 12, 2020
                                  Form ID: van440              Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

           Brian J. McLaughlin   on behalf of Creditor   Waste Management bmclaughlin@monlaw.com
           Bruce   Ewing   on behalf of Creditor   Girl Scouts of the United States of America ewing.bruce@dorsey.com
           Bruce W. McCullough   on behalf of Interested Party   Agricultural Insurance Company bmccullough@bodellbove.com
           Bruce William Leaverton   on behalf of Interested Party   Chief Seattle Council, Boy Scouts of America bleaverton@karrtuttle.com, mfeinberg@karrtuttle.com;mmunhall@karrtuttle.com
           Brya Michele Keilson   on behalf of Interested Party   Old Republic Insurance Company bkeilson@morrisjames.com, wweller@morrisjames.com;rzerbe@morrisjames.com
           Cassandra B. Burton   on behalf of Creditor   Pension Benefit Guaranty Corporation burton.cassandra@pbgc.gov, efile@pbgc.gov
           Christopher  Murphy   on behalf of Creditor   Texas Workforce Commission bk-cmurphy@oag.texas.gov, sherri.simpson@oag.texas.gov
           Christopher Page Simon   on behalf of Attorney   Sidley Austin LLP csimon@crosslaw.com, smacdonald@crosslaw.com
           Craig Todd Goldblatt   on behalf of Interested Party   The Continental Insurance Company as successor in interest to certain policies issued by Harbor Insurance Company craig.goldblatt@wilmerhale.com, lauren.lifland@wilmerhale.com
           Craig Todd Goldblatt   on behalf of Interested Party   The Continental Insurance Company successor by merger to Niagara Fire Insurance Company craig.goldblatt@wilmerhale.com, lauren.lifland@wilmerhale.com
           Craig Todd Goldblatt   on behalf of Interested Party   The Continental Insurance Company craig.goldblatt@wilmerhale.com, lauren.lifland@wilmerhale.com
           Craig Todd Goldblatt   on behalf of Interested Party   Columbia Casualty Company craig.goldblatt@wilmerhale.com, lauren.lifland@wilmerhale.com
           Craig Trent Fessenden   on behalf of Creditor   Pension Benefit Guaranty Corporation fessenden.craig@pbgc.gov, efile@pbgc.gov
           David A. Lebowitz   on behalf of Creditor Ronald Hernandez Hunter dlebowitz@kllflaw.com
           David A. Lebowitz   on behalf of Defendant Ronald Hernandez Hunter dlebowitz@kllflaw.com
           David E. Blabey, Jr.   on behalf of Creditor Committee   Official Committee of Unsecured Creditors dblabey@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com
           David L. Buchbinder   on behalf of U.S. Trustee   U.S. Trustee david.l.buchbinder@usdoj.gov, david.l.buchbinder@usdoj.gov
           David M. Fournier   on behalf of Interested Party   National Surety Corporation fournierd@pepperlaw.com, wlbank@pepperlaw.com,fournierd@ecf.inforuptcy.com, wlbank@ecf.inforuptcy.com,smithda@pepperlaw.com,molitorm@pepperlaw.com,hardinp@pepperlaw.com
           David M. Fournier   on behalf of Interested Party   Allianz Global Risks US Insurance Company fournierd@pepperlaw.com, wlbank@pepperlaw.com,fournierd@ecf.inforuptcy.com, wlbank@ecf.inforuptcy.com,smithda@pepperlaw.com,molitorm@pepperlaw.com,hardinp@pepperlaw.com
           David M. Klauder   on behalf of Interested Party   Various Tort Claimants dklauder@bk-legal.com
           Debra L. Greenberger   on behalf of Creditor Ronald Hernandez Hunter dgreenberger@ecbalaw.com, gmejia@ecbalaw.com;docketing@ecbalaw.com
           Debra L. Greenberger   on behalf of Defendant Ronald Hernandez Hunter dgreenberger@ecbalaw.com, gmejia@ecbalaw.com;docketing@ecbalaw.com
           Deirdre M. Richards   on behalf of Creditor   AIG drichards@finemanlawfirm.com
           Derek C. Abbott   on behalf of Plaintiff   Boy Scouts of America dabbott@mnat.com, meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com;derek-abbott-1155@ecf.pacerpro.com
           Derek C. Abbott   on behalf of Interested Party   Delaware BSA, LLC dabbott@mnat.com, meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com;derek-abbott-1155@ecf.pacerpro.com
           Derek C. Abbott   on behalf of Debtor   Boy Scouts of America dabbott@mnat.com, meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com;derek-abbott-1155@ecf.pacerpro.com
