IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| BOY SCOUTS OF AMERICA AND | : | |
| DELAWARE BSA, LLC, | : | Case No. 20-10343 (LSS) |
| Debtors. | : | Jointly Administered |
| | : | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF JOHN E. BUCHEIT

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of John E. Bucheit of Bradley Riley Jacobs PC to represent National Surety Corporation in the above-captioned cases and any adversary proceeding related thereto.

Date: June 15, 2020  
Wilmington, Delaware

*/s/ Marcy J. McLaughlin Smith*
Marcy J. McLaughlin Smith (DE No. 6184)
**PEPPER HAMILTON LLP**
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 777-6500
Email: mclaughm@pepperlaw.com

*Counsel to National Surety Corporation*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing, as a member of the Bar of the State of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Dated: June 15, 2020

*/s/ John E. Bucheit*
John E. Bucheit (IL No. 6255684)
**BRADLEY RILEY JACOBS PC**
320 W. Ohio Street, Suite 3W
Chicago, IL 60654
Telephone: (630) 297-3101
E-mail: jbucheit@bradleyriley.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: June 16th, 2020**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

#58397510 v1