**Exhibit A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Ref. Docket No. ___ |

**ORDER, PURSUANT TO 11 U.S.C. § 365(d)(4), EXTENDING TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY**

Upon the motion (the "Motion")[2] of the Debtors for entry of an order (this "Order"), pursuant to section 365(d)(4) of the Bankruptcy Code, extending the 120-day period for the Debtors to assume or reject unexpired leases of nonresidential real property by ninety (90) days, to and including September 15, 2020; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and entry of this Order being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and the Debtors having consented to the entry of a final order by this Court under Article III of the United States Constitution; and venue of this proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and all objections to the Motion, if any, having been withdrawn, resolved or overruled; and the relief requested in the Motion being in the best

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] All capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

interests of the Debtors' estates, their creditors and other parties in interest; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The relief requested in the Motion is GRANTED as set forth herein.

2. The time under section 365(d)(4)(A) of the Bankruptcy Code by which the Debtors may assume or reject the Unexpired Leases is extended by ninety (90) days, to and including September 15, 2020.

3. The entry of this Order is without prejudice to the Debtors' right to request further extensions of time to assume or reject the Unexpired Leases consistent with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed or construed as: (a) an assumption or rejection of any of the Unexpired Leases under section 365(a) of the Bankruptcy Code; (b) an admission by the Debtors that a particular instrument is or is not an unexpired lease of nonresidential real property; (c) an admission as to the validity or priority of any claim or lien against the Debtors; (d) a waiver of the Debtors' rights to subsequently dispute such claim or lien on any grounds; (e) a promise or requirement to pay any prepetition claim; (f) an implication or admission that any particular claim is of a type specified or defined in the Motion or this Order; (g) authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (h) a waiver of the Debtors' or any other party in interest's rights under the Bankruptcy Code or any other applicable law.

5. The Debtors are authorized to take all actions necessary or appropriate to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2020
      Wilmington, Delaware

_____
THE HON. LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE