## Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Related to Doc No. __729__** |

**ORDER PURSUANT TO SECTIONS 328 AND 1103 OF THE BANKRUPTCY CODE,**
**RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**
**AND LOCAL RULE 2014-1 AUTHORIZING THE EMPLOYMENT AND RETENTION**
**OF PASICH LLP AS INSURANCE COUNSEL FOR THE**
**OFFICIAL TORT CLAIMANTS' COMMITTEE EFFECTIVE AS OF MAY 12, 2020**

Upon consideration of the *Application of the Official Tort Claimants' Committee*
*Pursuant to Sections 328 and 1103 of the Bankruptcy Code, Rule 2014 of the Federal Rules of*
*Bankruptcy Procedure and Local Rule 2014-1 for Authorization to Employ and Retain Pasich*
*LLP as Insurance Counsel Effective as of May 12, 2020* (the "Application")[2], Official Tort
Claimants' Committee (the "Tort Claimants' Committee") appointed in the chapter 11 cases of
the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") seeking
authorization to employ and retain Pasich LLP ("Pasich" or the "Firm") as insurance counsel for
the Tort Claimants Committee effective as of May 12, 2020; and upon Declaration of Kirk
Pasich and the Declaration of the Committee Chair filed in support of the Application; and the
Court being satisfied that the employment of Pasich is necessary and in the best interests of the

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms, unless otherwise defined herein, shall have the meanings ascribed to them in the Application.

Debtors' estates, creditors, and parties-in-interest; and this Court having jurisdiction over this

matter under 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the

United States District Court for the District of Delaware, dated February 29, 2012; and this Court

having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court

may enter a final order consistent with Article III of the United States Constitution; and this

Court having found that venue of this proceeding and the Application in this district is proper

pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that notice of the

Application and opportunity for a hearing on the Application were appropriate and no other

notice need be provided; and this Court having reviewed the Application; and after due

deliberation and good and sufficient cause appearing; it is HEREBY ORDERED THAT:

1.      The Application is GRANTED, as set forth herein.

2.      The Tort Claimants' Committee is hereby authorized to retain and employ

Pasich as insurance counsel to the Committee pursuant to sections 328(a) and 1103(a) of the

Bankruptcy Code, Bankruptcy Rule 2014, and Local Rule 2014-1 effective as of May 12, 2020.

3.      Pasich shall apply for compensation for professional services rendered and

reimbursement of expenses incurred in connection with the Debtors' cases in compliance with

the applicable provisions of the Bankruptcy Code, including section 330 of the Bankruptcy

Code, the Bankruptcy Rules, and any applicable procedures and orders of this Court, and shall

make reasonable efforts to comply with the *Guidelines for Reviewing Applications for*

*Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in*

*Larger Chapter 11 Cases* (the "U.S. Trustee Guidelines").

DOCS_DE:228604.2 85353/002

3

4.      Pasich is authorized to render professional services to the Tort Claimants'

Committee as described in the Application.

5.      The Tort Claimants' Committee and Pasich are authorized and empowered

to take all actions necessary to implement the relief granted in this Order.

6.      The terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

7.      This Court shall retain jurisdiction with respect to all matters arising from

or related to the implementation of this Order.

DOCS_DE:228604.2 85353/002