**<u>Exhibit B</u>**

**Expense Detail**

SIDLEY AUSTIN LLP

Invoice Number: 40034202
Boy Scouts of America

Chapter 11 Matters

EXPENSE DETAIL

| Date | Narrative | Amount |
|---|---|---|
| 04/06/20 | 03/04/20-03/04/20 New York to Wilmington - Mar 04, 2020 - Jessica C. K. Boelter - Taxi/Car Service from NY train station to residence on 3/4/20 in connection with travel to attend Committee formation meeting | $35.14 |
| 04/06/20 | 03/04/20-03/04/20 New York to Wilmington - Mar 04, 2020 - Jessica C. K. Boelter - Taxi/Car Service from residence to NY train station on 3/4/20 in connection with travel to attend Committee formation meeting | 20.45 |
| 04/06/20 | 02/18/20-02/19/20 New York to Wilmington - Feb 18, 2020 - Jessica C. K. Boelter - Taxi/Car Service from residence to NY train station on 2/18/20 in connection with travel for first day hearing | 22.69 |
| 04/06/20 | 02/18/20-02/19/20 New York to Wilmington - Feb 19, 2020 - Jessica C. K. Boelter - Taxi/Car Service from NY train station to residence on 2/19/20 in connection with first day hearing | 28.65 |
| 04/06/20 | 02/18/20-02/19/20 New York to Wilmington - Feb 18, 2020 - Jessica C. K. Boelter - Hotel - Meals Other - Convenience snacks and beverage for one attendee in lieu of dinner at Wilmington hotel on 2/18/20 - Hotel DuPont | 21.00 |
| 04/06/20 | 02/18/20-02/19/20 New York to Wilmington - Feb 19, 2020 - Jessica C. K. Boelter - Hotel - Breakfast for one attendee at Wilmington hotel on 2/19/20 in connection with travel for first day hearing - Hotel DuPont | 28.00 |
| 04/06/20 | Search Services 4/1/20 - COURTHOUSE NEWS SERVICE 673396 - SEARCH SERVICES | 26.50 |
| 04/06/20 | 02/18/20-02/19/20 New York to Wilmington - Feb 19, 2020 - Jessica C. K. Boelter - One way business class train fare from Wilmington to NY on 2/19/20 in connection with travel for first day hearing - Amtrak | 201.00 |
| 04/06/20 | 02/18/20-02/19/20 New York to Wilmington - Feb 18, 2020 - Jessica C. K. Boelter - One way business class train fare from NY to Wilmington on 2/18/20 in connection with travel for first day hearing - Amtrak | 202.00 |
| 04/06/20 | 02/18/20-02/19/20 New York to Wilmington - Feb 18, 2020 - Jessica C. K. Boelter - Lodging for one night at Wilmington hotel includes $299 room rate, $23.92 State tax, $5.98 City tax in connection with travel for first day hearing - Hotel DuPont | 328.90 |
| 04/06/20 | 03/04/20-03/04/20 New York to Wilmington - Mar 03, 2020 - Jessica C. K. Boelter - One way business class train fare from NY to Wilmington on 3/4/20 in connection with travel to attend Committee formation meeting - Amtrak | 116.00 |
| 04/06/20 | 03/04/20-03/04/20 New York to Wilmington - Mar 04, 2020 - Jessica C. K. Boelter - One way business class train fare from Wilmington to NY on 3/4/20 in connection with travel to attend Committee formation meeting - Amtrak | 137.00 |
| 04/08/20 | 04/01/20 - Williams Lea - 0001003939-000 Reprographics | 0.10 |
| 04/09/20 | 03/01/20-Lexis research service | 297.00 |

