**Exhibit B**

**Phase 2 Fees and Expense Itemization**



**FILE COPY ONLY – BILL SUBMITTED ELECTRONICALLY DO NOT SUBMIT TO CLIENT UNLESS EXPRESSLY REQUESTED BY CLIENT**

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1900
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

June 15, 2020

Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

PERSONAL AND CONFIDENTIAL

Bill #  90224730
Client.Matter #  047657.000013

**Re:  BSA General Defense - Bankruptcy (Billiable) - Phase 2**

For professional services rendered through May 31, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

| | |
|---|---:|
| Fees | $14,450.00 |
| Expenses | $0.00 |
| **Total Due This Bill** | **$14,450.00** |

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2
06/15/20
Bill No. 90224730
047657.000013-BAG

Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

**Re:   BSA General Defense - Bankruptcy (Billiable) - Phase 2**

---

For professional services rendered through May 31, 2020

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| 05/01/20 | KAD | PHASE2 | Review email from Lauren Roche to Derek Bayer regarding claims not setup in T360. | 0.10 | 19.00 |
| 05/01/20 | KAD | PHASE2 | Email exchange with Jeffrey Phillips regarding completion of OCP declaration. | 0.10 | 19.00 |
| 05/01/20 | KAD | PHASE2 | Email exchange with Kristen Perkins regarding amount to include in OCP declaration. | 0.10 | 19.00 |
| 05/01/20 | KAD | PHASE2 | Email exchanges with Bruce Griggs, Anna Kutz and Robyn Jungers regarding Sitlinger & Theiler's pre and post time to bill. | 0.10 | 19.00 |
| 05/01/20 | KAD | PHASE2 | Email exchange with Justin Assouad regarding OCP declaration. | 0.10 | 19.00 |
| 05/01/20 | KAD | PHASE2 | Email exchange with Virginia defense counsel regarding status of OCP declaration. | 0.10 | 19.00 |
| 05/04/20 | KAD | PHASE2 | Email exchange with Kristen Perkins regarding OCP declaration. | 0.10 | 19.00 |
| 05/04/20 | KAD | PHASE2 | Review email exchange between Joe Schomberg and Raychel Garcia regarding OCP declaration. | 0.10 | 19.00 |
| 05/04/20 | KAD | PHASE2 | Review email exchange between Joe Schomberg and Mathew Beckwith regarding OCP declaration. | 0.10 | 19.00 |
| 05/04/20 | KAD | PHASE2 | Review emails from Anna Kutz and Lynn Richardson regarding | 0.10 | 19.00 |



| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | contacting Lee Stitlinger to explain the pre and post bankruptcy billing process. | | |
| 05/04/20 | KAD | PHASE2 | Review email exchange between Joe Schomberg and Jeffrey Phillips regarding OCP declaration. | 0.10 | 19.00 |
| 05/04/20 | KAD | PHASE2 | Review email exchange between Joe Schomberg and Geoffrey Sasso regarding OCP declaration. | 0.10 | 19.00 |
| 05/05/20 | KAD | PHASE2 | Review email from Mathew Beckwith to Joe Schomberg regarding OCP declaration. | 0.10 | 19.00 |
| 05/06/20 | SEM | PHASE2 | Review and analyze April 2020 Ogletree billing to ensure same comply with bankruptcy court billing codes and for redaction of privilege items. | 1.00 | 445.00 |
| 05/07/20 | SEM | PHASE2 | Email exchange with BSA regarding ability to pay Montana outside counsel as OCP and email to Sidley inquiring about the same. | 0.30 | 133.50 |
| 05/07/20 | SEM | PHASE2 | Email from Sidley confirming that the Montana outside counsel are covered as OCP. | 0.10 | 44.50 |
| 05/07/20 | KAD | PHASE2 | Review/analyze billing entries and information for inclusion in the monthly fee application for April. | 2.30 | 437.00 |
| 05/11/20 | BAG | PHASE2 | Work on preparation of monthly fee application and required redaction of invoices. | 2.00 | 1,280.00 |
| 05/12/20 | KAD | PHASE2 | Review email from Blair Warner regarding the revised template for April's monthly fee application and the deadline to submit same. | 0.10 | 19.00 |
| 05/12/20 | KAD | PHASE2 | Continue reviewing/analyzing billing entries and information for inclusion in the monthly fee application for April. | 3.80 | 722.00 |
| 05/13/20 | KAD | PHASE2 | Analyze Epic invoice and submit same for processing and payment. | 0.10 | 19.00 |



