## Exhibit C

### Expense Summary

| Category | Amount |
|---|---:|
| Delivery Services/Messenger | $0.50 |
| Legal Support Services | $627.31 |
| **TOTAL:** | **$627.81** |

43183645.1