## Exhibit A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. ___** |

**ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF**
**APPRAISERS FOR THE DEBTORS AND DEBTORS IN POSSESSION,**
***NUNC PRO TUNC* TO JUNE 18, 2020**

Upon the omnibus application (the "Omnibus Application")[2] of the Boy Scouts of America (the "BSA") and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors"), for entry of an order (this "Order") (i) authorizing the Debtors to retain and employ the Appraisers to provide appraisal services for the Subject Properties, *nunc pro tunc* to June 18, 2020, pursuant to sections 327(a) and 328 of the Bankruptcy Code as modified by section 1107(b) of the Bankruptcy Code, Bankruptcy Rules 2014 and 6005, and Local Rule 2014-1, in accordance with the terms of each of the Engagement Letters by and between the Debtors and each of the Appraisers, (ii) approving the terms of the Appraisers' retention and employment, including the fee and expense structure and the indemnification provisions, as applicable, as modified by the Omnibus Application and this Order, and (iii) granting related relief; and upon consideration of the Declarations; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Omnibus Application.

and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and entry of this Order being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and the Debtors having consented to the entry of a final order by this Court under Article III of the United States Constitution; and venue of this proceeding and the Omnibus Application in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Omnibus Application and opportunity for a hearing on the Omnibus Application were appropriate under the circumstances and no other notice need be provided; and all objections to the Omnibus Application, if any, having been withdrawn, resolved or overruled; and the relief requested in the Omnibus Application being in the best interests of the Debtors' estates, their creditors and other parties in interest; and this Court having determined that the legal and factual bases set forth in the Omnibus Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Omnibus Application is GRANTED as set forth herein.

2.      Pursuant to sections 327(a) and 328 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 6005, and Local Rule 2014-1, the Debtors are authorized to employ and retain Appraisers of the Keys, JFW Ranch Consulting, H&LA, F.I. Salter, Dawn M. Powell, and BW Ferguson & Associates (each an "Appraiser" and collectively, the "Appraisers") to provide appraisal services for the Subject Properties, *nunc pro tunc* to June 18, 2020.

3.      The terms of the Appraisers of the Keys Engagement Letter, attached hereto as **Exhibit 1** and as modified by the Omnibus Application and this Order, are reasonable terms and conditions of employment and are hereby approved.

4.      The terms of the JFW Ranch Consulting Engagement Letter, attached hereto as **Exhibit 2** and as modified by the Omnibus Application and this Order, are reasonable terms and conditions of employment and are hereby approved.

5.      The terms of the H&LA Engagement Letter, attached hereto as **Exhibit 3** and as modified by the Omnibus Application and this Order, including without limitation, the compensation and indemnification provisions, are reasonable terms and conditions of employment and are hereby approved.

6.      The terms of the F.I. Salter Engagement Letter, attached hereto as **Exhibit 4** and as modified by the Omnibus Application and this Order, are reasonable terms and conditions of employment and are hereby approved.

7.      The terms of the Dawn M. Powell Engagement Letter, attached hereto as **Exhibit 5** and as modified by the Omnibus Application and this Order, are reasonable terms and conditions of employment and are hereby approved.

8.      The terms of the BW Ferguson Engagement Letter, attached hereto as **Exhibit 6** and as modified by the Omnibus Application and this Order, are reasonable terms and conditions of employment and are hereby approved.

9.      The requirement that the Appraisers keep detailed time records of time spent for professional services rendered in these chapter 11 cases pursuant to Local Rule 2016-2(d) is hereby waived; provided, however, that each Appraiser shall file a final application seeking the final allowance of compensation for appraisal services rendered to the Debtors, with a summary of fees earned and expenses incurred, in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and orders of this Court.

10.    Notwithstanding anything to the contrary in the Omnibus Application or this Order, the fees payable to the Appraisers under the Engagement Letters shall be subject to review in accordance with the standards set forth in section 328(a) of the Bankruptcy Code and shall not be subject to review under section 330 of the Bankruptcy Code; provided, however, that notwithstanding the foregoing, the U.S. Trustee may review the reasonableness of the Appraisers' fees requested in the final fee application under section 330 of the Bankruptcy Code.

11.    To the extent the Debtors enter into any additional engagement letters for the provision of additional appraisal and valuation services by the appraisers, the Debtors shall file such agreements with the Court and serve the applicable notice parties with copies of the same. To the extent any parties object, within fourteen (14) days of such new agreements being served, to the additional services to be provided by an Appraiser, the Debtors shall promptly schedule a hearing before the Court. All additional services shall be subject to the provisions of this Order.

12.    Notwithstanding anything to the contrary in any of the Engagement Letters, the Omnibus Application, or the Declarations, the indemnification provisions are hereby modified as follows:

> (d)    the Appraisers shall not be entitled to indemnification, contribution or reimbursement pursuant to the Engagement Letters for services, unless such services and the indemnification, contribution or reimbursement therefore are approved by the Court;
>
> (e)    the Debtors shall have no obligation to indemnify the Appraisers, or provide contribution or reimbursement to the Appraisers, for any claim or expense that is either: (i) judicially determined (the determination having become final) to have arisen from the Appraisers' gross negligence, willful misconduct, breach of fiduciary duty, if any, bad faith or self-dealing; (ii) for a contractual dispute in which the Debtors allege the breach of the Appraisers' contractual obligations unless the Court determines that indemnification, contribution or reimbursement would be permissible pursuant to In re United Artists Theatre Co., 315 F.3d 217 (3d Cir. 2003); or (iii) settled prior to a judicial determination as to the Appraisers' gross negligence, willful misconduct, breach of fiduciary duty, or bad faith or self-dealing but determined by this Court, after notice

and a hearing to be a claim or expense for which the Appraisers should not receive indemnity, contribution or reimbursement under the terms of the Agreement as modified by the Omnibus Application and this Order; and

(f)     if, before the earlier of (i) the entry of an order confirming a chapter 11 plan in these cases (that order having become a final order no longer subject to appeal), and (ii) the entry of an order closing these chapter 11 cases, an Appraiser believes that it is entitled to the payment of any amounts by the Debtors on account of the Debtors' indemnification, contribution and/or reimbursement obligations under an Engagement Letter (as modified by the Omnibus Application and this Order), including without limitation the advancement of defense costs, the Appraiser must file an application therefore in this Court, and the Debtors may not pay any such amounts to the Appraiser before the entry of an order by this Court approving the payment.  This subparagraph (c) is intended only to specify the period of time under which the Court shall have jurisdiction over any request for fees and expenses by the Appraiser for indemnification, contribution or reimbursement, and not a provision limiting the duration of the Debtors' obligation to indemnify the Appraiser.  All parties in interest shall retain the right to object to any demand by an Appraiser for indemnification, contribution or reimbursement.

