## **Exhibit G**

**Edgecombe Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**DECLARATION OF ROBERT EDGECOMBE IN SUPPORT OF**
**THE DEBTORS' OMNIBUS APPLICATION FOR ENTRY OF AN ORDER**
**AUTHORIZING THE RETENTION AND EMPLOYMENT OF APPRAISERS FOR THE**
**DEBTORS AND DEBTORS IN POSSESSION, *NUNC PRO TUNC* TO JUNE 18, 2020**

I, Robert Edgecombe, hereby state and declare as follows (this "Declaration"):

1.      I am a Director in the Real Estate and Environmental Economics for Alvarez & Marsal Disputes and Investigations, LLC ("A&M").   Except as otherwise stated in this Declaration,[2] I have personal knowledge of the matters set forth herein.  If called to testify, I could and would testify competently to the facts set forth herein.

2.      I submit this Declaration on behalf of A&M in support of the *Debtors' Omnibus Application for Entry of an Order Authorizing the Retention and Employment of Appraisers for the Debtors and Debtors in Possession,* Nunc Pro Tunc *to June 18, 2020* (the "Omnibus Application").[3]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at A&M and are based on information provided by them.

[3] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Omnibus Application.

3.      A&M is assisting in the process to obtain appraisals of BSA's four high adventure facilities (the "Subject Properties").  The Subject Properties are the Florida Sea Base, Philmont Scout Ranch, the Summit Bechtel Reserve, and Northern Tier (including both the Minnesota and Canada locations).

4.      Among other things, A&M has assisted in identifying and interviewing candidate appraisers for each Subject Property.  The CVs summarizing the experience and qualifications of the Appraisers are attached hereto as **Exhibits** **1**–**6**.  To identify and select the most qualified Appraisers, I am informed that A&M interviewed potential candidates to assess the following:

> (i)      prior experience appraising properties similar to the Subject Properties with respect to size, property type, geographical location, and similar criteria;
>
> (ii)     familiarity with and recognition of property-specific issues;
>
> (iii)    ability to meet all required competencies under the Uniform Standards of Professional Appraisal Practice, and the Canadian Uniform Standards of Professional Appraisal Practice;
>
> (iv)    access to market data;
>
> (v)     previous experience in providing appraisal reports and testimony in matters involving potential litigation;
>
> (vi)    the estimated time frame and fee for completing the appraisal; and
>
> (vii)   professional references and recommendations.

5.      In connection with identification of candidate appraisers for each Subject Property, I have been in contact with Mr. Brett Ferguson, AACI, of BW Ferguson & Associates, Ltd. in Winnipeg, Manitoba, who the Debtors seek to retain to appraise the Northern Tier property in Manitoba.

6.      Mr. Ferguson communicated to A&M that his estimated time frame for completion of the appraisal of the Northern Tier property in Manitoba is approximately two to three weeks

and his estimated fee is between $4,500 and $5,000. He further communicated that his hourly rate for consulting and testimony is $275.

7.      Mr. Ferguson communicated to me that he is in court this week and was unable to provide the BSA with an engagement letter or declaration of disinterestedness in time to be included with the Omnibus Application. The Debtors intend to supplement the Omnibus Application with a copy of the engagement letter and declaration before the hearing on the Omnibus Application.

8.      In connection with identification of candidate appraisers for each Subject Property, I have been in contact with Ms. Ann Heimbach, of F.I. Salter, Inc., who the Debtors seek to retain to appraise the Northern Tier property located in Minnesota. Ms. Heimbach communicated to A&M that her hourly rate for consulting and testimony is $200. The Debtors intend to supplement the Omnibus Application with a revised copy of the engagement letter before the hearing on the Omnibus Application.

9.      In connection with identification of candidate appraisers for each Subject Property, I have been in contact with Ms. Dawn Powell of Dawn M. Powell Appraisals Inc., who the Debtors seek to retain to appraise the Northern Tier property located in Ontario. Ms. Powell communicated to A&M that her hourly rate for consulting and testimony is CAD $200. The Debtors intend to supplement the Omnibus Application with a revised copy of the engagement letter before the hearing on the Omnibus Application.

*[Remainder of Page Intentionally Left Blank]*

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.


Dated:  June 18, 2020
       New Orleans, Louisiana      */s/ Robert Edgecombe*
                                    Robert Edgecombe

## Exhibit 1

**Appraisers of the Keys Curriculum Vitae**

# APPRAISERS of the KEYS, INC.

Appraisers of the Keys, Inc.
3208 Flagler Avenue
Key West, FL 33040
+1 (305) 849-0648

**Company Profile**

Appraisers of The Keys, specializes in residential and commercial appraisals throughout the Florida Keys (Monroe County, FL). The company was established in 1990 with both managing partners being designated members of the Appraisal Institute.

As a company we offer all forms of appraisal reports, that are all in compliance with applicable regulations including the Uniform Standards of Professional Appraisal Practice (USPAP) and are undertaken within the Standards of Professional Practice and the Code of Ethics of the Appraisal Institute.

One partner, Kevin Talbott, holds the SRA designation, which is the highest regarded designation for residential appraising. The other partner, Nicholas Farrar, holds both the MAI designation, which is the highest regarded designation for commercial appraising, and is a Member of the Royal Institution of Chartered Surveyors (MRICS). Both partners are both Certified General Appraisers as licensed by the state of Florida. Kevin has been specializing in the Florida Keys since 1990 while Nicholas has been specializing in the Florida Keys since 2012.

Our commercial division has extensive knowledge of all property types including single and multi-tenant properties. Our experience includes appraisals of all property types including retail, office, multi-family, mixed-use, industrial, hospitality properties, marinas, RV parks, manufactured home parks, vacant land, special purpose properties, and off-shore islands. Our residential division has experience in all types of residential properties including single family, multi-family up to 4 units, and vacant lots.

Additional services include property analysis, marketability studies, Highest and Best Use analysis, feasibility studies, consultancy, expert witness testimony, and insurance values including for Citizens Insurance.

We pride ourselves on our ability to offer a variety of appraisal types in order to fulfill our client's needs and at a competitive cost. Our goal is to deliver quality appraisal reports in a timely manner. All of the appraisal work delivered by the company is reviewed by one of the managing partners to ensure all standards are met and maintained.

