# Exhibit A

## Summary of Services

| Date incurred | Employee | Hours | Category | Notes | Bill rate | Professional fees |
|---|---|---|---|---|---|---|
| 5/1/2020 | Evans, Andrew | 0.4 | Analysis | Review of updated draft POC and related filing documents | $725.00 | $290.00 |
| 5/1/2020 | Johnson, Samantha | 0.5 | Data Gathering & Processing | Review of docket for updates | $475.00 | $237.50 |
| 5/3/2020 | Evans, Andrew | 0.2 | Analysis | Follow-up on POC and related filings | $725.00 | $145.00 |
| 5/4/2020 | Evans, Andrew | 0.2 | Analysis | Review of updated POC and related filings | $725.00 | $145.00 |
| 5/7/2020 | Evans, Andrew | 0.3 | Data Gathering & Processing | Review of new materials and filings | $725.00 | $217.50 |
| 5/7/2020 | Murray, Makeda | 0.3 | Data Gathering & Processing | Review of external documents regarding BSA bankruptcy and local council | $475.00 | $142.50 |
| 5/8/2020 | Johnson, Samantha | 0.3 | Data Gathering & Processing | Review of docket for new information | $475.00 | $142.50 |
| 5/8/2020 | Murray, Makeda | 1.2 | Fee Request Preparation | BSA billing review, fee application prep | $475.00 | $570.00 |
| 5/8/2020 | Murray, Makeda | 2.2 | Fee Request Preparation | BSA April billing review | $475.00 | $1,045.00 |
| 5/8/2020 | Murray, Makeda | 1.1 | Fee Request Preparation | BSA April fee application preparation | $475.00 | $522.50 |
| 5/11/2020 | Evans, Andrew | 0.1 | Data Gathering & Processing | Review of data on new, potentially comparable external settlements | $725.00 | $72.50 |
| 5/11/2020 | Evans, Andrew | 0.6 | Analysis | Review and consideration of TCC filing and proposed changes to POC and related documents | $725.00 | $435.00 |
| 5/11/2020 | Murray, Makeda | 0.3 | Data Gathering & Processing | Review of potentially comparable non-BSA sexual abuse settlements | $475.00 | $142.50 |
| 5/11/2020 | Murray, Makeda | 0.3 | Fee Request Preparation | CNO review (Feb-Mar 2020) | $475.00 | $142.50 |
| 5/11/2020 | Murray, Makeda | 1.3 | Fee Request Preparation | Fee application preparation- April 2020 | $475.00 | $617.50 |
| 5/12/2020 | Evans, Andrew | 1.3 | Analysis | Additional consideration of proposed POC edits from various parties | $725.00 | $942.50 |
| 5/12/2020 | Evans, Andrew | 1.4 | Analysis | Call with Warner; Blacker; Wheatman; Boelter; Linder; on TCC and insurer requests related to POC and bar date docs; follow-up related to same | $725.00 | $1,015.00 |
| 5/12/2020 | Evans, Andrew | 0.2 | Communication with Counsel | Call with Andolina | $725.00 | $145.00 |
| 5/12/2020 | Evans, Andrew | 0.4 | Analysis | Review and consideration of latest proposed POC edits | $725.00 | $290.00 |
| 5/12/2020 | Evans, Andrew | 1.3 | Analysis | Call with Andolina; Warner; Boelter; Blacker; and insurer counsel on proposed POC and potential edits to the same | $725.00 | $942.50 |
| 5/12/2020 | Evans, Andrew | 0.3 | Fee Request Preparation | Review of April time and fee application materials | $725.00 | $217.50 |
| 5/12/2020 | Evans, Andrew | 0.4 | Communication with Counsel | Call with Warner and Andolina re changes to POC based on insurer feedback | $725.00 | $290.00 |
| 5/12/2020 | Johnson, Samantha | 0.5 | Analysis | Review of draft POC forms | $475.00 | $237.50 |
| 5/12/2020 | Murray, Makeda | 0.5 | Data Gathering & Processing | Review of information on child sexual abuse SOL | $475.00 | $237.50 |
| 5/12/2020 | Murray, Makeda | 1.2 | Analysis | Review of POC documents | $475.00 | $570.00 |
| 5/12/2020 | Murray, Makeda | 1.1 | Fee Request Preparation | April 2020 fee application | $475.00 | $522.50 |
| 5/13/2020 | Evans, Andrew | 1.0 | Analysis | Additional review of proposed POC questions; consideration of differences and points needed for mediation valuation | $725.00 | $725.00 |
| 5/13/2020 | Murray, Makeda | 0.5 | Fee Request Preparation | Finalizing April 2020 fee application | $475.00 | $237.50 |
| 5/14/2020 | Evans, Andrew | 0.9 | Analysis | Consideration of impact of latest proposed POC edits from TCC on potential for mediation valuation | $725.00 | $652.50 |
| 5/15/2020 | Evans, Andrew | 0.4 | Analysis | Additional consideration of POC and input on same prior to hearing | $725.00 | $290.00 |

