## **Exhibit B**

### **Expense Detail**

For the period May 1, 2020 to May 31, 2020, Bates White LLC incurred $0 expenses associated with this matter.