IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | ) ) | Case No. 20-10343 (LSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline:** July 6, 2020 at 4:00 p.m. (ET)
**Hearing Date:** Scheduled only if necessary

# SUMMARY COVER SHEET OF FIRST MONTHLY APPLICATION OF JON R. CONTE, Ph.D. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 1, 2020 THROUGH MAY 31, 2020

| Name of Applicant: | Jon R. Conte, Ph.D. |
|---|---|
| Authorized to Provide Professional Services to: | Tort Claimants' Committee |
| Date of Retention: | Effective as of April 16, 2020 by order signed on or about May 11, 2020 |
| Period for which Compensation and Reimbursement is Sought: | May 1, 2020 through May 31, 2020 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $11,155.00 (80% of $13,943.75) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0 |

This is a:       ____ monthly    __x__ interim    ___ final application.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| | | | | | |

## COMPENSATION AND HOURS

| Name | Area of Expertise | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jon R. Conte, Ph.D. | Expert Consultant on Sexual Abuse | $575.00 | 24.25 | $13,943.75 |

**Grand Total:** $13,943.75
**Total Hours:** 24.25

## COMPENSATION BY CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Reviewing and analyzing the Debtors' proposed bar date and noticing protocol, consulting with the Committee on the Debtors' proposed bar date notices and Sexual Abuse Survivor Proof of Claim form, conferring with the Committee on alternative forms of such documents and made recommendations on descriptive language and messaging formats, conferring with the Committee in the drafting of its objection to the bar date motion, preparing for and providing witness testimony at the May 18, 2020 hearing held on *Debtors' Motion, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1, for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice Thereof, (III) Approve Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Victims, and (IV) Approve Confidentiality Procedures for Abuse Victims (D.I. 18, Filed 2/18/20)* and the basis for the Committee's objection thereto. | 24.25 | $13,943.75 |

## EXPENSE SUMMARY

| Expense Category | Service Provider[2] (if applicable) | Total Expenses |
|---|---|---|
| N/A | N/A | $0.00 |

---

[2] Conte may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | ) ) | Case No. 20-10343 (LSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: July 6, 2020 at 4:00 p.m. (ET)**
**Hearing Date: Scheduled only if necessary**

### FIRST MONTHLY APPLICATION OF JON R. CONTE, Ph.D. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 1, 2020 THROUGH MAY 31, 2020

Jon R. Conte, Ph.D. ("Conte"), expert consultant on sexual abuse for the Tort Claimants' Committee (the "Committee"), hereby submits his first monthly application (the "Application") requesting payment in the amount of $11,155.00, which is equal to 80% of total fees (*i.e.*, $13,943.75) incurred by Conte for his services to the Committee during the period from May 1, 2020 through May 31, 2020 (the "Fee Period"). In support of this Application, Conte respectfully represents as follows:

### BACKGROUND

1. On February 18, 2020 (the "Petition Date"), the Debtors commenced their Chapter 11 cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors have continued in possession of their property and continued to operate and manage

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2

their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in the Debtors' chapter 11 cases.

2.  The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.  On or about April 6, 2020, the Court signed the Administrative Order, authorizing certain professionals (the "Professionals") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Administrative Order provides, among other things, that a Professional may submit monthly fee applications. If no objections are made within fourteen (14) days after service of the monthly fee application the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses. Beginning with the period ending April 30, 2020 and at three-month intervals thereafter, each of the Professionals shall file and serve an interim application for allowance of the amounts sought in its monthly fee applications for that period. All fees and expenses paid are on an interim basis until final allowance by the Court.

