# **Exhibit A**

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 05/06/2020 | Review bar date documents and confer with counsel for Tort Claimants' Committee regarding same (1.0) and conference call with Tort Claimants' Committee and Counsel re: abuse claim form (2.5) | 3.50 | 575.00 | $2,012.50 |
| 05/08/2020 | Conference call with Committee regarding claim form and psychological issues (3.0) and prepare draft declaration addressing bar date notice and proof of claim form issues (2.0) | 5 | 575.00 | $2,875.00 |
| 05/09/2020 | Analysis and review of issues raised by Committee and revise declaration in support of response to bar date motion | 1.50 | 575.00 | $862.50 |
| 05/10/2020 | Further review and analysis of bar date documents and psychological issues | 2.25 | 575.00 | $1,293.75 |
| 05/14/2020 | Conference Call with Counsel for Committee regarding bar date and proof of claim issues | 1.50 | 575.00 | $862.50 |
| 05/15/2020 | Conference call with AJ Kornfeld and LF Cantor re: testimony and objectionable provisions in claim form and bar date process (1.5); Analysis and outline issues for testimony at hearing on bar date motion and Committee opposition (2.) | 3.50 | 575.00 | $2,012.50 |
| 05/16/2020 | Conference call with AJ Kornfeld and LF Cantor re: hearing testimony (1.0); Conference calls with Committee regarding bar date and proof of claim issues (.75) | 1.75 | 575.00 | $1,006.25 |
| 05/17/2020 | Review documents and prepare for hearing on bar date motion objection | 2.25 | 575.00 | $1,293.75 |
| 05/18/2020 | Testify at hearing on bar date motion and Committee objection | 3 | 575.00 | $1,725.00 |
| Total: | | | | $13,943.75 |