# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br><u>**Obj. Deadline**</u>: **July 2, 2020 at 4:00 p.m. (ET)**<br><u>**Hearing Date**</u>: **July 9, 2020 at 10:00 a.m. (ET)** |

### NOTICE OF HEARING REGARDING (I) HARTFORD'S MOTION FOR RECONSIDERATION, AND (II) HARTFORD'S MOTION TO SEAL IN CONNECTION THEREWITH

PLEASE TAKE NOTICE that on June 16, 2020, Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company (collectively, "<u>Hartford</u>"), by and through their undersigned counsel, filed with the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>") a sealed copy of **Hartford's Motion for Reconsideration, in Part, of the Court's Order (I) Appointing Mediators, (II) Referring Certain Matters to Mediation, and (III) Granting Related Relief** [D.I. 860] (the "<u>Motion to Reconsider</u>").

PLEASE TAKE FURTHER NOTICE that on 19, 2020, Hartford filed **Hartford's Motion for Entry of an Order Authorizing Hartford to File Under Seal (1) Portions of Hartford's Motion for Reconsideration, in Part, of the Court's Order (I) Appointing Mediators, (II) Referring Certain Matters to Mediation, and (III) Granting Related Relief and (2) Exhibit 1 to the Declaration of Abigail W. Williams** [D.I. 875] (the "<u>Motion to Seal</u>" together

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

1

with the Motion to Reconsider, the "Motions"), a copy of which is being served on you with this notice.

PLEASE TAKE FURTHER NOTICE that on June 19, 2020, Hartford filed a redacted copy of the Motion to Reconsider [D.I. 876], a copy of which is being served on you with this notice.

PLEASE TAKE FURTHER NOTICE that a hearing to consider the relief sought in the Motions will be held on **July 9, 2020 at 10:00 a.m. (ET)** before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, at the Court, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that, objections, if any, to the entry of orders approving the Motions, must be filed on or before **July 2, 2020 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must serve a copy of the response upon the undersigned counsel so as to be received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO PROPERLY FILE AND SERVE A RESPONSE ON OR BEFORE THE OBJECTION DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTIONS WITHOUT FURTHER NOTICE OR HEARING.

Date:  June 19, 2020
Wilmington, Delaware

BAYARD, P.A.

*/s/ Gregory J. Flasser*
Erin R. Fay (No. 5268)
Gregory J. Flasser (No. 6154)
600 North King Street, Suite 400
Wilmington, Delaware 19801
Telephone:  (302) 655-5000
Facsimile:  (302) 658-6395
Email:  efay@bayardlaw.com
            gflasser@bayardlaw.com

- and -

James P. Ruggeri (admitted *pro hac vice*)
Joshua D. Weinberg (admitted *pro hac vice*)
Abigail W. Williams (admitted *pro hac vice*)
Shipman & Goodwin LLP
1875 K Street, NW, Suite 600
Washington, DC 20003
Tel:  (202) 469-7750
Fax:  (202) 469-7751

- and -

Eric S. Goldstein (admitted *pro hac vice*)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
Tel:  (860) 251-5000
Fax:  (860) 251-5099

*Attorneys for First State Insurance Company, Hartford Accident and Indemnity Company and Twin City Fire Insurance Company*