**Larry R. Boyd**
**Chad Timmons**
**Emily M. Hahn**
**Abernathy, Roeder, Boyd & Hullett, P.C.**
**1700 Redbud Blvd, Suite 300**
**McKinney, Texas   75069**
**Telephone: (214) 544-4000**
**Telecopier: (214) 544-4040**
**ATTORNEYS FOR COLLIN COUNTY**
**TAX ASSESSOR COLLECTOR**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **IN RE:** | ' |
| | ' |
| **BOY SCOUTS OF AMERICA AND** | ' **CASE NO.   20-10343** |
| **DELAWARE BSA, LLC,** | ' **(Chapter 11)** |
| **DEBTOR** | ' |

### NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010 (b) COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002(a)

**TO THE HONORABLE KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE:**

**COLLIN COUNTY TAX ASSESSOR/COLLECTOR**, a secured creditor in the above-referenced matter, hereby requests that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith, be given to and served upon the following attorneys:

| | | |
|---|---|---|
| **Chad Timmons**<br>**Abernathy, Roeder, Boyd**<br>**& Hullett, P.C.**<br>**1700 Redbud Blvd, Ste. 300**<br>**McKinney, Texas 75069**<br>**Telephone: (214) 544-4000**<br>**Telecopier: (214) 544-4040**<br>**ctimmons@abernathy-**<br>**law.com** | **Larry R. Boyd**<br>**Abernathy, Roeder, Boyd**<br>**& Hullett, P.C.**<br>**1700 Redbud Blvd, Ste. 300**<br>**McKinney, Texas 75069**<br>**Telephone: (214) 544-4000**<br>**Telecopier: (214) 544-4040**<br>**bankruptcy@abernathy-**<br>**law.com** | **Emily M. Hahn**<br>**Abernathy, Roeder, Boyd**<br>**& Hullett, P.C.**<br>**1700 Redbud Blvd, Ste. 300**<br>**McKinney, Texas 75069**<br>**Telephone: (214) 544-4000**<br>**Telecopier: (214) 544-4040**<br>**ehahn@abernathy-law.com** |

attorneys for **COLLIN COUNTY TAX ASSESSOR/COLLECTOR..**

This request encompasses all notices, copies, and pleadings referred to in Section 1109(b) of Title 11, of the United States Code, or in Rules 2002 or 9007 of the Bankruptcy Rules, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, email, delivery, telephone, telegraph, telex, ECF, or otherwise which affects or seeks to affect the above case.

Respectfully submitted,

**ABERNATHY, ROEDER, BOYD &HULLETT, P.C.**

By: /s/ *Chad Timmons*

Larry R. Boyd
State Bar No. 02775000
Chad Timmons
State Bar No. 24060732
Emily M. Hahn
State Bar No. 24101846
lboyd@abernathy-law.com
ctimmons@abernathy-law.com
ehahn@abernathy-law.com
1700 Redbud Blvd., Ste. 300
McKinney, Texas 75069
Telephone: (214) 544-4000
Telecopier: (214) 544-4040
**ATTORNEYS FOR COLLIN COUNTY TAX ASSESSOR/COLLECTOR**

### <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on June 22, 2020, a copy of the foregoing document was served on the parties electronically via the Court's ECF System.

*/s/ Chad Timmons*