**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>BOY SCOUTS OF AMERICA and<br>DELAWARE BSA, LLC,<br>              Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Civil Action No. 20-cv-00774 (RGA) |

**APPELLANTS' DESIGNATION OF ITEMS TO BE INCLUDED
IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES
PURSUANT TO FED. R. BANKR. P. 8009(a)**

**STATEMENT OF THE ISSUES ON APPEAL**

Pursuant to Fed. R. Bankr. P. 8009(a), and Rule 8009-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Cyprus Historical Excess Insurers ("Appellants") hereby submit their designation of the record and statement of issues on appeal in connection with their appeal from the Order (I) Establishing Deadlines for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, (III) Approving Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Survivors, and (IV) Approving Confidentiality Procedures for Abuse Survivor (Dkt. 695):

1. Did the Bankruptcy Court err in approving a Proof of Claim Form for tort claimants where responses to a Form's request for information, if properly filled in by a tort claimant, would not establish a *prima facie* claim and thus the Form provides inadequate notice of the existence, nature, and amount of the claim?

2. Did the Bankruptcy Court err in determining that the Proof of Claim form was sufficient to notify parties of the nature of the claims at issue where the claim forms are insufficient to address the elements of the alleged tort claims?

3. Did the Bankruptcy Court err in determining that the Proof of Claim form for tort claimants was properly before the Bankruptcy Court, where a draft of the Proof of Claim form was not part of the motion when it was filed?

4. Recognizing that the Proof of Claim form would not require factual support necessary to establish the elements of the asserted tort claims, did the Bankruptcy Court err by approving a Proposed Bar Date Order that replaces the claims process for determining the validity of tort claims asserted against the estate?

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Century Indemnity Company designate the following pleadings and other documents as the record on appeal:

| Date Filed | DKT No. | Description |
|---|---|---|
| 02/18/2020 | 18 (64 pgs; 8 docs) | Motion to Establish Administrative Claims Bar Date *Debtors' Motion, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, And 3003-1, for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice Thereof, (III) Approve Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Victims, and (IV) Approve Confidentiality Procedures for Abuse Victims* Filed by Boy Scouts of America. (Attachments: # 1 Exhibit A # 2 Exhibit B-1 # 3 Exhibit B-2 # 4 Exhibit B-3 # 5 Exhibit C-1 |

| | | |
|---|---|---|
| | | # 6 Exhibit C-2 # 7 Exhibit D) (Abbott, Derek) (Entered: 02/18/2020) |
| 04/16/2020 | 443<br>(70 pgs; 6 docs) | Application/Motion to Employ/Retain Jon R. Conte, Ph.D. as Expert Consultant on Sexual Abuse and Expert Witness Filed by Tort Claimants' Committee. Hearing scheduled for 5/18/2020 at 10:00 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #2, Wilmington, Delaware. Objections due by 4/30/2020. (Attachments: # 1 Notice # 2 Exhibit A - Conte Declaration # 3 Exhibit B - Proposed Order # 4 Exhibit C - Curriculum Vitae (Conte) # 5 Certificate of Service) (O'Neill, James) (Entered: 04/16/2020) |
| 05/04/2020 | 556<br>(62 pgs; 3 docs) | Declaration in Support *Declaration of Shannon R. Wheatman, Ph.D in Support of Procedures for Providing Direct Notice and Supplemental Notice Plan to Provide Notice of Bar Date to Abuse Survivors* (related document(s)18) Filed by Boy Scouts of America, Delaware BSA, LLC. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2) (Moats, Eric) (Entered: 05/04/2020) |
| 05/04/2020 | 557<br>(107 pgs;<br>12 docs) | Supplement *to Debtors Bar Date Motion* (related document(s)18) Filed by Boy Scouts of America, Delaware BSA, LLC. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11) (Moats, Eric) (Entered: 05/04/2020) |
| 05/05/2020 | 564<br>(5 pgs; 2 docs) | Certificate of No Objection *re The Tort Claimants' Committee's Application for Entry of an Order Under 11 U.S.C. §§ 1103(a) and 328(a) and Fed. R. Bankr. P. 2014(A) Authorizing Retention of Dr. Jon R. Conte as Expert Consultant on Sexual Abuse and Expert Witness Effective as of April 16, 2020* (related document(s)443) Filed by Tort Claimants' Committee. (Attachments: # 1 Exhibit A) (O'Neill, James) (Entered: 05/05/2020) |
| 05/11/2020 | 601<br>(72 pgs; 8 docs) | Objection *of the Tort Claimants' Committee to (A) Debtors' Motion, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1, for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice Thereof, (III) Approve Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Victims, and (IV) Approve Confidentiality Procedures for Abuse Victims [Dkt. No. 18] and (B) Supplement to Bar Date Motion [Dkt. No. 557]* (related document(s)18, 557) Filed by Tort Claimants' Committee (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Declaration # 7 |

