IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § § | **Jointly Administered** |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | § § § | NO. 20-10343 (LSS) |
| DEBTORS. | § § | CHAPTER 11 |

**NOTICE OF APPEARANCE AND REQUEST FOR
NOTICES AND SERVICE OF PAPERS**

TO THE CLERK OF THIS COURT AND ALL PARTIES IN INTEREST, PLEASE TAKE NOTICE THAT:

Buffalo Trail Council, Inc., a party in interest, hereby appears in the above-captioned case by its counsel, Michael G. Kelly of Kelly, Morgan, Dennis, Corzine & Hansen, P.C., and requests, pursuant to Rules 2002 and 9007 of the Rules of Bankruptcy Procedure, that all notices given and required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the office address and telephone number appearing below.

This Notice of Appearance is not a waiver of any right to challenge the eligibility of the Debtor for relief under the Bankruptcy Code.

Please take further notice that, pursuant to 11 USC § 1109(b) (if and to the extent such is or may hereafter become applicable), the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone, or otherwise. Further, request is made that the undersigned be provided with a copy of any disclosure statement to be submitted prior to its approval and any and all Plans of Reorganization.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the rights (1) to have final orders in noncore matters entered only after *de novo* review by a District Court Judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (4) to contest the bankruptcy court's subject matter of any adversary proceeding to which Debtor is a party; or (5) to any other rights, claims, actions, setoffs, or recoupments to which the above-named entity is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED this the 23rd day of June, 2020.

                                                   Respectfully submitted,

                                                 KELLY, MORGAN, DENNIS,
                                               CORZINE & HANSEN, P.C.
                                               P.O. Box 1311
                                             Odessa, Texas  79760-1311
                                             Telephone No. 432/367-7271
                                             Telefax No. 432/363-9121
                                             E-mail:  mkelly@kmdfirm.com

BY: _____
      MICHAEL G. KELLY
      State Bar No. 11226900

ATTORNEYS FOR BUFFALO TRAIL COUNCIL, INC.

## CERTIFICATE OF SERVICE

       This is to certify that a true and correct copy of the above and foregoing Notice has been mailed to all parties listed below, by first class mail, postage prepaid, and/or by electronic means for all Pacer system participants, on this the 23rd day of June, 2020.

Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX 75038
*Debtor*

Derek C. Abbott
Morris, Nichols, Arsht & Tunnell
P.O. Box 1347
Wilmington, DE 19899
*attorney for Debtor*

_____
MICHAEL G. KELLY