# EXHIBIT A



700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
O 202.772.2200
F 202.772.3333

GilbertLegal.com

June 22, 2020
James Patton, Jr.                                                    Invoice Number:    11320020
Future Claimaints' Representative for                                Client Number:         1613
Boy Scouts of America
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

_____

**FOR PROFESSIONAL SERVICES RENDERED through May 31, 2020**

**Re:  James Patton, Jr.**

| Matter Description | Fees | Costs | Total |
|---|---:|---:|---:|
| Insurance Analysis & Recovery | 48,255.50 | 2,510.40 | 50,765.90 |
| Retention / Fee Application (Gilbert LLP) | 12,052.50 | 129.00 | 12,181.50 |
| Motions for Relief from Automatic Stay | 27,399.00 | .00 | 27,399.00 |
| Plan of Reorganization / Disclosure Statement | 4,027.50 | .00 | 4,027.50 |
| Adversary Proceeding – Hartford Accident & Indemnity | 3,308.00 | .00 | 3,308.00 |
| Retention - Others | 4,188.50 | 54.00 | 4,242.50 |
| **Total** | **99,231.00** | **2,693.40** | **101,924.40** |

|  | TOTAL FEES | $ 99,231.00 |
|---|---:|---:|
|  | TOTAL EXPENSES | $ 2,693.40 |
|  | **TOTAL FEES AND EXPENSES** | **$ 101,924.40** |



**FOR PROFESSIONAL SERVICES RENDERED through May 31, 2020**

**Insurance Analysis & Recovery**

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 3/19/20 | Quinn, K. | Participate in WebEx presentation to Committee (partial). | 1.50 | 1,162.50 |
| 3/19/20 | Neely, M. | Attend Web presentation to Abuse Claimants Committee and Official Committee of Unsecured Creditors. | 2.80 | 1,330.00 |
| 3/19/20 | Grim, E. | Confer with client, UCC counsel, Debtors' counsel and K. Quinn re insurance background. | 1.10 | 649.00 |
| 3/19/20 | Chalashtori, J. | Prepare for and appear at status conference to assess for insurance related issues. | 1.00 | 355.00 |
| 3/19/20 | Colcock, S. | Review creditor presentation of insurance materials. | .20 | 57.00 |
| 3/19/20 | Colcock, S. | Organize status conference materials; communicate with J. Chalashtori re same. | .40 | 114.00 |
| 3/20/20 | Chalashtori, J. | Review filings re unsecured creditors for insurance-related issues. | .90 | 319.50 |
| 3/20/20 | Colcock, S. | Draft Unsecured Creditors Committee and attorney lists; communicate with J. Chalashtori re same. | 2.10 | 598.50 |
| 3/22/20 | Chalashtori, J. | Continue research re claims by unsecured creditors and insurance implications. | .50 | 177.50 |
| 3/23/20 | Quinn, K. | Confer with M. Neely, J. Chalashtori and S. Colcock re next steps (0.5); communicate with J. Stang re pre-petition work (0.2); confer with J. Chalashtori re potential UCC claims (0.1). | .80 | 620.00 |
| 3/23/20 | Neely, M. | Confer with K. Quinn, J. Chalashotir and S. Colcock re case strategy (0.5); draft summary of coverage analysis completed to date (0.6). | 1.10 | 522.50 |
| 3/23/20 | Chalashtori, J. | Correspond with K. Quinn and M. Neely re findings on research re unsecured creditors claims and insurance implications. | .40 | 142.00 |
| 3/23/20 | Chalashtori, J. | Confer with K. Quinn, M. Neely and S. Colcock re case status, next steps, and strategy. | .50 | 177.50 |
| 3/23/20 | Colcock, S. | Confer with K. Quinn, M. Neely and J. Chalashtori re next steps for bankruptcy. | .50 | 142.50 |
| 3/23/20 | Colcock, S. | Review bankruptcy filings for entry of protective order; communicate with M. Neely re status of same. | .40 | 114.00 |
| 3/24/20 | Chalashtori, J. | Prepare for and attend preliminary injunction hearing to analyze insurance-related issues. | 1.80 | 639.00 |
| 3/24/20 | Chalashtori, J. | Review filings for insurance-related issues. | .30 | 106.50 |

