# EXHIBIT B

## EXPENSES
### March 19, 2020 - May 31, 2020

| Date | Description | Amount |
|---|---|---|
| 04/23/2020 | Conference Call - Courtcall / J. Chalashtori / Hearing on 03.19.20 | 22.50 |
| 04/23/2020 | Conference Call - Courtcall / J. Chalashtori / Hearing on 03.24.20 | 43.50 |
| 04/23/2020 | Conference Call - Courtcall / J. Chalashtori / Hearing on 03.30.20 | 22.50 |
| 04/23/2020 | Conference Call - Courtcall / J. Chalashtori / Hearing on 04.15.20 | 85.50 |
| 04/30/2020 | PACER | 148.10 |
| 04/30/2020 | Westlaw | 17.90 |
| 05/18/2020 | Conference Call / CourtCall / K. Quinn / Attend Retention Hearing / 05/18/2020 | 106.50 |
| 05/18/2020 | Conference Call / CourtCall / M. Neely / Attend Retention Hearing / 05/18/2020 | 22.50 |
| 05/29/2020 | Lexis | 912.62 |
| 05/29/2020 | Conference Call Kami Quinn / CourtCall / Attend Retention Hearing / 05/29/2020 | 54.00 |
| 05/31/2020 | PACER | 18.80 |
| 05/31/2020 | Westlaw | 920.74 |
| 05/31/2020 | PACER | 49.60 |
| 05/31/2020 | Westlaw | 37.87 |
| 05/31/2020 | PACER | 223.20 |
| 05/31/2020 | Westlaw | 7.57 |
| | | **$2,693.40** |