# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | Objection Deadline: July 7, 2020 at 4:00 p.m. (ET) |
| | Hearing Date: Only if Objections are Filed |

**COMBINED[2] SECOND MONTHLY APPLICATION OF JAMES L. PATTON, JR. AS THE LEGAL REPRESENTATIVE FOR FUTURE CLAIMANTS AND YOUNG CONAWAY STARGATT & TAYLOR, LLP AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE CLAIMANTS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 1, 2020 THROUGH MAY 31, 2020**

| | |
|---|---|
| Name of Applicants: | James L. Patton, Jr., and Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services as: | The FCR and Counsel to the FCR |
| Date of Retention: | *Nunc Pro Tunc* to February 18, 2020 |
| Period for Which Compensation and Reimbursement is Sought: | May 1, 2020 to May 31, 2020 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $146,769.00 (FCR's Share: $5,600.00) (YCST's Share: $141,169.00) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $2,663.35 (FCR's Share: $0.00) (YCST's Share: $2,663.35) |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] In light of the fact that James L. Patton, Jr., the legal representative for future personal injury claimants (the "Future Claimants' Representative" or "FCR"), is a member of the law firm of Young Conaway Stargatt & Taylor, LLP ("YCST"), which serves as counsel to the FCR, the FCR and YCST will be submitting combined fee applications in an effort to conserve costs. The FCR's time and expense entries are distinguished from all other members of YCST.

26437925.2

This Application includes 5.30 hours and $1,766.00 in fees incurred in connection with the preparation of fee applications.

### SUMMARY OF THE FCR'S APPLICATIONS

|   | Date Filed | Period Covered | Requested | | Approved and/or Paid | |
|---|---|---|---|---|---|---|
|   |   |   | Fees | Expenses | Fees | Expenses |
| 1 | 05/15/20 | 02/18/20 – 04/30/20 | $19,880.00 | $0.00 | $15,904.00 | $0.00 |
| 2 | 06/23/20 | 05/01/20 – 05/31/20 | $5,600.00 | $0.00 | Pending | Pending |

### SUMMARY OF YCST'S APPLICATIONS

|   | Date Filed | Period Covered | Requested | | Approved and/or Paid | |
|---|---|---|---|---|---|---|
|   |   |   | Fees | Expenses | Fees | Expenses |
| 1 | 05/15/20 | 02/18/20 – 04/30/20 | $183,254.00 | $4,750.17 | $146,603.20 | $4,750.17 |
| 2 | 06/23/20 | 05/01/20 – 05/31/20 | $141,169.00 | $2,663.35 | Pending | Pending |

### COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position | Current Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| James L. Patton, Jr. | Partner | $1,400 | 4.00 | $5,600.00 |
| Robert S. Brady | Partner | $1,025 | 32.90 | $33,722.50 |
| James P. Hughes | Partner | $1,025 | 3.20 | $3,280.00 |
| Edwin J. Harron | Partner | $970 | 9.40 | $9,118.00 |
| Sharon M. Zieg | Partner | $835 | 19.60 | $16,366.00 |
| Erin D. Edwards | Partner | $715 | 29.80 | $21,307.00 |
| Kevin A. Guerke | Partner | $775 | 0.80 | $620.00 |
| Sara Beth A.R. Kohut | Counsel | $700 | 14.60 | $10,220.00 |
| Jaclyn Marasco | Associate | $525 | 0.00 | $0.00 |
| Allison S. Mielke | Associate | $490 | 5.80 | $2,842.00 |
| Mawe Oberste | Associate | $415 | 5.70 | $2,365.50 |
| Jordan E. Sazant | Associate | $415 | 0.20 | $83.00 |
| Jared W. Kochenash | Associate | $400 | 4.60 | $1,840.00 |

| Name of Professional Person | Position | Current Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Catherine C. Lyons | Associate | $400 | 8.70 | $3,480.00 |
| Nicholas D. Picollelli, Jr. | Associate | $380 | 19.60 | $7,448.00 |
| Joseph F. Ecker | Associate | $375 | 21.30 | $7,987.50 |
| Michael E. Neminski | Associate | $375 | 10.90 | $4,087.50 |
| Shivani H. Patel | Associate | $375 | 6.80 | $2,550.00 |
| Joel W. Glazer | Associate | $325 | 27.10 | $8,807.50 |
| Debbie Laskin | Paralegal | $305 | 0.00 | $0.00 |
| Casey Cathcart | Paralegal | $295 | 13.00 | $3,835.00 |
| Lisa Eden | Paralegal | $295 | 4.10 | $1,209.50 |
| Patrick M. Foss | Paralegal | $175 | 0.00 | $0.00 |
| | **TOTAL HOURS AND FEES:** | | **242.10** | **$146,769.00** |

