# **EXHIBIT A**

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600                    (302) 571-1253 FAX
(800) 253-2234 (DE ONLY)          TAX I.D. NO. 51-0082644          www.ycst.com

Writer's Direct Dial                                      Writer's E-Mail
(302) 571-6703                                            eharron@ycst.com


Young Conaway                Invoice Date:           June 24, 2020
Rodney Square                Invoice Number:            50015761
1000 North King Street       Matter Number:           077494.1001
Wilmington, DE 19801


Re:  Boy Scouts of America and Delaware BSA
     For the period ending May 31, 2020

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 146,769.00 |
| Disbursements | $ | 2,663.35 |
| Total Due This Invoice | $ | 149,432.35 |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date:                     June 24, 2020
Invoice Number:                     50015761
Matter Number:                  077494.1001

| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | June 24, 2020 |
| | Invoice Number: | 50015761 |
| | Matter Number: | 077494.1001 |

**Time Detail**

**Task Code:**    B001        Case Administration

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 05/04/20 | CCATH | Prepare and circulate critical dates calendar | 0.20 | 295.00 | 59.00 |
| 05/04/20 | SZIEG | Review critical dates memo | 0.10 | 835.00 | 83.50 |
| 05/05/20 | SZIEG | Review memo re: recently filed pleading (multiple) | 0.10 | 835.00 | 83.50 |
| 05/05/20 | CCATH | Update critical dates calendar | 0.20 | 295.00 | 59.00 |
| 05/13/20 | JKOCH | Email correspondence with A. Mielke re: case status, work plans, and upcoming tasks | 0.30 | 400.00 | 120.00 |
| 05/14/20 | CCATH | Update critical dates calendar | 0.20 | 295.00 | 59.00 |
| 05/18/20 | CCATH | Prepare and circulate critical dates calendar | 0.20 | 295.00 | 59.00 |
| 05/19/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 05/19/20 | LEDEN | Update critical dates | 0.10 | 295.00 | 29.50 |
| 05/21/20 | CCATH | Confer with E. Edwards re: upcoming critical dates | 0.10 | 295.00 | 29.50 |
| 05/21/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 05/22/20 | JPATT | Review case strategy | 1.10 | 1,400.00 | 1,540.00 |
| 05/22/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 05/22/20 | CCATH | Confer with S. Zieg re: task assignments | 0.10 | 295.00 | 29.50 |
| 05/26/20 | EHARR | Review case calendar | 0.10 | 970.00 | 97.00 |
| 05/26/20 | AMIEL | Review critical dates and docket report | 0.10 | 490.00 | 49.00 |
| 05/26/20 | SZIEG | Review critical dates memo and recently-filed pleadings memo | 0.10 | 835.00 | 83.50 |
| 05/26/20 | CCATH | Prepare and circulate critical dates calendar | 0.20 | 295.00 | 59.00 |
| 05/26/20 | JKOCH | Update task list | 2.30 | 400.00 | 920.00 |
| 05/27/20 | AMIEL | Review docket updates | 0.10 | 490.00 | 49.00 |
| 05/27/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 05/28/20 | AMIEL | Teleconference with R. Brady and J. Kochenash re: case administration | 0.60 | 490.00 | 294.00 |
| 05/28/20 | AMIEL | Review docket report | 0.10 | 490.00 | 49.00 |
| 05/28/20 | JKOCH | Call with R. Brady and A. Mielke re: case plan and upcoming tasks | 0.60 | 400.00 | 240.00 |
| 05/29/20 | AMIEL | Review docket reports | 0.10 | 490.00 | 49.00 |
| | | **Total** | **7.40** | | **4,159.00** |

Patton, James L., Jr., Future Claimants' Representative

| | |
|---|---|
| Invoice Date: | June 24, 2020 |
| Invoice Number: | 50015761 |
| Matter Number: | 077494.1001 |

**Task Code:**  B002  Court Hearings

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/01/20 | CCATH | Update materials for 5/4/20 hearing | 0.20 | 295.00 | 59.00 |
| 05/03/20 | RBRAD | Review third amended hearing agenda | 0.10 | 1,025.00 | 102.50 |
| 05/04/20 | RBRAD | Attend hearing on Sidley retention application | 7.70 | 1,025.00 | 7,892.50 |
| 05/04/20 | JPATT | Review pleadings and ruling re: hearing | 1.90 | 1,400.00 | 2,660.00 |
| 05/05/20 | CCATH | Set up telephonic appearances at 5/6/20 hearing | 0.10 | 295.00 | 29.50 |
| 05/06/20 | RBRAD | Review additional submissions by Sidley and Chubb/Century in connection with closing arguments on Sidley retention application (.6) and attend closing argument on Sidley retention application (4.0) | 4.60 | 1,025.00 | 4,715.00 |
| 05/07/20 | KGUER | Review summary of 5/6/20 hearing | 0.20 | 775.00 | 155.00 |
| 05/14/20 | SKOHU | Email to MNAT re: hearing agenda | 0.10 | 700.00 | 70.00 |
| 05/14/20 | CCATH | Assemble materials for 5/18/20 hearing and set up telephonic appearances | 0.50 | 295.00 | 147.50 |
| 05/15/20 | RBRAD | Conference with E. Harron re: preparation for 5/18/20 hearing | 0.30 | 1,025.00 | 307.50 |
| 05/15/20 | RBRAD | Review amended agenda re: 5/18/20 hearing | 0.10 | 1,025.00 | 102.50 |
| 05/15/20 | CCATH | Assemble additional materials for 5/18/20 hearing | 1.00 | 295.00 | 295.00 |
| 05/16/20 | CCATH | Assemble additional materials for 5/18/20 hearing | 0.20 | 295.00 | 59.00 |
| 05/17/20 | RBRAD | Prepare for omnibus hearing (review pleadings; conference call with counsel to Debtors; correspondence with E. Harron and S. Zieg) | 2.60 | 1,025.00 | 2,665.00 |
| 05/17/20 | EHARR | Call with Debtor's counsel re: hearing on bar date and mediator | 0.40 | 970.00 | 388.00 |
| 05/18/20 | RBRAD | Attend omnibus hearing (4.5) and draft summary for FCR and YCST team (.2) | 4.70 | 1,025.00 | 4,817.50 |
| 05/18/20 | EHARR | Email and call with R. Brady re: report on hearing on bar date and mediation | 0.30 | 970.00 | 291.00 |
| 05/19/20 | KGUER | Review summary re: 5/18/20 heraing | 0.10 | 775.00 | 77.50 |
| 05/26/20 | EEDWA | Emails with C. Cathcart re: 5/29/2020 hearing | 0.10 | 715.00 | 71.50 |
| 05/27/20 | CCATH | Prepare for 5/29/20 hearing | 0.30 | 295.00 | 88.50 |
| 05/28/20 | CCATH | Confer with E. Harron and J. Forbes re: hearing dates | 0.10 | 295.00 | 29.50 |
| 05/28/20 | CCATH | Prepare for 5/29/20 hearing | 0.60 | 295.00 | 177.00 |
| 05/29/20 | CCATH | Prepare for 5/29/20 hearing | 0.10 | 295.00 | 29.50 |

