# **EXHIBIT B**

Patton, James L., Jr., Future Claimants' Representative

| | |
|---|---|
| Invoice Date: | June 24, 2020 |
| Invoice Number: | 50015761 |
| Matter Number: | 077494.1001 |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 05/01/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/01/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/01/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/01/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/01/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/04/20 | Photocopy Charges Duplication BW | 432.00 | 86.40 |
| 05/04/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/04/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/04/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/04/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/04/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/04/20 | Postage | 63.00 | 75.60 |
| 05/04/20 | Photocopy Charges Duplication BW | 528.00 | 105.60 |
| 05/04/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/04/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/05/20 | Photocopy Charges Duplication BW | 1.00 | 0.20 |
| 05/05/20 | Facsimile 18665332946 2 Pgs | 2.00 | 2.00 |
| 05/05/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/05/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/05/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/06/20 | Postage | 63.00 | 100.80 |
| 05/06/20 | Teleconference / Video Conference Case Num: Boy Scouts of America / CCID 10546498 Appr Atty: Edwin Harron Court Call | 1.00 | 27.75 |
| 05/06/20 | Photocopy Charges Duplication BW | 91.00 | 18.20 |
| 05/06/20 | Teleconference / Video Conference Case Num: Boy Scouts of America / CCID 10546499 Appr Atty: Robert S. Brady Court Call | 1.00 | 33.00 |
| 05/06/20 | Photocopy Charges Duplication BW | 1,875.00 | 375.00 |
| 05/06/20 | Photocopy Charges Duplication BW | 3.00 | 0.60 |
| 05/06/20 | Photocopy Charges Duplication BW | 1,806.00 | 361.20 |
| 05/06/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/06/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/07/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/11/20 | Teleconference / Video Conference Case Num: Boy Scouts of America / CCID 10549132 Appr Atty: Robert S. Brady Court Call | 1.00 | 195.75 |
| 05/11/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/11/20 | Docket Retrieval / Search | 3.00 | 0.30 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | June 24, 2020 |
| --- | --- | --- |
| | Invoice Number: | 50015761 |
| | Matter Number: | 077494.1001 |

| Date | Description | Quantity | Amount |
| --- | --- | --- | --- |
| 05/11/20 | Teleconference / Video Conference Case Num: Boy Scouts of America / CCID 10549747 Appr Atty: Edwin Harron Court Call | 1.00 | 80.25 |
| 05/11/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/11/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 05/11/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/11/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/11/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/12/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/12/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/12/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/12/20 | Photocopy Charges Duplication BW | 181.00 | 36.20 |
| 05/12/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/12/20 | Postage | 64.00 | 64.00 |
| 05/13/20 | Teleconference / Video Conference Case Num: Boy Scouts of America / CCID 10555181 Appr Atty: Robert S. Brady Court Call | 1.00 | 90.75 |
| 05/14/20 | Photocopy Charges Duplication BW | 37.00 | 7.40 |
| 05/14/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/14/20 | Photocopy Charges Duplication BW | 48.00 | 9.60 |
| 05/14/20 | Photocopy Charges Duplication BW | 2.00 | 0.40 |
| 05/14/20 | Facsimile 8665332946 1 Pgs | 1.00 | 1.00 |
| 05/14/20 | Docket Retrieval / Search | 10.00 | 1.00 |
| 05/14/20 | Photocopy Charges Duplication BW | 17.00 | 3.40 |
| 05/14/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/14/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/14/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/14/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/15/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/15/20 | Postage | 7.00 | 14.00 |
| 05/15/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/15/20 | Photocopy Charges Duplication BW | 177.00 | 35.40 |
| 05/15/20 | Facsimile 8665332946 1 Pgs | 1.00 | 1.00 |
| 05/15/20 | Postage | 64.00 | 64.00 |
| 05/16/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/16/20 | Docket Retrieval / Search | 7.00 | 0.70 |
| 05/18/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/18/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 05/18/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/18/20 | Docket Retrieval / Search | 3.00 | 0.30 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | June 24, 2020 |
| | Invoice Number: | 50015761 |
| | Matter Number: | 077494.1001 |

| **Date** | **Description** | **Quantity** | **Amount** |
|----------|-----------------|-------------|-----------|
| 05/18/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/18/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/18/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/18/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/18/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/18/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/19/20 | Docket Retrieval / Search | 15.00 | 1.50 |
| 05/19/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/19/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 05/19/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/19/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 05/19/20 | Docket Retrieval / Search | 9.00 | 0.90 |
| 05/19/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/21/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/22/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/22/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/22/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/26/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/26/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/26/20 | Postage | 64.00 | 64.00 |
| 05/26/20 | Docket Retrieval / Search | 23.00 | 2.30 |
| 05/26/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/26/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 05/26/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/26/20 | Teleconference / Video Conference Case Num: Boy Scouts of America / CCID 10572364 Appr Atty: Robert S. Brady Court Call | 1.00 | 122.25 |
| 05/26/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/27/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/27/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/27/20 | Photocopy Charges Duplication BW | 377.00 | 75.40 |
| 05/27/20 | Facsimile 8665332946 1 Pgs | 1.00 | 1.00 |
| 05/28/20 | Facsimile 8665332946 1 Pgs | 1.00 | 1.00 |
| 05/28/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/28/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 05/29/20 | Postage | 64.00 | 64.00 |
| 05/29/20 | Postage | 64.00 | 64.00 |
| 05/29/20 | Postage | 7.00 | 8.40 |
| 05/29/20 | Photocopy Charges Duplication BW | 17.00 | 3.40 |
| 05/29/20 | Docket Retrieval / Search | 3.00 | 0.30 |

Patton, James L., Jr., Future Claimants' Representative

| | Invoice Date: | June 24, 2020 |
|---|---|---|
| | Invoice Number: | 50015761 |
| | Matter Number: | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 05/29/20 | Reliable Wilmington - Deposition/Transcript Transcript of 5/182020 hearing | 1.00 | 193.20 |
| 05/29/20 | Reliable Wilmington - Deposition/Transcript Transcript of 5/18/2020 hearing | 1.00 | 193.20 |
| 05/29/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 05/29/20 | Photocopy Charges Duplication BW | 190.00 | 38.00 |
| 05/29/20 | Docket Retrieval / Search | 4.00 | 0.40 |

|  | **Total** | **$2,663.35** |
|---|---|---|

Patton, James L., Jr., Future Claimants' Representative

| | |
|---|---|
| Invoice Date: | June 24, 2020 |
| Invoice Number: | 50015761 |
| Matter Number: | 077494.1001 |

**Cost Summary**

| <u>Description</u> | <u>Amount</u> |
|---|---:|
| Deposition/Transcript | 386.40 |
| Docket Retrieval / Search | 46.00 |
| Facsimile | 6.00 |
| Postage | 518.80 |
| Reproduction Charges | 1,156.40 |
| Teleconference / Video Conference | 549.75 |
| **Total** | **$2,663.35** |