# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Ref Docket No. 796 |

**CERTIFICATION OF COUNSEL REGARDING THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF PRICEWATERHOUSECOOPERS LLP AS INDEPENDENT AUDITOR AND TAX COMPLIANCE SERVICES PROVIDER FOR THE DEBTORS AND DEBTORS IN POSSESSION, EFFECTIVE AS OF FEBRUARY 18, 2020**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1. On June 5, 2020, the Debtors filed the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of PricewaterhouseCoopers LLP as Independent Auditor and Tax Compliance Services Provider for the Debtors and Debtors in Possession, Effective as of February 18, 2020* [Docket No. 796] (the "Application").

2. Pursuant to the notice of Application, the deadline to file objections or responses to the relief requested in the Application was June 19, 2020, at 4:00 p.m. (ET) (the "Objection Deadline").

3. Prior to the Objection Deadline, the Debtors received informal comments to the Application from the United States Trustee for the District of Delaware (the "U.S. Trustee"). Besides the informal comments from the U.S. Trustee, the Debtors have received no other

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

objection, response, or comments, and no objection or other responsive pleading to the Application appears on the Court's docket.

4. The Debtors resolved the informal comments of the U.S. Trustee through revisions to the proposed form of order granting the relief requested in the Application.

5. Accordingly, attached hereto as **Exhibit A** is a revised proposed form of order granting the relief requested in the Application (the "Revised Proposed Order").

6. For the convenience of the Court and all parties in interest, a blackline comparing the Revised Proposed Order against the proposed form of order attached to the Application is attached hereto as **Exhibit B**.

7. The U.S. Trustee has reviewed the Revised Proposed Order and does not object to its entry.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Proposed Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: June 23, 2020<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Eric W. Moats*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@mnat.com<br>        aremming@mnat.com<br>        emoats@mnat.com<br>        ptopper@mnat.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Jessica C. K. Boelter (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-5300<br>Email: jboelter@sidley.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Thomas A. Labuda (admitted *pro hac vice*)<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Email: tlabuda@sidley.com<br>        mandolina@sidley.com<br>        mlinder@sidley.com<br>        blair.warner@sidley.com<br><br>COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION |