FILED

2020 JUN 24 AM 9:46

[CLERK
US BANKRUPTCY COURT]

# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA, et al,<br><br>Debtors. | CASE No. 20-10343-LSS<br><br>DECLARATION OF<br>ALBERTO COLT-SARMIENTO<br>IN SUPPORT OF CLAIMS<br>No. NID-7079-MSL-130275<br>& No. NID-7079-MSL-130276<br><br>Chapter 11<br><br>Jointly Administered |

## I. INTRODUCTION TO DECLARANT

I, ALBERTO COLT-SARMIENTO (Declarant), am the current roomate of N▇▇▇ E▇▇ K▇▇▇ (co-Creditor) and also know D▇▇ J▇▇ S▇▇ (Creditor) from our time being incarcerated together in the same area commonly known as D-Unit G-Pod, at the Clallam Bay Corrections Center. I do hereby declare that the foregoing is true and complete:

## II. DECLARATION OF FACTS

1.      I am the current roomate of Co-Creditor and know Creditor from months of association.

2.      On Wednesday, February 12, 2020, at approximately 11:00 am, during our common recreation time, I did witness Creditor and Co-Creditor talking silently in the corner of the gym. I approached them at that time. Upon closer inspection I did witness tears rolling down Creditor's eyes. Creditor did embarrassingly swipe away the tears with his face red from humiliation. This environment (prison) is not conducive to sharing feelings or exhibiting emotions so I inferred that he was trying to hide his emotional distress.

3.      Later that night I did pull Creditor aside privately and ask what the problem was. Creditor did spontaneously utter that he "...[s]een something that brought back horrible memories...". When I encouraged him to continue he stated that both him and Co-Creditor had been childhood friends and were abused by a Boy Scouts of America Scoutleader, but that he did not like to share this trauma with others so tried to hide the suffering from me.

4.      On Monday, June 1, 2020, at approximately 12:30 am, I witnessed Co-Creditor laying on his bunk in a fetal position, moaning, crying, and mumbling "...[s]top Scoutleader..." in his sleep. I proceeded to wake Co-Creditor up and tried to comfort and assuage him, as he told me he had been recalling his childhood sexual abuse.

## III. VERIFICATION

I do hereby declare under the penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct. I will testify to the veracity of these statements at Jury Trial in the Bankruptcy Court.

DATED and SIGNED this ___6th___ day of __June__, 2020.

Declared By:

x _alberto colts_
ALBERTO COLT-SARMIENTO

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA, et al,<br><br>Debtors. | CASE No. 20-10343-LSS<br><br>DECLARATION OF<br>N█████ E█████ K█████<br>IN SUPPORT OF CLAIMS<br>No. NID-7079-MSL-130275<br>& No. NID-7079-MSL-130276<br><br>Chapter 11<br><br>Jointly Administered |

## I. INTRODUCTION TO DECLARANT

I, N█████ E█████ K█████ (Declarant), am the Co-Creditor in re Claim No. NID-7079-MSL-130276, and do hereby declare that the foregoing is true and complete:

## II. DECLARATION OF FACTS

1. I am the Co-Creditor in the above cited Claim Number.

2.      I do hereby incorporate all the facts in the "VERIFIED PROOF OF CLAIM COMPLAINT BY CREDITORS D▮▮▮ J▮▮▮ S▮▮ AND N▮▮▮ E▮▮ K▮▮▮," into this Declaration as the truth.

3.      Throughout my childhood I did write in a journal.

4.      In April and May 1989 I did write in the journal about the sexual abuse, calling and telling the BSA about the sexual abuse, and the emotional and gender problems I suffered after the abuse.

5.      I did say in April 1989 that "...[I] hate Boyscouts!...", that "...[D]▮▮▮ and I called them [BSA] and they [BSA] didn't help us...", and that "...[I] got bullied today because I wore pink and talk like a girl...".

6.      I did say in May 1989 that "...[A]t school I keep getting bullied for acting like a girl and call me N▮▮▮. Maybe the Scoutmaster would think I'm cute. I hope Daniel is ok. I'm scared and confused...".

7.      These journal entries demonstrate miniscule amount of the trauma and suffering I had underwent after the sexual assault, rape, and sodomy at the hands of the Scoutleader.

