**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) (Jointly Administered) |
| Debtors. | **Re: Docket No. 813** |

**CERTIFICATE OF NO OBJECTION TO FIRST MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MARCH 4, 2020 THROUGH MARCH 31, 2020**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the *First Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 4, 2020 through March 31, 2020* ("Application"; D.I. 813) filed on June 9, 2020. The undersigned further certifies that she has reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections or responses to the Application were to be filed and served no later than June 23, 2020, at 4:00 p.m.

Pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* ("Interim Compensation Order";

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

D.I. 341), the Debtors are authorized to pay the applicant $464,919.60, which represents eighty percent (80%) of the total fees ($581,149.50), and $13,885.41, which represents one hundred percent (100%) of the expenses requested in the Application on an interim basis without further order of the Court.

Dated:  June 24, 2020　　　　　　　　　　　　　Respectfully submitted,
Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　　　　REED SMITH LLP

　　　　　　　　　　　　　　　　　　　　By: */s/ Katelin A. Morales*
　　　　　　　　　　　　　　　　　　　　　　Kurt F. Gwynne (No. 3951)
　　　　　　　　　　　　　　　　　　　　　　Katelin A Morales (No. 6683)
　　　　　　　　　　　　　　　　　　　　　　1201 Market Street, Suite 1500
　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 778-7500
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 778-7575
　　　　　　　　　　　　　　　　　　　　　　E-mail: kgwynne@reedsmith.com
　　　　　　　　　　　　　　　　　　　　　　E-mail: kmorales@reedsmith.com

　　　　　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　　　　KRAMER LEVIN NAFTALIS
　　　　　　　　　　　　　　　　　　　　　　  & FRANKEL LLP
　　　　　　　　　　　　　　　　　　　　　　Thomas Moers Mayer, Esquire
　　　　　　　　　　　　　　　　　　　　　　Rachael Ringer, Esquire
　　　　　　　　　　　　　　　　　　　　　　Jennifer R. Sharret, Esquire
　　　　　　　　　　　　　　　　　　　　　　Megan M. Wasson, Esquire
　　　　　　　　　　　　　　　　　　　　　　177 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 715-9100
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 715-8000
　　　　　　　　　　　　　　　　　　　　　　E-mail: tmayer@kramerlevin.com
　　　　　　　　　　　　　　　　　　　　　　E-mail: rringer@kramerlevin.com
　　　　　　　　　　　　　　　　　　　　　　E-mail: jsharret@kramerlevin.com
　　　　　　　　　　　　　　　　　　　　　　E-mail: mwasson@kramerlevin.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel to the Official Committee of*
　　　　　　　　　　　　　　　　　　　　　　*Unsecured Creditor*