# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Compensation |
|---|---:|---:|
| Case Administration (60001) | 5.70 | $2,364.50 |
| Committee Meeting and Communications (60002) | 9.30 | $6,582.00 |
| Automatic Stay (60004) | 14.40 | $9,526.00 |
| Non-Profit Issues (60012) | 5.40 | $5,049.00 |
| Collateral Review (60016) | 0.80 | $372.00 |
| Fee Statements and Applications (60017) | 6.40 | $2,560.0 |
| Cash Collateral (60018) | 1.40 | $1,386.00 |
| Motions (60019) | 3.50 | $1,557.00 |
| Hearings and Court Matters (60021) | 5.80 | $2,664.50 |
| Professional Retention (60025) | 55.30 | $28,362.50 |
| Debtor Retention Applications (60026) | 3.50 | $2,520.00 |
| U.S. Trustee Issues (60030) | 0.20 | $198.00 |
| **TOTAL:** | **111.70** | **$63,141.50** |

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS
RENDERING SERVICES FROM APRIL 1, 2020 THROUGH APRIL 30, 2020**

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Kurt F. Gwynne | Partner.  Joined firm as partner in 2001.  Member DE bar since 2000.  Member PA and NJ bars since 1992. Member of NY bar since 2018. | $990.00 | 20.50 | $20,295.00 |
| Lawrence F. Gilberti | Partner.  Joined firm as partner in 1998.  Member of NY bar since 1976.  Member of PA bar since 1999. | $935.00 | 5.40 | $5,049.00 |
| Katelin A. Morales | Associate.  Joined firm as an associate in 2018.  Member DE bar since 2019.  Member NY and NJ bars since 2017. | $465.00 | 53.50 | $24,877.50 |
| John B. Lord | Paralegal.  Joined firm as paralegal in 2000.  Paralegal since 1991. | $400.00 | 32.30 | $12,920.00 |
| Grand Total: | | | **111.70** | **$63,141.50** |
| Blended Rate: | | | | $565.27 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $632.51 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| Official Committee of Unsecured Creditors of Boy Scouts of America<br>c/o Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 | **Invoice Number:** **3278578**<br>**Invoice Date:** **5/13/2020**<br>**Client Number:** **397013**<br>**Matter Number:** **397013.60001** |

Re: Case Administration

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH April 30, 2020**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/01/20 | J.B. Lord | Research and calendar critical dates; communicate with S. Beck at Kramer re: same. | 0.10 | 400.00 | 40.00 |
| 04/01/20 | J.B. Lord | Communicate with noticing agent re: 2002 service lists (.2); review and revise same for upcoming filings/service (1.0). | 1.20 | 400.00 | 480.00 |
| 04/03/20 | K. A. Morales | Emails with P. Baranpuria re: status of committee retention applications and other case issues. | 0.20 | 465.00 | 93.00 |
| 04/03/20 | J.B. Lord | Continue to prepare case service lists. | 1.20 | 400.00 | 480.00 |
| 04/08/20 | K. A. Morales | Email T. Mayer re: local rules on confidentiality issues. | 0.20 | 465.00 | 93.00 |
| 04/09/20 | K. A. Morales | Confer with K. Gwynne re: objection deadlines for the Committee. | 0.10 | 465.00 | 46.50 |
| 04/09/20 | J.B. Lord | Research and calendar critical dates | 0.20 | 400.00 | 80.00 |
| 04/10/20 | J.B. Lord | Research and update case service lists/information | 0.50 | 400.00 | 200.00 |
| 04/13/20 | J.B. Lord | Review and update | 0.20 | 400.00 | 80.00 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | Committee service information | | | |
| 04/21/20 | J.B. Lord | Research and update case service lists | 0.20 | 400.00 | 80.00 |
| 04/23/20 | K. A. Morales | Emails with M. Wasson re: filing 2019 statement and timing of filing 1102 Order. | 0.10 | 465.00 | 46.50 |
| 04/23/20 | J.B. Lord | Research and calendar critical dates | 0.10 | 400.00 | 40.00 |
| 04/23/20 | J.B. Lord | Communicate with claims agent re: service issues | 0.20 | 400.00 | 80.00 |
| 04/23/20 | K. A. Morales | Emails with J. Lord and K. Gwynne re: filing 2019 statement on behalf of the Committee. | 0.20 | 465.00 | 93.00 |
| 04/23/20 | K. A. Morales | Emails to M. Wasson re: filing 2019 statement on behalf of the Committee. | 0.10 | 465.00 | 46.50 |
| 04/23/20 | K. A. Morales | Review and revise 2019 statement in preparation for filing. | 0.20 | 465.00 | 93.00 |
| 04/24/20 | J.B. Lord | Revise and e-file Committee's 2019 statement. | 0.50 | 400.00 | 200.00 |
| 04/24/20 | K. A. Morales | Emails with M. Wasson re: filing of 2019 statement. | 0.10 | 465.00 | 46.50 |
| 04/24/20 | K. A. Morales | Emails with K. Gwynne and J. Lord re: filing of 2019 statement. | 0.10 | 465.00 | 46.50 |
| **Totals** | | | **5.70** | | **2,364.50** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|-----------|-------|------|-------|
| | | | |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Katelin A. Morales | 1.30 hrs @ $ | 465.00 / hr | 604.50 |
| John B. Lord | 4.40 hrs @ $ | 400.00 / hr | 1,760.00 |
| **Total Professional Services** | | | **2,364.50** |

