# EXHIBIT C

**VERIFICATION PURSUANT TO**
**DELAWARE BANKRUPTCY LOCAL RULE 2016-2(f) AND 28 U.S.C. §1746(2)**

I, Kurt F. Gwynne, Esquire, verify as follows:

1.   I am a partner with the applicant firm, Reed Smith LLP ("Reed Smith"), and have been admitted to the bars of the State of Delaware, the State of New Jersey, the State of New York and the Commonwealth of Pennsylvania.  Reed Smith has rendered professional services in these chapter 11 cases as Delaware counsel to the Official Committee of Unsecured Creditors.

2.   I have read the foregoing application of Reed Smith for compensation and reimbursement of expenses (the "Application").  To the best of my knowledge, information and belief formed upon the basis of my participation in these cases, as well as after reasonable inquiry, the facts set forth in the foregoing Application are true and correct and materially comply with the applicable orders, rules, guidelines and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Delaware Bankruptcy Local Rule 2016-2, and (as applicable) the Executive Office for the United States Trustee.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on:  June 24, 2020

By: */s/ Kurt F. Gwynne*
Kurt F. Gwynne (No. 3951)
REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail:  kgwynne@reedsmith.com