<u>EXHIBIT B</u>

<u>Expense Summary</u>

**EXHIBIT B**

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**EXPENSE SUMMARY**
**APRIL 1, 2020 THROUGH APRIL 30, 2020**

| Expense Category | Service Provider (if applicable) | Total Expenses[1] |
|---|---|---|
| Color Copies | Kramer Levin | $69.20 |
| Court Call Fees | Court Call | $285.75 |
| Lexis Online Research | Lexis | $9,815.87 |
| Telecommunication Charges | Kramer Levin | $624.04 |
| Transcript Fees | Reliable | $134.40 |
| Westlaw Online Research | Westlaw | $2,577.87 |
| **TOTAL** | | **$13,507.13** |

---

[1] Kramer Levin reduced its expenses by $920.87 during the Application Period voluntarily and in accordance with the local rules and U.S. Trustee Guidelines.