**EXHIBIT A**

**CUSTOMARY AND COMPARABLE COMPENSATION
DISCLOSURES WITH FEE APPLICATIONS**

The blended hourly rate billed in 2019 for *all* Reed Smith domestic non-bankruptcy timekeepers, including professionals and paraprofessionals, was $467 per hour (the "Non-Bankruptcy Blended Hourly Rate").[1]

**Customary and Comparable Compensation Disclosures with Fee Application**

| Category Of Timekeeper | Blended Hourly Rate | |
| --- | --- | --- |
|  | Non-Bankruptcy Blended Domestic Hourly Rate | Blended Hourly Rate for the First Interim Application Period |
| Partner | $685 | $968 |
| Associate | $413 | $465 |
| Paralegal | $226 | $400 |
| All timekeepers aggregate | $467 | $569 |

The Non-Bankruptcy Blended Hourly Rate represents the hourly rate (net of write offs) across a diverse group of the firm's attorneys with a multitude of rates that are impacted by, *inter alia,* their level of experience, complexity of their practice/subject matter, and geographic location across Reed Smith's fifteen domestic offices. Only three (3) Reed Smith attorneys have been involved in the case and two (2) of those attorneys are senior partners (graduating law school, respectively, in 1976 and 1992). Reed Smith's hourly rates for bankruptcy services in these cases are comparable to the hourly rates charged in complex chapter 11 cases by comparably-skilled and experienced bankruptcy attorneys and are justified based upon the complexity of these cases. Reed Smith's core team of three (3) attorneys and one (1) paralegal, efficiently and economically provided services in these cases, as evidenced by Reed Smith's relatively modest fees.

---

[1] Please note that timekeepers in the Restructuring and Insolvency Group ("R&I") at Reed Smith also work on certain non-bankruptcy engagements and timekeepers outside of the R&I Group also work on certain bankruptcy engagements. Accordingly, the Non-Bankruptcy Blended Hourly Rate consists of matters for which the applicable timekeepers represented a client in a matter other than in a bankruptcy matter.