**EXHIBIT B**

**SUMMARY OF TIMEKEEPERS INCLUDED
IN THIS APPLICATION**

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS APPLICATION

| Professional Person | Position Of The Applicant | Department, Group, Or Section | Date Of First Admission | Fees Billed In This Application | Hours Billed In This Application | Hourly Rate Billed | | Number Of Rate Increases From Inception Of Case through 4/30/20 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | In this Application | In First Interim Application | |
| Kurt F. Gwynne | Partner | Bankruptcy | 1992 | $24,651.00 | 24.90 | $990.00 | N/A | None |
| Lawrence F. Gilberti | Partner | Global Corporate / Non-Profit | 1976 | $15,427.50 | 16.50 | $935.00 | N/A | None |
| Katelin A. Morales | Associate | Bankruptcy | 2017 | $38,548.50 | 82.90 | $465.00 | N/A | None |
| John B. Lord | Paralegal | Bankruptcy | N/A | $18,360.00 | 45.90 | $400.00 | N/A | None |