# EXHIBIT C-1

**BUDGET**
**(March 9, 2020 – April 30, 2020)**

**BUDGET (March 9, 2020 - April 30, 2020)**

| Project Category | Hours Budgeted | Fees Budgeted[1] |
|---|---|---|
| Case Administration (60001) | 20 | $11,386.20 |
| Committee Meeting and Communications (60002) | 20 | $11,386.20 |
| Asset Dispositions (6003) | 0 | $0.00 |
| Automatic Stay (60004) | 10 | $5,693.10 |
| Bar Date, Notice and Claim Reconciliation Issues (60005) | 5 | $2,846.55 |
| Adversary Proceedings and Bankruptcy Litigation (60006) | 0 | $0.00 |
| Plan/Disclosure Statement Issues (60007) | 0 | $0.00 |
| Tort Committee Communications (60008) | 5 | $2,846.55 |
| Corporate Governance (60009) | 0 | $0.00 |
| Customer and Vendor Issues (60010) | 0 | $0.00 |
| Creditor Communications (60011) | 5 | $2,846.55 |
| Non-Profit Issues (60012) | 20 | $11,386.20 |
| Employee and Labor Issues (60013) | 0 | $0.00 |
| Exclusivity (60014) | 0 | $0.0 |
| Executory Contracts and Leases (60015) | 0 | $0.00 |
| Collateral Review (60016) | 5 | $2,846.55 |
| Fee Statements and Applications (60017) | 15 | $8,539.65 |
| Cash Collateral (60018) | 5 | $2,846.55 |
| Motions (60019) | 5 | $2,846.55 |
| Committee Investigation (60020) | 5 | $2,846.55 |
| Hearings and Court Matters (60021) | 15 | $8,539.65 |
| Insurance Issues (60022) | 0 | $0.00 |
| Avoidance Actions (60023) | 0 | $0.00 |
| Non-Working Travel (60024) | 0 | $0.00 |
| Professional Retention (60025) | 40 | $22,772.40 |
| Debtor Retention Applications (60026) | 5 | $2,846.55 |
| Schedules and Statements (60027) | 0 | $0.00 |
| Tax Issues (60028) | 0 | $0.00 |
| Communication with the Debtors (60029) | 2 | $1,138.62 |
| U.S. Trustee Issues (60030) | 5 | $2,846.55 |
| Local Counsel and Chartered Organizations Issues (60031) | 0 | $0.00 |
| **TOTAL:** | **187** | **$106,460.97** |

---

[1] Calculated using the blended rate of $569.31.

**EXHIBIT C-2**

**STAFFING PLAN**
**(March 9, 2020 – April 30, 2020)**

## STAFFING PLAN
### (March 9, 2020 – April 30, 2020)

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGETED PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Partner | 2 | $962.50 |
| Associate (4-6 years since first admission) | 1 | $465.00 |
| Paralegal | 1 | $400.00 |