**EXHIBIT D**


**SUMMARY OF COMPENSATION REQUESTED
BY PROJECT CATEGORY
(March 9, 2020 – April 30, 2020)**

**EXHIBIT D**


**SUMMARY OF COMPENSATION REQUESTED
BY PROJECT CATEGORY
(March 9, 2020 – April 30, 2020)**

## SUMMARY OF COMPENSATION REQUESTED
## BY PROJECT CATEGORY
### (March 9, 2020 – April 30, 2020)

| Project Category | Hours Budgeted | Fees Budgeted[1] | Hours Billed | Fees Sought |
|---|---|---|---|---|
| Case Administration (60001) | 20.00 | $11,386.20 | 14.40 | $6,195.50 |
| Committee Meeting and Communications (60002) | 20.00 | $11,386.20 | 17.90 | $11,158.50 |
| Asset Dispositions (6003) | 0.00 | $0.00 | 0.00 | $0.00 |
| Automatic Stay (60004) | 10.00 | $5,693.10 | 14.40 | $9,526.00 |
| Bar Date, Notice and Claim Reconciliation Issues (60005) | 5.00 | $2,846.55 | 0.00 | $0.00 |
| Adversary Proceedings and Bankruptcy Litigation (60006) | 0.00 | $0.00 | 0.00 | $0.00 |
| Plan/Disclosure Statement Issues (60007) | 0.00 | $0.00 | 0.00 | $0.00 |
| Tort Committee Communications (60008) | 5.00 | $2,846.55 | 0.60 | $594.0 |
| Corporate Governance (60009) | 0.00 | $0.00 | 0.00 | $0.00 |
| Customer and Vendor Issues (60010) | 0.00 | $0.00 | 0.00 | $0.00 |
| Creditor Communications (60011) | 5.00 | $2,846.55 | 0.00 | $0.00 |
| Non-Profit Issues (60012) | 20.00 | $11,386.20 | 24.30 | $20,472.00 |
| Employee and Labor Issues (60013) | 0.00 | $0.00 | 0.00 | $0.00 |
| Exclusivity (60014) | 0.00 | $0.00 | 0.00 | $0.00 |
| Executory Contracts and Leases (60015) | 0.00 | $0.00 | 0.00 | $0.00 |
| Collateral Review (60016) | 5.00 | $2,846.55 | 0.80 | $372.00 |
| Fee Statements and Applications (60017) | 15.00 | $8,539.65 | 6.40 | $2,560.0 |
| Cash Collateral (60018) | 5.00 | $2,846.55 | 1.40 | $1,386.00 |
| Motions (60019) | 5.00 | $2,846.55 | 3.50 | $1,557.00 |
| Committee Investigation (60020) | 5.00 | $2,846.55 | 0.00 | $0.00 |

---

[1] Calculated using the blended rate of $569.31.

| | | | | |
|---|---|---|---|---|
| Hearings and Court Matters (60021) | 15.00 | $8,539.65 | 13.50 | $6,063.00 |
| Insurance Issues (60022) | 0.00 | $0 | 0.00 | $0.00 |
| Avoidance Actions (60023) | 0.00 | $0.00 | 0.00 | $0.00 |
| Non-Working Travel (60024) | 0.00 | $0.00 | 0.00 | $0.00 |
| Professional Retention (60025) | 40.00 | $22,772.40 | 69.30 | $34,385.00 |
| Debtor Retention Applications (60026) | 5.00 | $2,846.55 | 3.50 | $2,520.00 |
| Schedules and Statements (60027) | 0.00 | $0.00 | 0.00 | $0.00 |
| Tax Issues (60028) | 0.00 | $0.00 | 0.00 | $0.00 |
| Communication with the Debtors (60029) | 2.00 | $1,138.62 | 0.00 | $0.00 |
| U.S. Trustee Issues (60030) | 5.00 | $2,846.55 | 0.20 | $198.00 |
| Local Counsel and Chartered Organizations Issues (60031) | 0.00 | $0.00 | 0.00 | $0.00 |
| **TOTAL:** | **187.00** | **$106,460.97** | **170.20** | **$96,987.00** |