**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10566 (MFW)<br><br>(Jointly Administered)<br><br>Hearing Date: July 9, 2020 at 10:00 a.m. (ET)<br>Objections Due: July 8, 2020 at 4:00 p.m. (ET) |

**FIRST INTERIM APPLICATION OF ALIXPARTNERS, LLP,
FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM MARCH 4, 2020 THROUGH APRIL 30, 2020**

| Name of Applicant: | **ALIXPARTNERS, LLC** |
|---|---|
| **Applicant's Role in Case:** | **The Official Committee of Unsecured Creditors** |
| **Date Retention Order Signed:** | **May 23, 2020, Nunc Pro Tunc to March 4, 2020 [Docket No. 689]** |
| **Time period covered by this First Interim Application:** | **Beginning of Period** | **End of Period** |
| | **March 4, 2020** | **April 30, 2020** |
| **Summary of Total Fees and Expenses Requested:** | | |
| **Total Fees Requested in this First Interim Application:** | $927,029.50 |
| **Total Expenses Requested in this First Interim Application:** | $0.00 |
| **Total Fees and Expenses Requested in this First Interim Application:** | $927,029.50 |
| **Blended hourly rate for fees incurred during the <u>Interim</u> Compensation Period:** | $748.03 |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| **Summary of Prior Payments & Outstanding Amount** <br> **Due AlixPartners During the First Interim Period:** ||
|---|---|
| **Total Allowed Compensation Paid to Date:** | $0.00 |
| **Total Allowed Expenses Paid to Date:** | $0.00 |
| **Total Amount of Fees and Expenses Due & Owing to AlixPartners:** | $927,029.50 |
| **This is a(n):**    ___ Monthly Application  _X_ Interim Application ___ Final Application ||

# ALIXPARTNERS, LLP

## SUMMARY OF FEE STATEMENTS
## DURING THE FIRST INTERIM PERIOD
## MARCH 4, 2020 THROUGH APRIL 30, 2020

| Date Filed; Docket No. | Period Covered | Requested | | Paid | | Certificate of No Objection | Amount Outstanding |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses | | |
| 06/09/2020 Docket #815 | 3/4/2020 - 3/31/2020 | $500,294.50 | | | | 6/24/2020 Docket #894 | $500,294.50 |
| 06/24/2020 Docket #898 | 4/1/2020 - 4/30/2020 | $426,735.00 | | | | | $426,735.00 |
| **Total** | | **$927,029.50** | **$0.00** | **$0.00** | **$0.00** | | **$927,029.50** |

## ALIXPARTNERS, LLP

### SUMMARY OF HOURS AND FEES BY PROFESSIONAL
### DURING THE FIRST INTERIM PERIOD
### MARCH 4, 2020 THROUGH APRIL 30, 2020

| Professional | Title | Rate | Total Hours During Period | Total Fees During Period |
|---|---|---|---|---|
| Scott Winn | Managing Director | $1,150 | 1.2 | $1,380.00 |
| Richard Collura | Managing Director | $1,090 | 98.6 | $107,474.00 |
| David MacGreevey | Managing Director | $1,090 | 99.9 | $108,891.00 |
| Kathryn McGlynn | Managing Director | $1,025 | 127.8 | $130,995.00 |
| Elizabeth S Kardos | Director | $710 | 0.3 | $213.00 |
| Jon Dutton | Senior Vice President | $690 | 234.9 | $162,081.00 |
| Loring Hill | Senior Vice President | $645 | 183.2 | $118,164.00 |
| Kyoko Shibuya | Senior Vice President | $645 | 149.7 | $96,556.50 |
| Scott Weiner | Senior Vice President | $645 | 193.3 | $124,678.50 |
| Kaitlyn A Sundt | Senior Vice President | $510 | 15.9 | $8,109.00 |
| Laurie C Verry | Senior Vice President | $510 | 8.8 | $4,488.00 |
| Divyani A Kothari | Vice President | $515 | 114.6 | $59,019.00 |
| Brooke F Filler | Vice President | $445 | 2.9 | $1,290.50 |
| Lisa Marie Bonito | Associate | $450 | 8.2 | $3,690.00 |
| **Total Fees and Hours for Professionals** | | | **1,239.3** | **$927,029.50** |

