**EXHIBIT 9**

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF BOY SCOUTS OF AMERICA, *et al.***

**EXPENSE REIMBURSEMENT REPORT**

1. Name of Company    Roger Ohmstede
2. Date of Meeting    March 4, 2020
3. Location of Meeting    Wilmington, DE.
4. Name of Representative Attending Meeting    Roger Ohmstede
5. Reimbursable Expenses:

   (a) Transportation:

   (1) Air or Rail Fare    $ 245.80

   (2) Personal automobile miles at $.58 per mile  24 miles    $ 10.35 / 13.92

   (3) Taxi  UBER - Hotel to Airport    $ 56.89

   (4) Parking/Tolls  - DFW - Airport    $ 30.00

   (5) Other (describe)    $

   (b) Lodging:

   (1) Hotel (excluding meals)    $ 213.06

   (c) Meals:

   (1) Breakfast    $

   (2) Lunch    $

   (3) Dinner    $ 39.28

**TOTAL REIMBURSEMENT SOUGHT**    $ 609.30

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

*Roger A. Ohmstede*

(Signature of Member's Representative
Incurring Expenses)
Member:

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF BOY SCOUTS OF AMERICA,** *et al.*

**EXPENSE REIMBURSEMENT REPORT**

1. Name of Company — Girl Scouts of the United States of America

2. Date of Meeting — March 4, 2020

3. Location of Meeting — Wilmington, Delaware

4. Name of Representative Attending Meeting — Sylvia Acevedo

5. Reimbursable Expenses:

   (a) Transportation:

   (1) Air or Rail Fare — $ 159.00

   (2) Personal automobile miles at $.58 per mile — $

   (3) Taxi — $

   (4) Parking/Tolls — $

   (5) Other (describe) — $

   (b) Lodging:

   (1) Hotel (excluding meals) — $

   (c) Meals:

   (1) Breakfast — $

   (2) Lunch — $

   (3) Dinner — $

**TOTAL REIMBURSEMENT SOUGHT** — **$ 159.00**

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

/s/ Jennifer Rochon
Jennifer Rochon
Girl Scouts of the United States of America