# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: July 9, 2020 at 10:00 a.m. (ET)**<br>**Obj. Deadline: July 2, 2020 at 4:00 p.m. (ET)** |

## NOTICE OF LIANFEN QIAN'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PROCEED AGAINST INSURANCE POLICIES

**PLEASE TAKE NOTICE** that on June 25, 2020, Lianfen Qian, by and through counsel, filed and served the *Motion for Relief from the Automatic Stay to Proceed Against Insurance Policies* (the "Motion"), with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Motion, if any, are to be filed with the Bankruptcy Court on or before **July 2, 2020 at 4:00 p.m. (ET).** At the same time, you must serve a copy of the objection or response on the undersigned counsel for the movant.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion, which may be conducted telephonically and/or by videoconference, will be held on **July 9, 2020 at 10:00 a.m. (ET)** before the Honorable Laurie Selber Silverstein, United States Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom #2, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that the hearing date specified herein may be a preliminary hearing or may be consolidated with a final hearing, as determined by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits together with the last four digits of each Debtor's federal tax identification number are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing is 1325 West Walnut Hill Lane, Irving Texas 75038.

|  |  |
|---|---|
| Wilmington, Delaware<br>Date:  June 25, 2020 | **BLANK ROME LLP**<br><br>By:  */s/ Regina Stango Kelbon*<br>Regina Stango Kelbon (DE No. 5444)<br>1201 N. Market Street, Suite 800<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-6400<br>Facsimile: (302) 425-6464<br>Email: kelbon@blankrome.com<br><br>-and-<br><br>**FURR COHEN**<br>Alvin S. Goldstein (Florida Bar No: 993621)<br>2255 Glades Road, Suite 301E<br>Boca Raton, FL 33431<br>Telephone: (561) 395-0500<br>Facsimile: (561) 338-7532<br>Email: agoldstein@furrcohen.com<br><br>*Attorneys for Lianfen Qian* |