# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Jose F. Bibiloni, certify that on June 25, 2020, I caused service of the attached *Lianfen Qian's Motion for Relief from the Automatic Stay to Proceed Against Insurance Policies*, to be made upon the following parties as set forth in Local Rule 4001-1(a) as it applies to a personal injury claimant via hand delivery (local) or first class mail (non-local).

| | |
|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE<br>David L. Buchbinder, Esq.<br>Hannah M. McCollum, Esq.<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, Delaware 19801 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>Derek Abbott, Esq.<br>Andrew R. Remming, Esq.<br>Joseph C. Barsalona, Esq.<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899 |
| SIDLEY AUSTIN LLP<br>Jessica C. K. Boelter, Esq.<br>787 Park Avenue<br>New York, New York 10019 | KRAMER, LEVIN, NAFTALIS & FRANKEL LLP<br>Thomas Moers Mayer, Esq.<br>Rachel Ringer, Esq.<br>David E. Blabey, Jr., Esq.<br>Jennifer R. Sharret, Esq.<br>Megan W. Wasson, Esq.<br>1177 Avenue of the Americas<br>New York, New York 10036 |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits together with the last four digits of each Debtor's federal tax identification number are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing is 1325 West Walnut Hill Lane, Irving Texas 75038.

| | |
|---|---|
| SIDLEY AUSTIN LLP<br>Thomas A. Labuda, Esq.<br>Michael C. Andolina, Esq.<br>Matthew E. Linder, Esq.<br>One South Dearborn Street<br>Chicago, Illinois 60603 | REED SMITH LLP<br>Kurt F. Gwynne, Esq.<br>Katelin A. Morales, Esq.<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 |
| PACHULSKI, STANG, ZIEHL & JONES LLP<br>James I. Stang, Esq.<br>Robert B. Orgel, Esq.<br>James E. O'Neill, Esq.<br>John W. Lucas, Esq.<br>Ilan D. Scharf, Esq.<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801) | NORTON ROSE FULBRIGHT US LLP<br>Louis R. Strubeck, Jr., Esq.<br>Kristian W. Gluck, Esq.<br>Ryan E. Manns, Esq.<br>Shivani Shah, Esq.<br>2200 Ross Avenue, Suite 3600<br>Dallas, Texas 75201-7932 |
| WOMBLE BOND DICKINSON (US) LLP<br>Matthew P. Ward, Esq.<br>Morgan L. Patterson, Esq.<br>1313 N. Market Street, Suite 1200<br>Wilmington, DE 19801 | BROWNSTEIN HYATT FARBER SCHRECK, LLP<br>Michael J. Pankow, Esq.<br>Joshua M. Hantman, Esq.<br>Andrew J. Roth-Moore, Esq.<br>410 17th Street, Suite 2200<br>Denver, Colorado 80202 |

*/s/ Jose F. Bibiloni*
Jose F. Bibiloni (DE No. 6261)