**Exhibit A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. \_\_\_** |

**ORDER (I) AUTHORIZING THE DEBTORS TO REJECT
EXECUTORY CONTRACTS WITH ORACLE AMERICA, INC.,
EFFECTIVE AS OF JUNE 30, 2020, AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors"), for entry of an order (this "Order"), pursuant to section 365(a) of the Bankruptcy Code, (i) authorizing the Debtors to reject the Rejected Contracts effective as of June 30, 2020 and (ii) granting related relief; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and entry of this Order being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and the Debtors having consented to the entry of a final order by this Court under Article III of the United States Constitution; and venue of this proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] All capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

appropriate under the circumstances and no other notice need be provided; and all objections to the Motion, if any, having been withdrawn, resolved or overruled; and the relief requested in the Motion being in the best interests of the Debtors' estates, their creditors and other parties in interest; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The relief requested in the Motion is GRANTED as set forth herein.

2. The Debtors are authorized, pursuant to section 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006, to reject the Rejected Contracts set forth on **Exhibit 1** attached hereto, effective with respect to each Rejected Contract as of June 30, 2020, and the Rejected Contracts are hereby rejected as of such date.

3. For the avoidance of doubt, by entry of this Order, the Debtors are not rejecting the Ordering Document, CPQ-900041-1, dated July 27, 2018, which governs the Oracle Planning and Budgeting Cloud Service, and such Ordering Document shall remain in full force and effect.

4. By entry of this Order, the Debtors do not waive any claims that they may have against Oracle as the counterparty to the Rejected Contracts, whether or not such claims arise under, are related to the rejection of, or are independent of the Rejected Contracts.

5. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed or construed as: (a) an admission as to the validity or priority or amount of any claim or lien against the Debtors; (b) a waiver or limitation of the Debtors' or any party in interest's rights to subsequently dispute such claim or lien on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or

admission that any particular claim is of a type specified or defined in the Motion or this Order; (e) an authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (f) a waiver or limitation of the Debtors' or any other party in interest's rights under the Bankruptcy Code or any other applicable law.

6. Notice of the Motion as provided therein shall be deemed good and sufficient and the requirements of Bankruptcy Rule 6006(c) and the Bankruptcy Rules are satisfied by such notice.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

8. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2020
      Wilmington, Delaware

THE HON. LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

**Exhibit 1**

**Rejected Contracts**

| | **COUNTERPARTY NAME AND ADDRESS** | **DEBTOR** | **REJECTED CONTRACTS** | **REJECTION DATE** |
|---|---|---|---|---|
| 1. | Oracle America, Inc. 500 Oracle Parkway Redwood Shores, CA 94065 | Boy Scouts of America | Ordering Document (CPQ-739243-1) to Oracle Cloud Services Agreement (US-CSA-272260) dated May 31, 2014, governing the following: Oracle Talent Acquisition Cloud Service, Oracle Human Capital Management Base Cloud Service, Oracle Fusion Goal Management Cloud Service, Oracle Fusion Talent Review and Succession Management Cloud Service, Oracle Fusion Workforce Compensation Cloud Service, Oracle Learning Cloud Service, dated March 4, 2018 | June 30, 2020 |
| 2. | Oracle America, Inc. 500 Oracle Parkway Redwood Shores, CA 94065 | Boy Scouts of America | Ordering Document (CPQ-1478452-1) to Oracle Cloud Services Agreement dated May 31, 2014, governing the following: Oracle Taleo Learn External User Cloud Service, dated February 6, 2020 | June 30, 2020 |