**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC,<br><br>          Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Civil Action No. 20-cv-00774 (RGA) |

**APPELLANTS' DESIGNATION OF ITEMS TO BE INCLUDED
IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES
PURSUANT TO FED. R. BANKR. P. 8009(a)**

**STATEMENT OF THE ISSUES ON APPEAL**

Pursuant to Fed. R. Bankr. P. 8009(a), and Rule 8009-1 of the Local Rules of Bankruptcy

Practice and Procedure of the United States Bankruptcy Court for the District of Delaware,

Century Indemnity Company ("Appellant") hereby submits its designation of the record and

statement of issues on appeal in connection with their appeal from the Orders granting Debtors'

Motion to Retain Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession

(Dkts. 744, 755, and 758):

1. Did the Bankruptcy Court err in granting Debtors' motion to retain Sidley Austin as its attorney pursuant to 11 USC § 327?

2. Did the Bankruptcy Court err in failing to apply the standard set out in Rule 1.7 to a conflict that was concurrent when it arose?

3. Did the Bankruptcy Court err in determining that a violation of Rule 1.9 of the Model Rules of Professional Responsibility did not require disqualification?

**DESIGNATION OF ITEMS TO BE INCLUDED
IN THE RECORD ON APPEAL**

Century designates the following pleadings and other documents as the record on appeal:

| Date Filed | DKT No. | Description |
|---|---|---|
| 02/18/2020 | 16<br>(104 pgs) | Affidavit/Declaration in Support of First Day Motion *Declaration of Brian Whittman in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings* Filed By Boy Scouts of America (Abbott, Derek) (Entered: 02/18/2020) |
| 02/18/2020 | 17<br>(18 pgs; 2 docs) | Exhibit(s) *Debtors' Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief* Filed by Boy Scouts of America. (Attachments: # 1 Exhibit A) (Abbott, Derek) (Entered: 02/18/2020) |
| 02/18/2020 | 20<br>(90 pgs) | Chapter 11 Plan of Reorganization *for Boy Scouts of America and Delaware BSA, LLC* Filed by Boy Scouts of America (Abbott, Derek) (Entered: 02/18/2020) |
| 02/18/2020 | 21<br>(82 pgs) | Disclosure Statement *for the Chapter 11 Plan of Reorganization for Boy Scouts of America and Delaware BSA, LLC* Filed by Boy Scouts of America (Abbott, Derek) (Entered: 02/18/2020) |
| 03/17/2020 | 204<br>(109 pgs; 5 docs) | Application/Motion to Employ/Retain Sidley Austin LLP as Attorneys Filed by Boy Scouts of America. Hearing scheduled for 4/15/2020 at 10:00 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #2, Wilmington, Delaware. Objections due by 3/31/2020. (Attachments: # 1 Notice # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C) (Topper, Paige) (Entered: 03/17/2020) |
| 04/08/2020 | 368<br>(4 pgs) | Limited Objection *to the Official Tort Claimants' Committe's Motion for an Order Clarifying the Requirements to Provide Access to Confidential or Privileged Information* (related document(s) 332) Filed by Century Indemnity Company (Stamoulis, Stamatios) (Entered: 04/08/2020) |
| 04/10/2020 | 388<br>(4 pgs) | Joinder *Limited Objection and Partial Joinder in Part to Limited Objection of Creditors First State Insurance Company and Twin City Fire Insurance Company and Party in Interest Hartford Accident and Indemnity Company to Debtors' Motions for Entry of an Order (1) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief* (related document(s) 17, 161) Filed by Century Indemnity Company. (Stamoulis, Stamatios) (Entered: 04/10/2020) |
| 04/14/2020 | 426<br>(38 pgs) | Objection to Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, Nunc Pro Tunc to the Petition Date (related |

