FILED

2020 JUN 26 AM 9:25

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

BOY SCOUTS OF AMERICA AND
DELAWARE BSA, LLC,

    Debtors.

CASE No. 20-10343 (LSS)

Chapter 11

Jointly Administered

Related to Doc No. 729

NOTICE OF MAILING
REQUIREMENT FOR ALL
INTERESTED PARTIES

TO: Bankruptcy Court Clerk
    Any and All Interested Parties

    PLEASE TAKE NOTICE, that DANIEL JERIMIAH SIMMS Creditor pro se and NICHOLAS EDWARD KARELSEN Co-Creditor pro se ("Creditors"), do hereby require all filings and documents sent to Creditors have a clearly identifiable Name and Return

Address of the Party sending it and to be clearly marked "LEGAL MAIL," "Confidential/Legal," or "Private/Legal." Creditors are having legal documents sent that are being rejected due to no return address or name of the individual sending it, and the confidential legal information is being opened and numerous unknown parties are able to read it unless it is clearly identified as "Legal." Accordingly you are Notified that all future mailings should have a clearly identified Name and Address of the sender, with a clearly stamped/written "Legal Mail" notice on the face of the envelope.

DATED and SIGNED this ___21___ day of __June__, 2020.

Notified By:
*Daniel J. Simms*
DANIEL J. SIMMS, Creditor pro se
#795743 D-G-6
Clallam Bay Corr. Center
1830 Eagle Crest Way
Clallam Bay, WA 98326
(360)203-1427
(360)203-1500/CBCC Main
www.jpay.com

NICHOLAS E. KARELSEN, Creditor pro se
#402985 D-G-5
Clallam Bay Corr. Center
1830 Eagle Crest Way
Clallam Bay, WA 98326
(360)203-1427
(360)203-1500/CBCC Main
www.jpay.com

### CERTIFICATE OF SERVICE

I, DANIEL JERIMIAH SIMMS, hereby certify that on the date below, I caused the foregoing, "NOTICE OF MAILING REQUIREMENT FOR ALL INTERESTED PARTIES" in the institutional

legal mail system, to be delivered via U.S. Postal Service, to the following parties: DEREK C. ABBOTT, Attorney for Boy Scouts of America, 1201 N. Market Street, P.O. Box 1347, Wilmington, DE, 19899; OMNI AGENT SOLUTIONS, Claims Agent for BSA, 5955 DeSoto Avenue, Suite #100, Woodland Hills, CA, 91367; U.S. Bankruptcy Court Clerk, U.S. Bankruptcy Court, District of Delaware, 824 Market Street N., 3rd Floor, Wilmington, DE, 19801; and NICHOLAS E. KARELSEN was personally served notice.

   I declare under penalty of perjury pursuant the laws of the United States of America that the foregoing is true and correct.

DATED at Clallam Bay, Washington, this __21__ day of __June__, 2020.

Certified By:
*Daniel J. Simms*
DANIEL J. SIMMS, Creditor pro se