# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Ref. Docket No. 868 |

**SUPPLEMENT TO DEBTORS' OMNIBUS APPLICATION
FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION
AND EMPLOYMENT OF APPRAISERS FOR THE DEBTORS AND
DEBTORS IN POSSESSION, *NUNC PRO TUNC* TO JUNE 18, 2020**

   **PLEASE TAKE NOTICE** that, on June 18, 2020, the Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors"), filed the *Debtors' Omnibus Application for Entry of an Order Authorizing the Retention and Employment of Appraisers for the Debtors and Debtors in Possession,* Nunc Pro Tunc *to June 18, 2020* [Docket No. 868] (the "Omnibus Application").[2]

   **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Omnibus Application, the Debtors submit this supplement to the Omnibus Application in advance of the hearing thereon.

   **PLEASE TAKE FURTHER NOTICE** that the Debtors have appended copies of the following documents to this supplement as **Exhibits 1**, **2**, **3** and **4**, respectively:

    (1)  a revised version of the Dawn M. Powell Engagement Letter;[3]

    (2)  a revised version of the F.I. Salter Engagement Letter;[4]

    (3)  the BW Ferguson & Associates Engagement Letter; and

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Omnibus Application.

[3] The Dawn M. Powell Engagement Letter has been revised to include the hourly rate of Dawn M. Powell, AACI for additional work, including court testimony, of CAD $200 per hour plus expenses.

[4] The F.I. Salter Engagement Letter has been revised to include the hourly rate of Ann Heimbach, MAI for additional work, including court testimony and consulting, of $200 per hour plus expenses.

 (4) the declaration of Brett William Ferguson in support of BW Ferguson's retention and employment as the Appraiser for the Bissett, Manitoba base of Northern Tier.

| | |
|---|---|
| Dated: June 29, 2020<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Eric W. Moats*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 425-4664<br>Email: dabbott@mnat.com<br>   aremming@mnat.com<br>   emoats@mnat.com<br>   ptopper@mnat.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Jessica C. K. Boelter (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-5300<br>Email: jboelter@sidley.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Thomas A. Labuda (admitted *pro hac vice*)<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Email: tlabuda@sidley.com<br>   mandolina@sidley.com<br>   mlinder@sidley.com<br>   blair.warner@sidley.com<br><br>COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION |