## Exhibit 1

**Revised Dawn M. Powell Engagement Letter**



17 June 2020

Steven McGowan
Boy Scouts of America
1325 W. Walnut Hill Lane
Irving, TX   75038

        RE:    Quotation/Letter of Engagement  for Appraisal Services
               Summer Camp/Resort on Perch Lake
               District of Rainy River, Atikokan Youth Ventures Inc.

Further to your recent request, we are pleased to submit a proposal for appraisal services relative to the above-captioned recreational waterfront property on Perch Lake, in the District of Rainy River.  It is our understanding that the purpose of the appraisal report is to estimate the current market value of the above-captioned property; the intent of which is to provide a basis for settlement of litigation.

I have the knowledge and experience to complete the assignment competently.

There are three accepted technical approaches to value that are utilized in estimating property value. These include:

1.  The Cost Approach which is based on the depreciated cost of the building and improvements plus the estimate land value.

2.  The Income Approach which is based on the premise that value is equivalent to the present worth of the income stream that the property is capable of producing when developed to its Highest and Best Use.

3.  The Direct Comparison Approach which is based on the proposition that an informed purchaser would pay no more for a property than the cost of acquiring another existing with the same utility.  The value estimate is based on a study of selling, listing, or offered prices of comparable properties

154 South High St.
Thunder Bay, Ontario
P 7 B 3 K 5
TEL. (807) 343-7987
FAX (807) 343-7945
Email: powellco@tbaytel.net

...2/

Boy Scouts of America.                - 2 -                17 June 2020

We have been advised that this recreational camp/resort property is not operating. Therefore, the Income Approach to Value cannot be completed. Also, due to the age and condition of the improvements. The accurate measurement of reproduction cost new and accrued depreciation from all sources is a difficult task. In this regard, the Cost Approach to Value cannot be completed.

The most relevant method of valuation in this instance is the Direct Comparison Approach.

The estimated fee to complete the appraisal report will be $ 7,500 CDN plus expenses/disbursements, plus HST (if applicable). Expenses include:

1. An electronically signed pdf copy of the report will be emailed to you upon receipt of payment of the invoice.
2. A hard copy of the report can be provided, upon request.
3. Registry office fees to verify subject and comparable sales.
4. MPAC, geowarehouse, Thunder Bay Real Estate Board, general expenses, etc.
5. Mileage and travel costs to inspect the property.

Total expenses and disbursements are not expected to exceed $ 1,000.00 (CDN). The total cost will not exceed $ 7,500 CDN plus HST without prior authorization of the client. Requests for additional work, court testimony, or modifications to the report, after report delivery, may require additional fees. The hourly rate for Dawn M .Powell, AACI for additional work including court testimony is $ 200.00 (CDN) plus expenses.

The following information will ensure timely completion of the report.

1. Copy of Tax Bill
2. Survey or site plan, if available
3. Environmental Assessment Report, if available
4. Building Condition Report, if available
5. Building Drawings, if available
6. Name and telephone number for contact person to arrange inspection

Appraisal assignments coming into this office are completed in the order that they are received. Some assignments take longer than others which may delay delivery of your report. Although we cannot guarantee a specific delivery date, every attempt will be made to have your report completed within three to four weeks from the date of inspection. If you wish us to proceed, please sign the "authorization to proceed" and return by email or fax (807) 343-7945. The account is to be paid n full, before the final report is released.

...3/

Boy Scouts of America                - 3 -                17 June 2020

Dawn M. Powell Appraisals Inc. takes privacy very seriously. We collect personal information to better serve our customers, for security reasons, and to provide customers and potential customers with information about our services. We would like to have a lifelong relationship of good service with our customers, and for that reason we may retain any personal information provided for as long as necessary to provide our services and respect our obligations to governmental agencies and other third parties.

The information will remain confidential to Dawn M. Powell Appraisals Inc., to businesses working for us, and to any organization that acquires part or all of our business, provided that they agree to comply with our privacy policy. By accepting this quotation, you are agreeing to maintain the confidentiality and privacy of any personal information contained herein and to comply in all material respects with the contents of our Privacy Policy.  If you wish to see a copy of our Privacy Policy, or have privacy questions or concerns, please contact the Privacy Officer by phoning (807) 343-7987 or by e-mail at: powellco@tbaytel.net.

Thank you for considering Powell Appraisals for this assignment. If you have any questions about this quotation, please do not hesitate to call.

---

AUTHORIZATION TO PROCEED
RECREATIONAL CAMP/RESORT ON PERCH LAKE
DISTRICT OF RAINY RIVER (ATIKOKAN YOUTH VENTURES INC.)

Please proceed with the aforementioned appraisal assignment, as outlined on Pages 1, 2 and 3 under the specified terms.  Payment Terms: <u>The account is to be paid in full before the report is released.</u>

    Authorized by:_____
    I am authorized to sign on behalf of Boy Scouts
    of America

    Date: _____

---

    Yours truly,

    DAWN M. POWELL APPRAISALS INC.

\Qual Attached    Dawn M. Powell, AACI, P.App., BA(Hons), MSc.

DAWN M. POWELL, AACI, P.App. BA (Hons), MSc.
Dawn M. Powell Appraisals Inc.
154 South High Street, Thunder Bay, ON   P7B 3K5

EDUCATION AND SKILLS

- MSc. Real Estate Appraisal, University of St. Thomas, Minneapolis, MN
- BA(Hons) Lakehead University, Thunder Bay, ON
- Member of the Appraisal Institute of Canada since 1978
- Member of the Appraisal Institute (USA), Chicago
- Awarded AACI (Accredited Appraisal Canadian Institute) in July of 1987 - No. 2582
- Awarded the designation P.App by the Appraisal Institute of Canada
- Recertified under mandatory continuing education program of AIC
- Awarded PLE (Professional Land Economist) by the Association of Ontario Land Economists
- Member of the Ontario Real Estate Association
- Member of Real Estate Institute of Canada
- Board member, Ontario Association Appraisal Institute of Canada 1987/89
- Chair, Thunder Bay Chapter Appraisal Institute of Canada

EMPLOYMENT HISTORY

October 1987 - Present

Dawn M. Powell is President of Dawn M. Powell Appraisals Inc., an independent fee appraisal and consulting firm involved exclusively in the appraisal of commercial, industrial, and residential properties, feasibility studies and various real estate studies and consulting services throughout Northwestern Ontario from the Manitoba border to Sault Ste. Marie and points north.

March 1986 - September 1987

During this period, Dawn Powell was employed by Royal Trust, Thunder Bay, as Area Manager, Lending.  This position involved the appraisal of commercial and residential properties, mortgage underwriting, portfolio management, security evaluation, loan supervision, business development and sales.

1978 - March 1986

Real Estate Appraiser - Thunder Bay, Ontario.

Real estate appraising, primarily on a comprehensive basis of commercial/industrial property for various functions, i.e., financing, litigation, assessment appeals, establishing listing and sale prices, estates, etc. She was also involved in feasibility studies, research and property management.