## Exhibit 2

**Revised F.I. Salter Engagement Letter**

**Est. 1890**
**F.I. SALTER**
800B West Railroad Street • Duluth, MN 55802
(218) 722-5556 • www.fisalter.com

June 18, 2020

Mr. Steven McGowan
Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX 75038

Via Email Only

Re:  Engagement Letter for Ely, Minnesota Base of the Northern Tier Appraisal

Dear Mr. McGowan:

Ann Heimbach, MAI and F.I. Salter Real Estate agree to perform appraisals on the following parcels which encompass the above noted property in Lake County:

28-6409-28490

28-6409-28550

28-6409-28790

28-6409-29910

28-6409-29930

28-6409-29933

The anticipated completion date for the project is 4 to 6 weeks from final authorization to begin work.  The total fee estimate for the project is $5,000 to $8,000. The hourly rate of Ann Heimbach, MAI for additional work, including court testimony and consulting, is $200 per hour plus expenses.

We appreciate the opportunity to work on the project.  Please indicate your agreement with the terms and provide a contact at the property so that I can arrange a site visit.

Ann M. Heimbach, MAI
Certified General Real Property Appraiser
MN License #20129249