# Exhibit 3

**BW Ferguson & Associates Engagement Letter**



June 19, 2020

BOY SCOUTS OF AMERICA
1325 w. Walnut Hill Lane
Irving, TX    75038

Attention: Steve McGowan

RE:   BOY SCOUTS OF AMERICA PROPERTY
      MARKET VALUE APPRAISAL OF LAND & BUILDINGS LOCATED AT
      LOT 1 PLAN 23662 AND LOT 13 BLOCK 124 PLAN 3622
      BISSETT, MANITOBA, CANADA

Thank you for the opportunity to provide you with our proposal to appraise the above-noted property.

**TERMS OF REFERENCE**

We understand that the current market value of the fee simple interest in the above-referenced property is to be determined. By agreement, the report produced will be completed in accordance with the Canadian Uniform Standards of Professional Appraisal Practice (CUSPAP).

**DEFINITION OF MARKET VALUE**

According to the Appraisal Institute of Canada, market value is defined as "the most probable price which a property should bring in a competitive and open market as of the specified date under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus."

Implicit in this definition is the consummation of a sale as of a specific date and the passing of title from seller to buyer under conditions whereby:

- buyer and seller are typically motivated;
- both parties are well informed or well advised, and acting in what they consider their best interests;
- a reasonable time is allowed for exposure in the open market;
- payment is made in terms of cash in Canadian dollars or in terms of financial arrangements comparable thereto; and
- the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.



## SCOPE OF THE APPRAISAL

In the process of preparing the appraisal, we will have:

- inspected the subject property;
- confirmed current zoning and official plan regulations;
- estimated the highest and best use of the property;
- ascertained transactions and sale prices for comparable properties; and
- examined market conditions and analyzed their potential effect on the properties.

We understand that the purpose of the appraisal is to estimate the current market value of the unencumbered fee simple interest in the property. The intended use is to assist the client with matters relating to foreclosure.

## INFORMATION REQUIRED

As part of the assignment, the following items are requested (if available) to assist with the valuation analysis.

- Plan of survey, building plans, outstanding liens and/or work orders, permits and pending applications for building permits, rezoning or amendments to the Official Plan;
- Offers to Purchase, solicited or unsolicited, and Agreements of Purchase and Sale, executed and pending;
- Building condition reports;
- Information on capital expenditures of the subject property over the past five years;
- Any reports that address the environmental condition of the subject property;
- Any other information that would be pertinent in establishing a market value for the property.

## TIMING

We anticipate being able to complete and deliver the appraisal within six weeks from the date of our receiving formal written acceptance of this proposal and retainer fees as outlined on the following page.

If during the preparation of the report any outside architectural, engineering, soil tests, legal or other professional inputs become desirable and necessary adjuncts to our reports, you will be notified immediately. However, no expenditure or contractual agreement would be incurred or entered into, without your prior written authorization.

2



PROFESSIONAL FEES

| | |
|---|---:|
| Professional Fee – Market Value Appraisal Report | $5,500.00 |
| Disbursements | 500.00 |
| Goods & Services Tax (5.0%) | 300.00 |
| **Total Fee** | **$6,300.00** |

Any additional services required over and above the scope of work would be charged out at an hourly rate of $275.00 per hour. Please note that the fee is not contingent upon the conclusions reached.

<u>A retainer in the amount of $2,500 will be required to initiate the engagement of services</u>. The balance of the fee is due and payable upon final report delivery. Please note that the fees quoted are not contingent upon the conclusions reached.

Please sign and return one copy of this letter as authorization to proceed with the assignment and to acknowledge your agreement. If you have any questions or concerns, please feel free to call me directly at 204-781-6155.

Respectfully submitted,

Brett W. Ferguson BSc, AACI, Papp, MRICS

---

**Quote for Professional Services – BW Ferguson & Associates Ltd.**

Prepared for: Boy Scouts of America c/o Mr. Steve McGowan, 1325 W. Walnut Lane, Irving, TX
Re: Appraisal of Boy Scouts of America property – Bissett, Manitoba, Canada

ACKNOWLEDGED AND AGREED


Per:_____            _____
Authorized Signing Officer                                              Date

3





**Brett Ferguson, B.SC., AACI, P.APP, MRICS**
**Principal**

Direct 204 781 6155
Email: brett@bwferguson.ca
Website: www.bwferguson.ca

Brett Ferguson has over 30 years of experience in real estate valuation. Brett is the principal of BW Ferguson & Associates Ltd (founded 2001), providing real estate valuation and consulting services to a wide spectrum of clients in the local marketplace.

Early in his career, Brett served 15 years with Canada Mortgage and Housing Corporation, providing valuation advice in the areas of mortgage underwriting, portfolio management and non-profit housing. A subsequent move to the private sector allowed Brett to serve as Vice President with Stevenson Advisors, managing the operations of a team of valuation consultants. From 2012–2015 Brett also served as the Managing Director of Cushman Wakefield's Winnipeg commercial real estate brokerage operations.

**Experience Highlights**

Over his career, Brett has been involved in a wide range of real estate valuation and consulting assignments in both the public and private sectors. The focus of these studies has varied from feasibility and market analysis reports for land developments to arbitration representation, dispute settlement and litigation support. In addition, he has extensive experience in the valuation of development land, special-use properties and seniors housing.

Brett's clients include private owners and investors, REIT's, corporations, developers, municipal, provincial and federal governments and financial lending organizations.

Brett is recognized as an expert witness in real estate valuation and has represented both private and government clients before the courts, boards and tribunals that include the Court of Queen's Bench, the Manitoba Municipal Board, the Land Value Appraisal Commission and the federal PILT Dispute Advisory Panel.

**Education, Affiliations & Volunteer activities**

Brett holds a Bachelor of Science degree in Statistics and Geography, and a Certificate in Management Studies from the University of Winnipeg. He is an accredited member of both the Appraisal Institute of Canada (AACI, P.App) and the Royal Institute of Chartered Surveyors (MRICS).

Brett is a past president of the Manitoba Association of the Appraisal Institute of Canada and has served as a volunteer Advisory Board member for the Salvation Army.