# **EXHIBIT A**

First Quarterly Statement of Compensation
of Ordinary Course Professionals

**Boy Scouts of America**
**Ordinary Course Professional Payments (2/18/2020 - 5/31/2020)**

| Professional Firm Name | | Feb-20 | Mar-20 | Apr-20 | May-20 | Total Compensation | Average Monthly Compensation | OCP Tier |
|---|---|---|---|---|---|---|---|---|
| STEPTOE & JOHNSON PLLC | (1) | $ - | $ - | $ - | $ 77,512 | $ 77,512 | $ 22,706 | Tier 1 |
| WILLIS TOWERS WATSON INC | | - | 14,000 | 7,538 | - | 21,538 | 6,309 | Tier 1 |
| STITES & HARBISON PLLC | (2) | - | - | - | 58,759 | 58,759 | 17,212 | Tier 2 |
| BAX ADVISORS LLC | (3) | - | - | - | 33,705 | 33,705 | 9,873 | Tier 2 |
| LCG ASSOCIATES INC | | - | 12,500 | - | - | 12,500 | 3,662 | Tier 2 |
| CIVILLE & TANG PLLC | | - | - | - | 6,673 | 6,673 | 1,955 | Tier 2 |
| SCHEPER KIM & HARRIS LLP | | - | - | - | 3,493 | 3,493 | 1,023 | Tier 2 |
| HEPLERBROOM LLC | | - | - | - | 1,836 | 1,836 | 538 | Tier 2 |
| LEWIS BRISBOIS BISGAARD & SMITH | | - | - | - | 1,716 | 1,716 | 503 | Tier 2 |
| VERNIS & BOWLING OF THE FL KEYS | | - | - | - | 1,682 | 1,682 | 493 | Tier 2 |
| CLARKE SLIVERGLATE PA | | - | - | - | 1,175 | 1,175 | 344 | Tier 2 |
| HINSHAW & CULBERTSON LLP | | - | - | - | 400 | 400 | 117 | Tier 2 |
| **Total** | | $ - | $ 26,500 | $ 7,538 | $ 186,951 | $ 220,989 | $ 64,734 | |

Footnotes:
(1) Includes retainer applications of $14,523
(2) Includes retainer applications of $20,597
(3) Includes retainer applications of $33,705