# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC | ) | |
| | ) | Jointly Administered |
| | ) | |

**SUPPLEMENTAL DECLARATION OF PAUL A. FINN, MEDIATOR, PURSUANT TO RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE WITH RESPECT TO DEBTOR'S MOTION FOR ENTRY OF AN ORDER (I) APPOINTING MEDIATORS, (II) REFERRING CERTAIN MATTERS TO MANADATORY MEDIATION, AND (III) GRANTING RELATED RELIEF**

I, Paul A. Finn, declare under penalty of perjury, that the following is true to the best of my knowledge and belief.

1. On May 22, 2020, I filed my original declaration pursuant to Rule 2014 with this Honorable Court.

2. Pursuant to the Paragraph 8 of my original attachment i.e., *I will promptly supplement the information contained herein when asked by the Court or as new information becomes available,* I am submitting this supplemental declaration.

3. The supplemental declaration is contained in Attachment "A" and is incorporated by reference herein.

PURSUANT TO 28 U.S.C. § 1746 I DECLARE UNDER PENEALY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Dated: June 26, 2020

*/s/ Paul A. Finn/*

Paul A. Finn

# SUPPLEMENTAL DECLARATION TO

# ATTACHMENT "A"

## List of Schedules

1(l)    Professionals to be Retained by the Debtors

*I have mediated for Ogletree, Deakins, Nash, Smoak & Stewart, PC and Sidley Austin, LLP. I have also mediated numerous sexual abuse claims with Ogletree's former partner Ellen Perloni and with partner Bruce Griggs. I mediated one claim with Sidley Austin in November 2019, in New York City. Prior to that mediation, I was told all the insurers for the BSA had been invited to the mediation in New York City. Only one insurer appeared and participated. The mediation lasted less than two days. I understand a matrix was distributed by one of the parties. I do not remember the matrix being distributed; however newly discovered information prompted me to search my old emails from October 2019. I found a confidential email which had a matrix attached. I do not remember reading the email and I do not remember opening the matrix attachment and I have not opened the matrix attachment since discovering this email. The only thing I know about the contents of the matrix attachment I have learned from statements made in motions filed by some insurers and not from the matrix attachment itself.*