IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC[1]<br><br>Debtors | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 888** |

**NOTICE OF CENTURY INDEMNITY COMPANY'S MOTION FOR ENTRY OF ORDER AUTHORIZING CENTURY TO FILE UNDER SEAL (1) PORTIONS OF ITS JOINDER TO HARTFORD'S MOTION FOR RECONSIDERATION, IN PART, OF THE COURT'S ORDER (I) APPOINTING MEDIATORS, (II) REFERRING CERTAIN MATTERS TO MEDIATION, AND (III) GRANTING RELATED RELIEF AND (2) CERTAIN EXHIBITS ATTACHED TO THE DECLARATION OF JANINE PANCHOK-BERRY**

**TO:    ALL PARTIES IN INTEREST**

**PLEAST TAKE NOTICE** that on July 1, 2020, Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company ("Century"), filed a motion (the "Motion- to Seal") pursuant to sections 105 and 107(b) of Title 11 of the United States Code the (the "Bankruptcy Code") and Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for the entry of an order authorizing Century to file under seal the exhibits to its Objection to Debtors' Application For Entry of an Order Authorizing the Retention and Employment of Sidley Austin LLP as Attorneys for the Debtors and Debtors In Possession, *Nunc*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.


*Pro Tunc* To The Petition Date (the "Objection").

**PLEASE TAKE NOTICE** that objections, if any, to the Motion to Seal must be presented in writing or orally at the hearing to be held on **July 9, 2020 at 10:00 a.m. (EST)** before the Honorable Laurie Selber Silverstein, United States Bankruptcy Court Judge, 824 Market Street, 6th Floor, Courtroom #2, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that, if you fail to respond in accordance with this notice, the Bankruptcy Court may grant the relief requested in the Motion without further notice or hearing.

Dated: July 1, 2020

Respectfully Submitted,

By: /s/ Stamatios Stamoulis
    Stamatios Stamoulis (#4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware  19801
Telephone:   302 999 1540
Facsimile:   302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Janine Panchok-Berry (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York  10036-6537
Telephone:   212 326 2000
Facsimile:   212 326 2061

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company*

**CERTIFICATE OF SERVICE**

   I hereby certify that on July 1, 2020, a copy of foregoing Notice of Motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by First Class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                     */s/ Stamatios Stamoulis*
                      Stamatios Stamoulis