# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 20-10343 (LSS) |
| BOY SCOUTS OF AMERICA AND DELAWARE Boy Scouts, LLC,[1] | Jointly Administered |
| | **Hearing Date: July 9, 2020, 10:00 a.m. (ET)** |
| Debtors. | **Ref. Docket No. 812** |

**DECLARATION OF JANINE PANCHOK-BERRY IN SUPPORT OF CENTURY'S JOINDER TO HARTFORD'S MOTION FOR RECONSIDERATION, IN PART, OF THE COURT'S ORDER (I) APPOINTING MEDIATORS, (II) REFERRING CERTAIN MATTERS TO MEDIATION, AND (III) GRANTING RELATED RELIEF**

I, Janine Panchok-Berry, pursuant to 28 U.S.C. § 1746(2), under penalty of perjury, hereby declare as follows:

1.  I am an associate at the firm O'Melveny & Myers LLP, Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company, and Westchester Surplus Lines Insurance Company. I submit this declaration based on my personal knowledge of the proceedings in *In re Boy Scouts of America and Delaware BSA, LCC*, and review of the documents listed below.

2.  Attached hereto as **Exhibit 1** is an email from Michael Andolina to James Stang, dated October 15, 2019.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware Boy Scouts, LLC (4311). The Debtors' mailing address is 1325 West Walnut Law, Irving, Texas 75038.

1

3.  Attached hereto as **Exhibit 2** is a letter from Tancred Schiavoni to Adrian C. Azer, dated June 1, 2020.

4.  Attached hereto as **Exhibit 3** is an email exchange between Tancred Schiavoni and Michael Andolina, dated June 15, 2020.

5.  Attached hereto as **Exhibit 4** is an email from James Stang to Michael Andolina, Jessica C. K. Boelter, and Paul Finn, dated October 22, 2019.

6.  Attached hereto as **Exhibit 5** is an email exchange between Michael Andolina and James Stang, dated October 22, 2019.

7.  Attached hereto as **Exhibit 6** is a letter from Ernest Martin to Tancred Schiavoni, dated June 18, 2020.

I declare under pain and penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: June 23, 2020　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　By: */s/ Janine Panchok-Berry*

　　　　　　　　　　　　　　　　　　　　　JANINE PANCHOK-BERRY

# EXHIBIT 1

**[REDACTED]**

# EXHIBIT 2



O'Melveny & Myers LLP  
Times Square Tower  
7 Times Square  
New York, NY 10036-6537

T: +1 212 326 2000  
F: +1 212 326 2061  
omm.com

File Number:  
0705810-00073

June 1, 2020

**Tancred Schiavoni**  
D: +1 212 326 2267  
tschiavoni@omm.com

**VIA EMAIL AND U.S. MAIL**

Adrian C. Azer, Esq.  
Haynes and Boone, LLP  
800 17th Street, NW, Suite 500  
Washington, D.C. 20006

Re:     *In Re Boy Scouts*

Dear Adrian:

We wrote Mike Andolina and Jessica Boelter of Sidley Austin LLP before the ruling displacing them with you as conflicts counsel to request copies of the emails that they exchanged with the tort claimants while Sidley concurrently represented Chubb concerning the claims matrix that they gave to the tort claimants in October.

Chubb was given a matrix by Sidley in October, it objected to it and Sidley/BSA gave it to the tort claimants over Chubb's objection. This is not in dispute. Our clients then asked Sidley/BSA for what it was not given -- namely, the emails exchanged with the tort claimants about the matrix and the other communications exchanged with them about it.

The Sidley firm refused multiple requests for copies of the communications that it exchanged with the tort claimants about the claims matrix. When Chubb tried to get Sidley/BSA to reconsider, Mr. Andolina just complained about how many times Chubb had written him to seek his cooperation on this basic point.

We tried to meet and confer with you after Sidley was displaced with you as conflict counsel by asking you for copies of the emails that Sidley exchanged with the tort claimants about the claims matrix. We received your answer yesterday: "*Further, to also make absolutely clear, Chubb has no right to these pre-petition communications.*"

The answer we got from the Sidley lawyers was the same. They refused to share with Chubb any of the emails that they exchanged with the tort claimants about the claims matrix.



Normally, these sorts of communications are

Adrian C. Azer, Esq.
June 1, 2020



---

ready exchanged with an insurance company. There is obvious concern about the lengths Sidley has gone to withhold its communications.

It is disappointing that BSA will not reconsider. We have done everything humanly possible to meet and confer including meeting and conferring with two sets of lawyers representing BSA on this issue.

The one thing we both agree upon is that we have exhausted all efforts to meet and confer on this issue. Sidley/BSA are adamant that they will not share any of the prepetition communications with the tort claimants let alone those that deal with the claims matrix.

We respectfully ask that BSA and its counsel put in place a litigation hold on their electronic communications with the tort claimants if one has not already long since been put in place.

