**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re:<br><br>Boy Scouts of America aka BSA,<br><br>Debtors. | Case No. 20-10343-LSS<br><br>Chapter 11 Proceedings<br><br>**NOTICE OF CHANGE OF ADDRESS** |

NOTICE IS HEREBY GIVEN that, effective immediately, the contact information for Peter Muthig, attorney for Maricopa County Treasurer, is as follows:

> Peter Muthig
> Maricopa County Attorney's Office
> Civil Services Division
> 225 W. Madison Street
> Phoenix, Arizona 85003
> Email: Muthigk@mcao.maricopa.gov
> Telephone: (602) 506-1923
> Fax: (602) 506-4317

All future pleadings, notices, correspondence, and other papers should be served on the undersigned at the above address.

**RESPECTFULLY SUBMITTED** this 1st day of July, 2020.

>                                    ALLISTER ADEL
>                                    MARICOPA COUNTY ATTORNEY
>
>                                    BY: */s/ Peter Muthig*
>                                         PETER MUTHIG
>                                         AZ State Bar No. 018526
>                                         Deputy County Attorney
>                                         Maricopa County Attorney's Office
>                                         Civil Services Division
>                                         225 W. Madison Street
>                                         Phoenix, Arizona  85003
>                                         Telephone (602) 506-1923
>                                         E-mail: muthigk@mcao.maricopa.gov
>                                         *Attorney for Maricopa County Treasurer*

**CERTIFICATE OF SERVICE**

    IT IS CERTIFIED that the foregoing document was served this <u>1st</u> day of July 2020, by filing the same with the Clerk of the Court using the ECF filing system which shall send notification to attorneys registered to receive notice.

                                         */s/ Peter Muthig*
                                         Peter Muthig (AZ State Bar No. 018526)
                                         Deputy County Attorney
                                         Maricopa County Attorney's Office
                                         Civil Services Division
                                         225 W. Madison Street
                                         Phoenix, Arizona  85003
                                         Telephone (602) 506-1923
                                         Email: muthigk@mcao.maricopa.gov
                                         *Attorneys for Maricopa County Treasurer*