**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | **Chapter 11** |
| **BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, et al.,** | ) ) ) ) | **Case No. 20-10343(LSS)** |
|  | ) | **Jointly Administered** |
| Debtors. | ) |  |

### REQUEST FOR SPECIAL NOTICE

**PLEASE TAKE NOTICE** that Oracle America, Inc. hereby requests that notice of any and all proceedings in the above captioned case be given to its attorneys and such notice should be addressed as follows:

Amish R. Doshi, Esq.
**Doshi Legal Group, P.C.**
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042
E-Mail: amish@doshilegal.com

Dated: July 2, 2020
Lake Success, New York

**Respectfully Submitted,**

By:  /s/ Amish R. Doshi
Amish R. Doshi, Esq.
**DOSHI LEGAL GROUP, P.C.**
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042
Tel (516) 622-2335
E-Mail:  amish@doshilegal.com

**Attorneys for Oracle America, Inc.**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | **Chapter 11** |
| ) | |
| **BOY SCOUTS OF AMERICA AND** ) | **Case No. 20-10343(LSS)** |
| **DELAWARE BSA, LLC, et al.,** ) | |
| ) | **Jointly Administered** |
| Debtors. ) | |

**CERTIFICATE OF SERVICE**

I, Amish R. Doshi, hereby certify that on July 2, 2020, I served a copy of **Request For Special Notice** on the parties listed on the attached service list via regular mail.  In addition, the parties entitled to receive notice by the Court's CM-ECF system were sent an email notification of such filing by the Court's CM-ECF System.

 _/s/ Amish R. Doshi_____
 Amish R. Doshi

## SERVICE LIST

| | |
|---|---|
| David Buchbinder, Esq.<br>Hannah Mufson McCollum, Esq.<br>OFFICE OF UNITED STATES TRUSTEE<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, Delaware 19899 | Derek C. Abbott, Esq.<br>Andrew R. Remming, Esq.<br>MORRIS NICHOLS ARSHT & TUNNELL<br>P. O. Box 1347<br>1201 N. Market Street, 16th Floor<br>Wilmington, DE 19801 |
| Jessica C. K. Boelter, Esq.<br>William E. Curtin, Esq.<br>SIDLEY AUSTIN, LLP<br>787 Seventh Avenue<br>New York, New York 10019 | Thomas A. Labuda, Esq.<br>Michael C. Andolina, Esq.<br>SIDLEY AUSTIN, LLP<br>One South Dearborn Street<br>Chicago, IL 60603 |
| Boy Scouts of America Bankruptcy Team<br>c/o OMNI AGENT SOLUTIONS<br>1120 Avenue of the America, 4th Floor<br>New York, New York 10036 | Thomas Mayer, Esq.<br>KRAMER LEVIN NAFTALAIS &<br>FRANKEL, LLP<br>1177 Avenue of the Americas,<br>New York, New York 10036 |