# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA, *et al.*, | Case No. 20-10343 (LSS) |
| Debtors.[1] | Jointly Administered |
| | **Re: D.I. 731** |

## SUPPLEMENT TO FIRST INTERIM FEE APPLICATION REQUEST OF OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., AS SPECIAL LITIGATION COUNSEL FOR THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 18, 2020 TO AND INCLUDING APRIL 30, 2020

Ogletree, Deakins, Nash, Smoak & Stewart, P.C. ("Ogletree Deakins"), as special litigation counsel to above-captioned debtors and debtors in possession (the "Debtors"), hereby submits this supplement (the "Supplement") to the *First Interim Fee Application Request of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., as Special Litigation Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 18, 2020 to and Including April 30, 2020* (D.I. 731) (the "First Interim Application").

1. This Supplement is made in response to informal comments received from the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") in connection with the First Interim Application, and includes certain information omitted from such application.

2. Specifically, the U.S. Trustee requested that Ogletree Deakins provide a customary and comparable compensation disclosure. Accordingly, attached hereto as **Exhibit A** is Ogletree Deakins' customary and comparable compensation disclosure.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

3.    Should any additional information relevant to the Application come to Ogletree Deakins' attention, Ogletree Deakins will file additional supplements.

Dated: July 2, 2020  
      Austin, Texas

**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**

*/s/ Bruce A. Griggs*  
Bruce A. Griggs  
Shareholder  
301 Congress Avenue, Suite 1150  
Austin, Texas 78701  
Telephone: (512) 344-4700  
Email: bruce.griggs@ogletreedeakins.com

SPECIAL LITIGATION COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION