## EXHIBIT A

**Customary and Comparable Compensation Disclosures**

The blended hourly rate for all Ogletree timekeepers who worked on these cases is less than the firm's blended rate for all timekeepers over a Comparable Period (defined below). In particular, the blended hourly rate for all Ogletree timekeepers (including both professionals and paraprofessionals) who billed to matters excluding chapter 11 representations (collectively, the "Non-Chapter 11 Matters") during the 12-month period beginning April 30, 2019 and ending on April 30, 2020 (the "Comparable Period") was, in the aggregate, approximately $393.52.[1]  By comparison, the blended hourly rate for all Ogletree timekeepers (including both professionals and paraprofessionals) who worked on these cases during the Application Period was, in the aggregate, $361.67.

The following table shows blended hourly rates:

| Blended Hourly Rate for Application Period | Blended Hourly Rate for Non-Chapter 11 Matters |
| --- | --- |
| $361.67 | $393.52 |

---

[1]    Ogletree calculated the blended rate for Non-Chapter 11 Matters by dividing the *total dollar amount* billed by Ogletree timekeepers to Non-Chapter 11 Matters during the Comparable Period by the *total number of hours* billed by such Ogletree timekeepers to Non-Chapter 11 Matters during the same period