# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Ref Docket No. 731 and 930 |

**CERTIFICATION OF COUNSEL REGARDING THE FIRST INTERIM FEE APPLICATION REQUEST OF OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., AS SPECIAL LITIGATION COUNSEL FOR THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 18, 2020 TO AND INCLUDING APRIL 30, 2020**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1.  On May 29, 2020, Ogletree, Deakins, Nash, Smoak & Stewart, P.C. ("Ogletree") filed its *First Interim Fee Application Request of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., as Special Litigation Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 18, 2020 to and Including April 30, 2020* [Docket No. 731] (the "Application").

2.  Pursuant to the notice of Application, the deadline to file objections or responses to the relief requested in the Application was June 12, 2020, at 4:00 p.m. (ET) (the "Objection Deadline").

3.  Prior to the Objection Deadline, Ogletree received informal comments to the Application from the United States Trustee for the District of Delaware (the "U.S. Trustee").

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Besides the informal comments from the U.S. Trustee, Ogletree has received no other objection, response, or comments, and no objection or other responsive pleading to the Application appears on the Court's docket.

4. In order to resolve the informal comments from the U.S. Trustee, on July 2, 2020, Ogletree filed its *Supplement to First Interim Fee Application Request of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., as Special Litigation Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 18, 2020 to and Including April 30, 2020* [Docket No. 930] (the "Supplement").

5. The U.S. Trustee reviewed the Supplement prior to its filing and confirmed that the Supplement resolved the U.S. Trustee's informal comments to the Application.

WHEREFORE, Ogletree respectfully requests that the Court approve the Application at its earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: July 2, 2020<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Email:  dabbott@mnat.com<br>      aremming@mnat.com<br>      emoats@mnat.com<br>      ptopper@mnat.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Jessica C. K. Boelter (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone:  (212) 839-5300<br>Email:  jboelter@sidley.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Thomas A. Labuda (admitted *pro hac vice*)<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone:  (312) 853-7000<br>Email:  tlabuda@sidley.com<br>      mandolina@sidley.com<br>      mlinder@sidley.com<br>      blair.warner@sidley.com<br><br>COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION |