**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF CHANGE IN CONTACT INFORMATION**

The undersigned counsel gives notice of a change of contact information as follows.

Pepper Hamilton LLP has combined with Troutman Sanders LLP.  The new firm name is Troutman Pepper Hamilton Sanders LLP ("Troutman Pepper"), effective July 1, 2020.  While the office addresses, phone numbers and facsimile numbers for the Troutman Pepper attorneys have not changed, certain attorneys' email addresses have changed as follows:

1. David M. Fournier:  david.fournier@troutman.com

2. Marcy J. McLaughlin Smith: marcy.smith@troutman.com


Dated: July 2, 2020
       Wilmington, DE

*/s/ David M. Fournier*
David M. Fournier (DE 2812)
Marcy J. McLaughlin Smith (DE No. 6184 )
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 170
Wilmington, Delaware  19899-1709
Telephone:     (302) 777-6500
Facsimile:      (302) 421-8390
E-mail: david.fournier@troutman.com
E-mail: marcy.smith@troutman.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

-and-

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Harris B. Winsberg (admitted pro hac vice)
Matthew G. Roberts (admitted pro hac vice)
Bank of America Plaza
600 Peachtree Street NE, Suite 3000
Atlanta, GA  30308-2216
Telephone:     404.885.3000
Facsimile:      404.885.3900
E-mail: Matthew.Roberts2@troutman.com
E-mail: harris.winsberg@troutman.com

*Attorneys for National Surety Corporation*