**CERTIFICATE OF SERVICE**

I, David M. Fournier, hereby certify that on the 2nd day of July, 2020, I caused the foregoing *Notice Of Change In Contact Information* to be served on all parties which have entered their appearance via the Court's CM/ECF electronic filing system.

/s/ David M. Fournier
David M. Fournier (DE Bar No. 2812)

#58414510 v1