# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

### THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' OBJECTION TO LIANFEN QIAN'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PROCEED AGAINST INSURANCE POLICIES

The Official Committee of Tort Claimants (consisting of survivors of childhood sexual abuse) (the "Tort Claimants' Committee" or the "TCC"), appointed in the above-captioned cases, hereby files this omnibus objection (the "Omnibus Objection") to *Lianfen Qian's Motion for Relief from the Automatic Stay to Proceed Against Insurance Policies* [Docket No. 904] (the "Qian Stay Relief Motion"), and respectfully states as follows:

1. On May 27, 2020, the TCC filed an omnibus objection [Docket No. 702] (the "Omnibus Objection") to numerous motions seeking relief from the automatic stay. The Qian Stay Relief Motion seeks the same or substantially same relief sought by the motions subject to the Omnibus Objection.

2. The TCC hereby objects to the Qian Stay Relief Motion for the same reasons set forth in the Omnibus Objection and reserves all rights to make further arguments at the hearing on such motion.

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

Dated: July 2, 2020      PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
James I. Stang (CA Bar No. 94435) (admitted *pro hac vice*)
Iain Nasatir (CA Bar No. 148977) (*pro hac vice* submitted)
John A. Morris (NY Bar No. 2405397) (admitted *pro hac vice*)
James E. O'Neill (DE Bar No. 4042)
John W. Lucas (CA Bar No.271038) (admitted *pro hac vice*)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email: jstang@pszjlaw.com
      inasatir@pszjlaw.com
      jmorris@pszjlaw.com
      joneill@pszjlaw.com
      jlucas@pszjlaw.com

*Counsel for the Tort Claimants' Committee*