**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
|  | Jointly Administered |
| Debtors. | **RE: 734** |

**CERTIFICATE OF NO OBJECTION REGARDING FIRST INTERIM FEE
APPLICATION REQUEST OF KCIC, LLC, AS INSURANCE
AND VALUATION CONSULTANT FOR THE DEBTORS, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM FEBRUARY 18, 2020 TO AND INCLUDING APRIL 30, 2020**

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht &
Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive pleading to
the **First Interim Fee Application Request of KCIC, LLC, as Insurance and Valuation
Consultant for the Debtors, for Allowance of Compensation and Reimbursement of Expenses
for the Period from February 18, 2020 to and Including April 30, 2020** (the "Application")
(D.I. 734), filed on May 29, 2020.

The undersigned further certifies that Morris Nichols has caused the review of the
Court's docket in these cases and that no answer, objection or other responsive pleading to the
Application appears thereon.  Pursuant to the Notice, objections to the Application were to be filed
and served no later than June 12, 2020 at 4:00 p.m. (Eastern Time).

---

[1]     The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification
number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing
address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

WHEREFORE, KCIC, LLC respectfully requests that the Court enter an order approving the fees and expenses set forth in the Application at its earliest convenience.

Dated:  July 2, 2020
        Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/  Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@mnat.com
       aremming@mnat.com
       emoats@mnat.com
       ptopper@mnat.com

– and –

SIDLEY AUSTIN LLP
Jessica C. K. Boelter (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 839-5300
Email:  jboelter@sidley.com

– and –

SIDLEY AUSTIN LLP
Thomas A. Labuda (admitted *pro hac vice*)
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Email:  tlabuda@sidley.com
       mandolina@sidley.com
       mlinder@sidley.com

COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION