**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA and<br>DELAWARE BSA, LLC,[1]<br><br>                   Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>Hearing Date: July 9, 2020 at 10:00 a.m. (ET)<br>Objection Deadline: July 2, 2020 at 4:00 p.m. (ET)<br><br>Ref. Docket No. 904 |

**THE FUTURE CLAIMANTS' REPRESENTATIVE'S OBJECTION TO**
**LIANFEN QIAN'S MOTION FOR RELIEF FROM THE**
**AUTOMATIC STAY TO PROCEED AGAINST INSURANCE POLICIES**

      James L. Patton, Jr., the legal representative for future claimants (the "Future Claimants' Representative" or "FCR"), hereby submits this objection to the Motion of Lianfen Qian for Relief From the Automatic Stay to Proceed Against Insurance Policies [Docket No. 904] (the "Qian Stay Relief Motion"), and in support thereof states as follows:

      1.     On June 1, 2020, the FCR filed an omnibus objection [Docket No. 745] (the "Omnibus Objection") to numerous motions seeking relief from the automatic stay. The Qian Stay Relief Motion seeks the same or substantially the same relief sought by the motions subject to the Omnibus Objection.

      2.     The FCR hereby objects to the Qian Stay Relief Motion for the same reasons set forth in the Omnibus Objection and reserves all rights to make further arguments at the hearing on such motion.

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| | |
|---|---|
| Dated: July 2, 2020 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |

    */s/ Sharon M. Zieg*
Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Sharon M. Zieg (No. 4196)
Sara Beth A.R. Kohut (No. 4137)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: rbrady@ycst.com
       eharron@ycst.com
       szieg@ycst.com
       skohut@ycst.com

*Counsel to the FCR*

  - and -

GILBERT LLP
Kami E. Quinn (DC Bar No. 500295)
Emily P. Grim (DC Bar No. 1006597)
Meredith C. Neely (DC Bar No. 280937)
700 Pennsylvania Ave, SE, Suite 400
Washington, DC 20003
Telephone: (202) 772-2200
Facsimile: (202) 772-3333
Email: quinnk@gilbertlegal.com
       grime@gilbertlegal.com
       neelym@gilbertlegal.com

*Special Insurance Counsel to the FCR*