# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------ x
: 
In re: : Chapter 11
: 
BOY SCOUTS OF AMERICA AND : Case No. 20-10343 (LSS)
DELAWARE BSA, LLC[1], :
: Jointly Administered
Debtors. :
------------------------------------------------------ x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES

PLEASE TAKE NOTICE that Gilbert LLP as Special Insurance Counsel files this Notice of Appearance and Request for Service of Notices on behalf of the Future Claimants' Representative and hereby requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon:

Kami Quinn, Esq.
**GILBERT LLP**
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
Telephone: 202.772.2285
Email: quinnk@gilbertlegal.com

Meredith Neely, Esq.,
**GILBERT LLP**
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
Telephone: 202.772.2285
Email: neelym@gilbertlegal.com

-and-

-and-

Emily Grim, Esq.
**GILBERT LLP**
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
Telephone: 202.772.2285
Email: grime@gilbertlegal.com

Jasmine Chalashtori, Esq.
**GILBERT LLP**
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
Telephone: 202.772.2285
Email: chalashtorij@gilbertlegal.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109(b) of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, the foregoing request includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, disclosure statements and motions to approve same, complaints or demands, whether formal or informal, written or oral, and whether served by mail, telephone, telecopier or otherwise, in this case and any proceedings therein.

Neither this Request for Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Special Insurance Counsel to the Future Claimants' Representative's: (i) right(s) to have all core matters subject to Article III jurisdiction heard and decided by a district judge; (ii) right(s) to have final orders in non-core matters entered only after de novo review by a district judge; (iii) right(s) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iv) right(s) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (v) other rights, claims, actions, defenses, setoffs or recoupments to which Special Insurance Counsel to the Future Claimants' Representative is, or may be, entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: July 2, 2020

Respectfully Submitted,

SPECIAL INSURANCE COUNSEL TO THE
FUTURE CLAIMANTS' REPRESENTATIVE

By its counsel,

/s/ Meredith Neely
Kami Quinn, admitted *pro hac vice*
Emily Grim, admitted *pro hac vice*
Meredith Neely, admitted *pro hac vice*
Jasmine Chalashtori, admitted *pro hac vice*

GILBERT LLP
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
Telephone: 202.772.2285
Email: neelym@gilbertlegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 2, 2020, the foregoing document was filed with the United States Bankruptcy Court – District of Delaware and served upon all parties entitled to receive notice of filings in the above-captioned case via the Bankruptcy Court's Electronic Case Filing (ECF) system.

                                                    By: /s/ Meredith Neely
                                                        Meredith Neely, Esq.