# Exhibit A

**Customary and Comparable Compensation Disclosures**

**Customary and Comparable Compensation Disclosures for Sidley**

The blended hourly rate of the Sidley timekeepers (including both professionals and paraprofessionals) who have billed time to the Debtors during the Application Period was approximately $887.77 per hour (the "Debtor Blended Rate").[1]

The blended hourly standard rate for all of Sidley's domestic, non-bankruptcy timekeepers during the 12-month period from May 1, 2019 to and including April 30, 2020 (the "Comparable Period") was, in the aggregate, approximately $879.00 (the "Non-Bankruptcy Blended Rate").[2]

A detailed comparison of the Debtor Blended Rate and the Non-Bankruptcy Blended Rate is set forth in the chart below.

| Category of Timekeeper | Debtor Blended Rate | Non-Bankruptcy Blended Rate |
|---|---|---|
| Partner | $1,190.06 | $1,155 |
| Senior Counsel/Counsel | $981.04 | $983 |
| Associate | $892.65 | $874 |
| Junior Associate | $611.09 | $654 |
| Paraprofessional | $405.10 | $326 |
| **Aggregate** | **$887.77** | **$879.00** |

---

[1] Sidley calculated the Debtor Blended Rate by dividing the total amount billed by Sidley's timekeepers to the Debtors during the Application Period by the total hours billed by such timekeepers to the Debtors during the Application Period. The Debtor Blended Rate does not include fees and corresponding hours voluntarily reduced by Sidley prior to submission of the relevant fee applications.

[2] Sidley calculated the Non-Bankruptcy Blended Rate by dividing the total amount billed by Sidley's domestic, non-bankruptcy timekeepers during the Comparable Period by the total hours billed by such timekeepers during the Comparable Period. For the avoidance of doubt, the Debtor Blended Hourly Rate and Non-Bankruptcy Blended Hourly Rate reflect firm-wide increases that took effect across all practice groups on January 1, 2020.