## Exhibit B

### Interim Application Summary

### Cover Sheet of Fee Application (UST Guidelines Exhibit E)

| SUMMARY OF FIRST INTERIM APPLICATION ||
|---|---|
| Name of Applicant | Sidley Austin LLP |
| Name of Client | Boy Scouts of America and Delaware BSA, LLC |
| Time period covered by Application | February 18, 2020 to April 30, 2020 |
| Total compensation sought during the Application Period | $4,196,866.00 |
| Total expenses sought during the Application Period | $53,873.26 |
| Petition Date | February 18, 2020 |
| Retention Date | June 2, 2020 *nunc pro tunc* to February 18, 2020 |
| Date of order approving employment | June 2, 2020 |
| Total compensation approved by interim order to date | $0.00 |
| Total expenses approved by interim order to date | $0.00 |
| Total allowed compensation paid to date | $0.00 |
| Total allowed expenses paid to date | $0.00 |
| Blended rate in the Application for all attorneys | $929.64 |
| Blended rate in the Application for all timekeepers | $887.77 |
| Compensation sought in the Application already paid pursuant to a monthly compensation order but not yet allowed | $0.00 |
| Expenses sought in the Application already paid pursuant to a monthly compensation order but not yet allowed | $0.00 |
| Number of professionals included in the Application | 31 |
| If applicable, number of professionals in the Application not included in staffing plan approved by client | 0 |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | Amount Budgeted: $4,400,000.00  Amount Sought: $4,196,866.00 |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 5 |
| Are any rates higher than those approved or disclosed at retention? | No |