## Exhibit C

## Budget and Staffing Plan

| Category | Project Category Description | Hours Budgeted | Total Compensation Budgeted[1] |
|---|---|---|---|
| 1 | Administrative Expense Claims | 0 – 5 | $0.00 - $3,900 |
| 2 | Adversary Proceedings and Bankruptcy Litigation | 1,250-1,500 | $1,112,500 - $1,335,000 |
| 3 | Asset Dispositions | 15 – 20 | $10,800 - $14,400 |
| 4 | Automatic Stay | 350 – 420 | $297,500 - $357,000 |
| 5 | Bar Date, Noticing and Claims Reconciliation | 130 – 155 | $126,100 - $150,350 |
| 6 | Case Administration | 90 – 110 | $66,600 - $81,400 |
| 7 | Chapter 11 Plan Matters | 20 – 25 | $19,800 - $24,750 |
| 8 | Communications with Client | 50 – 60 | $58,500 - $70,200 |
| 9 | Corporate Governance and Board Matters | 10 – 15 | $7,900 - $11,850 |
| 10 | Customer and Vendor Issues | 20 – 25 | $17,600 - $22,000 |
| 11 | Disclosure Statement | 1 – 5 | $1,080 - $5,400 |
| 12 | Donor Issues | 105 – 125 | $80,850 - $96,250 |
| 13 | Employee and Labor Issues | 75 – 90 | $89,250 - $107,100 |
| 14 | Exclusivity | 0 – 5 | $0 - $3,800 |
| 15 | Executory Contracts and Leases | 120 – 145 | $98,400 - $118,900 |
| 16 | FCR Issues and Communications | 55 – 65 | $55,000 – $65,000 |
| 17 | Fee Applications | 210 – 250 | $107,100 – $127,500 |
| 18 | Financing Matters and Cash Collateral | 170 – 205 | $163,200 – $196,800 |
| 19 | First Day and Second Day Motions | 350 – 405 | $332,500 - $384,750 |
| 20 | General Case Strategy | 90 – 105 | $96,300 – $112,350 |
| 21 | Hearings and Court Matters | 230 – 280 | $232,300 – $282,800 |
| 22 | Insurance Issues | 95 – 115 | $93,100 - $112,700 |
| 23 | Non-Bankruptcy Litigation | 19 – 25 | $19,760 - $26,000 |

---

[1] Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each category.

| Category | Project Category Description | Hours Budgeted | Total Compensation Budgeted[1] |
|---|---|---|---|
| 24 | Non-Working Travel[2] | 0 – 5 | $0 - $6,200 |
| 25 | Professional Retention | 140 – 165 | $149,800 - $176,550 |
| 26 | Public Relation Issues | 18 – 25 | $18,720 - $26,000 |
| 27 | Schedules and Statements | 40 – 50 | $35,200 - $44,000 |
| 28 | Tax Issues | 0 – 5 | $0 - $6,200 |
| 29 | Unsecured Creditor Issues and Communications | 140 – 165 | $149,800 - $176,550 |
| 30 | UST Issues and Reporting | 18 – 25 | $18,720 - $26,000 |
| 31 | Utility Issues and Adequate Assurance | 20 – 30 | $16,200 - $24,300 |
| 32 | Local Council Issues and Communications | 90 – 110 | $93,600 - $114,400 |
| 33 | Property of the Estate Issues | 75 – 90 | $44,250 - $53,100 |
|  | **Total Amount Budgeted** | **5,000** | **$4,400,000.00** |
|  | **Total Amount Sought** | **4,727.40** | **$4,196,866.00** |

---

[2] Sidley charges non-working travel time at 50% of regular hourly rates in accordance with Local Rule 2016-2(d)(viii).

**Staffing Across All Matter Categories for the Period from
February 18, 2020 to and Including April 30, 2020**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work Across All Matter Categories During the Application Period | Average Hourly Rate[3] |
|---|---|---|
| Partner | 10 – 12 | $1,190 |
| Senior Counsel/Counsel | 4 – 5 | $981 |
| Associate (>3 years since first admission) | 10 – 12 | $893 |
| Jr. Associate (1–3 years since first admission) | 6 – 8 | $611 |
| Paraprofessionals | 3 – 4 | $455 |
| Support Staff | 2 – 3 | $250 |
| **Total Attorney** | **30 – 37** | **$930** |
| **Total Non-Attorney** | **5 – 7** | **$405** |
| **Total** | **35 – 44** | **$888** |

---

[3] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of chargeable hours worked by, each timekeeper over the course of the chapter 11 cases.