**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x
                                                           :
In re:                                                     :        Chapter 11
                                                           :
BOY SCOUTS OF AMERICA AND                                  :        Case No. 20-10343 (LSS)
DELAWARE BSA, LLC,[1]                                      :
                                                           :        (Jointly Administered)
                              Debtors.                     :
                                                           :        **Ref. Docket Nos. 860, 888 & 941**
---------------------------------------------------------- x

**JOINDER OF THE FUTURE CLAIMANTS' REPRESENTATIVE TO THE
OBJECTION OF THE TORT CLAIMANTS' COMMITTEE TO HARTFORD'S
MOTION FOR RECONSIDERATION, IN PART, OF THE COURT'S ORDER
(I) APPOINTING MEDIATORS, (II) REFERRING CERTAIN MATTERS TO
MEDIATION, AND (III) GRANTING RELATED RELIEF**

James L. Patton, Jr., the Court-appointed legal representative for future claimants (the

"Future Claimants' Representative" or "FCR"), by and through his undersigned counsel, hereby

joins in the *Objection of the Tort Claimants' Committee to Hartford's Motion for*

*Reconsideration, in Part, of the Court's Order (I) Appointing Mediators, (II) Referring Certain*

*Matters to Mediation, and (III) Granting Related Relief* [Docket No. 941] (the "Objection:).  For

the reasons set forth in the Objection, Hartford has failed to meet the standard for reconsideration

of an order of the Court, and its motion should therefore be denied.

*- Signature Page Follows -*

---

[1]   The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated: July 3, 2020

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert S. Brady*

Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Sharon M. Zieg (No. 4196)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: rbrady@ycst.com
         eharron@ycst.com
         szieg@ycst.com

*Counsel to the FCR*