IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br> Jointly Administered <br> Re: D.I. Nos. 583, 678, 702, 751, 770 <br><br> Hearing Date: July 9, 2020 10:00 AM (ET) |

**REPLY OF TIMOTHY AND KAREN SPAHR, INDIVIDUALLY AND A/N/F OF ZRS, A MINOR,  IN SUPPORT OF THEIR MOTION FOR
RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION 362(d)
OF THE BANKRUPTCY CODE AND THE PLAN INJUNCTION TO LIQUIDATE
THEIR CLAIM AND COLLECT FROM APPLICABLE INSURANCE PROCEEDS**

NOW COMES, Movants Timothy and Karen Spahr, individually and as next friends of ZRS, a minor ("Movants") and in support of their *Reply in Support of their Motion for an Order for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code and the Plan Injunction to Liquidate Their Claims and Collect from Applicable Insurance Proceeds* ("Motion") states as follows:

**PRELIMINARY STATEMENT**

1.      Movants seek limited relief from the automatic stay to continue to prosecute an action styled *Timothy Spahr and Karen Spahr, Individually and next friends of ZRS, a minor v. Sam Houston Area Council Boy Scouts of America, the Boy Scouts of America and Thomas Bogardus.* filed on March 8, 2019 in the Harris County, Texas, District Court, 215th Judicial District, State of Texas, Cause No. 2018-55864 ( "State Court Action") against Defendants Boy Scouts of America ("Debtor"), Sam Houston Area Council, Sam Houston Area Council Phoenix District, Boy Scouts of America Phoenix District Troop 49, Thomas Bogardus, Kelly Bogardus and Logan Bogardus ("Defendants").   Limited stay relief to permit the continuation of the State

Court Action is warranted and necessary because Movants Timothy and Karen Spahr, next friend of ZRS, sustained injury at a Boy Scout event on November 1, 2017 when jumping on a trampoline, and the continued prosecution of the State Court Action is necessary to resolve Movants' claims.

2.   Movant's injury occurred on November 1, 2017 and is covered by Old Republic Insurance Company Policy No. MWZY 309927.   The policy is a $1,000,000 policy and there is no aggregate limit.   In addition to the Boy Scouts of America, the policy also names "all Local Councils and all their affiliates and subsidiaries" as named insureds.

3. The Spahrs' state court action was proceeding at the time the BSA sought bankruptcy protection.   The parties have engaged in extensive written discovery, deposed various parties and fact witnesses, issued expert reports, and were scheduled to begin expert depositions on Febraury 18, 2020, the date the BSA filed their Notice of Bankruptcy.

4.   Trial in the state court matter was to begin June 22, 2020 but was not reached because of the ongoing Covid pandemic. The parties currently await a new trial date from the state court.

5.   Because the Old Republic insurance policy at issue in the Spahrs' case has no aggregate limit, allowing the Spahrs to proceed against that insurance policy cannot, by definition, adversely effect the estate.   Similarly, whether Old Republic and BSA have entered into some sort of separate insurance "fronting" arrangement, and whether and to what extent the JP Morgan letters of credit are or may become available to reimburse claims paid by Old Republic, is of no import, in light of the basic fact that the Old Republic insurance policy at issue has no agggregate limit.

WHEREFORE, Movants respectfully request that this Court enter an order modifying the automatic stay to permit the movants to liquidate their personal injury claims against Debtor and

requiring the movants to limit any recovery against the Debtor solely to extent of the applicable insurance.

        Respectfully submitted,

**JACOBS & CRUMPLAR, P.A.**

/s/ Raeann Warner
**RAEANN WARNER, ESQ. (#4931)**
750 Shipyard Dr., Suite 200
Wilmington, Delaware   19801
(302) 656-5445
Raeann@jcdelaw.com
*Attorney for Movants Timothy and Karen Spahr, individually and as next friends of ZRS, a minor*

Dated:   July 6, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on   July 6, 2020, I caused to be served a true and correct copy of the foregoing *Reply of Timothy and Karen Spahr, individually and as Next Friend of ZSR, a minor in support of their Motion for an Order for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code and the Plan Injunction to Liquidate Their Claims and Collect from Applicable Insurance Proceeds* upon all parties that are registered or otherwise entitled to receive electronic notification pursuant to the ECF procedures in this District, and to the following:

Via Email: eperkins@sheehyware.com
Mr. R. Edward Perkins
Sheehy Ware and Pappas, P.C.
2500 Houston Center
909 Fannin St.
Houston, TX 77010-1003

Via Email: bsanford@bairhilty.com
Mr. Bill Sanford

Bair Hilty, P.C.
14711 Pebble Bend Dr.
Houston TX 77068

                                              **JACOBS & CRUMPLAR, P.A.**

                                              /s/ Raeann Warner
                                              **RAEANN WARNER, ESQ. (#4931)**
                                              750 Shipyard Dr., Suite 200
                                              Wilmington, Delaware   19801
                                              (302) 656-5445
                                               Raeann@jcdelaw.com
Dated:   July 6, 2020                      *Attorney for Plaintiffs*