**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **RE:  D.I. 865** |

**CERTIFICATE OF NO OBJECTION REGARDING THE DEBTORS'
MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE
DEBTORS TO (A) REJECT UNEXPIRED LEASE OF
NONRESIDENTIAL REAL PROPERTY WITH DHEERA LIMITED
COMPANY, LLC, EFFECTIVE AS OF JUNE 30, 2020 AND (B)
ABANDON CERTAIN PERSONAL PROPERTY IN CONNECTION
THEREWITH AND (II) GRANTING RELATED RELIEF**

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht &

Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive pleading to

the *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Reject Unexpired

Lease of Nonresidential Real Property with Dheera Limited Company, LLC, Effective as of June 30,

2020 and (B) Abandon Certain Personal Property in Connection Therewith and (II) Granting

Related Relief* (the "Motion") (D.I. 865), filed on June 18, 2020.

The undersigned further certifies that Morris Nichols has caused a review of the

Court's docket in these cases and that no answer, objection or other responsive pleading to the

Motion appears thereon.  Pursuant to the Notice of Motion, objections to the Motion were to be filed

and served no later than July 2, 2020, at 4:00 p.m. (ET).

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

WHEREFORE, the Debtors respectfully request that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated:  July 6, 2020
       Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Paige N. Topper*

Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@mnat.com
       aremming@mnat.com
       emoats@mnat.com
       ptopper@mnat.com

– and –

SIDLEY AUSTIN LLP
Jessica C. K. Boelter (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 839-5300
Email:  jboelter@sidley.com

– and –

SIDLEY AUSTIN LLP
Thomas A. Labuda (admitted *pro hac vice*)
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Email:  tlabuda@sidley.com
       mandolina@sidley.com
       mlinder@sidley.com
       blair.warner@sidley.com

COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION