IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: D.I. 864** |

**CERTIFICATION OF COUNSEL REGARDING MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER APPROVING THE STIPULATION (I) LIFTING THE AUTOMATIC STAY AND (II) APPROVING THE DISMISSAL OF BSA COUNTERCLAIMS AND CROSS-CLAIMS, AND (III) GRANTING RELATE RELIEF**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1. On June 18, 2020, the Debtors filed the *Motion of the Debtors for Entry of an Order Approving the Stipulation (I) Lifting the Automatic Stay and (II) Approving the Dismissal of BSA Counterclaims and Cross-Claims, and (III) Granting Related Relief* (D.I. 864) (the "Motion").

2. Pursuant to the notice of Motion, the deadline to file objections or responses to the relief requested in the Motion was July 2, 2020, at 4:00 p.m. (ET) (the "Objection Deadline").

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

3. Prior to the Objection Deadline, the Debtors received informal comments to the stipulation included with the Motion (the "Stipulation") from the Official Committee of Tort Claimants (the "Tort Claimants' Committee").

4. Besides the informal comments from the Tort Claimants' Committee, the Debtors have received no other objection, response, or comments, and no objection or other responsive pleading to the Motion appears on the Court's docket.

5. The Debtors resolved the informal comments of the Tort Claimants' Committee through revisions to the stipulation (the "Revised Stipulation").

6. A copy of the Revised Stipulation is attached as Exhibit 1 to the proposed order (the "Proposed Order") attached hereto as **Exhibit A**.

7. For the convenience of the Court and all parties in interest, a blackline comparing the Proposed Order and Revised Stipulation against the version filed with the Motion is attached hereto as **Exhibit B**.

8. The Tort Claimants' Committee and all signatories to the Revised Stipulation have reviewed the Proposed Order and Revised Stipulation and do not object to its entry.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order in the form attached hereto as **Exhibit A**.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated:  July 6, 2020<br>        Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |

*/s/  Eric W. Moats*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Facsimile:   (302) 425-4664
Email:  dabbott@mnat.com
           aremming@mnat.com
           emoats@mnat.com
           ptopper@mnat.com

– and –

SIDLEY AUSTIN LLP
Jessica C. K. Boelter (admitted *pro hac vice*)
William E. Curtin
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 839-5300
 Email:  jboelter@sidley.com
           wcurtin@sidley.com

– and –

SIDLEY AUSTIN LLP
Thomas A. Labuda (admitted *pro hac vice*)
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Email:  tlabuda@sidley.com
           mandolina@sidley.com
           mlinder@sidley.com
           blair.warner@sidley.com

COUNSEL TO THE DEBTORS
AND DEBTORS IN POSSESSION
