**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref Docket Nos. 868 & 909** |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' OMNIBUS
APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE
RETENTION AND EMPLOYMENT OF APPRAISERS FOR THE DEBTORS
AND DEBTORS IN POSSESSION, *NUNC PRO TUNC* TO JUNE 18, 2020**

The undersigned counsel to the above-captioned debtors and debtors in possession (together, the "Debtors") hereby certifies as follows:

1. On June 18, 2020, the Debtors filed the *Debtors' Omnibus Application for Entry of an Order Authorizing the Retention and Employment of Appraisers for the Debtors and Debtors in Possession,* Nunc Pro Tunc *to June 18, 2020* [Docket No. 868] (the "Application").

2. On June 29, 2020, the Debtors filed the *Supplement to Debtors' Omnibus Application for Entry of an Order Authorizing the Retention and Employment of Appraisers for the Debtors and Debtors in Possession,* Nunc Pro Tunc *to June 18, 2020* [Docket No. 909].

3. Pursuant to the notice of Application, the deadline to file objections or responses to the relief requested in the Application was July 2, 2020, at 4:00 p.m. (ET) (the "Objection Deadline").

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

4.      Prior to the Objection Deadline, the Debtors received informal comments to the Application from the United States Trustee for the District of Delaware (the "U.S. Trustee").  Besides the informal comments from the U.S. Trustee, the Debtors have received no other objection, response, or comments, and no objection or other responsive pleading to the Application appears on the Court's docket.

5.      The Debtors have resolved the comments from the U.S. Trustee through revisions to the proposed order granting to the relief requested in the Application.

6.      A copy of the proposed order resolving the comments from the U.S. Trustee and granting the relief requested in the Application is attached hereto as **Exhibit A** (the "Proposed Order").

7.      For the convenience of the Court and all other parties in interest, a blackline comparing the Proposed Order against the version filed with the Application is attached hereto as **Exhibit B**.

8.      The U.S. Trustee has reviewed the Proposed Order and does not object to its entry.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

Dated:  July 6, 2020
       Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Eric W. Moats*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@mnat.com
      aremming@mnat.com
      emoats@mnat.com
      ptopper@mnat.com

– and –

SIDLEY AUSTIN LLP
Jessica C. K. Boelter (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 839-5300
Email:  jboelter@sidley.com

– and –

SIDLEY AUSTIN LLP
Thomas A. Labuda (admitted *pro hac vice*)
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Email:  tlabuda@sidley.com
      mandolina@sidley.com
      mlinder@sidley.com
      blair.warner@sidley.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION