**<u>Exhibit A</u>**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>                  Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 678, 702, 745 and 751** |

**ORDER GRANTING OLD REPUBLIC INSURANCE COMPANY'S MOTION PURSUANT TO SECTION 362 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 4001 FOR AN ORDER MODIFYING THE AUTOMATIC STAY TO PERMIT PAYMENTS OF CLAIMS AGAINST NON-DEBTOR INSURED PARTIES AND RELATED DEFENSE COSTS UNDER INSURANCE POLICIES**

Upon the Motion [Docket No. 678] (the "<u>Motion</u>"),[2] of Old Republic Insurance Company pursuant to Sections 105 and 362(d) of the Bankruptcy Code, Bankruptcy Rules 4001 and 9014, and Rule 4001-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, for entry of an order modifying the automatic stay, to the extent it applies, to allow Old Republic and ESIS to pay losses and expenses which are incurred in conjunction with the investigation, defense, adjustment or settlement of certain non-stayed claims or suits on behalf Non-Debtor Insureds under certain Old Republic Insurance Policies; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

1

determined that notice of the Motion as provided to the parties listed therein is reasonable and sufficient, and it appearing that no other or further notice needs to be provided; and certain objections (the "Objections") to the Motion having been filed and the Court having reviewed the Motion and Objections; and the Objections having been withdrawn, resolved or overruled; and the relief requested granted herein being in the best interests of the Debtors' estates, their creditors and other parties in interest; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Pursuant to section 362(d)(1) of the Bankruptcy Code, the automatic stay is hereby modified, to the extent it applies, to allow Old Republic and ESIS to administer, handle, provide for the payment of defense costs and to pay any judgments or settlements in connection with any Non-Stayed Claims against Non-Debtor Insureds that are covered by an Old Republic Primary Policy.

3. Pursuant to section 362(d)(1) of the Bankruptcy Code, the automatic stay is hereby modified, to the extent it applies, to allow Old Republic and ESIS to administer, handle, and provide for the payment of defense costs in connection with any Non-Stayed Claims against Non-Debtor Insureds that are covered by an Old Republic Excess Policy.

4. With respect to settlements or judgments against Non-Debtor Insureds covered by an Old Republic Excess Policy, pursuant to section 362(d)(1) of the Bankruptcy Code, the automatic stay is hereby modified, to the extent it applies, to allow Old Republic and ESIS to pay any judgments or settlements on behalf of Non-Debtor Insureds in connection with any Non-Stayed Claims against Non-Debtor Insureds pursuant to the following notice protocol:

    a. Old Republic shall be required to give the Debtors, the TCC, the FCR and the UCC (collectively, the "<u>Notice Parties</u>") five (5) calendar days prior notice of a proposed payment of a settlement or judgment of less than $500,000. Such notice shall include, without limitation, the amount of the proposed settlement, the amount of the demand, identification of all releasees and releasors, and the general status of the litigation. If any of the Notice Parties notifies Old Republic, in writing, that it objects to the payment of such settlement or judgment within such five (5) calendar days of service of the notice, the settlement or judgment may not be paid until 1) the objection is resolved, in writing, or 2) Old Republic obtains further order of the Court.

    b. Old Republic shall be required to seek further order of the Court approving any payment of any settlement or judgement greater than $500,000.

5.     Old Republic shall, on a monthly basis, provide the Notice Parties with (a) the aggregate amount paid for defense costs during the month for each policy year, as well as the amount paid per case and (b) an accounting of all settlements paid during the month for each policy year.

6.     Nothing herein (a) alters or modifies the terms and conditions of the Old Republic Policies or the ESIS Arrangement or relieves the Debtors or Old Republic of any of their obligations thereunder or (b) creates a direct right of action against Old Republic or ESIS where such right of action does not already exist under non-bankruptcy law.

7.     The terms and conditions of this Order shall be immediately effective and enforceable upon its entry and the stay set forth in Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure shall be, and hereby is, waived.

8.     This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2020
      Wilmington, Delaware

_____
THE HONORABLE LAURIE SELBER SILVERSTE
UNITED STATES BANKRUPTCY JUDGE

