**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**RE:  682** |

**CERTIFICATION OF COUNSEL REGARDING THE MOTION OF NICHOLE
ERICKSON AND MASON GORDON FOR AN ORDER GRANTING LIMITED
<u>RELIEF FROM THE AUTOMATIC STAY OF 11 U.S.C. § 362</u>**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "<u>Debtors</u>") hereby certifies as follows:

1. On May 22, 2020, Nichole Erickson and Mason Gordon (the "<u>Movants</u>") filed the *Motion of Nichole Erickson and Mason Gordon for an Order Granting Limited Relief from the Automatic Stay of 11 U.S.C. § 362* (D.I. 682) (the "<u>Motion</u>").

2. Pursuant to the notices of the Motion, objections or responses to the relief requested in the Motion were to be filed and served no later than June 1, 2020, at 4:00 p.m. (ET) (the "<u>Objection Deadline</u>").  The Objection Deadline was extended to June 4, 2020, at 12:00 p.m. (ET) for the Debtors.

3. On May 27, 2020, the Official Committee of Tort Claimants (the "<u>TCC</u>") filed *The Official Committee of Tort Claimants' Omnibus Objection to: (1) Motion for Relief from the Automatic Stay of Courtney Knight and Stephen Knight, Jointly as the Surviving Parents of E.J.K., a*

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

*Minor Child, and Stephen Knight, as Personal Representative of the Estate of E.J.K* [Docket No. 545]; (2) *Motion of Timothy and Karen Spahr, Individually and as Next Friends of ZRS, a Minor, for an Order for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code and the Plan Injunction to Liquidate the Claim and Collect from the Applicable Insurance Proceeds* [Docket Nos. 575 and 583]; (3) *Old Republic Insurance Company's Motion Pursuant to Sections 105(a) and 362 of the Bankruptcy Code and Bankruptcy Rule 4001 for an Order Modifying the Automatic Stay to Permit Payments of Claims Against Non-Debtors Insureds and Related Defense Costs Under Insurance Policies* [Docket No. 678]; (4) *Motion of Nichole Erickson and Mason Gordon for an Order Granting Limited Relief from the Automatic Stay of 11 U.S.C. Section 362* [Docket No. 682]; and (5) *Evanston Insurance Company's Motion for Entry of an Order Pursuant to Section 362 of the Bankruptcy Code and Bankruptcy Rule 4001, Modifying the Automatic Stay to Permit Payments of Claims Against Non-Debtor Insured Parties and Related Defense Costs Under Insurance Policies* (Docket No. 686) (the "TCC Objection").

4. On June 1, 2020, the Future Claimants' Representative (the "FCR") filed *The Future Claimants' Representative's Omnibus Objection to Motions for Relief from the Automatic Stay Brought by Old Republic Insurance Company, et al.* (D.I. 745) ("FCR Objection").

5. On June 1, 2020, the Official Committee of Unsecured Creditors (the "UCC") filed *The Official Committee of Unsecured Creditors' (I) Limited Objection to the Stay Relief Motions and (II) Limited Joinder to the Official Committee of Tort Claimants' Omnibus Objection to the Stay Relief Motions* (D.I. 751) (the "UCC Objection," and together with the TCC Objection and FCR Objection, the "Objections").

6. Other than the Objections, no other objections, responses or comments were filed in connection with the Motion.

7.  Following the Objection Deadline, the Movants, Debtors, the TCC, UCC and FCR engaged in discussions regarding the Objections and, through these discussions, the TCC, UCC and FCR have resolved their respective objections and do not object to entry of the proposed order attached hereto as **Exhibit A**.

WHEREFORE, the Debtors respectfully request that the Court enter the proposed order substantially in the form attached hereto as Exhibit A at its earliest convenience.

| | |
|---|---|
| Dated: July 6, 2020<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 425-4664<br>Email: dabbott@mnat.com<br>       aremming@mnat.com<br>       emoats@mnat.com<br>       ptopper@mnat.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Jessica C. K. Boelter (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-5300<br>Email: jboelter@sidley.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Thomas A. Labuda (admitted *pro hac vice*)<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Email: tlabuda@sidley.com<br>       mandolina@sidley.com<br>       mlinder@sidley.com<br><br>COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION |