**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No. 875** |

**CERTIFICATE OF NO OBJECTION REGARDING HARTFORD'S**
**MOTION FOR ENTRY OF AN ORDER AUTHORIZING HARTFORD**
**TO FILE UNDER SEAL (1) PORTIONS OF HARTFORD'S MOTION FOR**
**RECONSIDERATION, IN PART, OF THE COURT'S ORDER (I) APPOINTING**
**MEDIATORS, (II) REFERRING CERTAIN MATTERS TO MEDIATION,**
**AND (III) GRANTING RELATED RELIEF AND (2) EXHIBIT 1 TO THE**
**DECLARATION OF ABIGAIL W. WILLIAMS**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading has been received to the *Hartford's Motion  for Entry of an Order Authorizing Hartford to File Under Seal (1) Portions of Hartford's Motion for Reconsideration, in Part, of the Court's Order (I) Appointing Mediators, (II) Referring Certain Matters to Mediation, and (III) Granting Related Relief and (2) Exhibit 1 to the Declaration of Abigail W. Williams* [D.I. 875] (the "Motion to Seal"), filed on June 19, 2020. The undersigned further certifies, after reviewing the Court's docket in these cases, that no answer, objection, or other responsive pleading to the Motion to Seal appears thereon. Pursuant to the Motion to Seal, objections were to be filed and served no later than July 2, 2020 at 4:00 p.m.

It is hereby respectfully requested that an order granting the Motion to Seal be entered at the Court's earliest convenience.

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

Date:  July 7, 2020
  Wilmington, Delaware

BAYARD, P.A.

*/s/ Gregory J. Flasser*
Erin R. Fay (No. 5268)
Gregory J. Flasser (No. 6154)
600 North King Street, Suite 400
Wilmington, Delaware 19801
Telephone:  (302) 655-5000
Facsimile:  (302) 658-6395
Email:  efay@bayardlaw.com
      gflasser@bayardlaw.com

- and -

James P. Ruggeri (admitted *pro hac vice*)
Joshua D. Weinberg (admitted *pro hac vice*)
Abigail W. Williams (admitted *pro hac vice*)
Shipman & Goodwin LLP
1875 K Street, NW, Suite 600
Washington, DC 20003
Tel:  (202) 469-7750
Fax:  (202) 469-7751

- and -

Eric S. Goldstein (admitted *pro hac vice*)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
Tel:  (860) 251-5000
Fax:  (860) 251-5099

*Attorneys for First State Insurance Company,*
*Hartford Accident and Indemnity Company and*
*Twin City Fire Insurance Company*