EXHIBIT A

BOY SCOUTS OF AMERICA, et al., Bankruptcy Case No. 20-10343 (LSS)

Summary of Fees and Expenses for the First Interim Period
Interim Fee Application Hearing: July 9, 2020 at 10:00 a.m. (ET)

Debtor Professionals

Alvarez & Marsal North America, LLC

A.    First Interim Fee Application Request of Alvarez & Marsal North America, LLC, as Financial Advisor for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 18, 2020 to and Including April 30, 2020 (D.I. 730, Filed 5/29/20).

   1.    First Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from February 18, 2020 to and Including March 31, 2020 (D.I. 452, Filed 4/17/20);

   2.    Certificate of No Objection Regarding First Monthly Fee Application of Alvarez Marsal North America, LLC for Allowance of Compensation and for Reimbursement of Expenses for the Period From February 18, 2020 To March 31, 2020 (D.I. 578, Filed 5/7/20);

   3.    Second Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2020 to and Including April 30, 2020 (D.I. 718, Filed 5/28/20);

   4.    Certificate of No Objection Regarding Second Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2020 to and Including April 30, 2020 (D.I. 849, Filed 6/12/20); and

   5.    Certificate of No Objection Regarding First Interim Fee Application Request of Alvarez & Marsal North America, LLC, as Financial Advisor for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 18, 2020 to and Including April 30, 2020 (D.I. 933, Filed 7/2/20).

Bates White, LLC

B.    First Interim Fee Application Request of Bates White, LLC, as Abuse Claims Consultant and Advisor for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 18, 2020 to and Including April 30, 2020 (D.I. 802, Filed 6/8/20).

1.    First Monthly Application of Bates White, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from February 18, 2020 to and Including March 31, 2020 (D.I. 488, Filed 4/24/20);

2.    Certificate of No Objection Regarding the First Monthly Application of Bates White, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period From February 18, 2020 to March 31, 2020 (D.I. 602, Filed 5/11/20);

3.    Second Monthly Application of Bates White, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2020 to and Including April 30, 2020 (D.I. 662, Filed 5/15/20);

4.    Certificate of No Objection Regarding Second Monthly Application of Bates White, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2020 to and Including April 30, 2020 (D.I. 856, Filed 6/16/20); and

5.    Certificate of No Objection Regarding First Interim Fee Application Request of Bates White, LLC, as Abuse Claims Consultant and Advisor for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 18, 2020 to and Including April 30, 2020 (D.I. 932, Filed 7/2/20).

Haynes and Boone, LLP

C.    First Interim Fee Application Request of Haynes and Boone, LLP, as Special Insurance Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 18, 2020 to and Including April 30, 2020 (D.I. 733, Filed 5/29/20).

1.    Combined First Monthly Application of Haynes and Boone, LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from February 18, 2020 to April 30, 2020 (D.I. 660, Filed 5/15/20);

2.    Certificate of No Objection Regarding Combined First Monthly Application of Haynes and Boone, LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from February 18, 2020 to April 30, 2020 (D.I. 747, Filed 6/1/20); and

3.    Certificate of No Objection Regarding First Interim Fee Application Request of Haynes and Boone, LLP, as Special Insurance Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 18, 2020 to and Including April 30, 2020 (D.I. 931, Filed 7/2/20).

KCIC, LLC

D.    First Interim Fee Application Request of KCIC, LLC, as Insurance and Valuation Consultant for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 18, 2020 to and Including April 30, 2020 (D.I. 734, Filed 5/29/20).

1.      Combined First Monthly Fee Application of KCIC, LLC, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period February 18, 2020 to April 30, 2020 (D.I. 716, Filed 5/28/20);

2.      Certificate of No Objection Regarding the Combined First Monthly Fee Application of KCIC, LLC, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period February 18, 2020 through April 30, 2020 (D.I. 848, Filed 6/12/20); and

3.      Certificate of No Objection Regarding First Interim Fee Application Request of KCIC, LLC, as Insurance and Valuation Consultant for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 18, 2020 to and Including April 30, 2020 (D.I. 939, Filed 7/2/20).

<u>Morris, Nichols, Arsht & Tunnell LLC</u>

E.      First Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period February 18, 2020 Through April 30, 2020 (D.I. 732, Filed 5/29/20).

