# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered)<br><br>**Re:  Docket Nos. 900-903**<br><br>**Rescheduled Hearing Date: August 6, 2020, at 10:00 a.m. (Eastern)** |

## NOTICE OF RESCHEDULED HEARING ON FIRST INTERIM FEE APPLICATIONS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

PLEASE TAKE NOTICE that on June 24, 2020, certain professionals for the Official Committee of Unsecured Creditors in the above-captioned proceedings of Boy Scouts of America and Delaware BSA, LLC filed the following first interim fee applications:

1. *First Interim Fee Application of Reed Smith LLP, Delaware Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period March 9, 2020 through April 30, 2020* [D.I. 900] (the "RS Application");

2. *First Interim Fee Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 4, 2020 through April 30, 2020* [D.I. 901] (the "Alix Application"); and

3. *First Interim Fee Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period March 4, 2020 through April 30, 2020* [D.I. 902 and 903] (the "KL Application" and together with the RS Application and the Alix Application, the "Applications")

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

LEASE TAKE FURTHER NOTICE that the hearing on the Applications previously scheduled for July 9, 2020, at 10:00 a.m. (Eastern) will now be held on **August 6, 2020, at 10:00 a.m. (Eastern)** before the Honorable Laurie Selber Silverstein, United States Bankruptcy Court Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Sixth Floor, Courtroom No. 2, Wilmington, Delaware 19801.

Dated: July 8, 2020
       Wilmington, Delaware

Respectfully Submitted,

**REED SMITH LLP**

By:   */s/ Katelin A. Morales*
     Kurt F. Gwynne (No. 3951)
     Katelin A Morales (No. 6683)
     1201 North Market Street, Suite 1500
     Wilmington, DE 19801
     Telephone: (302) 778-7500
     Facsimile: (302) 778-7575
     E-mail: kgwynne@reedsmith.com
     E-mail: kmorales@reedsmith.com

-and-

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Thomas Moers Mayer, Esquire
Rachael Ringer, Esquire
Jennifer R. Sharret, Esquire
Megan M. Wasson, Esquire
177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
E-mail: tmayer@kramerlevin.com
E-mail: rringer@kramerlevin.com
E-mail: jsharret@kramerlevin.com
E-mail: mwasson@kramerlevin.com

*Counsel to the Official Committee of Unsecured Creditors*