# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | **RE: 904** |

## CERTIFICATION OF COUNSEL REGARDING LIANFEN QIAN'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PROCEED AGAINST INSURANCE POLICIES

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1. On June 25, 2020, Lianfen Qian (the "Movant") filed *Lianfen Qian's Motion for Relief from the Automatic Stay to Proceed Against Insurance Policies* (Docket No. 904) (the "Motion").

2. Pursuant to the notice of the Motion, objections or responses to the relief requested in the Motion were to be filed and served no later than July 2, 2020, at 4:00 p.m. (ET) (the "Objection Deadline"). The Objection Deadline was extended to July 7, 2020, at 4:00 p.m. (ET) for the Debtors.

3. On July 2, 2020, the Official Committee of Tort Claimants (the "TCC") filed *The Official Committee of Tort Claimants' Objection to Lianfen Qian's Motion for Relief from the Automatic Stay to Proceed Against Insurance Policies* (Docket No. 938) (the "TCC Objection").

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

4. On July 2, 2020, the Future Claimants' Representative (the "FCR") filed *The Future Claimants' Representative's Objection to Lianfen Qian's Motion for Relief from the Automatic Stay to Proceed Against Insurance Policies* (D.I. 940) ("FCR Objection").

5. On July 2, 2020, the UCC filed *The Official Committee of Unsecured Creditors' Limited Objection to Lianfen Qian's Motion for Relief from the Automatic Stay to Proceed Against Insurance Policies* (D.I. 945) (the "UCC Objection," and together with the TCC Objection and FCR Objection, the "Objections").

7. Other than the Objections, no other objections, responses or comments were filed in connection with the Motion.

8. Following the Objection Deadline, the Movant, the Debtors, the TCC, the UCC, and the FCR engaged in discussions regarding the Objections. Through these discussions, the Objections have been resolved and the Movant, the Debtors, the TCC, the UCC, and the FCR do not object to entry of the proposed order attached hereto as **Exhibit A**.

WHEREFORE, the Debtors respectfully request that the Court enter the proposed order substantially in the form attached hereto as **Exhibit A** at its earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

|  |  |
|---|---|
| Dated:  July 8, 2020<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Eric W. Moats*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:   (302) 425-4664<br>Email:  dabbott@mnat.com<br>            aremming@mnat.com<br>            emoats@mnat.com<br>            ptopper@mnat.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Jessica C. K. Boelter (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone:  (212) 839-5300<br>Email:  jboelter@sidley.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Thomas A. Labuda (admitted *pro hac vice*)<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone:  (312) 853-7000<br>Email:  tlabuda@sidley.com<br>            mandolina@sidley.com<br>            mlinder@sidley.com<br><br>COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION |