# Exhibit 1

## Rejected Contracts

| | COUNTERPARTY NAME AND ADDRESS | DEBTOR | REJECTED CONTRACTS | REJECTION DATE |
|---|---|---|---|---|
| 1. | Oracle America, Inc. 500 Oracle Parkway Redwood Shores, CA 94065 | Boy Scouts of America | Ordering Document (CPQ-739243-1) to Oracle Cloud Services Agreement (US-CSA-272260) dated May 31, 2014, governing the following: Oracle Talent Acquisition Cloud Service, Oracle Human Capital Management Base Cloud Service, Oracle Fusion Goal Management Cloud Service, Oracle Fusion Talent Review and Succession Management Cloud Service, Oracle Fusion Workforce Compensation Cloud Service, Oracle Learning Cloud Service, dated March 4, 2018 | June 30, 2020 |
| 2. | Oracle America, Inc. 500 Oracle Parkway Redwood Shores, CA 94065 | Boy Scouts of America | Ordering Document (CPQ-1478452-1) to Oracle Cloud Services Agreement dated May 31, 2014, governing the following: Oracle Taleo Learn External User Cloud Service, dated February 6, 2020 | June 30, 2020 |