# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA, *et al.*, | Case No. 20-10343 (LSS) |
| Debtors.[1] | Jointly Administered |
| | Re: D.I. 725, 730, 731, 732, 733, 734, 802, 816 |

### CERTIFICATION OF COUNSEL REGARDING PROPOSED FIRST OMNIBUS ORDER GRANTING INTERIM ALLOWANCE OF FEES AND EXPENSES FOR CERTAIN PROFESSIONALS

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows.

1. On April 6, 2020, the Court entered the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* (D.I. 341) (the "Interim Compensation Order").[2]

2. Pursuant to the procedures set forth in the Interim Compensation Order, the following Interim Fee Applications were filed:

   a. Combined First Interim Fee Application Request of James L. Patton, Jr. as the Legal Representative for Future Claimants and Young Conaway Stargatt & Taylor, LLP as Counsel to the Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

  Expenses for the Period From February 18, 2020 Through April 30, 2020 (D.I. 725);

b. First Interim Fee Application Request of Alvarez & Marsal North America, LLC, as Financial Advisor for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 18, 2020 to and Including April 30, 2020 (D.I. 730);

c. First Interim Fee Application Request of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., as Special Litigation Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 18, 2020 to and Including April 30, 2020 (D.I. 731);

d. First Interim Fee Application of Morris, Nichols, Arsht & Tunnell LLP, as Bankruptcy Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Monthly Compensation and for Monthly Reimbursement of All Actual and Necessary Expenses Incurred for the Period February 18, 2020 Through April 30, 2020 (D.I. 732);

e. First Interim Fee Application Request of Haynes and Boone, LLP, as Special Insurance Counsel for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 18, 2020 to and Including April 30, 2020 (D.I. 733);

f. First Interim Fee Application Request of KCIC, LLC, as Insurance and Valuation Consultant for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 18, 2020 to and Including April 30, 2020 (D.I. 734);

g. First Interim Fee Application Request of Bates White, LLC, as Abuse Claims Consultant and Advisor for the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 18, 2020 to and Including April 30, 2020 (D.I. 802); and

h. First Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Tort Claimants' Committee for the Period from March 4, 2020 through April 30, 2020 (D.I. 816) (collectively, the "<u>Professionals</u>").

  3. Each of the following Professionals filed a certificate of no objection regarding its Interim Fee Application: Young Conaway Stargatt & Taylor, LLP and James L. Patton, Jr. (D.I. 800); Alvarez & Marsal North America, LLC (D.I. 933); Morris, Nichols, Arsht & Tunnell LLP (D.I. 925); Haynes and Boone, LLP (D.I. 931); KCIC, LLC (D.I. 939); and Bates White, LLC (D.I. 932). Ogletree, Deakins, Nash, Smoak & Stewart, P.C. filed a certification of

counsel regarding its Interim Fee Application to reflect the resolution of informal comments from the U.S. Trustee (D.I. 935).  In addition, Pachulski Stang Ziehl & Jones LLP received no informal comments or formal objections to its Interim Fee Application, and the objection deadline for its Interim Fee Application has passed.

4. Attached hereto as **Exhibit A** is the Proposed *First Omnibus Order Granting Interim Allowance of Fees and Expenses for Certain Professionals* (the "Proposed Order").

5. Each of the Professionals and the U.S. Trustee were provided with an opportunity to review the Proposed Order and do not object to its entry.

[*Remainder of Page Left Intentionally Blank*]

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order attached hereto as **Exhibit A** at its earliest convenience.

| | |
|---|---|
| Dated:  July 9, 2020<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/  Paige N. Topper*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:   (302) 425-4664<br>Email:  dabbott@mnat.com<br>           aremming@mnat.com<br>           emoats@mnat.com<br>           ptopper@mnat.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Jessica C. K. Boelter (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone:  (212) 839-5300<br>Email:  jboelter@sidley.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Thomas A. Labuda (admitted *pro hac vice*)<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone:  (312) 853-7000<br>Email:  tlabuda@sidley.com<br>           mandolina@sidley.com<br>           mlinder@sidley.com<br><br>COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION |