# **Exhibit A**

Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| BOY SCOUTS OF AMERICA, *et al.*, | Case No. 20-10343 (LSS) |
| Debtors.[1] | Jointly Administered |
| | **RE: D.I. 725, 730, 731, 732, 733, 734, 802, 816.** |

**FIRST OMNIBUS ORDER GRANTING INTERIM ALLOWANCE OF FEES AND**
**EXPENSES FOR CERTAIN PROFESSIONALS**

These matters come to be heard, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* (D.I. 341) (the "Interim Compensation Procedures Order"),[2] on the Interim Fee Applications filed by the Professionals identified on **Exhibits A** and **B** hereto for the periods set forth on such exhibit; and this Court having determined that proper and adequate notice of these matters has been given and that no other or further notice is necessary; and the requested compensation for the services detailed in the applicable First Interim Fee Applications being for reasonable and necessary services rendered by the applicable Professionals; the reimbursements for expenses detailed in the First Interim Fee Applications representing actual and necessary expenses incurred by the applicable Professionals in connection with these cases; the legal and factual bases set forth in the First Interim Fee Applications having established just cause for the relief granted herein; and after due deliberation thereon; and good and sufficient cause appearing therefor;

---

[1]    The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]    Capitalized terms not defined herein shall have the meanings ascribed to them in the Interim Compensation Procedures Order.

**IT IS HEREBY ORDERED THAT:**

1.      Interim compensation and reimbursement of expenses for the Professionals are hereby allowed as set forth in this Order, including **Exhibits A** and **B** attached hereto.

2.      Unless otherwise ordered by the Court or agreed by the applicant, the entry of this Order is without prejudice to the right of the Professionals at a future hearing to request the allowance and payment of compensation and/or expenses in amounts in excess of those allowed pursuant to the first decretal paragraph of this Order for the periods covered by the Interim Fee Applications for allowance and payment of compensation and expenses considered at the Hearing.

3.      The Debtors are authorized and directed to promptly disburse to each Professional payment in the amount of the difference between (a) 100% of the total fees and expenses allowed herein for such Professional as set forth in Column (10) on **Exhibits A** and **B** attached hereto and (b) the actual payments received by such Professional for the period covered herein, subject to final allowance by the Court pursuant to the terms of the Interim Compensation Procedures Order.

4.      The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

5.      This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

6.      This Order shall be effective immediately upon entry.

Dated: _____, 2020            _____
      Wilmington, Delaware            THE HON. LAURIE SELBER SILVERSTEIN
                                   UNITED STATES BANKRUPTCY JUDGE

2

**Exhibit A**

| DEBTORS' PROFESSIONALS | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4)[3] | (5) | (6) | (7) | (8) | (9) | (10) | (11) |
| Applicant | Interim Period | Total Fees Requested for the Interim Period | Amount of Fees for Which Payment Was Requested in Monthly Applications (80%) | Amount of Holdback Fees Requested (20%) | Total Expenses Requested for the Interim Period (100%) | Total Amount Authorized for the Interim Period | Total Amount Requested for the Interim Period (Fees and Expenses) | Voluntary Reduction | Total Amount Authorized Per Court Order on an Interim Basis (Fees and Expenses) | Total Amount Requested in Cases (Fees and Expenses) through the Interim Period |
| Alvarez & Marsal North America, LLC | 2/18/20- 4/30/20 | $1,937,895.00 | $1,550,316.00 | $387,579.00 | $31,624.67 | $1,581,940.67 | $1,969,519.67 | $0.00[4] | $1,969,519.67 | $1,969,519.67 |
| Bates White, LLC | 2/18/20- 4/30/20 | $250,019.00 | $200,015.20 | $50,003.80 | $0.00 | $200,015.20 | $250,019.00 | $0.00 | $250,019.00 | $250,019.00 |
| Haynes and Boone, LLP | 2/18/20- 4/30/20 | $310,541.00 | $248,432.80 | $62,108.20 | $1,185.14 | $249,617.94 | $311,726.14 | $0.00 | $311,726.14 | $311,726.14 |
| KCIC, LLC | 2/18/20- 4/30/20 | $11,116.00 | $8,892.80 | $2,223.20 | $0.00 | $8,892.80 | $11,116.00 | $0.00 | $11,116.00 | $11,116.00 |
| Morris, Nichols, Arsht & Tunnell LLC | 2/18/20- 4/30/20 | $514,222.00 | $411,377.60 | $102,844.40 | $22,603.77 | $433,981.37 | $536,825.77 | $0.00 | $536,825.77 | $536,825.77 |
| Ogletree, Deakins, Nash, Smoak & Stewart, P.C. | 2/18/20- 4/30/20 | $539,072.90 | $431,258.32 | $107,814.58 | $2,052.38 | $433,310.70 | $541,125.28 | $0.00 | $541,125.28 | $541,125.28 |
| **SUB TOTAL FOR DEBTORS' PROFESSIONALS** | | **$3,562,865.90** | **$2,850,292.72** | **$712,573.18** | **$57,465.96** | **$2,907,758.68** | **$3,620,331.86** | **$0.00** | **$3,620,331.86** | **$3,620,331.86** |

