## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

### CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 885

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the *First Monthly Application of Gilbert LLP as Insurance Counsel to the Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period From March 19, 2020 Through May 31, 2020* [Docket No. 885] (the "Application"), filed on June 23, 2020, has been received. The undersigned further certifies that a review of the Court's docket in these cases reflects that no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served no later than July 7, 2020 at 4:00 p.m. (ET).

Pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [Docket No. 341], the Debtors are now authorized to pay 80% ($79,384.80) of requested fees ($99,231.00) and 100% of requested expenses ($2,693.40) on an interim basis without further order of the Court.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated: July 9, 2020                    YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                       */s/ Robert S. Brady*
                                       Robert S. Brady (No. 2847)
                                       Edwin J. Harron (No. 3396)
                                       Sharon M. Zieg (No. 4196)
                                       Rodney Square
                                       1000 North King Street
                                       Wilmington, Delaware 19801
                                       Telephone: (302) 571-6600
                                       Facsimile: (302) 571-1253
                                       Email: rbrady@ycst.com
                                               eharron@ycst.com
                                               szieg@ycst.com

                                       *Counsel to the Future Claimants' Representative*