# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br>(Jointly Administered)<br><br>**Re: Docket No. 898** |

**CERTIFICATE OF NO OBJECTION TO SECOND MONTHLY FEE APPLICATION OF ALIXPARTNERS, LLP, FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 1, 2020 THROUGH AND INCLUDING APRIL 30, 2020**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the *Second Monthly Fee Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2020 through and Including April 30, 2020* ("Application"; D.I. 898) filed on June 24, 2020. The undersigned further certifies that she has reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections or responses to the Application were to be filed and served no later than July 8, 2020, at 4:00 p.m.

Pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* ("Interim Compensation Order";

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

D.I. 341), the Debtors are authorized to pay the applicant $341,388.00, which represents eighty percent (80%) of the total fees ($426,735.00) requested in the Application on an interim basis without further order of the Court.  No expenses were requested in the Application.

Dated:  July 9, 2020　　　　　　　　　　　　　　　Respectfully submitted,
Wilmington, Delaware

                REED SMITH LLP

              By: */s/ Katelin A. Morales*
                Kurt F. Gwynne (No. 3951)
                Katelin A Morales (No. 6683)
                1201 Market Street, Suite 1500
                Wilmington, DE 19801
                Telephone: (302) 778-7500
                Facsimile: (302) 778-7575
                E-mail: kgwynne@reedsmith.com
                E-mail: kmorales@reedsmith.com

                   -and-

                KRAMER LEVIN NAFTALIS
                  & FRANKEL LLP
                Thomas Moers Mayer, Esquire
                Rachael Ringer, Esquire
                Jennifer R. Sharret, Esquire
                Megan M. Wasson, Esquire
                177 Avenue of the Americas
                New York, NY 10036
                Telephone: (212) 715-9100
                Facsimile: (212) 715-8000
                E-mail: tmayer@kramerlevin.com
                E-mail: rringer@kramerlevin.com
                E-mail: jsharret@kramerlevin.com
                E-mail: mwasson@kramerlevin.com

                *Counsel to the Official Committee of*
                *Unsecured Creditor*