IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 860** |

### ORDER DENYING MOTION FOR RECONSIDERATION

For the reasons set forth in the letter dated July 14, 2020, it is hereby **ORDERED THAT** *Hartford's Motion for Reconsideration, in Part, of the Court's Order (I) Appointing Mediators, (II) Referring Certain Matters to Mediation and (III) Granting Related Relief [Docket No. 860]* is DENIED.

Dated: July 14, 2020

_____
Laurie Selber Silverstein
United States Bankruptcy Judge