**<u>Exhibit B</u>**

**Expense Detail**

**SIDLEY AUSTIN LLP**

Invoice Number: 40042290
Boy Scouts of America

Chapter 11 Matters

EXPENSE DETAIL

| Date | Narrative | Amount |
|---|---|---|
| 04/30/20 | 03/09/20-Telephone Charges Conference Call Customer: AJB4784 JESSICA C BOELTER | $1.42 |
| 04/30/20 | 03/13/20-Telephone Charges Conference Call Customer: AJB8334 JESSICA C BOELTER | 3.55 |
| 04/30/20 | 03/17/20-Telephone Charges Conference Call Customer: AJB2476 JESSICA C BOELTER | 2.89 |
| 04/30/20 | 03/21/20-Telephone Charges Conference Call Customer: AJB5557 JESSICA C BOELTER | 2.21 |
| 04/30/20 | 03/16/20-Telephone Charges Conference Call | 1.29 |
| 04/30/20 | 03/11/20-Telephone Charges Conference Call | 4.80 |
| 04/30/20 | 03/10/20-Telephone Charges Conference Call | 0.22 |
| 04/30/20 | 03/10/20-Telephone Charges Conference Call | 0.84 |
| 04/30/20 | 03/06/20-Telephone Charges Conference Call | 3.33 |
| 04/30/20 | 03/12/20-Telephone Charges Conference Call | 0.94 |
| 04/30/20 | 03/10/20-Telephone Charges Conference Call | 3.08 |
| 04/30/20 | 03/18/20-Telephone Charges Conference Call | 1.05 |
| 04/30/20 | 03/26/20-Telephone Charges Conference Call | 2.43 |
| 04/30/20 | 03/09/20-Telephone Charges Conference Call | 1.04 |
| 04/30/20 | 03/06/20-Telephone Charges Conference Call | 3.13 |
| 04/30/20 | 03/13/20-Telephone Charges Conference Call | 0.85 |
| 04/30/20 | 03/30/20-Telephone Charges Conference Call | 3.35 |
| 04/30/20 | 03/13/20-Telephone Charges Conference Call | 5.89 |
| 04/30/20 | 03/03/20-Telephone Charges Conference Call | 1.79 |
| 05/08/20 | 04/30/20 - Williams Lea - 0001007693-000 Reprographics | 0.10 |
| 05/13/20 | 04/19/20-Westlaw research service | 14.05 |
| 05/13/20 | 04/19/20-Westlaw research service | 1.31 |
| 05/13/20 | 04/24/20-Westlaw research service | 352.76 |
| 05/13/20 | 04/24/20-Westlaw research service | 70.55 |
| 05/13/20 | 04/24/20-Westlaw research service | 513.78 |
| 05/13/20 | 04/27/20-Westlaw research service | 186.83 |

**SIDLEY AUSTIN LLP**

Invoice Number: 40042290
Boy Scouts of America

Chapter 11 Matters

| Date | Narrative | Amount |
|---|---|---:|
| 05/13/20 | 04/28/20-Westlaw research service | 79.70 |
| 05/13/20 | 04/28/20-Westlaw research service | 46.71 |
| 05/13/20 | 04/29/20-Westlaw research service | 493.86 |
| 05/13/20 | 04/29/20-Westlaw research service | 282.20 |
| 05/13/20 | 04/29/20-Westlaw research service | 93.41 |
| 05/13/20 | 04/27/20-Westlaw research service | 46.76 |
| 05/13/20 | 04/27/20-Westlaw research service | 1,354.52 |
| 05/13/20 | 04/28/20-Westlaw research service | 39.85 |
| 05/13/20 | 04/28/20-Westlaw research service | 233.54 |
| 05/13/20 | 04/21/20-Westlaw research service | 186.83 |
| 05/13/20 | 04/27/20-Westlaw research service | 46.71 |
| 05/13/20 | 04/20/20-Westlaw research service | 1,530.03 |
| 05/13/20 | 04/21/20-Westlaw research service | 141.26 |
| 05/13/20 | 04/22/20-Westlaw research service | 221.05 |
| 05/13/20 | 04/23/20-Westlaw research service | 39.89 |
| 05/20/20 | 05/05/20 - THE BUREAU OF NATIONAL AFFAIRS - 6888253197 - ONLINE SEARCH | 6.78 |
| 05/21/20 | 04/14/20-Lexis research service | 123.53 |
| 05/21/20 | 04/13/20-Lexis research service | 237.60 |
| 05/21/20 | 04/05/20-Lexis research service | 441.38 |
| 05/21/20 | 04/05/20-Lexis research service | 91.20 |
| 05/21/20 | 04/01/20-Lexis research service | 59.40 |
| 05/21/20 | 04/06/20-Lexis research service | 57.00 |
| 05/21/20 | 04/20/20-Telephone Charges Conference Call | 1.20 |
| 05/21/20 | 04/30/20-Telephone Charges Conference Call | 0.45 |
| 05/21/20 | 04/29/20-Telephone Charges Conference Call | 2.07 |
| 05/21/20 | 04/02/20-Telephone Charges Conference Call | 1.69 |
| 05/21/20 | 04/30/20-Telephone Charges Conference Call | 1.00 |
| 05/21/20 | 04/17/20-Telephone Charges Conference Call | 0.58 |
| 05/21/20 | 04/16/20-Telephone Charges Conference Call | 113.40 |
| 05/21/20 | 04/28/20-Telephone Charges Conference Call | 57.11 |

