IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC.[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Colin Linebaugh, depose and say that I am employed by Omni Agent Solutions ("Omni"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 8, 2020, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served via the method set forth on the Landlords Service List attached hereto as **Exhibit A**:

- **Order (I) Authorizing the Debtors to (A) Reject Unexpired Lease of Nonresidential Real Property with Dheera Limited Company, LLC, Effective as of June 30, 2020 and (B) Abandon Certain Personal Property in Connection Therewith and (II) Granting Related Relief [Docket No. 981].**

Dated: July 14, 2020

_____
Colin Linebaugh
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
(818) 906-8300

{State of California   }
{                      } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 14th day of July, 2020, by Colin Linebaugh proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

# **EXHIBIT A**

**Exhibit B**
**Landlords Service List**
**Served as set forth below**

| Description | Name | Address | | Email | Method of Service |
|---|---|---|---|---|---|
| Unclaimed Property-Property Owner | Dheera Limited Company LLC | Po Box 16387 | Fort Worth, TX 76162-0387 | | First Class Mail |
| Unclaimed Property-Property Owner | Dheera Limited Company LLC | PO Box 1647 | Hurst, TX 76053-1647 | | First Class Mail |
| Unclaimed Property-Property Owner | Dheera Limited Company LLC | | | DHEERALIMITED@ATT.NET | Email |

In re: Boy Scouts of America
and Delaware BSA, LLC
Case No. 20-10343

Page 1 of 1