**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br>Debtors. | Chapter 11<br>Case No.: 20-10343 (LSS)<br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

Comes Now, Flordia M Henderson, Attorney at Law, and enters her appearance as counsel of record for TRENNIE L. WILLIAMS and KIWAYNA H. WILLIAMS, jointly as Parents, Legal Guardians and Next Friends of T. Q. W., a Minor, in the above-entitled action as a creditor in the above-captioned jointly administered case pursuant to 11 U.S.C. §1109(b) and Fed. R. Bank. P. 9010(b), and such counsel hereby requests, pursuant to Fed. R. Bank. P. 2002, 3017 and 9007, Del. Bankr. L.R.2002-1, and 11 U.S.C. §§342 and 1109(b), that copies of all notices and pleadings given or filed in this case be given and served upon her at the address, and facsimile and telephone number below.

Respectfully Submitted,

/s/Flordia M. Henderson
Flordia M. Henderson [BPR #16137]
Attorney for Trennie L. Williams and
Kiwayna H. Williams
P.O. Box 30604
Memphis, Tennessee 38130-0604
Telephone: (901)348-4406
Facsimile: (901)348-4409
flordia@fhendersonlaw.net

## CERTIFICATE OF SERVICE

I, Flordia M. Henderson, certify that a copy of the foregoing Notice of Appearance and Request for Notices was forwarded electronically and/or by first class U.S. Mail, postage prepaid on the 15th day of July 2020 to the following entities:

### Attorneys for Debtors:

MORRIS, NICHOLS, ARSHT & TUNNERR, LLP

Derek C. Abbot
Andrew R. Remming
Joseph C. Barsalona
Paige N. Topper
Eric Moats
1201 North Market Street, 16th Floor
P. O. Box 1347
Wilmington, Delaware 19899-1347
Email: dabbott@mnat.com
aremming@mnat.com
kbarasolona@mnat.com
ptopper@mnat.com
emoats@mnat.com

SIDLEY AUSTIN LLP

Jessica C.K. Boelter
787 Seventh Avenue
New York, New York 10019

Thomas A. Labuda
Michael C. Andolina
Matthew A. Linder
Blair M. Warner
One South Dearborn Street
Chicago, Illinois 60603

Email: jboelter@sidley.com
mandolinar@sidley.com
mlinder@sidley.com
blair.warner@sidley.com

### Attorneys for U. S. Trustee:

**David L. Buchbinder**
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
Suite 2207
Wilmington, DE 19801
Phone: 302-573-6491
Fax: 302-573-6497
Email: david.l.buchbinder@usdoj.gov

**Hannah Mufson McCollum**
Office of the U. S. Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Phone: 302-573-6491
Fax: 302-573-6497
Email: hannah.mccollum@usdoj.gov

/s/Flordia M. Henderson
Flordia M. Henderson