## THE UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF DELAWARE

IN RE: **Boy Scouts of America, Debtor(s).**                    **Case No. 20-10343 LSS**

       **1325 West Walnut Hill Lane**                    **Chapter 11**
       **Irving, TX 75038**

       **22-1576300**

---

### Notice of Appearance and Request for Notice

---

Pursuant to Bankruptcy Rule 2002(g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the TN Dept of Labor - Bureau of Unemployment Insurance.

Notices should be addressed to:

TN Dept of Labor - Bureau of Unemployment Insurance

c/oTN Attorney General's Office, Bankruptcy Division

PO Box 20207

Nashville, Tennessee 37202-0207

The TN Dept of Labor - Bureau of Unemployment Insurance hereby reserves and does not waive its sovereign immunity and its rights under the Eleventh Amendment to the United States Constitution.

       Respectfully submitted,

       Herbert H. Slatery III

       Attorney General and Reporter

       /s/ Laura L. McCloud

       Laura L. McCloud

       Senior Assistant Attorney General

       BPR No. 016206

       OFFICE OF THE ATTORNEY GENERAL

       BANKRUPTCY DIVISION

       P O BOX 20207

       Nashville, TN 37202-0207

       Phone: (615) 532-8933    Fax: 615-741-3334

       Email: AGBankDelaware@ag.tn.gov

### CERTIFICATE OF SERVICE

I certify that on _____ July 17, 2020 _____ a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

       /s/ Laura L. McCloud

       Laura L. McCloud

       Senior Assistant Attorney General

Office of the U.S. Trustee                    Derek C. Abbott

844 King St., Room 2207                    Attorney for the Debtor(s)

Lock Box 35                                             Morris Nichols Arsht & Tunnell

Wilmington, Delaware 19899-0035          1201 N. Market Street

                           Wilmington, DE 19899