**Exhibit A-1**

**Summary of Services, May 1-31, 2020**

4816-7704-4931

# haynes*boone*

Invoice Number: 21433096
Invoice Date:  June 15, 2020
Matter Name: BSA/Hartford Litigation
Client/Matter Number: 0020234.00018
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

### REMITTANCE PAGE
*For Professional Services Through  May 31, 2020*

| | |
|---|---|
| Total Fees | $32,740.50 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$32,740.50** |
| **Total Invoice Balance Due** | **USD  $32,740.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21433096** ● Client Number **0020234.00018** ● Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21433096                                                                June 15, 2020
Matter Name: BSA/Hartford Litigation                                                         Page 2 of 5
Client/Matter Number: 0020234.00018
Billing Attorney: Ernest Martin, Jr.

*For Professional Services Through  May 31, 2020*
RK-201862708176

**Professional Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 05/01/20 | Adrian Azer | Review cases cited in reply related to ███████████ ██████████████ (.9); continue to review and revise the reply based on arguments presented by Hartford in the bankruptcy case (.3); communications with Ms. Green regarding same (.4). | 1.60 | $1,120.00 |
| 05/01/20 | Carla Green | Communications with Mr. Azer regarding revisions to Reply in Support of Motion for Remand and Abstention(.4); review and analyze case law related to ██████ (1.0); continue revisions to Reply(1.4); draft affidavit in support (.8). | 3.60 | $2,016.00 |
| 05/03/20 | Carla Green | Correspondence with Mr. Labuda regarding Reply in Support of Motion for Remand and Abstention and review comments and changes. | 0.30 | $168.00 |
| 05/03/20 | Ernest Martin, Jr. | Review e-mail from Mr. Labuda regarding reply brief | 0.10 | $97.50 |
| 05/04/20 | Adrian Azer | Continue to review and revise reply in support of BSA's motion to remand, reviewing comments from T. Labuda of Sidley Austin and Mr. Martin, incorporating same and responding to certain questions (.7); communications with Ms. Green regarding finalizing same, including affidavit in support (.3); continue to review decisions related to ██████ ████████████ , including cases cited in reply and cases cited by Hartford (.6). | 1.60 | $1,120.00 |
| 05/04/20 | Carla Green | Continue review and revisions to Reply in Support of Motion to Remand and Abstention (1.4); communications with Mr. Azer regarding same (.3). | 1.70 | $952.00 |
| 05/04/20 | Ernest Martin, Jr. | Review and revise reply brief in support of motion to abstain and remand | 0.70 | $682.50 |
| 05/05/20 | Adrian Azer | Review and revise reply in support of motion for abstention and finalize for filing, including review and execution of declaration in support thereof, and multiple communications with Ms. Green regarding same. | 2.20 | $1,540.00 |
| 05/05/20 | Carla Green | Continue revisions to Reply in Support of Motion to Remand and Abstention and final review prior to filing (2.3); coordinate filing of same (.5). | 2.80 | $1,568.00 |
| 05/05/20 | Ernest Martin, Jr. | Review and analyze revisions to reply brief. | 0.10 | $97.50 |
| 05/05/20 | Katherine Rogers | Assist counsel with draft of exhibits to Reply and file Reply in Support of Motion to Remand and circulate same. | 0.60 | $225.00 |

Invoice Number: 21433096
Matter Name: BSA/Hartford Litigation
Client/Matter Number: 0020234.00018
Billing Attorney: Ernest Martin, Jr.

June 15, 2020
Page 3 of 5

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/06/20 | Ernest Martin, Jr. | Prepare e-mail to Mr. McGowan regarding filing of reply brief | 0.10 | $97.50 |
| 05/08/20 | Brittany Parks | Read and analyze Texas and nationwide case law and secondary sources regarding ▌▌▌▌▌▌▌▌▌▌ (4.1); prepare and write summary of findings for use in ▌▌▌▌ (1.4). | 5.50 | $2,915.00 |
| 05/15/20 | Adrian Azer | Review Hartford's filing of notice of adversary proceeding and adversary complaint (.5); confer with Ms. Green regarding response to notice (.3). | 0.80 | $560.00 |
| 05/15/20 | Carla Green | Conference call with Mr. Azer to discuss response to Hartford's filing of adversary proceeding and notice to Dallas district court (.3); review and analyze notice and complaint (.8); correspondence with Sidley regarding same (.2). | 1.30 | $728.00 |
| 05/15/20 | Ernest Martin, Jr. | Review Notice field by Hartford and complaint in bankruptcy court; prepare e-mail to Mr. McGowan regarding same | 0.50 | $487.50 |
| 05/16/20 | Carla Green | Correspondence with Mr. Azer regarding communications with Hartford regarding mediation. | 0.20 | $112.00 |
| 05/17/20 | Adrian Azer | Continue to review Hartford's adversary proceeding filed in the Bankruptcy Court (.4); review status of response to notice of bankruptcy proceeding filed by Hartford in the United States District Court for the Northern District of Texas (.2). | 0.60 | $420.00 |
| 05/17/20 | Carla Green | Begin draft response to Hartford's filing of notice of adversary proceeding (3.8); review and analyze Hartford's notice and complaint (.5). | 4.30 | $2,408.00 |
| 05/17/20 | Ernest Martin, Jr. | Review response to Hartford's Notice of filing adversary proceeding in bankruptcy court | 0.10 | $97.50 |
| 05/18/20 | Adrian Azer | Review and revise response to Hartford's notice of adversary proceeding (.7); consider ▌▌▌▌▌▌▌▌▌▌▌▌ (.6); review Mr. Martin's comments and communications related to same (.2). | 1.50 | $1,050.00 |
| 05/18/20 | Carla Green | Continue and finalize draft of response to Hartford's notice of adversary proceeding (3.6); revise response per Mr. Azer's comments (.4); revise response per Mr. Labuda's comments (.3); correspondence with Delaware local counsel regarding ▌▌▌▌▌▌▌▌▌ (.3). | 4.60 | $2,576.00 |
| 05/18/20 | Ernest Martin, Jr. | Review and revise BSA's response to Hartford's Notice of filing adversary proceeding | 0.30 | $292.50 |

Invoice Number: 21433096
Matter Name: BSA/Hartford Litigation
Client/Matter Number: 0020234.00018
Billing Attorney: Ernest Martin, Jr.

June 15, 2020
Page 4 of 5

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/19/20 | Adrian Azer | Finalize response to Hartford notice of adversary proceeding and communications related to same (.3); confer with counsel to Hartford regarding ███████ ██████ (.5); continue to analyze ███████ ███████ s (.3). | 1.10 | $770.00 |
| 05/19/20 | Carla Green | Complete final revisions to response to Hartford's filing of notice of adversary proceeding (.8); correspondence with Mr. Azer and Sidley regarding same (.3); correspondence with local counsel to determine ████████████ (.2); coordinate filing of response to Hartford's notice (.3); correspondence with Hartford regarding filing of response (.2). | 1.80 | $1,008.00 |
| 05/19/20 | Ernest Martin, Jr. | Review e-mail from Mr. McGowan regarding Hartford's adversary proceeding in bankruptcy court and reply to same. | 0.10 | $97.50 |
| 05/19/20 | Katherine Rogers | Assist counsel with preparation and filing of Response to Notice from Hartford of Adversary filing. | 0.30 | $112.50 |
| 05/20/20 | Carla Green | Communication with Mr. Azer regarding draft of █████████ ████████ (.3); continue review of Hartford's complaint and begin draft of outline (1.4). | 1.70 | $952.00 |
| 05/21/20 | Carla Green | Analyze Hartford's letter asserting ███████████ ███ (.3); correspondence with Ms. Buchanan regarding timeline of correspondence to insurers (.5); review and analyze correspondence to insurers regarding ██████ (1.0); begin draft of response to Hartford letter (1.4). | 2.20 | $1,232.00 |
| 05/22/20 | Carla Green | Draft ████ regarding ██████████ (1.5); review and analyze complaint and related communications/documents for same (1.0). | 2.50 | $1,400.00 |
| 05/26/20 | Adrian Azer | Review and respond to client inquiries related to local council questions on Hartford adversary proceeding (.3); confer with Sidley Austin regarding ████████ (.4). | 0.90 | $630.00 |
| 05/26/20 | Carla Green | Finalize █████████ regarding ██████████ (1.2); review and analyze case law relating to ████████████ (1.0); continue outline of ████████ (1.2). | 3.40 | $1,904.00 |
| 05/27/20 | Adrian Azer | Continue review and respond to various communications from client related to ████████ (.2); review and comment on ████████████ (.6). | 0.80 | $560.00 |
| 05/28/20 | Carla Green | Review and analyze case law for ████████ ██████████ (3.3); continue outline for ████████ (1.6). | 4.90 | $2,744.00 |

Invoice Number: 21433096
Matter Name: BSA/Hartford Litigation
Client/Matter Number: 0020234.00018
Billing Attorney: Ernest Martin, Jr.

June 15, 2020
Page 5 of 5

**Total Fees** $32,740.50

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Adrian Azer | Partner | 11.10 | $700.00 | $7,770.00 |
| Ernest Martin, Jr. | Partner | 2.00 | $975.00 | $1,950.00 |
| Brittany Parks | Associate | 5.50 | $530.00 | $2,915.00 |
| Carla Green | Associate | 35.30 | $560.00 | $19,768.00 |
| Katherine Rogers | Paralegal | 0.90 | $375.00 | $337.50 |
| **Total Professional Summary** | | | | **$32,740.50** |

**Total Fees, Expenses and Charges** $32,740.50

**Total Amount Due** USD $32,740.50

# haynesboone

Invoice Number: 21433097
Invoice Date:  June 15, 2020
Matter Name: BSA/Kentucky
Client/Matter Number: 0020234.00020
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

## REMITTANCE PAGE
*For Professional Services Through  May 31, 2020*

| | |
|---|---:|
| Total Fees | $2,688.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$2,688.00** |
| **Total Invoice Balance Due** | **USD  $2,688.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N  ●  SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21433097**  ●  Client Number **0020234.00020**  ●  Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21433097
Matter Name: BSA/Kentucky
Client/Matter Number: 0020234.00020
Billing Attorney: Ernest Martin, Jr.

June 15, 2020
Page 2 of 2

*For Professional Services Through  May 31, 2020*
RK-201862708175

### Professional Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05/01/20 | Adrian Azer | Communications with Sidley Austin related to response on ███████ ████████████████ (.4); conference with Sidley Austin and Ms. Green related to interrogatory responses to plaintiffs' counsel for Kentucky claims (.4); post-conference communications related to same (.3). | 1.10 | $770.00 |
| 05/01/20 | Carla Green | Review and comment on responses to interrogatories and provide communications to Mr. Basaria that is responsive to requests (1.0); conference with Mr. Basaria and Mr. Azer regarding same (.4). | 1.40 | $784.00 |
| 05/08/20 | Carla Green | Correspondence with Mr. Ebben regarding follow up correspondence regarding the Kentucky lawsuits. | 0.20 | $112.00 |
| 05/14/20 | Adrian Azer | Review request from plaintiffs' counsel in the Kentucky cases (.2); communications with Sidley Austin regarding information sought (.4); communication with Ms. Green regarding same (.1). | 0.70 | $490.00 |
| 05/14/20 | Carla Green | Correspondence with Mr. Azer regarding document production in Kentucky lawsuits. | 0.20 | $112.00 |
| 05/15/20 | Adrian Azer | Prepare for and conference with client and Sidley Austin related to information requested by counsel for the plaintiffs. | 0.60 | $420.00 |

**Total Fees**       **$2,688.00**

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Adrian Azer | Partner | 2.40 | $700.00 | $1,680.00 |
| Carla Green | Associate | 1.80 | $560.00 | $1,008.00 |
| **Total Professional Summary** | | | | **$2,688.00** |

**Total Fees, Expenses and Charges**       **$2,688.00**

**Total Amount Due**       **USD  $2,688.00**



Invoice Number: 21433166
Invoice Date:  June 15, 2020
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGown, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

