# Exhibit B-1

## Expense Detail, May 1-31, 2020

# haynesboone

Invoice Number: 21433102
Invoice Date:  June 15, 2020
Matter Name: Expenses
Client/Matter Number: 0020234.00038
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

### REMITTANCE PAGE
*For Professional Services Through  May 31, 2020*

| | |
|---|---:|
| Total Fees | $0.00 |
| Total Expenses | $672.30 |
| **Total Fees, Expenses and Charges** | **$672.30** |
| **Total Invoice Balance Due** | **USD  $672.30** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N** ● **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21433102**  ●  Client Number **0020234.00038**  ●  Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

# haynesboone

| | | | |
|---|---|---|---|
| Invoice Number: 21433102 | | | June 15, 2020 |
| Matter Name: Expenses | | | Page 2 of 2 |
| Client/Matter Number: 0020234.00038 | | | |
| Billing Attorney: Ernest Martin, Jr. | | | |

*For Professional Services Through May 31, 2020*

**Expenses**

| **Date** | **Code** | **Description** | **Amount** |
|---|---|---|---|
| 05/01/20 | TTH | Casale Reporting Service, Inc. - Transcripts and Tapes of Hearing | $670.10 |
| 05/05/20 | PSC | Pacer Service Center | $1.80 |
| 05/19/20 | PSC | Pacer Service Center | $0.40 |
| **Total Expenses** | | | **$672.30** |

**Expenses Summary**

| **Description** | **Amount** |
|---|---|
| Transcripts and Tapes of Hearing | $670.10 |
| Pacer Service Center | $2.20 |
| **Total Expenses** | **$672.30** |

| | |
|---|---|
| **Total Fees, Expenses and Charges** | **$672.30** |
| **Total Amount Due** | **USD  $672.30** |

## Exhibit B-2

**Expense Detail, June 1-30, 2020**

# haynesboone

Invoice Number: 21437303
Invoice Date:  July 15, 2020
Matter Name: Expenses
Client/Matter Number: 0020234.00038
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

### REMITTANCE PAGE
*For Professional Services Through  June 30, 2020*

| | |
|---|---:|
| Total Fees | $0.00 |
| Total Expenses | $141.70 |
| **Total Fees, Expenses and Charges** | **$141.70** |
| **Total Invoice Balance Due** | **USD  $141.70** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

**CHECK PAYMENT INSTRUCTIONS**
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

**ACH PAYMENT INSTRUCTIONS**
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

**WIRE PAYMENT INSTRUCTIONS**
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N** ● **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21437303** ● Client Number **0020234.00038** ● Attorney **Ernest Martin, Jr.**

**PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.**

# haynesboone

Invoice Number: 21437303     July 15, 2020
Matter Name: Expenses     Page 2 of 2
Client/Matter Number: 0020234.00038
Billing Attorney: Ernest Martin, Jr.

*For Professional Services Through  June 30, 2020*

## Expenses

| Date | Code | Description | Amount |
|---|---|---|---|
| 05/31/20 | OTH | Lighthouse Document Technologies, Inc. - Other Expense | $141.00 |
| 06/18/20 | PSC | Pacer Service Center | $0.70 |
| **Total Expenses** | | | **$141.70** |

## Expenses Summary

| Description | Amount |
|---|---|
| Other Expense | $141.00 |
| Pacer Service Center | $0.70 |
| **Total Expenses** | **$141.70** |

**Total Fees, Expenses and Charges**     $141.70

**Total Amount Due**     USD  $141.70