# EXHIBIT A



700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
O 202.772.2200
F 202.772.3333

GilbertLegal.com

July 20, 2020
James Patton, Jr.                                        Invoice Number:    11320390
Future Claimaints' Representative for                    Client Number:          1613
Boy Scouts of America
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

_____

**FOR PROFESSIONAL SERVICES RENDERED through June 30, 2020**

**Re: James Patton, Jr.**

| Matter Description | Fees | Costs | Total |
|---|---:|---:|---:|
| Insurance Analysis & Recovery | 10,062.00 | 384.20 | 10,446.20 |
| Retention / Fee Application | 972.00 | .00 | 972.00 |
| Motions for Relief from Automatic Stay | 3,236.00 | .00 | 3,236.00 |
| Plan of Reorganization / Disclosure Statement | 4,940.00 | .00 | 4,940.00 |
| Adversary Proceeding – Hartford Accident & Indemnity | 4,066.50 | .00 | 4,066.50 |
| **Total** | **23,276.50** | **384.20** | **23,660.70** |

|  | TOTAL FEES | $ 23,276.50 |
|---|---|---:|
|  | TOTAL EXPENSES | $ 384.20 |
|  | **TOTAL FEES AND EXPENSES** | **$ 23,660.70** |



**FOR PROFESSIONAL SERVICES RENDERED through June 30, 2020**

**Insurance Analysis & Recovery**

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 6/01/20 | Quinn, K. | Confer with team re status and next steps. | .60 | 465.00 |
| 6/01/20 | Neely, M. | Confer with K. Quinn, E. Grim, J. Chalashtori, and S. Colcock re insurance recovery strategy. | .60 | 285.00 |
| 6/01/20 | Neely, M. | Review proposed responses to insurer bankruptcy interventions. | 1.80 | 855.00 |
| 6/01/20 | Neely, M. | Revise opposition to motions to compel per comments from S. Zieg and C. Lyons. | 1.80 | 855.00 |
| 6/01/20 | Grim, E. | Confer with K. Quinn, M. Neely, J. Chalashtori, and S. Colcock re case status and strategy. | .60 | 354.00 |
| 6/01/20 | Chalashtori, J. | Confer with K. Quinn, E. Grim, and M. Neely re case status, next steps, strategy. | .50 | 177.50 |
| 6/01/20 | Colcock, S. | Confer with K. Quinn, M. Neely, E. Grim, and J. Chalashtori re case updates. | .60 | 171.00 |
| 6/03/20 | Colcock, S. | Analyze filings for mediation-related insurance issues. | 1.20 | 342.00 |
| 6/07/20 | Quinn, K. | Review pleadings re mediation objections and reply brief of insurer. | 1.10 | 852.50 |
| 6/07/20 | Quinn, K. | Listen-only to hearing (partial). | 1.00 | 775.00 |
| 6/08/20 | Quinn, K. | Review docket and prepare for hearing. | .30 | 232.50 |
| 6/08/20 | Quinn, K. | Communicate with team re mediation order. | .10 | 77.50 |
| 6/08/20 | Neely, M. | Attend status conference and discussion of coverage issues in mediation. | 1.80 | 855.00 |
| 6/08/20 | Chalashtori, J. | Analyze insurance issues re status conference. | .20 | 71.00 |
| 6/09/20 | Quinn, K. | Review interlocutory appeal notice. | .30 | 232.50 |
| 6/15/20 | Quinn, K. | Confer with A. Azer re insurance and mediation strategy. | .40 | 310.00 |
| 6/15/20 | Quinn, K. | Confer with team re status and strategy. | .30 | 232.50 |
| 6/15/20 | Neely, M. | Confer with K. Quinn, E. Grim, J. Chalashtori, and S. Colcock re coverage analysis and recovery strategy. | .30 | 142.50 |
| 6/15/20 | Grim, E. | Confer with K. Quinn, M. Neely, J. Chalashtori, and S. Colcock re case status and strategy. | .30 | 177.00 |
| 6/15/20 | Grim, E. | Communicate with M. Neely re claims data. | .10 | 59.00 |
| 6/15/20 | Chalashtori, J. | Conference with E. Grim, K. Quinn, M. Neely, and S. Colcock re case status, next steps, strategy. | .30 | 106.50 |
| 6/17/20 | Quinn, K. | Review motion to reconsider. | .40 | 310.00 |

