**EXPENSES**
**June 1, 2020 - June 30, 2020**

| Date | Description | Amount |
|---|---|---|
| 5/23/2020 | Conference Call - Courtcall / J. Chalashtori / Hearing on 05.04.20 | 80.25 |
| 5/23/2020 | Conference Call - Courtcall / J. Chalashtori / Hearing on 05.06.20 | 96.00 |
| 6/8/2020 | Conference Call - Courtcall / K. Quinn / Hearing on 06.08.20 | 43.50 |
| 6/30/2020 | Westlaw | 5.05 |
| 6/30/2020 | PACER | 20.50 |
| 6/30/2020 | PACER | 138.90 |
|  |  | **$384.20** |