## EXHIBIT A

**COMPENSATION BY PROJECT CATEGORY**

**BOY SCOUTS OF AMERICA**
**(Case No. 20-10343 (LSS))**

**May 1, 2020 through May 31, 2020**

| Task Code | Project Category | Total Hours | Total Fees |
|---|---|---:|---:|
| B110 | Case Administration | 5.20 | $2,113.50 |
| B140 | Automatic Stay Matters | 0.90 | 532.00 |
| B150 | Creditor Communications and Meetings | 0.20 | 185.00 |
| B160 | Fee Applications (MNAT - Filing) | 18.20 | 7,434.50 |
| B165 | Fee Applications (Others - Filing) | 15.30 | 7,383.00 |
| B190 | Other Contested Matters | 44.80 | 23,952.00 |
| B230 | Financing Matters/Cash Collateral | 4.70 | 2,594.50 |
| B300 | Court Hearings | 92.30 | 51,695.50 |
| B310 | Claims Objections and Administration | 45.80 | 24,100.00 |
| B330 | Litigation/Adversary Proceedings | 6.90 | 4,357.00 |
| B360 | Professional Retention (Others - Filing) | 8.10 | 3,458.50 |
| B370 | Professional Retention (Others - Objections) | 4.40 | 3,183.50 |
| B410 | General Case Strategy | 5.90 | 2,988.50 |
| B420 | Schedules/SOFA/U.S. Trustee Reports | 0.20 | 102.00 |
| | **Total:** | **252.9** | **$134,079.50** |

**Time Detail**

**Task Code:**     B110       Case Administration

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 05/01/20 | Abbott, Derek C. | call w/McCollum re: fee examiner | 0.1 | 92.50 |
| 05/01/20 | Malafronti, Emily | Upload as filed documents | 0.1 | 33.50 |
| 05/01/20 | Abbott, Derek C. | correspondence w/Vara re: fee examiner | 0.1 | 92.50 |
| 05/01/20 | Abbott, Derek C. | call to Boelter re: fee examiner | 0.1 | 92.50 |
| 05/04/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing of declaration (.1); prepare & efile Declaration of Shannon R. Wheatman, Ph.D. (.1) | 0.2 | 63.00 |
| 05/04/20 | Remming, Andrew | review amended agenda for 5/4 hearing | 0.1 | 80.00 |
| 05/08/20 | Reimann, Glenn | Review recently filed notices of appearance.  Email communications with conflicts. | 0.5 | 167.50 |
| 05/15/20 | Abbott, Derek C. | call w/Topper re: bar date objections | 0.1 | 92.50 |
| 05/18/20 | Reimann, Glenn | Coordinate for filing bar date notice and exhibits | 3.5 | 1,172.50 |
| 05/24/20 | Remming, Andrew | review email from J. Lord re filings | 0.1 | 80.00 |
| 05/27/20 | Remming, Andrew | review email from M. Molitor re filing | 0.1 | 80.00 |
| 05/28/20 | Malafronti, Emily | Uploading orders | 0.1 | 33.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/28/20 | Malafronti, Emily | Prepare various orders for upload | 0.1 | 33.50 |
| | | **Total** | **5.2** | **2,113.50** |

**Task Code:    B140    Automatic Stay Matters**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/11/20 | Moats, Eric | Email exchange w/ P. Topper, A. Remming, and D. Abbott re: Rule 4001 and lift stay notice requirements. | 0.2 | 107.00 |
| 05/11/20 | Remming, Andrew | emails w/ DCA re lift stay motion objection deadline | 0.1 | 80.00 |
| 05/11/20 | Moats, Eric | Research re: rule 4001 and notice provisions for lift stay motions. | 0.4 | 214.00 |
| 05/14/20 | Topper, Paige | Emails re: potential stipulation for stay relief of personal injury lawsuit. | 0.1 | 51.00 |
| 05/14/20 | Remming, Andrew | review and respond to email from P. Jackson re stay relief | 0.1 | 80.00 |
| | | **Total** | **0.9** | **532.00** |

**Task Code:    B150    Creditor Communications and Meetings**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/01/20 | Abbott, Derek C. | call to Salko re: Travelers payments | 0.2 | 185.00 |
| | | **Total** | **0.2** | **185.00** |

**Task Code:    B160    Fee Applications (MNAT - Filing)**

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/01/20 | Vale, Desiree | Draft CNO re MNAT First Fee Application | 0.4 | 134.00 |
| 05/04/20 | Vale, Desiree | Review and respond e-mail from P Topper (0.1) update CNO re MNAT First Fee Application (0.1) e-file re the same (0.2) | 0.4 | 134.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/04/20 | Topper, Paige | Work on March fee application. | 0.9 | 459.00 |
| 05/07/20 | Moats, Eric | Email exchange w/ C. Bingelli, J. Cifuentes, and R. Walsh (and P. Topper) re: MNAT fee app CNO. | 0.1 | 53.50 |
| 05/13/20 | Vale, Desiree | E-mails with P. Topper re MNAT April Fee Application | 0.2 | 67.00 |
| 05/14/20 | Abbott, Derek C. | call w/Remming re: fee applications | 0.3 | 277.50 |
| 05/18/20 | Vale, Desiree | Work on MNAT March and April Fee Applications | 0.4 | 134.00 |
| 05/18/20 | Moats, Eric | Email exchange w/ C. Bingelli re: MNAT second fee app. | 0.1 | 53.50 |
| 05/19/20 | Topper, Paige | Work on March fee application. | 0.6 | 306.00 |
| 05/19/20 | Topper, Paige | Work on April fee application. | 1.6 | 816.00 |
| 05/20/20 | Topper, Paige | Work on March fee application. | 0.2 | 102.00 |
| 05/20/20 | Topper, Paige | Work on April fee application. | 0.8 | 408.00 |
| 05/20/20 | Vale, Desiree | Draft MNAT Second Fee Application and Notice | 1.5 | 502.50 |
| 05/22/20 | Topper, Paige | Work on April fee application. | 0.2 | 102.00 |
| 05/22/20 | Topper, Paige | Review and revise March fee application and call with D. Vale re: same. | 0.5 | 255.00 |
| 05/22/20 | Vale, Desiree | Draft MNAT Third Fee Application | 1.0 | 335.00 |
| 05/22/20 | Vale, Desiree | Draft MNAT First Interim Fee Application. | 1.0 | 335.00 |
| 05/25/20 | Vale, Desiree | Update MNAT Third Fee Application and Notice | 1.0 | 335.00 |
| 05/25/20 | Vale, Desiree | Update MNAT Second Fee Application. | 0.6 | 201.00 |
| 05/26/20 | Vale, Desiree | Draft of MNAT Interim First Fee Application | 2.0 | 670.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/27/20 | Vale, Desiree | Review and respond e-mails from P. Topper re MNAT Second Fee Application and Notice (.2) update and e-file re the same (1.0). | 1.2 | 402.00 |
| 05/27/20 | Vale, Desiree | Further update MNAT Interim Fee Application | 0.5 | 167.50 |
| 05/27/20 | Abbott, Derek C. | review fee app | 0.1 | 92.50 |
| 05/27/20 | Topper, Paige | Work on March fee application. | 0.3 | 153.00 |
| 05/27/20 | Vale, Desiree | Update MNAT April Fee Application and Notice (.3) e-file re the same (.3) | 0.6 | 201.00 |
| 05/27/20 | Topper, Paige | Worked on April fee application. | 0.3 | 153.00 |
| 05/29/20 | Topper, Paige | Worked on interim fee application (.3) and call with A. Remming and D. Abbott (in part) re: same (.4). | 0.7 | 357.00 |
| 05/29/20 | Vale, Desiree | Call w/P. Topper re MNAT First Interim Fee Application Update (.2) Update re the same (.2) | 0.4 | 134.00 |
| 05/30/20 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing of fee application (.1); prepare & efile of Morris, Nichols, Arsht & Tunnell LLP for the Period February 18, 2020 through April 30, 2020 (.2) | 0.3 | 94.50 |
| | | **Total** | **18.2** | **7,434.50** |

