<u>**EXHIBIT B**</u>

**EXPENSE SUMMARY**

**BOY SCOUTS OF AMERICA**
**(Case No. 20-10343 (LSS))**

**May 1, 2020 through May 31, 2020**

| **Expense Category** | **Total Expenses** |
|---|---:|
| Pacer | $547.00 |
| Messenger Service | 5.00 |
| Conference Calls | 5,152.38 |
| Use of Facilities/Equipment | 1,355.20 |
| Photos/Art/Spec Duplicating-Out of Office | 489.03 |
| Transcripts | 3,462.65 |
| In-House Printing - black & white | 5.30 |
| **Total** | **$11,016.56** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 02/19/20 | Conference Calls - PAIGE TOPPER - 10:16AM - 02/19/2020 | 1.0 | 297.59 |
| 03/05/20 | Messenger Service - Trustee - 3/5/2020 | 1.0 | 5.00 |
| 03/16/20 | Conference Calls - PAIGE TOPPER - 5:54PM - 03/16/2020 | 1.0 | 46.38 |
| 03/17/20 | Conference Calls - ERIC MOATS - 2:54PM - 03/17/2020 | 1.0 | 18.15 |
| 03/19/20 | Conference Calls - PAIGE TOPPER - 1:43PM - 03/19/2020 | 1.0 | 106.79 |
| 03/24/20 | Conference Calls | 10.0 | 739.50 |
| 03/31/20 | Use of Facilities/Equipment - DOUBLETREE DOWNTOWN WILMINGTON - DEREK ABBOTT - 341 MEETING - ADDITIONAL ROOM FEES - 3/31/20 | 1.0 | 1,355.20 |
| 04/29/20 | Conference Calls - PAIGE TOPPER - 10:05AM - 04/29/2020 | 1.0 | 41.85 |
| 05/01/20 | Pacer | 73.0 | 7.30 |
| 05/03/20 | Pacer | 120.0 | 12.00 |
| 05/03/20 | In-House Printing - black & white | 53.0 | 5.30 |
| 05/04/20 | Pacer | 307.0 | 30.70 |
| 05/04/20 | Conference Calls | 6.0 | 1,453.88 |
| 05/04/20 | Transcripts - Hourly transcript - 05/04/2020 | 1.0 | 326.40 |
| 05/05/20 | Pacer | 60.0 | 6.00 |
| 05/06/20 | Pacer | 631.0 | 63.10 |
| 05/06/20 | Conference Calls | 12.0 | 928.52 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 05/06/20 | Transcripts - Hourly transcript - 05/06/2020 | 1.0 | 920.75 |
| 05/07/20 | Pacer | 696.0 | 69.60 |
| 05/11/20 | Pacer | 241.0 | 24.10 |
| 05/12/20 | Pacer | 269.0 | 26.90 |
| 05/13/20 | Pacer | 211.0 | 21.10 |
| 05/14/20 | Pacer | 230.0 | 23.00 |
| 05/15/20 | Pacer | 580.0 | 58.00 |
| 05/16/20 | Transcripts - Stenographer cancellation fee, weekend fee - John R Conte, PhD and Shannon R Wheatman, PhD - 05/16/2020 | 1.0 | 562.50 |
| 05/17/20 | Pacer | 60.0 | 6.00 |
| 05/18/20 | Pacer | 271.0 | 27.10 |
| 05/18/20 | Conference Calls | 11.0 | 1,317.88 |
| 05/18/20 | Transcripts - Hourly transcript - 05/18/2020 | 1.0 | 1,167.25 |
| 05/20/20 | Pacer | 68.0 | 6.80 |
| 05/21/20 | Conference Calls | 1.0 | 6.54 |
| 05/22/20 | Pacer | 30.0 | 3.00 |
| 05/26/20 | Pacer | 173.0 | 17.30 |
| 05/27/20 | Pacer | 475.0 | 47.50 |
| 05/27/20 | Photos/Art/Spec Duplicating-Out of Office - Print B/W, print color, tabs, tabs custom, punch paper, 2" binder, printing spines and covers, expedited hand delivery, technical time - 05/27/2020 | 1.0 | 410.93 |
| 05/28/20 | Pacer | 409.0 | 40.90 |
| 05/28/20 | Photos/Art/Spec Duplicating-Out of Office - Print B/W, expedited hand delivery, punch paper, tabs, tabs custom, printing spines and covers, 1 1/2" binder - 05/28/2020 | 1.0 | 78.10 |
| 05/29/20 | Pacer | 459.0 | 45.90 |
| 05/29/20 | Conference Calls | 1.0 | 195.30 |
| 05/29/20 | Transcripts - Hourly transcript - 05/29/2020 | 1.0 | 485.75 |
| 05/30/20 | Pacer | 107.0 | 10.70 |
| | **Total:** | | **$11,016.56** |