# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

### CERTIFICATION OF COUNSEL REGARDING ORDER MODIFYING THE AUTOMATIC STAY TO ALLOW NEW HAMPSHIRE DISTRICT COURT TO DISMISS THE NEW HAMPSHIRE ACTION

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1. On February 18, 2020 (the "Petition Date") the Debtors filed voluntary petitions in this Court (the "Bankruptcy Court") for relief under chapter 11 of the Bankruptcy Code, thereby commencing these chapter 11 cases.

2. On June 28, 2019, prior to the Petition Date, Alex Cote II ("Plaintiff") commenced the action *Cote v. Town of Deerfield, et al.*, Civil No. 1:19-cv-00697-JL (the "New Hampshire Action") in the United States District Court for the District of New Hampshire (the "New Hampshire District Court"). The Boy Scouts of America ("BSA") were a named defendant in the New Hampshire Action.

3. On the Petition Date, counsel for BSA filed the *Suggestion of Bankruptcy* (New Hampshire Action Docket No. 29) in the New Hampshire Action. Upon the filing of the *Suggest of Bankruptcy*, the New Hampshire District Court issued an order (New Hampshire Action

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

Docket No. 33) (the "Stay Order") staying the New Hampshire Action pursuant to section 362 of the Bankruptcy Code.

       4.       Following the issuance of the Stay Order, the Plaintiff and BSA agreed to a stipulated dismissal of the New Hampshire Action and the Plaintiff filed the *Stipulation of Dismissal with Prejudice as to All Claims* (New Hampshire Action Docket No. 40), a copy of which is attached hereto as **Exhibit A**.

       5.       Accordingly, the parties request that the Court enter an order, substantially in the form attached hereto as **Exhibit B**, lifting the automatic stay, solely with respect to the New Hampshire Action, and permitting the New Hampshire District Court to enter an order dismissing the New Hampshire Action.

       WHEREFORE, the Debtors respectfully request that the Court enter the proposed order substantially in the form attached hereto as **Exhibit B** at its earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated:  July 21, 2020<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Eric W. Moats*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:  (302) 425-4664<br>Email:  dabbott@mnat.com<br>          aremming@mnat.com<br>          emoats@mnat.com<br>          ptopper@mnat.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Jessica C. K. Boelter (admitted pro hac vice)<br>William E. Curtin<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone:  (212) 839-5300<br>Email:  jboelter@sidley.com<br>          wcurtin@sidley.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Thomas A. Labuda (admitted *pro hac vice*)<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone:  (312) 853-7000<br>Email:  tlabuda@sidley.com<br>          mandolina@sidley.com<br>          mlinder@sidley.com<br><br>COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION |