## **Exhibit A**

Stipulation of Dismissal

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| ALEX COTE III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:19-cv-00697-JL |
| | ) | |
| TOWN OF DEERFIELD, MARK TIBBETTS, | ) | |
| BOY SCOUTS OF AMERICA, DANIEL | ) | |
| WEBSTER COUNCIL, INC., BOY SCOUTS OF | ) | |
| AMERICA, and LEARNING FOR LIFE, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between

Plaintiff and Defendants Boy Scouts of America, Daniel Webster Council, Inc. and Learning For

Life that all claims asserted or that could have been asserted in this action against Defendants

Boy Scouts of America, Daniel Webster Council, Inc. and Learning for Life are dismissed with

prejudice and without costs or attorney's fees assessed against the parties.

Respectfully submitted,
ALEX COTE, III

By his attorney,

Dated:  5/21/20                                   By:  /s/Kirk C. Simoneau
                                                           Kirk C. Simoneau (NH Bar # 19291)
                                                           NIXON, VOGELMAN, SLAWSKY
                                                           AND SIMONEAU, P.A.
                                                           77 Central Street
                                                           Manchester, NH 03101
                                                           (603)669-7070
                                                           ksimoneau@davenixonlaw.com

BOY SCOUTS OF AMERICA

By its attorneys,

McLANE MIDDLETON, PROFESSIONAL
ASSOCIATION

Dated:  5/21/20                    By:  /s/ Wilbur A. Glahn, III
                                   Wilbur A. Glahn, III, Bar No. 937
                                   bill.glahn@mclane.com
                                   Michael A. Delaney, Bar No. 10504
                                   michael.delaney@mclane.com
                                   900 Elm Street, P.O. Box 326
                                   Manchester, NH 03105
                                   (603) 625-6464

## Certificate of Service

I certify that I served the foregoing Answer electronically through the Court's electronic filing system upon all counsel of record.

    /s/ Wilbur A. Glahn, III
    Wilbur A. Glahn, III

114793\15720628.v1