**<u>Exhibit B</u>**

Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

**ORDER MODIFYING THE AUTOMATIC STAY TO ALLOW NEW HAMPSHIRE
DISTRICT COURT TO DISMISS THE NEW HAMPSHIRE ACTION**

Upon agreement of the of the Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors") Alex Cote II ("Plaintiff," together with the Debtors, the "Parties") in the action *Cote v. Town of Deerfield, et al.*, Civil No. 1:19-cv-00697-JL in the United States District Court for the District of New Hampshire to the relief set forth below; and the Court having jurisdiction over the issuance of the relief mutually requested by the Parties; and sufficient cause appearing therefor;

**IT IS HEREBY ORDER THAT:**

1. The stay imposed under 11 U.S.C. § 362(a) is hereby modified to all the New Hampshire District Court to enter an order dismissing the action *Cote v. Town of Deerfield, et al.*, Civil No. 1:19-cv-00697-JL (the "New Hampshire Action") in the United States District Court for the District of New Hampshire (the "New Hampshire District Court").

2. The New Hampshire District Court and the Parties are authorized and empowered to take all actions necessary to implement entry of this Order.

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038

2

3. The fourteen (14) day stay contemplated by Bankruptcy Rules 4001(a)(3) is waived, and this Order shall become effective immediately.

4. The Court retains jurisdiction with respect to all maters arising from or related to the interpretation or implementation of this Order.

Dated: _____, 2020
Wilmington, Delaware

THE HON. LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE