**Exhibit B**

**Phase 2 Fees and Expense Itemization**



**FILE COPY ONLY – BILL SUBMITTED ELECTRONICALLY DO NOT SUBMIT TO CLIENT UNLESS EXPRESSLY REQUESTED BY CLIENT**

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1900
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

July 20, 2020

Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

PERSONAL AND CONFIDENTIAL

Bill #  90238287
Client.Matter #  047657.000013

**Re:   BSA General Defense - Bankruptcy (Billiable) - Phase 2**

For professional services rendered through June 30, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees .................................................................................................................................$8,281.00
Expenses..............................................................................................................................$0.00

**Total Due This Bill**.........................................................................................................**$8,281.00**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2
07/20/20
Bill No. 90238287
047657.000013-BAG

Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

**Re:  BSA General Defense - Bankruptcy (Billiable) - Phase 2**

For professional services rendered through June 30, 2020

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| 06/03/20 | BAG | PHASE2 | Exchange email with Eric Moats regarding comments received from the US Trustee pertaining to interim fee application. | 0.20 | 128.00 |
| 06/03/20 | KAD | PHASE2 | Review email from Eric Moats regarding U.S. Trustee's comments and questions to Ogletree's First Interim Fee Application. | 0.10 | 19.00 |
| 06/04/20 | BAG | PHASE2 | Conference call with Sidley Austin team to discuss the US Trustee's comments to interim fee application. | 0.50 | 320.00 |
| 06/04/20 | BAG | PHASE2 | Redact privileged information from invoices in preparation for submission of monthly fee application. | 2.50 | 1,600.00 |
| 06/04/20 | KAD | PHASE2 | Conference call with Bruce Griggs and Paige Topper regarding U.S. Trustee's comments and questions to Ogletree's First Interim Fee Application. | 0.20 | 38.00 |
| 06/05/20 | KAD | PHASE2 | Email exchange with Adrian Lavarias regarding billing instructions for M.O. and T.A. lawsuits. | 0.10 | 19.00 |
| 06/05/20 | KAD | PHASE2 | Multiple emails to Hassan Popal regarding billing instructions for Burdette, Lopez and Kaminski lawsuits. | 0.20 | 38.00 |
| 06/12/20 | BAG | PHASE2 | Review certificate of non-objection regarding second monthly fee application received from Morris | 0.20 | 128.00 |



Page 3
07/20/20
Bill No. 90238287
047657.000013-BAG

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | Nichols and attention to same. | | |
| 06/12/20 | KAD | PHASE2 | Review Certificate of No Objection regarding Ogletree's Second Monthly Fee Application and email from Desiree Vale regarding same. | 0.10 | 19.00 |
| 06/15/20 | KAD | PHASE2 | Prepare initial draft of Ogletree's third monthly fee application. | 4.20 | 798.00 |
| 06/15/20 | KAD | PHASE2 | Review/analyze billing entries and information for inclusion in the monthly fee application for May and work on required redaction for same. | 2.80 | 532.00 |
| 06/16/20 | BAG | PHASE2 | Work on third monthly fee application for the period of May 1, 2020 - May 30, 2020. | 2.00 | 1,280.00 |
| 06/16/20 | BAG | PHASE2 | Review and Respond to email from Paige Topper at Morris Nichols regarding information requested by the US Trustee. | 0.30 | 192.00 |
| 06/16/20 | BAG | PHASE2 | Complete redaction of privileged information for third monthly fee application. | 1.00 | 640.00 |
| 06/16/20 | KAD | PHASE2 | Review Ogletree's responses to U.S. Trustee's comments regarding Ogletree's First Interim Application. | 0.10 | 19.00 |
| 06/16/20 | KAD | PHASE2 | Compile billing information for various New York claims assigned to Melick & Porter, per Lauren Roche's request. | 0.50 | 95.00 |
| 06/16/20 | KAD | PHASE2 | Email exchange with Lauren Roche regarding billing process and claim numbers for various New York claims assigned to Melick and Porter. | 0.10 | 19.00 |
| 06/16/20 | KAD | PHASE2 | Finish reviewing/analyzing billing entries and information for inclusion in the monthly fee application for May and work on required redaction for same. | 3.60 | 684.00 |
| 06/17/20 | KAD | PHASE2 | Revise Ogletree's Third Monthly Fee Application based on changes made to invoices and work on redacting | 3.10 | 589.00 |



Page 4
07/20/20
Bill No. 90238287
047657.000013-BAG

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | invoices for same. | | |
| 06/19/20 | KAD | PHASE2 | Email exchange with Paige Topper regarding unredacted invoices in support of Ogletree's third monthly fee application. | 0.10 | 19.00 |
| 06/22/20 | BAG | PHASE2 | Internal communications with firm CFO regarding information requested by the US Trustee. | 0.30 | 192.00 |
| 06/22/20 | BAG | PHASE2 | Email to Paige Topper at Morris Nichols regarding requested information. | 0.10 | 64.00 |
| 06/25/20 | BAG | PHASE2 | Work on redaction of privileged information from times entries for the period of June 1 through June 7. | 1.00 | 640.00 |
| 06/25/20 | KAD | PHASE2 | Review email from Lauren Roche to Derek Bayer regarding claims that have not yet been setup in TyMetrix. | 0.10 | 19.00 |
| 06/30/20 | KAD | PHASE2 | Compile billing information, claim numbers and instructions for various New York claims assigned to Melick & Porter. | 0.40 | 76.00 |
| 06/30/20 | KAD | PHASE2 | Email Lauren Roche regarding billing information and instructions on various New York claims assigned to Melick & Porter. | 0.10 | 19.00 |
| 06/30/20 | KAD | PHASE2 | Compile billing information, claim numbers and instructions for various New York claims assigned to Wiggin and Dana. | 0.40 | 76.00 |
| 06/30/20 | KAD | PHASE2 | Email exchange with Yesmy Romero regarding billing information and instructions on various New York claims assigned to Wiggin and Dana. | 0.10 | 19.00 |
| | | | Total Services: | 24.40 | 8,281.00 |

**Timekeeper Summary**

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Bruce A. Griggs | Shareholder | 640.00 | 8.10 | 5,184.00 |
| Kelci A. Davis | Paralegal | 190.00 | 16.30 | 3,097.00 |



|  |  |
|---|---|
| TOTAL FEES | $8,281.00 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $8,281.00 |