## Exhibit C

**Expense Summary**

| Category | Amount |
|---|---:|
| Legal Support Services | $81.19 |
| **TOTAL:** | **$81.19** |

43581908.1