# **EXHIBIT A**

26437925.2

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600  
(800) 253-2234 (DE ONLY)  
TAX I.D. NO. 51-0082644  
(302) 571-1253 FAX  
www.ycst.com

Writer's Direct Dial  
(302) 571-6703  

Writer's E-Mail  
eharron@ycst.com

Young Conaway  
Rodney Square  
1000 North King Street  
Wilmington, DE 19801  

Invoice Date: July 15, 2020  
Invoice Number: 50016413  
Matter Number: 077494.1001  

Re: Boy Scouts of America and Delaware BSA
    For the period ending June 30, 2020

**CURRENT INVOICE**

| | | |
|---|---|---:|
| Professional Services | $ | 62,726.50 |
| Disbursements | $ | 1,336.42 |
| Total Due This Invoice | $ | 64,062.92 |

Patton, James L., Jr., Future Claimants' Representative       Invoice Date:        July 15, 2020
                                                              Invoice Number:         50016413
                                                              Matter Number:        077494.1001

**Time Detail**

**Task Code:**  B001        Case Administration

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/01/20 | SZIEG | Review memos re: recently-filed pleadings and critical dates | 0.20 | 835.00 | 167.00 |
| 06/01/20 | CCATH | Prepare and circulate critical dates calendar | 0.20 | 295.00 | 59.00 |
| 06/01/20 | AMIEL | Review docket updates | 0.10 | 490.00 | 49.00 |
| 06/02/20 | LEDEN | Review incoming pleadings and correspondence; update electronic files re: same | 0.10 | 295.00 | 29.50 |
| 06/02/20 | KGUER | Review summary of court ruling re: retention | 0.20 | 775.00 | 155.00 |
| 06/03/20 | LEDEN | Review incoming pleadings and correspondence; update electronic files re: same | 0.10 | 295.00 | 29.50 |
| 06/03/20 | CCATH | Update critical dates calendar | 0.20 | 295.00 | 59.00 |
| 06/04/20 | LEDEN | Review incoming correspondence; update electronic files re: same | 0.10 | 295.00 | 29.50 |
| 06/04/20 | CCATH | Update critical dates calendar | 0.20 | 295.00 | 59.00 |
| 06/05/20 | AMIEL | Review docket update | 0.10 | 490.00 | 49.00 |
| 06/08/20 | AMIEL | Review docket updates and critical dates | 0.10 | 490.00 | 49.00 |
| 06/08/20 | EHARR | Review hearing summary and emails re: revised mediation order | 0.50 | 970.00 | 485.00 |
| 06/08/20 | CCATH | Prepare and circulate critical dates calendar | 0.20 | 295.00 | 59.00 |
| 06/09/20 | AMIEL | Review docket update | 0.10 | 490.00 | 49.00 |
| 06/09/20 | CCATH | Update critical dates calendar | 0.20 | 295.00 | 59.00 |
| 06/09/20 | CCATH | Confer with J. Kochenash re: Gilbert pro hac motions | 0.10 | 295.00 | 29.50 |
| 06/09/20 | LEDEN | Review incoming pleadings and correspondence; update electronic files re: same | 0.10 | 295.00 | 29.50 |
| 06/10/20 | CCATH | Update critical dates calendar | 0.20 | 295.00 | 59.00 |
| 06/10/20 | AMIEL | Review docket update | 0.10 | 490.00 | 49.00 |
| 06/11/20 | LEDEN | Review incoming pleadings and correspondence; update electronic files re: same | 0.10 | 295.00 | 29.50 |
| 06/12/20 | CCATH | Update critical dates calendar | 0.20 | 295.00 | 59.00 |
| 06/15/20 | CCATH | Prepare and circulate critical dates calendar | 0.20 | 295.00 | 59.00 |
| 06/16/20 | LEDEN | Review incoming pleadings and correspondence; update electronic files re: same | 0.10 | 295.00 | 29.50 |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: July 15, 2020
Invoice Number: 50016413
Matter Number: 077494.1001

