# **<u>EXHIBIT B</u>**

26437925.2

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: July 15, 2020
Invoice Number: 50016413
Matter Number: 077494.1001

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 05/18/20 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 4.10 |
| 05/22/20 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 3.26 |
| 05/28/20 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 2.24 |
| 06/01/20 | Postage | 65.00 | 78.00 |
| 06/01/20 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 2.75 |
| 06/01/20 | Computerized Legal Research | 10.00 | 18.30 |
| 06/01/20 | Photocopy Charges Duplication BW | 1,718.00 | 343.60 |
| 06/02/20 | Computerized Legal Research | 19.00 | 34.77 |
| 06/04/20 | Teleconference / Video Conference Case Num: Boy Scouts of America / CCID 10596409 Appr Atty: Robert S. Brady Court Call | 1.00 | 59.25 |
| 06/04/20 | Teleconference / Video Conference Case Num: Boy Scouts of America / CCID 10596398 Appr Atty: Erin Edwards Court Call | 1.00 | 54.00 |
| 06/04/20 | Facsimile 8665332946 001Pgs .00Phone | 1.00 | 0.25 |
| 06/05/20 | Facsimile 8665332946 001Pgs .00Phone | 1.00 | 0.25 |
| 06/09/20 | Postage | 7.00 | 7.00 |
| 06/10/20 | Photocopy Charges Duplication BW | 751.00 | 150.20 |
| 06/10/20 | Postage | 7.00 | 7.00 |
| 06/10/20 | Photocopy Charges Duplication BW | 26.00 | 5.20 |
| 06/10/20 | Postage | 67.00 | 80.40 |
| 06/15/20 | Teleconference / Video Conference Case Num: Boy Scouts of America / CCID 10613117 Appr Atty: Sharon Zieg Court Call | 1.00 | 43.50 |
| 06/15/20 | Teleconference / Video Conference Case Num: Boy Scouts of America / CCID 10613106 Appr Atty: Robert S. Brady Court Call | 1.00 | 48.75 |
| 06/23/20 | Photocopy Charges Duplication BW | 936.00 | 187.20 |
| 06/23/20 | Photocopy Charges Duplication BW | 6.00 | 1.20 |
| 06/23/20 | Photocopy Charges Duplication BW | 322.00 | 64.40 |
| 06/24/20 | Postage | 70.00 | 70.00 |
| 06/25/20 | Reliable Wilmington - Deposition/Transcript | 1.00 | 70.80 |
| | **Total** | | **$1,336.42** |

| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | July 15, 2020 |
| | Invoice Number: | 50016413 |
| | Matter Number: | 077494.1001 |

**Cost Summary**

| **Description** | **Amount** |
|---|---:|
| Computerized Legal Research | 53.07 |
| Deposition/Transcript | 70.80 |
| Facsimile | 0.50 |
| Postage | 242.40 |
| Reproduction Charges | 751.80 |
| Teleconference / Video Conference | 217.85 |
| **Total** | **$1,336.42** |