# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2020, the *Combined Third Monthly Application of James L. Patton as the Legal Representative for Future Claimants and Young Conaway Stargatt & Taylor, LLP as Counsel to the Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2020 Through June 30, 2020* (the "Application") was caused to be served as indicated upon the parties identified in Exhibit A and the Notice of Fee Application was caused to be served via first class mail unless otherwise indicated upon the parties identified in Exhibit B.

Dated: July 23, 2020                      YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                                /s/ Edwin J. Harron
                                          Edwin J. Harron (No. 3396)
                                          Rodney Square
                                          1000 North King Street
                                          Wilmington, Delaware 19801
                                          Telephone: (302) 571-6600
                                          Facsimile: (302) 571-1253
                                          Email: eharron@ycst.com

                                          *Counsel to the Future Claimants' Representative*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

26817140.1

# EXHIBIT A

**Boy Scouts of America and Delaware BSA, LLC**
**Fee Application Service List**

| | |
|---|---|
| **FIRST CLASS MAIL**<br>(Debtors)<br>Boy Scouts of America<br>Attn: Steven P. McGowan<br>1325 West Walnut Hill Lane<br>Irving, TX 75035 | **FIRST CLASS MAIL AND EMAIL**<br>(Counsel to the Debtors)<br>Sidley Austin LLP<br>Attn: Matthew E. Linder, Esq.<br>One South Dearborn Street<br>Chicago, IL 60603<br>Email: mlinder@sidley.com |
| **FIRST CLASS MAIL AND EMAIL**<br>(Counsel to the Debtors)<br>Sidley Austin LLP<br>Attn: Jessica C. K. Boelter, Esq.<br>787 Seventh Avenue<br>New York, NY 10019<br>Email: jboelter@sidley.com | **HAND DELIVERY AND EMAIL**<br>(United States Trustee)<br>Office of the United States Trustee<br>Attn: David L. Buchbinder and Hannah M. McCollum<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>Email: david.l.buchbinder@usdoj.gov<br>hannah.mccollum@usdoj.gov |
| **HAND DELIVERY AND EMAIL**<br>(Co-Counsel to the Debtors)<br>Morris, Nichols, Arsht & Tunnell LLP<br>Attn: Derek C. Abbott, Esq.<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Email: dabbott@mnat.com | **FIRST CLASS MAIL AND EMAIL**<br>(Counsel to the Official Committee of Unsecured Creditors)<br>Kramer Levin Naftalis & Frankel LLP<br>Attn: Rachael Ringer, Esq. and Megan M. Wasson, Esq.<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Email: rringer@kramerlevin.com<br>mwasson@kramerlevin.com |
| **HAND DELIVERY AND EMAIL**<br>(Counsel to the Tort Claimants' Committee)<br>Pachulski Stang Ziehl & Jones LLP<br>Attn: James I. Stang, Esq. and James E. O'Neill, Esq.<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>Email: jstang@pszjlaw.com<br>joneill@pszjlaw.com | **FIRST CLASS MAIL AND EMAIL**<br>(Counsel to Ad Hoc Committee of Local Councils)<br>Wachtell, Lipton, Rosen & Katz<br>Attn: Richard G. Mason, Esq. and<br>Joseph C. Celentino, Esq.<br>51 West 52nd Street<br>New York, NY 10019<br>Email: rgmason@wlrk.com<br>jccelentino@wlrk.com |
| **FIRST CLASS MAIL AND EMAIL**<br>(Counsel to JPMorgan Chase Bank, N.A.)<br>Norton Rose Fulbright US LLP<br>Attn: Louis R. Strubeck, Jr. , Esq. and<br>Kristian W. Gluck, Esq.<br>2200 Ross Avenue, Suite 3600<br>Dallas, TX 75201-7932<br>Email: louis.strubeck@nortonrosefulbright.com<br>kristian.gluck@nortonrosefulbright.com | **FIRST CLASS MAIL AND EMAIL**<br>(Counsel to County Commission of Fayette County (W. Virginia))<br>Steptoe & Johnson PLLC<br>Attn: John Stump, Esq.<br>Chase Tower, 8th Floor<br>707 Virginia Street East<br>Charleston, WV 25301<br>Email: johnstump@steptoe-johnson.com |

