# **<u>EXHIBIT A</u>**



Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

# INVOICE

| Date | Invoice Number |
|---|---|
| 07/15/2020 | CI-014109 |

| Payment Terms | Due Date |
|---|---|
| Net 30 | 08/14/2020 |

| FEIN NO.: | 47-2435218 |
|---|---|

| Project Information: | |
|---|---|
| Project Name: | P-001551 FCR for Boy Scouts of America Bankruptcy Proceedings |
| Project Number: | P-001551 |
| PO Number: | |

Professional Services rendered, see attached.

|  |  |
|---|---|
| **Net Amount:** | 7,950.00 |
| **Tax:** | |
| **Total Invoice Amount:** | USD    7,950.00 |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

**Remittance Information:**

Please call Carol Warner at (202) 797-1111 for questions or bank wire instructions.

Please make checks/wires payable to 'Ankura Consulting Group, LLC'.

Please include the invoice number and/or Ankura Prjoect Code to your remittance to ensure prompt application of funds.

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*



**Project Activity**

| | |
|---|---|
| Project # | **P-001551** |
| Invoice Date | **7/15/2020** |
| Invoice Number | **CI-014109** |
| Professional Services Through | **6/30/2020** |

| Phase | Task | Date | Name | Comment | Project Hours | Project Charges |
|---|---|---|---|---|---|---|
| **Actuarial and other Analyses** **B007** | **Historical Data Analysis-Model Building** | | | | | |
| | | 4/27/2020 | **Nicholas Deluca** | Project setup | 0.60 | 300.00 |
| | | 4/29/2020 | **Nicholas Deluca** | Retention application | 1.20 | 600.00 |
| | | 4/30/2020 | **Nicholas Deluca** | Retention application | 0.60 | 300.00 |
| | | 5/1/2020 | **Nicholas Deluca** | Retention application questions | 0.80 | 400.00 |
| | | 5/4/2020 | **Nicholas Deluca** | Retention application | 0.30 | 150.00 |
| | | 5/7/2020 | **Nicholas Deluca** | Data analysis | 0.80 | 400.00 |
| | | 5/8/2020 | **Nicholas Deluca** | Data analysis | 0.80 | 400.00 |
| | | 5/11/2020 | **Nicholas Deluca** | Call with YCST. data analysis. | 0.90 | 450.00 |
| | | 5/11/2020 | **Amy Brockman** | Project planning call and review of prior analyses. | 1.80 | 1,125.00 |
| | | 5/12/2020 | **Nicholas Deluca** | Data analysis | 0.40 | 200.00 |
| | | 5/14/2020 | **Nicholas Deluca** | Data analysis | 0.50 | 250.00 |
| | | 6/8/2020 | **Nicholas Deluca** | Project setup | 1.00 | 500.00 |
| | | 6/10/2020 | **Thomas Vasquez** | Bar Date Releases | 3.50 | 2,625.00 |
| | | 6/10/2020 | **Nicholas Deluca** | Project setup | 0.50 | 250.00 |
| | **Historical Data Analysis-Model Building Total** | | | | **13.70** | **7,950.00** |
| **Actuarial and other Analyses Total** | | | | | **13.70** | **7,950.00** |
| **Grand Total** | | | | | **13.70** | **7,950.00** |