# **EXHIBIT B**

Ankura did not incur any out-of-pocket disbursements during the Fee Period.

26806555.1