**Exhibit B**

**Expense Detail**

**SIDLEY AUSTIN LLP**

Invoice Number:  40044685
Boy Scouts of America

Chapter 11 Matters

E X P E N S E   D E T A I L

| Date | Narrative | Amount |
|---|---|---:|
| 06/01/20 | Electronic Search Service 05/05/2020 - THE BUREAU OF NATIONAL AFFAIRS - 6888252950 - DOCKET | $0.20 |
| 06/04/20 | Professional Services Consulting (Project Mgr) | 260.00 |
| 06/08/20 | Electronic Search Service 6/3/20 - THE BUREAU OF NATIONAL AFFAIRS - 6888255954 - SEARCH SERVICE | 4.70 |
| 06/10/20 | Professional Services Consulting (Project Mgr) | 325.00 |
| 06/11/20 | 05/16/20-Westlaw research service | 187.04 |
| 06/11/20 | 05/16/20-Westlaw research service | 561.14 |
| 06/11/20 | 05/16/20-Westlaw research service | 186.83 |
| 06/11/20 | 05/25/20-Westlaw research service | 1,128.82 |
| 06/11/20 | 05/25/20-Westlaw research service | 282.20 |
| 06/11/20 | 05/25/20-Westlaw research service | 46.71 |
| 06/11/20 | 05/26/20-Westlaw research service | 70.55 |
| 06/11/20 | 05/28/20-Westlaw research service | 46.71 |
| 06/11/20 | 05/17/20-Westlaw research service | 233.81 |
| 06/11/20 | 05/28/20-Westlaw research service | 239.09 |
| 06/11/20 | 05/28/20-Westlaw research service | 1,307.81 |
| 06/11/20 | 05/29/20-Westlaw research service | 199.25 |
| 06/11/20 | 05/29/20-Westlaw research service | 1,588.05 |
| 06/11/20 | 05/31/20-Westlaw research service | 747.32 |
| 06/11/20 | 05/16/20-Westlaw research service | 70.63 |
| 06/11/20 | 05/16/20-Westlaw research service | 280.57 |
| 06/11/20 | 05/16/20-Westlaw research service | 70.63 |
| 06/11/20 | 05/29/20-Westlaw research service | 159.58 |
| 06/16/20 | 05/15/20-Lexis research service | 65.53 |
| 06/16/20 | 05/14/20-Lexis research service | 59.40 |
| 06/16/20 | 05/12/20-Telephone Charges Conference Call | 3.28 |
| 06/16/20 | 05/28/20-Telephone Charges Conference Call | 1.53 |
| 06/16/20 | 05/29/20-Telephone Charges Conference Call | 1.14 |

**SIDLEY AUSTIN LLP**

Invoice Number:  40044685
Boy Scouts of America

Chapter 11 Matters

| Date | Narrative | Amount |
|---|---|---|
| 06/16/20 | 05/11/20-Telephone Charges Conference Call | 0.97 |
| 06/16/20 | 05/08/20-Telephone Charges Conference Call | 2.91 |
| 06/16/20 | 05/15/20-Telephone Charges Conference Call | 5.98 |
| 06/16/20 | 05/15/20-Telephone Charges Conference Call | 1.67 |
| 06/16/20 | 05/01/20-Telephone Charges Conference Call | 1.14 |
| 06/16/20 | 05/06/20-Telephone Charges Conference Call | 1.03 |
| 06/16/20 | 05/19/20-Telephone Charges Conference Call | 3.47 |
| 06/16/20 | 05/27/20-Telephone Charges Conference Call | 2.92 |
| 06/16/20 | 05/13/20-Telephone Charges Conference Call | 2.35 |
| 06/16/20 | 05/19/20-Telephone Charges Conference Call | 0.38 |
| 06/16/20 | 05/08/20-Telephone Charges Conference Call | 0.15 |
| 06/16/20 | 05/09/20-Telephone Charges Conference Call | 2.88 |
| 06/16/20 | 05/19/20-Telephone Charges Conference Call | 2.14 |
| 06/16/20 | 05/12/20-Telephone Charges Conference Call | 12.72 |
| 06/16/20 | 05/12/20-Telephone Charges Conference Call | 41.84 |
| 06/16/20 | 05/12/20-Telephone Charges Conference Call | 1.89 |
| 06/16/20 | 05/13/20-Telephone Charges Conference Call | 16.71 |
| 06/16/20 | 05/13/20-Telephone Charges Conference Call | 3.97 |
| 06/16/20 | 05/03/20-Telephone Charges Conference Call | 2.64 |
| 06/16/20 | 05/06/20-Telephone Charges Conference Call | 2.53 |
| 06/16/20 | 05/27/20-Telephone Charges Conference Call | 3.22 |
| 06/16/20 | 05/31/20-Telephone Charges Conference Call | 1.15 |
| 06/16/20 | 05/08/20-Telephone Charges Conference Call | 2.78 |
| 06/16/20 | 05/21/20-Telephone Charges Conference Call | 13.85 |
| 06/17/20 | Professional Services Consulting (Project Mgr) | 260.00 |
| 06/23/20 | E-Discovery Monthly Service Fee | 500.00 |
| 06/23/20 | Electronic Data Hosting (New) | 65.25 |
| 06/23/20 | 06/03/20-Westlaw research service | 70.63 |
| 06/23/20 | 06/03/20-Westlaw research service | 841.70 |
| 06/23/20 | 06/15/20-Westlaw research service | 93.52 |
| 06/23/20 | 06/04/20-Westlaw research service | 46.76 |

