# EXHIBIT B

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS**
**RENDERING SERVICES FROM MAY 1, 2020 THROUGH MAY 31, 2020**

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
| --- | --- | --- | --- | --- |
| Kurt F. Gwynne | Partner.  Joined firm as partner in 2001.  Member DE bar since 2000.  Member PA and NJ bars since 1992. Member of NY bar since 2018. | $990.00 | 15.90 | $15,741.00 |
| Katelin A. Morales | Associate.  Joined firm as an associate in 2018.  Member DE bar since 2019.  Member NY and NJ bars since 2017. | $465.00 | 26.90 | $12,508.50 |
| John B. Lord | Paralegal.  Joined firm as paralegal in 2000.  Paralegal since 1991. | $400.00 | 19.70 | $7,880.00 |
| Grand Total: | | | **62.50** | **$36,129.50** |
| Blended Rate: | | | | $578.02 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $660.03 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Compensation |
|---|---:|---:|
| Case Administration (60001) | 3.50 | $1,767.00 |
| Committee Meeting and Communications (60002) | 5.60 | $4,284.00 |
| Automatic Stay (60004) | 1.60 | $692.00 |
| Bar Date, Noticing and Claim Reconciliation Issues (60005) | 0.50 | $495.00 |
| Creditor Communications  (60011) | 0.90 | $891.00 |
| Fee Statements and Applications (60017) | 11.00 | $4,426.00 |
| Motions (60019) | 6.50 | $3,555.50 |
| Hearings and Court Matters (60021) | 26.10 | $17,013.00 |
| Professional Retention (60025) | 4.70 | $2,029.50 |
| Debtor Retention Applications (60026) | 2.10 | $976.50 |
| **TOTAL:** | **62.50** | **$36,129.50** |

-



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| Official Committee of Unsecured Creditors of Boy Scouts of America<br>c/o Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 | Invoice Number:       **3292055**<br>Invoice Date:         **6/17/2020**<br>Client Number:           **397013**<br>Matter Number:   **397013.60001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH May 31, 2020**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 05/01/20 | J.B. Lord | Research and update Committee service lists with new information | 0.40 | 400.00 | 160.00 |
| 05/01/20 | J.B. Lord | Communicate with Debtors' claims agent re: service issue for creditors' committee | 0.20 | 400.00 | 80.00 |
| 05/05/20 | K.F. Gwynne | Analyze Alix Partners' update re: post-petition financials. | 0.60 | 990.00 | 594.00 |
| 05/05/20 | J.B. Lord | Research and analyze critical dates for possible action. | 0.10 | 400.00 | 40.00 |
| 05/12/20 | J.B. Lord | E-mail to R. Ringer at Kramer re: entry of 1102 order and retention orders with status. | 0.30 | 400.00 | 120.00 |
| 05/13/20 | J.B. Lord | Research and update Committee's service information | 0.20 | 400.00 | 80.00 |
| 05/18/20 | J.B. Lord | Research and update Committee service information (.1); research and calendar upcoming omnibus dates (.1); draft and e-file COS to joinder to debtors' motion for confidentiality stipulation (.4). | 0.60 | 400.00 | 240.00 |
| 05/19/20 | J.B. Lord | Research re: entry of confidentiality order and | 0.10 | 400.00 | 40.00 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | certain retention orders. | | | |
| 05/26/20 | J.B. Lord | Complete service of 1102 order and Committee retention app order with vendor (.1); draft and e-mail COS for service of same (.3). | 0.40 | 400.00 | 160.00 |
| 05/29/20 | J.B. Lord | E-mail to Omni re: status of service issue and request. | 0.30 | 400.00 | 120.00 |
| 05/29/20 | K. A. Morales | Draft email to Kramer Levin team re: Trustee's request concerning 341 meeting. | 0.20 | 465.00 | 93.00 |
| 05/29/20 | J.B. Lord | Communicate with claims agent re: service issue | 0.10 | 400.00 | 40.00 |
| **Totals** | | | **3.50** | | **1,767.00** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|-----------|-------|------|-------|
| Kurt F. Gwynne | 0.60 hrs @ $ | 990.00 / hr | 594.00 |
| Katelin A. Morales | 0.20 hrs @ $ | 465.00 / hr | 93.00 |
| John B. Lord | 2.70 hrs @ $ | 400.00 / hr | 1,080.00 |
| **Total Professional Services** | | | **1,767.00** |

