# EXHIBIT C

**EXPENSE SUMMARY**

| Expense Category | Service Provider (if applicable) | Amount |
|---|---|---|
| Court Fees | CourtCall | $410.25 |
| Outside Duplicating (includes mail and related service charges) | DLS Discovery | $692.30 |
| TOTAL: | | $1,102.55 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/26/20 | J.B. Lord | Complete service of 1102 order and Committee retention app order with vendor (.1); draft and e-mail COS for service of same (.3). | 0.40 | 400.00 | 160.00 |
| 05/29/20 | J.B. Lord | E-mail to Omni re: status of service issue and request. | 0.30 | 400.00 | 120.00 |
| 05/29/20 | K. A. Morales | Draft email to Kramer Levin team re: Trustee's request concerning 341 meeting. | 0.20 | 465.00 | 93.00 |
| 05/29/20 | J.B. Lord | Communicate with claims agent re: service issue | 0.10 | 400.00 | 40.00 |
| **Totals** | | | **3.50** | | **1,767.00** |

### SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Kurt F. Gwynne | 0.60 hrs @ $ | 990.00 / hr | 594.00 |
| Katelin A. Morales | 0.20 hrs @ $ | 465.00 / hr | 93.00 |
| John B. Lord | 2.70 hrs @ $ | 400.00 / hr | 1,080.00 |
| **Total Professional Services** | | | **1,767.00** |

### DISBURSEMENTS AND OTHER CHARGES

| Date | Description | Amount |
|---|---|---|
| 04/20/2020 | Elizabeth A. Russell - Court - Other - VENDOR: Elizabeth A. Russell, Apr 20, 2020, Court Call for Katelin Morales | 85.50 |
| 04/28/2020 | DLS DISCOVERY - COURIER SERVICE - OUTSIDE 68 printed pages 64 scans 1 pdf emailed to client | 37.80 |
| 05/06/2020 | Elizabeth A. Russell - Court - Other - VENDOR: Elizabeth A. Russell, May 06, 2020, Court Call for Katelin Morales | 27.75 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Description | Amount |
|---|---|---|
| 05/08/2020 | DLS DISCOVERY - COURIER SERVICE - OUTSIDE Mail Job | 58.25 |
| 05/08/2020 | DLS DISCOVERY - COURIER SERVICE - OUTSIDE 4,770 Copies 3 Printing on Label Stock 1 Mail Job (Retention apps, 4/23/20) | 596.25 |
| 05/11/2020 | Elizabeth A. Russell - Court - Other - VENDOR: Elizabeth A. Russell, May 11, 2020, Court Call for Katelin Morales | 190.50 |
| 05/26/2020 | Elizabeth A. Russell - Court - Other - VENDOR: Elizabeth A. Russell, May 26, 2020, Court Call fee for Katelin Morales | 106.50 |
| | **Total Expenses and Other Charges** | **1,102.55** |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Total Fees | $ | 1,767.00 |
| Total Expenses and Other Charges | $ | 1,102.55 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **2,869.55** |
| **Total Amount Due** | **$** | **2,869.55** |