**ALIXPARTNERS, LLP**

**Exhibit A**

**Detailed Description of Fees, Hours and Descriptions by Matter Category**

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2125737-1 |
|---|---|
| Re: | Planning, Coordination, and Case Management |
| Client/Matter # | 013446.00101 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/01/20 | SW | Participate in meeting with D. MacGreevey, K. McGlynn and J. Dutton (all AlixPartners) re: BSA workstream review | 0.30 |
| 05/01/20 | DM | Participate in meeting with K. McGlynn, John Dutton and S. Weiner (both AlixPartners) re: BSA workstream review | 0.30 |
| 05/01/20 | KM | Participate in conference call with D. MacGreevey, J. Dutton and S. Weiner (all AlixPartners) re: planning and coordination | 0.30 |
| 05/01/20 | JD | Participate in meeting with D. MacGreevey, K. McGlynn and S. Weiner (both AlixPartners) re: BSA workstream review | 0.30 |
| 05/05/20 | RC | Call with L. Hill (AlixPartners) to discuss next steps re: investigation work streams after call with counsel. | 0.40 |
| 05/05/20 | RC | Review BSA diligence request tracker and prepare outline for introduction call with Kramer Levin litigation team | 0.40 |
| 05/05/20 | RC | Follow-up call with K. McGlynn (AlixPartners) to discuss investigation work streams and next steps | 0.30 |
| 05/05/20 | LH | Call with R. Collura (AlixPartners) to discuss next steps re: investigation work streams after call with counsel. | 0.40 |
| 05/06/20 | LH | Call with R. Collura (AlixPartners) re: call with A&M and next steps | 0.80 |
| 05/06/20 | RC | Follow-up call with L. Hill (AlixPartners) regarding introductory call w/A&M and related next steps | 0.80 |
| 05/07/20 | RC | Call with L. Hill (AlixPartners) to review and discuss additional diligence requests and next steps | 0.60 |
| 05/07/20 | LH | Call with R. Collura (AlixPartners) to review and discuss additional diligence requests and next steps | 0.60 |
| 05/07/20 | LH | Review and updates to diligence request list | 2.40 |
| 05/07/20 | KM | Call with R. Collura (AlixPartners) post call with BRG to discuss next steps | 0.50 |
| 05/08/20 | KM | Participate in meeting with J. Dutton, S. Weiner (both AlixPartners) re: BSA workstream review | 0.30 |
| 05/08/20 | JD | Participate in meeting with K. McGlynn and S. Weiner (both AlixPartners) re: BSA workstream review | 0.30 |
| 05/08/20 | SW | Participate in meeting with K. McGlynn and J. Dutton | 0.30 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2125737-1 |
| --- | --- |
| Re: | Planning, Coordination, and Case Management |
| Client/Matter # | 013446.00101 |

