<u>EXHIBIT B</u>

<u>Expense Summary</u>

## EXHIBIT B

## BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC

## EXPENSE SUMMARY
## MAY 1, 2020 THROUGH MAY 31, 2020

| Expense Category | Service Provider (if applicable) | Total Expenses[5] |
|---|---|---|
| Court Call Fees | Court Call | $699.75 |
| Lexis Online Research | Lexis | $2,882.04 |
| Pacer Online Research | Pacer | $28.60 |
| Printing | Kramer Levin | $121.91 |
| Transcript Fees | Reliable | $478.80 |
| Westlaw Online Research | Westlaw | $3,078.42 |
| **TOTAL** | | **$7,289.52** |

---

[5] Kramer Levin reduced its expenses by $921.50 during the Application Period voluntarily and in accordance with the local rules and U.S. Trustee Guidelines.