**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Ref. Docket Nos. 214, 354, 559, 657 & 913 |

**NOTICE OF REVISED LIST OF ORDINARY COURSE PROFESSIONALS**

**PLEASE TAKE NOTICE** that, on April 7, 2020, the Court entered the *Order Authorizing the Debtors to Retain and Compensate Certain Professionals Used in the Ordinary Course of Their Non-Profit Operations,* Nunc Pro Tunc *to the Petition Date* [Docket No. 354] (the "OCP Order"),[2] which authorized the Debtors to retain and compensate the Ordinary Course Professionals identified on Exhibit 1 to the OCP Order (the "Initial OCP List") for post-petition services in the ordinary course of their non-profit operations, in accordance with the procedures set forth therein.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the OCP Order, attached hereto as **Exhibit A** is a revised list of Ordinary Course Professionals (the "Revised OCP List"), which includes the addition of a single Ordinary Course Professional, Baker & Hostetler LLP, (the "Firm"), which serves as legal counsel with regard to data privacy issues.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Unless otherwise stated, all capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the OCP Order or the *Debtors' Motion for Entry of an Order Authorizing the Debtors to Retain and Compensate Certain Professionals Used in the Ordinary Course of Their Non-Profit Operations,* Nunc Pro Tunc *to the Petition Date* [Docket No. 214], as applicable.

**PLEASE TAKE FURTHER NOTICE** that a redline comparison of the Revised OCP List against the Initial OCP List (incorporating the revisions set forth in the Debtors' previous notices of revised lists of Ordinary Course Professionals filed on May 4, 2020, May 15, 2020 and June 30, 2020 [Docket Nos. 559, 657 & 913]) is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that the OCP Declaration for the Firm is attached hereto as **Exhibit C.**

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the OCP Order, any objections to the proposed retention of the Firm must be filed with the Court and served on the Objection Recipients within ten (10) days hereof and state, with specificity, the legal and/or factual bases for the objection.

*[Remainder of Page Intentionally Left Blank]*

Dated: July 30, 2020
       Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Eric W. Moats*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Email: dabbott@mnat.com
      aremming@mnat.com
      emoats@mnat.com
      ptopper@mnat.com

– and –

SIDLEY AUSTIN LLP
Jessica C. K. Boelter (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Email: jboelter@sidley.com

– and –

SIDLEY AUSTIN LLP
Thomas A. Labuda (admitted *pro hac vice*)
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Email: tlabuda@sidley.com
      mandolina@sidley.com
      mlinder@sidley.com

ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION