## Exhibit A

## Summary of Services

| Date incurred | Employee | Hours | Category | Notes | Bill rate | Professional fees |
|---|---|---|---|---|---|---|
| 6/1/2020 | Evans, Andrew | 0.3 | Analysis | Planning for POC data processing and analysis | $725.00 | $217.50 |
| 6/3/2020 | Ameri, Armin | 1.6 | Data Gathering & Processing | Reviewing data analysis, checking the various "amount" fields in the data | $345.00 | $552.00 |
| 6/5/2020 | Evans, Andrew | 0.3 | Analysis | Planning for next steps of analysis | $725.00 | $217.50 |
| 6/10/2020 | Evans, Andrew | 1.0 | Communication with Counsel | Call with Boelter; Warner; Andolina | $725.00 | $725.00 |
| 6/10/2020 | Evans, Andrew | 0.5 | Analysis | Review of data in prep for call with Sidley team | $725.00 | $362.50 |
| 6/10/2020 | Murray, Makeda | 0.5 | Fee Request Preparation | May fee application prep | $475.00 | $237.50 |
| 6/11/2020 | Murray, Makeda | 1.5 | Fee Request Preparation | May fee application preparation | $475.00 | $712.50 |
| 6/12/2020 | Evans, Andrew | 0.1 | Fee Request Preparation | Follow-up with Makeda on billing and FRP questions | $725.00 | $72.50 |
| 6/15/2020 | Murray, Makeda | 0.3 | Fee Request Preparation | May monthly fee application | $475.00 | $142.50 |
| 6/16/2020 | Murray, Makeda | 0.4 | Fee Request Preparation | April CNO review | $475.00 | $190.00 |
| 6/18/2020 | Evans, Andrew | 0.1 | Fee Request Preparation | Review of fee materials for prior month | $725.00 | $72.50 |
| 6/18/2020 | Murray, Makeda | 1.1 | Fee Request Preparation | May fee application prep | $475.00 | $522.50 |
| 6/18/2020 | Murray, Makeda | 1.5 | Fee Request Preparation | BSA May fee application | $475.00 | $712.50 |
| 6/20/2020 | Evans, Andrew | 0.2 | Communication with Counsel | Call with Andolina re mediation inquiry | $725.00 | $145.00 |
| 6/20/2020 | Evans, Andrew | 0.1 | Settlement Mediation & Support | Email to Andolina on mediation question | $725.00 | $72.50 |
| 6/23/2020 | Evans, Andrew | 0.9 | Settlement Mediation & Support | Call with Warner; Blacker; and Miller on interim claims reports | $725.00 | $652.50 |
| **TOTAL** | | **10.4** | | | | **$5,607.00** |