## Exhibit A

**Summary of Time Detail by Task**

*Exhibit A*

**Boy Scouts of America and Delaware BSA, LLC**
**Summary of Time Detail by Task**
**May 1, 2020 through May 31, 2020**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 54.8 | $38,545.00 |
| Cash | 113.3 | $76,397.50 |
| Claims | 4.0 | $2,425.00 |
| Contracts | 2.2 | $1,625.00 |
| Court | 12.3 | $10,597.50 |
| Employee | 3.8 | $3,145.00 |
| Fee Applications | 14.5 | $6,802.50 |
| Financial Analysis | 148.6 | $89,357.50 |
| Info Req | 64.7 | $47,155.00 |
| Litigation | 3.2 | $3,280.00 |
| MOR | 11.3 | $7,727.50 |
| Motions/Orders | 34.8 | $23,547.50 |
| Status Meeting | 13.3 | $11,300.00 |
| Vendor Management | 60.7 | $40,887.50 |
| **Subtotal** | **541.5** | **$362,792.50** |
| *Voluntary Reduction - Real Estate* | -54.0 | -$27,840.00 |
| *Voluntary Reduction - General* | -35.4 | -$19,306.73 |
| *Total* | 452.1 | $315,645.77 |