**Exhibit B**

**Summary of Time Detail by Professional**

## Boy Scouts of America and Delaware BSA, LLC
### Summary of Time Detail by Professional
### May 1, 2020 through May 31, 2020

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,025.00 | 32.1 | $32,902.50 |
| Erin Covington | Managing Director | $925.00 | 6.7 | $6,197.50 |
| Erin McKeighan | Managing Director | $850.00 | 5.4 | $4,590.00 |
| Trevor Phillips | Managing Director | $725.00 | 13.2 | $9,570.00 |
| Carl Binggeli | Director | $725.00 | 174.0 | $126,150.00 |
| Robert Edgecombe | Director | $525.00 | 62.0 | $32,550.00 |
| Alden Katagihara | Manager | $475.00 | 8.6 | $4,085.00 |
| Ryan Walsh | Senior Associate | $650.00 | 173.6 | $112,840.00 |
| Ben Jackson | Senior Associate | $425.00 | 8.5 | $3,612.50 |
| Julio Cifuentes | Associate | $575.00 | 43.8 | $25,185.00 |
| Emily Raab | Consultant | $525.00 | 1.5 | $787.50 |
| Gerard Gigante | Analyst | $475.00 | 2.6 | $1,235.00 |
| Nicole Vander Veen | Paraprofessional | $325.00 | 9.5 | $3,087.50 |
| | | *Subtotal* | 541.5 | $362,792.50 |
| | | *Voluntary Reduction - Real Estate* | -54.0 | -$27,840.00 |
| | | *Voluntary Reduction - General* | -35.4 | -$19,306.73 |
| | | *Total* | 452.1 | $315,645.77 |