# Exhibit E

## Summary of Expense Detail by Category

*Exhibit E*

## Boy Scouts of America and Delaware BSA, LLC
### Summary of Expense Detail by Category
### May 1, 2020 through May 31, 2020

| Expense Category | Sum of Expenses |
|---|---:|
| Miscellaneous | $200.38 |
| **Total** | **$200.38** |

*Page 1 of 1*