**<u>Exhibit F</u>**

**Expense Detail by Category Professional**

*Exhibit F*

## Boy Scouts of America and Delaware BSA, LLC
### Expense Detail by Category
### May 1, 2020 through May 31, 2020

### *Miscellaneous*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Erin McKeighan | 5/31/2020 | $200.38 | CMS Monthly Data Storage Fee. |
| **Expense Category Total** | | **$200.38** | |
| *Grand Total* | | **$200.38** | |