**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>BOY SCOUTS OF AMERICA, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: D.I. 900, 901, 902, and 948** |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED SECOND OMNIBUS
ORDER GRANTING INTERIM ALLOWANCE OF FEES AND EXPENSES
FOR CERTAIN PROFESSIONALS**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows.

1. On April 6, 2020, the Court entered the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* (D.I. 341) (the "Interim Compensation Order").[2]

2. Pursuant to the procedures set forth in the Interim Compensation Order, the following Interim Fee Applications were filed:

   a. First Interim Fee Application of Reed Smith LLP, Delaware Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period March 9, 2020 Through April 30, 2020 (D.I. 900);

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

  b. First Interim Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period from March 4, 2020 Through April 30, 2020 (D.I. 901);

  c. First Interim Fee Application of Kramer Levin Naftalis & Frankel LLP for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors of Boy Scouts of America and Delaware BSA, LLC, for the Period from March 4, 2020 Through and Including April 30, 2020 (D.I. 902); and

  d. First Interim Fee Application of Sidley Austin LLP, as Attorneys for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 18, 2020 to and Including April 30, 2020 (D.I. 948) (collectively, the "Professionals").

3. Each of the Professionals filed a certificate of no objection regarding its respective Interim Fee Application: Reed Smith LLP (D.I. 1007); AlixPartners, LLP (D.I. 1008); Kramer Levin Naftalis & Frankel LLP (D.I. 1009); and Sidley Austin LLP (D.I. 1030).

4. Attached hereto as **Exhibit A** is the Proposed *Second Omnibus Order Granting Interim Allowance of Fees and Expenses for Certain Professionals* (the "Proposed Order").

5. Each of the Professionals and the U.S. Trustee were provided with an opportunity to review the Proposed Order and do not object to its entry.

[*Remainder of Page Left Intentionally Blank*]

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order attached hereto as **Exhibit A** at its earliest convenience.

Dated:  July 31, 2020
      Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/  Paige N. Topper*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Facsimile:   (302) 425-4664
Email:  dabbott@mnat.com
        aremming@mnat.com
        emoats@mnat.com
        ptopper@mnat.com

– and –

SIDLEY AUSTIN LLP
Jessica C. K. Boelter (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 839-5300
Email:  jboelter@sidley.com

– and –

SIDLEY AUSTIN LLP
Thomas A. Labuda (admitted *pro hac vice*)
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Email:  tlabuda@sidley.com
        mandolina@sidley.com
        mlinder@sidley.com

ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION