**<u>Exhibit B</u>**

**Redline**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) <br><br> Ref. Docket No. ——1022 |

**ORDER, PURSUANT TO SECTION 363(b) OF THE BANKRUPTCY CODE, AUTHORIZING BOY SCOUTS OF AMERICA TO DISSOLVE INACTIVE NON-DEBTOR SUBSIDIARIES, NEWWORLD19, LLC AND TEXAS BSA, LLC**

Upon the motion (the "Motion")[2] of the Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors"), for entry of an order (this "Order"), pursuant to Bankruptcy Code section 363(b) authorizing BSA to dissolve its non-debtor subsidiaries NewWorld19, LLC ("NewWorld") and Texas BSA, LLC ("Texas BSA"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and entry of this Order being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and the Debtors having consented to the entry of a final order by this Court under Article III of the United States Constitution; and venue of this proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] All capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

were appropriate under the circumstances and no other notice need be provided; and all objections to the Motion, if any, having been withdrawn, resolved or overruled; and the relief requested in the Motion being in the best interests of the Debtors' estates, their creditors and other parties in interest; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. BSA is authorized to dissolve NewWorld in accordance with any applicable rules, regulations or procedures governing its dissolution.; provided, however, that nothing in this order shall release or otherwise impair claims or causes of action of BSA under chapter 5 of the Bankruptcy Code, if any, relating to NewWorld; provided further, that BSA shall use commercially reasonable efforts to preserve all financial and corporate records of NewWorld and shall not destroy any such records during the pendency of these chapter 11 cases absent further order of the Court.

3. BSA is authorized to dissolve Texas BSA in accordance with any applicable rules, regulations or procedures governing its dissolution.

4. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

5. The Debtors are authorized to take any and all actions necessary or desirable to implement the terms of this Order.

6. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

3

Dated: _____, 2020
        Wilmington, Delaware

                                THE HON. LAURIE SELBER SILVERSTEIN
                                UNITED STATES BANKRUPTCY JUDGE

3

| Summary report: Litera® Change-Pro for Word 10.9.0.460 Document comparison done on 7/30/2020 2:01:08 PM ||
|---|---|
| **Style name:** Sidley Default ||
| **Intelligent Table Comparison:** Active ||
| **Original DMS:** iw://SIDLEYDMS/ACTIVE/260154839/1 ||
| **Modified DMS:** iw://SIDLEYDMS/ACTIVE/260154839/2 ||
| **Changes:** ||
| Add | 2 |
| Delete | 2 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 1 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 5 |