**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |
| HARTFORD ACCIDENT AND INDEMNITY COMPANY AND FIRST STATE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>BOY SCOUTS OF AMERICA, *et al.*,<br><br>Defendants | Adv. Proc. No. 20-50601-LSS |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 102(1) of title 11 of the United States Code (the "Bankruptcy Code"), Shipman & Goodwin LLP ("Shipman") hereby enters its appearance in the above-referenced chapter 11 cases and adversary proceeding (collectively, the "Chapter 11 Cases") as counsel to Plaintiffs Hartford Accident and Indemnity Company and First State Insurance Company (collectively, "Hartford"), and hereby requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 342 of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in the Chapter 11 Cases and copies

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

1

of all papers served or required to be served in the Chapter 11 Cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon Hartford through service upon Shipman, at the address, emails, and/or facsimile number set forth below:

> James P. Ruggeri (admitted *pro hac vice*)
> Joshua D. Weinberg (admitted *pro hac vice*)
> Abigail W. Williams (admitted *pro hac vice*)
> Michele Backus Konigsberg (admitted *pro hac vice*)
> Shipman & Goodwin LLP
> 1875 K Street, NW, Suite 600
> Washington, DC 20003
> Tel:  (202) 469-7750
> Fax:  (202) 469-7751
> Email:  jruggieri@goodwin.com
> Email:  jweinberg@goodwin.com
> Email:  awilliams@goodwin.com
> Email:  mkonigsberg@goodwin.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, or otherwise filed or made with regard to the Chapter 11 Cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that, neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Hartford's: (i) right to have a final order in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any

case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Hartford is or may be entitled to under agreements, in law, or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Date: August 3, 2020
  Wilmington, Delaware

BAYARD, P.A.

 */s/ Gregory J. Flasser*
Erin R. Fay (No. 5268)
Gregory J. Flasser (No. 6154)
600 North King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: efay@bayardlaw.com
      gflasser@bayardlaw.com

- and -

James P. Ruggeri (admitted *pro hac vice*)
Joshua D. Weinberg (admitted *pro hac vice*)
Abigail W. Williams (admitted *pro hac vice*)
Shipman & Goodwin LLP
1875 K Street, NW, Suite 600
Washington, DC 20003
Tel: (202) 469-7750
Fax: (202) 469-7751

- and -

Eric S. Goldstein (admitted *pro hac vice*)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
Tel: (860) 251-5000
Fax: (860) 251-5099

*Attorneys for First State Insurance Company and Hartford Accident and Indemnity Company*