**AMENDED**[1] EXHIBIT A

BOY SCOUTS OF AMERICA, et al., Bankruptcy Case No. 20-10343 (LSS)

Summary of Fees and Expenses for Certain Professionals for the First Interim Period
Second Interim Fee Application Hearing: August 6, 2020 at 10:00 a.m. (ET)

Debtor Professionals

Sidley Austin LLP

A. First Interim Fee Application of Sidley Austin LLP, as Attorneys for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 18, 2020 to and Including April 30, 2020 (D.I. 948, Filed 7/2/20).

1. Consolidated First Monthly Application of Sidley Austin LLP For Allowance of Compensation and Reimbursement of Expenses for the Period from February 18, 2020 to March 31, 2020 (D.I. 760, Filed 6/2/20);

2. Certificate of No Objection Regarding Consolidated First Monthly Application of Sidley Austin LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from February 18, 2020 to March 31, 2020 (D.I. 921, Filed 7/1/20);

3. Second Monthly Application of Sidley Austin LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2020 to April 30, 2020 (D.I. 861, Filed 6/16/20);

4. Certificate of No Objection Regarding Second Monthly Application of Sidley Austin LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2020 to April 30, 2020 (D.I. 923, Filed 7/1/20);

5. Certificate of No Objection Regarding First Interim Fee Application of Sidley Austin LLP, as Attorneys for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from February 18, 2020 To and Including April 30, 2020 (D.I. 1030, Filed 7/17/20)**; and**

**6. Certification of Counsel Regarding Proposed Second Omnibus Order Granting Interim Allowance of Fees and Expenses for Certain Professionals (D.I. 1060, Filed 7/31/20).**

---

[1] **Amended items appear in bold.**

Official Committee of Unsecured Creditors

Reed Smith LLP

B. First Interim Fee Application of Reed Smith LLP, Delaware Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period March 9, 2020 Through April 30, 2020 (D.I. 900, Filed 6/24/20).

1. First Monthly Fee Application of Reed Smith LLP, Delaware Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period March 9, 2020 Through March 31, 2020 (D.I. 814, Filed 6/9/20);

2. Certificate of No Objection to First Monthly Fee Application of Reed Smith LLP, Delaware Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period March 9, 2020 Through March 31, 2020 (D.I. 893, Filed 6/24/20);

3. Second Monthly Fee Application of Reed Smith LLP, Delaware Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period April 1, 2020 Through April 30, 2020 (D.I. 895, Filed 6/24/20);

4. Certificate of No Objection to Second Monthly Fee Application of Reed Smith LLP, Delaware Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period April 1, 2020 Through April 30, 2020 (D.I. 1001 , Filed 7/9/20);

5. Certificate of No Objection to First Interim Fee Application of Reed Smith LLP, Delaware Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period March 9, 2020 Through April 30, 2020 (D.I. 1007, Filed 7/10/20) **); and**

**6. Certification of Counsel Regarding Proposed Second Omnibus Order Granting Interim Allowance of Fees and Expenses for Certain Professionals (D.I. 1060, Filed 7/31/20).**

AlixPartners, LLP

C. First Interim Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period from March 4, 2020 Through April 30, 2020 (D.I. 901, Filed 6/24/20).

1. First Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services

Rendered and for Reimbursement of Expenses for the Period March 4, 2020 Through and Including March 31, 2020 (D.I. 815, Filed 6/9/20);

2. Certificate of No Objection to First Monthly Fee Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 4, 2020 Through and Including March 31, 2020 (D.I. 894, Filed 6/24/20);

3. Second Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period April 1, 2020 Through and Including April 30, 2020 (D.I. 898, Filed 6/24/20).

4. Certificate of No Objection to Second Monthly Fee Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2020 Through and Including April 30, 2020 (D.I. 1002 , Filed 7/9/20);

5. Certificate of No Objection to First Interim Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period from March 4, 2020 Through April 30, 2020 (D.I. 1008, Filed 7/10/20); )**; and**

**6. Certification of Counsel Regarding Proposed Second Omnibus Order Granting Interim Allowance of Fees and Expenses for Certain Professionals (D.I. 1060, Filed 7/31/20).**

Kramer Levin Naftalis & Frankel LLP

D. First Interim Fee Application of Kramer Levin Naftalis & Frankel LLP for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors of Boy Scouts of America and Delaware BSA, LLC, for the Period from March 4, 2020 Through and Including April 30, 2020 (D.I. 902, Filed 6/25/20).

1. First Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 4, 2020 Through March 31, 2020 (D.I. 813, Filed 6/9/20);

2. Certificate of No Objection to First Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 4, 2020 Through March 31, 2020 (D.I. 892, Filed 6/24/20);

3. Second Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation

and Reimbursement of Expenses for the Period from April 1, 2020 Through April 30, 2020 (D.I. 899, Filed 6/24/20);

4. Corrected Exhibit 9 to First Interim Fee Application of Kramer Levin Naftalis & Frankel LLP for Allowance of Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors of Boy Scouts of America and Delaware BSA, LLC, for the Period from March 4, 2020 Through and Including April 30, 2020 (D.I. 903, Filed 6/25/20);

5. Certificate of No Objection to Second Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2020 Through April 30, 2020 (D.I. 1000, Filed 7/9/20);

6. Certificate of No Objection to First Interim Fee Application of Kramer Levin Naftalis & Frankel LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors of Boy Scouts of America and Delaware BSA, LLC, for the Period from March 4, 2020 Through April 30, 2020 (D.I. 1009, Filed 7/10/20) )**; and**

**7. Certification of Counsel Regarding Proposed Second Omnibus Order Granting Interim Allowance of Fees and Expenses for Certain Professionals (D.I. 1060, Filed 7/31/20).**