## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC.[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Jorge Rodriguez, depose and say that I am employed by Omni Agent Solutions (**"Omni"**), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 30, 2020, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Debtor-In-Possession Monthly Operating Report for Filing Period June 2020 [Docket No. 1058].**

Dated: July 31, 2020

Jorge Rodriguez
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
(818) 906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 31st day of July, 20 20, by Jorge Rodriguez proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

# EXHIBIT A

**Exhibit A**
**Service List**
**Served as set forth below**

| Description | Name | Address | | | | | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|
| Additional Party | Michael Palacio | 844 King St, Suite 2207 | Lockbox 35 | | Wilmington, DE 19801 | | | First Class Mail |
| Core Parties | Office of the United States Trustee | Attn: David L. Buchbinder | Attn: Hannah Mufson McCollum | 844 King St, Suite 2207 | Lockbox 35 | Wilmington, DE 19801 | hannah.mccollum@usdoj.gov | First Class Mail |
| | | | | | | | david.l.buchbinder@usdoj.gov | Email |