## **Exhibit A**

## **Summary of Services**

| Task Description | Date | Timekeeper | Description | Hours | Total |
|---|---|---|---|---|---|
| Coverage Analysis | 5/26/2020 | Sochurek, Nicholas | Review local council insurance request (.3); communications with C. Austin re same (.3). | 0.6 | $ 297.00 |
| Coverage Analysis | 5/26/2020 | Austin, Carrington | Pull local council coverage for Hartford policies request (1.2); discuss duplicate councils with N. Sochurek (.1). | 1.3 | $ 429.00 |
| Coverage Analysis | 5/27/2020 | Sochurek, Nicholas | Communications re local council dashboard. | 0.1 | $ 49.50 |
| Coverage Analysis | 5/27/2020 | Austin, Carrington | Prepare memo and dashboard for call with A. Kutz (.3); call with A. Kutz re dashboards (.1). | 0.4 | $ 132.00 |
| Fee Applications | 5/28/2020 | Hanke, Elizabeth | Review and approve final consolidated monthly fee application before filing. | 0.1 | $ 53.00 |
| Coverage Analysis | 6/2/2020 | Sochurek, Nicholas | Confirm Chubb coverage in 2007-2019 years per A. Azer request. | 0.3 | $ 148.50 |
| Fee Applications | 6/15/2020 | Hanke, Elizabeth | Review email and first fee application sent by L. Butterworth. | 0.1 | $ 53.00 |
| Coverage Analysis | 6/18/2020 | Sochurek, Nicholas | Respond to question re ELAC corporate history. | 0.3 | $ 148.50 |
| Coverage Analysis | 6/19/2020 | Sochurek, Nicholas | Review Armour letter (.1); respond to A. Azer re same (.1). | 0.2 | $ 99.00 |
| Coverage Analysis | 6/25/2020 | Sochurek, Nicholas | Communications re Chubb loss runs (.4); communications re Seneca Waterways local council coverage (.4). | 0.8 | $ 396.00 |
| Coverage Analysis | 6/25/2020 | Austin, Carrington | Review local council policy coverage for Seneca Waterways (.2); prepare summary re same (.2); review available loss runs for Chubb (.5); prepare response re same (.1). | 1 | $ 330.00 |
| | | | **Total** | **5.2** | **$ 2,135.50** |