## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

### CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2020, the *Certificate of No Objection Regarding Combined Third Monthly Application of James L. Patton, Jr. as the Legal Representative for Future Claimants and Young Conaway Stargatt & Taylor, LLP as Counsel to the Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2020 Through June 30, 2020* and the *Certificate of No Objection Regarding First Monthly Application of Ankura Consulting Group, LLC as Consultants to James L. Patton, Jr., the Legal Representative for Future Claimants, for Allowance of Compensation and Reimbursement of Expenses for the Period From April 27, 2020 Through June 30, 2020* were caused to be served as indicated upon the parties identified on the attached service list.

Dated: August 7, 2020

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Edwin J. Harron*
Edwin J. Harron (No. 3396)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: eharron@ycst.com

*Counsel to the Future Claimants' Representative*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**Boy Scouts of America and Delaware BSA, LLC**
**Fee Application Service List**

**FIRST CLASS MAIL**
(Debtors)
Boy Scouts of America
Attn: Steven P. McGowan
1325 West Walnut Hill Lane
Irving, TX 75035

**FIRST CLASS MAIL AND EMAIL**
(Counsel to the Debtors)
Sidley Austin LLP
Attn: Jessica C. K. Boelter, Esq.
787 Seventh Avenue
New York, NY 10019
Email: jboelter@sidley.com

**HAND DELIVERY AND EMAIL**
(Co-Counsel to the Debtors)
Morris, Nichols, Arsht & Tunnell LLP
Attn: Derek C. Abbott, Esq.
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899
Email: dabbott@mnat.com

**HAND DELIVERY AND EMAIL**
(Counsel to the Tort Claimants' Committee)
Pachulski Stang Ziehl & Jones LLP
Attn: James I. Stang, Esq. and James E. O'Neill, Esq.
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Email: jstang@pszjlaw.com
         joneill@pszjlaw.com

**FIRST CLASS MAIL AND EMAIL**
(Counsel to JPMorgan Chase Bank, N.A.)
Norton Rose Fulbright US LLP
Attn: Louis R. Strubeck, Jr. , Esq. and
Kristian W. Gluck, Esq.
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932
Email: louis.strubeck@nortonrosefulbright.com
         kristian.gluck@nortonrosefulbright.com

**HAND DELIVERY AND EMAIL**
(Counsel to the Official
Committee of Unsecured Creditors)
Reed Smith LLP
Attn: Kurt F. Gwynne, Esq. and Katelin A Morales, Esq.
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Email: kgwynne@reedsmith.com
         kmorales@reedsmith.com

**FIRST CLASS MAIL AND EMAIL**
(Counsel to the Debtors)
Sidley Austin LLP
Attn: Matthew E. Linder, Esq.
One South Dearborn Street
Chicago, IL 60603
Email: mlinder@sidley.com

**HAND DELIVERY AND EMAIL**
(United States Trustee)
Office of the United States Trustee
Attn: David L. Buchbinder and Hannah M. McCollum
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Email: david.l.buchbinder@usdoj.gov
         hannah.mccollum@usdoj.gov

**FIRST CLASS MAIL AND EMAIL**
(Counsel to the Official Committee of Unsecured Creditors)
Kramer Levin Naftalis & Frankel LLP
Attn: Rachael Ringer, Esq. and Megan M. Wasson, Esq.
1177 Avenue of the Americas
New York, NY 10036
Email: rringer@kramerlevin.com
         mwasson@kramerlevin.com

**FIRST CLASS MAIL AND EMAIL**
(Counsel to Ad Hoc Committee of Local Councils)
Wachtell, Lipton, Rosen & Katz
Attn: Richard G. Mason, Esq. and
Joseph C. Celentino, Esq.
51 West 52nd Street
New York, NY 10019
Email: rgmason@wlrk.com
         jccelentino@wlrk.com

**FIRST CLASS MAIL AND EMAIL**
(Counsel to County Commission of Fayette County (W. Virginia))
Steptoe & Johnson PLLC
Attn: John Stump, Esq.
Chase Tower, 8th Floor
707 Virginia Street East
Charleston, WV 25301
Email: johnstump@steptoe-johnson.com

**HAND DELIVERY AND EMAIL**
(Counsel to JPMorgan Chase Bank, N.A.)
Womble Bond Dickinson (US) LLP
Attn: Matthew Ward, Esq. and Morgan Patterson, Esq.
1313 N. Market Street, Suite 1200
Wilmington, DE 19801
Email: matthew.ward@wbd-us.com
         morgan.patterson@wbd-us.com