**EXHIBIT A**

**COMPENSATION BY PROJECT CATEGORY**

**BOY SCOUTS OF AMERICA**
**(Case No. 20-10343 (LSS))**

**June 1, 2020 through June 30, 2020**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration | 0.60 | 260.00 |
| Automatic Stay Matters | 1.80 | 1,421.50 |
| Creditor Communications and Meetings | 1.70 | 1,189.00 |
| Fee Applications (MNAT - Filing) | 1.80 | 620.50 |
| Fee Applications (Others - Filing) | 30.60 | 12,717.50 |
| Fee Applications (Other - Objections) | 0.20 | 143.50 |
| Executory Contracts/Unexpired Leases | 5.60 | 2,736.00 |
| Other Contested Matters | 54.50 | 35,036.00 |
| Financing Matters/Cash Collateral | 0.80 | 481.00 |
| Court Hearings | 25.90 | 11,822.00 |
| Claims Objections and Administration | 0.10 | 80.00 |
| Plan and Disclosure Statement | 2.30 | 1,184.00 |
| Litigation/Adversary Proceedings | 5.70 | 3,296.50 |
| Professional Retention (MNAT - Filing) | 1.50 | 661.50 |
| Professional Retention (Others - Filing) | 13.50 | 6,585.50 |
| Professional Retention (Others - Objections) | 2.40 | 1,075.00 |
| General Case Strategy | 6.30 | 3,087.00 |
| Schedules/SOFA/U.S. Trustee Reports | 0.90 | 432.50 |
| **TOTAL** | **156.20** | **$82,829.00** |

**Time Detail**

**Task Code:**     B110          Case Administration

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 06/02/20 | Reimann, Glenn | Draft and electronically file the notice of withdrawal of J. Conlan. | 0.5 | 167.50 |
| 06/15/20 | Abbott, Derek C. | review correspondence re: Womble invoice | 0.1 | 92.50 |
| | | **Total** | **0.6** | **260.00** |

**Task Code:**     B140          Automatic Stay Matters

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 06/02/20 | Abbott, Derek C. | review KS Doe 15 objection to stay extension | 0.1 | 92.50 |
| 06/03/20 | Remming, Andrew | review Old Republic reply re stay | 0.1 | 80.00 |
| 06/03/20 | Abbott, Derek C. | call re: PI objections w/Curtin, Andolina, Linder | 0.3 | 277.50 |
| 06/03/20 | Abbott, Derek C. | call w/Curtin re: responses to stay PI | 0.1 | 92.50 |
| 06/03/20 | Abbott, Derek C. | Review PLS Republic stay relief reply | 0.2 | 185.00 |
| 06/03/20 | Moats, Eric | Email exchange w/ Omni re: corrected hearing date for automatic stay motion. | 0.2 | 107.00 |
| 06/04/20 | Remming, Andrew | review ZRS stay motion | 0.1 | 80.00 |
| 06/04/20 | Remming, Andrew | review EJK stay motion and exhibits | 0.2 | 160.00 |
| 06/04/20 | Moats, Eric | Further email exchange w/ B. Curtin and T. Labuda re: adjournment of stay relief motions. | 0.2 | 107.00 |
| 06/22/20 | Remming, Andrew | review stay relief motion re counterclaims | 0.2 | 160.00 |
| 06/25/20 | Remming, Andrew | review stay relief motion | 0.1 | 80.00 |
| | | **Total** | **1.8** | **1,421.50** |

**Task Code:**     B150          Creditor Communications and Meetings

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 06/01/20 | Moats, Eric | Phone call (VM) to HRRG Financial Services re: bankruptcy case. | 0.1 | 53.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/03/20 | Abbott, Derek C. | Attn to council issues | 0.2 | 185.00 |
| 06/09/20 | Abbott, Derek C. | call w/Topper re: 341 and hearing protocols | 0.4 | 370.00 |
| 06/09/20 | Topper, Paige | Attn to 341 meeting logistics and emails with M. Linder re: same. | 0.2 | 102.00 |
| 06/09/20 | Topper, Paige | Call w/Abbott re: 341 and hearing protocols | 0.4 | 204.00 |
| 06/15/20 | Topper, Paige | Attn to 341 meeting logistics and email to D. Buchbinder and H. McCollum re: same. | 0.2 | 102.00 |
| 06/29/20 | Remming, Andrew | review email from interested party; review email from B. Warner re same | 0.1 | 80.00 |
| 06/30/20 | Abbott, Derek C. | correspondence w/Florida AG office re: notices | 0.1 | 92.50 |
| | | **Total** | **1.7** | **1,189.00** |

**Task Code:**   B160   Fee Applications (MNAT - Filing)

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/11/20 | Topper, Paige | Review and provide comments to CNOs for MNAT second and third monthly fee application. | 0.1 | 51.00 |
| 06/11/20 | Vale, Desiree | Draft CNOs re MNAT March and April Fee Applications (.4) e-mails to P. Topper and E. Moats re the same (.1) | 0.5 | 167.50 |
| 06/15/20 | Vale, Desiree | Draft CNO re MNAT First Interim Fee Application | 0.2 | 67.00 |
| 06/29/20 | Vale, Desiree | Work on MNAT May Fee Application | 1.0 | 335.00 |
| | | **Total** | **1.8** | **620.50** |

**Task Code:**   B165   Fee Applications (Others - Filing)

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/01/20 | Vale, Desiree | Communication with A. Azer in Haynes and Boone re CNOs filing (.2) prepare and e-file re the same (.2) communication with Alvarez & Marsal re the same (.2) | 0.6 | 201.00 |
| 06/01/20 | Vale, Desiree | Review and respond e-mail from P. Topper re CNOs for fee apps (.1) update re the same (.2) | 0.3 | 100.50 |

