## **EXHIBIT B**

**EXPENSE SUMMARY**

**BOY SCOUTS OF AMERICA**
**(Case No. 20-10343 (LSS))**

**June 1, 2020 through June 30, 2020**

| Expense Category | Total Expenses |
|---|---:|
| In-House Printing - black & white | 261.20 |
| Pacer | 406.70 |
| Conference Calls | 527.83 |
| Photos/Art/Spec Duplicating-Out of Office | 315.96 |
| Transcripts | 427.75 |
| Secretarial Overtime | 16.71 |
| **Grand Total Expenses** | **$1,956.15** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 06/01/20 | Pacer | 136.0 | 13.60 |
| 06/02/20 | Pacer | 299.0 | 29.90 |
| 06/03/20 | Pacer | 186.0 | 18.60 |
| 06/04/20 | Pacer | 342.0 | 34.20 |
| 06/04/20 | Photos/Art/Spec Duplicating-Out of Office - Print B/W, print color, tabs, tabs custom, punch paper, printing spines and covers, 2" binder, court delivery - 06/04/2020 | 1.0 | 226.46 |
| 06/05/20 | Pacer | 234.0 | 23.40 |
| 06/05/20 | Photos/Art/Spec Duplicating-Out of Office - Print/copy, tabs, punch paper, court delivery - 06/05/2020 | 1.0 | 21.03 |
| 06/08/20 | Pacer | 153.0 | 15.30 |
| 06/08/20 | Conference Calls - COURTCALL - ERIC MOATS - ID#10615333 - 06/08/20 | 10.0 | 527.83 |
| 06/08/20 | Photos/Art/Spec Duplicating-Out of Office - Print/copy, tabs, tabs custom, punch paper, 1" binder, rush delivery - 06/08/2020 | 1.0 | 37.22 |
| 06/08/20 | Transcripts - Hourly transcript - 06/08/2020 | 1.0 | 427.75 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---:|---:|
| 06/08/20 | Secretarial Overtime | 1.0 | 16.71 |
| 06/09/20 | Pacer | 51.0 | 5.10 |
| 06/09/20 | Photos/Art/Spec Duplicating-Out of Office - Printing/copy, envelope, printing on label stock, expediate - 06/09/2020 | 1.0 | 31.25 |
| 06/11/20 | Pacer | 36.0 | 3.60 |
| 06/12/20 | Pacer | 102.0 | 10.20 |
| 06/15/20 | Pacer | 107.0 | 10.70 |
| 06/16/20 | Pacer | 604.0 | 60.40 |
| 06/17/20 | Pacer | 60.0 | 6.00 |
| 06/18/20 | Pacer | 366.0 | 36.60 |
| 06/19/20 | In-House Printing - black & white | 232.0 | 23.20 |
| 06/19/20 | Pacer | 30.0 | 3.00 |
| 06/22/20 | Pacer | 191.0 | 19.10 |
| 06/22/20 | In-House Printing - black & white | 225.0 | 22.50 |
| 06/23/20 | Pacer | 86.0 | 8.60 |
| 06/24/20 | Pacer | 179.0 | 17.90 |
| 06/25/20 | In-House Printing - black & white | 1,906.0 | 190.60 |
| 06/25/20 | Pacer | 300.0 | 30.00 |
| 06/26/20 | Pacer | 93.0 | 9.30 |
| 06/29/20 | Pacer | 355.0 | 35.50 |
| 06/30/20 | In-House Printing - black & white | 249.0 | 24.90 |
| 06/30/20 | Pacer | 157.0 | 15.70 |
| | **Total** | | **$1,956.15** |