**<u>EXHIBIT B</u>**

(Quitclaim Deed)

APPROVED BY PROPERTY ASSESSOR
Garry Homer, Assessor

**QUITCLAIM DEED**

| Address New Owner as Follows: | Send Tax Bills To: | Map/Parcel No. |
|---|---|---|
| Clay Bright, Trustee of the Properties Trust u/a/d June 12, 2020 3414 Hillsboro Pike Nashville, Tennessee 37215 | (Same) | Map 117, Parcel 6.01, Parcel 6.01, SI 001, and Map 129, Parcel 5.23 |

This instrument prepared by:   This instrument prepared by:  M. Andrew Cornwell, Esq., Waller Lansden Dortch & Davis, LLP, 511 Union Street, Suite 2700, Nashville, TN 37219

STATE OF TENNESSEE          )
COUNTY OF DAVIDSON       )

PROPERTY ASSESSOR
11?___ Parcel ___ 6.01
Garry Homer, Assessor
129          5.23

The actual consideration for this transfer is $-0-.

_Clay Bright_
Affiant

Subscribed and sworn to before me, this the __30th__ day of June, 2020.

_Kate Z. Ra___
NOTARY PUBLIC

My Commission Expires: __3/7/23__

FOR AND IN CONSIDERATION of Ten Dollars ($10.00), and other good and valuable consideration, Middle Tennessee Council, Inc., Boy Scouts of America, formerly known as Middle Tennessee Council, Boy Scouts of America, Inc. and Middle Tennessee Council - Boy Scouts of America, a Tennessee corporation ("Grantor"), by these presents, does hereby quitclaim and convey unto Clay Bright, Trustee of the Properties Trust u/a/d June 12, 2020, a Tennessee Investment Services Trust ("Grantee"), its successors and assigns, all its right, title and interest in and to the following described tracts or parcels of land in Perry County, Tennessee:

Map 117, Parcel 6.01 and Parcel 6.01, Special Interest 001
A certain tract or parcel of land located in the Third Civil District of Perry County, Tennessee, on the waters of the Buffalo River, more particularly described as follows:

Beginning at a point 50 feet right of centerline Sta. 17 + 92, thence with a curve line to the right South of, parallel to and 50 feet from centerline of road, in a Southeastern direction 430 feet to a point 50 feet right of

4839-4984-9280

centerline Sta. 22 + 52; thence with a line South of, parallel to and 50 feet from centerline South 44 degrees East 671 feet to a point 50 feet of centerline Sta. 29 + 23; thence with a curved line to the left, which is South of, parallel to centerline 50 feet from centerline of road in an Eastern direction 338 feet to a point 50 feet right of centerline Sta. 32 + 00; thence North 69 degrees East 91 feet to a stake; thence North 23 degrees East 140 feet to a point 33 feet right of centerline Sta. 33 + 80; thence with same bearing North 23 degrees East with a line which is East of, parallel to and 33 feet from centerline of road 670 feet to a stake; thence North 65 degrees West 54 feet to a 14 inch hickory; thence North 15 degrees 30 minutes East 200 feet to an 8 inch red oak; thence North 62 degrees West 60 feet to a 10 inch sweet gum; thence North 65 degrees to the center of Buffalo River; thence down center of river 400 feet to Grimes' North boundary line; thence West with Grimes' North boundary line 900 feet to a sourwood in Grimes' North boundary line; thence South 32 degrees West 367 feet to a hickory, a point 50 feet left of centerline Sta. 17 + 92; thence South 17 degrees West 100 feet crossing centerline at Sta. 17 + 92; to the point of beginning, containing 25 acres, more or less by horizontal measurement.

Being the same property conveyed to the Middle Tennessee Council, Boy Scouts of America, Inc. by deed from Glenn S. Grimes and wife, Marie B. Grimes, of record in Deed Book L-13, page 219, Register's Office for Perry County, Tennessee. Middle Tennessee Council, Boy Scouts of America, Inc. is now known as Middle Tennessee Council, Inc., Boy Scouts of America, by Articles of Amendment filed with the Tennessee Secretary of State.

This is unimproved property located on Highway 13 South, Perry County, Tennessee.

### Map 129, Parcel 5.23

Being Tract No. Thirty (30) of the Subdivision of the Alf T. Ashton, Jr., property, plat of which is of record in Survey Book C, at page 48, Register's Office of Perry County, Tennessee, and more particularly described as follows:

Beginning at an iron pin in the W margin of a drive, the same being a common corner with Tract No. Twenty-Nine (29); thence N 41° 39' E with said drive 100 ft. to an iron pin; thence N 75° 15' 52.3" W 284.82 ft. to the center line of Buffalo River; thence S 28° 30' W with said river 100 ft.; thence S 77° 24' 04.4" E 213.5 ft. to the beginning, containing 0.48 acre, more or less, according to survey of Larry G. Baker, Registered Land Surveyor, Tennessee Certificate No. 198, December 29, 1986.

Being the same property conveyed Middle Tennessee Council - Boy Scouts of America, by deed from Wayne F. Hairrell, of record in Deed

4839-4984-9280

-2-

Book 21, page 844, said Register's Office.  Middle Tennessee Council -
Boy Scouts of America is now known as Middle Tennessee Council, Inc.,
Boy Scouts of America, by Articles of Amendment filed with the
Tennessee Secretary of State.

This is unimproved property located on E Slink Shoals Road, Perry County,
Tennessee.

[signatures appear on following pages]

4839-4984-9280

-3-

IN WITNESS WHEREOF, Grantor has executed this instrument on the 25 day of June, 2020, effective as of July 1, 2020.

MIDDLE TENNESSEE COUNCIL, INC.,
BOY SCOUTS OF AMERICA,
a Tennessee non-profit corporation

By _____
    Larry Brown, Council Scout Executive

STATE OF ~~NORTH CAROLINA~~ Tennessee   )
COUNTY OF Curtel                        )

Before me, the undersigned, a Notary Public in and for the County and State aforesaid, personally appeared Larry Brown, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who upon oath acknowledged himself to be the Council Scout Executive of Middle Tennessee Council, Inc., Boy Scouts of America, the within named bargainor, a Tennessee non-profit corporation, and that he as such Council Scout Executive of Middle Tennessee Council, Inc., Boy Scouts of America, being authorized so to do, executed the foregoing instrument for the purposes therein contained, by signing the name of corporation, by himself as Council Scout Executive.

Witness my hand and seal, at office in Elizabethton, ~~North Carolina~~ Tennessee, this the 25 day of June, 2020.

_____
NOTARY PUBLIC

My Commission Expires: 8/25/21

[signatures continue on following page]

4839-4984-9280

-4-

MIDDLE TENNESSEE COUNCIL, INC.,
BOY SCOUTS OF AMERICA,
a Tennessee non-profit corporation

By: _____
John Bright Cage, Council President

STATE OF TENNESSEE )
COUNTY OF DAVIDSON )

        Before me, the undersigned, a Notary Public in and for the County and State aforesaid, personally appeared John Bright Cage, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who upon oath acknowledged himself to be the Council President of Middle Tennessee Council, Inc., Boy Scouts of America, the within named bargainor, a Tennessee non-profit corporation, and that he as such Council President of Middle Tennessee Council, Inc., Boy Scouts of America, being authorized so to do, executed the foregoing instrument for the purposes therein contained, by signing the name of corporation, by himself as Council President.

        Witness my hand and seal, at office in _Nashville_ , Tennessee, this the 30th day of June, 2020.

_____
NOTARY PUBLIC

My Commission Expires: 1/4/2021

OF
TENNESSEE
NOTARY
PUBLIC

MY COMMISSION EXPIRES:
JANUARY 4, 2021

BK/PG: D32/490-494
20000891

5 PGS:AL-QUITCLAIM DEED
PATRICIA BATCH: 26926
07/01/2020 - 11:55 AM

| VALUE | 0.00 |
| MORTGAGE TAX | 0.00 |
| TRANSFER TAX | 0.00 |
| RECORDING FEE | 25.00 |
| DP FEE | 2.00 |
| REGISTER'S FEE | 0.00 |
| TOTAL AMOUNT | 27.00 |

STATE OF TENNESSEE, PERRY COUNTY
PATRICIA W. BELL

4839-4984-9280

-5-

## QUITCLAIM DEED

| Address New Owner as Follows: | Send Tax Bills To: | Map/Parcel No. |
|---|---|---|
| Clay Bright, Trustee of the Properties Trust u/a/d June 12, 2020 3414 Hillsboro Pike Nashville, Tennessee 37215 | (Same) | Map 114, Parcel 1 (White County) and Map 17, Parcel 3, Parcel 3, SI 001 and Map 3, Parcel 1.02 (Van Buren County) |

This instrument prepared by:  This instrument prepared by:  M. Andrew Cornwell, Esq., Waller Lansden Dortch & Davis, LLP, 511 Union Street, Suite 2700, Nashville, TN 37219

STATE OF TENNESSEE        )
COUNTY OF DAVIDSON     )

The actual consideration for this transfer is $-0-.

_____
Affiant

Subscribed and sworn to before me, this the 3ᵇᵗ day of June, 2020.

_____
NOTARY PUBLIC

My Commission Expires: 3/7/23

FOR AND IN CONSIDERATION of Ten Dollars ($10.00), and other good and valuable consideration, Middle Tennessee Council, Inc., Boy Scouts of America, formerly known as Boy Scouts of America, a Tennessee corporation ("Grantor"), by these presents, does hereby quitclaim and convey unto Clay Bright, Trustee of the Properties Trust u/a/d June 12, 2020, a Tennessee Investment Services Trust ("Grantee"), its successors and assigns, all its right, title and interest in and to the following described tracts or parcels of land in White and Van Buren County, Tennessee:

See Exhibit A attached hereto for a complete Legal Description

4832-0211-2449

IN WITNESS WHEREOF, Grantor has executed this instrument on the _25_ day of June, 2020, effective as of July 1, 2020.

MIDDLE TENNESSEE COUNCIL, INC.,
BOY SCOUTS OF AMERICA,
a Tennessee non-profit corporation

By: _____
Larry Brown, Council Scout Executive

Tennessee
STATE OF ~~NORTH CAROLINA~~)
COUNTY OF _Carter_        )

Before me, the undersigned, a Notary Public in and for the County and State aforesaid, personally appeared Larry Brown, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who upon oath acknowledged himself to be the Council Scout Executive of Middle Tennessee Council, Inc., Boy Scouts of America, the within named bargainor, a Tennessee non-profit corporation, and that he as such Council Scout Executive of Middle Tennessee Council, Inc., Boy Scouts of America, being authorized so to do, executed the foregoing instrument for the purposes therein contained, by signing the name of corporation, by himself as Council Scout Executive.

Tennessee
Witness my hand and seal, at office in Elizabethton, ~~North Carolina~~, this the _25_ day of June, 2020.

_____
NOTARY PUBLIC

My Commission Expires: _8\25\21_

[signatures continue on following page]

4832-0211-2449

MIDDLE TENNESSEE COUNCIL, INC.,
BOY SCOUTS OF AMERICA,
a Tennessee non-profit corporation

By: _____

John Bright Cage, Council President


STATE OF TENNESSEE   )
COUNTY OF DAVIDSON   )

         Before me, the undersigned, a Notary Public in and for the County and State aforesaid, personally appeared John Bright Cage, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who upon oath acknowledged himself to be the Council President of Middle Tennessee Council, Inc., Boy Scouts of America, the within named bargainor, a Tennessee non-profit corporation, and that he as such Council President of Middle Tennessee Council, Inc., Boy Scouts of America, being authorized so to do, executed the foregoing instrument for the purposes therein contained, by signing the name of corporation, by himself as Council President.

         Witness my hand and seal, at office in _Nashville_ , Tennessee, this the 30th day of June, 2020.

_____
NOTARY PUBLIC

My Commission Expires: _1/4/2021_

D.E. RUSSELL
STATE
OF
TENNESSEE
NOTARY
PUBLIC
COUNTY OF DAVIDSON
MY COMMISSION EXPIRES:
JANUARY 4, 2021


4832-0211-2449

-3-

Exhibit A

Legal Description

Parcel I:

North Tract:

