**<u>EXHIBIT D</u>**

(Rules and Regulations)

# RULES AND REGULATIONS
## OF THE
## BOY SCOUTS
## OF AMERICA

### JUNE 2020



©2020 Boy Scouts of America

# JUNE 2020 CHANGES

**Section III, Local Councils, Local Council and Unit Finance**

Deleted provision allowing local councils to charge unit or activity fee or participant surcharge to be applied to national liability insurance program.

**Section V, Individual Registration, Registration of Youth Members and Adult Program Participants**

Deleted sentence prohibiting local councils from charging additional youth membership fee.

**Section V, Individual Registration, Individual Registration, Local Council Registration or Program Fees**

Added provision allowing local councils to charge annual registration fee not to exceed national registration fee.

# CONTENTS

**I. Definitions** 5

**II. Policies** 6
Code of Conduct 6
Cooperation With National Movements 6
Participation in Public Functions 6
Scouting Public Display Activities 6
Commercialism Policy 6
Local Council and Unit Fundraising 6
Advertising Policy 7
Policy Concerning Political Questions 7
Policy Concerning Military Training 7
Conflict-of-Interest Policy 7

**III. Local Councils** 8
Local Council Registration and Fees 8
Council Operations 8
Responsibilities of Local Council 8
District Organization 8
Council Program Promotion Outside of Assigned Territory 8
Local Council and Unit Finance 8
Real Estate 9
Restricted Funds 9
Council or Unit Assets Upon Dissolution 9

**IV. Units and Chartered Organizations** 10
General 10
Charters to Organizations 10
Charters to Groups of Citizens 10
Charter Applications, Renewals, and Revocations 10
Chartered Organizations and Representative 10
Unit Committees 10
Unit Program Leaders 11
Unit Designation 11

**V. Individual Registration** 12
Registration of Youth Members and Adult
    Program Participants 12
Registration of Adult Leaders 12
Procedure for Registration 12
Qualifications, Applications, Approval, and Removal 12
    Unit Leaders 12
    District and Council Scouters 12
    Area, Region, and National Scouters 12
    Scouter Training 12
Special Types of Registration 12
    Sustaining Members 12
    Camp Staff 13
    College Scouter Reserve 13
    Merit Badge Counselors 13
    Scouter Reserve 13
    Retired Professionals 13
    Special Registration Status 13
Veteran Award 13
Period of Registration 13
Transfers 13
Confidentiality and Use of Registration Information 14
Denial, Expiration, or Revocation of Registration 14

Local Council Annual Registration or Program Fees 14

**VI. Council Commissioned Leaders** 15
Commissioner Service 15
Roundtables 15

**VII. Programs** 16
Youth Programs 16
Youth Leadership Positions 16
Advancement 16
General Principle 16
Administration 16
Advancement Requirements 16
Programs and Facilities 16
Responsibility for Merit Badges 16
Activities 17
Anniversary Celebration 17
Participant Fees 17
*Boys' Life* or *Scout Life* Magazine 17
Insignia, Uniforms, and Badges 17
General 17
Official Uniforms 17
Use of Uniform 17
Special Local Badges and Insignia 17
Authorization 17
Lifesaving and Meritorious Action Awards 18
Lifesaving Awards 18
Meritorious Action Awards 18
Applications 18
Awards for Distinguished Service to Youth 18
Silver Buffalo Award 18
Silver Antelope Award 18
Silver Beaver Award 19
Silver World Award 19

**VIII. Commissioned Professional Leadership** 20
General 20
Professional Commissioning 20
Decommissioning 20
Employment of Professionals 20
Rules and Guidelines 20
Special Situations 20
National Professional Staff 21
Local Council Professional Personnel 21
Other Local Council Staff 21

**IX. Affiliates** 22
Scouting Affinity Groups 22

**X. Special Situations** 22
Experimental Programs 22
Scouting Outside of Council Territories 22
World Organization of the Scout Movement 22

**XI. Agreements With Other Organizations** 23

**Index** 24

# I. DEFINITIONS

**Adult.** Unless otherwise stated, the word "adult" refers to a person 18 years of age or older.

**Adult Program Participant.** An adult program participant is any person 18 years of age or older who registers to participate in a program in which youth members are also eligible to participate; obligates himself or herself to regularly attend the meetings; fulfills a member's obligation to the unit; subscribes to the Scout Oath; and participates in an appropriate program based on the current guidelines of the Boy Scouts of America. Adult program participants are subject to the same guidelines as adult Scouters when required by policies and guidelines.

**Boy Scouts of America.** The Boy Scouts of America means the Boy Scouts of America, National Council.

**Council Scouter.** A council Scouter is an adult volunteer leader serving as a member of the council, a council officer, a board or committee member, or a chartered organization representative.

**District Scouter.** A district Scouter is an adult volunteer leader serving on a district committee or district commissioner's staff.

**Leader.** A leader is an adult Scouter registered in a position of leadership or responsibility at the council, district, or unit level.

**Member.** Unless otherwise stated, a "member" is a youth member and, in context, an adult program participant.

**National Council.** National Council is generally synonymous with the Boy Scouts of America.

**National Service Center.** The National Service Center is the Boy Scouts of America National Council headquarters at Irving, Texas.

**Official Scouting Activity.** An official Scouting activity is an activity consistent with the values, Charter and Bylaws, Rules and Regulations, policies, manuals, and applicable literature of the Boy Scouts of America.

**Scouter.** A Scouter is an adult who registers with the Boy Scouts of America at the local, area, region, or national level; fulfills the obligations of his or her position; obligates himself or herself to subscribe to the Scout Oath; and agrees to abide by the Rules and Regulations, policies, and other guidelines of the Boy Scouts of America.

**Scouter Code of Conduct.** www.scouting.org/health-and-safety/gss/bsa-Scouter-code-of-conduct

**Scouting.** In context, Scouting refers to the collective programs of the Boy Scouts of America.

**Scouts BSA.** In context, Scouts BSA is the program for eligible youth who have completed or are too old for the Cub Scout program.

**Unit Scouter.** A unit Scouter is an adult leader registered with a unit, except for a chartered organization representative who is considered a council Scouter.

**Youth.** "Youth" generally means a youth member or adult program participant registered in a program.

**Youth Leader.** A youth leader is a youth member or adult program participant occupying a position of responsibility for leadership development purposes as a youth as opposed to an adult leader.

**Youth Member.** A youth member is a youth under 18 years of age who, with the approval of a parent or guardian, becomes a member of a unit; obligates himself or herself to regularly attend the meetings; fulfills a member's obligation to the unit; subscribes to the Scout Oath; and participates in an appropriate program based on the current guidelines of the Boy Scouts of America.

**Youth Programs.** A youth program is any program serving youth members and adult program participants.

# II. POLICIES

## Code of Conduct

Members and Scouters should conduct themselves in accordance with the Scout Oath and Scout Law. Additionally, the Boy Scouts of America may adopt rules or codes of conduct for youth members, adult program participants, and adult leaders, as well as others for specific positions. A code of conduct is enforceable in the same manner as these Rules and Regulations.

## Cooperation With National Movements

With the consent of the local council, members and leaders of the Boy Scouts of America may cooperate with established nonpartisan and nonsectarian national movements for the relief of humanity in undertakings to raise money by giving personal service, provided, however, that this not involve the use of youth members as collectors or solicitors of money.

## Participation in Public Functions

Scouters must, when practicable, cooperate in connection with civic or other public gatherings of a nonpartisan and nonpolitical character in a way that gives youth members an opportunity to render service in harmony with their training instead of merely taking part in parades in their uniforms. Any such participation must be consistent with the principles of the Scouting movement.

## Scouting Public Display Activities

Local councils may approve the sale of tickets for the public display of Scouting activities, such as merit badge shows, circuses, rallies, and demonstrations, when: (a) the nature of the program or function offers a value commensurate with the purchase price of tickets offered for sale, (b) the sale of tickets is not used as an indirect method of defeating the purpose of any other provision of these Rules and Regulations, and (c) the participation of youth members in the sale of tickets for such affairs is confined to their parents, families, and friends and does not involve methods similar to those used in the sale of tags or other general solicitation.

