## **EXHIBIT F**

(Local Council Charter Form)

**APPLICATION FOR RENEWAL OF**

# LOCAL COUNCIL CHARTER

**For the year beginning July 1, 2020**
**Scan signed form and email to**
LCCR@scouting.org **by March 1, 2020.**

Region _____ Area _____

Council no. _____

Headquarters city and state:

The Boy Scouts of America charters local councils in order to accomplish its purposes and carry out its programs. The charters are issued for a period of one year and may be renewed annually upon application by the local council. The renewal of the charter is based on annual reports that show satisfactory efforts to meet the responsibilities of a local council in the corporation. The Boy Scouts of America may revoke or decline to renew council charters for failure to comply with the Bylaws, Rules and Regulations, or policies of the Boy Scouts of America, or in any instance where it deems such action advisable in the interests of Scouting.

The _____ Council, Boy Scouts of America, hereby applies for renewal of its charter for the year beginning July 1, 2020.

This application has been reviewed and approved by the executive committee or executive board at a duly called meeting on _____ , 20____, at which meeting a quorum was present, and the council specifically accepted its obligation to cooperate with the Boy Scouts of America and its representatives in promoting the program of the Boy Scouts of America in accordance with the provisions of the Charter, Bylaws, resolutions, policies, and Rules and Regulations of the Boy Scouts of America.  The Scout executive's letter of employment has been reviewed as part of the annual performance review process.

This council agrees with and accepts credit terms of the National Service Center and agrees to the payment of "late payment charges" commensurate with the laws of the state of Texas, from which invoices are issued.

**In 2019, our council budget funded the following youth/adults:**

we had _____ council-paid LFL participants with a license fee of $_____.

and had _____ council-paid Traditional/Scoutreach members at a total cost of $_____.

Data submitted, to the best of our knowledge, represents an accurate and complete report of requested information. Finance reports have been prepared in conformity with accounting standards set forth in the *Local Council Accounting Manual.*  Financial audit report for fiscal year ending December 31, 2019, one copy of the 990 form, audit, management letter and response are due to audits990@scouting.org by July 31, 2020.

A National Service Fee will be assessed.  It will be 3.5% of 2019 total salaries in accounts 7002 and 7003.  For those councils that will be charged a national service fee of $40,000 or greater for the year 2020, your fee will increase at the same rate of qualifying salary growth from 2018 to 2019, not to exceed 10 percent.  If the council's 2020 national service fee is $40,000 or greater and salaries decreased, the council will be invoiced the same national service fee for 2021.  In addition, there is an annual charter fee of $100.

## Insurance & Risk Management

Local councils are required to have automobile liability insurance coverage of $1,000,000 combined single limit (CSL) for owned, non-owned, leased or hired vehicles which also provides excess coverage to volunteers and employees engaged in official Scouting activities, on Scouting business, on council business or under your direction.

If the council does not have owned vehicles, insurance must still be purchased to cover the council for non-owned, hired and leased automobile liability for employees and volunteers.

Councils must submit with the Local Council Charter application, a certificate of insurance showing evidence of the following coverages:

- Automobile liability - $1,000,000 with volunteer coverage endorsement or equivalent language
- Property Insurance
- Workers' Compensation
- D&O excess insurance (if purchased outside BSA offered)

Our Enterprise Risk Management Chair is_____ email_____

Our Youth Protection Champion is_____ email_____

_____
Council President signature          date

_____
Scout Executive signature          date

_____
Council Commissioner signature          date

Please return via email to: LCCR@scouting.org by March 1, 2020.