**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) Case No. 20-10343 (LSS) |
| BOY SCOUTS OF AMERICA AND | ) |
| DELAWARE BSA, LLC, | ) Jointly Administered |
|  | ) |
| Debtors. | ) **Objection Deadline: August 21, 2020** |
|  | ) **at 4:00 p.m. (ET)** |
|  | ) **Hearing Date: Scheduled only if** |
|  | ) **necessary** |
|  | ) |

**SECOND MONTHLY APPLICATION OF BERKELEY RESEARCH GROUP,**
**LLC FOR COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISORS**
**TO THE OFFICIAL TORT CLAIMANTS' COMMITTEE FOR THE PERIOD**
**FROM APRIL 1, 2020 THROUGH APRIL 30, 2020**

| | |
|---|---|
| Name of Applicant: | Berkeley Research Group, LLC |
| Authorized to Provide Professional Services to: | Official Tort Claimants' Committee |
| Date of Retention: | March 6, 2020 by order entered on or about April 11, 2020 |
| Period for which Compensation and Reimbursement is Sought: | April 1, 2020 through April 30, 2020 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $390,313.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $513.74 |

This is a(n):  X monthly          __ interim          __ final application.

The total time expended for fee application preparation is approximately 0 hours and the corresponding compensation requested is approximately $0.00.

## PRIOR MONTHLY APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| June 3, 2020 | 03/06 – 03/31 | $281,697.00 | $0.00 | $225,357.60 | $0.00 |

## PRIOR QUARTERLY APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A | N/A |

## BRG PROFESSIONALS

| Name of Professional | Title & Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| R. Todd Neilson | Managing Director; Over 40 Years Experience; BS Accountancy 1975; CPA Since 1981 | $850.00 | 97.7 | $83,045.00 |
| David H. Judd | Managing Director; Over 40 Years Of Experience; Master Of Accountancy 1980 | 750.00 | 111.8 | 83,850.00 |
| Vernon Calder | Managing Director; Over 37 Years Of Experience; Master Of Accountancy 1983 | 745.00 | 2.6 | 1,937.00 |
| Paul N. Shields | Managing Director; Over 32 Years Of Experience; Master Of Business Administration 1992; CPA Since 1991 | 715.00 | 6.1 | 4,361.50 |
| D. Ray Strong | Managing Director; Over 25 Years Of Experience; Master Of Accountancy 1995; CPA Since 1997 | 660.00 | 57.5 | 37,950.00 |
| Matthew Edman | Director, Over 15 Years Of Experience; Ph.D. Computer Science; ACE | 670.00 | 8.9 | 5,963.00 |

| | | | | |
|---|---|---|---|---|
| Thomas Kiernan | Director, Over 29 Years Of Experience; B.S. Computer Science; CFCE, CCME | 670.00 | 2.6 | 1,742.00 |
| Christopher Tarbell | Director, Over 20 Years Of Experience; M.S. Computer Science; CFCE, EnCE, ACE | 670.00 | 0.8 | 536.00 |
| Matthew K. Babcock | Associate Director; Over 22 Years Of Experience; Master Of Accountancy 1998; CPA Since 2000 | 625.00 | 187.6 | 117,250.00 |
| Leif Larsen | Associate Director; Over 20 Years Of Experience; Bachelor of Science in Accounting; CPA Since 2006 | 560.00 | 0.5 | 280.00 |
| Christina Tergevorkian | Senior Associate; Over 4 Years Of Experience; Master Of Accountancy 2018; CPA Since 2019 | 295.00 | 50.0 | 14,750.00 |
| Shelby Chaffos | Associate; Over 4 Years Of Experience; Master Of Accountancy 2018 | 240.00 | 130.9 | 31,416.00 |
| Sherry Anthon | Case Assistant; Over 3 Years Of Experience; Master Of Accountancy 2000 | 205.00 | 31.4 | 6,437.00 |
| Evelyn Perry | Case Assistant; Over 32 Years Of Experience | 185.00 | 4.3 | 795.50 |
| | **Blended Rate** | **$563.47** | **692.7** | **$390,313.00** |

