**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:  BOY SCOUTS OF AMERICA AND DELEWARE BSA, LLC, [1] | Chapter 11 Case No.: 20-10343 (LSS) |
| DEBTORS | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Flordia M. Henderson, do hereby certify that on August 10, 2020, a true and correct copy of the attached Motion for Relief from Automatic Stay to Continue Negotiations with Travelers Insurance Company and Notice of Motion for Relief from Automatic Stay has been served upon the following parties listed on the attached service list via First Class Mail Postage prepaid.

Dated:  August 10, 2020

Respectfully Submitted,

/s/Flordia M. Henderson
Flordia M. Henderson [16137]
Attorney for Movants
P.O. Box 30604
Memphis, TN 38130-0604
Telephone: (901)348-4406

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:  BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, [1] | Chapter 11 Case No.: 20-10343 (LSS) |
| DEBTORS | (Jointly Administered) |

## MOTION FOR RELIEF FROM AUTOMATIC STAY
## TO CONTINUE NEGOTIATIONS WITH TRAVELERS INSURANCE COMPANY

Comes Now, your Movants, Trennie L. Williams and Kiwayna Williams, as Parents, Legal Guardians and Next Friends of T. Q. W., a Minor, by and through their Attorney, Flordia M Henderson, pursuant to 11 U.S.C. §362(d) of the Bankruptcy Code, and Federal Rule of Bankruptcy Procedure 4001, and moves this Court for an order for Relief from Automatic Stay to Continue Negotiations with Travelers Insurance Company, and in support thereof, would state and show the following:

## FACTUAL BACKGROUND

1.  On or about June 15, 2019, the Movants' minor child sustained a severe traumatic brain injury in an automobile accident while he was a passenger in a vehicle operated by a Boy Scout Master, who was returning from an official activity of the Chickasaw Council Boy Scouts of America.

2.  At the time of the accident, the Debtors were covered by one or more insurance policies, including Travelers Insurance Company.

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311), The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

3.  The Debtors filed for relief under Chapter 11 of the Bankruptcy Code on February 18, 2020, which triggered the automatic stay pursuant to § 362(a).[2]

4.  Insurance coverage is available to the Debtors and applicable to the claims raised by the Movants that would inure to the benefit of the Movants.

5.  At the time of the bankruptcy filing, Movants had incurred $ 367,887.82 in medical specials and had submitted a demand for settlement to Travelers Insurance Company for the policy limits, plus 20% for future medical treatment.  Since that time, Movants have incurred an additional $ 193,333.29 in medical expenses and Movants' minor child continues to require medical care. No offer had been made by Travelers and no law suit had been filed.

6.  It would be in the interest of all parties for the Movants to be able to continue negotiations with Travelers and secure a settlement offer.

7.  There would be no prejudice in lifting the automatic stay to proceed with negotiations with the Debtors' insurance carrier as Movants are not seeking a payout of funds at this time.

8.  For the foregoing reasons, Movants request that the automatic stay be lifted so that settlement negotiations can proceed with Travelers Insurance Company and any other appliable company.

## JURISDICTION AND VENUE

9.  This court has jurisdiction to consider these Chapter 11 cases pursuant to 28 U.S.C. § 1334.

10.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[2] 11 U.S.C. §§ 101, *et seq.*

11. The statutory basics for the relief is 11 U.S.C. § 362(d)(1).[3]

## BASIS FOR RELIEF REQUESTED

12.   Pursuant to §362(d)(1) of the Bankruptcy Code, this Court has authority to grant relief from the automatic stay "for cause."  The test used by the DE Court to determine whether there is cause to lift the automatic stay is whether: (a) any "great prejudice" to either the bankrupt estate or the debtor will result from continuation of the civil suit; (b) the hardship to the plaintiff by maintenance of the stay considerably outweighs the hardship to the debtor; and (c) the creditor plaintiff has a probability of prevailing on the merits of this case. *In re Rexene Prods. Co.*, 141 B.R. 574, 577 (Bankr. D. Del. 1992). The Fernstrome Court wrote that the automatic stay may be consonant with the purposes of the Bankruptcy Act when equitable considerations weigh heavily in favor of the creditor and the debtor bears some responsibility for creating the problems." (*In re Fernstrom Storage and Van Co*., 938 F.2d 731 (7th Cir. 1991).

