**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| BOY SCOUTS OF AMERICA, | ) ) ) | Case No. 20-10343 (LSS) |
| Debtors. | ) |  |

**ENTRY OF APPEARANCE, REQUEST FOR SERVICE
OF PAPERS, AND RESERVATION OF RIGHTS**

PLEASE TAKE NOTICE that the undersigned hereby appear as counsel for **The Waite and Genevieve Phillips Foundation**, a party in interest, and under, inter alia, Bankruptcy Rules 2002, 9007, 9010 and Section 1109(b) of the Bankruptcy Code, 11 U.S.C. §1109(b), requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon:

Jason C. Powell, Esquire
Thomas Reichert, Esquire
The Powell Firm, LLC
1201 N. Orange Street, Suite 500
P.O. Box 289
Wilmington, DE 19899
Telephone: (302)650-1572
jpowell@delawarefirm.com
treichert@delawarefirm.com

PLEASE TAKE FURTHER NOTICE that under section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, courier service,

1

hand-delivery, telephone, facsimile transmission, telegraph, telex, or otherwise (1) that affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, including The Waite and Genevieve Phillips Foundation with respect to: (a) the debtors; (b) property of the estates, or proceeds thereof, in which the debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the debtors may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment, or other conduct by The Waite and Genevieve Phillips Foundation.

PLEASE TAKE FURTHER NOTICE that The Waite and Genevieve Phillips Foundation intends that neither this Entry of Appearance nor any later appearance, pleading, claim, or suit shall waive (1) the right of The Waite and Genevieve Phillips Foundation to have final orders in noncore matters entered only after de novo review by a District Judge; (2) the right of The Waite and Genevieve Phillips Foundation to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) the right of The Waite and Genevieve Phillips Foundation to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which The Waite and Genevieve Phillips Foundation is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

| | |
|---|---|
| Date: August 11, 2020 | THE POWELL FIRM, LLC |
| | /s/ Jason C. Powell |
| | Jason C. Powell, Esquire (No. 3768) |
| | Thomas Reichert, Esquire (No. 6220) |
| | 1201 N. Orange Street, Suite 500 |
| | P.O. Box 289 |
| | Wilmington, DE  19899 |
| | (302) 650-1572 |
| | jpowell@delawarefirm.com |
| | treichert@delawarefirm.com |
| | Counsel for The Waite and Genevieve Phillips Foundation |