## **<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on August 11, 2020, he caused the foregoing to be electronically filed with the Clerk of the Court using the ECF system that will send notification of such filing to the parties indicated on the Notice of Electronic Filing.

   /s/ Jason C. Powell

Jason C. Powell, Esquire (No. 3768)