# EXHIBIT A
# (PROPOSED ORDER)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x | |
| In re: | : | Chapter 11 |
| | : | |
| BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC,[1] | : | Case No.: 20-10343 (LSS) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | **Re: D.I. __** |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | x | |

**ORDER GRANTING 1040 AVENUE OF THE AMERICAS RELIEF**
**FROM THE AUTOMATIC STAY TO APPLY SECURITY DEPOSIT**

Upon the motion (the "Motion")[2] of 1040 Avenue of the Americas, LLC (the "Landlord") for entry of an order, pursuant to sections 362(d) and 553(a) of title 11 of the United States Code (the "Bankruptcy Code"), granting the Landlord relief from the automatic stay to permit the Landlord to apply a prepetition security deposit to the outstanding prepetition lease obligations owed to the Landlord and to the Landlord's lease rejection damages claim; and due and sufficient notice of the Motion having been given; and it appearing that no other or further notice need be provided; and after due deliberation thereon; and sufficient cause appearing therefor, it is hereby

**ORDERED THAT:**

1. The Motion is granted to the extent set forth herein.

2. The automatic stay is hereby lifted pursuant to section 362(d) of the Bankruptcy Code, solely to allow the Landlord to immediately setoff and apply the Security Deposit in the amount of $57,630.00 against the Prepetition Claim. For the avoidance of doubt, the Debtors' estates shall have no interest in the Security Deposit.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used herein but otherwise not defined shall retain the meaning ascribed to them in the Motion.

2

3. The Prepetition Claim hereby is reduced by the amount of the Security Deposit. Within seven (7) days after the Court's entry of this Order, the Landlord shall file an amended proof of claim setting forth the Prepetition Claim as reduced by the amount of the Security Deposit.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: _____

_____
UNITED STATES BANKRUPTCY JUDGE