# EXHIBIT C

Debtor: Boy Scouts of America

UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE

Case Number: 20-10343

**FILED**
Claim No. 107
**July 01, 2020**
By Omni Claims Agent
For U.S. Bankruptcy Court
District of Delaware

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

Carefully read instructions included with this Proof of Claim before completing.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
1040 Avenue of the Americas, LLC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
[X] No
[ ] Yes    From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Rubin LLC, Attn: Paul Rubin, Esq.
345 Seventh Avenue, 21st Floor
New York, NY 10001

Contact Phone  212-390-8054
Contact email  prubin@rubinlawllc.com

Where should payments to the creditor be sent? (if different)

Contact Phone  _____
Contact email  _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one)
_____

**4. Does this claim amend one already filed?**
[X] No
[ ] Yes    Claim Number on court claims registry (if known) _____    Filed On _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
[X] No
[ ] Yes    Who made the earlier filing? _____

Official Form 410                                Proof of Claim

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |

**6. Do you have any number you use to identify the debtor?**

[X] No
[ ] Yes    Last 4 digits of the debtor's account or any number you use to identify the debtor: _____

**7. How much is the claim?**    $ $320,352.76

**Does this amount include interest or other charges?**

[X] No
[ ] Yes    Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information

Lease arrearages and rejection damages

**9. Is all or part of the claim secured?**

[ ] No
[X] Yes    The claim is secured by a lien on property

**Nature of property:**

[ ] Real Estate    If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*

[ ] Motor Vehicle

[X] Other    Describe: Security Deposit

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.

**Value of Property:**    $ $57,630.00
**Amount of the claim that is secured:**    $ $57,630.00
**Amount of the claim that is unsecured:**    $ $260,749.36    (The sum of the secured and unsecured amounts should match the amount in line 7).

**Amount necessary to cure any default as of the date of the petition:**    $ $19.80

**Annual Interest Rate:**    (when case was filed)    _____ %
[X] Fixed
[ ] Variable

**10. Is this claim based on a lease?**

[ ] No
[X] Yes    **Amount necessary to cure any default as of the date of the petition.**    $ $19.80

**11. Is this claim subject to a right of setoff?**

[ ] No
[X] Yes    Identify the property: Security Deposit

**12. Is this claim for the value of goods received by the debtor within 20 days before the commencement date of this case (11 U.S.C. § 503(b)(9)).?**

[X] No
[ ] Yes    Amount of 503(b)(9) Claim: $ _____

Official Form 410    **Proof of Claim**

| 13. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | | |
|---|---|---|
| | ☐ No | |
| | ☒ Yes   *Check all that apply* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use.  11 U.S.C. § 507(a)(7). | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier.  11 U.S.C. § 507(a)(4). | $ _____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| | ☐ Contributions to an employee benefit plan 11 U.S.C. § 507(a)(5). | $ _____ |
| | ☒ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies. | $ $1,973.40 |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:   Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent.  Bankruptcy Rule 3004.
☐ I am the guarantor, surety, endorser, or other codebtor.  Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowlegment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  7/1/2020
           MM / DD / YYYY

Orin Wilf
Signature

**Print the name of the person who is completing and signing this claim:**

| | | | |
|---|---|---|---|
| Name | Orin Wilf | | |
| | First Name | Middle Name | Last Name |
| Title | Manager | | |
| Company | Garden Commercial Properties | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 820 Morris Turnpike | | |
| | Short Hills, NJ 07078 | | |
| Contact Phone | 973-467-5000 | Email | MarkD@wilf-law.com |

Official Form 410                     **Proof of Claim**

UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE

**Fill in the information to identify the case (Select only one Debtor per form):**

☑ In re Boy Scouts of America, Case No. 20-10343 (LSS)
☐ In re Delaware BSA, LLC, Case No. 20-10342 (LSS)

Official Form 410
# Proof of Claim
04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. With the exception of claims under section 503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503. This form should **not** be used if you have a claim arising from sexual abuse and you were under the age of eighteen (18) at the time the sexual abuse began. If you have such a claim, you must file a Sexual Abuse Survivor Proof of Claim. For more information on how to file a Sexual Abuse Survivor Proof of Claim, go to: www.officialbsaclaims.com.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

