# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC,[1] | : Case No.: 20-10343 (LSS) |
| Debtors. | : (Jointly Administered) |
| | : **Hearing Date: Sep. 9, 2020 at 10:00 a.m. (ET)** |
| | **Obj. Deadline: Aug. 25, 2020 at 4:00 p.m. (ET)** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on August 11, 2020, 1040 Avenue of the Americas, LLC filed the *Motion of 1040 Avenue of the Americas, LLC for Relief from the Automatic Stay to Setoff Prepetition Security Deposit* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). A copy of the Motion is enclosed herein.

**PLEASE TAKE FURTHER NOTICE** that objections or responses, if any, to the Motion must be filed with the clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **August 25, 2020 at 4:00 p.m. (ET)** (the "Objection Deadline"). At the same time, you must serve a copy of the objection or response upon the undersigned counsel so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that, if an objection or response is timely filed, served and received, and such objection or response is not otherwise timely resolved, a hearing with respect to the Motion will be held before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware 824 N. Market Street, 6th Floor, Courtroom #2, Wilmington, Delaware 19801 on **September 9, 2020 at 10:00 a.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTION OR RESPONSE IS RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY ENTER THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{00028794. }

Dated: August 11, 2020
       Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

By: */s/ Jason A. Gibson*
Frederick B. Rosner (No. 3995)
Jason A. Gibson (No. 6091)
824 N. Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
E-mail: rosner@teamrosner.com
       gibson@teamrosner.com

and

Paul A. Rubin, Esq.
Rubin LLC
345 Seventh Avenue, 21st Floor
New York, NY 10001
Tel.: (212) 390-8054
Fax: (212) 390-8064
Email: prubin@rubinlawllc.com

*Counsel for 1040 Avenue of the Americas, LLC*