**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE<br><br>BOY SCOUTS OF AMERICA,<br><br>Debtor | §<br>§<br>§<br>§<br>§<br>§ | Chapter 11<br><br>Case No.   20-10343-LSS |

**NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY AND**
**REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**

PLEASE TAKE NOTICE THAT, pursuant to Bankruptcy Rule 9010(b), the undersigned are appearing on behalf of certain sexual abuse survivor claimants, whose names will be withheld except in connection with the proof of claim process.

Pursuant to Bankruptcy Rules 2002, 3017 and 9010, the undersigned requests that an entry be made on the Clerk's Matrix in this case and that all documents filed with the Court and all notices which the Court and/or other parties provide in accordance with Rule 2002 be served upon the persons set forth below:

> Stephen W. Spence, Esquire
> Baird Mandalas Brockstedt, LLC
> 1413 Savannah Road, Suite 1
> Lewes, DE 19958
> (302) 645-2262
> (302) 644-0306 (fax)

This request includes all papers, reports, orders, notices, copies of applications, motions, petitions, disclosure statements, plans of readjustment of debts or reorganization, pleadings, appendices, exhibits, requests or demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery service, telephone, facsimile, telegraph, telex or otherwise.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of rights (1) to have final orders in noncore matters entered only after <u>de novo</u> review by a District Judge, (2) to trial by jury in any proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) or any other rights, claims, actions, setoffs, or recoupments to which these certain sexual abuse survivor claimants in this case are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments these certain claimants and parties in interest expressly reserves.

**BAIRD MANDALAS BROCKSTEDT, LLC**

*/s/ Stephen W. Spence*
Stephen W. Spence, Esquire (#2033)
1413 Savannah Road, Suite 1
Lewes, DE 19958
(302) 645-2262
(302) 644-0306
sws@bmbde.com
*Counsel to several sexual abuse survivor claimants*

Dated: August 11, 2020