**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE<br><br>BOY SCOUTS OF AMERICA,<br><br>Debtor | §<br>§<br>§<br>§<br>§<br>§ | Chapter 11<br><br>Case No. 20-10343-LSS |

**CERTIFICATE OF SERVICE**

I, Stephen W. Spence, Esquire hereby certify that on this 11th day of August, 2020, a copy of the forgoing *Notice of Appearance, Request for Matrix Entry and Request for Service of Notices and Documents* was served upon all parties registered for electronic service via CM/ECF.

                                      **BAIRD MANDALAS BROCKSTEDT, LLC**

                                      */s/ Stephen W. Spence*
                                     Stephen W. Spence, Esquire (#2033)
                                     1413 Savannah Road, Suite 1
                                     Lewes, DE 19958
                                     (302) 645-2262
                                     (302) 644-0306
                                     sws@bmbde.com
                                     *Counsel to several sexual abuse survivor claimants*

Dated: August 11, 2020