# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC,[1] | : Case No.: 20-10343 (LSS) |
| | : (Jointly Administered) |
| Debtors. | : |
| | Re: D.I. 1094 |

## CERTIFICATE OF SERVICE

I, Jason A. Gibson, hereby certify that, on August 11, 2020, I caused a true and correct copy of the *Motion of 1040 Avenue of the Americas, LLC for Relief from the Automatic Stay to Setoff Prepetition Security Deposit* [D.I. 1094] to be served via Electronic Mail, First-Class Mail, and/or through the Court's CM/ECF system upon the parties listed on Exhibit A attached hereto.

Dated: August 13, 2020
      Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

By: */s/ Jason A. Gibson*
Frederick B. Rosner (No. 3995)
Jason A. Gibson (No. 6091)
824 N. Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
E-mail: rosner@teamrosner.com
        gibson@teamrosner.com

and

Paul A. Rubin, Esq.
Rubin LLC
345 Seventh Avenue, 21st Floor
New York, NY 10001
Tel.: (212) 390-8054
Fax: (212) 390-8064
Email: prubin@rubinlawllc.com

*Counsel for 1040 Avenue of the Americas, LLC*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{00028809. }

# Exhibit A

| Creditor | Address1 | Address2 | Address3 | Address4 | Address5 | Phone | FAX | Email | Attention |
|---|---|---|---|---|---|---|---|---|---|
| Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Chad Timmons | Attn: Larry R. Boyd | Attn: Emily M. Hahn | 1700 Redbud Blvd, Ste 300 | McKinney, TX 75069 | 214-544-4000 | 214-544-4040 | ctimmons@abernathylaw.com | Chad Timmons |
| Abernathy, Roeder, Boyd & Hullett, P.C. | | | | | | | | bankruptcy@abernathylaw.com | Larry R. Boyd |
| Abernathy, Roeder, Boyd & Hullett, P.C. | | | | | | | | ehahn@abernathy-law.com | Emily M. Hahn |
| Adams and Reese LLP | Attn: Henry C. Shelton, III | 6075 Poplar Ave, Ste 700 | Memphis, TN 38119 | | | 901-525-3234 | | Henry.Shelton@arlaw.com | Henry C. Shelton, III |
| AM Sacculo Legal, LLC | Attn: Anthony Sacculo/Mary Augustine | 27 Crimson King Dr | Bear, DE 19701 | | | 302-836-8877 | 302-836-8877 | ams@saccullolegal.com | Anthony M. Sacculo |
| AM Sacculo Legal, LLC | | | | | | 302-836-8877 | 302-836-8877 | meg@saccullolegal.com | Mary E. Augustine |
| Andrews & Thornton | Attn: Anne Andrews/John Thornton | 4701 Von Karman Ave, Ste 300 | Newport Beach, CA 92660 | | | 949-748-1000 | 949-315-3540 | aa@andrewsthornton.com | Anne Andrews |
| Ashby & Geddes, PA | Attn: Bill Bowden | 500 Delaware Ave, 8th Fl | P.O. Box 1150 | Wilmington, DE 19899-1150 | | 302-654-1888 | 302-654-2067 | wbowden@ashbygeddes.com | Bill Bowden |
| Baker Manock & Jensen, PC | Attn: Jan T. Perkins | 5260 N Palm Ave, Ste 421 | Fresno, CA 93704 | | | | | jperkins@bakermanock.com | Jan T. Perkins |
| Bayard, PA | Attn: Erin Fay/ Gregory Flasser | 600 N King St, Ste 400 | Wilmington, DE 19801 | | | 302-655-5000 | | efay@bayardlaw.com | Erin K. Fay |
| Bayard, PA | | | | | | 302-655-5000 | | gflasser@bayardlaw.com | Gregory J. Flasser |
| Bielli & Klauder, LLC | Attn: David M Klauder | 1204 N King St | Wilmington, DE 19801 | | | 302-397-4600 | 302-397-2557 | dklauder@bk-legal.com | David M. Klauder |
| Blank Rome LLP | Attn: Stanley B. Tarr | 1201 N Market St, Ste 800 | Wilmington, DE 19801 | | | 302-425-6400 | | tarr@blankrome.com | Stanley B. Tarr |
| Bodell Bove, LLC | Attn: Bruce W. McCullough | 1225 N King St, Ste 1000 | Wilmington, DE 19801 | | | 302-655-6749 | 302-655-6827 | bmccullough@bodellbove.com | Bruce W. McCullough |
| Bradley Riley Jacobs PC | Attn: Todd C. Jacobs | 320 W Ohio St, Ste 3W | Chicago, IL 60654 | | | 312-281-0295 | | tjacobs@bradleyriley.com | Todd C. Jacobs |
| Brown Rudnick LLP | Attn: David J. Molton | 7 Times Square | New York, NY 10036 | | | 212-209-4800 | | DMolton@brownrudnick.com | David J. Molton |
