IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No.: 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Related to Docket No. _____** |

# ORDER GRANTING REQUEST OF IRC BURNSVILLE CROSSING, L.L.C. FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

UPON CONSIDERATION of the *Request of IRC Burnsville Crossing, L.L.C. for Allowance of Administrative Expense Claim* (the "Request")[1]; and the Court having jurisdiction to consider the Request and the relief requested therein pursuant to 28 U.S.C. § 1334; and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409, and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Request is GRANTED.

2. Landlord is hereby granted an allowed administrative expense claim in the amount of $4,675.65, plus attorneys' fees and costs, pursuant to 11 U.S.C. §§ 365(d)(3), 503(b)(1)(A), and 507(a)(2) for unpaid post-petition obligations due and owing under the Lease.

3. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation and interpretation of this Order.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Request.

{05553114.DOC.}