# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of August, 2020, a copy of the foregoing was electronically filed and served via CM/ECF on all parties requesting electronic notification in this case, and also was served on the parties listed below by electronic mail.

Dated:  August 13, 2020               /s/Karen C. Bifferato
                                      Karen C. Bifferato (DE 3279)


Derek C. Abbott, Esq.  
Andrew R. Remming, Esq.  
Eric W. Moats, Esq.  
Paige N. Topper, Esq.  
Morris Nichols Arsht & Tunnell LLP  
1201 North Market Street, 16th Floor  
Wilmington, DE 19801  
Email: dabbott@mnat.com  
aremming@mnat.com  
emoats@mnat.com  
ptopper@mnat.com  

Thomas A. Labuda, Esq.  
Michael C. Andolina, Esq.  
Matthew E. Linder, Esq.  
Blair M. Warner, Esq.  
Sidley Austin LLP  
One South Dearborn Street  
Chicago, IL 60603  
Email: tlabuda@sidley.com  
mandolina@sidley.com  
mlinder@sidley.com  
blair.warner@sidley.com  

Jessica C. K. Boelter, Esq.  
William E. Curtin, Esq.  
Sidley Austin LLP  
787 Seventh Avenue  
New York, NY 10019  
Email: jboelter@sidley.com  
wcurtin@sidely.com  

David L. Buchbinder  
Office of the U.S. Trustee  
J. Caleb Boggs Federal Building  
Suite 2207  
Wilmington, DE 19801  
Email: david.l.buchbinder@usdoj.gov