IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re D.I. 1053** |

**AMENDED VERIFIED STATEMENT OF COALITION OF ABUSED SCOUTS
FOR JUSTICE PURSUANT TO BANKRUPTCY RULE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, amended as of December 1, 2011 ("Rule 2019"), the Coalition of Abused Scouts for Justice (the "Coalition"), by its undersigned counsel, hereby submits this amended verified statement (the "Verified Statement") in the Chapter 11 cases of the above-captioned debtors (collectively, the "Debtors" and the "Bankruptcy Cases") and, in support thereof, states:

1. On or around July 18, 2020, the members of the Coalition, by and through their state court counsel (the "State Court Counsel"), formed the Coalition and retained Brown Rudnick LLP and Blank Rome LLP (together, the "Coalition Counsel") to represent them in connection with the Coalition's claims and interests in respect of the Debtors and the Bankruptcy Cases.[2] *See Rule 2019(c)(1) of the Federal Rules of Bankruptcy Procedure* ("Bankruptcy Rules"). The Coalition is comprised of more than 10,000 sexual abuse victims (collectively, the "Coalition Members"). *Id.* Each Coalition Member, a party-in-interest, holds claims against the

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

[2] The State Court Counsel, two of whose former clients are members of the Official Committee of Tort Claimants (the "TCC"), decided to retain separate bankruptcy counsel for their other clients under the auspices of the Coalition. The State Court Counsel for current members of the Coalition are: (i) Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C., (ii) Kosnoff Law PLLC, (iii) AVA Law Group, Inc., (iv) Andrews & Thornton, (v) ASK LLP, and (vi) Slater Slater Schulman, LLP.

Debtors that may include, but are not necessarily limited to, unsecured claims and administrative claims.

2.  An Advisory Board consisting of the following six (6) members of the Coalition was created to participate in meetings of the Coalition and assist in deliberation concerning actions taken by the Coalition.

- Allen Johnston, age 55 (lives in NC, abused in CT)
- Andrew Tessier, age 40 (lives in NY, abused in AL)
- Matt Stevens, age 67 (lives in TX, abused in CA)
- Gill Gayle, age 58 (lives in CA, abused in AL)
- Michael Lipari, age 49 (lives in D.C., abused in FL)
- Robert Pierce, age 39 (lives in CA, abused in CA)

3.  Each Coalition Member is a Sexual Abuse Survivor as defined in the Debtors' bar date order [D.I. 695] (the "Bar Date Order"). As a result, the identity of each Coalition Member is highly confidential. Nonetheless, in accordance with Bankruptcy Rule 2019, a list of the names and addresses of each current Coalition Member will be provided only to counsel to the TCC as contemplated by the confidentiality provisions in the Bar Date Order and will be subject to the *Order Approving Confidentiality and Protective Order* [D.I. 799] (the "Revised Protective Order") and designated thereunder as "Committee Advisor Only." *See* Bankruptcy Rule 2019 (c)(2) and (3). In addition, the following information designated as "Committee Advisor Only" pursuant to the Revised Protective Order will be provided to the Debtors, the mediators and certain other mediation parties and filed under seal with the Court: (i) Coalition Member identification number, (ii) current city and state of Coalition Member, (iii) date of incident, and (iv) location of incident. *Id.*

4.  In addition, the Coalition has retained BrownGreer to collect and organize the Coalition Members' claims information. Coalition Counsel will work with the Debtors, the

mediators and other mediation parties to provide additional information that may be sorted and/or aggregated to facilitate ongoing mediation discussions.

5. Nothing contained in this Verified Statement should be construed as (i) a waiver or release of any claims filed or to be filed against, or interests in, the Debtors held by any Coalition Member or any other entity, or (ii) a limitation upon, or waiver of, any Coalition Member's rights to assert, file and/or amend its claims in accordance with applicable law and any orders entered in these cases establishing procedures for filing proofs of claim.

6. Other than as disclosed herein, the Coalition Counsel does not represent or purport to represent any other entities with respect to the Bankruptcy Cases.[3] In addition, the Coalition Members and the Coalition do not purport to act, represent, or speak on behalf of any other entities in connection with the Bankruptcy Cases.

7. The undersigned declares under penalty of perjury that this Verified Statement is true and accurate to the best of his/her knowledge, information and belief.

---

[3] Blank Rome LLP, Delaware counsel to the Coalition, has in the past represented Lianfen Qian, a personal injury claimant, and currently represents Infor (US), Inc., a software licensor to the Debtors, in the Bankruptcy Cases in matters unrelated to the Coalition. Blank Rome LLP has set up an ethical wall between the attorneys representing the Coalition and the attorney representing Infor (US), Inc. in the Bankruptcy Cases. Blank Rome LLP will not represent the Coalition or any Coalition Member in any matter that may be adverse to Infor (US), Inc.

8. The Coalition reserves the right to amend or supplement this Verified Statement in accordance with the requirements set forth in Bankruptcy Rule 2019.

Dated: August 14, 2020
Wilmington, Delaware

**BLANK ROME LLP**

*/s/ Stanley B. Tarr*
Stanley B. Tarr (DE No. 5535)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:    (302) 425-6423
Facsimile:    (302) 252-0921
E-mail:        Tarr@BlankRome.com

-and-

**BROWN RUDNICK LLP**
David J. Molton, Esquire
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
E-mail: DMolton@brownrudnick.com

and

Sunni P. Beville, Esquire
Tristan G. Axelrod, Esquire
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
E-mail: sbeville@brownrudnick.com
E-mail: taxelrod@brownrudnick.com

*Co-Counsel to the Coalition of Abused Scouts for Justice*