IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br>　　　　　　　　　　　　Debtors. | Chapter 11<br>Case No. 20-10343 (LSS)<br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF DAVID J. MOLTON

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of David J. Molton of the law firm Brown Rudnick LLP to represent the Coalition of Abused Scouts for Justice in the above-captioned chapter 11 bankruptcy cases and any related adversary proceedings.

Dated: August 10, 2020
　　　　Wilmington, Delaware

　　　　　　　　　　　　*/s/ Stanley B. Tarr*
　　　　　　　　　　　　Stanley B. Tarr (DE No. 5535)
　　　　　　　　　　　　BLANK ROME LLP
　　　　　　　　　　　　1201 Market Street, Suite 800
　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　(302) 425-6400
　　　　　　　　　　　　*Attorneys for the Coalition of Abused Scouts for Justice*

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New York, New Jersey, and California, in the United States District Courts for the Southern, Eastern, and Northern District of New York, the District of New Jersey, and the Northern District of Illinois, and the United States Court of Appeals for the Second, Third, and Ninth Circuits, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

　　　　　　　　　　　　*/s/ David J. Molton*
　　　　　　　　　　　　David J. Molton
　　　　　　　　　　　　Brown Rudnick LLP
　　　　　　　　　　　　Seven Times Square
　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　(212) 209-4800
　　　　　　　　　　　　dmolton@brownrudnick.com

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

　　　　　　　　　　　　**LAURIE SELBER SILVERSTEIN**
**Dated: August 17th, 2020**　　　　**UNITED STATES BANKRUPTCY JUDGE**
**Wilmington, Delaware**