# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br>Debtors. | Chapter 11<br>Case No. 20-10343 (LSS)<br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF TRISTAN G. AXELROD

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Tristan G. Axelrod of the law firm Brown Rudnick LLP to represent the Coalition of Abused Scouts for Justice in the above-captioned chapter 11 bankruptcy cases and any related adversary proceedings.

Dated: August 10, 2020
Wilmington, Delaware

*/s/ Stanley B. Tarr*
Stanley B. Tarr (DE No. 5535)
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, Delaware 19801
(302) 425-6400
*Attorneys for the Coalition of Abused Scouts for Justice*

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Massachusetts, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

*/s/ Tristan G. Axelrod*
Tristan G. Axelrod
Brown Rudnick LLP
One Financial Center
Boston, Massachusetts 02111
(617) 856-8200
taxelrod@brownrudnick.com

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

Dated: August 17th, 2020
Wilmington, Delaware