# EXHIBIT A

# PASICH LLP

10880 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90024
(424) 313-7860
www.pasichllp.com
Federal Tax ID:
82-2096928

BSA Tort Claimants  
c/o John W. Lucas  
Pachulski Stang Ziehl & Jones LLP

July 31, 2020  
Invoice # 13296

In Reference To: Tort Claims--Insurance  
Our File No.:   B029.001

**Professional Services**

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| **General Committee** | | | | |
| 5/21/2020 | KAP | Prepare for and attend Committee call (1.1) | 1.10 | 1,072.50 |
| 5/26/2020 | KAP | State counsel call re insurance issues and strategy (1.5) | 1.50 | 1,462.50 |
| 6/2/2020 | KAP | State counsel conference call, including insurance update (2.0) | 2.00 | 1,950.00 |
| 6/11/2020 | KAP | TCC call, including insurance update (1.2) | 1.20 | 1,170.00 |
| 6/12/2020 | KAP | Telephone conference with Mr. Kravitz, Mr. Goldfarb, Mr. Kosnoff, and Mr. Rothweiler (1.0); review materials (1.3) | 1.30 | 1,267.50 |
| 6/16/2020 | KAP | State Counsel conference call re insurance issues and strategy (1.1) | 1.10 | 1,072.50 |
| 6/18/2020 | KAP | TCC conference call regarding issues and initial observations (1.0) | 1.00 | 975.00 |
| 6/23/2020 | KAP | State Counsel call (1.7); e-mails (0.1) | 1.80 | 1,755.00 |
| 6/25/2020 | KAP | TCC call, including insurance update (1.1); e-mails with Mr. Schulman, Ms. Whitman, and Ms. Oswald re issues (0.3); review research re ▓▓▓▓ (0.3) | 1.70 | 1,657.50 |
| 6/29/2020 | KAP | E-mails with TCC and state counsel (0.3) | 0.30 | 292.50 |
| 6/30/2020 | KAP | TCC call regarding insurance issues and strategy (1.5) | 1.50 | 1,462.50 |
| 7/1/2020 | KAP | Draft and revise e-mails (0.4); telephone conference with mediators (1.0); telephone conference with Ms. Andrews (0.3); telephone conference with team (0.8) | 2.50 | 2,437.50 |

BSA Tort Claimants                                                                                                                   Page     2

|              |     |                                                                                                                                                                                                                    | Hours | Amount   |
|--------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 7/2/2020     | KAP | Review ▮▮▮ data (0.8); e-mails (0.3); TCC call re mediation and insurance issues (1.9)                                                                                                                                        | 3.00  | 2,925.00 |
| 7/3/2020     | KAP | Telephone conference with Mr. Gallagher (0.7); draft e-mail re same (0.2); review e-mails from counsel (0.3); review additional claims information (0.2); e-mails with team (0.3)                                              | 1.70  | 1,657.50 |
| 7/4/2020     | KAP | Review TCC insurance inquiries and research re same (1.2)                                                                                                                                                                      | 1.20  | 1,170.00 |
| 7/6/2020     | KAP | Insurance working group call and e-mails (1.3); review policies and data (2.1)                                                                                                                                                 | 3.40  | 3,315.00 |
| 7/7/2020     | KAP | Telephone conference with TCC, including insurance update (0.9); e-mails (0.2)                                                                                                                                                 | 1.10  | 1,072.50 |
| 7/9/2020     | KAP | TCC call regarding options to ▮▮▮▮▮▮▮▮▮▮ and other developments (1.5)                                                                                                                                                         | 1.50  | 1,462.50 |
| 7/13/2020    | JLS | Weekly status conference with insurance working group and prepare for same.                                                                                                                                                    | 2.30  | 1,426.00 |
|              | KAP | Insurance subgroup conference call (1.1)                                                                                                                                                                                       | 1.10  | 1,072.50 |
| 7/14/2020    | KAP | State Counsel meeting re insurance issues and strategy (1.7); review and respond to e-mails and review data spreadsheet (0.9)                                                                                                  | 2.60  | 2,535.00 |
| 7/20/2020    | JLS | Appear for/Attend weekly status meeting with TCC Insurance Working Group and prepare for same (2); prepare and circulate meeting minutes (.7).                                                                                 | 2.70  | 1,674.00 |
|              | KAP | Telephone conference with Insurance Working Group (1.6); revise summary re same (0.2); research re issues (0.9); e-mails with counsel (0.4)                                                                                    | 2.20  | 2,145.00 |
| 7/21/2020    | JLS | Appear for/Attend survivors counsel meeting with mediators and prepare minutes of same.                                                                                                                                        | 1.90  | 1,178.00 |
|              | KAP | State counsel call re insurance issues and strategy (1.2); e-mails and research re experts (0.7)                                                                                                                               | 1.90  | 1,852.50 |
| 7/23/2020    | KAP | Review research, data uploads and policies and telephone conference with TCC re same (2.9)                                                                                                                                     | 2.90  | 2,827.50 |
| 7/26/2020    | KAP | Review research memoranda and agenda for Working Group meeting (1.1); e-mails with Mr. Stang (0.2)                                                                                                                             | 1.30  | 1,267.50 |
|              | JLS | Plan and prepare for weekly insurance working group meeting.                                                                                                                                                                   | 0.50  | 310.00   |
| 7/30/2020    | JLS | Confer with committee members regarding ▮▮▮ strategy and overall strategy relative to ▮▮▮ and review Mr. Stang's memo in preparation for same (2.4); follow-up call with state court counsel and committee to discuss further developments regarding ▮▮▮ (1.6). | 4.00  | 2,480.00 |

