FILED
2020 AUG 18 AM 9:03
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

DEAR YOUR HONOR

JUDGE, LAURIE SEIBER SILVERSTEIN


YOUR HONOR MY NAME IS D█████ W█████ LAST 4 3643, 11 MONTH 69 YEAR,
YOUR HONOR I'VE RECIEVED THE PROOF OF CLAIM FOR THE CASE NO. 20-10343 (LSS) IN RE BOYS SCOUTS OF AMERICA AND DELAWARE BSA, LLC
YOUR HONOR THERE'S BEEN A SERIOUS BREACH IN PRIVACY
SET UP TO PROTECT PRIVACY FOR A SURVIVOR

①

Your Honor the Boy's Scout of America sent me a proof of claim threw regular mail,

Without putting my inmate number because I'm incarcerated when they had the correct return address

Further they did not put legal correspondence,

This is a serious breach in privacy,

As a result of the breach regular mail comes open and stapled and inmates and staff seen it and I filed a grievance with the mail room, who took photo copies of the front of the letter from where it come from

Your Honor In Privacy Protection all they had to do was stamp legal correspondence, because it was legal mail

Now people in here who know my family know

①

PEOPLE STARING AND QUESTIONING ME, THE PREDATOR'S IN HERE looking AT ME CRAZY,

THE STAFF IS TELLIN PEOPLE PEOPLE LAUPHIN AT ME,

I WAS RAPED BY THE BOY'S SCOUT OF AMERICA ON A FIELD TRIP AND NOW I'M living A CONFINED NIGHTMARE AS A RESULT OF THE NEGLIGENCE BREACH CAUSED BY THE BOY'S SCOUT OF AMERICA WHO SENT ME FORM'S TO Fill OUT, MAKING ME RELIVE A NIGHTMARE THAT I TRIED TO FORGET,

I SENT THE FORM IN NOW I'M IN FEAR OF RETALIATION FROM THE BSA FOR letting YOU KNOW THERE'S A BREACH IN PRIVACY,

THE SEXUAL ASSAULT IS NOT PRIVATE NO MORE MY GOD I'M livin A NIGHTMARE I WAS SHOCK WHEN I SEEN SENSITIVE OPEN MAIL,

②

Your Honor can you please appoint me an attorney to protect my rights and for all corespondence that is legal will go threw him and I won't get retaliated on for telling you the breach I'm indigent and I shouldn't have to be punish and lose my rights or voting rights or have to do anything irrigular, or file anything that I have no knowledge on because I reported the breach in privacy, that BSA is responsible for, they responsible for this whole entire nightmare, in my life

You said write if any problem's, me klown to the world of a sexual assault survivor I wanted confidental now it's in the open, I mise well be on CNN in here I'm being tormented every day now I'm suffering the vicious rape all over again

(2)

Your Honor like I said in that form's I had to fill out I'm willing to take a lie detector test, be put under hypnotis's to prove 2 adult's raped me when I was on the Boy's Scout field trip

It's that day that made me addicted to drug's, why I was in and out of jail, and why now I'm living a nightmare all over in public.

That should not have happen The Institution took a copy, but here the envelope it came in (Exhibit A) it come like that stapled and it had sexual abuse survivor in the open for all to read, you see it was no number until the institution circulated it around the compound until it found me, and they put one

A correction officer who handed to me was written up by numerous inmates and known to expose people's legal business, like what they here for, Everybody stark, question, and give me predator look's

(9)

I'M INDIGENT AND THIS CASE IS TOO COMPLEX, I NEED AN ATTORNEY TO PROTECT MY RIGHTS AND FOR YOU YOUR HONOR CAN MAKE SURE THIS DON'T HAPPEN AGAIN TO ME OR NO ONE ELSE.

IF THEY JUST WOULD OF PUT LEGAL CORRESPONDENCE I WOULD OF WENT TO THE LEGAL MAIL ROOM SIGNED FOR IT, THEY WOULD OF OPEN IT IN FRONT OF ME AND HANDED ME THE WHOLE ENVELOPE

NEGLIGENCE RUSHING TO THE POINT THEY ASK FOR INMATE NUMBER BUT DON'T USE THEM THEY DON'T USE THE CORRECT RETURN ADDRESS INFO.

YOUR HONOR DON'T LET THEM RETALIATE AGAINST ME OR LOSE MY VARIFICATION INFO BECAUSE THEY MADE A MISTAKE, FOR THE INTEREST OF JUSTICE CAN YOU APPOINT ME AN ATTORNEY AT THE DEFENDANT'S COST

SINCERELY

D███ W███████

P.S. IT WAS NOT MY FAULT, THEY EXPOSE MY PRIVACY TO THE WORLD

(MY RETURN ADDRESS)
D███ W███████ #747-277
P.O. BOX 1812
MARION, OHIO 43301-1812