[REDACTED NAME] #250257
South Florida Reception Center (South Unit)
13910 N.W. 41st. Street
Doral, Florida 33178-3014

PROVIDED TO SOUTH FLORIDA RECEPTION CENTER on 08/[##]/20 FOR MAILING. BY: [officer's initials]

2020 AUG 18 AM 8:57 FILED CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

RE: Boy Scouts of America Class Action Lawsuit

Attention Judge Laurie Selbert Silverstein,

I am writing this letter due to the fact I was sexually abused as a juvenile by Assistance Boy Scout Leader E[REDACTED] P[REDACTED] at Camp Sebring. I was forced and threaten by E[REDACTED] P[REDACTED] to [REDACTED] which continue for [REDACTED]

[REDACTED] contacted Attorney's (1) Jessica C.K. Boelter at 787-Seventh Ave. New York NY 10019 (2) Omni Agent Solutions Brian Osborne at 1120-Avenue of the Americas 4th Floor New York NY 10036 (3) Doan Law Firm at One Riverway Suite 2500 Houston TX 77056 (4) The Dolman Law Group at 13513 Prestige Pl Suite 102 Tampa, Florida 33635. I have also sent two letters to Omni Agent Solutions at 5955-Desoto Ave. Suite 100 Woodland Hills CA. 91367 and as of this date I have not received any responses

[REDACTED] has traumatized, tortured & brutalized me.

"See attached copies"

AT THE HANDS OF (1) W[redacted] L[redacted] AND E[redacted] R[redacted] I HAVE SUFFERED AND HAD TO LIVE WITH THIS TRAUMA ALL THESE YEARS. I AM INCARCERATED IN THE DEPARTMENT OF CORRECTIONS NOW DUE TO BEING FORCED AND THREATENED by E[redacted] P[redacted] AS IT FORCED ME TO TRY TO CONTROL ALL OF MY OTHER RELATIONSHIPS AS I STILL EXPERIENCE FLASH BACKS OF BEING F[redacted]. I HAVE ATTEMPED SUICIDE ON SEVERAL OCCASIONS I ALSO HAVE BEEN BAKER ACTED IN THE PAST FOR ATTEMPTED SUICIDE AND HAVING THOUGHTS OF SUICIDE, THIS INCIDENT HAS CAUSE A GREAT DEAL OF SUFFERING AND PAIN AND MENTAL HEALTH CRISIS. I HOPE AND PRAY THAT I CAN NOW GET THE COUNSELING AND SEXUAL ABUSE HELP THAT I REALLY NEED UPON MY RELEASE ON 12-02-2023 WITH ALL DUE RESPECT I PRAY THAT WE CAN COME TO SOME KIND OF A CLOSURE. I WOULD APPRECIATE ANY ASSISTANCE THAT YOU COULD GRANT ME, THANK YOU FOR YOUR PRECIOUS TIME!

RESPECTFULLY SUBMITTED:

W[redacted] J[redacted] [redacted] #250257

AGE 60 YRS OLD.

P.S. WHY AM I NOT BEING CONTACTED??? PLEASE RESPONSED

STATEMENT OF FACTS

I W█████ J███ B█████, AM WRITING THIS STATEMEN[T] TO THE BOY'S SCOUTS OF AMERICA, AND ANY ONE WITH CONCERNS. I JOINED BOY SCOUT TROOP 55 (FIFTY FIVE) OUT OF COCONUT GROVE FLORIDA, MIAMI FLORIDA WHICH IS DADE COUNTY. I JOIN TROOP FIFTY FIVE BETWEEN 1970 AND 1973 UNSURE WHICH YEAR. TWO OF MY NEIGHBORS (1) R████ C████ AND HIS BROTHER (2) A████ C████ WERE BOTH SCOUTS IN TROOP FIFTY FIVE. UNDER THE LEADERSHIP OF BOY SCOUT MASTER (1) W████ L████ AND (2) ASSISTANCE SCOUT MASTER E████ A████ MY ADDRESS AT THAT TIME WAS 3759 FLORIDA AVENUE COCONUT GROVE, FLORIDA 33133. AFTER JOINING TROOP FIFTY FIVE WEEKS LATER WALTER L████ BECAME AGGRAVATED DUE TO THE FACT I WAS OVERWEIGHT AND UNABLE TO DO SOME OF THE EXERCISES THAT MOST OF THE OTHER SCOUTS COULD DO. I WAS SUBJECT TO BEING HUMILIATED AND FORCED TO MISS MEALS AND EAT MUD PIES AS THEY CALLED THEM, BY BOY SCOUT MASTER ████████ AND ASSISTANCE SCOUT MASTER ████████

