R███ S███████ M███████
30 Administration Road,
Bridgewater, MA 02324

FILED
2020 AUG 19 AM 10: 46
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

August 11, 2020

United States Bankruptcy Court
District of Delaware
824 Market Street,
Wilmington, Delaware 19801-3577

IN RE:  Sexual Abuse Survivor Proof of Claim.
        Against The Boy Scouts of America Bankruptcy
        Case NO.: 20-10343 (Bankr. D. Del.).

Dear Clerk,

I am a survivor of sexual abuse from members of the Boy Scouts of America.

I am aware that the Boys Scouts of America has filed bankruptcy for their sexual abuses under: IN RE Boy Scouts of America and Delaware BSA, LLC, No. 20-10343 (Bankr. D. Del.).

I wish to file a complaint against the Boy Scouts of America for multiple sexual abuses against me from the early 1970's.

Would you kindly provide me with the following please:

- Copy of the Docket Entry sheet, with the Lead Attorney against the Boy Scouts of America Sexual abuse Civil Action, Address.

- The proper Application form to file a Civil Action for sexual abuse against the Boy Scouts of America.

Thank you for your time and attention in this matter.

Sincerely,

R███ S███████ M███████