**Exhibit B**

**OLD REPUBLIC** INSURANCE COMPANY
Greensburg, Pennsylvania
A Stock Company

**COMMERCIAL GENERAL LIABILITY DECLARATIONS**

| POLICY NUMBER | *POLICYHOLDER SERVICE OFFICE:* | PRODUCER #409 |
|---|---|---|
| MWZY 303431 | Old Republic Risk Management, Inc.<br>445 South Moorland Road, Suite 300<br>Brookfield, WI 53005<br>(877) 797-3400 | McQueary Henry Bowles Troy, LLP<br>Dallas, TX |
| MWZY 301262 | | |
| RENEWAL OF NUMBER | | |

**NAMED INSURED AND MAILING ADDRESS:**

Boy Scouts of America, National Council and all of its affiliates and subsidiaries and
all Local Councils and all their affiliates and subsidiaries and Learning for Life
1325 Walnut Hill Lane
Irving, TX  75062

**POLICY PERIOD:**   FROM  03/01/15   TO  03/01/16   AT 12:01 A.M. STANDARD TIME AT THE NAMED INSURED'S MAILING ADDRESS SHOWN ABOVE.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF
THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

| LIMITS OF LIABILITY | |
|---|---|
| PERSONAL INJURY, PROPERTY DAMAGE AND MALPRACTICE LIMIT OF LIABILITY    $ 1,000,000 | Combined, Each Occurrence |

| PREMIUM |
|---|
| STATE TAX OR OTHER (IF APPLICABLE)  $ ▮ |
| TOTAL PREMIUM (SUBJECT TO AUDIT)  $ ▮ |
| TOTAL SHOWN IS PAYABLE:  $ ▮ AT INCEPTION  $ ▮ AT EACH ANNIVERSARY (IF POLICY PERIOD IS MORE THAN ONE YEAR AND PREMIUM IS PAID IN ANNUAL INSTALLMENTS) |
| AUDIT PERIOD (IF APPLICABLE)   ☐ ANNUALLY    ☐ SEMI-ANNUALLY    ☐ QUARTERLY    ☐ MONTHLY |

| ENDORSEMENTS |
|---|
| ENDORSEMENTS ATTACHED TO THIS POLICY:<br>See Forms Index |

THESE DECLARATIONS, TOGETHER WITH THE COMMERCIAL GENERAL LIABILITY POLICY AND ANY
ENDORSEMENT(S), COMPLETE THE ABOVE NUMBERED POLICY.

Countersigned (Date):  05/28/15           By (Authorized Representative):  *[signature]*

GL 409 027 0312

*MWZY 303431    Boy Scouts of America    03/01/2015 - 03/01/2016*    BSA000003