# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LLS) |
| | (Jointly Administered) |
| Debtors. | **Ref. No. 1120** |

## CERTIFICATE OF SERVICE

I, Patrick A. Jackson, hereby certify under penalty of perjury that on August 19, 2020, I caused a true and correct copy of the *Motion of Marco Romero, Jr. and Audrey Romero for an Order for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code* to be served via email, first-class mail, and/or through CM/ECF upon the parties on the attached Service List as required by Local Rule 4001-1(a) for personal injury claimants.

Date: August 19, 2020
Wilmington, Delaware

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Patrick A. Jackson*
Patrick A. Jackson (Del. Bar No. 4976)
222 Delaware Ave., Ste. 1410
Wilmington, Delaware 19801
Telephone: (302) 467-4210
Facsimile: (302) 651-7701
Patrick.Jackson@faegredrinker.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Taxas (75038).

SERVICE LIST

**Office of the United States Trustee for the District Of Delaware**
David L. Buchbinder, Esq.
Hannah M. McCollum, Esq.
844 King Street, Suite 2207, Lockbox

**Morris, Nichols, Arsht & Tunnell LLP**
Derek Abbott, Esq.
Andrew R. Remming, Esq.
Joseph C. Barsalona, Esq.
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899

**Sidley Austin LLP**
Jessica C. K. Boelter, Esq.
787 Park Avenue
New York, New York 10019

**Sidley Austin LLP**
Thomas A. Labuda, Esq.
Michael C. Andolina, Esq.
Matthew E. Linder, Esq.
One South Dearborn Street
Chicago, Illinois 60603

**Kramer, Levin, Naftalis & Frankel LLP**
Thomas Moers Mayer, Esq.
Rachel Ringer, Esq.
David E. Blabey, Jr., Esq.
Jennifer R. Sharret, Esq.
Megan W. Wasson, Esq.
1177 Avenue of the Americas
New York, New York 10036

**Reed Smith LLP**
Kurt F. Gwynne, Esq.
Katelin A. Morales, Esq.
1201 Market Street, Suite 1500
Wilmington, DE 19801

**Pachulski, Stang, Ziehl & Jones LLP**
James I. Stang, Esq.
Robert B. Orgel, Esq.
James E. O'Neill, Esq.
John W. Lucas, Esq.
Ilan D. Scharf, Esq.
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Norton Rose Fulbright US LLP**
Louis R. Strubeck, Jr., Esq.
Kristian W. Gluck, Esq.
Ryan E. Manns, Esq.
Shivani Shah, Esq.
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932

**Womble Bond Dickinson (Us) LLP**
Matthew P. Ward, Esq.
Morgan L. Patterson, Esq.
1313 N. Market Street, Suite 1200
Wilmington, DE 19801