**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 210** |

**SUPPLEMENTAL DECLARATION OF ERNEST MARTIN, JR. IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF HAYNES AND BOONE, LLP AS SPECIAL INSURANCE COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION, *NUNC PRO TUNC* TO THE PETITION DATE**

I, Ernest Martin, Jr., being duly sworn, state the following under penalty of perjury:

1. I am a partner of the law firm Haynes and Boone, LLP ("Haynes and Boone"), located at 2323 Victory Avenue, Suite 700, Dallas, Texas 75219.

2. I submit this supplemental declaration (this "Supplemental Declaration") on behalf of Haynes and Boone in further support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Haynes and Boone, LLP as Special Insurance Counsel for the Debtors and Debtors in Possession* Nunc Pro Tunc *to the Petition Date* [D.I. 210] (the "Application"). Except as otherwise stated in this Supplemental Declaration, I have personal knowledge of the facts set forth herein.

3. In connection with the Application, I submitted an initial declaration (the "Initial Declaration") describing, among other things, Haynes and Boone's role as outside counsel to Boy Scouts of America (the "BSA") in connection with certain coverage matters, including the

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Coverage Actions (as defined in the Initial Declaration). The Initial Declaration also disclosed that Haynes and Boone has historically represented, and continues to represent, both the BSA and certain local councils in the Coverage Actions and that Haynes and Boone intended to continue to represent the BSA and local councils in the Coverage Actions if such matters were not stayed during these chapter 11 cases.[2]

4.  On May 15, 2020, Hartford Accident and Indemnity Company and First State Insurance Company (together, "Hartford"), initiated an adversary proceeding at Adv. Pro. No. 20-50601 (LSS) by filing a complaint against the BSA and certain local councils, among other defendants (the "Hartford Adversary Proceeding").

5.  In addition to representing and advising the BSA in the Coverage Actions and the Hartford Adversary Proceeding, Haynes and Boone is currently representing and advising the local council defendants with respect to the filing of a responsive motion in the Hartford Adversary Proceeding.

*[Remainder of Page Intentionally Left Blank]*

---

[2] The interests of the BSA and the local councils are aligned in the Coverage Actions. *See* Apr. 15, 2020 Hr'g Tr. 23:16-24:6.

3

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  August 19, 2020
       Dallas, Texas                                                    */s/ Ernest Martin, Jr.*
                                                                     Ernest Martin, Jr.
                                                                     Partner
                                                                     HAYNES AND BOONE, LLP