# <u>EXHIBIT B</u>

## Tomasco Declaration

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**DECLARATION OF PATRICIA B. TOMASCO IN SUPPORT**
**OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER**
**AUTHORIZING THE RETENTION AND EMPLOYMENT OF QUINN EMANUEL**
**URQUHART & SULLIVAN, LLP AS SPECIAL LITIGATION COUNSEL FOR THE**
**DEBTORS AND DEBTORS-IN-POSSESSION, *NUNC PRO TUNC* TO AUGUST 1, 2020**

The undersigned proposed attorney for the Boy Scouts of America and Delaware BSA, LLC (the "Debtors" or "BSA") hereby submits this verified declaration of disinterestedness pursuant to Bankruptcy Rule 2014(a).

1.      My name is Patricia B. Tomasco. I am over the age of 18 years. I am competent to make this declaration (this "Declaration") and I have personal knowledge of the facts stated herein. Each and every statement contained herein is true and correct.

2.      I am a partner in the law firm of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"). Quinn Emanuel maintains offices in 10 U.S. cities and 14 international cities, including the office at 711 Louisiana, Suite 500, Houston, Texas 77002. The Firm's main Houston telephone number is 713-221-7000 and the Firm's main Houston facsimile number is 713-221-7100.

---

[1]    The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

3.      This Declaration is submitted on behalf of Quinn Emanuel in support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Special Litigation Counsel for the Debtors and the Debtors-in-Possession,* Nunc Pro Tunc *to August 1, 2020* (the "Application").[2]  This Declaration is also intended to provide the disclosure of compensation required under section 329 of the Bankruptcy Code and Bankruptcy Rule 2016(b).

## QUINN EMANUEL'S QUALIFICATIONS AND SCOPE OF SERVICES

4.      Quinn Emanuel has extensive experience in, among other areas, litigation, financial restructuring, corporate governance, and corporate finance and transactions.  Quinn Emanuel lawyers have significant experience representing and advising the spectrum of constituents in chapter 11 cases and related proceedings, including debtors, committees, secured and unsecured creditors, independent or disinterested directors, special committees, shareholders, and other parties in interest.

5.      As discussed in the Application, Quinn Emanuel has extensive experience in representing the BSA in litigation with the Girl Scouts of the United States of America ("GSUSA").  On November 6, 2018, GSUSA filed a complaint in the United States District Court for the Southern District of New York, Case No. 18-cv-10287, against the BSA, alleging trademark infringement, dilution and tortious interference (the "Trademark Action").  The BSA retained Quinn Emanuel in December 2018 as legal counsel in the Trademark Action.

6.      On February 18, 2020, the Debtors filed these chapter 11 cases under chapter 11 of the Bankruptcy Code, staying the Trademark Action.

---

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Application.

7.     On March 10, 2020, GSUSA filed a motion for relief from stay to resume prosecution of the Trademark Action (ECF No. 155) (the "<u>Lift Stay Motion</u>"), and on April 24, 2020, the Bankruptcy Court entered an order granting limited relief from the stay (ECF No. 485) (the "<u>Lift Stay Order</u>").  Pursuant to the Lift Stay Order, the Initial Stay Lift Period (as defined in the Lift Stay Motion) ended on July 22, 2020.  The BSA and GSUSA were unable to reach a resolution of the Trademark Action, and on July 23, 2020, the automatic stay was lifted to permit the Trademark Action to proceed.  A scheduling conference is set for October 23, 2020, in the Trademark Action.

8.     Prior to the expiration of the Initial Lift Stay Period, Quinn Emanuel was originally retained as a Tier 2 ordinary course professional in these chapter 11 cases pursuant to the *Order (I) Authorizing the Debtors to Retain and Compensate Certain Professionals Used in the Ordinary Course of Their Non-Profit Operations, Nunc Pro Tunc to the Petition Date* (ECF No. 354), but was later moved to a Tier 1 ordinary course professional pursuant to the *Notice of Revised List of Ordinary Course Professionals* (ECF No. 559) (together, the "<u>OCP Orders</u>").

9.     Given the expiration of the Initial Stay Lift Period and the resumption of the Trademark Action, the Debtors anticipate that Quinn Emanuel's fees may exceed the Tier 1 OCP Cap of $150,000 per month on average over a rolling three-month period on a go-forward basis.

