# EXHIBIT C

# McGowan Declaration

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**DECLARATION OF STEVEN P. MCGOWAN IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF QUINN EMANUEL URQUHART & SULLIVAN, LLP AS SPECIAL LITIGATION COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION, *NUNC PRO TUNC* TO AUGUST 1, 2020**

I, Steven P. McGowan, being duly sworn, state the following under penalty of perjury:

1. I am the Secretary and General Counsel of the Boy Scouts of America (the "BSA"). I submit this declaration in support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Special Litigation Counsel for the Debtors and the Debtors-in-Possession,* Nunc Pro Tunc *to August 1, 2020* (the "Application")[2] of the BSA and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors-in-possession in the above-captioned chapter 11 cases (together, the "Debtors").

## THE DEBTORS' SELECTION OF COUNSEL

2. The Debtors recognize that a comprehensive review process is necessary when selecting and managing chapter 11 counsel to ensure that bankruptcy professionals are subject to the same client-driven market scrutiny and accountability as professionals in non-bankruptcy

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Application.

engagements.  As described in greater detail in the Application, the BSA retained Quinn Emanuel in December 2018 to represent the BSA in a trademark infringement lawsuit initiated by the Girl Scouts of the United States of America against the BSA (the "Trademark Action").[3]  The BSA retained Quinn Emanuel because of, among other factors, its extensive expertise and client service with respect to such matters.  I believe that Quinn Emanuel is both well qualified and uniquely able to represent the Debtors in these chapter 11 cases in an efficient and expert manner as special litigation counsel.

## RATE STRUCTURE AND COST SUPERVISION

3.  In my capacity of General Counsel, I am responsible for supervising outside counsel retained by the Debtors in the ordinary course of business.  Quinn Emanuel has informed the Debtors that its rates for bankruptcy representations are comparable to the rates it charges for non-bankruptcy representations.  As discussed below, I am also responsible for reviewing the invoices regularly submitted by Quinn Emanuel and the rates Quinn Emanuel charged the Debtors in the prepetition period are the same as the regular, annually-adjusted rates Quinn Emanuel will charge the Debtors in the post-petition period.

4.  The Debtors recognize that they have the responsibility to closely monitor the billing practices of their counsel to ensure the fees and expenses paid by the estates remain consistent with the Debtors' expectations and the exigencies of these chapter 11 cases.  As they did pre-petition, the Debtors will continue to bring discipline, predictability, client involvement, and accountability to the counsel fees and expenses reimbursement process.  To that end, the Debtors will review and monitor the invoices that Quinn Emanuel submits.

---

[3] The Trademark Action is styled as *Girl Scouts of the United States of America v. Boy Scouts of America*, Case No. 1:18-cv-10287 (AKH) (S.D.N.Y.).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 19, 2020  
Wilmington, Delaware

/s/ Steven P. McGowan
_____

Steven P. McGowan  
Secretary and General Counsel

*Boy Scouts of America and Delaware BSA, LLC*