# **<u>EXHIBIT A</u>**

26437925.3

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE  
1000 NORTH KING STREET  
WILMINGTON, DELAWARE 19801

P.O. BOX 391  
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600  
(800) 253-2234 (DE ONLY)

TAX I.D. NO. 51-0082644

(302) 571-1253 FAX  
www.ycst.com

Writer's Direct Dial  
(302) 571-6703

Writer's E-Mail  
eharron@ycst.com

Young Conaway  
Rodney Square  
1000 North King Street  
Wilmington, DE 19801

| | |
|---|---|
| Invoice Date: | August 12, 2020 |
| Invoice Number: | 50017110 |
| Matter Number: | 077494.1001 |

Re: Boy Scouts of America and Delaware BSA  
For the period ending July 31, 2020

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 63,582.50 |
| Disbursements | $ | 997.45 |
| Total Due This Invoice | $ | 64,579.95 |

| | | | | |
|---|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | | Invoice Date: | | August 12, 2020 |
| | | Invoice Number: | | 50017110 |
| | | Matter Number: | | 077494.1001 |

**Time Detail**

**Task Code:**   B001       Case Administration

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/01/20 | LEDEN | Review incoming correspondence and pleadings from Court docket | 0.10 | 295.00 | 29.50 |
| 07/02/20 | CCATH | Update critical dates calendar | 0.20 | 295.00 | 59.00 |
| 07/06/20 | CCATH | Prepare and circulate critical dates calendar | 0.20 | 295.00 | 59.00 |
| 07/07/20 | LEDEN | Review incoming pleadings and correspondence; update electronic files re: same | 0.10 | 295.00 | 29.50 |
| 07/09/20 | CCATH | Update critical dates calendar | 0.20 | 295.00 | 59.00 |
| 07/13/20 | CCATH | Prepare and circulate critical dates calendar | 0.20 | 295.00 | 59.00 |
| 07/14/20 | LEDEN | Review incoming pleadings; update electronic files re: same | 0.10 | 295.00 | 29.50 |
| 07/14/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 07/15/20 | LEDEN | Review incoming pleadings; update electronic files re: same | 0.10 | 295.00 | 29.50 |
| 07/16/20 | LEDEN | Review incoming pleadings and correspondence from Court docket; update electronic files re: same | 0.10 | 295.00 | 29.50 |
| 07/17/20 | EHARR | Review 7/14/20 Boelter letter re: case status | 0.30 | 970.00 | 291.00 |
| 07/20/20 | CCATH | Prepare and circulate critical dates calendar | 0.20 | 295.00 | 59.00 |
| 07/21/20 | LEDEN | Review incoming pleadings and correspondence; update electronic files re: same | 0.10 | 295.00 | 29.50 |
| 07/22/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 07/22/20 | LEDEN | Review incoming pleadings and correspondence; update electronic files re: same | 0.10 | 295.00 | 29.50 |
| 07/23/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |
| 07/24/20 | RBRAD | Prepare case status report to the FCR | 2.70 | 1,025.00 | 2,767.50 |
| 07/25/20 | EHARR | Review email from R. Brady re: case updates | 0.50 | 970.00 | 485.00 |
| 07/27/20 | CCATH | Prepare and circulate critical dates calendar | 0.20 | 295.00 | 59.00 |
| 07/28/20 | CCATH | Update critical dates calendar | 0.10 | 295.00 | 29.50 |

Patton, James L., Jr., Future Claimants' Representative    Invoice Date:    August 12, 2020
Invoice Number:    50017110
Matter Number:    077494.1001

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/28/20 | LEDEN | Review incoming pleadings and correspondence; update electronic files re: same | 0.10 | 295.00 | 29.50 |
| 07/29/20 | AMIEL | Emails with E. Harron re: case update | 0.10 | 490.00 | 49.00 |
| | | Total | 6.00 | | 4,300.50 |

