# **<u>EXHIBIT B</u>**

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: August 12, 2020
Invoice Number: 50017110
Matter Number: 077494.1001

**Cost Detail**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 06/01/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/01/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/01/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/01/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/01/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/01/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/01/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 06/02/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 06/02/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/02/20 | Docket Retrieval / Search | 10.00 | 1.00 |
| 06/02/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 06/02/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/03/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/03/20 | Docket Retrieval / Search | 15.00 | 1.50 |
| 06/03/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 06/03/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 06/03/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/03/20 | Docket Retrieval / Search | 10.00 | 1.00 |
| 06/03/20 | Docket Retrieval / Search | 8.00 | 0.80 |
| 06/03/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 06/04/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/04/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/04/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 06/04/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/04/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/04/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/04/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 06/05/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/05/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 06/05/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/05/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/05/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/05/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 06/05/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/08/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/08/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/08/20 | Docket Retrieval / Search | 3.00 | 0.30 |

Patton, James L., Jr., Future Claimants' Representative       Invoice Date:        August 12, 2020
                                                              Invoice Number:          50017110
                                                              Matter Number:         077494.1001

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 06/08/20 | Docket Retrieval / Search | 7.00 | 0.70 |
| 06/08/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 06/08/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/08/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/09/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/09/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/09/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/09/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/10/20 | Docket Retrieval / Search | 8.00 | 0.80 |
| 06/10/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 06/10/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 06/10/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 06/10/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/10/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/10/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/10/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/10/20 | Docket Retrieval / Search | 14.00 | 1.40 |
| 06/10/20 | Docket Retrieval / Search | 15.00 | 1.50 |
| 06/10/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/10/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/10/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/10/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 06/10/20 | Docket Retrieval / Search | 10.00 | 1.00 |
| 06/10/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/11/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/11/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/11/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/12/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/12/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/12/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/12/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/12/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/12/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/15/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/15/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/15/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/15/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/15/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/15/20 | Docket Retrieval / Search | 3.00 | 0.30 |

| | | | |
|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: | | August 12, 2020 |
| | Invoice Number: | | 50017110 |
| | Matter Number: | | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 06/15/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/15/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/16/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/16/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/16/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/16/20 | Docket Retrieval / Search | 14.00 | 1.40 |
| 06/17/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 06/17/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/17/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/17/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/17/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/17/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/18/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/18/20 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 2.74 |
| 06/18/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/18/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/18/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/18/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/18/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/18/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/19/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/19/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 06/19/20 | Docket Retrieval / Search | 6.00 | 0.60 |
| 06/19/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/19/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/22/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/22/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/22/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 06/22/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/22/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/22/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/22/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/22/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/23/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/23/20 | Docket Retrieval / Search | 24.00 | 2.40 |
| 06/23/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/23/20 | Docket Retrieval / Search | 30.00 | 3.00 |
| 06/23/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/23/20 | Docket Retrieval / Search | 1.00 | 0.10 |

| | | | |
|---|---|---|---|
| Patton, James L., Jr., Future Claimants' Representative | | Invoice Date: | August 12, 2020 |
| | | Invoice Number: | 50017110 |
| | | Matter Number: | 077494.1001 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 06/23/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/23/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/24/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/24/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/24/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/24/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/26/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/26/20 | Docket Retrieval / Search | 5.00 | 0.50 |
| 06/26/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/26/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/26/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/26/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/29/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/29/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/29/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/29/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/29/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/29/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/29/20 | Docket Retrieval / Search | 4.00 | 0.40 |
| 06/29/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/29/20 | Docket Retrieval / Search | 2.00 | 0.20 |
| 06/30/20 | Docket Retrieval / Search | 3.00 | 0.30 |
| 06/30/20 | Docket Retrieval / Search | 23.00 | 2.30 |
| 06/30/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 06/30/20 | Docket Retrieval / Search | 1.00 | 0.10 |
| 07/02/20 | Postage | 72.00 | 72.00 |
| 07/02/20 | Photocopy Charges Duplication BW | 160.00 | 32.00 |
| 07/02/20 | Photocopy Charges Duplication BW | 58.00 | 11.60 |
| 07/06/20 | Photocopy Charges Duplication BW | 208.00 | 41.60 |
| 07/06/20 | Postage | 74.00 | 74.00 |
| 07/07/20 | Facsimile 8665332946 001Pgs .00Phone | 0.25 | 0.25 |
| 07/08/20 | Teleconference - Payee: Soundpath Confer Services, LLC | 1.00 | 2.31 |
| 07/09/20 | American Express - Filing Fee 6/10/2020 Filing of Pro Hacs for K. Quinn, E. Grim, M. Neely and J. Chalashtori for S. Zieg by C. Cathcart | 1.00 | 100.00 |
| 07/09/20 | Postage | 7.00 | 7.00 |
| 07/14/20 | Teleconference / Video Conference Case Num: Boy Scouts of America / CCID 10700314 Appr Atty: Robert S. Brady Court Call | 1.00 | 48.75 |
| 07/17/20 | Photocopy Charges Duplication BW | 6.00 | 1.20 |

Patton, James L., Jr., Future Claimants' Representative

Invoice Date: August 12, 2020
Invoice Number: 50017110
Matter Number: 077494.1001

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 07/20/20 | Photocopy Charges Duplication BW | 444.00 | 88.80 |
| 07/20/20 | Postage | 7.00 | 11.20 |
| 07/20/20 | Postage | 77.00 | 77.00 |
| 07/23/20 | Postage | 7.00 | 8.40 |
| 07/23/20 | Postage | 70.00 | 70.00 |
| 07/23/20 | Photocopy Charges Duplication BW | 965.00 | 193.00 |
| 07/27/20 | Reliable Wilmington - Deposition/Transcript Transcript of 7/9/20 hearing | 1.00 | 75.60 |
| | **Total** | | **$997.45** |

| | |
|---|---|
| Patton, James L., Jr., Future Claimants' Representative | Invoice Date: August 12, 2020 |
| | Invoice Number: 50017110 |
| | Matter Number: 077494.1001 |

**Cost Summary**

| **Description** | **Amount** |
|---|---|
| Deposition/Transcript | 75.60 |
| Docket Retrieval / Search | 80.00 |
| Facsimile | 0.25 |
| Filing Fee | 100.00 |
| Postage | 319.60 |
| Reproduction Charges | 368.20 |
| Teleconference / Video Conference | 53.80 |
| **Total** | **$997.45** |