## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

### CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2020, the *Combined Fourth Monthly Application of James L. Patton as the Legal Representative for Future Claimants and Young Conaway Stargatt & Taylor, LLP as Counsel to the Legal Representative for Future Claimants for Allowance of Compensation and Reimbursement of Expenses for the Period From July 1, 2020 Through  July 31, 2020* (the "Application") was caused to be served as indicated upon the parties identified in Exhibit A and the *Notice of Fee Application* was caused to be served as indicated upon the parties identified in Exhibit B.

Dated: August 20, 2020

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Edwin J. Harron*
Edwin J. Harron (No. 3396)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: eharron@ycst.com

*Counsel to the Future Claimants' Representative*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**<u>EXHIBIT A</u>**

**Boy Scouts of America and Delaware BSA, LLC**
**Fee Application Service List**

| | |
|---|---|
| **FIRST CLASS MAIL**<br>(Debtors)<br>Boy Scouts of America<br>Attn: Steven P. McGowan<br>1325 West Walnut Hill Lane<br>Irving, TX 75035 | **EMAIL**<br>(Counsel to the Debtors)<br>Sidley Austin LLP<br>Attn: Matthew E. Linder, Esq.<br>One South Dearborn Street<br>Chicago, IL 60603<br>Email: mlinder@sidley.com |
| **EMAIL**<br>(Counsel to the Debtors)<br>Sidley Austin LLP<br>Attn: Jessica C. K. Boelter, Esq.<br>787 Seventh Avenue<br>New York, NY 10019<br>Email: jboelter@sidley.com | **EMAIL**<br>(United States Trustee)<br>Office of the United States Trustee<br>Attn: David L. Buchbinder and Hannah M. McCollum<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>Email: david.l.buchbinder@usdoj.gov<br>hannah.mccollum@usdoj.gov |
| **EMAIL**<br>(Co-Counsel to the Debtors)<br>Morris, Nichols, Arsht & Tunnell LLP<br>Attn: Derek C. Abbott, Esq.<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Email: dabbott@mnat.com | **EMAIL**<br>(Counsel to the Official Committee of Unsecured Creditors)<br>Kramer Levin Naftalis & Frankel LLP<br>Attn: Rachael Ringer, Esq. and Megan M. Wasson, Esq.<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Email: rringer@kramerlevin.com<br>mwasson@kramerlevin.com |
| **EMAIL**<br>(Counsel to the Tort Claimants' Committee)<br>Pachulski Stang Ziehl & Jones LLP<br>Attn: James I. Stang, Esq. and James E. O'Neill, Esq.<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>Email: jstang@pszjlaw.com<br>joneill@pszjlaw.com | **EMAIL**<br>(Counsel to Ad Hoc Committee of Local Councils)<br>Wachtell, Lipton, Rosen & Katz<br>Attn: Richard G. Mason, Esq. and<br>Joseph C. Celentino, Esq.<br>51 West 52nd Street<br>New York, NY 10019<br>Email: rgmason@wlrk.com<br>jccelentino@wlrk.com |
| **EMAIL**<br>(Counsel to JPMorgan Chase Bank, N.A.)<br>Norton Rose Fulbright US LLP<br>Attn: Louis R. Strubeck, Jr. , Esq. and<br>Kristian W. Gluck, Esq.<br>2200 Ross Avenue, Suite 3600<br>Dallas, TX 75201-7932<br>Email: louis.strubeck@nortonrosefulbright.com<br>kristian.gluck@nortonrosefulbright.com | **EMAIL**<br>(Counsel to County Commission of Fayette County (W. Virginia))<br>Steptoe & Johnson PLLC<br>Attn: John Stump, Esq.<br>Chase Tower, 8th Floor<br>707 Virginia Street East<br>Charleston, WV 25301<br>Email: johnstump@steptoe-johnson.com |

