# **EXHIBIT A**



700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
O 202.772.2200
F 202.772.3333

GilbertLegal.com

August 20, 2020

James Patton, Jr.
Future Claimaints' Representative for
Boy Scouts of America
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

Invoice Number:    11320452
Client Number:        1613

**FOR PROFESSIONAL SERVICES RENDERED through July 31, 2020**

**Re: James Patton, Jr.**

| Matter Description | Fees | Costs | Total |
|---|---:|---:|---:|
| Insurance Analysis & Recovery | 14,182.50 | 122.25 | 14,304.75 |
| Retention / Fee Application | 133.00 | 54.00 | 187.00 |
| Motions for Relief from Automatic Stay | 2,083.50 | .00 | 2,083.50 |
| **Total** | **16,399.00** | **176.25** | **16,575.25** |

| | |
|---|---:|
| TOTAL FEES | $ 16,399.00 |
| TOTAL EXPENSES | $ 176.25 |
| **TOTAL FEES AND EXPENSES** | **$ 16,575.25** |



**FOR PROFESSIONAL SERVICES RENDERED through July 31, 2020**

**Insurance Analysis & Recovery**

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 7/01/20 | Quinn, K. | Review P. Finn supplemental filing. | .10 | 77.50 |
| 7/02/20 | Quinn, K. | Review revisions to Evanston order. | .20 | 155.00 |
| 7/02/20 | Quinn, K. | Review TCC opposition to motion for reconsideration. | .30 | 232.50 |
| 7/06/20 | Quinn, K. | Review Debtors' reply to Committee's document. | .20 | 155.00 |
| 7/06/20 | Neely, M. | Analyze insurance asset recovery strategy. | 2.80 | 1,330.00 |
| 7/07/20 | Quinn, K. | Confer with A. Azer and M. Neely re common interest responses to discovery requests. | .30 | 232.50 |
| 7/07/20 | Quinn, K. | Review documents re Debtors' proposed discovery. | .40 | 310.00 |
| 7/07/20 | Neely, M. | Confer with A. Azer and K. Quinn re insurer requests for information. | .30 | 142.50 |
| 7/07/20 | Neely, M. | Review status of pending insurance issues in preparation for hearing. | 2.10 | 997.50 |
| 7/07/20 | Chalashtori, J. | Analyze potential insurance issues related to BSA stipulation with TCC. | .20 | 71.00 |
| 7/07/20 | Chalashtori, J. | Analyze potential insurance issues re upcoming agenda. | .20 | 71.00 |
| 7/08/20 | Quinn, K. | Confer with client re Debtors' request related to discovery. | .30 | 232.50 |
| 7/08/20 | Quinn, K. | Participate in call with Debtors re discovery requests and joint defense privilege. | .50 | 387.50 |
| 7/08/20 | Neely, M. | Review Evanston and ORIC coverage. | .80 | 380.00 |
| 7/08/20 | Neely, M. | Confer with A. Azer, C. Green, and K. Quinn re insurer request for claims information. | .10 | 47.50 |
| 7/08/20 | Chalashtori, J. | Analyze insurance issues related to plan. | .20 | 71.00 |
| 7/09/20 | Quinn, K. | Participate in hearing re Hartford motion for reconsideration. | 1.70 | 1,317.50 |
| 7/09/20 | Neely, M. | Attend court conference re Hartford motion for reconsideration. | 1.70 | 807.50 |
| 7/09/20 | Neely, M. | Review protective order requirements and acknowledgements for accessing BSA data room depository for insurance information (.8); communications with K. Quinn, E. Grim, J. Chalastori and S. Colcock re same (1.1). | 1.90 | 902.50 |
| 7/09/20 | Chalashtori, J. | Analyze issues re protective order related to data room. | .50 | 177.50 |

