# EXHIBIT B

**EXPENSES**
**July 1, 2020 - July 31, 2020**

| Date | Description | Amount |
|---|---|---|
| 5/20/2020 | Conference Call - CourtCall / M. Neely / Retention Hearing on 05.29.20 | $54.00 |
| 6/8/2020 | Conference Call - CourtCall / M. Neely / Hearing on 06.08.20 | $48.75 |
| 7/9/2020 | Conference Call - CourtCall / K. Quinn / Hearing on 07.09.20 | $43.50 |
| 7/31/2020 | PACER | $30.00 |
| | | $176.25 |