# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**RE: D.I. 1059** |

### CERTIFICATE OF NO OBJECTION REGARDING THIRD MONTHLY APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 1, 2020 TO AND INCLUDING MAY 31, 2020

The undersigned hereby certifies that, as of the date hereof, Alvarez & Marsal North America, LLC ("A&M") has received no answer, objection or other responsive pleading to the **Third Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2020 to and Including May 31, 2020** (the "Application") (D.I. 1059), filed on July 31, 2020.

The undersigned further certifies that Morris Nichols has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than August 13, 2020 at 4:00 p.m. (Eastern Time).

Accordingly, pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense*

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

*Reimbursement for Official Committee Members and (II) Granting Related Relief* (D.I. 341) entered on April 6, 2020, the Debtors are authorized to pay the amount indicated below.

| (1) Total Fees Requested | (2) Total Expenses Requested | (3) 80% of Requested Fees | Total Debtors are Authorized to Pay ( (2) + (3) ) |
|---|---|---|---|
| $315,645.77[2] | $200.38 | $252,516.62 | $252,717.00 |

WHEREFORE, A&M respectfully requests that the Application be approved.

Dated:  August 21, 2020
    Wilmington, Delaware

ALVAREZ & MARSAL NORTH AMERICA, LLC

*/s/  Brian Whittman*
Brian Whittman
Managing Director
540 W Madison
18th Floor
Chicago, Illinois 60661
Telephone: (312) 601-4227
Email: bwhittman@alvarezandmarsal.com

FINANCIAL ADVISORS TO THE DEBTORS AND DEBTORS IN POSSESSION

---

[2] A&M agreed to a voluntary reduction of fees in the amount of $47,146.73 (89.4 hours). The amount reflected herein includes this reduction to fees and hours.