EXHIBIT B

Expense Summary

**EXHIBIT B**

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**EXPENSE SUMMARY**
**JUNE 1, 2020 THROUGH JUNE 30, 2020**

| Expense Category | Service Provider (if applicable) | Total Expenses[5] |
|---|---|---:|
| Bloomberg Law Online Research | Bloomberg | $89.58 |
| Color Copies | Kramer Levin | $21.20 |
| Court Call Fees | Court Call | $264.75 |
| Lexis Online Research | Lexis | $1,129.14 |
| Pacer Online Research | Pacer | $133.00 |
| Photocopying | Kramer Levin | $21.90 |
| Telecommunication Charges | Loop Up | $556.72 |
| Transcript Fees | Reliable | $188.40 |
| Westlaw Online Research | Westlaw | $10,262.66 |
| **TOTAL** | | **$12,667.35** |

---

[5] Kramer Levin reduced its expenses by $1,573.77 during the Application Period voluntarily and in accordance with the local rules and U.S. Trustee Guidelines.