# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Compensation |
|---|---|---|
| Case Administration (60001) | 2.90 | $1,428.00 |
| Committee Meeting and Communications (60002) | 6.70 | $4,480.50 |
| Automatic Stay (60004) | 3.00 | $1,310.50 |
| Plan/Disclosure Statement Issues (60007) | 0.40 | $173.00 |
| Fee Statements and Applications (60017) | 43.00 | $19,831.50[1] |
| Motions (60019) | 1.10 | $500.00 |
| Hearings and Court Matters (60021) | 1.90 | $1,710.50 |
| Professional Retention (60025) | 0.40 | $173.00 |
| Communications with Debtors (60029) | 2.60 | $1,681.50 |
| Grand Total: | 62.00 | $31,288.50 |
| Voluntary Reduction: | | ($8,526.00) |
| **REDUCED GRAND TOTAL:** | **62.00** | **$22,762.50** |

---

[1] Reed Smith LLP has voluntarily reduced the amount of compensation sought as actual, reasonable and necessary in this project category from $19,831.50 to $11,305.50, an amount of $8,526.00.

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM JUNE 1, 2020 THROUGH JUNE 30, 2020**

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Kurt F. Gwynne | Partner.  Joined firm as partner in 2001.  Member DE bar since 2000.  Member PA and NJ bars since 1992. Member of NY bar since 2018. | $990.00 | 7.80 | $7,722.00 |
| Jason D. Angelo | Associate.  Joined firm as an associate in 2018.  Member DE bar since 2014.  Member PA bar since 2014 and NJ bar since 2013. | $550.00 | 0.40 | $220.00 |
| Katelin A. Morales | Associate.  Joined firm as an associate in 2018.  Member DE bar since 2019.  Member NY and NJ bars since 2017. | $465.00 | 28.10 | $13,066.50 |
| John B. Lord | Paralegal.  Joined firm as paralegal in 2000.  Paralegal since 1991. | $400.00 | 25.70 | $10,280.00 |
| Grand Total: | | | 62.00 | $31,288.50 |
| Voluntary Reduction: | | | | ($8,526.00) |
| Reduced Grand Total: | | | **62.00** | **$22,762.50** |
| Blended Rate: | | | | $504.65 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $578.75 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| Official Committee of Unsecured Creditors of Boy Scouts of America<br>c/o Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 | Invoice Number: **3300261**<br>Invoice Date: **7/15/2020**<br>Client Number: **397013**<br>Matter Number: **397013.60001** |

### DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH June 30, 2020

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/05/20 | J.B. Lord | Research and analyze critical dates for possible action | 0.20 | 400.00 | 80.00 |
| 06/10/20 | K.F. Gwynne | Review committee update for M. Wasson of Kramer Levin | 0.10 | 990.00 | 99.00 |
| 06/17/20 | K. A. Morales | Review Mediators' Notice regarding issue to be mediated. | 0.50 | 465.00 | 232.50 |
| 06/17/20 | J.B. Lord | Review and update committee service information (.3); review and analyze recently filed papers for deadline and possible action (.2). | 0.50 | 400.00 | 200.00 |
| 06/18/20 | K. A. Morales | Confer with S. Meixell and AlixPartners re: payment of fees and expenses. | 0.20 | 465.00 | 93.00 |
| 06/22/20 | K.F. Gwynne | Review draft committee mediation statement | 0.20 | 990.00 | 198.00 |
| 06/30/20 | K. A. Morales | Confer with K. Gwynne re: mediation call. | 0.10 | 465.00 | 46.50 |
| 06/30/20 | K. A. Morales | Confer with K. Gwynne and R. Ringer re: mediation call. | 0.30 | 465.00 | 139.50 |
| 06/30/20 | K. A. Morales | Confer with M. Wasson re: mediation call. | 0.20 | 465.00 | 93.00 |
| 06/30/20 | K. A. Morales | Emails with R. Ringer and K. | 0.10 | 465.00 | 46.50 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | Gwynne re: mediation call. | | | |
| 06/30/20 | J.B. Lord | Research and update Committee service information. | 0.50 | 400.00 | 200.00 |
| **Totals** | | | **2.90** | | **1,428.00** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Kurt F. Gwynne | 0.30 hrs @ $ | 990.00 / hr | 297.00 |
| Katelin A. Morales | 1.40 hrs @ $ | 465.00 / hr | 651.00 |
| John B. Lord | 1.20 hrs @ $ | 400.00 / hr | 480.00 |
| **Total Professional Services** | | | **1,428.00** |

