# EXHIBIT C

**EXPENSE SUMMARY**

| Expense Category | Service Provider (if applicable) | Amount |
|---|---|---|
| Court Fees | CourtCall | $76.50 |
| Outside Duplicating (includes mail and related service charges) | DLS Discovery | $52.25 |
| **TOTAL:** | | **$128.75** |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | . | | | |

| Totals | | | | | |
|---|---|---|---|---|---|

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|

| Total Professional Services | | | |
|---|---|---|---|

**DISBURSEMENTS AND OTHER CHARGES**

| Date | Description | Amount |
|---|---|---|
| 05/26/2020 | Elizabeth A. Russell - Court - Other - VENDOR: Elizabeth A. Russell, May 26, 2020, Curt call for David MacGreevey / AlixPartners, LLC | 33.00 |
| 05/26/2020 | Elizabeth A. Russell - Court - Other - VENDOR: Elizabeth A. Russell, May 26, 2020, Court Call for Kaitlyn Sundt / AlixPartners, LLC | 43.50 |
| 06/01/2020 | DLS DISCOVERY - COURIER SERVICE - OUTSIDE Copy Prints, Envelope and Postage on 5/26/20 | 52.25 |
| | **Total Expenses and Other Charges** | **128.75** |

**INVOICE SUMMARY**

Total Expenses and Other Charges                                       $         128.75

File No. 397013.60001                    Invoice No. 3300261