## Exhibit B

**Phase 2 Fees and Expense Itemization**



**FILE COPY ONLY – BILL SUBMITTED ELECTRONICALLY DO NOT SUBMIT TO CLIENT UNLESS EXPRESSLY REQUESTED BY CLIENT**

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

Administrative Office
50 International Drive
Patewood IV, Suite 200
Greenville, SC  29615
Telephone:  (864) 241-1900
Facsimile:  (864) 241-1908
www.ogletreedeakins.com

August 17, 2020

Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

PERSONAL AND CONFIDENTIAL

Bill #  90257758
Client.Matter #  047657.000013

**Re:  BSA General Defense - Bankruptcy (Billiable) - Phase 2**

For professional services rendered through July 31, 2020, in connection with the above-referenced matter as outlined on the attached detailed billing sheets:

Fees ...................................................................................................................................$8,209.00
Expenses..................................................................................................................................$0.00

**Total Due This Bill**....................................................................................................**$8,209.00**

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington



Page 2
08/17/20
Bill No. 90257758
047657.000013-BAG

Robyn Jungers
The Boy Scouts of America
Legal Department
1325 West Walnut Hill Lane
P.O. Box 152079
Irving, TX  75015-2049

**Re:  BSA General Defense - Bankruptcy (Billiable) - Phase 2**

For professional services rendered through July 31, 2020

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| 07/02/20 | BAG | PHASE2 | Review revised interim fee application and information to be provided to the US Trustee and exchange email with Eric Moats regarding same. | 0.50 | 320.00 |
| 07/06/20 | BAG | PHASE2 | Review and respond to email from Morris Nichols legal assistant regarding Third Interim Fee Application. | 0.10 | 64.00 |
| 07/07/20 | BAG | PHASE2 | Review Initial Omnibus Order and internal conferences with Kelci Davis regarding same. | 0.20 | 128.00 |
| 07/07/20 | BAG | PHASE2 | Work on redaction of privileged information from Pre-bills in preparation for submission of Monthly Fee Application. | 2.00 | 1,280.00 |
| 07/07/20 | KAD | PHASE2 | Review email from Desiree Vale regarding receipt of any informal comment regarding Ogletree's Third Fee Application. | 0.10 | 19.00 |
| 07/07/20 | KAD | PHASE2 | Review BSA's First Onnibus Fee Order and email from Desiree Vale regarding same. | 0.30 | 57.00 |
| 07/07/20 | KAD | PHASE2 | Review and confirm numbers in Omnibus Fee Order are correct. | 0.40 | 76.00 |
| 07/08/20 | BAG | PHASE2 | Review multiple emails from Morris Nichols regarding Omnibus Order and fee information and attention to same. | 0.20 | 128.00 |
| 07/10/20 | KAD | PHASE2 | Analyze June's billing entries and | 4.10 | 779.00 |



Page 3
08/17/20
Bill No. 90257758
047657.000013-BAG

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | information for inclusion in the monthly fee application for July. | | |
| 07/13/20 | BAG | PHASE2 | Work on preparation of monthly fee application and all required invoices. | 1.50 | 960.00 |
| 07/13/20 | KAD | PHASE2 | Analyze Epic invoice and submit same for processing and payment. | 0.10 | 19.00 |
| 07/15/20 | BAG | PHASE2 | Continue redaction of privileged information for monthly fee application and work on application. | 2.50 | 1,600.00 |
| 07/16/20 | BAG | PHASE2 | Review email from Anna Kutz regarding inclusion of Washington defense counsel on OCP designations and attention to same. | 0.20 | 128.00 |
| 07/16/20 | KAD | PHASE2 | Calculate the total amount requested in Ogletree's fee applications for the last three months to assist attorney with year-end expense forecast. | 0.20 | 38.00 |
| 07/20/20 | BAG | PHASE2 | Complete review of June invoices for redaction and privileged information. | 1.00 | 640.00 |
| 07/21/20 | BAG | PHASE2 | Complete work on fourth monthly fee application. | 0.50 | 320.00 |
| 07/21/20 | KAD | PHASE2 | Prepare initial draft of Ogletree's Fourth Monthly Fee Application. | 2.90 | 551.00 |
| 07/21/20 | KAD | PHASE2 | Review/analyze billing entries and invoices for inclusion in Ogletree's Fourth Monthly Fee Application and work on required redaction for same. | 3.80 | 722.00 |
| 07/21/20 | KAD | PHASE2 | Review email from Eric Moats regarding Ogletree's Fourth Monthly Fee Application. | 0.10 | 19.00 |
| 07/21/20 | KAD | PHASE2 | Revise Ogletree's Fourth Monthly Fee Application based on comments from Eric Moats. | 0.30 | 57.00 |
| 07/22/20 | KAD | PHASE2 | Email exchange with Eric Moats regarding phase 1 and 2 bills. | 0.10 | 19.00 |
| 07/22/20 | KAD | PHASE2 | Email exchange with Eric Moats regarding revisions to Ogletree's Fourth Monthly Fee Application. | 0.10 | 19.00 |



Page 4
08/17/20
Bill No. 90257758
047657.000013-BAG

| Date | Initials | Stage | Description | Hours | Amount |
|---|---|---|---|---|---|
| 07/30/20 | KAD | PHASE2 | Compile billing information on 22 New York lawsuits assigned to Melick & Porter. | 1.30 | 247.00 |
| 07/30/20 | KAD | PHASE2 | Email exchange with Lauren Roche regarding instructions for billing on 22 new lawsuits assigned to Melick and Porter. | 0.10 | 19.00 |
| | | | Total Services: | 22.60 | 8,209.00 |

### Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Bruce A. Griggs | Shareholder | 640.00 | 8.70 | 5,568.00 |
| Kelci A. Davis | Paralegal | 190.00 | 13.90 | 2,641.00 |

|   |   |
|---|---|
| TOTAL FEES | $8,209.00 |
| TOTAL EXPENSES | $0.00 |
| TOTAL THIS BILL | $8,209.00 |