## Exhibit A

## Summary of Services

| Task Description | Date | Timekeeper | Description | Hours | Total |
|---|---|---|---|---|---|
| Coverage Support | 7/7/2020 | Sochurek, Nicholas | Review Seneca Waterways policy and claim documents. (Local Council) | 0.3 | $ 148.50 |
| Coverage Support | 7/8/2020 | Sochurek, Nicholas | Call with A. Azer, C. Green and E. Hanke re local council insurance (.5); call with E. Hanke re same (.5). | 1 | $ 495.00 |
| Coverage Support | 7/8/2020 | Hanke, Elizabeth | Call with A. Azer, C. Green and N. Sochurek re local council insurance (.5); call with N. Sochurek re same (.5). | 1 | $ 530.00 |
| Coverage Support | 7/10/2020 | Sochurek, Nicholas | Review old insurance information. | 0.2 | $ 99.00 |
| Coverage Support | 7/15/2020 | Scott, Carrie | Discuss with team policy organization and online site needs for local council review. | 1 | $ 530.00 |
| Coverage Support | 7/15/2020 | Sochurek, Nicholas | Draft guidance for local councils to search for insurance policies (2.4); call with E. Hanke, C. Scott and C. Crook re local council insurance review database (1.0). | 3.4 | $ 1,683.00 |
| Coverage Support | 7/16/2020 | Sochurek, Nicholas | Revise local council archaeology guidance (.6); revise local council policy analysis strategy (.4). | 1 | $ 495.00 |
| Coverage Support | 7/17/2020 | Sochurek, Nicholas | Continue to revise local council policy analysis strategy. | 0.8 | $ 396.00 |
| Coverage Support | 7/19/2020 | Sochurek, Nicholas | Revise local council policy analysis strategy. | 0.3 | $ 148.50 |
| Coverage Support | 7/24/2020 | Sochurek, Nicholas | Discuss local council archaeology with A. Azer. | 0.2 | $ 99.00 |
| Coverage Support | 7/27/2020 | Hanke, Elizabeth | Discuss local council policy review with Haynes and Boone (.8); follow-up re same with N. Sochurek (.2). | 1 | $ 530.00 |
| Coverage Support | 7/27/2020 | Sochurek, Nicholas | Review local counsel insurance plan in preparation for call (.3); discuss local council policy review with Haynes and Boone and E. Hanke (.8); follow up re same with E. Hanke (.2); review local council policy information (.2); follow up with C. Green re same (.2). | 1.7 | $ 841.50 |
| Coverage Support | 7/28/2020 | Sochurek, Nicholas | Call with C. Green re prior local council insurance efforts and results (.4); prepare for same (.2). | 0.6 | $ 297.00 |
| Coverage Support | 7/30/2020 | Sochurek, Nicholas | Review Section 2004 discovery request insurer list for missing historical insurer groups (.9); communications with C. Green re same (.3); revise pre-1978 insurance archaeology strategy (.4). | 1.6 | $ 792.00 |
| Coverage Support | 7/31/2020 | Sochurek, Nicholas | Revise pre-1978 insurance archaeology strategy to incorporate national council records. | 1.1 | $ 544.50 |
| | | | **Total** | **15.2** | **$ 7,629.50** |