## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket No. 1085** |

### CERTIFICATION OF NO OBJECTION REGARDING SECOND MONTHLY APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISORS TO THE OFFICIAL TORT CLAIMANTS' COMMITTEE FOR THE PERIOD FROM APRIL 1, 2020 THROUGH APRIL 30, 2020
### (NO ORDER REQUIRED)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the *Second Monthly Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisors to the Official Tort Claimants' Committee for the Period from April 1, 2020 through April 30, 2020* (the "<u>Application</u>") filed on August 7, 2020 [Docket No. 1085].  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the notice of Application, objections to the Application were to be filed and served no later than August 21, 2020 at 4:00 p.m. prevailing Eastern Time.

Pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

*Official Committee Members and (II) Granting Related Relief* [Docket No. 341] entered on April

6, 2020, the Debtors are authorized to pay Berkeley Research Group, LLC $312,250.40 which

represents 80% of the fees ($390,313.00) and $513.74 which represents 100% of the expenses

requested in the Application, for the period from April 1, 2020 through April 30, 2020, upon the

filing of this Certification and without the need for entry of a Court order approving the

Application.

Dated:  August 24, 2020                    PACHULSKI STANG ZIEHL & JONES LLP

                                           */s/ James E. O'Neill*
                                           James I. Stang (CA Bar No. 94435)
                                           Robert B. Orgel (CA Bar No. 10187)
                                           James E. O'Neill (DE Bar No. 4042)
                                           John W. Lucas (CA Bar No.271038)
                                           Ilan D. Scharf (NY Bar No. 4042107)
                                           919 North Market Street, 17th Floor
                                           P.O. Box 8705
                                           Wilmington, DE  19899-8705 (Courier 19801)
                                           Telephone: (302) 652-4100
                                           Facsimile:  (302) 652-4400
                                           Email:  jstang@pszjlaw.com
                                                   rorgel@pszjlaw.com
                                                   joneill@pszjlaw.com
                                                   jlucas@pszjlaw.com
                                                   ischarf@pszjlaw.com

                                           *Counsel for the Tort Claimants' Committee*