# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Objection Deadline:**<br>September 7, 2020 at 4:00 p.m. (ET) |

## SUMMARY COVER SHEET OF FIFTH MONTHLY APPLICATION OF BATES WHITE, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 1, 2020 TO AND INCLUDING JULY 31, 2020

| | |
|---|---|
| Name of Applicant: | Bates White, LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | February 18, 2020 (order entered April 7, 2020) |
| Period for Which Compensation and Reimbursement Are Requested: | July 1, 2020 – July 31, 2020 |
| Amount of Compensation Requested: | $16,390.40 (80% of $20,488.00) |
| Amount of Expense Reimbursement Requested: | $0 |

This is a(n):   monthly ____   x  interim ____   final application ____

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## PRIOR MONTHLY APPLICATIONS FILED

| Date Filed; Docket No. | Period Covered | Requested | | Approved | | Outstanding | |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 4/24/20; D.I. 488 | 2/18/20 – 3/31/20 | $188,841.50 | $0 | $151,073.20 | $0 | $37,768.30 | $0 |
| 5/15/20; D.I. 662 | 4/1/20 – 4/30/20 | $61,177.50 | $0 | $48,942.00 | $0 | $12,235.50 | $0 |
| 6/19/20; D.I. 873 | 5/1/20 – 5/31/20 | $18,693.00 | $0 | $14,954.40 | $0 | $3,738.60 | $0 |
| 7/30/20; D.I. 1057 | 6/1/20 – 6/30/20 | $5,607.00 | $0 | $4,485.60 | $0 | $5,607.00 | $0 |

## COMPENSATION AND HOURS BY PROFESSIONAL

| Name | Position Area of Expertise | Year of Admission / Years of Experience | Hourly Rate | Total Hours[2] | Total Compensation |
|---|---|---|---|---|---|
| Evans, Andrew | Partner | | $725 | 2.4 | $1,740.00 |
| Murray, Makeda | Manager | | $475 | 30.1 | $14,297.50 |
| Ameri, Armin | Consultant I | | $345 | 12.9 | $4,450.50 |
| | | | **Total** | **45.4** | **$20,488.00** |

---

[2] Bates White would have charged the Debtors for 50% of non-working travel time in compliance with Local Rule 2016-2(d)(viii), but no such charges were incurred in this time period. Such reductions are reflected in the figures in this column.

## COMPENSATION AND EXPENSES BY PROJECT CATEGORY

| Task Description | Total Hours | Total Compensation |
|---|---:|---:|
| Analysis | 39.5 | $17,410.50 |
| Communication with Counsel | 1.0 | $725.00 |
| Data Gathering & Processing | 1.2 | $570.00 |
| Fee Request Preparation | 3.2 | $1,545.00 |
| Project Management | 0.5 | $237.50 |
| **TOTAL** | **45.4** | **$20,488.00** |

## EXPENSES BY CATEGORY

| Category | Amount |
|---|---:|
| Copying | $0.00 |
| Court Fees | $0.00 |
| Delivery Services/Messenger | $0.00 |
| Legal Support Services | $0.00 |
| Meals (in office work meetings with client, counsel, advisors and Bates White, LLC team) | $0.00 |
| Out of Town Travel (includes lodging, air, ground transportation and meals) | $0.00 |
| On-line Research (Westlaw, Lexis, Pacer and related services) | $0.00 |
| Telephone (includes non-local calls) | $0.00 |
| Transcripts (includes trial and deposition transcripts) | $0.00 |
| **TOTAL:** | **$0.00** |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Objection Deadline:**<br>September 7, 2020 at 4:00 p.m. (ET) |

## FIFTH MONTHLY APPLICATION OF BATES WHITE, LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 1, 2020 TO AND INCLUDING JULY 31, 2020

Bates White, LLC ("Bates White"), abuse claims consultant and advisor for the Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession (together, the "Debtors") in the above-captioned chapter 11 cases, hereby submits this fifth monthly application (this "Application") requesting payment in the aggregate amount of $16,390.40, which is equal to (a) 80% ($16,390.40) of the $20,488.00 of total compensation earned by Bates White for its services to the Debtors during the period from July 1, 2020 to and including July 31, 2020 (the "Fee Period") and (b) 100% of the $0 of necessary expenses incurred by Bates White during the Fee Period in connection with its services to the Debtors. In support of this Application, Bates White respectfully represents as follows:

## JURISDICTION AND VENUE

1. The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29,

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2012.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory and other bases for the relief requested herein are sections 330 and 331 of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [Docket No. 341] (the "Compensation Procedures Order").

**BACKGROUND**

3. The Debtors commenced these cases on February 18, 2020 (the "Petition Date"), and they continue to operate their non-profit organization and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  These chapter 11 cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1.

