## Exhibit A

## Summary of Services

| Date incurred | Employee | Hours | Category | Notes | Bill rate | Professional fees |
|---|---|---|---|---|---|---|
| 7/2/2020 | Murray, Makeda | 0.1 | Fee Request Preparation | CNO review for First Interim Fee Application | $475.00 | $47.50 |
| 7/6/2020 | Murray, Makeda | 0.2 | Data Gathering & Processing | Review outstanding data items | $475.00 | $95.00 |
| 7/6/2020 | Ameri, Armin | 1.0 | Analysis | Analyzing historical claims data, comparing data against POC | $345.00 | $345.00 |
| 7/7/2020 | Murray, Makeda | 0.5 | Fee Request Preparation | BSA Omnibus Order review | $475.00 | $237.50 |
| 7/7/2020 | Ameri, Armin | 1.8 | Analysis | Analyzing historical claims data against POC | $345.00 | $621.00 |
| 7/8/2020 | Evans, Andrew | 0.1 | Fee Request Preparation | Review of omnibus fee motion | $725.00 | $72.50 |
| 7/8/2020 | Murray, Makeda | 1.6 | Fee Request Preparation | June fee preparation | $475.00 | $760.00 |
| 7/8/2020 | Ameri, Armin | 3.0 | Analysis | Comparison of data fields in the POC and BSA claims data | $345.00 | $1,035.00 |
| 7/9/2020 | Evans, Andrew | 0.3 | Analysis | Work on structure of POC interim data updates | $725.00 | $217.50 |
| 7/9/2020 | Murray, Makeda | 1.3 | Analysis | BSA POC report template | $475.00 | $617.50 |
| 7/9/2020 | Murray, Makeda | 0.8 | Analysis | POC report template | $475.00 | $380.00 |
| 7/9/2020 | Ameri, Armin | 2.4 | Analysis | Comparing BSA data against POC data fields | $345.00 | $828.00 |
| 7/9/2020 | Ameri, Armin | 1.6 | Analysis | Comparing finalized POC against previous version | $345.00 | $552.00 |
| 7/10/2020 | Murray, Makeda | 2.8 | Analysis | POC data template | $475.00 | $1,330.00 |
| 7/10/2020 | Murray, Makeda | 1.3 | Analysis | POC data template- cont'd | $475.00 | $617.50 |
| 7/10/2020 | Ameri, Armin | 0.7 | Analysis | Continued comparison of BSA claims and POC data fields | $345.00 | $241.50 |
| 7/10/2020 | Ameri, Armin | 0.3 | Analysis | Comparing POC file versions for updates | $345.00 | $103.50 |
| 7/13/2020 | Ameri, Armin | 0.8 | Analysis | Comparing BSA claims data fields against finalized POC | $345.00 | $276.00 |
| 7/13/2020 | Ameri, Armin | 0.7 | Analysis | Creating data tabulations for common BSA claims and POC data fields | $345.00 | $241.50 |
| 7/14/2020 | Ameri, Armin | 0.6 | Analysis | Comparing POC and BSA data fields | $345.00 | $207.00 |
| 7/17/2020 | Murray, Makeda | 0.2 | Fee Request Preparation | CNO review for Third Fee Application | $475.00 | $95.00 |
| 7/17/2020 | Murray, Makeda | 0.5 | Project Management | BSA document filing/review | $475.00 | $237.50 |
| 7/21/2020 | Evans, Andrew | 1.0 | Communication with Counsel | Call with Mike Andolina, Jessica Boelter, and Matt Linder on proposed workplan | $725.00 | $725.00 |
| 7/21/2020 | Evans, Andrew | 0.5 | Analysis | Laying out analysis next steps to team | $725.00 | $362.50 |
| 7/21/2020 | Murray, Makeda | 0.3 | Analysis | BSA workplan update | $475.00 | $142.50 |
| 7/23/2020 | Murray, Makeda | 0.1 | Analysis | POC category review | $475.00 | $47.50 |
| 7/27/2020 | Murray, Makeda | 0.4 | Fee Request Preparation | BSA June fee application | $475.00 | $190.00 |
| 7/28/2020 | Murray, Makeda | 1.0 | Data Gathering & Processing | BSA data review | $475.00 | $475.00 |
| 7/28/2020 | Murray, Makeda | 2.5 | Analysis | BSA: Accused payment analysis | $475.00 | $1,187.50 |
| 7/29/2020 | Murray, Makeda | 1.5 | Analysis | BSA accused settlement analysis | $475.00 | $712.50 |
| 7/29/2020 | Murray, Makeda | 1.8 | Analysis | BSA accused settlement analysis- calculation of counts and amounts by accused | $475.00 | $855.00 |
| 7/29/2020 | Murray, Makeda | 2.0 | Analysis | BSA accused analysis- name updates for consolidation, disposition calculations | $475.00 | $950.00 |
| 7/30/2020 | Evans, Andrew | 0.5 | Analysis | Review of historical settlement figures in prep for proposed analysis | $725.00 | $362.50 |
| 7/30/2020 | Murray, Makeda | 2.0 | Analysis | BSA accused analysis | $475.00 | $950.00 |
| 7/30/2020 | Murray, Makeda | 0.5 | Analysis | Review of prelim BSA accused analysis | $475.00 | $237.50 |

8

| Date incurred | Employee | Hours | Category | Notes | Bill rate | Professional fees |
|---|---|---|---|---|---|---|
| 7/30/2020 | Murray, Makeda | 2.2 | Analysis | Boy Scouts Accused analysis- by state, and tier | $475.00 | $1,045.00 |
| 7/30/2020 | Murray, Makeda | 0.3 | Fee Request Preparation | Review BSA June fee application updates | $475.00 | $142.50 |
| 7/30/2020 | Murray, Makeda | 3.0 | Analysis | Accused settlement and claim analysis | $475.00 | $1,425.00 |
| 7/31/2020 | Murray, Makeda | 1.8 | Analysis | BSA accused data analysis | $475.00 | $855.00 |
| 7/31/2020 | Murray, Makeda | 1.4 | Analysis | BSA Accused analysis- tabulations by accused, tier and state | $475.00 | $665.00 |
| **TOTAL** | | **45.4** | | | | **$20,488.00** |