## Exhibit A

**Summary of Services, July 1-31, 2020**

# haynesboone

Invoice Number: 21441681
Invoice Date:  August 17, 2020
Matter Name: BSA ▮▮▮▮▮▮
Client/Matter Number: 0020234.00020
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

## REMITTANCE PAGE
*For Professional Services Through  July 31, 2020*

| | |
|---|---|
| Total Fees | $560.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$560.00** |

# Total Invoice Balance Due                              USD  $560.00

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N  ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21441681**  ● Client Number **0020234.00020**  ● Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21441681
Matter Name: BSA/█████████
Client/Matter Number: 0020234.00020
Billing Attorney: Ernest Martin, Jr.

August 17, 2020
Page 2 of 2

*For Professional Services Through  July 31, 2020*
RK-201862708175

## Professional Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/02/20 | Adrian Azer | Review various communications from Sidley Austin related to █████ ███ (.3); conference with Sidley Austin related to ██████████ ████████████████████ (.5). | 0.80 | $560.00 |

**Total Fees** $560.00

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Adrian Azer | Partner | 0.80 | $700.00 | $560.00 |
| **Total Professional Summary** | | | | **$560.00** |

**Total Fees, Expenses and Charges** $560.00

**Total Amount Due** USD $560.00

# haynesboone

Invoice Number: 21441682
Invoice Date:  August 17, 2020
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGown, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

### REMITTANCE PAGE
*For Professional Services Through  July 31, 2020*

| | |
|---|---:|
| Total Fees | $77,873.50 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$77,873.50** |
| **Total Invoice Balance Due** | **USD  $77,873.50** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N** ● **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21441682** ● Client Number **0020234.00024** ● Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21441682
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 17, 2020
Page 2 of 10

*For Professional Services Through  July 31, 2020*

**Professional Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/01/20 | Adrian Azer | Prepare for and conference with ORIC and Sidley Austin ███████ ███ (.5). | 0.50 | $350.00 |
| 07/01/20 | Adrian Azer | Review and revise ████████████████ including conference with Sidley Austin regarding revisions to same (1.3); review revised orders for approval of claims handling and payment for Evanston and ORIC, and review communications related to same (.4); review communications related to ████████████ confer with Sidley Austin regarding same (.5). | 2.50 | $1,750.00 |
| 07/01/20 | Carla Green | Continue draft of outline for ████████ (1.5); review and analyze KCIC platform to determine ████ (.4); review and analyze ████ (.4). | 2.30 | $1,288.00 |
| 07/02/20 | Adrian Azer | Finalize declaration in support of ████████, including further revisions, and communications with Sidley Austin regarding same (.6); review communications from Chubb related to ████████ and communications with Sidley Austin related to same (.5). | 1.10 | $770.00 |
| 07/02/20 | Carla Green | Continue review and analysis of ████████ (.6); continue draft of ████ (2.0). | 2.60 | $1,456.00 |
| 07/03/20 | Ernest Martin, Jr. | Review e-mail from Mr. Pasich concerning ████████ | 0.10 | $97.50 |
| 07/05/20 | Adrian Azer | Respond to various communications from Sidley Austin related to ████████. | 0.80 | $560.00 |
| 07/06/20 | Adrian Azer | Conference with Ms. Green regarding ████████ (.3); prepare for and conference with HB team and Sidley Austin regarding various issues (.6); communications with Sidley regarding ████ (.2); communications with coverage counsel to ████████ (.1); communications with Sidley Austin related to ████ (.2). | 1.40 | $980.00 |
| 07/06/20 | Carla Green | Conference with Mr. Azer regarding ████ (.3); continue draft of ████████ including review of ████ (.7). | 1.00 | $560.00 |

Invoice Number: 21441682
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 17, 2020
Page 3 of 10

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/06/20 | Ernest Martin, Jr. | Review Summons and Notice of Pretrial Conference in action filed by Hartford (.1); participate in call with Sidley team regarding ████ and discuss same with Mr. Azer (.6); review Hartford's Omnibus reply brief in support of motion for reconsideration (.2); review e-mail from Mr. McGowan regarding ████ (.1). | 1.00 | $975.00 |
| 07/07/20 | Adrian Azer | Prepare for and conference with Sidley Austin related to ████ (.7); prepare for and conference with counsel to ████ (.3); post-conference with Sidley Austin related to same (.2); review communications from mediator requesting ████ and communications with Mr. Martin and Sidley Austin related to same, including ████ (.5); draft, review and revise ████ (.6); communication with ████ (.3). | 2.60 | $1,820.00 |
| 07/08/20 | Adrian Azer | Prepare for and follow-up conference with Ms. Green and counsel ████ (.2); conference with Ms. Green and KCIC regarding ████ (.6); communication with counsel for ████ (.2); prepare for ████ including communications with Sidley Austin (.6); communications with Sidley Austin regarding ████ (.3); review ████ (.4); draft, review and revise communication to Sidley Austin regarding ████ (.6). | 2.80 | $1,960.00 |
| 07/08/20 | Carla Green | Conference call with Mr. Azer and KCIC to discuss ████ (.6); finalize ████ and draft summary of ████ for Sidley (.9); conference with FCC and Mr. Azer to discuss ████ (.2). | 1.70 | $952.00 |
| 07/08/20 | Ernest Martin, Jr. | Review e-mail from Mr. McGowan regarding ████; communication with Mr. Azer regarding same (.1); review e-mails from client on ████ and prepare e-mail to Mr. McGowan (.1); review letter from Mr. Wadley (.3); review ████ (.1); discussion with Mr. Azer regarding ████ (.3); review e-mail correspondence from Sidley regarding same (.1). | 1.00 | $975.00 |
| 07/09/20 | Adrian Azer | Conference with counsel for ████ (.2); communication with client related to ████ (.1); review finalized ████ and communication to Sidley Austin related to same (.4). | 0.70 | $490.00 |

Invoice Number: 21441682
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 17, 2020
Page 4 of 10

