**Exhibit B**

**Expense Detail, July 1-31, 2020**

# haynesboone

Invoice Number: 21441688
Invoice Date: August 17, 2020
Matter Name: Expenses
Client/Matter Number: 0020234.00038
Billing Attorney: Ernest Martin, Jr.

Boy Scouts of America
Attn: Steven P. McGowan, General Counsel
1325 West Walnut Hill Lane
Irving, TX  75015

---

### REMITTANCE PAGE
*For Professional Services Through  July 31, 2020*

| | |
|---|---:|
| Total Fees | $0.00 |
| Total Expenses | $282.00 |
| **Total Fees, Expenses and Charges** | **$282.00** |
| **Total Invoice Balance Due** | **USD  $282.00** |

Haynes and Boone, LLP Tax Identification No: 75-1312888

**CHECK PAYMENT INSTRUCTIONS**
Haynes and Boone, LLP
P.O. Box 841399
Dallas, TX 75284-1399

**ACH PAYMENT INSTRUCTIONS**
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **111-000-025**  Operating Account No.: **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-4**

**WIRE PAYMENT INSTRUCTIONS**
BANK OF AMERICA  100 West 33rd Street  New York, NY 10001
For Credit to the Account of HAYNES AND BOONE, LLP
ABA No.: **0260-0959-3**  Operating Account No.: **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-4**
**SWIFT Code - USD: BOFAUS3N** ● **SWIFT Code - Foreign Currency: BOFAUS6S**
Bank wire fees are the responsibility of the sender.

NOTE: For ACH / Wire payments, remittance details should be sent to: PaymentDetail@haynesboone.com
Please Reference: Invoice Number **21441688**  ● Client Number **0020234.00038**  ● Attorney **Ernest Martin, Jr.**

**PAYMENT IS DUE UPON RECEIPT, UNLESS OTHERWISE AGREED.**

| | | | |
|---|---|---|---|
| Invoice Number: 21441688 | | | August 17, 2020 |
| Matter Name: Expenses | | | Page 2 of 2 |
| Client/Matter Number: 0020234.00038 | | | |
| Billing Attorney: Ernest Martin, Jr. | | | |

*For Professional Services Through  July 31, 2020*

**Expenses**

| **Date** | **Code** | **Description** | **Amount** |
|---|---|---|---|
| 06/20/20 | OTH | Lighthouse Document Technologies, Inc. - Other Expense | $141.00 |
| 07/31/20 | OTH | Lighthouse Document Technologies, Inc. - Other Expense | $141.00 |
| **Total Expenses** | | | **$282.00** |

**Expenses Summary**

| **Description** | **Amount** |
|---|---|
| Other Expense | $282.00 |
| **Total Expenses** | **$282.00** |

| | |
|---|---|
| **Total Fees, Expenses and Charges** | **$282.00** |
| **Total Amount Due** | **USD  $282.00** |