## Exhibit A

**Proposed Supplemental Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. D.I. ___** |

**SUPPLEMENTAL ORDER TO ORDER, PURSUANT TO 11 U.S.C. § 502(b)(9), BANKRUPTCY RULES 2002 AND 3003(c)(3), AND LOCAL RULES 2002-1(e), 3001-1, AND 3003-1, (I) ESTABLISHING DEADLINES FOR FILING PROOFS OF CLAIM, (II) ESTABLISHING THE FORM AND MANNER OF NOTICE THEREOF, (III) APPROVING PROCEDURES FOR PROVIDING NOTICE OF BAR DATE AND OTHER IMPORTANT INFORMATION TO ABUSE SURVIVORS, AND (IV) APPROVING CONFIDENTIALITY PROCEDURES FOR ABUSE SURVIVORS**

Upon the motion (the "Motion")[2] of the Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors"), for entry of an order (this "Supplemental Order") (i) supplementing the Bar Date Order to prevent potential Sexual Abuse Survivors from being misled or confused regarding the Bar Date and claims process and (ii) granting related relief; and this matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and the Debtors having consented to the entry of a final order by this Court under Article III of the United States Constitution; and venue of this proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] All capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

notice need be provided; and all objections to the Motion, if any, having been withdrawn, resolved or overruled; and the relief requested in the Motion being in the best interests of the Debtors' estates, their creditors and other parties in interest; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.     The Motion is GRANTED as set forth herein.

2.     The Bar Date Order that was entered by this Court on May 26, 2020, remains in full force and effect, and this Supplemental Order serves to supplement and work in conjunction with the existing Bar Date Order.

3.     The Bar Date Order is hereby supplemented to provide as follows:

> For the avoidance of doubt, the General Bar Date Notice, the Abuse Claims Bar Date Notice, the Abuse Claims Publication Notice, the Abuse Claims Email Notice, and the Abuse Claims TV Spot, attached to this Order as **Exhibits 1**, **2**, **3**, **4**, and **5** respectively, and the statements contained therein, are the only notices and statements approved and authorized by the Court to be published, disseminated, or otherwise directed to potential Claimants, including potential Sexual Abuse Survivors, to provide notice of the Bar Dates and the other matters described therein.  No other notice or solicitation to submit a Sexual Abuse Survivor Proof of Claim Form shall be provided without prior authorization of the Debtors or the Court.

4.     The Debtors are authorized to take any and all actions necessary or desirable to implement the terms of this Supplemental Order.

5.     Any conflict between the provisions of this Supplemental Order and the Bar Date Order shall be controlled by the provisions of this Supplemental Order.

6.      The Court retains jurisdiction with respect to all matters arising from or related to

the implementation, interpretation, and enforcement of this Supplemental Order.


Dated: _____, 2020
      Wilmington, Delaware         THE HON. LAURIE SELBER SILVERSTEIN
                                      UNITED STATES BANKRUPTCY JUDGE