           Derek C. Abbott   on behalf of Debtor   Delaware BSA, LLC dabbott@mnat.com, meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com;derek-abbott-1155@ecf.pacerpro.com
           Domenic E. Pacitti   on behalf of Interested Party   Abuse Victims dpacitti@klehr.com
           Domenic E. Pacitti   on behalf of Interested Party   Various Abuse Victims dpacitti@klehr.com
           Douglas K Mayer   on behalf of Interested Party   Ad Hoc Committee of Local Councils of the Boy Scouts of America dkmayer@wlrk.com
           Douglas R Gooding   on behalf of Creditor   Liberty Mutual Insurance Company dgooding@choate.com
           Edwin J. Harron   on behalf of Other Prof.   Future Claimants' Representative bankfilings@ycst.com
           Emily  Grim   on behalf of Other Prof.   Future Claimants' Representative grime@gotofirm.com, quinnk@gotofirm.com
           Eric  Moats   on behalf of Interested Party   Delaware BSA, LLC emoats@mnat.com, glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com
           Eric  Moats   on behalf of Other Prof.   KCIC, LLC emoats@mnat.com, glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com
           Eric  Moats   on behalf of Debtor   Boy Scouts of America emoats@mnat.com, glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com
           Eric  Moats   on behalf of Interested Party   Boy Scouts of America emoats@mnat.com, glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com

```
District/off: 0311-1              User: JasonSp                Page 3 of 7                  Date Rcvd: Jun 12, 2020
                                  Form ID: van440              Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Eric Moats   on behalf of Other Prof.   Bates White, LLC emoats@mnat.com, glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com

      Eric Moats   on behalf of Interested Party   Ogletree, Deakins, Nash, Smoak & Stewart, P.C. emoats@mnat.com, glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com

      Eric Moats   on behalf of Debtor   Delaware BSA, LLC emoats@mnat.com, glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com

      Eric Moats   on behalf of Plaintiff   Boy Scouts of America emoats@mnat.com, glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com

      Eric Moats   on behalf of Other Prof.   Alvarez & Marsal North America, LLC emoats@mnat.com, glenn-reimann-6767@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com

      Eric Lopez Schnabel   on behalf of Creditor   Girl Scouts of the United States of America de.ecf@Dorsey.com

      Eric S. Goldstein   on behalf of Interested Party   First State Insurance Company egoldstein@goodwin.com, bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com

      Eric S. Goldstein   on behalf of Interested Party   Hartford Accident and Indemnity Company egoldstein@goodwin.com, bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com

      Eric S. Goldstein   on behalf of Interested Party   Twin City Fire Insurance Company egoldstein@goodwin.com, bankruptcyparalegal@goodwin.com;bankruptcy@goodwin.com

      Erin Edwards   on behalf of Other Prof.   Future Claimants' Representative bankfilings@ycst.com

      Erin R Fay   on behalf of Interested Party   Twin City Fire Insurance Company efay@bayardlaw.com, kmccloskey@bayardlaw.com

      Erin R Fay   on behalf of Interested Party   Hartford Accident and Indemnity Company efay@bayardlaw.com, kmccloskey@bayardlaw.com

      Erin R Fay   on behalf of Interested Party   First State Insurance Company efay@bayardlaw.com, kmccloskey@bayardlaw.com

      Gregory Joseph Flasser   on behalf of Interested Party   First State Insurance Company gflasser@bayardlaw.com

      Gregory Joseph Flasser   on behalf of Interested Party   Twin City Fire Insurance Company gflasser@bayardlaw.com

      Gregory Joseph Flasser   on behalf of Plaintiff   Hartford Accident and Indemnity Company gflasser@bayardlaw.com

      Gregory Joseph Flasser   on behalf of Interested Party   Hartford Accident and Indemnity Company gflasser@bayardlaw.com

      Gregory Joseph Flasser   on behalf of Plaintiff   First State Insurance Company gflasser@bayardlaw.com