**SIDLEY AUSTIN LLP**

Invoice Number:  40034202
Boy Scouts of America

Chapter 11 Matters

| Date | Narrative | Amount |
|---|---|---:|
| 04/09/20 | 03/16/20-Lexis research service | 118.80 |
| 04/09/20 | 03/17/20-Lexis research service | 712.80 |
| 04/09/20 | 03/30/20-Lexis research service | 118.80 |
| 04/09/20 | 03/09/20-Lexis research service | 186.76 |
| 04/09/20 | 03/14/20-Lexis research service | 59.40 |
| 04/09/20 | 03/15/20-Lexis research service | 59.40 |
| 04/09/20 | 03/29/20-Lexis research service | 57.00 |
| 04/09/20 | 02/25/20-Lexis research service | 175.80 |
| 04/09/20 | 03/17/20-Lexis research service | 287.40 |
| 04/09/20 | 03/18/20-Lexis research service | 328.20 |
| 04/09/20 | 03/20/20-Lexis research service | 505.80 |
| 04/09/20 | 03/23/20-Lexis research service | 344.40 |
| 04/10/20 | 02/04/20-Telephone Charges Conference Call | 0.50 |
| 04/16/20 | Electronic Search Service 03/24/20 - ORANGE CO SUPERIOR CRT W - DOCUMENT RETRIEVAL | 19.41 |
| 04/16/20 | Electronic Search Service 03/24/20 - ORANGE CO SUPERIOR CRT W - DOCUMENT RETRIEVAL | 27.89 |
| 04/21/20 | 04/10/20 - Williams Lea - 0001004921-000 Reprographics | 0.10 |
| 04/22/20 | 04/13/20 - Williams Lea - 0001005138-000 Reprographics | 0.10 |
| 04/23/20 | 03/16/20-Westlaw research service | 467.61 |
| 04/23/20 | 03/18/20-Westlaw research service | 46.76 |
| 04/23/20 | 03/26/20-Westlaw research service | 70.63 |
| 04/23/20 | 03/26/20-Westlaw research service | 374.09 |
| 04/23/20 | 03/23/20-Westlaw research service | 326.95 |
| 04/23/20 | 03/24/20-Westlaw research service | 493.86 |
| 04/23/20 | 03/24/20-Westlaw research service | 46.71 |
| 04/23/20 | 03/30/20-Westlaw research service | 141.10 |
| 04/23/20 | 03/30/20-Westlaw research service | 420.37 |
| 04/23/20 | 03/31/20-Westlaw research service | 93.41 |
| 04/23/20 | 03/16/20-Westlaw research service | 887.15 |
| 04/23/20 | 03/17/20-Westlaw research service | 140.28 |

**SIDLEY AUSTIN LLP**

Invoice Number:  40034202
Boy Scouts of America

Chapter 11 Matters

| **Date** | **Narrative** | **Amount** |
|---|---|---:|
| 04/23/20 | 03/18/20-Westlaw research service | 327.33 |
| 04/23/20 | 03/19/20-Westlaw research service | 46.76 |
| 04/23/20 | 03/20/20-Westlaw research service | 233.81 |
| 04/23/20 | 03/23/20-Westlaw research service | 46.76 |
| 04/23/20 | 03/24/20-Westlaw research service | 46.76 |
| 04/23/20 | 03/17/20-Westlaw research service | 894.67 |
| 04/23/20 | 03/18/20-Westlaw research service | 46.76 |
| 04/23/20 | 03/19/20-Westlaw research service | 70.63 |
| 04/23/20 | 03/21/20-Westlaw research service | 187.04 |
| 04/23/20 | 03/31/20-Westlaw research service | 2,636.27 |
| 04/23/20 | 03/23/20-Westlaw research service | 46.71 |
| 04/23/20 | 03/24/20-Westlaw research service | 46.76 |
| 04/23/20 | 03/16/20-Westlaw research service | 794.03 |
| 04/23/20 | 03/17/20-Westlaw research service | 757.13 |
| 04/23/20 | 03/17/20-Westlaw research service | 17.64 |
| 04/23/20 | 03/17/20-Westlaw research service | 93.41 |
| 04/23/20 | 03/18/20-Westlaw research service | 597.73 |
| 04/23/20 | 03/18/20-Westlaw research service | 794.02 |
| 04/23/20 | 03/18/20-Westlaw research service | 58.79 |
| 04/23/20 | 03/16/20-Westlaw research service | 93.52 |
| 04/23/20 | 03/17/20-Westlaw research service | 46.76 |
| 04/23/20 | 03/18/20-Westlaw research service | 46.76 |
| 04/23/20 | 03/17/20-Westlaw research service | 46.71 |
| 04/23/20 | 03/23/20-Westlaw research service | 186.83 |
| 04/23/20 | 03/21/20-Westlaw research service | 70.63 |
| 04/28/20 | 04/08/20 - LEXISNEXIS - US USD - EA844466MS - SEARCH SERVICES | 234.62 |
| 04/28/20 | 04/01/20-US Messenger-1432.04012 Andrew F O'Neill | 27.12 |
| 04/28/20 | 04/01/20-US Messenger-1585.04012 Benjamin Brunner | 34.72 |
| 04/30/20 | 04/13/20-US Messenger-1285.04132 Andrew F O'Neill | 18.23 |
| 04/30/20 | 03/18/20-PACER DEBK | 13.50 |
| 04/30/20 | 03/18/20-PACER NYSBK | 6.80 |