Page 4
06/15/20
Bill No. 90224730
047657.000013-BAG

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| 05/14/20 | SEM | PHASE2 | Email exchange with Sidley confirming no objection to the Ogletree monthly fee application. | 0.20 | 89.00 |
| 05/15/20 | BAG | PHASE2 | Review and respond to email and certificate of non-objection to fee application received from bankruptcy counsel in Connecticut. | 0.20 | 128.00 |
| 05/15/20 | BAG | PHASE2 | Review email from Anna Kutz regarding OCP application for New York counsel and attention to same. | 0.20 | 128.00 |
| 05/15/20 | SEM | PHASE2 | Email exchange with New Jersey outside counsel regarding billing matters for Plaschke matter. | 0.20 | 89.00 |
| 05/15/20 | KAD | PHASE2 | Review ACH form for Lewis Brisbois and email from Winnette Mason regarding same. | 0.10 | 19.00 |
| 05/15/20 | KAD | PHASE2 | Analyze Certificate of No Objections Regarding First Monthly Application of Ogletree Deakins and email from Desiree Vale regarding same. | 0.10 | 19.00 |
| 05/18/20 | BAG | PHASE2 | Work on redaction of privileged information from invoices regarding for monthly fee application. | 0.50 | 320.00 |
| 05/19/20 | KAD | PHASE2 | Prepare initial draft of Ogletree's monthly fee application for May. | 3.30 | 627.00 |
| 05/20/20 | BAG | PHASE2 | Work on monthly fee application for period April 1 through April 30. | 1.00 | 640.00 |
| 05/20/20 | KAD | PHASE2 | Review email exchange between Robyn Jungers and Winnette Mason regarding instructions for submitting invoices for each claim assigned to Lewis Brisbois. | 0.10 | 19.00 |
| 05/20/20 | KAD | PHASE2 | Email Robyn Jungers regarding instructions for submitting invoices for each claim assigned to Lewis Brisbois. | 0.10 | 19.00 |
| 05/20/20 | KAD | PHASE2 | Email Winnette Mason regarding billing instructions for each New York and New Jersey claim Lewis Brisbois is handling for the BSA. | 0.10 | 19.00 |



Page 5
06/15/20
Bill No. 90224730
047657.000013-BAG

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| 05/21/20 | BAG | PHASE2 | Continue work on monthly fee application and preparation of redacted invoices to be included. | 1.50 | 960.00 |
| 05/21/20 | KAD | PHASE2 | Finalize monthly fee application and invoices for submission to the Trustee. | 4.10 | 779.00 |
| 05/21/20 | KAD | PHASE2 | Review email from Robyn Jungers to Winnette Mason regarding submission of Lewis Brisbois' invoices via BSA's e-bill portal. | 0.10 | 19.00 |
| 05/21/20 | KAD | PHASE2 | Review template and instructions from Blair Warner regarding the first Interim Fee Application and email regarding the deadline for submission of same. | 0.40 | 76.00 |
| 05/21/20 | KAD | PHASE2 | Begin preparing initial draft of first interim fee application. | 1.80 | 342.00 |
| 05/22/20 | BAG | PHASE2 | Complete work on monthly fee application for the period April 1 through April 30. | 0.50 | 320.00 |
| 05/22/20 | KAD | PHASE2 | Finish preparing initial draft of Ogletree's first interim fee application. | 4.80 | 912.00 |
| 05/26/20 | BAG | PHASE2 | Work on interim fee application. | 2.00 | 1,280.00 |
| 05/27/20 | BAG | PHASE2 | Continue work on first interim fee application, including compilation and analysis of all requested data and information. | 3.50 | 2,240.00 |
| 05/27/20 | BAG | PHASE2 | Telephone conference with Blair Warner at Sidley Austin regarding interim fee application. | 0.20 | 128.00 |
| 05/27/20 | KAD | PHASE2 | Review emails from Blair Warner regarding Ogletree's monthly and interim fee applications. | 0.10 | 19.00 |
| 05/27/20 | KAD | PHASE2 | Revise draft interim fee application based on comments from Blair Warner. | 1.40 | 266.00 |
| 05/28/20 | BAG | PHASE2 | Continue work on interim fee application. | 1.50 | 960.00 |



Page 6
06/15/20
Bill No. 90224730
047657.000013-BAG

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| 05/28/20 | BAG | PHASE2 | Telephone conference with and email exchanges with restructuring counsel regarding interim fee application. | 0.30 | 192.00 |
| 05/28/20 | KAD | PHASE2 | Conference call with Bruce Griggs and Addie Norton regarding Interim Fee Application. | 0.40 | 76.00 |
| 05/28/20 | KAD | PHASE2 | Review email from Blair Warner regarding Ogletree's Second Monthly Fee Application. | 0.10 | 19.00 |
| 05/28/20 | KAD | PHASE2 | Revise Second Monthly Fee Application per Blair Warner's comments and suggestions. | 0.40 | 76.00 |
| 05/28/20 | KAD | PHASE2 | Revise First Interim Fee Application. | 1.70 | 323.00 |
| | | | Total Services: | 41.90 | 14,450.00 |

**Timekeeper Summary**

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Bruce A. Griggs | Shareholder | 640.00 | 13.40 | 8,576.00 |
| Sean E. Manning | Of Counsel | 445.00 | 1.80 | 801.00 |
| Kelci A. Davis | Paralegal | 190.00 | 26.70 | 5,073.00 |

|  |  |
|---|---|
| TOTAL FEES | $14,450.00 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $14,450.00 |