13.     Each Appraiser shall use its reasonable best efforts to avoid duplication of services provided to any of the Debtors' other retained professionals in these chapter 11 cases.

14.     To the extent that there is any inconsistency between the terms of any engagement letter approved herein, the Omnibus Application, or this Order, the provisions of this Order shall govern.

15.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2020
Wilmington, Delaware                    _____
                                        THE HON. LAURIE SELBER SILVERSTEIN
                                        UNITED STATES BANKRUPTCY JUDGE

## **Exhibit 1**

**Appraisers of the Keys Engagement Letter**

# Appraisers of the Keys, Inc.

Appraisers of the Keys, Inc.
3208 Flagler Avenue
Key West, FL 33040
305-296-0831

Date of Agreement: Thursday, June 18, 2020

Steven McGowan
Boy Scouts of America
1325 W. Walnut Hill Lane
Irving, TX 75038

Nicholas Farrar, MRICS MAI
Appraiser
305-296-0831
nfarrar@fkres.com

## PROFESSIONAL SERVICE AGREEMENT ("Agreement")

This Professional Services Agreement (this "Agreement") is made and entered into on June 18, 2020 (the "Effective Date"), by and between Appraisers of the Keys, Inc. and  (herein referred to as "Client").

| | |
|---|---|
| **Project Name** | **Boy Scouts of America** |
| **Property Identification** | **Multiple Panels identified as: 00097710-000000, 00106030-000000, 00107870-000000, 00107900-000000, 00107910-000000, 00114850-000000, 00390960-000000, 00390970-000000, 00390980-000000, 00390990-000000, 00391020-000000.** |
| **Property Type** | **Multiple property types.** |
| **Interest Valued** | Current AS-IS Market Value - Fee Simple |
| **Intended User(s)** | The appraisal will be prepared for the above-mentioned client. Intended users include the client only. |
| | *Note: No other users are intended by Appraiser. Appraiser shall consider the intended users when determining the level of detail to be provided in the Appraisal Report.* |
| | *The client is also hereby informed that if this engagement is directly with the owner of the Property, the Appraisal may not be accepted by many federally insured lenders due to FIRREA Compliance and would likely not be accepted for future financing of said property.* |
| **Intended Use** | The report to be performed under this Agreement ("Appraisal") is intended for assessing the value of the subject real estate for internal planning purposes. |
| | *Note: No other use is intended by Appraiser. The intended use as stated shall be used by Appraiser in determining the appropriate Scope of Work for the assignment.* |
| **Type of Value** | As-Is |
| **Date of Value** | Date of inspection |
| **Report Type** | Appraisal Report |
| **Level of Analysis** | Summary |
| **Professional Fee** | **$25,000** |
| **Retainer** | $12,500 - Retainer payment is required to begin the work. Please include a check with the original executed Professional Service Agreement. |
| **Expenses** | Fees include all associated expenses. The client is to arrange and pay for boating access to the offshore islands if required by the appraiser(s). |
| **Payment Terms** | The remainder of the balance ($12,500) will be paid prior to the release of the reports. The appraiser shall remain in contact with the client throughout the appraisal process and inform the client of the proposed date of completion of the reports to allow the client a reasonable time to arrange payment. Any additional fees that are incurred, including but not limited to telephone calls, email, and site meetings, either during the assignment or after delivery of the |

reports, that would not be considered typical by the appraiser's peers, will be billed on a monthly basis based on the agreed upon hourly rate ($225.00 per hour).

The appraiser's invoices are considered due upon receipt by Client and shall be deemed delinquent if not paid within thirty (30) days of the date of Appraiser's invoice.

## SCOPE OF WORK

**Site Inspection**

Interior and exterior observation, on-site

**Valuation Approaches**

Appraiser will provide the Appraisal in accordance with Uniform Standards of Professional Appraisal (USPAP), The Code of Professional Ethics of the Appraisal Institute, Standards of Professional Appraisal Practice of the Appraisal Institute, and State Licensing Laws.

Appraiser will research relevant market data, and perform analysis to the extent necessary to produce credible appraisal results. Appraiser anticipates developing the following valuation approaches:

- ▸ Cost Approach
- ▸ Sales Comparison Approach
- ▸ Income Approach

The scope of work will be included in the Appraisal. A copy of the Assumptions and Limiting Conditions, which appear in the Appraisal, is available upon request.

*Note: Appraiser shall use all approaches necessary to develop a credible opinion of value.*

**Delivery**

**6-8 weeks (Timescale is based from the receipt of all information requested by the appraiser(s) and inspection of the properties).**

**Number of Reports**

One (1) Electronic Final Appraisal or each of the reports. The number of reports will be based on the Highest and Best Use of the individual properties.

**Acceptance Date**

These specifications are subject to modification if this Agreement is not accepted within 5 business days from the date of this letter.

# PROPERTY DATA REQUEST

Please forward any additional materials you would consider relevant in the analysis of the subject property. Such items may include, as applicable, an accurate property description, site survey, current rent roll, copies of leases, at least three years of historical operating statements, purchase and sale agreement, title report, any environmental reports or other third party reports, or any other sources of information known to exist that may impact the valuation of the property.  Once the engagement letter has been signed, the appraiser(s) will contact the client to discuss the required property data.

Our ability to honor the terms of this Agreement will require Client's response within five (5) business days. If you have questions regarding the enclosed, please feel free to contact me. Appraisers of the Keys, Inc. appreciates this opportunity to be of service to you on this assignment and looks forward to serving you. If you have additional questions, please contact us.

I/We, agree to the above stated terms and authorize Appraisers of the Keys, Inc. to prepare the above referenced appraisal.

_____ Date: _____

Respectfully,

**APPRAISERS OF THE KEYS, INC.**

**Nicholas Farrar, MRICS MAI**
Appraiser

# TERMS AND CONDITIONS

CONFIDENTIALITY

Appraiser shall not provide a copy of the written Appraisal Report to, or disclose the results of the appraisal prepared in accordance with this Agreement to, any party other than Client, unless Client authorizes, except as stipulated in the Confidentiality Section of the Ethics Rule of the Uniform Standards of Professional Appraisal Practice (USPAP).

USE OF EMPLOYEES OR INDEPENDENT CONTRACTORS

Appraiser may use employees or independent contractors at Appraiser's discretion to complete the assignment, unless otherwise agreed by the parties. Notwithstanding, Appraiser shall sign the written Appraisal Report and take full responsibility for the services provided as a result of this Agreement.

SERVICES NOT PROVIDED

The fees set forth in this Agreement apply to the appraisal services rendered by Appraiser as set forth in this Agreement. Unless otherwise specified herein, Appraiser's services for which the fees in this Agreement apply shall not include meetings with persons other than Client or Client's agents or professional advisors; Appraiser's deposition(s) or testimony before judicial, arbitration or administrative tribunals; or any preparation associated with such depositions or testimony. Any additional services performed by Appraiser not set forth in this Agreement will be performed on an hourly basis, billed monthly, at the rate of $225.00 per hour.