# Nicholas Farrar, MRICS MAI

504 Bahama St, Key West, FL 33040
Cell: 305-849-0648
Email: nfarrar@fkres.com

**Employment History**

**State Certified General Appraiser RZ3742**

12/01/2011 to current Appraisers of the Keys, Key West, FL 33040

**Chartered Surveyor**

08/15/2006-11/12/2011 Romans Surveyors and Valuers, Reading, United Kingdom

**Education:**

01/2005 – 01/2007 College of Estate Management, University of Reading, Reading, United Kingdom
- Post Graduate Diploma in Surveying

01/2001 – 01/2004 College of Estate Management, University of Reading, Reading, United Kingdom
- Diploma in Surveying

09/1995 – 07/1999 Sheffield Hallam University, Sheffield, United Kingdom
- University Certificate in Business Property Management

**Other Education:**

**Gold Coast Schools:**

Basic Appraisal Principles - 30 Hours:

Basic Appraisal Procedures - 30 Hours:

Residential Report Writing:

State of Florida Law and Appraisers:

Sales Comparison & Income Approaches:

15 Hour National USPAP Course:

**Appraisal Institute:**

Business Practices and Ethics:
General Appraiser Site Valuation & Cost Approach:
Real Estate Finance Statistics and Valuation Modeling:
General Appraiser Report Writing and Case Studies:
General Appraiser Site Valuation & Cost Approach:
General Appraiser Income Approach:
General Appraiser Highest and Best Use and Market Analysis:
Advanced Income:
Quantitative Analysis:
Advanced Highest and Best Use:
Advanced Case Studies and Concepts
**McKissock:**
Appraising Small Apartments Buildings
Florida Appraisal Law and Regulations
USPAP updates (7hrs)

**Royal Institute of Chartered Surveyors:**

Ethical guidelines for the RICS' new Global Professional and Ethical Standards.

**Professional Enrolment**

State Registered General Appraiser – State of Florida – RZ3742

Member of Royal Institution of Chartered Surveyors – MRICS designation

MAI Designation - Appraisal Institute (September 2019)

# KEVIN TALBOTT, SRA

*3208 Flagler Ave*
*Key West, Florida  33040*
*305-296-0831*
*aokreal@aol.com*

## EDUCATION

Barry University, Miami Shores Florida – Bachelor of Science Degree

## PROFESSIONAL EDUCATION

1988   Course 101-Introduction to Appraising Real Property
1989   Course 102-Applied residential Property Valuation
1990   Demonstration Appraisal Workshop
1991   Standards of Professional Practice Pts. A & B
1992   Rates, Ratios and Reasonableness Seminar
1993   Appraisal Reporting of Complex Residential Properties
1994   7 Hour UAPAP Core Law
1995   Blue Print Reading Class
1997   Capitalization Theory & Techniques
1998   Small Hotel/Motel Valuation – 7 Hr. Credit
1999   Income Capitalization Theory & Techniques
2000   30 Hours Continuation Course
2005   National USPAP Update Equivalent – No. ACE-0007332
2005   Developing & Growing An Appraisal Practice – No. ACE0006929
2005   Income Capitalization – No. ACE 0006928
2005   Factory Built Housing – No. ACE0006927
2005   Florida Laws & Regulations – No.  ACE007284
2008   USPAP
2008   Supervisory Rules & Regulations – No. ACE007284
2008   General Appraiser Income Approach (Part 2)
2010   Continuing Education
2012   USPAP
2012   Florida Appraisal Laws & Regulations
2012   Appraising FHA
2014 Business Practices and Ethics
2014 60 Hour CE courses
2016 60 Hour CE courses Mckissock
2018 60 Hour CE courses Mckissock
2018 Real Estate Damages (Appraisal institute)
2018 Supervisory Trainee Course

**ROFESSIONAL DESIGNATIONS AND LICENSES**

- SRA  - Senior Residential Appraiser
- Licensed Real Estate Broker, State of Florida
- Member of the Regional Ethics and Counseling Panel
- Member of the Appraisal Institute
- Qualified by the Circuit Court of Monroe County as an Expert Witness

2011-Present – Special Magistrate for the Monroe County Value Adjustment Board
1993-1995 – Secretary of Greater Miami Chapter of the Appraisal Institute


**REAL ESTATE AND APPRAISAL EXPERIENCE**

Specializing in the Florida Keys (Commercial and Residential) since 1991
2011-Present – Special Magistrate for Monroe County Value Adjustment Board
1991- Present Real Estate Appraiser, Appraisers of the Keys, Inc., Key West, Fl.
1987-1990 – Real Estate Appraiser, Appraisal First, Miami, Fl.
1986-1987 – Real Estate Appraiser, Local Appraisal Service, Miami, Fl.
1985-1986 – Real Estate Appraiser/Sales, Wise Realty, Tallahassee, Fl.

## **Exhibit 2**

**JFW Ranch Consulting Curriculum Vitae**

### PROFESSIONAL QUALIFICATIONS 2020
**James F. Welles, ARA**

| | |
|---|---|
| *EDUCATION:* | **BBA Finance/Real Estate, 1981 - New Mexico State University** |

| | |
|---|---|
| *EXPERIENCE:*<br>**Last Position Held** | **33.5 years Federal Land Bank and Farm Credit of New Mexico**<br>**Vice President/Chief Appraisal Officer – January 2004-December 2014**<br>**Farm Credit of NM, ACA-Albuquerque, New Mexico** |
| **Current Positions** | **JFW Ranch Consulting, LLC, owner, NM Real Estate Appraisal/NM Hunting**<br>**Associate Broker-Chas. S. Middleton and Son, Lubbock Texas** |

| | |
|---|---|
| *APPRAISAL*<br>*EDUCATION:* | **Federal Land Bank Courses 1981-1990** |
| | **(ASFMRA) American Society of Farm Managers and Rural Appraisers**<br>**- Curriculum to Obtain ARA Designation**<br>**- Numerous ASFMRA Seminars (updates ytd 2020)** |
| | **(AI) Appraisal Institute/American Institute of Real Estate Appraisers**<br>**- Numerous AI Seminars (updates ytd 2020)**<br>**- Valuation of Conservation Easements Certificate 2008**<br>**- Litigation Courses 2012-2018**<br>**- Review Theory 2014** |
| *REAL ESTATE*<br>*EDUCATION:* | **- Real Estate Brokerage Curriculum ytd 2020** |

| | |
|---|---|
| *MEMBERSHIPS:* | **(A.R.A.) Accredited Rural Appraiser, A.S.F.M.R.A. 1990**<br>**Director, New Mexico Chapter, A.S.F.M.R.A., 1985 - 1994**<br>**Vice President, New Mexico Chapter, A.S.F.M.R.A., 1986 - 1988**<br>**President, New Mexico Chapter, A.S.F.M.R.A., 1989 - 1990**<br>**Chair, Legislative Committee, NM Chapter, A.S.F.M.R.A., 1991 - 1994**<br>**Member NM State Appraisal Experience Review Committee, 1991-1992**<br>**Associate Member, Rio Grande Chapter of the Appraisal Institute**<br>**Director, New Mexico Council of Outfitters and Guides -2013 to 2017**<br>**President, New Mexico Council of Outfitters and Guides-2015-2017** |

| | |
|---|---|
| *STATE*<br>*CERTIFICATION:* | **New Mexico General Certified #95-G, 1991 – Present**<br>**Continuing Education-Current 2020** |
| *STATE REAL ESTATE*<br>*BROKERAGE:* | **New Mexico Associate Broker #48415, 2014- Present** |