| Date incurred | Employee | Hours | Category | Notes | Bill rate | Professional fees |
|---|---|---|---|---|---|---|
| 5/15/2020 | Johnson, Samantha | 0.7 | Data Gathering & Processing | Review of docket for updates | $475.00 | $332.50 |
| 5/16/2020 | Evans, Andrew | 0.7 | Analysis | Review of latest potential changes to POC and feedback to counsel re same | $725.00 | $507.50 |
| 5/18/2020 | Ameri, Armin | 0.4 | Data Gathering & Processing | Reviewing case updates | $345.00 | $138.00 |
| 5/18/2020 | Evans, Andrew | 0.4 | Project Management | Update to team re data and POC processing plan | $725.00 | $290.00 |
| 5/18/2020 | Evans, Andrew | 0.3 | Analysis | Review and consideration of updated POC; hearing update | $725.00 | $217.50 |
| 5/18/2020 | Johnson, Samantha | 0.5 | Data Gathering & Processing | Project updates and planning | $475.00 | $237.50 |
| 5/18/2020 | Murray, Makeda | 0.3 | Project Management | BSA work plan updates | $475.00 | $142.50 |
| 5/18/2020 | Murray, Makeda | 0.6 | Analysis | BSA POC review | $475.00 | $285.00 |
| 5/21/2020 | Murray, Makeda | 0.2 | Fee Request Preparation | BSA interim fee application | $475.00 | $95.00 |
| 5/22/2020 | Evans, Andrew | 0.2 | Communication with Counsel | Update call with Mike on next steps and strategy | $725.00 | $145.00 |
| 5/22/2020 | Murray, Makeda | 1.1 | Fee Request Preparation | BSA interim application | $475.00 | $522.50 |
| 5/22/2020 | Murray, Makeda | 0.5 | Fee Request Preparation | May Interim application | $475.00 | $237.50 |
| 5/26/2020 | Murray, Makeda | 1.5 | Fee Request Preparation | May Interim fee application | $475.00 | $712.50 |
| 5/26/2020 | Murray, Makeda | 0.8 | Fee Request Preparation | Interim fee application- May | $475.00 | $380.00 |
| 5/27/2020 | Evans, Andrew | 0.2 | Data Gathering & Processing | Review of new materials related to potential outside precedent settlements | $725.00 | $145.00 |
| 5/27/2020 | Murray, Makeda | 1.2 | Data Gathering & Processing | BSA data review | $475.00 | $570.00 |
| 5/28/2020 | Evans, Andrew | 0.4 | Data Gathering & Processing | Update to plan for historical data processing | $725.00 | $290.00 |
| 5/28/2020 | Evans, Andrew | 0.1 | Analysis | Follow-up on details related to POC troop question | $725.00 | $72.50 |
| 5/28/2020 | Murray, Makeda | 1.3 | Data Gathering & Processing | Review BSA data for POC-specific variables | $475.00 | $617.50 |
| 5/28/2020 | Murray, Makeda | 0.5 | Data Gathering & Processing | BSA data review | $475.00 | $237.50 |
| 5/29/2020 | Evans, Andrew | 0.2 | Fee Request Preparation | Review of final version of quarterly fee app | $725.00 | $145.00 |
| 5/29/2020 | Murray, Makeda | 0.4 | Fee Request Preparation | Final updates to Interim fee application | $475.00 | $190.00 |
| TOTAL | | 33.2 | | | | $18,693.00 |