4.  The retention of Conte, as an expert consultant on sexual abuse, was approved effective as of April 16, 2020 by this Court's "Order Authorizing and Approving the Application of the Tort Claimants' Committee For Entry Of An Order Under 11 U.S.C. §§ 1103(A) And 328(A) and Fed. R. Bankr. P. 2014(A) Authorizing Retention of Jon R. Conte, Ph.D. as Expert Consultant on Sexual Abuse and Expert Witness Effective as of April 16, 2020," signed on or about May 11, 2020 (the "Retention Order"). The Retention Order authorized

2

Conte to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

## RELIEF REQUESTED

5. By this Application, in accordance with the Administrative Order, Conte requests payment in the amount of $11,155.00, which is equal to 80% (*i.e.*, $13,943.75) of the total fees incurred by Conte during the Fee Period for his services to the Committee.

## SUMMARY OF SERVICES RENDERED

6. During the Fee Period, Conte reviewed and analyzed the Debtors' proposed bar date and noticing protocol, consulted with the Committee on the Debtors' proposed bar date notices and Sexual Abuse Survivor Proof of Claim form, conferred with the Committee on alternative forms of such documents and made recommendations on descriptive language and messaging formats, conferred with the Committee in the drafting of its objection to the bar date motion, prepared for and provided witness testimony at the May 18, 2020 hearing held on *Debtors' Motion, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1, for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice Thereof, (III) Approve Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Victims, and (IV) Approve Confidentiality Procedures for Abuse Victims (D.I. 18, Filed 2/18/20)* and the basis for the Committee's objection thereto.

## ACTUAL AND NECESSARY EXPENSES

7. Conte incurred no expenses during the Fee Period.

## VALUATION OF SERVICES

8.   Attached hereto as **Exhibit A** is a statement of the time expended and fees incurred by Conte during the Fee Period.  Conte expended a total of 24.25 hours in connection with these chapter 11 cases during the Fee Period.  The services for which Conte is requesting compensation were performed for or on behalf of the Committee.

9.   In accordance with section 330 of the Bankruptcy Code, the fees requested are reasonable in light of factors including, among other things, (a) the complexity of these chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

10.   Although Conte has made every effort to include all fees and expenses incurred during the Fee Period in this Application, some fees and expenses might have been omitted from this Application due to delays caused by accounting and processing during the Fee Period.  Conte reserves the right to submit further applications to the Court for allowance of such fees and expenses not included herein.  Subsequent fee applications will be filed in accordance with the requirements of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Administrative Order.

## CERTIFICATION OF COMPLIANCE

11.   The Undersigned has reviewed the requirements of Local Rule 2016-2 and certifies that to the best of his knowledge, information and belief, this Application complies with that rule.

WHEREFORE, Conte requests payment in the amount of $11,155.00, which is equal to 80% (*i.e.*, $13,943.75) of total compensation earned by Conte for his services to the Committee during the Fee Period.

Dated: June 19, 2020                    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
James I. Stang (CA Bar No. 94435)
Robert B. Orgel (CA Bar No. 10187)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No.271038)
Ilan D. Scharf (NY Bar No. 4042107)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email: jstang@pszjlaw.com
          rorgel@pszjlaw.com
          joneill@pszjlaw.com
          jlucas@pszjlaw.com
          ischarf@pszjlaw.com

*Counsel for the Tort Claimants' Committee*

**CERTIFICATION OF JON R. CONTE**

I, Jon R. Conte, Ph.D., declare under penalty of perjury as follows:

1. I have been retained by the Tort Claimants' Committee as an expert consultant on sexual abuse.

2. I have reviewed the *First Monthly Application of Jon R. Conte, Ph.D. for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2020 through May 31, 2020* (the "Application").

3. To the best of my knowledge, information, and belief formed upon the basis of my participation in these cases, as well as after reasonable inquiry, the facts set forth in the foregoing Application are true and correct and materially comply with the applicable orders, rules, guidelines and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del. Bankr. L.R. 2016-2, and the Executive Office for the United States Trustee.

I certify, under penalty of perjury, that the foregoing statements made by me are true to the best of my knowledge, information and belief.

Dated: June 19, 2020         */s/ Jon R. Conte*_____
                             Jon R. Conte, Ph.D.