| | | |
|---|---|---|
| | | Certificate of Service) (O'Neill, James) (Entered: 05/11/2020) |
| 05/11/2020 | 603<br>(50 pgs; 3 docs) | Exhibit(s) // Notice of Filing of Curriculum Vitae of Jon R. Conte, Ph.D. in Support of Declaration of Jon R. Conte, Ph.D. in Support of the Objection of the Tort Claimants' Committee to (A) Debtors' Motion, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1, for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice Thereof, (III) Approve Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Victims, and (IV) Approve Confidentiality Procedures for Abuse Victims [Dkt. No. 18] and (B) Supplement to Bar Date Motion [Dkt. No. 557] (related document(s)601) Filed by Tort Claimants' Committee. (Attachments: # 1 Exhibit A # 2 Certificate of Service) (O'Neill, James) (Entered: 05/11/2020) |
| 05/11/2020 | 605<br>(2 pgs) | Order Authorizing and Approving the Application of the Tort Claimants Committee for Entry of an Order Under 11 U.S.C. §§ 1103(a) and 328(a) and Fed. R. Bankr. P. 2014(a) Authorizing Retention of Jon R. Conte, Ph.D. as Expert Consultant on Sexual Abuse and Expert Witness Effective as of April 16, 2020 (Related Doc # 443) Order Signed on 5/11/2020. (CMB) (Entered: 05/11/2020) |
| 05/12/2020 | 610<br>(9 pgs; 2 docs) | Objection to Debtors Motion for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice thereof, and (III) Approve Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Victims, and Approve Confidentiality Procedures (related document(s)18, 557) Filed by U.S. Trustee (Attachments: # 1 Certificate of Service) (Buchbinder, David) Modified Text on 5/13/2020 (LB). (Entered: 05/12/2020) |
| 05/12/2020 | 611<br>(16 pgs; 2 docs) | Supplemental Declaration *of Jon R. Conte, Ph.D. in Support of the Objection of the Tort Claimants' Committee to (A) Debtors' Motion, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1, for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice Thereof, (III) Approve Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Victims, and (IV) Approve Confidentiality Procedures for Abuse Victims [Dkt. No. 18] and (B) Supplement to Bar Date Motion [Dkt. No. 557]* (related document(s) 18, 557, 601, 603) Filed by Tort |

| | | |
|---|---|---|
| | | Claimants' Committee. (Attachments: # 1 Certificate of Service) (O'Neill, James) (Entered: 05/12/2020) |
| 05/14/2020 | 628<br>(11 pgs) | Notice of Agenda of Matters Scheduled for Hearing Filed by Boy Scouts of America. Hearing scheduled for 5/18/2020 at 10:00 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #2, Wilmington, Delaware. (Topper, Paige) (Entered: 05/14/2020) |
| 05/14/2020 | 630<br>(34 pgs; 3 docs) | Motion for Leave *to File Debtors Omnibus Reply in Support of Bar Date Motion* (related document(s)18, 556, 557, 601, 603, 610) Filed by Boy Scouts of America, Delaware BSA, LLC. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Moats, Eric) (Entered: 05/14/2020) |
| 05/14/2020 | 631<br>(10 pgs) | Supplemental Declaration in Support *Supplemental Declaration of Shannon R. Wheatman, Ph.D in Support of Procedures for Providing Direct Notice and Supplemental Notice Plan to Provide Notice of Bar Date to Abuse Survivors* Related Dockets 18, 556, 557 Filed by Boy Scouts of America, Delaware BSA, LLC. (Moats, Eric) Modified on 5/15/2020 as to related dockets.(LAM). (Entered: 05/14/2020) |
| 05/14/2020 | 632<br>(145 pgs; 3 docs) | Exhibit(s) *Notice of Filing of Revised Bar Date Order* (related document(s) 18, 557) Filed by Boy Scouts of America. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Moats, Eric) (Entered: 05/14/2020) |
| 05/15/2020 | 633<br>(73 pgs; 5 docs) | Monthly Application for Compensation *(Combined First)* for the period *February 18, 2020* to *April 30, 2020* Filed by Future Claimants' Representative, Young Conaway Stargatt & Taylor, LLP. Objections due by 5/29/2020. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit B # 4 Certificate of Service) (Harron, Edwin) (Entered: 05/15/2020) |
| 05/15/2020 | 651<br>(30 pgs; 3 docs) | Motion for Leave *to File an Objection to Debtors' Motion, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, And 3003-1, for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice Thereof, (III) Approve Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Victims, and (IV) Approve Confidentiality Procedures for Abuse Victims* (related document(s) 18, 557, 630) Filed by First State Insurance Company, Hartford Accident and Indemnity Company, Twin City Fire Insurance Company. (Attachments: # 1 Exhibit A (Bar Date Objection) # 2 Exhibit B (Proposed Order)) (Flasser, Gregory) (Entered: 05/15/2020) |
| 05/15/2020 | 656<br>(10 pgs) | Objection *to Debtors Motion, Pursuant to 11 U.S.C. § 502(B)(9), Bankruptcy Rules 2002 and 3003(C)(3), and* |