Invoice Number: 11320020
June 22, 2020

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 3/24/20 | Colcock, S. | Review and organize recent filings re insurance-related matters. | 1.30 | 370.50 |
| 3/25/20 | Quinn, K. | Confer with local counsel re insurance and next steps. | .20 | 155.00 |
| 3/25/20 | Neely, M. | Review status of protective order. | .20 | 95.00 |
| 3/25/20 | Chalashtori, J. | Analyze protective order filings to determine access to data room for insurance documents. | .60 | 213.00 |
| 3/25/20 | Chalashtori, J. | Analyze filings re data room to determine access to insurance documents. | .70 | 248.50 |
| 3/25/20 | Colcock, S. | Continue organizing recent filings re insurance-related matters. | .50 | 142.50 |
| 3/25/20 | Colcock, S. | Communicate with J. Chalashtori re status conference. | .40 | 114.00 |
| 3/27/20 | Neely, M. | Begin drafting insurance valuation strategy plan. | 2.30 | 1,092.50 |
| 3/27/20 | Chalashtori, J. | Correspond with M. Neely re upcoming hearing and insurance issues. | .30 | 106.50 |
| 3/30/20 | Neely, M. | Confer with S. Colcock re development of insurer strategy outlines. | .60 | 285.00 |
| 3/30/20 | Colcock, S. | Draft mediation plan document. | 2.10 | 598.50 |
| 3/31/20 | Neely, M. | Revise insurer coverage analysis and strategy outlines. | .90 | 427.50 |
| 4/01/20 | Neely, M. | Analyze insurer issues and coverage. | 1.80 | 855.00 |
| 4/01/20 | Chalashtori, J. | Analyze docket and upcoming objection deadlines. | .20 | 71.00 |
| 4/01/20 | Colcock, S. | Review and organize recently filing pleadings in bankruptcy proceeding. | 1.70 | 484.50 |
| 4/02/20 | Neely, M. | Review TCC motion re disclosure of information. | .60 | 285.00 |
| 4/02/20 | Colcock, S. | Review Tort Claimants motion for parties' access to data room documents. | .30 | 85.50 |
| 4/03/20 | Neely, M. | Confer with K. Quinn, E. Grim, J. Chalashtori, and S. Colcock re case status and strategy. | .40 | 190.00 |
| 4/03/20 | Grim, E. | Confer with K. Quinn, M. Neely, J. Chalashtori, and S. Colcock re strategy for insurance recovery. | .40 | 236.00 |
| 4/03/20 | Chalashtori, J. | Confer with K. Quinn, M. Neely, E. Grim and S. Colcock re case status, next steps. | .40 | 142.00 |
| 4/03/20 | Colcock, S. | Confer with team re case status and strategy. | .40 | 114.00 |
| 4/06/20 | Quinn, K. | Communicate with M. Neely re status. | .10 | 77.50 |
| 4/09/20 | Quinn, K. | Communicate with E. Harron and M. Neely re status. | .20 | 155.00 |
| 4/09/20 | Neely, M. | Review recent court filings re insurance/tort claim-related documents. | 1.60 | 760.00 |
| 4/09/20 | Colcock, S. | Review Century Indemnity's objection to confidential and privileged information access. | .90 | 256.50 |

Invoice Number: 11320020
June 22, 2020

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 4/10/20 | Neely, M. | Review Debtors' asset and liability schedules for insurance information. | 1.10 | 522.50 |
| 4/13/20 | Chalashtori, J. | Prepare for appearance at hearing. | .20 | 71.00 |
| 4/13/20 | Colcock, S. | Review reply to Century Indemnity limited objection to confidential information access. | 1.30 | 370.50 |
| 4/14/20 | Neely, M. | Communicate with E. Harron re requests for information about coverage program. | 1.40 | 665.00 |
| 4/15/20 | Neely, M. | Review J. Chalashtori hearing summary. | .10 | 47.50 |
| 4/15/20 | Neely, M. | Confer with K. Quinn, J. Chalashtori, and S. Colcock re bankruptcy status and coverage strategy. | .50 | 237.50 |
| 4/15/20 | Chalashtori, J. | Review amended agenda in preparation for hearing. | .20 | 71.00 |
| 4/15/20 | Chalashtori, J. | Attend hearing on variety of insurance-related matters; draft memorandum re same. | 4.00 | 1,420.00 |
| 4/15/20 | Chalashtori, J. | Confer with team re case status, next steps, and strategy. | .50 | 177.50 |
| 4/15/20 | Colcock, S. | Confer with K. Quinn, M. Neely, and J. Chalashtori re strategy and case updates. | .50 | 142.50 |
| 4/16/20 | Colcock, S. | Review court for recent filings re insurance-related matters. | .70 | 199.50 |
| 4/21/20 | Colcock, S. | Review court docket for recent filings re insurance matters. | .50 | 142.50 |
| 4/23/20 | Quinn, K. | Confer with team re case status and strategy. | .40 | 310.00 |
| 4/23/20 | Neely, M. | Confer with K. Quinn, E. Grim, J. Chalashtori, and S. Colcock re case status and next steps. | .40 | 190.00 |
| 4/23/20 | Neely, M. | Communicate with K. Quinn re information requests from Debtors. | .60 | 285.00 |
| 4/23/20 | Grim, E. | Confer with K. Quinn, M. Neely, J. Chalashtori, and S. Colcock re case status and next steps. | .40 | 236.00 |
| 4/23/20 | Chalashtori, J. | Confer with team re case status, next steps, and strategy. | .40 | 142.00 |
| 4/23/20 | Colcock, S. | Review bankruptcy court docket for recently filed pleadings re insurance-related issues. | .20 | 57.00 |
| 4/23/20 | Colcock, S. | Confer with K. Quinn, M. Neely, E. Grim and J. Chalashtori re strategy and next steps. | .40 | 114.00 |
| 4/27/20 | Neely, M. | Confer with J. Chalashtori re local counsel coverage review. | .40 | 190.00 |
| 4/27/20 | Chalashtori, J. | Analyze issues re review of policies for additional insured language. | 1.60 | 568.00 |