**FCR's Blended Rate: $1,400.00**
**YCST's Blended Rate: $592.90**

### FCR'S COMPENSATION BY PROJECT CATEGORY

| Category | Hours | Fees |
|---|---|---|
| Case Administration (B001) | 1.10 | $1,540.00 |
| Court Hearings (B002) | 1.90 | $2,660.00 |
| Meetings (B008) | 1.00 | $1400.00 |
| **TOTAL HOURS AND FEES:** | **4.00** | **$5,600.00** |

### YCST'S COMPENSATION BY PROJECT CATEGORY

| Category | Hours | Fees |
|---|---|---|
| Case Administration (B001) | 6.30 | $2,619.00 |
| Court Hearings (B002) | 28.80 | $26,367.00 |
| Cash Collateral/DIP Financing (B003) | 2.10 | $1,848.50 |
| Use, Sale or Lease of Property (363 Issues) (B006) | 0.10 | $49.00 |
| Claims Analysis, Objections, and Resolutions (B007) | 108.30 | $46,300.50 |
| Meetings (B008) | 9.40 | $7,054.50 |
| Stay Relief Matters (B009) | 20.50 | $14,199.50 |
| Other Adversary Proceedings (B011) | 29.00 | $21,019.00 |

| | | |
|---|---|---|
| Plan and Disclosure Statement (B012) | 5.10 | $4,841.00 |
| Employee Matters (B015) | 0.00 | $0.00 |
| Asset Analysis (B016) | 0.00 | $0.00 |
| Retention of Professionals / Fee Issues (B017) | 23.20 | $15,105.00 |
| Fee Application Preparation (B018) | 5.30 | $1,766.00 |
| Utility Services (B020) | 0.00 | $0.00 |
| **TOTAL HOURS AND FEES:** | **238.10** | **$141,169.00** |

### FCR'S EXPENSE SUMMARY

The FCR did not incur any expenses.

### YCST'S EXPENSE SUMMARY

| Category | Amount |
|---|---|
| Computerized Legal Research | $0.00 |
| Deposition / Transcript | $386.40 |
| Docket Retrieval / Search | $46.00 |
| Facsimile | $6.00 |
| Postage | $518.80 |
| Reproduction Charges | $1,156.40 |
| Teleconference / Video Conference | $549.75 |
| **TOTAL DISBURSEMENTS:** | **$2,663.35** |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Objection Deadline: July 7, 2020 at 4:00 p.m. (ET)**<br>**Hearing Date: Only if Objections are Filed** |

**COMBINED[2] SECOND MONTHLY APPLICATION OF JAMES L. PATTON, JR. AS THE LEGAL REPRESENTATIVE FOR FUTURE CLAIMANTS AND YOUNG CONAWAY STARGATT & TAYLOR, LLP AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE CLAIMANTS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 1, 2020 THROUGH MAY 31, 2020**

Pursuant to sections 330 and 331 of title 11 of the United States Code (as amended, the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and this Court's April 6, 2020, *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [Docket No. 341] (the "Administrative Fee Order"), James L. Patton, Jr., the legal representative for future claimants (the "Future Claimants' Representative" or "FCR"), hereby submits his second

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] In light of the fact that James L. Patton, Jr., the legal representative for future personal injury claimants (the "Future Claimants' Representative" or "FCR"), is a member of the law firm of Young Conaway Stargatt & Taylor, LLP ("YCST"), which serves as counsel to the FCR, the FCR and YCST will be submitting combined fee applications in an effort to conserve costs. The FCR's time and expense entries are distinguished from all other members of YCST.

26437925.2

monthly application for allowance of compensation for services rendered during the period from May 1, 2020 through and including May 31, 2020 (the "Fee Period") in the amount of $5,600.00 together with reimbursement for actual and necessary expenses incurred in the amount of $0.00, and the law firm of Young Conaway Stargatt & Taylor, LLP ("YCST", together with the Future Claimants' Representative, the "Applicants"), counsel to the Future Claimants' Representative, hereby submits its second monthly application for allowance of compensation for legal services rendered during the Fee Period in the amount of $141,169.00 together with reimbursement for actual and necessary expenses incurred in the amount of $2,663.35. In support of this Application, Applicants respectfully represents as follows:

1. James L. Patton, Jr. was appointed to serve as the Future Claimants' Representative *nunc pro tunc* to February 18, 2020 pursuant to an order entered by this Court on April 24, 2020 [Docket No. 486]. YCST was employed *nunc pro tunc* to February 18, 2020 to represent the Future Claimants' Representative pursuant to an order entered by this Court on May 11, 2020 [Docket No. 604]. The orders authorized the Applicants to be compensated on an hourly basis and to be reimbursed for actual and necessary expenses.