Patton, James L., Jr., Future Claimants' Representative

| | | |
|---|---|---|
| Invoice Date: | | June 24, 2020 |
| Invoice Number: | | 50015761 |
| Matter Number: | | 077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/29/20 | RBRAD | Attend hearing on protective order, status report on mediator motion and ruling on Sidley retention | 2.10 | 1,025.00 | 2,152.50 |
| 05/29/20 | EEDWA | Review updated hearing agenda and materials (.3); attend hearing re: protective order (2.0) | 2.30 | 715.00 | 1,644.50 |
| | | **Total** | **30.70** | | **29,027.00** |

**Task Code:**   B003   Cash Collateral/DIP Financing

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/11/20 | SZIEG | Teleconference with counsel for TCC and UCC re: collateral review (.5); correspondence re: issues discussed during call (.1) | 0.60 | 835.00 | 501.00 |
| 05/11/20 | RBRAD | Conference call with counsel to tort claimants' committee and UCC re: review of JPM liens and collateral package | 0.50 | 1,025.00 | 512.50 |
| 05/14/20 | SZIEG | Teleconference with K. Quinn and M. Neely re: Old Republic policy | 0.50 | 835.00 | 417.50 |
| 05/18/20 | SZIEG | Teleconference with K. Quinn and I. Nasatir re: issues related to Old Republic policy | 0.50 | 835.00 | 417.50 |
| | | **Total** | **2.10** | | **1,848.50** |

**Task Code:**   B006   Use, Sale or Lease of Property (363 issues)

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/21/20 | AMIEL | Review correspondence re: real estate assets | 0.10 | 490.00 | 49.00 |
| | | **Total** | **0.10** | | **49.00** |

**Task Code:**   B007   Claims Analysis, Objections and Resolutions

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/03/20 | RBRAD | Review issues re: bar date motion and teleconference with S. Zieg re: same | 0.30 | 1,025.00 | 307.50 |
| 05/03/20 | SZIEG | Review, comment, and review relevant precedent on documents re: abuse bar date (2.8); teleconference with R. Brady re: same (.2); correspondence with B. Warren re: same (multiple) (.3) | 3.30 | 835.00 | 2,755.50 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | June 24, 2020 |
|---|---|---|
| | Invoice Number: | 50015761 |
| | Matter Number: | 077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/05/20 | SZIEG | Correspondence with J. Patton re: bar date pleadings (.3); correspondence with B. Warner re: same (.1) | 0.40 | 835.00 | 334.00 |
| 05/05/20 | RBRAD | Correspondence with J. Patton and S. Zieg re: bar date motion and notice | 0.30 | 1,025.00 | 307.50 |
| 05/09/20 | RBRAD | Correspondence with J. Patton and S. Zieg re: revised bar date order | 0.20 | 1,025.00 | 205.00 |
| 05/11/20 | SZIEG | Teleconference with E. Edwards re: forecasting-related issues | 0.50 | 835.00 | 417.50 |
| 05/11/20 | SZIEG | Teleconference with E. Harron, R. Brady, S. Kohut, and Ankura Team re: forecasting-related issues | 0.50 | 835.00 | 417.50 |
| 05/11/20 | RBRAD | Conference call with Ankura re: revised forecast of claim liability and UST questions in retention application | 0.50 | 1,025.00 | 512.50 |
| 05/12/20 | RBRAD | Review UST and survivor committee objections to bar date motion and supplemental declaration filed by Committee expert | 0.40 | 1,025.00 | 410.00 |
| 05/12/20 | MOBER | Research for 50-state survey re: sexual abuse statutes of limitation | 0.10 | 415.00 | 41.50 |
| 05/14/20 | RBRAD | Teleconference with Ankura and E. Harron re: updated claim forecast and budget | 0.30 | 1,025.00 | 307.50 |
| 05/14/20 | NPICO | Research for 50-state survey re: sexual abuse statutes of limitation | 3.90 | 380.00 | 1,482.00 |
| 05/15/20 | RBRAD | Review revised bar date order | 0.30 | 1,025.00 | 307.50 |
| 05/15/20 | JGLAZ | Research for 50-state survey re: sexual abuse statutes of limitation | 6.00 | 325.00 | 1,950.00 |
| 05/15/20 | EEDWA | Email from/to J. Glazer re: statute of limitations research | 0.20 | 715.00 | 143.00 |
| 05/15/20 | MNEMI | Research for 50-state survey re: sexual abuse statutes of limitation | 2.70 | 375.00 | 1,012.50 |
| 05/15/20 | NPICO | Research for 50-state survey re: sexual abuse statutes of limitation | 8.40 | 380.00 | 3,192.00 |
| 05/18/20 | JGLAZ | Research for 50-state survey re: sexual abuse statutes of limitation | 9.60 | 325.00 | 3,120.00 |
| 05/18/20 | MNEMI | Research for 50-state survey re: sexual abuse statutes of limitation | 2.40 | 375.00 | 900.00 |
| 05/18/20 | NPICO | Research for 50-state survey re: sexual abuse statutes of limitation | 1.20 | 380.00 | 456.00 |
| 05/19/20 | AMIEL | Review docket (.2) and emails with C. Cathcart and J. Kochenash re: bar date order (.1) | 0.30 | 490.00 | 147.00 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | June 24, 2020 |
| | Invoice Number: | 50015761 |
| | Matter Number: | 077494.1001 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|----------|--------------|-----------------|-----------|----------|------------|
| 05/19/20 | MNEMI | Research for 50-state survey re: sexual abuse statutes of limitation | 2.80 | 375.00 | 1,050.00 |
| 05/19/20 | EEDWA | Emails with E. Harron re: teleconference to finalize protective order (.1); review email and attachments from K. Basaria re: insurers' proposed revisions to protective order (.8); teleconference with Debtors, TCC and insurers' counsel re: insurers' comments to protective order (1.0) | 1.90 | 715.00 | 1,358.50 |
| 05/20/20 | JECKE | Research and summarize state law re: statutes of limitation and repose | 6.70 | 375.00 | 2,512.50 |
| 05/20/20 | AMIEL | Emails with R. Brady re: bar date order (.1); review docket re: same (.1) | 0.20 | 490.00 | 98.00 |
| 05/20/20 | JGLAZ | Research for 50-state survey re: sexual abuse statutes of limitation | 9.50 | 325.00 | 3,087.50 |
| 05/20/20 | NPICO | Research for 50-state survey re: sexual abuse statutes of limitation | 6.10 | 380.00 | 2,318.00 |
| 05/21/20 | JGLAZ | Research for 50-state survey re: sexual abuse statutes of limitation | 1.00 | 325.00 | 325.00 |
| 05/21/20 | EHARR | Emails re: bar date (.3); emails with E. Edwards re: protective order (.2) | 0.50 | 970.00 | 485.00 |
| 05/22/20 | EHARR | Emails re: bar date (.2) and protective order (.2) | 0.40 | 970.00 | 388.00 |
| 05/22/20 | AMIEL | Draft summary of bar dates (1.6); review transcript of hearing re: same (1.2); emails with R. Brady re: same (.1) | 2.90 | 490.00 | 1,421.00 |
| 05/22/20 | JECKE | Research for 50-state survey re: sexual abuse statutes of limitation | 3.40 | 375.00 | 1,275.00 |
| 05/22/20 | JECKE | Research and summarize state law re: statutes of limitation and repose | 3.60 | 375.00 | 1,350.00 |
| 05/25/20 | MOBER | Research for 50-state survey re: sexual abuse statutes of limitation | 2.60 | 415.00 | 1,079.00 |
| 05/25/20 | SZIEG | Review proposed revisions to draft protective order (.4); correspondence with E. Harron and E. Edwards re: same. (.1) | 0.50 | 835.00 | 417.50 |
| 05/25/20 | SPATE | Research for 50-state survey re: sexual abuse statutes of limitation | 1.80 | 375.00 | 675.00 |
| 05/26/20 | EHARR | Emails re: protective order | 0.20 | 970.00 | 194.00 |
| 05/26/20 | MOBER | Research for 50-state survey re: sexual abuse statutes of limitation | 2.90 | 415.00 | 1,203.50 |
| 05/26/20 | MNEMI | Research for 50-state survey re: sexual abuse statutes of limitation | 2.60 | 375.00 | 975.00 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | June 24, 2020 |
| --- | --- | --- |
| | Invoice Number: | 50015761 |
| | Matter Number: | 077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 05/26/20 | JECKE | Research state statutes of limitations, statutes of repose, tolling, and repressed memory case law and statutes for sexual assault/abuse of minors | 7.10 | 375.00 | 2,662.50 |
| 05/27/20 | MOBER | Research for 50-state survey re: sexual abuse statutes of limitation | 0.10 | 415.00 | 41.50 |
| 05/27/20 | JGLAZ | Research for 50-state survey re: sexual abuse statutes of limitationResearch for 50-state survey re: sexual abuse statutes of limitationResearch for 50-state survey re: sexual abuse statutes of limitationResearch for 50-state survey re: sexual abuse statutes of limitation | 1.00 | 325.00 | 325.00 |
| 05/27/20 | JECKE | Research for 50-state survey re: sexual abuse statutes of limitation | 0.50 | 375.00 | 187.50 |
| 05/27/20 | AMIEL | Review/revise summary of bar date order and proof of claim forms | 0.50 | 490.00 | 245.00 |
| 05/27/20 | MNEMI | Research for 50-state survey re: sexual abuse statutes of limitation | 0.40 | 375.00 | 150.00 |
| 05/27/20 | SZIEG | Correspondence re: proposed protective order and revisions to same | 0.20 | 835.00 | 167.00 |
| 05/27/20 | EEDWA | Emails with research team re: updates to research materials (.2); work on master document of 50 state research (.2) | 0.40 | 715.00 | 286.00 |
| 05/28/20 | SPATE | Research for 50-state survey re: sexual abuse statutes of limitation | 1.20 | 375.00 | 450.00 |
| 05/28/20 | SZIEG | Review analysis re: issues related to forecasting | 1.30 | 835.00 | 1,085.50 |
| 05/29/20 | EEDWA | Emails with C. Cathcart re: finalizing and filing joinder in support of Debtors' reply in support of agreed protective order (.1); review TCC's joinder re: same (.1) | 0.20 | 715.00 | 143.00 |
| 05/29/20 | EHARR | Emails re: protective order | 0.20 | 970.00 | 194.00 |
| 05/29/20 | SPATE | Research for 50-state survey re: sexual abuse statutes of limitation | 3.80 | 375.00 | 1,425.00 |
| | | **Total** | **108.30** | | **46,300.50** |