8.      The journal entry also evidences the call to BSA headquarters we made with Creditor's parents.

9.      The attached pages are my original journal entry from 1989 after suffering the rape from the BSA Scoutmaster (see ATTACHMENT 1 & 2).

### III. VERIFICATION

I do hereby declare under the penalty of perjury pursuant to the laws of the United States of America that the foregoing is the truth, correct, and complete.

DATED and SIGNED this ___5th___ day of ___June___, 2020.



Declared By:

N▮▮▮ E. K▮▮▮, Co-Creditor

# ATTACHMENT 1

# ATTACHMENT 1

# ATTACHMENT 1

# ATTACHMENT 1

# ATTACHMENT 1

# ATTACHMENT 1



# ATTACHMENT 2

# ATTACHMENT 2

# ATTACHMENT 2

# ATTACHMENT 2

# ATTACHMENT 2

# ATTACHMENT 2



Clallam Bay Correctional Center
1830 Eagle Crest Way
Clallam Bay, WA 98326
(360)203-1427
(360)203-1500/CBCC Main
e-mail: www.jpay.com

June 15, 2020

Derek C. Abbott
Morris, Nichols, Arsht & Tunnell
1201 N. Market St.
P.O. Box 1347
Wilmington, DE 19899

Omni Agent Solutions, Inc.
5955 DeSoto Ave, STE #100
Woodland Hills, CA 91367

ATTN: Bankruptcy Court Clerk
U.S. Bankruptcy Court
District of Delaware
824 Market Street N., 3rd Floor
Wilmington, DE 19801


RE: In re Boy Scouts of America, et al
    U.S. Bankruptcy Court Case No. 20-10343-LSS
    Claim No. NID-7079-MSL-130275; and
    Claim No. NID-7079-MSL-130276
    Amendment of Additional Evidence Supporting Claims


To Whom it May Concern:


    Hello. Please find enclosed the "Declaration of Alberto Colt-Sarmiento in Support of Claims No. NID-7079-MSL-130275 & No. NID-7079-MSL-130276," "Declaration of N▇▇▇ E▇▇▇ K▇▇▇ in Support of Claims No. NID-7079-MSL-130275 & No. NID-7079-MSL-130276," with "Attachments 1 & 2."
    Please file this evidence in the above case number/claim numbers.
    In conclusion I appreciate your time and attention to the above matter. Please contact me at any of the above modes of communication if you have any questions or concerns. Thanks again. Bye.



Regards,

D▇▇▇ J. S▇▇▇, Claimant pro se

DJS:ase


### CERTIFICATE OF SERVICE

    I, D▇▇▇ J▇▇▇ S▇▇▇, hereby certify that on the date below, I caused the foregoing, 1"DECLARATION OF ALBERTO COLT-SARMIENTO

IN SUPPORT CLAIMS NO. NID-7079-MSL-130275 & NO. NID-7079-MSL-130276," "DECLARATION OF N▮▮▮ E▮▮ K▮▮▮ IN SUPPORT OF CLAIMS NO. NID-7079-MSL-130275 & NO. NID-7079-MSL-13026," and "ATTACHMENTS 1 & 2" in the institutional legal mail system, to be delivered via U.S. Postal Service, to the following parties: ATTN: Bankruptcy Court Clerk, U.S. Bankruptcy Court, District of Delaware, 824 Market Street N., 3rd Floor, Wilmington, DE, 19801; DEREK C. ABBOTT, Attorney for Boy Scouts of America, Morris, Nichols, Arsht & Tunnell, 1201 N. Market Street, P.O. Box 1347, Wilmington, DE, 19899; OMNI AGENT SOLUTIONS, INC., Claims Agent for Boy Scouts of America Case, 5955 DeSoto Avenue, Suite #100, Woodland Hills, CA, 91367; and hand service to N▮▮▮ E. K▮▮▮, Co-Claimant.

    I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

DATED at Clallam Bay, Washington, this __15__ day of __June__, 2020.

                              Certified By: ▮▮▮▮▮
  &nbsn;                           D▮▮▮ J. S▮▮▮, Co-Claimant pro se