**INVOICE SUMMARY**

Total Fees                                                $        2,364.50

**TOTAL CURRENT INVOICE DUE**                    $        **2,364.50**

**Total Amount Due**                             $        **2,364.50**



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| Official Committee of Unsecured Creditors of Boy Scouts of America<br>c/o Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 | Invoice Number:　　**3278581**<br>Invoice Date:　　**5/13/2020**<br>Client Number:　　**397013**<br>Matter Number:　　**397013.60002** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH April 30, 2020**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/06/20 | K. A. Morales | Attend weekly UCC professionals call. | 0.70 | 465.00 | 325.50 |
| 04/06/20 | K. A. Morales | Attend weekly UCC call. | 1.30 | 465.00 | 604.50 |
| 04/06/20 | K.F. Gwynne | Committee call re: pending motions and discussions of GSUSA motion | 1.20 | 990.00 | 1,188.00 |
| 04/06/20 | K.F. Gwynne | Pre-committee call with committee professionals to discuss mediators, GSUSA stay relief motion and status of cash collateral order negotiations | 0.70 | 990.00 | 693.00 |
| 04/07/20 | K. A. Morales | Email to committee re: joinder to Debtors' objection to Girl Scouts lift stay motion. | 0.10 | 465.00 | 46.50 |
| 04/09/20 | K. A. Morales | Research re: local Delaware bankruptcy rule regarding privileged documents (.3).; Draft email to UCC professionals re: same (.3) | 0.60 | 465.00 | 279.00 |
| 04/13/20 | K. A. Morales | Attend weekly UCC call. | 0.70 | 465.00 | 325.50 |
| 04/13/20 | K. A. Morales | Attend weekly UCC professionals' call. | 0.20 | 465.00 | 93.00 |
| 04/13/20 | K.F. Gwynne | Weekly committee call | 0.70 | 990.00 | 693.00 |
| 04/13/20 | K.F. Gwynne | Weekly committee advisors' | 0.50 | 990.00 | 495.00 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | call re: coordination of work and upcoming committee call | | | |
| 04/20/20 | K.F. Gwynne | Weekly committee call (1.0; follow up discussion with Committee re: Chubb objection and debtors' schedules and statements (.2) | 1.20 | 990.00 | 1,188.00 |
| 04/20/20 | K. A. Morales | Attend call with UCC professionals. | 1.00 | 465.00 | 465.00 |
| 04/27/20 | K. A. Morales | Attend weekly Creditors' Committee call. | 0.40 | 465.00 | 186.00 |
| **Totals** | | | **9.30** | | **6,582.00** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|-----------|-------|------|-------|
| Kurt F. Gwynne | 4.30 hrs @ $ | 990.00 / hr | 4,257.00 |
| Katelin A. Morales | 5.00 hrs @ $ | 465.00 / hr | 2,325.00 |
| **Total Professional Services** | | | **6,582.00** |

**INVOICE SUMMARY**

Total Fees                                      $          6,582.00

**TOTAL CURRENT INVOICE DUE**            **$          6,582.00**

**Total Amount Due**            **$          6,582.00**



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| Official Committee of Unsecured Creditors of Boy Scouts of America | Invoice Number: **3278585** |
| c/o Reed Smith LLP | Invoice Date: **5/13/2020** |
| 1201 Market Street, Suite 1500 | Client Number: **397013** |
| Wilmington, DE 19801 | Matter Number: **397013.60004** |

### DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH April 30, 2020

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/02/20 | K. A. Morales | Call with K. Gwynne re: Girl Scouts lift stay motion. | 0.20 | 465.00 | 93.00 |
| 04/02/20 | K. A. Morales | Review and analyze Girl Scouts lift stay motion | 0.30 | 465.00 | 139.50 |
| 04/02/20 | K. A. Morales | Call with committee professionals re: Girl Scouts lift stay motion. | 0.80 | 465.00 | 372.00 |
| 04/02/20 | K. A. Morales | Prepare for call with committee professionals re: Girls Scouts lift stay motion. | 0.30 | 465.00 | 139.50 |
| 04/02/20 | K. A. Morales | Follow up call with R. Ringer and K. Gwynne re: lift stay motion issues. | 0.40 | 465.00 | 186.00 |
| 04/02/20 | K.F. Gwynne | Conference with Kramer Levin folks re: stay relief issue | 0.30 | 990.00 | 297.00 |
| 04/02/20 | K.F. Gwynne | Conference with Kramer Levin folks re: stay relief issue and strategies for potential resolution | 0.60 | 990.00 | 594.00 |
| 04/03/20 | K. A. Morales | Call with committee professionals and Girl Scouts re: Girl Scouts lift stay motion. | 0.80 | 465.00 | 372.00 |
| 04/03/20 | K.F. Gwynne | Conference with Rachael Ringer, committee member, et al. re: GSUSA stay relief | 0.70 | 990.00 | 693.00 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | motion | | | |
| 04/03/20 | K.F. Gwynne | Conference with R. Ringer and Committee Member re: GSUSA stay relief motion | 0.30 | 990.00 | 297.00 |
| 04/06/20 | K. A. Morales | Draft Committee joinder to Debtors' objection to Girl Scouts' lift stay motion. | 1.40 | 465.00 | 651.00 |
| 04/06/20 | K. A. Morales | Conference call with K. Gwynne, R. Ringer, committee member re: Girl Scouts' lift stay motion. | 0.50 | 465.00 | 232.50 |
| 04/06/20 | J.B. Lord | Research and respond to K. Gwynne re: information for call on GSA stay relief issues | 1.70 | 400.00 | 680.00 |
| 04/06/20 | K.F. Gwynne | Reviewed GSUSA stay relief motion and accompanying brief (including attached exhibits) for upcoming committee call and related exhibits | 2.50 | 990.00 | 2,475.00 |
| 04/06/20 | K.F. Gwynne | Conference with R. Ringer and committee member re: GSUSA stay relief motion | 0.40 | 990.00 | 396.00 |
| 04/07/20 | K. A. Morales | Emails with R. Ringer and M. Wasson re: revisions to joinder to Debtors' objection to Girl Scouts lift stay motion. | 0.20 | 465.00 | 93.00 |
| 04/07/20 | K.F. Gwynne | Reviewed draft limited joinder to debtors' objection to GSUSA motion (0.2); reviewed portion of GSUSA complaint and revised draft limited joinder (0.7) | 0.90 | 990.00 | 891.00 |
| 04/07/20 | J.B. Lord | Communicate with K. Morales re: joinder in objection to GSA stay relief motion (.2); finalize, e-file and serve same (.6) | 0.80 | 400.00 | 320.00 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 04/07/20 | K. A. Morales | Review and revise joinder to Debtors' objection to Girl Scouts lift stay motion (.7); Confer with K. Gwynne re: same (.2); Confer with M. Wasson re: same (.2). | 1.10 | 465.00 | 511.50 |
| 04/09/20 | K. A. Morales | Emails with J. Lord re: filing joinder to Debtors' objection to Girl Scouts lift stay motion. | 0.10 | 465.00 | 46.50 |
| 04/13/20 | K. A. Morales | Emails with M. Wasson re: Girl Scouts' Motion to seal portions of stay relief motion | 0.10 | 465.00 | 46.50 |
| **Totals** | | | **14.40** | | **9,526.00** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Kurt F. Gwynne | 5.70 hrs @ $ | 990.00 / hr | 5,643.00 |
| Katelin A. Morales | 6.20 hrs @ $ | 465.00 / hr | 2,883.00 |
| John B. Lord | 2.50 hrs @ $ | 400.00 / hr | 1,000.00 |
| **Total Professional Services** | | | **9,526.00** |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Total Fees | $ | 9,526.00 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **9,526.00** |
| **Total Amount Due** | **$** | **9,526.00** |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| Official Committee of Unsecured Creditors of Boy Scouts of America<br>c/o Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 | **Invoice Number: 3278577**<br>**Invoice Date: 5/13/2020**<br>**Client Number: 397013**<br>**Matter Number: 397013.60012** |

Re: Non-Profit Issues

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH April 30, 2020**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/01/20 | L.F. Gilberti | Review and analyze Mayer//Rogoff/ Gwynne emails re cy pres and bankruptcy/use of funds for charitable mission (02); Review cases/cy pres memo (0.2); email to Kramer and RS folks regarding BSA Annual reports (0.2); Review 2018 annual report/review 2018 Form 990 (0.4); Review and forward list pf restricted assets, etc. (0.2) | 1.20 | 935.00 | 1,122.00 |
| 04/02/20 | L.F. Gilberti | Analyze DC OAG sites/ organization chart (0.6); Review regulations under Title 29, Chapter 4 (0.6); Review UTC /DC Code Title 19- relevant sections re oversight of charitable trust/cy pres(1.2); email to TMM et al re same (0.6) | 3.00 | 935.00 | 2,805.00 |
| 04/02/20 | L.F. Gilberti | Analyze WTMM email re DC OAG - regulations, etc. (0.3); analyze DC Business Organizations from Superintendent of Corporations (0.5); analyze | 1.20 | 935.00 | 1,122.00 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | DC OAG site for any regulations or procedures for obtaining OAG consent or approval, etc. (0.4) | | | |
| **Totals** | | | **5.40** | | **5,049.00** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Lawrence F. Gilberti | 5.40 hrs @ $ | 935.00 / hr | 5,049.00 |
| **Total Professional Services** | | | **5,049.00** |