**Average Billing Rate**     **$748.03**

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY MATTER CATEGORY
DURING THE FIRST INTERIM PERIOD
<u>MARCH 4, 2020 THROUGH APRIL 30, 2020</u>**

| | Matter Code | Total Hours During Period | Total Fees During Period |
|---|---|---|---|
| 101 | Planning, Coordination and Case Management | 75.2 | $65,179.50 |
| 102 | Meetings and Communications with UCC & Professionals | 172.3 | $143,861.00 |
| 103 | Meetings and Communications with Management & Debtors' Professionals | 80.1 | $66,990.00 |
| 104 | Meetings and Communications with Lenders & Professionals | - | $0.00 |
| 105 | Meetings and Communications with Tort Committee | 9.8 | $7,341.00 |
| 106 | Analysis of Cash Collateral | 22.7 | $17,811.50 |
| 107 | Analysis of Liquidity and Cash Management | 80.7 | $56,891.00 |
| 108 | Sale of Assets | - | $0.00 |
| 109 | Business and Strategic Plan Analysis | 57.5 | $38,112.50 |
| 110 | Valuation Analysis | - | $0.00 |
| 111 | Employee Compensation and Advisor Retention Matters | 29.8 | $23,324.00 |
| 112 | Financial and Other Diligence | 256.3 | $181,349.00 |
| 113 | Collateral Analysis | - | $0.00 |
| 114 | Forensic Analysis | 323.2 | $236,161.00 |
| 115 | Litigation Support | 4.5 | $3,766.00 |
| 116 | Claims Analysis | 56.5 | $39,224.50 |
| 117 | RSA, Disclosure Statement & Plan of Reorganization | - | $0.00 |
| 118 | Retention Applications & Relationship Disclosure Schedules | 31.4 | $17,915.50 |
| 119 | Attend Court Hearings | 30.5 | $24,759.00 |
| 120 | Fee Statements and Fee Applications | 8.8 | $4,344.00 |
| 150 | Non-Working Travel Time | - | $0.00 |
| | **TOTAL** | **1,239.3** | **$927,029.50** |

**Average Billing Rate**     **$748.03**

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10566 (MFW)<br><br>(Jointly Administered)<br><br>**Hearing Date: July 9, 2020 at 10:00 a.m. (ET)**<br>**Objections Due:  July 8, 2020 at 4:00 p.m. (ET)** |

**FIRST INTERIM APPLICATION OF ALIXPARTNERS, LLP,
FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM MARCH 4, 2020 THROUGH APRIL 30, 2020**

AlixPartners, LLP ("AlixPartners"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of Boy Scouts of America and Delaware BSA, LLC and its affiliates ("the "Debtors"), submits its first interim application (the "Application") for allowance of compensation and reimbursement of expenses for the period of March 4, 2020 through April 30, 2020 (the "First Interim Period").  By this Application, AlixPartners seeks payment of professional fees of $927,029.50 (including the holdback of $185,405.90).  AlixPartners respectfully states as follows:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**Jurisdiction and Venue**

1. The United States Bankruptcy Court for the Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The basis for relief requested herein are sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Bankruptcy Rules for the District of Delaware (the "Local Bankruptcy Rules"), and the *Order (i) Approving Procedures For (a) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (b) Expense Reimbursement For Official Committee Members and (ii) Granting Related Relief* dated April 6, 2020 (the "Interim Compensation Order") [Docket No. 227].

**Background**

4. On February 18, 2020, (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned Chapter 11 Cases (the "Chapter 11 Cases").

5. The Debtors are authorized to continue operating their businesses and managing their properties as debtors-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

6. No trustee or examiner has been appointed in these Chapter 11 Cases.

7. On March 5, 2020, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed the Committee [Docket No. 141].

**AlixPartners' Retention**

8.     On April 23, 2020, the Committee filed its *Application of the Official Committee of Unsecured Creditors For Entry of an Order Authorizing the Employment and Retention of AlixPartners, LLP as its Financial Advisor Nunc Pro Tunc to March 4, 2020* [Docket No. 160].