| | | document(s)204) Filed by Century Indemnity Company (Stamoulis, Stamatios) (Entered: 04/14/2020) |
|---|---|---|
| 04/14/2020 | 427 | [SEALED] Declaration of Joshua R. Schwartz (related document(s)426) Filed by Century Indemnity Company. (Stamoulis, Stamatios) (Entered: 04/14/2020) |
| 04/14/2020 | 428 (107 pgs) | Declaration of Janine Panchok-Berry in Support of Century's Objections to Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, Nunc Pro Tunc to the Petition Date (related document(s)426) Filed by Century Indemnity Company. (Stamoulis, Stamatios) (Entered: 04/14/2020) |
| 04/14/2020 | 429 (9 pgs) | Declaration of Charles Slanina (related document(s)426) Filed by Century Indemnity Company. (Stamoulis, Stamatios) (Entered: 04/14/2020) |
| 04/15/2020 | 430 (10 pgs) | Motion to File Under Seal CERTAIN EXHIBITS TO ITS OBJECTION TO DEBTORS APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF SIDLEY AUSTIN LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION, NUNC PRO TUNC TO THE PETITION DATE [DKT No. 427] Filed by Century Indemnity Company. Objections due by 4/15/2020. (Stamoulis, Stamatios) (Entered: 04/15/2020) |
| 04/15/2020 | 431 (2 pgs) | Certification of Counsel Local Rule 9018-1 (related document(s)427, 430) Filed by Century Indemnity Company. (Stamoulis, Stamatios) (Entered: 04/15/2020) |
| 04/15/2020 | 432 (3 pgs) | Notice of Hearing NOTICE OF CENTURY INDEMNITY COMPANYS MOTION PURSUANT TO SECTIONS 105 AND 107(B) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9018 FOR AUTHORITY TO FILE UNDER SEAL EXHIBITS TO THE OBJECTION TO DEBTORS APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF SIDLEY AUSTIN LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION, NUNC PRO TUNC TO THE PETITION DATE (related document(s)427, 430) Filed by Century Indemnity Company. Objections due by 4/15/2020. (Stamoulis, Stamatios) (Entered: 04/15/2020) |
| 04/15/2020 | 437 (107 pgs) | Amended Declaration of Janine Panchok-Berry in Support of Century's Objection to Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, Nunc Pro Tunc to the Petition Date |

| | | |
|---|---|---|
| | | (related document(s)428) Filed by Century Indemnity Company. (Stamoulis, Stamatios) (Entered: 04/15/2020) |
| 04/17/2020 | 447 | Transcript regarding Hearing Held 4/15/2020 RE: Telephonic conference. Remote electronic access to the transcript is restricted until 7/16/2020. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For information about how to obtain a transcript, call the Clerk's Office or Contact the Court Reporter/Transcriber, Reliable, at Telephone number 302 654-8080.Notice of Intent to Request Redaction Deadline Due By 4/24/2020. Redaction Request Due By 5/8/2020. Redacted Transcript Submission Due By 5/18/2020. Transcript access will be restricted through 7/16/2020. |
| 04/23/2020 | 478 (2 pgs) | Notice of Hearing Regarding the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, Nunc Pro Tunc to the Petition Date (related document(s)204) Filed by Boy Scouts of America. Hearing scheduled for 5/4/2020 at 10:00 AM at US Bankruptcy Court, 824 Market St., 6th Fl., Courtroom #2, Wilmington, Delaware. |
| 04/27/2020 | 489 (12 pgs; 2 docs) | Objection United States Trustees Omnibus Response and Reservation of Rights Regarding Centurys Motion For Entry Of An Order Authorizing Century To File Under Seal Certain Exhibits To Its Objection To Debtors Application For Order Authorizing The Retention And Employment Of Sidley Austin LLP As Attorneys For The Debtors And Debtors In Possession, Nunc Pro Tunc To The Petition Date (related document(s)204, 427, 430) Filed by U.S. Trustee (Attachments: # 1 Certificate of Service) (Buchbinder, David) (Entered: 04/27/2020) |
| 04/27/2020 | 493 (12 pgs) | Affidavit/Declaration of Mailing re: Revised Notice of Hearing of the Debtors Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, Nunc Pro Tunc to the Petition Date [Docket No. 478]. Filed by Omni Agent Solutions, Inc.. (related document(s)478) (Osborne, Brian) (Entered: 04/27/2020) |
| 04/28/2020 | 497 (5 pgs) | Reply Debtors' Reply in Further Support of the Their Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, Nunc Pro Tunc to the Petition Date (related document(s)204, 426) Filed by Boy Scouts of America (Topper, Paige) (Entered: 04/28/2020) |