Sincerely,


　　/s/ Tancred Schiavoni
Tancred Schiavoni
of O'MELVENY & MYERS LLP


OMM_US:78195724.1

# EXHIBIT 3

| | |
|---|---|
| **From:** | Andolina, Michael C. <mandolina@sidley.com> |
| **Sent:** | Monday, June 15, 2020 5:48 PM |
| **To:** | Schiavoni, Tancred |
| **Cc:** | Kirschenbaum, Andrew; 'Wadley, Chris'; Panchok-Berry, Janine; 'Wadley, Chris'; Taylor.Meehan@clydeco.us; Weinberg, Joshua D.; 'Lorraine Armenti'; 'Winsberg, Harris B.'; 'Marshall, Jonathan D.'; 'TJacobs@bradleyriley.com'; 'rsmethurst@mwe.com'; 'mwarner@mwe.com'; 'msorem@nicolaidesllp.com'; 'Marrkand, Kim'; 'Gooding, Doug'; Michael Hrinewski; 'Shleypak, Igor'; 'Gummow, Susan'; Ruggeri, James P.; Williams, Abigail W.; Backus, Michele L.; 'Roberts, Matthew G.'; Linder, Matthew; Boelter, Jessica C.K.; Andolina, Michael C.; Labuda, Jr., Thomas; Walker, Melanie E.; Basaria, Karim; Brunner, Benjamin; Warner, Blair; Grayeb, Trevor M.; Abbott, Derek; Remming, Andrew; Moats, Eric; Topper, Paige; Martin, Ernest; Adrian C. Azer (Adrian.Azer@haynesboone.com) |
| **Subject:** | RE: BSA re today's memo |

<span style="color:red">[EXTERNAL MESSAGE]</span>

Tanc,

1. We sent the exact document the mediators provided to us. The Debtors were not involved in the drafting. We assume your concern is about the last "and" in sub-section 4. We can inquire about that, although it appears this request is directed to the TCC.

2. As I wrote to you this morning, we are confirming whether there are additional communications with plaintiffs or Mr. Finn regarding the matrix. If there are any, we will produce them to data room by the end of the week at the latest.

3. We also plan to have documents that were shared pre-petition in the data room by the end of the week.

4. Our initial email regarding the mediators' request came from Mr. Linder and copied the Debtors' legal team, yet you responded only to me. We have repeatedly requested that you copy Debtors' counsel on emails, instead of picking and choosing who you correspond with.

Mike

**MICHAEL C. ANDOLINA**

**SIDLEY AUSTIN LLP**
+1 312 853 2228 (O)
+1 773 531 0712 (M)
mandolina@sidley.com

---

**From:** Schiavoni, Tancred <tschiavoni@omm.com>
**Sent:** Monday, June 15, 2020 2:08 PM
**To:** Andolina, Michael C. <mandolina@sidley.com>
**Cc:** Kirschenbaum, Andrew <akirschenbaum@omm.com>; 'Wadley, Chris' <cwadley@wwmlawyers.com>; Panchok-Berry, Janine <jpanchok-berry@omm.com>; 'Wadley, Chris' <cwadley@wwmlawyers.com>; Taylor.Meehan@clydeco.us; Weinberg, Joshua D. <JWeinberg@goodwin.com>; 'Lorraine Armenti' <LArmenti@coughlinduffy.com>; 'Winsberg, Harris B.' <harris.winsberg@troutman.com>; 'Marshall, Jonathan D.' <jmarshall@choate.com>; 'TJacobs@bradleyriley.com' <TJacobs@bradleyriley.com>; 'rsmethurst@mwe.com' <rsmethurst@mwe.com>; 'mwarner@mwe.com' <mwarner@mwe.com>; 'msorem@nicolaidesllp.com' <msorem@nicolaidesllp.com>; 'Marrkand, Kim' <KVMarrkand@mintz.com>; 'Gooding, Doug' <dgooding@choate.com>; Michael Hrinewski <mhrinewski@coughlinduffy.com>; 'Shleypak, Igor' <ishleypak@fgppr.com>; 'Gummow, Susan' <sgummow@fgppr.com>; Ruggeri, James P. <JRuggeri@goodwin.com>; Williams, Abigail W. <AWilliams@goodwin.com>; Backus, Michele L. <MBackus@goodwin.com>; 'Roberts, Matthew G.' <Matthew.Roberts2@troutman.com>; Schiavoni, Tancred <tschiavoni@omm.com>
**Subject:** BSA re today's memo

Mike

The text of sub point 4 of the memo that you sent us today stating that it conveys information from the mediators is either not complete or does not make sense as you conveyed it.

Did the mediators tell you that they want the plaintiffs to provide a list of their clients and what claims each has? If so it should say that clearly. Otherwise, this document does not make sense and needs to be clarified first. We don't understand how claims can be described -- as the memo states -- without identifying information for the claimants being provided.

The other point is that we now definitely need to get from you by tomorrow or no later than Wednesday the full set of communications exchanged with the tort claimants and Mr. Finn concerning the matrix. We obviously need to know the state of play in order to respond to this request. If you cannot comply, we ask that you join us in setting back the time to respond to address your schedule for responding.

We also need a date from you on when you will get us all the documents shared prepetition as the Court was told you would at last hearing. We are at prejudiced without this informatin.

The last point is that confidentiality is subject to the terms of the order which was modified to address our concerns.

****************************************************************************************

This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.

****************************************************************************************

# EXHIBIT 4

**[REDACTED]**

# EXHIBIT 5

**[REDACTED]**

# EXHIBIT 6

**[REDACTED]**