1.      First Monthly Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period February 18, 2020 Through February 29, 2020 (D.I. 446, Filed 4/16/20);

2.      Certificate of No Objection Regarding First Monthly Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period February 18, 2020 Through February 29, 2020 (D.I. 547, Filed 5/4/20);

3.      Second Monthly Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period March 1, 2020 Through March 31, 2020 (D.I. 703, Filed 5/27/20);

4.      Certificate of No Objection Regarding Second Monthly Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period March 1, 2020 Through March 31, 2020 (D.I. 835, Filed 6/11/20);

5.      Third Monthly Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period April 1, 2020 Through April 30, 2020 (D.I. 705, Filed 5/27/20);

6.      Certificate of No Objection Regarding Third Monthly Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period April 1, 2020 Through April 30, 2020 (D.I. 836, Filed 6/11/20); and

7.      Certificate of No Objection Regarding First Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period February 18, 2020 Through April 30, 2020 (D.I. 925, Filed 7/1/20).

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

F.      First Interim Fee Application Request of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., as Special Litigation Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 18, 2020 to and Including April 30, 2020 (D.I. 731, Filed 5/29/20).

1.      First Monthly Application of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. for Allowance of Compensation and Reimbursement of Expenses for the Period from February 18, 2020 to and Including March 31, 2020 (D.I. 512, Filed 4/29/20);

2.      Certificate of No Objection Regarding First Monthly Application of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. for Allowance of Compensation and Reimbursement of Expenses for the Period From February 18, 2020 to and Including March 31, 2020 (D.I. 641, Filed 5/15/20);

3.      Second Monthly Application of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2020 to and Including April 30, 2020 (D.I. 717, Filed 5/28/20);

4.      Certificate of No Objection Regarding Second Monthly Application of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2020 to and Including April 30, 2020 (D.I. 847, Filed 6/12/20);

5.      Supplement to First Interim Fee Application Request of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., as Special Litigation Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 18, 2020 to and Including April 30, 2020 (D.I. 930, Filed 7/2/20); and

6. Certification of Counsel Regarding the First Interim Fee Application Request of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., as Special Litigation Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 18, 2020 to and Including April 30, 2020 (D.I. 935, Filed 7/2/20).

Tort Committee's Counsel

Pachulski Stang Ziehl & Jones LLP

G. First Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Tort Claimants' Committee for the Period from March 4, 2020 through April 30, 2020 (D.I. 816, Filed 6/9/20).

1. First Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Tort Claimants' Committee for the Period from March 4, 2020 through March 31, 2020 (D.I. 629, Filed 5/14/20);

2. Certification of No Objection Regarding First Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Tort Claimants' Committee for the Period from March 4, 2020 through March 31, 2020 (D.I. 728, Filed 5/29/20);

3. Second Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Tort Claimants' Committee for the Period from April 1, 2020 through April 30, 2020 (D.I. 801, Filed 6/8/20); and

4. Certification of No Objection Regarding Second Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Tort Claimants' Committee for the Period from April 1, 2020 through April 30, 2020 (D.I. 890, Filed 6/24/20).

Future Claimants' Representative

James L. Patton, Jr. and Young Conaway Stargatt & Taylor, LLP

H. Combined First Interim Fee Application Request of James L. Patton, Jr. as the Legal Representative for Future Claimants and Young Conaway Stargatt & Taylor, LLP as Counsel to the Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period From February 18, 2020 Through April 30, 2020 (D.I. 725, Filed 5/29/20).

1. Combined First Monthly Application of James L. Patton, Jr. as the Legal Representative for Future Claimants and Young Conaway Stargatt & Taylor, LLP as Counsel to the Legal Representative for Future Claimants for Allowance of

Compensation and Reimbursement of Expenses for the Period From February 18, 2020 Through April 30, 2020 (D.I. 633, Filed 5/15/20);

2.      Certificate of No Objection Regarding Combined First Monthly Application of James L. Patton, Jr. as the Legal Representative for Future Claimants and Young Conaway Stargatt & Taylor, LLP as Counsel to the Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period From February 18, 2020 Through April 30, 2020 (D.I. 800, Filed 6/8/20); and

3.      Amended Notice of Interim Fee Application (D.I. 818, Filed 6/10/20).