---

[3]   Please note that the listing in Columns (4) and (6) are amounts of fees and expenses for which payment was requested in monthly applications and is not intended to and should not be construed as a finding by the Court or admission by the Applicant that such amounts were actually paid by the Debtors.

[4]   Alvarez & Marsal North America, LLC agreed to a voluntary reduction of $21,745.00 in its *Second Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2020 to and Including April 30, 2020.* Accordingly, such reduction is not reflected herein.

## Exhibit B

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **TORT COMMITTEE'S COUNSEL** | | | | | | | | | | |
| **(1)** | **(2)** | **(3)** | **(4)**[5] | **(5)** | **(6)** | **(7)** | **(8)** | **(9)** | **(10)** | **(11)** |
| **Applicant** | **Interim Period** | **Total Fees Requested for the Interim Period** | **Amount of Fees for Which Payment Was Requested in Monthly Applications (80%)** | **Amount of Holdback Fees Requested (20%)** | **Total Expenses Requested for the Interim Period (100%)** | **Total Amount Authorized for the Interim Period** | **Total Amount Requested for the Interim Period (Fees and Expenses)** | **Voluntary Reduction** | **Total Amount Authorized Per Court Order on an Interim Basis (Fees and Expenses)** | **Total Amount Requested in Cases (Fees and Expenses) through the Interim Period** |
| Pachulski Stang Ziehl & Jones LLP | 3/4/20-4/30/20 | $1,420,928.00 | $1,136,742.40 | $284,185.60 | $9,110.82 | $1,143,853.22 | $1,430,038.82 | $2,000.00[6] | $1,428,038.82 | $1,428,038.82 |
| **SUB TOTAL FOR TORT COMMITTEE'S COUNSEL** | | **$1,420,928.00** | **$1,136,742.40** | **$284,185.60** | **$9,110.82** | **$1,143,853.22** | **$1,430,038.82** | **$2,000.00** | **$1,428,038.82** | **$1,428,038.82** |
| **FUTURE CLAIMANT'S REPRESENTATIVE** | | | | | | | | | | |
| James L. Patton, Jr. | 2/18/20-4/30/20 | $19,880.00 | $15,904.00 | $3,976.00 | $0.00 | $15,904.00 | $19,880.00 | $0.00 | $19,880.00 | $19,880.00 |
| Young Conaway Stargatt & Taylor, LLP | 2/18/20-4/30/20 | $183,254.00 | $146,603.20 | $36,650.80 | $4,750.17 | $143,353.37 | $188,004.17 | $8,000.00[7] | $180,004.17 | $180,004.17 |
| **SUB TOTALS FOR CLAIMANT'S REPRESENTATIVE** | | **$203,134.00** | **$162,507.20** | **$40,626.80** | **$4,750.17** | **$159,257.37** | **$207,884.17** | **$8,000.00** | **$199,884.17** | **$199,884.17** |
| **GRAND TOTAL FOR EXHIBITS A AND B** | | **$5,186,927.90** | **$4,149,542.32** | **$1,037,385.58** | **$71,326.95** | **$4,210,869.27** | **$5,258,254.85** | **$10,000.00** | **$5,248,254.85** | **$5,248,254.85** |

---

[5]    Please note that the listing in Columns (4) and (6) are amounts of fees and expenses for which payment was requested in monthly applications and is not intended to and should not be construed as a finding by the Court or admission by the Applicant that such amounts were actually paid by the Debtor

[6]    Pachulski Stang Ziehl & Jones LLP agreed to a voluntary reduction of $2,000 pursuant to an agreement with the US Trustee.

[7]    Young Conaway Stargatt & Taylor, LLP received informal comments from the Debtors and the United States Trustee and agreed to a voluntary reduction of $8,000.00 in fees.