**SIDLEY AUSTIN LLP**

Invoice Number: 40042290
Boy Scouts of America

Chapter 11 Matters

| **Date** | **Narrative** | **Amount** |
| --- | --- | --- |
| 05/21/20 | 04/16/20-Telephone Charges Conference Call | 0.26 |
| 05/21/20 | 04/16/20-Telephone Charges Conference Call | 0.02 |
| 05/21/20 | 04/28/20-Telephone Charges Conference Call | 0.02 |
| 05/22/20 | 04/30/20- Federal Express Corporation- TR #117602777980 JESSICA BOELTER | 123.53 |
| 05/22/20 | 05/15/20-Westlaw research service | 187.04 |
| 05/22/20 | 05/05/20-Westlaw research service | 70.55 |
| 05/22/20 | 05/05/20-Westlaw research service | 46.71 |
| 05/22/20 | 05/12/20-Westlaw research service | 70.55 |
| 05/22/20 | 05/12/20-Westlaw research service | 46.71 |
| 05/22/20 | 05/08/20-Westlaw research service | 239.09 |
| 05/22/20 | 05/08/20-Westlaw research service | 93.41 |
| 05/22/20 | 05/10/20-Westlaw research service | 199.25 |
| 05/22/20 | 05/10/20-Westlaw research service | 93.41 |
| 05/22/20 | 05/11/20-Westlaw research service | 358.64 |
| 05/22/20 | 05/11/20-Westlaw research service | 653.90 |
| 05/22/20 | 05/12/20-Westlaw research service | 39.85 |
| 05/22/20 | 05/12/20-Westlaw research service | 46.71 |
| 05/22/20 | 05/14/20-Westlaw research service | 70.55 |
| 05/22/20 | 05/14/20-Westlaw research service | 513.78 |
| 05/22/20 | 05/15/20-Westlaw research service | 360.60 |
| 05/22/20 | 05/15/20-Westlaw research service | 42.90 |
| 05/22/20 | 05/15/20-Westlaw research service | 282.53 |
| 05/22/20 | 05/15/20-Westlaw research service | 187.04 |
| 05/22/20 | 05/15/20-Westlaw research service | 14.06 |
| 05/22/20 | 05/12/20-Westlaw research service | 93.41 |
| 05/22/20 | 05/14/20-Westlaw research service | 64.80 |
| 05/22/20 | 05/14/20-Westlaw research service | 85.80 |
| 05/27/20 | 05/15/20 - Williams Lea - 0001010166-000 Reprographics | 0.10 |
| 05/28/20 | 04/03/20-Telephone Charges Conference Call Customer: AJB3774 JESSICA C BOELTER | 1.23 |

**SIDLEY AUSTIN LLP**

Invoice Number:  40042290
Boy Scouts of America

Chapter 11 Matters

| **Date** | **Narrative** | **Amount** |
|---|---|---:|
| 05/28/20 | 04/29/20-Telephone Charges Conference Call Customer: AJB4762 JESSICA C BOELTER | 3.89 |
| 05/28/20 | 04/13/20-Telephone Charges Conference Call Customer: AJB2139 JESSICA C BOELTER | 4.10 |
| 05/28/20 | 04/15/20-Telephone Charges Conference Call Customer: AJB7845 JESSICA C BOELTER | 3.20 |
| 05/28/20 | 04/20/20-Telephone Charges Conference Call Customer: AJB4264 JESSICA C BOELTER | 1.40 |
| 05/28/20 | 04/03/20-Telephone Charges Conference Call Customer: HTO2922 THOMAS OATES | 0.75 |
| 05/28/20 | 04/22/20-Telephone Charges Conference Call Customer: HTO7875 THOMAS OATES | 1.38 |
| 05/29/20 | 04/14/20-Telephone Charges Conference Call | 1.73 |
| 05/29/20 | 04/23/20-Telephone Charges Conference Call | 5.45 |
| 05/29/20 | 04/23/20-Telephone Charges Conference Call | 1.56 |
| 05/29/20 | 04/14/20-Telephone Charges Conference Call | 6.96 |
| 05/29/20 | 04/28/20-Telephone Charges Conference Call | 6.50 |
| 05/29/20 | 04/16/20-Telephone Charges Conference Call | 4.62 |
| 05/29/20 | 04/20/20-Telephone Charges Conference Call | 10.40 |
| 05/29/20 | 04/21/20-Telephone Charges Conference Call | 1.81 |
| 05/29/20 | 04/01/20-Telephone Charges Conference Call | 3.42 |
| 05/29/20 | 04/01/20-Telephone Charges Conference Call | 3.18 |
| 05/29/20 | 04/02/20-Telephone Charges Conference Call | 4.04 |
| 05/29/20 | 04/30/20-Telephone Charges Conference Call | 4.64 |
| 05/29/20 | 04/30/20-Telephone Charges Conference Call | 6.54 |
| 05/29/20 | 04/24/20-Telephone Charges Conference Call | 5.30 |
| 05/29/20 | 04/24/20-Telephone Charges Conference Call | 2.31 |
| 05/29/20 | 04/03/20-Telephone Charges Conference Call | 0.04 |
| 05/29/20 | 04/03/20-Telephone Charges Conference Call | 5.25 |
| 05/29/20 | 04/04/20-Telephone Charges Conference Call | 5.11 |
| | **Total** | **$11,294.22** |