**REMITTANCE PAGE**
*For Professional Services Through  May 31, 2020*

| | |
|---|---:|
| Total Fees | $80,838.50 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$80,838.50** |
| **Total Invoice Balance Due** | **USD  $80,838.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

**CHECK PAYMENT INSTRUCTIONS**
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

**ACH PAYMENT INSTRUCTIONS**
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

**WIRE PAYMENT INSTRUCTIONS**
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21433166** ● Client Number **0020234.00024** ● Attorney **Ernest Martin, Jr.**

**PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.**

Invoice Number: 21433166
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

June 15, 2020
Page 2 of 10

*For Professional Services Through  May 31, 2020*

**Professional Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/01/20 | Carla Green | Review and analyze insurer communications included in data room (.8); draft summary of documents included in data room (.4). | 1.20 | $672.00 |
| 05/04/20 | Adrian Azer | Review and comment on revised version of ORIC motion to lift stay and communication with Sidley Austin regarding same (.4); confer with Sidley Austin regarding mediation order and data room (.2). | 0.60 | $420.00 |
| 05/04/20 | Carla Green | Continue draft of ▮▮▮▮▮▮▮▮▮. | 1.30 | $728.00 |
| 05/05/20 | Adrian Azer | Confer with M. Andolina (Sidley Austin) regarding insurance issue raised by the Court (.4); review various discovery requests propounded to Century and communications with Sidley Austin regarding same (.8); review Hartford suggested revisions to the Proof of Claim Form and communications with Sidley Austin regarding same (.5); draft, review and revise ▮▮▮▮▮▮▮▮▮, including incorporating comments of Mr. Martin, and respond to Sidley Austin inquiries regarding same (1.4). | 3.10 | $2,170.00 |
| 05/05/20 | Carla Green | Review and analyze Chubb discovery responses ▮▮▮▮▮▮▮ (.5); communication with Mr. Azer regarding same (.2); draft ▮▮▮▮▮▮▮ (1.5); review and run reports regarding Chubb policies and limits and communication with Mr. Azer regarding same (.8). | 3.00 | $1,680.00 |
| 05/05/20 | Ernest Martin, Jr. | Communications with Mr. Azer regarding ▮▮▮▮▮▮ (.2); review and comment on proposed ▮▮▮▮▮▮ (.4) | 0.60 | $585.00 |
| 05/05/20 | Brittany Parks | Read and analyze email meet and confers for use in Rule 2004 Motion. | 0.40 | $212.00 |
| 05/06/20 | Adrian Azer | Prepare for hearing on Sidley's retention application, including ▮▮▮▮▮▮ (.6); post-conference with Mr. Martin regarding hearing and next steps (.4); communicators with insurers and Sidley Austin related to comments to proof of claim form (.3); review communication from Hartford related to ▮▮▮▮▮▮ (.2); confer with Mr. Martin regarding same (.3). | 1.80 | $1,260.00 |
| 05/06/20 | Carla Green | Review and analyze request sent to various insurers and responses received (.5); continue draft of ▮▮▮▮▮▮ (1.0). | 1.50 | $840.00 |
| 05/06/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding hearing on Chubb's objection to Sidley retention (.4); review letter from Mr. Ruggeri regarding ▮▮▮▮▮▮ (.2); discussion with Mr. Azer regarding same (.3) | 0.90 | $877.50 |

Invoice Number: 21433166
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

June 15, 2020
Page 3 of 10

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/07/20 | Adrian Azer | Review various communications from insurers related to █████ ███ and communication with Sidley Austin regarding same (.4); review communication from Sidley Austin related to documents to be included in dataroom and communication with Sidley Austin regarding same, and review documents included in the dataroom for ████ ███ (1.1); communications with Sidley Austin regarding insurer comments to proof of claim form and protective order, and communication to the insurers regarding same (.4); confer with Ms. Green regarding responses to insurer ████ (.3); communications with team related to requests for information sent by the insurers (.3); review communications from Chubb and draft responses to same, including review and comment by Sidley Austin (1.0); confer with with Mr. Martin regarding insurance issues (.3). | 3.80 | $2,660.00 |
| 05/07/20 | Carla Green | Review and analyze new acknowledgment letters received from insurers regarding ████ (.3); conference with Mr. Azer regarding insurer responses to letters ████████ (.3); correspondence with Ms. Parks regarding research needed for responses (.2); review and analyze multiple insurer letters in preparation for response (.5); begin outline of responses (1.2); communication with Mr. Azer regarding ████ and correspondence with Sidley regarding same (.5). | 3.00 | $1,680.00 |
| 05/07/20 | Ernest Martin, Jr. | Telephone call with Mr. McGowan regarding insurance issue and strategy (.4; discussion with Mr. Azer regarding same (.3). | 0.70 | $682.50 |
| 05/08/20 | Adrian Azer | Review and revise draft response to counsel to Chubb related to documents in the data room (.4); follow-up communications with Sidley Austin related to same, including communications related to request for information from TCC (.7); confer with Mr. Martin regarding ████, Mediation Order, and Protective Order (.3); review various follow-up communications from Chubb and with client (.5); conference with Sidley Austin and Mr. Martin related to omnibus response to insurers and begin to consider ████ and documents included in the secure data room (.6). | 2.50 | $1,750.00 |
| 05/08/20 | Carla Green | Review and analyze Ms. Park's research regarding ████ (.5); outline response to Hartford's letter contending ████ (1.8); conference with Mr. Azer regarding same (.3); review and analyze chart with insurer responses to new notices (.4); conference call with Mr. Schindler and Ms. Rogers regarding project to update insurer chart with coverage ████ (.4). | 3.40 | $1,904.00 |
| 05/08/20 | Ernest Martin, Jr. | Discussions with Mr. Azer regarding various outstanding insurance issues including insurers' ████ (.3); telephone call with Sidley regarding letter to insurers and cooperation issues and analyze same (.6). | 0.90 | $877.50 |

Invoice Number: 21433166                                                                                  June 15, 2020
Matter Name: General Insurance Matters                                                                   Page 4 of 10
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/10/20 | Adrian Azer | Draft, review and revise letter to insurers related to Mediation Order, Protective Order, and documents within secure data room, including draft section on data room and review portions related to Mediation Order and Protective Order provided by Sidley Austin and review various drafts of same based on comments from Mr. Martin and Sidley Austin (3.2); conference with Sidley Austin and Morris Nichols related to presenting to the Court the Mediation Order and Protective Order (.4); review disclosures of proposed mediators (.2). | 3.80 | $2,660.00 |
| 05/10/20 | Ernest Martin, Jr. | Review and revise letter to insurers regarding Protective Order and Mediation Order | 1.00 | $975.00 |
| 05/11/20 | Adrian Azer | Continue to review and revise letter to the insurers, including revisions to ▮▮▮▮▮ and multiple communications with Sidley Austin (1.2); communications with insurers related to Proof of Claim Form (.4); review Hartford's revisions and TCC's revisions to the Proof of Claim Form and confer with Mr. Martin regarding same (1.1); conference with the insurers, Sidley Austin, and Mr. Martin regarding the Proof of Claim Form (.8); post-conference with Mr. Martin regarding same (.2); prepare for conference with Sidley Austin related to ▮▮▮▮▮ including review of various documents provided by Haynes and Boone to the ▮▮▮▮▮ (.5); conference with Sidley Austin regarding ▮▮▮▮▮ and post-analysis of same (.7); respond to communication from Sidley Austin related to protective order (.2); review and respond to various communications from counsel to Chubb (.4). | 5.50 | $3,850.00 |
| 05/11/20 | Ernest Martin, Jr. | Participate in a call to discuss production of ▮▮▮▮▮ (.3); discussion with Mr. Azer regarding call with Sidley regarding ▮▮▮▮▮ (.1); review e-mails from insurers' counsel regarding Bard date materials (.1); participate in call with insurers and Sidley regarding Proof of Claim (.8); discussion with Mr. Azer regarding same (.2) | 1.50 | $1,462.50 |
| 05/12/20 | Adrian Azer | Communications with counsel to ORIC regarding production of Program Agreement (.3); prepare for conference with TCC and UCC regarding ORIC's lift stay motion, including review of same (.5); conference with TCC, UCC, and Sidley Austin regarding ORIC's lift stay motion and post-conference communications with T. Labuda regarding same, and analysis of follow-up tasks (1.3); prepare for and conference with insurers related to bar-date materials, and post-conference analysis of red-lines and next steps, ▮▮▮▮▮ (1.4); confer with Mr. Martin regarding various issues, including Proof of Claim form (.2). | 3.70 | $2,590.00 |
| 05/12/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding call with Sidley and insurers concerning Proof of Claim form | 0.20 | $195.00 |
| 05/13/20 | Adrian Azer | Communications with client related to TCC response to ORIC motion to lift stay (.2); review various communications from various insurers related to bar-date motion (.4). | 0.60 | $420.00 |

Invoice Number: 21433166                                              June 15, 2020
Matter Name: General Insurance Matters                                Page 5 of 10
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/13/20 | Carla Green | Communications with Mr. Azer regarding responses to insurers regarding ████████ (.3); begin draft of insurer letters (1.2); continue draft of ████████ (1.5). | 3.00 | $1,680.00 |
| 05/14/20 | Adrian Azer | Communications with Sidley Austin regarding mediation agreement for T. Gallagher (.2); communication with T. Gallagher regarding same (.1); review mediation agreement (.2). | 0.50 | $350.00 |
| 05/14/20 | Adrian Azer | Begin to review drafts of ████████ (.7); confer with T. Labuda regarding ORIC motion to lift stay and communications related to same (.4). | 1.10 | $770.00 |
| 05/14/20 | Carla Green | Review and redact several invoices for privileged information (1.6); correspondence with Ms. Morzak and Mr. Azer regarding same (.2); continue draft of Rule 2004 Motions, including reviewing and analyzing insurer communications to determine which insurers to target and what information to reques (.4); draft exhibits to Rule 2004 Motions (3.2); correspondence with Mr. Azer regarding same (.2). | 5.60 | $3,136.00 |
| 05/15/20 | Adrian Azer | Communications with Sidley related to ████████ (.5); response to counsel to Chubb on various issues (.6); conference with Sidley Austin related to ████████ to be provided to the TCC and review claim chart for redactions (.7); review various objections filed in connection with the proposed mediation order ████████ at May 14 hearing (2.3); confer with Mr. Martin regarding same (.3). | 4.40 | $3,080.00 |
| 05/15/20 | Ernest Martin, Jr. | Review e-mail from Chubb's counsel regarding Protective Order and discussion with Mr. Azer regarding upcoming hearing on Mediation Order and Proof of Claim (.1). | 0.10 | $97.50 |
| 05/16/20 | Ernest Martin, Jr. | Review e-mail from Mr. McGowan and Sidley regarding ████████ (.3); review TCC comments to Proof of Claim and Notice of Bar Date (.7); review insurer filings related to Mediation motion (.6) | 1.60 | $1,560.00 |
| 05/17/20 | Adrian Azer | Conference with Mr. Martin, Sidley Austin, and A&M regarding information ████████ (.7); conference with client, Mr. Martin, Sidley Austin, and A&M regarding information ████████ (.9); draft, review and revise declaration in support of Motion for Entry of Mediation Order, including multiple communications with Sidley Austin regarding same and review of emails in October 2019 related to ████████ (1.5); confer with M. Andolina regarding mediation order ████████ (.2); continue to review various objections filed by the insurers in connection with the mediation motion (.8). | 4.10 | $2,870.00 |