Invoice Number: 11320390
July 20, 2020

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 6/18/20 | Quinn, K. | Review Hartford motion for reconsideration. | .50 | 387.50 |
| 6/19/20 | Quinn, K. | Confer with A. Azer re insurers' request. | .30 | 232.50 |
| 6/25/20 | Neely, M. | Prepare for call re non-abuse claim insurance issues. | .90 | 427.50 |
| 6/25/20 | Neely, M. | Attend call with BSA, TCC, and UCC re non-abuse claim insurance issues. | .70 | 332.50 |
| 6/29/20 | Quinn, K. | Meet with team re status and strategy. | .30 | 232.50 |
| 6/29/20 | Neely, M. | Confer with K. Quinn, E. Grim, J. Chalashtori, and S. Colcock re insurance recovery strategy. | .30 | 142.50 |
| 6/29/20 | Grim, E. | Confer with K. Quinn, M. Neely, J. Chalashtori, and S. Colcock re case status and strategy. | .30 | 177.00 |
| 6/29/20 | Chalashtori, J. | Confer with K. Quinn, M. Neely, S. Colcock, and E. Grim re case status, next steps, strategy. | .30 | 106.50 |
| 6/29/20 | Colcock, S. | Confer with K. Quinn, M. Neely, E. Grim, and J. Chalashtori re case updates. | .30 | 85.50 |
| | | **TOTAL CHARGEABLE HOURS** | **18.50** | |
| | | **TOTAL FEES** | | **$ 10,062.00** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Quinn, K. | 5.60 | 775.00 | 4,340.00 |
| Neely, M. | 8.20 | 475.00 | 3,895.00 |
| Grim, E. | 1.30 | 590.00 | 767.00 |
| Chalashtori, J. | 1.30 | 355.00 | 461.50 |
| Colcock, S. | 2.10 | 285.00 | 598.50 |
| **TOTALS** | **18.50** | | **$ 10,062.00** |

**EXPENSE DETAILS**

| Date | Description | Task | Amount |
|---|---|---|---|
| 5/23/20 | Conference Call - CourtCall / J. Chalashtori / Attend Hearing on 05.04.20 | E112 | 80.25 |
| 5/23/20 | Conference Call - CourtCall / J. Chalashtori / Attend Hearing on 05.06.20 | E112 | 96.00 |
| 6/08/20 | Conference Call - CourtCall / Kami Quinn / Attend Hearing on 06/08/2020 | E105 | 43.50 |
| 6/30/20 | Westlaw | E106 | 5.05 |
| 6/30/20 | PACER | E106 | 20.50 |
| 6/30/20 | PACER | E106 | 138.90 |
| | **TOTAL EXPENSES** | | **$ 384.20** |
| | **TOTAL FEES AND EXPENSES FOR MATTER** | | **$ 10,446.20** |

Invoice Number: 11320390
July 20, 2020

**FOR PROFESSIONAL SERVICES RENDERED through June 30, 2020**

**Retention / Fee Application**

| Date | Name | Services | Hours | Amount |
|---|---|---|---:|---:|
| 6/16/20 | Hudgins, M.C. | Draft first monthly fee application and exhibit. | 2.00 | 380.00 |
| 6/17/20 | Hudgins, M.C. | Draft notice of first fee application. | .50 | 95.00 |
| 6/18/20 | Colcock, S. | Draft notice of appearance and request for service of notices. | 1.20 | 342.00 |
| 6/22/20 | Quinn, K. | Review fee statement. | .20 | 155.00 |
| | | **TOTAL CHARGEABLE HOURS** | **3.90** | |
| | | **TOTAL FEES** | | **$ 972.00** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Quinn, K. | .20 | 775.00 | 155.00 |
| Hudgins, M.C. | 2.50 | 190.00 | 475.00 |
| Colcock, S. | 1.20 | 285.00 | 342.00 |
| **TOTALS** | **3.90** | | **$ 972.00** |
| | **TOTAL FEES AND EXPENSES FOR MATTER** | | **$ 972.00** |

3

Invoice Number: 11320390
July 20, 2020

**FOR PROFESSIONAL SERVICES RENDERED through June 30, 2020**

**Motions for Relief from Automatic Stay**

| Date | Name | Services | Hours | Amount |
|---|---|---|---:|---:|
| 6/01/20 | Quinn, K. | Finalize objection to lift-stay; confer with client re same. | .70 | 542.50 |
| 6/01/20 | Colcock, S. | Review exhibits to objection to Old Republic's motion for relief from automatic stay and prepare redactions. | 1.40 | 399.00 |
| 6/03/20 | Quinn, K. | Correspond with M. Neely re Old Republic response to lift stay objection. | .20 | 155.00 |
| 6/03/20 | Neely, M. | Review other objections to motions for relief from and extension of stay and Old Republic reply for potential coverage issues. | 2.60 | 1,235.00 |
| 6/03/20 | Chalashtori, J. | Analyze Old Republic reply to objection to motion to lift stay, insurance implications, next steps, strategy. | .40 | 142.00 |
| 6/22/20 | Neely, M. | Review issues re motion to lift stay. | .30 | 142.50 |
| 6/25/20 | Quinn, K. | Confer with client re draft orders for motions to lift stay. | .50 | 387.50 |
| 6/25/20 | Quinn, K. | Initial review of lift stay proposal. | .30 | 232.50 |
| | | **TOTAL CHARGEABLE HOURS** | **6.40** | |
| | | **TOTAL FEES** | | **$ 3,236.00** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Quinn, K. | 1.70 | 775.00 | 1,317.50 |
| Neely, M. | 2.90 | 475.00 | 1,377.50 |
| Chalashtori, J. | .40 | 355.00 | 142.00 |
| Colcock, S. | 1.40 | 285.00 | 399.00 |
| **TOTALS** | **6.40** | | **$ 3,236.00** |