**Task Code:**    B165        Fee Applications (Others - Filing)

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/06/20 | Moats, Eric | Phone call w/ B. Warner and Haynes & Boone re: fee app drafting and UST questions. | 0.5 | 267.50 |
| 05/07/20 | Vale, Desiree | Receive and respond e-mail from Alvarez Marsal re First fee Application CNO (0.1) e-file re the same (0.2) | 0.3 | 100.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/08/20 | Moats, Eric | Phone call w/ C. Bingelli re: professionals fee apps and process for same. | 0.2 | 107.00 |
| 05/11/20 | Vale, Desiree | Draft CNO re Bates White Feb-Mar Fee Application (.2) e-mail E. Moats and BW re the same (.2) prepare and e-file (.1) | 0.5 | 167.50 |
| 05/11/20 | Topper, Paige | Call with C. Binggeli re: lender invoices and Ogletree fee application (.2) and call with E. Moats re: same and motion for protective order (.3). | 0.5 | 255.00 |
| 05/11/20 | Moats, Eric | Email exchange w/ C. Bingelli re: Ogletree fee app. | 0.2 | 107.00 |
| 05/12/20 | Moats, Eric | Email exchange w/ B. Warner re: interim fee applications. | 0.2 | 107.00 |
| 05/12/20 | Topper, Paige | Call with E. Moats re: fee application process and outstanding matters. | 0.2 | 102.00 |
| 05/13/20 | Moats, Eric | Email exchange w/ M. Murray re: Bates White April fee app. | 0.3 | 160.50 |
| 05/13/20 | Moats, Eric | Review Bates White April fee application (.3) and email M. Murray and D. Evans re: revisions to same (.2). | 0.5 | 267.50 |
| 05/14/20 | Moats, Eric | Further email exchange w/ Bates White re: fee applications. | 0.1 | 53.50 |
| 05/14/20 | Vale, Desiree | Draft CNO re Ogletree Fee Application (.2) e-mail to E. Moats (.1) | 0.3 | 100.50 |
| 05/14/20 | Moats, Eric | Email exchange w/ UST re: Ogletree fee application. | 0.1 | 53.50 |
| 05/15/20 | Vale, Desiree | Receive and respond e-mails from P. Topper re Bates White Second Fee Application (.2) draft Notice re the same (.2) | 0.4 | 134.00 |
| 05/15/20 | Vale, Desiree | Receive and respond e-mail from P. Topper re Haynes and Boone First Fee Application (.1) draft Notice re the same (.2) e-file (.2) | 0.5 | 167.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/15/20 | Topper, Paige | Review and address co-counsel's questions re: Haynes & Boone fee application. | 0.6 | 306.00 |
| 05/15/20 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing of fee application (.1); prepare & efile Second Monthly Fee Application of Bates White, LLC for the Period April 1, 2020 through April 30, 2020 (.3) | 0.4 | 126.00 |
| 05/19/20 | Reimann, Glenn | Email communications with P. Topper, E. Moats, and Omni regarding service of Bates White fee application. | 0.2 | 67.00 |
| 05/19/20 | Topper, Paige | Call with B. Warner, M. Linder and E. Moats re: interim fee application process. | 0.3 | 153.00 |
| 05/19/20 | Remming, Andrew | tele w/ D. Abbott re fee examiners | 0.1 | 80.00 |
| 05/19/20 | Moats, Eric | Phone call w/ B. Warner, M. Linder, P. Topper, and D. Lutes re: interim fee applications and procedures for same. | 0.4 | 214.00 |
| 05/19/20 | Abbott, Derek C. | correspondence re: fee examiner stuff (.1); call w/Ringer re: same (.2) | 0.3 | 277.50 |
| 05/19/20 | Remming, Andrew | review email from P. Topper re fee apps | 0.1 | 80.00 |
| 05/22/20 | Moats, Eric | Email exchange w/ M. Murphy re: Bates White April fee app. | 0.2 | 107.00 |
| 05/26/20 | Topper, Paige | Emails with G. Reimann re: interim fee applications. | 0.1 | 51.00 |
| 05/27/20 | Moats, Eric | Review KCIC first combined fee application and email exchange w/ B. Warner re: same. | 0.3 | 160.50 |
| 05/28/20 | Moats, Eric | Review and revise Ogletree April fee app and coordinate w/ T. Naimoli for filing and service of same. | 0.3 | 160.50 |
| 05/28/20 | Moats, Eric | Review and finalize A&M second fee app and coordinate w/ T. Naimoli for filing and service of same. | 0.3 | 160.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/28/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing of fee application (.1); prepare & efile Second Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2020 to and Including April 30, 2020 (.2) | 0.3 | 94.50 |
| 05/28/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing of fee application (.1); prepare & efile First Monthly Fee Application of KCIC, LLC for the Period February 18, 2020 through April 30, 2020 (.1) | 0.2 | 63.00 |
| 05/28/20 | Topper, Paige | Review Ogletree interim fee application (.3) and call with B. Griggs, B. Warner and E. Moats re: same (.3). | 0.6 | 306.00 |
| 05/28/20 | Moats, Eric | Review and revise KCIC fee application (.3) and coordinate w/ T. Naimoli for filing and service of same (.1). | 0.4 | 214.00 |
| 05/28/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing of fee application (.1); prepare & efile Second Monthly Fee Application of Ogletree, Deakins, Nash, Smoak & Stewart, P.C for the Period April 1, 2020 to April 30, 2020 (.1) | 0.2 | 63.00 |
| 05/29/20 | Topper, Paige | Review and provide comments to Ogletree's first interim fee application. | 0.3 | 153.00 |
| 05/29/20 | Moats, Eric | Review professionals interim fee apps. | 0.6 | 321.00 |
| 05/29/20 | Topper, Paige | Review and provide comments to Haynes and Boone first interim fee application. | 0.3 | 153.00 |
| 05/29/20 | Remming, Andrew | review email from P. Topper re interim fee app | 0.1 | 80.00 |
| 05/29/20 | Moats, Eric | Review Bates White first interim fee app. | 0.2 | 107.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/29/20 | Moats, Eric | Phone call w/ C. Bingelli re: A&M interim fee app. | 0.2 | 107.00 |
| 05/29/20 | Topper, Paige | Finalized interim fee applications for KCIC, Bates White, Ogletree, Haynes & Boone and | 1.7 | 867.00 |
| 05/29/20 | Remming, Andrew | tele w/ P. Topper and DCA (in part) re interim fee apps | 0.4 | 320.00 |
| 05/30/20 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing of fee application (.1); prepare & efile First Interim Fee Application Request of Alvarez & Marsal North America, LLC a for the Period February 18, 2020 through April 30, 2020 (.2) | 0.3 | 94.50 |
| 05/30/20 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing of fee application (.1); prepare & efile First Interim Fee Application Request of KCIC, LLC for the Period February 18, 2020 through April 30, 2020 (.3) | 0.4 | 126.00 |
| 05/30/20 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing of fee application (.1); prepare & efile First Interim Fee Application Request of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. for the Period February 18, 2020 through April 30, 2020 (.3) | 0.4 | 126.00 |
| 05/30/20 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing of fee application (.1); prepare & efile First Interim Fee Application Request of Haynes and Boone, LLP for the Period from February 18, 2020 through April 30, 2020 (.2) | 0.3 | 94.50 |
| | | **Total** | **15.3** | **7,383.00** |