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/22/20 | SZIEG | Review memo re: recently-filed pleadings and critical dates memo | 0.10 | 835.00 | 83.50 |
| 06/22/20 | CCATH | Prepare and circulate critical dates calendar | 0.20 | 295.00 | 59.00 |
| 06/23/20 | LEDEN | Review incoming pleadings and correspondence; update electronic files re: same | 0.10 | 295.00 | 29.50 |
| 06/23/20 | CCATH | Update critical dates calendar | 0.20 | 295.00 | 59.00 |
| 06/25/20 | JPATT | Review mediation issues | 0.90 | 1,400.00 | 1,260.00 |
| 06/26/20 | CCATH | Update critical dates calendar | 0.20 | 295.00 | 59.00 |
| 06/29/20 | CCATH | Prepare and circulate critical dates calendar | 0.20 | 295.00 | 59.00 |
| 06/30/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 06/30/20 | LEDEN | Review incoming correspondence; update electronic files re: same | 0.10 | 295.00 | 29.50 |
| | | **Total** | **5.80** | | **3,398.50** |

**Task Code:** B002   Court Hearings

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/04/20 | CCATH | Preparations for 6/8/20 hearing | 0.70 | 295.00 | 206.50 |
| 06/05/20 | CCATH | Preparations for 6/8/20 hearing | 1.00 | 295.00 | 295.00 |
| 06/08/20 | RBRAD | Attend hearing and follow-up correspondence with E. Harron, J. Patton and J. Boelter | 1.70 | 1,025.00 | 1,742.50 |
| 06/08/20 | RBRAD | Prepare for 6/8/20 hearing | 1.20 | 1,025.00 | 1,230.00 |
| 06/08/20 | SZIEG | Attend hearing | 1.40 | 835.00 | 1,169.00 |
| | | **Total** | **6.00** | | **4,643.00** |

| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | July 15, 2020 |
|---|---|---|
| | Invoice Number: | 50016413 |
| | Matter Number: | 077494.1001 |

**Task Code:** B003 — Cash Collateral/DIP Financing

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/14/20 | SZIEG | Correspondence re: collateral review (.1); review draft stipulation re: same (.4) | 0.50 | 835.00 | 417.50 |
| 06/22/20 | SZIEG | Teleconference with counsel for TCC and UCC re: cash collateral stipulation | 0.30 | 835.00 | 250.50 |
| 06/29/20 | SZIEG | Correspondence re: stipulation related to JPM collateral challenges | 0.30 | 835.00 | 250.50 |
| 06/30/20 | SZIEG | Review draft complaint and standing motion re: challenge of JPM liens | 0.80 | 835.00 | 668.00 |
| | | **Total** | **1.90** | | **1,586.50** |

**Task Code:** B006 — Use, Sale or Lease of Property (363 issues)

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/24/20 | RBRAD | Review notice of Debtors' continuance of property dispute motion | 0.10 | 1,025.00 | 102.50 |
| | | **Total** | **0.10** | | **102.50** |

**Task Code:** B007 — Claims Analysis, Objections and Resolutions

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/01/20 | NPICO | Research and summarize Texas law re 50-state survey | 2.10 | 380.00 | 798.00 |
| 06/02/20 | EEDWA | Emails with K. Basaria and R. Brady re: protective order | 0.10 | 715.00 | 71.50 |
| 06/05/20 | EEDWA | Review updated 50-state survey (.2); email to S. Zieg re: same (.1) | 0.30 | 715.00 | 214.50 |
| 06/09/20 | EHARR | Review notice of appeal re: bar date order | 0.20 | 970.00 | 194.00 |
| 06/30/20 | RBRAD | Review bar date notice print and media ads and comments from TCC's counsel and Debtors re: same | 0.40 | 1,025.00 | 410.00 |
| | | **Total** | **3.10** | | **1,688.00** |

**Task Code:** B008 — Meetings

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/02/20 | RBRAD | Correspondence with D. Buchbinder re: section 341 meeting | 0.20 | 1,025.00 | 205.00 |
| | | **Total** | **0.20** | | **205.00** |

| | | | | | |
|---|---|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | | | Invoice Date:<br>Invoice Number:<br>Matter Number: | | July 15, 2020<br>50016413<br>077494.1001 |