**Boy Scouts of America and Delaware BSA, LLC**
**Fee Application Service List**

| **HAND DELIVERY AND EMAIL** | **HAND DELIVERY AND EMAIL** |
|---|---|
| (Counsel to the Official Committee of Unsecured Creditors) Reed Smith LLP Attn: Kurt F. Gwynne, Esq. and Katelin A Morales, Esq. 1201 N. Market Street, Suite 1500 Wilmington, DE  19801 Email: kgwynne@reedsmith.com kmorales@reedsmith.com | (Counsel to JPMorgan Chase Bank, N.A.) Womble Bond Dickinson (US) LLP Attn: Matthew Ward, Esq. and Morgan Patterson, Esq. 1313 N. Market Street, Suite 1200 Wilmington, DE  19801 Email: matthew.ward@wbd-us.com morgan.patterson@wbd-us.com |

# **EXHIBIT B**

**HAND DELIVERY**
Derek C. Abbott, Andrew R. Remming,
Joseph C. Barsalona II, Eric W. Moats,
and Paige N. Topper
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
Wilmington, DE 19801

Jessica C. K. Boelter
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Cassandra Burton
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026

Kate P. Foley
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581

Adam J. Goldberg
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4834

**HAND DELIVERY**
Eric Lopez Schnabel
Alessandra Glorioso
Dorsey & Whitney (Delaware) LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801

**HAND DELIVERY**
Brett D. Fallon
Brya M. Keilson
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Thomas A. Labuda
Michael C. Andolina
Matthew E. Linder
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

**HAND DELIVERY**
Office of the United States Trustee
Attn: David L. Buchbinder and Hannah M. McCollum
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Paul W. Carey
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608

Jeffrey E. Bjork
Kimberly A. Posin
Nicholas J. Messana
Latham & Watkins LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560

**HAND DELIVERY**
Michael J. Merchant and Brett M. Haywood
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Bruce R. Ewing
Eric Lopez Schnabel
Dorsey & Whitney LLP
51 West 52nd Street
New York, NY 10019

Margaret M. Anderson
Fox Swibel Levin & Carroll LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606

Riley C. Walter
Wanger Jones Helsley, PC
265 E. River Park Circle, Suite 310
Fresno, CA 93720

Jan T. Perkins
Baker Manock & Jensen, PC
5260 North Palm Avenue, Suite 421
Fresno, CA 93704

Michael Marchese
Sequoia Council of BoyScouts, Inc.
6005 N. Tamera Avenue
Fresno, CA 93711

Louis R. Strubeck, Jr.
Kristian W. Gluck
Ryan E. Manns
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932

**HAND DELIVERY**
Matthew P. Ward
Morgan L. Patterson
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541

John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

Eric S. Goldstein
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

**HAND DELIVERY**
David M. Fournier
Marcy J. McLaughlin Smith
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19801

Harris B. Winsberg
Troutman Pepper Hamilton Sanders LLP
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308

Matthew G. Roberts
Troutman Pepper Hamilton Sanders LLP
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308

Todd C. Jacobs
Bradley Riley Jacobs PC
320 W. Ohio Street, Suite 3W
Chicago, IL 60654

Jason P. Hood
Davies Hood PLLC
22 North Front Street, Suite 620
Memphis, TN 38103-2100

Daniel W. Van Horn
Butler Snow LLP
P.O. Box 171443
Memphis, TN 38187-1443

Craig T. Fessenden
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026


Thomas S. Neuberger
Stephen J. Neuberger
The Neuberger Firm
17 Harlech Drive
Wilmington, DE 19807


Bruce W. Leaverton
Karr Tuttle Campbell, P.S.
701 Fifth Avenue, Suite 3300
Seattle, WA 98104


Richard J. Bernard
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016


John A. Vos
1430 Lincoln Avenue
San Rafael, CA 94901


Jay Jaffe
Faegre Drinker Biddle & Reath LLP
600 E. 96th Street, Suite 600
Indianapolis, IN 46240


**HAND DELIVERY**
Brian J. McLaughlin
Rachel B. Mersky
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801


Raeann Warner
Thomas C. Crumplar
Jacobs & Crumplar, P.A.
750 Shipyard Drive, Suite 200
Wilmington, DE 19801


Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207


Missouri Department of Revenue
Bankruptcy Unit
Attn: Steven A. Ginther
P.O. Box 475
Jefferson City, MO 65105-0475


Victor Vilaplana
Foley & Lardner LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130


**HAND DELIVERY**
Patrick A. Jackson
Kaitlin W. MacKenzie
Faegre Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Deb Secrest
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121

**HAND DELIVERY**
Jeffrey R. Waxman
Eric J. Monzo
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Angela Z. Miller
Phillips Lytle LLP
One Canalside
125 Main Street
Buffalo, NY 14203

**HAND DELIVERY**
Erin R. Fay
Gregory J. Flasser
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801

**HAND DELIVERY**
Deirdre M. Richards
Fineman Krekstein & Harris PC
1300 N. King Street
Wilmington, DE 19801

Craig Goldblatt
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006

Tad Thomas
Louis C. Schneider
Thomas Law Offices, PLLC
9418 Norton Commons Blvd., Suite 200
Louisville, KY 40059

Bradley L. Rice
Nagel Rice LLP
103 Eisenhower Parkway
Roseland, NJ 07068

Cindy L. Robinson
Doug Mahoney
Tremont Sheldon Robinson Mahoney P.C.
64 Lyon Terrace
Bridgeport, CT 06604

James P. Ruggeri
Joshua D. Weinberg
Abigail W. Williams
Shipman & Goodwin LLP
1875 K Street NW, Suite 600
Washington, DC 20006-1251

Tara LeDay
McCreary, Veselka, Bragg & Allen, P.C.
P. O. Box 1269
Round Rock, TX 78680

Susan N.K. Gummow
Igor Shleypak
Foran Glennon Palandech Ponzi & Rudloff, P.C.
222 N. LaSalle Sreet, Suite 1400
Chicago, IL 60614

Richard G. Mason
Douglas K. Mayer
Joseph C. Celentino
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

Paul A. Fanning
Ward and Smith, P.A.
P.O. Box 8088
Greenville, NC 27835-80

**HAND DELIVERY**
Mark L. Desgrosseilliers
Chipman, Brown, Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801

Thomas Moers Mayer, Rachael Ringer,
David E. Blabey, Jr., Jennifer R. Sharret,
and Megan M. Wasson
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

**HAND DELIVERY**
Kurt F. Gwynne
Katelin A Morales
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

**HAND DELIVERY**
James I. Stang, Robert B. Orgel, James E. O'Neill, John W. Lucas, and Ilan D. Scharf
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801

**HAND DELIVERY**
Karen C. Bifferato
Kelly M. Conlan
Connolly Gallagher LLP
1201 N. Market Street, 20th Floor
Wilmington, DE 19801

**HAND DELIVERY**
William P. Bowden
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

Michael T. Pfau
Jason P. Amala
Vincent T. Nappo
Pfau Cochran Vertetis Amala PLLC
403 Columbia Street, Suite 500
Seattle, WA 98104

Anne Andrews
John C. Thornton
Andrews & Thornton
4701 Von Karman Avenue, Suite 300
Newport Beach, CA 92660


Matthew S. Sorem
Nicolaides Fink Thorpe Michaelides Sullivan LLP
10 S. Wacker Drive, 21st Floor
Chicago, IL 60606

Joseph H. Lemkin
Stark & Stark, P.C.
P.O. Box 5315
Princeton, NJ 08543


Gerald D. Jowers, Jr.
Janet, Janet & Scuggs, LLC
500 Taylor Street, Suite 301
Columbia, SC 29201


Michael P. Pompeo
Faegre Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036-2714


**HAND DELIVERY**
David M. Klauder
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801

Alan C. Hochheiser
Maurice Wutscher LLP
23611 Chagrin Blvd., Suite 207
Beachwood, OH 44122

Anthony M. Saccullo
Mary E. Augustine
A.M. Saccullo Legal, LLC
27 Crimson King Drive
Bear, DE 19701

Ryan S. Smethurst
Margaret H. Warner
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531

David A. Lebowitz
Kaufman Lieb Lebowitz & Frick LLP
10 East 40th Street, Suite 3307
New York, NY 10016

**HAND DELIVERY**
Stamatios Stamoulis
Richard C. Weinblatt
Stamoulis & Weinblatt LLC
800 N. West Street, Suite 800
Wilmington, DE 19801