**SIDLEY AUSTIN LLP**

Invoice Number:  40044685
Boy Scouts of America

Chapter 11 Matters

| Date | Narrative | Amount |
|---|---|---:|
| 06/23/20 | 06/10/20-Westlaw research service | 46.76 |
| 06/23/20 | 06/04/20-Westlaw research service | 58.79 |
| 06/23/20 | 06/09/20-Westlaw research service | 46.71 |
| 06/23/20 | 06/12/20-Westlaw research service | 46.71 |
| 06/23/20 | 06/14/20-Westlaw research service | 429.19 |
| 06/23/20 | 06/14/20-Westlaw research service | 280.25 |
| 06/23/20 | 06/15/20-Westlaw research service | 180.95 |
| 06/23/20 | 06/15/20-Westlaw research service | 93.41 |
| 06/23/20 | 06/03/20-Westlaw research service | 166.44 |
| 06/23/20 | 06/11/20-Westlaw research service | 117.39 |
| 06/23/20 | 06/01/20-Westlaw research service | 79.70 |
| 06/23/20 | 06/01/20-Westlaw research service | 8.17 |
| 06/23/20 | 06/01/20-Westlaw research service | 1,120.97 |
| 06/23/20 | 06/02/20-Westlaw research service | 79.70 |
| 06/23/20 | 06/02/20-Westlaw research service | 1,588.05 |
| 06/23/20 | 06/03/20-Westlaw research service | 1,120.98 |
| 06/23/20 | 06/04/20-Westlaw research service | 39.85 |
| 06/23/20 | 06/04/20-Westlaw research service | 1,728.17 |
| 06/23/20 | 06/05/20-Westlaw research service | 996.22 |
| 06/23/20 | 06/05/20-Westlaw research service | 607.20 |
| 06/23/20 | 06/06/20-Westlaw research service | 518.03 |
| 06/23/20 | 06/06/20-Westlaw research service | 280.24 |
| 06/23/20 | 06/07/20-Westlaw research service | 836.83 |
| 06/23/20 | 06/07/20-Westlaw research service | 1,307.81 |
| 06/23/20 | 06/08/20-Westlaw research service | 39.85 |
| 06/23/20 | 06/09/20-Westlaw research service | 39.85 |
| 06/23/20 | 06/09/20-Westlaw research service | 280.24 |
| 06/23/20 | 06/10/20-Westlaw research service | 140.12 |
| 06/23/20 | 06/11/20-Westlaw research service | 318.79 |
| 06/23/20 | 06/11/20-Westlaw research service | 980.85 |
| 06/23/20 | 06/12/20-Westlaw research service | 757.13 |

**SIDLEY AUSTIN LLP**

Invoice Number:  40044685
Boy Scouts of America

Chapter 11 Matters

| Date | Narrative | Amount |
|---|---|---:|
| 06/23/20 | 06/12/20-Westlaw research service | 653.90 |
| 06/23/20 | 06/13/20-Westlaw research service | 836.82 |
| 06/23/20 | 06/13/20-Westlaw research service | 747.32 |
| 06/23/20 | 06/14/20-Westlaw research service | 996.21 |
| 06/23/20 | 06/14/20-Westlaw research service | 560.49 |
| 06/23/20 | 06/15/20-Westlaw research service | 93.41 |
| 06/23/20 | 06/15/20-Westlaw research service | 42.90 |
| 06/23/20 | 06/13/20-Westlaw research service | 46.76 |
| 06/23/20 | 06/14/20-Westlaw research service | 39.89 |
| 06/23/20 | 06/14/20-Westlaw research service | 187.04 |
| 06/23/20 | 06/03/20-Westlaw research service | 46.76 |
| 06/23/20 | 06/09/20-Westlaw research service | 114.82 |
| 06/23/20 | 06/13/20-Westlaw research service | 93.52 |
| 06/23/20 | 06/04/20-Westlaw research service | 93.52 |
| 06/23/20 | 06/15/20-Westlaw research service | 93.41 |
| 06/23/20 | 06/03/20-Westlaw research service | 133.41 |
| 06/24/20 | 05/19/20-Telephone Charges Conference Call | 0.56 |
| 06/24/20 | 05/07/20-Telephone Charges Conference Call | 2.25 |
| 06/24/20 | 05/12/20-Telephone Charges Conference Call | 0.88 |
| 06/24/20 | 05/13/20-Telephone Charges Conference Call | 2.59 |
| 06/24/20 | 05/20/20-Telephone Charges Conference Call | 0.61 |
| 06/24/20 | 05/20/20-Telephone Charges Conference Call | 1.54 |
| 06/24/20 | 05/28/20-Telephone Charges Conference Call | 1.02 |
| 06/24/20 | 05/28/20-Telephone Charges Conference Call | 0.94 |
| 06/24/20 | 05/29/20-Telephone Charges Conference Call | 0.88 |
| 06/24/20 | 05/29/20-Telephone Charges Conference Call | 2.85 |
| 06/24/20 | 05/18/20-Telephone Charges Conference Call | 0.52 |
| 06/24/20 | 05/19/20-Telephone Charges Conference Call | 1.67 |
| 06/24/20 | 05/31/20-Telephone Charges Conference Call | 2.00 |
| 06/29/20 | Jun 26, 2020 - Matthew E. Linder - Telephone - Zoom phone services standard pro annual fee. | 149.90 |

**SIDLEY AUSTIN LLP**

Invoice Number:  40044685
Boy Scouts of America

Chapter 11 Matters

| Date | Narrative | Amount |
|---|---|---:|
| 06/30/20 | 06/18/20 - Williams Lea - 0001015465-000 Reprographics | 0.10 |
| 06/30/20 | Professional Services Consulting (Project Mgr) | 422.50 |
| 06/30/20 | 06/20/20-Westlaw research service | 64.80 |
| 06/30/20 | 06/20/20-Westlaw research service | 42.90 |
| 06/30/20 | 06/16/20-Westlaw research service | 1,169.03 |
| 06/30/20 | 06/16/20-Westlaw research service | 54.00 |
| 06/30/20 | 06/24/20-Westlaw research service | 1,783.21 |
| 06/30/20 | 06/24/20-Westlaw research service | 731.70 |
| 06/30/20 | 06/25/20-Westlaw research service | 78.03 |
| 06/30/20 | 06/25/20-Westlaw research service | 45.73 |
| 06/30/20 | 06/24/20-Westlaw research service | 199.24 |
| 06/30/20 | 06/24/20-Westlaw research service | 46.71 |
| 06/30/20 | 06/27/20-Westlaw research service | 14.05 |
| 06/30/20 | 06/29/20-Westlaw research service | 14.05 |
| 06/30/20 | 06/30/20-Westlaw research service | 46.71 |
| 06/30/20 | 06/30/20-Westlaw research service | 14.05 |
| 06/30/20 | 06/18/20-Westlaw research service | 46.76 |
| 06/30/20 | 06/18/20-Westlaw research service | 279.26 |
| 06/30/20 | 06/19/20-Westlaw research service | 119.68 |
| 06/30/20 | 06/27/20-Westlaw research service | 46.76 |
| 06/30/20 | 06/16/20-Westlaw research service | 93.41 |
| 06/30/20 | 06/17/20-Westlaw research service | 46.71 |
| 06/30/20 | 06/19/20-Westlaw research service | 79.70 |
| 06/30/20 | 06/19/20-Westlaw research service | 467.07 |
| 06/30/20 | 06/20/20-Westlaw research service | 698.40 |
| 06/30/20 | 06/20/20-Westlaw research service | 643.50 |
| 06/30/20 | 06/21/20-Westlaw research service | 73.20 |
| 06/30/20 | 06/21/20-Westlaw research service | 300.30 |
| 06/30/20 | 06/21/20-Westlaw research service | 12.90 |
| 06/30/20 | 06/22/20-Westlaw research service | 269.80 |
| 06/30/20 | 06/22/20-Westlaw research service | 17.64 |

**SIDLEY AUSTIN LLP**

Invoice Number: 40044685
Boy Scouts of America

Chapter 11 Matters

| Date | Narrative | Amount |
|---|---|---|
| 06/30/20 | 06/22/20-Westlaw research service | 980.85 |
| 06/30/20 | 06/25/20-Westlaw research service | 141.10 |
| 06/30/20 | 06/25/20-Westlaw research service | 70.55 |
| 06/30/20 | 06/25/20-Westlaw research service | 326.95 |
| 06/30/20 | 06/26/20-Westlaw research service | 352.76 |
| 06/30/20 | 06/26/20-Westlaw research service | 141.10 |
| 06/30/20 | 06/29/20-Westlaw research service | 46.76 |
| 06/30/20 | 06/25/20-Westlaw research service | 128.70 |
| 06/30/20 | 06/25/20-Westlaw research service | 25.80 |
| 06/30/20 | 06/18/20-Westlaw research service | 140.28 |
| 06/30/20 | 06/23/20-Westlaw research service | 93.52 |
| 06/30/20 | 06/26/20-Westlaw research service | 85.80 |
| 06/30/20 | 06/26/20-Westlaw research service | 1,646.45 |
| 06/30/20 | 06/16/20-Westlaw research service | 42.90 |
| 06/30/20 | 06/17/20-Westlaw research service | 42.90 |
| | **Total** | **$41,608.73** |