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|------|-------------|--------|
| 04/20/2020 | Elizabeth A. Russell - Court - Other - VENDOR: Elizabeth A. Russell, Apr 20, 2020, Court Call for Katelin Morales | 85.50 |
| 04/28/2020 | DLS DISCOVERY - COURIER SERVICE - OUTSIDE 68 printed pages 64 scans 1 pdf emailed to client | 37.80 |
| 05/06/2020 | Elizabeth A. Russell - Court - Other - VENDOR: Elizabeth A. Russell, May 06, 2020, Court Call for Katelin Morales | 27.75 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

Official Committee of Unsecured Creditors of Boy
Scouts of America
c/o Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

| | |
|---|---|
| Invoice Number: | **3292053** |
| Invoice Date: | **6/17/2020** |
| Client Number: | **397013** |
| Matter Number: | **397013.60002** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH May 31, 2020**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/05/20 | K. A. Morales | Attend Committee professional call re: preparation for Committee call. | 0.60 | 465.00 | 279.00 |
| 05/07/20 | K.F. Gwynne | Attend weekly committee meeting re: case updates.. | 0.80 | 990.00 | 792.00 |
| 05/11/20 | K.F. Gwynne | Attend weekly committee professionals call re: prep for UCC call. | 0.70 | 990.00 | 693.00 |
| 05/11/20 | K. A. Morales | Attend weekly call with UCC professionals re: preparation for committee call. | 0.40 | 465.00 | 186.00 |
| 05/11/20 | K.F. Gwynne | Attend weekly committee meeting re: collateral review/investigation. | 1.00 | 990.00 | 990.00 |
| 05/18/20 | K.F. Gwynne | Reviewed committee update email from M. Wasson. | 0.10 | 990.00 | 99.00 |
| 05/19/20 | K.F. Gwynne | Attend weekly committee meeting re: hearing update, preliminary injunction, and protective order updates. | 0.60 | 990.00 | 594.00 |
| 05/26/20 | K. A. Morales | Attend weekly committee call re: status update on preliminary injunction, protective order, and lift stay motions. | 0.80 | 465.00 | 372.00 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 05/26/20 | K. A. Morales | Attend weekly call with UCC Professionals re: prep for committee call. | 0.60 | 465.00 | 279.00 |
| **Totals** | | | **5.60** | | **4,284.00** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Kurt F. Gwynne | 3.20 hrs @ $ | 990.00 / hr | 3,168.00 |
| Katelin A. Morales | 2.40 hrs @ $ | 465.00 / hr | 1,116.00 |
| **Total Professional Services** | | | **4,284.00** |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 4,284.00 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **4,284.00** |
| **Total Amount Due** | **$** | **4,284.00** |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

Official Committee of Unsecured Creditors of Boy
Scouts of America
c/o Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

| | |
|---|---|
| Invoice Number: | **3292065** |
| Invoice Date: | **6/17/2020** |
| Client Number: | **397013** |
| Matter Number: | **397013.60004** |

### DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH May 31, 2020

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/27/20 | K. A. Morales | Emails with J. Lord and M. Wasson re: filing reservation of rights for Committee concerning lift stay motions. | 0.30 | 465.00 | 139.50 |
| 05/27/20 | K. A. Morales | Review and file Committee's reservation of rights to lift stay motions. | 0.50 | 465.00 | 232.50 |
| 05/27/20 | J.B. Lord | Communicate with M. Wasson and K. Morales re: reservations of rights to motion for stay relief (.2); revise, e-file and serve same (.6). | 0.80 | 400.00 | 320.00 |
| **Totals** | | | **1.60** | | **692.00** |

### SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Katelin A. Morales | 0.80 hrs @ $ | 465.00 / hr | 372.00 |
| John B. Lord | 0.80 hrs @ $ | 400.00 / hr | 320.00 |
| **Total Professional Services** | | | **692.00** |

### INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 692.00 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

**TOTAL CURRENT INVOICE DUE**                       $_____**692.00**

**Total Amount Due**                       $_____**692.00**



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| Official Committee of Unsecured Creditors of Boy Scouts of America | Invoice Number: **3292064** |
| | Invoice Date: **6/17/2020** |
| c/o Reed Smith LLP | Client Number: **397013** |
| 1201 Market Street, Suite 1500 | Matter Number: **397013.60005** |
| Wilmington, DE 19801 | |

### DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH May 31, 2020

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/05/20 | K.F. Gwynne | Analyzed affidavit from Ph.D. re: method and cost of providing bar notice to unsecured creditors | 0.30 | 990.00 | 297.00 |
| 05/12/20 | K.F. Gwynne | Reviewed UST's objection to bar date motion | 0.10 | 990.00 | 99.00 |
| 05/16/20 | K.F. Gwynne | Analyze update from M. Wasson re: bar date issues and potential resolution thereof | 0.10 | 990.00 | 99.00 |
| **Totals** | | | **0.50** | | **495.00** |

### SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Kurt F. Gwynne | 0.50 hrs @ $ | 990.00 / hr | 495.00 |
| **Total Professional Services** | | | **495.00** |

### INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 495.00 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **495.00** |
| **Total Amount Due** | **$** | **495.00** |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| Official Committee of Unsecured Creditors of Boy Scouts of America<br>c/o Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 | Invoice Number: **3292067**<br>Invoice Date: **6/17/2020**<br>Client Number: **397013**<br>Matter Number: **397013.60011** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH May 31, 2020**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/07/20 | K.F. Gwynne | Attend conference with T. Mayer, R. Ringer and retirees re: restoration plan | 0.90 | 990.00 | 891.00 |
| **Totals** | | | **0.90** | | **891.00** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Kurt F. Gwynne | 0.90 hrs @ $ | 990.00 / hr | 891.00 |
| **Total Professional Services** | | | **891.00** |

**INVOICE SUMMARY**

| | |
|---|---|
| Total Fees | $ 891.00 |
| **TOTAL CURRENT INVOICE DUE** | **$ 891.00** |
| **Total Amount Due** | **$ 891.00** |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| Official Committee of Unsecured Creditors of Boy Scouts of America | Invoice Number: **3292048** |
| | Invoice Date: **6/17/2020** |
| c/o Reed Smith LLP | Client Number: **397013** |
| 1201 Market Street, Suite 1500 | Matter Number: **397013.60017** |
| Wilmington, DE 19801 | |

## DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH May 31, 2020

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/05/20 | J.B. Lord | Review and revise RS combined first monthly fee application. | 0.60 | 400.00 | 240.00 |
| 05/06/20 | J.B. Lord | Review and revise RS billing detail for compliance with UST guidelines and local rules. | 1.30 | 400.00 | 520.00 |
| 05/11/20 | J.B. Lord | Communicate with M. Wasson at Kramer Levin re: fee application issues. | 0.20 | 400.00 | 80.00 |
| 05/12/20 | J.B. Lord | Create separate RS March/April monthly fee application per K. Gwynne (.7); revise and supplement RS first interim fee application (.3); continue to prepare RS first and second monthly fee applications (.3). | 1.30 | 400.00 | 520.00 |
| 05/13/20 | J.B. Lord | Revise and supplement RS first monthly fee application (.6), second monthly fee application (.6); and 1st interim fee application (.8) | 2.00 | 400.00 | 800.00 |
| 05/14/20 | J.B. Lord | Continue to draft RS first monthly fee application (.7); RS second monthly fee application (.7); and 1st interim fee application (.4) | 1.80 | 400.00 | 720.00 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|------------|-------------|-------|------|--------|
| 05/15/20 | J.B. Lord | Continue to draft RS second monthly fee application (1.3); e-mail to K. Gwynne and K. Morales re: fee application issues (.2). | 1.50 | 400.00 | 600.00 |
| 05/15/20 | K. A. Morales | Emails with P. Baranpuria re: format of monthly fee statements for submission to the court and status of March monthly statement. | 0.30 | 465.00 | 139.50 |
| 05/15/20 | K. A. Morales | Confer with J. Lord re: format of monthly fee statements for submission to the court. | 0.10 | 465.00 | 46.50 |
| 05/18/20 | J.B. Lord | Communicate with K. Morales re: fee applications (.1); research and update blended rate information in RS first interim fee application (.5) | 0.60 | 400.00 | 240.00 |
| 05/26/20 | J.B. Lord | Review and supplement RS March and April monthly and first interim fee application (.5); e-mail to K. Morales re: fee applications and information needed for first interim fee application (.3). | 0.80 | 400.00 | 320.00 |
| 05/28/20 | J.B. Lord | Prepare exhibits in final for RS March and April monthly fee applications. | 0.50 | 400.00 | 200.00 |
| **Totals** | | | **11.00** | | **4,426.00** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Katelin A. Morales | 0.40 hrs @ $ | 465.00 / hr | 186.00 |
| John B. Lord | 10.60 hrs @ $ | 400.00 / hr | 4,240.00 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| **Total Professional Services** | | | **4,426.00** |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Total Fees | $ | 4,426.00 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **4,426.00** |
| **Total Amount Due** | **$** | **4,426.00** |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | | |
|---|---|---|
| Official Committee of Unsecured Creditors of Boy Scouts of America | Invoice Number: | **3292054** |
| | Invoice Date: | **6/17/2020** |
| c/o Reed Smith LLP | Client Number: | **397013** |
| 1201 Market Street, Suite 1500 | Matter Number: | **397013.60019** |
| Wilmington, DE 19801 | | |

### DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH May 31, 2020

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/04/20 | K. A. Morales | Email M. Wasson re: revisions to 1102 Order for filing. | 0.30 | 465.00 | 139.50 |
| 05/04/20 | K. A. Morales | Emails with J. Lord re: 1102 revisions and procedure of filing. | 0.60 | 465.00 | 279.00 |
| 05/04/20 | J.B. Lord | Communicate with K. Morales re: 1102 motion (.2); revise order for same (.2); draft COC submitting revised order for same (.7). | 1.10 | 400.00 | 440.00 |
| 05/04/20 | K. A. Morales | Review and revise 1102 Order for filing. | 1.20 | 465.00 | 558.00 |
| 05/04/20 | K. A. Morales | Review and revise certification of counsel to submit with revised 1102 order. | 0.30 | 465.00 | 139.50 |
| 05/05/20 | K. A. Morales | Review and revise 1102 order for filing. | 0.20 | 465.00 | 93.00 |
| 05/05/20 | K.F. Gwynne | reviewed redline of revised mediation order | 0.10 | 990.00 | 99.00 |
| 05/05/20 | J.B. Lord | Finalize and e-file COC on 1102 order (.3); draft letter to court on same (.2) | 0.50 | 400.00 | 200.00 |
| 05/06/20 | K. A. Morales | Confer with J. Lord re: filing of 1102 Order and certification | 0.10 | 465.00 | 46.50 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | of counsel to accompany it. | | | |
| 05/06/20 | J.B. Lord | Communicate with M. Wasson at Kramer Levin re: 1102 COC and revised proposed Order. | 0.20 | 400.00 | 80.00 |
| 05/11/20 | K. A. Morales | Emails with J. Lord re: status of 1102 order with the court. | 0.10 | 465.00 | 46.50 |
| 05/12/20 | K.F. Gwynne | reviewed debtors' emergency motion to approve protective order and proposed order | 0.40 | 990.00 | 396.00 |
| 05/13/20 | K.F. Gwynne | reviewed UST objection to motion for protective order and tort claimants' committee and future claim reps joinder to motion | 0.10 | 990.00 | 99.00 |
| 05/16/20 | K.F. Gwynne | reviewed/revised draft joinder to motion for approval of protective order | 0.20 | 990.00 | 198.00 |
| 05/17/20 | J.B. Lord | Communicate with K. Morales and M. Wasson at Kramer Levin re: joinder to Debtors' motion for confidentiality stip/protective order (.2); finalize, e-file and serve same (0.3). | 0.50 | 400.00 | 200.00 |
| 05/28/20 | K. A. Morales | Emails with M. Wasson and J. Lord re: possible filing in advance of hearing on protective order. | 0.10 | 465.00 | 46.50 |
| 05/28/20 | K.F. Gwynne | reviewed insurers' objections to debtors' proposed protective order | 0.50 | 990.00 | 495.00 |
| **Totals** | | | **6.50** | | **3,555.50** |

**SUMMARY OF PROFESSIONAL SERVICES:**



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Kurt F. Gwynne | 1.30 hrs @ $ | 990.00 / hr | 1,287.00 |
| Katelin A. Morales | 2.90 hrs @ $ | 465.00 / hr | 1,348.50 |
| John B. Lord | 2.30 hrs @ $ | 400.00 / hr | 920.00 |
| **Total Professional Services** | | | **3,555.50** |

**INVOICE SUMMARY**

Total Fees                                              $        3,555.50

**TOTAL CURRENT INVOICE DUE**            $        **3,555.50**

**Total Amount Due**            $        **3,555.50**



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| Official Committee of Unsecured Creditors of Boy Scouts of America<br>c/o Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 | Invoice Number:    **3292047**<br>Invoice Date:    **6/17/2020**<br>Client Number:    **397013**<br>Matter Number:    **397013.60021** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH May 31, 2020**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/01/20 | J.B. Lord | Communicate with chambers and Kramer Levin re: Zoom logistics for 5/4 hearing. | 0.40 | 400.00 | 160.00 |
| 05/04/20 | K.F. Gwynne | Attend telephonic hearing re: retention of Sidley and Century objection thereto | 5.20 | 990.00 | 5,148.00 |
| 05/04/20 | K. A. Morales | Attend evidentiary hearing on Sidley retention application. | 8.70 | 465.00 | 4,045.50 |
| 05/06/20 | K.F. Gwynne | Attend telephonic hearing re: retention of Sidley and Century objection thereto | 3.20 | 990.00 | 3,168.00 |
| 05/12/20 | J.B. Lord | Communicate with L. Johnson in chambers re: 1102 order and retention orders. | 0.20 | 400.00 | 80.00 |
| 05/14/20 | K. A. Morales | Emails with P. Paranpuria and D. MacGreevey re: setting up AlixPartners with courtcall for court hearing on 5/18/2020. | 0.20 | 465.00 | 93.00 |
| 05/14/20 | K. A. Morales | Confer with J. Lord and S. Meixell re: setting up AlixPartners with courtcall for court hearing on 5/18/2020. | 0.20 | 465.00 | 93.00 |
| 05/18/20 | K. A. Morales | Attend omnibus hearing concerning bar date motion. | 5.00 | 465.00 | 2,325.00 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 05/27/20 | J.B. Lord | Review information and coordinate telephonic/audio appearances at 5/28 hearing per K. Morales | 0.20 | 400.00 | 80.00 |
| 05/29/20 | K. A. Morales | Prepare for and attend hearing on Protective Order. | 1.70 | 465.00 | 790.50 |
| 05/29/20 | J.B. Lord | Communicate with K. Morales and M. Wasson re: possible filing in advance of hearing. | 0.10 | 400.00 | 40.00 |
| 05/29/20 | K.F. Gwynne | Attended portion of omnibus hearing re: protective order and ruling on Sidley retention | 1.00 | 990.00 | 990.00 |
| **Totals** | | | **26.10** | | **17,013.00** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Kurt F. Gwynne | 9.40 hrs @ $ | 990.00 / hr | 9,306.00 |
| Katelin A. Morales | 15.80 hrs @ $ | 465.00 / hr | 7,347.00 |
| John B. Lord | 0.90 hrs @ $ | 400.00 / hr | 360.00 |
| **Total Professional Services** | | | **17,013.00** |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Total Fees | $ | 17,013.00 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **17,013.00** |
| **Total Amount Due** | **$** | **17,013.00** |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| Official Committee of Unsecured Creditors of Boy Scouts of America | Invoice Number: **3292056** |
| | Invoice Date: **6/17/2020** |
| c/o Reed Smith LLP | Client Number: **397013** |
| 1201 Market Street, Suite 1500 | Matter Number: **397013.60025** |
| Wilmington, DE 19801 | |

### DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH May 31, 2020

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 05/07/20 | K. A. Morales | Confer with J. Lord re: incorporating Debtors' comments to order approving Reed Smith retention application. | 0.10 | 465.00 | 46.50 |
| 05/07/20 | K. A. Morales | Emails with P. Baranpuria re: Debtors' comments to order approving Reed Smith retention application. | 0.10 | 465.00 | 46.50 |
| 05/07/20 | J.B. Lord | Communicate with K. Morales re: objection to deadline for Committee retention applications (.2); draft COC for revised order on RS Committee retention application (.5). | 0.70 | 400.00 | 280.00 |
| 05/07/20 | J.B. Lord | Draft CNOs to Kramer Levin and AlixPartners retention applications. | 0.50 | 400.00 | 200.00 |
| 05/08/20 | K. A. Morales | Confer with R. Ringer re: certificates of no objection to Kramer Levin and Alix Partners respective retention applications and revisions to Reed Smith order approving retention application. | 0.10 | 465.00 | 46.50 |
| 05/08/20 | K. A. Morales | Review and revise certificate of no objection to AlixPartners | 0.10 | 465.00 | 46.50 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | retention application. | | | |
| 05/08/20 | K. A. Morales | Emails with Kramer Levin team and Alix Partners team re: certificates of no objection to their respective retention application. | 0.30 | 465.00 | 139.50 |
| 05/08/20 | J.B. Lord | Communicate with K. Morales re: CNOs/COC for retention apps. | 0.10 | 400.00 | 40.00 |
| 05/08/20 | K. A. Morales | Emails with E. Moates (Debtors' counsel) re: revisions to order approving retention of Reed Smith addressing Debtors' comments. | 0.10 | 465.00 | 46.50 |
| 05/08/20 | K. A. Morales | Review and revise certificate of no objection to Kramer Levin retention application. | 0.10 | 465.00 | 46.50 |
| 05/08/20 | K. A. Morales | Emails with Trustee re: revisions to order approving retention of Reed Smith addressing Debtors' counsel's comments. | 0.10 | 465.00 | 46.50 |
| 05/08/20 | K. A. Morales | Review and revise order approving retention of Reed Smith per Debtors' counsel comments. | 0.30 | 465.00 | 139.50 |
| 05/08/20 | K. A. Morales | Review and revise certification of counsel to accompany order approving retention of Reed Smith addressing Debtors' counsel's comments. | 0.20 | 465.00 | 93.00 |
| 05/11/20 | K. A. Morales | Confer with J. Lord re: filing certificates of no objection to Kramer Levin's and Alix's applications for retention. | 0.10 | 465.00 | 46.50 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 05/11/20 | K. A. Morales | Confer with J. Lord re: filing certification of counsel and revised order approving Reed Smith's retention. | 0.10 | 465.00 | 46.50 |
| 05/11/20 | K. A. Morales | Emails with M. Wasson and P. Baranpuria re: filing certification of counsel and revised order approving Reed Smith's retention and filing certifications of no objection regarding Kramer Levin's and Alix's applications for retention. | 0.10 | 465.00 | 46.50 |
| 05/11/20 | J.B. Lord | Finalize and e-file CNO for Kramer Levin and AlixPartners retention applications (.3); finalize and e-file COC to RS retention application (.3); communicate with court re: CNO/COS for committee applications (.2); communicate with Kramer Levin re: same (.1) | 0.90 | 400.00 | 360.00 |
| 05/18/20 | K. A. Morales | Confer with J. Lord re: status of order approving Reed Smith retention. | 0.10 | 465.00 | 46.50 |
| 05/18/20 | J.B. Lord | Communicate with K. Morales re: status of orders on RS/Alix retention following hearing | 0.10 | 400.00 | 40.00 |
| 05/26/20 | K. A. Morales | Confer with J. Lord and K. Gwynne re: whether supplemental disclosures are necessary in response to Debtors' updates to schedules. | 0.30 | 465.00 | 139.50 |
| 05/26/20 | K. A. Morales | Confer with P. Baranpuria re: supplemental disclosures in response to Debtors' updated | 0.10 | 465.00 | 46.50 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|------------|-------------|-------|------|--------|
| | | schedules | | | |
| 05/26/20 | J.B. Lord | Communicate with K. Morales re: possible supplemental disclosures for RS retention application | 0.10 | 400.00 | 40.00 |
| **Totals** | | | **4.70** | | **2,029.50** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Katelin A. Morales | 2.30 hrs @ $ | 465.00 / hr | 1,069.50 |
| John B. Lord | 2.40 hrs @ $ | 400.00 / hr | 960.00 |
| **Total Professional Services** | | | **2,029.50** |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Total Fees | $ | 2,029.50 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **2,029.50** |
| **Total Amount Due** | **$** | **2,029.50** |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| Official Committee of Unsecured Creditors of Boy Scouts of America<br>c/o Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 | Invoice Number:  **3292066**<br>Invoice Date:  **6/17/2020**<br>Client Number:  **397013**<br>Matter Number:  **397013.60026** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH May 31, 2020**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/01/20 | K. A. Morales | Review Century's motion to seal certain exhibits to its objection to Sidley Austin's retention application and trustee's objection to such motion. | 1.00 | 465.00 | 465.00 |
| 05/01/20 | K. A. Morales | Review objection to Debtor retention application and Sidley Austin's answer to such objection | 1.10 | 465.00 | 511.50 |
| **Totals** | | | **2.10** | | **976.50** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Katelin A. Morales | 2.10 hrs @ $ | 465.00 / hr | 976.50 |
| **Total Professional Services** | | | **976.50** |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Total Fees | $ | 976.50 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **976.50** |
| **Total Amount Due** | **$** | **976.50** |