| Date | Consultant | Description of Services | Hours |
| --- | --- | --- | --- |
| | | (both AlixPartners) re: BSA workstream review | |
| 05/11/20 | JD | Map status of workstreams underway and case priorities | 1.20 |
| 05/11/20 | LMB | Review court docket | 0.20 |
| 05/13/20 | KM | Participate in meeting with D. MacGreevey, J. Dutton and S. Weiner (all AlixPartners) re: BSA workstream review | 0.30 |
| 05/13/20 | SW | Participate in meeting with D. MacGreevey, K. McGlynn, and J. Dutton (both AlixPartners) re: BSA workstream review | 0.30 |
| 05/13/20 | JD | Participate in meeting with K. McGlynn, J. Dutton, and S. Weiner (both AlixPartners) re: BSA workstream review | 0.30 |
| 05/13/20 | DM | Participate in meeting with K. McGlynn, J. Dutton and S. Weiner (all AlixPartners) re: BSA workstream review | 0.30 |
| 05/15/20 | DM | Participate in conference call with D. MacGreevey, K. McGlynn and S. Weiner (all AlixPartners) re: planning and coordination | 0.30 |
| 05/15/20 | SW | Participate in meeting with D. MacGreevey, D. Kothari and K. McGlynn (all AlixPartners) re: BSA workstream review | 0.30 |
| 05/15/20 | KM | Participate in meeting with D. MacGreevey, D. Kothari and S. Weiner (all AlixPartners) re: BSA workstream review | 0.30 |
| 05/15/20 | DAK | Participate in conference call with D. MacGreevey, K. McGlynn and S. Weiner (all AlixPartners) re: planning and coordination | 0.30 |
| 05/19/20 | RC | Review and update outline of investigation related work streams based on initial review of data room information | 0.70 |
| 05/21/20 | KM | Telephone call with D. MacGreevey (AlixPartners) re: BSA workstream review | 0.30 |
| 05/21/20 | DM | Telephone call with K. McGlynn (AlixPartners) re: BSA workstream review | 0.30 |
| 05/29/20 | DM | Participate in conference call with K. McGlynn, J. Dutton, S. Weiner and D. Kothari (all AlixPartners) re: planning and coordination | 0.40 |
| 05/29/20 | DAK | Participate in conference call with D. MacGreevey, K. McGlynn, S. Weiner and J. Dutton (all AlixPartners) re: | 0.40 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2125737-1 |
|---|---|
| Re: | Planning, Coordination, and Case Management |
| Client/Matter # | 013446.00101 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | Committee presentation | |
| 05/29/20 | KM | Participate in conference call with D. MacGreevey, J. Dutton, S. Weiner and D. Kothari (all AlixPartners) re: planning and coordination | 0.40 |
| 05/29/20 | SW | Participate in meeting with D. MacGreevey, K. McGlynn, D. Kothari and J. Dutton (both AlixPartners) re: BSA workstream review | 0.40 |
| 05/29/20 | JD | Participate in conference call with D. MacGreevey, K. McGlynn, S. Weiner and D. Kothari (all AlixPartners) re: Committee presentation | 0.40 |
| | | **Total** | **16.40** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2125737-1 |
| Re: | Planning, Coordination, and Case Management |
| Client/Matter # | 013446.00101 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Lisa Marie Bonito | 0.20 | 450.00 | 90.00 |
| Divyani A Kothari | 0.70 | 515.00 | 360.50 |
| Scott Weiner | 1.60 | 645.00 | 1,032.00 |
| Loring Hill | 4.20 | 645.00 | 2,709.00 |
| Jon Dutton | 2.50 | 690.00 | 1,725.00 |
| Kathryn McGlynn | 2.40 | 1,025.00 | 2,460.00 |
| David MacGreevey | 1.60 | 1,090.00 | 1,744.00 |
| Richard Collura | 3.20 | 1,090.00 | 3,488.00 |
| **Total Hours & Fees** | **16.40** | | **13,608.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2125737-1 |
|---|---|
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/01/20 | KM | Review Debtors' first monthly operating report and begin preparations of overview presentation for the Committee | 1.50 |
| 05/01/20 | JD | Develop weekly update deck including liquidity update for week ending April 24th | 2.10 |
| 05/04/20 | JD | Develop and update Committee slides and analysis re: AP aging, AR aging, and MOR analysis | 1.40 |
| 05/04/20 | JD | Develop and update Committee slides re: MOR statement of operations and balance sheet | 1.80 |
| 05/04/20 | JD | Finalize UCC update deck and emails with AlixPartners team | 1.20 |
| 05/04/20 | JD | Revise UCC update deck with AlixPartners comments | 0.50 |
| 05/04/20 | JD | Revise UCC update deck with Kramer Levin comments | 0.40 |
| 05/05/20 | JD | Review emails from Kramer Levin re: Committee update and hearings | 0.50 |
| 05/05/20 | JD | Review emails from Kramer Levin re: Committee update, protective order, bar date, and MOR | 0.80 |
| 05/05/20 | LH | Call with R. Collura, D. MacGreevey, K. McGlynn (all AlixPartners), N. Hamerman, Z. Essner (both Kramer Levin) re: forensic accounting and investigation workstreams | 0.60 |
| 05/05/20 | RC | Call with R. Collura, D. MacGreevey, K. McGlynn, L. Hill (AlixPartners), R. Ringer, N. Hamerman, P. Baranpuria and Z. Essner (Kramer Levin) to discuss investigation planning, status and next steps | 0.60 |
| 05/05/20 | KM | Review update from Counsel re: Sidley retention hearing | 0.60 |
| 05/05/20 | KM | Call with R. Collura, D. MacGreevey, L. Hill (all AlixPartners), N. Hamerman, Z. Essner (both Kramer Levin) re: forensic accounting and investigation workstreams | 0.60 |
| 05/05/20 | KM | Follow-up call with R. Collura (AlixPartners) to discuss investigation work streams and next steps | 0.60 |
| 05/05/20 | DM | Attend conference call with R. Ringer, J. Sharett (Kramer Levin) and K. Morales (Reed Smith) re: BSA professionals coordination | 0.60 |
| 05/05/20 | DM | Review draft BSA UCC deck re: March MOR | 0.40 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2125737-1 |
|---|---|
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/05/20 | DM | Call with R. Collura, K. McGlynn, L. Hill (all AlixPartners), N. Hamerman, Z. Essner (both Kramer Levin) re: forensic accounting and investigation workstreams | 0.80 |
| 05/07/20 | DM | Participate in conference call with the BSA Committee, K. McGlynn, J. Dutton, S. Weiner, D. Kothari (all AlixPartners), T. Mayer, A. Rogoff, R. Ringer, J. Sharret, P. Baranpuria and M. Wasson (all Kramer Levin) re: weekly update call | 0.90 |
| 05/07/20 | DAK | Participate in conference call with the BSA Committee, D. MacGreevey, K. McGlynn, J. Dutton, S. Weiner (all AlixPartners), T. Mayer, A. Rogoff, R. Ringer, J. Sharret, P. Baranpuria and M. Wasson (all Kramer Levin) re: weekly update call | 0.90 |
| 05/07/20 | DAK | Participate in conference call with D. MacGreevey, K. McGlynn (both AlixPartners), T. Mayer, R. Ringer and M. Wasson (all Kramer Levin) re: Restoration Plan | 1.00 |
| 05/07/20 | SW | Participate in conference call with the BSA Committee with D. MacGreevey, K. McGlynn, J. Dutton, D. Kothari (all AlixPartners), T. Mayer, A. Rogoff, R. Ringer, J. Sharret, P. Baranpuria and M. Wasson (all Kramer Levin) re: weekly update call | 0.90 |
| 05/07/20 | KM | Prepare for weekly Committee presentation | 0.80 |
| 05/07/20 | KM | Listen to call with D. MacGreevey, D. Kothari (both AlixPartners), T. Mayer, R. Ringer and M. Wasson (all Kramer Levin) re: Restoration Plan | 1.00 |
| 05/07/20 | KM | Participate in conference call with the BSA Committee, D. MacGreevey, J. Dutton, S. Weiner, D. Kothari (all AlixPartners), T. Mayer, A. Rogoff, R. Ringer, J. Sharret, P. Baranpuria and M. Wasson (all Kramer Levin) re: weekly update call | 0.90 |
| 05/07/20 | DM | Participate in conference call with K. McGlynn, D. Kothari (both AlixPartners), T. Mayer, R. Ringer and M. Wasson (all Kramer Levin) re: Restoration Plan | 1.00 |
| 05/07/20 | JD | Participate in conference call with the BSA Committee, D. MacGreevey, K. McGlynn, S. Weiner and D. Kothari (all AlixPartners), T. Mayer, A. Rogoff, R. Ringer, J. Sharret, P. Baranpuria and M. Wasson (all Kramer Levin) re: | 0.90 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

Invoice #          2125737-1

Re:                Mtgs and Communications with UCC & Professionals
Client/Matter #    013446.00102

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | weekly update call | |
| 05/07/20 | JD | Create revised UCC update deck of liquidity position and commentary | 1.50 |
| 05/11/20 | JD | Participate in conference call with the BSA Committee, D. MacGreevey, R. Collura, K. McGlynn, S. Weiner, D. Kothari (all AlixPartners), T. Mayer, A. Rogoff, R. Ringer, J. Sharret, P. Baranpuria and M. Wasson (all Kramer Levin) re: weekly update call | 0.60 |
| 05/11/20 | SW | Participate in conference call with the BSA Committee, D. MacGreevey, K. McGlynn, R. Collura, J. Dutton, D. Kothari (all AlixPartners), T. Mayer, A. Rogoff, R. Ringer, J. Sharret, P. Baranpuria and M. Wasson (all Kramer Levin) re: weekly update call | 0.60 |
| 05/11/20 | RC | Participate in conference call with the BSA Committee, D. MacGreevey, K. McGlynn, J. Dutton, S. Weiner, D. Kothari (all AlixPartners), T. Mayer, A. Rogoff, R. Ringer, J. Sharret, P. Baranpuria and M. Wasson (all Kramer Levin) re: weekly update call | 0.60 |
| 05/11/20 | RC | Review status update from counsel re: protective order status and agenda items for call with the UCC | 0.20 |
| 05/11/20 | DAK | Participate in conference call with the BSA Committee, D. MacGreevey, R. Collura, K. McGlynn, J. Dutton, S. Weiner (all AlixPartners), T. Mayer, A. Rogoff, R. Ringer, J. Sharret, P. Baranpuria and M. Wasson (all Kramer Levin) re: weekly update call | 0.60 |
| 05/11/20 | KM | Participate in conference call with the BSA Committee, D. MacGreevey, R. Collura, J. Dutton, S. Weiner, D. Kothari (all AlixPartners), T. Mayer, A. Rogoff, R. Ringer, J. Sharret, P. Baranpuria and M. Wasson (all Kramer Levin) re: weekly update call | 0.60 |
| 05/11/20 | KM | Participate in conference call with D. MacGreevey, J. Dutton, S. Weiner and D. Kothari (all AlixPartners), A. Rogoff, T. Mayer, R. Ringer and M. Wasson (all Kramer Levin) re: case management | 0.40 |
| 05/11/20 | DM | Participate in conference call with K. McGlynn, J. Dutton, S. Weiner, D. Kothari (all AlixPartners), A. Rogoff, T. Mayer, R. Ringer and M. Wasson (all Kramer Levin) re: | 0.40 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

Invoice #            2125737-1

Re:                  Mtgs and Communications with UCC & Professionals
Client/Matter #      013446.00102

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | case management | |
| 05/11/20 | DM | Participate in conference call with the BSA Committee, R. Collura, K. McGlynn, J. Dutton, D. Kothari, S. Weiner (all AlixPartners), T. Mayer, A. Rogoff, R. Ringer, J. Sharret, P. Baranpuria and M. Wasson (all Kramer Levin) re: weekly update call | 0.60 |
| 05/11/20 | DAK | Participate in conference call with D. MacGreevey, K. McGlynn, J. Dutton, S. Weiner (all AlixPartners), A. Rogoff, T. Mayer, R. Ringer and M. Wasson (all Kramer Levin) re: case management | 0.40 |
| 05/11/20 | JD | Participate in conference call with D. MacGreevey, K. McGlynn S. Weiner and D. Kothari (all AlixPartners), A. Rogoff, T. Mayer, R. Ringer and M. Wasson (all Kramer Levin) re: case management | 0.40 |
| 05/11/20 | SW | Participate in conference call with D. MacGreevey, K. McGlynn, J. Dutton and D. Kothari (all AlixPartners), A. Rogoff, T. Mayer, R. Ringer and M. Wasson (all Kramer Levin) re: case management | 0.40 |
| 05/11/20 | JD | Review materials and prepare for UCC update meeting | 0.70 |
| 05/12/20 | JD | Emails from Kramer Levin team re: Committee update and protective order | 0.60 |
| 05/12/20 | RC | Review status update from counsel regarding the TCC's bar date objection | 0.10 |
| 05/13/20 | RC | Call with N. Hamerman(Kramer Levin) to discuss available discovery and next steps for investigation | 0.60 |
| 05/14/20 | RC | Call with L. Hill and K. Shibuya (both AlixPartners) to discuss status update on diligence review and additional analyses to perform | 1.90 |
| 05/14/20 | KS | Draft report regarding preliminary investigation update | 1.60 |
| 05/14/20 | LH | Call with R. Collura and K. Shibuya (both AlixPartners) re: a preliminary investigation status update report | 1.90 |
| 05/14/20 | KS | Call with R. Collura and L. Hill (both AlixPartners) re: a preliminary investigation status update report | 1.90 |
| 05/15/20 | LH | Update investigation presentation | 2.50 |
| 05/15/20 | LH | Review and process edits to investigation presentation | 1.50 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2125737-1 |
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/15/20 | KS | Draft a report regarding preliminary investigation update | 2.30 |
| 05/19/20 | DM | Participate in weekly professionals call with R. Collura, K. McGlynn, J. Dutton, S. Weiner (all AlixPartners), T. Mayer, R. Ringer and M. Wasson (all Kramer Levin)) to prepare for call with Committee members | 0.60 |
| 05/19/20 | JD | Participate in conference call with the BSA Committee, D. MacGreevey, K. McGlynn, J. Dutton, S. Weiner, D. Kothari (all AlixPartners), T. Mayer, A. Rogoff, R. Ringer, J. Sharret, P. Baranpuria and M. Wasson (all Kramer Levin) re: weekly update call | 0.50 |
| 05/19/20 | JD | Review materials to prepare for UCC meeting | 0.40 |
| 05/19/20 | RC | Participate in weekly professionals call with D. MacGreevey, K. McGlynn, J. Dutton, S. Weiner (all AlixPartners), T. Mayer, R. Ringer and M. Wasson (all Kramer Levin) re: case management | 0.60 |
| 05/19/20 | KM | Participate in conference call with the BSA Committee, D. MacGreevey, J. Dutton, S. Weiner, D. Kothari (all AlixPartners), T. Mayer, A. Rogoff, R. Ringer, J. Sharret, P. Baranpuria and M. Wasson (all Kramer Levin) re: weekly update call | 0.50 |
| 05/19/20 | KM | Participate in conference call with D. MacGreevey, R. Collura, J. Dutton, S. Weiner (all AlixPartners), A. Rogoff, T. Mayer, R. Ringer and M. Wasson (all Kramer Levin) re: case management | 0.60 |
| 05/19/20 | SW | Participate in conference call with the BSA Committee with D. MacGreevey, K. McGlynn, J. Dutton, and D. Kothari (all AlixPartners) and T. Mayer, A. Rogoff, R. Ringer, J. Sharret, P. Baranpuria and M. Wasson (all Kramer Levin) re: weekly update call | 0.50 |
| 05/19/20 | SW | Participate in conference call with D. MacGreevey, R. Collura, K. McGlynn, J. Dutton (all AlixPartners), A. Rogoff, T. Mayer, R. Ringer and M. Wasson (all Kramer Levin) re: case management | 0.60 |
| 05/19/20 | DAK | Participate in conference call with the BSA Committee, D. MacGreevey, K. McGlynn, J. Dutton and S. Weiner (all AlixPartners), T. Mayer, A. Rogoff, R. Ringer, J. Sharret, P. Baranpuria and M. Wasson (all Kramer Levin) re: | 0.50 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2125737-1 |
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | weekly update call | |
| 05/20/20 | KM | Review and revise March 2020 fee application | 1.40 |
| 05/20/20 | LH | Review and comment on updates to presentation | 2.10 |
| 05/21/20 | KS | Draft report regarding the preliminary investigation update | 1.30 |
| 05/22/20 | KS | Draft report regarding preliminary investigation update | 2.70 |
| 05/25/20 | JD | Review Kramer Levin Committee update and materials re: lift stay and protective order | 1.20 |
| 05/26/20 | DM | Emails with attachments with R. Ringer (Kramer Levin) re: BSA local council assets | 0.40 |
| 05/26/20 | JD | Participate in conference call with D. MacGreevey, K. McGlynn, S. Weiner (all AlixPartners), T. Mayer, R. Ringer and M. Wasson (all Kramer Levin) re: case management | 0.50 |
| 05/26/20 | JD | Participate in conference call with the BSA Committee, D. MacGreevey, K. McGlynn, S. Weiner (all AlixPartners), T. Mayer, A. Rogoff, R. Ringer, J. Sharret, P. Baranpuria and M. Wasson (all Kramer Levin) re: weekly update call | 0.80 |
| 05/26/20 | DM | Telephone call with R. Ringer (Kramer Levin) re: BSA local council assets | 0.20 |
| 05/26/20 | DM | Participate in conference call with K. McGlynn, J. Dutton, S. Weiner (all AlixPartners), T. Mayer, R. Ringer and M. Wasson (all Kramer Levin) re: case management | 0.50 |
| 05/26/20 | DM | Participate in conference call with the BSA Committee, K. McGlynn, J. Dutton, S. Weiner (all AlixPartners), T. Mayer, A. Rogoff, R. Ringer, J. Sharret, P. Baranpuria and M. Wasson (all Kramer Levin) re: weekly update call | 0.80 |
| 05/26/20 | KM | Participate in conference call with D. MacGreevey, J. Dutton, S. Weiner (all AlixPartners), T. Mayer, R. Ringer and M. Wasson (all Kramer Levin) re: case management | 0.50 |
| 05/26/20 | KM | Participate in conference call with the BSA Committee, D. MacGreevey, J. Dutton, S. Weiner (all AlixPartners), T. Mayer, A. Rogoff, R. Ringer, J. Sharret, P. Baranpuria and M. Wasson (all Kramer Levin) re: weekly update call | 0.80 |
| 05/26/20 | SW | Participate in conference call with D. MacGreevey, K. McGlynn, S. Weiner (all AlixPartners), T. Mayer, R. Ringer and M. Wasson (all Kramer Levin) re: case management | 0.50 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2125737-1 |
|---|---|
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/26/20 | SW | Participate in conference call with the BSA Committee, D. MacGreevey, K. McGlynn, J. Dutton (all AlixPartners), T. Mayer, A. Rogoff, R. Ringer, J. Sharret, P. Baranpuria and M. Wasson (all Kramer Levin) re: weekly update call | 0.80 |
| 05/27/20 | LH | Update claims investigation presentation | 1.50 |
| 05/27/20 | JD | Emails with Kramer Levin re: BSA committee update | 0.40 |
| 05/27/20 | KS | Update report regarding preliminary investigation update | 1.30 |
| 05/27/20 | KS | Update report regarding preliminary investigation update | 2.70 |
| 05/28/20 | RC | Call with L. Hill and K. Shibuya (both AlixPartners) re: updates to the preliminary investigation materials and discuss next steps | 2.30 |
| 05/28/20 | KS | Call with R. Collura and L. Hill (both AlixPartners) re: updates to the preliminary investigation materials and discuss next steps | 2.30 |
| 05/28/20 | KS | Update the preliminary investigation materials | 1.20 |
| 05/28/20 | JD | Analyze emails with Kramer Levin and attachments re: BSA Committee update and mediation order declarations | 1.60 |
| 05/28/20 | LH | Call with R. Collura and K. Shibuya (both AlixPartners) re: updates to the preliminary investigation materials and discuss next steps | 2.30 |
| 05/28/20 | LH | Review and comment on claims investigation deck | 1.80 |
| 05/29/20 | LH | Update and prepare claims summary presentation for distribution to Counsel | 3.40 |
| 05/29/20 | SW | Continue to process updates to 2020 monthly plan for UCC presentation | 1.30 |
| 05/29/20 | JD | Revise Committee update deck slides and finalize presentation to UCC | 1.80 |
| 05/29/20 | JD | Emails with AlixPartners team re: A&M weekly call recap | 0.40 |
| 05/29/20 | JD | Develop revised liquidity update deck overview and outline | 1.20 |
| 05/29/20 | RC | Review BSA's financial information and provide comments regarding additional analyses to be performed | 1.30 |
| | | **Total** | **92.30** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2125737-1 |
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Divyani A Kothari | 3.40 | 515.00 | 1,751.00 |
| Scott Weiner | 5.60 | 645.00 | 3,612.00 |
| Loring Hill | 17.60 | 645.00 | 11,352.00 |
| Kyoko Shibuya | 17.30 | 645.00 | 11,158.50 |
| Jon Dutton | 22.20 | 690.00 | 15,318.00 |
| Kathryn McGlynn | 10.80 | 1,025.00 | 11,070.00 |
| David MacGreevey | 7.20 | 1,090.00 | 7,848.00 |
| Richard Collura | 8.20 | 1,090.00 | 8,938.00 |
| **Total Hours & Fees** | **92.30** | | **71,047.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2125737-1 |
| Re: | Mtgs and Communications with Mgmt & Debtors' Professionals |
| Client/Matter # | 013446.00103 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/01/20 | JD | Emails with A&M and analysis re: scholarship/grant disbursements and claims payments | 0.50 |
| 05/06/20 | RC | Review financial information and prepare outline for call with A&M | 1.10 |
| 05/06/20 | RC | Call with L. Hill (AlixPartners), B. Whittman, C. Binggeli and R. Walsh (all A&M) re: investigation related diligence requests | 0.80 |
| 05/06/20 | LH | Prepare for call with A&M | 1.40 |
| 05/06/20 | LH | Call with C. Binggeli, B. Whittman, R. Walsh (all A&M), and L. Hill (all AlixPartners) re: diligence requests | 0.80 |
| 05/08/20 | SW | Participate in conference call with B. Whittman, R. Walsh, E. Covington (all A&M), K. McGlynn, J. Dutton (all AlixPartners) re: weekly liquidity update | 0.40 |
| 05/08/20 | KM | Participate in conference call with B. Whittman, R. Walsh, E. Covington (all A&M), J. Dutton and S. Weiner  (all AlixPartners) re: weekly liquidity update | 0.40 |
| 05/08/20 | JD | Participate in conference call with B. Whittman, R. Walsh, E. Covington (all A&M), K. McGlynn and S. Weiner (both AlixPartners) re: weekly liquidity update | 0.40 |
| 05/08/20 | JD | Analyze materials and prepare for discussion with A&M re: weekly update | 0.50 |
| 05/15/20 | KM | Participate in conference call with B. Whittman, R. Walsh, E. Covington (all A&M), D. MacGreevey, J. Dutton, S. Weiner and D. Kothari (all AlixPartners) re: weekly liquidity update | 0.40 |
| 05/15/20 | SW | Participate in conference call with B. Whittman, R. Walsh, E. Covington (all A&M), D. MacGreevey, K. McGlynn, J. Dutton and D. Kothari (all AlixPartners) re: weekly liquidity update | 0.40 |
| 05/15/20 | DAK | Participate in conference call with B. Whittman, R. Walsh, E. Covington (all A&M), D. MacGreevey, K. McGlynn, J. Dutton and S. Weiner (all AlixPartners) re: weekly liquidity update | 0.40 |
| 05/15/20 | JD | Participate in conference call with B. Whittman, R. Walsh, E. Covington (all A&M), D. MacGreevey, K. McGlynn, S. Weiner and D. Kothari (all AlixPartners) re: weekly | 0.40 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

Invoice #            2125737-1

Re:                  Mtgs and Communications with Mgmt & Debtors' Professionals
Client/Matter #      013446.00103

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | liquidity update | |
| 05/15/20 | DM | Participate in conference call with B. Whittman, R. Walsh, E. Covington (all A&M), K. McGlynn, D. Kothari, J. Dutton, S. Weiner and D. Kothari (all AlixPartners) re: weekly liquidity update | 0.40 |
| 05/26/20 | DM | Telephone call with B. Whittman (A&M) re: BSA local council assets | 0.50 |
| 05/29/20 | JD | Conference call with R. Walsh and C.Bagenni (both A&M) re: BSA weekly case update | 0.20 |
| | | **Total** | **9.00** |

909 Third Avenue      **T** 212.490.2500
New York, NY 10022    **F** 212.490.1344
                      **alixpartners.com**

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2125737-1 |
| Re: | Mtgs and Communications with Mgmt & Debtors' Professionals |
| Client/Matter # | 013446.00103 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Divyani A Kothari | 0.40 | 515.00 | 206.00 |
| Scott Weiner | 0.80 | 645.00 | 516.00 |
| Loring Hill | 2.20 | 645.00 | 1,419.00 |
| Jon Dutton | 2.00 | 690.00 | 1,380.00 |
| Kathryn McGlynn | 0.80 | 1,025.00 | 820.00 |
| David MacGreevey | 0.90 | 1,090.00 | 981.00 |
| Richard Collura | 1.90 | 1,090.00 | 2,071.00 |
| **Total Hours & Fees** | **9.00** | | **7,393.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2125737-1 | |
| Re: | Mtgs and Communications with Tort Committee | |
| Client/Matter # | 013446.00105 | |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/07/20 | JD | Emails with TCC re: contact list and communications | 0.40 |
| 05/07/20 | KM | Call with D. MacGreevey, R. Collura (both AlixPartners), M. Babcock and P.Shields (both BRG) to discuss case status and next steps | 0.80 |
| 05/07/20 | DM | Call with R. Collura, K. McGlynn (both AlixPartners), M. Babcock and P.Shields (both BRG) to discuss case status and next steps | 0.50 |
| 05/07/20 | RC | Call with D. MacGreevey, K. McGlynn (both AlixPartners), M. Babcock and P.Shields (both BRG) to discuss case status and next steps | 0.80 |
| | | **Total** | **2.50** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2125737-1 |
| Re: | Mtgs and Communications with Tort Committee |
| Client/Matter # | 013446.00105 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Jon Dutton | 0.40 | 690.00 | 276.00 |
| Kathryn McGlynn | 0.80 | 1,025.00 | 820.00 |
| David MacGreevey | 0.50 | 1,090.00 | 545.00 |
| Richard Collura | 0.80 | 1,090.00 | 872.00 |
| **Total Hours & Fees** | **2.50** | | **2,513.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2125737-1 |
|---|---|
| Re: | Analysis of Liquidity and Cash Management |
| Client/Matter # | 013446.00107 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/01/20 | KM | Review and analyze Debtors' weekly liquidity update | 1.00 |
| 05/01/20 | JD | Develop weekly liquidity update charts and graphics from latest variance | 1.60 |
| 05/05/20 | JD | Analyze Debtor presentation and cash flows to map changes in unrestricted assets and liquidity | 1.80 |
| 05/07/20 | DM | Review BSA cash variance for week ended May 1st | 0.40 |
| 05/07/20 | JD | Analyze cash flow actuals from week ending 5/1 and develop tables for UCC update deck and questions for A&M | 1.60 |
| 05/08/20 | JD | Analyze restricted receipts for week ended May 1st | 0.30 |
| 05/08/20 | JD | Analyze latest cash flow variance summary and essential vendor status to update charts for UCC update deck | 1.80 |
| 05/08/20 | JD | Develop revised UCC liquidity variance and status update deck | 2.40 |
| 05/08/20 | SW | Review weekly cash flow variance report and derive questions for Debtors' advisor | 0.50 |
| 05/08/20 | KM | Review and analyze Debtors' weekly liquidity updates | 0.80 |
| 05/15/20 | SW | Review weekly variance report and derive question list for Debtors' advisor | 0.60 |
| 05/15/20 | DAK | Review weekly cash flow report and prepare questions for the call with Debtors advisors | 0.40 |
| 05/15/20 | JD | Analyze BSA cash flow variance and prepare questions for meeting with A&M | 0.50 |
| 05/15/20 | DM | Review BSA cash variance | 0.40 |
| 05/19/20 | DM | Review revised BSA cash budget | 0.50 |
| 05/19/20 | JD | Analyze updated 13-week forecast from A&M and emails re: BSA status | 1.80 |
| 05/19/20 | JD | Develop question for A&M on 13-week forecast from A&M and key variances | 0.50 |
| 05/20/20 | JD | Analyze BSA 2021 cash flows and unrestricted liquidity forecast along with prior cash flow presentation | 1.40 |
| 05/21/20 | JD | Review emails and analysis from BSA re: cash flow variances and vendor payments and develop questions for meeting with A&M | 0.80 |

909 Third Avenue
New York, NY 10022

**T** 212.490.2500
**F** 212.490.1344
**alixpartners.com**

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2125737-1 |
|---|---|
| Re: | Analysis of Liquidity and Cash Management |
| Client/Matter # | 013446.00107 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/22/20 | JD | Review A/R receipts, local council receipts, and intercompany transaction reporting files | 0.60 |
| 05/22/20 | DM | Review BSA cash variance week ended May 15th | 0.40 |
| 05/28/20 | JD | Analyze cash flow variance analysis and vendor order payments matrix re: week ending 5/22/20 | 0.40 |
| 05/29/20 | JD | Develop exhibits for 13-week cash flow forecasts and variances exhibits | 2.50 |
| 05/29/20 | JD | Develop exhibits for monthly cash flow forecasts and variances exhibits and slides | 2.00 |
| 05/29/20 | DM | Review BSA cash variance week ended May 22nd | 0.40 |
| 05/29/20 | DM | Review BSA cash variance week ended May 22nd | 0.40 |
| 05/30/20 | DAK | Prepare slides for the cash flow update presentation re: revised 13- week budget and variance analysis | 1.00 |
| | | **Total** | **26.80** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2125737-1 |
| Re: | Analysis of Liquidity and Cash Management |
| Client/Matter # | 013446.00107 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Divyani A Kothari | 1.40 | 515.00 | 721.00 |
| Scott Weiner | 1.10 | 645.00 | 709.50 |
| Jon Dutton | 20.00 | 690.00 | 13,800.00 |
| Kathryn McGlynn | 1.80 | 1,025.00 | 1,845.00 |
| David MacGreevey | 2.50 | 1,090.00 | 2,725.00 |
| **Total Hours & Fees** | **26.80** | | **19,800.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2125737-1 |
| Re: | Business and Strategic Plan Analysis |
| Client/Matter # | 013446.00109 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/01/20 | SW | Complete review of preliminary 2020-2021 cash flow and business plan presentation | 0.90 |
| 05/01/20 | SW | Review weekly cash flow variance reports and derive question list for call with Debtors' advisor | 0.70 |
| 05/11/20 | JD | Develop charts and slides for deck of bridge from initial, revised, and placeholder for updated business plan from Debtors | 2.40 |
| 05/28/20 | SW | Process updates to 2020 monthly plan for UCC presentation | 2.40 |
| 05/30/20 | SW | Complete updates to 2020 monthly plan for UCC presentation | 1.10 |
| | | **Total** | **7.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2125737-1 |
| Re: | Business and Strategic Plan Analysis |
| Client/Matter # | 013446.00109 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Scott Weiner | 5.10 | 645.00 | 3,289.50 |
| Jon Dutton | 2.40 | 690.00 | 1,656.00 |
| **Total Hours & Fees** | **7.50** | | **4,945.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2125737-1 | |
| Re: | Employee Compensation and Advisor Retention Matters | |
| Client/Matter # | 013446.00111 | |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/04/20 | JD | Emails with Kramer Levin and review documents re: Sidley retention | 0.40 |
| 05/06/20 | JD | Review BSA committee update from Kramer Levin and recap of hearing on Sidley retention | 0.50 |
| 05/13/20 | JD | Review BSA severance amounts to non-insiders | 0.40 |
| 05/14/20 | JD | Research cash flows for severance program projections in relation to filed motions and emails with AlixPartners/Kramer Levin team | 1.20 |
| 05/14/20 | DM | Emails with attachments with J. Sharret and J. Dutton (AlixPartners) re: BSA severance | 0.50 |
| | | **Total** | **3.00** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2125737-1 | |
| Re: | Employee Compensation and Advisor Retention Matters | |
| Client/Matter # | 013446.00111 | |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Jon Dutton | 2.50 | 690.00 | 1,725.00 |
| David MacGreevey | 0.50 | 1,090.00 | 545.00 |
| **Total Hours & Fees** | **3.00** | | **2,270.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

Invoice #            2125737-1

Re:                  Financial and Other Diligence
Client/Matter #      013446.00112

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/01/20 | JD | Analyze Boy Scouts first MOR and key takeaways | 1.20 |
| 05/04/20 | KM | Review and revise presentation to the Committee re: Debtors' initial monthly operating report | 1.20 |
| 05/06/20 | DAK | Update consolidated diligence list tracker | 0.70 |
| 05/06/20 | RC | Prepare follow-up requests based on call with A&M | 0.20 |
| 05/06/20 | JD | Review revised BSA diligence list and emails with AlixPartners team | 1.10 |
| 05/07/20 | JD | Research, emails, and analysis for AlixPartners questions on MOR re: balance sheet, GLIP, and revenue categories | 1.20 |
| 05/07/20 | JD | Emails with AlixPartners team re: diligence request list | 0.40 |
| 05/07/20 | RC | Review and update investigation diligence requests | 0.80 |
| 05/08/20 | RC | Review additional diligence requests and status of prior requests | 0.60 |
| 05/08/20 | JD | Analyze February and March 2020 Greybook financials | 1.30 |
| 05/15/20 | DAK | Review data-room for new uploads | 0.20 |
| 05/15/20 | JD | Review national charter organization files | 0.80 |
| 05/18/20 | KM | Review case updates from Committee counsel | 0.60 |
| 05/21/20 | LH | Review documents uploaded to data room | 2.50 |
| 05/21/20 | RC | Review and provide comments to Kramer Levin regarding investigation related information and data requests | 1.50 |
| 05/26/20 | JD | Analyze local council asset sales and related research | 1.00 |
| | | **Total** | **15.30** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2125737-1 | |
| Re: | Financial and Other Diligence | |
| Client/Matter # | 013446.00112 | |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Divyani A Kothari | 0.90 | 515.00 | 463.50 |
| Loring Hill | 2.50 | 645.00 | 1,612.50 |
| Jon Dutton | 7.00 | 690.00 | 4,830.00 |
| Kathryn McGlynn | 1.80 | 1,025.00 | 1,845.00 |
| Richard Collura | 3.10 | 1,090.00 | 3,379.00 |
| **Total Hours & Fees** | **15.30** | | **12,130.00** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2125737-1 |
| Re: | Collateral Analysis |
| Client/Matter # | 013446.00113 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/26/20 | DM | Emails with R. Collura and K. McGlynn (both AlixPartners) re: BSA Local Council assets | 0.50 |
| | | **Total** | **0.50** |

909 Third Avenue
New York, NY 10022

**T** 212.490.2500
**F** 212.490.1344
alixpartners.com

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2125737-1 |
| Re: | Collateral Analysis |
| Client/Matter # | 013446.00113 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| David MacGreevey | 0.50 | 1,090.00 | 545.00 |
| **Total Hours & Fees** | **0.50** | | **545.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

Invoice #              2125737-1

Re:                    Forensic Analysis
Client/Matter #        013446.00114

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/07/20 | RC | Review and analysis of the Debtors audited financial statements and accompanying notes | 0.70 |
| 05/07/20 | RC | Follow-up call with K. McGlynn (AlixPartners) to discuss diligence requests and case planning | 0.50 |
| 05/07/20 | LH | Research and analysis of board-designated endowment | 3.40 |
| 05/07/20 | KS | Review the Local Council's balance of 2019 at the BSA Commingle Endowment Fund LP | 2.50 |
| 05/07/20 | KS | Review the BSA's payments to the Local Councils | 0.70 |
| 05/08/20 | KS | Review the Local Council's balance of 2019 at the BSA Commingle Endowment Fund LP | 2.60 |
| 05/08/20 | KS | Summarize the Local Council's balance of 2019 at the BSA Commingle Endowment Fund LP | 1.70 |
| 05/08/20 | KS | Review the Local Council's balance of 2019 at the BSA Commingle Endowment Fund LP | 1.70 |
| 05/08/20 | LH | Review accounting treatment of intercompany transactions | 2.20 |
| 05/11/20 | JD | Analyze intercompany transfers and local council receipts/disbursements | 0.80 |
| 05/13/20 | LH | Review financial statements of Local Councils | 1.60 |
| 05/13/20 | KS | Review the balance of the participants in the BSA Commingled Endowment Fund | 2.10 |
| 05/13/20 | RC | Review and analysis of financial statements and outline next steps for investigation | 1.10 |
| 05/13/20 | RC | Review and analysis of information related to restricted assets | 0.80 |
| 05/14/20 | RC | Review public financial information regarding Local Councils | 1.30 |
| 05/14/20 | RC | Review and analysis of BSA's monthly financial reports | 1.20 |
| 05/14/20 | RC | Review statement of commingled endowment fund balances | 0.40 |
| 05/14/20 | RC | Review BSA's 2018 Form 990 | 0.50 |
| 05/14/20 | KS | Update report 1B regarding transfer pricing | 1.50 |
| 05/14/20 | KS | Review the BSA's payments to the Local Councils | 1.50 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038


Invoice #              2125737-1

Re:                    Forensic Analysis
Client/Matter #        013446.00114


| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/14/20 | LH | Update financial statement analyses based on additional documents provided | 2.80 |
| 05/14/20 | LH | Reconciliation of monthly financial reports | 2.20 |
| 05/15/20 | LH | Prepare schedules for investigation summary | 2.60 |
| 05/15/20 | KS | Review the balance of the participants in the BSA Commingled Endowment Fund | 1.50 |
| 05/15/20 | KS | Review transactions in SAP between the IAC and PPLP | 2.70 |
| 05/15/20 | RC | Review and provide comments regarding additional analysis to perform on the local councils publicly available information | 1.10 |
| 05/18/20 | KS | Review the BSA's tax filings. | 2.00 |
| 05/19/20 | RC | Review shared services agreement between BSA and Arrow | 0.20 |
| 05/19/20 | KS | Review the BSA's tax filings | 1.70 |
| 05/19/20 | KS | Compile the data from the BSA's tax filing | 2.40 |
| 05/20/20 | KS | Compile the data form the BSA's tax filings | 1.40 |
| 05/20/20 | RC | Review and update of financial analysis regarding the classification of net assets | 1.30 |
| 05/20/20 | RC | Review financial statements and accompanying notes and update analysis of asset classifications | 0.80 |
| 05/21/20 | RC | Review and update financial analysis regarding restricted and unrestricted asset classifications | 1.70 |
| 05/21/20 | KS | Review the BSA's tax filings | 2.50 |
| 05/22/20 | KS | Review BSA's tax filings | 1.30 |
| 05/22/20 | RC | Review additional financial information and update related asset classification analysis | 1.20 |
| 05/26/20 | KS | Retrieve and review the tax filings of the Local Councils | 1.00 |
| 05/26/20 | RC | Review and update analysis of payment data provided by the Debtors | 1.30 |
| 05/26/20 | RC | Review and update analysis related to transactions with Local Councils | 1.40 |
| 05/26/20 | RC | Review and update analysis related to transactions with the non-debtor affiliates | 1.70 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2125737-1 |
| Re: | Forensic Analysis |
| Client/Matter # | 013446.00114 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/26/20 | RC | Review and analysis of publicly available financial information related to the Local Councils | 0.80 |
| 05/27/20 | RC | Review and provide comment regarding financial analysis related to the Debtors' asset classifications and payments data | 1.40 |
| 05/27/20 | KS | Review and summarize the BSA's payments to the Local Councils | 0.60 |
| 05/28/20 | RC | Review information related Arrow WV debt financings | 0.60 |
| 05/28/20 | RC | Review and comment on initial draft summary of the Arrow WV debt financings | 0.40 |
| 05/28/20 | KS | Review a schedule of bond agreement and related promissory notes | 2.50 |
| 05/28/20 | LH | Update claims investigation presentation | 2.50 |
| 05/29/20 | KS | Review 2010 and 2019 RCF agreements and related amendments | 2.80 |
| 05/29/20 | KS | Review intercompany loan agreement | 2.30 |
| 05/29/20 | KS | Update preliminary investigation materials | 1.40 |
| 05/29/20 | RC | Review and update investigation materials based on financial information in the data room | 0.90 |
| | | **Total** | **79.80** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2125737-1 |
| --- | --- |
| Re: | Forensic Analysis |
| Client/Matter # | 013446.00114 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Loring Hill | 17.30 | 645.00 | 11,158.50 |
| Kyoko Shibuya | 40.40 | 645.00 | 26,058.00 |
| Jon Dutton | 0.80 | 690.00 | 552.00 |
| Richard Collura | 21.30 | 1,090.00 | 23,217.00 |
| **Total Hours & Fees** | **79.80** | | **60,985.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

Invoice #            2125737-1

Re:                  Litigation Support
Client/Matter #      013446.00115

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/11/20 | JD | Analyze protective order redline | 0.40 |
| 05/12/20 | JD | Review Debtors motion to approve protective order | 0.70 |
| 05/13/20 | JD | Analyze emails from Kramer Levin, UST Objection and TCC joinder re: protective order and motion to shorten | 1.50 |
| 05/14/20 | JD | Emails from Kramer Levin and supporting attachments re: mediation order | 0.50 |
| 05/15/20 | JD | Review emails from Kramer Levin and supporting materials re: mediation order, bar date, and adversary proceeding | 0.80 |
| 05/19/20 | JD | Review protective order joinder from Kramer Levin | 0.20 |
| 05/27/20 | LH | Prepare additional schedules re: claims investigation | 3.10 |
| | | **Total** | **7.20** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2125737-1 |
|---|---|
| Re: | Litigation Support |
| Client/Matter # | 013446.00115 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Loring Hill | 3.10 | 645.00 | 1,999.50 |
| Jon Dutton | 4.10 | 690.00 | 2,829.00 |
| **Total Hours & Fees** | **7.20** | | **4,828.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2125737-1 |
| Re: | Claims Analysis |
| Client/Matter # | 013446.00116 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/01/20 | JD | Review emails and supporting material re: bar date program | 0.60 |
| 05/05/20 | JD | Analyze declaration for Bar Date Motion | 0.40 |
| 05/11/20 | JD | Email with Kramer Levin and review of TCC bar date objection | 1.80 |
| 05/15/20 | JD | Analyze emails from Kramer Levin and supporting motions/filings re: bar date | 1.20 |
| | | **Total** | **4.00** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2125737-1 | |
| Re: | Claims Analysis | |
| Client/Matter # | 013446.00116 | |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Jon Dutton | 4.00 | 690.00 | 2,760.00 |
| **Total Hours & Fees** | **4.00** | | **2,760.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2125737-1 |
| Re: | Retention Applications & Relationship Disclosure Schedules |
| Client/Matter # | 013446.00118 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 05/04/20 | KAS | Correspondence with D. MacGreevey and B. Filler (AlixPartners) regarding retention hearing | 0.10 |
| 05/05/20 | KAS | Draft supplemental disclosure regarding Dorsey | 0.20 |
| 05/05/20 | ESK | Review, revise and analyze BSA disclosures | 1.50 |
| 05/05/20 | ESK | Circulate firmwide email re: BSA disclosures | 0.30 |
| 05/05/20 | KAS | Review firmwide email distribution regarding potential relationship disclosures. | 0.70 |
| 05/07/20 | KAS | Revise firmwide email regarding potential relationship disclosures | 0.70 |
| 05/07/20 | KAS | Call with P. Baranpuria (Kramer Levin) regarding footnote related to unsecured creditor names on parties in interest list | 0.20 |
| 05/07/20 | ESK | Respond to various emails regarding BSA all firm email re: disclosures | 1.00 |
| 05/07/20 | ESK | Review, revise and analyze BSA disclosures | 1.50 |
| 05/07/20 | ESK | Follow-up firmwide email re: BSA disclosures | 0.30 |
| 05/07/20 | KAS | Email response to E. Kardos (AlixPartners) to address questions regarding firmwide email distribution | 0.20 |
| 05/08/20 | ESK | Response to numerous replies to all firm email re: disclosures | 0.50 |
| 05/08/20 | KAS | Review and respond to K. Morales (Reed Smith) regarding CNO | 0.20 |
| 05/14/20 | KAS | Emails to D. MacGreevey (AlixPartners) regarding retention hearing attendance | 0.10 |
| 05/22/20 | KAS | Draft supplemental disclosure and review other supplemental disclosure from E. Duhalde (AlixPartners) | 0.30 |
| 05/22/20 | KAS | Email to B. Filler (AlixPartners) for draft supplemental disclosure | 0.10 |
| 05/22/20 | KAS | Review and revise draft supplemental declaration | 0.30 |
| 05/22/20 | KAS | Circulate draft declaration to D. MacGreevey (AlixPartners) for review | 0.10 |
| 05/22/20 | BFF | Draft supplemental declaration per K. Sundt (AlixPartners) | 0.40 |
| 05/26/20 | BFF | Update supplemental MacGreevey declaration per K. | 0.30 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2125737-1 |
| --- | --- |
| Re: | Retention Applications & Relationship Disclosure Schedules |
| Client/Matter # | 013446.00118 |

| Date | Consultant | Description of Services | Hours |
| --- | --- | --- | --- |
| | | Sundt (AlixPartners) | |
| 05/26/20 | DM | Review and revise BSA supplemental declaration | 0.40 |
| 05/26/20 | KAS | Review D. MacGreevey's comments to draft supplemental disclosure | 0.20 |
| 05/26/20 | KAS | Review draft disclosures based on updated parties circulated on 5/26/20 and edit draft supplemental declaration | 0.40 |
| 05/26/20 | KAS | Circulate updated draft supplemental declaration to D. MacGreevey (AlixPartners) | 0.10 |
| 05/26/20 | KAS | Email B. Filler (AlixPartners) regarding status of draft supplemental declaration | 0.10 |
| | | **Total** | **10.20** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2125737-1 | |
| Re: | Retention Applications & Relationship Disclosure Schedules | |
| Client/Matter # | 013446.00118 | |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Brooke F Filler | 0.70 | 445.00 | 311.50 |
| Kaitlyn A Sundt | 4.00 | 510.00 | 2,040.00 |
| Elizabeth S Kardos | 5.10 | 710.00 | 3,621.00 |
| David MacGreevey | 0.40 | 1,090.00 | 436.00 |
| **Total Hours & Fees** | **10.20** | | **6,408.50** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2125737-1 |
| Re: | Attend Court Hearings |
| Client/Matter # | 013446.00119 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/04/20 | SW | Listen to hearing re: Sidley retention | 6.50 |
| 05/04/20 | DAK | Dial into hearing on Sidley retention application | 1.10 |
| 05/04/20 | KM | Listen to hearing re: Sidley retention | 7.10 |
| 05/04/20 | JD | Dial into hearing on Sidley retention | 2.50 |
| 05/04/20 | DM | Dial into hearing on Sidley Retention Application | 4.90 |
| 05/06/20 | KM | Listen to hearing re: Sidley retention | 3.50 |
| 05/06/20 | DAK | Participate in Sidley Retention hearing | 0.40 |
| 05/06/20 | SW | Dial in to hearing on Sidley retention application | 2.10 |
| 05/18/20 | DM | Listen to BSA omnibus hearing via telephone | 1.20 |
| 05/18/20 | JD | Listen to BSA hearing via telephone | 1.50 |
| 05/18/20 | KM | Listen to BSA omnibus hearing via telephone | 0.50 |
| 05/18/20 | KAS | Listen to BSA omnibus hearing via telephone | 1.80 |
| 05/29/20 | RC | Dial into court hearing regarding the Protective Order and Sidley's retention application | 1.60 |
| 05/29/20 | JD | Attend hearing on protective order and Sidley retention | 1.70 |
| 05/29/20 | SW | Dial into hearing on protective order (partial) | 0.40 |
| 05/29/20 | KM | Attend Omnibus hearing | 2.00 |
| 05/29/20 | DM | Attend BSA hearing on protective order | 1.90 |
| | | **Total** | **40.70** |

909 Third Avenue
New York, NY 10022

**T** 212.490.2500
**F** 212.490.1344
**alixpartners.com**

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2125737-1 |
| Re: | Attend Court Hearings |
| Client/Matter # | 013446.00119 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Kaitlyn A Sundt | 1.80 | 510.00 | 918.00 |
| Divyani A Kothari | 1.50 | 515.00 | 772.50 |
| Scott Weiner | 9.00 | 645.00 | 5,805.00 |
| Jon Dutton | 5.70 | 690.00 | 3,933.00 |
| Kathryn McGlynn | 13.10 | 1,025.00 | 13,427.50 |
| David MacGreevey | 8.00 | 1,090.00 | 8,720.00 |
| Richard Collura | 1.60 | 1,090.00 | 1,744.00 |
| **Total Hours & Fees** | **40.70** | | **35,320.00** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2125737-1 |
| Re: | Fee Statements and Fee Applications |
| Client/Matter # | 013446.00120 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 05/11/20 | LMB | Prepare professional fees for March 2020 fee application | 1.50 |
| 05/11/20 | LMB | Prepare initial schedule/exhibits workbook for March 2020 monthly fee application | 1.60 |
| 05/11/20 | LMB | Prepare first monthly fee application (March 2020) | 1.40 |
| 05/12/20 | LMB | Prepare March 2020 professional fees for monthly fee application | 0.80 |
| 05/12/20 | LMB | Prepare 1st monthly fee application (March 2020), supporting schedules and exhibits | 1.40 |
| 05/21/20 | DM | Review BSA March fee application | 0.50 |
| 05/21/20 | LMB | Prepare professional fees for March 2020 fee application | 0.50 |
| 05/21/20 | LMB | Revise first monthly fee statement (March 2020), supporting schedule and exhibits | 1.50 |
| 05/21/20 | LMB | Prepare professional fees for April 2020 fee application | 1.60 |
| 05/26/20 | LMB | Prepare April 2020 professional fees | 2.80 |
| 05/28/20 | SW | Review professional fees for April 2020 fee application | 1.80 |
| 05/29/20 | LMB | Prepare initial second monthly schedule workbook for April 2020 | 0.80 |
| | | **Total** | **16.20** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

Invoice #              2125737-1

Re:                    Fee Statements and Fee Applications
Client/Matter #        013446.00120

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Lisa Marie Bonito | 13.90 | 450.00 | 6,255.00 |
| Scott Weiner | 1.80 | 645.00 | 1,161.00 |
| David MacGreevey | 0.50 | 1,090.00 | 545.00 |
| **Total Hours & Fees** | **16.20** | | **7,961.00** |