2

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 06/01/20 | Topper, Paige | Review and revise CNO for Haynes and Boone fee application. | 0.2 | 102.00 |
| 06/02/20 | Moats, Eric | Review UST comments to first interim fee apps (.2); research re: UST LFG (.3); and draft email to Ogletree re: comments to same (.3) | 0.8 | 428.00 |
| 06/02/20 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing and service of fee application (.1); prepare & efile Consolidated First Monthly Application of Sidley Austin LLP for Allowance of Compensation and Reimbursement of Expenses for the Period from February 18, 2020 to and Including March 31, 2020 (.2) | 0.3 | 94.50 |
| 06/02/20 | Abbott, Derek C. | review correspondence from McCollum re: fee apps | 0.1 | 92.50 |
| 06/02/20 | Topper, Paige | Call with E. Moats re: UST comments to Ogletree interim fee application and Sidley first monthly fee application. | 0.5 | 255.00 |
| 06/02/20 | Topper, Paige | Call with E. Moats re: UST comments to interim fee applications. | 0.2 | 102.00 |
| 06/02/20 | Moats, Eric | Call w/ P. Topper re: UST comments to Ogletree interim and first Sidley monthly fee app. | 0.5 | 267.50 |
| 06/02/20 | Moats, Eric | Call with P. Topper re: UST comments to interim fee applications | 0.2 | 107.00 |
| 06/02/20 | Topper, Paige | Emails with Haynes and Boone re: fee application questions. | 0.1 | 51.00 |
| 06/03/20 | Abbott, Derek C. | review BRG interim fee app | 0.1 | 92.50 |
| 06/03/20 | Topper, Paige | Emails with J. Lord re: interim fee hearing and Committee's fee applications. | 0.1 | 51.00 |
| 06/08/20 | Moats, Eric | Review Bates White interim fee app and coordinate w/ T. Naimoli for filing and service of same. | 0.6 | 321.00 |
| 06/08/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing of fee application (,1); prepare & efile First Interim Fee Application Request of Bates White, LLC for the Period February 18, 2020 through April 30, 2020 (.2) | 0.3 | 94.50 |
| 06/09/20 | Vale, Desiree | Receive and respond e-mail (x3) from E. Moats re CNO of Bates White April Fee Application (.2) draft re the same (.2) | 0.4 | 134.00 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 06/09/20 | Moats, Eric | Email exchange w/ UST re: comments to bates white interim fee app. | 0.2 | 107.00 |
| 06/12/20 | Vale, Desiree | Receive and respond e-mails from C. Binggeli and P. Topper re CNO of Alvarez Marsal Second Fee Application (.2) Update, review, and distribute the same (.5) | 0.7 | 234.50 |
| 06/12/20 | Vale, Desiree | Draft CNOs re KCIC First Fee Application (.2) Ogletree April Fee Application (.2) Alvarez and Marsal April Fee Application (.2) e-mail (x3) to corresponding professionals (.2) e-file re the same (.4) | 1.2 | 402.00 |
| 06/15/20 | Topper, Paige | Confer with E. Moats and email to B. Griggs re: Ogletree interim fee application and UST comments to same. | 0.1 | 51.00 |
| 06/15/20 | Vale, Desiree | Draft CNOs re professionals (x4) First Interim Fee Applications | 0.8 | 268.00 |
| 06/15/20 | Topper, Paige | Call with E. Moats re: interim fee applications. | 0.2 | 102.00 |
| 06/16/20 | Topper, Paige | Address Sidley fee application question and call with D. Abbott re: same (.2); call with M. Linder re: same (.2); and finalize fee application and review and provide comments to notice for fee application (.1). | 0.5 | 255.00 |
| 06/16/20 | Vale, Desiree | correspondence (x6) with E Moats and M. Murray re CNO of Bates White for April Fee Application e- filing (.2) e-file re the same (.2) coordinate distribution (.1) | 0.5 | 167.50 |
| 06/16/20 | Topper, Paige | Call with E. Moats re: fee application issues and other outstanding matters. | 0.4 | 204.00 |
| 06/16/20 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing and service of fee application (.1) ; prepare & efile Second Monthly Application of Sidley Austin LLP for the Period April 1, 2020 to April 30, 2020 (.3) | 0.4 | 126.00 |
| 06/16/20 | Abbott, Derek C. | call w/Topper re Sidley fee app (.1); call to Boelter re same (.1) | 0.2 | 185.00 |
| 06/16/20 | Moats, Eric | Phone call w/ P. Topper re: professional fee app questions and issues to be addressed and other case outstanding items. | 0.4 | 214.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/16/20 | Topper, Paige | Review Sidley second monthly fee application and emails with B. Warner re: same. | 0.3 | 153.00 |
| 06/17/20 | Topper, Paige | Email to UST re: Ogletree's responses to UST comments on interim fee application. | 0.1 | 51.00 |
| 06/17/20 | Vale, Desiree | Review e-mail from Sidley Austin re CNO First Fee Application (.1) Draft and e-mail to P. Topper re the same (.2) | 0.3 | 100.50 |
| 06/18/20 | Remming, Andrew | review email from P. Topper re UST comments to fee app | 0.1 | 80.00 |
| 06/18/20 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing and service of fee application (.1) ; prepare & efile Third Monthly Application of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. for Allowance of Compensation and Reimbursement of Expenses for the Period May 1, 2020 to May 31, 2020 (.3) | 0.4 | 126.00 |
| 06/18/20 | Topper, Paige | Review and revise Ogletree third monthly fee application. | 0.4 | 204.00 |
| 06/18/20 | Topper, Paige | Draft email to B. Griggs re: UST comments to Ogletree interim fee application. | 0.4 | 204.00 |
| 06/18/20 | Topper, Paige | Review and revise notice of hearing for Ogletree third monthly fee application and emails with T. Naimoli re: same. | 0.2 | 102.00 |
| 06/18/20 | Topper, Paige | Address UST concerns re: Ogletree interim fee application. | 0.3 | 153.00 |
| 06/18/20 | Remming, Andrew | prepare for and attend tele w/ P. Topper re Ogletree fee app questions; review email from P. Topper re same | 0.5 | 400.00 |
| 06/19/20 | Moats, Eric | Review Bates White May fee app and coordinate w/ G. Reimann re: filing and service of same. | 0.2 | 107.00 |
| 06/19/20 | Reimann, Glenn | Draft notice and electronically file the Bates White fee application. | 0.6 | 201.00 |
| 06/22/20 | Vale, Desiree | Draft Omnibus First Interim Fee Order | 2.0 | 670.00 |
| 06/22/20 | Remming, Andrew | review email from B. Griggs re Ogletree fee app | 0.1 | 80.00 |
| 06/22/20 | Vale, Desiree | Draft CNO re Bates White Interim Fee Application | 0.2 | 67.00 |
| 06/23/20 | Abbott, Derek C. | correspondence w/McCollum re: Bates White fee app | 0.1 | 92.50 |

5

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/23/20 | Moats, Eric | Email U.S. Trustee re: unredacted versions of Ogletree fee application. | 0.1 | 53.50 |
| 06/24/20 | Moats, Eric | Emails w/ D. Vale and G. Reimann re: interim fee apps and review exhibit for same. | 0.4 | 214.00 |
| 06/24/20 | Vale, Desiree | Draft Schedule A for First Interim Fee Hearing Binder | 2.6 | 871.00 |
| 06/24/20 | Remming, Andrew | review and respond to email from B. Griggs re fee app | 0.1 | 80.00 |
| 06/25/20 | Moats, Eric | Email exchange w/ M. Murphy re: Bates White May fee app. | 0.1 | 53.50 |
| 06/25/20 | Remming, Andrew | tele w/ E. Moats re Ogletree fee app | 0.1 | 80.00 |
| 06/25/20 | Vale, Desiree | Update Schedule A for Fee Hearing (.2) preparing fee binders for chambers (2.5) | 2.7 | 904.50 |
| 06/25/20 | Moats, Eric | Phone call w/ A. Remming re: UST comments to Ogletree fee app. | 0.2 | 107.00 |
| 06/26/20 | Moats, Eric | Draft supplement re: Ogletree first interim (.5) and email A. Remming re: same (.1). | 0.6 | 321.00 |
| 06/29/20 | Remming, Andrew | review Ogletree interim fee application | 0.1 | 80.00 |
| 06/29/20 | Remming, Andrew | emails w/ E. Moats re Ogletree fee app | 0.1 | 80.00 |
| 06/29/20 | Remming, Andrew | review email from D. Vale re CNOs, review attached CNOs | 0.1 | 80.00 |
| 06/30/20 | Vale, Desiree | Update First Interim Omnibus Fee Order | 2.0 | 670.00 |
| 06/30/20 | Vale, Desiree | Update Interim Fee hearing Schedule A (2.0) assemble Interim Fee Hearing binder (1.5) | 3.5 | 1,172.50 |
| 06/30/20 | Topper, Paige | Emails re: omnibus interim fee order and fee applications. | 0.2 | 102.00 |
| 06/30/20 | Remming, Andrew | emails (4x) w/ P. Topper and D. Abbott re fee apps | 0.1 | 80.00 |
| 06/30/20 | Reimann, Glenn | Email communications with D. Vale regarding Exhibit A to agenda for interim fee applications.  Review draft Exhibit A. | 0.5 | 167.50 |
| | | **Total** | **30.6** | **12,717.50** |

Task Code:      B175      Fee Applications (Other - Objections)

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/09/20 | Abbott, Derek C. | correspondence w/Max Collin re Bates White fee app | 0.1 | 92.50 |
| 06/16/20 | Topper, Paige | Review Ogletree draft responses to UST comments on interim fee application and email to B. Warner and E. Moats re: same. | 0.1 | 51.00 |
| | | **Total** | **0.2** | **143.50** |

**Task Code:**    B185    Executory Contracts/Unexpired Leases

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/15/20 | Topper, Paige | Review and provide comments to motion to extend 365(d)(4) deadlines and email to M. Linder re: same. | 0.4 | 204.00 |
| 06/16/20 | Reimann, Glenn | Draft notice of 365(d)(4) motion. Electronically file and cause the motion to be served. | 0.7 | 234.50 |
| 06/17/20 | Moats, Eric | Phone call w/ P. Topper re: rejection motion and revisions to same. | 0.2 | 107.00 |
| 06/17/20 | Abbott, Derek C. | review foundation agreement rejection motion | 0.1 | 92.50 |
| 06/17/20 | Topper, Paige | Review and provide comments to lease rejection motion and surrender letter (.9); call with E. Moats re: same (.2). | 1.1 | 561.00 |
| 06/18/20 | Reimann, Glenn | Draft notice, electronically file, and cause to be served the lease rejection motion. | 0.5 | 167.50 |
| 06/18/20 | Topper, Paige | Emails with J. Schomberg and J. Zirkman re: lease rejection motion. | 0.1 | 51.00 |
| 06/18/20 | Topper, Paige | Finalize motion to reject unexpired lease and prepare for filing (.2); review and revise notice of motion and emails with G. Reimann re: same (.1). | 0.3 | 153.00 |
| 06/18/20 | Topper, Paige | Call with M. Linder re: lease rejection motion and omnibus retention application for appraisers. | 0.2 | 102.00 |
| 06/20/20 | Remming, Andrew | review motion to reject lease | 0.1 | 80.00 |
| 06/25/20 | Reimann, Glenn | Draft notice of Oracle lease rejection motion. | 0.1 | 33.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/25/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of motion (.1); prepare & efile Debtors' Motion Authorizing the Debtors to Reject Executory Contracts with Oracle America, Inc. (.2) | 0.3 | 94.50 |
| 06/25/20 | Remming, Andrew | review motion to reject Oracle leases | 0.2 | 160.00 |
| 06/25/20 | Moats, Eric | Review oracle rejection motion (.8); email exchange w/ B. Warner and M. Linder re: same (.2); and coordinate w/ G. Reimann and T. Naimoli re: notice, filing, and service of same (.3). | 1.3 | 695.50 |
| | | **Total** | **5.6** | **2,736.00** |

| Task Code: | B190 | Other Contested Matters | | |
|------------|------|-------------------------|--|--|

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/01/20 | Remming, Andrew | review email from P. Topper re protective order | 0.1 | 80.00 |
| 06/01/20 | Remming, Andrew | tele w/ P. Topper re issues re protective order | 0.5 | 400.00 |
| 06/01/20 | Remming, Andrew | emails w/ P. Topper re protective order | 0.1 | 80.00 |
| 06/01/20 | Reimann, Glenn | Review as-filed protective order and upload same | 0.5 | 167.50 |
| 06/01/20 | Moats, Eric | Phone call w/ P. Topper re: protective order and signatories to same. | 0.5 | 267.50 |
| 06/01/20 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing and service of COC (.1); prepare & efile Certification of Counsel Regarding Debtors' Motion for Entry of an Order Approving Confidentiality and Protective Order (.3) | 0.4 | 126.00 |
| 06/01/20 | Moats, Eric | Phone call w/ P. Topper, D. Abbott, K. Basaria, and M. Andolina (in part) re: protective order and signatories to same. | 0.3 | 160.50 |
| 06/01/20 | Moats, Eric | Review protective order revisions, COC, and email exchange w/ P. Topper and K. Basaria re: same. | 0.5 | 267.50 |
| 06/01/20 | Abbott, Derek C. | call w/Topper, Basaria, Andolina, Moats re: protective order | 0.2 | 185.00 |
| 06/01/20 | Moats, Eric | Review and revise COC re: protective order. | 0.2 | 107.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/01/20 | Moats, Eric | Further phone call w/ P. Topper re: protective order and signatories. | 0.2 | 107.00 |
| 06/01/20 | Topper, Paige | Call with A. Remming re: insurers' comments to protective order and email to K. Basaria re: same. | 0.2 | 102.00 |
| 06/01/20 | Topper, Paige | Attn to protective order issues and review and provide comments to COC re: same. | 0.5 | 255.00 |
| 06/01/20 | Topper, Paige | Call with E. Moats re: mediator motion, motions for stay relief, and protective order (.4) and emails re: protective order (.1). | 0.5 | 255.00 |
| 06/01/20 | Topper, Paige | Further attn to protective order issues (.3); calls with K. Basaria (.3), A. Remming (.4) and E. Moats (.2) re: same. | 1.2 | 612.00 |
| 06/01/20 | Topper, Paige | Call with K. Basaria, E. Moats, D. Abbott and M. Andolina (in part) re: protective order (.3); calls with D. Abbott (.1) and M. Harvey re: same (.2); review revised COC re: same (.1). | 0.7 | 357.00 |
| 06/01/20 | Topper, Paige | Finalized COC for protective order and prepared for filing. | 0.5 | 255.00 |
| 06/02/20 | Reimann, Glenn | Draft and electronically file the CNO regarding the motion to extend removal deadline. | 0.6 | 201.00 |
| 06/02/20 | Reimann, Glenn | Electronically file the reply in support of the protective order. | 0.5 | 167.50 |
| 06/02/20 | Moats, Eric | Review objections from insurers to mediators and selections of same. | 1.2 | 642.00 |
| 06/02/20 | Abbott, Derek C. | Review Hartford brief re: mediation | 0.3 | 277.50 |
| 06/02/20 | Abbott, Derek C. | correspondence re: reply re: Century objection | 0.1 | 92.50 |
| 06/02/20 | Abbott, Derek C. | call w/Topper re: reply on protective order | 0.1 | 92.50 |
| 06/02/20 | Abbott, Derek C. | correspondence w/Linder, Curtin, Warner, Topper, Mozart re: extension of removal period | 0.1 | 92.50 |
| 06/02/20 | Abbott, Derek C. | call w/Topper re: letter re: insurer discovery requests | 0.1 | 92.50 |
| 06/02/20 | Moats, Eric | Confer with P. Topper re: removal motion | 0.1 | 53.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/02/20 | Topper, Paige | Review and revise reply to Century's protective order objection and finalize reply and exhibits for filing. | 0.6 | 306.00 |
| 06/02/20 | Topper, Paige | Confer with E. Moats re: removal motion. | 0.1 | 51.00 |
| 06/02/20 | Topper, Paige | Work on protective order issues (.6); call with K. Basaria re: same (.1). | 0.7 | 357.00 |
| 06/03/20 | Remming, Andrew | review Hartford objection to mediator motion | 0.4 | 320.00 |
| 06/03/20 | Remming, Andrew | review Century joinder re mediation objection | 0.1 | 80.00 |
| 06/03/20 | Remming, Andrew | review Allianz joinder re mediation objection | 0.1 | 80.00 |
| 06/03/20 | Abbott, Derek C. | correspondence w/Andolina re: discovery issues | 0.1 | 92.50 |
| 06/03/20 | Abbott, Derek C. | correspondence to potential mediators | 0.1 | 92.50 |
| 06/03/20 | Abbott, Derek C. | call w/Topper re: letter re: Century discovery | 0.1 | 92.50 |
| 06/03/20 | Abbott, Derek C. | review draft letter re: discovery by Century | 0.2 | 185.00 |
| 06/03/20 | Abbott, Derek C. | correspondence w/Topper, Moats re mediator motion hearing | 0.1 | 92.50 |
| 06/03/20 | Abbott, Derek C. | Review reply re mediator motions | 0.2 | 185.00 |
| 06/03/20 | Abbott, Derek C. | call w/Andolina, Boelter, Linder, Walker re: mediation issues (.7); call w/potential mediator re: same (.2) | 0.9 | 832.50 |
| 06/03/20 | Abbott, Derek C. | call w/potential mediator and correspondence to Andolina, Boelter, Linder re: same | 0.3 | 277.50 |
| 06/03/20 | Moats, Eric | Phone call w/ Sidley team and D. Abbott re: objections to mediator order, proposed responses to same, and strategy for hearing. | 0.7 | 374.50 |
| 06/03/20 | Moats, Eric | Further review of objections from insurers to mediator motion. | 0.9 | 481.50 |
| 06/03/20 | Moats, Eric | Review 2014 disclosures filed by insurers for proposed mediators. | 0.5 | 267.50 |
| 06/03/20 | Moats, Eric | Further phone call w/ P. Topper re: mediator motion and hearing logistics. | 0.1 | 53.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/03/20 | Moats, Eric | Review proposed letter response to Century re: discovery requests and email D. Abbott and P. Topper re: revisions to same. | 0.2 | 107.00 |
| 06/03/20 | Moats, Eric | Phone call w/ P. Topper re: draft letter to Century re: response to mediator discovery request. | 0.3 | 160.50 |
| 06/03/20 | Topper, Paige | Revised discovery letter to T. Schiavoni to incorporate D. Abbott comments and email to Sidley team re: same. | 0.4 | 204.00 |
| 06/03/20 | Topper, Paige | Review Century discovery requests to mediator motion and draft response letter to T. Schiavoni re: same. | 1.1 | 561.00 |
| 06/03/20 | Topper, Paige | Call w/Abbott re: letter re: Century discovery | 0.1 | 51.00 |
| 06/04/20 | Moats, Eric | Review reply in support of mediator motion. | 1.3 | 695.50 |
| 06/04/20 | Moats, Eric | Review revised proposed mediator order. | 0.3 | 160.50 |
| 06/04/20 | Moats, Eric | Final review of mediation reply and accompanying documents (.4); email exchange w/ Sidley team re: same (.3); and coordinate w/ G. Reimann re: filing and service of same (.4). | 1.1 | 588.50 |
| 06/04/20 | Abbott, Derek C. | review draft reply re: mediation motion | 0.6 | 555.00 |
| 06/04/20 | Abbott, Derek C. | review draft email re: discovery | 0.1 | 92.50 |
| 06/04/20 | Abbott, Derek C. | review revised draft of reply re: mediation | 0.3 | 277.50 |
| 06/04/20 | Reimann, Glenn | Electronically file the reply in support of the mediator motion. | 0.8 | 268.00 |
| 06/05/20 | Remming, Andrew | review email from M. Andolina re protective order status | 0.1 | 80.00 |
| 06/05/20 | Remming, Andrew | review Century reply re mediators | 0.1 | 80.00 |
| 06/05/20 | Abbott, Derek C. | correspondence w/Brady re: Century discovery requests | 0.1 | 92.50 |
| 06/05/20 | Abbott, Derek C. | review FCR joinder re: mediation motion | 0.1 | 92.50 |
| 06/05/20 | Moats, Eric | Email exchange w/ G. Reimann and K. Basaria re: protective order and providing chambers with same. | 0.2 | 107.00 |
| 06/06/20 | Remming, Andrew | Review FCR joinder re mediator motion. | 0.1 | 80.00 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 06/08/20 | Remming, Andrew | review email from E. Moats re COC re mediation order | 0.1 | 80.00 |
| 06/08/20 | Topper, Paige | Review COC for mediation order and call with E. Moats re: comments to same. | 0.2 | 102.00 |
| 06/08/20 | Remming, Andrew | review revised version of mediation order | 0.2 | 160.00 |
| 06/08/20 | Remming, Andrew | review email from M Linder re mediation order | 0.1 | 80.00 |
| 06/08/20 | Remming, Andrew | further emails w/ M. Linder re mediation order; review emails w/ TCC, UCC and FCR re same; review emails from T. Schiavoni and M Linder re same | 0.1 | 80.00 |
| 06/08/20 | Moats, Eric | Draft COC re: mediation order. | 1.0 | 535.00 |
| 06/08/20 | Moats, Eric | Call w/ P. Topper re: mediation order and previsions to COC for same. | 0.1 | 53.50 |
| 06/08/20 | Moats, Eric | Email exchange w/ M. Linder and Sidley Team re: revisions to mediation COC. | 0.3 | 160.50 |
| 06/08/20 | Moats, Eric | Further phone calls (x2) w/ P. Topper re: mediation order, COC, and revisions to same. | 0.3 | 160.50 |
| 06/08/20 | Abbott, Derek C. | review certification re: mediator motion | 0.1 | 92.50 |
| 06/08/20 | Topper, Paige | Further phone calls (x) w/E. Moats re: mediation order, COC, and revisions to same | 0.3 | 153.00 |
| 06/08/20 | Remming, Andrew | review UCC joinder re mediator motion | 0.2 | 160.00 |
| 06/09/20 | Reimann, Glenn | Electronically file the CoC regarding the mediator motion. | 0.8 | 268.00 |
| 06/09/20 | Remming, Andrew | further email w/ M. Linder re mediation order | 0.1 | 80.00 |
| 06/09/20 | Remming, Andrew | review revised version of mediation order and exhibits | 0.2 | 160.00 |
| 06/09/20 | Moats, Eric | Review Century appeal to bar date order. | 0.2 | 107.00 |
| 06/09/20 | Moats, Eric | Finalize mediation COC (.3) and coordinate w/ G. Reimann for filing and delivery to chambers of same (.2). | 0.5 | 267.50 |
| 06/09/20 | Remming, Andrew | review email from D. Abbott re mediation order | 0.1 | 80.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/09/20 | Remming, Andrew | review email from M. Linder re mediation order; review email from M. Andolina re PI stip; review email from D. Abbott re same | 0.1 | 80.00 |
| 06/09/20 | Moats, Eric | Revise mediation COC re: comments from Sidley and email revised version. | 0.5 | 267.50 |
| 06/10/20 | Remming, Andrew | emails w/ P. Topper re Century appeal | 0.1 | 80.00 |
| 06/10/20 | Remming, Andrew | review email from E. Moats re mediation order | 0.1 | 80.00 |
| 06/10/20 | Remming, Andrew | review Century appeal papers | 0.1 | 80.00 |
| 06/10/20 | Abbott, Derek C. | correspondence w/Court, Sidley re: details for Finn appointment | 0.2 | 185.00 |
| 06/13/20 | Remming, Andrew | review Century appeal papers re Sidley retention | 0.1 | 80.00 |
| 06/15/20 | Abbott, Derek C. | review correspondence re: mediators memo | 0.1 | 92.50 |
| 06/15/20 | Moats, Eric | Review mediation notice from mediators. | 0.2 | 107.00 |
| 06/15/20 | Remming, Andrew | emails w/ M Andolina and T. Schiavoni re mediator issues, documents | 0.1 | 80.00 |
| 06/15/20 | Remming, Andrew | review email from M Linder re mediators and attachments to same | 0.1 | 80.00 |
| 06/16/20 | Remming, Andrew | review email from J. Weinberg re redacted objection | 0.1 | 80.00 |
| 06/16/20 | Remming, Andrew | review and respond to email from DCA re appeal issue | 0.1 | 80.00 |
| 06/17/20 | Moats, Eric | Correspondence w/ D. Abbott (VM and email exchange) re: Pingry school 9019 motion. | 0.2 | 107.00 |
| 06/17/20 | Abbott, Derek C. | review correspondence re: Century issues | 1.0 | 925.00 |
| 06/17/20 | Topper, Paige | Emails re: discovery requests re: mediator motion (.1) and call with D. Abbott re: same (.1). | 0.2 | 102.00 |
| 06/17/20 | Reimann, Glenn | Draft notice for Pingry settlement motion. | 0.1 | 33.50 |
| 06/17/20 | Remming, Andrew | review email from M. Andolina re emails to insurance counsel | 0.1 | 80.00 |
| 06/17/20 | Moats, Eric | Phone call w/ W. Curtin re: Pingry 9019 motion. | 0.1 | 53.50 |
| 06/17/20 | Abbott, Derek C. | call w/Linder, Andolina, Boelter re: motion reconsider | 0.8 | 740.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/17/20 | Moats, Eric | Review 9019 Pingry motion. | 0.7 | 374.50 |
| 06/17/20 | Topper, Paige | Research re: rules of professional conduct and email with M. Linder re: same. | 0.6 | 306.00 |
| 06/17/20 | Remming, Andrew | review Hartford motion to reconsider | 0.3 | 240.00 |
| 06/17/20 | Moats, Eric | Email exchange w/ W. Curtin re: revisions to 9019 motion and order. | 0.3 | 160.50 |
| 06/18/20 | Moats, Eric | Review notice for 9019 motion and coordinate w/ G. Reimann for filing and service of same. | 0.3 | 160.50 |
| 06/18/20 | Abbott, Derek C. | call w/Andolina re Century issues | 0.4 | 370.00 |
| 06/18/20 | Reimann, Glenn | Electronically file and cause to be served the Pingry settlement motion. | 0.3 | 100.50 |
| 06/18/20 | Remming, Andrew | review letter to Century's counsel | 0.3 | 240.00 |
| 06/18/20 | Abbott, Derek C. | correspondence w/Linder re: Century issues | 0.1 | 92.50 |
| 06/18/20 | Abbott, Derek C. | correspondence w/Andolina re: Century issues | 0.1 | 92.50 |
| 06/18/20 | Moats, Eric | Review revised version of Pingry 9019 motion and comment on same. | 1.1 | 588.50 |
| 06/18/20 | Abbott, Derek C. | review Pingry settlement stipulation and motion | 0.1 | 92.50 |
| 06/18/20 | Remming, Andrew | review email from J. Weinberg re motion for reconsideration | 0.1 | 80.00 |
| 06/18/20 | Moats, Eric | Finalize 9019 motion re: comments from W. Curtin. | 0.4 | 214.00 |
| 06/18/20 | Abbott, Derek C. | review revised letter re: Century issues | 0.9 | 832.50 |
| 06/18/20 | Abbott, Derek C. | review objections re: Century discovery | 0.2 | 185.00 |
| 06/18/20 | Topper, Paige | Review Hartford's motion to reconsider mediator motion. | 0.4 | 204.00 |
| 06/19/20 | Remming, Andrew | review email from M. Linder re additional mediation party | 0.1 | 80.00 |
| 06/19/20 | Remming, Andrew | review email from J. Weinberg re redactions; review email from M. Linder re same | 0.1 | 80.00 |
| 06/20/20 | Remming, Andrew | review email from B. Warner re motion to dismiss appeal | 0.1 | 80.00 |

14

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/21/20 | Remming, Andrew | review and respond to email from E. Moats re revisions to motion to dismiss bar date appeal | 0.1 | 80.00 |
| 06/21/20 | Remming, Andrew | review and edit draft motion to dismiss Century appeal of bar date order; review BK appeal rules | 0.9 | 720.00 |
| 06/21/20 | Moats, Eric | Review motion to dismiss Century bar date appeal. | 0.7 | 374.50 |
| 06/22/20 | Abbott, Derek C. | review motion to dismiss appeal | 0.3 | 277.50 |
| 06/22/20 | Remming, Andrew | review further email from E. Moats re motion to dismiss bar date; review emails from D. Abbott re same; review email from M. Walker re same; review email from M. Andolina re same | 0.1 | 80.00 |
| 06/22/20 | Moats, Eric | Further review of motion to dismiss appeal and email Sidley team re: same. | 0.4 | 214.00 |
| 06/22/20 | Remming, Andrew | review E. Moats edits to appeal motion re bar date appeal | 0.1 | 80.00 |
| 06/22/20 | Naimoli, Theresa M. | Prepare & efile Declaration of Katie Nownes in Support of Motion of Boy Scouts of America and Delaware BSA, LLC to Dismiss Interlocutory Appeal (.2) | 0.2 | 63.00 |
| 06/22/20 | Moats, Eric | Email exchange w/ B. Warner re: district court motion to dismiss and filing of same. | 0.3 | 160.50 |
| 06/22/20 | Remming, Andrew | review MTD appeal re bar date, proposed order re same and revised memo in support; research re same | 0.6 | 480.00 |
| 06/22/20 | Naimoli, Theresa M. | Prepare & efile Memorandum in Support of Motion of Boy Scouts of America and Delaware BSA, LLC to Dismiss Interlocutory Appeal (.2) | 0.2 | 63.00 |
| 06/22/20 | Moats, Eric | Further review of motion to dismiss and accompanying brief, and coordinate w/ T. Naimoli for filing and service of same. | 0.5 | 267.50 |
| 06/22/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of motion, memorandum and declaration (.1); prepare & efile Motion of Boy Scouts of America and Delaware BSA, LLC to Dismiss Interlocutory Appeal (.2) | 0.3 | 94.50 |

15

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/22/20 | Remming, Andrew | review emails from M. Linder and J. Weinberg re dataroom access; review email from M. Andolina re same | 0.1 | 80.00 |
| 06/22/20 | Remming, Andrew | review email from M. Linder re NOA in Sidley retention appeal | 0.1 | 80.00 |
| 06/22/20 | Abbott, Derek C. | correspondence w/Moats re: form of order re: motion to dismiss appeal | 0.1 | 92.50 |
| 06/22/20 | Remming, Andrew | review email from E. Moats re comments to motion to dismiss bar date appeal; review email from B. Warner re declaration re bar date appeal | 0.1 | 80.00 |
| 06/22/20 | Remming, Andrew | review email from D. Culver re bar date appeal declaration | 0.1 | 80.00 |
| 06/22/20 | Remming, Andrew | review email from E. Moats re proposed order for motion to dismiss appeal; review email from D. Abbott re same | 0.1 | 80.00 |
| 06/22/20 | Moats, Eric | Review Nownes declaration and email exchange w/ B. Warner re: same. | 0.3 | 160.50 |
| 06/22/20 | Remming, Andrew | emails w/ M. Linder and A. Azer re dataroom | 0.1 | 80.00 |
| 06/23/20 | Remming, Andrew | participate in call w/ Hartford, M. Andolina, M. Linder and A. Azer re mediation issue | 0.4 | 320.00 |
| 06/23/20 | Moats, Eric | Review joint letter for bar date appeal (.2) and email exchange w/ MNAT re: sending of same to chambers (.2). | 0.5 | 267.50 |
| 06/23/20 | Remming, Andrew | review email from J. Winberg re dataroom access | 0.1 | 80.00 |
| 06/23/20 | Remming, Andrew | review email from M. Linder re Century joinder; review email from M. Andolina re same | 0.1 | 80.00 |
| 06/23/20 | Abbott, Derek C. | correspondence re: call with insurers | 0.1 | 92.50 |
| 06/23/20 | Moats, Eric | Phone calls (x2) w/ D. Abbott re: correspondence w/ Judge Thynge re: mediation statement. | 0.2 | 107.00 |
| 06/23/20 | Remming, Andrew | review email from E. Moats re response from Judge re appeal mediation position statements; review email from M. Linder re dataroom access | 0.1 | 80.00 |
| 06/23/20 | Abbott, Derek C. | correspondence re: mediation statement and submission of same | 0.3 | 277.50 |
| 06/23/20 | Remming, Andrew | review further email from E. Moats re mediation position statement | 0.1 | 80.00 |

16

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/23/20 | Remming, Andrew | review and respond to email from D. Abbott re dataroom access issues | 0.1 | 80.00 |
| 06/23/20 | Remming, Andrew | review email from E. Moats re mediation position statement for appeal; review email from D. Abbott re same | 0.1 | 80.00 |
| 06/23/20 | Abbott, Derek C. | correspondence re: mediation statement submission for bar date mediation | 0.3 | 277.50 |
| 06/24/20 | Remming, Andrew | review emails from M. Linder re mediation notice, review attachment | 0.1 | 80.00 |
| 06/24/20 | Abbott, Derek C. | call w/Trygesson, Ducayet, Hochman re: Sidley retention appeal | 0.3 | 277.50 |
| 06/24/20 | Remming, Andrew | review email from A. Kirshenbaum re joinder; review joinder and declaration | 0.2 | 160.00 |
| 06/24/20 | Remming, Andrew | review statement re D. Del. mediation | 0.1 | 80.00 |
| 06/25/20 | Remming, Andrew | review email from D. Abbott re Century joinder and attachments to same | 0.1 | 80.00 |
| 06/25/20 | Remming, Andrew | review Century notice of designation of record /issues on appeal re bar date | 0.1 | 80.00 |
| 06/25/20 | Moats, Eric | Review proposed redactions from Century re: documents for appeal. | 0.3 | 160.50 |
| 06/25/20 | Remming, Andrew | emails w/ M. Linder, M. Andolina, B. Brunner re Century proposed redactions | 0.1 | 80.00 |
| 06/25/20 | Abbott, Derek C. | correspondence w/Stamoulis re: Sidley appeal | 0.1 | 92.50 |
| 06/25/20 | Abbott, Derek C. | correspondence re: redacted version of Century joinder | 0.1 | 92.50 |
| 06/26/20 | Abbott, Derek C. | correspondence re: joint mediation statement re: Sidley retention appeal (.1); review draft of same (.1) | 0.2 | 185.00 |
| 06/26/20 | Abbott, Derek C. | correspondence w/Stamoulis re: joinder redactions | 0.1 | 92.50 |
| 06/26/20 | Abbott, Derek C. | review mediation statement as submitted | 0.1 | 92.50 |
| 06/26/20 | Abbott, Derek C. | review correspondence from Ducayet re: joint mediation statement re: Sidley retention appeal | 0.1 | 92.50 |
| 06/26/20 | Abbott, Derek C. | review correspondence re: joint mediation submission and respondent Ducayet re: same | 0.2 | 185.00 |
| 06/26/20 | Moats, Eric | Emails w/ Sidley team re: proposed redactions for documents on appeal. | 0.3 | 160.50 |
| 06/26/20 | Remming, Andrew | review email from DCA re Century redactions | 0.1 | 80.00 |

17

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/26/20 | Abbott, Derek C. | correspondence w/Stamoulis re: Sidley appeal issues | 0.1 | 92.50 |
| 06/26/20 | Moats, Eric | Review proposed redactions from Century for documents on appeal. | 0.6 | 321.00 |
| 06/26/20 | Abbott, Derek C. | call w/Ducayet re: designation of record, joint mediation statement | 0.1 | 92.50 |
| 06/26/20 | Abbott, Derek C. | review appellate dockets | 0.1 | 92.50 |
| 06/26/20 | Remming, Andrew | emails w/ DCA and M. Andolina re Century redactions | 0.1 | 80.00 |
| 06/26/20 | Abbott, Derek C. | review designation of record (.1); correspondence w/Ducayet re: same and Sidley order appeal issues (.1) | 0.2 | 185.00 |
| 06/27/20 | Remming, Andrew | review Century motion to seal docs | 0.1 | 80.00 |
| 06/29/20 | Abbott, Derek C. | correspondence w/Stamoulis re: sealing (.1); correspondence w/Ducayet re: same (.1) | 0.2 | 185.00 |
| 06/29/20 | Abbott, Derek C. | review correspondence re: stay of briefing on bar date appeal | 0.1 | 92.50 |
| 06/29/20 | Abbott, Derek C. | review Century brief re dismissal of appeal | 0.3 | 277.50 |
| 06/29/20 | Remming, Andrew | review Century answering brief re motion to dismiss | 0.4 | 320.00 |
| 06/29/20 | Remming, Andrew | emails (3x) w/ D. Abbott, M. Linder and M. Andolina re redacted filings | 0.1 | 80.00 |
| 06/30/20 | Topper, Paige | Emails with E. Moats re: COC for 9019 motion and emails with B. Warner and D. Buchbinder re: appraiser retention application. | 0.3 | 153.00 |
| 06/30/20 | Remming, Andrew | review email from M. Linder re mediation | 0.1 | 80.00 |
| 06/30/20 | Moats, Eric | Review Century response brief for MTD bar date appeal. | 0.8 | 428.00 |
| 06/30/20 | Moats, Eric | Email exchange w/ W. Curtin re: Pingry 9019 motion. | 0.3 | 160.50 |
| | | **Total** | **54.5** | **35,036.00** |

**Task Code:**    B230    Financing Matters/Cash Collateral

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/22/20 | Remming, Andrew | review and respond to further email from E. Moats re 345b waiver | 0.1 | 80.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/22/20 | Remming, Andrew | review and respond to email from E. Moats re 345b waiver | 0.1 | 80.00 |
| 06/22/20 | Moats, Eric | Draft email to US Trustee re: 345(b) requirements. | 0.3 | 160.50 |
| 06/22/20 | Moats, Eric | Email exchange w/ A. Remming and D. Abbott re: 345(b) requirements and update to U.S. Trustee for same. | 0.3 | 160.50 |
| | | **Total** | **0.8** | **481.00** |

**Task Code:**     B300     Court Hearings

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/01/20 | Vale, Desiree | Review and respond e-mails (x3) re docket review for Interim Fee hearing | 0.3 | 100.50 |
| 06/02/20 | Reimann, Glenn | email communications with P. Topper, E. Moats, and chambers regarding interim fee hearing date. | 0.2 | 67.00 |
| 06/02/20 | Reimann, Glenn | Draft June 8 agenda. | 1.7 | 569.50 |
| 06/03/20 | Remming, Andrew | emails (3x) w/ E. Moats, P. Topper and M. Linder re 6/8 agenda; emails (3x) w/ M. Andolina and B. Curtain and E. Moats re same | 0.1 | 80.00 |
| 06/03/20 | Moats, Eric | Email exchange w/ Sidley Team re: revisions to June 8 agenda. | 0.3 | 160.50 |
| 06/03/20 | Moats, Eric | Email Sidley Team re: 6/8 agenda. | 0.3 | 160.50 |
| 06/03/20 | Moats, Eric | Further revisions to 6/8 agenda re: comments from Sidley. | 1.0 | 535.00 |
| 06/03/20 | Moats, Eric | Review and revise 6/8 agenda. | 0.6 | 321.00 |
| 06/03/20 | Topper, Paige | Review 6.9.20 hearing agenda and confer with E. Moats re: same. | 0.2 | 102.00 |
| 06/03/20 | Reimann, Glenn | Draft June 8 agenda. | 2.2 | 737.00 |
| 06/04/20 | Remming, Andrew | review revised version of 6/8 agenda and emails from E. Moats re same | 0.1 | 80.00 |
| 06/04/20 | Remming, Andrew | review draft agenda for 6/8 hearing | 0.1 | 80.00 |
| 06/04/20 | Remming, Andrew | emails w/E. Moats re protective order status and agenda for 6/8 hearing | 0.1 | 80.00 |
| 06/04/20 | Moats, Eric | Email exchange w/ Sidley Team re: revisions and updates to 6/8 agenda. | 0.3 | 160.50 |
| 06/04/20 | Moats, Eric | Further revisions to 6/8 agenda re: comments from Sidley. | 0.6 | 321.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/04/20 | Moats, Eric | Email exchange w/ Chambers re: 6/8 hearing and logistics re: same. | 0.1 | 53.50 |
| 06/04/20 | Abbott, Derek C. | correspondence w/Boelter re agenda | 0.1 | 92.50 |
| 06/04/20 | Malafronti, Emily | Hearing preparation | 0.7 | 234.50 |
| 06/04/20 | Reimann, Glenn | Revise amended agenda for the June 8 hearing. | 1.7 | 569.50 |
| 06/04/20 | Reimann, Glenn | Revise the amended agenda for the June 8 hearing. | 1.0 | 335.00 |
| 06/05/20 | Remming, Andrew | review further email from E. Moats re agenda for 6/8 hearing | 0.1 | 80.00 |
| 06/05/20 | Remming, Andrew | review email from E. Moats re 6/8 hearing prep; emails w/ M. Andolina and E. Moats re agenda | 0.1 | 80.00 |
| 06/05/20 | Reimann, Glenn | Revise, electronically file and cause to be served the amended agenda for the June 8 hearing.  Email communications with DLS regarding providing chambers with copies of the additional documents. | 2.5 | 837.50 |
| 06/05/20 | Reimann, Glenn | Email communications with Conaway regarding agenda and attn to 2014 disclosures for mediator motion | 0.2 | 67.00 |
| 06/05/20 | Abbott, Derek C. | review correspondence from Moats re: agenda changes | 0.1 | 92.50 |
| 06/05/20 | Moats, Eric | 6/8 hearing logistics and email Sidley Team, M. Blacker, S. McGowan, A. Remming, and P. Topper re: same. | 0.4 | 214.00 |
| 06/05/20 | Moats, Eric | Review and revise amended 6/8 agenda. | 0.3 | 160.50 |
| 06/06/20 | Remming, Andrew | Review amended agenda for 6/8 hearing. | 0.1 | 80.00 |
| 06/08/20 | Remming, Andrew | tele w/ P. Topper re 6/8 hearing | 0.2 | 160.00 |
| 06/08/20 | Moats, Eric | Prepare for (.9) and attend (1.7) 6/8 hearing. | 2.6 | 1,391.00 |
| 06/08/20 | Reimann, Glenn | Draft, electronically file the second amended agenda for the June 8 hearing. | 0.5 | 167.50 |
| 06/08/20 | Abbott, Derek C. | prep for hearing re: mediation order | 0.2 | 185.00 |
| 06/08/20 | Abbott, Derek C. | attend mediation hearing, PI status conference | 1.9 | 1,757.50 |
| 06/08/20 | Topper, Paige | Tele w/A. Remming re: 6/8 hearing | 0.2 | 102.00 |
| 06/17/20 | Reimann, Glenn | Draft agenda for July 9 hearing. | 1.5 | 502.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/18/20 | Reimann, Glenn | Draft agenda for July 9 hearing. | 1.6 | 536.00 |
| 06/22/20 | Reimann, Glenn | Draft agenda for the June 9 hearing. | 0.7 | 234.50 |
| 06/26/20 | Reimann, Glenn | Draft July 9 agenda. | 1.0 | 335.00 |
| | | **Total** | **25.9** | **11,822.00** |

| Task Code: | B310 | Claims Objections and Administration | | |
|------------|------|-------------|-------|--------|

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/08/20 | Remming, Andrew | review email from B. Warner re Century bar date appeal | 0.1 | 80.00 |
| | | **Total** | **0.1** | **80.00** |

| Task Code: | B320 | Plan and Disclosure Statement | | |
|------------|------|-------------|-------|--------|

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/01/20 | Moats, Eric | Email exchange w/ A. Barajas re: exclusivity motion and research extension dates re: same. | 0.2 | 107.00 |
| 06/15/20 | Topper, Paige | Review and provide comments to motion to extend exclusive periods to file and solicit chapter 11 plan. | 0.5 | 255.00 |
| 06/16/20 | Reimann, Glenn | Draft notice of motion to extend exclusive periods.  Electronically file and cause the motion to be served. | 0.7 | 234.50 |
| 06/16/20 | Topper, Paige | Finalize exclusivity motion and 365(d)(4) motion and review and provide comments to notices of hearing for both. | 0.5 | 255.00 |
| 06/22/20 | Remming, Andrew | review exclusivity extension motion | 0.2 | 160.00 |
| 06/23/20 | Abbott, Derek C. | review correspondence re: plan and mediation | 0.1 | 92.50 |
| 06/30/20 | Remming, Andrew | review tort claimant response to exclusivity motion | 0.1 | 80.00 |
| | | **Total** | **2.3** | **1,184.00** |

| Task Code: | B330 | Litigation/Adversary Proceedings | | |
|------------|------|-------------|-------|--------|

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/02/20 | Moats, Eric | Review objections filed by KS Doe 15 (.4) and I.G. (.4) re: objection to stipulation and extension of PI order. | 0.8 | 428.00 |
| 06/02/20 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing of stipulation (.1); prepare & efile Second Stipulation and Agreed Order Modifying the Consent Order Granting the BSA's Motion for a Preliminary Injunction and Further Extending the Termination Date of the Standstill Period (.4) | 0.5 | 157.50 |
| 06/02/20 | Moats, Eric | Review previously entered stipulation and protective order extension, objection deadlines, and parties to same. | 0.6 | 321.00 |
| 06/02/20 | Topper, Paige | Review second stipulation for consent order and finalized for filing. | 0.3 | 153.00 |
| 06/03/20 | Moats, Eric | Email exchange w/ W. Curtin re: PI stip objections. | 0.2 | 107.00 |
| 06/03/20 | Moats, Eric | Phone call w/ T. Oates, M. Andolina, K. Basaria, M. Linder, and D. Abbott re: PI stipulation extension and objections to same. | 0.4 | 214.00 |
| 06/09/20 | Moats, Eric | Emails w/ Sidley and chambers re: PI order and entry of same. | 0.5 | 267.50 |
| 06/09/20 | Abbott, Derek C. | correspondence w/Andolina, Moats re: PI entry | 0.1 | 92.50 |
| 06/09/20 | Remming, Andrew | review and respond to email from P. Jackson re PI order | 0.1 | 80.00 |
| 06/09/20 | Remming, Andrew | review further email from P. Jackson re PI order | 0.1 | 80.00 |
| 06/10/20 | Remming, Andrew | review email from P. Jackson re PI order | 0.1 | 80.00 |
| 06/10/20 | Reimann, Glenn | Cause the second stipulation and agreed order extending standstill period to be served. | 0.2 | 67.00 |
| 06/10/20 | Remming, Andrew | review email from E. Moats re PI | 0.1 | 80.00 |
| 06/10/20 | Remming, Andrew | emails w/ E. Moats re PI order question from interested party | 0.1 | 80.00 |
| 06/10/20 | Moats, Eric | Emails w/ G. Flasser and A. Azer re: Hartford complaint status. | 0.3 | 160.50 |
| 06/10/20 | Moats, Eric | Email W. Curtin and T. Oates re: PI order correspondence from counsel for Diocese of Brooklyn. | 0.2 | 107.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/11/20 | Moats, Eric | Further emails w/ A. Azer re: Hartford complaint status and steps for same. | 0.2 | 107.00 |
| 06/19/20 | Topper, Paige | Review Kentucky defendants objection to consent order. | 0.2 | 102.00 |
| 06/22/20 | Culver, Donna L. | Email Moats re declaration | 0.1 | 87.50 |
| 06/22/20 | Culver, Donna L. | Review motion to dismiss | 0.6 | 525.00 |
| | | **Total** | **5.7** | **3,296.50** |

**Task Code:**    B340    Professional Retention (MNAT - Filing)

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/01/20 | Moats, Eric | Draft supplemental Abbott declaration. | 0.3 | 160.50 |
| 06/04/20 | Moats, Eric | Update first supplemental declaration for MNAT retention and email D. Abbott re: same. | 0.2 | 107.00 |
| 06/04/20 | Abbott, Derek C. | review and file supplemental declaration re: MNAT retention | 0.1 | 92.50 |
| 06/04/20 | Reimann, Glenn | Electronically file and cause to be served the first supplemental declaration in support of MNAT retention. | 0.2 | 67.00 |
| 06/16/20 | Reimann, Glenn | Conflict checks regarding newly filed notices of appearance. | 0.5 | 167.50 |
| 06/29/20 | Reimann, Glenn | Perform conflict checks. | 0.2 | 67.00 |
| | | **Total** | **1.5** | **661.50** |

**Task Code:**    B360    Professional Retention (Others - Filing)

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/01/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of declaration (.1); prepare & efile Declaration of R. Matthew Martin on Behalf of OCP Dentons US LLP (.1) | 0.2 | 63.00 |
| 06/01/20 | Moats, Eric | Review OCP declarations of Dentons and Towers (.2); email exchange w/ J. Schomberg re: revisions to Towers (.1); and coordinate w/ T. Naimoli for filing and service of Dentons (.1). | 0.4 | 214.00 |
| 06/03/20 | Remming, Andrew | review order approving Sidley retention | 0.1 | 80.00 |

23

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/03/20 | Moats, Eric | Review Towers Watson OCP, email exchange w/ J. Schomberg re: same, and coordinate w/ G. Reimann for filing and service of same. | 0.2 | 107.00 |
| 06/03/20 | Reimann, Glenn | Electronically file and cause to be served the OCP declaration of Willis Towers Watson. | 0.5 | 167.50 |
| 06/05/20 | Moats, Eric | Review PwC retention app (.8); correspondence w/ B. Warner re: same (.2); and coordinate w/ T. Naimoli re: filing and service of same (.4). | 1.4 | 749.00 |
| 06/05/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of application (.1); prepare & efile Application for Order Authorizing the Retention and Employment of PricewaterhouseCoopers LLP as Independent Auditor and Tax Compliance Services Provider (.3) | 0.4 | 126.00 |
| 06/09/20 | Remming, Andrew | review email from UST re PWC | 0.1 | 80.00 |
| 06/10/20 | Reimann, Glenn | Electronically file OCP declaration of Hecht Latham Spencer & Associates, Inc. | 0.2 | 67.00 |
| 06/10/20 | Moats, Eric | Review Hecht Spencer OCP declaration, email J. Schomberg re: same, and coordinate for filing and service w/ G. Reimann. | 0.4 | 214.00 |
| 06/13/20 | Remming, Andrew | emails w/ P. Topper re appraisers | 0.1 | 80.00 |
| 06/13/20 | Topper, Paige | Research re: retention applications of appraisers and emails with A. Remming, D. Abbott and M. Linder re: same. | 0.3 | 153.00 |
| 06/14/20 | Topper, Paige | Review precedent for motion to retain appraiser. | 0.2 | 102.00 |
| 06/15/20 | Reimann, Glenn | Electronically file the LCG Associates, Inc. OCP declaration. | 0.5 | 167.50 |
| 06/15/20 | Remming, Andrew | review email from P. Topper re appraisers | 0.1 | 80.00 |
| 06/15/20 | Topper, Paige | Emails re: potential appraiser retention application. | 0.1 | 51.00 |
| 06/15/20 | Moats, Eric | Review OCP declaration for LCG and associates (.1); email exchange w/ J. Schomberg re: same (.1); and coordinate w/ G. Reimann re: filing and service of same (.1). | 0.3 | 160.50 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/18/20 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing and service of application (.1) ; prepare & efile Debtors' Omnibus Application for Entry of an Order Authorizing the Retention and Employment of Appraisers for the Debtors and Debtors in Possession, Nunc Pro Tunc to June 18, 2020 (.5) | 0.6 | 189.00 |
| 06/18/20 | Abbott, Derek C. | call w/Topper re: appraiser motion | 0.2 | 185.00 |
| 06/18/20 | Remming, Andrew | review emails from P. Topper re appraiser application | 0.1 | 80.00 |
| 06/18/20 | Topper, Paige | Call with A. Remming re: UST comments to Ogletree interim fee application, insurer letter, and omnibus retention application for appraisers. | 0.5 | 255.00 |
| 06/18/20 | Topper, Paige | Review revised omnibus appraiser retention application and prepared for filing. | 0.7 | 357.00 |
| 06/18/20 | Topper, Paige | Call with D. Abbott re: omnibus retention application for appraisers (.1) and call with A. Barajas re: same (.2). | 0.3 | 153.00 |
| 06/18/20 | Topper, Paige | Review and revise retention application for appraisers. | 1.3 | 663.00 |
| 06/21/20 | Remming, Andrew | review application to retain appraisers | 0.4 | 320.00 |
| 06/23/20 | Moats, Eric | Email exchange w/ B. Warner and T. Naimoli re: issues w/ retention supplement. | 0.3 | 160.50 |
| 06/29/20 | Moats, Eric | Review revised supplemental declaration to appraisal retention app (.3) and coordinate w/ G. Reimann re: filing and service of same (.1). | 0.4 | 214.00 |
| 06/29/20 | Reimann, Glenn | Electronically file the revised appraiser supplement. | 0.8 | 268.00 |
| 06/29/20 | Moats, Eric | Review OCP notice re: PwC removal. | 0.2 | 107.00 |
| 06/29/20 | Moats, Eric | Review Fox Rothschild OCP declaration and email exchange w/ J. Schomberg re: same. | 0.2 | 107.00 |
| 06/29/20 | Remming, Andrew | review supplement to appraisers application | 0.1 | 80.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/30/20 | Naimoli, Theresa M. | Review and respond to email from P. Topper re filing and service of statement (.1); prepare & efile Debtors' Statement of Amounts Paid to Ordinary Course Professionals for the period February 18, 2020 through May 31, 2020 (.2) | 0.3 | 94.50 |
| 06/30/20 | Reimann, Glenn | Electronically file the notice of revised list of ordinary course professionals. | 0.6 | 201.00 |
| 06/30/20 | Moats, Eric | Review OCP order and email B. Warner and J. Schomberg re: quarterly statement re: same. | 0.2 | 107.00 |
| 06/30/20 | Topper, Paige | Review and finalize for filing the notice of OCP statement and email to T. Naimoli re: filing and service of same. | 0.2 | 102.00 |
| 06/30/20 | Moats, Eric | Finalize OCP supplement and declaration and coordinate w/ G. Reimann for filing and service of same. | 0.2 | 107.00 |
| 06/30/20 | Moats, Eric | Emails re: OCP quarterly statement and review A&M exhibit re: same. | 0.2 | 107.00 |
| 06/30/20 | Reimann, Glenn | Electronically file the OCP Declaration of Fox Rothschild. | 0.2 | 67.00 |
| | | **Total** | **13.5** | **6,585.50** |

**Task Code:**     B370     Professional Retention (Others - Objections)

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 06/02/20 | Moats, Eric | Emails w/ Century re: Sidley retention and proposed order for same. | 0.4 | 214.00 |
| 06/16/20 | Moats, Eric | Review PwC proposed changes to order re: comments from UST. | 0.2 | 107.00 |
| 06/22/20 | Reimann, Glenn | Email communication with E. Moats regarding objections to PWC retention application. | 0.2 | 67.00 |
| 06/22/20 | Abbott, Derek C. | correspondence re: UST issue w/ Appraisers | 0.1 | 92.50 |
| 06/23/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing of certification (.1) ; prepare & efile Certification of Counsel Regarding Debtors' Application Authorizing the Retention and Employment of PricewaterhouseCoopers LLP (.3) | 0.4 | 126.00 |
| 06/23/20 | Reimann, Glenn | Draft CoC regarding PWC retention application. | 0.6 | 201.00 |

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 06/23/20 | Moats, Eric | Review and revise COC re: PwC retention app. | 0.3 | 160.50 |
| 06/23/20 | Moats, Eric | Finalize PwC COC and coordinate w/ T. Naimoli for filing of same. | 0.2 | 107.00 |
| | | **Total** | **2.4** | **1,075.00** |

**Task Code:** B410 General Case Strategy

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 06/01/20 | Moats, Eric | Phone call w/ P. Topper re: upcoming case dates, strategy for handling of same, and upcoming hearing. | 0.4 | 214.00 |
| 06/16/20 | Haga, Taylor | updated WIP List | 2.8 | 1,330.00 |
| 06/16/20 | Moats, Eric | Review and revise critical dates memo and email P. Topper and T. Haga re: same | 0.4 | 214.00 |
| 06/29/20 | Moats, Eric | Review critical dates memo. | 0.3 | 160.50 |
| 06/29/20 | Moats, Eric | Phone call w/ P. Topper re: case status, updates, and items requiring attention. | 0.3 | 160.50 |
| 06/29/20 | Haga, Taylor | updated WIP List | 1.8 | 855.00 |
| 06/29/20 | Topper, Paige | Call with E. Moats re: interim fee order, WIP list, and upcoming deadlines. | 0.3 | 153.00 |
| | | **Total** | **6.3** | **3,087.00** |

**Task Code:** B420 Schedules/SOFA/U.S. Trustee Reports

| **Date** | **Name** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 06/30/20 | Naimoli, Theresa M. | Review and respond to email from E. Moats re filing and service of fee application (.1); prepare & efile Monthly Operating Report for the Period May 1 - May 31, 2020 (.1) | 0.2 | 63.00 |
| 06/30/20 | Topper, Paige | Call with E. Moats re: MOR | 0.2 | 102.00 |
| 06/30/20 | Moats, Eric | Phone call w/ P. Topper re: MOR. | 0.2 | 107.00 |
| 06/30/20 | Moats, Eric | Review May MOR and coordinate w/ T. Naimoli re: filing and service of same. | 0.3 | 160.50 |
| | | **Total** | **0.9** | **432.50** |