Beginning on a ½ inch rebar (set) approximately 20 feet East of the center of Lewis Road, said rebar is the Southeast corner of this described tract and also a corner for Paul Putnam and is farther located approximately 985 feet South of the Porter Lane intersection, thence leaving Putnam and going with the Eastern side of Lewis Road (approximately 20 feet from center) N10-10-27W 256.14 feet, N05-52-28W 112.51 feet, N00-24-51W 95.63 feet, N04-38-40E 99.53 feet, N06-55-47E 56.65 feet, N01-04-22E 171.85 feet, N08-16-09W 42.42 feet, N24-13-13W 63.30 feet to the intersection of Porter Lane, thence leaving Lewis Road and going with the Southern side of Porter Lane (approximately 15 feet from center) N25-56-02E 41.58 feet, N36-58-28E 34.63 feet, N55-51-15E 63.12 feet, N54-48-21E 82.70 feet, N31-19-02E 66.85 feet, N16-37-28E 13.49 feet, N30-30-54E 63.98 feet, N62-05-18E 54.14 feet, N74-24-57E 312.25 feet, S86-56-32E 186.63 feet, N75-56-48E 113.65 feet, N57-58-13E 67.51 feet, N38-32-40E 58.00 feet, N11-50-19E 82.02 feet, N03-47-11E 72.89 feet, N27-25-53E 52.72 feet, N47-17-02E 108.54 feet, N60-36-00E 69.51 feet, S89-24-40E 55.45 feet and S75-22-34E 97.74 feet to the Eastern end of Porter Lane, thence N14-37-26E 30.00 feet to the Northern side of said lane, N75-22-34W continuing with the Northern side Porter Lane 101.44 feet, N89-24-40W 67.17 feet, S60-36-00W 81.05 feet, S47-17-02W 117.29 feet, S27-25-53W 64.25 feet, S03-47-11W 77.06 feet, S11-50-19W 72.78 feet, S38-32-40W 45.75 feet, S57-58-13W 57.63 feet, S75-56-48W 104.29 feet, N86-56-32W 187.04 feet, S74-24-57W 320.41 feet, S62-05-18W 65.86 feet, S30-30-54W 76.12 feet, S16-37-28W 113.28 feet, S31-19-02W 56.74 feet, S54-48-21W 76.19 feet, S55-51-15W 67.84 feet, S36-58-28W 42.52 feet, S25-56-02W 33.42 feet to the intersection of Lewis Road, thence leaving Porter Lane and going with the Eastern and/or Northern side of Lewis Road N49-24-43W 60.67 feet, N57-16-26W 89.71 feet, N68-35-06W 114.23 feet, N73-47-50W 178.62 feet, N67-38-20W 142.45 feet, N56-28-09W 52.37 feet, N44-38-30W 48.62 feet, N35-58-37W 127.97 feet, N40-25-03W 152.79 feet, N49-21-36W 90.33 feet and N73-01-16W 76.42 feet to the intersection of Evans Road, thence leaving Lewis Road and going with the Eastern side of Plantation Road (approximately 15 feet from center) N58-53-19W 124.69 feet, N47-35-58W 73.13 feet, N42-18-37W 141.74 feet, N24-40-58W 157.85 feet, N17-54-34W 119.63 feet, N01-59-57W 140.50 feet, N11-15-58E 115.81 feet, N25-08-13E 140.18 feet, N31-58-29E 165.99 feet, N08-22-44E 71.36 feet, N08-50-35W 213.74 feet, N12-15-01W 200.57 feet, N09-21-50E 106.17 feet, N21-59-04E 177.70 feet, N24-27-10E 136.36 feet, N38-27-58E 147.95 feet, N46-14-35E 139.66 feet and N46-22-37E 131.06 feet to the Northern end of Plantation Road, thence N43-37-23W 30.00 feet to a point in the Western right-of-way of Plantation Road, thence continuing with Plantation Road along it's Western side S46-22-37W 131.09 feet, S46-14-35W 141.74 feet, S38-27-58W 153.68 feet, S24-27-10W 140.70 feet, S21-59-04W 181.66 feet, S09-21-50W 115.21 feet, S12-15-01E 205.41 feet, S08-50-35E 208.31 feet, S08-22-44W 60.55 feet, S31-58-29W 161.52 feet, S25-08-13W 145.62 feet, S11-15-58W 122.94 feet, S01-59-27E 148.18 feet, S17-54-34E 125.60 feet, S24-40-58E 164.28 feet, S02-35-01W 106.69 feet, S33-52-32W 82.98 feet, S48-24-06W 176.48 feet to a point in the Northern right-of-way of Lewis Road, thence leaving Plantation Road and again going with Lewis Road along it's Northern right-of-way S62-20-13W 210.98 feet, S66-46-37W 156.81 feet, S69-31-17W 162.85 feet, S66-43-32W 216.44 feet, S62-22-01W 105.38 feet, S65-45-01W 262.67 feet, S78-00-24W 141.42 feet, S82-20-56W 86.34 feet,

4832-0211-2449

S77-14-44W 81.41 feet, S61-27-13W 102.78 feet, S42-45-13W 76.84 feet, S28-07-53W 68.50 feet, S19-48-19W 79.61 feet, S21-19-05W 168.59 feet, S33-01-48W 213.18 feet, S34-49-07W 242.97 feet, S41-24-18W 134.26 feet, S44-55-16W 310.54 feet and S51-13-47W 91.54 feet to a point at the intersection of the Southern loop of Wilson Road, thence continuing with the Northern side of Lewis Road S78-21-50W 61.39 feet, S82-55-23W 113.30 feet, N89-54-49W 129.54 feet, N83-42-14W 163.97 feet, N77-59-19W 285.10 feet, N82-16-51W 113.92 feet, S86-57-13W 128.21 feet, S69-39-31W 120.96 feet, S53-13-13W 203.79 feet, S37-29-58W 130.41 feet, S15-14-38W 149.10 feet, S22-26-24E 147.18 feet, S30-16-38E 186.51 feet, S15-35-51E 43.49 feet, S02-32-00E 174.10 feet, S07-04-16E 190.29 feet, S00-01-42E 108.20 feet, S30-24-29W 58.89 feet, S73-48-29W 53.81 feet, S89-55-18W 442.04 feet, N89-27-50W 303.84 feet, N86-18-39W 223.09 feet, N73-59-54W 101.29 feet, N87-27-51W 78.10 feet, S67-13-07W 137.12 feet, S75-09-59W 165.56 feet, S55-01-32W 240.04 feet, S56-35-46W 191.14 feet, S48-12-45W 530.61 feet, S54-49-02W 132.28 feet and S58-26-54W 58.77 feet to a ½ inch rebar (set) which marks the Southwest corner of this described tract and in the Eastern boundary of the Hiwassee Land Company, thence leaving the Lewis Road and going along a marked and painted line with the Hiwassee Land Company N05-24-52E 518.66 feet to a rebar (found), N05-33-00E 2773.12 feet to a steel post (found), S84-07-13E 327.41 feet to a steel post (found), S84-19-04E 1657.96 feet to a steel post (found), N05-47-03E 1320.34 feet to a steel post (found), N05-44-45E 2631.66 feet to a steel post (found), N05-41-16E 2641.21 feet to a steel post (found), N05-35-05E 973.05 feet to a large rock in Cabin Branch, N06-03-04E 344.66 feet to a steel post (found), N05-59-08E crossing the county line 2594.63 feet to a steel post (found) and N04-59-54E 615.95 feet to a 20 inch white oak which marks the Northwest corner of this described tract, thence continuing with Hiwassee S84-13-20E 484.61 feet to a angle Iron (found), S83-45-50E 847.86 feet to a steel post (found) by a set stone, S86-13-50E 1562.66 feet to a steel post (found) and S85-39-00E 1320.00 feet to a steel post (found) which marks the Northeast corner of this described tract, thence S05-58-18W again crossing said county line 2822.93 feet to an angle iron (found), S06-15-56W 3997.92 feet to a steel post (found) and S82-40-50E 100.00 feet to a 1/2 inch rebar (Set), thence leaving the Hiwassee Land Company and going with Paul Putnam S41-20-09E 2883.23 feet to a "A" rock at the bluffline, S10-49-39E 1152.75 feet to a 1/2 inch rebar (found), S59-51-52W 448.38 feet to a 1/2 inch pipe (found), S41-12-31W 1457.53 feet to a 1/2 inch pipe (found) and S60-45-43W 519.13 feet to the beginning containing 1335.23 acres as surveyed by the David H. Bradley Land Surveying Company R. L S. # 1137 on 28 February, 2007.

**NOTE:** There is included in the above described 1335.23 acre tract but excluded in the quoted acreage a 25 acre more or less parcel belonging to David Dodson (Deed Book 8 page # 228).
**NOTE:** The Hiwassee Land Company has parole easement which follows existing roads across this described tract and gives them access to their property on the North.
**NOTE:** There is an ingress/egress easement located on the above described tract which gives the David Dodson property (DB 8 pg 228) access to Plantation Road (formerly Evans Road). This easement follows an existing gravel road.

South Tract - Deed Book 27W/577. 27Y/504, 10/707:
Beginning on a 1/2 inch pipe (found) approximately 20 feet West of the center of Joanie VanWinkle Road, said pipe is the Southeast corner of Billy VanWinkle and is farther located approximately 1/2 mile North of Highway # 285, thence leaving Billy VanWinkle and going with the Western side of the Joanie VanWinkle Road S19-43-17W 168.42 feet, S18-36-16W 118.85

4832-0211-2449

feet, S19-06-01W 113.95 feet, S16-44-47W 145.94 feet, S15-42-24W 181.26 feet, S28-42-42W 141.90 feet, S31-33-24W 208.61 feet, S31-23-58W 420.61 feet, S30-29-07W 122.22 feet, S31-24-57W 184.15 feet and S24-48-50W 38.44 feet to a 1/2 inch pipe (set), thence leaving the Joanie VanWinkle Road and going N82-08-52W 19.02 feet to a 1/2 inch rebar (set) at a fence corner which marks the Southeast corner of Robert Evans, thence going with Evans N04-58-33E 1410.67 feet to a steel post (found), N85-30-51W 779.09 feet to a painted pile of rock, N84-08-13W 504.89 feet to a steel post, thence leaving Evans and going with the State of Tennessee property N84-03-38W 1975.83 feet to a steel post (found), S04-22-48W 1069.21 feet to a steel post (found), N84-18-26W 1061.93 feet to a steel post (found), N05-05-57E 444.27 feet to a rebar (found), N05-09-57E 622.97 feet to a steel post (found), N84-58-40W 305.63 feet to a steel post (found) and N05-24-52E 807.34 feet to a rebar (set) approximately 20 feet South of the center of Lewis Road, thence leaving said State of Tennessee property and going with the Southern side of Lewis Road (approximately 20 feet from center) N58-26-54E 90.14 feet, N54-49-02E 135.85 feet, N48-12-45E 529.99 feet, N56-35-46E 188.75 feet, N55-01-32E 233.48 feet, N75-09-59E 161.24 feet, N67-13-07E 130.92 feet, S87-27-51E 64.39 feet, S73-59-54E 100.88 feet, S86-18-39E 228.51 feet, S89-27-50E 305.15 feet, N89-55-18E 447.91 feet, N73-48-29E 75.39 feet, N30-24-29E 85.69 feet, N00-01-42W 121.54 feet, N07-04-16W 191.17 feet, N02-32-00W 177.09 feet, N15-35-51W 53.22 feet, N30-16-38W 188.92 feet, N22-26-24W 130.79 feet, N15-14-38E 127.58 feet, N37-29-58E 117.02 feet, N53-13-13E 192.49 feet, N69-39-31E 109.10 feet, N86-57-13E 118.36 feet, S82-16-51E 108.65 feet, S77-59-19E 285.60 feet, S83-42-14E 168.13 feet, S89-54-49E 134.21 feet, N82-55-23E 117.39 feet and N78-21-50E 59.14 feet to the intersection of Wilson Road, thence leaving Lewis Road and going with the Western side of Wilson Road (approximately 20 feet from center) S54-43-44E 111.74 feet, S83-31-17E 151.62 feet, S31-59-21E 267.06 feet, S33-23-23E 209.80 feet, S37-28-10E 178.44 feet, S19-42-20E 73.32 feet, S12-34-41E 83.65 feet and S45-17-12E 40.84 feet to a 1/2 inch rebar (set), thence leaving Wilson Road and going with Buford Wilson S06-01-12W 998.70 feet to a set stone (found), thence leaving Wilson and going with Billy VanWinkle S05-34-23W 158.46 feet to a rebar (set), S06-21-36W 464.11 feet to a 2 inch pipe (found), S06-40-51 364.26 feet to a set stone and S83-59-17E 1174.81 feet to the beginning containing 252.00 acres as surveyed by the David H. Bradley - Land Surveying Company R. L. S. # 1137 on 28 February, 2007.

Island Tract:

Beginning on a 1/2 inch rebar (set) at the Intersection of Lewis Road and Plantation Road, said rebar is the Southeast corner of this described tract, thence leaving Plantation Road and going with the Northern side of Lewis Road (approximately 20 feet from center) S89-59-59W 114.10 feet, S83-28-11W 89.38 feet, S72-38-03W 69.51 feet and S66-24-35W 52.70 feet to a ½ inch rebar marking the Southwest corner of this described tract, thence leaving Lewis Road and going with the Eastern side of Plantation Road (approximately 15 feet from center) N48-24-06E 88.02 feet, N33-52-32E 95.59 feet and N01-13-41E 86.53 feet to a rebar (set) at the forks of Plantation Road, thence going with the Western side of Plantation Road S42-18-37E 107.89 feet, S47-35-58E 77.48 feet and S58-53-19E 77.94 feet to the beginning containing 0.45 acres as surveyed by the David H. Bradley Land Surveying Company R. L. S. # 1137 on 28 February, 2007.

Parcel I being the same property conveyed to the Middle Tennessee Council, Inc., Boy Scouts of America. by deed from Gary Daniel Curtin and wife, Donna Lee Curtin, of record in Record Book 227, page 743, Register's Office for White County, Tennessee, as corrected by Scrivener's Affidavit of record in Record Book 244, page 417, said Register's Office; and Record Book 37,

4832-0211-2449

-6-

page 854, Register's Office for Van Buren County. Tennessee, as corrected by Scrivener's Affidavit, of record in Record Book 42, page 614, said Register's Office.

**SOURCE OF DESCRIPTION:** This description was prepared by David H. Bradley Land Surveying Company, R.L.S. #1137, from survey dated February 28, 2007.

INCLUDED IN THE ABOVE DESCRIBED PARCEL, BUT EXPRESSLY EXCLUDED FROM THIS CONVEYANCE is the following described tract of land conveyed to David Dodson and wife, Alice Dodson, by deed of record in Record Book 42, page 615, Register's Office for Van Buren County, Tennessee:

A tract of land in the Third Civil District of Van Buren County, Tennessee, bounded on the north by the south margin of Lewis Road, on the east by the remaining lands of the Middle Tennessee Council, Boy Scouts of America in part, and the State of Tennessee property, on the south and west by the State of Tennessee property, and being more particularly described as follows:

Beginning an existing 1/2" rebar with cap (RLS 1137) in the south margin of Lewis road, the northwest corner of the herein described tract and a point in the east line of the state of Tennessee property; thence with the south margin of Lewis road the following calls:

N 58 degrees 26 minutes 54 seconds E, 90.14 feet to a set 1/2" rebar with cap (SEC, INC);
N 54 degrees 49 minutes 02 seconds E, 135.85 feet to a set 1/2" rebar with cap (SEC, INC);
N 48 degrees 12 minutes 45 seconds E, 529.99 feet to a set 1/2" rebar with cap (SEC, INC);
N 56 degrees 35 minutes 46 seconds E, 188.75 feet to a set 1/2" rebar with cap (SEC, INC);
N 55 degrees 01 minutes 32 seconds E, 233.48 feet to a set 1/2" rebar with cap (SEC, INC);
N 75 degrees 09 minutes 59 seconds E, 161.24 feet to a set 1/2" rebar with cap (SEC, INC);
N 67 degrees 13 minutes 07 seconds E, 130.92 feet to a set 1/2" rebar with cap (SEC, INC);
S 87 degrees 27 minutes 51 seconds E, 64.39 feet to a set 1/2" rebar with cap (SEC, INC);
S 73 degrees 59 minutes 54 seconds E, 100.88 feet to a set 1/2" rebar with cap (SEC, INC.);
S 86 degrees 18 minutes 39 seconds E, 32.18 feet to a set 1/2" rebar with cap (SEC, INC.)

Thence, with a new line severing the lands of the Middle Tennessee Council, Boy Scouts Of America, S 04 degrees 22 minutes 48 seconds W, 1713.30 feet to an existing steel T-Post at an angle point in the northerly line of the State of Tennessee property, thence with the northerly and easterly lines of the State of Tennessee property the following calls:

S 04 degrees 22 minutes 48 seconds W, 1069.21 feet to an existing steel T-Post;
N 84 degrees 18 minutes 26 seconds W, 1061.93 feet to an existing steel T-Post;
N 05 degrees 05 minutes 57 seconds E, 444.27 feet to an existing 1/2" rebar with cap (RLS 105);
N 05 degrees 09 minutes 57 seconds E, 622.97 feet to an existing steel T-Post;
N 84 degrees 58 minutes 40 seconds W, 305.63 feet to an existing steel T -Post;
N 05 degrees 24 minutes 52 seconds E, 807.34 feet to the Point of Beginning and containing 68.323 acres, more or less, according to a survey by SEC, INC. dated 1-29-08.

4832-0211-2449

Parcel II:

Land in the 3rd Civil District of Van Buren County, State of Tennessee, as follows:

BEGINNING on a black oak with hickory and oak pointers; thence North 89-1/2 poles to a white oak corner, oak and gum pointers; thence West 44-3/4 poles to a stake; thence South 89-1/2 poles to a stake; thence East 44-3/4 poles to the BEGINNING, containing 25 acres, more or less.

Parcel II being the same property conveyed to the Middle Tennessee Council, Inc., Boy Scouts of America, by deed from David Dodson, Alice Dodson, Roger L. Dodson and Robert A. Dodson, of record in Record Book 42, page 619, Register's Office for Van Buren County, Tennessee.

Parcel III:

Being located in the Third Civil District of Van Buren County on Tax Map 17 and parcel 003.00, being the Road described as Porter Lane.

Parcel III being the same property conveyed to Boy Scouts of America, by deed from Van Buren County, Tennessee, of record in Record Book 40, page 519, Register's Office for Van Buren County, Tennessee. Boy Scouts of America is now known as Middle Tennessee Council, Inc., Boy Scouts of America, by Articles of Amendment filed with the Tennessee Secretary of State.



| BK/PG: RB105/665-672 | |
|---|---|
| 20000647 | |
| 8 PGS:AL-QUITCLAIM DEED | |
| APRIL BATCH: 21031 | |
| 07/01/2020 - 12:09:09 PM | |
| VALUE | 0.00 |
| MORTGAGE TAX | 0.00 |
| TRANSFER TAX | 0.00 |
| RECORDING FEE | 40.00 |
| DP FEE | 2.00 |
| REGISTER'S FEE | 0.00 |
| TOTAL AMOUNT | 42.00 |

STATE OF TENNESSEE, VAN BUREN COUNTY
**APRIL SHOCKLEY**
REGISTER OF DEEDS

4832-0211-2449

-8-

## QUITCLAIM DEED

| Address New Owner as Follows: | Send Tax Bills To: | Map/Parcel No. |
|---|---|---|
| Clay Bright, Trustee of the Properties Trust u/a/d June 12, 2020 3414 Hillsboro Pike Nashville, Tennessee 37215 | (Same) | Map 13, Parcels 56, Parcel 56, SI 001-005, Parcel 57 and, Map 13K, Group A, Parcel 12 |

This instrument prepared by:  This instrument prepared by:  M. Andrew Cornwell, Esq., Waller Lansden Dortch & Davis, LLP, 511 Union Street, Suite 2700, Nashville, TN 37219

STATE OF TENNESSEE  )
COUNTY OF DAVIDSON  )

The actual consideration for this transfer is $-0-.

_____
Affiant

Subscribed and sworn to before me, this the 30th day of June, 2020.

_____
NOTARY PUBLIC

My Commission Expires: 3/7/23

FOR AND IN CONSIDERATION of Ten Dollars ($10.00), and other good and valuable consideration, Middle Tennessee Council, Inc., Boy Scouts of America, formerly known as Middle Tennessee Council Boy Scouts of America, Middle Tennessee Council Incorporated, Boy Scouts of America, and the Middle Tennessee Council, Boy Scouts of America, Inc., a Tennessee corporation ("Grantor"), by these presents, does hereby quitclaim and convey unto Clay Bright, Trustee of the Properties Trust u/a/d June 12, 2020, a Tennessee Investment Services Trust ("Grantee"), its successors and assigns, all its right, title and interest in and to the following described tracts or parcels of land in Wilson County, Tennessee:

See Exhibit A attached hereto for a complete Legal Description

4821-3102-8928

IN WITNESS WHEREOF, Grantor has executed this instrument on the ___25___ day of June, 2020, effective as of July 1, 2020.

> MIDDLE TENNESSEE COUNCIL, INC.,
> BOY SCOUTS OF AMERICA,
> a Tennessee non-profit corporation
>
> By: _____
>     Larry Brown, Council Scout Executive

STATE OF ~~NORTH CAROLINA~~ Tennessee  )
COUNTY OF Carter                        )

Before me, the undersigned, a Notary Public in and for the County and State aforesaid, personally appeared Larry Brown, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who upon oath acknowledged himself to be the Council Scout Executive of Middle Tennessee Council, Inc., Boy Scouts of America, the within named bargainor, a Tennessee non-profit corporation, and that he as such Council Scout Executive of Middle Tennessee Council, Inc., Boy Scouts of America, being authorized so to do, executed the foregoing instrument for the purposes therein contained, by signing the name of corporation, by himself as Council Scout Executive.

Witness my hand and seal, at office in Elizabethton, ~~North Carolina~~ Tennessee, this the ___25___ day of June, 2020.

_____
NOTARY PUBLIC

My Commission Expires:___8/23/24___

[signatures continue on following page]

MELISSA ANN SAYLOR
STATE OF
TENNESSEE
NOTARY
PUBLIC
COUNTY OF SULLIVAN

BK/PG: 1974/485-493
**20711551**

| 9 PGS:AL-QUITCLAIM DEED | |
|---|---|
| MISTY BATCH 453218 | |
| **07/01/2020 - 10:00 AM** | |
| VALUE | 0.00 |
| MORTGAGE TAX | 0.00 |
| TRANSFER TAX | 0.00 |
| RECORDING FEE | 45.00 |
| DP FEE | 2.00 |
| REGISTER'S FEE | 0.00 |
| TOTAL AMOUNT | 47.00 |

STATE OF TENNESSEE, WILSON COUNTY
**JACKIE MURPHY**
REGISTER OF DEEDS

4821-3102-8928

MIDDLE TENNESSEE COUNCIL, INC.,
BOY SCOUTS OF AMERICA,
a Tennessee non-profit corporation

By: _____
John Bright Cage, Council President

STATE OF TENNESSEE )
COUNTY OF DAVIDSON )

Before me, the undersigned, a Notary Public in and for the County and State aforesaid, personally appeared John Bright Cage, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who upon oath acknowledged himself to be the Council President of Middle Tennessee Council, Inc., Boy Scouts of America, the within named bargainor, a Tennessee non-profit corporation, and that he as such Council President of Middle Tennessee Council, Inc., Boy Scouts of America, being authorized so to do, executed the foregoing instrument for the purposes therein contained, by signing the name of corporation, by himself as Council President.

Witness my hand and seal, at office in _Nashville_ , Tennessee, this the _30th_ day of June, 2020.

_____
NOTARY PUBLIC

My Commission Expires:_ 1/4/2021 _

**D. E. RUSSELL**
STATE
OF
TENNESSEE
NOTARY
PUBLIC
COUNTY OF DAVIDSON

**MY COMMISSION EXPIRES:**
**JANUARY 4, 2021**

4821-3102-8928

-3-

Exhibit A

Legal Description

Tract I:

A tract of land in the 4th Civil District of Wilson County, Tennessee, described according to a survey of J. R. Wauford & Company, Engineers, made August 1, 1955, as follows:

BEGINNING at a post in the center of an old road, at the Southwest corner of the D. E. and Janie Greer Bloodworth tract; thence with the center of the road, and along the line of the Old Hickory Lock & Dam property, North 88 degrees West 110 feet to an iron pin; thence along the West line of the Dam property, South 26 degrees 00' East 706 feet to an iron pin in a fence line in the Will Walker's north line; thence along a fence and with Walker's line, North 78 degrees 0' West 930 feet to a post, and continuing with a fence North 3 degrees 30' East 301.5 feet to a post, continuing with a fence North 88 Degrees 0' West 1084 feet to a post, and the North terminus of an old road, being the corner of the Armstrong and Gaston tract; thence with their line and along a fence North 3 degrees 0' East 1693 feet to a post; thence along their line North 86 degrees 0' West 1315 feet to a 14-inch walnut, Bailey's Southeast corner; thence with Bailey's East line North 3 degrees 45' East 485 feet to a post, and along Bailey's South line, and with a fence South 76 degrees 0' East 655.5 feet to a 30-inch cedar; thence North 86 degrees 0' East 677 feet, Bailey's Southeast corner; thence with his east line, North 2 degrees 30' East 610 feet to a point in the center of an old road, being the Southwest corner of H. L. and F. W. Bloodworth; thence with the center of the road, and along Bloodworth's south line, South 87 degrees 0' East 1212 feet to an iron pin, in a fence line, the Northwest corner of the Bloodworth tract above mentioned; thence along Bloodworth's line and with the center of an old road South 5 degrees 15' West 1268 feet, South 53 degrees, 0' East 657.5 feet, and South 1 Degree 0' East 946 feet to the beginning, containing 110.08 acres more or less.

Tract I being the same property conveyed to Middle Tennessee Council Boy Scouts of America, by deed from Zac Burford, a widower, Charlene Burford Winters and Christine Burford Marshall, of record in Deed Book 144, page 1, Register's Office Wilson County, Tennessee. Middle Tennessee Council Boy Scouts of America is now known as Middle Tennessee Council, Inc., Boy Scouts of America, by Articles of Amendment filed with the Tennessee Secretary of State.

Tract II:

Parcel No. 1

Beginning at a concrete monument set at the northwest corner of the Spencer Creek Campsites, said corner being in the boundary line of the United States; thence, through the lands of the United States as follows:

North 32 deg. 58' West, 106.4 feet to an iron pin; thence,
South 71 deg. 36' West, 438.0 feet to an iron pin; thence,
South 67 deg. 45' West, 566.0 feet to an iron pin; thence,
South 22 deg. 41' West, 448.4 feet to an iron pin; thence,
North 48 deg. 18' West, 295.8 feet to an iron pin; thence,
South 53 deg. 45' West, 243.2 feet to an iron pin; thence,
North 20 deg. 11' West, 625.2 feet to an iron pin; thence,

4821-3102-8928

-4-

North 11 deg. 09' East, 245.6 feet to an iron pin; thence,
North 56 deg. 37' East, 439.4 feet to an iron pin; thence,
North 07 deg. 15' East, 187.5 feet to an iron pin; thence,
North 64 deg. 26' West, 344.7 feet to an iron pin; thence,
South 89 deg. 31' West, 537.3 feet to an iron pin; thence,
North 17 deg. 04' West, 280.2 feet to an iron, pin; thence,
North 38 deg. 44' West, 744.6 feet to an iron pin; thence,
North 13 deg. 14' East, 243.7 feet to an iron pin; thence,
North 36 deg. 07' East, 177.1 feet to an iron pin; thence,
North 55 deg. 02' East, 407.8 feet to an iron pin; thence,
North 79 deg. 33' East, 188.2 feet to an iron pin; thence,
South 66 deg. 00' East, 126.1 feet to an iron pin; .thence,
South 46 deg. 02' East 268.8 feet to an iron pin; thence,
North 27 deg. 14' East, 566.9 feet do an iron pin; thence,
South 76 deg. 22' East, 502.4 feet to an iron pin; thence,
North 71 deg. 38' East, 332.3 feet to an iron pin; thence,
North 38 deg. 12' West, 479.3 feet to an iron pin; thence,
North 36 deg. 49' East, 181.7 feet to an iron pin; thence,
North 39 deg. 28' West, 411.4 feet to an iron pin ;thence,
North 00 deg. 32' West, 254.8 feet to an iron pin; thence,
North 27 deg. 25' East, 214.2 feet to an iron pin; thence,
North 38 deg. 37' East, 256.1 feet to an iron pin; thence,
North 78 deg. 00' East, 175.2 feet to an iron pin; thence,
South 72 deg. 20' East, 488.4 feet to an iron pin; thence,
South 64 deg. 47' East, 306.5 feet to an iron ,in; thence,
North 35 deg. 05' East, 378.4 feet to an iron pin; thence,
North 66 deg. 35' West, 506.6 feet to an iron pin; thence,
North 47 deg. 10' West, 1075.8 feet to an iron pin; thence,
North 39 deg. 39' East, 185.5 feet to an iron pin; thence,
North 76 deg. 09' East, 588.6 feet to an iron pin; thence,
South 89 deg. 15' East, 386.6 feet to an iron pin; thence,
North 49 deg. 34' West, 369.8 feet to an iron pin; thence
North 65 deg. 06' West, 197.8 feet to an iron pin; thence,
North 26 deg. 58' West, 319.7 feet to an iron pin; thence,
North 11 deg. 47' East, 238.8 feet to an iron pin; thence,
North 36 deg. 37' East, 317.4 feet to an iron pin; thence,
North 60 deg. 10' East, 201.2 feet to an iron pin; thence,
South 61 deg. 13' East, 238.4 feet to an iron pin; thence,
North 51 deg. 10' East, 151.6 feet to an iron pin; thence,
North 22 deg. 28' East, 261.6 feet to an iron pin; thence,
North 65 deg. 50' East, 200.1 feet to an iron pin; thence,
North 87 deg. 03' East, 247.3 feet to an iron pin; thence,
North 64 deg. 28' East, 187.1 feet to an iron pin; thence,
North 81 deg. 54' East, 102.2 feet to an iron pin; thence,
South 48 deg. 43' East, 279.9 feet to an iron pin; thence,
South 39 deg. 45' East, 559.9 feet to an iron pin; thence,
North 35 deg. 43' East, 151.0 feet to iron pin; thence,

4821-3102-8928

North 65 deg. 01' East, 229.7 feet to an iron pin; thence,

South 14 deg. 07' West, 292.6 feet to an iron pin; thence,

South 51 deg. 39' West, 179.9 feet to an iron pin; thence,

South 10 deg. 54' East, 141.9 feet to an iron pin; thence,

South 52 deg. 54' East, 222.3 feet to an iron pin; thence,

South 03 deg. 58' East, 197.0 feet to an iron pin in the division line between lands now or formerly owned by H.L. and F. W. Bloodworth and the lands of the United States; thence, along said division line as follows:

South 58 deg. 09' West, 1407.3 feet to an iron pin; thence,

South 25 deg. 12' East, 154.2 feet to an iron pin; thence,

South 15 deg. 19' East, 373.5 feet to an iron pin; thence,

South 12 deg. 32' East, 274.5 feet to an iron pin witnessed by a 12 inch persimmon; thence

South 20 deg. 16' East, 329.7 feet to an iron pin witnessed by a 12-inch hackberry; thence,

South 84 deg. 41' East, 145.9 feet to a post at a corner of land formerly owned by Zac Burford, now the Boy Scouts of America; thence, along the division line between the Boy Scouts of America and the United States as follows:

South 02 deg. 40' West, 620.1 feet to an iron pin; thence,

South 86 deg. 12' West, 674.3 feet to a 30-inch cedar; thence,

North 77 deg. 31' West, 652.2 feet to a post; thence,

South 00 deg. 29' West, 483.9 feet to a 14-inch walnut; thence,

South 86 deg. 31' East, 1311.2 feet to a post; thence,

South 03 deg. 00' West, 1688.4 feet to a post; thence,

South 60 deg. 27' West, 10.9 feet to a post at the northwest corner of H.B. Manners (formerly Will Walker et al); thence with Manners' line, South 03 deg. 12' West, 1066.1 feet to an iron-pin in the northerly line of lands of Murfree (formerly Hughlette Katherine Purnell); thence along the division line between said Murfree and said Spencer Creek Campsites, North 87 deg. 30' West 954.8 feet to the point of beginning, containing three hundred fifty-four and sixty-eight hundredths (354.68) acres, more or less.

Parcel No. 2

Beginning at a corner common to lands now or formerly owned by C.E. and Louise Tubbs Northern and the lands of the United States, said corner being in a line of lands now or formerly owned by Hughlette Katherine Purnell; thence, with the division line between said Purnell and the United States; North 03 deg. 00' East, 1240 feet to a corner of lands now or formerly owned by Will Walker et al; thence, with the division line between said Walker and the United States as follows: North 03 deg. 00' East, 500 feet, South 79 deg. 30' East, 1085 feet, North 190 feet, and North 78 deg. 00' West, 170 feet to a corner of lands now or formerly owned by Zac Burford et al; thence, with the division line between said Burford and the United States as follows: North 26 deg. 00' West, 670 feet, and South 88 deg. 00' East 110 feet to a corner of lands now or formerly owned by D.E. and Janie Greer Bloodworth, said corner being in the center of a road; thence, with the division line between said Bloodworth and the United States along the center of said road South 88 deg. 00' East, 640 feet to a corner of lands now or formerly owned by F.W. Bloodworth and wife; thence, with the division line between said F.W. Bloodworth and wife and the United States and continuing along the center of said road South 88 deg. 00' East at 585 feet, passing a corner of said Bloodworth, continuing in all 640 feet to a corner of lands now or

4821-3102-8928

formerly owned by Henry and Susie Tyree; thence leaving said road along the division line between said Tyree and the subject owner as follows:

South 05 deg. 00' West, 280 feet,
North 64 deg. 00' East, 125 feet,
South 04 deg. 00' East, 160 feet,
South 57 deg. 00' West 210 feet,
South 18 deg. 00' West, 410 feet,
North 89 deg. 00' East, 340 feet, and
South 42 deg. 30' East, 335 feet to a corner of lands now or formerly owned by Lula Mae Davis; thence, with the division line between said Davis and the United States as follows:

North 70 deg. 00' East, 315 feet, and
South 01 deg. 00' East, 155 feet to a corner of lands now or formerly owned by Talmadge and Novella Collier; thence, with the division line between said Collier and the United States as follows:

South 01 deg. 00' East, 50 feet,
South 73 deg. 00' West, 350 feet,
North 85 deg. 00' West, 215 feet,
South 12 deg. 00' West 310 feet,
South 88 deg. 00' East, 250 feet,
North 50 deg. 00' East, 260 feet,
South 41 deg. 30' East, 235 feet,
South 88 deg. 00' East, 90 feet, and
South 05 deg. 00' East, 90 feet to a corner of lands now or formerly owned by Dwight Manners; thence, with the division line between said Manners and the United States, South 45 deg. 00' West, 350 feet to a corner of lands now or formerly owned by D.E. and Janie Greer Bloodworth; thence, with the division line between said Bloodworth and the United States as follows:

South 10 deg. 30' West, 150 feet,
North 72 deg. 00' East, 250 feet,
South 50 deg. 00' East, 250 feet, and
South 15 deg. 30' West, 285 feet to a point in a line of lands now or formerly owned by O. A. Purnell; thence, with the division line between said Purnell and the United States as follows:

North 84 deg. 00' West 100 feet,
South 1,280 feet,
North 86 deg. 00' East, 345 feet, and
South 05 deg. 00' East, 215 feet to a corner of lands now or formerly owned by H.B. Manners, in the center of a road; thence, leaving said road with the division line between said Manners and the United States as follows:

South 86 deg. 25', West, 450.4 feet,
South 36 deg. 06' West, 318 feet,
North 73 deg. 21' West, 151.4 feet,
South 35 deg. 57' West, 249.7 feet,

4821-3102-8928

North 09 deg. 07' West, 504 feet, and
North 84 deg. 48' West, 80 feet to a corner of said Northern in the center of a road thence, leaving said road with the division line between said Northern and the United States as follows:

North 05 deg. 00' East, 350 feet,
South 51 deg. 00' West, 290 feet,
North 38 deg. 30' West, 265 feet,
North 03 deg. 00' East, 215 feet,
South 35 deg. 30' East, 240 feet,
North 45 deg. 30' East, 225 feet,
North 08 deg. 30' West, 540 feet,
South 25 deg. 00' West, 460 feet,
North 30 deg. 00' West, 630 feet,
North 72 deg. 00' West 645 feet,
North 08 deg. 00' East, 81.6 feet, and
West 933 feet, to the point of beginning, containing 158.2 acres more or less.

Tract II being the same property conveyed to Middle Tennessee Council Incorporated, Boy Scouts of America, by deed from the United States of America, acting by and through Wilbur M. Brucker, Secretary of the Army, of record in Deed Book 149, page 220, said Register's Office. Middle Tennessee Council Incorporated, Boy Scouts of America is now known as Middle Tennessee Council, Inc., Boy Scouts of America, by Articles of Amendment filed with the Tennessee Secretary of State.

Tract III:
Parcel One:
A tract of land in the 4th Civil District of Wilson County, Tennessee, bounded on the North by Eugene Tipton; East by LaGuardo-Gallatin Road; South by Bailey; West by Bloodworth, containing 100 acres, more or less. INCLUDED in the above description but specifically EXCLUDED therefrom is a tract of 9.5 acres conveyed to the United States of America for Old Hickory Lock & Dam Project (G-714) by deed of record in Deed Book 137, page 329, said Register's Office. INCLUDED in the above description but specifically EXCLUDED therefrom is a tract of 26.8 acres acquired by the United States of America, of record in Deed Book 143, page 17, said Register's Office.

Parcel Two:
Lying in the 4th Civil District of Wilson County, Tennessee, bounded on the North by Barry and Road; East by Eugene Tipton; South by Frank W. Bloodworth; West by James Bailey, containing 133-1/2 acres more or less.

Tract III being the same property conveyed to Middle Tennessee Council, Inc., Boy Scouts of America, by deed from F. W. Bloodworth, of record in Deed Book 161, page 326, said Register's Office.

Tract IV:

4821-3102-8928

A certain tract or parcel of land located in the 4th Civil District of Wilson County, Tennessee, containing twelve (12) acres, more or less, and bounded and described as follows:

On the North by the Boy Scouts of America, formerly Bloodworth; on the East by property of the Boy Scouts of America, and the Wright heirs; on the South by the River View Road, and property of the Boy Scouts of America; and on the West by property of the Boy Scouts of America, formerly Lowe.

Tract IV being the same property conveyed to Middle Tennessee Council, Inc. Boy Scouts of America, by deed from Farmer Bush and wife, Marie Bush, of record in Deed Book 226, page 15, said Register's Office.

Tract V:

A tract of property lying in the 4th Civil District of Wilson County, Tennessee containing 31.55 acres, more or less, all as described by metes and bounds, on that Boundary Survey prepared by Paul Burton Crockett, Registered Land Surveyor, dated June 3, 1986, and filed of record in Plat Book 18, page 331, Register's Office of Wilson County Tennessee, to which plat reference is made for a more complete description thereof.

Tract V being the same property conveyed to the Middle Tennessee Council, Boy Scouts of America, Inc., by deed from Dwight Manners and wife, Eleanor A. Manners, of record in Deed Book 433, page 557, said Register's Office, and by deed from James M. Rochelle and wife, Anne N. Rochelle, of record in Deed Book 438, page 861, said Register's Office. Middle Tennessee Council, Boy Scouts of America, Inc. is now known as Middle Tennessee Council, Inc., Boy Scouts of America, by Articles of Amendment filed with the Tennessee Secretary of State.

Tract VI:

A lot or parcel of land situated and lying at a point north of Camp Boxwell Road in the 4th Civil District of Wilson County, Tennessee, bounded generally as follows:

North by Camp Boxwell; East by James Woods; South by William Houston Woods; West by John Preston Woods, the same being 118.8 feet, more or less, in width along the east and west lines, and 104.5 feet, more or less, in depth along the north and south lines. A plat of the tract from which this lot is carved has been prepared and is recorded in Plat Book 8, page 13, Register's Office of Wilson County, Tennessee. The lot hereby conveyed is referred to on said plat as Lot #12.

There is also conveyed hereby the right and privilege of using the 12-foot right-of-way that extends from Camp Boxwell Road northwardly so as to serve this property and the other lots carved from the Preston Woods Tract.

Tract VI being the same property conveyed to Middle Tennessee Council Boy Scouts of America, by deed from Joan M. Woods, of record in Record Book 1391, page 1972, said Register's Office. Middle Tennessee Council Boy Scouts of America is now known as Middle Tennessee Council, Inc., Boy Scouts of America, by Articles of Amendment filed with the Tennessee Secretary of State.

4821-3102-8928

BK/PG: 1974/494-505

20711552

| 12 PGS:AL-LEASE | |
| MISTY BATCH 453218 | |
| 07/01/2020 - 10:00 AM | |
| VALUE | 0.00 |
| MORTGAGE TAX | 0.00 |
| TRANSFER TAX | 0.00 |
| RECORDING FEE | 60.00 |
| DP FEE | 2.00 |
| REGISTER'S FEE | 0.00 |
| TOTAL AMOUNT | 62.00 |

STATE OF TENNESSEE, WILSON COUNTY
JACKIE MURPHY
REGISTER OF DEEDS

THIS DOCUMENT WAS
PREPARED BY AND WHEN
RECORDED RETURN TO:

Waller Lansden Dortch & Davis, LLP
511 Union St., Suite 2700
Nashville, TN 37219
Attn:  Robb S. Harvey, Esq.

## MEMORANDUM OF LEASE

THIS MEMORANDUM OF LEASE (this "**Memorandum**") is made and entered into as of this 1st day of July, 2020, by and between **PROPERTIES TRUST U/A/D JUNE 12, 2020**, a Tennessee Investment Services Trust pursuant to the provisions of the Tennessee Investment Services Act of 2007, as amended ("**Landlord**"), and **MIDDLE TENNESSEE COUNCIL, INC., BOY SCOUTS OF AMERICA**, a Tennessee non-profit corporation ("**Tenant**").

## RECITALS:

A.      Landlord owns fee title to that certain real property in Wilson County, Tennessee, being more particularly described on Exhibit A attached hereto and incorporated herein (the "**Property**").

B.      Landlord and Tenant have executed and entered into that certain Lease of even date herewith (the "**Lease**"), pursuant to which Landlord leases to Tenant and Tenant leases from Landlord, the Property.

C.      Landlord and Tenant have entered into this Memorandum for recording purposes.

NOW THEREFORE, for and in consideration of the premises and the mutual promises hereinafter set forth and set forth in the Landlord, Landlord and Tenant do hereby covenant, promise and agree as follows:

1.      Definitions.  All of the foregoing Recitals are, by this reference, incorporated into the body of this Memorandum as if fully set forth herein.  Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to them in the Lease.

2.      Notice of Lease.  Landlord hereby leases to Tenant, and Tenant hereby leases from Landlord, the Property, subject to and in accordance with the terms, provisions, covenants, conditions, restrictions, limitations and agreements contained in the Lease, all of which are, by this reference, incorporated into this Memorandum in their entirety as if fully set forth herein.

3.      Term.  The Initial Term expires on the date that is twenty-five (25) years after the date hereof; provided, however, that, unless either party terminates the Lease in accordance with the terms thereof, the Lease shall automatically renew for additional consecutive periods of ten (10) years each.

4821-8164-7809

4.      Severability.  If any provision of this Memorandum or the application thereof to any person or circumstance is or shall be deemed illegal, invalid or unenforceable, the remaining provisions of this Memorandum shall remain in full force and effect and this Memorandum shall be interpreted as if such illegal, invalid or unenforceable provision did not exist.

5.      Modification; Conflict; Binding Effect.  Nothing contained in this Memorandum is intended to or shall amend or modify any of the terms or provisions of the Lease.  In the event of a conflict between the terms and provisions of this Memorandum and the terms and provisions of the Lease, the terms and provisions of the Lease shall, in all incidents, control, govern and prevail.  All rights, covenants, conditions, agreements, restrictions and reservations contained in this Memorandum shall run with the land and shall inure to the benefit of and shall be binding upon Landlord and Tenant and their respective heirs, legal representatives, successors and assigns.  This Memorandum and the Lease contain the entire agreement of Landlord and Tenant with respect to Tenant's leasing of the Property.

6.      Counterparts.  This Memorandum may be executed in separate counterparts, each of which shall constitute an original copy hereof, but all of which shall constitute but one and the same agreement.

**[Signature Page to Follow]**

4821-8164-7809

IN WITNESS WHEREOF, the parties have executed this Memorandum as of the date set forth above.

**LANDLORD:**

**Properties Trust U/A/D June 12, 2020**

By: _____

Clay Bright, Trustee

STATE OF TENNESSEE            )
COUNTY OF DAVIDSON          )

Before me, the undersigned, a Notary Public in and for the County and State aforesaid, personally appeared Clay Bright, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who upon oath acknowledged himself to be the Trustee of Properties Trust U/A/D June 12, 2020, the within named bargainor, and that he as such Trustee, being authorized so to do, executed the foregoing instrument for the purposes therein contained, by signing the name of the Trust by himself as Trustee.

Witness my hand and seal, at office in Nashville, Tennessee, this the 36ᵗʰ day of June, 2020.

_____

Notary Public
My commission expires: 3/7/23

JEANETTE L. RAMER
STATE OF TENNESSEE
NOTARY PUBLIC
DAVIDSON COUNTY, TENN.

4821-8164-7809

**Book 1974  Page 496**

**TENANT:**

**Middle Tennessee Council, Inc., Boy Scouts of America**, ~~a Tennessee~~ non-profit corporation

By: _____

     Larry Brown, Council Scout Executive

STATE OF ~~NORTH CAROLI~~ Tennessee NA    )

COUNTY OF _Carter_    )

       Before me, the undersigned, a Notary Public in and for the County and State aforesaid, personally appeared Larry Brown with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who upon oath acknowledged himself to be Council Scout Executive of Middle Tennessee Council, Inc., Boy Scouts of America, the within named bargainor, a Tennessee non-profit corporation, and that he as such Council Scout Executive being authorized so to do, executed the foregoing instrument for the purposes therein contained, by signing the name of the non-profit corporation by himself as Council Scout Executive.

       Witness my hand and seal, at office in _Elizabethton_, ~~North~~ Tennessee ~~Carolina~~, this the _25_ day of June, 2020.

_____

Notary Public

My commission expires: _8/25/20_

*(Notary seal: MELISSA ANN SAYLOR · STATE OF TENNESSEE · NOTARY PUBLIC · COUNTY OF SULLIVAN)*

4821-8164-7809

**TENANT:**

**Middle Tennessee Council, Inc., Boy Scouts of America**, a Tennessee non-profit corporation

By: _____

John Bright Cage, Council ~~Scout Executive~~ *President*


STATE OF TENNESSEE      )
COUNTY OF DAVIDSON    )

       Before me, the undersigned, a Notary Public in and for the County and State aforesaid, personally appeared John Bright Cage, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who upon oath acknowledged himself to be Council President of Middle Tennessee Council, Inc., Boy Scouts of America, the within named bargainor, a Tennessee non-profit corporation, and that he as such Council President, being authorized so to do, executed the foregoing instrument for the purposes therein contained, by signing the name of the non-profit corporation by himself as Council President.

       Witness my hand and seal, at office in ___Nashville___, Tennessee, this the _30th_ day of June, 2020.

Notary Public
My commission expires: _1/4/2021_

D. RUSSELL
STATE
OF
TENNESSEE
NOTARY
PUBLIC
COUNTY OF DAVIDSON
MY COMMISSION EXPIRES:
JANUARY 4, 2021

4821-8164-7809

## EXHIBIT A

### The Property

Tract I:

A tract of land in the 4th Civil District of Wilson County, Tennessee, described according to a survey of J. R. Wauford & Company, Engineers, made August 1, 1955, as follows:

BEGINNING at a post in the center of an old road, at the Southwest corner of the D. E. and Janie Greer Bloodworth tract; thence with the center of the road, and along the line of the Old Hickory Lock & Dam property, North 88 degrees West 110 feet to an iron pin; thence along the West line of the Dam property, South 26 degrees 00' East 706 feet to an iron pin in a fence line in the Will Walker's north line; thence along a fence and with Walker's line, North 78 degrees 0' West 930 feet to a post, and continuing with a fence North 3 degrees 30' East 301.5 feet to a post, continuing with a fence North 88 Degrees 0' West 1084 feet to a post, and the North terminus of an old road, being the corner of the Armstrong and Gaston tract; thence with their line and along a fence North 3 degrees 0' East 1693 feet to a post; thence along their line North 86 degrees 0' West 1315 feet to a 14-inch walnut, Bailey's Southeast corner; thence with Bailey's East line North 3 degrees 45' East 485 feet to a post, and along Bailey's South line, and with a fence South 76 degrees 0' East 655.5 feet to a 30-inch cedar; thence North 86 degrees 0' East 677 feet, Bailey's Southeast corner; thence with his east line, North 2 degrees 30' East 610 feet to a point in the center of an old road, being the Southwest corner of H. L. and F. W. Bloodworth; thence with the center of the road, and along Bloodworth's south line, South 87 degrees 0' East 1212 feet to an iron pin, in a fence line, the Northwest corner of the Bloodworth tract above mentioned; thence along Bloodworth's line and with the center of an old road South 5 degrees 15' West 1268 feet, South 53 degrees, 0' East 657.5 feet, and South 1 Degree 0' East 946 feet to the beginning, containing 110.08 acres more or less.

Tract I being the same property conveyed to the Properties Trust U/A/D June 12, 2020 by deed from Middle Tennessee Council, Inc., Boy Scouts of America, of record in Deed Book ___1974___, page ___485___, Register's Office for Wilson County, Tennessee.

Tract II:

Parcel No. 1

Beginning at a concrete monument set at the northwest corner of the Spencer Creek Campsites, said corner being in the boundary line of the United States; thence, through the lands of the United States as follows:

North 32 deg. 58' West, 106.4 feet to an iron pin; thence,
South 71 deg. 36' West, 438.0 feet to an iron pin; thence,
South 67 deg. 45' West, 566.0 feet to an iron pin; thence,
South 22 deg. 41' West, 448.4 feet to an iron pin; thence,
North 48 deg. 18' West, 295.8 feet to an iron pin; thence,
South 53 deg. 45' West, 243.2 feet to an iron pin; thence,

North 20 deg. 11' West, 625.2 feet to an iron pin; thence,
North 11 deg. 09' East, 245.6 feet to an iron pin; thence,
North 56 deg. 37' East, 439.4 feet to an iron pin; thence,
North 07 deg. 15' East, 187.5 feet to an iron pin; thence,
North 64 deg. 26' West, 344.7 feet to an iron pin; thence,
South 89 deg. 31' West, 537.3 feet to an iron pin; thence,
North 17 deg. 04' West, 280.2 feet to an iron, pin; thence,
North 38 deg. 44' West, 744.6 feet to an iron pin; thence,
North 13 deg. 14' East, 243.7 feet to an iron pin; thence,
North 36 deg. 07' East, 177.1 feet to an iron pin; thence,
North 55 deg. 02' East, 407.8 feet to an iron pin; thence,
North 79 deg. 33' East, 188.2 feet to an iron pin; thence,
South 66 deg. 00' East, 126.1 feet to an iron pin; .thence,
South 46 deg. 02' East 268.8 feet to an iron pin; thence,
North 27 deg. 14' East, 566.9 feet do an iron pin; thence,
South 76 deg. 22' East, 502.4 feet to an iron pin; thence,
North 71 deg. 38' East, 332.3 feet to an iron pin; thence,
North 38 deg. 12' West, 479.3 feet to an iron pin; thence,
North 36 deg. 49' East, 181.7 feet to an iron pin; thence,
North 39 deg. 28' West, 411.4 feet to an iron pin ;thence,
North 00 deg. 32' West, 254.8 feet to an iron pin; thence,
North 27 deg. 25' East, 214.2 feet to an iron pin; thence,
North 38 deg. 37' East, 256.1 feet to an iron pin; thence,
North 78 deg. 00' East, 175.2 feet to an iron pin; thence,
South 72 deg. 20' East, 488.4 feet to an iron pin; thence,
South 64 deg. 47' East, 306.5 feet to an iron ,in; thence,
North 35 deg. 05' East, 378.4 feet to an iron pin; thence,
North 66 deg. 35' West, 506.6 feet to an iron pin; thence,
North 47 deg. 10' West, 1075.8 feet to an iron pin; thence,
North 39 deg. 39' East, 185.5 feet to an iron pin; thence,
North 76 deg. 09' East, 588.6 feet to an iron pin; thence,
South 89 deg. 15' East, 386.6 feet to an iron pin; thence,
North 49 deg. 34' West, 369.8 feet to an iron pin; thence
North 65 deg. 06' West, 197.8 feet to an iron pin; thence,
North 26 deg. 58' West, 319.7 feet to an iron pin; thence,
North 11 deg. 47' East, 238.8 feet to an iron pin; thence,
North 36 deg. 37' East, 317.4 feet to an iron pin; thence,
North 60 deg. 10' East, 201.2 feet to an iron pin; thence,
South 61 deg. 13' East, 238.4 feet to an iron pin; thence,
North 51 deg. 10' East, 151.6 feet to an iron pin; thence,

North 22 deg. 28' East, 261.6 feet to an iron pin; thence,
North 65 deg. 50' East, 200.1 feet to an iron pin; thence,
North 87 deg. 03' East, 247.3 feet to an iron pin; thence,
North 64 deg. 28' East, 187.1 feet to an iron pin; thence,
North 81 deg. 54' East, 102.2 feet to an iron pin; thence,
South 48 deg. 43' East, 279.9 feet to an iron pin; thence,
South 39 deg. 45' East, 559.9 feet to an iron pin; thence,
North 35 deg. 43' East, 151.0 feet to iron pin; thence,
North 65 deg. 01' East, 229.7 feet to an iron pin; thence,
South 14 deg. 07' West, 292.6 feet to an iron pin; thence,
South 51 deg. 39' West, 179.9 feet to an iron pin; thence,
South 10 deg. 54' East, 141.9 feet to an iron pin; thence,
South 52 deg. 54' East, 222.3 feet to an iron pin; thence,
South 03 deg. 58' East, 197.0 feet to an iron pin in the division line between lands now or formerly owned by H.L. and F. W. Bloodworth and the lands of the United States; thence, along said division line as follows:

South 58 deg. 09' West, 1407.3 feet to an iron pin; thence,
South 25 deg. 12' East, 154.2 feet to an iron pin; thence,
South 15 deg. 19' East, 373.5 feet to an iron pin; thence,
South 12 deg. 32' East, 274.5 feet to an iron pin witnessed by a 12 inch persimmon; thence
South 20 deg. 16' East, 329.7 feet to an iron pin witnessed by a 12-inch hackberry; thence,
South 84 deg. 41' East, 145.9 feet to a post at a corner of land formerly owned by Zac Burford, now the Boy Scouts of America; thence, along the division line between the Boy Scouts of America and the United States as follows:

South 02 deg. 40' West, 620.1 feet to an iron pin; thence,
South 86 deg. 12' West, 674.3 feet to a 30-inch cedar; thence,
North 77 deg. 31' West, 652.2 feet to a post; thence,
South 00 deg. 29' West, 483.9 feet to a 14-inch walnut; thence,
South 86 deg. 31' East, 1311.2 feet to a post; thence,
South 03 deg. 00' West, 1688.4 feet to a post; thence,
South 60 deg. 27' West, 10.9 feet to a post at the northwest corner of H.B. Manners (formerly Will Walker et al); thence with Manners' line, South 03 deg. 12' West, 1066.1 feet to an iron-pin in the northerly line of lands of Murfree (formerly Hughlette Katherine Purnell); thence along the division line between said Murfree and said Spencer Creek Campsites, North 87 deg. 30' West 954.8 feet to the point of beginning, containing three hundred fifty-four and sixty-eight hundredths (354.68) acres, more or less.

Parcel No. 2
Beginning at a corner common to lands now or formerly owned by C.E. and Louise Tubbs Northern and the lands of the United States, said corner being in a line of lands now or formerly owned by Hughlette Katherine Purnell; thence, with

4821-8164-7809

the division line between said Purnell and the United States; North 03 deg. 00'
East, 1240 feet to a corner of lands now or formerly owned by Will Walker et al;
thence, with the division line between said Walker and the United States as
follows: North 03 deg. 00' East, 500 feet, South 79 deg. 30' East, 1085 feet, North
190 feet, and North 78 deg. 00' West, 170 feet to a corner of lands now or
formerly owned by Zac Burford et al; thence, with the division line between said
Burford and the United States as follows: North 26 deg. 00' West, 670 feet, and
South 88 deg. 00' East 110 feet to a corner of lands now or formerly owned by
D.E. and Janie Greer Bloodworth, said corner being in the center of a road;
thence, with the division line between said Bloodworth and the United States
along the center of said road South 88 deg. 00' East, 640 feet to a corner of lands
now or formerly owned by F.W. Bloodworth and wife; thence, with the division
line between said F.W. Bloodworth and wife and the United States and continuing
along the center of said road South 88 deg. 00' East at 585 feet, passing a corner
of said Bloodworth, continuing in all 640 feet to a corner of lands now or
formerly owned by Henry and Susie Tyree; thence leaving said road along the
division line between said Tyree and the subject owner as follows:

South 05 deg. 00' West, 280 feet,
North 64 deg. 00' East, 125 feet,
South 04 deg. 00' East, 160 feet,
South 57 deg. 00' West 210 feet,
South 18 deg. 00' West, 410 feet,
North 89 deg. 00' East, 340 feet, and
South 42 deg. 30' East, 335 feet to a corner of lands now or formerly owned by
Lula Mae Davis; thence, with the division line between said Davis and the United
States as follows:

North 70 deg. 00' East, 315 feet, and
South 01 deg. 00' East, 155 feet to a corner of lands now or formerly owned by
Talmadge and Novella Collier; thence, with the division line between said Collier
and the United States as follows:

South 01 deg. 00' East, 50 feet,
South 73 deg. 00' West, 350 feet,
North 85 deg. 00' West, 215 feet,
South 12 deg. 00' West 310 feet,
South 88 deg. 00' East, 250 feet,
North 50 deg. 00' East, 260 feet,
South 41 deg. 30' East, 235 feet,
South 88 deg. 00' East, 90 feet, and
South 05 deg. 00' East, 90 feet to a corner of lands now or formerly owned by
Dwight Manners; thence, with the division line between said Manners and the
United States, South 45 deg. 00' West, 350 feet to a corner of lands now or
formerly owned by D.E. and Janie Greer Bloodworth; thence, with the division
line between said Bloodworth and the United States as follows:

South 10 deg. 30' West, 150 feet,
North 72 deg. 00' East, 250 feet,
South 50 deg. 00' East, 250 feet, and
South 15 deg. 30' West, 285 feet to a point in a line of lands now or formerly owned by O. A. Purnell; thence, with the division line between said Purnell and the United States as follows:

North 84 deg. 00' West 100 feet,
South 1,280 feet,
North 86 deg. 00' East, 345 feet, and
South 05 deg. 00' East, 215 feet to a corner of lands now or formerly owned by H.B. Manners, in the center of a road; thence, leaving said road with the division line between said Manners and the United States as follows:

South 86 deg. 25', West, 450.4 feet,
South 36 deg. 06' West, 318 feet,
North 73 deg. 21' West, 151.4 feet,
South 35 deg. 57' West, 249.7 feet,
North 09 deg. 07' West, 504 feet, and
North 84 deg. 48' West, 80 feet to a corner of said Northern in the center of a road thence, leaving said road with the division line between said Northern and the United States as follows:

North 05 deg. 00' East, 350 feet,
South 51 deg. 00' West, 290 feet,
North 38 deg. 30' West, 265 feet,
North 03 deg. 00' East, 215 feet,
South 35 deg. 30' East, 240 feet,
North 45 deg. 30' East, 225 feet,
North 08 deg. 30' West, 540 feet,
South 25 deg. 00' West, 460 feet,
North 30 deg. 00' West, 630 feet,
North 72 deg. 00' West 645 feet,
North 08 deg. 00' East, 81.6 feet, and
West 933 feet, to the point of beginning, containing 158.2 acres more or less.

Tract II being the same property conveyed to the Properties Trust U/A/D June 12, 2020 by deed from Middle Tennessee Council, Inc., Boy Scouts of America, of record in Deed Book _____ 1974 _____, page 485 _____, Register's Office for Wilson County, Tennessee.

Tract III:

Parcel One:
A tract of land in the 4th Civil District of Wilson County, Tennessee, bounded on the North by Eugene Tipton; East by LaGuardo-Gallatin Road; South by

4821-8164-7809

Bailey; West by Bloodworth, containing 100 acres, more or less. INCLUDED in the above description but specifically EXCLUDED therefrom is a tract of 9.5 acres conveyed to the United States of America for Old Hickory Lock & Dam Project (G-714) by deed of record in Deed Book 137, page 329, said Register's Office. INCLUDED in the above description but specifically EXCLUDED therefrom is a tract of 26.8 acres acquired by the United States of America, of record in Deed Book 143, page 17, said Register's Office.

Parcel Two:
Lying in the 4th Civil District of Wilson County, Tennessee, bounded on the North by Barry and Road; East by Eugene Tipton; South by Frank W. Bloodworth; West by James Bailey, containing 133-1/2 acres more or less.

Tract III being the same property conveyed to the Properties Trust U/A/D June 12, 2020 by deed from Middle Tennessee Council, Inc., Boy Scouts of America, of record in Deed Book __1974__, page __485__, Register's Office for Wilson County, Tennessee.

Tract IV:
A certain tract or parcel of land located in the 4th Civil District of Wilson County, Tennessee, containing twelve (12) acres, more or less, and bounded and described as follows:

On the North by the Boy Scouts of America, formerly Bloodworth; on the East by property of the Boy Scouts of America, and the Wright heirs; on the South by the River View Road, and property of the Boy Scouts of America; and on the West by property of the Boy Scouts of America, formerly Lowe.

Tract IV being the same property conveyed to the Properties Trust U/A/D June 12, 2020 by deed from Middle Tennessee Council, Inc., Boy Scouts of America, of record in Deed Book __1974__, page __485__, Register's Office for Wilson County, Tennessee.

Tract V:
A tract of property lying in the 4th Civil District of Wilson County, Tennessee containing 31.55 acres, more or less, all as described by metes and bounds, on that Boundary Survey prepared by Paul Burton Crockett, Registered Land Surveyor, dated June 3, 1986, and filed of record in Plat Book 18, page 331, Register's Office of Wilson County Tennessee, to which plat reference is made for a more complete description thereof.

Tract V being the same property conveyed to the Properties Trust U/A/D June 12, 2020 by deed from Middle Tennessee Council, Inc., Boy Scouts of America, of record in Deed Book __1974__, page __485__, Register's Office for Wilson County, Tennessee.

4821-8164-7809

## QUITCLAIM DEED

| Address New Owner as Follows: | Send Tax Bills To: | Map/Parcel No. |
|---|---|---|
| Clay Bright, Trustee of the<br>Properties Trust u/a/d June 12, 2020<br>3414 Hillsboro Pike<br>Nashville, Tennessee 37215 | (Same) | Map 114, Parcel 1<br>(White County) and<br>Map 17, Parcel 3,<br>Parcel 3, SI 001 and<br>Map 3, Parcel 1.02<br>(Van Buren County) |

This instrument prepared by:  This instrument prepared by:  M. Andrew Cornwell, Esq., Waller Lansden Dortch & Davis, LLP, 511 Union Street, Suite 2700, Nashville, TN 37219

STATE OF TENNESSEE    )
COUNTY OF DAVIDSON    )

The actual consideration for this transfer is $-0-.

_____
Affiant

Subscribed and sworn to before me, this the 30ᵗ day of June, 2020.

_____
NOTARY PUBLIC

My Commission Expires: 3/7/23

FOR AND IN CONSIDERATION of Ten Dollars ($10.00), and other good and valuable consideration, Middle Tennessee Council, Inc., Boy Scouts of America, formerly known as Boy Scouts of America, a Tennessee corporation ("Grantor"), by these presents, does hereby quitclaim and convey unto Clay Bright, Trustee of the Properties Trust u/a/d June 12, 2020, a Tennessee Investment Services Trust ("Grantee"), its successors and assigns, all its right, title and interest in and to the following described tracts or parcels of land in White and Van Buren County, Tennessee:

See Exhibit A attached hereto for a complete Legal Description

EARL W. JONES, JR.
ASSESSOR OF PROPERTY

| 2 | 114 | | 114 | 1.00 |
|---|---|---|---|---|
| DI | MAP | GP | C-MAP | PARCEL |

COMPLETE SPLIT

4832-0211-2449

IN WITNESS WHEREOF, Grantor has executed this instrument on the $25$ day of June, 2020, effective as of July 1, 2020.

MIDDLE TENNESSEE COUNCIL, INC.,
BOY SCOUTS OF AMERICA,
a Tennessee non-profit corporation

By: _____
Larry Brown, Council Scout Executive

Tennessee
STATE OF ~~NORTH CAROLINA~~ )
COUNTY OF Carter )

Before me, the undersigned, a Notary Public in and for the County and State aforesaid, personally appeared Larry Brown, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who upon oath acknowledged himself to be the Council Scout Executive of Middle Tennessee Council, Inc., Boy Scouts of America, the within named bargainor, a Tennessee non-profit corporation, and that he as such Council Scout Executive of Middle Tennessee Council, Inc., Boy Scouts of America, being authorized so to do, executed the foregoing instrument for the purposes therein contained, by signing the name of corporation, by himself as Council Scout Executive.

Tennessee
Witness my hand and seal, at office in Elizabethton, ~~North Carolina~~, this the 25 day of June, 2020.

_____
NOTARY PUBLIC

My Commission Expires: 8/25/21

[signatures continue on following page]

4832-0211-2449

-2-

MIDDLE TENNESSEE COUNCIL, INC.,
BOY SCOUTS OF AMERICA,
a Tennessee non-profit corporation

By: _____
John Bright Cage, Council President

STATE OF TENNESSEE    )
COUNTY OF DAVIDSON    )

Before me, the undersigned, a Notary Public in and for the County and State aforesaid, personally appeared John Bright Cage, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who upon oath acknowledged himself to be the Council President of Middle Tennessee Council, Inc., Boy Scouts of America, the within named bargainor, a Tennessee non-profit corporation, and that he as such Council President of Middle Tennessee Council, Inc., Boy Scouts of America, being authorized so to do, executed the foregoing instrument for the purposes therein contained, by signing the name of corporation, by himself as Council President.

Witness my hand and seal, at office in *Nashville*, Tennessee, this the *30th* day of June, 2020.

_____
NOTARY PUBLIC

My Commission Expires: *1/4/2021*

D. E. RUSSELL
STATE
OF
TENNESSEE
NOTARY
PUBLIC
COUNTY OF DAVIDSON
MY COMMISSION EXPIRES:
JANUARY 4, 2021

4832-0211-2449

-3-

Exhibit A

Legal Description

Parcel I:

North Tract:

Beginning on a ½ inch rebar (set) approximately 20 feet East of the center of Lewis Road, said rebar is the Southeast corner of this described tract and also a corner for Paul Putnam and is farther located approximately 985 feet South of the Porter Lane intersection, thence leaving Putnam and going with the Eastern side of Lewis Road (approximately 20 feet from center) N10-10-27W 256.14 feet, N05-52-28W 112.51 feet, N00-24-51W 95.63 feet, N04-38-40E 99.53 feet, N06-55-47E 56.65 feet, N01-04-22E 171.85 feet, N08-16-09W 42.42 feet, N24-13-13W 63.30 feet to the intersection of Porter Lane, thence leaving Lewis Road and going with the Southern side of Porter Lane (approximately 15 feet from center) N25-56-02E 41.58 feet, N36-58-28E 34.63 feet, N55-51-15E 63.12 feet, N54-48-21E 82.70 feet, N31-19-02E 66.85 feet, N16-37-28E 13.49 feet, N30-30-54E 63.98 feet, N62-05-18E 54.14 feet, N74-24-57E 312.25 feet, S86-56-32E 186.63 feet, N75-56-48E 113.65 feet, N57-58-13E 67.51 feet, N38-32-40E 58.00 feet, N11-50-19E 82.02 feet, N03-47-11E 72.89 feet, N27-25-53E 52.72 feet, N47-17-02E 108.54 feet, N60-36-00E 69.51 feet, S89-24-40E 55.45 feet and S75-22-34E 97.74 feet to the Eastern end of Porter Lane, thence N14-37-26E 30.00 feet to the Northern side of said lane, N75-22-34W continuing with the Northern side Porter Lane 101.44 feet, N89-24-40W 67.17 feet, S60-36-00W 81.05 feet, S47-17-02W 117.29 feet, S27-25-53W 64.25 feet, S03-47-11W 77.06 feet, S11-50-19W 72.78 feet, S38-32-40W 45.75 feet, S57-58-13W 57.63 feet, S75-56-48W 104.29 feet, N86-56-32W 187.04 feet, S74-24-57W 320.41 feet, S62-05-18W 65.86 feet, S30-30-54W 76.12 feet, S16-37-28W 113.28 feet, S31-19-02W 56.74 feet, S54-48-21W 76.19 feet, S55-51-15W 67.84 feet, S36-58-28W 42.52 feet, S25-56-02W 33.42 feet to the intersection of Lewis Road, thence leaving Porter Lane and going with the Eastern and/or Northern side of Lewis Road N49-24-43W 60.67 feet, N57-16-26W 89.71 feet, N68-35-06W 114.23 feet, N73-47-50W 178.62 feet, N67-38-20W 142.45 feet, N56-28-09W 52.37 feet, N44-38-30W 48.62 feet, N35-58-37W 127.97 feet, N40-25-03W 152.79 feet, N49-21-36W 90.33 feet and N73-01-16W 76.42 feet to the intersection of Evans Road, thence leaving Lewis Road and going with the Eastern side of Plantation Road (approximately 15 feet from center) N58-53-19W 124.69 feet, N47-35-58W 73.13 feet, N42-18-37W 141.74 feet, N24-40-58W 157.85 feet, N17-54-34W 119.63 feet, N01-59-57W 140.50 feet, N11-15-58E 115.81 feet, N25-08-13E 140.18 feet, N31-58-29E 165.99 feet, N08-22-44E 71.36 feet, N08-50-35W 213.74 feet, N12-15-01W 200.57 feet, N09-21-50E 106.17 feet, N21-59-04E 177.70 feet, N24-27-10E 136.36 feet, N38-27-58E 147.95 feet, N46-14-35E 139.66 feet and N46-22-37E 131.06 feet to the Northern end of Plantation Road, thence N43-37-23W 30.00 feet to a point in the Western right-of-way of Plantation Road, thence continuing with Plantation Road along it's Western side S46-22-37W 131.09 feet, S46-14-35W 141.74 feet, S38-27-58W 153.68 feet, S24-27-10W 140.70 feet, S21-59-04W 181.66 feet, S09-21-50W 115.21 feet, S12-15-01E 205.41 feet, S08-50-35E 208.31 feet, S08-22-44W 60.55 feet, S31-58-29W 161.52 feet, S25-08-13W 145.62 feet, S11-15-58W 122.94 feet, S01-59-27E 148.18 feet, S17-54-34E 125.60 feet, S24-40-58E 164.28 feet, S02-35-01W 106.69 feet, S33-52-32W 82.98 feet, S48-24-06W 176.48 feet to a point in the Northern right-of-way of Lewis Road, thence leaving Plantation Road and again going with Lewis Road along it's Northern right-of-way S62-20-13W 210.98 feet, S66-46-37W 156.81 feet, S69-31-17W 162.85 feet, S66-43-32W 216.44 feet, S62-22-01W 105.38 feet, S65-45-01W 262.67 feet, S78-00-24W 141.42 feet, S82-20-56W 86.34 feet,

4832-0211-2449

S77-14-44W 81.41 feet, S61-27-13W 102.78 feet, S42-45-13W 76.84 feet, S28-07-53W 68.50 feet, S19-48-19W 79.61 feet, S21-19-05W 168.59 feet, S33-01-48W 213.18 feet, S34-49-07W 242.97 feet, S41-24-18W 134.26 feet, S44-55-16W 310.54 feet and S51-13-47W 91.54 feet to a point at the intersection of the Southern loop of Wilson Road, thence continuing with the Northern side of Lewis Road S78-21-50W 61.39 feet, S82-55-23W 113.30 feet, N89-54-49W 129.54 feet, N83-42-14W 163.97 feet, N77-59-19W 285.10 feet, N82-16-51W 113.92 feet, S86-57-13W 128.21 feet, S69-39-31W 120.96 feet, S53-13-13W 203.79 feet, S37-29-58W 130.41 feet, S15-14-38W 149.10 feet, S22-26-24E 147.18 feet, S30-16-38E 186.51 feet, S15-35-51E 43.49 feet, S02-32-00E 174.10 feet, S07-04-16E 190.29 feet, S00-01-42E 108.20 feet, S30-24-29W 58.89 feet, S73-48-29W 53.81 feet, S89-55-18W 442.04 feet, N89-27-50W 303.84 feet, N86-18-39W 223.09 feet, N73-59-54W 101.29 feet, N87-27-51W 78.10 feet, S67-13-07W 137.12 feet, S75-09-59W 165.56 feet, S55-01-32W 240.04 feet, S56-35-46W 191.14 feet, S48-12-45W 530.61 feet, S54-49-02W 132.28 feet and S58-26-54W 58.77 feet to a ½ inch rebar (set) which marks the Southwest corner of this described tract and in the Eastern boundary of the Hiwassee Land Company, thence leaving the Lewis Road and going along a marked and painted line with the Hiwassee Land Company N05-24-52E 518.66 feet to a rebar (found), N05-33-00E 2773.12 feet to a steel post (found), S84-07-13E 327.41 feet to a steel post (found), S84-19-04E 1657.96 feet to a steel post (found), N05-47-03E 1320.34 feet to a steel post (found), N05-44-45E 2631.66 feet to a steel post (found), N05-41-16E 2641.21 feet to a steel post (found), N05-35-05E 973.05 feet to a large rock in Cabin Branch, N06-03-04E 344.66 feet to a steel post (found), N05-59-08E crossing the county line 2594.63 feet to a steel post (found) and N04-59-54E 615.95 feet to a 20 inch white oak which marks the Northwest corner of this described tract, thence continuing with Hiwassee S84-13-20E 484.61 feet to an angle Iron (found), S83-45-50E 847.86 feet to a steel post (found) by a set stone, S86-13-50E 1562.66 feet to a steel post (found) and S85-39-00E 1320.00 feet to a steel post (found) which marks the Northeast corner of this described tract, thence S05-58-18W again crossing said county line 2822.93 feet to an angle iron (found), S06-15-56W 3997.92 feet to a steel post (found) and S82-40-50E 100.00 feet to a 1/2 inch rebar (Set), thence leaving the Hiwassee Land Company and going with Paul Putnam S41-20-09E 2883.23 feet to a "A" rock at the bluffline, S10-49-39E 1152.75 feet to a 1/2 inch rebar (found), S59-51-52W 448.38 feet to a 1/2 inch pipe (found), S41-12-31W 1457.53 feet to a 1/2 inch pipe (found) and S60-45-43W 519.13 feet to the beginning containing 1335.23 acres as surveyed by the David H. Bradley Land Surveying Company R. L S. # 1137 on 28 February, 2007.

**NOTE:** There is included in the above described 1335.23 acre tract but excluded in the quoted acreage a 25 acre more or less parcel belonging to David Dodson (Deed Book 8 page # 228).

**NOTE:** The Hiwassee Land Company has parole easement which follows existing roads across this described tract and gives them access to their property on the North.

**NOTE:** There is an ingress/egress easement located on the above described tract which gives the David Dodson property (DB 8 pg 228) access to Plantation Road (formerly Evans Road). This easement follows an existing gravel road.

South Tract - Deed Book 27W/577. 27Y/504, 10/707:

Beginning on a 1/2 inch pipe (found) approximately 20 feet West of the center of Joanie VanWinkle Road, said pipe is the Southeast corner of Billy VanWinkle and is farther located approximately 1/2 mile North of Highway # 285, thence leaving Billy VanWinkle and going with the Western side of the Joanie VanWinkle Road S19-43-17W 168.42 feet, S18-36-16W 118.85

4832-0211-2449

feet, S19-06-01W 113.95 feet, S16-44-47W 145.94 feet, S15-42-24W 181.26 feet, S28-42-42W 141.90 feet, S31-33-24W 208.61 feet, S31-23-58W 420.61 feet, S30-29-07W 122.22 feet, S31-24-57W 184.15 feet and S24-48-50W 38.44 feet to a 1/2 inch pipe (set), thence leaving the Joanie VanWinkle Road and going N82-08-52W 19.02 feet to a 1/2 inch rebar (set) at a fence corner which marks the Southeast corner of Robert Evans, thence going with Evans N04-58-33E 1410.67 feet to a steel post (found), N85-30-51W 779.09 feet to a painted pile of rock, N84-08-13W 504.89 feet to a steel post, thence leaving Evans and going with the State of Tennessee property N84-03-38W 1975.83 feet to a steel post (found), S04-22-48W 1069.21 feet to a steel post (found), N84-18-26W 1061.93 feet to a steel post (found), N05-05-57E 444.27 feet to a rebar (found), N05-09-57E 622.97 feet to a steel post (found), N84-58-40W 305.63 feet to a steel post (found) and N05-24-52E 807.34 feet to a rebar (set) approximately 20 feet South of the center of Lewis Road, thence leaving said State of Tennessee property and going with the Southern side of Lewis Road (approximately 20 feet from center) N58-26-54E 90.14 feet, N54-49-02E 135.85 feet, N48-12-45E 529.99 feet, N56-35-46E 188.75 feet, N55-01-32E 233.48 feet, N75-09-59E 161.24 feet, N67-13-07E 130.92 feet, S87-27-51E 64.39 feet, S73-59-54E 100.88 feet, S86-18-39E 228.51 feet, S89-27-50E 305.15 feet, N89-55-18E 447.91 feet, N73-48-29E 75.39 feet, N30-24-29E 85.69 feet, N00-01-42W 121.54 feet, N07-04-16W 191.17 feet, N02-32-00W 177.09 feet, N15-35-51W 53.22 feet, N30-16-38W 188.92 feet, N22-26-24W 130.79 feet, N15-14-38E 127.58 feet, N37-29-58E 117.02 feet, N53-13-13E 192.49 feet, N69-39-31E 109.10 feet, N86-57-13E 118.36 feet, S82-16-51E 108.65 feet, S77-59-19E 285.60 feet, S83-42-14E 168.13 feet, S89-54-49E 134.21 feet, N82-55-23E 117.39 feet and N78-21-50E 59.14 feet to the intersection of Wilson Road, thence leaving Lewis Road and going with the Western side of Wilson Road (approximately 20 feet from center) S54-43-44E 111.74 feet, S83-31-17E 151.62 feet, S31-59-21E 267.06 feet, S33-23-23E 209.80 feet, S37-28-10E 178.44 feet, S19-42-20E 73.32 feet, S12-34-41E 83.65 feet and S45-17-12E 40.84 feet to a 1/2 inch rebar (set), thence leaving Wilson Road and going with Buford Wilson S06-01-12W 998.70 feet to a set stone (found), thence leaving Wilson and going with Billy VanWinkle S05-34-23W 158.46 feet to a rebar (set), S06-21-36W 464.11 feet to a 2 inch pipe (found), S06-40-51 364.26 feet to a set stone and S83-59-17E 1174.81 feet to the beginning containing 252.00 acres as surveyed by the David H. Bradley - Land Surveying Company R. L. S. # 1137 on 28 February, 2007.

Island Tract:

Beginning on a 1/2 inch rebar (set) at the Intersection of Lewis Road and Plantation Road, said rebar is the Southeast corner of this described tract, thence leaving Plantation Road and going with the Northern side of Lewis Road (approximately 20 feet from center) S89-59-59W 114.10 feet, S83-28-11W 89.38 feet, S72-38-03W 69.51 feet and S66-24-35W 52.70 feet to a ½ inch rebar marking the Southwest corner of this described tract, thence leaving Lewis Road and going with the Eastern side of Plantation Road (approximately 15 feet from center) N48-24-06E 88.02 feet, N33-52-32E 95.59 feet and N01-13-41E 86.53 feet to a rebar (set) at the forks of Plantation Road, thence going with the Western side of Plantation Road S42-18-37E 107.89 feet, S47-35-58E 77.48 feet and S58-53-19E 77.94 feet to the beginning containing 0.45 acres as surveyed by the David H. Bradley Land Surveying Company R. L. S. # 1137 on 28 February, 2007.

Parcel I being the same property conveyed to the Middle Tennessee Council, Inc., Boy Scouts of America. by deed from Gary Daniel Curtin and wife, Donna Lee Curtin, of record in Record Book 227, page 743, Register's Office for White County, Tennessee, as corrected by Scrivener's Affidavit of record in Record Book 244, page 417, said Register's Office; and Record Book 37,

4832-0211-2449

page 854, Register's Office for Van Buren County. Tennessee, as corrected by Scrivener's Affidavit, of record in Record Book 42, page 614, said Register's Office.

**SOURCE OF DESCRIPTION:** This description was prepared by David H. Bradley Land Surveying Company, R.L.S. #1137, from survey dated February 28, 2007.

INCLUDED IN THE ABOVE DESCRIBED PARCEL, BUT EXPRESSLY EXCLUDED FROM THIS CONVEYANCE is the following described tract of land conveyed to David Dodson and wife, Alice Dodson, by deed of record in Record Book 42, page 615, Register's Office for Van Buren County, Tennessee:

A tract of land in the Third Civil District of Van Buren County, Tennessee, bounded on the north by the south margin of Lewis Road, on the east by the remaining lands of the Middle Tennessee Council, Boy Scouts of America in part, and the State of Tennessee property, on the south and west by the State of Tennessee property, and being more particularly described as follows:

Beginning an existing 1/2" rebar with cap (RLS 1137) in the south margin of Lewis road, the northwest corner of the herein described tract and a point in the east line of the state of Tennessee property; thence with the south margin of Lewis road the following calls:

N 58 degrees 26 minutes 54 seconds E, 90.14 feet to a set 1/2" rebar with cap (SEC, INC);
N 54 degrees 49 minutes 02 seconds E, 135.85 feet to a set 1/2" rebar with cap (SEC, INC);
N 48 degrees 12 minutes 45 seconds E, 529.99 feet to a set 1/2" rebar with cap (SEC, INC);
N 56 degrees 35 minutes 46 seconds E, 188.75 feet to a set 1/2" rebar with cap (SEC, INC);
N 55 degrees 01 minutes 32 seconds E, 233.48 feet to a set 1/2" rebar with cap (SEC, INC);
N 75 degrees 09 minutes 59 seconds E, 161.24 feet to a set 1/2" rebar with cap (SEC, INC);
N 67 degrees 13 minutes 07 seconds E, 130.92 feet to a set 1/2" rebar with cap (SEC, INC);
S 87 degrees 27 minutes 51 seconds E, 64.39 feet to a set 1/2" rebar with cap (SEC, INC);
S 73 degrees 59 minutes 54 seconds E, 100.88 feet to a set 1/2" rebar with cap (SEC, INC.);
S 86 degrees 18 minutes 39 seconds E, 32.18 feet to a set 1/2" rebar with cap (SEC, INC.)

Thence, with a new line severing the lands of the Middle Tennessee Council, Boy Scouts Of America, S 04 degrees 22 minutes 48 seconds W, 1713.30 feet to an existing steel T-Post at an angle point in the northerly line of the State of Tennessee property, thence with the northerly and easterly lines of the State of Tennessee property the following calls:

S 04 degrees 22 minutes 48 seconds W, 1069.21 feet to an existing steel T-Post;
N 84 degrees 18 minutes 26 seconds W, 1061.93 feet to an existing steel T-Post;
N 05 degrees 05 minutes 57 seconds E, 444.27 feet to an existing 1/2" rebar with cap (RLS 105);
N 05 degrees 09 minutes 57 seconds E, 622.97 feet to an existing steel T-Post;
N 84 degrees 58 minutes 40 seconds W, 305.63 feet to an existing steel T -Post;
N 05 degrees 24 minutes 52 seconds E, 807.34 feet to the Point of Beginning and containing 68.323 acres, more or less, according to a survey by SEC, INC. dated 1-29-08.

4832-0211-2449

Parcel II:

Land in the 3rd Civil District of Van Buren County, State of Tennessee, as follows:

BEGINNING on a black oak with hickory and oak pointers; thence North 89-1/2 poles to a white oak corner, oak and gum pointers; thence West 44-3/4 poles to a stake; thence South 89-1/2 poles to a stake; thence East 44-3/4 poles to the BEGINNING, containing 25 acres, more or less.

Parcel II being the same property conveyed to the Middle Tennessee Council, Inc., Boy Scouts of America, by deed from David Dodson, Alice Dodson, Roger L. Dodson and Robert A. Dodson, of record in Record Book 42, page 619, Register's Office for Van Buren County, Tennessee.

Parcel III:

Being located in the Third Civil District of Van Buren County on Tax Map 17 and parcel 003.00, being the Road described as Porter Lane.

Parcel III being the same property conveyed to Boy Scouts of America, by deed from Van Buren County, Tennessee, of record in Record Book 40, page 519, Register's Office for Van Buren County, Tennessee. Boy Scouts of America is now known as Middle Tennessee Council, Inc., Boy Scouts of America, by Articles of Amendment filed with the Tennessee Secretary of State.

| BK/PG: RB458/771-778 | |
|---|---|
| **20002527** | |
| 8 PGS:AL-QUITCLAIM DEED | |
| MONICA BATCH: 60475 | 07/01/2020 - 09:02 AM |
| VALUE | 0.00 |
| MORTGAGE TAX | 0.00 |
| TRANSFER TAX | 0.00 |
| RECORDING FEE | 40.00 |
| ARCHIVE FEE | 0.00 |
| DP FEE | 2.00 |
| REGISTER'S FEE | 0.00 |
| TOTAL AMOUNT | 42.00 |

STATE OF TENNESSEE, WHITE COUNTY
**MARTHA BUMBALOUGH**
REGISTER OF DEEDS

4832-0211-2449

## QUITCLAIM DEED

| Address New Owner as Follows: | Send Tax Bills To: | Map/Parcel No. |
|---|---|---|
| Clay Bright, Trustee of the Properties Trust u/a/d June 12, 2020 3414 Hillsboro Pike Nashville, Tennessee 37215 | (Same) | Map 107 Parcel 58 |

This instrument prepared by: This instrument prepared by: M. Andrew Cornwell, Esq., Waller Lansden Dortch & Davis, LLP, 511 Union Street, Suite 2700, Nashville, TN 37219

STATE OF TENNESSEE )

COUNTY OF DAVIDSON )

The actual consideration for this transfer is $-0-.

_____
Affiant

Subscribed and sworn to before me, this the 30ᵗʰ day of June, 2020.

_____
NOTARY PUBLIC

My Commission Expires: 3/7/23

FOR AND IN CONSIDERATION of Ten Dollars ($10.00), and other good and valuable consideration, Middle Tennessee Council, Inc., Boy Scouts of America, a Tennessee corporation ("Grantor"), by these presents, does hereby quitclaim and convey unto Clay Bright, Trustee of the Properties Trust u/a/d June 12, 2020, a Tennessee Investment Services Trust ("Grantee"), its successors and assigns, all its right, title and interest in and to the following described tracts or parcels of land in White County, Tennessee:

See Exhibit A attached hereto for a complete Legal Description

**EARL W. JONES, JR.**
**ASSESSOR OF PROPERTY**      S.I.

| DI | MAP | GP | C-MAP | PARCEL |
|---|---|---|---|---|
| 3 | 107 | | 107 | 58.00 ε 001 |

COMPLETE SPLIT

4848-0197-7025

**BK/PG: RB458/765-770**
**20002526**

| 6 PGS:AL-QUITCLAIM DEED | |
|---|---|
| MONICA BATCH: 60475 | 07/01/2020 - 09:02 AM |
| VALUE | 0.00 |
| MORTGAGE TAX | 0.00 |
| TRANSFER TAX | 0.00 |
| RECORDING FEE | 30.00 |
| ARCHIVE FEE | 0.00 |
| DP FEE | 2.00 |
| REGISTER'S FEE | 0.00 |
| TOTAL AMOUNT | 32.00 |

STATE OF TENNESSEE, WHITE COUNTY
**MARTHA BUMBALOUGH**
REGISTER OF DEEDS

IN WITNESS WHEREOF, Grantor has executed this instrument on the 25 day of June, 2020, effective as of July 1, 2020.

MIDDLE TENNESSEE COUNCIL, INC.,
BOY SCOUTS OF AMERICA,
a Tennessee non-profit corporation

By: _____
Larry Brown, Council Scout Executive

STATE OF ~~NORTH CAROLINA~~ Tennessee )
COUNTY OF Carter )

   Before me, the undersigned, a Notary Public in and for the County and State aforesaid, personally appeared Larry Brown, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who upon oath acknowledged himself to be the Council Scout Executive of Middle Tennessee Council, Inc., Boy Scouts of America, the within named bargainor, a Tennessee non-profit corporation, and that he as such Council Scout Executive of Middle Tennessee Council, Inc., Boy Scouts of America, being authorized so to do, executed the foregoing instrument for the purposes therein contained, by signing the name of corporation, by himself as Council Scout Executive.

   Witness my hand and seal, at office in Elizabethton, ~~North Carolina~~ Tennessee, this the 25 day of June, 2020.

_____
NOTARY PUBLIC

My Commission Expires: 8/25/21

[signatures continue on following page]

*MELISSA ANN SAYLOR*
*STATE OF*
*TENNESSEE*
*NOTARY*
*PUBLIC*
*COUNTY OF SULLIVAN*

4848-0197-7025

MIDDLE TENNESSEE COUNCIL, INC.,
BOY SCOUTS OF AMERICA,
a Tennessee non-profit corporation

By: _____
John Bright Cage, Council President

STATE OF TENNESSEE )
COUNTY OF DAVIDSON )

        Before me, the undersigned, a Notary Public in and for the County and State aforesaid, personally appeared John Bright Cage, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who upon oath acknowledged himself to be the Council President of Middle Tennessee Council, Inc., Boy Scouts of America, the within named bargainor, a Tennessee non-profit corporation, and that he as such Council President of Middle Tennessee Council, Inc., Boy Scouts of America, being authorized so to do, executed the foregoing instrument for the purposes therein contained, by signing the name of corporation, by himself as Council President.

        Witness my hand and seal, at office in _Nashville_ , Tennessee, this the _30th_ day of June, 2020.

NOTARY _____

My Commission Expires: _1/4/2021_

D. E. RUSSELL
STATE
OF
TENNESSEE
NOTARY
PUBLIC
COUNTY OF DAVIDSON

MY COMMISSION EXPIRES:
JANUARY 4, 2021

4848-0197-7025

-3-

Exhibit A

Legal Description

Tract 1:

Land in the Fourth Civil District of White County, Tennessee: Beginning at a point in the centers of the intersection of U.S. Highway 70-S and the old Sparta-McMinnville Road, which is the southwesterly corner of the tract conveyed by Fielding H. Yost, et ux to Cecil E. Grissom, et ux, by deed of record in Deed Book 93, page 7, R.O.W.C, Tennessee; thence with the center of the old Sparta-McMinnville Road, westerly to its intersection with the N.C. & St. L Railway Co. right-of-way; thence with the southerly margin of said right-of-way, southwesterly to the center of the Caney Fork River; thence up said river with its various meanders, to the southeasterly corner of the abovementioned tract conveyed by Fielding H. Yost, et ux to Cecil E. Grissom, et ux; thence with Grissom's southerly line an estimated 340 feet to the beginning.

Tract 1 being the same property conveyed to Middle Tennessee Council, Inc. Boys Scouts of America, by deed from Fielding H. Yost, Jr. and wife, Mary Lou Yost, of record in Deed Book 128, page 574, Register's Office for White County, Tennessee.

INCLUDED IN THE ABOVE DESCRIBED PROPERTY, BUT EXCLUDED FROM THIS CONVEYANCE, are the following described parcels of land conveyed to the State of Tennessee, by deed of record in Record Book 25, page 9, said Register's Office:

Parcel No. 1: Beginning at a point of intersection between the existing north right-of-way line of State Route 136 and the proposed north right-of-way line of State Route 136 on Highway Project No. 89003-2239-04, 9.139 m (29.98') left of project centerline station 1 + 070.000; thence along the said proposed north right-of-way line as follows: north 10 degrees 27 minutes 40 seconds west 20.859 m (68.44') to a point 30.000 m (98.42') left of project centerline station 1 + 070.000; and north 77 degrees 45 minutes 33 seconds east 115.985 m (380.53') to a point of intersection with the said existing north right-of-way line 16.675 m (54.71') left of project centerline station 1 + 198.608; and thence along the said existing north right-of-way line as follows: curving to the right in a southwestwardly direction an arc length of 57.441 m (188.45') on a radius of 75.835 m (248.80') to a point; south 89 degrees 47 minutes 57 seconds west 12.758 m (41.86') to a point; south 78 degrees 21 minutes 27 seconds west 13.170 m (43.21') to a point; south 02 degrees 48 minutes 54 seconds east 2.732 m (8.96') to a point; and south 79 degrees 32 minutes 21 seconds west 109.714 m (359.95') to the point of beginning.

Parcel No. 2: Beginning at a point of intersection between the existing north right-of-way line of State Route 136 and the proposed north right-of-way line of State Route 136 on Highway Project No. 89003-2239-04, 17.217 m (56.49') left of project centerline station 1 + 278.210; thence along the said proposed north right-of-way line as follows: north 22 degrees 54 minutes 51 seconds west 54.864 m (179.41') to a point 39.000 m (127.95') left of project centerline station 1 + 334.000; north 09 degrees 44 minutes 25 seconds east 117.067 m (384.08') to a point 27.000 m (88.58') left of project P.L. centerline station 1 + 440.000; and north 37 degrees 12 minutes 21 seconds east 61.064 m (200.34') to a point of intersection with the said existing north right-of-way line 9.140 m (29.99') left of project centerline station 1 + 497.701; and thence along the said existing north right-of-way line as follows: south 20 degrees 01 minutes 09 seconds west 62.765

4848-0197-7025

m (205.92') to a point; curving to the left in a southeastwardly direction an arc length of 53.493 m (175.50') on a radius of 134.140 m (440.09') to a point; south 02 degrees 41 minutes 18 seconds east 45.010 m (147.67') to a point; and curving to the right in a southwestwardly direction an arc length of 59.146 m (194.05') on a radius of 128.824 m (422.65') to the point of beginning.

Parcel No. 3: Beginning at a point of intersection between the existing south right-of-way line of State Route 136 and the proposed south right-of-way line of State Route 136 on Highway Project No. 89003-2239-04, 9.141 m (29.99') right of project centerline station 1 + 070.000; thence along the said existing south right-of-way line as follows: north 79 degrees 32 minutes 20 seconds east 104.524 m (342.93') to a point; south 77 degrees 58 minutes 16 seconds east 11.634 m (38.17') to a point; north 62 degrees 53 minutes 33 seconds east 21.066 m (69.11') to a point; north 82 degrees 08 minutes 50 seconds east 19.033 m (62.44') to a point; north 62 degrees 35 minutes 54 seconds east 25.260 m (82.87') to a point north 39 degrees 30 minutes 27 seconds east 27.522 m (90.30') to a point; north 29 degrees 03 minutes 05 seconds east 25.838 m (84.77') to a point; north 24 degrees 20 minutes 20 seconds east 47.994 m (157.46') to a point; curving to the left in a northwestwardly direction an arc length of 65.136 m (213.70') on a radius of 147.104 m (482.62') to a point; north 02 degrees 47 minutes 58 seconds west 47.516 m (155.89') to a point; curving to the right in a northeastwardly direction an arc length of 46.204 m (151.59') to a point; and north 20 degrees 01 minute 09 seconds east 62.765 m (205.92') to a point of intersection with the said proposed south right-of-way line 9.140 m (29.99') right of project centerline station 1 + 497.701; and thence along the said proposed south right-of-way line as follows: south 08 degrees 55 minutes 28 seconds west 110.728 m (363.28') to a point 20.000 m (65.62') right of project P.L. centerline station 1 + 380.000; south 05 degrees 08 minutes 58 seconds west 105.482 (346.07') to a point 28.000 m (91.86') right of project centerline station 1 + 280.000; south 26 degrees 08 minutes 55 seconds west 97.415 m (319.60') to a point 31.500 m (103.35') right of project centerline station 1 + 2000.000; south 65 degrees 09 minutes 52 seconds west 96.266 m (315.83') to a point 30.000 m (98.43') right of project centerline station 1 + 120.000; south 79 degrees 32 minutes 20 seconds west 50.000 m (164.04') to a point 30.000 m (98.43') right of project centerline station 1 + 070.000; and north 10 degrees 27 minutes 40 seconds west 20.859 m (68.44') to the point of beginning.

INCLUDED IN THE ABOVE DESCRIBED PROPERTY, BUT EXCLUDED FROM THIS CONVEYANCE, are the following described parcels of land conveyed to Clifford L. Davidson, by deed of record in Record Book 304, page 767, said Register's Office:

Parcel No. 1:
Beginning on a 1/2" pipe (set) being the northernmost corner of this described parcel as well as being located S 9°58'29" W 301.12 feet from a concrete monument; thence going with the western right-of-way of Rock Island Road (State Highway 136) S 09°58'29" W 82.75 feet to a concrete monument; thence continuing with the same S 22°28'46" E 179.35 feet; thence S 26°22'38" W 131.45 feet; thence S 31°19'26" W 90.72 feet to a concrete monument; thence S 77°45'33" W 380.53 feet to a point in the Caney Fork River on the said right-of-way; thence S 10°27'40" E 68.44 feet to a point in the said river; thence continuing with the said right-of-way S 79°32'20" W 280.95 feet to a point in the center of the Caney Fork River; thence leaving the said road and generally following the center of the said river N 14°38'31" W 68.37 feet; thence N 25°50'12" W 104.48 feet to a point in the center of the river; thence going with the remainder of

4848-0197-7025

-5-

the Boy Scouts of America property N 57°18'24" E 366.75 feet to a 1" iron pin (found) on the edge of the river; thence N 57°18'24" E 524.28 feet to the beginning being 5.12 acres as surveyed by Christopher M. Vick R.L.S. #2164 on 3 August 2011.

Parcel No. 2:

Beginning on a 1/2" pipe (set) being the southeastern corner of this described parcel as well as being located N 75°57'12" E 11.74 feet from a phone box; thence going with the remainder of the Boy Scouts of America property S 57°18'24" W 524.28 feet to a 1" iron pin (found) on the bank of the Caney Fork River; thence continuing with the same S 57°18'24" W 366.75 feet to a point in the center of the said river; thence generally following the meanders of the river N 25°50'12" W 175.20 feet to a point in the center of the Caney Fork River; thence going with the remainder of the aforementioned Boy Scouts of America property N 47°56'57" E 437.15 feet to a 1/2" rebar (found) on the bank of the said river; thence leaving the river and continuing with the said Scouts property N 47°56'57" E 225.24 feet to a 1/2" pipe (set); thence continuing with the same N 05°38'05" W 399.97 feet to a 1/2" rebar (found); thence leaving the Boy Scouts of America and going with the southern right-of-way of the Power House Road N 37°56'42" E 22.36 feet; thence N 33°26'13" E 90.70 feet; thence N 38°06'52" E 45.04 feet; thence N 43°51'03" E 55.49 feet; thence N 51°32'28" E 68.95 feet; thence N 58°36'26" E 46.87 feet; thence N 71°48'11" E 32.50 feet; thence N 79°21'14" E 40.22 feet; thence N 86°31'59" E 231.30 feet; thence S 84°44'50" E 39.17 feet; thence S 75°28'31" E 117.16 feet to a point at the intersection of the Power House Road and Rock Island Road (State Highway 136); thence leaving the said Power House Road and going with the western right-of-way of the Rock Island Road S 34°48'18" W 54.02 feet; thence S 25°20'46" W 63.03 feet; thence S 21°19'28" W 79.87 feet; thence S 20°55'12" W 128.31 feet to a concrete monument; thence S 36°34'41" W 200.04 feet to a concrete monument; thence S 09°58'29" W 301.12 feet to the beginning being 11.75 acres as surveyed by Christopher M. Vick R.L.S. #2164 on 3 August 2011.

INCLUDED IN THE ABOVE DESCRIBED PROPERTY, BUT EXCLUDED FROM THIS CONVEYANCE, are the following described parcels of land conveyed to Edward Philpot and wife, Pamela Philpot, by deed of record in Record Book 305, page 304, said Register's Office:

Beginning on a 1/2" rebar (found) being the northwestern corner of this described parcel as well as being located S 30°2'3" E 53.75 feet from a power pole; thence going with the southern right-of-way of the Power House Road N 77°25'04" E 12.23 feet; thence N 52°24'34" E 48.44 feet; thence N 35°13'00" E 8.35 feet to 1/2" rebar (found); thence leaving the said road and going with the remainder of the Boy Scouts of America property S 05°38'05" E 399.97 feet to 1/2" pipe (set); thence continuing with the same S 47°56'57" W 225.24 feet to a 1/2" rebar (found) on the bank of the Caney Fork River; thence S 47°56'57" W 662.39 feet to a point in the center of the said river; thence leaving the Scouts property and generally following the meanders of the river N 36°09'29" W 244.52 feet to a point in the center of the river; thence going with the southeastern right-of-way of the railroad N 41°49'50" E 326.73 feet to a 1/2" rebar (found) on the bank of the river; thence leaving the river and continuing with the railroad N 41°49'50" E 485.53 feet to the beginning being 5.00 acres as surveyed by Christopher M. Vick R.L.S. #2164 on 3 August 2011.