## Commercialism Policy

The National Council has the sole right to authorize the use of insignia, words, phrases, designation marks, pictorial representations, and descriptive remarks relating to the program of the Boy Scouts of America on commercial products, promotional efforts, and/or sale and distribution to members of the Boy Scouts of America and/or the general public. The use of the same by local councils must be only as authorized by the National Service Center.

No Scouter; member, employee, or representative of the Boy Scouts of America; or any local council or unit is authorized to use any logo, insignia, terms in common usage, or descriptive marks relating to Scouting for any commercial purpose without the express written authorization of the National Council for the subject use.

No Scouter; member, employee, or representative of the Boy Scouts of America; or any local council or unit is authorized to enter into a contract or relationship of a commercial character directly involving or obligating the Boy Scouts of America or that uses the seal, emblems, badges, descriptive marks, words, or phrases associated with or referring to the Boy Scouts of America unless duly authorized by the Chief Scout Executive.

A local council may not grant permission to any third party for the use of any logo, insignia, terms in common usage, or descriptive marks relating to Scouting unless that third party is authorized or licensed in writing by the National Council. Any use of a Boy Scouts of America designating mark by a local council must avoid appearing to be an endorsement of any commercial product or venture except in connection with approved corporate sponsorships entered into by the National Council as authorized by the Chief Executive.

The National Council will not engage in direct product sales for fundraising unless conducted in such a manner as to also provide support opportunities for local councils and/or units. Any such activity shall be approved in advance by the National Executive Committee. Provided, however, the Chief Executive may authorize commercial sponsorships and digital media sponsorships in connection with publications and digital media.

## Local Council and Unit Fundraising

Subject to the Bylaws, Rules and Regulations, policies, and guidelines of the Boy Scouts of America, chartered organizations and units may engage in projects to earn money to participate in Scouting, provided that all approved procedures for doing so are followed, including prior approval by the local council. Chartered organizations and units must not allow money-earning projects to be promoted or advertised in a manner that does not clearly indicate the project is for the direct and sole benefit of the Scouting unit. Fundraising projects involving games of chance, lotteries, sale of raffle tickets, or bingo, or which could be construed as a gambling activity and those in the nature of pyramid sales or multilevel marketing are prohibited.

## Advertising Policy

Advertisements for placement in Scouting publications and other media, in addition to meeting the standards in general use by publishers of high-grade periodicals and other advertising media, must:

(a) Relate to a service or product that could reasonably be foreseen to render some service to the audience of the advertisement, or relate in some way to the purposes of the Boy Scouts of America, and

(b) Merit the purchase price of the article or service offered in the advertisement.

No advertisement will use or display any logo, insignia, terms in common usage, or descriptive marks relating to Scouting without conforming to all currently accepted procedures and guidelines as established by the National Council.

## Policy Concerning Political Questions

The Boy Scouts of America must not, through its governing body or through any of its officers, chartered councils, Scouters, or members, involve Scouting in political matters. However, this must not be interpreted to prevent the teaching of ideals of patriotism and good citizenship as required to fulfill the Boy Scouts of America's purpose. Faith-based teachings incorporated into the Scouting program by religious chartered organizations in a manner consistent with the Bylaws are not considered political matters. This policy does not prohibit the Boy Scouts of America from expressing its opinion upon matters of governmental concern when considered in its best interest by the governing body of the Boy Scouts of America.

This policy does not limit the freedom of thought or action of any Scouter or member as an individual in a manner not directly or indirectly implying a connection to Scouting.

## Policy Concerning Military Training

Technical military training and drill must not be included in the Scouting program.

## Conflict-of-Interest Policy

A fundamental principle of ethics is that any person who exercises discretionary authority on behalf of the Boy Scouts of America may not use this authority for his or her own benefit.

It is therefore the basic policy of the Boy Scouts of America that all Executive Board members or members of any committee thereof or officers or employees of the Boy Scouts of America have a duty to be free from the influence of any conflicting interest when they act on behalf of the Boy Scouts of America or represent it in negotiations or advise others in the Boy Scouts of America with respect to dealing with third parties. They are expected to deal with suppliers, customers, contractors, and others having dealings with the Boy Scouts of America on the sole basis of that which is in the best interest of the Boy Scouts of America, without favor or preference to third parties based on personal considerations. To this end, the following is the policy of the Boy Scouts of America:

(a) No member of the Executive Board or member of any committee thereof or officer or employee of the Boy Scouts of America may accept from any person, directly or indirectly, whether by himself or herself or through his or her spouse or a member of his or her family or through any partner or business or professional associate, any gift, favor, service, employment or offer of employment, or any other thing of value that he or she knows or has reason to believe is made or offered to him or her with the intent to influence him or her in the performance of his or her duties as a member of the Executive Board or member of any committee thereof or officer or employee of the Boy Scouts of America.

(b) No member of the Executive Board or member of any committee thereof or officer or employee of the Boy Scouts of America who is a partner, officer, or employee of a partnership, firm, or corporation or who owns or controls, directly or indirectly, more than 10 percent of the stock of such corporation, may represent, appear for, or negotiate on behalf of the Boy Scouts of America in connection with the acquisition or sale by the Boy Scouts of America of any interest in real or tangible or intangible personal property from or to such partnership, firm, or corporation or any purchase of services from or to such partnership, firm, or corporation.

(c) No member of the Executive Board or member of any committee thereof may participate by discussion, voting, or by any other action taken by the Executive Board, or any committee thereof, in the enactment of or defeat of a motion in which that member has an interest as defined in paragraph (b) above. In case any such matter is discussed at any meeting where any Executive Board or committee member who has such an interest is present, the member must promptly disclose that interest in the matter to be voted on to the chairman of the meeting. The member may not vote on the matter and, at the discretion of the disinterested members present, may be required to leave the meeting during the discussion and the voting on the matter.

(d) The Boy Scouts of America may not enter into any transaction with any individual or entity that is a "disqualified person" with respect to the Boy Scouts of America under Section 4958 of the Internal Revenue Code, if such transaction would constitute an "excess benefits transaction" under that same section.

# III. LOCAL COUNCILS

**Local Council Registration and Fees**

The requirements set forth in the application for new or renewal charters as well as policies and guidelines must be satisfied in order to maintain the local council in good standing and eligible for a renewal charter. The application must also be accompanied by a statement of compliance with all membership validation requirements and the local council must maintain all membership validation records on file for no less than five years.

An annual registration fee, known as the council charter fee and determined from time to time by the Executive Committee and announced to the field, must be paid by local councils to the National Council upon charter application or renewal application. An annual assessment, known as the national service fee, for which the calculation will be determined from time to time by the Executive Committee and announced to the field, must be paid by the local councils to the National Service Center. This fee will be paid during the 10-month period beginning in February and ending in November.

**Council Operations**

Councils must be organized and operated pursuant to the Bylaws, Rules and Regulations, policies, and guidelines of the Boy Scouts of America. Local councils serve as the local representative of the National Council in administering the Scouting program and accepting and processing applications for membership, registration, and unit charters, as well as all other applications for certificates, commissions, awards, and other matters subject to the approval of the National Council. However, local councils are not agents of the National Council and have no authority to bind the Boy Scouts of America or act in a manner inconsistent with the Bylaws, Rules and Regulations, policies, and guidelines of the Boy Scouts of America. Council executive board members must be and remain registered in that position after their election to be eligible to serve.

**Responsibilities of Local Council**

It is the duty of the local council to promote the Scouting program through the organization and annual registration of units and their personnel and to provide leadership and support of program activities in such a manner as to ensure compliance with the provisions of the Bylaws, Rules and Regulations, policies, and guidelines of the Boy Scouts of America. Local councils must guard against the use of the official insignia and uniform by persons not registered with or authorized by the Boy Scouts of America and to bring to the attention of the Boy Scouts of America violations of regulations or attempts to commercialize Scouting. Local councils should encourage eligible units and youth to participate in a high-adventure activity or superactivity away from home each year. Local councils must provide the support necessary to ensure opportunities for advancement, awards, and recognition in accordance with the guidelines of the Boy Scouts of America.

**District Organization**

For the purpose of unit service and program administration, a local council may be divided geographically or functionally into such districts as the local council executive board may determine. Districts must operate pursuant to the Bylaws, Rules and Regulations, policies, and guidelines of the Boy Scouts of America. Their purpose is to make effective in the territory the policies and programs adopted by the local council, its executive board, and council committees. The administration of Scouting in each district will be exercised by the local council through a district Key 3, committee, and commissioner staff. The district committee, the operating committees of the district, and the district commissioner staff have no legislative authority.

**Council Program Promotion Outside of Assigned Territory**

Local councils may not directly or indirectly solicit, advertise, or otherwise use or authorize the use of any logo, insignia, terms in common usage, or descriptive marks of the Boy Scouts of America or status as a chartered affiliate outside of the United States to recruit non-Scouts to local programs. Local councils may publicize the availability of local council programs, including camps, in domestic publications if the facilities are suitable and in compliance with applicable laws, rules, and regulations.

**Local Council and Unit Finance**

No unit or local council has the authority to commit the National Council to any financial obligation whatsoever. All money raised by or received for the benefit of a unit or local council and all property acquired by a unit or local council will be deemed to be received or acquired solely for the benefit of Scouting as interpreted by and in accordance with the Bylaws, Rules and Regulations, and policies of the Boy Scouts of America.

Subject to these Rules and Regulations, local councils control the raising and expenditure of all funds for local Scouting work in their jurisdiction. Each chartered local council must render annually to the community in which it is located a duly audited statement of all funds collected and expended and must furnish a copy thereof to the National Service Center.

## Real Estate

Except as hereafter provided with respect to incorporated local councils, the title to all real estate acquired for a unit or local council must be vested in a bank or trust company, in trust for the use of the unit or local council in accordance with the wishes of the donor with the provision that if such property cannot be utilized in such a manner, and title does not revert to the donor, that title or beneficial use of the property must nonetheless be for the benefit of Scouting in the local area.

Any incorporated local council may hold title to real property in its own name provided that in the event of the dissolution of the unit or council or the revocation or lapse of its charter said trustee or trustees will, after satisfying any claims against such unit or council to which such real estate may be subject, convey said property or, if sold, pay the net proceeds of such sale to the Boy Scouts of America, which may hold or use said property or funds for the benefit of Scouting in such locality or elsewhere if there is not suitable opportunity to use said property or funds in such locality. Any incorporated local council holding title to real property in its own name must ensure that its certificate or articles of incorporation expressly provide for the conveyance of such property or the net proceeds from the sale thereof to the Boy Scouts of America in the event of the dissolution of the local council or the revocation or lapse of its charter in a manner consistent with this provision.

## Restricted Funds

Restricted funds received by a unit or local council must in all cases be held (a) in trust by either a corporate trustee for a bank or trust company, the National Boy Scouts of America Foundation, or the Boy Scouts of America Endowment Master Trust; or (b) in the Boy Scouts of America Commingled Endowment Fund LP for the use of the unit or the local council, in accordance with the wishes of the donors, with the provision in the statement of the conditions governing the administering of the funds that in the event of the dissolution of the unit or council or revocation or lapse of its charter said funds will, after any claims against said funds are satisfied, be turned over to the Boy Scouts of America for use by the Boy Scouts of America for the benefit of Scouting in such locality and for the specific purposes for which the fund was granted. If there is no suitable opportunity for the use of said funds in such locality, they may be used elsewhere.

## Council or Unit Assets Upon Dissolution

Consistent with the Bylaws, in the event of the dissolution of a council or the revocation or lapse of its charter, the Executive Committee may, at its option, authorize the National Council to assume charge of the affairs of the council and continue operation pending reorganization or re-establishment of the council or wind up the business of the council. All funds and property in the possession or control of such council must be applied to the payment of the council's obligations. Any surplus funds or property may thereafter be administered as deemed to be in the best interest of Scouting.

In the event of the dissolution of a unit or the revocation or lapse of its charter, unit funds and assets must be used to first satisfy any outstanding unit obligations. Any remaining assets obtained with funds raised in the name of Scouting must be redeployed for Scouting use in the local area. Any assets obtained with funds from the chartered organization or parents of registered members may be redeployed as agreed upon by the chartered organization and local council.

Any property or funds acquired by the National Council upon the dissolution of a Scouting unit or local council will be administered so as to make effective, as far as possible, the intentions and wishes of the donors.

# IV. UNITS AND CHARTERED ORGANIZATIONS

## General

The Boy Scouts of America has the power to grant charters to organizations and groups of individuals that it determines meet the requirements of the Bylaws, Rules and Regulations, policies, and guidelines of the Boy Scouts of America. The Boy Scouts of America has the power to revoke or modify such charters when in its sole judgment such revocation or modification is warranted.

## Charters to Organizations

Charters for new units may be granted upon approval of the application in accordance with the guidelines of the Boy Scouts of America. Prior to approval of any new chartered organization, a review must be made as to the general objectives, purpose, character, intent, and programs of the prospective chartered organization or community group and its compatibility with the aims and purposes of the Boy Scouts of America. The history, length of service, and general reputation of the organization or community group are also factors that should be considered. The application must provide reference to the guidelines adopted by the Boy Scouts of America on the use of the Scouting program by chartered organizations and references to other policies and guidelines on the Scouting program. The charter agreement must obligate the holder to abide by the charter agreement; provide adequate facilities, supervision, and leadership for at least one year; and make an effort to provide youth members with the opportunity for a quality program experience as set forth in the official literature of the Boy Scouts of America. Unit meeting quarters must be periodically inspected to determine their adequacy as well as to ascertain other uses to be made of these or adjoining quarters, for the purpose of considering the compatibility of uses and the general appropriateness of the environment.

## Charters to Groups of Citizens

While the formation of units in connection with existing organizations is preferred, when conditions warrant, a charter may be granted for the formation of a unit independent of any relationship with an existing organization, provided, however, that the applicants are citizens of the United States who subscribe to the principles of the Scout Oath, whose interest is primarily in helping youth through the Scouting program, and who have the resources to provide the necessary leadership, supervision, and facilities. In such cases, the obligations upon the applicants for a charter are the same as those required for organizations.

**Charter Applications, Renewals, and Revocations** Applications for unit charters, new and renewal, must be issued in accordance with the policies and guidelines of the Boy Scouts of America and may be granted only upon the favorable recommendation of the local council. Prior to approving the renewal of unit charters, the council should determine that the unit is offering the Scouting program in accordance with the Rules and Regulations, policies, and guidelines of the Boy Scouts of America.

An annual unit charter fee determined from time to time by the Executive Committee and announced to the field must be paid to the National Council each time a unit registers or reregisters and is in addition to the individual registration fees. No additional unit charter or registration fees must be imposed by a local council

without the prior authorization of the Executive Committee. The expiration of the registration of units will normally be 12 months from the last day of the month in which the original organization of the unit was approved by the local council or, in the case of units not under local council supervision, by the Boy Scouts of America. The rights and privileges of all those units expire with the expiration of the unit registration. In cases where units have been dropped from the records under conditions that they could not avoid, they may have their record of continuous service reestablished by submitting evidence of continued activity and paying registration fees from the date of charter expiration.

## Chartered Organizations and Representative

Chartered organizations must operate the unit in accordance with the Rules and Regulations and charter agreement. Chartered organization representatives are also members of the district committee and voting members of the local council.

## Unit Committees

Each chartered unit of the Boy Scouts of America must be supervised by a unit committee, consisting of three or more qualified adults, 21 years of age or older, selected by the organization with which the unit is connected or, in the case of a unit chartered to a group of individuals, selected from those who make application for the unit charter. The unit must be operated under the guidance of the unit committee, one of whose members must be designated as chairman, in accordance with the Rules and Regulations, policies, and guidelines of the Boy Scouts of America.

**Unit Program Leaders**

Two registered adult leaders 21 years of age or over are required at all Scouting activities, including meetings. A registered adult female leader must be present for any activity involving female youth. Notwithstanding the minimum leader requirements, age- and program-appropriate supervision must always be provided.

All adults accompanying a Scouting unit who are present at the activity for 72 total hours or more must be registered as leaders. The 72 hours need not be consecutive.

In Cub Scouting, units may have a separate pack for boys or girls, or separate dens for girls and dens for boys in the same pack. In the case of troops, separate troops for boys and girls are required. Chartered organizations may have "linked troops," which means a chartered organization can have a shared troop committee with separate troops for boys and for girls.

The chartered organization must select and its representative must approve unit leaders. The local council must process unit leader applications submitted on the proper form in accordance with guidelines established by the Boy Scouts of America. All units must be operated in accordance with the applicable policies and guidelines of the Boy Scouts of America.

**Unit Designation**

Each unit will be designated by a serial number assigned by the local council. The National Council may establish guidelines by which units are designated and limit the use of such designations as appropriate.

# V. INDIVIDUAL REGISTRATION

**Registration of Youth Members and Adult Program Participants**

Youth membership and adult program participation requires the payment of an annual registration fee determined from time to time by the Executive Committee and announced to the field. It is the philosophy of Scouting to welcome all eligible youth, regardless of gender, race, ethnic background, sexual orientation, or gender identification, who are willing to accept Scouting's values and meet any other requirements of membership. Young people of all religious backgrounds are welcome in Scouting, with some participating in units for youths of a particular religion and the greater majority participating in units open to members of various religious backgrounds.

Venturers and Sea Scouts may participate in more than one unit as well as a Scout troop with the payment of one primary registration in a Venturing or Sea Scout unit.

Scouting units are small, intimate groups. In the Scouting programs, units may be made up of even smaller groups which often meet regularly in private homes. As long as they are faithful to Scouting's membership philosophy, set forth above, it is for the units to determine on the basis of considerations such as group size or youth behavior whether to admit or to continue the membership of a youth member.

**Registration of Adult Leaders**

The registration fee for Scouters shall include a subscription to *Scouting* magazine. If a Scouter serves in more than one capacity, only one registration fee is required.

**Procedure for Registration**

All applications must be submitted on the current official form prepared for that purpose and carrying due reference to the requirements and provisions of the Bylaws of the Boy Scouts of America including the Declaration of Religious Principle. A suitable certificate of registration designating the official relationship to the Boy Scouts of America will be provided to all registered members and Scouters.

**Qualifications, Applications, Approval, and Removal**

To be eligible for registration, a Scouter must agree to: subscribe to the Scout Oath; fulfill the obligations of his or her position; and perform his or her duties in accordance with the Rules and Regulations, policies, and guidelines of the Boy Scouts of America. The applicant may thereafter be registered by submitting the properly completed official application, approval, and payment of the required fee.

Registration and participation in Scouting is a privilege that may be denied, limited, or terminated when determined to be in the best interest of Scouting. Scouters must abide by the provisions of any applicable code of conduct. A Scouter who has not been designated as ineligible by the National Council, who is removed from a position or whose registration is not renewed by a local council is eligible for service in other positions subject to the required approval for the position.

**Unit Leaders.** Unit leaders must be selected and approved by the chartered organization and are subject to the approval of the local council and the Boy Scouts of America. Unit leaders must be 21 years of age or older when registering, except that assistant Cubmasters, assistant Scoutmasters, assistant den leaders, and assistant Webelos den leaders must be 18 years of age or older. Chartered organizations may remove or refuse to renew the unit registration of unit leaders when the unit committee and chartered organization representative agree that the Scouter's service is no longer desired or required.

**District and Council Scouters.** District and council Scouters must be approved by the local council Scout executive. Council Scout executives may remove or refuse to renew the position registration of a district or council Scouter when the council president and council Scout executive agree that the Scouter's service is no longer desired or required.

**Area, Region, and National Scouters.** Area, region, and National Council Scouters must be approved by the area, region, or national professional responsible for the area of service being provided by the Scouter. The National Council may remove or refuse to renew the registration of such Scouters when it is determined that their service is no longer desired or required.

**Scouter Training.** The Boy Scouts of America may establish training requirements for specified positions and completion of that training may be required prior to registration or renewal.

**Special Types of Registration**

**Sustaining Members.** Persons who desire to be identified with the local council through their financial support and influence in the expansion of the council program may be enrolled as sustaining members of local councils.

**Camp Staff.** All persons serving as camp staff at a local council or at a National Council facility must be registered as camp staff members. No additional registration fee is required if the individual is already registered as a youth member, adult program participant, or Scouter. Camp staff includes employees and volunteers. Employees of contractors working at camps are to be registered as camp staff if they will reasonably be expected to have direct interaction with youth, unless an approved alternative procedure is adopted. For contractors working on camp property but not regularly interacting with youth, and those subject to any approved alternative procedure, the following must be the minimum requirements for granting access to camp property: compliance with applicable state laws; maintaining a roster of the name, address, and phone number of all such persons; approved screening or criminal background checks performed on each person; and completion of an approved youth protection training program.

**College Scouter Reserve.** College students who will commit themselves to an informed interest and active participation in the program, whenever possible, may be registered in the College Scouter Reserve.

**Merit Badge Counselors.** Persons who are at least 18 years of age may serve as merit badge counselors in subjects for which they are qualified and must register as such as adult Scouters as provided in this section. A fee for such registration will not be required.

**Scouter Reserve.** Individuals 21 years of age and over may, upon approval of the local council, register in the Scouter Reserve of the Boy Scouts of America by paying the registration fee required of a Scouter. Individuals so registered may serve in the following ways: as faculty members of Cub Scout training courses; assisting in organizing and training in connection with Cub or Scout units, Venturing crews, and Sea Scout ships; as hosts and hostesses; and by helping in finance and public relations campaigns. They may serve as members of fathers' and mothers' clubs, parents' clubs, and auxiliaries of units. Members of the Scouter Reserve may wear the universal badge of Scouting to signify their affiliation.

**Retired Professionals.** Persons who have retired from professional Scouting may be registered on an annual basis with the National Service Center upon the approval of the Chief Executive.

**Special Registration Status.** The Chief Executive may authorize guidelines and policies governing the registration of persons with special needs to accommodate those who are deemed qualified for special registration status outside of the otherwise prescribed program age requirements.

### Veteran Award

After five years of duly registered service in the Boy Scouts of America, individuals may upon application receive the designation of "veteran," provided they agree to live up to their Scouting obligations and to keep local Scouting authorities in the community in which they live informed as to their availability for service. A special badge will be made available to veterans. Such veterans, maintaining an active registered relationship in any capacity, must pay the regular registration fees of their class. Veterans desiring recognition as veterans for periods of time established by the Boy Scouts of America for particular recognition must maintain an active registered relationship for the required number of years, paying their annual registration fees.

### Period of Registration

The expiration of individual registration terms is as follows:

(a) National, regional, and area Scouters. At the end of the period for which they have been duly elected or appointed, unless registered in some other capacity.

(b) Council and district Scouters and those registered in the Scouter Reserve. At the expiration of the council year for which they are issued, unless registered in some other capacity.

(c) Unit Scouters serving in unit capacities only (including chartered organization representatives or group of citizens). At the expiration of the unit charter.

(d) Members. At the expiration of the registration of their respective units.

(e) Lone Cub Scouts and Lone Cub Scout friends and counselors. One year from the date of their last registration.

(f) Lone Scouts and Lone Scout friends and counselors. One year from the date of their last registration.

(g) Registered retired professional Scouters. One year from the date of their last registration.

### Transfers

Individuals (adult leaders or youth members) holding an unexpired registration certificate transferring from unit to council, council to unit, or unit to unit must pay a transfer charge. This charge applies to all transfers during the charter year, but does not apply to Tigers becoming Cub Scouts in their affiliated pack.

**Confidentiality and Use of Registration Information**

Lists of names, addresses, or other personal information of those currently or formerly registered as members or leaders of the Boy Scouts of America or financial supporters of the Boy Scouts of America and local councils are confidential and must not be used for commercial purposes. This provision does not prohibit the National Council from using affiliate or affinity group information to communicate membership benefits to members thereof in accordance with applicable guidelines or policies.

**Denial, Expiration, or Revocation of Registration**

As a private, membership organization, the Boy Scouts of America has the right to set standards of membership and leadership. That right includes the ability to deny, expire, revoke, or otherwise limit or bar registration or affiliation with the Boy Scouts of America or any local council or any other affiliated organization. The general procedure for maintaining those standards is expressed in a publication titled *Procedures for Maintaining Standards of Membership and Leadership;* however, nothing contained therein limits the ability of the Boy Scouts of America to take such action as it may deem appropriate in its sole discretion.

**Local Council Annual Registration or Program Fees**

A local council may charge an annual registration or program fee to youth members, adult program participants and Scouters whose primary registration is with the council in an amount not to exceed the amount of the applicable individual registration fee for their position established by the Executive Committee.

# VI. COUNCIL COMMISSIONED LEADERS

**Commissioner Service**

All Scouters selected to serve as commissioners must first be approved by the local council commissioner and Scout executive. Commissioners will be issued commissions by the Boy Scouts of America on an annual basis. Commissioned Scouters must be at least 21 years of age.

**Council Commissioner.** The council commissioner is an elected officer of the council who is responsible for the delivery of commissioner service through monthly meetings with district commissioners and commissioner conferences. The council commissioner has the responsibility at the council level to report to the council president and regularly interpret the commissioner function to the council executive board. The council commissioner is responsible for the local council's commitment to on-time reregistration of units. The council commissioner also serves as a council representative to the National Council.

**Assistant Council Commissioners.** Each local council may have one or more assistant council commissioners. These individuals are appointed by the council commissioner subject to the approval of the Scout executive and assist, on direction, in the performance of the duties of that office.

**District Commissioner.** A district commissioner is offered for approval by the district nominating committee subject to the approval of the Scout executive. The district commissioner, through a volunteer staff, is responsible for on-time charter renewals, unit service, and monthly roundtables in the district and gives leadership to recruiting, training, and supervision of an effective staff. The district commissioner serves on the council commissioner's staff, reports to the district chairman, and has an advisory relationship with the district operating committees.

**Assistant District Commissioners.** Each district may have one or more assistant district commissioners. These individuals are appointed by the district commissioner subject to the approval of the Scout executive and recruit, train, and supervise unit commissioners or assist in staff operation through functional assignments as directed by the district commissioner.

**Unit Commissioners.** Unit commissioners must be appointed by the district commissioner subject to the approval of the Scout executive and are responsible for the continuity and program capability of assigned units. Unit commissioners provide their assigned units with meaningful service that brings about on-time charter renewal, membership growth, and the delivery of Scouting ideals to youth members. They give guidance in unit operation to unit leaders and interpret council and district activities in terms of unit opportunities.

**Roundtables**

Cub and Scout roundtable commissioners are appointed by the district commissioner subject to the approval of the Scout executive and are responsible for monthly roundtables that provide unit program ideas and inspiration to reinforce leaders' commitment to help members grow. Roundtable commissioners must recruit, train, and supervise a permanent roundtable staff.

Roundtable staff members are appointed by the roundtable commissioner subject to the approval of the Scout executive and, under direction, plan and conduct monthly leader roundtables.

# VII. PROGRAMS

## Youth Programs

The youth programs of the Boy Scouts of America are Cub Scouts, Scouts BSA, Venturing, Sea Scouts, and Lone Scout. The eligibility requirements shall be published and available to unit leaders. Changes in the eligibility requirements must be approved by the National Leadership Council and reported to the National Executive Committee before becoming effective.

## Youth Leadership Positions

Each Scouting unit may have certain key youth leadership positions that involve youth members in leadership training through program management. Positions must be in accordance with guidelines established by the Boy Scouts of America, including:

(a) Junior Assistant Scoutmaster—A 16- to 17-year-old youth appointed by the Scoutmaster, approved by the troop committee, and responsible to the Scoutmaster for tasks assigned.

(b) Senior Patrol Leader—Must be elected by the majority of youth members registered in the troop, and must meet the qualifications set by the patrol leaders' council. The senior patrol leader may appoint other youth leaders with the concurrence of the Scoutmaster and presides over the patrol leaders' council.

(c) Venturing Elected Officers—Elected Venturing officers work together to help the crew succeed. Elected officer positions are: president, first vice president, second vice president, secretary, and treasurer.

(d) Sea Scout Elected Officers—Elected Sea Scout officers work together to help the ship succeed. Elected officer positions are: ship boatswain, boatswain's mate/administration, boatswain's mate/program, yeoman, and purser.

## Advancement

### General Principle
Education is the chief function of Scouting and is the basis of the advancement program. A fundamental principle of advancement is that learning is a natural outcome of participation in the Scouting program.

### Administration
All advancement procedures must be administered under conditions that harmonize with the aims and purposes of the Boy Scouts of America.

### Advancement Requirements
Advancement ranks or program recognitions in Scouting programs must be in accordance with published program requirements. Unit activities should be planned to facilitate regular advancement. No additional advancement requirements may be added by a local council or unit. Any change in the advancement requirements in those programs must be approved in advance by the National Leadership Council.

### Programs and Facilities
Programs and facilities used to provide the Scouting program should be conducted, monitored, and inspected in accordance with the policies and guidelines of the Boy Scouts of America.

### Responsibility for Merit Badges
The responsibility for merit badges rests with the merit badge counselor approved by the local council and district advancement committee. Merit badge counselors must be registered adult leaders of the Boy Scouts of America. The merit badge counselor must prepare and qualify youth members. There is no board of review procedure for merit badges, but public recognition may be given at a unit court of honor or other suitable occasion.

# ACTIVITIES

## Anniversary Celebration

The anniversary celebration of the Boy Scouts of America takes place annually on February 8, the anniversary of the original day of incorporation of the Boy Scouts of America, and throughout the week (beginning on Sunday) containing this date. This week is known as Scouting Anniversary Week. The National Service Center, with the cooperation of Scouters throughout the country, is to arrange for a nationwide celebration on February 8 and throughout the month of February for the purpose of bringing more definitely to the attention of each community the value of the Scouting program for its work with boys and young adults for the development of character and training for citizenship. The program for the anniversary celebration of the Boy Scouts of America must include a plan whereby every registered youth member is given an opportunity to observe Anniversary Day, February 8, with special ceremonies in which they recommit themselves to the Scout Oath and Scout Law. On this occasion it is the duty of the unit leader and other leaders to bring to the attention of the unit members the extent of the Scouting brotherhood in our own country and throughout the world and impress upon their minds the fact that every member the world over is committed to the same obligation, as stated in the Scout Oath and Scout Law.

## Participant Fees

All national events and activities for which a participant fee is charged must include a surcharge for the national liability insurance program. The National Council may also establish national liability insurance program policies with respect to persons not registered with the Boy Scouts of America who attend national or local Scouting activities or programs on the premises of a national or council facility.

## *BOYS' LIFE OR SCOUT LIFE* MAGAZINE

The Boy Scouts of America will publish a periodical titled *Boys' Life* or *Scout Life* for all Scouting-age youth, providing wholesome stories and other material of interest and educational value, which will stimulate ambition and help in character development of youth. All stories and material must be in harmony with the principles of Scouting as set forth in the Scout Oath and Scout Law.

## INSIGNIA, UNIFORMS, AND BADGES

### General

The intellectual property of the Boy Scouts of America must be made available and used only in accordance with the policies and guidelines of the Boy Scouts of America.

### Official Uniforms

The official uniforms authorized as evidence of official relationship to the Boy Scouts of America are those approved by the Boy Scouts of America from time to time, as illustrated and correctly described in the handbooks, catalogs, and other official guidelines of the Boy Scouts of America. The official uniforms and parts thereof may be issued only as authorized by the Boy Scouts of America and sold either directly by the National Service Center through responsible local merchants designated as local Scouting distributors or through designated local councils. Local Scouting distributors may be appointed and licensed and the licenses revoked only by the National Service Center, but chartered local councils may make recommendations for such actions. Imitation of United States Army, Navy, or Marine Corps uniforms is prohibited, in accordance with the provisions of the organization's Congressional Charter.

### Use of Uniform

The official uniforms are intended primarily for use in connection with official Scouting activities, and their use may be approved by the local council executive board for council events or activities under conditions consistent with the Rules and Regulations of the Boy Scouts of America. No alteration of, or additions to, the official uniforms, as described in the official guidelines or the Rules and Regulations covering the wearing of the uniform and the proper combinations thereof on official occasions, may be authorized by any Scouting official or local council. It is the responsibility of all leaders of the Boy Scouts of America and especially of all commissioned officers and chartered councils to cooperate with the Boy Scouts of America in preventing the use of the official uniforms by those who are not registered and in good standing.

### Special Local Badges and Insignia

Local councils are authorized to adopt special badges and insignia as awards for particular purposes in harmony with national policies and to permit their use upon the official uniform in accordance with the Rules and Regulations, policies, and guidelines of the Boy Scouts of America.

### Authorization

The National Council has the sole and exclusive right to authorize the use of insignia, words, phrases, designation marks, pictorial representation, and descriptive remarks relating to the program of the Boy Scouts of America on commercial products, promotional efforts, and/or sale and distribution to members of the Boy Scouts of America and/or the general public. The use of same by local councils shall be only as authorized and approved by the National Council.

## Lifesaving and Meritorious Action Awards

**Lifesaving Awards**

Recognition may be given to a youth member or Scouter where the evidence presented to the local council, in accordance with the applicable guidelines, shows that he or she saved or attempted to save life under circumstances that indicate heroism and risk to self. The reviewing committee will give consideration to resourcefulness and to demonstrated skill in rescue methods. In no case may recognition be given where it appears that the risk involved was merely in the performance of duty or the meeting of an obligation because of responsibility to supervise and give leadership to the persons whose lives were saved. The awards are:

(a) Honor Medal With Crossed Palms. The Honor Medal With Crossed Palms may be awarded in exceptional cases to a youth member or adult leader who has demonstrated unusual heroism and extraordinary skill or resourcefulness in saving or attempting to save life at extreme risk to self.

(b) Honor Medal. The Honor Medal may be awarded to a youth member or adult leader who has demonstrated unusual heroism and skill in saving or attempting to save life at considerable risk to self.

(c) Heroism Award. The Heroism Award may be awarded to a youth member or adult leader who has demonstrated heroism and skill in saving or attempting to save life at minimum personal risk.

**Meritorious Action Awards**

Recognition may be given to a youth member or Scouter where the evidence presented to the local council, in accordance with the applicable guidelines, shows that a significant or outstanding act of service, of an exceptional character, was performed. The action taken need not involve attempts of rescue or risk to self but must put into practice Scouting skills or ideals. Recognition may not be given where it appears that the action involved was merely in the performance of duty or the meeting of an obligation. The awards are:

(a) Medal of Merit. The Medal of Merit may be awarded to a youth member or adult leader who has performed an act of service of a rare or exceptional character that reflects an uncommon degree of concern for the well-being of others.

(b) National Certificate of Merit. The National Certificate of Merit may be awarded to a youth member or adult leader who has performed a significant act of service that is deserving of special national recognition.

**Applications**

All applications should be processed and approved by the local council upon duly prescribed forms, and it is within the discretion of the local council to determine which type of recognition, if any, will be given. Recipients of these awards must be registered with the Boy Scouts of America at the time the action was performed. Awards are made in the name of the Boy Scouts of America.

## Awards for Distinguished Service to Youth

**Silver Buffalo Award**

The Boy Scouts of America may award the Silver Buffalo to citizens of the United States for distinguished service upon the following basis and procedure:

(a) These awards may be made each year.

(b) The award is made on the basis of noteworthy service to youth, of a national or international character, outside of the line of regular duty, either directly to or independent of the Boy Scouts of America.

(c) As evidence of the award there will be presented: a suitable certificate, descriptive of the services rendered, duly authenticated by the Boy Scouts of America, pursuant to the action of the Executive Board; and a miniature silver buffalo, suspended by a red, white, and red ribbon to be worn around the neck.

(d) These awards will be made at the meeting of the National Council or at a major function of the Boy Scouts of America, pursuant to the action of the Executive Board, which action is to be based upon the recommendation to the Executive Board by the National Court of Honor, or by recommendations to the Executive Board by the national president and the Chief Executive.

**Silver Antelope Award**

The Boy Scouts of America, acting through the National Court of Honor, may award the Silver Antelope for distinguished service to youth upon the following basis and procedure:

(a) This award may be made each year upon the nomination of the regional cabinet. The nomination must be submitted not less than 30 days in advance of the date upon which it is desired to present the award. This award may be made for noteworthy service of exceptional character to youth by registered Cub Scout, Scouts BSA, Venturing, and Sea Scout leaders within the territory under the jurisdiction of a regional cabinet.

(b) As evidence of the award there will be presented: a suitable certificate, duly authenticated by the Boy Scouts of America, pursuant to the action of the National Court of Honor; and a miniature silver antelope suspended by an orange, white, and orange ribbon to be worn around the neck.

(c) No public announcements are to be made by the region in advance of action of the National Court of Honor with reference to the names presented for consideration.

(d) These awards are to be presented to the recipients by the region in connection with its annual meeting or other public function, but only after approval of the award by the National Court of Honor.

(e) Each region is entitled to eight recipients per year.

(f) Unused allotments for any previous years may not be accumulated or used in any subsequent year.

(g) The National Court of Honor may, based upon initial recommendation of the Operations Group, award the Silver Antelope to persons in overseas areas.

## Silver Beaver Award

The Boy Scouts of America, acting through the National Court of Honor, may award the Silver Beaver for distinguished service to youth upon the following basis and procedure:

(a) Each council may process its own annual allotment of Silver Beaver awards and must send a list of Silver Beaver recipients honored each calendar year to the National Court of Honor no later than January 31 of the following year.

(b) The award is made for noteworthy service of exceptional character to youth by registered Scouters within the territory under the jurisdiction of a local council.

(c) As evidence of the award there will be presented: a suitable certificate, duly authenticated by the Boy Scouts of America, pursuant to the action of the National Court of Honor; and a miniature silver beaver suspended by a blue, white, and blue ribbon to be worn around the neck.

(d) No public announcements may be made by the local council in advance of action by the National Court of Honor with reference to names presented for consideration.

(e) These awards may be made to the recipients by the local council concerned in connection with its annual meeting or other public function.

(f) Each duly chartered local council is entitled to one nomination. Councils having more than 60 units are entitled to further nominations on the basis of one for each additional 60 units or fraction thereof in their territory, as of December 31 preceding the nomination, according to the records of the National Service Center.

(g) Councils not using their full allotment in any year may accumulate the unused portion for use in any subsequent year.

In extraordinary cases, the Silver Beaver Award may be made by the National Court of Honor to a Scouter upon the recommendation of the duly constituted Scouting authorities having supervision of one or more units of the Boy Scouts of America located outside of the United States and not under the jurisdiction of a local council.

## Silver World Award

The Boy Scouts of America through the National Court of Honor, which has delegated the selection of recipients as hereinafter provided, may award the Silver World Award for distinguished service to youth as follows:

(a) The award may be presented to citizens of any country whose Scout association is a member of the World Scout Conference in recognition of his or her service of exceptional character to the youth of his or her own country or on an international basis.

(b) The recipient does not have to be a member of a Scout association. United States citizens may receive the Silver World Award for international service to youth, provided they are not registered members of the Boy Scouts of America.

(c) Approved awards may be presented by an authorized member of the Boy Scouts of America either by a personal visit with the recipient or at an official meeting of a national Scout association, including the Boy Scouts of America.

(d) Designation of recipients of the Silver World Award, by authority of the International Committee and the Executive Board, is delegated to the following:
i. National Chair of the Boy Scouts of America

ii. Chief Executive

iii. International Commissioner

(e) Awards may be made at any time on behalf of the International Committee and the Executive Board. The International Committee receives a full report of the Silver World Award designation at each meeting and will maintain accumulative records of awards including support data.

(f) As evidence of the award there will be presented: a suitable certificate duly authorized by the Boy Scouts of America; and a medal suspended by a red and white ribbon to be worn around the neck when such practice does not conflict with approved uniform policy. The medal will be a circular blue enameled silver medallion upon which will be superimposed meridian lines and stars signifying the global scope of the award. An applied silver universal badge of the Boy Scouts of America will be centered upon the front of the medallion.

# VIII. COMMISSIONED PROFESSIONAL LEADERSHIP

## General

Persons who have met the qualifications and requirements established for professional service in the Boy Scouts of America may be commissioned as professional Scouters by the Chief Executive. The Chief Executive is responsible for the development of such criteria, policies, and procedures necessary to assure the recruitment of professional candidates with the necessary physical, educational, personal, and moral qualifications. They must include at least the following:

(a) A pre-commissioned professional must be age 21 or older at the time they are commissioned and have earned a bachelor's degree from an accredited college or university. Consideration will be given a person with an associate degree with satisfactory evidence of a successful career experience of at least 10 consecutive years in general business, industry, government, or the military, along with at least five years of leadership experience. A person who has completed five consecutive years of successful employment as a district associate may also be considered. A pre-commissioned professional must also meet the qualifications to be a registered Scouter.

(b) The recruit must be, or declare an intention to become, a citizen of the United States of America before being commissioned as a professional Scouter.

## Professional Commissioning

The following procedure provides the basis for the commissioning of persons as professional Scouters:

**Phase I.** A person employed as a pre-commissioned professional must demonstrate to the satisfaction of the local council Scout executive (or, in the case of being employed by the Boy Scouts of America, the Chief Executive) an acceptable willingness to work, a degree of cooperation, a motivation toward career service within Scouting, and an apparent ability to succeed as a professional Scouter. In addition, Phase I pre-course work assigned must be completed prior to attending Phase II position-basic training. In the event he or she does not meet all of these requirements, employment will be terminated by the local council Scout executive (or, as applicable, the Chief Executive).

**Phase II.** The pre-commissioned professional who successfully completes Phase I of the commissioning process must attend the required position-basic training within six months of their date of employment in a position requiring a commission.

The pre-commissioned professional must satisfactorily accomplish those designated assignments in position-basic training; satisfactorily demonstrate the development of necessary techniques; and demonstrate moral and personal fitness as set forth in the Scout Oath and Scout Law and in the Scout Executive's Code. The Boy Scouts of America training and development director or designee will decide whether the pre-commissioned professional has satisfactorily completed position-basic training. Those precommissioned professionals who successfully complete position-basic training will receive a certificate to that effect and will be commissioned by the Chief Executive, or designee, as a professional Scouter and will receive documentary evidence of such commission and will thereupon be entered into the official roll of professional Scouters of the Boy Scouts of America.

## Decommissioning

A professional Scouter may be decommissioned when, in the judgment of the Chief Executive or Executive Committee, that person demonstrates that he or she does not possess the moral, educational, or emotional qualities deemed necessary for commissioned professional status, lacks such other commissioned professional qualifications, or fails to obey such requirements as the Boy Scouts of America from time to time may require. A decommissioned professional Scouter is ineligible for re-employment by the Boy Scouts of America or any local council in any capacity.

## Employment of Professionals

### Rules and Guidelines

The Chief Executive may determine the positions that may be held only by commissioned professionals and may establish guidelines for employment, training, promotion, tenure, and demotion of professional and professional-technical employees of the Boy Scouts of America. The applicable guidelines and those pertaining to transfer and retirement must be followed by local councils in the course of their employment of commissioned professionals.

### Special Situations

It is recognized that for the efficient operation of the Boy Scouts of America certain professional and professional-technical staff positions may be held by people selected because of their specialized qualifications. The Chief Executive may, in exceptional instances, waive the education or equivalency requirement for employment as a commissioned professional and grant to such persons commissioned professional or professional-technical status during their term of employment, which will be limited to such professional or professional-technical staff positions.

**National Professional Staff**

The Chief Executive, subject to the approval of the Executive Committee, may determine the necessary national organization structure and professional staff requirements.

**Local Council Professional Personnel**

A local council may employ as its Scout executive—that is, its executive officer having general direction of its administration and supervision over Scouting activities within its jurisdiction—a person selected by it from the list of candidates of commissioned professional Scouters provided by the National Service Center who the Chief Executive has determined qualified to serve as a council Scout executive. A Scout executive may serve so long as commissioned as provided herein and during the pleasure of the local council's executive board subject to the policies and procedures of the National Council. In no event may a local council select as its Scout executive a professional employee currently serving in any other capacity in that council, nor may any such person be included in any list provided for in this paragraph.

**Other Local Council Staff**

Other than newly employed persons not yet commissioned as professional Scouters, a local council may employ individuals for professional positions solely from lists of candidates consisting of commissioned professional Scouters submitted by the National Service Center or, in the case of an otherwise qualified commissioned professional not currently serving as a professional Scouter, with the written approval of the Chief Executive, who has sole discretion in determining whether to approve any such person. Such persons may serve in the local council so long as commissioned as provided herein and during the pleasure of the local council. The duties of such professional personnel are defined by the local council Scout executive with the approval of the local council executive committee. The classification and title of such position must be in accordance with the policies and guidelines of the Boy Scouts of America. Newly employed persons not yet commissioned may be employed as professional Scouters only as provided in these Rules and Regulations and with the preapproval of the National Service Center. The employment period cannot extend for more than five months prior to attending position-basic training.

Only commissioned professionals may be employed by local councils or serve in a unit-serving executive position (district executive), a year-round program position, a position supervising other commissioned professionals, or the position of council Scout executive.

# IX. AFFILIATES

The Executive Committee may authorize the creation of affiliates to engage in activities that directly or indirectly support the Corporation's and local councils' ability to achieve the mission of Scouting. Except for affiliity organizations operated by the Corporation, the authorization may be provided without amendment to the Bylaws or the Rules and Regulations of the Corporation. The Chief Executive shall ensure that the interests of the Corporation are protected insofar as the activities of any such affiliate, regardless of structure, or legal or contractual relationship.

## Scouting Affinity Groups

The Corporation may operate or authorize national or local council affinity groups open to persons who support the mission of the Boy Scouts of America. National affinity groups shall be approved in advance by the Executive Committee. The Chief Executive may authorize the use of the seal, emblems, badges, descriptive marks, words, or phrases associated with or referring to the Boy Scouts of America by local councils subject to such limitations and licensing as deemed necessary or appropriate. The Chief Executive shall oversee the naming, management, and operation of any such national affinity group. Affinity groups may offer benefits to its members or other serve fraternal purposes. The organizational structure and operating practices of any such affinity group must be in harmony with the principles of Scouting.

# X. SPECIAL SITUATIONS

## Experimental Programs

The Chief Executive may authorize the development of experimental or pilot programs to achieve the purpose of the Boy Scouts of America on an expanded basis. Such programs may be inconsistent with or beyond the scope of current corporate governance documents and may include the use of affiliates of the Boy Scouts of America to sponsor such programs as deemed appropriate. The national Key 3 will be notified of proof of concept/pilot programs prior to the development of curriculum or program materials. Only experimental or pilot programs approved by the Chief Executive are authorized for use by local councils.

Experimental programs thereafter showing potential may be further developed and tested through proof of concept/pilot programs on a limited, unpublicized basis. The national Key 3 is to be informed whenever a program is being expanded beyond proof of concept. The scope, duration, and other parameters of proof of concept/pilot programs are to be defined and the program re-evaluated annually. Updates on the progress of the proof of concept/pilot and an assessment upon completion of the proof of concept/pilot must be made by the Chief Executive to the National Leadership Council.

The National Leadership Council may determine whether information on proof of concept/pilot programs is to be provided to the Executive Board and may direct the Chief Executive to make such reports and answer questions presented by the Executive Board.

## Scouting Outside of Council Territories

To further its objectives of extending membership privileges to citizens of the United States in other parts of the world, the Boy Scouts of America authorizes the registration of youth members and leaders and the establishment of units in areas lying outside of the jurisdiction of any local council. To foster and strengthen the close and friendly relationship that exists between the Boy Scouts of America and other Scout associations, members, and leaders of such units should work in close harmony with their fellow Scouts and Scouters in the area. Only those eligible for registration in the Boy Scouts of America are eligible to participate in such units.

## World Organization of the Scout Movement

Member associations of the World Organization of the Scout Movement may organize, administer, and service units of their association for dependents of their citizens living temporarily in the United States. Such permission is to be granted upon certification by the National Service Center, under the following conditions:

(a) The approval to establish a unit will be on an annual basis and may be extended upon review of status as reflected in an annual report.

(b) Registration will be restricted to citizens and dependents of member countries. No registration will be accepted or allowed in the unit from citizens of the United States or any third country.

(c) The condition of registration will reflect agreements as to the use of Boy Scouts of America's intellectual property. In this instance only would there be a requirement for dual registration.

(d) There will normally be no registration fee assessed by the Boy Scouts of America for either a unit or an individual member.

(e) Standards of certification will include membership qualifications, intellectual property, and adherence to the basic policy, program, and methods of the World Organization of the Scout Movement.

# XI. AGREEMENTS WITH OTHER ORGANIZATIONS

Consistent with the mission and values of the Boy Scouts of America to help develop character and leadership in youth, the Boy Scouts of America may enter into agreements with Learning for Life and other youth, veteran, community, and educational organizations with similar missions and values to facilitate service to non-Scouting youth and communities, including for the use of suitable facilities or areas of facilities. Such agreements may not obligate the National Council to enter into or continue any such agreement.

# INDEX

**A**

Activities, 17
Adult, 5
Adult program participant, 5
Advancement
general principles of, 16
procedures for,16
youth programs, 16
Advertising policy, 7
Age requirements
assistant Cubmaster, 12
assistant den leader, 12
assistant Scoutmaster, 12
assistant Webelos den leader, 12
commissioned officials, 15
junior assistant Scoutmaster, 16
Lone Cub Scout, 16
merit badge counselors, 13
professional Scouters, 12
Agreements with other organizations, 23
Anniversary celebration,17
Assistant
council commissioner, 15
Cubmaster, 12
den leader, 12
district commissioner, 15
Scoutmaster, 12
Webelos den leader, 12
Awards, special
Heroism Award, 18
Honor Medal, 18
Honor Medal With Crossed Palms, 18
Lifesaving, 18
Medal of Merit, 18
Meritorious Action, 18
National Certificate of Merit, 18
Awards, youth service
Silver Antelope, 18-19
Silver Beaver, 19
Silver Buffalo, 18
Silver World, 19

**B**

Badges, 17
*Boys' Life* Magazine, 17

**C**

Certificates, membership13
Charter applications, renewals,
and revocations, 10
Chartered organization representative, 10
Chartered organizations, 10
Charters
to group of citizens, 10
to organizations, 10
Code of Conduct, 5
College Scouter Reserve, 13
Commercial contracts, 6
Commercialism policy, 6
Commissioners, 15
Confidentiality of membership lists, 14
Conflict-of-interest policy, 7

Control of funds
audited statement, 8
council obligations, 9
limitation of authority, 8
local council control, 8
Cooperation with national movements, 6
Council, *see* local council
Council commissioner, 15
Crew committee, 10
Cub Scout
advancement, 16
pack, 11
registration, 12
roundtable commissioner, 15
Cubmaster, 12

**D**

Declaration of religious principle, 12
Den leader, 12
Denial of registration, 14
Disposition of funds upon termination of
council or unit, 9
Distinguished service to youth awards
Silver Antelope, 18-19
Silver Beaver, 19
Silver Buffalo, 18
Silver World, 19

District
commissioner, 15
committee, 8
function of, 8
organization, 8
Scouters, 5, 12

**E-F-G-H-I-J-K**

Employment of professionals, 20
Experimental programs, 20
Gambling, 6
Insignia, 17
Junior assistant Scoutmaster, 16

**L**

Leader, 5
Learning for Life, 22
Lifesaving awards, 18
Local
badges, 17
units, 8, 9
Local council
annual registration fees, 8
approval of unit applications, 8
commissioner, 15
finance, 8
fundraising, 8
professional personnel, 20
program promotion outside of
assigned territory, 8
real estate, 9
responsibilities, 8
restricted funds, 9
Scouters, 5, 12

Lone
Scout, 13, 16
Scout friend and counselor, 13
Cub Scout, 13
Cub Scout friend and counselor, 13

**M**

Member, 5
Members, local councils
approval of, 8
sustaining, 12
Membership lists, confidentiality of, 14
Membership, term, 13
Merit badge
counselors, 13
responsibility for, 16
Meritorious action awards, 18
Military training, policy concerning, 7
Multilevel marketing, 6

**N**

National Council, 5
National Court of Honor, 18-19
National movements, cooperation with, 6
National Service Center, 5
Nonpartisan, nonpolitical functions, 6

**O–P**

Organization of local units, 8
Pack
committees, 10
leaders, 11
organization of, 11
Participant fees, 17
Patrol leaders' council, 16
Pilot programs, 22
Policies concerning
advertising, 7
commercialism, 6
conflict of interest, 7
cooperation with national movements,
6
cooperation with other
Scout associations, 22
military training, 7
participation in public functions, 6
political questions, 7
Scouting public display activities, 6
unit money-earning projects, 6
Political questions, 7
Product sales, 6
Professional Scouters
commissioning, 20
decommissioning, 20
pre-commissioned, 20
requirements for, 20
Professional-technical positions, 20
Program managers, 16
Public functions, participation in, 6
Pyramid sales, 6

**R**

Registration
  adult leaders, 12
  adult program participants, 12
  camp staff, 13
  college Scouter reserve, 13
  denial or revocation of, 13
  expiration of, 13
  fee, 12
  membership, 12
  merit badge counselors, 13
  period, 13
  procedure for, 12
  qualifications, applications, approval,
    removal, 12
  retired professionals, 13
  Scouter Reserve, 13
  special status, 13
  special types of, 12-13
  sustaining membership, 12
  transfers, 13
  veteran, 13
  youth, 12
Renewals, unit charter, 10
Restricted funds, 9
Retired professional Scouters, 13
Retirement, 20
Roundtables, 15

**S**

Scout
  Law, 6, 17, 20
  Oath, 6, 17, 20
Scouter Reserve, 13
Scouters, 6
  area, regional, national, 12
  Code of Conduct, 6
  council, 5, 12
  district, 5, 12
  registration, 12, 13
  unit, 5, 13

Scouting, 5
  Anniversary Week, 17
  attempts to commercialize, 6
  outside of council territories, 22
  promotion of, 8
  public display activities, 6
  *Scout Life* Magazine, 17
Scoutmaster, 12
Scouts BSA, 5
  advancement, 16
  registration, 12
  roundtable commissioner, 15
Sea Scouts, 16
  elected officers, 16
  registration, 12
Senior patrol leader, 16
Ship committee, 10
Silver Antelope, 18-19
Silver Beaver, 19
Silver Buffalo, 18
Silver World, 19
Special registration status, 13
Superactivity, 8

**T**

Titles of professionals, 21
Training, 12
Troop
  committee, 11
  organization of, 11

**U**

Uniform and insignia
  alteration of, 17
  authorized, 17
  badges and insignia, 17
  distribution of, 17
  integral part of program, 17
  local council protection of, 6-7
  official, 17
  prohibition of imitation, 17

protection of, 6-7
restricted sale and use, 17
special, 17
use of, 17
Unit
  commissioner, 15
  committee, 111
  Cub Scouters, 11, 13
  designation, 11
  leadership, -11, 12
  money-earning projects, 6
  number, 11
  program leader, 5
  Scouters, 5, 12

**V**

Venturing
  elected officers, 16
  leaders, 11
  registration, 12
Veteran Award, 13

**W**

Webelos
  den leader, 12
World Organization of the
  Scout Movement, 22

**Y**

Youth, 5
  leader, 5
  programs, 5
Youth members, 5
  Cub Scout, 16
  junior assistant Scoutmaster, 16
  Lone Cub Scout, 16
  Lone Scout, 16
  Scout, 16
  Sea Scouts, 16
  senior patrol leader, 16
  Venturer, 16