## COMPENSATION BY CATEGORY

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| **200.10** – Document / Data Analysis (Merrill DatasiteOne) | 23.5 | $13,673.00 |
| **200.20** – Document / Data Analysis (Financial / Accounting) | 31.9 | 18,350.50 |
| **200.30** – Document / Data Analysis (Financial / Accounting) – PeopleSoft Accounting System | 35.4 | 24,449.00 |
| **200.60** – Document / Data Analysis (Local Councils) | 8.3 | 5,254.00 |
| **210.00** – Bankruptcy Proceedings (Filings / Motions – General) | 13.3 | 9,395.00 |
| **211.01** – Bankruptcy Proceedings (Filings / Motions – Cash Collateral) | 18.7 | 12,422.50 |
| **211.03** – Bankruptcy Proceedings (Filings / Motions – Cash Management) | 12.4 | 8,994.00 |

| | | |
|---|---|---|
| **211.05** – Bankruptcy Proceedings (Filings / Motions – Shared Services) | 10.4 | 7,520.50 |
| **221.00** – Debtors Operations / Monitoring (Cash Flow Reports) | 12.5 | 9,039.00 |
| **224.00** – Debtors Operations / Monitoring (Shared Services Reports) | 1.2 | 900.00 |
| **300.00** – Asset Analysis (General - Debtors) | 47.2 | 33,537.00 |
| **301.00** – Asset Analysis (General - Debtors Restricted / Identified Assets) | 22.4 | 8,559.00 |
| **303.00** – Asset Analysis (General – Local Councils) | 168.4 | 62,078.50 |
| **310.00** – Asset Analysis (Cash / Bank Accounts - Debtors) | 33.4 | 12,051.50 |
| **321.00** – Asset Analysis (Investments / Funds – Debtors Restricted / Identified Assets) | 32.0 | 20,180.00 |
| **330.00** – Asset Analysis (Real Property - Debtors) | 2.8 | 1,795.00 |
| **332.00** – Asset Analysis (Real Property – Related Non-Debtors) | 18.5 | 13,505.00 |
| **333.00** – Asset Analysis (Real Property – Local Councils) | 75.6 | 34,783.50 |
| **500.00** – Viability Analysis | 75.4 | 57,074.00 |
| **700.00** – Tax Compliance & Analysis | 5.1 | 4,062.00 |
| **900.00** – Report / Presentation Preparation | 22.3 | 16,804.00 |
| **1000.00** – Case Administration | 2.5 | 1,859.00 |
| **1020.00** – Meeting Preparation & Attendance | 19.5 | 14,027.00 |
| **Total** | **692.7** | **$390,313.00** |

### EXPENSE SUM MARY

| Expense Category | Service Provider Of Applicable Expense | Total Expenses |
|---|---|---|
| Research Services | TLO | $47.49 |
| Research Services | CoStar | 1.35 |
| Research Services | GuideStar | 464.90 |
| **Total** | | **$513.74** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 20-10343 (LSS) |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, |  |
|  | Jointly Administered |
| Debtors. | **Objection Deadline: August 21, 2020 at 4:00 p.m. (ET)** |
|  | **Hearing Date: Scheduled only if necessary** |

**SECOND MONTHLY APPLICATION OF BERKELEY RESEARCH GROUP,
LLC FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISORS
TO THE OFFICIAL TORT CLAIMANTS' COMMITTEE FOR THE PERIOD
FROM APRIL 1, 2020 THROUGH APRIL 30, 2020**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively, the "Bankruptcy Rules"), and the Court's "*Order (I) Approving Procedures For (A) Interim Compensation And Reimbursement Of Expenses Of Related Professionals And (B) Expense Reimbursement For Official Committee Members And (II) Granting Related Relief*" (the "Interim Order"), Berkeley Research Group, LLC ("BRG" or "Applicant"), financial advisor to the Official Tort Claimants' Committee ("Tort Claimants' Committee" of "TCC"), hereby submits its Boy Scouts Of America and Delaware BSA, LLC ("Debtors") Second Monthly Application for Compensation and for Reimbursement of Expenses for the Period from April 1, 2020 through April 30, 2020 ("Application").

By this Application, BRG seeks a monthly allowance of compensation in the amount of $390,313.00 and no expenses for a total allowance of $513.74 and payment of $312,250.40 (80% of the allowed fees) and reimbursement of $513.74 (100% of the allowed expenses) for a total payment of $312,764.14 for the period April 1, 2020 through April 30, 2020 (the "Second Monthly Period").  In support of this Application, BRG respectfully represents as follows:

## Background

1.      On February 18, 2020 (the "Petition Date"), the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  On February 18, 2020, the Debtors also filed certain motions and applications seeking certain "first day" orders.  The factual background relating to the Debtor's commencement of this case is set forth in the "*Declaration of Brian Whittman In Support Of The Debtors' Chapter 11 Petitions And First Day Pleadings*" [Docket No. 16] (the "Whittman Declaration").

2.      The Debtors have continued in possession of their property and have continued to operate and manage their businesses as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in this Chapter 11 case.

3.      On or around March 4, 2020 (the "Committee Formation Date") the Office of the United States Trustee (the "US Trustee") formed the Tort Claimants' Committee to represent all tort claimants of the Debtors pursuant to section 1102 of the Bankruptcy Code.  See Docket No. 142.  On the Committee Formation Date, the Tort Claimants' Committee determined to retain, subject to Court approval, Pachulski Stang Ziehl & Jones LLP ("PSZJ" or "Counsel") as counsel to represent the Tort Claimants' Committee in all matters during the

pendency of this chapter 11 case.  The appointment of PSZJ was approved.

4.      After the Committee Formation Date, the Tort Claimants' Committee determined to retain, subject to Court approval, BRG as its financial advisor in the Debtors' case.  On or about April 11, 2020, the "*Order Authorizing And Approving The Retention Of Berkeley Research Group, LLC, As Financial Advisor To The Official Tort Claimants Committee Effective As Of March 6, 2020*" appointing BRG effective March 6, 2020 was approved (the "Retention Order").  The Retention Order authorized BRG to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.  A copy of the Retention Order is attached hereto as Exhibit A.

5.      On or about April 6, 2020, the Court entered the Interim Order, authorizing certain professionals ("Professionals") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Interim Order provides, among other things, that a Professional may submit monthly fee applications.  If no objections are made within fourteen (14) days after service of the monthly fee application, the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses. Beginning with the period ending May 31, 2020, at three-month intervals, each of the Professionals must file with the court and serve an interim application for allowance of the amounts sought in its monthly fee applications for that period.  All fees and expenses paid are on an interim basis until final allowance by the Court.

6.      On June 3, 2020, BRG filed an application for fees in the amount of $281,697.00 and expenses in the amount of $0.00 for the timer period covering March 6 through March 31, 2020 [Docket No. 768].

## BRG's APPLICATION FOR COMPENSATION AND
## FOR REIMBURSEMENT OF EXPENSES

### Compensation Paid and Its Source

**7.**     All services for which BRG requests compensation were performed for or on

behalf of the Tort Claimants' Committee.

8.     BRG has received no payment and no promises for payment from any source

other than the Debtors for services rendered or to be rendered in any capacity whatsoever in

connection with the matters covered by this Application.  There is no agreement or

understanding between BRG and any other person other than the partners / directors of BRG

for the sharing of compensation to be received for services rendered in this case.

### Fee Statements

9.     The fee statements for the Second Monthly Interim Period are attached hereto

as Exhibit B.  Exhibit B provides the detailed time entries for the services provided by

category by BRG as financial advisor to the Tort Claimants' Committee as well as the detail

of all expenses expended.  To the best of BRG's knowledge, this Application complies with

sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the Interim Order.

BRG's time reports are recorded contemporaneously at the time the work is performed.

10.     BRG is particularly sensitive to issues of "lumping" and, unless time was

spent in one-time frame on a variety of different matters for a particular client, separate time

entries are set forth in the time reports.  BRG's charges for its professional services are

based upon the time, nature, extent and value of such services and the cost of comparable

services other than in a case under the Bankruptcy Code.  BRG has reduced its charges

related to any non-working "travel time" to fifty percent (50%) of BRG's standard hourly rate.  To the extent it is feasible, BRG professionals work during travel.

### Actual and Necessary Expenses

11.    BRG charges $0.10 per page for photocopying expenses related to cases, such as these, arising in Delaware.  BRG charges $0.25 per page for out-going facsimile transmissions.  There is no additional charge for long distance telephone calls on faxes.  The charge for outgoing facsimile transmissions reflects BRG's calculation of the actual costs incurred by BRG for the machines, supplies and the extra labor expenses associated with sending telecopies and are reasonable in relation to the amount charged by outside vendors who provide similar services.  BRG does not charge for the receipt of faxes in these cases.

12.    With respect to providers of on-line research services (e.g., LEXIS and PACER), BRG charges the standard usage rates these providers charge for computerized legal research.  BRG bills its clients the actual amounts charged by such services, with no premium.

13.    BRG believes the foregoing rates are the market rates that the majority of similar firms / providers charge clients for such services.

### Summary of Services Rendered

14.    The names of the directors and associates of BRG who have rendered professional services in this case during the Second Monthly Period, and the paraprofessionals and case assistants of BRG who provided services to these professionals during the Second Monthly Period, are set forth in the attached Exhibit B.  Resumes of each individual that describe the education and qualifications of the professionals and

paraprofessionals for BRG whose time constitutes a basis for this Application are attached as Exhibit C.

15.    Exhibit D is a schedule of Applicant's normal hourly billing rates during the Second Monthly Period.  These were the rates charged by Applicant's personnel to solvent clients where Applicant ordinarily receives payment in full within less than 90 days. Applicant carefully reviewed all time charges to ensure they were reasonable and non-duplicative.  Costs and disbursements were also reviewed.  Time was billed in tenths of an hour.

16.    BRG, by and through such persons, has prepared and / or assisted in the preparation of various motions submitted to the Court for consideration, advised the Tort Claimants' Committee on a regular basis with respect to various matters in connection with the Debtor's bankruptcy case, and performed all necessary professional services which are described and narrated in detail below.  BRG's efforts have been extensive due to the size and complexity of the Debtor's bankruptcy case.

**Summary of Services by Project**

17.    The services rendered by BRG during the Second Monthly Period can be grouped into the categories set forth below. BRG attempted to place the services provided in the category that best relates to such services. However, because certain services may relate to one or more categories, services pertaining to one category may in fact be included in another category.  These services performed, by categories, are generally described below, with a more detailed identification of the actual services provided set forth in the attached Exhibit B.  Exhibit B identifies the professionals and paraprofessionals who rendered services relating to each category, along with the number

of hours for each individual and the total compensation sought for each category.

**A.      200.01 – Document / Data Analysis (Merrill DatasiteOne)**

18.      BRG continued its review and analysis of thousands of pages of documents, data and information uploaded by the Debtors into the Merrill DatasiteOne Data Room ("Data Room"), including over 1,300 new documents.  At the end of April 2020, the Debtors had uploaded approximately 2,600 individual documents into the Data Room. As part of its continued review and analysis, BRG examined a number of categories of documents, including corporate / organization records, financial statements (including related supporting documents and electronic accounting system data), asset and liability records, and periodic reports filed / uploaded by the Debtors. Applicant's review of Data Room documents has assisted in and will continue to facilitate its on-going analyses and investigations.

Applicant continued to work closely with Counsel in its review and examination of the Debtors' Data Room documents in order to identify key documents, respond to inquiries from Counsel and avoid duplication of effort. Pursuant to Counsel request, BRG has prepared weekly Data Room indexes in order to identify new documents uploaded, existing documents removed and other modifications to the Data Room.

Fees: $13,673.00;             Hours: 23.5

**B.      200.20 – Document / Data Analysis (Financial / Accounting)**

19.      BRG continued its analysis of available financial statements from 2005 through 2020 (including monthly, quarterly and annual financial statements and supporting supplemental schedules, notes, correspondence, etc.) and related accounting data for the Debtors, Related Non-Debtors and Local Councils. BRG's analysis of financial and

accounting data has and will continue to assist in its identification and analysis of assets and potential assets (both historical and current) of the Debtors. In addition, BRG analysis of financial statements has assisted in its evaluation of historical and current financial trends and business relationships existing between the Debtors, Related Non-Debtors and Local Councils. BRG also continued its examination of the Debtors' accounting manuals and policies as part of its evaluation of the Debtors' accounting procedures.

Fees: $18,350.50;          Hours: 31.9

**C.      200.30 – Document / Data Analysis (Financial / Accounting) - PeopleSoft Accounting System**

20.      BRG continued its evaluation of the Debtors' PeopleSoft accounting system. BRG analyzed various PeopleSoft accounting reports received from the Debtors and their financial advisors, identified inconsistencies and issues with these reports, and pursued obtaining direct access to the PeopleSoft system. BRG also independently analyzed the available PeopleSoft modules / tables. BRG identified potential PeopleSoft consultants / experts to be engaged to assist with the examination of the PeopleSoft system and data. BRG worked with Counsel, PeopleSoft consultants, and the Debtors to evaluate and negotiate a mutually acceptable solution to provide the TCC professionals with direct access to the PeopleSoft system and its underlying accounting reports and data subject to the protective order in place. The PeopleSoft data is vital to BRG's on-ongoing and pending analysis and will allow BRG to efficiently analyze the Debtors' historic and current operations and financial activity. In addition, the PeopleSoft data will assist BRG in its identification and analysis of assets available to the Debtors' creditors. BRG also continued its analysis of limited data exports provided by the Debtors from the PeopleSoft accounting system.

Fees: $24,449.00;          Hours: 35.4

**D.      200.60 – Document / Data Analysis (Local Councils)**

21.      BRG examined Local Council documents, including articles of incorporation,

bylaws and other similar corporate records. In addition, BRG reviewed documents available

on selected Local Council websites and evaluated methods in order to obtain Local Council

documents available on all Local Council websites.

Fees: $5,254.00;          Hours: 8.3

**E. 210.00 – Bankruptcy Proceedings (Filings / Motions – General)**

22.      BRG continued its review, analysis and evaluation of the Debtors'

preliminary bankruptcy filings, including the Debtors' first day motions and proposed

orders. BRG also monitored the Debtors' response to outstanding document requests and

updated its master document tracking schedule (which captures information related to each

specific document request, including status of requests, date(s) when documents were

received / uploaded to the Data Room, location(s) of documents in the Data Room and

related outstanding issues).

BRG participated in periodic conference calls and meetings with Counsel, Debtors'

financial advisors and / or other BRG professionals in order to discuss issues related to the

first day motions and in order to coordinate additional examinations and analyses.  Said

meetings and conference calls allowed for the first day motion analysis to be conducted in

an efficient, cost-effective manner and ensured that Counsel's needs were satisfied.

Fees: $9,395.00;          Hours: 13.3

**F.      211.01 – Bankruptcy Proceedings (Filings / Motions – Cash Collateral)**

23.      BRG continued its evaluation of relief requested and related issues raised in the

Debtors' "*Motion to Approve Use of Cash Collateral Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363; (II) Granting Adequate Protection to the Prepetition Secured Party Pursuant to 11 U.S.C. §§ 105(a), 361, 362, 363 and 507; (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b); and (IV) Granting Related Relief*" ("Cash Collateral Motion"). As part of its evaluation, BRG continued its examination of the Debtors' cash flow forecast for 2020. BRG also continued its analysis of the Debtors' weekly cash flow reports, including an evaluation of any variances between actual and budgeted activity and identification of issues for follow-up with the Debtors.

BRG participated in periodic conference calls and meetings with Counsel, Debtors' financial advisors and / or other BRG professionals in order to discuss issues related to the Cash Collateral Motion and in order to coordinate additional evaluations and analyses. Said meetings and conference calls allowed for the analysis to be conducted in an efficient, cost-effective manner and ensured that Counsel's needs were satisfied.

Fees: $12,422.50;        Hours: 18.7

### G.    211.03 – Bankruptcy Proceedings (Filings / Motions – Cash Management)

24.    BRG continued its analysis of relief requested and related issues raised in the Debtors' "*Motion to Maintain Bank Accounts Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue Using Existing Cash Management System, Including Existing Bank Accounts, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Existing Business Forms; and (II) Waiving the Requirements of 11 U.S.C. § 345(b); and (III) Granting Related Relief*" ("Cash Management Motion"). As part of

its services, BRG worked closely with Counsel in order to review and revise the proposed

Cash Management Final Order.

BRG participated in periodic conference calls and meetings with Counsel, Debtors'

financial advisors and / or other BRG professionals in order to discuss issues related to the

Cash Management Motion and in order to coordinate additional evaluations and analyses.

Said meetings and conference calls allowed for the analysis to be conducted in an efficient,

cost-effective manner and ensured that Counsel's needs were satisfied.

BRG's services related to the Cash Management Motion will benefit on-going and

pending analyses and investigations, including its identification and analysis of assets

available to the Debtors' creditors.

Fees: $8,994.00;                Hours: 12.4

**H.      211.05 – Bankruptcy Proceedings (Filings / Motions – Shared Services)**

25.      BRG continued its analysis of  relief requested and related issues raised in the

Debtors' "*Motion Regarding Chapter 11 First Day Motions Debtors' Motion for Entry of*

*Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Obligations*

*Under Shared Services Arrangements, (II) Authorizing Continued Performance of Obligations*

*Under Shared Services Arrangements, and (III) Granting Related Relief*" ("Shared Services

Motion").  As part of its analysis, BRG continued to provide assistance to Counsel in the

crafting of a final Shared Services order that was agreeable to the Tort Claimants' Committee.

BRG participated in periodic conference calls and meetings with Counsel and / or

other BRG professionals in order to discuss issues related to the Shared Services Motion

and in order to coordinate additional evaluations and analyses.  Said meetings and

conference calls allowed for the analysis to be conducted in an efficient, cost-effective

manner and ensured that Counsel's needs were satisfied.

BRG's services related to the Shared Services Motion will benefit on-going and pending analyses and investigations, including its identification and analysis of potential assets available to the Debtors' creditors.

Fees: $7,520.00;                    Hours: 10.4

**I.      221.00 – Debtors Operations / Monitoring (Cash Flow Reports)**

26.      BRG analyzed weekly cash flow budgets and actual results in order to keep Counsel and members of the TCC informed as to the Debtors' operations.  BRG prepared a rolling analysis of budgeted and actual results based on updated cash flow budgets provided by the Debtor.

BRG participated in periodic conference calls and meetings with Counsel and / or other BRG professionals in order to discuss issues related to the Cash Flow Reports and to coordinate additional evaluations and analyses.  Said meetings and conference calls allowed for the analysis to be conducted in an efficient, cost-effective manner and ensured that Counsel's needs were satisfied.

BRG will continue to provide services monitoring the Debtor's cash flows and operations and report its findings to counsel and the TCC to keep them informed of the debtors ongoing operations.

Fees: $9,039.00;                    Hours: 12.5

**J.      224.00 – Debtors Operations / Monitoring (Shared Services Reports)**

27.      BRG analyzed reports provided by the Debtor regarding cash receipts and disbursements related to non-debtor affiliates and local councils.  This analysis is ongoing and allows Counsel and the TCC to monitor the Debtor's activity in relation to the Shared

Services order.

Fees: $900.00;                    Hours: 1.2

**K.**     **300.00 – Asset Analysis (General – Debtors)**

28.     BRG analyzed the Debtors general, unrestricted assets. In particular, BRG

analyzed assets identified in the Debtors' bankruptcy schedules and statement of financial

affairs (which were filed on April 8, 2020) including cash, investments, real estate and

potential causes of action.

Fees: $33,537.00;                 Hours: 47.2

**L.**     **301.00 – Asset Analysis (General - Debtors Restricted / Identified Assets)**

29.     BRG continued it analysis of assets identified by the Debtors as being

restricted or otherwise unavailable to creditors. As part of this analysis, BRG continued its

examination of documents and records uploaded by the Debtors to the Data Room, including

wills, bequests, agreements, pledges and related correspondence. BRG's on-going

examination of restricted assets identified by the Debtors will benefit its analyses and

investigations, including its identification and analysis of potential assets available to the

Debtors' creditors.

Fees: $8,559.00;                  Hours: 22.4

**M.**     **303.00 – Asset Analysis (General – Local Councils)**

30.     BRG continued its preliminary analyses / investigations into assets available

to the Committee, including issues related to alleged restrictions and assets held by Local

Councils. As part of this analysis, BRG obtain Forms 990 for all 260 Local Councils from

the GuideStar research service. Using these documents, BRG developed its initial master

schedule of Local Council assets. BRG researched real estate information available on Local

Council websites and updated its master schedule. BRG also developed a process to automatically download all available documents from Local Council websites and began a review of these documents.

Fees: $62,078.50;          Hours: 168.4

**N.**    **<u>310.00 – Asset Analysis (Cash / Bank Accounts – Debtors)</u>**

31.    BRG began its initial examination of bank account statements and bank account reconciliation files uploaded by the Debtors during the month of April 2020. BRG's initial analysis of the Debtors bank accounts will benefit its on-going analyses and investigations, including its identification and analysis of potential assets available to the Debtors' creditors.

Fees: $12,051.50;          Hours: 33.4

**O.**    **<u>321.00 – Asset Analysis (Investments / Funds - Debtors Restricted / Identified Assets)</u>**

32.    BRG initiated an analysis of the BSA Commingled Endowment Fund ("CEF"), including supporting documentation uploaded by the Debtors' for the various participants in the CEF. BRG also examined organizational documents related to the CEF. BRG's initial analysis of the CEF will benefit its on-going analyses and investigations, including its identification and analysis of potential assets available to the Debtors' creditors.

Fees: $20,180.00;          Hours: 32.0

**P.**    **<u>330.00 – Asset Analysis (Real Property – Debtors)</u>**

33.    BRG analyzed the Debtors' real estate holdings, including corporate and high adventure facility properties. BRG's analysis of the Debtors' real estate holdings will

benefit its on-going analyses and investigations, including its identification and analysis of potential assets available to the Debtors' creditors.

Fees: $1,795.00;          Hours: 2.8

**Q.     332.00 – Asset Analysis (Real Property – Related Non- Debtors)**

34.     BRG examined the approximate $345 million note receivable owed to the Debtors' by Arrow WV Inc. ("Arrow") related to the Summit Bechtel Reserve ("Summit"). As part of its analysis, BRG reviewed supporting corporate documentation and analyzed available accounting data (including intercompany accounts receivable activity involving the Debtors and Arrow from 2012 through 2020). BRG provided its initial findings to Counsel.

Fees: $13,505.00;          Hours: 18.5

**R.     333.00 – Asset Analysis (Real Property – Local Councils)**

35.     BRG analyzed Local Council real estate holdings and updated utilized its master Local Council asset schedule discussed in Paragraph M above. As part of this analysis, BRG examined all active Local Council websites and recorded all real estate identified thereon (primarily service centers, scout shops and camps / reserves). BRG's analysis of the Local Councils' real estate holdings will benefit its on-going analyses and investigations, including its identification and analysis of potential assets available to the Debtors' creditors.

Fees: $34,783.50;          Hours: 75.6

**S.     500.00 – Viability Analysis**

36.     BRG began its analysis of the on-going viability of the Debtors' operations, including eight (8) business units of the Debtors' and six (6) Related Non-Debtors. This analysis included a detailed analysis of approximately 3.3 million general ledger entries

provided by the Debtor for the years 2017 through 2019.  BRG began its analysis of the data by individual business unit and for each Related Non-Debtor for each available year.  This analysis included revenue and expense amounts and trends.  BRG analyzed payroll and benefits for each business unit and entity.  BRG also developed a viability forecast for the years 2021 through 2025 for each individual business unit and Related Non-Debtor entity. BRG initiated a detailed study of membership, including the impact of historical declines and registration fee increases.

In order to establish reasonable assumptions for the viability forecast, BRG analyzed forecasts and budgets provided by the Debtor.  BRG used this information as well as historical trends to determine a reasonable membership forecast for the years 2021 through 2025.  BRG updated this information based on each subsequent forecast and 13-week budget provided by the Debtor.

Fees: $57,074.00;          Hours: 75.4

**T.     700.00 – Tax Compliance & Analysis**

37.    BRG evaluated tax issues related to net operating losses identified as assets in the Debtors' bankruptcy schedules. As part of this evaluation, BRG examined prior years' tax returns and related tax guidelines.

Fees: $4,062.00;          Hours: 5.1

**U.     900.00 – Report / Presentation Preparation**

38.    BRG prepared materials, outlines, and reports to present various preliminary findings and issues to the Committee on a periodic basis. These communications involved the evaluation of the Debtors' accounting information, progress in receiving access to essential documentation and data, various asset analyses, bank account analyses, financial

viability analyses, and the examination of local council and related non-debtor issues.

>Fees: $16,804.00;          Hours: 22.3

**V.**     **1000.00 – Case Administration**

39.     BRG analyzed issues related to objections filed by insurers against Debtors'
counsel's retention / employment application. The services rendered included the review of
the objection filed and the Debtors' subsequent response to the objection to evaluate
potential future impacts to existing TCC work and analyses.

>Fees: $1,859.00;          Hours: 2.5

**W.**     **1020.00 – Meeting Preparation & Attendance**

40.     BRG prepared for and participated in various conference calls with Counsel,
Debtors' counsel, Debtors' financial advisors, UCC counsel, UCC financial advisors, and /
or other BRG personnel regarding various case issues and assignments.

>Fees: $14,027.00;          Hours: 19.5

**Valuation of Services**

41.     Professionals and paraprofessionals of BRG expended a total of 692.7 hours as
financial advisors to the Tort Claimants' Committee during the Interim Period, as follows:

| Name of Professional | Title & Experience | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| R. Todd Neilson | Managing Director; Over 40 Years Experience; BS Accountancy 1975; CPA Since 1981 | $850.00 | 97.7 | $83,045.00 |
| David H. Judd | Managing Director; Over 40 Years Of Experience; Master Of Accountancy 1980 | 750.00 | 111.8 | 83,850.00 |
| Vernon Calder | Managing Director; Over 37 Years Of Experience; Master Of Accountancy 1983 | 745.00 | 2.6 | 1,937.00 |

| | | | | |
|---|---|---|---|---|
| Paul N. Shields | Managing Director; Over 32 Years Of Experience; Master Of Business Administration 1992; CPA Since 1991 | 715.00 | 6.1 | 4,361.50 |
| D. Ray Strong | Managing Director; Over 25 Years Of Experience; Master Of Accountancy 1995; CPA Since 1997 | 660.00 | 57.5 | 37,950.00 |
| Matthew Edman | Director, Over 15 Years Of Experience; Ph.D. Computer Science; ACE | 670.00 | 8.9 | 5,963.00 |
| Thomas Kiernan | Director, Over 29 Years Of Experience; B.S. Computer Science; CFCE, CCME | 670.00 | 2.6 | 1,742.00 |
| Christopher Tarbell | Director, Over 20 Years Of Experience; M.S. Computer Science; CFCE, EnCE, ACE | 670.00 | 0.8 | 536.00 |
| Matthew K. Babcock | Associate Director; Over 22 Years Of Experience; Master Of Accountancy 1998; CPA Since 2000 | 625.00 | 187.6 | 117,250.00 |
| Leif Larsen | Associate Director; Over 20 Years Of Experience; Bachelor of Science in Accounting; CPA Since 2006 | 560.00 | 0.5 | 280.00 |
| Christina Tergevorkian | Senior Associate; Over 4 Years Of Experience; Master Of Accountancy 2018; CPA Since 2019 | 295.00 | 50.0 | 14,750.00 |
| Shelby Chaffos | Associate; Over 4 Years Of Experience; Master Of Accountancy 2018 | 240.00 | 130.9 | 31,416.00 |
| Sherry Anthon | Case Assistant; Over 3 Years Of Experience; Master Of Accountancy 2000 | 205.00 | 31.4 | 6,437.00 |
| Evelyn Perry | Case Assistant; Over 32 Years Of Experience | 185.00 | 4.3 | 795.50 |
| | **Blended Rate** | **$563.47** | **692.7** | **$390,313.00** |

42.    The nature of work performed by these individuals is fully set forth in Exhibit B

attached hereto.  These are BRG's normal hourly rates for work of this character.  The reasonable

value of the services rendered by BRG for the Tort Claimants' Committee during the Second Monthly Period is $390,313.00.

43.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by BRG is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.  Moreover, BRG has reviewed the requirements of Del. Bankr. LR 2016-2 and the Interim Order and believes that this Application complies with such Rule and Order.

WHEREFORE, BRG respectfully requests that, for the period April 1, 2020 through April 30, 2020, an interim allowance be made to BRG for compensation in the amount of $390,313.00 and expenses in the amount of $513.74 for a total allowance of $390,826.74 and payment of $312,250.40 (80% of the allowed fees) and reimbursement of $513.74 (100% of the allowed expenses) be authorized for a total payment of $312,764.14.

Dated this ___ day of August, 2020.

R. Todd Neilson, CPA
Berkeley Research Group, LLC
201 South Main Street, Suite 450
Salt Lake City, Utah 84111

Financial Advisor to the Official Tort
Claimants' Committee

## **VERIFICATION**

STATE OF UTAH    COUNTY OF

SALT LAKE:

    R. Todd Neilson, after being duly sworn according to law, deposes and says:

    a)   I am a Certified Public Accountant and am a Managing Director with Berkeley

Research Group, LLC ("BRG").

    b)   I have read the foregoing *"Second Monthly Application Of Berkeley Research*

*Group, LLC For Compensation For Services Rendered And Reimbursement Of Expenses*

*Incurred As Financial Advisors To The Official Tort Claimants' Committee For The Period*

*From April 1, 2020 Through April 30, 2020"* (the "Application") and know the contents

thereof. I certify the facts stated therein are true of my own knowledge, except for those

stated upon information and belief, which I believe to be true. If called upon I could and

would testify completely thereto.

    c)   I have reviewed Del. Bankr. LR 2016-2 and the Interim Order signed on or

about April 6, 2020, and submit that the Application substantially complies with such Rule

and Order.

Dated this ___ day of August, 2020.

                                   R. Todd Neilson


SUBSCRIBED AND SWORN to before me this ___ day of August, 2020.

Notary Public
My Commission Expires: 02-21-2024



24