13.  The Debtors will not be prejudiced nor suffer hardship because the Movants are only seeking authority to negotiate a settlement, and not seeking authority to receive a payout of insurance proceeds at this time.

14.   Additionally, injuries and damages sustained by the Movants are the result of the negligent acts and/or omissions of Debtors and/or their agents. As such, insurance coverage which identifies the Debtors as covered insured(s) may exist in the form of a comprehensive general liability policy purchased by the Debtors.

15.  On the other hand, the hardship sustained by Movants is greater than any hardship imposed on the Debtors if the stay remains in effect.  The Movants minor child continues to receive medical

---

[3] 11 USC § 362 (d) (1) "on request of a party in interest and after notice and a hearing, the court shall grant relief from the stay provided under (a) of this section, such as by terminating, annulling, modifying, or conditioning such stay…for cause…";

3

treatment and has possibly sustained permanent physical impairment due to the accident as a result of the negligent acts and/or omissions of the Debtors and their agent.

### NOTICE

16.   Pursuant to Local Rule 4001-1(a), as applicable to a personal injury claimant, this Motion has been served on the following parties: (a) counsel for the Debtors; (b) the Office of the United States Trustee for the District of Delaware; (c) counsel for the Official Committee of Unsecured Creditors; (d) counsel for the Official Committee of Tort Claimants; (e) counsel for Travelers Insurance Company; and (f) all parties who have requested notice pursuant to Fed. R. Bankr. P. 2002.

**WHEREFORE, PREMISES CONSIDERED, MOVANTS PRAY that**:

1.   This matter is set for a hearing at the earliest possible date.

2.   An order be entered granting the Movants the relief from the automatic stay provision of the Bankruptcy Code.

3.   The Movants be awarded such other and further and general relief as the Court may deem proper.

Dated:  August 10, 2020

Respectfully Submitted,
/s/Flordia M. Henderson
Flordia M. Henderson [16137]
Attorney for Movants
P.O. Box 30604
Memphis, TN 38130-0604
Telephone: (901) 348-4406
Facsimile: (901) 348-4409
Email: flordia@fhendersonlaw.net

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---

IN RE:  BOY SCOUTS OF AMERICA AND          Chapter 11
    DELEWARE BSA, LLC, [1]                              Case No.: 20-10343 (LSS)

        DEBTORS                                          (Jointly Administered)

---

**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY**

---

**TO ALL PARTIES ON THE ATTACHED SERVICE LIST:**

**PLEASE TAKE NOTICE** that Trennie L. Williams and Kiwayna Williams, as Parents, Legal Guardians and Next Friends of T. Q. W., a Minor"), has today filed and served the attached Motion for Relief from the Automatic Stay (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any party wishing to oppose the entry of an order approving the Motion must file a response or an objection to the Motion ("Objection") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **August 31, 2020**  AT 4:00 P.M. (Prevailing Eastern Time) (the "Objection Deadline"). At the same time, you must serve such Objection upon the undersigned counsel so as to be received by the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **September 9, 2020 AT 10:00 A.M. (Prevailing Eastern Time)** BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURT ROOM #2, WILMINGTON, DELAWARE 19801. ONLY PARTIES WHO HAVE FILED A TIMELY OBJECTION WILL BE HEARD AT THE HEARING.

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY
GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR
HEARING.


Dated:  August 10, 2020

                                        Respectfully Submitted,

                                        /s/Flordia M. Henderson
                                        Flordia M. Henderson [16137]
                                        Attorney for Movants
                                        P.O. Box 30604
                                        Memphis, TN 38130-0604
                                        Telephone: (901)348-4406

## SERVICE LIST

**Derek C. Abbott**
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

**Nancy Adams**
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
One Financial Center
Boston, MA 02111

**Jason P. Amala**
PFAU Cochran Vertetis Amals PLLC
403 Columbia Street
Suite 500
Seattle, WA 98104

**Danielle Anderson**
Miller, Canfield
277 South Rose Street
Suite 5000
Kalamazoo, MI 49007

**Margaret M. Anderson**
Fox Swibel Levin & Carroll, LLP
200 West Madison Street
Suite 3000
Chicago, IL 60606

**Michael Christian Andolina**
Sidley Austin
1 South Dearborn Street
Chicago, IL 60603

**Anne Andrews**
ANDREWS & THORNTON
4701 Von Karman Ave
Suite 300
Newport Beach, CA 92660

**Lorraine Armenti**
Coughlin Duffy, LLP
350 Mount Kemble Ave.
PO Box 1917
Morristown, NJ 07962

**Mary E. Augustine**
A M Saccullo Legal, LLC
27 Crimson King Drive
Bear, DE 19701

**Richard A. Barkasy**
Schnader Harrison Segal & Lewis LLP
824 Market Street, Suite 800
Wilmington, DE 19801

**Joseph Charles Barsalona II**
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
Suite 1600
Wilmington, DE 19801

**Karim Basaria**
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

**Richard J. Bernard**
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

**Victor Vilaplana**
Foley & Lardner LLP
3579 Valley Centre Drive, Ste. 300
San Diego, CA 92130

**Sunni P Beville**
Brown Rudnick LLP
One Financial Center
Boston, MA 02111

**Karen C. Bifferato**
Connolly Gallagher LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19801

**Jeffrey E. Bjork**
Latham & Watkins LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560

**David E. Blabey, Jr.**
Kramer, Levin, Nafkalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

**Jessica C. Boelter**
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

**William Pierce Bowden**
Ashby & Geddes
500 Delaware Avenue
8th Floor, P.O. Box 1150
Wilmington, DE 19899

**Robert S. Brady**
Young, Conaway, Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801

**Morton R. Branzburg**
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103

**Kayla D Britton**
Faegre Drinker Biddle & Reath LLP
600 E 96th Street
Suite 600
Indianapolis, IN 46240

**Todd M. Brooks**
Whiteford, Taylor & Preston LLP
7 Saint Paul Street
Baltimore, MD 21202-1636

**David L. Buchbinder**
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
Suite 2207
Wilmington, DE 19801

**U. S. Trustee**
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 King St., Suite 2207
Lockbox 35
Wilmington, DE 19801

**John E Bucheit**
BRADLEY RILEY JACOBS PC
320 W. Ohio Street, Suite 3W
Chicago, IL 60654

**Kate R. Buck**
McCarter & English, LLP
405 N. King Street, 8th Floor
Wilmington, DE 19801

**Cassandra B. Burton**
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, DC 20005

**Linda F. Cantor**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
13th Floor
Los Angeles, CA 90067-4003

**Paul W. Carey**
Mirick O'Connell DeMallie & Lougee
100 Front Street
Worcester, MA 01608-1477

**Bruce D Celebrezze**
Clyde & Co US LLP
101 Second Street
25th Floor
San Francisco, CA 94105

**Joseph Clarke Celentino**
Wachtell, Lipton, Rosen & Katz
51 W. 52nd Street
New York, NY 10019

**Jasmine Chalashtori**
Gilbert LLP
700 Pennsylvania Avenue
Suite 400
Washington, DC 20003

**Shawn M. Christianson**
Buchalter P.C.
55 Second Street, 17th Floor
San Francisco, CA 94105-3493

**James F Conlan**
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

**Kelly M. Conlan**
Connolly Gallagher LLP
1201 North Market Street, 20th Floor
Wilmington, DE 19801

**Kevin Coughlin**
Coughlin Duffy, LLP
350 Mount Kemble Ave.
PO Box 1917
Morristown, NJ 07962

**Stephen Crew**
CREW JANCI LLP
1200 NW Naito Parkway
Suite 500
Portland, OR 97209

**Stephen Crew**
Crew Janci LLP
1200 NW Naito Parkway
Suite 500
Portland, OR 97209

**Thomas C. Crumplar**
Jacobs & Crumplar, P.A.
750 Shipyard Drive
Suite 200
Wilmington, DE 19801

**Joseph Elmer Kaminski**
Jacobs & Crumplar, P.A.
750 Shipyard Drive
Suite 200
Wilmington, DE 19801

**Mark L. Desgrosseilliers**
Chipman Brown Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street
Suite 5400
Wilmington, DE 19801

**Nicholas M. DiCarlo**
Zuckerman Spaeder LLP
1800 M. Street NW
Suite 1000
Washington, DC 20036

**John P. Dillman**
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

**Amish R. Doshi**
Doshi Legal Group, P.C.
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042

**Buchalter PC**
Shawn M. Christianson
55 Second St., 17th Floor
San Franscisko, CA 94105

**Kristi JoLynn Doughty**
c/o Schnader Harrison Segal & Lewis LLP
824 N. Market St., Suite 1001
Wilmington, DE 19801

**James W Ducayet**
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

**Erin Edwards**
Young, Conaway, Stargatt & Taylor
Rodney Square
1000 North King Street
Wilmington, DE 19801

**Bruce Ewing**
Dorsey & Whitney LLP
51 West 52nd Street
New York, NY 10019-611

**Brent D. Fallon**
Morris James, LLP
500 Delaware Ave., Suite 1500
P. O. Box 2306
Willington, DE 19899-2306

**Paul A Fanning**
Ward and Smith, P.A.
120 West Fire Tower Road
P.O. Box 8088
Greenville, NC 27835-8088

**Clement J. Farley**
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

**BSA Northern NJ Council**
c/o Clement J. Farley
Renaissance Center
405 N. King St., 8th Floor
Willington, DE 19801

**Erin R Fay**
Bayard, P.A.
600 North King Street
Suite 400
Wilmington, DE 19801

**Craig Trent Fessenden**
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Office of the Chief Counsel
Suite 340
Washington, DC 20005


**Gregory Joseph Flasser**
Bayard, P.A.
600 North King Street
Suite 400
Wilmington, DE 19801

**Kate P. Foley**
Mirick O'Connell DeMallie & Lougee
1800 West Park Drive, Suite 400
Westborough, MA 01581


**David M. Fournier**
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709


**Jason A. Gibson**
The Rosner Law Group LLC
824 Market Street, Suite 810
Wilmington, DE 19801


**Steven A. Ginther**
Missouri Dept. of Revenue
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105-0475


**Alessandra Glorioso**
Dorsey & Whitney (Delaware) LLP
300 Delaware Avenue
Suite 1010
Wilmington, DE 19801

**Kristian W. Gluck**
Norton Rose Fulbright US LLP
2200 Ross Ave. Suite 3600
Dallas, TX 75201-2784

**Adam J. Goldberg**
Latham & Watkins, LLP
885 Third Avenue
New York, NY 10022

**Craig Todd Goldblatt**
Wilmer Cutler Pickering Hale & Dorr
1875 Pennsylvania Avenue, NW
Washington, DC 20006

**Andrew N Goldfarb**
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, DC 20036

**Eric S. Goldstein**
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103

**Debra L. Greenberger**
Emery Celli Brinckerhoff & Abady LLP
600 Fifth Avenue
10th Floor
New York, NY 10020

**Emily Grim**
Gilbert LLP
1100 New York Ave.
Suite 700
Washington, DC 20005

**Susan N.K. Gummow**
Foran Glennon Palandech Ponzi & Rudloff
222 N. LaSalle Street, Suite 1400
Chicago, IL 60601

**Kurt F. Gwynne**
Reed Smith LLP
1201 Market Street
15th Floor
Wilmington, DE 19801

**Emily Margaret Hahn**
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Blvd., Suite 300
McKinney, TX 75069

**Edwin J. Harron**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391

**Brett Michael Haywood**
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**Flordia M Henderson**
F. Henderson, P.C.
P.O. Box 30604
Memphis, TN 38130-0604

**R. Karl Hill**
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899

**Alan C. Hochheiser**
Maurice Wutscher LLP
23611 Chagrin Blvd
Suite 207
Beachwood,, OH 44122

**Maurice Wutscher LLP**
23611 Chagrin Blvd. Suite 207
Beachwood, OH 44122

**Jason Paul Hood**
Davies Hood PLLC
22 North Front Street, Suite 620
Memphis, TN 38103-2100

**Michael Hrinewski**
Coughlin Duffy, LLP
350 Mount Kemble Ave.
PO Box 1917
Morristown, NJ 07962

**Joseph H. Huston, Jr.**
Stevens & Lee, P.C.
919 North Market Street
Suite 1300
Wilmington, DE 19801

**Patrick A. Jackson**
Faegre Drinker Biddle & Reath LLP
222 Delaware Avenue
Wilmington, DE 19801

**Todd C. Jacobs**
Bradley Riley Jacobs PC
320 W. Ohio Street
Suite 3W
Chicago, IL 60654

**Jay Jaffe**
Faegre Drinker Biddle & Reath LLP
600 E 96th Street, Suite 600
Indianapolis, IN 46240

**Peter Janci**
CREW JANCI LLP
1200 NW Naito Parkway
Suite 500
Portland, OR 97209

**Gerald D. Jowers**
Janet, Janet & Suggs, LLC
500 Taylor Street
Suite 301
Columbia, SC 29201

**Michael Joseph Joyce**
The Law Offices of Joyce, LLC
1225 King Street
Suite 800
Wilmington, DE 19801

**Brya Michele Keilson**
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19801

**Regina S. Kelbon**
Blank Rome LLP
1201 Market Street
Wilmington, DE 19801

**Michael Kelly**
P.O. Box 1311
Odessa, TX 79760-1311

**Bielli & Klauder, LLC**
1204 N. King Street
Wilmington, DE 19801

**Sara Beth A.R. Kohut**
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 N. West Street
Wilmington, DE 19801

**Michele Backus Konigsberg**
Shipman & Goodwin LLP
1875 K Street NW
Suite 600
Washington, DC 20006-1251

**Alan J. Kornfeld**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd, 11th Floor
Los Angeles, CA 90067

**Thomas A. Labuda, Jr.**
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

**Adam G. Landis**
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801

**Tara LeDay**
McCreary, Veselka, Bragg & Allen P.C.
P.O. Box 1269
Round Rock, TX 78680

Texas Taxing Authorities
c/o Tara LeDay
P.O. Box 1269
Round Rock, TX 78680

**Bruce William Leaverton**
Karr Tuttle Campbell
701 Fifth Avenue, Ste. 3300
Seattle, WA 98104

**David A. Lebowitz**
Kaufman Lieb Lebowitz & Frick LLP
10 East 40th Street
Suite 3307
New York, NY 10016

 Joseph H Lemkin
Stark & Stark
993 Lenox Dr, Building 2
Lawrenceville, NJ 08648

**Britton Lewis**
Carruthers & Roth PA
235 North Edgeworth Street
PO Box 540
Greensboro, NC 27401

**Matthew Evan Linder**
Sidley Austin LLP
1 South Dearborn Street
Chicago, IL 6603

**Elizabeth M Little**
Faegre Drinker Biddle & Reath LLP
600 E 96th Street
Suite 600
Indianapolis, IN 46240

**Maxim B. Litvak**
c/o Pachulski Stang Ziehl & Jones LLP
150 California Street
15th Floor
San Francisco, CA 94111

**John W. Lucas**
c/o Pachulski Stang Ziehl & Jones LLP
150 California Street 15 floor
San Francisco, CA 94111

**Doug Mahoney**
Tremont Sheldon Robinson Mahoney P.C.
64 Lyon Terrace
Bridgeport, CT 06604

**Chipman Brown Cicero & Cole, LLP**
Hercules Plaza
1313 North Market Street
Suite 5400
Wilmington, DE 19801

**Ryan E. Manns**
Norton Rose Fulbright US LLP
2200 Ross Avenue
Suite 3600
Dallas, TX 75201

**Kim V. Marrkand**
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
One Financial Center
Boston, MA 02111

**Jonathan D. Marshall**
Brown Rudnick LLP
One Financial Center
Boston, MA 02111

**R. Craig Martin**
DLA Piper LLP (US)
1201 North Martket Street
Suite 2100
Wilmington, DE 19801

**Wachtell, Lipton,Rosen & Katz**
51 West 52d Street
New York, NY 10019

**Richard G. Mason**
Wachtell Lipton Rosen & Katz
51 West 52nd Street
New York, NY 10019-6119

**Douglas K Mayer**
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

**Thomas Moers Mayer**
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

**Laura L. McCloud**
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, TN 37202

**TN Dept of Labor - Bureau of Unempl. Ins.**
TN Attorney General's Office
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207

**Hannah Mufson McCollum**
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

**U.S. Trustee**
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**U.S. Trustee**
Bruce W. McCullough
Bodell Bove, LLC
1225 N. King Street, Suite 1000
Wilmington, DE 19801

**Brian J. McLaughlin**
Monzack Mersky McLaughlin and Browder PA
1201 N. Orange Street
Suite 400
Wilmington, DE 19801

**John Daniel McLaughlin, Jr.**
Ferry Joseph, P.A.
824 North Market Street
Suite 1000
Wilmington, DE 19801

**Wachtell, Lipton,Rosen & Katz**
51 West 52d Street
New York, NY 10019

**Marcy J. McLaughlin Smith**
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

**Taylor Meehan**
Clyde & Co US LLP
101 Second Street
25th Floor
San Francisco, CA 94105

**Michael Joseph Merchant**
Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**Rachel B. Mersky**
Monzack Mersky McLaughlin & Browder, PA
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

 **Nicholas J. Messana**
Latham & Watkins LLP
355 South Grand Avenue
Suite 100
Los Angeles, CA 90071-1560

**Angela Z Miller**
Phillips Lytle LLP
One Canalside
125 Main Street
Buffalo, NY 14203

**Eric Moats**
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19801

**Haynes and Boone LLP**
David J. Molton
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

**Paul Mones**
PAUL MONES, PC
13101 Washington Blvd., Suite 103
Los Angeles, CA 90066

**Katelin Ann Morales**
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

**John A. Morris**
Pachulski Stang Ziehl & Jones LLP
780 Third Ave, 36th floor
New York, NY 10017

**Christopher Murphy**
Texas Attorney General's Office
PO Box 12548
Austin, TX 78711

**Texas Workforce Commission**
Christopher S. Murphy
c/o Sherri K. Simpson, Paralegal
P.O. Box 12548
Austin, TX 78711-2548

**Peter Klaus Muthig**
Maricopa County Attorney's Office
Civil Services Division
225 W. Madison Street
Phoenix, AZ 85003
**Vincent Nappo**
PFAU CochranVertetis Amala PLLC
403 Columbia Street
Suite 500
Seattle, WA 98104

**Iain A.W. Nasatir**
Pachulski Stang Ziehl Jones LLP
10100 Santa Monica Blvd
13th Floor
Los Angeles, CA 90067

**Meredith Neely**
Gilbert LLP
700 Pennsylvania Avenue
Suite 400
Washington, DC 20003

**Stephen J. Neuberger**
The Neuberger Firm
17 Harlech Drive
Wimington, DE 19807

**Joseph Elmer Kaminski**
Jacobs & Crumplar
750 Shipyard Dr., Suite 200
Wilmington, DE 19801

**Thomas Law Offices**
9418 Norton Commons
Suite 200
Louisville, KY 40059

**Janet, Janet & Suggs, LLC**
500 Taylor St., Suite 301
Columbia, SC 29201

**Thomas S. Neuberger**
The Neuberger Firm
17 Harlech Drive
Wilmington, DE 19807

**Andrew Fotre O'Neill**
Sidley Austin
1 South Dearborn Street
Chicago, IL 60603

**James E O'Neill**
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

**Robert B. Orgel**
Pachulski Stang
10100 Santa Monica Blvd.
13th Flr.
Los Angeles, CA 90067

**Domenic E. Pacitti**
Klehr Harrison Harvey Branzburg LLP
919 Market Street
Suite 1000
Wilmington, DE 19801

**Janine Panchok-Berry**
O'Melveny & Myers
Times Square Tower
7 Times Square Tower
New York, NY 10036

**Morgan L. Patterson**
Womble Bond Dickinson (US) LLP
1313 North Market Street
Suite 1200
Wilmington, DE 19801

**Michael T. Pfau**
PFAU Cochron Vertetis Amala PLLS
403 Columbia Street, Suite 500
Seattle, WA 98104

**Kimberly A. Posin**
Latham & Watkins LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560

**Amy Christine Quartarolo**
Latham & Watkins LLP
355 South Grand Avenue
Suite 100
Los Angeles, CA 90071

**Kami Elizabeth Quinn**
Gilbert LLP
1100 New York Ave.
Suite 700
Washington, DC 20005

**Andrew R. Remming**
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**Bradley Rice**
Nagel Rice LLP
103 Eisenhower Parkway
Suite 103
Roseland, NJ 07068

**Deirdre M. Richards**
Fineman Krekstein & Harris P.C.
1300 N. King Street
Wilmington, DE 19801

**Richard W. Riley**
Whiteford, Taylor & Preston, LLC
The Renaissance Centre
405 N. King Street
Suite 500
Wilmington, DE 19801

**Rachael Ringer**
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

**Matthew G. Roberts**
Troutman Sanders LLP
600 Peachtree St. NE
Suite 3000
Atlanta, GA 30308

**Cindy Robinson**
Tremont Sheldon Robinson Mahoney P.C.
64 Lyon Terrace
Bridgeport, CT 06604

**Chipman Brown Cicero & Cole, LLP**
Hercules Plaza
1313 North Market Street
Suite 5400
Wilmington, DE 19801

**Andrew John Roth-Moore**
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**James Ruggeri**
Shipman & Goodwin LLP
1875 K Street NW
Suite 600
Washington, DC 20006-1251

**James P. Ruggeri**
Shipman & Goodwin LLP
1875 K Street NW
Suite 600
Washington, DC 20006-1251

**Anthony M. Saccullo**
A M Saccullo Legal, LLC
27 Crimson King Drive
Bear, DE 19701

**Jorge Vega**
Ilan B. Scharf
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue
36th Floor
New York, NY 10017

**Tancred Schiavoni**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

**Eric Lopez Schnabel**
Dorsey & Whitney (Delaware) LLP
300 Delaware Avenue
Suite 1010
Wilmington, DE 19801

**Louis C. Schneider**
Thomas Law Offices, PLLC
9418 Norton Commons Blvd.
Suite 200
Louisville, KY 40059

**Shivani P. Shah**
Norton Rose Fulbright US LLP
2200 Ross Avenue
Suite 3600
Dallas, TX 75201

**Jennifer R Sharret**
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY

**Igor Shleypak**
Foran Glennon Palandech Ponzi & Rudloff
222 N. LaSalle Street, Suite 1400
Chicago, IL 60601

**Christopher Page Simon**
Cross & Simon, LLC
1105 North Market Street, Suite 901
Wilmington, DE 19899

**Ryan S. Smethurst**
McDermott Will & Emergy LLP
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531

**Laura Smith**
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201

**Matthew W. Sorem**
Nicolaides Fink Thorpe Michaelides Sulli
10 S. Wacker Dr.
21st Floor
Chicago, IL 60606

**Stamatios Stamoulis**
Stamoulis & Weinblatt LLC
800 N. West Street, Third Floor
Wilmington, DE 19801

**James I. Stang**
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, CA 90067

**Don Stecker**
Linebarger Goggan Blair & Sampson, LLP
112 E. Pecan Street, Suite 2200
Weston Centre
San Antonio, TX 78205

**Louis R. Strubeck, Jr.**
Norton Rose Fulbright US LLP
2200 Ross Avenue
Suite 3600
Dallas, TX 75201

**William D. Sullivan**
Sullivan Hazeltine Allinson LLC
919 North Market Street, Suite 420
Wilmington, DE 19801

**Stanley B. Tarr**
Blank Rome LLP
1201 North Market Street
Suite 800
Wilmington, DE 19801

**Jeffrey Thomas Testa**
McCarter & English
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4096
**Boy Scouts of America Northern NJ Council**
McCarter & English, LLP
Renaissance Center
405 N. King Street, 8th Floor
Wilmington, DE 19801

**Tad Thomas**
Thomas Law Offices, PLLC
9418 Norton Commons Blvd., Suite 200
Louisville, KY 40059

**John C. Thornton**
ANDREWS & THORNTON
4701 Von Karman Ave
Suite 300
Newport Beach, CA 92660

**James Tobia**
The Law Office of James Tobia, LLC
1716 Wawaset Street
Wilmington, DE 19806

**Paige Noelle Topper**
Morris Nichols Arsht & Tunnel
1201 N. Market Street
Wilmington, DE 19801

**Daniel W. Van Horn**
Butler Snow LLP
P.O. Box 171443
Memphis, TN 38187-1443

**Victor Vilaplana**
Foley & Lardner LLP
3579 Valley Centre Drive
Ste 300
San Diego, CA 92130

**Riley C. Walter**
Wanger Jones Helsley PC
265 E. River Park Circle Ste. 310
Fresno, CA 93720

**Wanger Jones Helsley PC**
265 E. River Park Circle
Suite 310
Fresno, CA 93720

**Matthew P. Ward**
Womble Bond Dickinson (US) LLP
1313 North Market Street
Suite 1200
Wilmington, DE 19801

**Blair M. Warner**
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

**Margaret H. Warner**
McDermott Will & Emery LLP
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531

**Raeann C. Warner**
Jacobs & Crumplar P.A.
750 Shipyard Dr., Suite 200
P.O. Box 1271
Wilmington, DE 19899

**Jacobs & Crumplar**
750 Shipyard Dr., Suite 200
Wilmington, DE 19801

**Megan M. Wasson**
Kramer Levin Naftalis & Frankel LLP
117 Avenue of the Americas
New York, NY 10036

**Jeffrey R. Waxman**
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19801

**John R. Weaver, Jr.**
831 North Tatnall Street
Suite 200
Wilmington, DE 19801

**Stark & Stark, P.C.**
993 Lenox Drive, Bldg. 2
Lawrenceville, NJ 08648

**Joshua Weinberg**
Shipman & Goodwin LLP
1875 K Street NW,  Suite 600
Washington, DC 20006-1251

**Shipman & Goodwin LLP**
One Constitution Plaza
Hartford, CT 06103

**Richard Charles Weinblatt**
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road
Suite 307
Wilmington, DE 19809

**Helen Elizabeth Weller**
**Linebarger Goggan Blair & Sampson, LLP**
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207

**John P. Dillman**
Linebarger Goggan Blair & Sampson
Post Office Box 3064
Houston, TX 77253-3064

**Abigail Williams**
Shipman & Goodwin LLP
1875 K Street NW
Suite 600
Washington, DC 20006-1251

**Harris B. Winsberg**
Troutman Sanders LLP
600 Peachtree St. NE
Suite 3000
Atlanta, GA 30308

**Sharon M Zieg**
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg., 17th Floor
1000 West Street
PO Box 391
Wilmington, DE 19899

**Albert Piasecki**
Claim Professional
The Travelers Indemnity Company
P.O. Box 650293
Dallas, TX 75265-0293

**Donald H. Bacon**
400 West Capitol Ave., Suite 2000
Little Rock, AR 72201-3522