---

### Part 1: Identify the Claim

**1. Who is the current creditor?**
1040 Avenue of the Americas, LLC
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes   From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Rubin LLC, Attn: Paul Rubin, Esq.
Name
345    Seventh Avenue, 21st Floor
Number    Street
New York        NY    10001
City        State    ZIP Code

Contact Phone  212-390-8054
Contact email  prubin@rubinlawllc.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one)

Where should payments to the creditor be sent? (if different)

Name
Number    Street
City    State    ZIP Code

Contact Phone
Contact email

**4. Does this claim amend one already filed?**
☑ No
☐ Yes   Claim Number on court claims registry (if known) _____   Filed On _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes   Who made the earlier filing? _____

---

Official Form 410                                    **Proof of Claim**                                    Page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |

**6. Do you have any number you use to identify the debtor?**
☑ No
☐ Yes    Last 4 digits of the debtor's account or any number you use to identify the debtor: _____

**7. How much is the claim?**    $ 320,352.76

Does this amount include interest or other charges?
☑ No
☐ Yes    Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information

Lease arrearages and rejection damages

**9. Is all or part of the claim secured?**
☐ No
☑ Yes    The claim is secured by a lien on property

**Nature of property:**
☐ Real Estate    If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*
☐ Motor Vehicle
☑ Other    Describe: Security Deposit

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.

**Value of Property:**    $ 57,630.00
**Amount of the claim that is secured:**    $ 57,630.00
**Amount of the claim that is unsecured:**    $ 260,749.36    (The sum of the secured and unsecured amounts should match the amount in line 7).

**Amount necessary to cure any default as of the date of the petition:**    $ 19.80

**Annual Interest Rate:**    (when case was filed) _____ %
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☐ No
☑ Yes    **Amount necessary to cure any default as of the date of the petition.**    $ 19.80

**11. Is this claim subject to a right of setoff?**
☐ No
☑ Yes    Identify the property: Security Deposit

**12. Is this claim for the value of goods received by the debtor within 20 days before the commencement date of this case (11 U.S.C. §503(b)(9)).?**
☑ No
☐ Yes    Amount of 503(b)(9) Claim:    $ _____

Official Form 410    **Proof of Claim**    Page 2

| 13. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☐ No<br>☒ Yes  Check all that apply | Amount entitled to priority |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan 11 U.S.C. § 507(a)(5). | $ |
| | ☒ Other. Specify subsection of 11 U.S.C. § 507(a)( 2 ) that applies. | $ 1,973.40 |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

The person completing this proof of claim must sign and date it.
FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am the guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowlegment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____
MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

Name: Orin Wilf
   First Name    Middle Name    Last Name

Title: Manager

Company: Garden Commercial Properties
   Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 820  Morris Turnpike
   Number    Street
   Short Hills    NJ    07078
   City    State    ZIP Code

Contact Phone: 973-467-5000    Email: MarkD@wilf-law.com

Official Form 410    Proof of Claim    Page 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC[1] | Case No.: 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtor. | |

## RIDER TO PROOF OF CLAIM

This Rider is annexed to the Proof of Claim filed herewith by 1040 Avenue of the Americas, LLC ("Landlord").

1. Landlord is the landlord under that certain *Standard Form of Office Lease*, dated as of May 5, 2014 (together with all inserts and riders, the "Lease"), for the lease of the office space consisting of a 4,520 square-foot portion of the sixteenth floor of the premises located at 1040 Avenue of the Americas, New York, New York 10018 (the "Leased Premises") to Boy Scouts of America (the "Debtor").

2. The term of the Lease expires on October 31, 2024. Annual fixed rent for the term of the Lease is set forth in the Lease. The Debtor is also responsible to pay other monthly expenses as set forth in the Lease, including real estate taxes and electricity. Pursuant to the terms of the Lease, Landlord is holding a security deposit in the amount of $57,630.00 (the "Security Deposit"). A copy of the Lease may be obtained by contacting counsel to Landlord, Rubin LLC, 345 Seventh Avenue, 21st Floor, New York, NY 10001 (Attn. Hanh Huynh), hhuynh@rubinlawllc.com.

---

[1] The Debtors in the these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

3. On March 31, 2020, the Debtor filed a motion to reject the Lease as of March 31, 2020 (the "Rejection Date"). On April 17, 2020, the Court entered an order [ECF No. 449] authorizing the Debtor to reject the Lease as of the Rejection Date.

4. The Debtor is indebted to Landlord in the amount of no less than **$318,379.36** (the "Claim"), as of February 18, 2020 (the "Petition Date"), and **$1,973.40** as a priority administrative expense claim for the post-Petition Date, pre-Rejection Date period, as set forth below.

5. The Claim is based upon pre-Petition Date arrearages, as well as damages arising from the rejection of the Lease in accordance with section 502(b)(6) of the Bankruptcy Code. The Claim also includes $1,973.40 as a priority administrative expense claim pursuant to section 507(a)(2) of the Bankruptcy Code for the amounts due and owing to Landlord in the period following the Petition Date and prior to the Rejection Date. The Claim is a secured claim to the extent of the Security Deposit.

6. The filing of this proof of claim is not and shall not be deemed or construed as: (a) a waiver or release of Landlord's rights against any person, entity, or property, or a waiver of the right to compel the Debtor to return property of Landlord currently in the possession of the Debtor or the Trustee; (b) a consent by Landlord to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving Landlord; (c) a waiver or release of Landlord's right to trial by jury in this Court or any other court in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights or in any case, controversy, or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution; (d) a consent by Landlord to a jury trial in this Court or any other court in any proceeding as to any and all

3

matters so triable herein or in any case, controversy, or proceeding related hereto, pursuant to 28 U.S.C. § 157(e) or otherwise; (e) a waiver or release of Landlord's right to have any and all final orders in any and all non-core proceedings entered only after de novo review by a United States District Court Judge; (f) a waiver of the right to move to withdraw the reference with respect to the subject matter of this proof of claim, any objection thereto or other proceeding which may be commenced in this case against or otherwise involving Landlord; or (g) an election of remedies.

7. Landlord reserves the right to amend and/or supplement this Proof of Claim in any manner and/or to file additional or other proofs of claim for additional or other claims it may have against the Debtor.

*In re Boy Scouts of America*
Case No. 20-10343 (Bankr. D. Del.)
Rider to 1040 Avenue of the Americas, LLC Proof of Claim

| Post-Rejection Items | Post-Rejection Remaining Lease Term* | | | | |
|---|---|---|---|---|---|
| | 4/1/20 - 10/31/20 | 11/1/20 - 10/31/21 | 11/1/21 - 10/31/22 | 11/1/22 - 10/31/23 | 11/1/23 - 10/31/24 |
| Commerical Rent | $153,559.42 | $271,142.02 | $279,276.28 | $287,654.56 | $296,284.20 |
| Real Estate Taxes | $13,933.59 | $27,867.18 | $27,867.18 | $27,867.18 | $27,867.18 |
| Storage | $4,200.00 | $7,200.00 | $7,200.00 | $7,200.00 | $7,200.00 |
| Electric | $7,087.71 | $12,150.36 | $12,150.36 | $12,150.36 | $12,150.36 |
| Subtotal | $178,780.72 | $318,359.56 | $326,493.82 | $334,872.10 | $343,501.74 |
| Grand Total Remaining Rent | **$1,502,007.94** | | | | |

**502(b)(6) Cap Analysis**

| | | |
|---|---|---|
| One Year Rent | **$318,359.56** | (future rent claim capped at this greater amount) |
| 15% Remaining Rent Term | $171,118.26 | (6.45 months) |
| | | |
| Prepetition Arrearages | **$19.80** | (not subject to 502(b)(6) cap) |
| | | |
| **Total Prepeition Claim** | **$318,379.36** | |
| Secured Portion | $57,630.00 | |
| Unsecured Portion | $260,749.36 | |
| | | |
| **Adminstrative Priority Claim** | **$1,973.40** | |

Petition Date 2/18/2020
*Lease rejected as of 3/31/2020; Lease expires 10/31/24

Real Estate Taxes based on 2020 biannual amount of $13,933.59
Storage based on most current monthly amount of $600
Electric costs based on most current aggregate monthly amount of $1,012.53

Security Deposit        $57,630.00