| Brown Rudnick LLP | Attn: Sunni P. Beville | Attn: Tristan G. Axelrod | 1 Financial Ctr | Boston, MA 02111 | | 617-856-8200 | | sbeville@brownrudnick.com | Sunni P. Beville |
| Brown Rudnick LLP | | | | | | | | taxelrod@brownrudnick.com | Tristan G. Axelrod |
| Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | 55 Second St, 17th Fl | San Francisco, CA 94105-3493 | | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com | Shawn M. Christianson |
| Butler Snow LP | Attn: Daniel W. Van Horn | P.O. Box 171443 | Memphis, TN 38187-1443 | | | | | Danny.VanHorn@butlersnow.com | Daniel W. Van Horn |
| Carruthers & Roth, PA | Attn: Britton C Lewis | 235 N Edgeworth St | P.O. Box 540 | Greensboro, NC 27401 | | 336-478-1146 | 336-478-1145 | bcl@crlaw.com | Britton C. Lewis |
| Chipman, Brown, Cicero & Cole, LLP | Attn: Mark Desgrosseilliers | 1313 N Market St, Ste 5400 | Wilmington, DE 19801 | | | 302-295-0191 | 302-295-0199 | desgross@chipmanbrown.com | Mark L. Desgrosseilliers |
| Choate, Hall & Stewart LLP | Attn: Douglas R. Gooding | Attn: Jonathan D. Marshall | Attn: Michael J. Foley, Jr | Two International Place | Boston, MA 02110 | 617- 248-5000 | 617-248-4000 | dgooding@choate.com | Douglas R. Gooding |
| Choate, Hall & Stewart LLP | | | | | | 617-248-5000 | 617-248-4000 | jmarshall@choate.com | Jonathan D. Marshal |
| Choate, Hall & Stewart LLP | | | | | | 617-248-5000 | 617-248-4000 | mjfoley@choate.com | Michael J. Foley |
| Commonwealth of Pennsylvania | Dept of Labor & Industry | Attn: Deb Secrest/Collections Support Unit | 651 Boas St, Rm 925 | Harrisburg, PA 17121 | | 717-787-7627 | 717-787-7671 | ra-li-ucts-bankrupt@state.pa.us | Deb Secrest |
| Connolly Gallagher, LLP | Attn: Karen C. Bifferato | Attn: Kelly M. Conlan | 1201 N Market St, 20th Fl | Wilmington, DE 19801 | | 302-757-7300 | | kbifferato@connollygallagher.com | Karen C. Bifferato |
| Connolly Gallagher, LLP | | | | | | 302-757-7300 | | kconlan@connollygallagher.com | Kelly M. Conlan |
| Coughlin Duffy, LLP | Attn: Kevin Coughlin/Lorraine Armenti | Attn: Michael Hrinewski | 350 Mt Kemble Ave | P.O. Box 1917 | Morristown, NJ 07960 | 973-267-0058 | 973-267-6442 | kcoughlin@coughlinduffy.com | Kevin Coughlin |
| Coughlin Duffy, LLP | | | | | | 973-267-0058 | 973-267-6442 | larmenti@coughlinduffy.com | Lorraine Armenti |
| Coughlin Duffy, LLP | | | | | | 973-267-0058 | 973-267-6442 | mhrinewski@coughlinduffy.com | Michael Hrinewski |
| Crew Janci LLP | Attn: Stephen Crew | Attn: Peter Janci | 1200 NW Naito Pkwy, Ste 500 | Portland, OR 97209 | | 888-407-0224 | | steve@crewjanci.com | Stephen Crew |
| Crew Janci LLP | | | | | | | | peter@crewjanci.com | Peter Janci |
| Cross & Simon, LLC | Attn: Christopher Simon | Attn: Kevin Mann | 1105 N Market St, Ste 901 | Wilmington, DE 19801 | | 302-777-4200 | 302-777-4224 | csimon@crosslaw.com | Christopher P. Simon |
| Cross & Simon, LLC | | | | | | 302-777-4200 | 302-777-4224 | kmann@crosslaw.com | Kevin S. Mann |
| Davies Hood PLLC | Attn: Jason P. Hood | 22 N Front St, Ste 620 | Memphis, TN 38103-2100 | | | 901-730-6910 | | Jason.Hood@davieshood.com | Jason P. Hood |
| Dorsey & Whitney LLP | Attn: Eric Lopez Schnabel | Attn: Alessandra Glorioso | 300 Delaware Ave, Ste 1010 | Wilmington, DE 19801 | | 302-425-7171 | | schnabel.eric@dorsey.com | Eric Lopez Schnabel |
| Dorsey & Whitney LLP | | | | | | 302-425-7171 | | glorioso.alessandra@dorsey.com | Alessandra Glorioso |
| Dorsey & Whitney LLP | Attn: Bruce R. Ewing/E. Schnabel | 51 W 52nd St | New York, NY 10019 | | | | | ewing.bruce@dorsey.com | Bruce R. Ewing |
| Doshi Legal Group, P.C. | Attn: Amish R. Doshi | 1979 Marcus Ave, Ste 210E | Lake Success, NY 11042 | | | 516-622-2335 | | amish@doshilegal.com | Amish R. Doshi |
| Faegre Drinker Biddle & Reath LLP | | | | | | 302-467-4200 | 302-467-4201 | kaitlin.mackenzie@faegredrinker.com | Kaitlin W. MacKenzie |
| Faegre Drinker Biddle & Reath LLP | Attn: Michael P. Pompeo | 1177 Ave of the Americas, 41st Fl | New York, NY 10036-2714 | | | 212-248-3140 | 212-248-3141 | michael.pompeo@faegredrinker.com | Michael P. Pompeo |
| Faegre Drinker Biddle & Reath LLP | Attn: Patrick A. Jackson | Attn: Kaitlin W. MacKenzie | 222 Delaware Ave., Suite 1410 | Wilmington, DE 19801-1621 | | 302-467-4200 | 302-467-4201 | Patrick.Jackson@faegredrinker.com | Patrick A. Jackson |
| Faegre Drinker Biddle & Reath LLP | Attn: Patrick A. Johnson | 222 Delaware Ave, Ste 1410 | Wilmington, DE 19801-1621 | | | 302-467-4200 | 302-467-4201 | patrick.jackson@faegredrinker.com | Patrick A. Jackson |
| Faegre Drinker Biddle & Reath LLP | Attn: Jay Jaffe | 600 E. 96th St, Ste 600 | Indianapolis, IN 46240 | | | 317-569-9600 | 317-569-4800 | jay.jaffe@faegredrinker.com | Jay Jaffe |
| Fineman Krekstein & Harris, PC | Attn: Deirdre M Richards | 1300 N King St | Wilmington, DE 19801 | | | 302-538-8331 | 302-394-9228 | drichards@finemanlawfirm.com | Dierdre M Richards |
| Flordia M. Henderson | P.O. Box 30604 | Memphis, TN 38130-0604 | | | | 901-348-4406 | 901-348-4409 | flordia@fhendersonlaw.net | Flordia M. Henderson |
| Foley & Lardner LLP | Attn: Richard J Bernard | 90 Park Ave | New York, NY 10016 | | | 212-682-7474 | 212-687-2329 | rbernard@foley.com | Richard J. Bernard |
| Foley & Lardner LLP | Attn: Victor Vilaplana | 3579 Valley Centre Dr, Ste 300 | San Diego, CA 92130 | | | 858-847-6759 | 858-792-6773 | vavilaplana@foley.com | Victor Vilaplana |
| Foran Glennon Planadech Ponzi & Rudloff, P.C. | Attn: Susan N K Gummow | Attn: Igor Shleypak | 222 N LaSalle St, Ste 1400 | Chicago, IL 60614 | | 312-863-5000 | 312-863-5000 | sgummow@fgppr.com | Susan N K Gummow |
| Foran Glennon Planadech Ponzi & Rudloff, P.C. | | | | | | 312-863-5000 | 312-863-5000 | ishleypak@fgppr.com | Igor Shleypak |
| Fox Swibel Levin & Carroll LLP | Attn: Margaret M. Anderson | 200 W Madison St, Ste 3000 | Chicago, IL 60606 | | | 312-224-1224 | 312-224-1201 | panderson@foxswibel.com | Margaret M. Anderson |
| Gilbert LLP | Attn: Kami Quinn / Attn: Meredith Neely | Attn: Emily Grim / Attn: Jasmine Chalashtori | 700 Pennsylvania Ave, SE Ste 400 | Washington, DC 20003 | | 202-772-2285 | | quinnk@gilbertlegal.com | Kami Quinn |
| Gilbert LLP | | | | | | | | neelym@gilbertlegal.com | Meredith Neely |
| Gilbert LLP | | | | | | | | grime@gilbertlegal.com | Emily Grim |
| Gilbert LLP | | | | | | | | chalashtorij@gilbertlegal.com | Jasmine Chalashtori |
| Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | Philadelphia, PA 19101-7346 | | | 800-973-0424 | 855-235-6787 | | |
| Jacobs & Crumplar, PA | Attn: Raeann Warner/Thomas Crumplar | 750 Shipyard Dr, Ste 200 | Wilmington, DE 19801 | | | 302-656-5445 | 302-656-5875 | Raeann@jcdelaw.com | Raeann Warner |
| Jacobs & Crumplar, PA | | | | | | 302-656-5445 | 302-656-5875 | tom@jcdelaw.com | Thomas C. Crumplar |
| Janet, Janet & Scuggs, LLC | Attn: Gerald D Jowers, Jr | 500 Taylor St, Ste 301 | Columbia, SC 29201 | | | 803-726-0050 | 803-727-1059 | GJowers@JJSJustice.com | Gerald D. Jowers, Jr. |
| JPMorgan Chase Bank, NA | Attn: Phil Martin | 10 S Dearborn St | Mail Code Il1-1415 | Chicago, Il 60603 | | 312-732-4728 | | | |
| Jpmorgan Chase Bank, NA | c/o Norton Rose Fulbright US LLP | Attn: Louis R. Strubeck, Jr | 1301 Ave of the Americas | New York, NY 10019-6022 | | 212-318-3159 | | louis.strubeck@nortonrosefulbright.com | Louis R. Strubeck, Jr |
| Karr Tuttle Campbell, PS | Attn: Bruce W. Leaverton | 701 5th Ave, Ste 3300 | Seattle, WA 98104 | | | 206-223-1313 | 206-682-7100 | bleaverton@karrtuttle.com | Bruce W. Leaverton |
| Kelly, Morgan, Dennis, Corzine & Hansen, P.C. | Attn: Michael G. Kelly | P.O. Box 1311 | Odessa, TX 79760-1311 | | | 432-367-7271 | 432-363-9121 | mkelly@kmdfirm.com | Michael G. Kelly |
| Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti | 919 Market St, Ste 1000 | Wilmington, DE 19801 | | | 302-426-1189 | | dpacitti@klehr.com | Domenic E. Pacitti |
| Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg | 1835 Market St, Ste 1400 | Philadelphia, PA 19103 | | | 215-569-2700 | | mbranzburg@klehr.com | Morton R. Branzburg |
| Kramer Levin Naftalis & Frankel LLP | Attn: Thomas Moers Mayer/Rachel Ringer | Attn: David E. Blabey Jr./Jennifer R. Sharret | Attn: Megan M. Wasson | 177 Ave of the Americas | New York, NY 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Thomas Moers Mayer |
| Kramer Levin Naftalis & Frankel LLP | | | | | | 212-715-9100 | 212-715-8000 | rringer@kramerlevin.com | Rachael Ringer |
| Kramer Levin Naftalis & Frankel LLP | | | | | | 212-715-9100 | 212-715-8000 | dblabey@kramerlevin.com | David E. Blabey Jr. |
| Kramer Levin Naftalis & Frankel LLP | | | | | | 212-715-9100 | 212-715-8000 | jsharret@kramerlevin.com | Jennifer R. Sharret |
| Kramer Levin Naftalis & Frankel LLP | | | | | | 212-715-9100 | 212-715-8000 | mwasson@kramerlevin.com | Megan M. Wasson |
| Latham & Watkins LLP | Attn: Jeffrey E Bjork | Attn: Kimberly A Posin | Attn: Nicholas J Messana | 355 S Grand Ave, Ste 100 | Los Angeles, CA 90071-1560 | 213-485-1234 | 213-891-8763 | jeff.bjork@lw.com | Jeffrey E. Bjork |
| Latham & Watkins LLP | | | | | | 213-485-1234 | 213-891-8763 | kim.posin@lw.com | Kimberly A. Posin |
| Latham & Watkins LLP | | | | | | 213-485-1234 | 213-891-8763 | nicholas.messana@lw.com | Nicholas J. Messana |
| Latham & Watkins LLP | Attn: Adam J Goldberg | 885 3rd Ave | New York, NY 10022-4834 | | | 212-906-1200 | 212-751-4864 | adam.goldberg@lw.com | Adam J. Goldberg |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | P.O. Box 3064 | Houston, TX 77253-3064 | | | 713-844-3400 | 713-844-3503 | houston_bankruptcy@publicans.com | John P. Dillman |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | 2777 N. Stemmons Fwy, Ste 1000 | Dallas, TX 75207 | | | 214-880-0089 | 469-221-5003 | dallas.bankruptcy@publicans.com | Elizabeth Weller |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | 112 E Pecan St, Ste 2200 | San Antonio, TX 78205 | | | 210-225-6763 | 210-225-6410 | sanantonio.bankruptcy@publicans.com | Don Stecker |
| Maurice Wutscher LLP | Attn: Alan C. Hochheiser | 23611 Chagrin Blvd. Ste 207 | Beachwood, OH 44122 | | | 216-220-1129 | 216-472-8510 | ahochheiser@mauricewutscher.com | Alan C. Hochheiser |
| McCreary, Veselka, Bragg & Allen, PC | Attn: Tara LeDay | P.O. Box 1269 | Round Rock, TX 78680 | | | 512-323-3200 | 512-323-3205 | tleday@mvbalaw.com | Tara LeDay |
| McDermott Will & Emery LLP | Attn: Ryan Smethurst | Attn: Margaret Warner | 500 N Capitol St NW | Washington, DC 20001-1531 | | 202-756-8036 | 202-756-8087 | rsmethurst@mwe.com | Robert S. Smethurst |
| McDermott Will & Emery LLP | | | | | | 202-756-8228 | 202-756-8087 | mwarner@mwe.com | Margaret H. Warner |
| Miller, Canfield, Paddock and Stone, P.L.C. | Attn: Danielle Mason Anderson | 277 S Rose St, Ste 5000 | Kalamazoo, MI 49007 | | | 269-383-5880 | 269-382-0244 | andersond@millercanfield.com | Danielle Mason Anderson |
| Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C. | Attn: Kim V. Marrkand | Attn: Nancy D. Adams | Attn: Laura Bange Stephens | One Financial Center | Boston, MA 02111 | 617-542-6000 | 617-542-2241 | kmarrkand@mintz.com | Kim V. Marrkand |

| Firm | Attn 1 | Attn 2 | Address 1 | Address 2 | Address 3 | Phone | Fax | Email | Contact |
|---|---|---|---|---|---|---|---|---|---|
| Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C. | | | | | | 617-542-6000 | 617-542-2241 | ndadams@mintz.com | Nancy D. Adams |
| Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C. | | | | | | 617-542-6000 | 617-542-2241 | lbstephens@mintz.com | Laura Bange Stephens |
| Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Paul W Carey | | 100 Front St | Worcester, MA 01608 | | 508-791-8500 | 508-791-8502 | pcarey@mirickoconnell.com | Paul W. Carey |
| Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Kate P Foley | | 1800 W Park Dr, Ste 400 | Westborough, MA 01581 | | 508-898-1501 | 508-898-1502 | kfoley@mirickoconnell.com | Kate P. Foley |
| Missouri Dept of Revenue | Bankruptcy Unit | | Attn: Steven A Ginther | P.O. Box 475 | Jefferson City, MO 65105-0475 | 573-751-5531 | 573-751-7232 | deecf@dor.mo.gov | Steven A Ginther |
| Monzack Mersky McLaughlin & Browder, PA | Attn: Brian McLaughlin | Attn: Rachel Mersky | 1201 N Orange St, Ste 400 | Wilmington, DE 19801 | | 302-656-8162 | 302-656-2769 | bmclaughlin@monlaw.com | Brian J. McLaughlin |
| Monzack Mersky McLaughlin & Browder, PA | | | | | | 302-656-8162 | 302-656-2769 | rmersky@monlaw.com | Rachel B. Mersky |
| Morris James LLP | Attn: Jeffrey Waxman | Attn: Eric J. Monzo | 500 Delaware Avenue, Suite 1500 | Wilmington, DE 19801 | | 302-888-6800 | 302-571-1750 | jwaxman@morrisjames.com | Jeffrey Waxman |
| Morris James LLP | | | | | | 302-888-6800 | 302-571-1750 | emonzo@morrisjames.com | Eric J. Monzo |
| Morris James LLP | Attn: Brett D. Fallon | Attn: Brya M. Keilson | 500 Delaware Ave, Ste 1500 | P.O. Box 2306 | Wilmington, DE 19899-2306 | 302-888-6800 | 302-571-1750 | bfallon@morrisjames.com | Brett D. Fallon |
| Morris James LLP | | | | | | 302-888-6800 | 302-571-1750 | bkeilson@morrisjames.com | Brya M. Keilson |
| Morris, Nichols, Arsht & Tunnell | Attn: Derek C. Abbott | | 1201 N. Market Street | P.O. Box 1347 | Wilmington, DE, 19899 | | 302-658-7036 | dabbott@mnat.com | Derek C. Abbott |
| Morris, Nichols, Arsht & Tunnell | Attn: Joseph Charles Barsalona II | | | | | | | barsalona@mnat.com | Joseph Charles Barsalona II |
| Morris, Nichols, Arsht & Tunnell | Attn: Eric Moats | | | | | | | emoats@mnat.com | Eric Moats |
| Morris, Nichols, Arsht & Tunnell | Attn: Andrew R. Remming | | | | | | | aremming@mnat.com | Andrew R. Remming |
| Morris, Nichols, Arsht & Tunnell | Attn: Paige N. Topper | | | | | | | ptopper@mnat.com | Paige N. Topper |
| Nagel Rice LLP | Attn: Bradley L Rice | | 103 Eisenhower Pkwy | Roseland, NJ 07068 | | 973-618-0400 | 973-618-9194 | brice@nagelrice.com | Bradley L. Rice |
| Nelson Comis Kettle & Kinney, LLP | Attn: William E. Winfield | | 300 E Esplanade Dr, Ste 1170 | Oxnard, CA 93036 | | 805-604-4106 | 805-604-4150 | wwinfield@calattys.com | William E. Winfield |
| Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew S. Sorem | | 10 S Wacker Dr, 21st Fl | Chicago, IL 60606 | | 312-585-1433 | 312-585-1401 | msorem@nicolaidesllp.com | Matthew S. Sorem |
| Norton Rose Fulbright Us LLP | Attn: Louis Strubeck/ Kristian Gluck | Attn: Ryan Manns | 2200 Ross Ave, Suite 3600 | Dallas, TX 75201-7932 | | 214-855-8040 | 214-855-8200 | louis.strubeck@nortonrosefulbright.com | Louis R. Strubeck |
| Norton Rose Fulbright US LLP | | | | | | 214-855-8000 | 214-855-8200 | kristian.gluck@nortonrosefulbright.com | Kristian W. Gluck |
| Norton Rose Fulbright US LLP | | | | | | 214-855-8000 | 214-855-8200 | ryan.manns@nortonrosefulbright.com | Ryan E. Manns |
| Office of the Attorney General | Attn: Christopher S Murphy | Attn: Sherri K Simpson | Bankruptcy & Collections Division | P.O. Box 12548 | Austin, TX 78711-2548 | 512-475-4562 | 512-936-1409 | christopher.murphy@oag.texas.gov | Christopher S. Murphy |
| Office of the Attorney General | | | | | | | | sherri.simpson@oag.texas.gov | Sherri K. Simpson |
| Office of the U.S. Trustee | | | | | | 302-573-6491 | 302-573-6497 | hannah.mccollum@usdoj.gov | Hannah Mufson McCollum |
| Office of the United States Trustee | Attn: David L Buchbinder | Attn: Hannah Mufson McCollum | 844 King St, Suite 2207 | Lockbox 35 | Wilmington, DE 19801 | 302-573-6565 | 302-573-6497 | david.l.buchbinder@usdoj.gov | David L. Buchbinder |
| Pachulski Stang Ziehl & Jones | Attn: James I. Stang | | 10100 Santa Monica Blvd, 13th Fl | Los Angeles, CA 90067-4003 | | 310-277-6910 | 302-652-4400 | jstang@pszjlaw.com | James Stang |
| Pachulski Stang Ziehl & Jones | | | | | | | | joneill@pszjlaw.com | James E. O'Neill |
| Pachulski Stang Ziehl & Jones | | | | | | | | lcantor@pszjlaw.com | Linda F. Cantor |
| Pachulski Stang Ziehl & Jones | | | | | | | | rorgel@pszjlaw.com | Robert B. Orgel |
| Pachulski Stang Ziehl & Jones LLP | Attn: James Stang/Robert Orgel | Attn: James O'Neill/John Lucas/Ilan Scharf | 919 N Market St, 17th Fl | P.O. Box 8705 | Wilmington, DE 19899-8705 | 302-652-4100 | 302-652-4400 | jlucas@pszjlaw.com | John W. Lucas |
| Pachulski Stang Ziehl & Jones LLP | | | | | | 302-652-4100 | 302-652-4400 | ischarf@pszjlaw.com | Ilan D. Scharf |
| Pension Benefit Guaranty Corporation | Attn: Patricia Kelly, CFO | Attn: C. Burton/ C. Fessenden | 1200 K St NW | Washington, DC 20005 | | 202-229-3033 | 202-326-4112 | Kelly.Patricia@Pbgc.Gov | Patricia Kelly |
| Pension Benefit Guaranty Corporation | | | | | | 202-229-6778 | 202-326-4112 | burton.cassandra@pbgc.gov | Cassandra Burton |
| Pension Benefit Guaranty Corporation | | | | | | 202-229-6778 | 202-326-4112 | fessenden.craig@pbgc.gov | Craig T. Fessenden |
| Pfau Cochran Vertetis Amala PLLC | Attn: Michael Pfau/Jason Amala | Attn: Vincent Nappo | 403 Columbia St, Ste 500 | Seattle, WA 98104 | | 206-451-8260 | 206-623-3624 | michael@pcvalaw.com | Michael T. Pfau |
| Pfau Cochran Vertetis Amala PLLC | | | | | | 206-451-8260 | 206-623-3624 | jason@pcvalaw.com | Jason P. Amala |
| Pfau Cochran Vertetis Amala PLLC | | | | | | 206-451-8260 | 206-623-3624 | vnappo@pcvalaw.com | Vincent T. Nappo |
| Phillips Lytle LLP | Attn: Angela Z Miller | | One Canalside | 125 Main St | Buffalo, NY 14203 | 716-847-7060 | 716-852-6100 | amiller@phillipslytle.com | Angela Z Miller |
| Raul Diaz | | | | | | | | rauldiaz2503@gmail.com | Raul Diaz |
| Reed Smith LLP | Attn: Kurt F. Gwynne | Attn: Katelin A. Morales | 120 N Market St, Ste 1500 | Wilmington, DE 19801 | | 302-778-7500 | 302-778-7575 | kgwynne@reedsmith.com | Kurt F. Gwynne |
| Reed Smith LLP | | | | | | 302-778-7500 | 302-778-7575 | kmorales@reedsmith.com | Katelin A. Morales |
| Richards, Layton & Finger, PA | Attn: Michael Merchant/Brett Haywood | | One Rodney Square | 920 N King St | Wilmington, DE 19801 | 302-651-7700 | 302-651-7701 | merchant@rlf.com | Michael J. Merchant |
| Richards, Layton & Finger, PA | | | | | | 302-651-7700 | 302-651-7701 | haywood@rlf.com | Brett M. Haywood |
| Schnader Harrison Segal & Lewis LLP | Attn: Richard A. Barkasy | Attn: Kristi J. Doughty | 824 N Market St, Ste 800 | Wilmington, DE 19801-4939 | | 302-482-4038 | 302-888-1696 | rbarkasy@schnader.com | Richard A. Barkasy |
| Schnader Harrison Segal & Lewis LLP | | | | | | 302-482-4038 | 302-888-1696 | kdoughty@schnader.com | Kristi J. Doughty |
| Seitz, Van Ogtrop & Green, P.A. | Attn: R. Karl Hill | | 222 Delaware Ave, Ste 1500 | Wilmington, DE 19801 | | 302-888-0600 | 302-888-0606 | khill@svglaw.com | R. Karl Hill |
| Sequoia Counsel of Boy Scouts, Inc. | Attn: Michael Marchese | | 6005 N Tamera Ave | Fresno, CA 93711 | | | | michael.marchese@scouting.org | Michael Marchese |
| Shipman & Goodwin LLP | Attn: Abigail Williams/ James Ruggeri | Attn: Joshua Weinberg/ Michele B Konigsberg | 1875 K St NW, Ste 600 | Washington, DC 20006-1251 | | 202-469-7750 | 202-469-7751 | awilliams@goodwin.com | Abigail W. Williams |
| Shipman & Goodwin LLP | | | | | | 212-469-7750 | 212-469-7751 | jweinberg@goodwin.com | Joshua D. Weinberg |
| Shipman & Goodwin LLP | | | | | | | | mkonigsberg@goodwin.com | Michele Backus Konigsberg |
| Shipman & Goodwin LLP | | | | | | | | jruggeri@goodwin.com | James P. Ruggeri |
| Shipman & Goodwin LLP | Attn: Eric S. Goldstein | | 1 Constitution Plz | Hartford, CT 06103-1919 | | 860-251-5000 | 860-251-5218 | egoldstein@goodwin.com | Eric S. Goldstein |
| Shipman & Goodwin LLP | | | | | | 860-251-5000 | 860-251-5218 | bankruptcy@goodwin.com | |
| Shipman & Goodwin LLP | | | | | | 860-251-5000 | 860-251-5218 | bankruptcyparalegal@goodwin.com | |
| Sidley Austin LLP | Attn: Blair Warner | | One South Dearborn Street | Chicago, IL 60603 | | | 312-853-7036 | blair.warner@sidley.com | Blair Warner |
| Sidley Austin LLP | Attn: Matthew Evan Linder | | | | | | | mlinder@sidley.com | Matthew Evan Linder |
| Sidley Austin LLP | Attn: Thomas A. Labuda, Jr. | | | | | | | tlabuda@sidley.com | Thomas A. Labuda, Jr. |
| Sidley Austin LLP | Attn: Karim Basaria | | | | | | | kbasaria@sidley.com | Karim Basaria |
| Sidley Austin LLP | Attn: Jessica C. Boelter | | 787 Seventh Avenue | New York, NY 10019 | | | 212-839-5599 | jboelter@sidley.com | Jessica C. Boelter |
| Stamoulis & Weinblatt LLC | Attn: Stamatios Stamoulis | Attn: Richard Weinblatt | 800 N West St, Ste 800 | Wilmington, DE 19801 | | 302-999-1540 | | stamoulis@swdelaw.com | Stamatios Stamoulis |
| Stamoulis & Weinblatt LLC | | | | | | 302-999-1540 | | weinblatt@swdelaw.com | Richard C. Weinblatt |
| Stark & Stark, PC | Attn: Joseph H Lemkin | | P.O. Box 5315 | Princeton, NJ 08543 | | 609-791-7022 | 609-896-0629 | jlemkin@stark-stark.com | Joseph H. Lemkin |
| Sullivan Hazeltine Allinson LLC | Attn: William D. Sullivan | | 919 N Market St, Ste 420 | Wilmington, DE 19801 | | 302-428-8191 | 302-428-8195 | bsullivan@sha-llc.com | William D. Sullivan |
| Synchrony Bank | c/o PRA Receivables Management, LLC | Attn: Valerie Smith | P.O. Box 41021 | Norfolk, VA 23541 | | 877-885-5919 | 757-351-3257 | claims@recoverycorp.com | Valerie Smith |
| The County Commission Of Fayette County | Attn: President | | P.O. Box 307 | Fayetteville, WV 25840 | | 304-574-4290 | | | |
| The County Commission Of Fayette County | c/o Steptoe & Johnson Pllc | Attn: John Stump, Esq | Chase Tower - 8th Fl | 707 Virginia St E. | Charleston, WV 25301 | 304-353-8196 | | | |
| The Law Office of James Tobia, LLC | Attn: James Tobia | | 1716 Wawaset St | Wilmington, DE 19806 | | 302- 655-5303 | 302-656-8053 | jtobia@tobialaw.com | James Tobia |
| The Law Offices of Joyce, LLC | Attn: Michael J. Joyce | | 1225 King St, Ste 800 | Wilmington, DE 19801 | | 302-388-1944 | | mjoyce@mjlawoffices.com | Michael J. Joyce |
| The Neuberger Firm | Attn: Thomas S. Neuberger | Attn: Stephen J. Neuberger | 17 Harlech Dr | Wilmington, DE 19807 | | 302-655-0582 | 302-656-5875 | tsn@neubergerlaw.com | Thomas S. Neuberger |
| The Neuberger Firm | | | | | | 302-655-0582 | 302-656-5875 | sjn@neubergerlaw.com | Stephen J. Neuberger |
| Thomas Law Office, PLLC | Attn: Tad Thomas/Louis Schneider | | 9418 Norton Commons Blvd, Ste 200 | Louisville, KY 40059 | | 877-736-4963 | 502-785-7257 | tad@thomaslawoffices.com | Tad Thomas |
| Thomas Law Office, PLLC | | | | | | 502-473-6540 | 877-955-7002 | lou.schneider@thomaslawoffices.com | Louis C. Schneider |
| TN Dept of Labor - Bureau of Unemployment Insurance | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Laura L. McCloud | PO Box 20207 | Nashville, TN 37202-0207 | | 615-532-8933 | 615-741-3334 | AGBankDelaware@ag.tn.gov | Laura L. McCloud |
| Tremont Sheldon Robinson Mahoney PC | Attn: Cindy Robinson | Attn: Doug Mahoney | 64 Lyon Ter | Bridgeport, CT 06604 | | 203-335-5145 | 203-366-8503 | crobinson@tremontsheldon.com | Cindy L. Robinson |
| Tremont Sheldon Robinson Mahoney PC | | | | | | 203-335-5145 | 203-366-8503 | dmahoney@tremontsheldon.com | Doug Mahoney |
| Troutman Pepper Hamilton Sanders LLP | Attn: David M. Fournier | Attn: Marcy J. McLaughlin Smith | 1313 Market St, Ste 5100 | P.O. Box 1709 | Wilmington, DE 19899-1709 | 302-777-6500 | 302-421-8390 | david.fournier@troutman.com | David M. Fournier |
| Troutman Pepper Hamilton Sanders LLP | | | | | | 302-777-6500 | 302-421-8390 | marcy.smith@troutman.com | Marcy J. McLaughlin Smith |
| Troutman Pepper Hamilton Sanders LLP | Attn: Harris B. Winsberg | Attn: Matthew G. Roberts | 600 Peachtree St NE, Ste 3000 | Atlanta, GA 30308 | | 404-885-3348 | 404-885-3900 | harris.winsberg@troutman.com | Harris B. Winsberg |
| Troutman Pepper Hamilton Sanders LLP | | | | | | 404-885-2737 | 404-885-3900 | matthew.roberts2@troutman.com | Matthew G. Roberts |
| United States Dept Of Justice | 950 Pennsylvania Ave, Nw | | Room 2242 | Washington, DC 20530-0001 | | 202-514-2000 | | | |
| US Attorney For Delaware | Attn: David C Weiss | | 1007 Orange St, Ste 700 | P.O. Box 2046 | Wilmington, DE 19899-2046 | 302-573-6277 | 302-573-6220 | usade.ecfbankruptcy@usdoj.gov | |
| Wachtell, Lipton, Rosen & Katz | Attn: Richard Mason/Douglas Mayer | Attn:Joseph C. Celentino | 51 W 52nd St | New York, NY 10019 | | 212-403-1252 | 212-403-2251 | rgmason@wlrk.com | Richard G. Mason |
| Wachtell, Lipton, Rosen & Katz | | | | | | 212-403-1251 | 212-403-2251 | dkmayer@wlrk.com | Douglas K. Mayer |
| Wachtell, Lipton, Rosen & Katz | | | | | | 212-403-1076 | 212-403-2076 | jccelentino@wlrk.com | Joseph C. Celentino |

| Firm | Attn | Address 1 | Address 2 | Address 3 | Address 4 | Phone 1 | Phone 2 | Email | Contact |
|---|---|---|---|---|---|---|---|---|---|
| Wanger Jones Helsley, PC. | Attn: Riley C. Walter | 265 E River Park Circle, Ste 310 | Fresno, CA 93720 | | | 559-490-0949 | | rwalter@wjhattorneys.com | Riley C. Walter |
| Ward and Smith, P.A. | Attn: Paul A Fanning | P.O. Box 8088 | Greenville, NC 27835-8088 | | | 252-215-4000 | 252-215-4077 | paf@wardandsmith.com | Paul A Fanning |
| Whiteford, Taylor & Preston LLC | Attn: Richard W Riley | The Renaissance Centre | 405 N King St, Ste 500 | Wilmington, DE 19801 | | 302-353-4144 | | rriley@wtplaw.com | Richard W. Riley |
| Whiteford, Taylor & Preston LLP | Attn: Todd M Brooks | 7 St Paul St, 15th Fl | Baltimore, MD 21202-1626 | | | 410-347-9421 | | tbrooks@wtplaw.com | Todd M. Brooks |
| Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Craig Goldblatt | 1875 Pennsylvania Ave NW | Washington, DC 20006 | | | 202-663-6000 | 202-663-6363 | craig.goldblatt@wilmerhale.com | Craig Goldblatt |
| Womble Bond Dickinson (US) LLP | Attn: Matthew Ward/Morgan Patterson | 1313 N Market St, Ste 1200 | Wilmington, DE 19801 | | | 302-252-4320 | 302-252-4330 | matthew.ward@wbd-us.com | Matthew P. Ward |
| Womble Bond Dickinson (US) LLP | | | | | | 302-252-4320 | 302-252-4330 | morgan.patterson@wbd-us.com | Morgan L. Patterson |
| Young Conaway Stargatt & Taylor | Attn: James L. Patton, Jr | Attn: Robert Brady/Edwin Harron | Rodney Square | 1000 N King St | Wilmington, DE 19801 | 302-571-6684 | 302-576-3325 | jpatton@ycst.com | James L. Patton, Jr |
| Young Conaway Stargatt & Taylor | | | | | | 302-571-6690 | 302-576-3283 | rbrady@ycst.com | Robert S. Brady |
| Young Conaway Stargatt & Taylor | | | | | | 302-571-6703 | 302-576-3298 | eharron@ycst.com | Edwin J. Harron |