BSA Tort Claimants                                                                                           Page    3

|            |     |                                                                                                                                                                                                                                                           | Hours | Amount      |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|-------------|
| 7/30/2020  | KAP | Telephone conference with state counsel regarding recommended approach and developments (1.0); telephone conference with TCC regarding recommended approach and developments (1.6)                                                                                   | 2.60  | 2,535.00    |
|            |     | **SUBTOTAL:**                                                                                                                                                                                                                                                         | [ 54.90 | 49,480.50]  |

**Insurance Coverage**

|            |     |                                                                                                                                                                                                                                     | Hours | Amount     |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|------------|
| 5/12/2020  | KAP | Read materials (1.8); telephone conference with state counsel (1.3)                                                                                                                                                                  | 3.10  | 3,022.50   |
| 5/25/2020  | KAP | E-mails with Mr. Stang (0.1)                                                                                                                                                                                                         | 0.10  | 97.50      |
| 6/9/2020   | KAP | Review coverage picture, research re ▓▓▓▓▓▓ (1.9)                                                                                                                                                                                    | 1.90  | 1,852.50   |
| 6/12/2020  | JLS | Begin review/analysis of underlying litigation allegations and coverage portfolio.                                                                                                                                                   | 2.60  | 1,612.00   |
| 6/14/2020  | JLS | Continued review and organization of initial production of polices, coverage charts and pleadings in order to ▓▓▓▓▓▓; review historical communication among counsel regarding same.                                                  | 3.30  | 2,046.00   |
| 6/15/2020  | DKP | Review and organize coverage action files received from client; PACER searches to locate missing documents (5.0); begin review of insurance policies provided by client and prepare inventory spreadsheet with hyperlinks to documents (1.8) | 6.80  | 1,768.00   |
|            | JLS | Review/Analyze and chart historical insurance policies regarding ▓▓▓▓▓▓                                                                                                                                                              | 2.40  | 1,488.00   |
| 6/16/2020  | JLS | Continued review/analysis and charting of historical insurance policies regarding ▓▓▓▓▓▓                                                                                                                                             | 3.00  | 1,860.00   |
|            | DKP | Continue review of insurance policies and update inventory spreadsheet with hyperlinks.                                                                                                                                              | 4.60  | 1,196.00   |
| 6/17/2020  | CO  | Introductory call about the matter and assign preliminary tasks to each attorney (0.5).                                                                                                                                              | 0.50  | NO CHARGE  |
|            | JLS | Confer with litigation team regarding prioritizing of action items and strategies and prepare for same.                                                                                                                              | 0.70  | 434.00     |
|            | DKP | Continue review of insurance policies and update inventory spreadsheet with hyperlinks.                                                                                                                                              | 3.60  | 936.00     |
|            | KAP | Conference with Mr. Schulman, Ms. Whitman, and Ms. Oswald (0.5); review policies and ▓▓▓▓▓▓ issues, including research re same (1.9)                                                                                                 | 2.40  | 2,340.00   |

BSA Tort Claimants                                                                                                                      Page    4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/17/2020 | MCW | Communicate with Mr. Pasich and Mr. Schulman regarding background for insurance coverage issues and related BSA bankruptcy issues and research tasks (.5); review and analyze underlying coverage actions in Illinois and Texas and policies at issue in those actions (1.3). | 1.80 | 900.00 |
| 6/18/2020 | CO | Research ▇▇▇ (2.7). | 2.70 | 702.00 |
|  | CO | Research ▇▇▇ (5.2). | 5.20 | 1,352.00 |
|  | JLS | Continued review/analysis and charting of pertinent policy terms regarding ▇▇▇ | 3.30 | 2,046.00 |
|  | KAP | Telephone conference with Mr. Stang (0.4); e-mails (0.1); review policy information and review law re key issues (1.9) | 2.40 | 2,340.00 |
|  | MCW | Conduct legal research, analyze issue and draft memo regarding ▇▇▇ (7.8). | 7.80 | 3,900.00 |
| 6/19/2020 | KAP | E-mails with Mr. Goldfarb and with Mr. Stang (0.4) | 0.40 | 390.00 |
|  | MCW | Conduct legal research, analyze issue and draft memo regarding ▇▇▇ (5.1). | 5.10 | 2,550.00 |
| 6/20/2020 | CO | Research ▇▇▇ in order to determine ▇▇▇ with particular focus on ▇▇▇ (0.8). | 0.80 | 208.00 |
|  | KAP | Review policies and loss information, research re claims and history (1.9) | 1.90 | 1,852.50 |
|  | MCW | Conduct legal research, analyze issue and draft memo regarding ▇▇▇ (1.9). | 1.90 | 950.00 |
| 6/21/2020 | CO | Research ▇▇▇ in order to determine ▇▇▇ (2.2). | 2.20 | 572.00 |
|  | MCW | Conduct legal research, analyze issue and draft memo regarding ▇▇▇ (4.9) | 4.90 | 2,450.00 |
| 6/22/2020 | JLS | Review/Analyze underlying submissions regarding damages stemming from "IV" files. | 1.70 | 1,054.00 |
|  | JLS | Ongoing review, analysis and charting of pertinent provisions of historical coverage regarding ▇▇▇ | 2.30 | 1,426.00 |

BSA Tort Claimants                                                                                              Page    5

|            |     |                                                                                                                                                                                                     | Hours | Amount   |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 6/22/2020  | CO  | Research case law regarding the ▓▓▓ to determine whether ▓▓▓ (0.7).                                                                                                                                                   | 0.70  | 182.00   |
| 6/23/2020  | JLS | Review/Analyze coverage action pleadings and motion practice to compile list of insurance-related issues to be resolved at mediation and confer with Mr. Pasich regarding same.                                       | 2.30  | 1,426.00 |
|            | DKP | Continue review of insurance policies and update inventory spreadsheet with hyperlinks.                                                                                                                               | 4.50  | 1,170.00 |
| 6/24/2020  | DKP | Continue review of insurance policies and update inventory spreadsheet including hyperlinks.                                                                                                                          | 2.50  | 650.00   |
|            | KAP | Review and revise mediation topic list and e-mails re same (0.5)                                                                                                                                                      | 0.50  | 487.50   |
|            | MCW | Conduct legal research, analyze issue and draft memo regarding ▓▓▓ (4.8).                                                                                                                                             | 4.80  | 2,400.00 |
| 6/25/2020  | JLS | Review/Analyze spreadsheet of ▓▓▓ to compile list of ▓▓▓ and confer with Ms. Oswald regarding same.                                                                                                                   | 0.70  | 434.00   |
|            | CO  | Research ▓▓▓ law to determine whether ▓▓▓ (1.8).                                                                                                                                                                      | 1.80  | 468.00   |
|            | DKP | Continue review of insurance policies and update inventory spreadsheet with hyperlinks.                                                                                                                               | 5.20  | 1,352.00 |
|            | CO  | Research ▓▓▓ statute (0.5).                                                                                                                                                                                           | 0.50  | 130.00   |
|            | MCW | Conduct legal research, analyze issue and draft memo regarding ▓▓▓ (4.2); conduct legal research and analyze issue regarding ▓▓▓ (4.7).                                                                               | 8.90  | 4,450.00 |
| 6/26/2020  | JLS | Legal research and analysis of ▓▓▓ statutes and strategies for ▓▓▓ (1.8); review coverage action pleadings for scope of coverage currently being litigated and disputed issues (1.4).                                 | 3.20  | 1,984.00 |
|            | DKP | Research on PACER and internet sites to obtain current docket reports for all coverage action matters and save to local drive, per Mr. Schulman.                                                                      | 0.50  | 130.00   |
|            | DKP | Continue review of insurance policies and update inventory spreadsheet with hyperlinks.                                                                                                                               | 3.70  | 962.00   |
|            | MCW | Participate in telephone conference with Mr. Schulman regarding research on ▓▓▓ (.2); conduct legal research regarding ▓▓▓ (7.4); draft summary e-mail to Mr. Pasich and Mr. Schulman regarding same (.5).            | 8.10  | 4,050.00 |

BSA Tort Claimants                                                                                                       Page    6

|            |     |                                                                                                                                                                    | Hours | Amount   |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 6/27/2020  | MCW | Conduct legal research and analyze issue regarding ■■■ (4.9).                                                                                                       | 4.90  | 2,450.00 |
| 6/28/2020  | JLS | Research ■■■                                                                                                                                                        | 1.30  | 806.00   |
| 6/29/2020  | DKP | Continue review of insurance policies and update inventory spreadsheet with hyperlinks.                                                                             | 2.20  | 572.00   |
|            | MCW | Review and analyze BSA policies from 1960-1980 and draft chart regarding ■■■ (5.3).                                                                                  | 5.30  | 2,650.00 |
| 6/30/2020  | DKP | Continue review of insurance policies and update inventory spreadsheet including hyperlinks.                                                                        | 3.50  | 910.00   |
|            | MCW | Conduct research and draft e-mail to Mr. Pasich regarding ■■■ (1.3); Review and analyze BSA policies from 1960-1980 and draft policy ■■■ (4.9).                      | 6.20  | 3,100.00 |
|            | KAP | Review insurance information (1.1); review briefs on key issues (0.7)                                                                                               | 1.80  | 1,755.00 |
| 7/1/2020   | JLS | Review/Analyze internal memorandum regarding ■■■                                                                                                                    | 0.80  | 496.00   |
|            | DKP | Complete review of insurance policies and preparation of inventory spreadsheet including hyperlinks.                                                                | 2.50  | 650.00   |
|            | JLS | Confer with litigation team regarding action items and strategy (.8); review charts and correspondence of additional action items following working group meeting (.6). | 1.40  | 868.00   |
|            | CO  | Conference with Mr. K. Pasich, Mr. Schulman, and Ms. Whitman regarding ■■■ (0.8).                                                                                   | 0.80  | 208.00   |
|            | MCW | Review and analyze BSA policies from 1960-1980 and draft ■■■ (6.1); participate in telephone conference with Mr. Pasich and Mr. Schulman regarding research tasks, policy review and new issues (.7). | 6.80  | 3,400.00 |

BSA Tort Claimants                                                                                                                          Page    7

|          |     |                                                                                                                                                                                                                                                                                         | Hours | Amount   |
|----------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 7/2/2020 | MCW | Review and analyze BSA policies from 1960-1980 and draft ▮▮▮ (8.4).                                                                                                                                                                                                                                     | 8.40  | 4,200.00 |
| 7/3/2020 | JLS | Review/Analyze insurance policies and chart pertinent provisions regarding ▮▮▮.                                                                                                                                                                                                                         | 4.30  | 2,666.00 |
|          | CO  | Calculate ▮▮▮ (1.7); compose a chart regarding the same ▮▮▮ (0.6).                                                                                                                                                                                                                                      | 2.30  | 598.00   |
|          | MCW | Review and analyze BSA policies from 1960-2019 for ▮▮▮ (2.5); draft chart for Mr. Pasich regarding same (1.7); draft e-mail to Mr. Pasich regarding same (.8); review analyze IL and TX coverage action filings and draft memo regarding status of these actions and insurers coverage arguments (2.4). | 7.40  | 3,700.00 |
| 7/4/2020 | JLS | Review/Analyze proposed orders lifting certain stays and review correspondence and policies regarding same.                                                                                                                                                                                             | 0.80  | 496.00   |
|          | MCW | Review and analyze BSA policies from 1960-1980 and draft ▮▮▮ (5.9).                                                                                                                                                                                                                                     | 5.90  | 2,950.00 |
| 7/5/2020 | CO  | Calculate ▮▮▮ (0.5); compose a chart regarding the same ▮▮▮ (0.3).                                                                                                                                                                                                                                      | 0.80  | 208.00   |
|          | CO  | Calculate ▮▮▮ (2.4); compose a chart regarding the same ▮▮▮ (1.1).                                                                                                                                                                                                                                      | 3.50  | 910.00   |
|          | KAP | Review and revise production requests (0.3)                                                                                                                                                                                                                                                             | 0.30  | 292.50   |
|          | JLS | Research law regarding ▮▮▮ in various jurisdictions.                                                                                                                                                                                                                                                    | 3.70  | 2,294.00 |
|          | MCW | Review and analyze BSA policies from 1960-1980 and draft ▮▮▮ (4.6).                                                                                                                                                                                                                                     | 4.60  | 2,300.00 |
| 7/6/2020 | JLS | Video conference with Mr. Pasich and working group regarding action items, timing and strategy; prepare for same.                                                                                                                                                                                       | 2.60  | 1,612.00 |
|          | JLS | Research ▮▮▮                                                                                                                                                                                                                                                                                            | 1.70  | 1,054.00 |
|          | CO  | Telephone conference with Ms. Whitman regarding policy review (0.4).                                                                                                                                                                                                                                    | 0.40  | 104.00   |
|          | DKP | Research on PACER to locate documents filed in the bankruptcy action in Delaware as requested by Mr. Schulman.                                                                                                                                                                                          | 0.80  | 208.00   |
|          | MCW | Participate in telephone conference with Ms. Oswald regarding review and analysis of BSA policies from 1960-2019 (.4); review and analyze motions to intervene and adversary proceedings filed in BSA                                                                                                   | 2.50  | 1,250.00 |

BSA Tort Claimants                                                                                      Page      8

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | bankruptcy for Mr. Schulman (.4); draft e-mail to Mr. Schulman and Ms. Oswald regarding ▮▮▮ (.3); conduct legal research regarding ▮▮▮ for Mr. Schulman (.9); Review and analyze BSA policies from 1960-1980 and draft ▮▮▮ (.5). |  |  |
| 7/7/2020 | CO | File all correspondence and documents pertaining to the matter (0.5). | 0.50 | 130.00 |
|  | CO | Conduct a Policy review of all 1960s policies and add the information into the Policy chart (3.1). | 3.10 | 806.00 |
|  | JLS | Research options for ▮▮▮ and confer with Mr. Pasich regarding same (.9); continued review and analysis of historical Boy Scouts coverage to formulate overall strategy (1.4). | 2.30 | 1,426.00 |
|  | MCW | Review and analyze BSA policies from 1960-1980 and draft ▮▮▮ (1.7). | 1.70 | 850.00 |
| 7/8/2020 | JLS | Research ▮▮▮ issue (2.7); confer with Ms. Whitman regarding status of outstanding projects and action items (.5). | 3.20 | 1,984.00 |
|  | CO | Conduct a policy review of all of the 1990s and add the information into the policy chart (4.2). | 4.20 | 1,092.00 |
|  | CO | Telephone conference with Ms. Whitman regarding ▮▮▮ (1.6). | ▮▮▮ | ▮▮▮ |
|  | MCW | Review and analyze BSA policies from 1960-1980 and draft ▮▮▮ (.8); participate in telephone conference with Ms. Oswald regarding the policy analysis and questions concerning certain policy provisions (1.7); participate in telephone conference with Mr. Schulman regarding ▮▮▮ research, memo on coverage actions and ongoing projects (.5); conduct research and draft memo regarding ▮▮▮ (5.4); conduct legal research regarding ▮▮▮ (1.1). | 9.50 | 4,750.00 |
| 7/9/2020 | CO | Conduct a policy review of all of the 1990s and add the information into the policy chart (6). | 6.00 | 1,560.00 |

BSA Tort Claimants                                                                                    Page    9

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/9/2020 | CO | Conference with Ms. Whitman regarding the 1990 Royal Indemnity Policy (0.4). | 0.40 | 104.00 |
|  | KAP | Review options ▓▓▓ (0.4) | 0.40 | 390.00 |
|  | MCW | Review and analyze BSA policies from 1960-1980 and draft ▓▓▓ (3.7); participate in telephone conference with Ms. Oswald regarding policy analysis and issues with certain policy provisions (.5); conduct research and draft memo regarding ▓▓▓ (1.8); conduct legal research regarding ▓▓▓ (1.3). | 7.30 | 3,650.00 |
| 7/10/2020 | CO | Conduct a policy review of all of the 1990s and add the information into the policy chart (3.7). | 3.70 | 962.00 |
|  | JLS | Research question of whether ▓▓▓ (1.4); research ▓▓▓ (.9). | 2.30 | 1,426.00 |
|  | MCW | Review and analyze BSA policies from 1960-1980 and draft ▓▓▓ (2.6); Conduct legal research and draft memo regarding ▓▓▓ (.7). | 3.30 | 1,650.00 |
| 7/11/2020 | CO | Conduct a policy review of all of the 1990s and add the information into the policy chart (0.9). | 0.90 | 234.00 |
| 7/12/2020 | JLS | Plan and prepare for weekly working group discussion. | 0.70 | 434.00 |
|  | MCW | Draft response e-mail to Mr. Schulman regarding status of ongoing projects for Monday meeting (.2); review and analyze BSA policies from 1980-1990 and draft ▓▓▓ (.6). | 0.80 | 400.00 |
|  | CO | Conduct a policy review of all of the 1990s and add the information into the policy chart (2.5). | 2.50 | 650.00 |
| 7/13/2020 | JLS | Review/Analyze ▓▓▓ policies regarding ▓▓▓ | 2.20 | 1,364.00 |
|  | CO | Conduct policy review of the BSA's 1990's policies (5.9). | 5.90 | 1,534.00 |
|  | MCW | Conduct legal research and draft memo regarding ▓▓▓ (4.8); | 6.50 | 3,250.00 |

BSA Tort Claimants                                                                                                                  Page   10

|  Date | Tkpr | Description | Hours | Amount |
|---|---|---|---:|---:|
|  |  | conduct research for Mr. Schulman regarding ▇ (1.7). |  |  |
| 7/14/2020 | CO | Conduct policy review of the BSA's 1990's policies (7.4). | 7.40 | 1,924.00 |
|  | JLS | Review/Analyze survivors' counsel meeting correspondence and communications regarding local council assets (.7); continued review of ▇ policies for ▇ (1.6). | 2.30 | 1,426.00 |
|  | MCW | Conduct legal research and draft memo regarding ▇ (5.6); participate in telephone conference with Mr. Schulman regarding status of legal research on ▇ (.2). | 5.80 | 2,900.00 |
| 7/15/2020 | JLS | Review/Analyze ▇ policies (1.6); review other working group communications and updates (.9); review policies regarding ▇ (2.3). | 4.80 | 2,976.00 |
|  | CO | Conduct policy review of the BSA's 1990's policies (2). | 2.00 | 520.00 |
|  | MCW | Review and analyze BSA policies from 1960-2019 for ▇ and draft chart for Mr. Schulman regarding ▇ (8.3). | 8.30 | 4,150.00 |
| 7/16/2020 | CO | Conduct policy review of the BSA's 1990's policies (2.7). | 2.70 | 702.00 |
|  | KAP | Review policy chart re limits and claim information (0.8); telephone conference with TCC (2.1) | 2.90 | 2,827.50 |
|  | MCW | Conduct research for Mr. Schulman regarding ▇ (1.3); review and analyze BSA policies 1980-1990 and draft ▇ (3.4). | 4.70 | 2,350.00 |
| 7/17/2020 | CO | Conduct policy review of the BSA's 1990's policies (0.5). | 0.50 | 130.00 |
|  | JLS | Draft/Revise ▇ and legal research regarding same. | 3.80 | 2,356.00 |
|  | KAP | Prepare for call with mediators (0.2); telephone conference with mediators and prepare notes of same (1.3) | 1.50 | 1,462.50 |
|  | MCW | Draft e-mail to Mr. Schulman regarding ▇ (.5); draft e-mail response to Mr. Schulman regarding ▇ and the ▇ (.2). | 0.70 | 350.00 |

BSA Tort Claimants                                                                                                          Page    11

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 7/18/2020 | JLS | Draft/Revise ▓▓▓ and research regarding same. | 2.20 | 1,364.00 |
|  | CO | Conduct policy review of the BSA's 1990's policies (2.8). | 2.80 | 728.00 |
|  | KAP | Review additional claims data (0.9); review policies (0.8); research re theories (1.1) | 2.80 | 2,730.00 |
|  | MCW | Review and analyze BSA policies from 1960-2019 for ▓▓▓ and draft chart for Mr. Pasich with ▓▓▓ by policy year (6.7). | ▓▓▓ | ▓▓▓ |
| 7/19/2020 | CO | Conduct a policy review of the BSA policies in the 1990s (0.8). | 0.80 | 208.00 |
|  | JLS | Review/Analyze ▓▓▓ regarding ▓▓▓ theories. | 2.40 | 1,488.00 |
|  | KAP | Review and revise policy limitations calculations (1.3) | 1.30 | 1,267.50 |
|  | JLS | Draft/Revise analysis of total potentially available BSA coverage and confer with Mr. Pasich regarding same. | 0.40 | 248.00 |
|  | MCW | Review and analyze BSA policies from 1960-2019 for ▓▓▓ and draft chart for Mr. Pasich with ▓▓▓ by policy year (6.4); review and edit draft ▓▓▓ (.4); conduct legal research regarding ▓▓▓ (.8). | ▓▓▓ | ▓▓▓ |
| 7/20/2020 | JLS | Continued drafting of ▓▓▓ (1.7); review ▓▓▓ (.9); legal research of potentially applicable state laws regarding ▓▓▓ (2.7). | 5.30 | 3,286.00 |
|  | MCW | Review and analyze BSA policies from 1960-2019 for ▓▓▓ and draft chart for Mr. Pasich with ▓▓▓ by policy year (5.4); draft response e-mail to Mr. Schulman regarding current research on ▓▓▓ (.2); review and edit underlying claims chart from Mr. Stang at request of Mr. Schulman (.3). | 5.90 | 2,950.00 |
| 7/21/2020 | CO | Conduct a policy review of the 1990s policies (3.4). | 3.40 | 884.00 |
| 7/22/2020 | JLS | Review various emails from Mr. Nasatir regarding ▓▓▓ and confer with Mr. Nasatir regarding same (1.2); legal research and begin drafting memo regarding ▓▓▓ and review policies regarding same (3.8); legal research regarding ▓▓▓ for memo (1.6); review Pachulski memo regarding ▓▓▓ (.8). | 7.40 | 4,588.00 |
|  | CO | Conduct a policy review of the 1990s policies (3). | 3.00 | 780.00 |

BSA Tort Claimants																					Page    12

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/23/2020 | CO | Conduct a policy review of the 1990s policies (4.4). | 4.40 | 1,144.00 |
|  | CO | Telephone conference with Ms. Whitman regarding ████ ████ and ████ policies (0.7). | 0.70 | 182.00 |
|  | JLS | Draft/Revise memo regarding potential coverage ████ ████████████ in connection with ████ ████████ and legal research regarding same. | 6.30 | 3,906.00 |
|  | MCW | Review and analyze BSA policies 1970-1980 and draft policy chart regarding ████ ██████████████████████ (4.8); participate in telephone conference with Ms. Oswald regarding policy analysis and issues with certain policy provisions (.5). | 5.30 | 2,650.00 |
| 7/24/2020 | CO | Conduct a policy review of the 1990s policies (1). | 1.00 | 260.00 |
|  | KAP | Review ████ memorandum and e-mails with Ms. Schulman (0.3) | 0.30 | 292.50 |
|  | JLS | Research regarding ████████████████ ████ ; review policies regarding same. | 3.30 | 2,046.00 |
|  | MCW | Review and analyze BSA policies 1970-1990 and draft ████ ████████████████████ (3.8). | 3.80 | 1,900.00 |
| 7/25/2020 | JLS | Draft/Revise memo regarding ████ ████████ ; review policies and legal research regarding same. | 7.20 | 4,464.00 |
|  | MCW | Review and analyze BSA policies 1980-1990 and draft ████ ████████████████████ (1.9). | 1.90 | 950.00 |
| 7/26/2020 | MCW | Review and analyze BSA policies 1970-1980 and draft ████ ████████████████████ (6.4). | 6.40 | 3,200.00 |
| 7/27/2020 | JLS | Research regarding ████████████ issues in various jurisdictions as part of ████████ analysis and preparation of memo regarding same. | 5.50 | 3,410.00 |

BSA Tort Claimants                                                                                                          Page    13

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/27/2020 | CO | Review of the 2000-2010 policies (4.5). | 4.50 | 1,170.00 |
|  | MCW | Review and analyze BSA policies 1960-1990 and draft regarding ■■■ (3.4). | 3.40 | 1,700.00 |
| 7/28/2020 | CO | Review of the 2000-2010 policies (3.7). | 3.70 | 962.00 |
|  | JLS | Research issues of ■■■ and survey of state laws holding that ■■■ | 4.10 | 2,542.00 |
|  | MCW | Review and analyze BSA policies 2010-2019 and draft regarding ■■■ (4.2). | 4.20 | 2,100.00 |
| 7/29/2020 | CO | Conduct a policy review of the 1990s policies (0.6); same regarding the 2000s policies (3.6). | 4.20 | 1,092.00 |
|  | JLS | Review/Analyze memos regarding ■■■ (.8); and draft letter ■■■ regarding same (1.2); ■■■ (.6); and mediator's request for submissions and correspondence regarding same (.5). | 3.10 | 1,922.00 |
|  | MCW | Review and analyze BSA policies 1980-1990 and draft ■■■ (5.7). | 5.70 | 2,850.00 |
| 7/30/2020 | CO | Review of the 2000-2010 policies (2.4). | 2.40 | 624.00 |
|  | CO | Calculate ■■■ chart (0.7). | 0.70 | 182.00 |
|  | CO | Call with Ms. Whitman regarding the spreadsheets calculating the ■■■ (0.5). | 0.50 | 130.00 |
|  | MCW | Review and analyze BSA policies 1970-1990 and draft ■■■ (6.1); participate in telephone conference with Ms. Oswald regarding issues with ■■■ chart ■■■ for coverage analysis (.5); draft e-mail to Mr. Schulman regarding same (.3). | 6.90 | 3,450.00 |

BSA Tort Claimants                                                                                          Page    14

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/31/2020 | CO | Review the 2002-2003 and 2003-2004 policies (5); compile information regarding same into a master spreadsheet ▓▓▓ (1.6). | 6.60 | 1,716.00 |
|  | JLS | Review correspondence to local councils and committee correspondence regarding same. | 0.30 | 186.00 |
|  | MCW | Review and analyze BSA policies 1970-1980 and draft ▓▓▓ (5.7). | 5.70 | 2,850.00 |
|  | **SUBTOTAL:** |  | [ 485.30 | 233,016.00] |

| | |
|---|---|
| Subtotal of charges | $282,496.50 |
| Courtesy Discount - Deductions in Time | ($20,263.20) |
| For professional services rendered | 540.20  $262,233.30 |
| **Balance due** | **$262,233.30** |

| | |
|---|---|
| Total Courtesy Deductions of Time: | $20,263.20 |
| Total Discount on Rates: | $79,757.00 |
| Total Deductions/Discounts: | $100,020.20 |

### Timekeeper Summary

| Name | Hours | Regular Rate | 20% Discounted Rate | Total Full | Total Discounted | Difference |
|---|---|---|---|---|---|---|
| Caitlin Oswald | 101.80 | 325.00 | 260.00 | 33,085.00 | 26,468.00 | 6,617.00 |
| Donald K. Piper | 40.40 | 290.00 | 260.00 | 11,716.00 | 10,504.00 | 1,212.00 |
| Jeffrey L. Schulman | 122.60 | 775.00 | 620.00 | 95,015.00 | 76,012.00 | 19,003.00 |
| Kirk A. Pasich | 67.50 | 1,375.00 | 975.00 | 92,812.50 | 65,812.50 | 27,000.00 |
| Mikaela C. Whitman | 207.40 | 625.00 | 500.00 | 129,625.00 | 103,700.00 | 25,925.00 |
| **TOTAL** |  |  |  | $362,253.50 | $282,496.50 | $79,757.00 |