"PAGE ONE"

ON OUR WEEKEND TRIP TO CAMP SEBRING, ONBOARD AN A-1 CHARTER BUS. ASSISTANCE BOY SCOUT LEADER E[REDACTED] P[REDACTED] WHICH [REDACTED] ASKING ME IF I LIKED IT. I WAS SO AFRAID AT SUCH A YOUNG AGE I NEVER KNEW WHAT TO EXPECT FROM HIM. WHEN WE ARRIVED IN SEBRING FLORIDA. ASSISTANCE SCOUT MASTER E[REDACTED] P[REDACTED] [REDACTED] FORCED ME TO ALLOW HIM TO PERFORM [REDACTED]. LATER THAT NIGHT ASSISTANCE SCOUT MASTER P[REDACTED] THREATEN TO HAVE ME OUSTED FROM TROOP FIFTY FIVE IF I [REDACTED] [REDACTED] CONTINUE FOR MONTHS AFTER CAMP SEBRING. ASSISTANCE SCOUT MASTER E[REDACTED] P[REDACTED] LIVED WITH HIS GRANDMOTHER IN COCONUT GROVE ON PERRY FROW DRIVE UNTIL ONE DAY HE DISAPPEARED. AS A YOUNG CHILD I WAS RAISE AND TAUGHT THAT I WAS SUPPOSE TO BE ATTRACTED TO THE OPPOSITE SEX AND I LOVED LITTLE GIRLS. DUE TO ME BEING FORCED [REDACTED] [REDACTED] WITH ASSISTANCE BOY SCOUT MASTER E[REDACTED] P[REDACTED] HAS CAUSE ME TO BE TRAUMATIZED, TORTURED AND BRUTALIZED AT THE HANDS OF TWO INDIVIDUAL: 1) W[REDACTED] L[REDACTED] (2) E[REDACTED] P[REDACTED] BOY SCOUT LEADER AND HIS ASSISTANCE.

SEE COPIES

I HAVE SUFFERED AND HAD TO LIVE WITH THIS TRAUMA ALL THESE YEARS AND IT PLAYS A ROLE IN WHY I AM NOW INCARCERATED IN THE FLORIDA DEPARTMENT OF CORRECTIONS TODAY. I EXPERIENCE FLASH BACKS ██████████████████████ ██████████████ AND HAVE ATTEMPTED SUICIDE SEVERAL TIME DUE TO MEMORIES OF BEING MOLESTED AT CAMP SEBRING AND CONTINUING FOR MONTHS. I ALSO HAVE HAD THE PLEASURE OF MEETING ONE OF THE HEAD BOY SCOUT LEADERS WHO'S NAME IS J███ R███. THE REASON I WROTE THIS LETTER IS BECAU THIS INCIDENT HAS CAUSE A GREAT DEAL OF SUFFERING AND PAIN AND MENTAL HEALTH CRISIS IN WHICH I HAVE HAD TO ENDURE FOR FIFTY SOME YEARS. I HAVE BEEN THINKING ABOUT GOING TO THE MEDIA FOR YEARS I AM SO EMBARRASSED TO COME FORWARD WITH THIS INFORMATION. I HOPE AND PRAY THAT WE CAN COME TO SOME KIND OF A CLOSURE WITH ALL DUE RESPECT ANY ASSISTANCE YOU GRANT ME WOULD BE GREATLY APPRECIATED.

THANK YOU FOR YOUR PRECIOUS TIME;

RESPECTFULLY SUBMITTED:

W████████ J███ R████ #250257