10.     In providing representation of the BSA in the Trademark Action since December 2018, Quinn Emanuel's professionals have worked closely with the BSA's management and have gained significant institutional knowledge about the BSA's organization and non-profit operations and related matters.  Quinn Emanuel is familiar with all aspects of the Trademark Action, including all of the factual and legal issues related to the claims asserted therein, the defenses thereto, and the Debtors' legal needs in connection with this action.

11.     Quinn Emanuel has substantial expertise in these areas as well as extensive historical knowledge of the factual and legal issues underlying the Trademark Action.  Subject to the Court's approval of the Application, Quinn Emanuel is willing to serve as the Debtors' special litigation counsel and to perform the services described above.

## NO DUPLICATION OF SERVICES

12.     I understand that the Debtors have retained various other restructuring professionals and counsel in these chapter 11 cases for particular purposes.  The Debtors, Quinn Emanuel, and such other counsel have fully discussed Quinn Emanuel's role in these chapter 11 cases so as to avoid duplication of work.  Quinn Emanuel has agreed to make reasonable efforts to avoid duplication of services by any other professionals employed by the Debtors.

## PROFESSIONAL COMPENSATION

13.     Quinn Emanuel intends to apply to the Court for allowance of compensation earned for professional services and reimbursement of expenses incurred in connection with these chapter 11 cases in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of the Court.  Quinn Emanuel will also make a reasonable effort to comply with the requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective as of November 1, 2013 (the "US Trustee Guidelines"), both in connection with this Application and any applications for compensation and reimbursement of expenses to be filed by Quinn Emanuel in these chapter 11 cases.

14.     Quinn Emanuel will charge the Debtors for its legal services on an hourly basis at its ordinary and customary rates in effect on the date that such services are rendered and for

4

reimbursement of all costs and expenses incurred by Quinn Emanuel in connection with its representation of the Debtors. Quinn Emanuel's billing rates for attorneys who may work on this matter range from range from $535.50 to $1,317.50 per hour for attorneys and from $330.00 to $390.00 for paraprofessionals. These rates include a 15% discount off of partner billing rates and a 10% discount on all associate and of-counsel billing rates for the life of the engagement. These hourly rates are subject to periodic adjustment to reflect economic and other conditions. The following attorneys are expected to have primary responsibility for providing services to the Debtors (discounted hourly billing rates noted in parentheses): Rachel Kassabian ($1,062.50); Margret Caruso ($1,062.50); and Todd Anten ($892.50).

15.    Quinn Emanuel's hourly rates are set at a level designed to fairly compensate Quinn Emanuel for the work of its attorneys and paraprofessionals and to cover fixed and routine expenses. These hourly rates vary with the experience and seniority of each professional and are subject to periodic adjustments to reflect economic and other conditions, with the hourly rate charged being the hourly rate in effect on the date that the services are performed.

16.    Quinn Emanuel represented the Debtors before the Petition Date using the hourly rates listed above. Quinn Emanuel's rate structure is appropriate and not significantly different from the rates that Quinn Emanuel charges for other representations or the rates that other comparable counsel would charge to perform substantially similar services.

17.    In addition to the hourly rates set forth above, Quinn Emanuel customarily charges its clients for the variable costs and expenses incurred in connection with its services, including mail and express mail charges, courier charges, Federal Express charges, photocopying charges, travel expenses, computerized research cost, and charges and fees of outside vendors, consultants, and service providers.

18.     Consistent with Local Rule 2016-2(e), Quinn Emanuel will charge no more than $0.10 per page for standard black and white duplication services in these chapter 11 cases. Quinn Emanuel does not charge its clients to receive and send facsimiles.

19.     Quinn Emanuel will provide ten (10) business days' notice to the Debtors, the Office of the United States Trustee for the District of Delaware, and any official committee appointed in these chapter 11 cases before implementing any periodic increases and shall file such notice with the Court.

## COMPENSATION RECEIVED BY QUINN EMANUEL

20.     Quinn Emanuel's fees and expenses are currently paid for by the BSA and two different insurance companies: RSUI Indemnity Company and Beazley USA Services Inc. (together, the "Insurance Companies"). During the ninety days immediately preceding the Petition Date, Quinn Emanuel received payments and retainers totaling $2,115,600.55, as follows: (i) $750,000.00; (ii) $750,000.00; and (iii) $615,600.55. Quinn Emanuel held a $750,000.00 retainer on February 18, 2020, and applied the retainer against invoices. The remainder of the retainer held by Quinn Emanuel will be allocated to Quinn Emanuel's postpetition fees and expenses and such postpetition fees and expenses are allowed against the Debtors' estates, including pursuant to the interim compensation procedures approved by this Court.

21.     In accordance with section 504 of the Bankruptcy Code, Quinn Emanuel has neither shared nor agreed to share (a) any compensation or reimbursement it has received or may receive with another person, other than the partners and associates associated with Quinn Emanuel or (b) any compensation or reimbursement another person has received or may receive.

## NO ADVERSE INTEREST

22.     In conjunction with its proposed retention by the Debtors in these chapter 11 cases, I directed a search of Quinn Emanuel's conflicts system for the entities listed on the attached **Schedule 1**, which include the names of individuals and entities that may be parties in interest in these chapter 11 cases.  The following summarizes the findings gleaned from my review of the information available on Quinn Emanuel's conflicts system of current clients of Quinn Emanuel and affiliates of current clients of Quinn Emanuel that are also associated with the BSA.

> **a.      Current Clients of Quinn Emanuel that Are Creditors; Representation on Unrelated Matters**

23.     Quinn Emanuel currently represents entities or affiliates of entities that may have direct or individual claims or interest against the BSA that are listed on the attached **Schedule 2**. Except as set forth below, Quinn Emanuel's ongoing representation of the **Schedule 2** entities does not involve or relate to the BSA or to these chapter 11 cases.

> **b.      Current and Former Clients of Quinn Emanuel that Are Creditors of the BSA; Representation in These Chapter 11 Cases**

24.     Quinn Emanuel also currently represents creditors and affiliates of creditors of the BSA as reflected on **Schedule 2**.  Furthermore, Quinn Emanuel previously represented, but does not currently represent other creditors or affiliates of creditors of the BSA as reflected on **Schedule 2**.  Such representation will not impact Quinn Emanuel's ability to fulfill its obligations as special litigation counsel to the BSA as allowed by 11 U.S.C. § 327(e).

25.     As used on **Schedule 2**, the term "Current" means a client for which the firm has performed work within the past 12 months.  Contrastingly, the term "Former" means a client for which the firm has not performed work within the past 12 months whether or not the attorney-

client relationship was formally terminated.  None of the preceding Current clients individually represents more than 1% of Quinn Emanuel's annual revenues.

26.    To the best of my knowledge, based on the searches conducted to date and subject to any explanations and/or exceptions contained therein, Quinn Emanuel's representation of these parties is unrelated and Quinn Emanuel does not hold or represent any interest adverse to the Debtors' estates with respect to the matters upon which Quinn Emanuel is to be retained in these chapter 11 cases.

27.    Based on the searches conducted to date and described herein, to the best of my knowledge, neither Quinn Emanuel nor any partner or associate thereof has any connection with the Office of the U.S. Trustee or any person employed in the Office of the U.S. Trustee, or any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the District of Delaware other than normal professionals connections that Quinn Emanuel has developed as a result of its representations of various parties-in-interest in unrelated matters before the Court. Accordingly, the Debtors' retention and employment of Quinn Emanuel is not prohibited by Bankruptcy Rule 5002.

28.    To the best of my knowledge, upon reasonable inquiry, neither I nor any professional of the Quinn Emanuel team that is providing services to the Debtors is a creditor of the Debtors.

29.    Given the large number of parties-in-interest in these chapter 11 cases and because the information on Schedule 1 may have changed without Quinn Emanuel's knowledge and may change during the pendency of the Debtors' chapter 11 cases, Quinn Emanuel is not able conclusively to identify all relationships or potential relationships with all creditors or other parties-in-interest in these chapter 11 cases.  If any new relevant facts or relationships are

discovered or arise, Quinn Emanuel will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration as required by Bankruptcy Rule 2014(a).

      c.      **Quinn Emanuel's Payment History with the Debtors**

30.     As stated above, the pre-petition fees and expenses paid to Quinn Emanuel during the Trademark Action were paid by the BSA, RSUI Indemnity Company, and Beazley USA Services Inc., as well as by Chubb and Son, a Division of Federal Insurance Company ("<u>Chubb</u>").[3] Attached hereto as **<u>Schedule 3</u>** is a chart of the payments received and invoices submitted since the beginning of Quinn Emanuel's representation.

## <u>ATTORNEY STATEMENT PURSUANT TO THE U.S. TRUSTEE GUIDELINES</u>

31.     The following is provided in response to the request for additional information set forth in Paragraph D.1 of the U.S. Trustee Fee Guidelines:

Question:    Did the Firm agree to any variations from, or alternatives to, the Firm's standard billing arrangements for this engagement?

Answer:    Yes. Quinn Emanuel and the Debtors have agreed to retain Quinn Emanuel at the same hourly rates that they billed the Debtors prepetition in the Trademark Action, which includes a 15% discount off of partners' rates and a 10% discount off of associates' rates.

Question:    Do any of the Firm's professionals in this engagement vary their rate based on the geographical location of the Debtors' chapter 11 case?

Answer:    No. The hourly rates used by the Quinn Emanuel in representing the BSA are consistent with the rates that the Firm charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case.

Question:    If the Firm has represented the BSA in the 12 months prepetition, disclose the Firm's billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If the Firm's billing rates and material financial terms have changed post-petition, explain the difference and the reasons for the difference.

---

[3]    The Chubb policy was exhausted prior to the Petition Date.

Answer:       Quinn Emanuel was first retained by the BSA in December 2018.   Quinn Emanuel's fees are determined on the basis of time billed at hourly rates. The hourly rates billed by Quinn Emanuel prepetition are the same hourly rates requested post-petition.

Question:     Has the BSA approved the Firm's budget and staffing plan, and if so, for what budget period?

Answer:       Quinn Emanuel was retained as a Tier 1 pursuant to the Notice of Revised List of Ordinary Course Professionals.  Quinn Emanuel submits periodic budgets to the BSA and the BSA has approved Quinn Emanuel's staffing plans.

*[Remainder of Page Intentionally Left Blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of August, 2020.

*/s/  Patricia B. Tomasco*
Patricia B. Tomasco
Partner
QUINN EMANUEL URQUHART &
SULLIVAN, LLP

## SCHEDULE 1

## BANKS

Banco Popular
Bank of America
BB&T
Blackrock Charles
Schwab
CIBC - First Caribbean Bank
Federated Bank
Fidelity Investments
Fifth Third Bank
First Bank - Virgin Islands
First State Bank
Goldman Sachs
InBank
JPMorgan Chase Bank, N.A.
Merrill Lynch, Pierce, Fenner & Smith, Inc.
Northern Trust Corporation
PNC Bank RBC
Bank Regions
Bank
Scotiabank
State Street Bank
TD Bank
US Bank
Wells Fargo & Company

## INSURERS

Ace Insurance Group
Aetna Casualty and Surety Company
Agricultural Excess & Surplus Insurance
Company
Agricultural Insurance Company
AIG
Allianz Global Corporate & Specialty SE
Allianz Global Risks US Insurance
Company
Allianz Insurance Company
Allianz Societas Europaea
Allied World Assurance Co.

Allied World Assurance Company (U.S.),
Inc.
Allied World Assurance Company, Ltd
Alterra Excess & Surplus Insurance
Company
American Guarantee and Liability Insurance
Company
American International Group, Inc.
American Re-Insurance Company
American Zurich Insurance Company
Arch Capital Group (U.S.)
Arch Insurance Company
Arch Reinsurance Ltd.
Argo Group International Holdings, Ltd
Argonaut Insurance Company Argonaut
Insurance Group
Arrowood Indemnity Company
Arrowpoint Capital Corp.
Aspen Insurance Holdings Limited
Ategrity Specialty
Ategrity Specialty Insurance Company
AXA Insurance Company
AXA XL
Axis Capital Holdings Limited
Axis Insurance Company
Axis Specialty Insurance Company
Axis Surplus Insurance Company
Beazley Insurance Company, Inc.
Berkley Insurance Company Berkshire
Hathaway Insurance Group California
Union Insurance Company

Catlin Underwriting Agencies
Limited Century Indemnity Company
Chubb Atlantic Indemnity Ltd.
Chubb Custom Insurance
Company Chubb Executive Risk
Chubb Group of Insurance Companies
Cincinnati Specialty Underwriters
Insurance
Company
Clarendon     America     Insurance
Company     Clarendon     National
Insurance  Company  CNA  Insurance
Companies
Colony Insurance Company
Columbia Casualty  Company
Continental Insurance Company
Endurance American Insurance Company
Endurance American Specialty Insurance
    Company
Enstar Group Limited
Euclid Insurance Services, Inc.
Evanston Insurance Company
Everest National Insurance Company
Everest Re Group
Fairfax (US) Inc.
Fairfax Financial (USA) Group
Federal Insurance Company
Fireman's Fund Insurance Companies
First Specialty Insurance Corporation
First State Insurance Company
Gemini Insurance Company
General Star Indemnity Company
Great American
Great American Assurance Company
Great American E & S Insurance Company
Great American Property and Casualty
    Insurance Group
Gulf Insurance Company
Hallmark Specialty Insurance Company
Harbor Insurance Company
Hartford Accident and Indemnity Company
Houston Casualty Company
Indemnity Insurance Company of North
    America
Indian Harbor Insurance Company

Industrial Indemnity
Industrial Insurance Company of Hawaii
Insurance Company of North America
Insurance Company of the State of
    Pennsylvania (The)
International Insurance Company
Interstate Fire & Casualty Company
Landmark Insurance Company
Lexington Insurance Company
Liberty Insurance Underwriters, Inc.
Liberty Mutual Insurance Company
Liberty Surplus Insurance Corporation
Lloyd's of London
London Market
Markel American Insurance Company
Markel Corporation Group
Marsh & McLennan Companies
MHBT, a Marsh & McLennan Agency
Munich Re Group
Munich Reinsurance America, Inc.
National Casualty Company
National Surety Corporation
National Union Fire Insurance Company Of
    Pittsburgh, PA
Navigators Group, Inc.
Navigators Insurance Company
Navigators Specialty Insurance Company
Niagara Fire Insurance Company
Normandy Reinsurance Company Limited
Ohio Casualty Insurance Company (The)
Old Republic General Group
Old Republic Insurance Company
Old Republic Insurance Group
Pacific Employers Ins. Company
Pacific Indemnity Company
Property/Casualty Insurance Co. Of
    Hartford
RLI Professional Risk
Royal Indemnity Company
RSUI Group
R-T Specialty
Sompo - Endurance American Insurance
    Company
Sompo Holdings, Inc.

St. Paul Surplus Lines Insurance Company
Starr Indemnity & Liability Company
Starr Specialty
Steadfast Insurance Company
Swiss Re Group
Texas Pacific Indemnity Company
The Hartford Financial Services Group, Inc.
The Hartford Fire
The Hartford Insurance Group
The Hartford Steam Boiler Inspection And
    Insurance Company
The Travelers Companies, Inc.
Traders and Pacific Insurance Company
Travelers (Bermuda) Limited
Travelers Casualty and Surety Company
Travelers Indemnity Company
Twin City Fire Insurance Company
U.S. Fire Insurance Company
Universal Re-Insurance Company Limited
Utica Mutual Insurance Company
W. R. Berkley Corporation
W.R. Berkley Group
Westchester Fire Insurance Company
Westchester Surplus Lines Insurance
    Company
XL Catlin
XL Europe Limited
XL Insurance (Dublin) Ltd.
XL Insurance Company SE
Zurich Financial (USA) Group
Zurich Financial Services Group

## **LANDLORDS**

1040 Avenue of the Americas LLC
IRC Retail Centers

## **TORT CLAIMANTS COMMITTEE**

Christopher Desmond Haywood
Douglas A. Kennedy
John Humphrey
Jorge Tabon
Jorge Vega
Morgan Wade
Paul Richard Halvorson
Robb Lawson
Robert Grier

## UNSECURED CREDITORS COMMITTEE

Girl Scouts of the United States of America
Lion Brothers Company Inc.
Pearson Education, Inc.
Pension Benefit Guaranty Corporation
Roger A. Ohmstede

## TOP 30 GENERAL UNSECURED CREDITORS OF THE DEBTORS (NON-ABUSE CLAIMS)[3]

American Engineers & Contractors
Anne Terry
Bradley Farmer
C. Michael Hoover Jr.
C. Wayne Brock
David J. Ross II
Donald McChesney
Gary Butler
Hugh Travis
Jeffrey Hunt John
Green Judith
Ratcliffe Kathy
Sue Stone
Kenneth L. Connelly
Michael Surbaugh
NCS Pearson, Inc.
Quad/Graphics, Inc.
Raymond L. Blackwell
Richard Lehr
Robert J. Mazzuca
Robert Tuggle Roy
L. Williams
Thomas H. Fitzgibbon
Thomas Harrington
Thomas Varnell

---

[3]    The professionals seeking to be retained also ran the names of certain individual plaintiffs. In accordance with the *Interim Order (I) Authorizing the Debtors' to file (A) a Consolidated List of Counsel Representing the Largest Numbers of Abuse Victims and (B) a Consolidated List of Other Unsecured Creditors of the Debtors, (III) Authorizing and Approving Procedures for Providing Notice of Commencement, and (IV) Granting Related Relief* [Docket No. 66], in order to protect the identities of individual plaintiffs asserting abuse claims and individual plaintiffs who are minors, the Debtors have redacted such information from this list. The Debtors will provide an unredacted version of this list to the Court, the Office of the United States Trustee, and the Committees upon request.

## TOP 25 PLAINTIFFS' LAW FIRMS REPRESENTING THE LARGEST NUMBER OF ABUSE VICTIMS ASSERTING CLAIMS AGAINST THE DEBTORS

Andreozzi & Associates, P.C.
Ava Law Group, Inc.
Bondurant, Mixson & Elmore, LLP
Crew Janci LLP
Dumas Law Group, LLC (A/K/A Dumas & Vaughn Attorneys at Law) Eisenberg
Rothweiler, Winkler, Eisenberg & Jeck, P.C.
Green & Gillispie
Gregg, Hunt, Ahern & Embry Attorneys at Law
Hurley McKenna & Mertz, P.C.
Jeff Anderson & Associates, PA
Kosnoff Law
Law Offices of Mitchell Garabedian
Lindsay Hart, LLP
Lujan & Wolff, LLP
Marsh Law Firm
Merson Law Michael
G. Dowd Paul Mones
Penn Law Group
Pfau Cochran Vertetis Amala PLLC
Rebenack, Aronow, Mascolo, LLP
Robins Kaplan LLP
Rubenstein & Rynecki
Sweeny Reich & Bolz, LLP
Thomas Law Office, PLLC

## PARTIES INVOLVED IN THE DISTRICT COURT CASE

Dorsey & Whitney LLP (counsel to the Girl Scouts of America)

Local Council Third-Party Subpoenas:

Alabama-Florida Council, Boy Scouts of America
Cape Fear Council, Boy Scouts of America
Circle 10 Council, Boy Scouts of America
Daniel Boone Council, Inc., Boy Scouts of America
East Carolina Council, Boy Scouts of America
Erie Shores Council, Inc., Boy Scouts of America
Golden Empire Council, Boy Scouts of America
Greater Yosemite Council, Inc., Boy Scouts of America
LaSalle Council, Boy Scouts of America, No. 165
Last Frontier Council, Inc., Boy Scouts of America
Northern Star Council, Boy Scouts of America
Occoneechee Council of the Boy Scouts of America
Old North State Council, Boy Scouts of America
Piedmont Council, Boy Scouts of America
Quapaw Area Council, Inc. of the Boy Scouts of America
Shenandoah Area Council, Inc., Boy Scouts of America
Southwest Florida Council, Inc., Boy Scouts of America
Ventura County Council of the Boy Scouts of America
Western Massachusetts Council, Inc., Boy Scouts of America
Girl Scouts of California's Central Coast
Girl Scouts Carolinas Peaks to Piedmont
Girl Scouts Diamonds of Arkansas, Oklahoma and Texas
Girl Scouts Heart of Central California
Girl Scouts – North Carolina Coastal Pines
Girl Scouts of Central & Western Massachusetts
Girl Scouts of Central Indiana
Girl Scouts of Gulfcoast Florida, Inc.
Girl Scouts of Minnesota and Wisconsin River Valleys
Girl Scouts of Nation's Capital
Girl Scouts of Northeast Texas
Girl Scouts of Northern California
Girl Scouts of Northern Indiana-Michiana
Girl Scouts – Western Oklahoma

Other Third-Party Subpoenas

Bader Consulting LLC
Guidepost Solutions LLC
Signafire Technologies Inc.
Be The Change Revolutions, LLC, d/b/a BTC
CEROS, Inc.
The Ogilvy Group, LLC
Mercury Public Affairs LLC
The Dilenschenider Group, Inc.
Socialfly, LLC
Sunshine, Sachs Marketing LLC
VPE Public Relations
Fleishman-Hillard, Inc.
Golin/Harris International, Inc.
Johnson & Sekin, LLC
North Star Opinion Research, Inc.

**SCHEDULE 2**

| COMPANY | RELATIONSHIP |
| --- | --- |
| Ace Insurance Company | Former client |
| AIG | Current client |
| Allianz | Current client |
| Allied World Assurance Co. | Current client |
| American Guarantee and Liability Insurance | Former client |
| American International Group, Inc. | Current client |
| American Re-Insurance Company | American Int'l Reinsurance Co. is a Former Client |
| American Zurich Insurance Company | Zurich American Insurance is a Former Client |
| AXA Insurance Company | Current client |
| Axis Capital Holdings Limited | Axis Capital Management is a Current Client |
| Axis Insurance Company | Former client |
| Bank of America | Current client |
| Beazley Insurance Company, Inc. | Beazley Management Ltd and Beazley Group are Former Clients |
| Berkshire Hathaway Insurance Group | Former client |
| Blackrock | Current client |
| California Union Insurance Company | Former client |
| Charles Schwab | Current client |
| Chubb | Former client |
| CNA Insurance Companies | Former client |
| Continental Insurance Company | Current client |
| Douglas A. Kennedy | Former client |
| Federal Insurance Company | Former client |
| Fifth Third Bank | Former client |
| Fireman's Fund Insurance Companies | Former client |
| First State Insurance Company | Former client |
| Great American E & S Insurance Company | Great American Insurance Co is a Current client |
| Houston Casualty Company | Current client |
| Indian Harbor Insurance Company | Former client |
| Hartford Accident and Indemnity Company | Former client |
| Interstate Fire & Casualty Company | Former client |
| Landmark Insurance Company | Former client |
| Lexington Insurance Company | Former client |
| Liberty Insurance Underwriters, Inc. | Former client |
| Liberty Mutual Insurance Company | Former client |
| Lloyd's of London | Former client |
| London Market | Former client |
| Markel American Insurance Company | Former client |
| Markel Corporation Group | Former client |
| Marsh & McLennan Companies | Former client |

| COMPANY | RELATIONSHIP |
|---|---|
| National Surety Corporation | Current client |
| National Union Fire Insurance Company | Current client |
| Northern Trust Company | Current client |
| Old Republic Insurance Group | Current client |
| Pearson Education, Inc. | Former client |
| Scotiabank | Former client |
| St. Paul Surplus Lines Insurance Company | Former client |
| State Street Bank | Current client |
| Steadfast Insurance Company | Former client |
| Swiss Re Group | If related, the Swiss Market Participants Group is a Former client |
| Texas Pacific Indemnity Company | If related, TPG Capital a/k/a Texas Pacific Group is a Current client |
| The Hartford Financial Services Group, Inc. | Former client |
| The Hartford Insurance Group | Former client |
| Travelers Casualty and Surety Company | Former client |
| Travelers Indemnity Company | Former client |
| The Travelers Companies, Inc. | Former client |
| Travelers (Bermuda) Limited | Former client |
| Twin City Fire Insurance Company | Former client |
| Wells Fargo & Company | Former client |
| US Bank | Current client |
| XL Europe Limited | Former client |

## SCHEDULE 3

| Date | Trust Receipts / (Disbursements) | Cash Receipts |
|---|---|---|
| 12/09/19 | | $ 1,725,875.48 |
| 12/30/19 | | $ 1,434,631.34 |
| 02/03/20 | $     (750,000.00) | |
| 02/03/20 | | $     750,000.00 |
| 02/07/20 | $     750,000.00 | |
| 02/07/20 | | $       54,150.72 |
| 02/18/20 | $     (615,600.55) | |
| 02/18/20 | | $     615,600.55 |
| TOTALS: | $ (615600.55) | $4,580,258.09 |