**Task Code:** B002    Court Hearings

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/07/20 | CCATH | Preparations for 7/9/20 hearing | 1.40 | 295.00 | 413.00 |
| 07/07/20 | RBRAD | Review agenda for hearing | 0.10 | 1,025.00 | 102.50 |
| 07/08/20 | CCATH | Preparations for 7/9/20 hearing | 0.60 | 295.00 | 177.00 |
| 07/09/20 | RBRAD | Attend omnibus hearing | 1.70 | 1,025.00 | 1,742.50 |
| 07/09/20 | RBRAD | Prepare for omnibus hearing | 0.50 | 1,025.00 | 512.50 |
| 07/09/20 | SZIEG | Correspondence from R. Brady re: 7/9/20 hearing | 0.10 | 835.00 | 83.50 |
| | | Total | 4.40 | | 3,031.00 |

**Task Code:** B003    Cash Collateral/DIP Financing

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/02/20 | SZIEG | Correspondence re: stipulation related to extension of deadline related to challenge to JPM collateral | 0.40 | 835.00 | 334.00 |
| | | Total | 0.40 | | 334.00 |

**Task Code:** B007    Claims Analysis, Objections and Resolutions

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/01/20 | JGLAZ | Research re: statute of repose and highest appellate court opinion | 2.70 | 325.00 | 877.50 |
| 07/02/20 | AMIEL | Research precedental case in connection with claim diligence (1.1); emails with D. Laskin re: same (.2); emails with S. Zieg re: same (.1) | 1.40 | 490.00 | 686.00 |
| 07/02/20 | JGLAZ | Research re: statute of repose and highest appellate court opinion | 2.50 | 325.00 | 812.50 |
| 07/03/20 | EHARR | Review Debtor and Committee email re: bar date notice process | 0.20 | 970.00 | 194.00 |
| 07/07/20 | RBRAD | Review reply in support of motion to dismiss Century's appeal of bar date order | 0.30 | 1,025.00 | 307.50 |

| | | | | | |
|---|---|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | | | Invoice Date:<br>Invoice Number:<br>Matter Number: | | August 12, 2020<br>50017110<br>077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/09/20 | AMIEL | Emails with J. Kochenash and R. Brady re: materials in data room (.1); review data room re: same (0.3) | 0.40 | 490.00 | 196.00 |
| 07/17/20 | RBRAD | Review supplemental bar date noticing materials from Sidley | 0.20 | 1,025.00 | 205.00 |
| 07/21/20 | RBRAD | Review TV spot for claims bar date | 0.10 | 1,025.00 | 102.50 |
| 07/24/20 | RBRAD | Review issues re: Coalition of Abused Scouts for Justice | 0.40 | 1,025.00 | 410.00 |
| 07/26/20 | RBRAD | Correspondence with J. Patton re: Coalition of Abused Scouts for Justice and correspondence from J. Stang | 0.20 | 1,025.00 | 205.00 |
| 07/29/20 | MOBER | Review research from 50-state survey and provide updated research to S. Zieg | 0.20 | 415.00 | 83.00 |
| 07/29/20 | SZIEG | Review and update analysis re: forecasting issues (.8); correspondence with YCST team re: same (.5); correspondence with A. Brockman, N. Deluca, and T. Vasquez re: same (.2). correspondence with E. Harron re: same (.1) | 1.60 | 835.00 | 1,336.00 |
| 07/29/20 | CCATH | Collect bar date packages and link to claims data and forward to Ankura per request of E. Harron | 0.70 | 295.00 | 206.50 |
| 07/29/20 | JGLAZ | Research re: follow-up issues for state case law in Georgia and Idaho | 2.50 | 325.00 | 812.50 |
| 07/29/20 | RBRAD | Review Ankura prior claim forecasts (.3) and conference call with Ankura team re: updated forecast and case issues (.4) | 0.70 | 1,025.00 | 717.50 |
| 07/29/20 | EHARR | Call with Sidley re: claims database and discovery | 0.50 | 970.00 | 485.00 |
| 07/29/20 | EHARR | Emails and call with Ankura re: claims analysis | 0.50 | 970.00 | 485.00 |
| 07/29/20 | MNEMI | Research re: state tolling exceptions to statute of limitations | 0.70 | 375.00 | 262.50 |
| 07/30/20 | NPICO | Conduct additional research re: Mississippi and Texas statutes of limitation | 1.60 | 380.00 | 608.00 |
| | | **Total** | **17.40** | | **8,992.00** |

| | | | | | |
|---|---|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | | | Invoice Date: | | August 12, 2020 |
| | | | Invoice Number: | | 50017110 |
| | | | Matter Number: | | 077494.1001 |

**Task Code:** B008  Meetings

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/23/20 | RBRAD | Conference call with J. Stang re: case issues and plan negotiations (.8); review notes and review diligence materials in follow up to call with J. Stang (1.2); conference with E. Harron re: same (.2); correspondence with J. Patton re: case update (.3) | 2.50 | 1,025.00 | 2,562.50 |
| 07/27/20 | AMIEL | Teleconference with YCST team re: case update | 0.50 | 490.00 | 245.00 |
| 07/27/20 | SZIEG | Teleconference with E. Harron, J. Patton, and R. Brady re: pending issues | 0.50 | 835.00 | 417.50 |
| 07/27/20 | EHARR | Participate in FCR team call | 0.60 | 970.00 | 582.00 |
| 07/27/20 | JKOCH | Attend FCR team meeting re: case status and work plan | 0.80 | 400.00 | 320.00 |
| 07/27/20 | RBRAD | Prepare for (.2) and conference call with FCR and YCST team re: case issues and strategy (.6) | 0.80 | 1,025.00 | 820.00 |
| 07/29/20 | SZIEG | Teleconference with FCR team re: mediation submission | 0.80 | 835.00 | 668.00 |
| 07/29/20 | EHARR | Attend FCR team call re: mediation submission | 0.50 | 970.00 | 485.00 |
| 07/29/20 | JKOCH | Attend YCST team meeting re: mediation | 1.10 | 400.00 | 440.00 |
| | | **Total** | **8.10** | | **6,540.00** |

**Task Code:** B009  Stay Relief Matters

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/01/20 | JHUGH | Multiple emails and attachments re: status of orders re: insurance | 0.40 | 1,025.00 | 410.00 |
| 07/02/20 | RBRAD | Review TCC's supplemental objection re: Qian stay relief motion (.1); review prior FCR objection to stay relief motions (.1) and correspondence with S. Zieg re: potential supplemental objection to cover Qian motion (.1) | 0.30 | 1,025.00 | 307.50 |
| 07/02/20 | SZIEG | Correspondence re: issues related to stay relief motions (.7); review joinder to TCC's objection re: Qian stay relief motion (.1) | 0.80 | 835.00 | 668.00 |
| 07/02/20 | CCATH | Finalize, file, coordinate service of FCR's objection to Lianfen Qian's stay relief motion | 0.70 | 295.00 | 206.50 |

Patton, James L., Jr., Future Claimants' Representative       Invoice Date:       August 12, 2020
                                                              Invoice Number:           50017110
                                                              Matter Number:           077494.1001

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/02/20 | JHUGH | Multiple emails and attachments re: insurance company orders | 0.40 | 1,025.00 | 410.00 |
| 07/03/20 | JHUGH | Multiple emails and attachments re: insurance form of order | 0.30 | 1,025.00 | 307.50 |
| 07/06/20 | JHUGH | Multiple emails re: lift stay orders re: insurance | 0.20 | 1,025.00 | 205.00 |
| 07/06/20 | JHUGH | Emails re: status of individual stay motions re: insurance | 0.20 | 1,025.00 | 205.00 |
| 07/06/20 | CCATH | Prepare and file certificate of service re: FCR's objection to Lianfen Qian's stay relief motion and FCR's joinder to TCC's objection to Hartford's motion to reconsider mediator order | 0.40 | 295.00 | 118.00 |
| 07/07/20 | JHUGH | Multiple emails re: individual stay of actions per counsel and related stays and forms of order | 0.50 | 1,025.00 | 512.50 |
| 07/08/20 | JHUGH | Multiple emails with counsel re: status of insurance stay orders | 0.30 | 1,025.00 | 307.50 |
| | | **Total** | **4.50** | | **3,657.50** |

**Task Code:**    B012    Plan and Disclosure Statement

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/01/20 | SZIEG | Teleconference with E. Harron, J. Patton, and R. Brady re: preparation for meeting with mediators | 0.90 | 835.00 | 751.50 |
| 07/01/20 | EHARR | Teleconference with S. Zieg and R. Brady re: mediation/call with mediators | 0.90 | 970.00 | 873.00 |
| 07/01/20 | RBRAD | Prepare for (.2) and conference call with J. Patton, E. Harron and S. Zieg re: initial call with mediators (.9) | 1.10 | 1,025.00 | 1,127.50 |
| 07/01/20 | JPATT | Discuss mediation preparation with team | 0.90 | 1,400.00 | 1,260.00 |
| 07/02/20 | RBRAD | Review supplemental disclosure from mediator Paul Finn | 0.10 | 1,025.00 | 102.50 |
| 07/02/20 | RBRAD | Review TCC's objection to Hartford motion for reconsideration of mediation order and correspondence with E. Harron, S. Zieg and J. Kochenash re: FCR joinder to objection | 0.50 | 1,025.00 | 512.50 |
| 07/02/20 | RBRAD | Prepare for (.4) and attend mediation session with mediators (.5) and follow-up call with E. Harron and S. Zieg re: same (.2) | 1.10 | 1,025.00 | 1,127.50 |

| | | | | | |
|---|---|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | | | Invoice Date:<br>Invoice Number:<br>Matter Number: | | August 12, 2020<br>50017110<br>077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/02/20 | SZIEG | Review sealed objection re: insurers' motion to reconsider mediator order (.7); correspondence with E. Harron, R. Brady, and J. Kochenash re: same (.3) | 1.00 | 835.00 | 835.00 |
| 07/02/20 | SZIEG | Prepare for mediation (1.4); correspondence with J. Patton, E. Harron, and R. Brady re: same (.1); correspondence with J. Glasser re: same (.2) | 1.70 | 835.00 | 1,419.50 |
| 07/02/20 | EHARR | Call with mediators re: plan negotiations | 0.50 | 970.00 | 485.00 |
| 07/02/20 | CCATH | Confer with S. Zieg and J. Kochenash re: FCR's joinder to TCC's objection to Hartford's motion to reconsider mediator order | 0.10 | 295.00 | 29.50 |
| 07/02/20 | SZIEG | Teleconference with E. Harron, R. Brady, and mediators (.5); follow-up call with E. Harron and R. Brady re: same (.1) | 0.60 | 835.00 | 501.00 |
| 07/02/20 | JKOCH | Draft joinder to TCC's objection to motion for reconsideration of mediation order | 0.30 | 400.00 | 120.00 |
| 07/03/20 | RBRAD | Work on joinder to TCC's objection to Hartford motion for reconsideration of mediation order | 0.60 | 1,025.00 | 615.00 |
| 07/03/20 | RBRAD | Review Debtors' objection to Hartford motion for reconsideration of the mediation order | 0.40 | 1,025.00 | 410.00 |
| 07/03/20 | AMIEL | Emails with YCST team re: joinder to committee's objection to reconsideration of court order | 0.20 | 490.00 | 98.00 |
| 07/03/20 | CCATH | File and coordinate service of FCR's joinder to TCC's objection to Hartford's motion to reconsider mediator order | 0.30 | 295.00 | 88.50 |
| 07/03/20 | EHARR | Review objections re: Hartford's motion to reconsider mediators | 0.40 | 970.00 | 388.00 |
| 07/03/20 | JKOCH | Review motion for reconsideration (.1); revise joinder to TCC's objection to motion for reconsideration (1.0) | 1.10 | 400.00 | 440.00 |
| 07/03/20 | SZIEG | Correspondence re: motion for reconsideration related to mediation order (.2); review draft joinder re: same (.1); review revised draft joinder and correspondence re: same (.3) | 0.60 | 835.00 | 501.00 |
| 07/06/20 | EHARR | Call with A. Mielke re: case strategy (.4); review Hartford reply re: motion to reconsider mediator (.3) | 0.70 | 970.00 | 679.00 |

| | | | | | |
|---|---|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | | | Invoice Date: | | August 12, 2020 |
| | | | Invoice Number: | | 50017110 |
| | | | Matter Number: | | 077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/06/20 | JPATT | Review issues re: recent pleadings and case strategy | 1.20 | 1,400.00 | 1,680.00 |
| 07/06/20 | AMIEL | Call with E. Harron re: case strategy and draft pleadings | 0.10 | 490.00 | 49.00 |
| 07/07/20 | RBRAD | Review Hartford's reply re: motion to reconsider mediation order | 0.30 | 1,025.00 | 307.50 |
| 07/07/20 | RBRAD | Review Debtors' statement re: Committees' responses to exclusivity extension motion | 0.20 | 1,025.00 | 205.00 |
| 07/08/20 | EHARR | Call with S. Zieg and K. Quinn re: diligence and insurers' request for document production | 0.30 | 970.00 | 291.00 |
| 07/08/20 | JPATT | Review materials re: possible mediation and settlement | 2.20 | 1,400.00 | 3,080.00 |
| 07/08/20 | RBRAD | Conference call with K. Quinn, E. Harron and S. Zieg re: Century discovery requests to Debtors and review documents at issue | 0.40 | 1,025.00 | 410.00 |
| 07/08/20 | AMIEL | Review precedent in connection with drafting pleading in connection with litigation issues | 0.50 | 490.00 | 245.00 |
| 07/08/20 | AMIEL | Review docket and pleadings re: motion for reconsideration | 0.50 | 490.00 | 245.00 |
| 07/09/20 | AMIEL | Research standing and related issues in connection with insurer issues and draft portions of pleading re: same | 4.20 | 490.00 | 2,058.00 |
| 07/09/20 | JPATT | Review recent pleadings re: mediation | 0.80 | 1,400.00 | 1,120.00 |
| 07/10/20 | AMIEL | Draft pleading in connection with insurer issues | 4.20 | 490.00 | 2,058.00 |
| 07/13/20 | AMIEL | Review draft pleading (.2); email with E. Harron re: same (.1) | 0.30 | 490.00 | 147.00 |
| 07/13/20 | RBRAD | Review data room indices and related information | 0.60 | 1,025.00 | 615.00 |
| 07/15/20 | RBRAD | Correspondence with M. Andolina and review letter from Debtors re: plan negotiation issues | 0.50 | 1,025.00 | 512.50 |
| 07/16/20 | RBRAD | Conference call with Sidley team re: case updates and mediation status | 0.50 | 1,025.00 | 512.50 |
| 07/17/20 | RBRAD | Review correspondence from M. Linder re: request for consent to add JP Morgan to mediation | 0.10 | 1,025.00 | 102.50 |
| 07/20/20 | RBRAD | Internal review of adding JP Morgan as mediation party and correspondence with Debtors re: same | 0.30 | 1,025.00 | 307.50 |
| 07/27/20 | AMIEL | Review/analyze mediator's request for positions on case issues | 0.20 | 490.00 | 98.00 |

| | | | | | |
|---|---|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | | | Invoice Date:<br>Invoice Number:<br>Matter Number: | | August 12, 2020<br>50017110<br>077494.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/27/20 | JPATT | Call to touch base re: pending case issues and strategy | 0.60 | 1,400.00 | 840.00 |
| 07/27/20 | EHARR | Emails with M. Linder, M. Andolina, and K. Quinn re: plan negotiations | 0.20 | 970.00 | 194.00 |
| 07/28/20 | RBRAD | Review and consider mediators' request for submissions and conference with E. Harron re: same | 0.40 | 1,025.00 | 410.00 |
| 07/29/20 | EHARR | Develop strategy for mediation submission | 1.50 | 970.00 | 1,455.00 |
| 07/29/20 | AMIEL | Teleconference to discuss mediation positions | 1.00 | 490.00 | 490.00 |
| 07/29/20 | AMIEL | Emails with J. Kochenash re: derivative liability research | 0.10 | 490.00 | 49.00 |
| 07/29/20 | RBRAD | Review mediators request for submissions and review notes and prior work re: asset and claim analysis (2.1) and conference call with YCST team re: strategy to prepare mediation submissions (.6) | 2.70 | 1,025.00 | 2,767.50 |
| 07/29/20 | RBRAD | Teleconference with M. Andolina and E. Harron re: insurers request for documents from the Debtors | 0.30 | 1,025.00 | 307.50 |
| | | **Total** | **38.20** | | **32,920.50** |

**Task Code:**   B014   General Corporate Matters

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/16/20 | RBRAD | Review BSA motion to dissolve to Inactive Non-Debtor Subsidiaries, NewWorld19, LLC and Texas BSA, LLC | 0.30 | 1,025.00 | 307.50 |
| | | **Total** | **0.30** | | **307.50** |

**Task Code:**   B016   Asset Analysis

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/08/20 | SZIEG | Teleconference with E. Harron, R. Brady, and K. Quinn re: insurance-related issues | 0.30 | 835.00 | 250.50 |
| | | **Total** | **0.30** | | **250.50** |

| | | |
|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | Invoice Date:<br>Invoice Number:<br>Matter Number: | August 12, 2020<br>50017110<br>077494.1001 |

**Task Code:**   B017   Retention of Professionals/Fee Issues

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/02/20 | RBRAD | Review Debtors' motion to engage appraisers and supplement thereto (.3) and conference with E. Harron re: same (.1) | 0.40 | 1,025.00 | 410.00 |
| 07/06/20 | CCATH | Research and confer with C. Binggeli (A&M), S. Zieg, and S. Kohut re: correcting certificate of no objection re: FCR/YCST first monthly fee application | 0.50 | 295.00 | 147.50 |
| 07/08/20 | LEDEN | Draft certificate of no objection re: Gilbert's first monthly fee statement | 0.20 | 295.00 | 59.00 |
| 07/08/20 | LEDEN | Draft certificate of no objection re: YCST's fee statement for May 2020 | 0.20 | 295.00 | 59.00 |
| 07/08/20 | CCATH | Revise proposed first quarterly fee order with respect to YCST and the FCR and confer with D. Vale (MNAT) re: same | 0.50 | 295.00 | 147.50 |
| 07/09/20 | LEDEN | File and serve certificate of no objection re: Gilbert's first monthly fee statement | 0.20 | 295.00 | 59.00 |
| 07/09/20 | LEDEN | File and serve amended certificate of no objection re: YCST's first monthly fee statement | 0.20 | 295.00 | 59.00 |
| 07/09/20 | LEDEN | File and serve certificate of no objection re: YCST's monthly fee statement for May 2020 | 0.20 | 295.00 | 59.00 |
| 07/13/20 | CCATH | Multiple emails with various parties re: applying retainers to YCST's and Gilbert's approved fee applications | 0.20 | 295.00 | 59.00 |
| 07/14/20 | SZIEG | Correspondence re: FCR professionals' fee forecasting | 0.20 | 835.00 | 167.00 |
| 07/14/20 | CCATH | Confer with R. Brady re: YCST's budget for June-December 2020 in response to email from C. Binggeli (A&M) | 0.20 | 295.00 | 59.00 |
| 07/16/20 | CCATH | Email to P. Holland (Gilbert) re: applying retainer to Gilbert's approved fee application | 0.10 | 295.00 | 29.50 |
| 07/20/20 | CCATH | File and coordinate service of Gilbert's second monthly fee application | 0.70 | 295.00 | 206.50 |
| 07/21/20 | LEDEN | Update electronic files re: recent monthly fee statements for the FCR and other professionals | 0.10 | 295.00 | 29.50 |
| 07/22/20 | LEDEN | Draft Ankura's first monthly fee invoice (includes revisions to fee invoice) | 1.80 | 295.00 | 531.00 |
| 07/23/20 | LEDEN | Further updates and revisions to Ankura's first monthly fee invoice (.5); email to A. Brockman for approval (.1) | 0.60 | 295.00 | 177.00 |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: August 12, 2020
Invoice Number: 50017110
Matter Number: 077494.1001

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/23/20 | LEDEN | Finalize, file, and serve Ankura's monthly fee statement for April - June 2020 | 0.40 | 295.00 | 118.00 |
| 07/29/20 | LEDEN | Draft certificate of no objection re: Ankura's first monthly fee statement | 0.20 | 295.00 | 59.00 |
| 07/29/20 | LEDEN | Draft certificate of no objection re: FCR/YCST's third monthly fee statement for June 2020 | 0.20 | 295.00 | 59.00 |
| 07/29/20 | LEDEN | Draft certificate of no objection re: Gilbert's second monthly fee statement for June 2020 | 0.20 | 295.00 | 59.00 |
| | | **Total** | **7.30** | | **2,553.50** |

**Task Code:** B018   Fee Application Preparation

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/08/20 | EHARR | Review YCST June 2020 fee statement re: fee application preparation | 0.20 | 970.00 | 194.00 |
| 07/14/20 | LEDEN | Prepare FCR/YCST's monthly fee statement for June 2020 | 1.30 | 295.00 | 383.50 |
| 07/23/20 | LEDEN | Finalize, file, and serve FCR/YCST monthly fee statement for June 2020 | 0.40 | 295.00 | 118.00 |
| | | **Total** | **1.90** | | **695.50** |

| | | | | | |
|---|---|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | | | Invoice Date: | | August 12, 2020 |
| | | | Invoice Number: | | 50017110 |
| | | | Matter Number: | | 077494.1001 |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AMIEL | Allison S. Mielke | Associate | 13.70 | 490.00 | 6,713.00 |
| CCATH | Casey Cathcart | Paralegal | 8.00 | 295.00 | 2,360.00 |
| EHARR | Edwin J. Harron | Partner | 7.80 | 970.00 | 7,566.00 |
| JPATT | James L. Patton Jr | Partner | 5.70 | 1,400.00 | 7,980.00 |
| JHUGH | James P. Hughes | Partner | 2.30 | 1,025.00 | 2,357.50 |
| JKOCH | Jared W. Kochenash | Associate | 3.30 | 400.00 | 1,320.00 |
| JGLAZ | Joel W. Glazer | Associate | 7.70 | 325.00 | 2,502.50 |
| LEDEN | Lisa M. Eden | Paralegal | 7.00 | 295.00 | 2,065.00 |
| MOBER | Mae Oberste | Associate | 0.20 | 415.00 | 83.00 |
| MNEMI | Michael E. Neminski | Associate | 0.70 | 375.00 | 262.50 |
| NPICO | Nicholas D. Picollelli, Jr. | Associate | 1.60 | 380.00 | 608.00 |
| RBRAD | Robert S. Brady | Partner | 21.30 | 1,025.00 | 21,832.50 |
| SZIEG | Sharon M. Zieg | Partner | 9.50 | 835.00 | 7,932.50 |
| **Total** | | | **88.80** | | **$63,582.50** |

| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | August 12, 2020 |
|---|---|---|
| | Invoice Number: | 50017110 |
| | Matter Number: | 077494.1001 |

**Task Summary**

**Task Code:B001**         **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 0.80 | 970.00 | 776.00 |
| Robert S. Brady | Partner | 2.70 | 1,025.00 | 2,767.50 |
| Allison S. Mielke | Associate | 0.10 | 490.00 | 49.00 |
| Casey Cathcart | Paralegal | 1.60 | 295.00 | 472.00 |
| Lisa M. Eden | Paralegal | 0.80 | 295.00 | 236.00 |
| **Total** | | **6.00** | | **4,300.50** |

**Task Code:B002**         **Court Hearings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Robert S. Brady | Partner | 2.30 | 1,025.00 | 2,357.50 |
| Sharon M. Zieg | Partner | 0.10 | 835.00 | 83.50 |
| Casey Cathcart | Paralegal | 2.00 | 295.00 | 590.00 |
| **Total** | | **4.40** | | **3,031.00** |

**Task Code:B003**         **Cash Collateral/DIP Financing**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Sharon M. Zieg | Partner | 0.40 | 835.00 | 334.00 |
| **Total** | | **0.40** | | **334.00** |

**Task Code:B007**         **Claims Analysis, Objections and Resolutions**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 1.20 | 970.00 | 1,164.00 |
| Robert S. Brady | Partner | 1.90 | 1,025.00 | 1,947.50 |
| Sharon M. Zieg | Partner | 1.60 | 835.00 | 1,336.00 |
| Allison S. Mielke | Associate | 1.80 | 490.00 | 882.00 |
| Joel W. Glazer | Associate | 7.70 | 325.00 | 2,502.50 |
| Mae Oberste | Associate | 0.20 | 415.00 | 83.00 |
| Michael E. Neminski | Associate | 0.70 | 375.00 | 262.50 |
| Nicholas D. Picollelli, Jr. | Associate | 1.60 | 380.00 | 608.00 |
| Casey Cathcart | Paralegal | 0.70 | 295.00 | 206.50 |
| **Total** | | **17.40** | | **8,992.00** |

| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | August 12, 2020 |
|---|---|---|
| | Invoice Number: | 50017110 |
| | Matter Number: | 077494.1001 |

**Task Code:B008**      **Meetings**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 1.10 | 970.00 | 1,067.00 |
| Robert S. Brady | Partner | 3.30 | 1,025.00 | 3,382.50 |
| Sharon M. Zieg | Partner | 1.30 | 835.00 | 1,085.50 |
| Allison S. Mielke | Associate | 0.50 | 490.00 | 245.00 |
| Jared W. Kochenash | Associate | 1.90 | 400.00 | 760.00 |
| **Total** | | **8.10** | | **6,540.00** |

**Task Code:B009**      **Stay Relief Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| James P. Hughes | Partner | 2.30 | 1,025.00 | 2,357.50 |
| Robert S. Brady | Partner | 0.30 | 1,025.00 | 307.50 |
| Sharon M. Zieg | Partner | 0.80 | 835.00 | 668.00 |
| Casey Cathcart | Paralegal | 1.10 | 295.00 | 324.50 |
| **Total** | | **4.50** | | **3,657.50** |

**Task Code:B012**      **Plan and Disclosure Statement**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 4.50 | 970.00 | 4,365.00 |
| James L. Patton Jr | Partner | 5.70 | 1,400.00 | 7,980.00 |
| Robert S. Brady | Partner | 10.10 | 1,025.00 | 10,352.50 |
| Sharon M. Zieg | Partner | 4.80 | 835.00 | 4,008.00 |
| Allison S. Mielke | Associate | 11.30 | 490.00 | 5,537.00 |
| Jared W. Kochenash | Associate | 1.40 | 400.00 | 560.00 |
| Casey Cathcart | Paralegal | 0.40 | 295.00 | 118.00 |
| **Total** | | **38.20** | | **32,920.50** |

**Task Code:B014**      **General Corporate Matters**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Robert S. Brady | Partner | 0.30 | 1,025.00 | 307.50 |
| **Total** | | **0.30** | | **307.50** |

**Task Code:B016**      **Asset Analysis**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Sharon M. Zieg | Partner | 0.30 | 835.00 | 250.50 |
| **Total** | | **0.30** | | **250.50** |

| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | August 12, 2020 |
|---|---|---|
| | Invoice Number: | 50017110 |
| | Matter Number: | 077494.1001 |

**Task Code:B017**  **Retention of Professionals/Fee Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Robert S. Brady | Partner | 0.40 | 1,025.00 | 410.00 |
| Sharon M. Zieg | Partner | 0.20 | 835.00 | 167.00 |
| Casey Cathcart | Paralegal | 2.20 | 295.00 | 649.00 |
| Lisa M. Eden | Paralegal | 4.50 | 295.00 | 1,327.50 |
| **Total** | | **7.30** | | **2,553.50** |

**Task Code:B018**  **Fee Application Preparation**

| Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Edwin J. Harron | Partner | 0.20 | 970.00 | 194.00 |
| Lisa M. Eden | Paralegal | 1.70 | 295.00 | 501.50 |
| **Total** | | **1.90** | | **695.50** |