**Boy Scouts of America and Delaware BSA, LLC**
**Fee Application Service List**

| | |
|---|---|
| **EMAIL**<br>(Counsel to the Official<br>Committee of Unsecured Creditors)<br>Reed Smith LLP<br>Attn: Kurt F. Gwynne, Esq. and Katelin A Morales, Esq.<br>1201 N. Market Street, Suite 1500<br>Wilmington, DE  19801<br>Email: kgwynne@reedsmith.com<br>kmorales@reedsmith.com | **EMAIL**<br>(Counsel to JPMorgan Chase Bank, N.A.)<br>Womble Bond Dickinson (US) LLP<br>Attn: Matthew Ward, Esq. and Morgan Patterson, Esq.<br>1313 N. Market Street, Suite 1200<br>Wilmington, DE  19801<br>Email: matthew.ward@wbd-us.com<br>morgan.patterson@wbd-us.com |

**<u>EXHIBIT B</u>**

**Boy Scouts of America and Delaware BSA, LLC**
**Service List (All Parties Served Via Email Unless Otherwise Noted)**

| | |
|---|---|
| Derek C. Abbott, Andrew R. Remming,<br>Joseph C. Barsalona II, Eric W. Moats,<br>and Paige N. Topper<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street, 16th Floor<br>Wilmington, DE 19801<br>dabbott@mnat.com<br>barsalona@mnat.com<br>emoats@mnat.com<br>aremming@mnat.com<br>ptopper@mnat.com | Thomas A. Labuda<br>Michael C. Andolina<br>Matthew E. Linder<br>Blair Warner<br>Karim Basaria<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>mlinder@sidley.com<br>tlabuda@sidley.com<br>mandolina@sidley.com<br>blair.warner@sidley.com<br>kbasaria@sidley.com |
| Jessica C. K. Boelter<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>jboelter@sidley.com | Office of the United States Trustee<br>Attn: David L. Buchbinder and Hannah M. McCollum<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>david.l.buchbinder@usdoj.gov |
| Cassandra Burton<br>Pension Benefit Guaranty Corporation<br>Office of the General Counsel<br>1200 K Street, N.W.<br>Washington, D.C. 20005-4026<br>burton.cassandra@pbgc.gov | Paul W. Carey<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608<br>pcarey@mirickoconnell.com |
| Kate P. Foley<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>1800 West Park Drive, Suite 400<br>Westborough, MA 01581<br>kfoley@mirickoconnell.com | Jeffrey E. Bjork<br>Kimberly A. Posin<br>Nicholas J. Messana<br>Latham & Watkins LLP<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071-1560<br>jeff.bjork@lw.com<br>kim.posin@lw.com<br>nicholas.messana@lw.com |
| Adam J. Goldberg<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022-4834<br>adam.goldberg@lw.com | Michael J. Merchant and Brett M. Haywood<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>merchant@rlf.com<br>haywood@rlf.com |

**Boy Scouts of America and Delaware BSA, LLC**
**Service List (All Parties Served Via Email Unless Otherwise Noted)**

| | |
|---|---|
| Eric Lopez Schnabel<br>Alessandra Glorioso<br>Dorsey & Whitney (Delaware) LLP<br>300 Delaware Avenue, Suite 1010<br>Wilmington, DE 19801<br>schnabel.eric@dorsey.com<br>glorioso.alessandra@dorsey.com | Bruce R. Ewing<br>Eric Lopez Schnabel<br>Dorsey & Whitney LLP<br>51 West 52nd Street<br>New York, NY 10019<br>ewing.bruce@dorsey.com |
| Brett D. Fallon<br>Brya M. Keilson<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>bfallon@morrisjames.com<br>bkeilson@morrisjames.com | Margaret M. Anderson<br>Fox Swibel Levin & Carroll LLP<br>200 W. Madison Street, Suite 3000<br>Chicago, IL 60606<br>panderson@foxswibel.com |
| Riley C. Walter<br>Wanger Jones Helsley, PC<br>265 E. River Park Circle, Suite 310<br>Fresno, CA 93720<br>rwalter@wjhattorneys.com | Jan T. Perkins<br>Baker Manock & Jensen, PC<br>5260 North Palm Avenue, Suite 421<br>Fresno, CA 93704<br>jperkins@bakermanock.com |
| Michael Marchese<br>Sequoia Council of BoyScouts, Inc.<br>6005 N. Tamera Avenue<br>Fresno, CA 93711<br>michael.marchese@scouting.org | Louis R. Strubeck, Jr.<br>Kristian W. Gluck<br>Ryan E. Manns<br>Norton Rose Fulbright US LLP<br>2200 Ross Avenue, Suite 3600<br>Dallas, TX 75201-7932<br>louis.strubeck@nortonrosefulbright.com<br>kristian.gluck@nortonrosefulbright.com<br>ryan.manns@nortonrosefulbright.com |
| Matthew P. Ward<br>Morgan L. Patterson<br>Womble Bond Dickinson (US) LLP<br>1313 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>matthew.ward@wbd-us.com<br>morgan.patterson@wbd-us.com | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>Attn: Valerie Smith<br>P.O. Box 41021<br>Norfolk, VA 23541<br>claims@recoverycorp.com |

**Boy Scouts of America and Delaware BSA, LLC**
**Service List (All Parties Served Via Email Unless Otherwise Noted)**

| | |
|---|---|
| John P. Dillman<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 3064<br>Houston, TX 77253-3064<br>houston_bankruptcy@publicans.com | Eric S. Goldstein<br>Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1919<br>egoldstein@goodwin.com<br>bankruptcy@goodwin.com<br>bankruptcyparalegal@goodwin.com |
| David M. Fournier<br>Marcy J. McLaughlin Smith<br>Troutman Pepper Hamilton Sanders LLP<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>Wilmington, DE 19801<br>david.fournier@troutman.com<br>marcy.smith@troutman.com | Harris B. Winsberg<br>Troutman Pepper Hamilton Sanders LLP<br>600 Peachtree St. NE, Suite 3000<br>Atlanta, GA 30308<br>harris.winsberg@troutman.com |
| Matthew G. Roberts<br>Troutman Pepper Hamilton Sanders LLP<br>600 Peachtree St. NE, Suite 3000<br>Atlanta, GA 30308<br>matthew.roberts2@troutman.com | Todd C. Jacobs<br>Bradley Riley Jacobs PC<br>320 W. Ohio Street, Suite 3W<br>Chicago, IL 60654<br>tjacobs@bradleyriley.com |
| Jason P. Hood<br>Davies Hood PLLC<br>22 North Front Street, Suite 620<br>Memphis, TN 38103-2100<br>Jason.Hood@davieshood.com | Daniel W. Van Horn<br>Butler Snow LLP<br>P.O. Box 171443<br>Memphis, TN 38187-1443<br>Danny.VanHorn@butlersnow.com |
| Craig T. Fessenden<br>Pension Benefit Guaranty Corporation<br>Office of the General Counsel<br>1200 K Street, N.W.<br>Washington, D.C. 20005-4026<br>fessenden.craig@pbgc.gov | Raeann Warner<br>Thomas C. Crumplar<br>Jacobs & Crumplar, P.A.<br>750 Shipyard Drive, Suite 200<br>Wilmington, DE 19801<br>Raeann@jcdelaw.com<br>tom@jcdelaw.com |
| Thomas S. Neuberger<br>Stephen J. Neuberger<br>The Neuberger Firm<br>17 Harlech Drive<br>Wilmington, DE 19807<br>tsn@neubergerlaw.com<br>sjn@neubergerlaw.com | Elizabeth Weller<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway, Suite 1000<br>Dallas, TX 75207<br>dallas.bankruptcy@publicans.com |

**Boy Scouts of America and Delaware BSA, LLC**
**Service List (All Parties Served Via Email Unless Otherwise Noted)**

| | |
|---|---|
| Bruce W. Leaverton<br>Karr Tuttle Campbell, P.S.<br>701 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br>bleaverton@karrtuttle.com | Missouri Department of Revenue<br>Bankruptcy Unit<br>Attn: Steven A. Ginther<br>P.O. Box 475<br>Jefferson City, MO 65105-0475<br>deecf@dor.mo.gov |
| Richard J. Bernard<br>Foley & Lardner LLP<br>90 Park Avenue<br>New York, NY 10016<br>rbernard@foley.com | Victor Vilaplana<br>Foley & Lardner LLP<br>3579 Valley Centre Drive, Suite 300<br>San Diego, CA 92130<br>vavilaplana@foley.com |
| **FIRST CLASS MAIL**<br>John A. Vos<br>1430 Lincoln Avenue<br>San Rafael, CA 94901 | Patrick A. Jackson<br>Kaitlin W. MacKenzie<br>Faegre Drinker Biddle & Reath LLP<br>222 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>kaitlin.mackenzie@faegredrinker.com<br>patrick.jackson@faegredrinker.com |
| Jay Jaffe<br>Faegre Drinker Biddle & Reath LLP<br>600 E. 96th Street, Suite 600<br>Indianapolis, IN 46240<br>jay.jaffe@faegredrinker.com | Deb Secrest<br>Commonwealth of Pennsylvania<br>Department of Labor and Industry<br>Collections Support Unit<br>651 Boas Street, Room 925<br>Harrisburg, PA 17121<br>ra-li-ucts-bankrupt@state.pa.us |
| Brian J. McLaughlin<br>Rachel B. Mersky<br>Monzack Mersky McLaughlin and Browder, P.A.<br>1201 N. Orange Street, Suite 400<br>Wilmington, DE 19801<br>bmclaughlin@monlaw.com<br>rmersky@monlaw.com | Jeffrey R. Waxman<br>Eric J. Monzo<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>jwaxman@morrisjames.com<br>emonzo@morrisjames.com |
| Angela Z. Miller<br>Phillips Lytle LLP<br>One Canalside<br>125 Main Street<br>Buffalo, NY 14203<br>amiller@phillipslytle.com | James P. Ruggeri, Joshua D. Weinberg,<br>Abigail W. Williams, and Michele B. Konigsberg<br>Shipman & Goodwin LLP<br>1875 K Street NW, Suite 600<br>Washington, DC 20006-1251<br>awilliams@goodwin.com<br>jweinberg@goodwin.com<br>mkonigsberg@goodwin.com<br>jruggeri@goodwin.com |

**Boy Scouts of America and Delaware BSA, LLC**
**Service List (All Parties Served Via Email Unless Otherwise Noted)**

| | |
|---|---|
| Erin R. Fay<br>Gregory J. Flasser<br>Bayard, P.A.<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>efay@bayardlaw.com<br>gflasser@bayardlaw.com | Tara LeDay<br>McCreary, Veselka, Bragg & Allen, P.C.<br>P. O. Box 1269<br>Round Rock, TX 78680<br>tleday@mvbalaw.com |
| Deirdre M. Richards<br>Fineman Krekstein & Harris PC<br>1300 N. King Street<br>Wilmington, DE 19801<br>drichards@finemanlawfirm.com | Susan N.K. Gummow<br>Igor Shleypak<br>Foran Glennon Palandech Ponzi & Rudloff, P.C.<br>222 N. LaSalle Sreet, Suite 1400<br>Chicago, IL 60614<br>sgummow@fgppr.com<br>ishleypak@fgppr.com |
| Craig Goldblatt<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>craig.goldblatt@wilmerhale.com | Richard G. Mason<br>Douglas K. Mayer<br>Joseph C. Celentino<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019<br>rgmason@wlrk.com<br>dkmayer@wlrk.com<br>jccelentino@wlrk.com |
| Tad Thomas<br>Louis C. Schneider<br>Thomas Law Offices, PLLC<br>9418 Norton Commons Blvd., Suite 200<br>Louisville, KY 40059<br>tad@thomaslawoffices.com<br>lou.schneider@thomaslawoffices.com | Paul A. Fanning<br>Ward and Smith, P.A.<br>P.O. Box 8088<br>Greenville, NC 27835-80<br>paf@wardandsmith.com |
| Bradley L. Rice<br>Nagel Rice LLP<br>103 Eisenhower Parkway<br>Roseland, NJ 07068<br>brice@nagelrice.com | Mark L. Desgrosseilliers<br>Chipman, Brown, Cicero & Cole, LLP<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, DE 19801<br>desgross@chipmanbrown.com |

**Boy Scouts of America and Delaware BSA, LLC**
**Service List (All Parties Served Via Email Unless Otherwise Noted)**

| | |
|---|---|
| Cindy L. Robinson<br>Doug Mahoney<br>Tremont Sheldon Robinson Mahoney P.C.<br>64 Lyon Terrace<br>Bridgeport, CT 06604<br>crobinson@tremontsheldon.com<br>dmahoney@tremontsheldon.com | Thomas Moers Mayer, Rachael Ringer,<br>David E. Blabey, Jr., Jennifer R. Sharret,<br>and Megan M. Wasson<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>tmayer@kramerlevin.com<br>rringer@kramerlevin.com<br>dblabey@kramerlevin.com<br>jsharret@kramerlevin.com<br>mwasson@kramerlevin.com |
| Kurt F. Gwynne<br>Katelin A Morales<br>Reed Smith LLP<br>1201 N. Market Street, Suite 1500<br>Wilmington, DE 19801<br>kgwynne@reedsmith.com<br>kmorales@reedsmith.com | Joseph H. Lemkin<br>Stark & Stark, P.C.<br>P.O. Box 5315<br>Princeton, NJ 08543<br>jlemkin@stark-stark.com |
| James I. Stang, Robert B. Orgel, James E. O'Neill,<br>John W. Lucas, Linda Cantor, and Ilan D. Scharf<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>jstang@pszjlaw.com<br>rorgel@pszjlaw.com<br>joneill@pszjlaw.com<br>lcantor@pszjlaw.com<br>jlucas@pszjlaw.com<br>ischarf@pszjlaw.com | Gerald D. Jowers, Jr.<br>Janet, Janet & Scuggs, LLC<br>500 Taylor Street, Suite 301<br>Columbia, SC 29201<br>GJowers@JJSJustice.com |
| Karen C. Bifferato<br>Kelly M. Conlan<br>Connolly Gallagher LLP<br>1201 N. Market Street, 20th Floor<br>Wilmington, DE 19801<br>kbifferato@connollygallagher.com<br>kconlan@connollygallagher.com | Michael P. Pompeo<br>Faegre Drinker Biddle & Reath LLP<br>1177 Avenue of the Americas, 41st Floor<br>New York, NY 10036-2714<br>michael.pompeo@faegredrinker.com |
| William P. Bowden<br>Ashby & Geddes, P.A.<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801<br>wbowden@ashbygeddes.com | David M. Klauder<br>Bielli & Klauder, LLC<br>1204 N. King Street<br>Wilmington, DE 19801<br>dklauder@bk-legal.com |

**Boy Scouts of America and Delaware BSA, LLC**
**Service List (All Parties Served Via Email Unless Otherwise Noted)**

| | |
|---|---|
| Michael T. Pfau<br>Jason P. Amala<br>Vincent T. Nappo<br>Pfau Cochran Vertetis Amala PLLC<br>403 Columbia Street, Suite 500<br>Seattle, WA 98104<br>michael@pcvalaw.com<br>jason@pcvalaw.com<br>vnappo@pcvalaw.com | Alan C. Hochheiser<br>Maurice Wutscher LLP<br>23611 Chagrin Blvd., Suite 207<br>Beachwood, OH 44122<br>ahochheiser@mauricewutscher.com |
| Anne Andrews<br>John C. Thornton<br>Andrews & Thornton<br>4701 Von Karman Avenue, Suite 300<br>Newport Beach, CA 92660<br>aa@andrewsthornton.com | Anthony M. Saccullo<br>Mary E. Augustine<br>A.M. Saccullo Legal, LLC<br>27 Crimson King Drive<br>Bear, DE 19701<br>ams@saccullolegal.com<br>meg@saccullolegal.com |
| Matthew S. Sorem<br>Nicolaides Fink Thorpe Michaelides Sullivan LLP<br>10 S. Wacker Drive, 21st Floor<br>Chicago, IL 60606<br>msorem@nicolaidesllp.com | Ryan S. Smethurst<br>Margaret H. Warner<br>McDermott Will & Emery LLP<br>The McDermott Building<br>500 North Capitol Street, NW<br>Washington, DC 20001-1531<br>rsmethurst@mwe.com<br>mwarner@mwe.com |
| David A. Lebowitz<br>Kaufman Lieb Lebowitz & Frick LLP<br>10 East 40th Street, Suite 3307<br>New York, NY 10016<br>dlebowitz@kllf-law.com | Shawn M. Christianson<br>Buchalter, A Professional Corporation<br>55 Second Street, 17th Floor<br>San Francisco, CA 94105-3493<br>schristianson@buchalter.com |
| Stamatios Stamoulis<br>Richard C. Weinblatt<br>Stamoulis & Weinblatt LLC<br>800 N. West Street, Suite 800<br>Wilmington, DE 19801<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com | Tancred Schiavoni<br>Janine Panchok-Berry<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036-6537<br>tschiavoni@omm.com<br>jpanchok-berry@omm.com |
| Michael J. Joyce<br>The Law Offices of Joyce, LLC<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br>mjoyce@mjlawoffices.com | Britton C. Lewis<br>Carruthers & Roth, P.A.<br>235 N. Edgeworth Street<br>P.O. Box 540<br>Greensboro, NC 27401<br>bcl@crlaw.com |

**Boy Scouts of America and Delaware BSA, LLC**
**Service List (All Parties Served Via Email Unless Otherwise Noted)**

| | |
|---|---|
| Kevin Coughlin, Lorraine Armenti, Michael Hrinewski<br>Coughlin Duffy, LLP<br>350 Mount Kemble Avenue<br>P.O. Box 1917<br>Morristown, NJ 0796<br>kcoughlin@coughlinduffy.com<br>larmenti@coughlinduffy.com<br>mhrinewski@coughlinduffy.com | Todd M. Brooks<br>Whiteford Taylor & Preston LLP<br>Seven Saint Paul Street, 15th Floor<br>Baltimore, MD 21202-1626<br>tbrooks@wtplaw.com |
| Richard W. Riley<br>Whiteford Taylor & Preston LLC<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, DE 19801<br>rriley@wtplaw.com | Christopher S. Murphy, Assistant Attorney General<br>c/o Sherri K. Simpson, Paralegal<br>Attorney General's Office<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548<br>christopher.murphy@oag.texas.gov<br>sherri.simpson@oag.texas.gov<br>hannah.mccollum@usdoj.gov |
| R. Karl Hill<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>khill@svglaw.com | Douglas R. Gooding<br>Jonathan D. Marshall<br>Michael J. Foley, Jr.<br>Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110<br>dgooding@choate.com<br>jmarshall@choate.com<br>mjfoley@choate.com |
| Kim V. Marrkand<br>Nancy D. Adams<br>Laura Bange Stephens<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.<br>One Financial Center<br>Boston, MA 02111<br>kmarrkand@mintz.com<br>ndadams@mintz.com<br>lbstephens@mintz.com | William E. Winfield<br>Nelson Comis Kettle & Kinney LLP<br>300 E. Esplanade Drive, Suite 1170<br>Oxnard, CA 93036<br>wwinfield@calattys.com |
| Richard A. Barkasy<br>Kristi J. Doughty<br>Schnader Harrison Segal & Lewis LLP<br>824 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>rbarkasy@schnader.com<br>kdoughty@schnader.com | Henry C. Shelton, III<br>Adams and Reese LLP<br>6075 Poplar Avenue, Suite 700<br>Memphis, TN 38119<br>Henry.Shelton@arlaw.com |

**Boy Scouts of America and Delaware BSA, LLC**
**Service List (All Parties Served Via Email Unless Otherwise Noted)**

| | |
|---|---|
| James Tobia<br>The Law Office of James Tobia, LLC<br>1716 Wawaset Street<br>Wilmington, DE 19806<br>jtobia@tobialaw.com | Bruce W. McCullough<br>Bodell Bové, LLC<br>1225 N. King Street, Suite 1000<br>Wilmington, DE 19801<br>bmccullough@bodellbove.com |
| Michael J. Pankow<br>Joshua M. Hantman<br>Andrew J. Roth-Moore<br>Brownstein Hyatt Farber Schreck, LLP<br>410 17th Street, Suite 2200<br>Denver, CO 80202<br>mpankow@bhfs.com<br>jhantman@bhfs.com<br>Aroth-moore@bhfs.com | **FIRST CLASS MAIL**<br>D.J.S.<br>#795743 D-G-6<br>Clallam Bay Corrections Center<br>1830 Eagle Crest Way<br>Clallam Bay, WA 98326 |
| **FIRST CLASS MAIL**<br>N.E.K.<br>#402985 D-G-5<br>Clallam Bay Corrections Center<br>1830 Eagle Crest Way<br>Clallam Bay, WA 98326 | Domenic E. Pacitti<br>Klehr Harrison Harvey Branzburg LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>dpacitti@klehr.com |
| Morton R. Branzburg<br>Klehr Harrison Harvey Branzburg LLP<br>1835 Market Street, Suite 1400<br>Philadelphia, PA 19103<br>mbranzburg@klehr.com | Stephen Crew<br>Peter Janci<br>Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209<br>steve@crewjanci.com<br>peter@crewjanci.com |
| William D. Sullivan<br>Sullivan Hazeltine Allinson LLC<br>919 North Market Street, Suite 420<br>Wilmington, DE 19801<br>bsullivan@sha-llc.com | Larry R. Boyd<br>Chad Timmons<br>Emily M. Hahn<br>Abernathy, Roeder, Boyd & Hullett, P.C.<br>1700 Redbud Blvd., Suite 300<br>McKinney, TX 75069<br>ctimmons@abernathylaw.com<br>bankruptcy@abernathylaw.com<br>ehahn@abernathy-law.com |
| Michael G. Kelly<br>Kelly, Morgan, Dennis, Corzine & Hansen, P.C.<br>P.O. Box 1311<br>Odessa, TX 79760-1311<br>mkelly@kmdfirm.com | Amish R. Doshi<br>Doshi Legal Group, P.C.<br>1979 Marcus Avenue, Suite 210E<br>Lake Success, NY 11042<br>amish@doshilegal.com |

**Boy Scouts of America and Delaware BSA, LLC**
**Service List (All Parties Served Via Email Unless Otherwise Noted)**

| | |
|---|---|
| Kami Quinn, Meredith Neely, Emily Grim, and Jasmine Chalashtori<br>Gilbert LLP<br>700 Pennsylvania Avenue, SE, Suite 400<br>Washington, DC 20003<br>quinnk@gilbertlegal.com<br>neelym@gilbertlegal.com<br>grime@gilbertlegal.com<br>chalashtorij@gilbertlegal.com | Peter Muthig<br>Maricopa County Attorney's Office<br>Civil Services Division<br>225 W. Madison Street<br>Phoenix, AZ 85003<br>muthigk@mcao.maricopa.gov |
| Don Stecker<br>Linebarger Goggan Blair & Sampson, LLP<br>112 E. Pecan Street, Suite 2200<br>San Antonio, TX 78205<br>sanantonio.bankruptcy@publicans.com | Flordia M. Henderson<br>P.O. Box 30604<br>Memphis, TN 38130-0604<br>flordia@fhendersonlaw.net |
| Tennessee Department of Labor<br>Bureau of Unemployment Insurance<br>c/o Tennessee Attorney General's Office,<br>Bankruptcy Division<br>Attn: Laura L. McCloud<br>P.O. Box 20207<br>Nashville, TN 37202-0207<br>AGBankDelaware@ag.tn.gov | David J. Molton<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>DMolton@brownrudnick.com |
| Stanley B. Tarr<br>Blank Rome LLP<br>1201 N. Market St, Suite 800<br>Wilmington, DE 19801<br>tarr@blankrome.com | Sunni P. Beville<br>Tristan G. Axelrod<br>Brown Rudnick LLP<br>One Financial Center<br>Boston, MA 02111<br>sbeville@brownrudnick.com<br>taxelrod@brownrudnick.com |
| Danielle Mason Anderson<br>Miller, Canfield, Paddock and Stone, P.L.C.<br>277 S. Rose Street, Suite 5000<br>Kalamazoo, MI 49007<br>andersond@millercanfield.com | Jason C. Powell<br>Thomas Reichert<br>The Powell Firm, LLC<br>1201 N. Orange Street, Suite 500<br>Wilmington, DE19801<br>jpowell@delawarefirm.com<br>treichert@delawarefirm.com |
| Stephen W. Spence<br>Baird Mandalas Brockstedt, LLC<br>1413 Savannah Road, Suite 1<br>Lewes, DE 19958<br>sws@bmbde.com | Christopher Simon<br>Kevin S. Mann<br>Cross & Simon, LLC<br>1105 N. Market Street, Suite 901<br>Wilmington, DE 19801<br>csimon@crosslaw.com<br>kmann@crosslaw.com |

**Boy Scouts of America and Delaware BSA, LLC**
**Service List (All Parties Served Via Email Unless Otherwise Noted)**

| | |
|---|---|
| **FIRST CLASS MAIL**<br>Internal Revenue Service<br>c/o Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101 | **FIRST CLASS MAIL**<br>JPMorgan Chase Bank, NA<br>Attn: Phil Martin<br>10 S. Dearborn Street<br>Mail Code Ill-1415<br>Chicago, IL 60603 |
| JPMorgan Chase Bank, NA<br>c/o Norton Rose Fulbright US LLP<br>Attn: Louis R. Strubeck, Jr.<br>1301 Avenue of the Americas<br>New York, NY 10019-6022<br>louis.strubeck@nortonrosefulbright.com | Pension Benefit Guaranty Corporation<br>Attn: Patricia Kelly, CFO<br>1200 K. Street, N.W.<br>Washington, D.C. 20005<br>Kelly.Patricia@Pbgc.Gov |
| Raul Diaz<br>rauldiaz2503@gmail.com | **FIRST CLASS MAIL**<br>The County Commission of Fayette County<br>Attn: President<br>P.O. Box 307<br>Fayetteville, WV 25840 |
| The County Commission of Fayette County<br>c/o Steptoe & Johnson PLLC<br>Attn: John Stump, Esq.<br>Chase Tower, 8th Floor<br>707 Virginia Street East<br>Charleston, WV 25301<br>john.stump@steptoe-johnson.com | **FIRST CLASS MAIL**<br>United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>Room 2242<br>Washington, DC 20530 |
| United States Attorney for Delaware<br>Attn: David C. Weiss<br>1007 Orange Street, Suite 700<br>P.O. Box 2046<br>Wilmington, DE 19899-2046<br>usade.ecfbankruptcy@usdoj.gov | |