Invoice Number: 11320452
August 20, 2020

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 7/09/20 | Colcock, S. | Draft acknowledgment and agreement to be bound to protective order for K. Quinn, E. Grim, M. Neely and J. Chalashtori. | .80 | 228.00 |
| 7/10/20 | Colcock, S. | Revise acknowledgment and agreement to be bound to protective order for K. Quinn, E. Grim, M. Neely and J. Chalashtori. | .30 | 85.50 |
| 7/13/20 | Quinn, K. | Confer with M. Neely re team meeting and ongoing tasks. | .30 | 232.50 |
| 7/13/20 | Neely, M. | Confer with K. Quinn re insurance asset analysis. | .30 | 142.50 |
| 7/16/20 | Quinn, K. | Review request for consent to Evanston claim. | .10 | 77.50 |
| 7/20/20 | Neely, M. | Analyze proposed claim settlement under Evanston policy. | 2.10 | 997.50 |
| 7/24/20 | Quinn, K. | Confer with D. Molton re role in case and proposed appearance. | .20 | 155.00 |
| 7/27/20 | Quinn, K. | Participate in team meeting re status and strategy. | .20 | 155.00 |
| 7/27/20 | Quinn, K. | Communicate with M. Neely re review of documents. | .20 | 155.00 |
| 7/27/20 | Neely, M. | Confer with K. Quinn, S. Chalashtori, and S. Colcock re case status and strategy. | .20 | 95.00 |
| 7/27/20 | Chalashtori, J. | Confer with M. Neely, S. Colcock, and K. Quinn re case status, next steps, strategy. | .20 | 71.00 |
| 7/28/20 | Neely, M. | Review new documents in data rooms for insurance-related materials. | .70 | 332.50 |
| 7/29/20 | Quinn, K. | Participate in call with Debtors and client re common interest privilege. | .30 | 232.50 |
| 7/29/20 | Quinn, K. | Review mediator request. | .10 | 77.50 |
| 7/29/20 | Quinn, K. | Initial review of type and scope of documents in data room. | .50 | 387.50 |
| 7/29/20 | Neely, M. | Review documents in data rooms for insurance-related information. | 1.70 | 807.50 |
| 7/30/20 | Neely, M. | Review recent filings and data room uploads for insurance issues. | 3.90 | 1,852.50 |
| | | **TOTAL CHARGEABLE HOURS** | **26.90** | |
| | | **TOTAL FEES** | | **$ 14,182.50** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Quinn, K. | 5.90 | 775.00 | 4,572.50 |
| Neely, M. | 18.60 | 475.00 | 8,835.00 |
| Chalashtori, J. | 1.30 | 355.00 | 461.50 |
| Colcock, S. | 1.10 | 285.00 | 313.50 |
| **TOTALS** | **26.90** | | **$ 14,182.50** |

**EXPENSE DETAILS**

| Date | Description | Task | Amount |
|---|---|---|---|
| 6/08/20 | Conference Call / CourtCall / M. Neely / Attend Hearing / 06/08/2020 | E105 | 48.75 |
| 7/09/20 | Conference Call / CourtCall / K. Quinn / Attend Hearing / 07/09/2020 | E105 | 43.50 |
| 7/31/20 | PACER | E106 | 30.00 |
| | **TOTAL EXPENSES** | | **$ 122.25** |
| | **TOTAL FEES AND EXPENSES FOR MATTER** | | **$ 14,304.75** |

Invoice Number: 11320452
August 20, 2020

**FOR PROFESSIONAL SERVICES RENDERED through July 31, 2020**

**Retention / Fee Application**

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 7/15/20 | Hudgins, M.C. | Draft second monthly fee statement, notice, and exhibits. | .70 | 133.00 |
| | | **TOTAL CHARGEABLE HOURS** | **.70** | |
| | | **TOTAL FEES** | | **$ 133.00** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Hudgins, M.C. | .70 | 190.00 | 133.00 |
| **TOTALS** | **.70** | | **$ 133.00** |

**EXPENSE DETAILS**

| Date | Description | Task | Amount |
|------|-------------|------|--------|
| 5/29/20 | Conference Call / CourtCall / Meredith Neely / Attend Retention Hearing / 05/29/2020 | E105 | 54.00 |
| | **TOTAL EXPENSES** | | **$ 54.00** |
| | **TOTAL FEES AND EXPENSES FOR MATTER** | | **$ 187.00** |

Invoice Number: 11320452
August 20, 2020

**FOR PROFESSIONAL SERVICES RENDERED through July 31, 2020**

**Motions for Relief from Automatic Stay**

| Date | Name | Services | Hours | Amount |
|------|------|----------|-------|--------|
| 7/01/20 | Quinn, K. | Review and modify draft orders re motions to modify stay. | .40 | 310.00 |
| 7/02/20 | Quinn, K. | Correspond with I. Nasatir and S. Zieg re proposed lift-stay orders. | .50 | 387.50 |
| 7/02/20 | Neely, M. | Draft objection to motion to lift stay. | .30 | 142.50 |
| 7/06/20 | Quinn, K. | Communicate with M. Neely re response to lift stay motion. | .20 | 155.00 |
| 7/06/20 | Grim, E. | Analyze potential insurance implications of Pringry lift stay motion. | .30 | 177.00 |
| 7/07/20 | Quinn, K. | Review and sign off on non-abuse lawsuit lift stay orders. | .50 | 387.50 |
| 7/07/20 | Grim, E. | Communicate with M. Neely re potential insurance implications of Pringry lift stay motion. | .10 | 59.00 |
| 7/08/20 | Quinn, K. | Communicate with M. Neely re lift stay orders. | .10 | 77.50 |
| 7/14/20 | Quinn, K. | Review court orders re modification of stay. | .30 | 232.50 |
| 7/20/20 | Quinn, K. | Communicate with M. Neely re lift stay questions. | .20 | 155.00 |
| | | **TOTAL CHARGEABLE HOURS** | **2.90** | |
| | | **TOTAL FEES** | | **$ 2,083.50** |

**TIMEKEEPER SUMMARY**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Quinn, K. | 2.20 | 775.00 | 1,705.00 |
| Neely, M. | .30 | 475.00 | 142.50 |
| Grim, E. | .40 | 590.00 | 236.00 |
| **TOTALS** | **2.90** | | **$ 2,083.50** |

| | | |
|---|---|---|
| **TOTAL FEES AND EXPENSES FOR MATTER** | | **$ 2,083.50** |
| **TOTAL FEES AND EXPENSES** | | **$ 16,575.25** |