**DISBURSEMENTS AND OTHER CHARGES**

| Date | Description | Amount |
|------|-------------|--------|
| 05/26/2020 | Elizabeth A. Russell - Court - Other - VENDOR: Elizabeth A. Russell, May 26, 2020, Curt call for David MacGreevey / AlixPartners, LLC | 33.00 |
| 05/26/2020 | Elizabeth A. Russell - Court - Other - VENDOR: Elizabeth A. Russell, May 26, 2020, Court Call for Kaitlyn Sundt / AlixPartners, LLC | 43.50 |
| 06/01/2020 | DLS DISCOVERY - COURIER SERVICE - OUTSIDE Copy Prints, Envelope and Postage on 5/26/20 | 52.25 |
| | **Total Expenses and Other Charges** | **128.75** |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Total Fees | $ | 1,428.00 |
| Total Expenses and Other Charges | $ | 128.75 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| Official Committee of Unsecured Creditors of Boy Scouts of America<br>c/o Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 | Invoice Number:　　　**3300281**<br>Invoice Date:　　　　**7/15/2020**<br>Client Number:　　　　**397013**<br>Matter Number:　　**397013.60002** |

### DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH June 30, 2020

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/04/20 | K. A. Morales | Confer with M. Wasson and R. Ringer re: 341 meeting logistics. | 0.10 | 465.00 | 46.50 |
| 06/08/20 | K.F. Gwynne | reviewed email from D. Buchbinder following up on request for info re: Section 341 meeting; follow up email to M. Wasson and then emails to/from R. Ringer re: same | 0.10 | 990.00 | 99.00 |
| 06/08/20 | K.F. Gwynne | committee professional pre-call re: hearing and section 341 issues | 0.40 | 990.00 | 396.00 |
| 06/08/20 | K.F. Gwynne | weekly committee meeting re: protective order, mediation, and case update. | 0.50 | 990.00 | 495.00 |
| 06/08/20 | K.F. Gwynne | drafted email to D. Buchbiner re: section 341 meeting and participation of Committee professionals / contact information / member call-in | 0.20 | 990.00 | 198.00 |
| 06/08/20 | K.F. Gwynne | emails to/from R. Ringer and M. Wasson re: section 341 meeting and participation of Committee professionals | 0.20 | 990.00 | 198.00 |
| 06/10/20 | K.F. Gwynne | reviewed debtors' financial presentation prepared in | 1.20 | 990.00 | 1,188.00 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | conjunction with A&M for upcoming committee meeting | | | |
| 06/15/20 | K. A. Morales | Attend UCC professionals meeting re: agenda for all committee call. (0.4); attend UCC weekly call re: financial update and other case issues. (1.0). | 1.40 | 465.00 | 651.00 |
| 06/25/20 | K. A. Morales | Attend weekly committee meeting re: collateral review update and case updates. | 1.30 | 465.00 | 604.50 |
| 06/29/20 | K. A. Morales | Attend weekly UCC call re: investigation update and upcoming hearing agenda. | 0.90 | 465.00 | 418.50 |
| 06/30/20 | K. A. Morales | Attend UCC professionals call re: agenda for all committee call. | 0.40 | 465.00 | 186.00 |
| **Totals** | | | **6.70** | | **4,480.50** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|-----------|-------|------|-------|
| Kurt F. Gwynne | 2.60 hrs @ $ | 990.00 / hr | 2,574.00 |
| Katelin A. Morales | 4.10 hrs @ $ | 465.00 / hr | 1,906.50 |
| **Total Professional Services** | | | **4,480.50** |

**INVOICE SUMMARY**

Total Fees                                              $      4,480.50

**TOTAL CURRENT INVOICE DUE**                    $      **4,480.50**

**Total Amount Due**                    $      **4,480.50**



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

Official Committee of Unsecured Creditors of Boy
Scouts of America
c/o Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

| | |
|---|---|
| Invoice Number: | **3300260** |
| Invoice Date: | **7/15/2020** |
| Client Number: | **397013** |
| Matter Number: | **397013.60004** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH June 30, 2020**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/01/20 | K. A. Morales | Confer with J. Lord and M. Wasson re: filing objection to lift stay motions of various Insurers. | 0.50 | 465.00 | 232.50 |
| 06/01/20 | J.B. Lord | Communicate with M. Wasson and K. Morales re: limited objections and joinder to motion for stay relief (.3); draft service for same (.4); revise, e-file and serve same (.6). | 1.30 | 400.00 | 520.00 |
| 06/01/20 | K. A. Morales | Review Limited Objection to Lift Stay Motion. | 0.60 | 465.00 | 279.00 |
| 06/01/20 | K. A. Morales | Review and revise objection to lift stay motion of Insurers. | 0.60 | 465.00 | 279.00 |
| **Totals** | | | **3.00** | | **1,310.50** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Katelin A. Morales | 1.70 hrs @ $ | 465.00 / hr | 790.50 |
| John B. Lord | 1.30 hrs @ $ | 400.00 / hr | 520.00 |
| **Total Professional Services** | | | **1,310.50** |

**INVOICE SUMMARY**



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| Total Fees | $        1,310.50 |
| **TOTAL CURRENT INVOICE DUE** | **$        1,310.50** |
| **Total Amount Due** | **$        1,310.50** |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| Official Committee of Unsecured Creditors of Boy Scouts of America<br>c/o Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 | Invoice Number: **3300265**<br>Invoice Date: **7/15/2020**<br>Client Number: **397013**<br>Matter Number: **397013.60007** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH June 30, 2020**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/30/20 | K. A. Morales | Confer with Kramer Levin re: filing of Committee statement on Debtors' exclusivity motion. | 0.20 | 465.00 | 93.00 |
| 06/30/20 | J.B. Lord | Communicate with P. Baranpuria and K. Morales re: statement on Debtors' exclusivity motion | 0.20 | 400.00 | 80.00 |
| **Totals** | | | **0.40** | | **173.00** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Katelin A. Morales | 0.20 hrs @ $ | 465.00 / hr | 93.00 |
| John B. Lord | 0.20 hrs @ $ | 400.00 / hr | 80.00 |
| **Total Professional Services** | | | **173.00** |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Total Fees | $ | 173.00 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **173.00** |
| **Total Amount Due** | **$** | **173.00** |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| | |
|---|---|
| Official Committee of Unsecured Creditors of Boy Scouts of America<br>c/o Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 | **Invoice Number:**     **3300254**<br>**Invoice Date:**     **7/15/2020**<br>**Client Number:**     **397013**<br>**Matter Number:**     **397013.60017** |

### DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH June 30, 2020

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/02/20 | J.B. Lord | Communicate with K. Morales, S. Beck at Kramer Levin and AlixPartners re: fee applications and procedures (.4); e-mail to debtors' counsel re: fee hearing (.1) | 0.40 | 400.00 | 160.00 |
| 06/02/20 | K. A. Morales | Emails with J. Lord re: filing March fee application. | 0.20 | 465.00 | 93.00 |
| 06/03/20 | K. A. Morales | Review and revise March fee application (0.8); Communicate with J. Lord re: Same (0.2). | 1.00 | 465.00 | 465.00 |
| 06/03/20 | K. A. Morales | Confer with P. Baranpuria re: fee application. | 0.70 | 465.00 | 325.50 |
| 06/03/20 | K. A. Morales | Confer with J. Lord and K. Gwynne re: revisions to and filing of March monthly fee application. | 0.50 | 465.00 | 232.50 |
| 06/04/20 | J.B. Lord | Communicate with S. Beck at Kramer Levin re: fee application issues (.2); review and revise March, April and first interim fee application (.4); draft May monthly fee application (.5). | 1.10 | 400.00 | 440.00 |
| 06/04/20 | J.B. Lord | E-mail response to P. Topper at MNAT re: fee hearing and | 0.10 | 400.00 | 40.00 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | payment procedure | | | |
| 06/05/20 | J.B. Lord | Communicate with K. Morales and S. Beck re: March monthly fee application and procedure with interim fees | 0.30 | 400.00 | 120.00 |
| 06/08/20 | J.B. Lord | Review and revise May time entries for use in fee application to adhere to local rules on same. | 1.10 | 400.00 | 440.00 |
| 06/09/20 | J.B. Lord | Communicate with K. Gwynne re: RS March monthly fee application (.1); communicate with S. Beck at Kramer Levin re: March fee applications, logistics and procedures (.6); revise, finalize and e-file RS March monthly fee application (.7); communicate with S. Beck re: notices for committee applications (.2); Finalize, e-file and serve Kramer Levin and Alix Partners' March monthly fee applications (.7); communicate with noticing agent re: March fee applications (.2). | 2.50 | 400.00 | 1,000.00 |
| 06/09/20 | K.F. Gwynne | Review and revise first draft RS monthly fee application | 0.50 | 990.00 | 495.00 |
| 06/09/20 | J.B. Lord | Continue to draft RS May monthly fee application (.4) review and revise first interim fee application (.2). | 0.60 | 400.00 | 240.00 |
| 06/10/20 | J.B. Lord | Communicate with S. Beck at Kramer Levin re: interim fee application issues. | 0.20 | 400.00 | 80.00 |
| 06/11/20 | J.B. Lord | Communicate with K. Morales re: RS April monthly and first | 0.30 | 400.00 | 120.00 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | interim fee application (.1); review and revise same (.2). | | | |
| 06/11/20 | J.B. Lord | Communicate with S. Beck at Kramer Levin re: interim fee application issues/content | 0.20 | 400.00 | 80.00 |
| 06/11/20 | K. A. Morales | Emails with R. Ringer re: monthly fee applications. | 0.20 | 465.00 | 93.00 |
| 06/11/20 | K. A. Morales | Confer with J. Lord and S. Meixell re: gathering W-9 and wiring instructions for payment of fees and expenses in connection with monthly fee application. | 0.10 | 465.00 | 46.50 |
| 06/12/20 | J.B. Lord | Research and respond to K. Gwynne re: comments from UST on creditors' committees' March monthly fee applications. | 0.20 | 400.00 | 80.00 |
| 06/12/20 | K. A. Morales | Review Trustee Guidelines concerning large chapter 11 cases re: fee application concerns of the trustee. | 0.30 | 465.00 | 139.50 |
| 06/12/20 | K. A. Morales | Confer with J. Lord and K. Gwynne re: UST comments to monthly fee application. | 0.30 | 465.00 | 139.50 |
| 06/15/20 | K. A. Morales | Confer with K. Gwynne and J. Lord re: status of April monthly fee application. | 0.10 | 465.00 | 46.50 |
| 06/15/20 | K. A. Morales | Emails internally to Reed Smith team re: logistics for payment of fees and expenses. | 0.30 | 465.00 | 139.50 |
| 06/15/20 | K. A. Morales | Review and revise April monthly fee application. | 0.40 | 465.00 | 186.00 |
| 06/16/20 | J.B. Lord | Continue to prepare RS May monthly fee application | 0.80 | 400.00 | 320.00 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 06/17/20 | J.B. Lord | Continue to prepare RS May monthly fee application. | 0.80 | 400.00 | 320.00 |
| 06/17/20 | K.F. Gwynne | Review and revise draft RS second monthly fee statement | 1.00 | 990.00 | 990.00 |
| 06/17/20 | K. A. Morales | Review and revise April fee application. | 0.80 | 465.00 | 372.00 |
| 06/17/20 | J.B. Lord | Communicate with K. Morales re: April fee application and interim fee application (.1); Review and revise April monthly fee application (.3) | 0.40 | 400.00 | 160.00 |
| 06/17/20 | K. A. Morales | Emails with P. Baranpuria re: Reed Smith April fee application. | 0.10 | 465.00 | 46.50 |
| 06/17/20 | K. A. Morales | Confer with J. Lord re: revisions to April fee application. | 0.20 | 465.00 | 93.00 |
| 06/22/20 | J.B. Lord | Review and revise April monthly and first interim fee application (.7); communicate with K. Morales re: same (.2) | 0.90 | 400.00 | 360.00 |
| 06/22/20 | K. A. Morales | Confer with J. Lord re: filing and revisions to monthly and interim fee applications. | 0.60 | 465.00 | 279.00 |
| 06/22/20 | K. A. Morales | Confer with P. Baranpuria re: timing of filing fee statements and applications (.3); Confer with K. Gwynne re: same (.1). | 0.40 | 465.00 | 186.00 |
| 06/22/20 | K. A. Morales | Review and revise April fee application per Kramer Levin comments. | 0.20 | 465.00 | 93.00 |
| 06/22/20 | K. A. Morales | Review Interim Compensation Order for noticing procedures of Monthly Fee Applications and Interim Fee Application. | 0.50 | 465.00 | 232.50 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 06/22/20 | K. A. Morales | Emails with B. Paranpuria, M. Wasson, and R. Ringer re: filing fee applications. | 0.20 | 465.00 | 93.00 |
| 06/22/20 | K. A. Morales | Review and revise interim fee application. | 1.80 | 465.00 | 837.00 |
| 06/22/20 | K. A. Morales | Review and revise April monthly fee application. | 0.30 | 465.00 | 139.50 |
| 06/23/20 | K.F. Gwynne | reviewed / revised first interim fee application | 0.90 | 990.00 | 891.00 |
| 06/23/20 | K. A. Morales | Review and revise First Interim Fee Application. | 3.40 | 465.00 | 1,581.00 |
| 06/23/20 | K. A. Morales | Emails with S. Beck re: status of interim fee application filing. | 0.10 | 465.00 | 46.50 |
| 06/23/20 | K. A. Morales | Confer with J. Lord re: filling first interim fee applications and revisions thereto. | 0.80 | 465.00 | 372.00 |
| 06/23/20 | K. A. Morales | Confer with P. Baranpuria via email and phone re: first interim fee application of Kramer Levin and Reed Smith (.5); Confer with J. Lord re: same (.2). | 0.70 | 465.00 | 325.50 |
| 06/23/20 | K. A. Morales | Confer with J. Lord re: UCC member expense reimbursements. | 0.10 | 465.00 | 46.50 |
| 06/23/20 | J.B. Lord | Communicate with K. Morales re: interim fee application (.2); review and supplement same (.4). | 0.60 | 400.00 | 240.00 |
| 06/23/20 | J.B. Lord | Draft CNOs for March monthly fee applications of Committee professionals (.7); draft form e-mail to debtors' financial advisors re: interim payment following filing of | 1.50 | 400.00 | 600.00 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | CNO or entry of orders (.3); communicate with K. Morales re: interim fee application (.3); review information on same (.2) | | | |
| 06/24/20 | J.B. Lord | Communicate with K. Morales, P. Baranpuria, L. Bonito (Alix) re: CNOs for March monthly fee applications (.4); finalize and e-file same (.5); finalize correspondence to A&M for committee professionals re: interim March payment (.5); communicate with noticing agent re: monthly and interim fee applications to be filed/served and status (.3); communicate with K. Gwynne and K. Morales re: blended rate information in RS first interim fee application (.4); finalize and e-file RS April monthly fee application (.5); review and revise RS first interim fee application notably budget and staffing plan information (1.5); finalize and e-file RS first interim fee application (.3); communicate with K. Morales, S. Beck, P. Baranpuria and L. Bonito re: monthly and interim fee applications (.7); draft notices for Alix April monthly and first interim fee applications (.4); Review, finalize and e-file Alix April monthly and first interim fee applications (1.4); Review, finalize and e-file Kramer Levin April monthly | 8.30 | 400.00 | 3,320.00 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | and first interim fee applications (1.4); | | | |
| 06/24/20 | K. A. Morales | Confer with M. Wasson re: UCC member expenses. | 0.10 | 465.00 | 46.50 |
| 06/24/20 | K. A. Morales | Confer with J. Lord and K. Gwynne re: revisions to the Interim Fee Application. | 0.20 | 465.00 | 93.00 |
| 06/24/20 | K. A. Morales | Review and revise First Interim Fee Application. | 1.50 | 465.00 | 697.50 |
| 06/24/20 | K. A. Morales | Confer with P. Baranpuria re: filing certificates of no objection to March monthly fee application (.3); Confer with J. Lord re: same (.2). | 0.50 | 465.00 | 232.50 |
| 06/24/20 | K. A. Morales | Confer with P. Baranpuria via phone and email re: filing Kramer, Reed Smith, and Alix interim fee applications and monthly fee application (.4); Confer with J. Lord re: same (.8). | 1.20 | 465.00 | 558.00 |
| 06/24/20 | K. A. Morales | Review and revise certificates of no objection for March Fee Applications. | 0.20 | 465.00 | 93.00 |
| 06/25/20 | K. A. Morales | Confer with J. Lord re: filing revised exhibits to Kramer interim fee application. | 0.20 | 465.00 | 93.00 |
| 06/25/20 | J.B. Lord | Communicate with court and S. Beck at Kramer Levin re: exhibits to Kramer Levin interim application (.3); e-file corrected exhibit 9 for same (2). | 0.50 | 400.00 | 200.00 |
| 06/29/20 | J.B. Lord | E-mail to A&M re: status of interim March payment per P. Baranpuria (2); continue to prepare RS May monthly fee | 1.10 | 400.00 | 440.00 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | application (.9) | | | |
| 06/29/20 | K. A. Morales | Emails with P. Baranpuria and J. Lord re: status of payment for March monthly fee applications. | 0.20 | 465.00 | 93.00 |
| 06/30/20 | K. A. Morales | Confer with J. Lord and P. Baranpuria re: payment of professional fees and expenses relating to March monthly fee applications. | 0.30 | 465.00 | 139.50 |
| **Totals** | | | **43.00** | | **19,831.50** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|-----------|-------|------|-------|
| Kurt F. Gwynne | 2.40 hrs @ $ | 990.00 / hr | 2,376.00 |
| Katelin A. Morales | 18.70 hrs @ $ | 465.00 / hr | 8,695.50 |
| John B. Lord | 21.90 hrs @ $ | 400.00 / hr | 8,760.00 |
| **Total Professional Services** | | | **19,831.50** |

### INVOICE SUMMARY

| | | |
|--|--|--|
| Total Fees | $ | 19,831.50 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **19,831.50** |
| **Total Amount Due** | **$** | **19,831.50** |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| Official Committee of Unsecured Creditors of Boy Scouts of America<br>c/o Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 | Invoice Number: **3300264**<br>Invoice Date: **7/15/2020**<br>Client Number: **397013**<br>Matter Number: **397013.60019** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH June 30, 2020**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/05/20 | J. D. Angelo | Review and revise joinder to Debtors' reply in support of mediation order (.3) and coordinate filing of same with J. Lord (.1). | 0.40 | 550.00 | 220.00 |
| 06/08/20 | J.B. Lord | Finalize, e-file and serve limited joinder to Debtors' motion for mediators | 0.70 | 400.00 | 280.00 |
| **Totals** | | | **1.10** | | **500.00** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Jason D. Angelo | 0.40 hrs @ $ | 550.00 / hr | 220.00 |
| John B. Lord | 0.70 hrs @ $ | 400.00 / hr | 280.00 |
| **Total Professional Services** | | | **500.00** |

**INVOICE SUMMARY**

| | |
|---|---|
| Total Fees | $         500.00 |
| **TOTAL CURRENT INVOICE DUE** | **$         500.00** |
| **Total Amount Due** | **$         500.00** |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| Official Committee of Unsecured Creditors of Boy Scouts of America<br>c/o Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 | Invoice Number: **3300258**<br>Invoice Date: **7/15/2020**<br>Client Number: **397013**<br>Matter Number: **397013.60021** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH June 30, 2020**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/03/20 | K. A. Morales | Confer with S. Meixell re: appearing via courtcall for 6/8 hearing. | 0.10 | 465.00 | 46.50 |
| 06/08/20 | K.F. Gwynne | Attend telephonic hearing on motion to appoint multiple mediators | 1.60 | 990.00 | 1,584.00 |
| 06/18/20 | J.B. Lord | Email to K. Morales re: information on upcoming hearings and status. | 0.20 | 400.00 | 80.00 |
| **Totals** | | | **1.90** | | **1,710.50** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Kurt F. Gwynne | 1.60 hrs @ $ | 990.00 / hr | 1,584.00 |
| Katelin A. Morales | 0.10 hrs @ $ | 465.00 / hr | 46.50 |
| John B. Lord | 0.20 hrs @ $ | 400.00 / hr | 80.00 |
| **Total Professional Services** | | | **1,710.50** |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Total Fees | $ | 1,710.50 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **1,710.50** |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Official Committee of Unsecured Creditors of Boy Scouts of America c/o Reed Smith LLP 1201 Market Street, Suite 1500 Wilmington, DE 19801 | Invoice Number: | **3300263** |
| --- | --- | --- |
| | Invoice Date: | **7/15/2020** |
| | Client Number: | **397013** |
| | Matter Number: | **397013.60025** |

### DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH June 30, 2020

| Date | Timekeeper | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 06/11/20 | K. A. Morales | Review and revise supplemental declaration of Alix Partners to retention application. | 0.20 | 465.00 | 93.00 |
| 06/11/20 | J.B. Lord | Review and e-file supplemental retention declaration of AlixPartners | 0.20 | 400.00 | 80.00 |
| **Totals** | | | **0.40** | | **173.00** |

### SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
| --- | --- | --- | --- |
| Katelin A. Morales | 0.20 hrs @ $ | 465.00 / hr | 93.00 |
| John B. Lord | 0.20 hrs @ $ | 400.00 / hr | 80.00 |
| **Total Professional Services** | | | **173.00** |

### INVOICE SUMMARY

| | | |
| --- | --- | --- |
| Total Fees | $ | 173.00 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **173.00** |
| **Total Amount Due** | **$** | **173.00** |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| Official Committee of Unsecured Creditors of Boy Scouts of America | Invoice Number: **3300257** |
| c/o Reed Smith LLP | Invoice Date: **7/15/2020** |
| 1201 Market Street, Suite 1500 | Client Number: **397013** |
| Wilmington, DE 19801 | Matter Number: **397013.60029** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH June 30, 2020**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/10/20 | K.F. Gwynne | Attend Debtors' financial performance/projection presentation | 0.90 | 990.00 | 891.00 |
| 06/22/20 | K. A. Morales | Attend Debtor's financial presentation. | 1.70 | 465.00 | 790.50 |
| **Totals** | | | **2.60** | | **1,681.50** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Kurt F. Gwynne | 0.90 hrs @ $ | 990.00 / hr | 891.00 |
| Katelin A. Morales | 1.70 hrs @ $ | 465.00 / hr | 790.50 |
| **Total Professional Services** | | | **1,681.50** |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Total Fees | $ | 1,681.50 |
| **TOTAL CURRENT INVOICE DUE** | $ | **1,681.50** |
| **Total Amount Due** | $ | **1,681.50** |