4. On March 5, 2020, the United States Trustee for the District of Delaware appointed an official committee of tort claimants and an official committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code.

5. On April 24, 2020, the Court appointed James L. Patton, Jr. as the representative of future abuse claimants pursuant to sections 105(a) and 1109(b) of the Bankruptcy Code.

6. The Court has authorized the Debtors to retain and employ Bates White as their abuse claims consultant and advisor, *nunc pro tunc* to the Petition Date, pursuant to the *Order*

2

*Authorizing the Retention and Employment of Bates White, LLC Abuse Claims Consultant for the Debtors and Debtors in Possession,* Nunc Pro Tunc *to the Petition Date* [Docket No. 207] (the "Retention Order").  The Retention Order authorizes the Debtors to compensate and reimburse Bates White in accordance with the terms and conditions set forth in the Debtors' application to retain Bates White, subject to Bates White's application to the Court.

7. On April 6, 2020, the Court entered the Compensation Procedures Order.  The Compensation Procedures Order provides, among other things, that each professional shall be entitled, on or as soon as practicable after the fifteenth (15th) day of each month following the month for which compensation and/or expense reimbursement is sought, to file and serve an application for interim allowance of compensation earned and reimbursement of expenses incurred during the preceding month (each a "Monthly Fee Application").  Parties shall have fourteen (14) days after service of a Monthly Fee Application to file an objection to the compensation or expenses that are the subject thereof (the "Objection Deadline").  Upon the expiration of the Objection Deadline, the applicant may file a certificate of no objection (a "CNO") with the Court with respect to the unopposed portion of the fees and/or expenses requested in the applicable Monthly Fee Application.  After the filing of a CNO, the Debtors are authorized and directed to pay the applicant an amount equal to 80% of the fees and 100% of the expenses requested in the applicable Monthly Fee Application not subject to an objection.

## **RELIEF REQUESTED**

8. By this Application, in accordance with the Compensation Procedures Order, Bates White requests payment in the aggregate amount of $16,390.40, which is equal to (a) 80% (*i.e.*, $16,390.40) of the $20,488.00 of total compensation earned by Bates White during

the Fee Period for its services to the Debtors and (b) 100% of the $0 of necessary expenses incurred by Bates White during the Fee Period in connection with its services to the Debtors.

## SUMMARY OF SERVICES RENDERED

9. Attached hereto as **Exhibit A** is a detailed statement of the time expended and compensation earned by Bates White during the Fee Period. Bates White's professionals expended a total of 45.4 hours in connection with these chapter 11 cases during the Fee Period. All services for which Bates White is requesting compensation were performed for or on behalf of the Debtors. The services rendered by Bates White during the Fee Period are categorized as set forth in **Exhibit A** and in the summary cover sheets prefixed to this Application. The professionals who provided services to the Debtors during the Fee Period are also identified in **Exhibit A** and in the summary cover sheets.

## ACTUAL AND NECESSARY EXPENSES

10. Bates White did not incur expenses during the Fee Period. Bates White does not charge for photocopying, printing, or outgoing domestic facsimiles or incoming facsimiles.

## VALUATION OF SERVICES

11. The hourly rates reflected on **Exhibit A** are Bates White's customary hourly rates for work of this character. The reasonable value of the services rendered by Bates White for the Fee Period as abuse claims consultant and advisor to the Debtors in these chapter 11 cases is $20,488.00.

12. In accordance with section 330 of the Bankruptcy Code, the fees requested are reasonable in light of factors including, among other things, (a) the complexity of these chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

13. Although Bates White has made every effort to include all fees and expenses incurred during the Fee Period in this Application, some fees and expenses might have been omitted from this Application due to delays caused by accounting and processing during the Fee Period. Bates White reserves the right to submit further applications to the Court for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the requirements of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Compensation Procedures Order.

## CERTIFICATION OF COMPLIANCE

14. The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies that, to the best of his knowledge, information and belief, this Application complies with that rule.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, Bates White requests payment in the aggregate amount of $16,390.40, which is equal to (a) 80% (*i.e.*, $16,390.40) of the $20,488.00 of total compensation earned by Bates White during the Fee Period for its services to the Debtors and (b) 100% of the $0 of necessary expenses incurred by Bates White during the Fee Period in connection with its services to the Debtors, for a total interim award of $16,390.40.

| | |
|---|---|
| Dated: August 24, 2020<br>Wilmington, Delaware | **BATES WHITE, LLC**<br><br>*/s/ Andrew R. Evans*<br>Andrew R. Evans<br>Partner<br>2001 K Street NW,<br>North Building, Suite 500<br>Washington, DC 20006<br>Telephone: 202-354-1187<br>Email:  andrew.evans@bateswhite.com<br><br>ABUSE CLAIMS CONSULTANT AND ADVISOR TO THE DEBTORS AND DEBTORS IN POSSESSION |