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/09/20 | Adrian Azer | Review communication from B. Griggs related to ███████████ ███████ and respond to same (.2); confer with various insurers regarding claims recently submitted, including counsel for AIG (.4). | 0.60 | $420.00 |
| 07/09/20 | Ernest Martin, Jr. | Review results of bankruptcy hearing. | 0.40 | $390.00 |
| 07/10/20 | Adrian Azer | Prepare for and conference with HB team and Sidley Austin related to ████████████ (.8); post-conference with Mr. Martin regarding same (.1); prepare for and conference with insurers in connection with the parties' weekly call (.5); review Chubb's response to the Debtors' bad-faith letter and ██████████████████████ (.9); review various past communications with counsel to Chubb related to █████████████████████ (.4); review recent communications with the TCC related to ████████ (.6); review communications to ORIC related to ████████████████ (.1). | 3.40 | $2,380.00 |
| 07/10/20 | Carla Green | Conference call with Sidley and Mr. Azer to discuss ████████ (.3); strategy with Mr. Azer ████████████████████ (1.0). | 1.30 | $728.00 |
| 07/13/20 | Carla Green | Continue draft of ███████████. | 0.50 | $280.00 |
| 07/14/20 | Adrian Azer | Review communication from Sidley Austin related to ████ communications with team regarding same, including conference calls with Ms. Green (1.7); review draft communication to █████████████ and communication with Mr. Martin regarding same (.6); communications with ORIC and client related to ██████████████ (.3); review preliminary draft of ███████████ and provide comments to Ms. Green regarding same (1.1). | 3.70 | $2,590.00 |
| 07/14/20 | Carla Green | Strategize with Mr. Azer regarding ████████ (.3); begin draft of ██████████████ (3.8); review related correspondence regarding same (.5); review comments from Mr. Azer (.2). | 4.80 | $2,688.00 |
| 07/14/20 | Ernest Martin, Jr. | Review insurance issues ████████ (.3); telephone call with Sidley team, Mr. Griggs, and Mr. Whittman to discuss ████████████ ████ (.8). | 1.10 | $1,072.50 |
| 07/14/20 | Brittany Parks | Prepare and write ██████████████████ (2.9); read and analyze ██████████████ (1.7). | 4.60 | $2,438.00 |

Invoice Number: 21441682
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 17, 2020
Page 5 of 10

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/15/20 | Adrian Azer | Prepare for and conference with Ms. Green regarding ███████ ███████ (.7); prepare for and conference with Ms. Green regarding ███████ (.6); communications related to ███████ and confer with Sidley Austin regarding same (.5); draft, review and ███████ ███████ (1.1); communications with HB team and Sidley Austin regarding same (.2); confer with Mr. Martin regarding same, including review of revisions (.5). | 3.60 | $2,520.00 |
| 07/15/20 | Carla Green | Review and revise ███████ drafted by Mr. Azer (.3); review and revise ███████ drafted by Ms. Parks; continue multiple revisions to ███████, including conference call with Mr. Azer regarding same and ███████ ███████ (3.5); continue review and revisions of ███████, including conference call with Mr. Linder and Mr. Azer regarding ███████ (1.4). | 5.20 | $2,912.00 |
| 07/15/20 | Ernest Martin, Jr. | Review e-mails from Sidley and Mr. McGowan regarding ███████ (.1); communication with Mr. Azer regarding same (.1); review Sidley letter to Mr. Stang and Ms. Ringer (.1); review ███████ (.3); discussion with Mr. Azer regarding same (.5); review letters regarding ███████ (.3). | 1.40 | $1,365.00 |
| 07/16/20 | Adrian Azer | Prepare for conference with Mr. Martin related to ███████ ███████, including review and revise ███████ and communications with Ms. Green regarding same (1.3); conference with Mr. Martin and Ms. Green regarding ███████ (.9); further review and revise ███████ and communication with Ms. Green regarding same (.8); review and revise ███████ (.4); confer with Sidley Austin regarding ███████ (.6); review communications from counsel to Chubb ███████ (.7). | 4.70 | $3,290.00 |
| 07/16/20 | Carla Green | Continue revisions to ███████ per Mr. Azer's comments (1.2); correspondence with Mr. Martin and Mr. Azer regarding same (.2); conference call with Mr. Martin and Mr. Azer to discuss ███████ ███████ (.9); continue revisions to ███████ (1.2). | 3.50 | $1,960.00 |

Invoice Number: 21441682
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 17, 2020
Page 6 of 10

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/16/20 | Ernest Martin, Jr. | Review e-mail from Mr. Zirkman regarding ███████████ (.1); discussion with Mr. Azer regarding ███ (.2); review memorandum regarding ██████ (.4); review memorandum regarding ██████ (.1); discussion with Mr. Azer and Ms. Green regarding ████████ (.9); review ██████ (.4). | 1.70 | $1,657.50 |
| 07/16/20 | Brittany Parks | Prepare and write ███████████ | 1.60 | $848.00 |
| 07/17/20 | Adrian Azer | Prepare for conference with mediators regarding ██████ (.3); conference with Sidley Austin mediators regarding ██ (1.1); prepare for conference with insurers, including ████████ and confer with Sidley Austin regarding same (.6); conference with insurers regarding ████ and post-conference with Mr. Martin (.8); review and revise ████ and circulate draft to Mr. Martin for review (.4). | 3.20 | $2,240.00 |
| 07/17/20 | Carla Green | Revise ██████ per discussion with Mr. Martin and Mr. Azer. | 1.20 | $672.00 |
| 07/19/20 | Adrian Azer | Draft, review and revise communication to ██████ (.4). | 0.40 | $280.00 |
| 07/20/20 | Adrian Azer | Conference with Mr. Martin regarding ██████ (.3); communications with A&M regarding ████ (.4); review communication from client related to ████ and confer with Mr. Martin regarding same (.5); review ████ in preparation for conference call with Mr. Martin and ████ (.7); conference call with Mr. Martin regarding ████ (1.0); revisions to same (.1); communications with Sidley Austin related to ████ (.2). | 3.20 | $2,240.00 |
| 07/20/20 | Carla Green | Review ████ (.2); review suggested revisions to ████ and review insurer contact information ████ (.7); communication with Mr. Martin regarding ████ (.1). | 1.00 | $560.00 |

Invoice Number: 21441682
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 17, 2020
Page 7 of 10

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/20/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding various outstanding issues (.3); communication with Ms. Green regarding ███████████████ (.1); review e-mail from Mr. McGowan regarding ███████ (.2); discussion with Mr. Azer regarding ████████████ (.2); review e-mail from Ms. Pastor regarding ██████ (.1); review ███████ (.5); discussion with Mr. Azer regarding ████████ (1.0). | 2.30 | $2,242.50 |
| 07/21/20 | Adrian Azer | Review and revise ███████████ based on discussion with Mr. Martin (.6); review communication from KCIC related to ████████ (.4); review agenda for ████ and communications with team regarding ██████ (.3). | 1.30 | $910.00 |
| 07/21/20 | Carla Green | Review KCIC's plan for ████████. | 0.30 | $168.00 |
| 07/21/20 | Ernest Martin, Jr. | Review latest version of ████████████ (.3). | 0.30 | $292.50 |
| 07/22/20 | Carla Green | Review and revise ███████████ per Mr. Azer's comments (.4); conference with Mr. Azer to discuss same (.4) | 0.80 | $448.00 |
| 07/23/20 | Adrian Azer | Conference with client regarding █████████ (.3); conference with client, ORIC, and ESIS regarding ██████████ (.5); communication with Ms. Green regarding ██████ (.2); review and revise █████ including communications with Ms. Green regarding same (.7); communications with Mr. Martin regarding ████████ (.3). | 2.00 | $1,400.00 |
| 07/23/20 | Carla Green | Review ████████████ for meet and confer, including correspondence with ██████ (1.0); draft █████ ████████████, including conference with Mr. Azer regarding same (3.2); complete revisions to ██████ (1.0). | 5.20 | $2,912.00 |
| 07/23/20 | Ernest Martin, Jr. | Review ████████████ including communications with Mr. Azer regarding same (.3); review memorandum to ███████ (.1). | 0.40 | $390.00 |

Invoice Number: 21441682
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 17, 2020
Page 8 of 10

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/24/20 | Adrian Azer | Draft ███████████████████ and circulate to Sidley Austin regarding same (.2); review communication from counsel to Chubb related ███████████████████████ (.3); confer with insurers during weekly call (.5); post-conference communications with Chubb regarding same (.3); prepare for and conference with mediators regarding ████████, and post-conference with Mr. Martin regarding same (1.4); continue to formulate ████ ██████████, including communications with team regarding same and revisions to ████████████████ (.6); conference with Sidley Austin related to follow-up of ██████████ (.4). | 3.70 | $2,590.00 |
| 07/24/20 | Carla Green | Multiple revisions to ████████████ per Mr. Martin's and Mr. Azer's comments (1.1); revisions to █████████ per Mr. Martin's comments (.3). | 1.40 | $784.00 |
| 07/24/20 | Ernest Martin, Jr. | Review latest version of ████ █████████ (1.1); prepare for and participate in call with mediators regarding █████████████ and confer with Mr. Azer (1.4); review motion █████████ (.2). | 2.70 | $2,632.50 |
| 07/25/20 | Adrian Azer | Prepare for conference with ███████████████ (.3); conference with ████████████████ (2.1); post-conference with Mr. Martin regarding same (.3). | 2.70 | $1,890.00 |
| 07/25/20 | Ernest Martin, Jr. | Prepare for and participate in call conference with █████████ (2.8); post-conference with Mr. Azer regarding same (.3). | 3.00 | $2,925.00 |
| 07/27/20 | Adrian Azer | Conference with Sidley Austin related to ██████████████ (.4); draft, review and revise ███████ █████ and communications with Sidley Austin related to same (.4); review communication from counsel to Chubb and ████████ (.4). | 1.20 | $840.00 |
| 07/27/20 | Carla Green | Conference call with Mr. Sochurek regarding ████████ ███████████████████. | 0.70 | $392.00 |
| 07/27/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding ██████████. | 0.20 | $195.00 |

Invoice Number: 21441682
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 17, 2020
Page 9 of 10

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/28/20 | Adrian Azer | Prepare for and conference with the insurers regarding ███████ ███████ (.8); provide updates to Mr. Martin (.4); draft communication to client related to ███████████ (.2); review communication from Chubb related to ███████ ████████████████ and communications with Sidley Austin related to same (.2); review mediator's request for submission and ██████████ , and communication with HB team regarding same (.5). | 2.10 | $1,470.00 |
| 07/28/20 | Ernest Martin, Jr. | Review and revise e-mail to Mr. McGowan and Sidley regarding ████ ██████ (.2); review letter from Mr. Schiavoni (.1). | 0.30 | $292.50 |
| 07/29/20 | Adrian Azer | Prepare for conference with client regarding ██████████ , including conference with Mr. Martin (.4); conference with client regarding ███████ (.5); post-conference with Mr. Martin regarding same (.1); prepare for conference with ███████ (.4); conference with Sidley Austin and ██████████ (.5); confer with Sidley Austin related to ██████ (.2); finalize meet and confer communication ███ (.4). | 2.50 | $1,750.00 |
| 07/29/20 | Carla Green | Draft email to insurers requesting ██████████ and revise same per Mr. Azer's comments. | 0.40 | $224.00 |
| 07/29/20 | Ernest Martin, Jr. | Telephone call with Ms. Boelter regarding ████████ (.2); telephone call with Mr. McGowan and Mr. Andolina to discuss ████ (.4); discussion with Mr. Azer regarding same (.1); discussion with Mr.Azer regarding ██████████ (.1). | 0.80 | $780.00 |
| 07/30/20 | Adrian Azer | Prepare for conference with Sidley Austin related to ██████████ , including ██████████ and pre-call with Mr. Martin (.6); conference with Mr. Martin and Sidley Austin related to ████ (.7); post-conference communications with KCIC regarding ██████████ (.2). | 1.50 | $1,050.00 |
| 07/30/20 | Carla Green | Complete revisions to ██████████ per Mr. Azer's comments (.5); review and analyze ████████ ██████ (.4); review insurer information for ████ ████████ and correspondence with Mr. Sochurek regarding same (.5). | 1.40 | $784.00 |
| 07/30/20 | Ernest Martin, Jr. | Discussion with team regarding ██████████ (.2); telephone call with Sidley team and Mr. Azer regarding ██████████ (.7); prepare e-mail to Mr. Gallagher (.1). | 1.00 | $975.00 |

Invoice Number: 21441682
Matter Name: General Insurance Matters
Client/Matter Number: 0020234.00024
Billing Attorney: Ernest Martin, Jr.

August 17, 2020
Page 10 of 10

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/31/20 | Adrian Azer | Prepare for conference with insurers, including ███████████ (.2); communications with Chubb related to agenda and outstanding items (.2); conference with counsel to Allianz regarding ██████████████ (.2); conference with insurers as part of the weekly call (.3); post-conference with counsel to Chubb regarding various issues, and follow-up with team regarding same (.3); follow-up communication with Chubb regarding same (.1). | 1.30 | $910.00 |
| 07/31/20 | Carla Green | Correspondence with Mr. Sochurek regarding ██████████████ . | 0.20 | $112.00 |

**Total Fees**      **$77,873.50**

## Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Adrian Azer | Partner | 53.50 | $700.00 | $37,450.00 |
| Ernest Martin, Jr. | Partner | 17.70 | $975.00 | $17,257.50 |
| Brittany Parks | Associate | 6.20 | $530.00 | $3,286.00 |
| Carla Green | Associate | 35.50 | $560.00 | $19,880.00 |

**Total Professional Summary**      **$77,873.50**

**Total Fees, Expenses and Charges**      **$77,873.50**

**Total Amount Due**      **USD  $77,873.50**

# haynesboone

Invoice Number: 21441683
Invoice Date:  August 17, 2020
Matter Name: BSA/D&O Insurance Consulting
Client/Matter Number: 0020234.00028
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

## REMITTANCE PAGE
*For Professional Services Through  July 31, 2020*

| | |
|---|---:|
| Total Fees | $615.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$615.00** |
| **Total Invoice Balance Due** | **USD  $615.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21441683** ● Client Number **0020234.00028** ● Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21441683
Matter Name: BSA/D&O Insurance Consulting
Client/Matter Number: 0020234.00028
Billing Attorney: Ernest Martin, Jr.

August 17, 2020
Page 2 of 2

*For Professional Services Through  July 31, 2020*

**Professional Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 07/29/20 | Adrian Azer | Review communication from client related to ████████ (.6). | 0.60 | $420.00 |
| 07/30/20 | Ernest Martin, Jr. | Review e-mails from client and broker regarding ████████ ████████ reply to same. | 0.20 | $195.00 |

| | | | | |
|--|--|--|--|--|
| **Total Fees** | | | | **$615.00** |

**Timekeeper Summary**

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Adrian Azer | Partner | 0.60 | $700.00 | $420.00 |
| Ernest Martin, Jr. | Partner | 0.20 | $975.00 | $195.00 |
| **Total Professional Summary** | | | | **$615.00** |

**Total Fees, Expenses and Charges**                                    $615.00

**Total Amount Due**                                          USD  $615.00

# haynesboone

Invoice Number: 21441684
Invoice Date:  August 17, 2020
Matter Name: GSUSA Insurance Issues
Client/Matter Number: 0020234.00029
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

## REMITTANCE PAGE
*For Professional Services Through  July 31, 2020*

| | |
|---|---:|
| Total Fees | $6,253.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$6,253.00** |
| **Total Invoice Balance Due** | **USD  $6,253.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N  ●  SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21441684**  ●  Client Number **0020234.00029**  ●  Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21441684
Matter Name: GSUSA Insurance Issues
Client/Matter Number: 0020234.00029
Billing Attorney: Ernest Martin, Jr.

August 17, 2020
Page 2 of 3

*For Professional Services Through July 31, 2020*

### Professional Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/01/20 | Adrian Azer | Communications with client related to ███████████ ████ communications with Mr. Martin regarding same. | 0.30 | $210.00 |
| 07/06/20 | Carla Green | Download and review documents needed to support ███████ ████████ | 0.80 | $448.00 |
| 07/07/20 | Adrian Azer | Review documents related to ███████████████ ██████████████ .9). | 0.90 | $630.00 |
| 07/07/20 | Carla Green | Correspondence and gathering of documentation for Mr. Azer. | 0.20 | $112.00 |
| 07/12/20 | Ernest Martin, Jr. | Review and revise e-mail to Mr. McGowan and Sidley team regarding ████████████████████. | 0.10 | $97.50 |
| 07/13/20 | Adrian Azer | Finish review of GSUSA documents and communication with client regarding additional documents to review (1.4). | 1.40 | $980.00 |
| 07/13/20 | Carla Green | Download and review documents for ███████████. | 0.20 | $112.00 |
| 07/14/20 | Carla Green | Address correspondence regarding ██████████████. | 0.10 | $56.00 |
| 07/21/20 | Adrian Azer | Review communication from client related to ██████████ ████████████████ (1.2). | 1.20 | $840.00 |
| 07/21/20 | Ernest Martin, Jr. | Review e-mail from Mr. McGowan regarding ████████ ██████████████ | 0.20 | $195.00 |
| 07/22/20 | Adrian Azer | Communications with Mr. Martin related to ███████████ (.1); confer with Mr. Martin regarding same (.2). | 0.30 | $210.00 |
| 07/22/20 | Ernest Martin, Jr. | Review various e-mails from Mr. McGowan ████████ ███████████ (.3); discussion with Mr. Azer regarding same (.2). | 0.50 | $487.50 |
| 07/24/20 | Adrian Azer | Prepare for conference with client, insurers, and Quinn (.2); conference with same regarding █████████ and post-conference with Mr. Martin regarding same (.9). | 1.10 | $770.00 |
| 07/27/20 | Adrian Azer | Prepare for conference with insurers (.3); conference with insurers regarding ██████████████ (.8); post-conference with Mr. Martin regarding same (.2). | 1.30 | $910.00 |

Invoice Number: 21441684
Matter Name: GSUSA Insurance Issues
Client/Matter Number: 0020234.00029
Billing Attorney: Ernest Martin, Jr.

August 17, 2020
Page 3 of 3

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/27/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding ███████. | 0.20 | $195.00 |

**Total Fees** $6,253.00

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Adrian Azer | Partner | 6.50 | $700.00 | $4,550.00 |
| Ernest Martin, Jr. | Partner | 1.00 | $975.00 | $975.00 |
| Carla Green | Associate | 1.30 | $560.00 | $728.00 |

**Total Professional Summary** $6,253.00

**Total Fees, Expenses and Charges** $6,253.00

**Total Amount Due** USD $6,253.00

# haynesboone

Invoice Number: 21441685
Invoice Date:  August 17, 2020
Matter Name: Bankruptcy Case Administration
Client/Matter Number: 0020234.00033
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

## REMITTANCE PAGE
*For Professional Services Through  July 31, 2020*

| | |
|---|---:|
| Total Fees | $106.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$106.00** |
| **Total Invoice Balance Due** | **USD  $106.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21441685** ● Client Number **0020234.00033** ● Attorney **Ernest Martin, Jr.**

## PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21441685
Matter Name: Bankruptcy Case Administration
Client/Matter Number: 0020234.00033
Billing Attorney: Ernest Martin, Jr.

August 17, 2020
Page 2 of 2

*For Professional Services Through  July 31, 2020*

### Professional Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/10/20 | Brittany Parks | Analyze and discuss issues relating to ████████ █ | 0.20 | $106.00 |

| | | | | |
|---|---|---|---|---|
| **Total Fees** | | | | **$106.00** |

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Brittany Parks | Associate | 0.20 | $530.00 | $106.00 |
| **Total Professional Summary** | | | | **$106.00** |

| | |
|---|---|
| **Total Fees, Expenses and Charges** | **$106.00** |
| **Total Amount Due** | **USD  $106.00** |

# haynes*boone*

Invoice Number: 21441686
Invoice Date:  August 17, 2020
Matter Name: Fee Applications
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

**REMITTANCE PAGE**
*For Professional Services Through  July 31, 2020*

| | |
|---|---:|
| Total Fees | $8,322.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$8,322.00** |
| **Total Invoice Balance Due** | **USD  $8,322.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

**CHECK PAYMENT INSTRUCTIONS**
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

**ACH PAYMENT INSTRUCTIONS**
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

**WIRE PAYMENT INSTRUCTIONS**
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21441686** ● Client Number **0020234.00035** ● Attorney **Ernest Martin, Jr.**

**PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.**

Invoice Number: 21441686
Matter Name: Fee Applications
Client/Matter Number: 0020234.00035
Billing Attorney: Ernest Martin, Jr.

August 17, 2020
Page 2 of 2

*For Professional Services Through  July 31, 2020*

**Professional Fees**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/02/20 | Denise A. Stilz | Review June proformas and suggest edits and redactions to team. | 6.30 | $2,362.50 |
| 07/06/20 | Adrian Azer | Review July invoices to ensure compliance with U.S. Trustee requirements. | 1.20 | $840.00 |
| 07/06/20 | Carla Green | Review and revise invoices for privilege and confidential information in preparation for Fee Application. | 1.20 | $672.00 |
| 07/06/20 | Denise A. Stilz | Continue to review and edit June 2020 invoices. | 0.60 | $225.00 |
| 07/07/20 | Ernest Martin, Jr. | Review First Omnibus Order. | 0.10 | $97.50 |
| 07/08/20 | Denise A. Stilz | Final review of edits to proformas and forward all to Mr. Martin; begin preparation of Third Monthly Fee Application. | 1.80 | $675.00 |
| 07/09/20 | Denise A. Stilz | Final review of June proformas and forward them to Ms. Richardson. | 0.30 | $112.50 |
| 07/13/20 | Denise A. Stilz | Email communication to Ms. Richardson regarding status of comments and revisions to June invoices. | 0.20 | $75.00 |
| 07/15/20 | Denise A. Stilz | Redact June invoices; prepare Monthly Fee Application for June invoices. | 3.80 | $1,425.00 |
| 07/16/20 | Denise A. Stilz | Continue to work on fee application for June invoices (2.9); combine fee application for May and June services and expenses (1.4); prepare exhibits (.4); send all to team for approval (.2). | 4.90 | $1,837.50 |

**Total Fees**     **$8,322.00**

**Timekeeper Summary**

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Adrian Azer | Partner | 1.20 | $700.00 | $840.00 |
| Ernest Martin, Jr. | Partner | 0.10 | $975.00 | $97.50 |
| Carla Green | Associate | 1.20 | $560.00 | $672.00 |
| Denise A. Stilz | Paralegal | 17.90 | $375.00 | $6,712.50 |

**Total Professional Summary**     **$8,322.00**

**Total Fees, Expenses and Charges**     **$8,322.00**

**Total Amount Due**     **USD  $8,322.00**

# haynes*boone*

Invoice Number: 21441687
Invoice Date:  August 17, 2020
Matter Name: Hearings and Court Matters
Client/Matter Number: 0020234.00037
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

## REMITTANCE PAGE
*For Professional Services Through  July 31, 2020*

| | |
|---|---:|
| Total Fees | $1,120.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$1,120.00** |
| **Total Invoice Balance Due** | **USD  $1,120.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N ● SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21441687**  ●  Client Number **0020234.00037**  ●  Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21441687
Matter Name: Hearings and Court Matters
Client/Matter Number: 0020234.00037
Billing Attorney: Ernest Martin, Jr.

August 17, 2020
Page 2 of 2

*For Professional Services Through  July 31, 2020*

**Professional Fees**

| <u>Date</u> | <u>Timekeeper</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 07/09/20 | Adrian Azer | Attend hearing on various motions, including the motion to reconsider Mr. Finn as a mediator. | 1.60 | $1,120.00 |

**Total Fees** $1,120.00

**Timekeeper Summary**

| <u>Timekeeper</u> | <u>Title</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|
| Adrian Azer | Partner | 1.60 | $700.00 | $1,120.00 |
| **Total Professional Summary** | | | | **$1,120.00** |

**Total Fees, Expenses and Charges** $1,120.00

**Total Amount Due** USD $1,120.00

# haynes*boone*

Invoice Number: 21441689
Invoice Date:  August 17, 2020
Matter Name: BSA/Business Loss COVID
Client/Matter Number: 0020234.00039
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan
1325 West Walnut Hill Lane
Irving, TX  75015-2079

---

### REMITTANCE PAGE
*For Professional Services Through  July 31, 2020*

| | |
|---|---:|
| Total Fees | $975.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$975.00** |
| **Total Invoice Balance Due** | **USD  $975.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N  ●  SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21441689**  ●  Client Number **0020234.00039**  ●  Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21441689
Matter Name: BSA/Business Loss COVID
Client/Matter Number: 0020234.00039
Billing Attorney: Ernest Martin, Jr.

August 17, 2020
Page 2 of 2

*For Professional Services Through  July 31, 2020*

### Professional Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/28/20 | Ernest Martin, Jr. | Review reservation of rights letter from McLarens (.2); telephone call with Mr. Moore to discuss same ██████████ (.5); prepare ██████ ██████████ (.3). | 1.00 | $975.00 |

| | |
|---|---|
| **Total Fees** | **$975.00** |

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Ernest Martin, Jr. | Partner | 1.00 | $975.00 | $975.00 |
| **Total Professional Summary** | | | | **$975.00** |

| | |
|---|---|
| **Total Fees, Expenses and Charges** | **$975.00** |
| **Total Amount Due** | **USD  $975.00** |

# haynes*boone*

Invoice Number: 21441810
Invoice Date:  August 17, 2020
Matter Name: BSA/Hartford Litigation
Client/Matter Number: 0020234.00018
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

### REMITTANCE PAGE
*For Professional Services Through  July 31, 2020*

| | |
|---|---:|
| Total Fees | $67,059.00 |
| Total Expenses | $0.00 |
| **Total Fees, Expenses and Charges** | **$67,059.00** |
| **Total Invoice Balance Due** | **USD  $67,059.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

### CHECK PAYMENT INSTRUCTIONS
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

### ACH PAYMENT INSTRUCTIONS
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

### WIRE PAYMENT INSTRUCTIONS
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N** ● **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21441810** ● Client Number **0020234.00018** ● Attorney **Ernest Martin, Jr.**

### PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.

Invoice Number: 21441810
Matter Name: BSA/Hartford Litigation
Client/Matter Number: 0020234.00018
Billing Attorney: Ernest Martin, Jr.

August 17, 2020
Page 2 of 8

*For Professional Services Through July 31, 2020*
RK-201862708176

### Professional Fees

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 07/06/20 | Adrian Azer | Review communication from Sidley Austin related to ▮▮▮ communications with team regarding ▮▮▮ ▮▮▮ (.3); confer with Ms. Green regarding same (.2); draft, review and revise communication to client related to ▮▮▮ ▮▮▮ (.3). | 0.80 | $560.00 |
| 07/06/20 | Carla Green | Review summons of Hartford adversary proceeding received from Sidley (.2); confer with Mr. Azer regarding same (.2); calendar relevant deadlines (.2); review outline for ▮▮▮ (.2). | 0.80 | $448.00 |
| 07/07/20 | Adrian Azer | Prepare for and conference with HB team and Sidley Austin related to ▮▮▮ (.5); communication to Sidley Austin related to same (.1); draft, review and revise communication to Ms. Green related to ▮▮▮ (.6); confer with Mr. Martin regarding same (.1); review communication from client related to ▮▮▮ ▮▮▮ and communications related to same (.2). | 1.50 | $1,050.00 |
| 07/07/20 | Carla Green | Strategy with Mr. Azer for ▮▮▮ (.5); continue outline of ▮▮▮ (1.4); review and analyze ▮▮▮ (.8). | 2.70 | $1,512.00 |
| 07/07/20 | Ernest Martin, Jr. | Telephone call with Sidley team to discuss ▮▮▮ (.5); discussion with Mr. Azer regarding ▮▮▮ (.4); review e-mails from mediators and Sidley regarding ▮▮▮ (.1). | 1.00 | $975.00 |
| 07/08/20 | Adrian Azer | Review communication from client related to ▮▮▮ (.1); communication with Mr. Martin regarding ▮▮▮ (.3). | 0.40 | $280.00 |
| 07/10/20 | Adrian Azer | Communication with counsel to Hartford regarding the provision of certain policies to other insurers (.2); confer with Mr. Martin regarding ▮▮▮ (.1); review ▮▮▮ and begin to revise same (.5); review draft outline of ▮▮▮, ▮▮▮ (.4). | 1.20 | $840.00 |

Invoice Number: 21441810
Matter Name: BSA/Hartford Litigation
Client/Matter Number: 0020234.00018
Billing Attorney: Ernest Martin, Jr.

August 17, 2020
Page 3 of 8

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/10/20 | Carla Green | Complete outline of (1) timeline of ███████████; and (2) ███████ (1.5); review and analyze ████████ (1.0); review and analyze ███████ (1.0). | 3.50 | $1,960.00 |
| 07/10/20 | Ernest Martin, Jr. | Discussion with Mr. Azer regarding ███████████ ████. | 0.10 | $97.50 |
| 07/12/20 | Adrian Azer | Draft, review and revise communication to client related to ████ ████████ (.4); review and revise outline related to ████████ ████ and communication with Ms. Green regarding same (.7). | 1.10 | $770.00 |
| 07/12/20 | Carla Green | Review comments from Mr. Azer to ████████ (.3); correspondence with Mr. Azer regarding same (.2). | 0.50 | $280.00 |
| 07/13/20 | Carla Green | Continue revisions to Hartford outline of ████ ██████ ████. | 0.50 | $280.00 |
| 07/14/20 | Adrian Azer | Communications with Sidley Austin related to ██████ ██████████████, and draft communication to the ████████████████ (.2); communication to client regarding same (.1); | 0.30 | $210.00 |
| 07/14/20 | Carla Green | Strategize regarding ████████ ████ (.2); continue revisions to ████████ (.5); coordinate with Ms. Parks regarding ████████ ████ (.3). | 1.00 | $560.00 |
| 07/15/20 | Adrian Azer | Coordinate conference call with ████████ ████ including communications with client and HB team (.6); communications with Sidley Austin regarding same (.2). | 0.80 | $560.00 |
| 07/15/20 | Carla Green | Strategize with Mr. Azer regarding ████████ ████ (.3); review ████████ provided by Ms. Parks (.3); continue revisions to ████████ (.8). | 1.40 | $784.00 |
| 07/15/20 | Brittany Parks | Read and analyze Delaware law regarding ████████ ████ (1.5); prepare and write summary of findings regarding the same (.5). | 2.00 | $1,060.00 |
| 07/15/20 | Brittany Parks | Begin to prepare and write ████████ Hartford's Adversary Proceeding (.3); begin to read and analyze ████████ (1.9); begin to read and analyze ████████ ████ (1.2). | 3.40 | $1,802.00 |

Invoice Number: 21441810
Matter Name: BSA/Hartford Litigation
Client/Matter Number: 0020234.00018
Billing Attorney: Ernest Martin, Jr.

August 17, 2020
Page 4 of 8

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/16/20 | Adrian Azer | Communication with client and local councils related to ▓▓▓▓▓ (.9); confer with counsel to ▓▓▓▓▓ (.3); review and revise ▓▓▓▓▓, and communications with Ms. Green regarding same (.9). | 2.10 | $1,470.00 |
| 07/16/20 | Carla Green | Draft ▓▓▓ for Mr. Azer and Mr. Martin in preparation for call with ▓▓▓▓▓ 2.8); complete revisions to same per Mr. Azer's and Mr. Martin's comments, including conference with Mr. Azer regarding ▓▓▓ (1.4). | 4.20 | $2,352.00 |
| 07/17/20 | Adrian Azer | Prepare for ▓▓▓▓▓, including pre-call with Mr. Martin (.4); conference with ▓▓▓▓▓ regarding ▓▓▓ including post-call with Mr. Zirkman (1.3); post-conference communications with ▓▓▓▓▓ (1.2). | 2.90 | $2,030.00 |
| 07/17/20 | Carla Green | Conference call with Court, including correspondence with Mr. Azer and Mr. Martin regarding same (.3); revise ▓▓▓ for conference with ▓▓▓ (.4); attend conference call with ▓▓▓▓▓ (1.0); follow up conference call with Mr. Zirkman (.3); address multiple correspondence from ▓▓▓▓▓ (2.3). | 4.30 | $2,408.00 |
| 07/17/20 | Ernest Martin, Jr. | Prepare for and participate in call with mediators to discuss ▓▓▓ (1.3); prepare for and participate in call with ▓▓▓ (1.4). | 2.70 | $2,632.50 |
| 07/17/20 | Brittany Parks | Continue to prepare and write ▓▓▓ (1.2); continue to read and analyze ▓▓▓▓▓ (1.0); continue to read and analyze ▓▓▓ (.9). | 3.10 | $1,643.00 |
| 07/18/20 | Adrian Azer | Communications with Mr. Martin regarding ▓▓▓ (.2); communications with Ms. Green regarding ▓▓▓ (.3). | 0.50 | $350.00 |
| 07/18/20 | Carla Green | Update ▓▓▓▓▓ including correspondence with Mr. Azer regarding ▓▓▓. | 0.80 | $448.00 |
| 07/18/20 | Ernest Martin, Jr. | Review e-mail from Ms. Pastor regarding ▓▓▓ and correspondence with Mr. Azer regarding same. | 0.10 | $97.50 |

Invoice Number: 21441810
Matter Name: BSA/Hartford Litigation
Client/Matter Number: 0020234.00018
Billing Attorney: Ernest Martin, Jr.

August 17, 2020
Page 5 of 8

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/20/20 | Adrian Azer | Conference with Ms. Green regarding ███████ (.3); communications with ███████ related to ███████ (.3); review and revise communication related to ███████ (.2). | 0.80 | $560.00 |
| 07/20/20 | Carla Green | Continue updating ███████ (1.2); follow up and address multiple correspondence with ███████ (1.6); conference with Mr. Azer regarding ███████ (.3); address multiple correspondence with ███████ (.8); draft of ███████ (1.3); revise ███████ into memorandum for Mr. Zirkman and revise same per Mr. Azer's comments (1.0). | 6.20 | $3,472.00 |
| 07/20/20 | Brittany Parks | Continue to prepare and write ███████ (1.4); continue to read and analyze ███████ (2.3). | 3.70 | $1,961.00 |
| 07/21/20 | Adrian Azer | Review and revise memorandum to client summarizing ███████ (.4); review communications from and to ███████ (.5). | 0.90 | $630.00 |
| 07/21/20 | Carla Green | Address multiple correspondence from ███████ (1.7); review ███████ (.5); continue draft of ███████ (.8). | 4.00 | $2,240.00 |
| 07/21/20 | Brittany Parks | Continue to prepare and write ███████ (1.2); continue to read and analyze ███████ (1.0). | 2.20 | $1,166.00 |
| 07/22/20 | Adrian Azer | Prepare for and presentation to ███████ (.5); review research related to ███████ and confer with Ms. Green regarding same (.6); communication with Mr. Martin regarding same (.1); review and revise ███████ (.4); confer with Ms. Green regarding same (.3). | 1.90 | $1,330.00 |
| 07/22/20 | Adrian Azer | Conference with Ms. Green regarding ███████ (.4); communications with Mr. Martin related to ███████ (.5); review agenda in preparation for conference with ORIC and confer with counsel to ORIC regarding same (.5). | 1.40 | $980.00 |

Invoice Number: 21441810
Matter Name: BSA/Hartford Litigation
Client/Matter Number: 0020234.00018
Billing Attorney: Ernest Martin, Jr.

August 17, 2020
Page 6 of 8

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/22/20 | Carla Green | Conference calls with ███████ including addressing follow up correspondence with ███████ (1.3); confer with Mr. Azer regarding same (.3); continue draft of ███████ (1.3); confer with Mr. Azer ███████ (.3). | 3.20 | $1,792.00 |
| 07/22/20 | Brittany Parks | Continue to prepare and write ███████ (4.1); continue to read and analyze ███████ (2.2). | 6.30 | $3,339.00 |
| 07/23/20 | Adrian Azer | Communications with counsel to Hartford regarding extension (.1); review and revise memorandum to client related to ███████ (.3); communications with Ms. Green regarding ███████ (.2). | 0.60 | $420.00 |
| 07/23/20 | Carla Green | Correspondence with Mr. Azer regarding ███████ (.2); review and revise ███████ and follow-up correspondence regarding same (.7). | 0.90 | $504.00 |
| 07/23/20 | Brittany Parks | Begin to prepare and write ███████ | 0.80 | $424.00 |
| 07/24/20 | Adrian Azer | Communications with Hartford related to extension and Hartford's condition of an extension on discovery proceeding (.3); review draft ███████ and communications with team and Sidley Austin regarding same (.8); confer with counsel to ███████ (.6); various communications with client and B. Griggs related to ███████ (.3). | 2.00 | $1,400.00 |
| 07/24/20 | Carla Green | Address multiple correspondence from ███████ (1.2); finalize summary of call with ███████ for Mr. Zirkman (.3); revise and draft ███████ and conference calls with ███████ Mr. Azer, Morris Nichols, Sidley and ███████ regarding same (4.2); follow up conference call with ███████ (.6). | 6.30 | $3,528.00 |
| 07/24/20 | Brittany Parks | Continue to prepare and write ███████ | 2.40 | $1,272.00 |
| 07/24/20 | Brittany Parks | Continue to read and analyze ███████ (2.4); prepare and write ███████ (.6). | 3.00 | $1,590.00 |
| 07/25/20 | Adrian Azer | Confer with Ms. Green regarding ███████ including ███████. | 0.20 | $140.00 |

Invoice Number: 21441810
Matter Name: BSA/Hartford Litigation
Client/Matter Number: 0020234.00018
Billing Attorney: Ernest Martin, Jr.

August 17, 2020
Page 7 of 8

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 07/25/20 | Carla Green | Review docket for Hartford adversary proceeding and summons and motions filed, and motion for extension of time (.6); conference with Mr. Azer regarding same (.2); correspondence with Morris Nichols regarding ███████ (.2). | 1.00 | $560.00 |
| 07/27/20 | Adrian Azer | Conference with B. Griggs and client related to ██████████ (.3); communication with counsel regarding same (.1); confer with KCIC and Ms. Green regarding ████████████ (.8); post-conference discussion with Mr. Martin (.2). | 1.40 | $980.00 |
| 07/27/20 | Carla Green | Address multiple correspondence from █████████ ██████ (.5); continue draft of ████ ████ (.6); confer with Mr. Azer regarding █████ (.2). | 1.30 | $728.00 |
| 07/27/20 | Ernest Martin, Jr. | Review e-mail from █████████ concerning ████████ ████████. | 0.10 | $97.50 |
| 07/28/20 | Adrian Azer | Prepare for and conference with a local council and Ms. Green regarding ████████ (.5); conference with B. Griggs and counsel from Dentons regarding ████████ (.4). | 0.90 | $630.00 |
| 07/28/20 | Carla Green | Address correspondence from ████████████ ████ (.5); conference call with ████████ and Mr. Azer to discuss ████████████ (.5); continue draft of ████████ (1.6). | 2.60 | $1,456.00 |
| 07/29/20 | Adrian Azer | Confer regarding ████████████████ (.4); communications with ████ (.5); review and revise ████████ and communication to Ms. Green regarding same (.4); review research by Ms. Parks related to ████████ (.3); review and revise memorandum to client related to ████ (.3). | 1.90 | $1,330.00 |
| 07/29/20 | Carla Green | Address multiple correspondence from ████████ regarding ████████ (.5); complete revisions to ████ ████ (.6); conference with Morris Nichols and correspondence regarding ████████ conference with Mr. Azer regarding same (.4); continue draft of ████████ and review research from Ms. Parks regarding ████████ (1.2). | 2.70 | $1,512.00 |

Invoice Number: 21441810                                         August 17, 2020
Matter Name: BSA/Hartford Litigation                                 Page 8 of 8
Client/Matter Number: 0020234.00018
Billing Attorney: Ernest Martin, Jr.

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07/30/20 | Adrian Azer | Confer with counsel for ███████████████ ███████ (.4); communications with ██████████ (.3); review and revise communication related to ████ (.3); review revisions to ████ (.3); communications with team regarding same (.2); confer with Ms. Green regarding ████████ (.2); confer with Mr. Martin regarding ███████ (.2); conference with Sidley and Mr. Martin regarding ██████ (.7). | 2.60 | $1,820.00 |
| 07/30/20 | Carla Green | Conference call with Mr. Azer to discuss ██████████ (.2); draft ████ and create comprehensive list of ██████ (1.3); address multiple correspondence from ████████ (.6); continue draft of ████████ (1.4). | 3.50 | $1,960.00 |
| 07/31/20 | Adrian Azer | Confer with Ms. Green regarding the ████████ (.2); review Hartford's response to BSA's request for an extension (.4); confer with Ms. Green regarding same (.1). | 0.70 | $490.00 |
| 07/31/20 | Carla Green | Review and analyze ████████████ (.2); conference with Mr. Azer regarding same (.3); continue draft of ████████ (1.8). | 2.30 | $1,288.00 |

**Total Fees**                                                         $67,059.00

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Adrian Azer | Partner | 26.90 | $700.00 | $18,830.00 |
| Ernest Martin, Jr. | Partner | 4.00 | $975.00 | $3,900.00 |
| Brittany Parks | Associate | 26.90 | $530.00 | $14,257.00 |
| Carla Green | Associate | 53.70 | $560.00 | $30,072.00 |

**Total Professional Summary**                                       $67,059.00

**Total Fees, Expenses and Charges**                                 $67,059.00

**Total Amount Due**                                             USD $67,059.00