      Hannah Mufson McCollum   on behalf of U.S. Trustee   U.S. Trustee hannah.mccollum@usdoj.gov

      Helen Elizabeth Weller   on behalf of Creditor   Montgomery County dallas.bankruptcy@publicans.com, Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

      Helen Elizabeth Weller   on behalf of Creditor   Dallas County dallas.bankruptcy@publicans.com, Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

      Helen Elizabeth Weller   on behalf of Creditor   Harris County dallas.bankruptcy@publicans.com, Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

      Helen Elizabeth Weller   on behalf of Creditor   Orange County dallas.bankruptcy@publicans.com, Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

      Helen Elizabeth Weller   on behalf of Creditor   Fort Bend County dallas.bankruptcy@publicans.com, Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

      Igor Shleypak   on behalf of Interested Party   The Insurance Company of the State of Pennsylvania ishleypak@fgppr.com, bcastillo@fgppr.com

      Igor Shleypak   on behalf of Interested Party   Landmark Insurance Company ishleypak@fgppr.com, bcastillo@fgppr.com

      Igor Shleypak   on behalf of Interested Party   Lexington Insurance Company ishleypak@fgppr.com, bcastillo@fgppr.com

      Igor Shleypak   on behalf of Interested Party   NATIONAL UNION FIRE CO. OF PITTSBURGH,PA ishleypak@fgppr.com, bcastillo@fgppr.com

      Ilan B. Scharf   on behalf of Interested Party   Tort Claimants' Committee ischarf@pszjlaw.com

      James Ruggeri   on behalf of Interested Party   Hartford Accident and Indemnity Company jruggeri@goodwin.com

      James Ruggeri   on behalf of Interested Party   First State Insurance Company jruggeri@goodwin.com

      James Ruggeri   on behalf of Interested Party   Twin City Fire Insurance Company jruggeri@goodwin.com

      James Tobia   on behalf of Interested Party Nichole Erickson jimtobia@comcast.net;bankserve@tobialaw.com

      James E O'Neill   on behalf of Interested Party   Tort Claimants' Committee joneill@pszjlaw.com, efile1@pszjlaw.com

      James E O'Neill   on behalf of Other Prof.   Berkeley Research Group, LLC joneill@pszjlaw.com, efile1@pszjlaw.com

      James I. Stang   on behalf of Interested Party   Tort Claimants' Committee jstang@pszjlaw.com, hrafatjoo@pszjlaw.com

      Janine Panchok-Berry   on behalf of Interested Party   Century Indemnity Company jpanchok-berry@omm.com, janine-panchok-berry-0545@ecf.pacerpro.com

      Jason A. Gibson   on behalf of Defendant Ronald Hernandez Hunter gibson@teamrosner.com

```
District/off: 0311-1          User: JasonSp              Page 4 of 7                  Date Rcvd: Jun 12, 2020
                              Form ID: van440            Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Jason A. Gibson    on behalf of Creditor Ronald Hernandez Hunter gibson@teamrosner.com
        Jason Paul Hood    on behalf of Interested Party    Chickasaw Council, Boy Scouts of America, Inc. jason.hood@davieshood.com
        Jeffrey R. Waxman    on behalf of Other Prof.    Pearson Education, Inc. and NCS Pearson, Inc. jwaxman@morrisjames.com, wweller@morrisjames.com;rzerbe@morrisjames.com
        Jeffrey Thomas Testa    on behalf of Interested Party    Boy Scouts of America Northern New Jersey Council jtesta@mccarter.com, lrestivo@mccarter.com
        Jennifer R Sharret    on behalf of Creditor Committee    Official Committee of Unsecured Creditors jsharret@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com
        Jessica C. Boelter    on behalf of Debtor    Boy Scouts of America jboelter@sidley.com, kmills@sidley.com
        Jessica C. Boelter    on behalf of Interested Party    Delaware BSA, LLC jboelter@sidley.com, kmills@sidley.com
        John A. Morris    on behalf of Interested Party    Tort Claimants' Committee jmorris@pszjlaw.com
        John Daniel McLaughlin, Jr.    on behalf of Interested Party    Ad Hoc Committee of Local Councils of the Boy Scouts of America jmclaughlin@ferryjoseph.com, jack@mclaughlincounsel.com
        John P. Dillman    on behalf of Creditor    Montgomery County houston_bankruptcy@publicans.com
        John P. Dillman    on behalf of Creditor    Harris County houston_bankruptcy@publicans.com
        John P. Dillman    on behalf of Creditor    Fort Bend County houston_bankruptcy@publicans.com
        John P. Dillman    on behalf of Creditor    Orange County houston_bankruptcy@publicans.com
        John P. Dillman    on behalf of Creditor    Houston Liens houston_bankruptcy@publicans.com
        John P. Dillman    on behalf of Creditor    Cleveland ISD houston_bankruptcy@publicans.com
        John R. Weaver, Jr.    on behalf of Defendant    R.L. and C.L., his wife jrweaverlaw@verizon.net, DCrivaro@stark-stark.com;DMisener@stark-stark.com
        John R. Weaver, Jr.    on behalf of Creditor    R.L. and C.L., his wife jrweaverlaw@verizon.net, DCrivaro@stark-stark.com;DMisener@stark-stark.com
        Joseph Charles Barsalona II    on behalf of Debtor    Boy Scouts of America jbarsalona@mnat.com, joseph--barsalona-5332@ecf.pacerpro.com;meghan-leyh-4080@ecf.pacerpro.com;emily-malafronti-2874@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com
        Joseph Clarke Celentino    on behalf of Interested Party    Ad Hoc Committee of Local Councils of the Boy Scouts of America jccelentino@wlrk.com
        Joseph H Lemkin    on behalf of Defendant    R.L. and C.L., his wife jlemkin@stark-stark.com
        Joseph H Lemkin    on behalf of Creditor    R.L. and C.L., his wife jlemkin@stark-stark.com
        Joseph H. Huston, Jr.    on behalf of Defendant    LG 37 Doe jhh@stevenslee.com
        Joseph H. Huston, Jr.    on behalf of Interested Party    LG 37 Doe jhh@stevenslee.com
        Joshua Weinberg    on behalf of Interested Party    First State Insurance Company jweinberg@goodwin.com
        Joshua Weinberg    on behalf of Interested Party    Twin City Fire Insurance Company jweinberg@goodwin.com
        Joshua Weinberg    on behalf of Interested Party    Hartford Accident and Indemnity Company jweinberg@goodwin.com
        KEVIN T STOCKER    on behalf of Creditor    KS Does kstockeresq@yahoo.com
        Karen C. Bifferato    on behalf of Creditor    IRC Burnsville Crossing, L.L.C. kbifferato@connollygallagher.com
        Karim Basaria    on behalf of Debtor    Boy Scouts of America kbasaria@sidley.com, efilingnotice@sidley.com;karim-basaria-6831@ecf.pacerpro.com;bbrunner@sidley.com
        Karim Basaria    on behalf of Interested Party    Delaware BSA, LLC kbasaria@sidley.com, efilingnotice@sidley.com;karim-basaria-6831@ecf.pacerpro.com;bbrunner@sidley.com
        Kate P. Foley    on behalf of Creditor    Sun Life Assurance Company of Canada kfoley@mirickoconnell.com
        Kate R. Buck    on behalf of Interested Party    Boy Scouts of America Northern New Jersey Council kbuck@mccarter.com
        Katelin Ann Morales    on behalf of Creditor Committee    Official Committee of Unsecured Creditors kmorales@reedsmith.com
        Kelly M. Conlan    on behalf of Creditor    IRC Burnsville Crossing, L.L.C. kconlan@connollygallagher.com
        Kimberly A. Posin    on behalf of Interested Party    The Church of Jesus Christ of Latter-day Saints kim.posin@lw.com
        Kristi JoLynn Doughty    on behalf of Creditor Courtney and Stephen    Courtney and Stephen Knight, Jointly as the Surviving Parents of E.J.K., a minor child, and Stephen Knight as the Personal Representative of the Estate of E.J.K. kdoughty@schnader.com
        Kristian W. Gluck    on behalf of Creditor    JPMorgan Chase Bank, National Association kristian.gluck@nortonrosefulbright.com
        Kurt F. Gwynne    on behalf of Creditor Committee    Official Committee of Unsecured Creditors kgwynne@reedsmith.com, llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
        Louis R. Strubeck, Jr.    on behalf of Creditor    JPMorgan Chase Bank, National Association louis.strubeck@nortonrosefulbright.com
        Marcy J. McLaughlin Smith    on behalf of Interested Party    Allianz Global Risks US Insurance Company mclaughlinm@pepperlaw.com, wlbank@pepperlaw.com;molitorm@pepperlaw.com;hardinp@pepperlaw.com
        Marcy J. McLaughlin Smith    on behalf of Interested Party    National Surety Corporation mclaughlinm@pepperlaw.com, wlbank@pepperlaw.com;molitorm@pepperlaw.com;hardinp@pepperlaw.com
        Mark L. Desgrosseilliers    on behalf of Defendant    LG 37 Doe desgross@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com
        Mark L. Desgrosseilliers    on behalf of Interested Party Jane  Doe desgross@chipmanbrown.com, dero@chipmanbrown.com;fusco@chipmanbrown.com
        Mary E. Augustine    on behalf of Creditor Jorge  Vega meg@saccullolegal.com
        Matthew Evan Linder    on behalf of Interested Party    Delaware BSA, LLC mlinder@sidley.com

```
District/off: 0311-1          User: JasonSp              Page 5 of 7                  Date Rcvd: Jun 12, 2020
                              Form ID: van440            Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Matthew Evan Linder   on behalf of Debtor   Boy Scouts of America mlinder@sidley.com
        Matthew P. Ward   on behalf of Creditor   JPMorgan Chase Bank, National Association
         matthew.ward@wbd-us.com, Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
        Maxim B. Litvak   on behalf of Interested Party   Tort Claimants' Committee mlitvak@pszjlaw.com
        Michael Christian Andolina   on behalf of Interested Party   Delaware BSA, LLC
         mandolina@sidley.com
        Michael Christian Andolina   on behalf of Debtor   Boy Scouts of America mandolina@sidley.com
        Michael Joseph Joyce   on behalf of Interested Party   Arrowood Indemnity Company
         mjoyce@mjlawoffices.com
        Michael Joseph Joyce   on behalf of Creditor   Labatt Food Service mjoyce@mjlawoffices.com
        Michael Joseph Merchant   on behalf of Interested Party   The Church of Jesus Christ of
         Latter-day Saints merchant@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
        Michele Backus Konigsberg   on behalf of Interested Party   First State Insurance Company
         mbackus@goodwin.com
        Michele Backus Konigsberg   on behalf of Interested Party   Twin City Fire Insurance Company
         mbackus@goodwin.com
        Michele Backus Konigsberg   on behalf of Interested Party   Hartford Accident and Indemnity
         Company mbackus@goodwin.com
        Morgan L. Patterson   on behalf of Creditor   JPMorgan Chase Bank, National Association
         morgan.patterson@wbd-us.com, Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
        Morton R. Branzburg   on behalf of Interested Party   Abuse Victims mbranzburg@klehr.com,
         jtaylor@klehr.com
        Paige Noelle Topper   on behalf of Other Prof.   KCIC, LLC ptopper@mnat.com,
         meghan-leyh-4080@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com;emily-malafronti-2874@ecf.p
         acerpro.com
        Paige Noelle Topper   on behalf of Attorney   Sidley Austin LLP ptopper@mnat.com,
         meghan-leyh-4080@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com;emily-malafronti-2874@ecf.p
         acerpro.com
        Paige Noelle Topper   on behalf of Interested Party   Delaware BSA, LLC ptopper@mnat.com,
         meghan-leyh-4080@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com;emily-malafronti-2874@ecf.p
         acerpro.com
        Paige Noelle Topper   on behalf of Attorney   Morris, Nichols, Arsht & Tunnell LLP
         ptopper@mnat.com,
         meghan-leyh-4080@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com;emily-malafronti-2874@ecf.p
         acerpro.com
        Paige Noelle Topper   on behalf of Debtor   Boy Scouts of America ptopper@mnat.com,
         meghan-leyh-4080@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com;emily-malafronti-2874@ecf.p
         acerpro.com
        Paige Noelle Topper   on behalf of Other Prof.   Bates White, LLC ptopper@mnat.com,
         meghan-leyh-4080@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com;emily-malafronti-2874@ecf.p
         acerpro.com
        Paige Noelle Topper   on behalf of Spec. Counsel   Haynes and Boone LLP ptopper@mnat.com,
         meghan-leyh-4080@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com;emily-malafronti-2874@ecf.p
         acerpro.com
        Paige Noelle Topper   on behalf of Interested Party   Ogletree, Deakins, Nash, Smoak & Stewart,
         P.C. ptopper@mnat.com,
         meghan-leyh-4080@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com;emily-malafronti-2874@ecf.p
         acerpro.com
        Paige Noelle Topper   on behalf of Other Prof.   Alvarez & Marsal North America, LLC
         ptopper@mnat.com,
         meghan-leyh-4080@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com;emily-malafronti-2874@ecf.p
         acerpro.com
        Paige Noelle Topper   on behalf of Plaintiff   Boy Scouts of America ptopper@mnat.com,
         meghan-leyh-4080@ecf.pacerpro.com;glenn-reimann-6767@ecf.pacerpro.com;emily-malafronti-2874@ecf.p
         acerpro.com
        Patrick A. Jackson   on behalf of Interested Party   The Roman Catholic Diocese of Brooklyn New
         York Patrick.jackson@faegredrinker.com, rokeysha.ramos@faegredrinker.com
        Patrick A. Jackson   on behalf of Creditor   Weaver Fundraising, LLC d/b/a Trail's End Popcorn
         Company Patrick.jackson@faegredrinker.com, rokeysha.ramos@faegredrinker.com
        Paul A Fanning   on behalf of Interested Party   East Carolina Council BSA, Inc.
         paf@wardandsmith.com,
         DocketCR@wardandsmith.com;nsf@wardandsmith.com;blh@wardandsmith.com;JSCotten@wardandsmith.com
        Paul W. Carey   on behalf of Creditor   Sun Life Assurance Company of Canada
         pcarey@mirickoconnell.com
        R. Craig Martin   on behalf of Interested Party   Ad Hoc Committee of Local Councils of the Boy
         Scouts of America craig.martin@dlapiper.com,
         carolyn.fox@dlapiper.com;craig-martin-0553@ecf.pacerpro.com
        R. Karl Hill   on behalf of Creditor   Liberty Mutual Insurance Company khill@svglaw.com,
         spappa@svglaw.com,cwalters@svglaw.com
        Rachael Ringer   on behalf of Creditor Committee   Official Committee of Unsecured Creditors
         rringer@kramerlevin.com,
         AByowitz@kramerlevin.com;NHertzBunzl@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com
        Rachel B. Mersky   on behalf of Creditor   Waste Management rmersky@monlaw.com
        Raeann C Warner   on behalf of Creditor John  Doe #2 raeann@jcdelaw.com,
         regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
        Raeann C Warner   on behalf of Creditor John  Doe #3 raeann@jcdelaw.com,
         regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com

```
District/off: 0311-1                  User: JasonSp                 Page 6 of 7                  Date Rcvd: Jun 12, 2020
                                      Form ID: van440               Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Raeann C Warner    on behalf of Defendant N.  C. raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
        Raeann C Warner    on behalf of Defendant F.  A. raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
        Raeann C Warner    on behalf of Defendant A.  S. raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
        Raeann C Warner    on behalf of Defendant C.  F. raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
        Raeann C Warner    on behalf of Creditor A.  S. raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
        Raeann C Warner    on behalf of Creditor B.  L. raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
        Raeann C Warner    on behalf of Creditor Timothy  Spahr raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
        Raeann C Warner    on behalf of Creditor Z. R. S., a minor raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
        Raeann C Warner    on behalf of Defendant E.  B. raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
        Raeann C Warner    on behalf of Creditor Joseph Elmer Kaminski raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
        Raeann C Warner    on behalf of Creditor F.  A. raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
        Raeann C Warner    on behalf of Creditor N.  C. raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
        Raeann C Warner    on behalf of Creditor John  Doe #1 raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
        Raeann C Warner    on behalf of Creditor E.  B. raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
        Raeann C Warner    on behalf of Defendant B.  L. raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
        Raeann C Warner    on behalf of Creditor J.  M. raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
        Raeann C Warner    on behalf of Creditor Karen  Spahr raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
        Raeann C Warner    on behalf of Defendant K.  W. raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
        Raeann C Warner    on behalf of Creditor K.  W. raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
        Raeann C Warner    on behalf of Creditor C.  F. raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
        Raeann C Warner    on behalf of Defendant J.  M. raeann@jcdelaw.com, regina@jcdelaw.com;tsn@neubergerlaw.com;sjn@neubergerlaw.com
        Reliable Companies    gmatthews@reliable-co.com
        Richard A. Barkasy    on behalf of Creditor Courtney and Stephen  Courtney and Stephen Knight, Jointly as the Surviving Parents of E.J.K., a minor child, and Stephen Knight as the Personal Representative of the Estate of E.J.K. rbarkasy@schnader.com
        Richard Charles Weinblatt    on behalf of Interested Party    Century Indemnity Company weinblatt@swdelaw.com
        Richard J. Bernard    on behalf of Creditor - Imperial Council  Boy Scouts of America San Diego rbernard@foley.com,   NORTHEAST-LitigationDocket@foley.com,CHI-LitigationDocket@foley.com
        Richard J. Bernard    on behalf of Creditor    Three Harbors Council Inc. Boy Scouts of America rbernard@foley.com,   NORTHEAST-LitigationDocket@foley.com,CHI-LitigationDocket@foley.com
        Richard W. Riley    on behalf of Creditor    Baltimore Area Council Boy Scouts of America, Inc. rriley@wtplaw.com,   clano@wtplaw.com
        Riley C. Walter    on behalf of Other Prof.    Sequoia Council of Boy Scouts, Inc. ecf@w2lg.com
        Robert S. Brady    on behalf of Other Prof.    Future Claimants' Representative bankfilings@ycst.com
        Ronald S. Gellert    on behalf of Creditor    KS Does rgellert@gsbblaw.com
        Sara Beth A.R. Kohut    on behalf of Other Prof.    Future Claimants' Representative skohut@ycst.com,   bankfulings@ycst.com
        Sharon M Zieg    on behalf of Other Prof.    Future Claimants' Representative bankfilings@ycst.com
        Shawn M. Christianson    on behalf of Creditor    Oracle America, Inc. schristianson@buchalter.com,   cmcintire@buchalter.com
        Stamatios  Stamoulis    on behalf of Interested Party    Century Indemnity Company stamoulis@swdelaw.com,   filings@swdelaw.com
        Steven A. Ginther    on behalf of Creditor    Missouri Department of Revenue deecf@dor.mo.gov
        Susan N.K. Gummow    on behalf of Interested Party    Landmark Insurance Company sgummow@fgppr.com,   bcastillo@fgppr.com
        Susan N.K. Gummow    on behalf of Interested Party    Lexington Insurance Company sgummow@fgppr.com,   bcastillo@fgppr.com
        Susan N.K. Gummow    on behalf of Interested Party    NATIONAL UNION FIRE CO. OF PITTSBURGH,PA sgummow@fgppr.com,   bcastillo@fgppr.com
        Susan N.K. Gummow    on behalf of Interested Party    The Insurance Company of the State of Pennsylvania sgummow@fgppr.com,   bcastillo@fgppr.com
        Tara  LeDay    on behalf of Creditor    Texas Taxing Authorities bankruptcy@mvbalaw.com,   tleday@ecf.courtdrive.com,jwilliams@mvbalaw.com,alocklin@mvbalaw.com;kmorriss@mvbalaw.com
        Todd C. Jacobs    on behalf of Interested Party    National Surety Corporation tjacobs@bradleyriley.com

```
District/off: 0311-1          User: JasonSp              Page 7 of 7             Date Rcvd: Jun 12, 2020
                              Form ID: van440            Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Todd M. Brooks    on behalf of Creditor    Baltimore Area Council Boy Scouts of America, Inc. tbrooks@wtplaw.com, mfletcher@wtplaw.com
        U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
        William Pierce Bowden    on behalf of Interested Party   Del-Mar-Va Council, Inc., Boy Scouts of America wbowden@ashby-geddes.com

                                                                                              TOTAL: 214