**SIDLEY AUSTIN LLP**

Invoice Number: 40034202
Boy Scouts of America

Chapter 11 Matters

| Date | Narrative | Amount |
|---|---|---|
| 04/30/20 | 03/23/20-PACER NYWDC | 18.20 |
| 04/30/20 | 03/10/20-PACER 00PCL | 0.20 |
| 04/30/20 | 03/10/20-PACER GAMDC | 0.40 |
| 04/30/20 | 03/18/20-PACER DEDC | 0.20 |
| 04/30/20 | 03/19/20-PACER 00PCL | 0.20 |
| 04/30/20 | 03/19/20-PACER CANDC | 3.30 |
| 04/30/20 | 03/11/20-PACER DEBK | 8.20 |
| 04/30/20 | 03/12/20-PACER DEBK | 2.90 |
| 04/30/20 | 03/16/20-PACER DEBK | 0.30 |
| 04/30/20 | 02/18/20-PACER DEBK | 12.50 |
| 04/30/20 | 03/31/20-PACER CANDC | 1.40 |
| 04/30/20 | 02/27/20-PACER DEBK | 0.10 |
| 04/30/20 | 03/20/20-PACER DEBK | 9.90 |
| 04/30/20 | 03/09/20-PACER GAMDC | 0.90 |
| 04/30/20 | 03/09/20-PACER NYEDC | 0.50 |
| 04/30/20 | 02/28/20-PACER GAMDC | 2.70 |
| 04/30/20 | 03/24/20-PACER NJBK | 1.30 |
| 04/30/20 | 03/12/20-PACER NYEDC | 1.10 |
| 04/30/20 | 03/10/20-PACER NYEDC | 6.80 |
| 04/30/20 | 02/18/20-PACER DEBK | 0.10 |
| 04/30/20 | 02/18/20-PACER NHDC | 1.00 |
| 04/30/20 | 02/18/20-PACER NYWDC | 0.10 |
| 04/30/20 | 02/25/20-PACER DEBK | 0.40 |
| 04/30/20 | 03/31/20-PACER 00PCL | 1.60 |
| 04/30/20 | 03/31/20-PACER ORBK | 0.10 |
| 04/30/20 | 03/31/20-PACER ORDC | 7.10 |
| 04/30/20 | 03/24/20-PACER 00PCL | 0.10 |
| 04/30/20 | 03/24/20-PACER GAMDC | 2.40 |
| 04/30/20 | 03/24/20-PACER MNDC | 0.30 |
| 04/30/20 | 03/24/20-PACER MOWDC | 1.20 |
| 04/30/20 | 03/24/20-PACER NJDC | 0.20 |

**SIDLEY AUSTIN LLP**

Invoice Number: 40034202
Boy Scouts of America

Chapter 11 Matters

| Date | Narrative | Amount |
|---|---|---|
| 04/30/20 | 03/24/20-PACER NYEDC | 0.60 |
| 04/30/20 | 03/24/20-PACER NYWDC | 0.70 |
| 04/30/20 | 02/20/20-PACER 00PCL | 0.10 |
| 04/30/20 | 02/20/20-PACER DEBK | 0.40 |
| 04/30/20 | 02/19/20-PACER DEBK | 1.00 |
| 04/30/20 | 02/20/20-PACER DEBK | 0.70 |
| 04/30/20 | 03/24/20-PACER DEBK | 3.00 |
| 04/30/20 | 03/20/20-PACER DEBK | 2.70 |
| 04/30/20 | 02/18/20-PACER 00PCL | 0.40 |
| 04/30/20 | 02/18/20-PACER DEBK | 4.00 |
| 04/30/20 | 03/26/20-PACER DEBK | 3.00 |
| 04/30/20 | 03/12/20-PACER DEBK | 1.80 |
| 04/30/20 | 03/27/20-PACER DEBK | 3.00 |
| 04/30/20 | 03/29/20-PACER DEBK | 3.00 |
| 04/30/20 | 03/30/20-PACER DEBK | 6.00 |
| 04/30/20 | 03/10/20-PACER DEBK | 6.40 |
| 04/30/20 | 03/19/20-PACER DEBK | 2.40 |
| 04/30/20 | 03/22/20-PACER DEBK | 2.70 |
| 04/30/20 | 03/17/20-PACER DEBK | 2.10 |
| 04/30/20 | 03/31/20-PACER DEBK | 3.00 |
| 04/30/20 | 02/27/20-PACER DEBK | 1.20 |
| 04/30/20 | 03/09/20-PACER DEBK | 3.90 |
| 04/30/20 | 02/26/20-PACER DEBK | 1.40 |
| 04/30/20 | 02/21/20-PACER DEBK | 0.90 |
| 04/30/20 | 02/29/20-PACER DEBK | 1.30 |
| 04/30/20 | 03/01/20-PACER DEBK | 1.30 |
| 04/30/20 | 03/02/20-PACER DEBK | 1.30 |
| 04/30/20 | 03/04/20-PACER DEBK | 1.40 |
| 04/30/20 | 03/05/20-PACER DEBK | 1.50 |
| 04/30/20 | 02/22/20-PACER DEBK | 1.00 |
| 04/30/20 | 02/23/20-PACER DEBK | 1.00 |

**SIDLEY AUSTIN LLP**

Invoice Number: 40034202
Boy Scouts of America

Chapter 11 Matters

| Date | Narrative | Amount |
|---|---|---:|
| 04/30/20 | 02/24/20-PACER DEBK | 1.00 |
| 04/30/20 | 03/05/20-PACER DEBK | 0.20 |
| 04/30/20 | 03/03/20-PACER DEBK | 2.50 |
| 04/30/20 | 02/26/20-PACER DEBK | 14.20 |
| 04/30/20 | 02/27/20-PACER 04CA | 0.30 |
| 04/30/20 | 02/27/20-PACER DEBK | 3.30 |
| 04/30/20 | 03/09/20-PACER DEBK | 0.80 |
| 04/30/20 | 03/11/20-PACER DEBK | 3.20 |
| 04/30/20 | 03/16/20-PACER DEBK | 1.00 |
| 04/30/20 | 03/13/20-PACER DEBK | 16.90 |
| 04/30/20 | 03/17/20-PACER DEBK | 1.10 |
| 04/30/20 | 03/24/20-PACER DEBK | 12.50 |
| 04/30/20 | 03/30/20-PACER DEBK | 3.30 |
| 04/30/20 | 03/26/20-PACER DEBK | 0.20 |
| 04/30/20 | 03/25/20-PACER DEBK | 0.60 |
| 04/30/20 | 02/18/20-PACER DEBK | 3.50 |
| 04/30/20 | 03/04/20-PACER DEBK | 1.50 |
| 04/30/20 | 02/21/20-PACER DEBK | 1.10 |
| 04/30/20 | 03/03/20-PACER 00PCL | 0.20 |
| 04/30/20 | 03/03/20-PACER MTBK | 6.20 |
| 04/30/20 | 03/04/20-PACER GUBK | 2.60 |
| 04/30/20 | 03/18/20-PACER 00PCL | 0.30 |
| 04/30/20 | 03/18/20-PACER DEBK | 12.20 |
| 04/30/20 | 03/18/20-PACER DEDC | 12.60 |
| 04/30/20 | 03/06/20-PACER 00PCL | 0.10 |
| 04/30/20 | 03/06/20-PACER DEBK | 12.80 |
| 04/30/20 | 03/09/20-PACER DEBK | 3.00 |
| 04/30/20 | 03/15/20-PACER NYSBK | 3.00 |
| 04/30/20 | 03/10/20-PACER DEBK | 20.00 |
| 04/30/20 | 03/26/20-PACER NCWBK | 3.20 |
| 04/30/20 | 03/29/20-PACER DEBK | 3.00 |

**SIDLEY AUSTIN LLP**

Invoice Number:  40034202
Boy Scouts of America

Chapter 11 Matters

| Date | Narrative | Amount |
|---|---|---:|
| 04/30/20 | 03/06/20-PACER VAEBK | 3.00 |
| 04/30/20 | 02/27/20-PACER DEBK | 4.60 |
| 04/30/20 | 02/25/20-PACER DEBK | 15.50 |
| 04/30/20 | 02/25/20-PACER GUDC | 0.50 |
| 04/30/20 | 03/19/20-PACER DEBK | 25.90 |
| 04/30/20 | 03/25/20-Telephone Charges Conference Call | 0.56 |
| 04/30/20 | 03/12/20-Telephone Charges Conference Call | 2.02 |
| 04/30/20 | 03/10/20-Telephone Charges Conference Call | 2.38 |
| 04/30/20 | 03/23/20-Telephone Charges Conference Call | 2.20 |
| 04/30/20 | 03/26/20-Telephone Charges Conference Call | 1.56 |
| 04/30/20 | 03/31/20-Telephone Charges Conference Call | 3.31 |
| 04/30/20 | 03/06/20-Telephone Charges Conference Call | 6.56 |
| 04/30/20 | 03/09/20-Telephone Charges Conference Call | 2.50 |
| 04/30/20 | 03/02/20-Telephone Charges Conference Call | 3.84 |
| 04/30/20 | 03/24/20-Telephone Charges Conference Call | 1.20 |
| 04/30/20 | 03/05/20-Telephone Charges Conference Call | 5.71 |
| 04/30/20 | 03/15/20-Telephone Charges Conference Call | 0.50 |
| 04/30/20 | 03/16/20-Telephone Charges Conference Call | 0.79 |
| 04/30/20 | 03/16/20-Telephone Charges Conference Call | 0.55 |
| 04/30/20 | 03/17/20-Telephone Charges Conference Call | 1.46 |
| 04/30/20 | 03/17/20-Telephone Charges Conference Call | 0.84 |
| 04/30/20 | 03/17/20-Telephone Charges Conference Call | 57.18 |
| 04/30/20 | 03/18/20-Telephone Charges Conference Call | 6.56 |
| 04/30/20 | 03/21/20-Telephone Charges Conference Call | 0.01 |
| 04/30/20 | 03/19/20-Telephone Charges Conference Call Customer: HTO8683 THOMAS OATES | 2.77 |
| 04/30/20 | 03/10/20-Telephone Charges Conference Call | 0.70 |
| 04/30/20 | 03/12/20-Telephone Charges Conference Call | 6.60 |
| 04/30/20 | 03/20/20-Telephone Charges Conference Call | 1.17 |
| 04/30/20 | 03/26/20-Telephone Charges Conference Call | 9.29 |
| 04/30/20 | 03/30/20-Telephone Charges Conference Call | 2.78 |

**SIDLEY AUSTIN LLP**

Invoice Number:  40034202
Boy Scouts of America

Chapter 11 Matters

| Date | Narrative | Amount |
|---|---|---:|
| 04/30/20 | 03/23/20-Telephone Charges Conference Call | 2.22 |
| 04/30/20 | 03/15/20-Telephone Charges Conference Call | 0.92 |
| 04/30/20 | 03/16/20-Telephone Charges Conference Call | 4.72 |
| 04/30/20 | 03/06/20-Telephone Charges Conference Call | 7.43 |
| 04/30/20 | 04/13/20-Westlaw research service | 233.81 |
| 04/30/20 | 04/15/20-Westlaw research service | 93.41 |
| 04/30/20 | 04/12/20-Westlaw research service | 14.05 |
| 04/30/20 | 04/12/20-Westlaw research service | 46.71 |
| 04/30/20 | 04/15/20-Westlaw research service | 119.55 |
| 04/30/20 | 04/09/20-Westlaw research service | 46.71 |
| 04/30/20 | 04/12/20-Westlaw research service | 352.76 |
| 04/30/20 | 04/14/20-Westlaw research service | 46.71 |
| 04/30/20 | 04/12/20-Westlaw research service | 70.55 |
| 04/30/20 | 04/06/20-Westlaw research service | 110.40 |
| 04/30/20 | 04/06/20-Westlaw research service | 70.55 |
| 04/30/20 | 04/14/20-Westlaw research service | 107.48 |
| 04/30/20 | 04/14/20-Westlaw research service | 90.95 |
| 04/30/20 | 04/03/20-Westlaw research service | 199.25 |
| 04/30/20 | 04/03/20-Westlaw research service | 93.41 |
| 04/30/20 | 04/12/20-Westlaw research service | 46.76 |
| 04/30/20 | 04/05/20-Westlaw research service | 85.80 |
| 04/30/20 | 04/05/20-Westlaw research service | 138.00 |
| 04/30/20 | 04/05/20-Westlaw research service | 291.68 |
| 04/30/20 | 04/13/20-Westlaw research service | 322.42 |
| 04/30/20 | 04/13/20-Westlaw research service | 28.12 |
| 04/30/20 | 04/13/20-Westlaw research service | 233.81 |
| 04/30/20 | 04/05/20-Westlaw research service | 28.12 |
| 04/30/20 | 04/05/20-Westlaw research service | 280.57 |
| 04/30/20 | 04/13/20-Westlaw research service | 186.83 |
| 04/30/20 | 04/14/20-Westlaw research service | 93.41 |

**SIDLEY AUSTIN LLP**

Invoice Number: 40034202
Boy Scouts of America

Chapter 11 Matters

| **Date** | **Narrative** | **Amount** |
|---|---|---|
| 04/30/20 | 04/02/20-Westlaw research service | 46.76 |
| | **Total** | **$20,506.83** |