TESTIMONY AT COURT OR OTHER PROCEEDINGS

Court testimony, if required will be billed at $750.00 for ½ day and at $225.00 per hour thereafter. The fees shall include the Appraiser(s) participation in or preparation for, whether voluntarily or pursuant to subpoena, any oral or written discovery; sworn testimony in a judicial, arbitration or administrative proceeding; or attendance at any judicial, arbitration or administrative proceeding relating to this assignment.

CHANGES TO AGREEMENT

Any changes to the assignment as outlined in this Agreement shall necessitate a new Agreement. The identity of the Client, intended users, or intended use; the date of value; type of value; or property appraised cannot be changed without a new Agreement.

CANCELLATION

Client may cancel this Agreement at any time prior to Appraiser's delivery of the Appraisal Report upon written notification to Appraiser. Client shall pay Appraiser for work completed on assignment prior to Appraiser's receipt of written cancellation notice, unless otherwise agreed upon by Appraiser and Client in writing.

GOVERNING LAW AND JURISDICTION

This Agreement shall be governed by the law of the state in which Appraiser's office as specified in this Agreement is located, exclusive of that state's choice of law rules. The parties agree that any legal proceeding brought by either party to interpret or enforce this Agreement, or to enforce an arbitration award entered pursuant to this Agreement, shall be brought in a state or federal court having jurisdiction over the location of Appraiser's office as specified in this Agreement, and the parties hereby waive any objections to the personal jurisdiction of said court.

APPRAISER INDEPENDENCE

Appraiser cannot agree to provide a value opinion that is contingent on a predetermined amount. Appraiser cannot guarantee the outcome of the assignment in advance. Appraiser cannot ensure that the opinion of value developed as a result of this Assignment will serve to facilitate any specific objective of Client or others or advance any particular cause. Appraiser's opinion of value will be developed competently and with independence, impartiality and objectivity.

NOTICES

Any notice or request required or permitted to be given to any party shall be given in writing and shall be delivered to the receiving party by: a) registered or certified mail, postage prepaid; (b) overnight courier, such as Federal Express, United Parcel Service or equivalent; or (c) hand delivery. The address for delivery of any notice shall be the address for the party as specified in this Agreement, or at such other address as party may designate by written notice to the other party in conformance with this paragraph. Unless otherwise specified herein, notice shall be effective the date it is postmarked or given to a third party for delivery to the receiving party, whether or not the receiving party signs for or accepts delivery of such notice.

NO THIRD-PARTY BENEFICIARIES

Nothing in this Agreement shall create a contractual relationship between Appraiser or Client and any third party, or any cause of action in favor of any third party. This Agreement shall not be construed to render any person or entity a third party beneficiary of this Agreement, including, but not limited to, any third parties identified herein.

MEDIATION & ARBITRATION

In the event of a dispute concerning the subject matter of this Agreement, the parties shall in good faith attempt to resolve such dispute by negotiation between the parties' principals, or, if such negotiation is unsuccessful, by mediation conducted by a third-party mediator. If such mediation results in an impasse, the parties shall submit their dispute to binding arbitration. Such mediation or, if necessary, binding arbitration shall be conducted pursuant to

the mediation procedures or the commercial arbitration rules of the American Arbitration Association. Any arbitration shall be conducted in the city in which Appraiser's office as specified herein is located. The parties shall share equally the costs of any mediation. In the event of binding arbitration, the arbitrators shall, in addition to any relief appropriate to be awarded to the prevailing party, enter an award in favor of the prevailing party for that party's costs of the arbitration, including the party's reasonable attorneys' fees and arbitration expenses incurred in prosecuting or defending the arbitration proceeding. Subject to the right of the prevailing party to recover its share of the costs of the arbitration services pursuant to the arbitrator's award, the costs of the arbitration services shall be borne equally by the parties. If the prevailing party seeks judicial confirmation of any arbitration award entered pursuant to this Agreement, the court shall, in addition to any other appropriate relief, enter an award to the prevailing party in such confirmation proceeding for its reasonable attorneys' fees and litigation expenses incurred in confirming or successfully opposing the confirmation of such an award.

## SPECIAL OR CONSEQUENTIAL DAMAGES

Neither party shall under any circumstances be liable to the other party for special, exemplary, punitive or consequential damages, including, without limitation, loss of profits or damages proximately caused by loss of use of any property, whether arising from either party's negligence, breach of the Agreement or otherwise, whether or not a party was advised, or knew, of the possibility of such damages, or such possibility was foreseeable by that party. In no event shall Appraiser be liable to Client for any amounts that exceed the fees and costs paid by Client to Appraiser pursuant to this Agreement.

## ASSIGNMENT

Neither party may assign this Agreement to a third party without the express written consent of the other party, which the non-assigning party may withhold in its sole discretion. In the event this Agreement is assigned by mutual consent of the parties, it shall become binding on the assigning party's permitted assigns.

## SEVERABILITY

In the event any provision of this Agreement shall be determined to be void or unenforceable by any court of competent jurisdiction, then such determination shall not affect any other provision of this Agreement and all such other provisions shall remain in full force and effect. Template for Agreement for Professional Valuation Services

## CLIENT'S DUTY TO INDEMNIFY APPRAISER

Client agrees to defend, indemnify and hold harmless Appraiser from any damages, losses or expenses, including attorneys' fees and litigation expenses at trial or on appeal, arising from allegations asserted against Appraiser by any third party that if proven to be true would constitute a breach by Client of any of Client's obligations, representations or warranties made in this Agreement, or any violation by Client of any federal, state or local law, ordinance or regulation, or common law (a "Claim"). In the event of a Claim, Appraiser shall promptly notify Client of such Claim, and shall cooperate with Client in the defense or settlement of any Claim. Client shall have the right to select legal counsel to defend any Claim, provided that Appraiser shall have the right to engage independent counsel at Appraiser's expense to monitor the defense or settlement of any Claim. Client shall have the right to settle any Claim, provided that Appraiser shall have the right to approve any settlement that results in any modification of Appraiser's rights under this Agreement, which approval will not be unreasonably withheld, delayed or conditioned.

## CLIENT'S REPRESENTATIONS AND WARRANTIES

Client represents and warrants to Appraiser that (1) Client has all right, power and authority to enter into this Agreement; (2) Client's duties and obligations under this Agreement do not conflict with any other duties or obligations assumed by Client under any agreement between Client and any other party; and (3) Client has not engaged Appraiser, nor will Client use Appraiser's Appraisal Report, for any purposes that violate any federal, state or local law, regulation or ordinance or common law.

## EXTENT OF AGREEMENT

This Agreement represents the entire and integrated agreement between the Client and Appraiser and supersedes all prior negotiations, representations or agreements, either written or oral. This Agreement may be amended only by a written instrument signed by both Client and Appraiser. This Agreement includes the following Appendices, if applicable, which are incorporated into, and made a part of this Agreement:

None.

## <u>Exhibit 2</u>

**JFW Ranch Consulting Engagement Letter**

<u>**CONTRACT FOR SERVICES**</u>

**THIS AGREEMENT** made on June 18, 2020, between Steve McGowan, BSA of America, as "Client" and James F. Welles doing business as JFW Ranch Consulting, LLC as "Appraiser", agrees as follows:

1. **Identification**: Client hereby engages Appraiser, and Appraiser hereby agrees to appraise real estate in Colfax County, New Mexico, more commonly known as Philmont Scout Ranch, to include all fee surface lands and water rights appurtenant.

2. **Purpose, Use and User of the Appraisal**: Purpose is to provide estimate of Market Value as of July 15, 2020 for asset valuation purposes.

3. **Report format**: The Appraisal Report will be completed on the Uniform Agricultural Appraisal Report form (UAAR). Two copies of the UAAR report will be furnished. The appraiser's report shall comply with the professional and ethical requirements of the American Society of Farm Managers and Rural Appraisers, Rules and Regulations of the New Mexico Real Estate Appraisers Board and comply with the Uniform Standards of Professional Appraisal Practice (USPAP).

4. **Authorization and data to be furnished**: Client authorizes the Appraiser to inspect the premises and agrees to furnish Appraiser with all pertinent data, maps, title reports, tax bills and surveys, further described below. If special legal instructions are to be considered by the Appraiser, such instructions shall be in writing. The following information is requested from the Client:

   - **Copy of most recent Title Policy if available**
   - **Copy of legal description of the property to be appraised**
   - **Copy of Water Right files on lands owned by Philmont Scout Ranch**
   - **A complete description of structural improvements located on the real estate**
   - **Copy of detailed map of the ranch to include 2018-2019 burned areas.**
   - **Copy of any grazing leases or hunting leases that may be in effect**
   - **Authorization to disclose assignment to parties providing significant data to complete said assignment**
   - **Copy of prior appraisal completed in mid-1980's**
   - **Authorization to subcontract portions of the report completion to qualified third parties upon execution of approved NDA's**

5. **Completion Date Estimate**: Appraiser agrees to use his best efforts to complete the final appraisal within 120 days of the full engagement, assuming timely receipt of signed contract and other data to be furnished by the Client. Said completion date is an estimate and does not take into consideration delays beyond the control of the appraiser. If the contract is not signed within 10 days of the date of this agreement, this contract becomes null and void.

6. **Contingent and limiting conditions**:

- Title is assumed to be owned and held in fee simple and any other existing liens or encumbrances will be disregarded. Furthermore, no independent search of the public records is to be made by the Appraiser.
- The appraisal will be based on the legal description furnished by the Client and the Appraiser is not required to make any independent determination of the correct legal description, the existence of any easements, nor the state of the record title.
- The appraisal will be based on surface rights only, and does not reflect mineral, gas, oil or similar rights that may exist in whole or in part.
- The appraisal report will be used only for the purpose stated above and the report or any part thereof will not be released to other parties not related to that purpose.

7. **Compensation/Fees:**

- Client agrees to pay Appraiser for services in appraising the above described real property for the estimated fee of $36,000 plus New Mexico gross receipts tax (7%) and reasonable travel expense to exclude mileage. The Appraiser estimates six weeks of work billable at $150/hour. It is understood and agreed that the fee is not contingent upon and bears no relationship to the final value estimate of the property. The above fee assumes that the property has a consistent and similar Highest and Best use.

- Retainer: $18,000

- Payment: The balance of the appraisal fee is due and payable 10 days following completion of the report. Client and Appraiser agree that simple interest at the rate of 1 ½ percent per month, 18 percent per year, will accrue on any balance for compensation or expense reimbursement, if applicable, due the Appraiser and remaining unpaid as of the date due. Client also agrees to pay reasonable attorney's fees should collection be necessary.

- Testimony and Litigation Fee: If Client requests the testimony of the Appraiser at any legal proceeding, Appraiser agrees to render such testimony and be available for such purpose providing he is furnished with reasonable notice by client. Client agrees to pay the Appraiser $150.00 per hour time to prepare for testimony, travel time and or actual testimony including hearings, court, or other proceedings, along with travel expenses.

- Additional Expenses: It is possible that either a fixed wing aircraft or helicopter will be needed to assure a complete physical viewing of the ranch. Should this be required to complete a credible appraisal report, the appraiser will contact the client for approval of additional expense before the expenditure is made and billed.

Approved by the Client and Appraiser:

Appraiser:                                          Client:

JFW Ranch Consulting, LLC                           Steve McGowan, BSA of America


By _____              By _____
James F. Welles, ARA        Date             Steve McGowan,      Date
10600 Eagle Rock Ave NE                      BSA of America
Albuquerque, NM 87104                        1325 W. Walnut Hill Lane
505-967-6562                                 Irving, Tx 75038

## Exhibit 3

**H&LA Engagement Letter**



**Proposal for Consulting Services for the**
**The Summit Bechtel Reserve, Glen Jean, West Virginia**

**I.    Comprehensive Appraisal**

**OBJECTIVE**

The objective of this engagement is an appraisal of The Summit Bechtel Reserve in Glen Jean. We understand the facility includes over 13,000 acres of land and a nationally recognized Boy Scout camp. The appraisal will include a robust highest and best use analysis including a market analysis on the campground resort market. It is our understanding that the estimate of market value will be used for internal valuation purposes. The appraisal will conform to Uniform Standards of Professional Appraisal Practice (USPAP) and Office of the Comptroller.

**SCOPE OF WORK**

Before beginning our study, we will confer with you to determine the exact scope of the project and address specific issues or requests you may have. We will identify any confidentiality issues in connection with the project. In preparing the assignment, our scope of work is as follows:

**Fieldwork and Data Collection:**

- Prepare and issue a data request list to the client representative

- Travel to the subject site to inspect the subject property, meet client representatives, and conduct fieldwork

- Review property data such as uses of various land parcels, balance sheet, historical and future financial forecasts, capital investment, usage levels, site & building plans, tax & zoning information, etc.

- Review previous work, relationships, market research, and information concerning the subject and the market

- Analyze the subject site, including traffic counts, access, visibility, proximity and travel time, nearby visitor attractions, nearby corporate and group demand generators, and various development in the market

- Review the overall development master plan and projected development within the neighborhood

- Interview real estate brokers in the West Virginia area concerning comparable land and campground resort sales

Proposal for Comprehensive Appraisal
Page 2



- Meet with managers of the subject property including general manager, facilities manager, controller, etc.

- Research information and/or meet with representatives of the local convention and visitors bureau, chamber of commerce, city officials, county officials, economic development officials, and assessor's office to collect information concerning the subject and region

**Analysis:**

- Present a national overview of the campground resort industry and/or other appropriate industry sectors, analyzing the growth of the industry and potential concerns for the future

- Analyze historical financial performance of the subject property including usage, revenues, and expenses

- Review the current and projected development within the neighborhood

- Assess the economic and demographic factors of the general area to determine the economic environment of the subject and the sources from which business is generated within the area. This will include a review of the local and larger region's population, household growth, employment, income levels, transportation, etc.

- Examine the zoning of the various parcels of land and determine the number of acres that are zoned for commercial, agricultural, forestry, and residential uses

- Analyze potential land developments for the subject site to provide a basis for the analysis of comparable land sale parcels

- Analyze the potential performance of the subject venue to determine its operating potential as an independent for-profit business

- Analyze the current market of land buyers, sellers, and new project developers

- Analyze land sales and current listings to determine prices per square foot and trends in pricing

- Identify new projects that are under construction, planned, or proposed in the market

- Evaluate trends in the supply of and demand for land in order to estimate the future pricing trends

- Utilize the sales comparison approach to estimate the value of the land as is. We may need to perform multiple sales comparison approaches depending upon the zoning and uses of individual land parcels within the overall approximately 13,000 acres.

- Identify comparable resort sales and utilize the sales comparison approach to estimate the value of the improved campground resort portion of the overall development





- Consider the income capitalization approach for the subject and determine if sufficient data is available to prepare the approach assuming its operation as a for-profit venture instead of its current nonprofit model

- Consider the cost approach and determine if it is inappropriate analysis methodology

**Narrative Report:** We will communicate our findings in a comprehensive appraisal report that will provide information concerning the subject property and our opinion of value. The appraisal report's market analysis section will study trends in various market segments as part of a highest and best use analysis that may consider, among other things, the subject's potential as a for-profit campground resort. We will consider the income capitalization approach, sales comparison approach, and cost approach to value as applicable, but will primarily focus on the sales comparison approach. We will communicate to you our opinion of market value of the real estate in conformity with the Uniform Standards of Professional Appraisal Practice. We will provide an estimate of market value "as is."

## II.   Litigation Support

David Sangree, MAI, CPA, ISHC is available to provide litigation support and testimony concerning the appraisal report. I have testified at numerous local, state, and federal courthouses.

## Project Qualifications and Experience

Our consultants are national experts in the analysis of all types of leisure properties. We have prepared more than 3,000 studies on a wide range of hotels and leisure properties in the United States and Canada. We have completed 20 campground resort studies in the United States in the last 10 years. With your project in mind, below is a sample of projects we have completed over the years that are similar to yours in property type or scope of services. A complete list of all H&LA projects can be found at our website.



Jellystone Park Camp Resort – Larkspur, Colorado: Market Feasibility and Financial Analysis Study on the expansion and redevelopment of the Jellystone Larkspur campground. We analyzed the historical financials and positioning of the campground to determine if additional recreational amenities were viable for guests of the campground and for other local residents.

Frontier Town Campground – Berlin, Maryland: Market Feasibility and Financial Analysis Study that studied the campground as part of the analysis of redevelopment of the waterpark at the subject site. We analyzed the occupancy, ADR, and sources of business for the campground to assist in determining waterpark usage. The waterpark's location adjacent to the campground was its strongest attribute since most visitors to the waterpark were projected to be campground guests.





H&LA



<u>Maddox Family Campground – Chincoteague Island, Virginia</u>: Market Feasibility and Financial Analysis Study on the expansion of existing facilities. We analyzed the competitive set of campgrounds in the area and considered their amenities when suggesting additional recreational amenities to develop at the existing campground.



<u>Cook Riverside Cabins – Barnett Township, Pennsylvania</u>: Appraisal and Market Analysis Report for the cabins, gift shop, and seasonally operated cafe. We completed a detailed analysis of demand generators within the market and analyzed historical financial performance of the subject, including reviewing daily, monthly, and annual occupancy; ADR; and financial figures.



<u>Jellystone Park Camp and Resort – East Drumore Township, Pennsylvania</u>: Appraisal and Market Analysis report for the full-service campground and RV park. The property offers 203 rental sites including 44 cabins, 159 RV sites, an outdoor waterpark, retail store, fishing pond, sand volleyball, basketball court, 18-hole miniature golf, gem mining, pedal cart track, golf cart rentals and a playground.

<u>Kalahari Resorts – various locations</u>: H&LA has prepared market feasibility and financial analysis studies, economic impact studies, and appraisal reports for various Kalahari Resort properties in Ohio, Pennsylvania, Texas, Wisconsin and other potential markets. We have worked directly with Kalahari Resorts, as well as with various developers interested in developing the Kalahari brand in different markets. Kalahari Resorts are full-service vacation destinations with large conference centers.





<u>Great Wolf Lodge Properties – United States and Canada</u>: Over the years, Hotel & Leisure Advisors has worked with several different clients in preparing various consulting assignments for 13 Great Wolf Lodge properties in the United States and Canada. These studies included appraisals, feasibility studies, and general consulting analyses. Great Wolf Resorts is the largest indoor waterpark company in North America, with 16 properties in the U.S. and Canada.



Proposal for Comprehensive Appraisal
Page 5



## References

Mark Rantala
President Economic Development Opportunity Advisors, LLC
Former Executive Director Lake County Ohio Port and Economic Development Authority
440-759-3261
markrantala@icloud.com
*Market and financial feasibility Studies for proposed hotels and/or indoor waterpark resorts at five different locations in Lake County, Ohio*

Mr. Gerald Svoboda
Vice President, Chief Appraiser
Comerica Bank
(313) 222-6172
gfsvoboda@comerica.com
*Multiple appraisals for hotels, arenas, and recreational properties throughout the United States*

Carol Dixon
Assistant Vice President Secured Credit
First Commonwealth Bank
(O) 724-463-2440
CDixon@fcbanking.com
*Multiple appraisals for campgrounds, hotels, and other leisure properties in the United States*

## Fees & Payment Schedule

| Project Fees | |
|---|---|
| **Component** | **Fee** |
| I - Comprehensive Appraisal | $25,000 |
| II - Litigation Support | $450 per hour for testimony and preparation time; $350 per hour for travel time |
| Travel, subsistence, and out-of-pocket expenses, | Not to exceed $2,500 for Component I; additional for Component II |

These fee estimates are subject to revision if the scope of the engagement is altered. In such an event, we will discuss the matter with you so that a mutually acceptable revision can be made. Our price quote is valid for 90 days from the date of this proposal. Projected expenses exclude any applicable state sales taxes. If at any point during the engagement a decision is made to discontinue our services, our professional fees will be based on the time expended through that date.





## Payment Schedule

We require a 50% retainer prior to beginning the assignment.

After conclusion of our fieldwork, we will issue an invoice for 25% of the project fee. This payment is due prior to our issuing the draft report.

The final invoice (balance plus expenses) will be sent with the draft copy of the completed report. Payment of this invoice is required prior to our issuance of final reports. Hard copies of the report are available upon request for an additional fee.

Any revisions to the report made within 30 days of issuance of the draft are included in the fee. Any revisions after 30 days will require an additional 10% of the project fee. If we do not receive any revisions within 30 days, we will issue the final report, provided we have received payment of the final invoice.

Any invoice that is 60 days past due is subject to a 1.5% monthly finance charge. Client agrees to pay any fees incurred as a result of collections activity.

We will negotiate fees for any additional services when you request them. Our consulting services are available at a rate of $150-$450 per hour, depending on the staff person involved, or we will issue a specific fee quote once the scope of additional services is determined.

## Timing

We can begin work immediately and plan to provide you with the report documenting our conclusions within 40 to 60 days of receiving the retainer payment and the signed engagement letter. We will work with your appointed representative to ensure the required data is made available. *The delivery date of the draft and final reports is contingent upon receiving the data requested for the property on a timely basis.*

We will communicate with you on a regular basis throughout the project and update you as needed on our progress. Chronologically, we will:

- Issue a data request list indicating items needed to review as part of our analysis.

- Schedule appointments to meet with you and tour the subject site and local/regional market. Our fieldwork will include visits to a range of comparable land sales and comparable facilities.

- After conclusion of fieldwork, we will conduct additional research and interviews and analyze additional data to prepare the report. It typically takes a few weeks to analyze the data and an additional few weeks to write the report.

- Execute internal review of the report for quality control purposes.

- Issue the report in draft format within the timeframe specified in the proposal. After you review the draft, we will issue the final version of the report, including addenda items.



Proposal for Comprehensive Appraisal
Page 7



### Conditions

The report will be prepared in accordance with our Standard Conditions, which are attached. To indicate your acceptance of this proposal, please sign this proposal and return it to us with a retainer of 50% as authorization for us to proceed with the engagement.

As a material inducement for Hotel & Leisure Advisors to enter into this agreement for services and for value received, and the consideration of Hotel & Leisure Advisors' performance in providing appraisal and consulting services for the client, the signature on this letter guarantees the company's timely payment of this agreement. This includes, but is not limited to, the payment of any and all sums due pursuant to the agreement. This guarantee applies to appraisal and consulting services that have been rendered prior to the above date and appraisal and consulting services that are rendered after the above date.

The terms of this agreement shall be interpreted and construed in accordance with the laws of the State of Ohio. The client hereby submits to the nonexclusive jurisdiction of the court having jurisdiction in the County of Cuyahoga, State of Ohio, and agrees not to raise and waive any objection based upon forum non conveniens. Thank you for this opportunity to be of service. We look forward to working with you on this assignment.

**Hotel & Leisure Advisors, LLC**

David J. Sangree, MAI, ISHC
President

By signing below, I agree to the fees and terms associated with component(s) _____ as described in the attached proposal. I agree to pay fees for the report in the amount of _____ plus expenses no greater than _____. I have read and understood the proposal and the attached standard conditions, and I agree to the terms and conditions therein.


_____
Signature

_____
Name (print)

_____
Title

_____
Company

_____
Date





**SAMPLE TABLE OF CONTENTS FOR APPRAISAL
TABLE OF CONTENTS**

A.   INTRODUCTION
     Executive Summary...................................................................... A-1
     Property Identification  .............................................................. A-3
     Property Ownership, Recent History, and Operational Assumptions ............. A-3
     Scope of the Assignment ........................................................... A-8
     Purpose and Intended Use of the Appraisal ............................................. A-8
     Effective Date of Valuation ...................................................... A-9
     Property Rights Appraised ......................................................... A-9
     Exposure Time and Marketing Period ...................................... A-9
     Definitions of Value and Other Pertinent Terms ....................... A-9
     Standard Conditions ................................................................A-10
     Extraordinary Assumptions and Hypothetical Conditions...........................A-13
     Competency of Consultants .................................................A-13

B.   DESCRIPTIVE DATA
     Area and Demographic Review......................................................... B-1
     Neighborhood Analysis..........................................................B-15
     Zoning and Real Estate Taxes ...............................................B-17
     Description of Land.................................................................B-18

C.   MARKET ANALYSIS
     Campground Resort Market Overview ..................................... C-1
     Historical Performance of The Summit Bechtel Reserve ............................C-15

D.   HIGHEST AND BEST USE
     Introduction ........................................................................... D-1

E.   INCOME CAPITALIZATION APPROACH
     Introduction ...........................................................................E-1

F.   SALES COMPARISON APPROACH
     Introduction .......................................................................... F-1
     Units of Comparison .............................................................. F-10

G.   COST APPROACH
     Introduction .......................................................................... G-1

H.   RECONCILIATION  ....................................................................... H-1

I.   CERTIFICATION.............................................................................. I-1

     ADDENDA
     Qualifications of Consultants........................................................ Addendum A
     Survey Report ......................................................................... Addendum B
     Legal Description....................................................................... Addendum C
     Copy of Engagement Letter ........................................................ Addendum D



Proposal for Comprehensive Appraisal
Page 9



**Standard Conditions**: The following Standard Conditions apply to real estate consulting engagements and appraisals by Hotel & Leisure Advisors, LLC (H&LA). Extraordinary Assumptions are added as required.

1.      The report is to be used in whole and not in part. The report, engagement letter and these standard conditions constitute the entire understanding and agreement between the parties with respect to the subject matter hereof and supersedes any and all prior or current agreements or understandings between the parties, whether in writing or orally. The report and engagement letter may not be amended except in writing signed by the parties hereto. These standard conditions shall survive the completion of the assignment.

2.      Publication of the report or engagement letter without the prior written consent of H&LA is prohibited unless otherwise stated in the letter of engagement. Neither the report nor engagement letter may be used by any person other than the party to whom they are addressed nor may they be used for purposes other than that for which they were prepared. Neither the engagement letter, nor the report, nor their contents, nor any reference to the appraisers or H&LA or any reference to the Appraisal Institute, International Society of Hospitality Consultants, American Institute of Certified Public Accountants, or the American Institute of Architects, (or the MAI, ISHC, CPA or AIA designations) may be included or quoted in any offering circular or registration statement, prospectus, sales brochure, other appraisal, loan, or other agreement or document without H&LA's prior written permission, in its sole discretion. Moreover, "H&LA" is a registered trademark of Hotel & Leisure Advisors, LLC. The client agrees that in event of a breach of this Section 2, in addition to any other rights and remedies of H&LA, and hereby consents to injunctive relief.

3.      No responsibility is assumed for the legal description or any matters which are legal in nature. Title to the property is assumed to be good and marketable and the property is assumed to be free and clear of all liens unless otherwise stated. No survey of the property was performed. Sketches, maps, photos, or other graphic aids included in the reports are intended to assist the reader in ready identification and visualization of the property and are not intended for technical purposes.

4.      The information contained in the assignment is based upon data gathered from sources the consultant or appraiser assumes to be reliable

and accurate. Some of this information may have been provided by the owner of the property. Neither the consultants nor H&LA shall be responsible for the accuracy or completeness of such information including the correctness of public records or filings, estimates, opinions, dimensions, sketches, exhibits, and other factual matters.

5.      The report may contain prospective financial information, estimates, or opinions that represent the consultants' or appraisers' view of reasonable expectations at a particular point in time. Such information, estimates, or opinions are not offered as predictions or as assurances that a particular level of income or profit will be achieved, that events will occur, or that a particular price will be offered or accepted. Actual results achieved during the period covered by H&LA's prospective financial analyses will vary from those described in the report, and the variations may be material. The financial projections stated in the report and any opinions of value are as of the date stated in the report. Changes since that date in external and market factors or in the property itself can significantly affect property value or performance.

6.      H&LA has not considered the presence of potentially hazardous materials and contaminants such as asbestos, urea formaldehyde foam insulation, toxic waste, PCBs, pesticides, mold, lead-based paints, or other materials. The appraisers and consultants are not qualified to detect or report on hazardous material contamination and H&LA urges the client to retain an expert in this field if desired.

7.      Unless noted, H&LA assumes there are no encroachments, zoning violations, or building violations encumbering the subject property. It is assumed that the property will not be operated in violation of any applicable government regulations, zoning, codes, ordinances, or statutes. No responsibility is assumed for architectural design and building codes. The analysis and concept drawings included in the report are not intended for technical purposes.

8.      All mortgages, liens, encumbrances, leases, and servitudes have been disregarded unless specified otherwise.

9.      Real estate consulting engagements and appraisal assignments are accepted with the understanding that there is no obligation to furnish services after completion of the original assignment. We are not required to give testimony or attendance in court by reason of this analysis without previous



Proposal for Comprehensive Appraisal
Page 10



arrangements, and the client will be obligated to pay in advance for the standard per diem fees and travel costs.

10.    No significant change is assumed in the supply and demand patterns indicated in the report.

11.    The quality of a lodging facility or other leisure property's management has a direct effect on the property's economic viability. It should be specifically noted by any prospective reader that the engagement assumes that the property will be competently managed, leased, and maintained by financially sound owners over the expected period of ownership. H&LA is not responsible for future marketing efforts and other management or ownership actions upon which actual results will depend.

12.    The forecast of income and expenses are not predictions of the future. Rather, they are the consultants' best estimates of current market thinking on future income and expenses. We do not warrant that the estimates will be obtained, but that they have been prepared in a conscientious manner on the basis of information obtained during the course of this study.

13.    The subject property is valued assuming all items of furniture, fixtures, equipment, working capital, and inventory are in place. Should items essential in the operation of the hotel prove to be missing, we reserve the right to amend the opinion of value expressed in an appraisal report.

14.    H&LA does not, as part of this consulting report or appraisal, perform an audit, review, or examination (as defined by the American Institute of Certified Public Accountants) of any of the historical or prospective financial information used and therefore, does not express any opinion with regard to it.

15.    The consulting engagement or appraisal report has been prepared in accordance with the Uniform Standards of Professional Appraisal Practice and the Code of Ethics of the Appraisal Institute. No other code, ordinance, rule or regulation of any kind or nature whatsoever shall apply.

16.    It is agreed that the maximum damages recoverable from H&LA or its affiliates or their respective employees relative to this engagement shall be the amount of the money actually collected by H&LA or its affiliates for work performed pursuant to the engagement letter. The client acknowledges that H&LA cannot and does not guarantee and makes no representations as to the success of the project. H&LA shall not be liable for any incidental, breach of warranty, consequential or punitive damages, expenses, costs or losses whatsoever directly or indirectly arising out of the services performed hereunder (including negligence and/or gross negligence). In addition, there is no accountability or liability to any third party.

17.    The client hereby releases and discharges H&LA, its directors, officers, and employees, from and against any and all claims and demands of any nature or kind whatsoever arising as a result of the design, development, operations, and performance of the proposed or existing project. The client furthermore agrees to indemnify, defend and hold harmless H&LA and its directors, officers and employees, from any and all claims of any nature whatsoever, including attorney fees, expenses and costs.

18.    The report does not address the project's compliance with the federal statute commonly known as the Americans with Disabilities Act as well as regulations and accessibility guidelines promulgated thereunder.

19.    The provisions of the report, the engagement letter and these standard conditions shall be severable, and if a court of competent jurisdiction holds any provisions of the report, engagement letter and these standard conditions invalid, illegal or unenforceable, the remaining provisions shall nevertheless remain in full force and effect as written.



## Exhibit 4

**F.I. Salter Engagement Letter**

**Est. 1890**
## F.I. SALTER
800B West Railroad Street ● Duluth, MN 55802
(218) 722-5556 ● www.fisalter.com

June 18, 2020

Mr. Steven McGowan
Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX 75038

Via Email Only

Re: Engagement Letter for Ely, Minnesota Base of the Northern Tier Appraisal

Dear Mr. McGowan:

Ann Heimbach, MAI and F.I. Salter Real Estate agree to perform appraisals on the following parcels which encompass the above noted property in Lake County:

28-6409-28490

28-6409-28550

28-6409-28790

28-6409-29910

28-6409-29930

28-6409-29933

The anticipated completion date for the project is 4 to 6 weeks from final authorization to begin work. The total fee estimate for the project is $5,000 to $8,000.

We appreciate the opportunity to work on the project. Please indicate your agreement with the terms and provide a contact at the property so that I can arrange a site visit.

Thank you,

Ann M. Heimbach, MAI
Certified General Real Property Appraiser
MN License #20129249

## Exhibit 5

**Dawn M. Powell Engagement Letter**



17 June 2020

Steven McGowan
Boy Scouts of America
1325 W. Walnut Hill Lane
Irving, TX  75038

RE:    Quotation/Letter of Engagement  for Appraisal Services
       Summer Camp/Resort on Perch Lake
       District of Rainy River, Atikokan Youth Ventures Inc.

Further to your recent request, we are pleased to submit a proposal for appraisal services relative to the above-captioned recreational waterfront property on Perch Lake, in the District of Rainy River.  It is our understanding that the purpose of the appraisal report is to estimate the current market value of the above-captioned property; the intent of which is to provide a basis for settlement of litigation.

I have the knowledge and experience to complete the assignment competently.

There are three accepted technical approaches to value that are utilized in estimating property value. These include:

1.     The Cost Approach which is based on the depreciated cost of the building and improvements plus the estimate land value.

2.     The Income Approach which is based on the premise that value is equivalent to the present worth of the income stream that the property is capable of producing when developed to its Highest and Best Use.

3.     The Direct Comparison Approach which is based on the proposition that an informed purchaser would pay no more for a property than the cost of acquiring another existing with the same utility.  The value estimate is based on a study of selling, listing, or offered prices of comparable properties

154 South High St.
Thunder Bay, Ontario
P  7  B  3  K  5
TEL. (807) 343-7987
FAX (807) 343-7945
Email: powellco@tbaytel.net

...2/

Boy Scouts of America.                    - 2 -                    17 June 2020

We have been advised that this recreational camp/resort property is not operating. Therefore, the Income Approach to Value cannot be completed. Also, due to the age and condition of the improvements. The accurate measurement of reproduction cost new and accrued depreciation from all sources is a difficult task.  In this regard, the Cost Approach to Value cannot be completed.

The most relevant method of valuation in this instance is the Direct Comparison Approach.

The estimated fee to complete the appraisal report will be $ 7,500 CDN plus expenses/disbursements, plus HST (if applicable). Expenses include:

1.      An electronically signed pdf copy of the report will be emailed to you upon receipt of payment of the invoice.
2.      A hard copy of the report can be provided, upon request.
3.      Registry office fees to verify subject and comparable sales.
4.      MPAC, geowarehouse, Thunder Bay Real Estate Board, general expenses, etc.
5.      Mileage and travel costs to inspect the property.

Total expenses and disbursements are not expected to exceed $ 1,000.00 (CDN).  The total cost will not exceed  $ 7500 CDN plus HST without prior authorization of the client. Requests for additional work, court testimony, or modifications to the report, after report delivery, may require additional fees.

The following information will ensure timely completion of the report.

1.      Copy of Tax Bill
2.      Survey or site plan,  if available
3.      Environmental Assessment  Report, if available
4.      Building Condition Report, if available
5.      Building Drawings, if available
6.      Name and telephone number for contact person to arrange inspection

Appraisal assignments coming into this office are completed in the order that they are received.  Some assignments take longer than others which may delay delivery of your report.  Although we cannot guarantee a specific delivery date, every attempt will be made to have your report completed within three to four weeks from the date of inspection. If you wish us to proceed, please sign the "authorization to proceed" and return by email or fax (807) 343-7945.  The account is to be paid n full, before the final report is released.

...3/

Boy Scouts of America                    - 3 -                    17 June 2020

Dawn M. Powell Appraisals Inc. takes privacy very seriously. We collect personal information to better serve our customers, for security reasons, and to provide customers and potential customers with information about our services. We would like to have a lifelong relationship of good service with our customers, and for that reason we may retain any personal information provided for as long as necessary to provide our services and respect our obligations to governmental agencies and other third parties.

The information will remain confidential to Dawn M. Powell Appraisals Inc., to businesses working for us, and to any organization that acquires part or all of our business, provided that they agree to comply with our privacy policy. By accepting this quotation, you are agreeing to maintain the confidentiality and privacy of any personal information contained herein and to comply in all material respects with the contents of our Privacy Policy.  If you wish to see a copy of our Privacy Policy, or have privacy questions or concerns, please contact the Privacy Officer by phoning (807) 343-7987 or by e-mail at: powellco@tbaytel.net.

Thank you for considering Powell Appraisals for this assignment. If you have any questions about this quotation, please do not hesitate to call.

AUTHORIZATION TO PROCEED
RECREATIONAL CAMP/RESORT ON PERCH LAKE
DISTRICT OF RAINY RIVER (ATIKOKAN YOUTH VENTURES INC.)

Please proceed with the aforementioned appraisal assignment, as outlined on Pages 1, 2 and 3 under the specified terms.  Payment Terms: The account  is to be paid in full before the report is released.

Authorized by:_____
I am authorized to sign on behalf of Boy Scouts of America

Date: _____

Yours truly,

DAWN M. POWELL APPRAISALS INC.

Dawn M. Powell

Digitally signed by Dawn M. Powell
DN: cn=Dawn M. Powell, o=Dawn M. Powell Appraisals Inc., ou, email=powellco@tbaytel.net, c=CA
Date: 2020.06.18 18:27:44 -04'00'

\Qual Attached

Dawn M. Powell, AACI, P.App, BA (Hons), MSc.

DAWN M. POWELL, AACI, P.App. BA (Hons), MSc.
Dawn M. Powell Appraisals Inc.
154 South High Street,  Thunder Bay, ON   P7B 3K5

EDUCATION AND SKILLS

- ▸    MSc. Real Estate Appraisal, University of St. Thomas, Minneapolis, MN
- ▸    BA(Hons) Lakehead University, Thunder Bay, ON
- ▸    Member of the Appraisal Institute of Canada since 1978
- ▸    Member of the Appraisal Institute (USA), Chicago
- ▸    Awarded AACI (Accredited Appraisal Canadian Institute) in July of 1987 - No. 2582
- ▸    Awarded the designation P.App by the Appraisal Institute of Canada
- ▸    Recertified under mandatory continuing education program of AIC
- ▸    Awarded PLE (Professional Land Economist) by the Association of Ontario Land Economists
- ▸    Member of the Ontario Real Estate Association
- ▸    Member of Real Estate Institute of Canada
- ▸    Board member, Ontario Association Appraisal Institute of Canada 1987/89
- ▸    Chair, Thunder Bay Chapter Appraisal Institute of Canada

EMPLOYMENT HISTORY

October 1987 - Present

Dawn M. Powell is President of Dawn M. Powell Appraisals Inc., an independent fee appraisal and consulting firm involved exclusively in the appraisal of commercial, industrial, and residential properties, feasibility studies and various real estate studies and consulting services throughout Northwestern Ontario from the Manitoba border to Sault Ste. Marie and points north.

March 1986 - September 1987

During this period, Dawn Powell was employed by Royal Trust, Thunder Bay, as Area Manager, Lending.  This position involved the appraisal of commercial and residential properties, mortgage underwriting, portfolio management, security evaluation, loan supervision, business development and sales.

1978 - March 1986

Real Estate Appraiser - Thunder Bay, Ontario.

Real estate appraising, primarily on a comprehensive basis of commercial/industrial property for various functions, i.e., financing, litigation, assessment appeals, establishing listing and sale prices, estates, etc. She was also involved in feasibility studies, research and property management.

## **Exhibit 6**

**BW Ferguson Engagement Letter**

*[To be supplemented]*