## Exhibit 3

**H&LA Curriculum Vitae**

# DAVID J. SANGREE, MAI, CPA, ISHC
## PRESIDENT

**Contact**

dsangree@hladvisors.com
216-810-5800

**Education**

Bachelor of Science, Hotel Administration, Cornell University, 1984
Various International Society of Hospitality Consultants, Appraisal Institute, & Certified Public Accountant (CPA) continuing education courses

**State Certification**

Certified as a General Real Estate Appraiser in the states of Ohio, Michigan, Illinois, New York, Kentucky, Texas, Pennsylvania, and Wisconsin.
Certified as a Public Accountant in the state of Ohio

**Professional Affiliations**

- Appraisal Institute, MAI (Former President, Northern Ohio Chapter)
- Cornell Hotel Society (Past Treasurer - Chicago, IL chapter)
- Cornell University Real Estate Council
- International Association of Amusement Parks and Attractions
- International Society of Hospitality Consultants
- National Ski Areas Association
- Ohio Hotel & Lodging Association
- The School of Hospitality Business at MSU Real Estate & Development Advisory Council
- The Appraisal Journal Review Panel
- Themed Entertainment Association
- Urban Land Institute
- World Waterpark Association

**Experience**

- President, Hotel & Leisure Advisors, Cleveland, Ohio, since 2005

- Director of Hospitality Consulting & Principal, US Realty Consultants, Cleveland, Ohio, 2001-2005

- Director of Hospitality Consulting, US Realty Consultants, Columbus, Ohio, 1992-2001

- Financial & Training Consultant, Malawi National Credit Union League (US Peace Corps), Malawi, Africa, 1989-1991

- Senior Consultant in the Hospitality Group, Pannell Kerr Forster, Chicago, Illinois, 1987-1989

- Management positions with four Westin Hotels and Resorts in Cincinnati, Chicago, New York, and Fort Lauderdale, 1983-1987

David's expertise is in the feasibility analysis, appraisal, and valuation of hotels, resorts, indoor waterpark resorts, waterparks, amusement parks, conference centers, ski resorts, casinos, land, and golf courses. He has completed studies on more than 2,000 existing and proposed properties in 49 states and internationally.  He has prepared hotel studies on all chain scales, including economy, limited service, full-service, extended-stay, upper upscale, luxury, and resorts, and indoor waterpark resorts.

David is a nationally recognized expert in the waterpark industry, having completed over 700 studies of various waterpark resorts since 1999 and visiting most of the open waterpark properties in the United States and Canada. Recognizing David as an industry leader, Aquatics International named him to their "Power People" list of the most influential people in the aquatics industry in 2019 and the World Waterpark Association honored him with their Executive Board Award in 2016. These awards signified David's commitment to the waterpark industry and identified him as helping to shape some of the latest trends. David has appeared on Good Morning America and CNBC on special reports about resorts and waterparks. In addition, he is a regular contributor to many industry publications, offering his expertise on various hospitality industry segments.

hladvisors.com



# DAVID J. SANGREE, MAI, CPA, ISHC
## PRESIDENT

**Published Articles and Media Relations**

"U.S. and Canada Waterpark Resort Trends in 2020," World Waterpark Magazine, Hotel Online, April 2020

"Diving into Waterpark Growth Trends in 2019," World Watepark Magazine, Hotel Online, April 2019

"Waterparks: What's on Deck on 2018?," World Waterpark Magazine, Hotel Online, April 2018

"2017 Waterpark Forecast: Continued Growth," World Waterpark Magazine, Hotel Online, April 2017

"2016's Waterpark Forecast: Bigger is Better," Hotel News Now, World Waterpark Magazine, March 2016

"2015 Indoor and Outdoor Waterpark Supply Continues Growth as Surf Simulators Take Center Wave," Hotel News Now, April 2015

"2014 Waterpark Resorts Supply and Demand Update" Hotel News Now, March 2014

"Room Service more than Revenue Generator" Hotel News Now, August 2013

"Waterpark Resorts Supply and Demand 2013 Update" Hotel Online, January 2013

"Weight Loss Resorts are Boon for Developers" Hotel News Now, August 2012

"Perform Market Analysis with a Feasibility Study for Indoor Waterpark Resorts and Outdoor Waterparks" Appraisal Journal Spring 2012 and WWA Development Guide

"Top 10 Largest Hotel Brands Average Sale Prices" Hotel News Now, September 2011

"Waterpark Resorts Supply and Demand 2011 Update" Hotel News Now, August 2011

"The Lodging Market is Improving in Ohio's Big Cities" Hotel Online, September 2010

"Financing your Indoor Waterpark Resort in 2010" Hotel News Now, June 2010

"2009 Median Hotel Prices Plummet – Is it Time to Appeal Your Property Taxes?" Hotel Online, November 2009

"Outdoor Waterparks: Private vs. Municipal" Aquatics International, September, 2009

"Indoor Waterpark Resort Supply Grows and Faces Challenges in 2009" Hotel News Now February, 2009

"Dealing With the Economic Downturn: 10 Ideas for Hotels and Resorts" Hotel Online, December, 2008

"Indoor Waterparks Surfing a Wave in North America in '08," Hotel Online, July 2008 and Water Leisure and Lodging, July, 2008

"Economic Impact Studies Help Land Financing" Hotel Motel Management, May 2008

"Unique Ways for Resorts to Radically Increase Revenue" Developments Magazine an ARDA Publication, April, 2008

"Appraisal & Market Analysis of Indoor Waterpark Resorts," Waterpark Development & Expansion Guide '07 "Financing Your Indoor Waterpark Resort," Waterpark Development and Expansion Guide '07 and Hotel Online, August 2007

"Ohio's Lodging Market: Historical Analysis & 2006 Forecast," Hotel Online, March 2006

"Indoor Waterparks and Hotels, a Case Study," Hotel Investment Issues and Perspectives Fourth Edition, January 2006 & Hotel Online, February, 2006

Quoted extensively in CNN.com, Columbus Business First, Columbus Monthly, Hotel Business, Columbus Dispatch, Cleveland Crain's, Cleveland Plain Dealer, Cincinnati Business Courier, Hotel News Now, Cornell Hotel and Restaurant Quarterly, Meeting News, Aquatics International, Midwest Real Estate News, New York Times, CNBC, Albany Times Union, RCI Ventures, Time Magazine, USA Today, and other publications. He has appeared on CNBC and ABC on segments concerning resorts and waterparks.



## Speaking Engagements

"Waterpark Resorts Market/Feasibility Analysis and Appraisal" presentations at the World Waterpark Association annual conventions in 2003 through 2019

"Virtual Reality Entertainment in Hotels," InfoComm 2019, Orlando, FL

"Hotel Valuation Techniques," Institute for Professionals in Taxation annual Property Tax Symposium, 2018, Orlando, FL

"Ohio Lodging Overview," Ohio Hotel & Lodging Association Annual Meeting, 2017, Columbus, OH

"Hotels & Waterpark Industry – Insights, Trends and Valuation Keys" May 2016 at the Appraisal Day Seminar by the International Right-of-Way Association, Columbus, OH

"Revenue Management-to Do List" Nov. 2014 at NATHIC Hotel Investment Seminar, Chicago, IL

"The Food Revolution" Nov. 2013 for NATHIC Hotel Investment Seminar, Chicago, IL

"Waterparks and Resorts Outlook" April 2013 for Aquatics International webinar

"Hotel Valuation Seminar" October 2012 at the Integra Realty Resources appraiser training, Las Vegas, NV

"Suburban Hotels Panel" July 2012 at the Midwest Lodging Investors Summit in Chicago, IL

"Overview of Cleveland Lodging Market" April 2012 at the Ohio Hotel and Lodging Association Cleveland Lodging Council Meeting, Cleveland Ohio

"Cleaning up Hotel Distress" July 2011 at the Midwest Lodging Investors Summit, Chicago, IL

"Valuation Issues Affecting Hotel Properties in the Current Real Estate Economy" August 2010 at the Institute for Professionals in Taxation in Cleveland, OH

"Indoor Waterpark Resorts: Where Are the Opportunities?" July 2010 at the Midwest Lodging Investors Summit, Chicago, IL

"Opportunities for Innovation" April 2010 at the Cornell University School of Hotel Administration's Hotel Ezra Cornell (HEC) conference, Ithaca, NY

"Case Study Presentation on Performing a Market Feasibility Study" October 2009 at the International Society of Hospitality Consultants annual conference, Québec City

"Insights into 2010 Market Performance" October 2009 - a video segment on Hotel News Network interviewing Mr. Sangree along with other leading ISHC consultants

"Hotel Financing Track - Taking Advantage of Distress: Where are the Opportunities?", July 2009 at the Midwest Lodging Investors Summit, Chicago, IL

"Seminar on Hospitality Industry" February 2008 at the Northern Ohio Chapter of the Appraisal Institute quarterly meeting, Cleveland, OH

"Challenges of Obtaining Financing for Indoor Waterpark Resorts," November 2007 at the World Resort Leadership and Development Conference, Orlando, FL

"Water Park Wars" An in depth news segment on Good Morning America on June 23, 2007

Guest Speaker at Cornell University's School of Hotel Administration and Michigan State University's School of Hospitality Business, 2006-2017



# DAVID J. SANGREE, MAI, CPA, ISHC

## PRESIDENT

**Litigation Assignments Involving Expert Testimony**

Board of Tax Appeal of Cuyahoga County (2020)
Re: Hampton Inn Brooklyn, Ohio

Board of Tax Appeal of Cuyahoga County (2019)
Re: Doubletree Cleveland, Ohio

Board of Tax Appeal of Medina County (2019)
Re: Fairfield Inn & Suites, Medina, Ohio

District Court of Moore County (2018)
Re: Holiday Inn Express, Dumas, Texas

Ohio Board of Tax Appeals & BOR (2018, 2015 & 2013) Re: Thistledown Racetrack, Warrensville Heights, Ohio

Boone County Board of Revision (2015)
Turfway Park, Florence, Kentucky

Lancaster County Common Pleas Court (2014)
Re: Sight & Sound Theater, Strasburg, PA

Sauk County Circuit Court (2014)
Re: Great Wolf Lodge Wisconsin Dells

Somerset County Common Pleas Court (2013)
Re: Hidden Valley Resort, Somerset, PA

Ohio Board of Tax Appeals (2013)
Re: Shoreby Club, Bratenahl, Ohio

Ohio Board of Tax Appeals (2013)
Re: Maui Sands Hotel, Sandusky, Ohio

Hamilton County Board of Revision (2012)
Re: Five Seasons Country Club, Cincinnati, Ohio

Cuyahoga County Board of Revision (2012)
Re: 3 McDonald's Restaurants

U.S. Bankruptcy Court (2012)
Re: Holiday Inn Express Houston, Texas

Franklin County Board of Revision (2012)
Re: Hilton Garden Inn & Comfort Suites Columbus, Ohio

State of Tennessee Administrative Court (2012)
Re: Embassy Suites Murfreesboro, Tennessee

Clark County District Court (2012)
Re: Stallion Mountain Country Club, Las Vegas, Nevada

State of Michigan Tribunal (2011)
Re: Radisson Hotel, Kalamazoo, Michigan

Franklin County Board of Revision (2011)
Re: Sheraton Suites, Columbus, Ohio

Nebraska Tax Equalization & Review Commission (2011)
Re: LaVista Conference Center, LaVista, Nebraska

State of Virginia Circuit Court (2011)
Re: Keswick Club, Charlottesville, Virginia

Licking County Board of Revision (2010)
Re: Cherry Valley Lodge and CoCo Key Indoor Waterpark, Newark, Ohio

Ohio Board of Tax Appeals (2010)
Re: Doubletree Hotel, Independence, Ohio

Ohio Board of Tax Appeals (2010)
Re: Courtyard Hotel, Willoughby, Ohio

San Diego Superior Court (2010)
Re: La Costa Resort and Spa, Carlsbad, California

Board of Revisions Tax Appeal (2010)
Re: Crowne Plaza and Fairfield Inn, Sharonville, Ohio

United States Bankruptcy Court (2010)
Re: Peek 'n Peak Resort, Findley Lake, New York

Board of Review Tax Appeal, Lake Delton, Wisconsin (2009)
Re: Great Wolf Lodge Wisconsin Dells

Board of Revisions Tax Appeal (2008)
Re: Residence Inn, Cleveland, Ohio

Marion County Indiana Superior Court (2008)
Re: Indiana Stadium and Convention Building Authority vs. Michael A. Maio

New York Supreme Court, Niagara County (2008)
Re: Splash Outdoor Waterpark

State of Virginia Circuit Court (2005 and 2008)
Re: Keswick Club, Charlottesville, Virginia

Board of Revision Tax Appeal (2006)
Re: Five Seasons Country Club, Cincinnati, Ohio

Board of Revision Tax Appeals (2005)
Re: Various Residence Inns, Hilton Garden Inn, Embassy Suites, Cuyahoga County, Ohio

United States Bankruptcy Court (2004)
Re: Days Inn, Monroeville, Pennsylvania

State of Florida Circuit Court (2004)
Re: Howard Johnson Plaza, Orlando, Florida

Board of Revision Tax Appeal (2003)
Re: Preston Hotel, Sharonville, Ohio

College Park Holdings, LLC versus RaceTrac Petroleum, Inc. (2002)
Re: Radisson Hotel-Old National Highway, College Park, Georgia

Board of Revision Tax Appeal (2003)
Re: Radisson Gateway Hotel, Cleveland, Ohio

Nationwide Insurance versus Motor Inn, (2003)
Re: Drawbridge Inn, Fort Mitchell, Kentucky

---

hladvisors.com






# HOTEL & LEISURE ADVISORS




**hladvisors.com**



Cleveland, Ohio 216-228-7000  •  San Antonio, Texas  210-319-5440

Corporate Headquarters: 14805 Detroit Avenue, Suite 420, Cleveland, Ohio 44107



# WHY HOTEL & LEISURE ADVISORS?

Our extensive background in hotel and leisure property operations and consulting gives H&LA the experience and financial acumen necessary to analyze all types of hotel and leisure properties, including resorts, waterparks, golf courses, ski resorts, conference and convention centers, amusement parks, spas, and casinos.

We have consulted on every major type of hospitality and leisure property and understand the unique challenges these hospitality properties face. We evaluate complex factors and approach each project with a unique perspective of what needs to be accomplished to ensure success.

hladvisors.com





# HOTEL & LEISURE ADVISORS

## OUR EXPERTISE

- Since 2005, H&LA has studied every major hotel brand in the United States.

- H&LA has completed more than 3,000 studies for hotels, resorts, and leisure properties across North America and Internationally.

- We have contacts with industry leaders and keep up on the latest trends, performance, challenges, and opportunities.

- Our consultants are experts in the lodging and hospitality industry, with over 150 combined years of consulting, operations, and research experience.

- Our dedicated research and support staff assist our consultants in bringing the best quality reports to our clients.

- Our consultants network with industry leaders by attending and/or presenting at leading industry conferences such as the Hunter Hotel Conference, The Lodging Conference, ISHC Conference, ALIS Conference, World Waterpark Association Symposium and Tradeshow, IAAPA Attractions Expo, the NYU International Hospitality Industry Investment Conference, and InfoComm.

## OUR RESOURCES

We curate and maintain robust and updated hospitality and leisure industry data for use in our reports. We have a financial statements database of over 1,000 properties and sales database of over 10,000 sales from across the United States and Canada.

We regularly consult leading industry experts and reports from:

- CBRE Hotels
- STR
- Lodging Econometrics
- American Resort Development Association
- PwC
- International Spa Association
- CoStar
- National Golf Foundation

- International Society of Hospitality Consultants
- International Association of Amusement Parks and Attractions
- National Association of RV Parks & Campgrounds
- World Waterpark Association
- National Ski Area Association





HOTEL & LEISURE ADVISORS

## OUR PROJECTS

We give our clients individualized attention and provide the very best and most thorough analysis that only a company with our expertise and knowledge can deliver. Our expertise includes the following property types:

- Hotels
- Resorts
- Outdoor Waterparks
- Indoor Waterpark Resorts
- Amusement Parks
- Golf Courses
- Ski Resorts
- Conference & Convention Centers
- Casinos
- Family Entertainment Centers
- RV Parks and Campgrounds
- Timeshare/Fractional Resorts
- Spas
- Aquariums
- Retail/Mixed-Use
- Residential

hladvisors.com





# MARKET & FINANCIAL FEASIBILITY STUDY

## WHAT H&LA PROVIDES



- Sophisticated hospitality and leisure feasibility models that provide detailed market analysis and assists our consultants in making credible financial projections
- Expertise from years of experience and education in the hospitality and consulting industries from our dedicated consultants and support staff
- Expert data generated from STR, ISHC, and other hospitality industry data centers and reports

## WHAT TO EXPECT FROM A FEASIBILITY ANALYSIS

- Market Analysis
- Site Review
- Brand Franchise Analysis
- Usage Levels
- Development Costs
- Financial Analysis
- Valuation Analysis
- Cost-to-Value Ratio

We analyze market conditions, economic and demographic factors, site conditions, and their effects on a proposed project. H&LA completes a detailed analysis of comparable properties' performance and conditions. The study estimates the operating performance of the project and may suggest variations in size or scope that would improve performance.

We analyze supply and demand when researching performance of hotels and leisure real estate within local and regional markets. We utilize sophisticated hospitality and leisure valuation models that enable us to provide a detailed market analyses by evaluating competitive factors, comparable financial information, and comparisons with similar properties and industry standards. We forecast reasonable financial projections and discern a credible valuation to determine if the project is feasible considering the development costs.

The results of our analysis are high-quality, thorough market and financial feasibility studies that are insightful and well-researched. Our clients can utilize our reports in the process of obtaining financing or investors and as a tool to help determine whether to move forward with development.

"Your report was incredible, and we are using it constantly! It will be a critical element in the construction of our project. Best and most thorough report that we have had the pleasure to see in our careers."
-Rick, Grand Prairie Park, Arts & Recreation Department

# APPRAISAL AND MARKET ANALYSIS REPORT

## WHAT H&LA PROVIDES



- Sophisticated hospitality and leisure valuation models that provide detailed market analysis and aids our consultants in concluding to a credible and defensible opinion of value

- The expertise of MAI-designated and state-certified hospitality appraisers with years of experience

- Expert data generated from STR, CBRE, and other hospitality industry data centers and reports

## WHAT TO EXPECT FROM AN APPRAISAL REPORT

- Area Review
- Local Market Analysis
- Demand and Pricing Analysis
- Attendance and Usage Analysis
- Highest and Best Use Analysis
- Income Capitalization Approach
- Sales Comparison Approach
- Cost Approach
- Reconciled Opinion of Value

H&LA has multiple state licensed appraisers. Two of our appraisers boast the MAI designation from the Appraisal Institute. An appraiser with the MAI designation exceeds the state certification and licensing required of all appraisers. When you hire an MAI, you receive the services of a professional with specialized training and experience in the appraisal industry who adheres to specific standards and ethics and must fulfill continuing education requirements.

H&LA appraisals value the going-concern of a hotel or leisure property and then allocate that value among the real estate, personal property, and any business value component that may exist. Our reports are available in either a comprehensive or a summary format.

H&LA also offers retrospective tax appeal appraisals, a specialized form of an appraisal that is completed for a tax assessment appeal by either the government or the property owner to determine the real estate market value. Among the appraisal services we offer, we also provide appraisal reviews.

"We appreciate all the assistance you gave us on this matter.
Your excellent appraisals helped us reach a good compromise settlement of this case."
-Richard, Fayette County Attorney's Office

# ECONOMIC IMPACT STUDIES

## WHAT H&LA PROVIDES

- A sophisticated economic impact and financial model that provides detailed analysis of future economic benefit from a proposed development
- Expertise of consultants with a variety of qualifications including, MAI, CPA, ISHC, and MBA
- Expert data from RIMS and other sources



## WHAT TO EXPECT FROM AN ECONOMIC IMPACT STUDY

- Indirect and direct output from the proposed development
- The number of jobs that the proposed development will create
- Estimated tax revenue for city, county, and state/province

An economic impact study analyzes the financial impact a project will have throughout the many levels of the economy. This impact will include both temporary and permanent effects. Temporary impacts include jobs and revenues created during the construction of the facility and related costs. Permanent economic impacts are generated by jobs created, and ongoing revenues realized by service providers.

Our studies identify significant economic events resulting from the construction and operation of a proposed facility; consider event patron surveys to estimate spending patterns; analyze relevant municipal revenues; and project the impact on the market. We estimate three types of economic impact, including Direct-Effect Impact, Indirect or Induced Impact, and Final Impact on local economies. We utilize the RIMS II multipliers for output earnings and employment by industry for the county.

We calculate the projected jobs and output for the proposed development for a 10-year period. We calculate projected tax revenue and profile municipal incentives similar projects have received. The economic impact study is an essential tool for cities looking to publicly fund a project or for developers vying for municipal incentives.

"Everyone I've spoken to thinks very highly of you and your work. I think we're making a lot of good decisions with this project but the best so far has been hiring you. We sincerely appreciate the work you're doing."
-Justin, New Lion



OTHER SERVICES

## OPERATIONAL REVIEWS

We prepare an operational analysis and review of an existing hotel or leisure property to determine areas that are performing well and those in need of improvements. This study will find opportunity at the property to enhance performance, streamline operations, and reevaluate revenue centers.  Our report considers:

- Objective and subjective performance characteristics observed during our property inspection and interviews with property management and clients, management of comparable properties, and city and county officials
- Financial review analyzing all major departments and comparing the performance of the subject property with industry standards and our database of over 1,000 hotel and leisure property financial statements
- Analysis and recommendations of operational changes and renovations or capital improvements that should be completed at the property

## BRAND IMPACT STUDIES

An impact analysis measures the financial impact of a brand-affiliated property entering a market in which the brand already exists. We have prepared impact studies for nearly all major hotel brands. Our impact analyses include:

- Interviewing representatives of the applicant and objecting properties and conducting an area market review
- Determining current demand at the objecting property and consider specific demand sources that may switch to a new property if it were constructed or rebranded
- Analyzing potential additional demand that would come to the objecting property from having another brand affiliation in a general market
- Estimating the occupancy, average daily rate, and room revenue impact that may occur from the addition of new supply or conversion of an existing hotel

hladvisors.com



# OTHER SERVICES

## RFQ PREPARATION AND SOLICITATION

Finding a qualified management or development company can make or break a hotel or leisure property project. Through our RFQ preparation and solicitation process, we assist our clients in identifying appropriate management companies and developers for all types of hospitality projects. Our goal is to have our clients receive proposals from competent and competitive companies that will share similar goals and vision for the project.

## LITIGATION SUPPORT & EXPERT WITNESS TESTIMONY

H&LA provides expert witness testimony for attorneys in litigation cases involving hospitality industry valuations and consulting assignments. Our consultants have testified in various states concerning hotel- and leisure-related projects. Our understanding of the industry gives us the credibility necessary to be considered experts in our field.

## OTHER H&LA SERVICES

- Renovation Feasibility and ROI Analysis
- Site Selection Services
- Hotel Brand Facilitator/Selection Assistance
- Hotel Brand Compliance Services
- Site Verification

These services help developers, corporate brand franchisors, and/or owners with their various development needs.



# H&LA PROJECTS

Our studies have taken us all across the United States and Canada. We have analyzed an extensive range of hospitality property types. We have completed studies in almost every major market in the United States.







# H&LA PROJECTS

H&LA works in all sectors of the hotel and leisure industry. We have experience with all hotel brands and chain scales. In addition, we are the leading national experts in waterparks. These properties represent a sampling of the many property types we have studied.

## Hotels
- Westin Hotel - Cleveland, OH
- Hilton Garden Inn - Ann Arbor, MI
- The Shoreham Hotel - New York, NY
- Embassy Suites - Chicago, IL
- Courtyard by Marriott - Houston, TX

## Resort Hotels
- Pointe Hilton Squaw Peak Resort - Phoenix, AZ
- The Shores Resort & Spa - Daytona Beach FL
- Sundara Spa Resort - Wisconsin Dells, WI
- Hilton Hawaiian Village - Honolulu, HI

## Indoor Waterpark Resorts
- Great Wolf Lodge Resorts (multiple locations)
- Kalahari Resorts (4 locations)
- Splash Lagoon Resort - Erie, PA
- Camelback Indoor Waterpark Resort - Tannersville, PA
- Chula Vista Resort - Wisconsin Dells, WI

## Outdoor Waterparks
- Typhoon Texas - Katy, TX
- Myrtle Waves Waterpark - Myrtle Beach, SC
- Lost Island Waterpark - Waterloo, IA
- Cowabunga Bay - Henderson, NV
- Raging Waves Outdoor Waterpark - Yorkville, IL

## Amusement Parks/Family Entertainment Centers
- Elitch Gardens Amusement Park - Denver, CO
- Proposed Family Entertainment Center - Portland, OR
- Crystal Falls Amusement Park - Hot Springs, AR
- Cypress Gardens Amusement Park - Winter Haven, FL

## Golf Courses and Ski Resorts
- Heritage Hills Golf Course - York, PA
- Silverado Golf Course - Durant, OK
- Peek n Peak Ski Resort - Vernon, NJ
- Hidden Valley Ski Resort - Hidden Valley, PA

## Campground/RV Resort
- Jellystone Park Camp Resort - Larkspur, CO
- Frontiertown Campground Resort - Berlin, MD
- Maddox Family Campground - Chincoteague, VA

## Casinos
- Foxwoods Casino Resort - Mashantucket, CT
- JACK Casinos - Cleveland & Cincinnati, OH
- Silver Reef Casino Resort - Ferndale, WA
- Wheeling Island Casino and Hotel - Wheeling, WV

## Conference and Convention Centers
- Marriott Chicago Convention Center Hotel - Chicago, IL
- International Exposition Center - Cleveland, OH
- Gaylord Opryland Convention Center - Nashville, TN

## Retail/Mixed-Use
- Proposed Mixed-Use Retail - Portland, OR
- Proposed Mixed-Use Retail - Dallas, TX
- Proposed Retail Center - Kapolei, HI

## Residential
- Proposed Condominiums - Morgantown, WV
- Proposed Apartments - Cleveland, OH
- Proposed Condominiums - Sioux Falls, SD

hladvisors.com



# H&LA CLIENTS

H&LA works with a wide range of developers, investors, hotel companies, lenders, management companies, attorneys, and others. These clients represent a sampling of the various client types we serve.

## Developers and Investors
- Scott Enterprises
- Delaware North Companies
- Kalahari Resorts
- Sun Communities
- Stark Enterprises
- CNL Lifestyle Companies
- Triple Five
- Crystal Lagoons

## Hotel Companies
- Best Western International
- Choice Hotels International
- Marriott International
- Host Hotels
- InterContinental Hotels Group

## Operators/Management Companies
- Herschend Family Entertainment
- Cedar Fair
- Great Wolf Resorts
- American Hospitality Group
- Brittain Resorts

## Lenders
- Wells Fargo
- US Bank
- Deutsche Bank
- M&T Bank
- PNC Financial Services
- C-III Asset Management

## Attorneys
- Kadish Hinkel & Weibel
- Sleggs Danzinger & Gill
- Smith Peters & Kalail
- Baker & Hostetler
- Thompson Hine
- McDonald Hopkins

## Government/Municipal
- Ohio Department of Transportation
- Cincinnati USA
- Columbus Regional Airport Authority
- States Attorney of Cook County
- Frisco Economic Development Corporation
- Destination Cleveland
- Assessor of Hancock County, WV

## Native American Tribes
- Tulalip Tribe
- Choctaw Nation of Oklahoma
- Nottawaseppi Band of Potawatomi
- The Confederated Tribe of the Grand Ronde
- HoChunk Gaming

## Other
- JACK Entertainment
- EPR Properties
- The Trust for Public Land
- Six Flags
- Michigan State University
- Inland Capital Management



# H&LA CONSULTANTS



### DAVID J. SANGREE, MAI, CPA, ISHC
### PRESIDENT

David's expertise is in the appraisal and analysis of hotels, resorts, indoor and outdoor waterparks, amusement parks, casinos, conference centers, golf courses, restaurants, ski resorts, and other leisure real estate. David has provided consulting services to banks, hotel companies, developers, management companies, and other parties involved in the lodging and leisure sectors throughout the United States, Canada, and the Caribbean since 1987. He is a state certified general appraiser in Ohio and many other states and holds the MAI designation from the Appraisal Institute. David was formerly employed by US Realty Consultants in Cleveland and Columbus, Pannell Kerr Forster in Chicago, and Westin Hotels in Chicago, New York, Fort Lauderdale, and Cincinnati. David received his Bachelor of Science degree from Cornell University School of Hotel Administration. He has spoken at many seminars throughout the United States, has written numerous articles, and is frequently quoted in magazines and newspapers about the hospitality and waterpark industries. He has appeared on Good Morning America and CNBC in segments profiling resorts and waterparks. David was profiled twice by Aquatics International, most recently in 2019 in their "Power People" issue as one of the first consultants serving the waterpark resort industry and for his expertise and experience in shaping some of the latest industry trends. The World Waterpark Association awarded him with their Executive Board Award in 2016, citing his many contributions and accomplishments in the waterpark industry.



### JOSEPH PIERCE, MAI
### DIRECTOR OF APPRAISAL & CONSULTING SERVICES

Joseph has been a hospitality consultant and appraiser since 2003. He has completed appraisals, market feasibility studies, economic impact studies, and impact studies throughout the United States. Joseph has a wide range of experience in operations and accounting for hotels and resorts. Joseph was a Controller and Director of Finance and Accounting for Clarion, Renaissance, Marriott, and Westin Hotels. He also managed The Talbott Hotel in Chicago. Joseph received an MBA from Michigan State University's hospitality program and a Bachelor of Science in Accounting from the State University of New York at Brockport. He is a Certified General Real Estate Appraiser in Ohio, Illinois, Indiana, Michigan and Pennsylvania and holds the MAI Designation from the Appraisal Institute.



### NURESH MAREDIA
### DIRECTOR OF APPRAISAL & CONSULTING SERVICES

Nuresh is a hospitality consultant and appraiser and has completed assignments in over 30 states. He has generated appraisals, market feasibility studies, economic impact studies, and hotel impact studies for a wide variety of leisure and hospitality oriented property types. Nuresh has a wide range of experience in hotels and resorts. He has worked in management positions at a hotel and restaurant in Texas and has also helped operate and manage four independent hotels near Mumbai, India. He has been a hospitality consultant since 2006. Nuresh received a Masters of Science in Hospitality Business in 2005 and a Bachelor of Arts in Business Finance in 2003 from Michigan State University. He is a Certified General Real Estate Appraiser in Texas and he heads our San Antonio office.



# H&LA CONSULTANTS



### ADAM ZARCZYNSKI, CHIA
### ASSOCIATE

Adam prepares appraisals, market feasibility studies, economic impact studies, and impact studies throughout the United States. His expertise is in financial statement analysis, competitive benchmarking, market analysis, and operations. Throughout his career, Adam has analyzed many markets and hotels at  price points ranging from budget/economy to luxury hotels and resorts. Prior to his tenure at Hotel & Leisure Advisors, he worked with Doradus Partners, where he evaluated several hotel investment opportunities throughout the United States, focusing on the Southeast. Prior to joining Doradus, he was a member of the opening team for a 120-room Towneplace Suites in Huntsville, Alabama. Adam has operational experience in a variety of hotels and resorts in the states of New York and South Carolina, and the Villa d'Este in Lake Como, Italy. Adam received his Bachelor of Science in Hotel & Restaurant Management with a concentration in Hotel Planning, Development and Operations from Niagara University



### STEPHEN SZCZYGIEL, CHIA
### ASSOCIATE

Stephen prepares appraisals, market feasibility studies, economic impact studies, and impact studies throughout the United States. His expertise is in process improvement, financial analysis, competitive benchmarking, market analysis, and operations.
Prior to joining Hotel & Leisure Advisors, Stephen was Director of Food & Beverage with several Hilton branded properties, Assistant General Manager for XfinityLive! and spent many years in the casino industry as Manager of Food & Beverage for Hollywood Casino at Penn National Race Course. He has had direct P&L accountability for operations exceeding $10M+ and has facilitated Kaizen Process Improvement Seminars throughout the country during his tenure in casinos. In addition to Stephens's operational experience, he studied Culinary Arts at The Restaurant School at Walnut Hill College in Philadelphia. Stephen earned his Bachelor of Science in Hotel and Restaurant Management, with focus on Casino Operations, and Minor in Business Administration from Drexel University



### SHARYN ARAI, CHIA
### ASSOCIATE

Sharyn prepares appraisals, market feasibility studies, economic impact studies, and impact studies throughout the United States. Sharyn brings her expertise in financial analysis, marketing, competitive benchmarking, market analysis, and operations. She prepares appraisals, market feasibility studies, economic impact studies, and impact studies throughout the United States. Prior to joining Hotel & Leisure Advisors, Sharyn was the general manager and assistant general manager with hotels affiliated with Wyndham Hotels and Radisson Hotels brands in Carlisle, Pennsylvania.  She also operated a retail store in Hillsborough, North Carolina where she made handmade art and goods accessible to the community. She received her Bachelor of Arts in International Business and Management from Dickinson College and her Master of Arts in Business Administration from the Pennsylvania State University.



**<u>Exhibit 4</u>**

**F.I. Salter Curriculum Vitae**

## QUALIFICATIONS OF THE APPRAISER

Ann M. Heimbach, MAI is an appraiser with the F. I. Salter, Inc., a 130+ year old real estate firm, whose specialties include real estate brokerage, property management, syndications, investments, professional appraising, and consulting.

**Professional Experience:**

**October 1998 to Present**-Commercial and residential appraiser with F.I. Salter Company.  Appraisal of numerous commercial property types including office buildings, warehouses, mixed use properties, industrial facilities, convenience stores, restaurants, hotels and motels, vacant land, and apartment buildings.  Also experienced in residential valuation for mortgage lending and individual property owners as well as litigation matters.

**May 1993 to October 1998**-Appraiser with City of Duluth.  Appraisal of residential properties along with some commercial properties and vacant land.

**State Licensing:**
- Certified General Real Property Appraisal Licenses
    - MN ID #20129249
    - WI ID #1267-10
    - MI ID #1201073884

**Education:**
- BA Degree from the University of Wisconsin in Accounting

Has attended and successfully completed the following courses offered by the Appraisal Institute along with numerous seminars:

- Basic Valuation Procedures
- Principles of Valuation
- Advanced Income Capitalization
- Highest and Best Use and Market Analysis
- Advanced Sales and Cost Approaches
- The Standards of Professional Practice
- Report Writing and Valuation Analysis
- Advanced Applications
- Litigation Appraising-Specialized Topics and Applications
- Condemnation Appraising-Advanced Topics and Applications
- The Yellow Book Course-Appraisal Institute

**Professional/Civic Affiliations:**
- Member of Duluth Rotary Club 25
- MAI Designated Member of Appraisal Institute

**<u>Qualifications of the Appraiser, continued</u>**

**<u>Clients</u>:**
- Wells Fargo Bank
- US Bank
- Bremer Bank
- M & I Bank
- Numerous local financial institutions
- Fryberger Buchanan law firm
- Hanft Fride Law firm
- Corporate and Private Property Owners
- Non-Profit Agencies
- MN Department of Natural Resources
- University of Minnesota Duluth
- WI Department of Natural Resources

**<u>Experience</u>:**
- Retail, Commercial and Mixed Use Buildings
- Apartment Buildings and other Multi-family dwellings
- Office buildings
- Convenience Stores
- Restaurants
- Medical Clinics
- Industrial and Waterfront properties
- Hotels and Motels and Resorts
- Residential land developments
- Waterfront properties
- Vacant forestland
- Commercial land
- Residential Properties

## **Exhibit 5**

**Dawn M. Powell Curriculum Vitae**

DAWN M. POWELL, AACI, P.App. BA (Hons), MSc.
Dawn M. Powell Appraisals Inc.
154 South High Street,  Thunder Bay, ON   P7B 3K5

EDUCATION AND SKILLS

- MSc. Real Estate Appraisal, University of St. Thomas, Minneapolis, MN
- BA(Hons) Lakehead University, Thunder Bay, ON
- Member of the Appraisal Institute of Canada since 1978
- Member of the Appraisal Institute (USA), Chicago
- Awarded AACI (Accredited Appraisal Canadian Institute) in July of 1987 - No. 2582
- Awarded the designation P.App by the Appraisal Institute of Canada
- Recertified under mandatory continuing education program
- Awarded PLE (Professional Land Economist) by the Association of Ontario Land Economists
- Member of the Ontario Real Estate Association
- Member of Real Estate Institute of Canada
- Board member, Ontario Association Appraisal Institute of Canada 1987/89
- Chair, Thunder Bay Chapter Appraisal Institute of Canada
- Member, Public and Government Relations Committee, Ontario Association AIC
- Board Member, Cancer Quality Council of Ontario

EMPLOYMENT HISTORY

October 1987 - Present

Dawn M. Powell is President of Dawn M. Powell Appraisals Inc., an independent fee appraisal and consulting firm involved exclusively in the appraisal of commercial, industrial, and institutional  properties, feasibility studies, MPAC Appeals and Expert Witness,  Aboriginal Land Claims, and various real estate studies and consulting services throughout Northern Ontario from the Manitoba border to Sault Ste. Marie and points north.

March 1986 - September 1987

During this period, Dawn Powell was employed by Royal Trust, Thunder Bay, as Area Manager, Lending.  This position involved the appraisal of commercial and residential properties, mortgage underwriting, portfolio management, security evaluation, loan supervision, business development and sales.

1978 - March 1986

Real Estate Appraiser - Thunder Bay, Ontario.

Real estate appraising, primarily on a comprehensive basis of commercial/industrial property for various functions, i.e., financing, litigation, assessment appeals, establishing listing and sale prices, estates, etc. She was also involved in feasibility studies, research and property management.

## <u>Exhibit 6</u>

**BW Ferguson Curriculum Vitae**





**Brett Ferguson, B.SC., AACI, P.APP, MRICS**
**Principal**

Direct 204 781 6155
Email: brett@bwferguson.ca
Website: www.bwferguson.ca

Brett Ferguson has over 30 years of experience in real estate valuation. Brett is the principal of BW Ferguson & Associates Ltd (founded 2001), providing real estate valuation and consulting services to a wide spectrum of clients in the local marketplace.

Early in his career, Brett served 15 years with Canada Mortgage and Housing Corporation, providing valuation advice in the areas of mortgage underwriting, portfolio management and non-profit housing. A subsequent move to the private sector allowed Brett to serve as Vice President with Stevenson Advisors, managing the operations of a team of valuation consultants. From 2012–2015 Brett also served as the Managing Director of Cushman Wakefield's Winnipeg commercial real estate brokerage operations.

**Experience Highlights**

Over his career, Brett has been involved in a wide range of real estate valuation and consulting assignments in both the public and private sectors. The focus of these studies has varied from feasibility and market analysis reports for land developments to arbitration representation, dispute settlement and litigation support. In addition, he has extensive experience in the valuation of development land, special-use properties and seniors housing.

Brett's clients include private owners and investors, REIT's, corporations, developers, municipal, provincial and federal governments and financial lending organizations.

Brett is recognized as an expert witness in real estate valuation and has represented both private and government clients before the courts, boards and tribunals that include the Court of Queen's Bench, the Manitoba Municipal Board, the Land Value Appraisal Commission and the federal PILT Dispute Advisory Panel.

**Education, Affiliations & Volunteer activities**

Brett holds a Bachelor of Science degree in Statistics and Geography, and a Certificate in Management Studies from the University of Winnipeg. He is an accredited member of both the Appraisal Institute of Canada (AACI, P.App) and the Royal Institute of Chartered Surveyors (MRICS).

Brett is a past president of the Manitoba Association of the Appraisal Institute of Canada and has served as a volunteer Advisory Board member for the Salvation Army.