| | | |
|---|---|---|
| | | *Local Rules 2002-1(E), 3001-1, and 3003-1 for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (Ii) Establish the Form and Manner of Notice Thereof, (Iii) Approve Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Victims, and (Iv) Approve Confidentiality Procedures for Abuse Victims* (related document(s) 18, 557, 630) Filed by Century Indemnity Company (Stamoulis, Stamatios) (Entered: 05/15/2020) |
| 05/15/2020 | 659<br>(6 pgs; 2 docs) | Response *[Joinder by Allianz Global Risks Us Insurance Company and National Surety Corporation to Objection of Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company to Debtors' Motion, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1 and 3003-1 for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice Thereof, (III) Approve Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Victims, and (IV) Approve Confidentiality Procedures for Abuse Victims]* (related document(s) 18, 557, 651) Filed by Allianz Global Risks US Insurance Company, National Surety Corporation (Attachments: # 1 Certificate of Service) (Fournier, David) (Entered: 05/15/2020) |
| 05/18/2020 | 667<br>(143 pgs; 3 docs) | Exhibit(s) *Notice of Filing of Further Revised Bar Date Order* (related document(s) 18, 556, 557, 601, 603, 610, 630, 631, 632, 651, 656, 659) Filed by Boy Scouts of America. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Moats, Eric) (Entered: 05/18/2020) |
| 05/20/2020 | 675 | Transcript regarding Hearing Held 5/18/2020 |
| 05/22/2020 | 684<br>(139 pgs; 3 docs) | Certification of Counsel *Regarding Debtors' Motion, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1, for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice Thereof, (III) Approve Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Victims, and (IV) Approve Confidentiality Procedures for Abuse Victims* (related document(s) 18, 556, 557, 601, 603, 610, 630, 631, 632, 651, 656, 659, 667) Filed by Boy Scouts of America. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Moats, Eric) (Entered: 05/22/2020) |
| 05/26/2020 | 695<br>(63 pgs; 9 docs) | Order, Pursuant to 11 U.S.C. § 502(B)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1, (I) Establishing Deadlines For Filing Proofs of |

| | | |
|---|---|---|
| | | Claim, (II) Establishing the Form and Manner of Notice Thereof, (III) Approving Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Survivors, and (IV) Approving Confidentiality Procedures for Abuse Survivors Order Signed on 5/26/2020. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8) (CMB) (Entered: 05/26/2020) |
| 06/08/2020 | 803 (30 pgs; 3 docs) | Notice of Appeal. Fee Amount $298. (related document(s)695) (related document(s)695) Appellants listed as: Century Indemnity Company. Filed by Century Indemnity Company. (Attachments: # 1 Exhibit Order Being Appealed # 2 Certificate of Service) (Stamoulis, Stamatios) Modified on 6/9/2020 (BA). (Entered: 06/08/2020) |

Dated: June 22, 2020

Respectfully Submitted,

By: */s/ Stamatios Stamoulis*
Stamatios Stamoulis (#4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware 19801
Telephone:    302 999 1540
Facsimile:     302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Janine Panchok-Berry (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone:    212 326 2000
Facsimile:     212 326 2061

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company*