Invoice Number: 11320020
June 22, 2020

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 4/27/20 | Colcock, S. | Review insurance policies for coverage years 1991 and 1992 for additional insured local councils; revise policy tracking spreadsheet. | 2.50 | 712.50 |
| 4/28/20 | Neely, M. | Review US Trustee objections to Century motion to file under seal. | .30 | 142.50 |
| 4/28/20 | Chalashtori, J. | Correspond with M. Neely and S. Colcock re review of insurance policies for additional information. | .30 | 106.50 |
| 4/28/20 | Colcock, S. | Review policies for coverage years 1988 through 1990 for additional insured local councils; revise policy tracking spreadsheet. | 1.90 | 541.50 |
| 4/29/20 | Colcock, S. | Review court docket re telephonic hearing on Century's in-camera review of exhibits. | .30 | 85.50 |
| 4/29/20 | Colcock, S. | Review insuarnce policies for coverage years 1981 through 1987 for additional insured local councils; revise policy tracking spreadsheet. | 3.90 | 1,111.50 |
| 4/30/20 | Colcock, S. | Review insuarnce policies for coverage years 1975 through 1980 for additional insured local council; revise policy tracking spreadsheet. | 1.80 | 513.00 |
| 5/01/20 | Chalashtori, J. | Analyze issues related to policy review for additional insured information. | .20 | 71.00 |
| 5/01/20 | Chalashtori, J. | Analyze potential insurance issues related to upcoming hearing. | .20 | 71.00 |
| 5/04/20 | Chalashtori, J. | Analyze issues related to policy review for additional insured issues. | .10 | 35.50 |
| 5/04/20 | Colcock, S. | Review policies for coverage years 1962 through 1974 for additional insured local councils; revise policy tracking spreadsheet. | 2.60 | 741.00 |
| 5/05/20 | Neely, M. | Review supplement to motion for bar date. | .20 | 95.00 |
| 5/05/20 | Colcock, S. | Review notice of hearing to establish proof of claims deadline, bar date and confidentiality procedures. | .70 | 199.50 |
| 5/06/20 | Quinn, K. | Participate in hearing (partial). | 2.50 | 1,937.50 |
| 5/06/20 | Colcock, S. | Review policies for coverage years 1992 through 1997 for additional insured local councils; revise policy tracking spreadsheet. | 3.90 | 1,111.50 |
| 5/07/20 | Colcock, S. | Review policies for coverage years 1998 through 1999 for additional insured local councils; revise policy tracking spreadsheet. | 1.00 | 285.00 |
| 5/08/20 | Quinn, K. | Confer with S. Zieg, I. Nasatir, and M. Neely re insurance coverage issues. | .90 | 697.50 |
| 5/08/20 | Neely, M. | Confer with I. Nasatir, S. Zieg, and K. Quinn re coverage issues. | .90 | 427.50 |

Invoice Number: 11320020
June 22, 2020

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 5/08/20 | Colcock, S. | Review policies for coverage years 2000 through 2002 for additional insured local councils; revise policy tracking spreadsheet. | 2.10 | 598.50 |
| 5/12/20 | Neely, M. | Review Committee objection to bar date for potential insurance coverage issues. | .30 | 142.50 |
| 5/12/20 | Chalashtori, J. | Correspond with S. Colcock re policy review. | .20 | 71.00 |
| 5/12/20 | Colcock, S. | Review policies for coverage year 2003 for additional insured local councils; revise policy tracking spreadsheet. | .50 | 142.50 |
| 5/13/20 | Colcock, S. | Review policies for coverage years 2004 to 2005 for additional insured local councils; revise policy tracking spreadsheet. | 1.70 | 484.50 |
| 5/13/20 | Colcock, S. | Communicate with M. Neely re stipulated confidentiality and protective order and US Trustee objection to notice re protective order. | .30 | 85.50 |
| 5/18/20 | Quinn, K. | Confer with team re status, strategy and FCR request. | .80 | 620.00 |
| 5/18/20 | Quinn, K. | Participate in hearing. | 3.00 | 2,325.00 |
| 5/18/20 | Neely, M. | Confer with K. Quinn, E. Grim, J. Chalashtori, and S. Colcock re coverage issues and strategies. | .80 | 380.00 |
| 5/18/20 | Neely, M. | Confer with E. Grim and J. Chalashtori re coverage issues. | .50 | 237.50 |
| 5/18/20 | Grim, E. | Confer with K. Quinn, M. Neely, J. Chalashtori, and S. Colcock re case status and strategy. | .80 | 472.00 |
| 5/18/20 | Grim, E. | Confer with M. Neely and J. Chalashtori, re follow-up issues from team call. | .50 | 295.00 |
| 5/18/20 | Grim, E. | Review policies and underlying claims information for purposes of analyzing insurance issue at the request of FCR. | 1.90 | 1,121.00 |
| 5/18/20 | Chalashtori, J. | Confer with team re case status, next steps, and strategy. | .80 | 284.00 |
| 5/18/20 | Chalashtori, J. | Confer with M. Neely and E. Grim re insurance counsel role, next steps, strategy. | .50 | 177.50 |
| 5/18/20 | Colcock, S. | Communicate with K. Quinn, M. Neely, E. Grim, and J. Chalashtori re case status and strategy. | .80 | 228.00 |
| 5/19/20 | Colcock, S. | Review policies for coverage years 2006 to 2008 for additional insured local councils; revise policy tracking spreadsheet. | 2.30 | 655.50 |
| 5/19/20 | Colcock, S. | Review deadlines for upcoming omnibus hearings. | .40 | 114.00 |
| 5/19/20 | Colcock, S. | Research oppositions, replies and orders on preferential treatment insurance issue. | .40 | 114.00 |

Invoice Number: 11320020
June 22, 2020

| Date | Name | Services | Hours | Amount |
|---|---|---|---:|---:|
| 5/20/20 | Colcock, S. | Review policies for coverage years 2009 to 2013 for additional insured local councils; revise policy tracking spreadsheet. | 3.90 | 1,111.50 |
| 5/21/20 | Colcock, S. | Review policies for coverage years 2014 to 2016 for additional insured local councils; policy tracking spreadsheet. | 3.20 | 912.00 |
| 5/22/20 | Colcock, S. | Review policies for part of coverage year 2017 for additional insured local councils. | .40 | 114.00 |
| 5/26/20 | Quinn, K. | Confer with M. Neely re draft pleading. | .30 | 232.50 |
| 5/26/20 | Quinn, K. | Review revised draft protective order. | .20 | 155.00 |
| 5/26/20 | Colcock, S. | Review policies for remaining part of coverage year 2017 through year 2019 for additional insured local councils; revise policy tracking spreadsheet. | 1.50 | 427.50 |
| 5/27/20 | Quinn, K. | Futher review of draft protective orders; communicate with client re same. | .50 | 387.50 |
| 5/27/20 | Quinn, K. | Review objections re protective orders. | .70 | 542.50 |
| 5/27/20 | Neely, M. | Communication with A. Azer re proposed interim procedures for filing confidential policy information. | .20 | 95.00 |
| 5/28/20 | Quinn, K. | Review protective order comments, Debtors' draft brief and correspond re joiner. | .90 | 697.50 |
| 5/28/20 | Neely, M. | Review insurer objections to proposed protective order for potential coverage issues. | 2.40 | 1,140.00 |
| 5/28/20 | Neely, M. | Confer with E. Edwards and K. Quinn re insurer objections to protective order and implications for coverage issues. | .30 | 142.50 |
| 5/28/20 | Neely, M. | Review Debtors' reply to insurer objections to protective order; draft FCR reply. | 1.50 | 712.50 |
| 5/28/20 | Colcock, S. | Communicate with M. Neely re upcoming hearing. | .30 | 85.50 |
| 5/29/20 | Quinn, K. | Review agenda and prepare for hearing. | .30 | 232.50 |
| 5/29/20 | Quinn, K. | Review language proposed by Hartford re protective order. | .20 | 155.00 |
| 5/29/20 | Quinn, K. | Participate in hearing (partial) | 1.50 | 1,162.50 |
| 5/29/20 | Quinn, K. | Review Century filing. | .20 | 155.00 |
| 5/29/20 | Neely, M. | Review mediator declarations and negotiated revisions to protective order in preparation for hearing. | .80 | 380.00 |
| 5/29/20 | Neely, M. | Prepare for and attend hearing re protective order and mediation. | 2.00 | 950.00 |

Invoice Number: 11320020
June 22, 2020

| Date | Name | Services | Hours | Amount |
|---|---|---|---:|---:|
| 5/29/20 | Colcock, S. | Communicate with M. Neely re revised agenda for hearing and Century's status report on Debtors' mediation motion. | .30 | 85.50 |
| | | **TOTAL CHARGEABLE HOURS** | **115.60** | |
| | | **TOTAL FEES** | | **$ 48,255.50** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Quinn, K. | 15.20 | 775.00 | 11,780.00 |
| Neely, M. | 27.00 | 475.00 | 12,825.00 |
| Grim, E. | 5.10 | 590.00 | 3,009.00 |
| Chalashtori, J. | 16.80 | 355.00 | 5,964.00 |
| Colcock, S. | 51.50 | 285.00 | 14,677.50 |
| **TOTALS** | **115.60** | | **$ 48,255.50** |

**EXPENSE DETAILS**

| Date | Description | Task | Amount |
|---|---|---|---:|
| 4/23/20 | Conference Call - Courtcall / J. Chalashtori / Hearing on 03.19.20 | E112 | 22.50 |
| 4/23/20 | Conference Call - Courtcall / J. Chalashtori / Hearing on 03.24.20 | E112 | 43.50 |
| 4/23/20 | Conference Call - Courtcall / J. Chalashtori / Hearing on 03.30.20 | E112 | 22.50 |
| 4/23/20 | Conference Call - Courtcall / J. Chalashtori / Hearing on 04.15.20 | E112 | 85.50 |
| 4/30/20 | Westlaw | E106 | 17.90 |
| 4/30/20 | PACER | E106 | 148.10 |
| 5/29/20 | Lexis | E106 | 912.62 |
| 5/31/20 | Westlaw | E106 | 920.74 |
| 5/31/20 | Westlaw | E106 | 37.87 |
| 5/31/20 | Westlaw | E106 | 7.57 |
| 5/31/20 | PACER | E106 | 18.80 |
| 5/31/20 | PACER | E106 | 49.60 |
| 5/31/20 | PACER | E106 | 223.20 |
| | **TOTAL EXPENSES** | | **$ 2,510.40** |
| | **TOTAL FEES AND EXPENSES FOR MATTER** | | **$ 50,765.90** |

Invoice Number: 11320020
June 22, 2020

**FOR PROFESSIONAL SERVICES RENDERED through May 31, 2020**

**Retention / Fee Application (Gilbert LLP)**

| Date | Name | Services | Hours | Amount |
|---|---|---|---:|---:|
| 3/31/20 | Colcock, S. | Review KCIC declaration re previous relationship with Gilbert. | .50 | 142.50 |
| 4/03/20 | Quinn, K. | Communicate with team re status. | .30 | 232.50 |
| 4/08/20 | Neely, M. | Revise retention application and supporting documents. | 3.30 | 1,567.50 |
| 4/10/20 | Quinn, K. | Confer with YCST re retention. | .20 | 155.00 |
| 4/13/20 | Quinn, K. | Review draft retention pleadings and papers. | 1.10 | 852.50 |
| 4/20/20 | Neely, M. | Review revised application materials. | .80 | 380.00 |
| 4/23/20 | Neely, M. | Review FCR revisions to retention papers. | 1.20 | 570.00 |
| 4/27/20 | Quinn, K. | Correspond with FCR re retention application. | .20 | 155.00 |
| 4/27/20 | Neely, M. | Revise retention application. | 1.30 | 617.50 |
| 4/29/20 | Quinn, K. | Confer with US Trustee re employment application. | .30 | 232.50 |
| 4/29/20 | Neely, M. | Review US Trustee requests for additional information re retention application. | 1.20 | 570.00 |
| 4/30/20 | Quinn, K. | Correspond with team re retention application. | 1.00 | 775.00 |
| 4/30/20 | Neely, M. | Review disclosure amendments in support of application to be retained. | 7.50 | 3,562.50 |
| 5/03/20 | Neely, M. | Review responses to US Trustee request for additional information in support of retention application. | .80 | 380.00 |
| 5/04/20 | Neely, M. | Confer with K. Quinn re retention and local counsel coverage review. | .30 | 142.50 |
| 5/04/20 | Neely, M. | Revise appendix and declaration in support of retention application per inquiries US Trustee. | 2.40 | 1,140.00 |
| 5/06/20 | Quinn, K. | Confer with US Trustee office re retention; revise declaration re same. | .50 | 387.50 |
| 5/18/20 | Neely, M. | Attend retention hearing. | .40 | 190.00 |
| | | **TOTAL CHARGEABLE HOURS** | **23.30** | |
| | | **TOTAL FEES** | | **$ 12,052.50** |

8

Invoice Number: 11320020
June 22, 2020

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Quinn, K. | 3.60 | 775.00 | 2,790.00 |
| Neely, M. | 19.20 | 475.00 | 9,120.00 |
| Colcock, S. | .50 | 285.00 | 142.50 |
| **TOTALS** | **23.30** | | **$ 12,052.50** |

**EXPENSE DETAILS**

| Date | Description | Task | Amount |
|---|---|---|---:|
| 5/18/20 | Conference Call / CourtCall / K. Quinn / Attend Retention Hearing / 05/18/2020 | E105 | 106.50 |
| 5/18/20 | Conference Call / CourtCall / M. Neely / Attend Retention Hearing / 05/18/2020 | E105 | 22.50 |
| | **TOTAL EXPENSES** | | **$ 129.00** |
| | **TOTAL FEES AND EXPENSES FOR MATTER** | | **$ 12,181.50** |

Invoice Number: 11320020
June 22, 2020

**FOR PROFESSIONAL SERVICES RENDERED through May 31, 2020**

**Motions for Relief from Automatic Stay**

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 3/19/20 | Colcock, S. | Communicate with J. Chalashtori re hearing on motion to appoint a joint mediator and motion to stay. | .30 | 85.50 |
| 3/27/20 | Colcock, S. | Review and organize materials for status conference re preliminary injunction. | .20 | 57.00 |
| 3/27/20 | Colcock, S. | Review and organize materials re objection to preliminary injunction filed by victim LG37. | .30 | 85.50 |
| 3/30/20 | Chalashtori, J. | Attend court call hearing re preliminary injunction for insurance issues. | .90 | 319.50 |
| 5/07/20 | Colcock, S. | Review bankruptcy court docket for recently filings re motion for relief from stay. | .50 | 142.50 |
| 5/08/20 | Colcock, S. | Review revised hearing date and objection deadline for Z.R.S. motion for relief from stay. | .30 | 85.50 |
| 5/12/20 | Quinn, K. | Communicate with M. Neely re Old Republic motion. | .10 | 77.50 |
| 5/12/20 | Neely, M. | Analyze Old Republic coverage re lift stay motion.. | 1.90 | 902.50 |
| 5/14/20 | Quinn, K. | Confer with S. Zieg and M. Neely re Old Republic insurance policies. | 1.00 | 775.00 |
| 5/14/20 | Neely, M. | Confer with S. Zieg and K. Quinn re draft Old Republic motion for relief from stay. | .50 | 237.50 |
| 5/14/20 | Neely, M. | Review National Surety motion for relief from stay for coverage issues. | .90 | 427.50 |
| 5/14/20 | Chalashtori, J. | Review agenda for upcoming hearing and motion to lift stay filed by insurer. | .40 | 142.00 |
| 5/14/20 | Colcock, S. | Communicate with M. Neely re National Surety motion for relief and agenda for May 18, 2020 status hearing. | .50 | 142.50 |
| 5/15/20 | Quinn, K. | Begin analysis of Old Republic lift stay. | .50 | 387.50 |
| 5/15/20 | Neely, M. | Continue to analyze Old Republic coverage issues. | 5.50 | 2,612.50 |
| 5/18/20 | Quinn, K. | Confer with client re recommendations on lift-stay motions. | 1.00 | 775.00 |
| 5/18/20 | Neely, M. | Further research re Old Republic coverage issues. | 2.20 | 1,045.00 |
| 5/18/20 | Chalashtori, J. | Analyze insurance issues related to potential motion to lift stay. | .40 | 142.00 |
| 5/21/20 | Neely, M. | Confer with BSA and Committee counsel re insurance impact on motions to lift stay. | .50 | 237.50 |
| 5/21/20 | Neely, M. | Communication with K. Quinn re potential insurance impact on motions to lift stay. | .40 | 190.00 |

Invoice Number: 11320020
June 22, 2020

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 5/21/20 | Neely, M. | Analyze impact of motions to lift stay on insurance issues. | 1.70 | 807.50 |
| 5/21/20 | Neely, M. | Review filed Old Republic motion to lift stay. | .70 | 332.50 |
| 5/21/20 | Chalashtori, J. | Analyze insurance issues related to motions to lift stay. | .30 | 106.50 |
| 5/21/20 | Colcock, S. | Communicate with M. Neely re deadline for objections and hearing on Old Republic motion to modify stay. | .40 | 114.00 |
| 5/22/20 | Quinn, K. | Review Old Republic motion to lift stay. | .80 | 620.00 |
| 5/22/20 | Neely, M. | Confer with J. Chalashtori re Old Republic motion to lift stay. | .40 | 190.00 |
| 5/22/20 | Neely, M. | Confer with S. Zieg, C. Lyons, and K. Quinn re Old Republic and other coverage issues. | .60 | 285.00 |
| 5/22/20 | Chalashtori, J. | Confer with M. Neely re objection to Old Republic motion to lift stay. | .40 | 142.00 |
| 5/22/20 | Chalashtori, J. | Research re lift stay in preparation for drafting objection to Old Republic motion to lift stay. | 1.00 | 355.00 |
| 5/22/20 | Chalashtori, J. | Begin drafting objection to Old Republic motion to lift stay. | 1.60 | 568.00 |
| 5/22/20 | Chalashtori, J. | Analyze insurance issues re objection to Old Republic motion for relief from stay. | 1.30 | 461.50 |
| 5/23/20 | Chalashtori, J. | Continue drafting objection to Old Republic motion to lift stay. | 1.70 | 603.50 |
| 5/24/20 | Neely, M. | Begin revising draft opposition to Old Republic motion to lift stay. | 3.70 | 1,757.50 |
| 5/24/20 | Chalashtori, J. | Revise draft objection to motion to lift stay. | 1.20 | 426.00 |
| 5/25/20 | Neely, M. | Finish revising draft opposition to Old Republic motion to lift stay. | 3.10 | 1,472.50 |
| 5/25/20 | Chalashtori, J. | Revise draft objection to Old Republic motion to lift stay. | .80 | 284.00 |
| 5/26/20 | Quinn, K. | Revise draft objection to lift stay motion. | .60 | 465.00 |
| 5/26/20 | Neely, M. | Revise opposition to Old Republic motion to lift stay to include related motions. | 7.20 | 3,420.00 |
| 5/26/20 | Chalashtori, J. | Analyze issues related to draft omnibus objection to motions to lift stay. | .30 | 106.50 |
| 5/26/20 | Chalashtori, J. | Revise omnibus objection to various motions to lift stay. | 2.00 | 710.00 |
| 5/26/20 | Chalashtori, J. | Analyze insurance issues related to latest filed motions to lift stay. | .50 | 177.50 |
| 5/26/20 | Colcock, S. | Communicate with M. Neely re motions to lift automatic stay filed by Evanston Insurance Company and Nichole Erickson. | .50 | 142.50 |

Invoice Number: 11320020
June 22, 2020

| Date | Name | Services | Hours | Amount |
|---|---|---|---:|---:|
| 5/27/20 | Neely, M. | Finish revising omnibus objection to motions for relief from stay. | .80 | 380.00 |
| 5/27/20 | Grim, E. | Revise objection to Old Republic lift stay motion. | .40 | 236.00 |
| 5/27/20 | Chalashtori, J. | Revise omnibus objection to motion to lift stay. | .50 | 177.50 |
| 5/27/20 | Chalashtori, J. | Analyze insurance issues related to omnibus objection to motions to lift stay. | .30 | 106.50 |
| 5/27/20 | Chalashtori, J. | Research re codification of bankruptcy relevant insurance provisions for omnibus objection to motion to lift stay. | .70 | 248.50 |
| 5/27/20 | Colcock, S. | Review bankruptcy filings for Old Republic agreement and policy. | 1.10 | 313.50 |
| 5/28/20 | Quinn, K. | Revise draft motion to lift stay. | 1.20 | 930.00 |
| 5/28/20 | Quinn, K. | Telephone call with client re draft response to lift stay. | .50 | 387.50 |
| 5/28/20 | Neely, M. | Revise objection to motions to lift stay. | 1.10 | 522.50 |
| 5/28/20 | Neely, M. | Review Claimants' Committee omnibus objection to motions for relief from the stay. | .90 | 427.50 |
| 5/28/20 | Grim, E. | Revise objection to Old Republic lift stay motion. | .20 | 118.00 |
| 5/28/20 | Chalashtori, J. | Analyze codification of bankruptcy relevant insurance provisions for inclusion in omnibus objection to motions for relief from stay. | .20 | 71.00 |
| 5/29/20 | Neely, M. | Revise omnibus objection to motions for relief from stay. | .30 | 142.50 |
| 5/29/20 | Neely, M. | Communications with S. Zieg re objections to motions to lift stay. | .50 | 237.50 |
| 5/29/20 | Colcock, S. | Cite check draft FCR objection to Old Republic's motion for relief from automatic stay. | 2.40 | 684.00 |
| | | **TOTAL CHARGEABLE HOURS** | **60.20** | |
| | | **TOTAL FEES** | | **$ 27,399.00** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Quinn, K. | 5.70 | 775.00 | 4,417.50 |
| Neely, M. | 32.90 | 475.00 | 15,627.50 |
| Grim, E. | .60 | 590.00 | 354.00 |
| Chalashtori, J. | 14.50 | 355.00 | 5,147.50 |
| Colcock, S. | 6.50 | 285.00 | 1,852.50 |
| **TOTALS** | **60.20** | | **$ 27,399.00** |

**TOTAL FEES AND EXPENSES FOR MATTER**     **$ 27,399.00**

Invoice Number: 11320020
June 22, 2020

**FOR PROFESSIONAL SERVICES RENDERED through May 31, 2020**

**Plan of Reorganization / Disclosure Statement**

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 4/16/20 | Quinn, K. | Begin review of plan in preparation for Committee call. | 2.50 | 1,937.50 |
| 4/16/20 | Neely, M. | Review proposed plan of reorganization. | 4.40 | 2,090.00 |
|  |  | **TOTAL CHARGEABLE HOURS** | **6.90** |  |
|  |  | **TOTAL FEES** |  | **$ 4,027.50** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Quinn, K. | 2.50 | 775.00 | 1,937.50 |
| Neely, M. | 4.40 | 475.00 | 2,090.00 |
| **TOTALS** | **6.90** |  | **$ 4,027.50** |
|  | **TOTAL FEES AND EXPENSES FOR MATTER** |  | **$ 4,027.50** |

13

Invoice Number: 11320020
June 22, 2020

**FOR PROFESSIONAL SERVICES RENDERED through May 31, 2020**

**Adversary Proceeding - Hartford Accident & Indemnity**

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 3/19/20 | Colcock, S. | Review court docket re recent filings in adversary proceeding. | .30 | 85.50 |
| 3/27/20 | Neely, M. | Review Hartford motion to transfer venue from Texas to Delaware. | .80 | 380.00 |
| 3/27/20 | Colcock, S. | Review docket re Hartford motion to transfer venue. | .30 | 85.50 |
| 4/06/20 | Neely, M. | Analyze BSA motion for abstention and remand in Hartford coverage litigation. | 1.10 | 522.50 |
| 4/22/20 | Neely, M. | Review Hartford reply re remand. | .70 | 332.50 |
| 4/22/20 | Colcock, S. | Review Hartford reply to its motion to transfer venue in Texas case. | .30 | 85.50 |
| 5/06/20 | Colcock, S. | Review court docket re recent filigs; communicate with M. Neely re plaintiffs' reply in support of its motion for abstention and remand in Hartford case. | .40 | 114.00 |
| 5/12/20 | Colcock, S. | Communicate with M. Neely re answer to verified complaint in adversary bankruptcy. | .30 | 85.50 |
| 5/18/20 | Quinn, K. | Initial review of adversary proceeding complaint. | .50 | 387.50 |
| 5/19/20 | Grim, E. | Review Hartford adversarial complaint. | .20 | 118.00 |
| 5/20/20 | Quinn, K. | Review Texas pleading re adversary proceeding filing. | .30 | 232.50 |
| 5/20/20 | Grim, E. | Review Debtors' response to Hartford adversarial proceeding in Texas action. | .20 | 118.00 |
| 5/20/20 | Colcock, S. | Communicate with M. Neely re plaintiffs' response filed in Hartford case to defendants' notice of filing of their adversary proceeding in the DE bankruptcy court. | .40 | 114.00 |
| 5/22/20 | Quinn, K. | Review Hartford reply in Texas action re transfer of venue. | .20 | 155.00 |
| 5/22/20 | Quinn, K. | Participate in call with client re open litigation issues. | .50 | 387.50 |
| 5/22/20 | Neely, M. | Review Hartford reply to notice of filing of adversary proceeding in Texas coverage litigation. | .10 | 47.50 |
| 5/22/20 | Colcock, S. | Communicate with M. Neely re insurers' reply to notice of filing of adversary case in bankruptcy proceedings. | .20 | 57.00 |
| | | **TOTAL CHARGEABLE HOURS** | **6.80** | |
| | | **TOTAL FEES** | | **$ 3,308.00** |

Invoice Number: 11320020
June 22, 2020

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Quinn, K. | 1.50 | 775.00 | 1,162.50 |
| Neely, M. | 2.70 | 475.00 | 1,282.50 |
| Grim, E. | .40 | 590.00 | 236.00 |
| Colcock, S. | 2.20 | 285.00 | 627.00 |
| **TOTALS** | **6.80** | | **$ 3,308.00** |

| | | | |
|---|---|---|---:|
| | **TOTAL FEES AND EXPENSES FOR MATTER** | | **$ 3,308.00** |

Invoice Number: 11320020
June 22, 2020

**FOR PROFESSIONAL SERVICES RENDERED through May 31, 2020**

**Retention - Others**

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 4/15/20 | Quinn, K. | Review motion to disqualify Sidley. | .60 | 465.00 |
| 4/15/20 | Neely, M. | Review Century objection to Sidley retention. | .80 | 380.00 |
| 4/24/20 | Colcock, S. | Review notice setting hearing on retention of Sidley Austin. | .50 | 142.50 |
| 5/01/20 | Neely, M. | Review status report re Sidley application to be retained. | .20 | 95.00 |
| 5/04/20 | Chalashtori, J. | Appear for hearing on objection to Sidley Austin retention for insurance-related issues. | 3.40 | 1,207.00 |
| 5/06/20 | Neely, M. | Attend telephonic hearing re Sidley retention. | 3.40 | 1,615.00 |
| 5/06/20 | Chalashtori, J. | Analyze issues related to hearing on Sidley retention and insurer objections. | .40 | 142.00 |
| 5/06/20 | Chalashtori, J. | Correspond with M. Neely re Sidley retention hearing. | .40 | 142.00 |
| | | **TOTAL CHARGEABLE HOURS** | **9.70** | |
| | | **TOTAL FEES** | | **$ 4,188.50** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Quinn, K. | .60 | 775.00 | 465.00 |
| Neely, M. | 4.40 | 475.00 | 2,090.00 |
| Chalashtori, J. | 4.20 | 355.00 | 1,491.00 |
| Colcock, S. | .50 | 285.00 | 142.50 |
| **TOTALS** | **9.70** | | **$ 4,188.50** |

**EXPENSE DETAILS**

| Date | Description | Task | Amount |
|---|---|---|---|
| 5/29/20 | Conference Call Kami Quinn / CourtCall / Attend Retention Hearing / 05/29/2020 | E105 | 54.00 |
| | **TOTAL EXPENSES** | | **$ 54.00** |
| | **TOTAL FEES AND EXPENSES FOR MATTER** | | **$ 4,242.50** |
| | **TOTAL FEES AND EXPENSES** | | **$ 101,924.40** |