2. All services for which compensation is requested by the Future Claimants' Representative were performed for or on behalf of future claimants. All services for which compensation is requested by YCST were performed for or on behalf of the Future Claimants' Representative.

## SUMMARY OF SERVICES RENDERED

3. Attached hereto as Exhibit A is a detailed statement of fees incurred during the Fee Period, showing the amount of $146,769.00 due for fees. Attached hereto as Exhibit B is

a detailed statement of expenses incurred during the Fee Period, showing the amount of $2,663.35 due for expenses.

4.    The services rendered by the Applicants during the Fee Period are grouped into the categories set forth in Exhibit A attached hereto. The professionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in Exhibit A attached hereto.

## DISBURSEMENTS

5.    The Future Claimants' Representative incurred out-of-pocket disbursements during the Fee Period in the amount of $0.00. YCST incurred out-of-pocket disbursements during the Fee Period in the amount of $2,663.35. This disbursement sum is broken down into categories of charges, including, among other things, telephone and facsimile and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime. A complete review by category of the expenses incurred during the Fee Period may be found in Exhibit B attached hereto.

6.    Costs incurred for overtime and computer assisted research are not included in the Applicants' normal hourly billing rates and, therefore, are itemized and included in the Applicants' disbursements. Pursuant to Del. Bankr. LR 2016-2, Applicants represent that their rate for duplication is $0.10 per page for black and white copies and $0.80 per page for color copies, their rate for outgoing telecopier transmissions is $0.25 per page (excluding related long

3

distance transmission charges), there is no charge for incoming telecopier transmissions, and there is no surcharge for computerized research.

**VALUATION OF SERVICES**

7. The Future Claimants' Representative expended a total of 4.00 hours in connection with this matter during the Fee Period. YCST expended a total of 238.10 hours in connection with this matter during the Fee Period.

8. The amount of time spent by the Applicants during the Fee Period is fully set forth in Exhibit A attached hereto. The hourly rates set forth therein are the Applicants' normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by the Future Claimants' Representative during the Fee Period is $5,600.00. The reasonable value of the services rendered by YCST during the Fee Period is $141,169.00.

9. Applicants believe that the time and expense entries included in Exhibits A and B attached hereto are in compliance with the requirements of Del. Bankr. LR 2016-2.

10. In accordance with the factors enumerated in 11 U.S.C. § 330, the amount requested is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

11. This Application covers the period from May 1, 2020 through and including May 31, 2020.

WHEREFORE, the Future Claimants' Representative respectfully requests that allowance be made in the sum of $5,600.00 as compensation for necessary professional services rendered during the Fee Period and the sum of $0.00 for reimbursement of actual and necessary costs and expenses incurred during the Fee Period, and YCST respectfully requests that

allowance be made in the sum of $141,169.00 as compensation for necessary professional legal services rendered during the Fee Period and the sum of $2,663.35 for reimbursement of actual and necessary costs and expenses incurred during the Fee Period, and the Applicants further request such other and further relief as this Court may deem just and proper.

Dated: June 23, 2020               YOUNG CONAWAY STARGATT & TAYLOR, LLP

 */s/ Edwin J. Harron*
Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Sharon M. Zieg (No. 4196)
Sara Beth A.R. Kohut (No. 4137)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: rbrady@ycst.com
          eharron@ycst.com
          szieg@ycst.com
          skohut@ycst.com

*Counsel to the Future Claimants' Representative*

## DECLARATION OF JAMES L. PATTON, JR.

I, James L. Patton, Jr., declare under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1. I am the court-appointed Legal Representative for Future Claimants.

2. I have personally performed all of the services identified with my name in the foregoing Application. All of the services were necessary to faithfully meet my responsibilities as the Future Claimants' Representative. My hourly rate, as set forth in the Application, is the customary rate I charge for services of this nature. In my experience, this rate is consistent with the rates charged by other professionals who provide similar services.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

Executed on June 23, 2020

       */s/ James L. Patton, Jr.*
       JAMES L. PATTON, JR.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## CERTIFICATION OF EDWIN J. HARRON

I, Edwin J. Harron, certify as follows:

1. I am a partner in the applicant firm, Young Conaway Stargatt & Taylor, LLP, and have been admitted to the bar of the Supreme Court of Delaware since 1995.

2. I have personally performed many of the legal services rendered by Young Conaway Stargatt & Taylor, LLP as counsel to the Future Claimants' Representative and am thoroughly familiar with all other work performed on behalf of the Future Claimants' Representative by the lawyers and paraprofessionals in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

Dated: June 23, 2020                                   */s/ Edwin J. Harron*
                                                                  Edwin J. Harron

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

26437925.2