**Task Code:**    B008    Meetings

| Date | Initials | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 05/11/20 | SZIEG | Meet with FCR team re: status of pending issues and tasks and strategies related to same | 0.80 | 835.00 | 668.00 |
| 05/11/20 | JKOCH | Team meeting re: case status and work plans | 0.80 | 400.00 | 320.00 |

Patton, James L., Jr., Future Claimants' Representative

| | |
|---|---|
| Invoice Date: | June 24, 2020 |
| Invoice Number: | 50015761 |
| Matter Number: | 077494.1001 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 05/11/20 | RBRAD | Attend YCST team meeting re: work streams, case issues and strategy | 0.70 | 1,025.00 | 717.50 |
| 05/11/20 | EHARR | Teleconference with Ankura re: work plan | 0.50 | 970.00 | 485.00 |
| 05/11/20 | EHARR | Attend FCR's YCST team call re: case strategy | 0.80 | 970.00 | 776.00 |
| 05/21/20 | CLYON | Attend call with Sidley Austin and other attorneys representing various constituencies to discuss non-abuse litigation pending against Debtor | 0.50 | 400.00 | 200.00 |
| 05/26/20 | SZIEG | FCR team meeting re: pending tasks and strategies | 0.80 | 835.00 | 668.00 |
| 05/26/20 | JPATT | Call with team re: case strategy | 1.00 | 1,400.00 | 1,400.00 |
| 05/26/20 | EHARR | Attend FCR team call re: work plan | 0.70 | 970.00 | 679.00 |
| 05/26/20 | AMIEL | Teleconference with YCST team and client to discuss misc. case issues (.6); review task list and docket to prepare for same (.2) | 0.80 | 490.00 | 392.00 |
| 05/26/20 | RBRAD | Review and comment on updated task list and work streams (.2) and conference call with YCST team re: case issues, updates and strategy (.5) | 0.70 | 1,025.00 | 717.50 |
| 05/26/20 | EEDWA | Attend team meeting videoconference | 0.60 | 715.00 | 429.00 |
| 05/26/20 | CCATH | Attend team meeting | 0.50 | 295.00 | 147.50 |
| 05/26/20 | JKOCH | Team meeting re: case plan and work streams | 0.60 | 400.00 | 240.00 |
| 05/28/20 | RBRAD | Conference call with J. Kochenash and A. Mielke re: case issues, updates and strategy | 0.60 | 1,025.00 | 615.00 |
| | | **Total** | **10.40** | | **8,454.50** |

| **Task Code:** | **B009** | **Stay Relief Matters** | | | |
|---|---|---|---|---|---|

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 04/23/20 | JHUGH | Review multiple emails re: due diligence on claims and restructuring and availability of documents | 0.30 | 1,025.00 | 307.50 |
| 05/11/20 | JHUGH | Review pending motion to stay by Old Republic | 0.30 | 1,025.00 | 307.50 |
| 05/11/20 | JHUGH | Emails with S. Zieg re: Old Republic stay motion | 0.20 | 1,025.00 | 205.00 |
| 05/12/20 | JHUGH | Emails with S. Zieg re insurance issues re: Old Republic and review insurance program document per S. Zieg | 0.30 | 1,025.00 | 307.50 |

Patton, James L., Jr., Future Claimants' Representative

| | | Invoice Date: | | June 24, 2020 |
| | | Invoice Number: | | 50015761 |
| | | Matter Number: | | 077494.1001 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|----------|--------------|-----------------|-----------|----------|------------|
| 05/12/20 | SZIEG | Review draft stay relief motion and related documents re: Old Republic (1.0); teleconference with counsel for Debtors, TCC and UCC re: same (1.0); correspondence with R. Brady and E. Harron re: same (.1); correspondence to K. Quinn re: same (.2); telephone from I. Nasatir re: same (.3) | 2.60 | 835.00 | 2,171.00 |
| 05/12/20 | JHUGH | Participate in call with counsel re: issues around Old Republic motion | 1.00 | 1,025.00 | 1,025.00 |
| 05/13/20 | SZIEG | Correspondence with K. Quinn re: issues related to Old Republic motion and call to discuss same | 0.20 | 835.00 | 167.00 |
| 05/15/20 | CLYON | Draft summary of Spahr motion for relief from automatic stay for J. Patton and correspond with S. Zieg re: same | 1.80 | 400.00 | 720.00 |
| 05/20/20 | SZIEG | Correspondence with M. Linder re: teleconference to discuss pending lawsuit | 0.10 | 835.00 | 83.50 |
| 05/20/20 | JHUGH | Multiple emails with debtor counsel, YCST, and tort counsel re: follow-up issues on insurance | 0.30 | 1,025.00 | 307.50 |
| 05/21/20 | JHUGH | Emails with S. Zieg re: background for call and review document in preparation for call | 0.30 | 1,025.00 | 307.50 |
| 05/21/20 | JHUGH | Follow up email from Sidley and Haynes Boone re: open issues around policy | 0.20 | 1,025.00 | 205.00 |
| 05/21/20 | JHUGH | Participate in call with counsel re: Old Republic policies | 0.30 | 1,025.00 | 307.50 |
| 05/21/20 | CLYON | Prepare summary of call with Sidley Austin and other attorneys to discuss non-abuse cases pending against Debtor for S. Zieg | 0.20 | 400.00 | 80.00 |
| 05/21/20 | SZIEG | Correspondence re: pending lawsuits and call to discuss same | 0.30 | 835.00 | 250.50 |
| 05/22/20 | SZIEG | Review stay relief motions of Spahr, Knight and Old Republic (1.4); teleconference with C. Lyon re: same (.3); teleconference with C. Lyon, K. Quinn, and M. Neeley re: same (.6); correspondence with Debtors re: same (multiple) (.2) | 1.10 | 835.00 | 918.50 |
| 05/22/20 | CLYON | Review Knight complaint and correspond with S. Zieg re: same | 0.20 | 400.00 | 80.00 |

Patton, James L., Jr., Future Claimants' Representative

| | | Invoice Date: | June 24, 2020 |
| | | Invoice Number: | 50015761 |
| | | Matter Number: | 077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/22/20 | CLYON | Call with Gilbert and S. Zieg to discuss approach to stay of non-abuse claims and related issues concerning insurance and Old Republic | 0.60 | 400.00 | 240.00 |
| 05/22/20 | CLYON | Call with S. Zieg to discuss background of case and role of FCR in proceedings in advance of call with Gilbert | 0.40 | 400.00 | 160.00 |
| 05/24/20 | RBRAD | Review Old Republic motion for relief from stay and consider potential issues for response | 0.50 | 1,025.00 | 512.50 |
| 05/26/20 | CLYON | Correspond with S. Zieg and counsel to Knight and Spahr parties re: extension of deadline to file objection to Knight and Spahr motions for relief from automatic stay | 0.40 | 400.00 | 160.00 |
| 05/26/20 | SZIEG | Correspondence with FCR team re: potential objections related to stay relief motions (multiple) | 0.40 | 835.00 | 334.00 |
| 05/28/20 | CLYON | Review and prepare summaries of Motions for relief from stay filed by Stephen and Courtney Knight, Nichole Erickson and Mason Gordon, Old Republic Insurance Company, and Evanston Insurance Company and distribute summaries to S. Zieg for review | 3.50 | 400.00 | 1,400.00 |
| 05/29/20 | CLYON | Review and provide comments to draft of objection received from Gilbert | 0.60 | 400.00 | 240.00 |
| 05/29/20 | CCATH | Confer with S. Zieg re: stay relief objections | 0.10 | 295.00 | 29.50 |
| 05/30/20 | CLYON | Review and revise FCR's objection to relief from stay | 0.50 | 400.00 | 200.00 |
| 05/31/20 | SZIEG | Review and revise draft objection re: stay relief motions (1.6); draft memo to client re: same (2.2) | 3.80 | 835.00 | 3,173.00 |
| | | **Total** | **20.50** | | **14,199.50** |

**Task Code:**    B011    Other Adversary Proceedings

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/11/20 | EHARR | Emails re: protective order | 0.20 | 970.00 | 194.00 |
| 05/11/20 | EEDWA | Review draft protective order (1.3); emails from E. Harron and M. Linder re: same (.1); teleconference with S. Zieg re: research issues (.5) | 1.90 | 715.00 | 1,358.50 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | June 24, 2020 |
|---|---|---|
| | Invoice Number: | 50015761 |
| | Matter Number: | 077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/12/20 | RBRAD | Review draft protective order governing production of documents in case | 0.20 | 1,025.00 | 205.00 |
| 05/12/20 | EHARR | Emails re: protective order | 0.20 | 970.00 | 194.00 |
| 05/12/20 | EEDWA | Review and revise draft protective order (1.8); email to E. Harron and S. Zieg re: same (.2); review statute of limitations information from Ankura (.9); draft research assignment re: same (1.2); multiple emails to S. Zieg re: same (.2); email research team with instructions and deadlines (.2); emails from K. Basaria and E. Harron re: additional revision to FCR's proposed changes to protective order (.1) | 4.60 | 715.00 | 3,289.00 |
| 05/14/20 | EEDWA | Draft memo re: summary of protocols for confidential information produced under protective order (1.1); emails with E. Harron and R. Brady re: potential joinder to Debtors' motion to shorten hearing on motion for protective order (.2); review Debtors' motion to shorten and TCC joinder (.4); review first day declaration (1.3) | 3.00 | 715.00 | 2,145.00 |
| 05/20/20 | KGUER | Review letter re: extension of injunction | 0.20 | 775.00 | 155.00 |
| 05/20/20 | EEDWA | Review additional comments to protective order by Hartford insurance | 0.10 | 715.00 | 71.50 |
| 05/20/20 | RBRAD | Review letter from J. Stang to BSA counsel re: conditions to consensually extend section 105 injunction re: Local Councils and related correspondence with YCST team | 0.30 | 1,025.00 | 307.50 |
| 05/21/20 | KGUER | Review final BSA letter re: extention of injunction and emails with YCST team re: same | 0.20 | 775.00 | 155.00 |
| 05/22/20 | EHARR | Emails re: mediators (.2); call with Company re: same (.2) | 0.40 | 970.00 | 388.00 |
| 05/22/20 | EEDWA | Review revised form of protective order from Debtors and related redlines (1.6); draft email recommendation and summary to E. Harron and S. Zieg re: same (.4); address follow-up questions from S. Zieg (.5); teleconference with Debtors, TCC, UCC, and insurers re: further revisions to protective order (.8); email to E. Harron, S. Zieg, and R. Brady re: same (.2); email to K. Basaria re: additional FCR comments to draft protective order (.2) | 3.70 | 715.00 | 2,645.50 |

Patton, James L., Jr., Future Claimants' Representative

| | | | | | Invoice Date: | June 24, 2020 |
| | | | | | Invoice Number: | 50015761 |
| | | | | | Matter Number: | 077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/24/20 | RBRAD | Review insurer comments to draft protective order and related correspondence | 0.40 | 1,025.00 | 410.00 |
| 05/24/20 | SZIEG | Telephone from E. Edwards re: negotiation of protective order | 0.30 | 835.00 | 250.50 |
| 05/25/20 | RBRAD | Review additional revisions to protective order requested by Chubb and correspondence with M. Andolina re: same | 0.30 | 1,025.00 | 307.50 |
| 05/25/20 | EEDWA | Review revised language to protective order circulated by Insurers and Chubb (.8); email to E. Harron and S. Zieg re: issues with same (.3); telephone to S. Zieg re: same (.1); email to M. Andolina re: same (.2) | 1.40 | 715.00 | 1,001.00 |
| 05/26/20 | EEDWA | Review Debtors' revised version of protective order and related comments (1.2); email to E. Harron and S. Zieg re: same (.1); multiple emails with K. Quinn re: draft protective order (.3) | 1.60 | 715.00 | 1,144.00 |
| 05/26/20 | EEDWA | Emails with J. Ecker, M. Oberste, and N. Picollelli re: 50-state survey research parts | 0.10 | 715.00 | 71.50 |
| 05/26/20 | EHARR | Emails re: mediation | 0.20 | 970.00 | 194.00 |
| 05/26/20 | KGUER | Emails with J. Kochenash and J. Sazant re: preliminary injunction | 0.10 | 775.00 | 77.50 |
| 05/26/20 | JSAZA | Emails with J. Kochenash re: preliminary injunction order | 0.20 | 415.00 | 83.00 |
| 05/27/20 | EEDWA | Review revised form of protective order from K. Basaria (.3); emails to K. Quinn re: same (.2); review emails from M. Andolina and T. Schiavoni re: same (.1); multiple emails with E. Harron, S. Zieg, and R. Brady re: same (.1); emails with Debtors, Insurers and TCC, UCC and Local Councils re: signing off on form of protective order (.2); teleconference with S. Kohut re: protective order and disclosure parties (.1); review Hartford and Chubb objections to protective order and cases cited (2.8); email to K. Quinn and M. Neely re: same (.1) | 3.90 | 715.00 | 2,788.50 |

Patton, James L., Jr., Future Claimants' Representative

| | | |
|---|---|---|
| Invoice Date: | | June 24, 2020 |
| Invoice Number: | | 50015761 |
| Matter Number: | | 077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/28/20 | EEDWA | Analyze Hartford/Chubb issues re: objections to protective order (1.6); teleconference with K. Quinn and M. Neely re: same (.3); email summary and recommendation to E. Harron and S. Zieg re: Insurers' objections to protective order (.6); email to C. Cathcart re: draft joinder to Debtors' reply to Insurers objections (.1); revise draft joinder (.2); email to C. Cathcart re: same (.1); email to M. Andolina and K. Basaria re: Debtors' reply and potential joinder (.1); emails to K. Quinn and M. Neely re: joinder (.1); review Debtors' reply in support of protective order (.3); emails with K. Quinn and M. Neely re: joinder to same (.2); email to S. Zieg and E. Harron re: draft joinder (.1) | 3.70 | 715.00 | 2,645.50 |
| 05/28/20 | CCATH | Assist in preparation of FCR's joinder in Debtors' reply in support of protective order | 0.70 | 295.00 | 206.50 |
| 05/29/20 | CCATH | Finalize, file, and coordinate service of FCR's joinder in Debtors' reply in support of protective order | 0.50 | 295.00 | 147.50 |
| 05/29/20 | RBRAD | Review proposed revision to protective order and correspondence with K. Quinn and M. Andolina re: same | 0.20 | 1,025.00 | 205.00 |
| 05/29/20 | EEDWA | Emails with M. Neely, E. Harron, and S. Zieg re: mediator questions | 0.10 | 715.00 | 71.50 |
| 05/31/20 | RBRAD | Review revised draft protective order and correspondence with insurers, FCR and tort claimants' committee | 0.30 | 1,025.00 | 307.50 |
| | | **Total** | **29.00** | | **21,019.00** |

**Task Code:**   B012   Plan and Disclosure Statement

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/01/20 | EHARR | Emails re: plan diligence | 0.30 | 970.00 | 291.00 |
| 05/10/20 | RBRAD | Review further revised order appointing mediator and correspondence with E. Harron re: same | 0.20 | 1,025.00 | 205.00 |
| 05/11/20 | SZIEG | Review TCC objection re: bar date | 0.60 | 835.00 | 501.00 |
| 05/11/20 | SKOHU | Call with Ankura team and YCST team re: budgeting and work plan | 0.50 | 700.00 | 350.00 |
| 05/13/20 | EHARR | Review Debtor reply re: mediator motion | 0.20 | 970.00 | 194.00 |

Patton, James L., Jr., Future Claimants' Representative

| | | | Invoice Date: | | June 24, 2020 |
| | | | Invoice Number: | | 50015761 |
| | | | Matter Number: | | 077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/15/20 | EHARR | Call with M. Andolina re: mediation and protective order | 0.40 | 970.00 | 388.00 |
| 05/17/20 | EHARR | Review objection to mediation motion and emails with R. Brady re: same | 0.40 | 970.00 | 388.00 |
| 05/17/20 | EHARR | Emails re: edits to bar date order and notice | 0.30 | 970.00 | 291.00 |
| 05/19/20 | RBRAD | Conference call with M. Andolina and J. Boelter re: mediator motion and follow-up discussions with J. Patton and E. Harron re: same | 0.80 | 1,025.00 | 820.00 |
| 05/20/20 | EHARR | Emails re: bar date and mediator | 0.40 | 970.00 | 388.00 |
| 05/22/20 | RBRAD | Teleconference with E. Harron re: mediation order (.1) and teleconference with M. Andolina and E. Harron re: same (.3) | 0.40 | 1,025.00 | 410.00 |
| 05/26/20 | RBRAD | Correspondence with M. Andolina and E. Harron and review requests from counsel to Chubb re: disclosures from proposed plan mediators | 0.30 | 1,025.00 | 307.50 |
| 05/27/20 | RBRAD | Review mediator candidate T. Gallagher's disclosures and correspondence with E. Harron and M. Andolina re: same | 0.30 | 1,025.00 | 307.50 |
| | | **Total** | **5.10** | | **4,841.00** |

**Task Code:**   B017   Retention of Professionals/Fee Issues

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/01/20 | CCATH | Confer with S. Kohut re: UST's comments to Gilbert's retention application and prepare notice of filing of revised exhibit thereto | 1.00 | 295.00 | 295.00 |
| 05/01/20 | RBRAD | Correspondence with D. Abbott and J. O'Neill re: fee examiner candidates | 0.10 | 1,025.00 | 102.50 |
| 05/01/20 | EHARR | Call with Committee counsel re: Ankura appointment motion | 0.30 | 970.00 | 291.00 |
| 05/01/20 | EHARR | Emails with S. Kohut re: supplemntal disclosures for Gilbert retention | 0.30 | 970.00 | 291.00 |
| 05/01/20 | EHARR | Review supplemental Patton declaration re: big case deadlines and YCST | 0.20 | 970.00 | 194.00 |
| 05/01/20 | SKOHU | Review and revise draft notice of amended appendix for Gilbert retention application; correspondence with K. Quinn re: same | 0.20 | 700.00 | 140.00 |
| 05/01/20 | SKOHU | Review CNO for YCST retention application | 0.10 | 700.00 | 70.00 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | June 24, 2020 |
| | Invoice Number: | 50015761 |
| | Matter Number: | 077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/01/20 | SKOHU | Correspondence with C. Cathcart re: amended Gilbert retention application exhibit | 0.30 | 700.00 | 210.00 |
| 05/01/20 | RBRAD | Conference call with J. O'Neill and E. Harron re: Ankura retention application; follow up call with E. Harron re: same | 0.40 | 1,025.00 | 410.00 |
| 05/01/20 | CCATH | Confer with S. Kohut re: supplemental declarations in support of FCR appointment and YCST retention and CNO re: YCST retention | 0.40 | 295.00 | 118.00 |
| 05/03/20 | SKOHU | Review correspondence from Ankura re: response to UST comments | 0.30 | 700.00 | 210.00 |
| 05/03/20 | SKOHU | Review and revise Patton declaration in support of YCST retention per E. Harron comments; correspondence to J. Patton re: same and supplemental disclosures; correspondence to finalize supplemental disclosures for YCST | 0.30 | 700.00 | 210.00 |
| 05/04/20 | SKOHU | Correspondence with YCST general counsel to finalize updated disclosure (.2); review and revise supplemental declarations for Patton and Harron (.5); correspondence with E. Harron re: same (.2) | 0.90 | 700.00 | 630.00 |
| 05/04/20 | SKOHU | Correspondence with Ankura and E. Harron re: response to UST comments on Ankura retention application | 0.20 | 700.00 | 140.00 |
| 05/04/20 | CCATH | Finalize, file, and coordinate service of supplemental declarations in support of FCR appointment and YCST retention | 0.60 | 295.00 | 177.00 |
| 05/04/20 | CCATH | Finalize and file CNO re: YCST retention application and upload proposed order | 0.20 | 295.00 | 59.00 |
| 05/04/20 | EHARR | Emails with S. Kohut re: response to UST's inquiry re: Ankura retention | 0.20 | 970.00 | 194.00 |
| 05/05/20 | SKOHU | Correspondence with E. Harron and R. Brady re: strategy for Patton FCR motion and supplemental disclosures for same (.5); analyze file for same (1.0) | 1.50 | 700.00 | 1,050.00 |
| 05/05/20 | CCATH | Prepare and file certificate of service re: supplemental declarations in support of FCR appointment and YCST retention | 0.20 | 295.00 | 59.00 |
| 05/06/20 | SKOHU | Correspondence with E. Harron re: Ankura retention and strategy for UST and committee comments on same | 0.10 | 700.00 | 70.00 |

Patton, James L., Jr., Future Claimants' Representative

| | | Invoice Date: | | | June 24, 2020 |
| | | Invoice Number: | | | 50015761 |
| | | Matter Number: | | | 077494.1001 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 05/06/20 | CCATH | Revise notice of filing of amended declaration in support of Gilbert's retention and file and coordinate service of same | 1.00 | 295.00 | 295.00 |
| 05/06/20 | SKOHU | Review draft amended Quinn declaration for Gilbert retention application | 0.10 | 700.00 | 70.00 |
| 05/06/20 | SKOHU | Emails with K. Quinn and M. Neely re: updates for Gilbert retention application; review and revise same and coordinate filing | 0.50 | 700.00 | 350.00 |
| 05/07/20 | CCATH | Prepare and file certificate of service re: notice of filing of amended declaration in support of Gilbert's retention | 0.20 | 295.00 | 59.00 |
| 05/07/20 | SKOHU | Call with N. Deluca re: strategy for comments on retention application | 0.20 | 700.00 | 140.00 |
| 05/08/20 | SKOHU | Emails to schedule call re: Ankura engagement and work plan | 0.10 | 700.00 | 70.00 |
| 05/08/20 | RBRAD | Teleconference with D. Abbott re: Sidley retention application and case issues | 0.30 | 1,025.00 | 307.50 |
| 05/08/20 | EHARR | Follow up on information objections (UST and Committee to retention of Ankura Consulting Group) | 0.30 | 970.00 | 291.00 |
| 05/11/20 | SKOHU | Prepare YCST supplemental disclosures | 0.90 | 700.00 | 630.00 |
| 05/11/20 | SKOHU | Prepare response to D. Buchbinder re: inquiry about Ankura retention application | 0.20 | 700.00 | 140.00 |
| 05/12/20 | RBRAD | Review order approving Young Conaway retention | 0.10 | 1,025.00 | 102.50 |
| 05/12/20 | EHARR | Emails re: Committee questions on Ankura retention | 0.20 | 970.00 | 194.00 |
| 05/12/20 | SKOHU | Emails re: resolution of UST comments on Ankura retention application and CNO for same | 0.10 | 700.00 | 70.00 |
| 05/12/20 | CCATH | Coordinate service of YCST retention order and prepare and file certificate of service | 0.20 | 295.00 | 59.00 |
| 05/12/20 | CCATH | Confer with S. Kohut re: status of Ankura and Gilbert retention applications | 0.10 | 295.00 | 29.50 |
| 05/13/20 | SKOHU | Emails with E. Moats re: hearing agenda and status of retention applications; emails with Ankura re: follow-up to respond to committee comments on retention application | 0.20 | 700.00 | 140.00 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | June 24, 2020 |
|---|---|---|
| | Invoice Number: | 50015761 |
| | Matter Number: | 077494.1001 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 05/13/20 | SKOHU | Correspondence re: information to respond to insurer inquiries about YCST retention application (.4); correspondence with E. Harron re: same (.3) | 0.70 | 700.00 | 490.00 |
| 05/14/20 | CCATH | Prepare and file CNO re: Gilbert retention and upload proposed order | 0.50 | 295.00 | 147.50 |
| 05/14/20 | RBRAD | Correspondence with E. Harron re: negotiations to resolve Survivor Committee's comments to Ankura retention | 0.20 | 1,025.00 | 205.00 |
| 05/14/20 | RBRAD | Correspondence with S. Zieg re: hearing on Gilbert retention application | 0.20 | 1,025.00 | 205.00 |
| 05/14/20 | SKOHU | Coordinate finalization of CNO for Gilbert retention application | 0.10 | 700.00 | 70.00 |
| 05/14/20 | EHARR | Call with Ankura re: budget and work plan (.3); emails with Debtor re: status of Ankura retention motion (.2) | 0.50 | 970.00 | 485.00 |
| 05/15/20 | RBRAD | Correspondence with S. Zieg re: Gilbert retention application; review docket for Gilbert order; review correspondence with K. Quinn re: same | 0.20 | 1,025.00 | 205.00 |
| 05/15/20 | SKOHU | Internal YCST correspondence re: conflicts clearances | 1.00 | 700.00 | 700.00 |
| 05/18/20 | SKOHU | Prepare YCST supplemental disclosures | 0.30 | 700.00 | 210.00 |
| 05/21/20 | LEDEN | Create status chart re: monthly/quarterly fee statements of YCST and FCR; update electronic files re: same | 0.10 | 295.00 | 29.50 |
| 05/21/20 | CCATH | Confer with E. Harron and S. Zieg re: status of Gilbert retention | 0.10 | 295.00 | 29.50 |
| 05/21/20 | RBRAD | Correspondence with S. Zieg re: status of Court's consideration of Gilbert retention application | 0.10 | 1,025.00 | 102.50 |
| 05/26/20 | LEDEN | Update draft re: first interim fee statement of FCR/YCST; email to R. Brady, E. Harron, and S. Zieg | 0.30 | 295.00 | 88.50 |
| 05/26/20 | SKOHU | Prepare YCST supplemental disclosures | 4.70 | 700.00 | 3,290.00 |
| 05/26/20 | RBRAD | Review correspondence from J. O'Neill re: Ankura retention application | 0.10 | 1,025.00 | 102.50 |
| 05/26/20 | CCATH | Coordinate service of Gilbert retention order and prepare and file certificate of service | 0.20 | 295.00 | 59.00 |
| 05/27/20 | SKOHU | Prepare YCST supplemental disclosures | 1.00 | 700.00 | 700.00 |
| 05/28/20 | CCATH | Prepare and file CNO re: Ankura retention and upload proposed order | 0.40 | 295.00 | 118.00 |

Patton, James L., Jr., Future Claimants' Representative

| | |
|---|---|
| Invoice Date: | June 24, 2020 |
| Invoice Number: | 50015761 |
| Matter Number: | 077494.1001 |

| | | | **Total** | **23.20** | | **15,105.00** |
|---|---|---|---|---|---|---|

**Task Code:**   B018   Fee Application Preparation

| <u>Date</u> | <u>Initials</u> | <u>Description</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 05/13/20 | EHARR | Review, edit, and finalize YCST February, March, and April fee statements re: fee application preparation | 0.30 | 970.00 | 291.00 |
| 05/14/20 | LEDEN | Prepare first monthly fee statement of the FCR and YCST for the period February 18 - April 30, 2020 | 1.20 | 295.00 | 354.00 |
| 05/15/20 | LEDEN | Prepare service list and labels in preparation of filing first monthly fee statement of FCR and YCST | 0.40 | 295.00 | 118.00 |
| 05/15/20 | LEDEN | Finalize, file, and serve first monthly fee statement of FCR and YCST | 0.60 | 295.00 | 177.00 |
| 05/19/20 | CCATH | Assist in preparation of FCR/YCST first quarterly fee application | 0.70 | 295.00 | 206.50 |
| 05/20/20 | LEDEN | Draft first quarterly fee statement of the FCR/YCST | 1.40 | 295.00 | 413.00 |
| 05/20/20 | CCATH | Assist in preparation of FCR/YCST first quarterly fee application | 0.10 | 295.00 | 29.50 |
| 05/22/20 | CCATH | Assist in preparation of FCR/YCST first quarterly fee application | 0.50 | 295.00 | 147.50 |
| 05/26/20 | CCATH | Assist in preparation of FCR/YCST first quarterly fee application | 0.10 | 295.00 | 29.50 |

| | | **Total** | **5.30** | | **1,766.00** |
|---|---|---|---|---|---|

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | June 24, 2020 |
| --- | --- | --- |
| | Invoice Number: | 50015761 |
| | Matter Number: | 077494.1001 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| AMIEL | Allison S. Mielke | Associate | 5.80 | 490.00 | 2,842.00 |
| CCATH | Casey Cathcart | Paralegal | 13.00 | 295.00 | 3,835.00 |
| CLYON | Catherine C. Lyons | Associate | 8.70 | 400.00 | 3,480.00 |
| JECKE | Ecker Joseph F. | Associate | 21.30 | 375.00 | 7,987.50 |
| EHARR | Edwin J. Harron | Partner | 9.40 | 970.00 | 9,118.00 |
| EEDWA | Erin D. Edwards | Partner | 29.80 | 715.00 | 21,307.00 |
| JPATT | James L. Patton Jr | Partner | 4.00 | 1,400.00 | 5,600.00 |
| JHUGH | James P. Hughes | Partner | 3.20 | 1,025.00 | 3,280.00 |
| JKOCH | Jared W. Kochenash | Associate | 4.60 | 400.00 | 1,840.00 |
| JGLAZ | Joel W. Glazer | Associate | 27.10 | 325.00 | 8,807.50 |
| JSAZA | Jordan E. Sazant | Associate | 0.20 | 415.00 | 83.00 |
| KGUER | Kevin A. Guerke | Partner | 0.80 | 775.00 | 620.00 |
| LEDEN | Lisa M. Eden | Paralegal | 4.10 | 295.00 | 1,209.50 |
| MOBER | Mae Oberste | Associate | 5.70 | 415.00 | 2,365.50 |
| MNEMI | Michael E. Neminski | Associate | 10.90 | 375.00 | 4,087.50 |
| NPICO | Nicholas D. Picollelli, Jr. | Associate | 19.60 | 380.00 | 7,448.00 |
| RBRAD | Robert S. Brady | Partner | 32.90 | 1,025.00 | 33,722.50 |
| SKOHU | Sara Beth A.R. Kohut | Counsel | 14.60 | 700.00 | 10,220.00 |
| SZIEG | Sharon M. Zieg | Partner | 19.60 | 835.00 | 16,366.00 |
| SPATE | Shivani H. Patel | Associate | 6.80 | 375.00 | 2,550.00 |
| **Total** | | | **242.10** | | **$146,769.00** |

Patton, James L., Jr., Future Claimants' Representative

| | | |
|---|---|---|
| Invoice Date: | | June 24, 2020 |
| Invoice Number: | | 50015761 |
| Matter Number: | | 077494.1001 |

**Task Summary**

**Task Code:B001**                          **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 0.10 | 970.00 | 97.00 |
| James L. Patton Jr | Partner | 1.10 | 1,400.00 | 1,540.00 |
| Sharon M. Zieg | Partner | 0.30 | 835.00 | 250.50 |
| Allison S. Mielke | Associate | 1.00 | 490.00 | 490.00 |
| Jared W. Kochenash | Associate | 3.20 | 400.00 | 1,280.00 |
| Casey Cathcart | Paralegal | 1.60 | 295.00 | 472.00 |
| Lisa M. Eden | Paralegal | 0.10 | 295.00 | 29.50 |
| **Total** | | **7.40** | | **4,159.00** |

**Task Code:B002**                          **Court Hearings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 0.70 | 970.00 | 679.00 |
| Erin D. Edwards | Partner | 2.40 | 715.00 | 1,716.00 |
| James L. Patton Jr | Partner | 1.90 | 1,400.00 | 2,660.00 |
| Kevin A. Guerke | Partner | 0.30 | 775.00 | 232.50 |
| Robert S. Brady | Partner | 22.20 | 1,025.00 | 22,755.00 |
| Sara Beth A.R. Kohut | Counsel | 0.10 | 700.00 | 70.00 |
| Casey Cathcart | Paralegal | 3.10 | 295.00 | 914.50 |
| **Total** | | **30.70** | | **29,027.00** |

**Task Code:B003**                          **Cash Collateral/DIP Financing**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Robert S. Brady | Partner | 0.50 | 1,025.00 | 512.50 |
| Sharon M. Zieg | Partner | 1.60 | 835.00 | 1,336.00 |
| **Total** | | **2.10** | | **1,848.50** |

**Task Code:B006**                          **Use, Sale or Lease of Property (363 issues)**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Allison S. Mielke | Associate | 0.10 | 490.00 | 49.00 |
| **Total** | | **0.10** | | **49.00** |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | June 24, 2020 |
|---|---|---|
| | Invoice Number: | 50015761 |
| | Matter Number: | 077494.1001 |

**Task Code:B007**          **Claims Analysis, Objections and Resolutions**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 1.30 | 970.00 | 1,261.00 |
| Erin D. Edwards | Partner | 2.70 | 715.00 | 1,930.50 |
| Robert S. Brady | Partner | 2.30 | 1,025.00 | 2,357.50 |
| Sharon M. Zieg | Partner | 6.70 | 835.00 | 5,594.50 |
| Allison S. Mielke | Associate | 3.90 | 490.00 | 1,911.00 |
| Ecker Joseph F. | Associate | 21.30 | 375.00 | 7,987.50 |
| Joel W. Glazer | Associate | 27.10 | 325.00 | 8,807.50 |
| Mae Oberste | Associate | 5.70 | 415.00 | 2,365.50 |
| Michael E. Neminski | Associate | 10.90 | 375.00 | 4,087.50 |
| Nicholas D. Picollelli, Jr. | Associate | 19.60 | 380.00 | 7,448.00 |
| Shivani H. Patel | Associate | 6.80 | 375.00 | 2,550.00 |
| **Total** | | **108.30** | | **46,300.50** |

**Task Code:B008**          **Meetings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 2.00 | 970.00 | 1,940.00 |
| Erin D. Edwards | Partner | 0.60 | 715.00 | 429.00 |
| James L. Patton Jr | Partner | 1.00 | 1,400.00 | 1,400.00 |
| Robert S. Brady | Partner | 2.00 | 1,025.00 | 2,050.00 |
| Sharon M. Zieg | Partner | 1.60 | 835.00 | 1,336.00 |
| Allison S. Mielke | Associate | 0.80 | 490.00 | 392.00 |
| Catherine C. Lyons | Associate | 0.50 | 400.00 | 200.00 |
| Jared W. Kochenash | Associate | 1.40 | 400.00 | 560.00 |
| Casey Cathcart | Paralegal | 0.50 | 295.00 | 147.50 |
| **Total** | | **10.40** | | **8,454.50** |

**Task Code:B009**          **Stay Relief Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| James P. Hughes | Partner | 3.20 | 1,025.00 | 3,280.00 |
| Robert S. Brady | Partner | 0.50 | 1,025.00 | 512.50 |
| Sharon M. Zieg | Partner | 8.50 | 835.00 | 7,097.50 |
| Catherine C. Lyons | Associate | 8.20 | 400.00 | 3,280.00 |
| Casey Cathcart | Paralegal | 0.10 | 295.00 | 29.50 |
| **Total** | | **20.50** | | **14,199.50** |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | June 24, 2020 |
|---|---|---|
| | Invoice Number: | 50015761 |
| | Matter Number: | 077494.1001 |

### Task Code:B011        Other Adversary Proceedings

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 1.00 | 970.00 | 970.00 |
| Erin D. Edwards | Partner | 24.10 | 715.00 | 17,231.50 |
| Kevin A. Guerke | Partner | 0.50 | 775.00 | 387.50 |
| Robert S. Brady | Partner | 1.70 | 1,025.00 | 1,742.50 |
| Sharon M. Zieg | Partner | 0.30 | 835.00 | 250.50 |
| Jordan E. Sazant | Associate | 0.20 | 415.00 | 83.00 |
| Casey Cathcart | Paralegal | 1.20 | 295.00 | 354.00 |
| **Total** | | **29.00** | | **21,019.00** |

### Task Code:B012        Plan and Disclosure Statement

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 2.00 | 970.00 | 1,940.00 |
| Robert S. Brady | Partner | 2.00 | 1,025.00 | 2,050.00 |
| Sharon M. Zieg | Partner | 0.60 | 835.00 | 501.00 |
| Sara Beth A.R. Kohut | Counsel | 0.50 | 700.00 | 350.00 |
| **Total** | | **5.10** | | **4,841.00** |

### Task Code:B017        Retention of Professionals/Fee Issues

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 2.00 | 970.00 | 1,940.00 |
| Robert S. Brady | Partner | 1.70 | 1,025.00 | 1,742.50 |
| Sara Beth A.R. Kohut | Counsel | 14.00 | 700.00 | 9,800.00 |
| Casey Cathcart | Paralegal | 5.10 | 295.00 | 1,504.50 |
| Lisa M. Eden | Paralegal | 0.40 | 295.00 | 118.00 |
| **Total** | | **23.20** | | **15,105.00** |

### Task Code:B018        Fee Application Preparation

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 0.30 | 970.00 | 291.00 |
| Casey Cathcart | Paralegal | 1.40 | 295.00 | 413.00 |
| Lisa M. Eden | Paralegal | 3.60 | 295.00 | 1,062.00 |
| **Total** | | **5.30** | | **1,766.00** |