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $ 5,049.00 |
| **TOTAL CURRENT INVOICE DUE** | **$ 5,049.00** |
| **Total Amount Due** | **$ 5,049.00** |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| Official Committee of Unsecured Creditors of Boy Scouts of America<br>c/o Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 | Invoice Number: **3278587**<br>Invoice Date: **5/13/2020**<br>Client Number: **397013**<br>Matter Number: **397013.60016** |

Re : Collateral Review

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH April 30, 2020**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 04/09/20 | K. A. Morales | Confer with K. Gwynne re: zoning restriction issues for valuation issues | 0.10 | 465.00 | 46.50 |
| 04/09/20 | K. A. Morales | Confer with K. Gwynne re: consultation on zoning restrictions/valuation issues; Confer with J. Mogan re: same. | 0.10 | 465.00 | 46.50 |
| 04/13/20 | K. A. Morales | Emails with M. Wasson re: zoning restrictions issue/valuation in bankruptcy. | 0.20 | 465.00 | 93.00 |
| 04/13/20 | K. A. Morales | Emails with M. Kostiew re: zoning restrictions issue/valuation in bankruptcy case. | 0.30 | 465.00 | 139.50 |
| 04/14/20 | K. A. Morales | Emails with M. Wasson re: zoning restrictions issue concerning value of collateral. | 0.10 | 465.00 | 46.50 |
| **Totals** | | | **0.80** | | **372.00** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Katelin A. Morales | 0.80 hrs @ $ | 465.00 / hr | 372.00 |
| **Total Professional Services** | | | **372.00** |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

## INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $ 372.00 |
| **TOTAL CURRENT INVOICE DUE** | **$ 372.00** |
| **Total Amount Due** | **$ 372.00** |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Official Committee of Unsecured Creditors of Boy Scouts of America | | |
|---|---|---|
| c/o Reed Smith LLP | Invoice Number: | **3278584** |
| 1201 Market Street, Suite 1500 | Invoice Date: | **5/13/2020** |
| Wilmington, DE 19801 | Client Number: | **397013** |
| | Matter Number: | **397013.60017** |

Re: Fee Statements and Applications

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH April 30, 2020**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/03/20 | J.B. Lord | Research and draft RS first monthly fee application | 0.60 | 400.00 | 240.00 |
| 04/07/20 | J.B. Lord | Continue to draft initial RS monthly fee application | 2.30 | 400.00 | 920.00 |
| 04/24/20 | J.B. Lord | Review and revise RS first monthly fee application (.4); review and revise pre-billed RS time entries to comply with UST guidelines and local rules. (.8) | 1.20 | 400.00 | 480.00 |
| 04/27/20 | J.B. Lord | Review and revise RS first monthly fee application (.2); draft RS first interim fee application (1.6). | 1.80 | 400.00 | 720.00 |
| 04/28/20 | J.B. Lord | Communicate with Kramer Levin re: fee applications (.1); analyze interim compensation order for same (.1); review and revise RS first monthly and first interim fee application (.3). | 0.50 | 400.00 | 200.00 |
| **Totals** | | | **6.40** | | **2,560.00** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| John B. Lord | 6.40 hrs @ $ | 400.00 / hr | 2,560.00 |
| **Total Professional Services** | | | **2,560.00** |

**INVOICE SUMMARY**

| Total Fees | $ | 2,560.00 |
|---|---|---|
| **TOTAL CURRENT INVOICE DUE** | **$** | **2,560.00** |
| **Total Amount Due** | **$** | **2,560.00** |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| Official Committee of Unsecured Creditors of Boy Scouts of America<br>c/o Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 | Invoice Number: **3278583**<br>Invoice Date: **5/13/2020**<br>Client Number: **397013**<br>Matter Number: **397013.60018** |

Re: Cash Collateral

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH April 30, 2020**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/06/20 | K.F. Gwynne | Analyzed materials in research file re: DE unpublished rulings on certain DIP Financing issues (1.3) and emailed R. Ringer re: same (0.1) | 1.40 | 990.00 | 1,386.00 |
| **Totals** | | | **1.40** | | **1,386.00** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Kurt F. Gwynne | 1.40 hrs @ $ | 990.00 / hr | 1,386.00 |
| **Total Professional Services** | | | **1,386.00** |

**INVOICE SUMMARY**

Total Fees $ 1,386.00

**TOTAL CURRENT INVOICE DUE** $ **1,386.00**

**Total Amount Due** $ **1,386.00**



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| Official Committee of Unsecured Creditors of Boy Scouts of America<br>c/o Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 | Invoice Number: **3278582**<br>Invoice Date: **5/13/2020**<br>Client Number: **397013**<br>Matter Number: **397013.60019** |

Re: Motions

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH April 30, 2020**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 04/20/20 | K. A. Morales | Confer with K. Gwynne re: Committee's 1102 motion. | 0.10 | 465.00 | 46.50 |
| 04/20/20 | K. A. Morales | Correspond with M. Wasson re: 1102 motion and revisions thereto | 0.10 | 465.00 | 46.50 |
| 04/20/20 | J.B. Lord | Communicate with K. Gwynne and K. Morales re: 1102(b)(3) motion (.3); research and supplement motion with Delaware cases involving Judge Silverstein (.8); review and revise motion (1.2); finalize, e-file and coordinate service of 1102(b)(3) motion (.4) | 2.70 | 400.00 | 1,080.00 |
| 04/20/20 | K. A. Morales | Correspond with J. Lord re: 1102 motion, revisions thereto, and filing. | 0.40 | 465.00 | 186.00 |
| 04/21/20 | K.F. Gwynne | Reviewed UST's comments re: section 1102(b) order (0.1); emails from Kramer Levin folks re: same and email re: proposed resolution (0.1). | 0.20 | 990.00 | 198.00 |
| **Totals** | | | **3.50** | | **1,557.00** |

**SUMMARY OF PROFESSIONAL SERVICES:**



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Kurt F. Gwynne | 0.20 hrs @ $ | 990.00 / hr | 198.00 |
| Katelin A. Morales | 0.60 hrs @ $ | 465.00 / hr | 279.00 |
| John B. Lord | 2.70 hrs @ $ | 400.00 / hr | 1,080.00 |
| **Total Professional Services** | | | **1,557.00** |

**INVOICE SUMMARY**

Total Fees                                                                  $          1,557.00

**TOTAL CURRENT INVOICE DUE**                          **$          1,557.00**

**Total Amount Due**                          **$          1,557.00**



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| Official Committee of Unsecured Creditors of Boy Scouts of America<br>c/o Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 | Invoice Number: **3278580**<br>Invoice Date: **5/13/2020**<br>Client Number: **397013**<br>Matter Number: **397013.60021** |

Re: Hearings and Court Matters

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH April 30, 2020**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/14/20 | K. A. Morales | Communicate with J. Lord, R. Ringer, and M. Wasson re: coordinating appearances/logistics for omnibus hearing. | 0.40 | 465.00 | 186.00 |
| 04/14/20 | J.B. Lord | Communicate with K. Morales, M. Wasson and Court re: logistics for tomorrow's hearing. | 0.50 | 400.00 | 200.00 |
| 04/14/20 | K. A. Morales | Confer with E. Moats (debtor' counsel) re: hearing logistics. | 0.20 | 465.00 | 93.00 |
| 04/15/20 | K. A. Morales | Attend omnibus hearing via courtcall. | 3.50 | 465.00 | 1,627.50 |
| 04/29/20 | K. A. Morales | Confer with S. Meixell re: courtcall appearance for hearing on Sidley Retention Application. | 0.10 | 465.00 | 46.50 |
| 04/29/20 | K. A. Morales | Attend status conference re: hearing on Sidley Austin retention application. | 0.90 | 465.00 | 418.50 |
| 04/29/20 | K. A. Morales | Confer with S. Meixell re: attending status conference concerning Sidley Austin retention application. | 0.10 | 465.00 | 46.50 |
| 04/30/20 | K. A. Morales | Confer with J. Lord re: ZoomGov for attending | 0.10 | 465.00 | 46.50 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | hearings. | | | |
| **Totals** | | | **5.80** | | **2,664.50** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|-----------|-------|------|-------|
| Katelin A. Morales | 5.30 hrs @ $ | 465.00 / hr | 2,464.50 |
| John B. Lord | 0.50 hrs @ $ | 400.00 / hr | 200.00 |
| **Total Professional Services** | | | **2,664.50** |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Total Fees | $ | 2,664.50 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **2,664.50** |
| **Total Amount Due** | **$** | **2,664.50** |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors of Boy Scouts of America<br>c/o Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 | Invoice Number:<br>Invoice Date:<br>Client Number:<br>Matter Number: | **3278579**<br>**5/13/2020**<br>**397013**<br>**397013.60025** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH April 30, 2020**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/01/20 | K.F. Gwynne | Reviewed/revised draft application to employ Reed Smith as DE counsel, declaration (including exhibits 1 and 2) and proposed order | 3.70 | 990.00 | 3,663.00 |
| 04/01/20 | K. A. Morales | Confer with K. Gwynne re: various issues concerning Reed Smith's application to employ. | 0.70 | 465.00 | 325.50 |
| 04/01/20 | K. A. Morales | Confer with S. Meixell re: firm connections and acquiring necessary waivers for RS retention application | 0.10 | 465.00 | 46.50 |
| 04/01/20 | K. A. Morales | Confer with Kramer Levin team re: retention application. | 0.20 | 465.00 | 93.00 |
| 04/01/20 | K. A. Morales | Review and revise application to employ Reed Smith with voluminous connections to be included in same. | 4.50 | 465.00 | 2,092.50 |
| 04/01/20 | J.B. Lord | Review and revise RS application to employ with cross-reference of certain disclosure schedules to be redacted (1.9); communicate with K. Morales re: same (.3) | 2.20 | 400.00 | 880.00 |
| 04/01/20 | K. A. Morales | Emails with P. Baranpuria re: redactions necessary in | 0.10 | 465.00 | 46.50 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | committee retention applications. | | | |
| 04/02/20 | K. A. Morales | Emails with M. Wasson re: redaction list for retention applications | 0.10 | 465.00 | 46.50 |
| 04/02/20 | K. A. Morales | Confer with J. Lord re: status of retention application and making necessary redactions. | 0.20 | 465.00 | 93.00 |
| 04/03/20 | K. A. Morales | Supplement and revise application to employ Reed Smith. | 4.10 | 465.00 | 1,906.50 |
| 04/03/20 | K. A. Morales | Research further information on connections issues for RS retention application. | 0.10 | 465.00 | 46.50 |
| 04/03/20 | K. A. Morales | Call with Kramer Levin re: retention application. | 0.30 | 465.00 | 139.50 |
| 04/03/20 | K. A. Morales | Call with K. Gwynne re: retention applications. | 0.40 | 465.00 | 186.00 |
| 04/03/20 | K. A. Morales | Emails with M. Wasson re: list of creditors that need to be redacted in retention application. | 0.10 | 465.00 | 46.50 |
| 04/03/20 | K.F. Gwynne | Reviewed/supplemented drafted application to employ, KFG declaration, and disclosure of "connections" in Exhibit 2 (mainly with respect to adversity to insurers) | 3.10 | 990.00 | 3,069.00 |
| 04/03/20 | J.B. Lord | Communicate with K. Morales re: RS and KL retention applications (.2); review and revise RS application (1.2). | 1.40 | 400.00 | 560.00 |
| 04/06/20 | K. A. Morales | Confer with K. Gwynne re: revisions to retention application. | 0.10 | 465.00 | 46.50 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 04/06/20 | K. A. Morales | Emails with P. Baranpuria re: committee retention applications, issues, and revisions. | 0.30 | 465.00 | 139.50 |
| 04/06/20 | K. A. Morales | Confer with J. Lord re: revisions to retention application incorporating Kramer Levin's comments | 0.20 | 465.00 | 93.00 |
| 04/06/20 | J.B. Lord | Communicate with K. Morales re: retention applications (.2); review and revise RS retention application (.5). | 0.70 | 400.00 | 280.00 |
| 04/07/20 | K. A. Morales | Confer with J. Lord re: revisions to the retention application. | 0.20 | 465.00 | 93.00 |
| 04/07/20 | K. A. Morales | Confer with K. Gwynne re: revisions to the retention application. | 0.20 | 465.00 | 93.00 |
| 04/07/20 | K. A. Morales | Confer with P. Baranpuria re: revisions to the retention application. | 0.10 | 465.00 | 46.50 |
| 04/07/20 | K. A. Morales | Review and revise required redactions in schedules for RS retention application | 0.80 | 465.00 | 372.00 |
| 04/07/20 | K. A. Morales | Review and revise RS retention application. | 2.00 | 465.00 | 930.00 |
| 04/07/20 | J.B. Lord | Draft notices for Committee retention apps (.3); communicate with K. Morales re: retention applications (.2); review and revise service for same (.2); review and revise RS employment application per K. Morales with redactions in declaration charts (1.6) | 2.30 | 400.00 | 920.00 |
| 04/08/20 | K. A. Morales | Emails to P. Baranpuria re: | 0.10 | 465.00 | 46.50 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | redacted schedules to committee retention applications. | | | |
| 04/08/20 | K. A. Morales | Emails with J. Lord re: status of filing committee retention applications and notice times. | 0.20 | 465.00 | 93.00 |
| 04/08/20 | K. A. Morales | Confer with J. Lord re: revisions to redactions in retention application and analyze same | 0.30 | 465.00 | 139.50 |
| 04/09/20 | K. A. Morales | Confer with J. Lord re: compiling retention application for submission. | 0.30 | 465.00 | 139.50 |
| 04/09/20 | K. A. Morales | Emails with P. Baranpuria re: unredacted retention application. | 0.20 | 465.00 | 93.00 |
| 04/09/20 | K. A. Morales | Review and revise retention application. | 0.40 | 465.00 | 186.00 |
| 04/09/20 | J.B. Lord | Review and revise RS retention application. | 1.50 | 400.00 | 600.00 |
| 04/10/20 | K. A. Morales | Review redactions in schedules for: retention application (.4).; Confer with J. Lord re: same (.1). | 0.50 | 465.00 | 232.50 |
| 04/10/20 | K. A. Morales | Review trustee's email re: comments to retention application (.2); review and revise retention application per trustee's comments (.4); confer with K. Gwynne re: same (.1). | 0.70 | 465.00 | 325.50 |
| 04/10/20 | K. A. Morales | Research information for waiver information in declaration/schedules to RS retention application. | 0.20 | 465.00 | 93.00 |
| 04/10/20 | K. A. Morales | Review and revise Reed | 2.20 | 465.00 | 1,023.00 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | Smith retention application. | | | |
| 04/10/20 | J.B. Lord | Continue to review and revise RS application to employ with quality check of required redactions. | 1.80 | 400.00 | 720.00 |
| 04/14/20 | K. A. Morales | Correspondence with K. Gwynne re: waiver information for retention application. | 0.10 | 465.00 | 46.50 |
| 04/14/20 | K. A. Morales | Correspondence with J. Lord re: status of retention applications. | 0.10 | 465.00 | 46.50 |
| 04/14/20 | K. A. Morales | Correspondence with P. Baranpuria re: status of revisions to retention application. | 0.10 | 465.00 | 46.50 |
| 04/15/20 | K. A. Morales | Communicate with R. Timo re: accounting information to provide trustee with concerning Reed Smith's retention application. | 0.10 | 465.00 | 46.50 |
| 04/15/20 | K. A. Morales | Communicate with D. Buchbinder re: concerns regarding Reed Smith retention application. | 0.10 | 465.00 | 46.50 |
| 04/15/20 | K. A. Morales | Draft email to trustee re: concerns/issues to Reed Smith retention application. | 0.50 | 465.00 | 232.50 |
| 04/15/20 | K. A. Morales | Discuss Reed Smith retention application issues and communications with trustee with K. Gwynne. | 0.60 | 465.00 | 279.00 |
| 04/15/20 | K. A. Morales | Review/revise Reed Smith retention application per trustee's instructions. | 0.60 | 465.00 | 279.00 |
| 04/16/20 | K. A. Morales | Call to P. Baranpuria re: Reed | 0.30 | 465.00 | 139.50 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | Smith/Kramer Levin retention application issues. | | | |
| 04/16/20 | K. A. Morales | Confer with and emails to K. Gwynne re: trustee issues/comments to retention application. | 0.60 | 465.00 | 279.00 |
| 04/17/20 | K.F. Gwynne | Conference with K. Morales re: finalizing RS retention application and complying with issues raised by David Buchbinder (UST) | 0.10 | 990.00 | 99.00 |
| 04/17/20 | J.B. Lord | Communicate with K. Morales re: RS retention application (.1); review and revise same (.7). | 0.80 | 400.00 | 320.00 |
| 04/17/20 | K. A. Morales | Confer with K. Gwynne re: revisions to Reed Smith retention application and status. | 0.20 | 465.00 | 93.00 |
| 04/17/20 | K. A. Morales | Emails with counsel to committee member re: revisions to Reed Smith retention application. | 0.10 | 465.00 | 46.50 |
| 04/17/20 | K. A. Morales | Emails with J. Lord re: status of retention applications for filing and redaction process of exhibits. | 0.30 | 465.00 | 139.50 |
| 04/17/20 | K. A. Morales | Confer with P. Baranpuria re: status of Reed Smith retention application and trustee/committee comments/concerns and related issues. | 0.70 | 465.00 | 325.50 |
| 04/17/20 | K. A. Morales | Review and revise Reed Smith retention application per trustee and Girl Scouts comments/revisions. | 0.70 | 465.00 | 325.50 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 04/18/20 | K. A. Morales | Confer with J. Lord re: electronic signatures in retention applications. | 0.10 | 465.00 | 46.50 |
| 04/18/20 | K. A. Morales | Emails with B. Paranpuria re: electronic signatures in retention application and execution thereof. | 0.20 | 465.00 | 93.00 |
| 04/20/20 | J.B. Lord | Communicate with K. Morales re: retention application status | 0.10 | 400.00 | 40.00 |
| 04/20/20 | K. A. Morales | Correspond with J. Lord re: status of filing Reed Smith retention application | 0.10 | 465.00 | 46.50 |
| 04/21/20 | K. A. Morales | Review and revise Reed Smith retention application for submission to the Committee (.3); Emails with M. Wasson re: same. (.1). | 0.40 | 465.00 | 186.00 |
| 04/21/20 | K. A. Morales | Emails with P. Baranpuria re: status of completion and filing of Reed Smith and Kramer Levin retention applications. | 0.10 | 465.00 | 46.50 |
| 04/21/20 | K. A. Morales | Confer with J. Lord re: McKinsey Protocol and application of such in Delaware. | 0.20 | 465.00 | 93.00 |
| 04/21/20 | K. A. Morales | Confer with K. Gwynne re: application of McKinsey Protocol in Delaware | 0.40 | 465.00 | 186.00 |
| 04/21/20 | K. A. Morales | Confer with P. Baranpuria of Kramer Levin re: application of McKinsey Protocol in Delaware | 0.40 | 465.00 | 186.00 |
| 04/21/20 | K.F. Gwynne | Discussed "McKinsey Protocol" and status of it in Houston and generally | 0.10 | 990.00 | 99.00 |
| 04/21/20 | J.B. Lord | Communicate with K. | 0.10 | 400.00 | 40.00 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Gwynne and K. Morales re: fee application issues. | | | |
| 04/21/20 | J.B. Lord | Research and respond to K. Morales re: final advisor retention and inquiry on McKinsey Protocol | 0.20 | 400.00 | 80.00 |
| 04/22/20 | K. A. Morales | Confer with J. Lord re: status of filing Reed Smith, Kramer Levin, and Alix retention applications. | 0.10 | 465.00 | 46.50 |
| 04/22/20 | K. A. Morales | Review and revise Reed Smith retention application. | 0.20 | 465.00 | 93.00 |
| 04/23/20 | K. A. Morales | Emails with M. Wasson re: final versions of retention applications for AlixPartners and Kramer Levin and objection deadline. | 0.30 | 465.00 | 139.50 |
| 04/23/20 | K. A. Morales | Emails with R. Ringer confirming filing of Reed Smith, Kramer, and Alix retention applications. | 0.20 | 465.00 | 93.00 |
| 04/23/20 | K. A. Morales | Confer with J. Lord re: objection deadline for retention applications. | 0.20 | 465.00 | 93.00 |
| 04/23/20 | K. A. Morales | Emails with J. Lord re: final versions of applications to employ, revisions, and filing thereof. | 1.00 | 465.00 | 465.00 |
| 04/23/20 | J.B. Lord | Communicate with K. Morales re: committee retention applications (.3); revise and finalize AlixPartners' retention application (1.6); revise and finalize Reed Smith and Kramer Levin retention applications (1.9); e-file and coordinate service for all | 4.70 | 400.00 | 1,880.00 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 04/23/20 | K. A. Morales | committee retention applications (.9).<br><br>Review and revise retention applications (including multiple exhibits) for Kramer Levin, AlixPartners, and Reed Smith, in preparation for filing. | 3.60 | 465.00 | 1,674.00 |
| **Totals** | | | **55.30** | | **28,362.50** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Kurt F. Gwynne | 7.00 hrs @ $ | 990.00 / hr | 6,930.00 |
| Katelin A. Morales | 32.50 hrs @ $ | 465.00 / hr | 15,112.50 |
| John B. Lord | 15.80 hrs @ $ | 400.00 / hr | 6,320.00 |
| **Total Professional Services** | | | **28,362.50** |

**INVOICE SUMMARY**

| | |
|---|---|
| Total Fees | $ 28,362.50 |
| **TOTAL CURRENT INVOICE DUE** | **$ 28,362.50** |
| **Total Amount Due** | **$ 28,362.50** |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| Official Committee of Unsecured Creditors of Boy Scouts of America | Invoice Number: **3278588** |
| c/o Reed Smith LLP | Invoice Date: **5/13/2020** |
| 1201 Market Street, Suite 1500 | Client Number: **397013** |
| Wilmington, DE 19801 | Matter Number: **397013.60026** |

Re : Debtor Retention Applications

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH April 30, 2020**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/17/20 | K. A. Morales | Emails with K. Gwynne re: objection to Sidley retention application | 0.10 | 465.00 | 46.50 |
| 04/20/20 | K.F. Gwynne | Reviewed Chubb objection to Sidley retention for discussion on committee call today | 1.70 | 990.00 | 1,683.00 |
| 04/30/20 | K. A. Morales | Review objection to Debtor retention application and answer to objection. | 1.70 | 465.00 | 790.50 |
| **Totals** | | | **3.50** | | **2,520.00** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Kurt F. Gwynne | 1.70 hrs @ $ | 990.00 / hr | 1,683.00 |
| Katelin A. Morales | 1.80 hrs @ $ | 465.00 / hr | 837.00 |
| **Total Professional Services** | | | **2,520.00** |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Total Fees | $ | 2,520.00 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **2,520.00** |
| **Total Amount Due** | **$** | **2,520.00** |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| Official Committee of Unsecured Creditors of Boy Scouts of America<br>c/o Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 | Invoice Number: **3278586**<br>Invoice Date: **5/13/2020**<br>Client Number: **397013**<br>Matter Number: **397013.60030** |

Re: U.S. Trustee Issues

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH April 30, 2020**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/17/20 | K.F. Gwynne | Conference with D. Buchbinder (UST) re: schedules/statement of financial affairs and section 341 meeting | 0.10 | 990.00 | 99.00 |
| 04/17/20 | K.F. Gwynne | Conference with R. Ringer re: conversation with D. Buchbinder (UST) re: multiple issues (schedules/statement of financial affairs and section 341 meeting and pending Sidley retention objection) | 0.10 | 990.00 | 99.00 |
| **Totals** | | | **0.20** | | **198.00** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Kurt F. Gwynne | 0.20 hrs @ $ | 990.00 / hr | 198.00 |
| **Total Professional Services** | | | **198.00** |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Total Fees | $ | 198.00 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **198.00** |
| **Total Amount Due** | **$** | **198.00** |