9.     On May 23, 2020, the Bankruptcy Court entered the *Order Authorizing the Employment and Retention of AlixPartners LLP as its Financial Advisor Nunc Pro Tunc to March 4, 2020* (the "Retention Order") [Docket No. 689].

10.    The Retention Order authorized AlixPartners to be compensated pursuant to the procedures set forth in the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Interim Compensation Order.

**Relief Requested**

**Monthly Fee Applications Covered During the First Interim Period**

11.    AlixPartners' monthly fee applications (the "Monthly Fee Applications") covered during the First Interim Period have been filed and served pursuant to the Interim Compensation Order. The Monthly Fee Applications covered by this Application contain detailed daily time logs describing the actual and necessary services provided during the period covered by such Monthly Fee Applications. Detailed descriptions of the services rendered during the First Interim Period were included in the Monthly Fee Applications and are filed on the Court docket.

12.    AlixPartners has filed two (2) Monthly Fee Applications as noted below:

## Summary of Fee Statements

| Date Filed; Docket No. | Period Covered | Requested | | Paid | | Certificate of No Objection | Amount Outstanding |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses | | |
| 06/09/2020 Docket #815 | 3/4/2020 - 3/31/2020 | $500,294.50 | | | | 6/24/2020 Docket #894 | $500,294.50 |
| 06/24/2020 Docket #898 | 4/1/2020 - 4/30/2020 | $426,735.00 | | | | | $426,735.00 |
| Total | | $927,029.50 | $0.00 | $0.00 | $0.00 | | $927,029.50 |

13. AlixPartners is seeking an interim allowance of compensation in the amount of $927,029.50[2] during the First Interim Period.

14. During the First Interim Period, AlixPartners has not received any monies and the sum of $927,029.50 remains outstanding pursuant to the First Interim Period.

**Summary of Professional Services by Category During the First Interim Period**

15. AlixPartners classified all services performed for which compensation is sought into separate categories. Summarized below is a description of the services provided by AlixPartners to the Committee during the First Interim Period in each significant service area.

16. The following summaries are intended only to highlight key services rendered by AlixPartners during the First Interim Period in certain project billing categories where AlixPartners has expended a considerable number of hours on behalf of the Committee and are not meant to be a detailed description of all of the work performed by AlixPartners. The primary focus of AlixPartners was centered around the following areas:

**Matter Code 101: Planning, Coordination and Case Management**
**(75.2 Hours; $65,179.50 Fees)**
Time spent includes engagement scoping, resource planning, workstream coordination, and engagement execution strategy.

---

[2] The total fees requested includes the holdback in the amount of $100,058.90 pursuant to the First Monthly Fee Application, and the holdback in the amount of $85,347.00 pursuant to the Second Monthly Fee Application, for a total holdback of $185,405.90.

**Matter Code 102: Meetings and Communications with Committee Members and Professionals** **(172.3 Hours; $143,861.00 Fees)**
Time spent includes updating the Committee with regard to status of the Chapter 11 Cases, including the preparation of related presentation materials. In addition, this also includes discussion with other professionals representing the Committee regarding case developments.

**Matter Code 103: Meetings and Communications with Management and Debtors' Professionals** **(80.1 Hours; $66,990.00 Fees)**
Time spent includes meetings and discussions held with Management and Debtors' professionals.

**Matter Code 104: Meetings and Communications with Tort Committee**
**(9.8 Hours; $7,341.00 Fees)**
Time spent includes meetings and discussions held with the Tort Committee and its Professionals.

**Matter Code 106:  Analysis of Cash Collateral**
**(22.7 Hours; $17,811.50 Fees)**
Time spent includes analysis performed in relation to the Debtor in Possession Credit Agreement. Time spent includes diligence on budgets and schedules produced in relation to the Debtor in Possession Credit Agreement, as well as reviewing terms of the Agreement itself.

**Matter Code 107: Analysis of Liquidity and Cash Management**
**(80.7 Hours; $56,891.00 Fees)**
Time spent includes analyzing and reviewing weekly cash flow reports and their respective variances from budgeted amounts. Time spent also includes analyzing DIP cash flow budgets published during the case.

**Matter Code 109:  Business and Strategic Plan Analysis**
**(57.5 Hours; $38,112.50 Fees)**
Time spent includes analyzing and diligencing the Debtors' business plan, and its reasonableness as with respect to a successful emergence from Chapter 11.

**Matter Code 111:  Employee Compensation and Advisor Retention Matters**
**(29.8 Hours; $23,324.00 Fees)**
Time spent includes research and analysis related to the Company's proposed employee compensation and retention programs and advisor retentions. Time spent also includes reviewing Debtor professionals' monthly fee statements to determine reasonableness of fees incurred relative to engagement scope.

**Matter Code 112: Financial and Other Diligence**   **(256.3 Hours; $181,349.00 Fees)**
Time spent includes researching and documenting relevant information regarding the Debtors' state of affairs from public and non-public sources, including, but not limited to, SEC filings,

filings on the electronic court docket, press releases, monthly operating reports provided by the Debtors, as well as documents and schedules provided in the virtual data room.

### Matter Code 114: Forensic Analysis   (323.2 Hours; $236,161.00 Fees)

Time spent includes conducting detailed investigations into the Debtors' actions prior to filing for Bankruptcy, including, but not limited to, undertaking solvency analysis, review of insider transactions and dealings, review of property and liens, and summarizing findings for the Committee.

### Matter Code 115: Litigation Support   (4.5 Hours; $3,766.00 Fees)

Time spent includes evaluating potential causes of action against insiders and other parties.

### Matter Code 116: Claims Analysis
### (56.5 Hours; $39,224.50 Fees)

Time spent includes reviewing and analyzing claims filed against the Debtors and evaluating its expected recovery to the unsecured creditors. Time spent also includes time spent analyzing contract and lease rejections.

### Matter Code 117: Retention Applications and Relationship Disclosure Schedules
### (31.4 Hours; $17,915.50 Fees)

Time billed under this category was for the necessary time that AlixPartners' professionals spent managing the retention and relationship disclosure processes. Appropriate staffing levels were utilized to minimize the cost associated with these activities.

### Matter Code 118: Attend Court Hearings  (30.5 Hours; $24,759.00 Fees)

Time billed under this category was for the necessary time that AlixPartners' professionals spent attending Court hearings.

### Matter Code 119: Fee Statements and Fee Applications
### (8.8 Hours; $4,344.00 Fees)

Time billed under this category was for the necessary time that AlixPartners' professionals spent managing the fee statement and fee application processes. Appropriate staffing levels were utilized to minimize the cost associated with these activities.

17.     AlixPartners believes that the fees and expenses requested are reasonable, and all amounts requested are for actual and necessary services rendered on behalf of the Committee.

18.     AlixPartners has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in these cases. No promises have been received by AlixPartners or any member

thereof as to compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code.

## **Certification**

19.     A Certification of David MacGreevey is attached hereto as **Exhibit A** and made part of this Application.

## **No Prior Request**

20.     No prior request for the relief sought in this Application has been made to this or any other court.  This Application is made without prejudice to further or final applications based upon all relevant criteria, including the results achieved in the case as a whole.

*[Remainder of page intentionally left blank.]*

**Conclusion**

WHEREFORE, AlixPartners, as financial advisor to the Committee, respectfully requests that the Court enter an order providing that: (i) an interim allowance be awarded to AlixPartners for the First Interim Period in the amount of $927,029.50 (including the holdback of $185,405.90) as compensation for necessary professional services rendered; (ii) the Debtors be authorized and directed to pay AlixPartners the outstanding amount of $927,029.50; and (iii) for such other and further relief as this Court deems proper.

Dated:  June 24, 2020

ALIXPARTNERS, LLP
909 Third Avenue, 28th Floor
New York, New York 10022

*/s/  David MacGreevey*
By:  David MacGreevey
       Managing Director