| | | |
|---|---|---|
| 04/28/2020 | 498<br>(53 pgs) | Response by Sidley Austin LLP in Further Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors-in-Possession, Nunc Pro Tunc to the Petition Date (related document(s)204, 426) Filed by Sidley Austin LLP (Simon, Christopher) (Entered: 04/28/2020) |
| 04/28/2020 | 499<br>(6 pgs) | Declaration in Support Declaration of Brian Whittman in Support of Reply in Further Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, Nunc Pro Tunc to the Petition Date (related document(s)497) Filed by Boy Scouts of America. (Topper, Paige) (Entered: 04/28/2020) |
| 04/28/2020 | 500<br>(33 pgs; 6 docs) | Declaration in Support //Declaration of Jessica C.K. Boelter in Support of Response by Sidley Austin LLP in Further Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, Nunc Pro Tunc to the Petition Date (related document(s)498) Filed by Sidley Austin LLP. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5) (Simon, Christopher) (Entered: 04/28/2020) |
| 04/28/2020 | 501<br>(5 pgs; 2 docs) | Motion for Leave to Exceed Any Page Limitations with Respect to the Response by Sidley Austin LLP in Further Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors-in-Possession, Nunc Pro Tunc to the Petition Date (related document(s)204, 426,[498] Filed by Sidley Austin LLP. (Attachments: # 1 Exhibit A) (Simon, Christopher) Modified on 4/28/2020 (NAB). (Entered: 04/28/2020) |
| 04/28/2020 | 502<br>(1 pg) | Motion to Appear pro hac vice of James W. Ducayet, Esq. of Sidley Austin LLP. Receipt Number 31129089, Filed by Sidley Austin LLP. (Simon, Christopher) (Entered: 04/28/2020) |
| 04/28/2020 | 503<br>(4 pgs; 2 docs) | Motion for Leave to Submit in camera Certain Portions of the Response by Sidley Austin LLP in Further Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors-in-Possession, Nunc Pro Tunc to the Petition Date and Related Materials (related document(s)498) Filed by Sidley Austin LLP. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit A) (Simon, Christopher) (Entered: 04/28/2020) |
| 04/28/2020 | 504 (1 pg) | Order Granting Motion for Admission pro hac vice of James W. Ducayet (Related Doc # 502) Order Signed on 4/28/2020. (CMB) (Entered: 04/28/2020) |
| 04/29/2020 | 509 (3 pgs; 2 docs) | Exhibit(s) //Notice of Filing of Sidley Austin LLP's Witness List in Connection with Hearing on Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, Nunc Pro Tunc to the Petition Date (related document(s) 204) Filed by Sidley Austin LLP. (Attachments: # 1 Exhibit A) (Simon, Christopher) (Entered: 04/29/2020) |
| 04/30/2020 | 519 (3 pgs) | Notice of Intent to Present Certain Witnesses at Retention Hearing (related document(s) 204) Filed by Century Indemnity Company. (Stamoulis, Stamatios) (Entered: 04/30/2020) |
| 04/30/2020 | 520 (2 pgs) | Notice of Withdrawal of Status Report in Connection with Hearing on Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, Nunc Pro Tunc to the Petition Date (related document(s) 518) Filed by Sidley Austin LLP. (Simon, Christopher) (Entered: 04/30/2020) |
| 05/01/2020 | 529 (53 pgs) | Response by Sidley Austin LLP in Further Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors-in-Possession, Nunc Pro Tunc to the Petition Date [UNREDACTED VERSION] (related document(s) 204, 426, 498) Filed by Sidley Austin LLP (Simon, Christopher) (Entered: 05/01/2020) |
| 05/01/2020 | 531 (48 pgs) | Notice of Filing of Proposed Redacted Version of Document Declaration in Support //Declaration of Nancy B. Rapoport in Support of Response by Sidley Austin LLP in Further Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors-in-Possession, Nunc Pro Tunc to the Petition Date (related document(s) 498, 529) Filed by Sidley Austin LLP. (Simon, Christopher) Modified docket text on 5/4/2020 (NAB). (Entered: 05/01/2020) |
| 05/01/2020 | 532 (81 pgs; 14 docs) | Notice of Filing of Proposed Redacted Version of Document Declaration in Support //Declaration of William M. Sneed in Support of Response by Sidley Austin LLP in Further Support of the Debtors' Application for Entry of an |

| | | |
|---|---|---|
| | | Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors-in-Possession, Nunc Pro Tunc to the Petition Date (related document(s) 498, 529) Filed by Sidley Austin LLP. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13) (Simon, Christopher) Modified docket text on 5/4/2020 (NAB). (Entered: 05/01/2020) |
| 05/01/2020 | 534 | [SEALED] //Declaration of Nancy B. Rapoport in Support of Response by Sidley Austin LLP in Further Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors-in-Possession, Nunc Pro Tunc to the Petition Date (related document(s)498, 529) Filed by Sidley Austin LLP. (Simon, Christopher) (Entered: 05/01/2020) |
| 05/01/2020 | 535 | [SEALED] Declaration in Support //Declaration of William M. Sneed in Support of Response by Sidley Austin LLP in Further Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors-in-Possession, Nunc Pro Tunc to the Petition Date (related document(s)498, 529) Filed by Sidley Austin LLP. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13) (Simon, Christopher) 20 (NAB). Modified on 5/4/2020 (NAB). (Entered: 05/01/2020) |
| 05/01/2020 | 536 (6 pgs; 2 docs) | Motion to File Under Seal//Sidley Austin LLP's Motion to Seal the Declarations of William M. Sneed and Nancy B. Rapoport and Accompanying Exhibits [Re: Docket Nos. 534 & 535] Filed by Sidley Austin LLP. (Attachments: # 1 Exhibit A) (Simon, Christopher) (Entered: 05/01/2020) |
| 05/02/2020 | 539 (83 pgs) | Declaration of Joshua R. Schwartz (Revised Public Version) (related document(s) 427) Filed by Century Indemnity Company. (Stamoulis, Stamatios) (Entered: 05/02/2020) |
| 05/02/2020 | 540 (31 pgs) | Declaration of Ann Rappleye Regarding Proposed Retention of Sidley Austin LLP (related document(s) 204) Filed by Century Indemnity Company. (Stamoulis, Stamatios) (Entered: 05/02/2020) |
| 05/03/2020 | 542 (9 pgs; 2 docs) | Declaration of Christopher Celentano Regarding Proposed Retention of Sidley Austin LLP (related document(s) 204) |

| | | Filed by Century Indemnity Company. (Attachments: # 1 Exhibit 1) (Stamoulis, Stamatios) (Entered: 05/03/2020) |
|---|---|---|
| 05/06/2020 | 572 | Transcript regarding Hearing Held 5/4/2020 RE: Telephonic. Remote electronic access to the transcript is restricted until 8/4/2020. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For information about how to obtain a transcript, call the Clerk's Office or Contact the Court Reporter/Transcriber, Reliable, at Telephone number (302)654-8080. Filed by . Notice of Intent to Request Redaction Deadline Due By 5/13/2020. Redaction Request Due By 5/27/2020. Redacted Transcript Submission Due By 6/8/2020. Transcript access will be restricted through 8/4/2020. (GM) (Entered: 05/06/2020) |
| 05/06/2020 | 573 (34 pgs; 4 docs) | Exhibit(s) //Notice of Supplemental Authority by Sidley Austin LLP in Further Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, Nunc Pro Tunc to the Petition Date (related document(s) 204, 426, 498) Filed by Sidley Austin LLP. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Certificate of Service) (Simon, Christopher) (Entered: 05/06/2020) |
| 05/06/2020 | 574 (10 pgs) | Response to Issues Raised by Court During Evidentiary Hearing (related document(s)204) Filed by Century Indemnity Company (Stamoulis, Stamatios) (Entered: 05/06/2020) |
| 05/08/2020 | 591 | Transcript regarding Hearing Held 5/6/2020 RE: Telephonic. Remote electronic access to the transcript is restricted until 8/6/2020. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For information about how to obtain a transcript, call the Clerk's Office or Contact the Court Reporter/Transcriber, Reliable, at Telephone number (302)654-8080. Filed by . Notice of Intent to Request Redaction Deadline Due By 5/15/2020. Redaction Request Due By 5/29/2020. Redacted Transcript Submission Due By 6/8/2020. Transcript access will be restricted through 8/6/2020. (GM) (Entered: 05/08/2020) |
| 05/08/2020 | 593 (26 pgs; 2 docs) | Notice of Filing of Final Redacted Version of Exhibit 1 to Joshua R. Schwartz Declaration (related document(s)539) Filed by Century Indemnity Company. (Attachments: # 1 Exhibit Revised Redaction to Schwartz Exhibit 1) (Stamoulis, Stamatios) (Entered: 05/08/2020) |
| 05/13/2020 | 617 (31 pgs; 3 docs) | Motion for Leave *to File Debtors Reply in Support of Their Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief* |

| | | |
|---|---|---|
| | | (related document(s) 17, 161, 164, 166, 316, 388) Filed by Boy Scouts of America, Delaware BSA, LLC. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Moats, Eric) (Entered: 05/13/2020) |
| 05/15/2020 | 640 (43 pgs; 3 docs) | Exhibit(s) *Notice of Filing of Revised Mediation Order* (related document(s)17, 161, 164, 166, 316, 388, 617) Filed by Boy Scouts of America. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Moats, Eric) (Entered: 05/15/2020) |
| 05/15/2020 | 646 (21 pgs; 2 docs) | Supplemental Objection *Regarding Motion for Appointment of Mediator* (related document(s) 17) Filed by Century Indemnity Company (Attachments: # 1 Appendix A) (Stamoulis, Stamatios) (Entered: 05/15/2020) |
| 05/15/2020 | 656 (10 pgs) | Objection *to Debtors Motion, Pursuant to 11 U.S.C. § 502(B)(9), Bankruptcy Rules 2002 and 3003(C)(3), and Local Rules 2002-1(E), 3001-1, and 3003-1 for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (Ii) Establish the Form and Manner of Notice Thereof, (Iii) Approve Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Victims, and (Iv) Approve Confidentiality Procedures for Abuse Victims* (related document(s) 18, 557, 630) Filed by Century Indemnity Company (Stamoulis, Stamatios) (Entered: 05/15/2020) |
| 05/17/2020 | 664 (24 pgs; 3 docs) | Declaration in Support Declaration of Adrian C. Azer in Support of Debtors Motion for Entry of an Order (I) Appointing a Judicial Mediator, (II) Referring Certain Matters to Mandatory Mediation, and (III) Granting Related Relief (related document(s) 17, 161, 164, 166, 316, 388, 617) Filed by Boy Scouts of America. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2) (Moats, Eric) Modified docket text on 5/19/2020 (NAB). (Entered: 05/17/2020) |
| 05/20/2020 | 675 | Transcript regarding Hearing Held 5/18/2020 |
| 05/27/2020 | 697 (19 pgs) | Objection *to Proposed Protective Order* (related document(s) 613) Filed by Century Indemnity Company (Stamoulis, Stamatios) (Entered: 05/27/2020) |
| 06/01/2020 | 744 | Transcript regarding Hearing Held 5/29/2020 RE: Omnibus. Remote electronic access to the transcript is restricted until 8/31/2020. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For information about how to obtain a transcript, call the Clerk's Office or Contact the Court Reporter/Transcriber, Reliable, at Telephone number (302)654-8080. Filed by . Notice of Intent to Request Redaction Deadline Due By 6/8/2020. Redaction Request Due By 6/22/2020. Redacted Transcript Submission Due By 7/2/2020. Transcript access will be restricted through 8/31/2020. (GM) (Entered: 06/01/2020) |

| 06/02/2020 | 755<br>(16 pgs) | Bench Ruling Delivered May 29, 2020 on Debtors Application to Retain Sidley Austin LLP as Attorneys for the Debtors and Debtors In Possession (related document(s) 204) Order Signed on 6/2/2020. (CMB) (Entered: 06/02/2020) |
|---|---|---|
| 06/02/2020 | 758<br>(2 pgs) | Order Authorizing the Retention and Employment of Sidley Austin LLP As Attorneys for the Debtors and Debtors In Possession, Nunc Pro Tunc to the Petition Date (Related Doc # 204)(related document(s)755) Order Signed on 6/2/2020. (CMB) (Entered: 06/02/2020) |
| 06/11/2020 | 837<br>(21 pgs; 3 docs) | Notice of Appeal *(DC CA 20-798, BAP 20-14)*. Fee Amount $298. (related document(s)447, 572, 591, 744, 755, 758) Appellants listed as: Century Indemnity Company. Appellees listed as: Boy Scouts of America and Delaware BSA LLC ("Debtors"). Filed by Century Indemnity Company. (Attachments: # 1 Exhibit A - Bench Ruling # 2 Exhibit B - Order Authorizing Retention) (Stamoulis, Stamatios) Modified on 6/12/2020 (JS). (Entered: 06/11/2020) |
| 02/18/2020 | **Adversary Proceeding No. 20-50527**<br>Dkt. 7<br>(55 pgs) | Brief *The BSA's Opening Brief In Support of Motion for a Preliminary Injunction Pursuant to Sections 105(a) and 362 of the Bankruptcy Code* (related document(s) 6) Filed by Boy Scouts of America. (Abbott, Derek) (Entered: 02/18/2020) |

Dated:  June 25, 2020

Respectfully Submitted,

By:   */s/ Stamatios Stamoulis*
        Stamatios Stamoulis (#4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware  19801
Telephone:   302 999 1540
Facsimile:    302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Janine Panchok-Berry (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York  10036-6537
Telephone:   212 326 2000
Facsimile:    212 326 2061

*Counsel for Century Indemnity Company, as*
*successor to CCI Insurance Company, as*
*successor to Insurance Company of North*
*America and Indemnity Insurance Company of*
*North America, Westchester Fire Insurance*
*Company and Westchester Surplus Lines*
*Insurance Company*