Invoice Number: 21433166                                                                June 15, 2020
Matter Name: General Insurance Matters                                                  Page 6 of 10
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 05/17/20 | Ernest Martin, Jr. | Review e-mail from Mr. Weinberg regarding Protective Order (.1); telephone call with Sidley and A&M to discuss ▇▇▇▇▇▇▇ (.7); telephone call with client, Sidley, A&M, and FTI to discuss PeopleSoft system and upcoming events and strategy (.9); review Azer declaration and exhibits (.2) | 1.90 | $1,852.50 |
| 05/18/20 | Adrian Azer | Prepare for hearing on mediation order, including review of declaration and various objections filed by the insurers (.7); post-hearing conferences with Sidley Austin (M. Andolina) regarding next steps with respect to mediation (.3); conference with Mr. Martin regarding hearing (.3); communications with insurers related to protective order (.1); review and revise ▇▇▇▇▇▇▇, redacting potentially privileged information to provide to TCC in connection with ORIC's lift-stay motion (.6); review and consider ▇▇▇▇▇▇▇ (.4). | 2.40 | $1,680.00 |
| 05/18/20 | Ernest Martin, Jr. | Confer with Mr. Azer regarding developments at bankruptcy hearing (.3); communication with Mr. Azer regarding strategy in connection with Mediation Order and involvement of insurers (.2). | 0.50 | $487.50 |
| 05/19/20 | Adrian Azer | Review various drafts of protective order, including language from Imerys and Chubb proposed revisions to protective order (.8); conference with Sidley Austin, insurers, Mr. Martin and various constituencies regarding protective order and follow-up analysis regarding same (1.0); review and revise ▇▇▇▇▇▇▇ to provide to TCC in connection with ORIC's motion to lift stay, including communications with Sidley Austin and client regarding redaction of privileged material (1.1) | 2.90 | $2,030.00 |
| 05/19/20 | Carla Green | Review and analyze several communications with insurers regarding November global mediation and consider information to be provided to the insurers. | 1.10 | $616.00 |
| 05/20/20 | Adrian Azer | Conference with Ogletree Deacons (B. Griggs) regarding status of coverage actions and status of bankruptcy issues (.7); post-conference with Mr. Martin regarding same (.3); review various red-lines of the proposed protective order in preparation for conference with Sidley Austin (.7); conference with Sidley Austin regarding same (.5); draft, review and revise definition of ▇▇▇▇▇▇▇ and communications with Haynes and Boone team regarding same and communications with Sidley Austin regarding same (.8); review various communications from counsel to Chubb and communications with Sidley Austin regarding response to same (.3); review various Board minutes ▇▇▇▇▇▇▇ and communication with Sidley Austin regarding same (.4). | 3.70 | $2,590.00 |
| 05/20/20 | Ernest Martin, Jr. | Review letter form Chubb's counsel concerning request for information and e-mails from Sidley regarding same (.1); discussion with Mr. Azer regarding developments with insurers (.3); review analysis of ▇▇▇▇▇▇▇ (.1); review and revise proposed language for letter to insurers regarding ▇▇▇▇▇▇▇ (.1). | 0.60 | $585.00 |

Invoice Number: 21433166
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

June 15, 2020
Page 7 of 10

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/21/20 | Adrian Azer | Communications with Sidley Austin regarding the protective order and inclusion of language regarding █████████ (.5); conference with Sidley Austin related to the protective order, including review of current version and issues related to the ████ ████████████ (.4); follow-up conference with the various constituencies related to the various motions to lift stay and follow-up analysis, and follow-up communications with client and constituencies regarding same (1.4); draft, review and revise letter to Chubb related to ████████████, including review of Sidley Austin portion and revisions to same from Sidley Austin and Mr. Martin (1.6); review revised mediation order and communications with Mr. Martin regarding same (.6); review communications from Chubb related to requests for information, communications with Sidley Austin providing recommendations, and responses to Chubb regarding same (.8); review ORIC motion to lift stay (.5). | 5.80 | $4,060.00 |
| 05/21/20 | Ernest Martin, Jr. | Analyze use of ██████████████████ to be included in Protective Order (.3); review TCC's letter setting forth conditions to a stipulated extension of the preliminary injunction (.1); review and revise letter to Chubb regarding ███████████ (.3); review e-mail from Chubb's counsel to letter (.1) | 0.80 | $780.00 |
| 05/22/20 | Adrian Azer | Review latest draft of protective order in preparation for conference call with Sidley Austin and the various constituencies (.6); conference with Sidley Austin and the various constituencies regarding revisions to the latest version of the protective order (.7); communications with Sidley Austin regarding same (.3); conference with Sidley Austin and counsel to Hartford regarding revisions to protective order and post-conference discussion with Sidley Austin regarding same (.9); conference with Sidley Austin in preparation for conference with client regarding ORIC motion to lift stay (.5); conference with Sidley Austin and client regarding ORIC motion to lift stay (.3); draft, review and revise communication related to providing the various Committees access to PeopleSoft (.4); confer with Mr. Martin regarding same (.2); draft, review and revise communication to Chubb related to ████████████████████████████████ (.8). | 4.70 | $3,290.00 |
| 05/22/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding developments in bankruptcy involving insurers | 0.20 | $195.00 |
| 05/23/20 | Adrian Azer | Review various communications between Sidley Austin and the insurers related to the protective order, and communication with Sidley Austin regarding same. | 0.70 | $490.00 |
| 05/24/20 | Adrian Azer | Review various versions of the protective order provided by the insurers, including a further revised version from Chubb (.8); confer with Sidley Austin regarding ██████████████████ (.3); review communications between Sidley Austin and insurers related to disclosures for mediators (.2). | 1.30 | $910.00 |

Invoice Number: 21433166
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

June 15, 2020
Page 8 of 10

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/24/20 | Ernest Martin, Jr. | Review draft declarations of Mr. Finn and Mr. Green (.4); review insurers' revisions to Protective Order (.2); review e-mails from Mr. Ruggeri and Mr. Andolina regarding Gallagher declaration (.1) | 0.70 | $682.50 |
| 05/25/20 | Adrian Azer | Multiple conferences with Mr. Martin regarding status of protective order and various other issues (.6); review most recent version of protective order, including revisions proposed by TCC and FCR (.5); conference with Sidley, the TCC and FCR regarding revisions to protective order (.5); conference with T. Gallagher and Sidley Austin regarding 2014 disclosure and communications related to same (.3). | 1.90 | $1,330.00 |
| 05/25/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding revisions (.6); discussions with insurers related to Protective Order (.2). | 0.80 | $780.00 |
| 05/26/20 | Adrian Azer | Conference with Sidley Austin, Mr. Martin and client regarding ███████████████████████ (.4); post-conference with Mr. Martin regarding next steps (.3); prepare for and conference with Sidley Austin and Morris Nichols regarding protective order and next steps (.7); communications with Sidley Austin regarding revisions to protective order and Chubb's proposed revisions (.7). | 2.10 | $1,470.00 |
| 05/26/20 | Ernest Martin, Jr. | Review e-mail from Sidley and Chubb's counsel regarding latest revisions to Protective Order (.1); telephone call with BSA and Sidley to discuss issues involving local councils (.4); discussion with Mr. Azer regarding same (.3); review e-mail from Mr. Weinberg regarding additional changes to Protective Order (.1); discussion with Mr. Azer regarding ███████████ (.1) | 1.00 | $975.00 |
| 05/27/20 | Adrian Azer | Prepare for and conference with Ogletree Deacons regarding preliminary injunction and █████████████████ (.8); post-conference with Mr. Martin regarding same and various other issues (.2); conference with Sidley Austin regarding status of protective order (.3); review communication from FCR related to objection to ORIC's motion to lift stay and confer with Sidley Austin regarding same (.6); confer with counsel to ORIC regarding redactions to Program Agreement and policies (.3); review various communications from Chubb and Sidley Austin related to the protective order, including proposed language by Chubb (.5). | 2.70 | $1,890.00 |
| 05/27/20 | Ernest Martin, Jr. | Review e-mail from FCR's counsel regarding objection to Old Republic's motion to modify stay (.1); review request for 1971-78 insurance policies (.1); discussion with Mr. Azer regarding FCR's objection to ORIC's motion (.2); review Hartford's and Chubb's Objections to Protective Order (.4). | 0.80 | $780.00 |
| 05/28/20 | Adrian Azer | Communications with Sidley Austin regarding the protective order in response to questions from Chubb (.7); review letter to TCC drafted by Sidley Austin and ███████████████ (.2); review reply in support of motion for protective order (.3). | 1.20 | $840.00 |
| 05/28/20 | Ernest Martin, Jr. | Review Sidley's proposed letter to TCC concerning extension of preliminary injunction (.1) | 0.10 | $97.50 |

Invoice Number: 21433166
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

June 15, 2020
Page 9 of 10

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 05/29/20 | Adrian Azer | Post-hearing discussion with Mr. Martin regarding protective order and next steps (.3); begin to consider letter to Chubb regarding ███ and communications with Sidley Austin regarding same (.5); confer with M. Andolina (Sidley Austin) regarding letter to Chubb regarding ███ (.2); review various communications from Chubb and requests (.4). | 1.40 | $980.00 |
| 05/29/20 | Ernest Martin, Jr. | Review e-mail from Mr. Andolina regarding resolution of Hartford's objections to Protective Order (.1); discussion with Mr. Azer regarding results of bankruptcy hearing (.3); review e-mail from Mr. Andolina regarding preparation of record involving ███ Chubb's counsel (.1) | 0.50 | $487.50 |
| 05/30/20 | Adrian Azer | Various communications with Sidley Austin related to ███ letter to Chubb, including conferences with M. Andolina (Sidley Austin) (.7); review current status of negotiations related to preliminary objection and prepare email to the insurers regarding same (.4). | 1.10 | $770.00 |
| 05/30/20 | Ernest Martin, Jr. | Review prior correspondence with Chubb and Chubb's counsel in connection with prior mediation and meeting with plaintiffs' counsel (.5) | 0.50 | $487.50 |
| 05/31/20 | Adrian Azer | Draft, review and revise letter regarding Chubb's ███, including review of various information provided by Sidley Austin and consider ███ (2.7); conference with Mr. Martin regarding same (.3); conference with Ms. Green regarding review of ███ (.4); review various communications from Chubb related to preliminary injunction and communications with Sidley Austin regarding same (.3); review TCC revisions to proposed agreement related to preliminary injunction and confer with Sidley Austin regarding same (.7); draft, review and revise response to Chubb and Hartford (.2). | 4.60 | $3,220.00 |
| 05/31/20 | Carla Green | Conference with Mr. Azer regarding letter to Chubb regarding ███ (.4); review and analyze ███ in letter (.9); revise letter (.5). | 1.80 | $1,008.00 |
| 05/31/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding letter to Chubb and insurers regarding Chubb's ███ (.3); telephone call with Sidley regarding letter to insurer and changes to Preliminary Injunction (.5) | 0.80 | $780.00 |

**Total Fees**  **$80,838.50**

Invoice Number: 21433166
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

June 15, 2020
Page 10 of 10

## Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Adrian Azer | Partner | 72.00 | $700.00 | $50,400.00 |
| Ernest Martin, Jr. | Partner | 16.70 | $975.00 | $16,282.50 |
| Brittany Parks | Associate | 0.40 | $530.00 | $212.00 |
| Carla Green | Associate | 24.90 | $560.00 | $13,944.00 |
| **Total Professional Summary** | | | | **$80,838.50** |

**Total Fees, Expenses and Charges**                                  $80,838.50

**Total Amount Due**                                         USD  $80,838.50

# haynesboone

Invoice Number: 21433099
Invoice Date:  June 15, 2020
Matter Name: BSA ▉▉▉▉
Client/Matter Number: 0020234.00026
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

## REMITTANCE PAGE
*For Professional Services Through  May 31, 2020*

| | |
|---|---:|
| Total Fees | $490.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$490.00** |
| **Total Invoice Balance Due** | **USD  $490.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21433099** ● Client Number **0020234.00026** ● Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21433099
Matter Name: BSA█████████
Client/Matter Number: 0020234.00026
Billing Attorney: Ernest Martin, Jr.

June 15, 2020
Page 2 of 2

*For Professional Services Through  May 31, 2020*

## Professional Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/08/20 | Adrian Azer | Review various communications related to ████████ for █ ████ claim and confer with A. Kutz (Debtors) regarding next steps. | 0.70 | $490.00 |

**Total Fees**       **$490.00**

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Adrian Azer | Partner | 0.70 | $700.00 | $490.00 |
| **Total Professional Summary** | | | | **$490.00** |

**Total Fees, Expenses and Charges**       **$490.00**

**Total Amount Due**       **USD  $490.00**

# haynesboone

Invoice Number: 21433100
Invoice Date:  June 15, 2020
Matter Name: Fee Applications
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

## REMITTANCE PAGE
*For Professional Services Through  May 31, 2020*

| | |
|---|---|
| Total Fees | $9,905.50 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$9,905.50** |
| **Total Invoice Balance Due** | **USD  $9,905.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N**  ●  **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21433100**  ●  Client Number **0020234.00035**  ●  Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21433100
Matter Name: Fee Applications
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin, Jr.

June 15, 2020
Page 2 of 3

*For Professional Services Through  May 31, 2020*

### Professional Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/04/20 | Kimberly Morzak | Begin preparation of exhibits to first monthly fee statement. | 0.70 | $269.50 |
| 05/06/20 | Adrian Azer | Review February and March invoices to ensure that entries comply with UST guidelines (.9); conference with Sidley Austin and Mr. Moats related to preparation of fee application (.4). | 1.30 | $910.00 |
| 05/06/20 | Kimberly Morzak | Telephone conference with Mr. Azer, Ms. Warner and Mr. Moats regarding procedures for submitting monthly and quarterly fee applications (.4); begin assembling data for first monthly fee application (.7). | 1.10 | $423.50 |
| 05/07/20 | Kimberly Morzak | Work on edits to exhibits for first monthly fee application. | 0.70 | $269.50 |
| 05/08/20 | Adrian Azer | Review April invoices for conformity to UST billing guidelines. | 0.70 | $490.00 |
| 05/11/20 | Adrian Azer | Finalize invoices for submission to the UST and Court to review, including communications with internal team and client. | 0.40 | $280.00 |
| 05/12/20 | Adrian Azer | Continue to review fee application and relevant invoices for conformity to UST requirements and review pleading for submission on May 15. | 0.50 | $350.00 |
| 05/13/20 | Adrian Azer | Review research related to continuing obligation to provide information to the insurers via the cooperation clause of the policies and research same. | 1.10 | $770.00 |
| 05/13/20 | Adrian Azer | Conference with client regarding Haynes and Boone fee application, and various members of Haynes and Boone team (.3); follow-up communications related to same (.2). | 0.50 | $350.00 |
| 05/13/20 | Kimberly Morzak | Continue preparation of first monthly fee statement and exhibits, including redaction of confidential information (2.2); conference call with BSA accounting staff, Mr. Azer and Ms. Duncan regarding procedures for submitting invoices going forward (.3). | 2.50 | $962.50 |
| 05/14/20 | Adrian Azer | Finalize fee application for submission to Court, including review of pleading. | 0.40 | $280.00 |
| 05/14/20 | Kimberly Morzak | Finalize first monthly fee request and exhibits. | 1.80 | $693.00 |
| 05/15/20 | Kimberly Morzak | Make additional revisions to first monthly fee statement per comments from Sidley. | 0.60 | $231.00 |
| 05/20/20 | Kimberly Morzak | Prepare unredacted version of combined first monthly fee statement and exhibits for US Trustee. | 0.60 | $231.00 |
| 05/22/20 | Kimberly Morzak | Draft first interim quarterly fee application. | 2.10 | $808.50 |

Invoice Number: 21433100

June 15, 2020

Matter Name: Fee Applications

Page 3 of 3

Client/Matter Number: 0020234.00035

Billing Attorney: Ernest Martin, Jr.

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 05/27/20 | Adrian Azer | Review and revise quarterly fee application. | 0.70 | $490.00 |
| 05/28/20 | Adrian Azer | Review and revise quarterly fee application to include budget estimates (.6); confer with Mr. Martin regarding same (.3). | 0.90 | $630.00 |
| 05/28/20 | Ernest Martin, Jr. | Review First Quarterly Interim Fee Application (.2); discussion with Mr. Azer regarding changes to same (.3) | 0.50 | $487.50 |
| 05/28/20 | Kimberly Morzak | Work on edits to quarterly fee application and exhibits. | 0.80 | $308.00 |
| 05/29/20 | Adrian Azer | Finalize quarterly fee application, including incorporating revisions from Sidley Austin and Morris Nichols. | 0.60 | $420.00 |
| 05/29/20 | Ernest Martin, Jr. | Review final version of First Quarterly Interim Fee Application | 0.10 | $97.50 |
| 05/29/20 | Kimberly Morzak | Assist with final review and revisions to quarterly fee application. | 0.40 | $154.00 |

**Total Fees**                                                                                               **$9,905.50**

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Adrian Azer | Partner | 7.10 | $700.00 | $4,970.00 |
| Ernest Martin, Jr. | Partner | 0.60 | $975.00 | $585.00 |
| Kimberly Morzak | Paralegal | 11.30 | $385.00 | $4,350.50 |
| **Total Professional Summary** | | | | **$9,905.50** |

**Total Fees, Expenses and Charges**                                                         **$9,905.50**

**Total Amount Due**                                                               **USD  $9,905.50**

# haynesboone

Invoice Number: 21433101
Invoice Date:  June 15, 2020
Matter Name: Hearings and Court Matters
Client/Matter Number: 0020234.00037
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

### REMITTANCE PAGE
*For Professional Services Through  May 31, 2020*

| | |
|---|---|
| Total Fees | $7,840.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$7,840.00** |
| **Total Invoice Balance Due** | **USD  $7,840.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21433101** ● Client Number **0020234.00037** ● Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21433101
Matter Name: Hearings and Court Matters
Client/Matter Number: 0020234.00037
Billing Attorney: Ernest Martin, Jr.

June 15, 2020
Page 2 of 2

*For Professional Services Through  May 31, 2020*

### Professional Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 05/06/20 | Adrian Azer | Attend hearing on Sidley's retention. | 4.00 | $2,800.00 |
| 05/18/20 | Adrian Azer | Attend May 18 hearing on bar-date motion and mediation motion. | 4.50 | $3,150.00 |
| 05/29/20 | Adrian Azer | Prepare for hearing on protective order, including review of Chubb objection and various communications related to insurer consent (including review of revised version) (.7); attend hearing on protective order and ruling on Sidley retention (2.0). | 2.70 | $1,890.00 |

**Total Fees**      **$7,840.00**

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Adrian Azer | Partner | 11.20 | $700.00 | $7,840.00 |

**Total Professional Summary**      **$7,840.00**

**Total Fees, Expenses and Charges**      $7,840.00

**Total Amount Due**      USD  $7,840.00

# haynesboone

Invoice Number: 21433103
Invoice Date:  June 15, 2020
Matter Name: BSA/Business Loss COVID
Client/Matter Number: 0020234.00039
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan
1325 West Walnut Hill Lane
Irving, TX  75015-2079

---

### REMITTANCE PAGE
*For Professional Services Through  May 31, 2020*

| | |
|---|---:|
| Total Fees | $2,730.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$2,730.00** |
| **Total Invoice Balance Due** | **USD  $2,730.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21433103** ● Client Number **0020234.00039** ● Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21433103
Matter Name: BSA/Business Loss COVID
Client/Matter Number: 0020234.00039
Billing Attorney: Ernest Martin, Jr.

June 15, 2020
Page 2 of 2

*For Professional Services Through  May 31, 2020*

### Professional Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 05/07/20 | Ernest Martin, Jr. | Review Lexington policy. | 0.50 | $487.50 |
| 05/24/20 | Ernest Martin, Jr. | Review Lexington policy. | 0.70 | $682.50 |
| 05/25/20 | Ernest Martin, Jr. | Continue policy analysis for potential recovery for COVID-19 business losses. | 0.70 | $682.50 |
| 05/29/20 | Ernest Martin, Jr. | Review e-mail from Mr. Moore regarding BSA's current property policies and reply to same; telephone call with Mr. Moore. | 0.30 | $292.50 |
| 05/30/20 | Ernest Martin, Jr. | Review 2020-21 Lexington policy. | 0.60 | $585.00 |

**Total Fees**                                                                                      **$2,730.00**

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Ernest Martin, Jr. | Partner | 2.80 | $975.00 | $2,730.00 |
| **Total Professional Summary** | | | | **$2,730.00** |

**Total Fees, Expenses and Charges**                                                    **$2,730.00**

**Total Amount Due**                                                          USD  **$2,730.00**

**Exhibit A-2**

**Summary of Services, June 1-30, 2020**



Invoice Number: 21437295
Invoice Date:  July 15, 2020
Matter Name: Boy Scouts/Global Insurance Strategy
Client/Matter Number: 0020234.00005
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan
PO Box 52786
Houston, TX  77052

---

### REMITTANCE PAGE
*For Professional Services Through  June 30, 2020*

| | |
|---|---:|
| Total Fees | $4,655.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$4,655.00** |

## Total Invoice Balance Due <span>USD  $4,655.00</span>

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N  ●  SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21437295**  ●  Client Number **0020234.00005**  ●  Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21437295
Matter Name: Boy Scouts/Global Insurance Strategy
Client/Matter Number: 0020234.00005
Billing Attorney: Ernest Martin, Jr.

July 15, 2020
Page 2 of 3

*For Professional Services Through June 30, 2020*
RK-201851507368

### Professional Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/03/20 | Adrian Azer | Review communication from insurer related to claim under ███ coverage and communication with client regarding same (.2). | 0.20 | $140.00 |
| 06/04/20 | Adrian Azer | Confer with Ms. Kutz regarding ███ claim, and communication to Mr. Martin regarding same. | 0.50 | $350.00 |
| 06/04/20 | Carla Green | Conference call with Allied World to discuss access to documents requested. | 0.30 | $168.00 |
| 06/05/20 | Adrian Azer | Respond to inquiry from Ogletree Deacons related to ███ ███ (.4). | 0.40 | $280.00 |
| 06/08/20 | Adrian Azer | Review communication from A. Kutz related to ███ insurance coverage and issues raised therein. | 0.50 | $350.00 |
| 06/10/20 | Adrian Azer | Conference with A. Kutz regarding ███ issue and continue to review same (.3); confer with Ms. Green regarding ███ (.3). | 0.60 | $420.00 |
| 06/10/20 | Carla Green | Conference call with Mr. Azer regarding ███ (.3); begin review and analysis of ███ and BSA's primary policy to determine whether ███ (1.4). | 1.70 | $952.00 |
| 06/16/20 | Adrian Azer | Draft, review and revise ███ (.6). | 0.60 | $420.00 |
| 06/17/20 | Adrian Azer | Communications with client regarding ███ (.3); review ███ and communication with client regarding same (.2). | 0.50 | $350.00 |
| 06/23/20 | Adrian Azer | Review and respond to inquiries from claim adjuster at Allied World Insurance Company (.5); review various communications from the claim adjuster at Chubb regarding various claims (.3). | 0.80 | $560.00 |
| 06/26/20 | Adrian Azer | Review multiple communications from the claim adjuster at AIG regarding various claims. | 0.40 | $280.00 |
| 06/29/20 | Benjamin Schindler | Review of recently received reservation of rights letters from AIG and update clams index accordingly (0.7); | 0.70 | $105.00 |
| 06/30/20 | Adrian Azer | Review updated chart of insurer requests for information. | 0.40 | $280.00 |

Invoice Number: 21437295
Matter Name: Boy Scouts/Global Insurance Strategy
Client/Matter Number: 0020234.00005
Billing Attorney: Ernest Martin, Jr.

July 15, 2020
Page 3 of 3

**Total Fees**          **$4,655.00**

<strong>Timekeeper Summary</strong>

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Adrian Azer | Partner | 4.90 | $700.00 | $3,430.00 |
| Carla Green | Associate | 2.00 | $560.00 | $1,120.00 |
| Benjamin Schindler | Law Clerk | 0.70 | $150.00 | $105.00 |
| **Total Professional Summary** | | | | **$4,655.00** |

**Total Fees, Expenses and Charges**          **$4,655.00**

**Total Amount Due**          **USD $4,655.00**

# haynes*boone*

Invoice Number: 21437296
Invoice Date:  July 15, 2020
Matter Name: BSA/Hartford Litigation
Client/Matter Number: 0020234.00018
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

### REMITTANCE PAGE
*For Professional Services Through  June 30, 2020*

| | |
|---|---|
| Total Fees | $11,606.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$11,606.00** |

## Total Invoice Balance Due  USD  $11,606.00

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N**  ●  **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21437296**  ●  Client Number **0020234.00018**  ●  Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21437296                                          July 15, 2020
Matter Name: BSA/Hartford Litigation                                Page 2 of 3
Client/Matter Number: 0020234.00018
Billing Attorney: Ernest Martin, Jr.

*For Professional Services Through  June 30, 2020*
RK-201862708176

**Professional Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/01/20 | Carla Green | Review ▮▮▮▮ letter to Hartford. | 0.20 | $112.00 |
| 06/03/20 | Carla Green | Review and analyze case law addressing conduct ▮▮▮▮▮ ▮▮▮▮▮▮ (1.8); continue revisions to ▮▮▮▮▮▮ (1.1). | 2.90 | $1,624.00 |
| 06/08/20 | Carla Green | Continue review of ▮▮▮▮ in preparation for ▮▮▮▮▮▮ (.8); continue revisions to ▮▮▮▮▮ (.8). | 1.60 | $896.00 |
| 06/09/20 | Adrian Azer | Review communications from Mr. Martin regarding ▮▮▮▮▮▮ (.2); conference with counsel for ▮▮▮▮▮ (.8). | 1.00 | $700.00 |
| 06/09/20 | Carla Green | Continue outline of Motion to Dismiss Hartford Adversary Proceeding. | 1.60 | $896.00 |
| 06/11/20 | Carla Green | Continue review and analysis of case law relating to ▮▮▮▮▮ (1.3); continue revisions to ▮▮▮▮▮ response letter (1.0). | 2.30 | $1,288.00 |
| 06/12/20 | Carla Green | Finalize ▮▮▮▮▮ regarding ▮▮▮▮▮ (2.2); review and analyze case law related to ▮▮▮▮▮ for inclusion in letter (1.6). | 3.80 | $2,128.00 |
| 06/15/20 | Adrian Azer | Prepare for conference with counsel to ▮▮▮▮▮ regarding status of ▮▮▮▮▮ (.3); conference with counsel to ▮▮▮▮▮ (.8); review and comment on draft ▮▮▮ letter against ▮▮▮ (.7). | 1.30 | $910.00 |
| 06/16/20 | Adrian Azer | Review motion for reconsideration filed by Hartford, including ▮▮▮▮▮ by Sidley Austin and consider ▮▮▮▮▮. | 0.70 | $490.00 |
| 06/18/20 | Carla Green | Review additional revisions to ▮▮▮▮▮ (.3); correspondence with local counsel regarding ▮▮▮▮▮ (.2); review status update from Dallas court on BSA's motion for remand (.3). | 0.80 | $448.00 |
| 06/19/20 | Adrian Azer | Conference with counsel for ▮▮▮ regarding ▮▮▮▮▮ (.4); review document provided by ▮▮▮ counsel (.2); follow-up conference with counsel for ▮▮▮ (.2). | 0.80 | $560.00 |

Invoice Number: 21437296
Matter Name: BSA/Hartford Litigation
Client/Matter Number: 0020234.00018
Billing Attorney: Ernest Martin, Jr.

July 15, 2020
Page 3 of 3

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/23/20 | Adrian Azer | Review Sidley Austin's proposed revisions to ████████ and communications with Sidley Austin regarding same (.1); circulate revised ████████ for Mr. Martin's review (.2). | 0.30 | $210.00 |
| 06/24/20 | Carla Green | Complete final revisions to ████████ (.4); review and prepare exhibits and finalize letter for ████████ (1.2). | 1.60 | $896.00 |
| 06/25/20 | Adrian Azer | Finalize ████████, including final revisions and review of same. | 0.40 | $280.00 |
| 06/25/20 | Carla Green | Complete revisions to ████████ and serve same. | 0.30 | $168.00 |

**Total Fees** $11,606.00

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Adrian Azer | Partner | 4.50 | $700.00 | $3,150.00 |
| Carla Green | Associate | 15.10 | $560.00 | $8,456.00 |

**Total Professional Summary** $11,606.00

**Total Fees, Expenses and Charges** $11,606.00

**Total Amount Due** USD $11,606.00

# haynesboone

Invoice Number: 21437297
Invoice Date: July 15, 2020
Matter Name: BSA/Kentucky
Client/Matter Number: 0020234.00020
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

## REMITTANCE PAGE
*For Professional Services Through  June 30, 2020*

| | |
|---|---:|
| Total Fees | $280.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$280.00** |
| **Total Invoice Balance Due** | **USD  $280.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N**  ●  **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21437297**  ●  Client Number **0020234.00020**  ●  Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21437297
Matter Name: BSA/Kentucky
Client/Matter Number: 0020234.00020
Billing Attorney: Ernest Martin, Jr.

July 15, 2020
Page 2 of 2

*For Professional Services Through  June 30, 2020*
RK-201862708175

### Professional Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/29/20 | Adrian Azer | Review communications from plaintiffs' attorney in Kentucky and communications with Sidley Austin regarding ███████ ███. | 0.40 | $280.00 |

**Total Fees**          **$280.00**

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Adrian Azer | Partner | 0.40 | $700.00 | $280.00 |
| **Total Professional Summary** | | | | **$280.00** |

**Total Fees, Expenses and Charges**      **$280.00**

**Total Amount Due**      **USD  $280.00**

# haynesboone

Invoice Number: 21437298
Invoice Date:  July 15, 2020
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGown, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

## REMITTANCE PAGE

*For Professional Services Through  June 30, 2020*

| | |
|---|---:|
| Total Fees | $144,440.50 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$144,440.50** |
| **Total Invoice Balance Due** | **USD  $144,440.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS

Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS

For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS

BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N** ● **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21437298** ● Client Number **0020234.00024** ● Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21437298
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

July 15, 2020
Page 2 of 15

*For Professional Services Through June 30, 2020*

**Professional Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/01/20 | Adrian Azer | Continue to draft, review and revise extensive letter to Chubb related to ███ █████████, including communications with Sidley Austin related to same and review and revise portion of letter drafted by Ms. Green (5.1); confer with Ms. Green regarding same (.3); review and respond to multiple communications (both letters and emails) from counsel to Chubb, including communications with Sidley Austin related to same (1.6); multiple conferences with counsel to Chubb and Sidley Austin related to ████████ (1.2); conference with Mr. Martin regarding various communications with Chubb and draft letter to Chubb (.4) | 8.60 | $6,020.00 |
| 06/01/20 | Carla Green | Continue review and analysis of multiple communications with Chubb pre-petition for inclusion in letter to Chubb (1.3); conference with Mr. Azer regarding edits to Chubb letter (.3); continue revisions to Chubb letter (1.4); strategize with Mr. Azer regarding ████████████ (.3). | 3.30 | $1,848.00 |
| 06/01/20 | Ernest Martin, Jr. | Review e-mails from insurers' counsel and Sidley regarding ████████ (.2); review draft Debtors' Omnibus Response to █████ Motions for Relief of Stay (.2); review letters from Mr. Schiavoni (.2); communication with Mr. Azer regarding same (.2); review prior correspondence with Chubb's counsel regarding ████████ (.1); review Chubb's objections to Protective Order (.1); discussion with Mr. Azer regarding ████████████ (.4); review and revise draft letter to Chubb (.7). | 2.10 | $2,047.50 |
| 06/01/20 | Brittany Parks | Read and analyze Kentucky, Delaware, Sixth Circuit, Third Circuit, and nationwide case law and secondary sources regarding ████████████████ (4.8); prepare and write summary of findings (1.8). | 6.60 | $3,498.00 |

Invoice Number: 21437298                                                                    July 15, 2020
Matter Name: General Insurance Matters                                                      Page 3 of 15
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/02/20 | Adrian Azer | Review research of B. Parks related to ███████ (.5); review response to limited objection to ███████ and communications with Sidley Austin related to same (.6); review multiple communication from counsel to Chubb, communications with Sidley Austin related to responses to same, and draft, review and revise responses to same (1.4); confer with Sidley Austin related to ██████ (.3); confer with counsel to Chubb and M. Linder (Sidley Austin) related to ██████ (.8); post-conference with M. Linder (Sidley Austin) related to same (.2); review coverage charts related to Chubb coverage during the ██████ and communications with Sidley Austin related to same (.3); review post-conference communications from Chubb and responses from Sidley Austin (.3); review various issues and status (.4); continue to draft, review and revise letter to Chubb related to ██████ ██████ (1.5). | 6.30 | $4,410.00 |
| 06/02/20 | Ernest Martin, Jr. | Review letters from Mr. Schiavoni and related e-mails (.3). | 0.20 | $195.00 |
| 06/03/20 | Adrian Azer | Review response to communication from counsel to Chubb and communication with Sidley Austin regarding same (.2); review declaration of B. Whitman in support of motion to lift stay and communication with Sidley Austin regarding same (.5); conference with Sidley Team and B. Whitman regarding ██████ and post-conference ██████ ██████ (.6); communications with various insurers related to claims and access to the data room (.6); communications with Mr. Martin regarding ██████ ██████ (.3); review various communications from Chubb and communications with Sidley Austin related to responses to same (.4); continue to review and revise ██████ letter to Chubb, including ██████ ██████ and incorporate same, and review revisions and questions from Sidley Austin (1.9); review objections to preliminary injunction and communications with Sidley Austin regarding same, including ██████ ██████ (.9); review request for information from Hartford and consider response to same (.4); confer with Mr. Martin regarding various issues (.3). | 6.10 | $4,270.00 |
| 06/03/20 | Ernest Martin, Jr. | Telephone call with Mr. McGowan regarding court's ruling on Sidley retention (.1); discussion with Mr. Azer regarding developments with insurers (.3). | 0.40 | $390.00 |

Invoice Number: 21437298                                                                July 15, 2020
Matter Name: General Insurance Matters                                                 Page 4 of 15
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

| **Date** | **Timekeeper** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 06/04/20 | Adrian Azer | Prepare for and conference with Allied World Insurance Company regarding access to information and status of claims (.5); communications with Mr. Martin regarding Chubb ██████████ (.3); review multiple communications from Chubb related to the mediation order and communications with Sidley Austin regarding same (.8); draft, review and revise response to Hartford, including review of portions drafted by Sidley Austin and communications with Sidley Austin regarding same (.8); confer with Sidley Austin and counsel to Chubb (.9); post-conference communications with counsel to Chubb (.3); continue to review and revise ██████████ to Chubb (1.1). | 4.70 | $3,290.00 |
| 06/04/20 | Carla Green | Draft ████████ to ████ | 1.20 | $672.00 |
| 06/04/20 | Ernest Martin, Jr. | Review message from Mr. Moore and reply to same. | 0.10 | $97.50 |
| 06/05/20 | Adrian Azer | Communications with Sidley Austin and counsel to Fairfax Insurance Company related to access to the dataroom (.3); confer with CNA regarding bankruptcy process and communication with client regarding same (.5); finalize response to Hartford related to ██████████, including communications with Sidley Austin related to same (.5); conference with counsel to Chubb (.3); conference with Mr. Martin related to ████████ (.4). | 2.00 | $1,400.00 |
| 06/05/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding ██████████. | 0.40 | $390.00 |
| 06/07/20 | Adrian Azer | Communications with Sidley Austin related to June 8 hearing (.2). | 0.20 | $140.00 |
| 06/07/20 | Ernest Martin, Jr. | Review proposed Stipulation concerning Preliminary Injunction (.1); review Court's Bench Ruling on Debtors' Application to retain Sidley (.5); review letter from Mr. Ruggeri (.1). | 0.70 | $682.50 |
| 06/08/20 | Adrian Azer | Review various objections to mediation order and revisions to agenda in preparation for June 8 hearing (.6); review communications from Sidley Austin in preparation for hearing (.4); post-hearing conference with Mr. Martin (.3); review revisions to mediation order and communications with Sidley Austin regarding same (.4); review and respond to various communications from Sidley Austin and Ogletree Deacons requesting insurance information on various claims, and confer with underlying defense counsel at Lewis Brisbois regarding ██████████ (.9); review revised version of Chubb ██████████ and communication to Mr. Martin regarding same (.4); communications with Sidley Austin related to ██████████ (.3); review communication from Chubb related to ██████████, and communications with Sidley Austin regarding same (.4). | 3.70 | $2,590.00 |
| 06/08/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding ██████████ (.3); review e-mails from Sidley regarding Mediation Order (.2); review letter from Mr. Schiavoni regarding ████████ (.1). | 0.60 | $585.00 |

Invoice Number: 21437298                                                                July 15, 2020
Matter Name: General Insurance Matters                                                  Page 5 of 15
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/09/20 | Adrian Azer | Review and respond to various communications from the insurers and, specifically counsel to Chubb, including communications with Sidley Austin regarding same (1.0); prepare for conference with Sidley Austin related to ███████████████, and insurer review, including conference with Mr. Martin regarding same (.7); conference with Sidley Austin regarding ███████████████ (.6); review communication from Ogletree Deacons related to request for insurance information and communication with both Ogletree and Sidley Austin regarding same (.2); communications with Sidley Austin and the insurers regarding a conference call to discuss the insurers' questions related to the ███████████ ████████ (.2); discussion with Mr. Martin regarding ███████████████ (.6). | 3.30 | $2,310.00 |
| 06/09/20 | Ernest Martin, Jr. | Review letter from Mr. Schiavoni regarding sharing Chubb communications in data room and review e-mails from Sidley regarding same (.1); discussion with Mr. Azer regarding issues related to Chubb (.2); telephone call with Sidley team regarding ██████████ (.5); discussion with Mr. Azer regarding █████████████ (.6); review e-mail from Mr. Meadows regarding ████████ and prepare message to Mr. Meadows (.2); telephone call with Ms. Lennox, counsel to ████████ (.5); review e-mails regarding ████████ (.1). | 2.20 | $2,145.00 |
| 06/10/20 | Adrian Azer | Communications with Sidley Austin regarding the ██████████ request for information (.3); communications with counsel for the ███████████ regarding same (.2); multiple communications with Sidley Austin and A&M regarding ███████████████ ██████ (1.3); multiple conferences with Mr. Martin regarding same (.7); multiple communications with Chubb related to ███████████████████████ (.9); communications related to ██████████ ██████████████ (.2); communications with Ogletree regarding responses to various insureds questions (.2); conference with Sidley team and client regarding ████████████████ (.3); post-conference with Mr. Martin regarding same and ███████████████ (.1); draft, review and revise ████████████████████ to Mr. Martin for review (1.1). | 5.30 | $3,710.00 |
| 06/10/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding ███████████████████████ ███████████████ (.7); telephone call with Sidley, A&M, and clients to discuss ████████████████ and issue of ████████ report (.7); discussion with Mr. Azer regarding same (.1). | 1.50 | $1,462.50 |
| 06/10/20 | Brittany Parks | Revuew research regarding ██████████████████ ████████████████ | 0.20 | $106.00 |

Invoice Number: 21437298                                               July 15, 2020
Matter Name: General Insurance Matters                                  Page 6 of 15
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/11/20 | Adrian Azer | Finalize communication to various parties regarding ███████ request for access to the data room and multiple communications with Chubb regarding same (1.4); review multiple communications with counsel to Chubb related to communications with ███ (.8); review insurance presentation provided to various constituencies and communication with Sidley Austin regarding same (.9); draft, review and revise letter to Chubb regarding same (.5); confer with Mr. Martin regarding ███████████████ (.3); communications with counsel to ███████ (.3); review communication from counsel to Allied World and responsive communications regarding same (.7). | 4.90 | $3,430.00 |
| 06/11/20 | Ernest Martin, Jr. | Review e-mails and letters from Mr. Schiavoni regarding ███████████ (.3); review BSA's Financial Overview to ███████████ (.3); discussion with Mr. Azer regarding case developments with insurers (.3). | 0.90 | $877.50 |
| 06/11/20 | Brittany Parks | Confer with A. Azer re ███████████████████. | 0.10 | $53.00 |
| 06/11/20 | Brittany Parks | Read and analyze Delaware case law █████████████████████ (2.6); prepare and write summary of findings for use in ████████████ (1.5). | 4.10 | $2,173.00 |
| 06/12/20 | Adrian Azer | Prepare for and conference with counsel to Allied World regarding protective order (.4); review responsive communications to Chubb and communications with Sidley Austin regarding same (.5); communications with Sidley Austin regarding ███████████ (.5); communications with Sidley Austin related to ██████████████████ (1.1); prepare for and conference with the insurers and Sidley Austin regarding various issues and post-conference with Mr. Martin regarding same (1.2); post-conference communication with Sidley Austin (.2); review post-conference communication from Chubb and communication with Sidley Austin regarding response to same, including ███████████ (.6); discussion with Mr. Martin related to ███████████ (.6); confer with Mr. Martin related to ███████████ and regarding ███████████ (.6). | 5.70 | $3,990.00 |
| 06/12/20 | Carla Green | Review and analyze ███████████ (1.4); multiple revisions to draft email with explanation ███████████ (.6). | 2.00 | $1,120.00 |
| 06/12/20 | Ernest Martin, Jr. | Communication with Mr. Azer regarding call with insurers over ███████████ (.2); discussion with Mr. Azer regarding ███████████ (.6); review insurance presentation to determine whether ███████████ (2); discussion with Mr. Azer regarding same (.4). | 1.40 | $1,365.00 |

Invoice Number: 21437298                                              July 15, 2020
Matter Name: General Insurance Matters                                Page 7 of 15
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 06/13/20 | Adrian Azer | Communications with various team members regarding research related to ███████ (.6); communications with Sidley Austin regarding same (.4); confer with Mr. Martin regarding same (.1). | 1.10 | $770.00 |
| 06/13/20 | Wesley Dutton | Attend call with Mr. Azer to discuss ███████ (.1); research and analyze ███████, with particular emphasis on bankruptcy proceedings (5.5); draft email to Mr. Azer and Ms. Green summarizing research findings and attaching research notes for review (.3); research and analyze ███████ (1.8). | 7.70 | $3,542.00 |
| 06/13/20 | Carla Green | Review and analyze case law relating to ███████ (3.4); draft ███████ for Mr. Azer for inclusion in letter to Chubb (.8); review and analyze case law received from Mr. Dutton regarding ███████ (.3). | 4.50 | $2,520.00 |
| 06/13/20 | Ernest Martin, Jr. | Review e-mails from Sidley team regarding ███████ (.2); discussion with Mr. Azer regarding same (.1). | 0.30 | $292.50 |
| 06/14/20 | Adrian Azer | Review and analyze ███████ in a bankruptcy context (.8); conferences with various team members regarding same (.7); review research provided by team and communications related to same (.9). | 2.40 | $1,680.00 |
| 06/14/20 | Wesley Dutton | Research and analyze opinions discussing ███████ in the context of bankruptcy (3.5); draft email to Mr. Azer and Ms. Green summarizing ███████ (.4); attend call with Mr. Azer discussing ███████ under Texas law (.1); research and analyze ███████ under the Texas insurance code, with particular emphasis on ███████ (3.2); draft email to Mr. Azer with update on research into ███████ (.2); review draft of ███████ forwarded from co-counsel at Sidley (.6); review and analyze bankruptcy cases with ███████ (2); draft email to Mr. Azer and Ms. Green attaching ███████ (.3). | 10.30 | $4,738.00 |
| 06/14/20 | Carla Green | Follow up research and review of other bankruptcy cases and motions/objections/communications filed ███████ (1.8); correspondence with Sidley regarding same (.2). | 2.00 | $1,120.00 |

Invoice Number: 21437298
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

July 15, 2020
Page 8 of 15

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/15/20 | Adrian Azer | Review drafts of various sections to the ███████████, including penultimate version sent to the client (1.1); review research of Ms. Green and Mr. Dutton regarding ███████████████████████ (.8); confer with Ms. Green and Mr. Dutton regarding same (.4); conference with Sidley Austin and HB team regarding ███████████ (.5); post-conference with Mr. Martin regarding revisions to letter (.5); communications with various insurers regarding access to the data room (.3); confer with insurance coverage counsel to ███████ (.4); draft, review and revise responsive letter to ███████████ including communications with Sidley Austin and A&M to verify certain facts (1.0); review production of presentation made to various constituencies, including review of presentation (.7); review revisions to ███████ (.3). | 6.00 | $4,200.00 |
| 06/15/20 | Wesley Dutton | Attend call with Ms. Green to discuss ███████████████ (.2); attend call with Ms. Green and Mr. Azer to discuss ███████ with co-counsel at Sidley (.2); attend call with Mr. Azer, Ms. Green, and Mr. Martin to discuss ███████ with co-counsel at Sidley (.4); research and analyze ███████████ (2.4); draft email to Ms. Green and Mr. Azer summarizing ███ (.3); research and analyze ███████████ (.5); attend call with Mr. Azer and Mr. Green to discuss ███ (.3); research and analyze ███████ and draft parenthetical citations for Ms. Green to add to draft of ███████ (1.1); research and analyze ███████ and compile parentheticals of analogous cases for Ns. Green to ███████ (1.3); draft email to Ms. Green containing ███████ (.3); draft email to Ms. Green attaching research notes regarding legal standards for ███ (.1). | 7.10 | $3,266.00 |
| 06/15/20 | Carla Green | Review and analyze cases related to ███████████ (1.6); continue review and analysis of ███████████ (1.2); conference call with Mr. Dutton and Mr. Azer to strategize ███████████ (.4); conference call with Sidley, Mr. Martin and Mr. Azer to discuss ███████ (.5); continue revisions to ███████ (.8). | 4.50 | $2,520.00 |

Invoice Number: 21437298                                                                          July 15, 2020
Matter Name: General Insurance Matters                                                            Page 9 of 15
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/15/20 | Ernest Martin, Jr. | Review draft letter to ▮▮▮▮▮ (.2); participate in call with Sidley regarding ▮▮▮▮▮ (.4); discussion with Mr. Azer regarding same (.5); telephone call with ▮▮▮▮▮ counsel (1.0); review and revise letter to Chubb (.7). | 2.80 | $2,730.00 |
| 06/15/20 | Brittany Parks | Begin to read and analyze ▮▮▮▮▮ (3.3); begin to prepare and write summary of findings (1.2). | 4.50 | $2,385.00 |
| 06/16/20 | Adrian Azer | Finalize responsive letter to ▮▮▮▮▮ including communications with ▮▮▮ to confirm certain facts (.7); review and revise ▮▮▮▮▮ regarding ▮▮▮▮▮ (1.7); compile and review exhibits for the ▮▮▮▮▮ (.3); review emails for ▮▮▮▮▮ per the request of Sidley Austin, and communication with Mr. Martin regarding same (.3); review response letter from ▮▮▮▮▮ and communication with Sidley Austin regarding same (.4). | 3.40 | $2,380.00 |
| 06/16/20 | Wesley Dutton | Review draft of ▮▮▮▮▮ forwarded by Ms. Green (.3); research and analyze ▮▮▮▮▮ (.4); draft email to Mr. Azer summarizing research findings regarding ▮▮▮▮▮ (.1); revise draft of ▮▮▮▮▮ to include parenthetical citations regarding ▮▮▮▮▮ (.6); draft email to Mr. Azer, Ms. Green, and Mr. Martin attaching revised draft of ▮▮▮▮▮ for review (.1); review edits made by Mr. Azer in draft sent to co-counsel at Sidley (.2). | 1.70 | $782.00 |
| 06/16/20 | Carla Green | Review and make several revisions to ▮▮▮▮▮ (2.5); review and analyze ▮▮▮▮▮ (1.0); correspondence with Mr. Azer and Mr. Martin regarding ▮▮▮▮▮ (.4). | 3.90 | $2,184.00 |
| 06/16/20 | Ernest Martin, Jr. | Review draft letter to Mr. Schiavoni in response to ▮▮▮▮▮ (.1); discussion with Mr. Azer regarding ▮▮▮▮▮ (.3); prepare e-mail to Sidley team regarding same (.1); review Hartford's motion to reconsider appointment of mediator Finn (.4); review latest version of ▮▮▮▮▮ (.1). | 1.00 | $975.00 |

Invoice Number: 21437298
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

July 15, 2020
Page 10 of 15

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/17/20 | Adrian Azer | Prepare for and conference with Sidley Austin regarding ███████ ████████ and post-conference with Mr. Martin regarding same (.9); multiple communications with counsel to Chubb related to responses to Chubb's document requests (1.3); respond to various insurance questions posed by Sidley Austin related to ███████ ███████ (.2); draft, review and revise response to ████████████ (.9); continue to review and revise ███████████, including multiple communications with Sidley Austin related to revisions and confer with Mr. Martin regarding same (1.1); confer with counsel to an insurer (.2) post-conference with Mr. Martin regarding same (.7); discussion with Mr. Martin regarding documents requested by Chubb (.3). | 5.40 | $3,780.00 |
| 06/17/20 | Carla Green | Address multiple correspondence with Sidley and Mr. Azer regarding █████████████ (.5); continue review and final revisions to ████████████ (1.2). | 1.70 | $952.00 |
| 06/17/20 | Ernest Martin, Jr. | Telephone call with Sidley and Morris Nichols to discuss █████████ ████████ (.8); review various e-mails from Sidley and Morris Nichols regarding ████████ (.3); review draft ██████████ (.2); discussion with Mr. Azer regarding ██████████ (.3); discussion with Mr. Azer regarding ███████████ (.4); revise letter to Chubb (1.5). | 3.50 | $3,412.50 |
| 06/18/20 | Adrian Azer | Continue to review and finalize ██████████, including discussion with Mr. Martin regarding same (1.4); review ████████████ with Mr. Martin for production to various constituencies and confer with Sidley Austin regarding same (1.3); review communication from Sidley Austin related to ████████████ and respond to inquiry regarding same (.3); communications with counsel to Chubb, including location of certain presentations (.3); conference with Ms. Green and review of various communications related to ███████████ (.5); communications related to providing the mediators access to the data room, including with counsel to Allianz and Sidley Austin (.3). | 4.10 | $2,870.00 |
| 06/18/20 | Carla Green | Strategize with Mr. Azer regarding ██████████ ████████████, including review of ████████, reviewing and analyzing ████████, reviewing and analyzing ████████████ (3.2); address multiple correspondence from excess insurer regarding requests for information on ██████████ (.3); review revisions to ██████████ (.3) and continue revisions to same (.5); review and analyze correspondence from Allianz regarding ████████ (.3). | 4.60 | $2,576.00 |
| 06/18/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding ████████████ (.6); review latest version of letter ██████ and finalize (.7). | 1.30 | $1,267.50 |

Invoice Number: 21437298                                                  July 15, 2020
Matter Name: General Insurance Matters                                   Page 11 of 15
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/19/20 | Adrian Azer | Prepare for conference with the insurers regarding various issues, including communications with Sidley Austin related to agenda and items to address ███████████████ (.8); conference with insurers (1.1); post-conference with Mr. Martin regarding same (.2); prepare for conference with plaintiff's attorney related to ████████ ████████████ (.3); conference with plaintiff's attorney and Sidley team regarding objection to preliminary injunction (.5); conference with K. Basaria (Sidley Austin) regarding ████████████ (.2); review mediators notice provided by Sidley Austin (.3). | 3.40 | $2,380.00 |
| 06/19/20 | Carla Green | Review several correspondence with Mr. Azer and Mr. Sochurek regarding ████████████████. | 0.40 | $224.00 |
| 06/19/20 | Ernest Martin, Jr. | Review Debtors' objections to Century's requests for production of documents (.1); discussion with Mr. Azer regarding ████████ (.2). | 0.50 | $487.50 |
| 06/20/20 | Adrian Azer | Conference with Sidley team regarding ████████ and follow-up regarding same (.4); review ███ policy for ████ and communication to Sidley team regarding same (.5). | 0.90 | $630.00 |
| 06/22/20 | Adrian Azer | Review agenda related to conference with Sidley Austin, the various constituencies, and the insurers regarding BSA's financial presentation (.2); attend conference call related to BSA's financial presentation (1.6); prepare for and conference with claim adjusters for ████████ (.7); prepare for and conference with Sidley Austin and counsel to ████ (.5); communication with Allied Insurance related to access to the data room (.1); review various proposed orders related to ████████ and communication with Sidley Austin regarding same (.6); review communication from Sidley Austin related to mediator notice (.4); confer with Mr. Marting regarding ████████████ (.5). | 4.60 | $3,220.00 |
| 06/22/20 | Carla Green | Review and analyze letter correspondence received from ████ insurer in preparation for call (.2); review position regarding ████████ ████████████ (.3); call with ████████ insurer to discuss requests for information (.5); review and analyze correspondence from ████████████████ (.4); review and analyze several communications from insurers acknowledging ████████ (.5). | 1.90 | $1,064.00 |
| 06/22/20 | Ernest Martin, Jr. | Review various e-mails regarding provision of data room documents to mediators (.1); review BSA's response to Mediator's June 15 Notice to Mediation Parties and confer with Mr. Azer regarding same (.5). | 0.60 | $585.00 |

Invoice Number: 21437298
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

July 15, 2020
Page 12 of 15

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/23/20 | Adrian Azer | Prepare for and conference with Sidley Austin and counsel for Hartford regarding ██████ 9); conference with Sidley Austin and counsel for ██████ regarding access to the data room (.4); review and respond to various communications with the insurers, including with respect to insurance presentation to constituencies (.3); review communication from Chubb and communication with Sidley Austin regarding same (.6); confer with Mr. Martin regarding ██████ (.3). | 2.50 | $1,750.00 |
| 06/23/20 | Carla Green | Review and analyze ██████ (.5); correspondence with Mr. Schindler regarding updating ██████ (.2); review strategy regarding ██████ (.3); begin draft of outline of presentation, including reviewing several insurer communications (1.2). | 2.20 | $1,232.00 |
| 06/23/20 | Ernest Martin, Jr. | Review e-mail from ██████ regarding ██████ and communication with Mr. Azer regarding same (.1); review letter from ██████ and discussion with Sidley concerning same (.2); telephone call with Hartford's counsel regarding ██████ from data room (.3); discussion with Mr. Azer regarding ██████ (.3); review and revise letter to Hartford (.2). | 1.10 | $1,072.50 |
| 06/24/20 | Adrian Azer | Confer with Mr. Martin related to ██████ (.2); communication with ██████ (.2). | 0.40 | $280.00 |
| 06/24/20 | Carla Green | Review and analyze ██████ (.8); multiple correspondence with KCIC and insurers to determine ██████ (.8); finalize revisions to Chubb ██████ and draft email requesting conference and documentation (1.6); draft summary of changes and information still pending for ██████ for Mr. Azer (1.2). | 4.40 | $2,464.00 |
| 06/24/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding ██████ | 0.20 | $195.00 |
| 06/24/20 | Brittany Parks | Continue to read and analyze ██████ (3.2); prepare and write summary of findings (1.9). | 5.10 | $2,703.00 |

Invoice Number: 21437298                                                           July 15, 2020
Matter Name: General Insurance Matters                                            Page 13 of 15
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/25/20 | Adrian Azer | Prepare for and conference with various constituencies regarding ██ (1.1); ██ communications with Sidley Austin regarding agenda for weekly insurer call and communication with insurers regarding same (.4); communications with Sidley Austin regarding ██ (.2); review research from B. Parks related to ██ and internal communications regarding same (.9); communications with client related to ██ (.2); review communication from Allianz and communications with Sidley Austin regarding same, and draft response to same, and review Allianz response (.8); review communication from ██ and communication with ██ regarding same (.2); review communication from ██, including ██ (.5); review communication from Sidley Austin related to ██ (.4). | 4.70 | $3,290.00 |
| 06/25/20 | Carla Green | Review revisions to spreadsheet reflecting ██ (.4); review and analyze ██ (.4); review and analyze ██ to determine whether ██ (1.6); draft summary of ██ (1.0); continue draft of outline of presentation to ██ (1.8). | 5.20 | $2,912.00 |
| 06/25/20 | Ernest Martin, Jr. | Review various e-mails from Sidley regarding requests from insurers and replies to same (.2). | 0.20 | $195.00 |
| 06/25/20 | Benjamin Schindler | Rreview of newly received coverage letters from various insurers (1.4); update of claims letters index (1.3). | 2.70 | $405.00 |
| 06/26/20 | Adrian Azer | Conference with counsel to ██ and Sidley Austin regarding ██ (.4); conference with counsel for ██ regarding ██ (.1); conference with Ms. Green regarding ██ (.4); review ██ insurance policy and ██ (.3); prepare for weekly call with insurers, including finalizing the agenda and communications with Sidley Austin (.5); weekly conference call with insurers and Sidley Austin (.4); review communications from client related to ██ and confer with ██ regarding ██ (.8); draft, review and revise response to counsel to Allianz regarding communications with ██, and follow-up communications regarding same (.5). | 3.40 | $2,380.00 |

Invoice Number: 21437298
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

July 15, 2020
Page 14 of 15

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/26/20 | Carla Green | Correspondence with ▆▆ regarding ▆▆▆▆▆▆ from insurers (.3); revise draft email to ▆▆ regarding ▆▆▆▆▆ ▆▆▆▆ (.3); conference with Mr. Azer to discuss ▆▆▆▆▆ regarding ▆▆▆▆ (.4); review correspondence from ▆▆ regarding position of ▆▆ claim (.3); continue draft of presentation to BSA relating to ▆▆▆▆▆▆ (1.5). | 2.80 | $1,568.00 |
| 06/26/20 | Ernest Martin, Jr. | Participate in weekly call with insurers (.4); review developments with insurers (.3). | 0.70 | $682.50 |
| 06/27/20 | Ernest Martin, Jr. | Review letter from Mr. Ruggeri (.1). | 0.10 | $97.50 |
| 06/29/20 | Adrian Azer | Review various communications from Chubb and communications with Sidley Austin regarding same (.3); review ▆▆▆▆▆ (.4); review and consider ▆▆▆▆▆ (.6). | 1.30 | $910.00 |
| 06/29/20 | Ernest Martin, Jr. | Review e-mail from Mr. Andolina and plaintiffs' counsel regarding requests for information from ▆▆ plaintiffs | 0.20 | $195.00 |
| 06/30/20 | Adrian Azer | Conference with Sidley Austin and Mr. Martin in preparation for conference call with ▆▆▆▆▆ (.5); communication with ▆▆▆▆▆, including providing materials for meeting (.2); prepare for meeting with ▆▆▆▆▆, including confer with Mr. Martin (.6); conference with ▆▆ (2.0); prepare for and conference with Ms. Green and client related to ▆▆▆▆▆ (.9). | 4.20 | $2,940.00 |
| 06/30/20 | Carla Green | Conference with Mr. Azer regarding ▆▆▆▆ (.2); continue outline and talking point regarding ▆▆▆▆▆▆▆ (2.2); conference with Ms. Kutz regarding ▆▆ position regarding ▆▆▆ (.4); review and analyze ▆▆▆ in preparation for call (.3). | 3.10 | $1,736.00 |
| 06/30/20 | Ernest Martin, Jr. | Participate in call with Sidley and Mr. Azer regarding upcoming call with ▆▆▆ (.5); post discussion with Mr. Azer regarding same (.2); participate in call with ▆▆▆▆ to discuss overall ▆▆▆▆ (2.0). | 2.70 | $2,632.50 |

**Total Fees**                                          **$144,440.50**

Invoice Number: 21437298
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

July 15, 2020
Page 15 of 15

## Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Adrian Azer | Partner | 98.60 | $700.00 | $69,020.00 |
| Ernest Martin, Jr. | Partner | 25.70 | $975.00 | $25,057.50 |
| Brittany Parks | Associate | 20.60 | $530.00 | $10,918.00 |
| Carla Green | Associate | 47.70 | $560.00 | $26,712.00 |
| Wesley Dutton | Associate | 26.80 | $460.00 | $12,328.00 |
| Benjamin Schindler | Law Clerk | 2.70 | $150.00 | $405.00 |

**Total Professional Summary**  **$144,440.50**

**Total Fees, Expenses and Charges**  **$144,440.50**

**Total Amount Due**  **USD  $144,440.50**

# haynes*boone*

Invoice Number: 21437299
Invoice Date:  July 15, 2020
Matter Name: BSA/█████
Client/Matter Number: 0020234.00026
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

### REMITTANCE PAGE
*For Professional Services Through  June 30, 2020*

| | |
|---|---:|
| Total Fees | $490.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$490.00** |
| **Total Invoice Balance Due** | **USD  $490.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N** ● **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21437299** ● Client Number **0020234.00026** ● Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21437299
Matter Name: BSA ▮
Client/Matter Number: 0020234.00026
Billing Attorney: Ernest Martin, Jr.

July 15, 2020
Page 2 of 2

*For Professional Services Through  June 30, 2020*

**Professional Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/22/20 | Adrian Azer | Review various letters from plaintiff in preparation for call with ▮ ▮ (.3); conference with ▮ and Sidley Austin (.4) | 0.70 | $490.00 |

| | | |
|---|---|---|
| **Total Fees** | | **$490.00** |

**Timekeeper Summary**

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Adrian Azer | Partner | 0.70 | $700.00 | $490.00 |
| **Total Professional Summary** | | | | **$490.00** |

| | |
|---|---|
| **Total Fees, Expenses and Charges** | **$490.00** |
| **Total Amount Due** | **USD  $490.00** |

# haynesboone

Invoice Number: 21437300
Invoice Date:  July 15, 2020
Matter Name: GSUSA Insurance Issues
Client/Matter Number: 0020234.00029
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

## REMITTANCE PAGE

*For Professional Services Through  June 30, 2020*

| | |
|---|---|
| Total Fees | $2,082.50 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$2,082.50** |
| **Total Invoice Balance Due** | **USD  $2,082.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21437300** ● Client Number **0020234.00029** ● Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21437300                                                           July 15, 2020
Matter Name: GSUSA Insurance Issues                                     Page 2 of 2
Client/Matter Number: 0020234.00029
Billing Attorney: Ernest Martin, Jr.

*For Professional Services Through  June 30, 2020*

**Professional Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/04/20 | Adrian Azer | Review communication from insurer and communication with client regarding ▮▮▮▮. | 0.20 | $140.00 |
| 06/24/20 | Adrian Azer | Review communication from insurer related to ▮▮▮▮ and communication with client regarding same. | 0.40 | $280.00 |
| 06/25/20 | Adrian Azer | Review various communications in preparation for call with client regarding ▮▮▮▮ (.7); conference with Mr. Martin in preparation for conference with client on same (.4); conference with client and Mr. Martin regarding next steps with respect to ▮▮▮▮ (.3). | 1.40 | $980.00 |
| 06/25/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding ▮▮▮▮ (.4); telephone call with ▮▮▮▮ regarding ▮▮▮▮ (.3). | 0.70 | $682.50 |

**Total Fees**      **$2,082.50**

**Timekeeper Summary**

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Adrian Azer | Partner | 2.00 | $700.00 | $1,400.00 |
| Ernest Martin, Jr. | Partner | 0.70 | $975.00 | $682.50 |
| **Total Professional Summary** | | | | **$2,082.50** |

**Total Fees, Expenses and Charges**      **$2,082.50**

**Total Amount Due**      **USD  $2,082.50**

# haynesboone

Invoice Number: 21437301
Invoice Date:  July 15, 2020
Matter Name: Fee Applications
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

### REMITTANCE PAGE
*For Professional Services Through  June 30, 2020*

| | |
|---|---:|
| Total Fees | $9,279.50 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$9,279.50** |
| **Total Invoice Balance Due** | **USD  $9,279.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21437301** ● Client Number **0020234.00035** ● Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21437301
Matter Name: Fee Applications
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin, Jr.

July 15, 2020
Page 2 of 3

*For Professional Services Through  June 30, 2020*

**Professional Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/04/20 | Kimberly Morzak | Telephone conference with Mr. Azer and Ms. Stilz regarding preparation of monthly and quarter fee applications (.4); review and revise various pro formas for May fee application (1.2). | 1.60 | $616.00 |
| 06/04/20 | Denise A. Stilz | Several conferences with Mr. Azer and Ms. Morzak and begin redacting invoices for May 2020. | 4.30 | $1,612.50 |
| 06/05/20 | Adrian Azer | Communications with client and HB team related to submission of invoices for payment (.4). | 0.40 | $280.00 |
| 06/05/20 | Denise A. Stilz | Continue to redact Haynes and Boone invoices in preparation for submission (1.8); prepare Second Interim Fee Application (.6). | 2.40 | $900.00 |
| 06/08/20 | Carla Green | Review and revise invoices for privileged information in preparation for fee application. | 0.80 | $448.00 |
| 06/09/20 | Adrian Azer | Review and revise June invoices (reflecting May time) to ensure compliance with UST guidelines (1.0); communications with team regarding same (.2). | 1.20 | $840.00 |
| 06/09/20 | Denise A. Stilz | Continue to prepare redacted proformas. | 0.70 | $262.50 |
| 06/09/20 | Denise A. Stilz | Continue to work on interim fee application. | 1.70 | $637.50 |
| 06/10/20 | Denise A. Stilz | Continue to work on interim fee application. | 2.80 | $1,050.00 |
| 06/11/20 | Denise A. Stilz | Continue to work on interim fee application for May 2020. | 0.60 | $225.00 |
| 06/15/20 | Kimberly Morzak | Continue working on revisions to second monthly fee application. | 0.40 | $154.00 |
| 06/15/20 | Denise A. Stilz | Continue to work on interim fee application for May 2020. | 4.20 | $1,575.00 |
| 06/16/20 | Kimberly Morzak | Work on additional edits to second monthly fee application. | 0.40 | $154.00 |
| 06/16/20 | Denise A. Stilz | Finalize Interim Fee Application for May and forward to team. | 0.80 | $300.00 |
| 06/24/20 | Denise A. Stilz | Review procedures and timing required by accounting department (.4); telephone conference with Ms. Richardson regarding May invoices (.1); forward May invoices to Ms. Richardson (.1). | 0.60 | $225.00 |

**Total Fees** | | | | **$9,279.50**

Invoice Number: 21437301
Matter Name: Fee Applications
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin, Jr.

July 15, 2020
Page 3 of 3

**Timekeeper Summary**

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Adrian Azer | Partner | 1.60 | $700.00 | $1,120.00 |
| Carla Green | Associate | 0.80 | $560.00 | $448.00 |
| Denise A. Stilz | Paralegal | 18.10 | $375.00 | $6,787.50 |
| Kimberly Morzak | Paralegal | 2.40 | $385.00 | $924.00 |
| **Total Professional Summary** | | | | **$9,279.50** |

**Total Fees, Expenses and Charges**        **$9,279.50**

**Total Amount Due**        **USD $9,279.50**

# haynes*boone*

Invoice Number: 21437302
Invoice Date:  July 15, 2020
Matter Name: Hearings and Court Matters
Client/Matter Number: 0020234.00037
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

## REMITTANCE PAGE
*For Professional Services Through  June 30, 2020*

| | |
|---|---|
| Total Fees | $1,120.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$1,120.00** |
| **Total Invoice Balance Due** | **USD  $1,120.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N  ●  SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21437302**  ●  Client Number **0020234.00037**  ●  Attorney **Ernest Martin, Jr.**

## PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21437302
Matter Name: Hearings and Court Matters
Client/Matter Number: 0020234.00037
Billing Attorney: Ernest Martin, Jr.

July 15, 2020
Page 2 of 2

*For Professional Services Through  June 30, 2020*

### Professional Fees

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/08/20 | Adrian Azer | Attend June 8 hearing on mediation order and extension of preliminary injunction (1.6). | 1.60 | $1,120.00 |

**Total Fees** $1,120.00

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Adrian Azer | Partner | 1.60 | $700.00 | $1,120.00 |
| **Total Professional Summary** | | | | **$1,120.00** |

**Total Fees, Expenses and Charges** $1,120.00

**Total Amount Due** USD  $1,120.00

# haynesboone

Invoice Number: 21437304
Invoice Date:  July 15, 2020
Matter Name: BSA/Business Loss COVID
Client/Matter Number: 0020234.00039
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan
1325 West Walnut Hill Lane
Irving, TX  75015-2079

---

### REMITTANCE PAGE

*For Professional Services Through  June 30, 2020*

| | |
|---|---:|
| Total Fees | $2,986.50 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$2,986.50** |
| **Total Invoice Balance Due** | **USD  $2,986.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N  ●  SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21437304**  ●  Client Number **0020234.00039**  ●  Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21437304
Matter Name: BSA/Business Loss COVID
Client/Matter Number: 0020234.00039
Billing Attorney: Ernest Martin, Jr.

July 15, 2020
Page 2 of 3

*For Professional Services Through  June 30, 2020*

### Professional Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 06/02/20 | Ernest Martin, Jr. | Review Starr Surplus policy | 0.30 | $292.50 |
| 06/03/20 | Ernest Martin, Jr. | Prepare for and participate in call with Mr. McGowan and Mr. Moore regarding ███ (1.1); review e-mail from Mr. McGowan regarding ███ (.2). | 1.30 | $1,267.50 |
| 06/04/20 | Ernest Martin, Jr. | Review e-mail from Mr. McGowan regarding ███ | 0.10 | $97.50 |
| 06/05/20 | Ernest Martin, Jr. | Telephone call with Mr. Moore regarding ███ and review e-mail from Mr. Moore regarding same (.3); prepare e-mail to Mr. Moore regarding ███ (.3). | 0.60 | $585.00 |
| 06/06/20 | Ernest Martin, Jr. | Review e-mail from Mr. Moore regarding ███ | 0.10 | $97.50 |
| 06/08/20 | Ernest Martin, Jr. | Review e-mails from Mr. Moore regarding ███. | 0.10 | $97.50 |
| 06/09/20 | Ernest Martin, Jr. | Telephone call with Mr. Moore regarding ███ | 0.10 | $97.50 |
| 06/10/20 | Ernest Martin, Jr. | Review letter from ███ acknowledging receipt of notification and reply to same; review e-mail from Mr. Moore regarding same and reply to same. | 0.20 | $195.00 |
| 06/29/20 | Emily Buchanan | Review claim status. | 0.10 | $53.00 |
| 06/29/20 | Ernest Martin, Jr. | Review e-mail from Mr. McGowan regarding ███ and reply to same; review e-mail from Mr. Moore. | 0.10 | $97.50 |
| 06/30/20 | Emily Buchanan | Analyze ███. | 0.20 | $106.00 |

**Total Fees** $2,986.50

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Ernest Martin, Jr. | Partner | 2.90 | $975.00 | $2,827.50 |
| Emily Buchanan | Associate | 0.30 | $530.00 | $159.00 |
| **Total Professional Summary** | | | | **$2,986.50** |

Invoice Number: 21437304
Matter Name: BSA/Business Loss COVID
Client/Matter Number: 0020234.00039
Billing Attorney: Ernest Martin, Jr.

July 15, 2020
Page 3 of 3

**Total Fees, Expenses and Charges**                                   **$2,986.50**

**Total Amount Due**                                          **USD  $2,986.50**