**TOTAL FEES AND EXPENSES FOR MATTER**    **$ 3,236.00**

Invoice Number: 11320390
July 20, 2020

**FOR PROFESSIONAL SERVICES RENDERED through June 30, 2020**

**Plan of Reorganization / Disclosure Statement**

| Date | Name | Services | Hours | Amount |
|---|---|---|---:|---:|
| 6/16/20 | Neely, M. | Review proposed plan insurance issues. | 1.70 | 807.50 |
| 6/16/20 | Grim, E. | Revise plan. | .40 | 236.00 |
| 6/16/20 | Grim, E. | Communicate with M. Neely re key issues in plan. | .10 | 59.00 |
| 6/17/20 | Neely, M. | Continue reviewing proposed plan insurance issues. | 4.40 | 2,090.00 |
| 6/18/20 | Quinn, K. | Communicate with M. Neely re proposed plan structure. | .20 | 155.00 |
| 6/18/20 | Neely, M. | Analyze additional plan insurance issues per comments from K. Quinn. | 2.70 | 1,282.50 |
| 6/22/20 | Quinn, K. | Review M. Neely initial summary of plan comments. | .40 | 310.00 |
| | | **TOTAL CHARGEABLE HOURS** | **9.90** | |
| | | **TOTAL FEES** | | **$ 4,940.00** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|---|---:|---:|---:|
| Quinn, K. | .60 | 775.00 | 465.00 |
| Neely, M. | 8.80 | 475.00 | 4,180.00 |
| Grim, E. | .50 | 590.00 | 295.00 |
| **TOTALS** | **9.90** | | **$ 4,940.00** |
| | | **TOTAL FEES AND EXPENSES FOR MATTER** | **$ 4,940.00** |

Invoice Number: 11320390
July 20, 2020

**FOR PROFESSIONAL SERVICES RENDERED through June 30, 2020**

**Adversary Proceeding - Hartford Accident & Indemnity**

| Date | Name | Services | Hours | Amount |
|---|---|---|---|---|
| 6/01/20 | Quinn, K. | Correspond with team re next steps re adversary proceeding. | .20 | 155.00 |
| 6/01/20 | Neely, M. | Confer with K. Quinn, J. Chalashtori, and S. Colcock re adversary proceeding strategy. | .40 | 190.00 |
| 6/01/20 | Grim, E. | Communications with M. Neely re Hartford adversary proceeding. | .20 | 118.00 |
| 6/02/20 | Neely, M. | Review recent filings for coverage issues. | .30 | 142.50 |
| 6/05/20 | Neely, M. | Analyze Hartford adversary complaint and potential response. | 2.40 | 1,140.00 |
| 6/05/20 | Grim, E. | Confer with M. Neely re issues relating to Hartford adversary proceeding. | .60 | 354.00 |
| 6/08/20 | Quinn, K. | Confer with M. Neely re adversary proceeding strategy. | .20 | 155.00 |
| 6/09/20 | Neely, M. | Review draft potential pleadings. | .90 | 427.50 |
| 6/09/20 | Chalashtori, J. | Begin drafting motion re adversary proceeding. | 2.90 | 1,029.50 |
| 6/10/20 | Chalashtori, J. | Revise motion. | 1.00 | 355.00 |
| | | **TOTAL CHARGEABLE HOURS** | **9.10** | |
| | | **TOTAL FEES** | | **$ 4,066.50** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Quinn, K. | .40 | 775.00 | 310.00 |
| Neely, M. | 4.00 | 475.00 | 1,900.00 |
| Grim, E. | .80 | 590.00 | 472.00 |
| Chalashtori, J. | 3.90 | 355.00 | 1,384.50 |
| **TOTALS** | **9.10** | | **$ 4,066.50** |

| | | |
|---|---|---|
| | **TOTAL FEES AND EXPENSES FOR MATTER** | **$ 4,066.50** |
| | **TOTAL FEES AND EXPENSES** | **$ 23,660.70** |