**Task Code:**    B190    Other Contested Matters

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/05/20 | Remming, Andrew | review email from K. Basaria re protective order | 0.1 | 80.00 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 05/05/20 | Remming, Andrew | further emails w/ E. Moats re protective order; review email from M. Andolina re same; review email from K. Basaria re same | 0.1 | 80.00 |
| 05/05/20 | Remming, Andrew | emails w/ E. Moats re protective order | 0.1 | 80.00 |
| 05/10/20 | Talmo, Matthew | Discuss protective order with P Topper | 0.4 | 214.00 |
| 05/10/20 | Abbott, Derek C. | call w/Andolina, Labuda, Bassaria, Topper, Culver re: protective order | 0.3 | 277.50 |
| 05/10/20 | Topper, Paige | Research re: protective order (.5) and call with M. Talmo re: same (.3). | 0.8 | 408.00 |
| 05/10/20 | Topper, Paige | Call with K. Basaria, D. Abbott, M. Andolina and T. Labuda re: protective order and mediator order. | 0.4 | 204.00 |
| 05/10/20 | Remming, Andrew | review draft protective order | 0.5 | 400.00 |
| 05/10/20 | Culver, Donna L. | Review rules re protective order & email Abbott re same | 0.2 | 175.00 |
| 05/11/20 | Topper, Paige | Revise motion to shorten re: motion for protective order; email to D. Buchbinder and H. McCollum re: same. | 0.3 | 153.00 |
| 05/11/20 | Topper, Paige | Call with D. Abbott re: protective order motion and fee applications. | 0.2 | 102.00 |
| 05/11/20 | Topper, Paige | Review motion for protective order and draft motion to shorten re: same. | 2.2 | 1,122.00 |
| 05/11/20 | Moats, Eric | Phone call w/ P. Topper re: protective order motion and accompanying motion to shorten. | 0.3 | 160.50 |
| 05/11/20 | Moats, Eric | Review motion to shorten protective order. | 0.2 | 107.00 |
| 05/11/20 | Abbott, Derek C. | review draft motion for protective order | 0.2 | 185.00 |
| 05/11/20 | Moats, Eric | Emails w/ Sidley and MNAT team re: 9019 motion, accompanying motion to shorten, and procedures for same. | 0.3 | 160.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/12/20 | Abbott, Derek C. | correspondence w/UST re: motion for protective order and correspondence w/Linder re: same | 0.1 | 92.50 |
| 05/12/20 | Abbott, Derek C. | review draft protective order motion (.2); call to Andolina (.1); call w/Linder re: same (.1) | 0.4 | 370.00 |
| 05/12/20 | Moats, Eric | Phone call w/ P. Topper re: protective order and developments for same. | 0.2 | 107.00 |
| 05/12/20 | Moats, Eric | Email exchange w/ B. Warner, M. Linder, and P. Topper re: removal deadline extension motion. | 0.2 | 107.00 |
| 05/12/20 | Topper, Paige | Emails re: motion for protective order. | 0.2 | 102.00 |
| 05/12/20 | Topper, Paige | Revise motion to shorten re: motion for protective order and email to K. Basaria and M. Linder re: same. | 0.3 | 153.00 |
| 05/12/20 | Reimann, Glenn | Draft notice of motion to approve stipulated protective order. | 0.4 | 134.00 |
| 05/12/20 | Abbott, Derek C. | call w/Buchbinder re: protective order | 0.2 | 185.00 |
| 05/12/20 | Abbott, Derek C. | call w/Andolina re: protective order (.1); correspondence w/Buchbinder re: same (.1); review correspondence re: same (.2) | 0.4 | 370.00 |
| 05/12/20 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing and service of motion (.1); prepare & efile Motion to Shorten Motion Approving Protective Order (.2) | 0.3 | 94.50 |
| 05/12/20 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing and service of motion (.1); prepare & efile Debtors' Motion Approving Protective Order (.4) | 0.5 | 157.50 |
| 05/12/20 | Topper, Paige | Finalize motion for protective order and related motion to seal and prepared for filing. | 0.3 | 153.00 |
| 05/13/20 | Remming, Andrew | review UST objection to motion to shorten re protective order | 0.1 | 80.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/13/20 | Moats, Eric | Finalize motion for leave to file reply and reply for mediation motion (.6) and coordinate w/ T. Naimoli re: filing and service of same (.2). | 0.8 | 428.00 |
| 05/13/20 | Moats, Eric | Phone call w/ D. Abbott re: mediation motion and leave to file reply. | 0.1 | 53.50 |
| 05/13/20 | Moats, Eric | Draft motion for leave to file reply re: mediation motion. | 1.3 | 695.50 |
| 05/13/20 | Topper, Paige | Review UST objection to motion to shorten re motion for protective order. | 0.1 | 51.00 |
| 05/13/20 | Remming, Andrew | review email from P. Topper re protective order | 0.1 | 80.00 |
| 05/13/20 | Topper, Paige | Review and revise motion for leave to file late reply re: mediator motion. | 0.3 | 153.00 |
| 05/13/20 | Moats, Eric | Review reply in support of mediation motion. | 0.4 | 214.00 |
| 05/13/20 | Remming, Andrew | review TCC joinder re protective order | 0.1 | 80.00 |
| 05/13/20 | Abbott, Derek C. | Review UST objection to motion to shorten (.1); correspondence re: same w/Sidley team (.1) | 0.2 | 185.00 |
| 05/13/20 | Abbott, Derek C. | review TCC joinder on protective order motion | 0.1 | 92.50 |
| 05/13/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re uploading order for mediator motion(.1); prepared and uploaded order regarding D.I. 17 (.1) | 0.2 | 63.00 |
| 05/13/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of motion (.1); prepare & efile Debtors' Motion for Leave to File a Reply ISO Their Motion Appointing a Judicial Mediator (.3) | 0.4 | 126.00 |
| 05/13/20 | Abbott, Derek C. | Review mediation motion reply (.2); call w/Moats re: same (.1) | 0.3 | 277.50 |
| 05/13/20 | Abbott, Derek C. | review final form of reply re: mediation motion | 0.1 | 92.50 |
| 05/14/20 | Topper, Paige | Review motion to extend removal deadlines. | 0.3 | 153.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/14/20 | Abbott, Derek C. | review leave to reply papers | 0.1 | 92.50 |
| 05/14/20 | Topper, Paige | Emails with chambers re: hearing date for motion for protective order and call with K. Basaria re: same. | 0.2 | 102.00 |
| 05/14/20 | Moats, Eric | Review and revise removal motion. | 0.6 | 321.00 |
| 05/14/20 | Abbott, Derek C. | coordination of protective order hearing scheduling | 0.1 | 92.50 |
| 05/14/20 | Remming, Andrew | review email from J. Fisher re Bluecross | 0.1 | 80.00 |
| 05/14/20 | Reimann, Glenn | Draft notice, electronically file and cause to be served the motion to extend removal deadline. | 1.0 | 335.00 |
| 05/14/20 | Remming, Andrew | review email from K. Basaria re protective order; review email from P. Topper re same | 0.1 | 80.00 |
| 05/14/20 | Remming, Andrew | further emails w/ P. Topper re protective order | 0.1 | 80.00 |
| 05/15/20 | Hare, Cherie L. | Emails with E. Moats re 5/16 depositions (.1); emails with court reporter re scheduling/logistics (.6); emails with K. Basaria re same (.1). | 0.8 | 252.00 |
| 05/15/20 | Topper, Paige | Finalize removal motion and prepare for filing; review and revise notice of motion for same and email to G. Reimann re: same. | 0.2 | 102.00 |
| 05/15/20 | Moats, Eric | Draft notice of revised proposed mediation motion. | 0.6 | 321.00 |
| 05/15/20 | Moats, Eric | Review revised mediation motion (.4) and email exchange w/ M. Linder and M. Andolina re: same (.3). | 0.7 | 374.50 |
| 05/15/20 | Moats, Eric | Finalize notice of revised mediation order (.3) and coordinate w/ G. Reimann re: filing and service of same (.2). | 0.5 | 267.50 |
| 05/15/20 | Moats, Eric | Review revised removal extension motion. | 0.2 | 107.00 |
| 05/15/20 | Abbott, Derek C. | Review Century objection to mediator (.2); call w/Andolina re: same (.3) | 0.5 | 462.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/15/20 | Remming, Andrew | emails w/ P. Topper re objection deadline for protective order | 0.1 | 80.00 |
| 05/17/20 | Reimann, Glenn | redact Azer declaration and exhibits | 2.0 | 670.00 |
| 05/17/20 | Reimann, Glenn | Electronically file Azer declaration. | 0.5 | 167.50 |
| 05/17/20 | Moats, Eric | Email exchange w/ Sidley re: Azer declaration, sealing issues, and revisions to same (.6); review and revise Azer declaration and accompanying exhibits (1.2); phone call w/ D. Abbott re: redactions for same (.1); coordinate w/ G. Reimann for redactions of declaration (.3); coordinate w/ G. Reimann for filing and service of same (.3). | 2.5 | 1,337.50 |
| 05/17/20 | Remming, Andrew | emails w/ D. Abbott and M. Linder re mediators | 0.1 | 80.00 |
| 05/18/20 | Leyh, Meghan | review email from P. Topper and upload Stipulation and Exhibits 1-3 | 0.2 | 67.00 |
| 05/18/20 | Abbott, Derek C. | call to Andolina re: mediator motion | 0.1 | 92.50 |
| 05/18/20 | Abbott, Derek C. | call w/Andolina re: mediation issues | 0.2 | 185.00 |
| 05/18/20 | Abbott, Derek C. | call to Andolina re: mediator issues | 0.1 | 92.50 |
| 05/18/20 | Reimann, Glenn | Upload revised mediator order. | 0.5 | 167.50 |
| 05/19/20 | Remming, Andrew | review email from M. Linder re mediation | 0.1 | 80.00 |
| 05/20/20 | Remming, Andrew | review Azar declaration re conf stip and mediation | 0.3 | 240.00 |
| 05/20/20 | Remming, Andrew | review email from T. Schiavoni re mediators | 0.1 | 80.00 |
| 05/20/20 | Remming, Andrew | review removal extension motion | 0.2 | 160.00 |
| 05/21/20 | Remming, Andrew | review email from K. Basaria re protective order; review email from P. Topper re same | 0.1 | 80.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/23/20 | Remming, Andrew | review email from M Linder re proposed mediator | 0.1 | 80.00 |
| 05/24/20 | Abbott, Derek C. | call w/Andolina re: mediator motion | 0.2 | 185.00 |
| 05/24/20 | Remming, Andrew | review email from M. Andolina re mediation; review email from J. Ruggeri re same | 0.1 | 80.00 |
| 05/25/20 | Remming, Andrew | review email from M. Linder re mediation | 0.1 | 80.00 |
| 05/26/20 | Abbott, Derek C. | call w/Andolina, Basaria, Azer re: protective order | 0.3 | 277.50 |
| 05/26/20 | Topper, Paige | Call with K. Basaria, A. Azar, M. Linder, D. Abbott and M. Andolina re: protective order. | 0.3 | 153.00 |
| 05/26/20 | Moats, Eric | Phone call w/ M. Linder, K. Basaria, A. Azer, M. Andolina, P. Topper, and D. Abbott re: protective order status and negotiations re: same. | 0.3 | 160.50 |
| 05/26/20 | Topper, Paige | Review UST comments to protective order. | 0.4 | 204.00 |
| 05/26/20 | Remming, Andrew | review emails (2x) M. Andolina re mediation | 0.1 | 80.00 |
| 05/26/20 | Remming, Andrew | review email form P. Finn re mediation | 0.1 | 80.00 |
| 05/26/20 | Remming, Andrew | review email from C. Kern re mediation | 0.1 | 80.00 |
| 05/27/20 | Topper, Paige | Call with K. Basaria re: protective order issues and attn to same. | 0.2 | 102.00 |
| 05/27/20 | Topper, Paige | Review revised COC for protective order and emails with D. Abbott, A. Remming and K. Basaria re: same. | 0.4 | 204.00 |
| 05/27/20 | Topper, Paige | Review Hartford and Century objections to protective order. | 0.4 | 204.00 |
| 05/27/20 | Topper, Paige | Attn to protective order issues and revisions to hearing agenda. | 0.6 | 306.00 |
| 05/27/20 | Topper, Paige | Attention to protective order issues (.4). | 0.4 | 204.00 |
| 05/27/20 | Topper, Paige | Draft COC for protective order. | 0.8 | 408.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/27/20 | Reimann, Glenn | Email communications with P. Topper regarding motion to shorten notice of protective order motion. | 0.4 | 134.00 |
| 05/27/20 | Reimann, Glenn | Email communications with chambers regarding motion to shorten notice of protective order motion. | 0.1 | 33.50 |
| 05/27/20 | Remming, Andrew | review email from K. McCloskey re filing; review email from UST re same | 0.1 | 80.00 |
| 05/27/20 | Remming, Andrew | review email from M. Linder re mediator | 0.1 | 80.00 |
| 05/28/20 | Topper, Paige | Attn to reply in support of protective order issues and emails with K. Basaria re: same (.1); call with D. Abbott re: same (.1). | 0.2 | 102.00 |
| 05/28/20 | Topper, Paige | Work on COC for protective order and related exhibits. | 0.5 | 255.00 |
| 05/28/20 | Malafronti, Emily | Sending orders and Certification of Counsel re: protective order to chambers | 0.1 | 33.50 |
| 05/28/20 | Moats, Eric | Further phone call w/ P. Topper re: protective order reply, attachments, and coordinating for filing of same. | 0.6 | 321.00 |
| 05/28/20 | Topper, Paige | Reviewed Finn, Gallagher and Green 2014 declarations in connection with mediator motion and email to G. Reimann re: filing same. | 0.4 | 204.00 |
| 05/28/20 | Reimann, Glenn | Upload protective order. | 0.1 | 33.50 |
| 05/28/20 | Malafronti, Emily | Filing Certification of Counsel Regarding Protective Order | 0.2 | 67.00 |
| 05/28/20 | Remming, Andrew | review Century report re mediation | 0.1 | 80.00 |
| 05/28/20 | Reimann, Glenn | Electronically file mediator declarations. | 1.0 | 335.00 |
| 05/28/20 | Topper, Paige | Call with K. Basaria re: revised protective order and response to Insurers objections. | 0.1 | 51.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/28/20 | Topper, Paige | Work on motion for leave to file late reply (.7); call with K. Basaria re: reply in support of protective order (.2); review draft reply and attention to related issues re: same (2.3); call w/ E. Moats re: same (.6). | 3.8 | 1,938.00 |
| 05/28/20 | Topper, Paige | Call with E. Moats re: interim fee applications, reply in support of protective order, and outstanding WIP matters. | 0.3 | 153.00 |
| 05/28/20 | Topper, Paige | Call with G. Reimann re: filing motion for leave of late reply in support of protective order. | 0.1 | 51.00 |
| 05/28/20 | Malafronti, Emily | Prepare Certification of Counsel re: protective order for filing | 0.1 | 33.50 |
| 05/28/20 | Reimann, Glenn | Prepare and electronically file the motion for leave to file protective order reply. | 2.0 | 670.00 |
| 05/28/20 | Moats, Eric | Phone call w/ P. Topper re: protective order reply, status of same, and preparation for filing. | 0.3 | 160.50 |
| 05/28/20 | Remming, Andrew | review email from J. Ruggeri re mediator | 0.1 | 80.00 |
| 05/28/20 | Remming, Andrew | review email from M. Andolina re mediator | 0.1 | 80.00 |
| 05/28/20 | Remming, Andrew | review debtors reply re protective order | 0.4 | 320.00 |
| 05/29/20 | Reimann, Glenn | Electronically file the notice of filing of the protective order. | 0.6 | 201.00 |
| 05/29/20 | Remming, Andrew | review FCR joinder re protective order | 0.1 | 80.00 |
| 05/29/20 | Remming, Andrew | review TCC joinder re protective order | 0.1 | 80.00 |
| | | **Total** | **44.8** | **23,952.00** |

**Task Code:** B230    Financing Matters/Cash Collateral

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/18/20 | Topper, Paige | Review final cash collateral order and respond to A&M re: same. | 0.1 | 51.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/20/20 | Moats, Eric | Research re: 345(b) requirements for Debtors and extensions re: same. | 0.7 | 374.50 |
| 05/20/20 | Topper, Paige | Call with E. Moats re: 345(b) requirements. | 0.2 | 102.00 |
| 05/21/20 | Moats, Eric | Review email from A. Russell re: 345(b) draft email to UST | 0.3 | 160.50 |
| 05/21/20 | Moats, Eric | Phone call w/ P. Topper, M. Linder, and A. Russell re: 345(b) waiver and extension and communications w/ UST re: same. | 0.3 | 160.50 |
| 05/21/20 | Topper, Paige | Revise email to UST re: 345(b) requirements and send same to D. Buchbinder and H. McCollum. | 0.8 | 408.00 |
| 05/21/20 | Topper, Paige | Review draft email to UST re: 345(b) requirements and review final cash management order re: same (.3); call with A. Remming and E. Moats re: same (.4). | 0.7 | 357.00 |
| 05/21/20 | Topper, Paige | Call with M. Linder, A. Russell and E. Moats re: 345(b) requirements and waiver of same. | 0.3 | 153.00 |
| 05/21/20 | Moats, Eric | Phone call w/ P. Topper and A. Remming re: 345(b) provisions and proposed extension and waiver of requirements. | 0.4 | 214.00 |
| 05/21/20 | Remming, Andrew | tele w/ P. Topper and E. Moats re 345 requirements | 0.4 | 320.00 |
| 05/22/20 | Moats, Eric | Phone call w/ P. Topper re: UST response to 345(b) request, general case strategy, and outstanding items requiring attention. | 0.4 | 214.00 |
| 05/22/20 | Remming, Andrew | review email from UST re 345 waiver | 0.1 | 80.00 |
| | | **Total** | **4.7** | **2,594.50** |

**Task Code:**    B300    Court Hearings

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

18

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/01/20 | Moats, Eric | Coordinate w/ G. Reimann re: drafting and filing of second amended agenda. | 0.3 | 160.50 |
| 05/01/20 | Moats, Eric | Review and revise 5/4 amended agenda and coordinate w/ G. Reimann re: filing of same. | 0.2 | 107.00 |
| 05/01/20 | Malafronti, Emily | Work on hearing agenda and hearing preparation | 0.6 | 201.00 |
| 05/01/20 | Reimann, Glenn | Electronically file and cause to be served the amended agenda for the May 4 hearing. | 0.2 | 67.00 |
| 05/01/20 | Topper, Paige | Phone call w/ E. Moats re: 5/4/ hearing logistics. | 0.2 | 102.00 |
| 05/01/20 | Abbott, Derek C. | Call with Ducayet, Andolina, Labuda, Boelter re Sidley retention hearing prep | 0.6 | 555.00 |
| 05/01/20 | Remming, Andrew | review email from E. Moats re agenda for 5/4 hearing, including attachment | 0.1 | 80.00 |
| 05/01/20 | Remming, Andrew | review emails (3x) from K. Basaria and DLC re Kentucky defn discovery | 0.1 | 80.00 |
| 05/01/20 | Reimann, Glenn | Draft, electronically file, and cause to be served the second amended agenda for the May 4 hearing. | 1.9 | 636.50 |
| 05/01/20 | Moats, Eric | Phone call w/ P. Topper re: 5/4 hearing logistics. | 0.2 | 107.00 |
| 05/03/20 | Moats, Eric | Phone call w/ P. Topper re: 5/4 hearing logistics, amended agenda, and substance for hearing. | 0.3 | 160.50 |
| 05/03/20 | Topper, Paige | Review and revise third amended agenda and emails with G. Reimann re: same. | 0.2 | 102.00 |
| 05/03/20 | Reimann, Glenn | Draft, electronically file, cause to be served third amended agenda. Prepare zip files of documents on the agenda. | 1.9 | 636.50 |
| 05/03/20 | Abbott, Derek C. | prep for Sidley hearing | 0.4 | 370.00 |
| 05/03/20 | Remming, Andrew | review email from P. Topper re prep for 5/4 hearing | 0.1 | 80.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/04/20 | Abbott, Derek C. | attend Sidley retention hearing | 8.6 | 7,955.00 |
| 05/04/20 | Topper, Paige | Review fourth amended agenda and email to G. Reimann re: same. | 0.1 | 51.00 |
| 05/04/20 | Moats, Eric | Attend 5/4 hearing (in part). | 3.6 | 1,926.00 |
| 05/04/20 | Reimann, Glenn | Revise, electronically file, cause to be served, and send to chambers the fourth amended agenda. | 0.3 | 100.50 |
| 05/04/20 | Topper, Paige | Attend hearing. | 3.6 | 1,836.00 |
| 05/04/20 | Moats, Eric | Prep for 5/4 hearing. | 0.4 | 214.00 |
| 05/04/20 | Abbott, Derek C. | call w/Ducayet re: hearing | 0.1 | 92.50 |
| 05/05/20 | Moats, Eric | Phone call w/ P. Topper re: notice of hearing for adjourned oral argument. | 0.1 | 53.50 |
| 05/05/20 | Reimann, Glenn | Draft, electronically file, and cause to be served the notice of the May 6 hearing. | 0.6 | 201.00 |
| 05/05/20 | Topper, Paige | Review and revise Notice of Hearing for oral argument re: Sidley retention application; call with E. Moats re: same and emails with G. Reimann re: revisions to same. | 0.2 | 102.00 |
| 05/05/20 | Topper, Paige | Attn to hearing logistics for oral argument re Sidley retention application. | 0.2 | 102.00 |
| 05/05/20 | Remming, Andrew | review notice of hearing re 5/6 hearing | 0.1 | 80.00 |
| 05/05/20 | Remming, Andrew | emails w/ M. Linder and M. Andolina re prep for hearing | 0.1 | 80.00 |
| 05/06/20 | Abbott, Derek C. | prep and attend argument re: Sidley | 4.8 | 4,440.00 |
| 05/06/20 | Topper, Paige | Oral argument re: Sidley retention application. | 3.8 | 1,938.00 |
| 05/07/20 | Reimann, Glenn | Prepare agenda for May 18 hearing. | 1.0 | 335.00 |
| 05/08/20 | Reimann, Glenn | Draft agenda for May 18 hearing. | 2.3 | 770.50 |
| 05/11/20 | Reimann, Glenn | Draft agenda for May 18 hearing. | 1.5 | 502.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/12/20 | Moats, Eric | Review and revise 5/18 agenda. | 0.5 | 267.50 |
| 05/12/20 | Reimann, Glenn | Draft May 18 agenda. | 4.5 | 1,507.50 |
| 05/13/20 | Topper, Paige | Review agenda (.2); call with E. Moats re: revisions to same (.2). | 0.4 | 204.00 |
| 05/13/20 | Topper, Paige | Further revisions to 5.18 hearing agenda. | 0.5 | 255.00 |
| 05/13/20 | Topper, Paige | Emails with G. Reimann re: revisions to agenda and email to L. Johnson re: agenda and omnibus hearing dates. | 0.1 | 51.00 |
| 05/13/20 | Remming, Andrew | review and respond to email from P. Topper re TCC request re draft agenda | 0.1 | 80.00 |
| 05/13/20 | Remming, Andrew | review email from E. Moats re agenda for 5/18; review email from J. Boelter re same; review emails from M Andolina, B. Warner re same | 0.1 | 80.00 |
| 05/13/20 | Reimann, Glenn | Revise agenda for the May 18 hearing. | 3.5 | 1,172.50 |
| 05/13/20 | Moats, Eric | Phone call w/ P. Topper re: 5/18 hearing, agenda, and logistics for same. | 0.2 | 107.00 |
| 05/13/20 | Moats, Eric | Email exchange w/ Sidley team re: draft 5/18 agenda. | 0.2 | 107.00 |
| 05/13/20 | Moats, Eric | Review revised 5/18 agenda. | 0.5 | 267.50 |
| 05/14/20 | Topper, Paige | Further attn to hearing logistics for May 18 omnibus hearing. | 0.2 | 102.00 |
| 05/14/20 | Topper, Paige | Work on hearing agenda and logistics for May 18 omnibus hearing. | 1.3 | 663.00 |
| 05/14/20 | Topper, Paige | Emails with the Court re: agenda and omnibus hearing dates (.1); further attn to revised hearing agenda and emails to Sidley re: hearing logistics (.2). | 0.3 | 153.00 |
| 05/14/20 | Moats, Eric | Review 5/18 agenda (.3); confer w/ P. Topper re: same (.3); and email exchange w/ Sidley re: same (.2). | 0.8 | 428.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/14/20 | Reimann, Glenn | Draft first and second amended agendas for May 18 hearing. | 2.0 | 670.00 |
| 05/14/20 | Reimann, Glenn | Prepare zip files of bar date and mediator motion pleadings for May 18 hearing. | 1.3 | 435.50 |
| 05/14/20 | Reimann, Glenn | Draft omnibus hearing CoC. | 0.2 | 67.00 |
| 05/14/20 | Reimann, Glenn | Draft notice of intent to call witnesses at May 18 hearing. | 1.3 | 435.50 |
| 05/14/20 | Reimann, Glenn | Email communications with chambers regarding intent to file amended agenda for May 18 hearing. | 0.1 | 33.50 |
| 05/14/20 | Remming, Andrew | review email from P. Topper re prep for 5/18 hearing | 0.1 | 80.00 |
| 05/14/20 | Remming, Andrew | review email from P. Topper re agenda for 5/18 hearing; further emails w/ M. Linder and P. Topper re same | 0.1 | 80.00 |
| 05/14/20 | Remming, Andrew | emails w/ P. Topper, M. Andolina and K. Basaria re 5/18 hearing | 0.1 | 80.00 |
| 05/14/20 | Remming, Andrew | tele w/ P. Topper re 5/18 hearing prep and agenda for same | 0.2 | 160.00 |
| 05/15/20 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing of certification (.1); prepare & efile Certification of Counsel Regarding Omnibus Hearing Dates (.2) | 0.3 | 94.50 |
| 05/15/20 | Topper, Paige | Attn to hearing logistics and preparation. | 0.7 | 357.00 |
| 05/15/20 | Topper, Paige | Call with E. Moats re: mediator order, witness list and amended agenda. | 0.2 | 102.00 |
| 05/15/20 | Topper, Paige | Review and revise notice of intent to present witnesses for May 18 hearing and email to Sidley re: same. | 0.2 | 102.00 |
| 05/15/20 | Topper, Paige | Emails with L. Johnson re: hearing dates for omnibus hearings and motion for protective order and May 18 hearing logistics. | 0.2 | 102.00 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 05/15/20 | Topper, Paige | Review notice of hearing for motion for protective order and email revisions to G. Reimann. | 0.1 | 51.00 |
| 05/15/20 | Topper, Paige | Review second amended agenda and emails with E. Moats and G. Reimann re: same. | 0.3 | 153.00 |
| 05/15/20 | Topper, Paige | Review and revise COC re: omnibus hearing dates and email to T. Naimoli re: filing same. | 0.1 | 51.00 |
| 05/15/20 | Moats, Eric | 5/18 hearing logistics and preparation. | 0.8 | 428.00 |
| 05/15/20 | Moats, Eric | Phone calls (x3) w/ P. Topper re: hearing logistics and preparation. | 0.3 | 160.50 |
| 05/15/20 | Moats, Eric | Review second amended agenda and comment on same. | 0.2 | 107.00 |
| 05/15/20 | Remming, Andrew | review email from P. Topper re witness list | 0.1 | 80.00 |
| 05/15/20 | Remming, Andrew | review email from E. Moats re amended agenda; review email from P. Topper re protective order; review emails from DCA and M. Andolina re mediator motion | 0.1 | 80.00 |
| 05/15/20 | Remming, Andrew | emails (3x) w/ K. Basaria, M. Andolina and E. Moats re 5/18 agenda | 0.1 | 80.00 |
| 05/15/20 | Moats, Eric | Review amended 5/18 agenda. | 0.3 | 160.50 |
| 05/15/20 | Moats, Eric | Email exchange w/ Sidley re: 5/18 hearing, agenda for same, and preparation for same. | 0.2 | 107.00 |
| 05/17/20 | Reimann, Glenn | Draft amended agenda for May 18 hearing. | 0.5 | 167.50 |
| 05/17/20 | Moats, Eric | Phone call w/ K. Basaria, J. Boelter, M. Linder, B. Warner, and D. Abbott re: hearing logistics and preparations for same. | 0.5 | 267.50 |
| 05/18/20 | Abbott, Derek C. | Omnibus hearing/mediation/bar date | 5.4 | 4,995.00 |
| 05/18/20 | Topper, Paige | Call with E. Moats re: debrief of hearing re: bar date motion, mediator motion and consent order. | 0.3 | 153.00 |

23

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/18/20 | Reimann, Glenn | Electronically file the third amended agenda. | 0.2 | 67.00 |
| 05/18/20 | Moats, Eric | Review and revise third amended 5/18 agenda (.3); email exchange w/ Sidley team re: same (.2); coordinate w/ G. Reimann re: filing and service of same (.3); and email chambers re: same (.2). | 1.0 | 535.00 |
| 05/18/20 | Moats, Eric | Prepare for and attend telephonically 5/18 hearing. | 4.7 | 2,514.50 |
| 05/18/20 | Remming, Andrew | review email from E. Moats re amended agenda | 0.1 | 80.00 |
| 05/19/20 | Reimann, Glenn | Email communications with P. Topper, E. Moats, and Omni regarding service of omnibus hearing order. | 0.1 | 33.50 |
| 05/19/20 | Remming, Andrew | review email from B. Warner re revisions to bar date docs; review attachments to same | 0.2 | 160.00 |
| 05/20/20 | Reimann, Glenn | Draft June 8 hearing, agenda | 1.0 | 335.00 |
| 05/21/20 | Reimann, Glenn | Revise June 8 agenda. | 0.1 | 33.50 |
| 05/22/20 | Reimann, Glenn | Revise June 8 agenda. | 0.3 | 100.50 |
| 05/26/20 | Reimann, Glenn | Draft agenda for May 29 hearing. | 2.0 | 670.00 |
| 05/26/20 | Topper, Paige | Review and revise draft agenda. | 0.4 | 204.00 |
| 05/26/20 | Moats, Eric | Phone call w/ P. Topper re: 5/29 hearing logistics and draft protective order/agenda for same. | 0.2 | 107.00 |
| 05/26/20 | Remming, Andrew | review email from P. Topper re Judge Silverstein ruling | 0.1 | 80.00 |
| 05/26/20 | Remming, Andrew | emails (3x) w/ M. Andolina and P. Topper re hearing date | 0.1 | 80.00 |
| 05/26/20 | Reimann, Glenn | Draft June 8 agenda. | 0.4 | 134.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/27/20 | Reimann, Glenn | Revise, electronically file, and cause to be served the agenda for May 29 hearing | 1.5 | 502.50 |
| 05/27/20 | Reimann, Glenn | Revise June 8 agenda. | 0.5 | 167.50 |
| 05/27/20 | Reimann, Glenn | Draft amended agenda regarding May 29 agenda. | 0.2 | 67.00 |
| 05/27/20 | Topper, Paige | Review further revised agenda and provide comments to same. | 0.3 | 153.00 |
| 05/27/20 | Reimann, Glenn | Email communications with DLS regarding binder for Judge Silverstein for May 29 hearing. | 0.3 | 100.50 |
| 05/27/20 | Topper, Paige | Attn to May 29 hearing logistics. | 0.3 | 153.00 |
| 05/27/20 | Remming, Andrew | review email from P. Topper re agenda | 0.1 | 80.00 |
| 05/28/20 | Topper, Paige | Review and revise amended agenda (.2) and confer with G. Reimann re: service of same and attn to service of same (.3). | 0.5 | 255.00 |
| 05/28/20 | Reimann, Glenn | Draft amended agenda for May 29 hearing.  Revise June 8 agenda. | 2.0 | 670.00 |
| 05/28/20 | Reimann, Glenn | Electronically file and cause to be served the amended agenda for the May 29 hearing. | 0.2 | 67.00 |
| 05/28/20 | Remming, Andrew | review amended agenda for 5/28 hearing | 0.1 | 80.00 |
| 05/29/20 | Moats, Eric | 5/29 hearing preparation. | 0.6 | 321.00 |
| 05/29/20 | Topper, Paige | Attend telephonic hearing re: protective order and oral ruling of Sidley retention application. | 2.0 | 1,020.00 |
| 05/29/20 | Remming, Andrew | review email from E. Moats re hearing prep | 0.1 | 80.00 |
| 05/29/20 | Moats, Eric | Phone call w/ Sidley Team, D. Abbott, and P. Topper re: prep for 5/29 hearing. | 0.3 | 160.50 |
| 05/29/20 | Topper, Paige | Hearing preparation. | 1.0 | 510.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/29/20 | Abbott, Derek C. | prep and attend protective order hearing, Sidley ruling, status conference on mediation | 2.3 | 2,127.50 |
| 05/29/20 | Abbott, Derek C. | call w/Andolina, Boelter, Bassaria, Linder re: hearing prep | 0.3 | 277.50 |
| 05/29/20 | Abbott, Derek C. | Correspondence w/Topper re hearing binders | 0.1 | 92.50 |
| 05/29/20 | Reimann, Glenn | Amended, electronically file, and cause to be served the agenda for May 29. | 0.5 | 167.50 |
| | | **Total** | **92.3** | **51,695.50** |

**Task Code:**    B310    Claims Objections and Administration

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/01/20 | Moats, Eric | Email P. Topper re: comments to bar date materials. | 0.2 | 107.00 |
| 05/01/20 | Moats, Eric | Draft and revise supplemental bar date notice (1.2); email P. Topper re: same (.1); email B. Warner re: draft of same (.1). | 1.4 | 749.00 |
| 05/04/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing of supplement (.1); prepare & efile Supplement to Debtors' Bar Date Motion (.2) | 0.3 | 94.50 |
| 05/04/20 | Moats, Eric | Email exchange w/ Omni re: bar date documents and service of same. | 0.2 | 107.00 |
| 05/04/20 | Moats, Eric | Email exchange w/ B. Warner re: filing bar date supplemental documents and timing for same. | 0.1 | 53.50 |
| 05/04/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing of notice (.1); prepare & efile Notice of Hearing Regarding Bar Date Motion (.1) | 0.2 | 63.00 |
| 05/04/20 | Moats, Eric | Revise supplemental bar date and email B. Warner re: revisions to same. | 0.2 | 107.00 |
| 05/04/20 | Remming, Andrew | review email from E. Moats re supplemental bar date docs | 0.1 | 80.00 |

26

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/04/20 | Remming, Andrew | review email from B. Warner re bar date docs | 0.1 | 80.00 |
| 05/04/20 | Moats, Eric | Review Wheatman declaration (.3) and supplemental bar date notice and accompanying documents (.6) and coordinate w/ T. Naimoli re: filing and service of same (.2). | 1.1 | 588.50 |
| 05/05/20 | Topper, Paige | Email to B. Warner re: bar date research and call with A. Remming re: same . | 0.2 | 102.00 |
| 05/05/20 | Remming, Andrew | tele w/ P. Topper re bar date motion | 0.1 | 80.00 |
| 05/06/20 | Haga, Taylor | research issue proposed bar date orders | 4.9 | 2,327.50 |
| 05/06/20 | Haga, Taylor | call with P. Topper and A. Workman re: Judge Silverstein comments to proposed bar date orders | 0.2 | 95.00 |
| 05/06/20 | Topper, Paige | Call with T. Haga and A. Workman re: bar order research. | 0.3 | 153.00 |
| 05/06/20 | Remming, Andrew | review email form T. Haga re bar date motion research | 0.1 | 80.00 |
| 05/06/20 | Workman, Andrew | research re: bar date order | 3.4 | 1,479.00 |
| 05/07/20 | Haga, Taylor | research issue re: Judge Silverstein proposed bar date orders and draft chart of findings | 7.1 | 3,372.50 |
| 05/08/20 | Moats, Eric | Review bar date comments from UST. | 1.1 | 588.50 |
| 05/08/20 | Moats, Eric | Phone call w/ B. Warner re: bar date comments and rules for same. | 0.2 | 107.00 |
| 05/11/20 | Remming, Andrew | review email from E. Moats re TCC bar date objection | 0.1 | 80.00 |
| 05/11/20 | Remming, Andrew | emails w/ DCA, P. Topper and E. Moats re bar date reply deadline | 0.1 | 80.00 |
| 05/11/20 | Remming, Andrew | review TCC objection to bar date motion | 0.4 | 320.00 |
| 05/11/20 | Topper, Paige | Emails with B. Warner re: bar date motion. | 0.1 | 51.00 |
| 05/11/20 | Topper, Paige | Review TCC objection to bar date motion. | 0.2 | 102.00 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 05/11/20 | Moats, Eric | Review TCC's objection to Debtors' bar date motion and accompanying notices. | 0.8 | 428.00 |
| 05/11/20 | Moats, Eric | Email exchange w/ B. Warner, P. Topper, D. Abbott, and A. Remming re: bar date responses and deadlines for reply and objections for same. | 0.3 | 160.50 |
| 05/12/20 | Remming, Andrew | Tele with P. Topper re bar date motion, protective order and upcoming hearing prep. | 0.3 | 240.00 |
| 05/12/20 | Topper, Paige | Review UST objection to bar date motion. | 0.2 | 102.00 |
| 05/13/20 | Moats, Eric | Further email exchange w/ Sidley Team re: witnesses for bar date motion, requirements for hearing for bar date, and revisions to agenda for same. | 0.2 | 107.00 |
| 05/14/20 | Moats, Eric | Review bar date reply and accompanying Wheatman supplemental declaration in support. | 0.9 | 481.50 |
| 05/14/20 | Topper, Paige | Call with D. Abbott re: bar date motion issues and fee applications (.2); calls with E Moats (.2) and A. Remming (.2) re: bar date motion issues. | 0.6 | 306.00 |
| 05/14/20 | Topper, Paige | Review draft reply in support of bar date motion and supplement Wheatman declaration (.9); confer with E. Moats re: motion for leave to file late reply re: same (.1). | 1.0 | 510.00 |
| 05/14/20 | Abbott, Derek C. | correspondence re: bar date hearing issues | 0.2 | 185.00 |
| 05/14/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing of motion (.1); prepare & efile Debtors' Motion for Leave to File Debtors' Omnibus Reply in Support of Bar Date Motion (.1) | 0.2 | 63.00 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 05/14/20 | Moats, Eric | Finalize bar date reply (.5), notice of filing or proposed bar date order (.5), Wheatman supplemental declaration (.2), and coordinate w/ T. Naimoli and Omni re: filing and service of same (.3). | 1.5 | 802.50 |
| 05/14/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing of notice (.1); prepare & efile Notice of Filing of Revised Bar Date Order (.1) | 0.2 | 63.00 |
| 05/14/20 | Moats, Eric | Phone call w/ P. Topper re: bar date reply and accompanying documents. | 0.2 | 107.00 |
| 05/14/20 | Moats, Eric | Draft motion for leave to file reply re: bar date reply (1.4); confer w/ P. Topper re: same (.2); and email B. Warner re: same (.1). | 1.7 | 909.50 |
| 05/14/20 | Abbott, Derek C. | call w/Topper re: reply attachments and redlines re: bar date motion | 0.1 | 92.50 |
| 05/14/20 | Abbott, Derek C. | review TC bar date objection and declaration; Wheatman declaration re: bar date notice | 0.9 | 832.50 |
| 05/14/20 | Moats, Eric | Revise notice of revised bar date order. | 0.6 | 321.00 |
| 05/14/20 | Topper, Paige | Call with B. Warner re: follow up to bar date questions. | 0.1 | 51.00 |
| 05/14/20 | Reimann, Glenn | Draft, electronically file and cause to be served the notice of filing revised bar date order. | 0.5 | 167.50 |
| 05/14/20 | Abbott, Derek C. | review Wheatman supplemental declaration | 0.2 | 185.00 |
| 05/14/20 | Topper, Paige | Review motion for leave to file late reply in support of bar date motion (.2) and call with E. Moats re: comments to same and bar date issues (.2). | 0.4 | 204.00 |
| 05/14/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing of motion (.1); prepare & efile Supplemental Declaration of Shannon R. Wheatman, Ph.D. (.1) | 0.2 | 63.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/15/20 | Remming, Andrew | review reply in support of bar date motion | 0.4 | 320.00 |
| 05/15/20 | Moats, Eric | Email exchange w/ US Trustee re: revised bar date order and exhibits to same. | 0.1 | 53.50 |
| 05/15/20 | Topper, Paige | call w/ D. Abbott re: bar date hearing issues | 0.1 | 51.00 |
| 05/15/20 | Topper, Paige | Call with M. Harvey re: issues w/r/t victims bar date. | 0.7 | 357.00 |
| 05/15/20 | Moats, Eric | Email exchange w/ K. Basaria and R. Laurenzi re: Conte/Wheatman depositions. | 0.3 | 160.50 |
| 05/15/20 | Topper, Paige | Review Century objection to bar date motion and call with D. Abbott re: same. | 0.3 | 153.00 |
| 05/15/20 | Moats, Eric | Email exchange w/ M. Andolina and K. Basaria re: Conte and Wheatman depositions. | 0.2 | 107.00 |
| 05/15/20 | Moats, Eric | Review Hartford's objection to bar date materials/mediation motion. | 0.5 | 267.50 |
| 05/15/20 | Moats, Eric | Phone call w/ D. Abbott re: Conte/Wheatman depositions. | 0.1 | 53.50 |
| 05/15/20 | Moats, Eric | Email exchange w/ K. Basaria and M. Andolina re: Wheatman/Conte depositions (.4); draft email to TCC, UCC, and insurers re: attendance for same (.3); coordinate w/ C. Hare re: deposition preparation (.4); email exchanges w/ various parties re: attendance (.5). | 1.6 | 856.00 |
| 05/15/20 | Moats, Eric | Draft notice of deposition of Conte (.3) revise same (.3) and email exchange w/ K. Basaria re: same (.2). | 0.8 | 428.00 |
| 05/15/20 | Harvey, Matthew B. | Call with P. Topper re: issues w/r/t victims bar date. | 0.7 | 525.00 |
| 05/15/20 | Abbott, Derek C. | Review correspondence re: witness list and bar date issues | 0.2 | 185.00 |
| 05/15/20 | Abbott, Derek C. | call w/Topper re: bar date hearing issues | 0.1 | 92.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/15/20 | Abbott, Derek C. | call w/Moats re: deps re: bar date notice | 0.1 | 92.50 |
| 05/15/20 | Remming, Andrew | review email from M Linder re comments to bar date order | 0.1 | 80.00 |
| 05/16/20 | Moats, Eric | Email exchange w/ K. Basaria and Wilcox Fetzer re: updates on deposition status and cancellation of same. | 0.2 | 107.00 |
| 05/16/20 | Moats, Eric | Email all parties re: updated cancellation of Wheatman and Conte depositions. | 0.3 | 160.50 |
| 05/18/20 | Moats, Eric | Review revised bar date notice and exhibits (1.2); draft and revise notice of further revised bar date order (.5); and coordinate w/ G. Reimann and Omni re: filing and service of same (.3). | 2.0 | 1,070.00 |
| 05/18/20 | Reimann, Glenn | Electronically file the notice of filing revised bar date order. | 0.5 | 167.50 |
| 05/19/20 | Remming, Andrew | review Century joinder re bar date motion | 0.1 | 80.00 |
| 05/21/20 | Moats, Eric | Draft COC re: bar date order (.9) and email B. Warner re: same (.2). | 1.1 | 588.50 |
| 05/22/20 | Reimann, Glenn | Electronically file the certification of counsel regarding the bar date order. | 0.6 | 201.00 |
| 05/22/20 | Moats, Eric | Phone call w/ B. Warner re: bar date revisions. | 0.1 | 53.50 |
| 05/22/20 | Moats, Eric | Revise bar date COC re: comments from B. Warner and M. Linder (.3); finalize bar date documents (.2); email exchange w/ B. Warner and M. Linder re: same (.1); and coordinate w/ G. Reimann for filing of same (.2). | 0.8 | 428.00 |
| 05/26/20 | Reimann, Glenn | Email communications with Omni regarding service of bar date order. | 0.1 | 33.50 |
| | | **Total** | **45.8** | **24,100.00** |

**Task Code:**    B330    Litigation/Adversary Proceedings

31

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/01/20 | Culver, Donna L. | Email re KY discovery responses | 0.1 | 87.50 |
| 05/01/20 | Culver, Donna L. | Emails re discovery NOS | 0.1 | 87.50 |
| 05/01/20 | Moats, Eric | Phone call w/ K. Basaria re: discovery response service. | 0.1 | 53.50 |
| 05/01/20 | Culver, Donna L. | Review/revise responses to KY Defendants' discovery requests & email with Sidley re same | 1.0 | 875.00 |
| 05/12/20 | Moats, Eric | Email D. Abbott, A. Remming, and P. Topper re: consent order deadline and status of accompanying documents for same. | 0.3 | 160.50 |
| 05/12/20 | Remming, Andrew | review email from E. Moats re deadlines in adv proceeding | 0.1 | 80.00 |
| 05/12/20 | Remming, Andrew | review email from P. Topper re PI extension | 0.1 | 80.00 |
| 05/13/20 | Moats, Eric | Prepare for and attend phone call w/ M. Linder, M. Andolina, T. Labuda, and W. Curtin re: extension of consent order. | 0.5 | 267.50 |
| 05/14/20 | Moats, Eric | Draft notice of stipulation and extension order re: extended termination date for consent order. | 0.9 | 481.50 |
| 05/15/20 | Moats, Eric | Revise notice of stip/consent order extension re: comments from W. Curtin. | 0.4 | 214.00 |
| 05/18/20 | Abbott, Derek C. | call w/Moats re: consent order stipulation | 0.1 | 92.50 |
| 05/18/20 | Abbott, Derek C. | call w/Andolina re: consent order stipulation | 0.1 | 92.50 |
| 05/18/20 | Moats, Eric | Email exchange w/ C. Green re: Hartford adversary proceeding and timing for answer to complaint. | 0.2 | 107.00 |
| 05/18/20 | Reimann, Glenn | Electronically file the protective order stipulation in adversary proceeding. | 0.2 | 67.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/18/20 | Moats, Eric | Review updated consent extension order (.5); revise notice for same (.5); email exchange w/ W. Curtin and Sidley Team re: same (.3); coordinate w/ G. Reimann re: filing of same (.3). | 1.6 | 856.00 |
| 05/19/20 | Remming, Andrew | emails w/ E. Moats re adversary proceeding | 0.1 | 80.00 |
| 05/19/20 | Remming, Andrew | review Hartford adversary and email to P. Topper and E. Moats re same | 0.2 | 160.00 |
| 05/19/20 | Remming, Andrew | review email from UST re protective order comments | 0.1 | 80.00 |
| 05/20/20 | Culver, Donna L. | Review abuse plaintiff correspondence & email Moats re same | 0.1 | 87.50 |
| 05/21/20 | Remming, Andrew | review email from E. Moats re PI letter | 0.1 | 80.00 |
| 05/26/20 | Moats, Eric | Email exchange w/ G. Flasser (counsel to Hartford) re: Complaint and adversary proceeding and timing for same. | 0.2 | 107.00 |
| 05/26/20 | Moats, Eric | Email exchange w/ A. Azer and C. Green re: Hartford adversary Complaint and status of service re: same. | 0.3 | 160.50 |
| | | **Total** | **6.9** | **4,357.00** |

**Task Code:** B360     Professional Retention (Others - Filing)

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/01/20 | Moats, Eric | Email exchange w/ J. Schomberg re: OCP order and treatment of prepetition amounts for OCPs. | 0.2 | 107.00 |
| 05/04/20 | Moats, Eric | Email exchange w/ M. Linder, P. Topper, and J. Schomberg re: revisions to notice of revised OCP list; review updated version re: same. | 0.5 | 267.50 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 05/04/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of notice (.1); prepare & efile Notice of Revised List of Ordinary Course Professionals (.2) | 0.3 | 94.50 |
| 05/04/20 | Moats, Eric | Review revised OCP list notice; email exchange w/ J. Schomberg re: same and coordinate w/ G. Reimann for filing and service. | 0.5 | 267.50 |
| 05/04/20 | Reimann, Glenn | Electronically file and withdrawal OCP declarations.  Update tracker. | 1.1 | 368.50 |
| 05/05/20 | Moats, Eric | Email exchange w/ M. Linder re: OCP notice withdrawal. | 0.1 | 53.50 |
| 05/05/20 | Moats, Eric | Further review of OCP declarations and coordinate for filing and service of same. | 0.2 | 107.00 |
| 05/05/20 | Reimann, Glenn | Electronically file and cause to be served the OCP declarations.  Update tracker. | 0.5 | 167.50 |
| 05/07/20 | Moats, Eric | Review OCP declarations and coordinate w/ G. Reimann for filing and service of same. | 0.2 | 107.00 |
| 05/07/20 | Moats, Eric | Emails w/ A. Clark-Smith and J. Schomberg re: PwC OCP declaration. | 0.1 | 53.50 |
| 05/07/20 | Reimann, Glenn | Electronically file and cause to be served OCP declarations | 1.7 | 569.50 |
| 05/13/20 | Moats, Eric | Email exchange w/ S. Kohut re: FCR retention applications. | 0.3 | 160.50 |
| 05/14/20 | Topper, Paige | Call with B. Warner re: interim comp procedures and bar date motion. | 0.2 | 102.00 |
| 05/15/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of notice (.1); prepare & efile Notice of Revised List of Ordinary Course Professionals (.1) | 0.2 | 63.00 |
| 05/15/20 | Moats, Eric | Review revised notice of OCP list and coordinate w/ T. Naimoli for filing and service of same. | 0.5 | 267.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/20/20 | Moats, Eric | Phone call w/ P. Topper re: OCP research and issues re: comments from UST on PwC. | 0.4 | 214.00 |
| 05/20/20 | Moats, Eric | Phone call w/ C. Bingelli, P. Topper, B. Warner, and J. Schomberg re: OCP retention of PwC and potential issues w/ same re: UST comments (.3); review OCP order re: OCP parties (.2); and email exchange w/ J. Schomberg re: same (.1). | 0.6 | 321.00 |
| 05/29/20 | Reimann, Glenn | Email communications with omni regarding service of the Sidley retention bench ruling. | 0.5 | 167.50 |
| | | **Total** | **8.1** | **3,458.50** |

**Task Code:**    B370        Professional Retention (Others - Objections)

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/01/20 | Abbott, Derek C. | correspondence w/Stamoulis, Simon re: call re: hearing on May 4; correspondence to Ducayet re: same | 0.1 | 92.50 |
| 05/01/20 | Abbott, Derek C. | correspondence w/Ducayet re: Sidley retention hearing | 0.1 | 92.50 |
| 05/01/20 | Abbott, Derek C. | call w/Simon re: call w/Stamoulis, call w/Simon, Stamoulis re: hearing conduct; call to Ducayet re: same; correspondence to Ducayet re: same | 0.8 | 740.00 |
| 05/01/20 | Moats, Eric | Email Sidley re: comments to UCC retention apps. | 0.2 | 107.00 |
| 05/03/20 | Topper, Paige | Review Century surreply to Sidley retention and related declarations. | 0.8 | 408.00 |
| 05/03/20 | Remming, Andrew | review Celentano declaration re Sidley | 0.1 | 80.00 |
| 05/03/20 | Abbott, Derek C. | correspondence w/Ducayet re: Celentano affidavit | 0.1 | 92.50 |
| 05/04/20 | Abbott, Derek C. | Correspondence w/Ducayet re docs | 0.1 | 92.50 |
| 05/05/20 | Moats, Eric | Email UCC re: comments to retention applications. | 0.2 | 107.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/06/20 | Abbott, Derek C. | call w/Ducayet, Labuda, Boelter, Andolina re: Sidley retention hearing | 0.4 | 370.00 |
| 05/06/20 | Remming, Andrew | review email from S. Macdonald re notice of supp authority re Sidley brief | 0.1 | 80.00 |
| 05/08/20 | Abbott, Derek C. | call w/Mason re Sidley retention hearing | 0.5 | 462.50 |
| 05/20/20 | Topper, Paige | Research re: tax accountants as OCP and email to B. Warner, M. Linder and C. Biggelli re: same. | 0.6 | 306.00 |
| 05/20/20 | Topper, Paige | Call with C. Biggelli, B. Warner, J. Schomberg, and E. Moats re: UST comments to OCP declaration (.2) and follow up call with E. Moats re: same (.1). | 0.3 | 153.00 |
| | | **Total** | **4.4** | **3,183.50** |

**Task Code:**    B410    General Case Strategy

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/01/20 | Moats, Eric | Email B. Warner and M. Linder re: anticipated filings. | 0.2 | 107.00 |
| 05/06/20 | Haga, Taylor | updated WIP List | 0.6 | 285.00 |
| 05/08/20 | Topper, Paige | Phone call w/ E. Moats re: outstanding case requirements and upcoming deadlines to address. | 0.2 | 102.00 |
| 05/08/20 | Moats, Eric | Phone call w/ P. Topper re: outstanding case requirements and upcoming deadlines to address. | 0.2 | 107.00 |
| 05/11/20 | Haga, Taylor | updated and revised WIP List | 0.2 | 95.00 |
| 05/11/20 | Moats, Eric | Review and revise critical dates memo and email T. Haga and P. Topper re: same. | 0.7 | 374.50 |
| 05/11/20 | Moats, Eric | Phone call w/ T. Haga re: critical dates memo. | 0.2 | 107.00 |
| 05/11/20 | Moats, Eric | Email Debtors' professionals re: updated critical dates memo. | 0.1 | 53.50 |
| 05/14/20 | Topper, Paige | Call with E. Moats re: removal motion, interim comp questions and general WIP list matters. | 0.4 | 204.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/14/20 | Moats, Eric | Phone call w/ P. Topper re: mediation motion, consent order and notice, bar date materials, and other case strategy. | 0.4 | 214.00 |
| 05/15/20 | Topper, Paige | Call with E. Moats re: general case strategy, hearing logistics for May 18 and bar date motion issues. | 0.6 | 306.00 |
| 05/15/20 | Moats, Eric | Phone call w/ P. Topper to discuss general outstanding items and case strategy, bar date materials, 5/18 hearing logistics, and insurer responses. | 0.6 | 321.00 |
| 05/18/20 | Haga, Taylor | updated BSA WIP list | 0.7 | 332.50 |
| 05/26/20 | Haga, Taylor | updated WIP List | 0.8 | 380.00 |
| | | **Total** | **5.9** | **2,988.50** |

**Task Code:**    B420        Schedules/SOFA/U.S. Trustee Reports

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 05/29/20 | Topper, Paige | Reviewed April MOR and email to T. Naimoli re: filing and service of same. | 0.2 | 102.00 |
| | | **Total** | **0.2** | **102.00** |