**Task Code:**   B009   Stay Relief Matters

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/27/20 | LEDEN | Review and obtain cases cited in Century's objection to protective order per attorney request | 0.30 | 295.00 | 88.50 |
| 06/01/20 | SZIEG | Review, revise and finalize objection to stay relief motions (.7); correspondence with M. Neeley and K. Quinn re: same (.2); teleconference with J. Patton and E. Harron re: same (.5) | 1.40 | 835.00 | 1,169.00 |
| 06/01/20 | JPATT | Email to E. Harron and S. Zieg re: stay relief motions response review and comment | 0.90 | 1,400.00 | 1,260.00 |
| 06/01/20 | RBRAD | Review deadlines and issues re: stay of sexual abuse actions against non-debtor defendants | 0.20 | 1,025.00 | 205.00 |
| 06/01/20 | RBRAD | Correspondence with S. Zieg re: response to insurer stay relief motions | 0.20 | 1,025.00 | 205.00 |
| 06/01/20 | RBRAD | Review FCR objection and omnibus response to relief from stay motions | 0.30 | 1,025.00 | 307.50 |
| 06/01/20 | CCATH | File and coordinate service of FCR's omnibus objection to stay relief motions | 0.80 | 295.00 | 236.00 |
| 06/01/20 | AMIEL | Review FCR's objection to motions for relief from stay | 0.30 | 490.00 | 147.00 |
| 06/01/20 | EHARR | Review memo re: lift stay motions (.4) and call with client re: same (.5) | 0.90 | 970.00 | 873.00 |
| 06/01/20 | CLYON | Review and revise objection to relief from stay and circulate comments to counsel from Gilbert LLP and S. Zieg | 0.70 | 400.00 | 280.00 |
| 06/02/20 | EHARR | Emails re: agreed injunction protecting local councils | 0.50 | 970.00 | 485.00 |
| 06/02/20 | RBRAD | Review draft stipulation and order extending stay of abuse actions against non-debtor parties and Local Council acknowledgment; correspondence with E. Harron and S. Zieg re: same | 0.30 | 1,025.00 | 307.50 |
| 06/02/20 | RBRAD | Review Debtors' certificate of counsel in protective order and Century objection | 0.30 | 1,025.00 | 307.50 |
| 06/22/20 | SZIEG | Correspondence with counsel for Debtors (.1) and special insurance counsel (.1) re: various stay relief motions | 0.20 | 835.00 | 167.00 |
| 06/22/20 | JHUGH | Memo from counsel re: follow up call on open insurance issues | 0.10 | 1,025.00 | 102.50 |
| 06/23/20 | JHUGH | Follow-up emails re: meeting on open insurance issues | 0.20 | 1,025.00 | 205.00 |

| | | | | | |
|---|---|---|---|---|---|
|Patton, James L., Jr., Future Claimants' Representative | | | Invoice Date: | | July 15, 2020 |
| | | | Invoice Number: | | 50016413 |
| | | | Matter Number: | | 077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/25/20 | SZIEG | Teleconference re: motions for relief from stay | 0.60 | 835.00 | 501.00 |
| 06/26/20 | SZIEG | Review correspondence re: extension of challenge period | 0.20 | 835.00 | 167.00 |
| 06/29/20 | SZIEG | Review revised orders re: ORIC and Evanston stay relief motions (.8); correspondence to K. Quinn re: same (.1) | 0.90 | 835.00 | 751.50 |
| 06/29/20 | JHUGH | Review memo and attachment re: proposed orders in Evanston and Old Republic | 0.10 | 1,025.00 | 102.50 |
| | | Total | 9.40 | | 7,867.50 |

**Task Code:**   B012   Plan and Disclosure Statement

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/02/20 | AMIEL | Research issue related to appointment of mediators and draft analysis of same | 4.40 | 490.00 | 2,156.00 |
| 06/02/20 | EHARR | Review objections re: mediation motion | 0.30 | 970.00 | 291.00 |
| 06/02/20 | RBRAD | Review insurer objections to appointment of certain mediators | 0.40 | 1,025.00 | 410.00 |
| 06/03/20 | AMIEL | Review docket updates and pleadings re: appointment of mediator | 0.30 | 490.00 | 147.00 |
| 06/03/20 | RBRAD | Review Hartford objection to motion to appoint Green and Finn as mediators and joinders from other insurance companies | 0.30 | 1,025.00 | 307.50 |
| 06/03/20 | EHARR | Review objections to mediator | 0.50 | 970.00 | 485.00 |
| 06/04/20 | AMIEL | Review docket report and responses re: appointment of mediator | 0.30 | 490.00 | 147.00 |
| 06/04/20 | RBRAD | Review Debtors' draft reply in support of revised mediation order (.3); correspondence with J. Patton and E. Harron re: same (.2); correspondence with and Teleconference with J. Stang re: tort claimants committee's position on Debtor's reply (.4); review TCC's limited joinder to Debtors' reply (.1); draft and revise FCR limited joinder and correspondence with E. Harron re: same (.4) | 1.40 | 1,025.00 | 1,435.00 |
| 06/04/20 | EHARR | Review response of Debtor and claimants re: response to objection to mediator motion (.8); emails with client re: mediators (.2) | 1.00 | 970.00 | 970.00 |

| | | Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | | July 15, 2020 |
| | | | Invoice Number: | | 50016413 |
| | | | Matter Number: | | 077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/05/20 | AMIEL | Review pleadings re: appointment of mediator | 0.30 | 490.00 | 147.00 |
| 06/05/20 | EHARR | Review pleadings (.4) and call with M. Andolina (.1) re: mediator motion | 0.50 | 970.00 | 485.00 |
| 06/05/20 | RBRAD | Review Century reply to TCC's joinder re: mediation order | 0.10 | 1,025.00 | 102.50 |
| 06/05/20 | CCATH | Draft, file, and coordinate service of FCR's joinder in Debtors' reply in support of mediator motion | 1.00 | 295.00 | 295.00 |
| 06/05/20 | RBRAD | Finalize FCR joinder re: Debtors' revised mediation order | 0.30 | 1,025.00 | 307.50 |
| 06/05/20 | RBRAD | Correspondence with D. Abbott re: document production requests propounded on Debtors by Century re: mediation motion | 0.30 | 1,025.00 | 307.50 |
| 06/08/20 | RBRAD | Review protective order approved by Court and correspondence with E. Edwards re: same | 0.30 | 1,025.00 | 307.50 |
| 06/08/20 | RBRAD | Review revised mediator order and correspondence from Debtors, TCC and insurers re: same | 0.50 | 1,025.00 | 512.50 |
| 06/08/20 | EEDWA | Review order approving revised confidentiality agreement (.2); emails with R. Brady re: same (.1) | 0.30 | 715.00 | 214.50 |
| 06/09/20 | EEDWA | Emails with E. Harron, R. Brady, and S. Zieg re: production timing under protective order | 0.70 | 715.00 | 500.50 |
| 06/10/20 | RBRAD | Review presentation from A&M on current financial performance (.4): attend presentation from A&M re: same (1.2) | 1.60 | 1,025.00 | 1,640.00 |
| 06/10/20 | AMIEL | Review committee financials presentation | 0.30 | 490.00 | 147.00 |
| 06/10/20 | AMIEL | Review mediator hearing transcript | 0.30 | 490.00 | 147.00 |
| 06/11/20 | RBRAD | Review notice from Debtors re: sharing documents under protective order and follow-up correspondence with J. Patton and E. Edwards re: same | 0.20 | 1,025.00 | 205.00 |
| 06/11/20 | AMIEL | Emails with J. Kochenash re: access to data room | 0.10 | 490.00 | 49.00 |
| 06/11/20 | JKOCH | Emails (multiple) with YCST team re: protective order | 0.10 | 400.00 | 40.00 |
| 06/11/20 | JKOCH | Review documents in data room and email YCST team re: same | 0.20 | 400.00 | 80.00 |

| | | | | | |
|---|---|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | | | Invoice Date: | | July 15, 2020 |
| | | | Invoice Number: | | 50016413 |
| | | | Matter Number: | | 077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/15/20 | SZIEG | Teleconference with counsel for TCC and UCC re: stipulation related to collateral review (.5); review stipulation and certain documents related to same (.6) | 1.10 | 835.00 | 918.50 |
| 06/15/20 | JPATT | Review issues for mediation | 1.30 | 1,400.00 | 1,820.00 |
| 06/15/20 | RBRAD | Review notice from mediators and correspondence with YCST team re: response to same | 0.20 | 1,025.00 | 205.00 |
| 06/15/20 | EHARR | Review letter from mediators re: plan mediation | 0.10 | 970.00 | 97.00 |
| 06/16/20 | RBRAD | Review Hartford motion for reconsideration re: Court's mediator order and correspondence with J. Patton and E. Harron re: same | 0.30 | 1,025.00 | 307.50 |
| 06/16/20 | EHARR | Review Hartford's motion to reconsider mediator | 0.30 | 970.00 | 291.00 |
| 06/16/20 | EHARR | Emails with R. Brady re: exclusivity extension | 0.10 | 970.00 | 97.00 |
| 06/16/20 | RBRAD | Review motion to extend exclusive periods and correspondence with E. Harron and S. Zieg re: same | 0.30 | 1,025.00 | 307.50 |
| 06/17/20 | RBRAD | Conference call with J. Patton, E. Harron and S. Zieg re: response to mediator notice re: issues to be mediated | 1.00 | 1,025.00 | 1,025.00 |
| 06/17/20 | EHARR | Teleconference with J. Patton, R. Brady and S. Zieg re: mediation | 0.80 | 970.00 | 776.00 |
| 06/17/20 | JPATT | Call with team to discuss mediator request | 1.00 | 1,400.00 | 1,400.00 |
| 06/17/20 | SZIEG | Teleconference with E. Harron, R. Brady, and J. Patton re: issues related to upcoming mediation | 1.00 | 835.00 | 835.00 |
| 06/17/20 | RBRAD | Teleconference with J. Patton, E. Harron, and S. Zieg re: mediation | 0.80 | 1,025.00 | 820.00 |
| 06/17/20 | EHARR | Meet with J. Patton, S. Zieg, and R. Brady re: mediation strategy | 1.00 | 970.00 | 970.00 |
| 06/17/20 | JPATT | Teleconference with E. Harron, R. Brady, and S. Zieg re: mediation | 0.80 | 1,400.00 | 1,120.00 |
| 06/17/20 | SZIEG | Teleconference with J. Patton, E. Harron, and R. Brady re: mediation | 0.30 | 835.00 | 250.50 |
| 06/17/20 | JPATT | Review materials re: BSA negotiations | 1.10 | 1,400.00 | 1,540.00 |
| 06/18/20 | EHARR | Call with S. Zieg, M. Andolina, and R. Brady re: insurer discovery and common interest | 0.50 | 970.00 | 485.00 |

Patton, James L., Jr., Future Claimants' Representative  
Invoice Date: July 15, 2020  
Invoice Number: 50016413  
Matter Number: 077494.1001

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/18/20 | SZIEG | Correspondence with M. Andolina re: data produced by Debtors (.2); address issues related to same (1.4); teleconference with counsel for Debtors re: document production-related issues (.3) | 1.90 | 835.00 | 1,586.50 |
| 06/18/20 | RBRAD | Conference call with M. Andolina, E. Harron and S. Zieg re: document production issues | 0.30 | 1,025.00 | 307.50 |
| 06/19/20 | JPATT | Mediation and negotiations issue review | 3.10 | 1,400.00 | 4,340.00 |
| 06/21/20 | RBRAD | Correspondence re: mediators' request for consent to add mediation party | 0.20 | 1,025.00 | 205.00 |
| 06/21/20 | RBRAD | Work on response to Mediators' notice re: issues to be mediated | 1.50 | 1,025.00 | 1,537.50 |
| 06/22/20 | SZIEG | Correspondence re: mediation notice (multiple) | 0.10 | 835.00 | 83.50 |
| 06/22/20 | EHARR | Edit mediation position statement (.5); develop mediation strategy (2.0) | 2.50 | 970.00 | 2,425.00 |
| 06/22/20 | RBRAD | Attend conference call with A&M re: BSA operational and financial performance | 1.70 | 1,025.00 | 1,742.50 |
| 06/22/20 | RBRAD | Continue work on response to mediator notice re: issues for mediation and correspondence with E. Harron and J. Patton re: same | 0.60 | 1,025.00 | 615.00 |
| 06/24/20 | EHARR | Review Harford and Century motions for reconsideration re: plan mediators | 0.40 | 970.00 | 388.00 |
| 06/24/20 | RBRAD | Review notice from mediators for calls with mediation parties and discuss same with E. Harron and J. Patton | 0.20 | 1,025.00 | 205.00 |
| 06/24/20 | RBRAD | Review Century joinder to Hartford motion for reconsideration of mediator order | 0.20 | 1,025.00 | 205.00 |
| 06/26/20 | RBRAD | Review mediator requests and correspondence between insurer counsel and Debtors' counsel | 0.20 | 1,025.00 | 205.00 |
| 06/29/20 | RBRAD | Correspondence with Debtors' counsel re: attendance at mediation (.2); conference with E. Harron re: same (.1); follow-up correspondence with J. Patton and E. Harron (.1) | 0.40 | 1,025.00 | 410.00 |
| 06/30/20 | RBRAD | Review TCC's statement with respect to Debtors' exclusivity extension motion | 0.20 | 1,025.00 | 205.00 |
| | | **Total** | **41.50** | | **39,561.50** |

| Patton, James L., Jr., Future Claimants' Representative | | Invoice Date: | July 15, 2020 |
| | | Invoice Number: | 50016413 |
| | | Matter Number: | 077494.1001 |

**Task Code:**   B017   Retention of Professionals/Fee Issues

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/01/20 | CCATH | Coordinate service of Ankura retention order and prepare and file certificate of service | 0.10 | 295.00 | 29.50 |
| 06/01/20 | CCATH | Draft third supplemental declaration of J. Patton in support of FCR appointment and second supplemental declaration of E. Harron in support of YCST retention | 0.50 | 295.00 | 147.50 |
| 06/02/20 | LEDEN | Follow-up and draft amended notice re: FCR/YCST quarterly fee statement | 0.20 | 295.00 | 59.00 |
| 06/02/20 | LEDEN | Follow-up with Debtors' counsel re: hearing date for quarterly fee statement | 0.10 | 295.00 | 29.50 |
| 06/03/20 | LEDEN | Review first monthly fee statement of FCR/YCST re: comments received from U.S. Trustee and Debtors | 0.50 | 295.00 | 147.50 |
| 06/03/20 | SKOHU | Review and revise draft supplemental disclosures for Patton and Harron declarations; correspondence to E. Harron re: same | 0.20 | 700.00 | 140.00 |
| 06/08/20 | CCATH | Prepare and file certificate of no objection re: FCR/YCST first monthly fee application | 0.50 | 295.00 | 147.50 |
| 06/09/20 | CCATH | Serve certificate of no objection re: FCR/YCST first monthly fee application and prepare and file certificate of service | 0.40 | 295.00 | 118.00 |
| 06/09/20 | LEDEN | Confer with C. Cathcart re: quarterly fee statements | 0.10 | 295.00 | 29.50 |
| 06/09/20 | LEDEN | Follow-up with YCST team re: re-notice of FCR/YCST's first quarterly fee statement | 0.10 | 295.00 | 29.50 |
| 06/09/20 | JKOCH | Emails (multiple) with S. Zieg and C. Cathcart re: pro hac vice motions | 0.10 | 400.00 | 40.00 |
| 06/10/20 | CCATH | Follow up with E. Harron and S. Kohut re: supplemental declarations in support of FCR appointment and YCST retention; finalize, file, and coordinate service of same | 0.80 | 295.00 | 236.00 |
| 06/10/20 | CCATH | Revise Gilbert pro hac motions, pay filing fees, file motions, and submit proposed orders to chambers | 0.80 | 295.00 | 236.00 |
| 06/10/20 | LEDEN | Finalize, file, and service notice of hearing re: FCR/YCST first quarterly fee statement | 0.50 | 295.00 | 147.50 |
| 06/10/20 | JKOCH | Review pro hac vice motions | 0.40 | 400.00 | 160.00 |

| | | | | | |
|---|---|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | | | Invoice Date: | | July 15, 2020 |
| | | | Invoice Number: | | 50016413 |
| | | | Matter Number: | | 077494.1001 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 06/12/20 | CCATH | Research for supplemental declarations in support of FCR appointment and YCST retention | 0.30 | 295.00 | 88.50 |
| 06/22/20 | CCATH | Confer with E. Harron and P. Holland re: Gilbert's first monthly fee application | 0.20 | 295.00 | 59.00 |
| 06/23/20 | LEDEN | Finalize, file, and service Gilbert's first monthly fee statement from February-May 2020 | 0.50 | 295.00 | 147.50 |
| 06/23/20 | LEDEN | Follow-up re: YCST and Gilbert monthly fee statements for May 2020 | 0.10 | 295.00 | 29.50 |
| 06/23/20 | EHARR | Review draft fee application re: Gilbert May 2020 fees and costs | 0.20 | 970.00 | 194.00 |
| 06/24/20 | LEDEN | Follow-up with P. Holland re: circulation of LEDES files re: Gilbert's first monthly fee statement | 0.10 | 295.00 | 29.50 |
| | | **Total** | **6.70** | | **2,245.00** |

**Task Code:**   B018   Fee Application Preparation

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 06/11/20 | EHARR | Review, edit and finalize YCST May 2020 fee statement re: fee application preparation | 0.30 | 970.00 | 291.00 |
| 06/16/20 | LEDEN | Draft monthly fee statement of FCR/YCST for May 2020 | 0.90 | 295.00 | 265.50 |
| 06/17/20 | LEDEN | Continue drafting FCR/YCST monthly fee statement for May 2020 | 0.50 | 295.00 | 147.50 |
| 06/23/20 | LEDEN | Further revisions to May 2020 monthly invoice, finalize, and file same | 0.80 | 295.00 | 236.00 |
| 06/23/20 | LEDEN | Follow-up, review, and revise monthly invoice and fee statement for May 2020 | 1.00 | 295.00 | 295.00 |
| 06/23/20 | EHARR | Review draft fee application re: YCST May 2020 fees and costs | 0.20 | 970.00 | 194.00 |
| | | **Total** | **3.70** | | **1,429.00** |

| | | | | | |
|---|---|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | | | Invoice Date: | | July 15, 2020 |
| | | | Invoice Number: | | 50016413 |
| | | | Matter Number: | | 077494.1001 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| AMIEL | Allison S. Mielke | Associate | 6.80 | 490.00 | 3,332.00 |
| CCATH | Casey Cathcart | Paralegal | 9.70 | 295.00 | 2,861.50 |
| CLYON | Catherine C. Lyons | Associate | 0.70 | 400.00 | 280.00 |
| EHARR | Edwin J. Harron | Partner | 10.80 | 970.00 | 10,476.00 |
| EEDWA | Erin D. Edwards | Partner | 1.40 | 715.00 | 1,001.00 |
| JPATT | James L. Patton Jr | Partner | 9.10 | 1,400.00 | 12,740.00 |
| JHUGH | James P. Hughes | Partner | 0.40 | 1,025.00 | 410.00 |
| JKOCH | Jared W. Kochenash | Associate | 0.80 | 400.00 | 320.00 |
| KGUER | Kevin A. Guerke | Partner | 0.20 | 775.00 | 155.00 |
| LEDEN | Lisa M. Eden | Paralegal | 6.50 | 295.00 | 1,917.50 |
| NPICO | Nicholas D. Picollelli, Jr. | Associate | 2.10 | 380.00 | 798.00 |
| RBRAD | Robert S. Brady | Partner | 18.40 | 1,025.00 | 18,860.00 |
| SKOHU | Sara Beth A.R. Kohut | Counsel | 0.20 | 700.00 | 140.00 |
| SZIEG | Sharon M. Zieg | Partner | 11.30 | 835.00 | 9,435.50 |
| **Total** | | | **78.40** | | **$62,726.50** |

Patton, James L., Jr., Future Claimants' Representative

| | |
|---|---|
| Invoice Date: | July 15, 2020 |
| Invoice Number: | 50016413 |
| Matter Number: | 077494.1001 |

**Task Summary**

**Task Code:B001**     **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 0.50 | 970.00 | 485.00 |
| James L. Patton Jr | Partner | 0.90 | 1,400.00 | 1,260.00 |
| Kevin A. Guerke | Partner | 0.20 | 775.00 | 155.00 |
| Sharon M. Zieg | Partner | 0.30 | 835.00 | 250.50 |
| Allison S. Mielke | Associate | 0.50 | 490.00 | 245.00 |
| Casey Cathcart | Paralegal | 2.60 | 295.00 | 767.00 |
| Lisa M. Eden | Paralegal | 0.80 | 295.00 | 236.00 |
| **Total** | | **5.80** | | **3,398.50** |

**Task Code:B002**     **Court Hearings**
78

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Robert S. Brady | Partner | 2.90 | 1,025.00 | 2,972.50 |
| Sharon M. Zieg | Partner | 1.40 | 835.00 | 1,169.00 |
| Casey Cathcart | Paralegal | 1.70 | 295.00 | 501.50 |
| **Total** | | **6.00** | | **4,643.00** |

**Task Code:B003**     **Cash Collateral/DIP Financing**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Sharon M. Zieg | Partner | 1.90 | 835.00 | 1,586.50 |
| **Total** | | **1.90** | | **1,586.50** |

**Task Code:B006**     **Use, Sale or Lease of Property (363 issues)**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Robert S. Brady | Partner | 0.10 | 1,025.00 | 102.50 |
| **Total** | | **0.10** | | **102.50** |

**Task Code:B007**     **Claims Analysis, Objections and Resolutions**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 0.20 | 970.00 | 194.00 |
| Erin D. Edwards | Partner | 0.40 | 715.00 | 286.00 |
| Robert S. Brady | Partner | 0.40 | 1,025.00 | 410.00 |
| Nicholas D. Picollelli, Jr. | Associate | 2.10 | 380.00 | 798.00 |
| **Total** | | **3.10** | | **1,688.00** |

Patton, James L., Jr., Future Claimants' Representative        Invoice Date:         July 15, 2020
                                                               Invoice Number:          50016413
                                                               Matter Number:        077494.1001

**Task Code:B008**        **Meetings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Robert S. Brady | Partner | 0.20 | 1,025.00 | 205.00 |
| **Total** | | **0.20** | | **205.00** |

**Task Code:B009**        **Stay Relief Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 1.40 | 970.00 | 1,358.00 |
| James L. Patton Jr | Partner | 0.90 | 1,400.00 | 1,260.00 |
| James P. Hughes | Partner | 0.40 | 1,025.00 | 410.00 |
| Robert S. Brady | Partner | 1.30 | 1,025.00 | 1,332.50 |
| Sharon M. Zieg | Partner | 3.30 | 835.00 | 2,755.50 |
| Allison S. Mielke | Associate | 0.30 | 490.00 | 147.00 |
| Catherine C. Lyons | Associate | 0.70 | 400.00 | 280.00 |
| Casey Cathcart | Paralegal | 0.80 | 295.00 | 236.00 |
| Lisa M. Eden | Paralegal | 0.30 | 295.00 | 88.50 |
| **Total** | | **9.40** | | **7,867.50** |

**Task Code:B012**        **Plan and Disclosure Statement**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 8.00 | 970.00 | 7,760.00 |
| Erin D. Edwards | Partner | 1.00 | 715.00 | 715.00 |
| James L. Patton Jr | Partner | 7.30 | 1,400.00 | 10,220.00 |
| Robert S. Brady | Partner | 13.50 | 1,025.00 | 13,837.50 |
| Sharon M. Zieg | Partner | 4.40 | 835.00 | 3,674.00 |
| Allison S. Mielke | Associate | 6.00 | 490.00 | 2,940.00 |
| Jared W. Kochenash | Associate | 0.30 | 400.00 | 120.00 |
| Casey Cathcart | Paralegal | 1.00 | 295.00 | 295.00 |
| **Total** | | **41.50** | | **39,561.50** |

**Task Code:B017**        **Retention of Professionals/Fee Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 0.20 | 970.00 | 194.00 |
| Sara Beth A.R. Kohut | Counsel | 0.20 | 700.00 | 140.00 |
| Jared W. Kochenash | Associate | 0.50 | 400.00 | 200.00 |
| Casey Cathcart | Paralegal | 3.60 | 295.00 | 1,062.00 |
| Lisa M. Eden | Paralegal | 2.20 | 295.00 | 649.00 |
| **Total** | | **6.70** | | **2,245.00** |

| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | July 15, 2020 |
| --- | --- | --- |
| | Invoice Number: | 50016413 |
| | Matter Number: | 077494.1001 |

**Task Code:B018**     **Fee Application Preparation**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
| --- | --- | --- | --- | --- |
| Edwin J. Harron | Partner | 0.50 | 970.00 | 485.00 |
| Lisa M. Eden | Paralegal | 3.20 | 295.00 | 944.00 |
| **Total** | | **3.70** | | **1,429.00** |