**HAND DELIVERY**
Michael J. Joyce
The Law Offices of Joyce, LLC
1225 King Street, Suite 800
Wilmington, DE 19801

Kevin Coughlin, Lorraine Armenti, Michael Hrinewski
Coughlin Duffy, LLP
350 Mount Kemble Avenue
P.O. Box 1917
Morristown, NJ 0796

**HAND DELIVERY**
Richard W. Riley
Whiteford Taylor & Preston LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE 19801

**HAND DELIVERY**
R. Karl Hill
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Kim V. Marrkand
Nancy D. Adams
Laura Bange Stephens
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111

Shawn M. Christianson
Buchalter, A Professional Corporation
55 Second Street, 17th Floor
San Francisco, CA 94105-3493

Tancred Schiavoni
Janine Panchok-Berry
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537

Britton C. Lewis
Carruthers & Roth, P.A.
235 N. Edgeworth Street
P.O. Box 540
Greensboro, NC 27401

Todd M. Brooks
Whiteford Taylor & Preston LLP
Seven Saint Paul Street, 15th Floor
Baltimore, MD 21202-1626

Christopher S. Murphy, Assistant Attorney General
c/o Sherri K. Simpson, Paralegal
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Douglas R. Gooding
Jonathan D. Marshall
Michael J. Foley, Jr.
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110

William E. Winfield
Nelson Comis Kettle & Kinney LLP
300 E. Esplanade Drive, Suite 1170
Oxnard, CA 93036

**HAND DELIVERY**
Richard A. Barkasy
Kristi J. Doughty
Schnader Harrison Segal & Lewis LLP
824 N. Market Street, Suite 800
Wilmington, DE 19801


James Tobia
The Law Office of James Tobia, LLC
1716 Wawaset Street
Wilmington, DE 19806


Michael J. Pankow
Joshua M. Hantman
Andrew J. Roth-Moore
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO 80202


N.E.K.
#402985 D-G-5
Clallam Bay Corrections Center
1830 Eagle Crest Way
Clallam Bay, WA 98326


Morton R. Branzburg
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103


**HAND DELIVERY**
William D. Sullivan
Sullivan Hazeltine Allinson LLC
919 North Market Street, Suite 420
Wilmington, DE 19801


Michael G. Kelly
Kelly, Morgan, Dennis, Corzine & Hansen, P.C.
P.O. Box 1311
Odessa, TX 79760-1311


Henry C. Shelton, III
Adams and Reese LLP
6075 Poplar Avenue, Suite 700
Memphis, TN 38119


**HAND DELIVERY**
Bruce W. McCullough
Bodell Bové, LLC
1225 N. King Street, Suite 1000
Wilmington, DE 19801


D.J.S.
#795743 D-G-6
Clallam Bay Corrections Center
1830 Eagle Crest Way
Clallam Bay, WA 98326


**HAND DELIVERY**
Domenic E. Pacitti
Klehr Harrison Harvey Branzburg LLP
919 Market Street, Suite 1000
Wilmington, DE 19801


Stephen Crew
Peter Janci
Crew Janci LLP
1200 NW Naito Parkway, Suite 500
Portland, OR 97209


Larry R. Boyd
Chad Timmons
Emily M. Hahn
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Blvd., Suite 300
McKinney, TX 75069


Amish R. Doshi
Doshi Legal Group, P.C.
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042

| | |
|---|---|
| Kami Quinn, Meredith Neely,<br>Emily Grim, and Jasmine Chalashtori<br>Gilbert LLP<br>700 Pennsylvania Avenue, SE, Suite 400<br>Washington, DC 20003 | Peter Muthig<br>Maricopa County Attorney's Office<br>Civil Services Division<br>225 W. Madison Street<br>Phoenix, AZ 85003 |
| Don Stecker<br>Linebarger Goggan Blair & Sampson, LLP<br>112 E. Pecan Street, Suite 2200<br>San Antonio, TX 78205 | Flordia M. Henderson<br>P.O. Box 30604<br>Memphis, TN 38130-0604 |
| Tennessee Department of Labor<br>Bureau of Unemployment Insurance<br>c/o Tennessee Attorney General's Office,<br>Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | |