## **Exhibit B**

**Roberts Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF EVAN ROBERTS IN SUPPORT OF THE DEBTORS' MOTION PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND ¶ 27 OF THE BAR DATE ORDER FOR ENTRY OF AN ORDER (I) SUPPLEMENTING THE BAR DATE ORDER AND (II) GRANTING RELATED RELIEF**

I, Evan Roberts, being duly sworn, state the following under penalty of perjury:

1.      I am a Senior Director of FTI Consulting (SC), Inc., located at 555 12th Street, NW, Suite 700, Washington, DC, 20004.

2.      I submit this declaration (this "Declaration") in support of the *Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and ¶ 27 of the Bar Date Order for Entry of an Order (I) Supplementing the Bar Date Order and (II) Granting Related Relief.*  I have personal knowledge of the facts set forth herein.

3.      On April 7, 2020, the Court authorized the debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors") to retain FTI Consulting, Inc., through its wholly-owned subsidiaries FTI Consulting (SC), Inc. and FTI Consulting (Government Affairs), LLC (collectively, "FTI") as an ordinary course professional, *nunc pro tunc* to the Petition Date.  *See Order Authorizing the Debtors to Retain and Compensate Certain Professionals Used in the Ordinary Course of Their Non-Profit Operations,* Nunc Pro Tunc *to the Petition Date*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[Docket No. 354].  FTI provides services to the Debtors, including, without limitation, the following: public relations, communications and government relations counsel and support, including media relations and lobbying.

4.      In August 2020, I was informed by the Debtors that certain law firms and other organizations were engaged in advertising to solicit abuse claims against the Debtors.  Employees of FTI acting at my direction accessed the advertisements and identified on which channels they appeared through the TV Eyes media database.  Based on this work, FTI has determined that these ad campaigns include video ads on the Internet, radio ads, ads on TV, and "infomercials" ranging from five to thirty minutes in length.  The ads have appeared in multiple TV spots, including during episodes of *Law & Order*, during movies on the Sundance TV channel, during *The Three Stooges* on AMC, and during an NBA game on NBA TV, among other programs and channels. Additionally, based upon data from Kantar Media, FTI has determined that these ads have been aired at least 10,999 times between the date of the entry of the Bar Date Order, May 26, 2020, and August 24, 2020.  The actual number of airings is likely higher because this data excludes infomercials and local cable ads.

5.      A substantial number of these ads:

    a.      did not include the deadline to file a proof of claim;

    b.      described a compensation trust or fund;

    c.      did not mention there was a bankruptcy;

    d.      mentioned "significant" or "substantial" compensation;

    e.      told potential claimants they could remain anonymous;

    f.      estimated the trust or compensation fund was worth $1.5 billion; and/or

    g.      only mentioned abuse by a scout leader in connection with filing a claim in the chapter 11 cases.

6.      At my direction, FTI engaged a third-party vendor, Home Row, Inc., to transcribe the advertisements.  On information and belief, Home Row, Inc. specializes in the transcription and closed captioning of audio and video interviews.  I have reviewed all of the transcripts and it is my belief that they are true and accurate transcripts of the commercial advertisements.

7.      Attached hereto as **Exhibits <u>A-1</u>** and **<u>A-2</u>** are true and correct copies of transcripts prepared at the request of FTI of infomercials by Abused in Scouting.

8.      Attached hereto as **Exhibits <u>B-1</u>** and **<u>B-2</u>** are a true and correct copies of transcripts prepared at the request of FTI of infomercials by the Sheldon Law Group.  Upon information and belief, the infomercial transcribed in **Exhibit <u>B-2</u>** by the Sheldon Law Group aired on or about August 23, 2020.  Attached hereto as **Exhibit <u>B-3</u>** is a true and correct copy of a transcript prepared at the request of FTI of radio advertisements by the Sheldon Law Group.

9.      Attached hereto as **Exhibits <u>C-1</u>**–**<u>C-5</u>** are true and correct copies of transcripts prepared at the request of FTI of television advertisements by the 1-800-LAW-HELP Legal Network.

10.     Attached hereto as **Exhibit <u>D</u>** is a true and correct copy of a transcript prepared at the request of FTI of an infomercial by Herman Law.

11.     Attached hereto as **Exhibit <u>E</u>** is a true and correct copy of a transcript prepared at the request of FTI of a television advertisement by the Law Office of Cohen & Jaffe, LLP.

12.     Attached hereto as **Exhibits <u>F-1</u>**–**<u>F-3</u>** are true and correct copies of transcripts prepared at the request of FTI of television advertisements by AVA Law Group, Inc.  Upon information and belief, the infomercial transcribed in **Exhibit <u>F-3</u>** by the AVA Law Group aired on or about August 23, 2020.

13.     Attached hereto as **<u>Exhibit G</u>** is a true and correct copy of a transcript prepared at the request of FTI of a television advertisement by Morelli Law Firm.

14.     Attached hereto as **<u>Exhibit H</u>** is a true and correct copy of a transcript prepared at the request of FTI of a television advertisement by Morgan & Morgan Attorneys.

15.     Attached hereto as **<u>Exhibit I</u>** is a true and correct copy of a transcript prepared at the request of FTI of a television advertisement by the Scout Abuse Helpline/Greg Jones Law, P.A.

16.     Attached hereto as **<u>Exhibits</u> <u>J-1</u>**–**<u>J-5</u>** are true and correct copies of transcripts prepared at the request of FTI of television advertisements by the Sexual Abuse Survivor Legal Helpline/Edelson PC.

17.     Attached hereto as **<u>Exhibit K</u>** is a true and correct copy of a transcript prepared at the request of FTI of a television advertisement by Sheldon Law Group.

18.     Attached hereto as **<u>Exhibit L</u>** is a true and correct copy of a transcript prepared at the request of FTI of a television advertisement by Slater Slater Schulman LLP.

19.     Attached hereto as **<u>Exhibit M</u>** is a true and correct copy of a transcript prepared at the request of FTI of a television advertisement by Parker Waichman LLP.

20.     Attached hereto as **<u>Exhibit N</u>** is a true and correct copy of a transcript prepared at the request of FTI of a television advertisement by Pintas & Mullins Law Firm.

21.     Attached hereto as **<u>Exhibit O</u>** is a true and correct copy of a transcript prepared at the request of FTI of a television advertisement by Napoli Shkolnik PLLC.

22.     Attached hereto as **<u>Exhibit P</u>** is a true and correct copy of a transcript prepared at the request of FTI of radio advertisements by All Survivors Advocates.

23.     Attached hereto as **<u>Exhibit Q</u>** is a true and correct copy of a transcript prepared at the request of FTI of radio advertisements by Consumer Tort Network LLC.

24.     Attached hereto as **<u>Exhibit R</u>** is a true and correct copy of a transcript prepared at the request of FTI of radio advertisements by Junell & Associates Law Firm, PLLC.

*[Remainder of Page Intentionally Left Blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  August 24, 2020
        New York, New York           */s/ Evan Roberts*
                                       Evan Roberts

# **EXHIBIT A-1**

Abused in Scouting

Male Voice:   This is a paid advertisement for legal services sponsored by attorney Andrew Van Arsdale.

Tim Kosnoff:  I'm Tim Kosnoff. I'm one of the founding members of Abused in Scouting. You were not victimized just by a perpetrator; you were victimized by an organization that knew what was happening and failed to warn or protect you. So, there's a moral imperative, we believe, for you to come forward. But timing is running out, and you only have until November 16th to make that decision. Come forward. Get the help and healing you need. Stop the predators and hold this organization accountable. We need you.

Andrew Van Arsdale:        My name is Andrew Van Arsdale, and I'm a lawyer with Abused in Scouting. Abused in Scouting is an organization that represents over 4,000 men who were abused at the hands of the Boy Scouts. Today, I have one of those men with me, Gill Gayle. Thanks for being here today.

Gill Gayle:    Well, thanks for having me, Andrew. I appreciate it. I'm always honored to have an opportunity to speak on behalf of the thousands of us who survived sexual abuse in scouting. As you know, my personal story – I was sexually abused by two different scoutmasters in two different cities. And, you know, I carried that trauma with me for a long time. Then two things happened very quickly: The Los Angeles Times, in their investigation, forced the Boy Scouts to release what are called the Perversion Files.

Andrew Van Arsdale:        Right.

Gill Gayle:    Now the Boy Scouts themselves had identified over 7,000 sexual predators operating with – inside scouting. They had over 12,000 abuse victims. That's by their records. Well, I can tell you, neither one of my guys were on their list. And I

wasn't one of those 12,000 because I didn't report it when I was 11 and 12 years old. It was like a godsend. I saw an ad for AIS – for Abuse in Scouting. And I realized there was maybe another path – at least to get, you know, this abuse recognized. There's an ability to hold people accountable for what happened to me and thousands of others. And man, there's a lot of us that aren't here.

Andrew Van Arsdale:        Right. What would you say to them?

Gill Gayle:     To all the people that are still out there –

Andrew Van Arsdale:        They're still out – that suffered and…

Gill Gayle:     I know how hard it is to talk about this. I know how difficult it is. I've met a coalition of men who joined together to hold the Boy Scouts accountable for what's going on. Join us. Stand with us. We stand for everybody. And let's stand together. Let's hold them accountable. I think just knowing that your voice has been added and that you've been heard – I think it's important. It's been important for me.

Andrew Van Arsdale:        The important thing is to stand up. Hold the Boy Scouts of America accountable, and make sure this doesn't happen to children in the future. You don't have to come and sit in the chair with us or have the discussion, right?

Gill Gayle:     Right.

Andrew Van Arsdale:        You need to contact us. We work on the claim. We do everything for you. You never have to travel anywhere. You're never going to appear in court. You're never going to have to take a deposition subject to these high-paid lawyers on their side. We handle it for you. You can remain anonymous. We handle everything.

Gill Gayle:     What's the age range of men in Abused in Scouting?

Andrew Van Arsdale:        I represent a child who's 11 years old in Long Beach, California, all the way to a man who's 92 years old up in Northern Oregon.

Gill Gayle:      That's a brave 11-year-old – and that's a brave 92-year-old man. Oh, I'm proud of them, man. I'm proud of every guy that stands forward.

Andrew Van Arsdale:        Well, the Boy Scouts of America are now in bankruptcy.

Gill Gayle:      Yep.

Andrew Van Arsdale:        How does that affect your feelings on this process? And you didn't get justice against this organization through the bankruptcy process?

Gill Gayle:      There's this legacy of abuse in this organization. Children were raped at the hands of adults, and an organization knew it was happening and did nothing to stop it. Now they're going to be held accountable. I have seen nothing in my dealings with them to lead me to believe that anything else would happen if you were to try to go alone with these guys. I think it's a terrible idea. You need someone advocating for you. You need to do it.

Andrew Van Arsdale:        Right. You need to join Abused in Scouting.

Gill Gayle:      If they are held accountable in a large enough way, I am encouraged that they will make changes to their organization in order to survive. And this is a situation where, if you want to heal, you need to deal with it at some point. You have to come forward and talk about it.

Andrew Van Arsdale:        You've told me, we need to kill the secret –

Gill Gayle:      That's right.

Andrew Van Arsdale:          – Boy Scout abuse, because that secret will kill you.

Gill Gayle:     That's exactly right. It almost killed me. My hope – from the first time I was abused, everything in my life was about hiding that secret. You know, I was so terrified of people discovering what had happened to me, you know, and the shame that that would bring on. Of course, I'm processing that as, like, 11, 12,13-year-old. Of course I am.

Andrew Van Arsdale:          Right.

Gill Gayle:     The truth is, I continued to process it that way until I was 32 years old and got therapy. And what I think this opportunity is is a chance to unlock that.

Andrew Van Arsdale:          Right.

Gill Gayle:     Get rid of that secret, man. Get that poison out.

Andrew Van Arsdale:          Exactly what you're saying is what the State Legislature started to realize. And so they extended it. They said, you know what? No matter how long ago it occurred in your abuse in the Boy Scouts of America, you can come forward and file the lawsuit. And this opened up the Boy Scouts of America to a lot of litigation –

Gill Gayle:     That's right.

Andrew Van Arsdale:          – because, as we know, there's tens of thousands, if not hundreds of thousands, of men living in this country right now that were abused. The bankruptcy court has pushed out a deadline, November 16th. After that date, you can no longer hold the Boy Scouts of America accountable. If you're a man who was abused in the Boy Scouts and you wait until after November 16th and decide, I want to stand up for

my rights now – well, guess what? The Boy Scouts of America have taken that from
you, too.

Gill Gayle:    Yes, they have.

Andrew Van Arsdale:    They've taken your ability to stand up and demand justice
because of what they knew and what they allowed to happen to you.

Gill Gayle:    That's right.

Andrew Van Arsdale:    So, it's important that every single person comes forward by
that date, by November 16th, joins Abused in Scouting, and stands up to this
organization that's done so many horrific things.

Gill Gayle:    If for some reason, you have any questions about any of this stuff, just
pick up the phone. Call Abused in Scouting.

Andrew Van Arsdale:    It's important to come forward now. After November 16th, you
may lose your right to hold this organization accountable forever. Come forward. Talk to
us today. Stand up to the Boy Scouts of America and protect the children of tomorrow
today.

Male Voice:   Attention, Boy Scouts of America sexual abuse survivors: The BSA has
declared bankruptcy, which will ensure financial compensation for abuse survivors. But
you must file your claim on or before November 16th, 2020, or you may lose your rights
to hold the Boy Scouts accountable forever. Thousands of men have joined Abused in
Scouting in the past 18 months to stand up together and have their voices heard.

The Boy Scouts of America have already taken your innocence from you. Do not
let them take your opportunity for justice from you, too. If you were abused as a member
of the Boy Scouts, your time to act is almost gone. Stand with us. Let your story be

heard. And contact Abused in Scouting today for a free confidential consultation. Call us right now.

End of recording.

## EXHIBIT A-2

ABUSED IN SCOUTING


Announcer:    This is a paid advertisement for legal services sponsored by Attorney
Andrew Van Arsdale. For decades, the Boy Scouts of America admitted thousands of
child molesters into their scouting ranks, enabling countless acts of sexual abuse to
occur against innocent children. And now, instead of attempting to right the horrific
wrongs of the past, the Boy Scouts of America recently filed bankruptcy as a last ditch
effort to avoid any accountability for the massive cover-up they perpetuated, and in
doing so, deny justice for all those who were abused under their watch. If you were
abused as a member of the Boy Scouts, your time to act is quickly running out.
Bankruptcy filings allow for a limited window to take action. Act now before it's too late.
Once the courts' claims submission period ends, your opportunity to seek justice will be
lost forever. Call Abused in Scouting for a free confidential consultation. The Boy Scouts
of America may think they can get away with it -- don't let them. Hold them accountable
for their failure to protect innocent children.


End of recording.

## EXHIBIT B-1

Voiceover:     This is a paid advertisement for the Sheldon Law Group.

[Intro music]

Tony Noakes:         Welcome to today's program. I'm Tony Noakes, and with me today is Dr. Wendy Walsh. Our topic of today's program will be of interest to any of our viewers who have suffered sexual abuse while a member of the Boy Scouts or know someone who has. Dr. Walsh, thank you so much for joining us today.

Wendy Walsh:        Thanks, Tony. I'm happy to be here.

Tony Noakes:         Dr. Walsh has her doctorate in Clinical Psychology, is an award-winning television journalist, a radio host, podcaster, and a psychology professor. She was also named one of TIME Magazine's Persons of The Year in 2017 after speaking out about harassment at a major news network. Dr. Walsh, the level of public awareness now of incidents of sexual abuse and sexual harassment in all types of settings, even beyond the Boy Scouts, seems to be so heightened today. Why do you think that is?

Wendy Walsh:        Well I think, Tony, a lot of this began with the advent of the #MeToo movement, as people understood that there could be devastating mental health, and even physical health ramifications of sexual harassment, and that sexual assault can take place not only in workplaces, but certainly in homes and in institutions. We also have reached a time where people can be more open, and people can talk about things that used to be secrets kept in families and, again, in schools and various institutions. And I think overall, victims are finding their voices. Victims are becoming braver.

Tony Noakes:         Well, that's good to hear. In terms of sexual abuse within the Boy Scouts, which I understand is one of the nation's oldest organizations for youth, this problem sounds like it's been around for a long period of time.

Wendy Walsh:        Tony, you're absolutely right. You know, based on cases filed, the problems with sex abuse within the Boy Scouts go back 70 years or more. In fact, one case recently filed against a local Northern California Boy Scout organization is for sexual abuse that occurred over 40 years ago. Now, in terms of why it didn't become a more public issue until now, reports indicate that the Boy Scout organization actually covered up the problem for decades, making it really difficult for victims to prosecute further claims.

Tony Noakes:        Oh, my. Dr. Walsh, you mentioned activist movements like #MeToo and others having a positive effect by encouraging victims to come forward. Has this made the Boy Scouts organization be more forthcoming about addressing these claims?

Wendy Walsh:        Well yeah, Tony -- in some ways, it certainly has. Recent cases where victims of sexual abuse in all areas of society have really bravely come forward, as well as legislative actions by states, make it easier for victims who were abused years and years ago to find their voice and finally file claims. And there have been major advances for these kinds of victims. Now, another important development is the recent bankruptcy filing by the Boy Scouts of America, which has created urgency for some victims to come forward by establishing a limited time frame for victims to file a proof of claim.

Tony Noakes:        So, Dr. Walsh, victims of sexual abuse while a Boy Scout need to act now to protect their rights, correct?

Wendy Walsh:        It's really important that people understand this, Tony. For claims to be considered by the bankruptcy court, they need to be filed by November 16th, 2020.

Tony Noakes:        So before we continue, I want to encourage any viewer who has concerns about having been a victim of sexual abuse while a Boy Scout to call the

Helpline at any time during our program. And later in our program, we'll talk more about the rights of victims, and how they can be protected. Dr. Walsh, how big is this problem? I mean, how many Scouts have been abused?

Wendy Walsh:      Well, it's hard to tell for sure because there's so much silence around this area. But recent reports from court filings claim that over 12,000 children have been abused by over 8,000 Boy Scout leaders. Now as I said before, indications are that the problem has existed for over 72 years.

Tony Noakes:      Oh, my. Those are incredible numbers -- 12,000 victims. And you mentioned the Boy Scouts organization successfully covered up the problem for years? How does one do that?

Wendy Walsh:      Well, the Boy Scouts are accused of protecting sexually abusive Scout leaders by simply removing them from contact with the victims without informing law enforcement or the community, or even the parents of the Scouts who had been abused. So they were protecting the organization, not the children.

Tony Noakes:      Dr. Walsh, did they take any action besides removing them from contact with victims?

Wendy Walsh:      Yeah, they did, but not one that properly addressed the problem. After removing [an] abuser from contact with that particular victim, they put them on a "perversion list," or ineligible volunteer list. And this was a way of quietly pushing them out of the organization -- again, without notifying the victims, their parents, or the authorities.

Tony Noakes:      So I'm guessing that this attempt at controlling the abuse problem was not effective -- not notifying the victims, their parents or the authorities. I mean, it sounds crazy.

Wendy Walsh:        You're right, Tony, it is hard to believe. In fact, in a Los Angeles Times report, it was noted that they found 50 instances where known pedophiles were able to rejoin the Boy Scouts after being blacklisted. Now, in some cases the files were not even checked before allowing a past offender to rejoin the Boy Scouts. And in other cases, different names and clerical or computer errors were found in the files.

Tony Noakes:        So, Dr. Walsh, it seems obvious -- the Boy Scouts made little effort to protect the children entrusted to them.

Wendy Walsh:        It certainly looks that way, Tony. The reality seems to be that there were little or no controls in place to protect children from these predators by not notifying the victims, their parents or the authorities. Many more Scouts were exposed to potential abuse.

Tony Noakes:        Dr. Walsh, with this problem going on for so long, from your perspective as a psychologist, what causes victims to not want to come forward sooner?

Wendy Walsh:        Well, it's shame is the big one, and a lot of this abuse happens early in life. Children haven't formed their brain fully, and so they think some way that maybe they colluded. There also -- often it's a trusted coach, teacher or leader, and so they don't want to hurt this person. They may be worried about how their family will react, and also they don't want to re-live their trauma. Often when people suffer terrible things early in childhood, they suppress it because it's just too terrible to bring up again.

Tony Noakes:        Dr. Walsh, you shared some very important information with our viewers about sex abuse problems related to the Boy Scouts of America. Let's take a moment now to let our viewers know how they can reach our Helpline, where any immediate concerns they may have can be addressed.

[transition music]

Spokesperson:        Are you a survivor of sexual abuse while in the Boy Scouts? You may be entitled to compensation, no matter how long ago the abuse happened. But your time to file a claim is limited. As a result of thousands of victims filing sexual abuse claims, the Boy Scouts have filed for bankruptcy protection, and the Bankruptcy Court has set November 16th, 2020 as the deadline for abuse survivors to file a claim. As a result of this bankruptcy, a Victims Compensation Fund is being set up that may be worth over $1.5 billion. Childhood sexual abuse takes numerous forms, including forcible rape, exposing oneself to a child or showing him or her pornographic images, or viewing or photographing a child in a sexual context. If you're a survivor of sexual abuse while in the Boy Scouts, you may be entitled to compensation no matter how long ago the abuse happened. Call for more information with one of our compassionate counselors today. Your call is completely confidential.

[transition music]

Tony Noakes:        I'm Tony Noakes, and with me today is Dr. Wendy Walsh. The primary topic on today's program are serious reports of sexual abuse suffered by members of the Boy Scouts. Dr. Walsh, thank you so much for joining us today.

Wendy Walsh:        Thanks, Tony. I'm happy to be here.

Tony Noakes:        Dr. Walsh, can you tell us about the process used by abusers to establish this abusive relationship with victims?

Wendy Walsh:        Sure, Tony, and it's pretty dark. They begin, of course, by identifying victims who are vulnerable. These may be kids who come from abusive homes, single family homes who are really looking for another adult to kind of care for them, and also don't have a clear sense of boundaries. And then they groom these children by testing them out, just testing the waters little by little by little. And many of these children, as they grow up in life, feel responsible for what happened to them. So

they're not looking for the kid who has two stable parents, who has a strong voice, who has a strong sense of boundaries. They're looking for the particularly vulnerable child.

Tony Noakes:        So if a parent is concerned about their child possibly being abused by a predator while in the Boy Scouts, what are the typical forms of abuse victims suffer?

Wendy Walsh:        Well, childhood sexual abuse can occur in a number of ways, including exposing oneself to a child, showing them pornographic images, or photographing children in sexual context. And of course, any touch of private parts, and including forcible rape.

Tony Noakes:        So, Dr. Walsh, are there red flags a parent should look out for if they are concerned about the possible sexual abuse of a child who's in the Boy Scouts?

Wendy Walsh:        There are. You know, I hate to say it -- there are lots of great men out there, many of them good fathers. But you've gotta question a man who would want to spend his free time on the weekend with children instead of adults, right? So if he's inviting kids for overnight trips and sleepovers, if he's contacting single mothers because many of these predators know that single mothers need the childcare, so they often will date women who are single mothers so that they can have access to the kid. If they're just spending too much time with a child, and having too much interest in your child, find out if they're following your child on social media. Find out if they're texting them privately. Also, how is your kid reacting? Kids may regress, they may start bedwetting again, have sleep problems, they may become withdrawn, they may have health issues, they may have academic issues. They may, if they're adolescents, turn to alcohol or drug abuse to try to manage all the chaotic feelings that come with this kind of abuse.

Tony Noakes:        That's great information -- thank you for sharing. So if a viewer has been a victim of sexual abuse while a member of the Boy Scouts, I'm assuming many

are reluctant to come forward, given the emotional issues it presents. Okay, so what are the reasons for victims to come forward after so much time has passed?

Wendy Walsh:        Well you know, some of it comes with maturity, and part of it comes with that reporting is actually part of the healing process -- to be able to finally talk about it. Many of these people have been in psychotherapy and may have been encouraged by their therapist to be brave. Also, knowing that they will be heard now, that people will take them seriously. There was a time where it was like, why should I even bother? That's a respected coach, teacher, clergyperson -- and now, people are really respecting the voices of those who have been sexually abused. And there's also something about justice, and not only being believed and heard, but healing can come through seeking justice, and knowing that the world will now protect you.

Tony Noakes:        Oh, I'm sure it is traumatic for anyone who has been abused to come forward, given what they've experienced. With so much abuse happening so long ago, are there limits for filing claims? I mean, you mentioned time limitations earlier.

Wendy Walsh:        Yes, Tony. The answer is that prior to the last year or so, there were state statutes that would've made it impossible for victims to file claims for abuse that happened years ago, whether it be against the Boy Scouts or any other organizations. Although in most states, these limitations have been extended or removed, and this allows claims to be filed regardless of how long ago the abuse occurred, or how old the victim is now. But in the case of claims against the Boy Scouts national organization, their bankruptcy filing may establish deadlines for filing.

Tony Noakes:        So, Dr. Walsh, because of the bankruptcy filing, it is critical that claims against the Boy Scouts of America's national organization be filed by November 16th, 2020, okay. But can they be filed regardless of how long ago the abuse occurred, or how old the victims might be?

Wendy Walsh:        They certainly can. Claims by victims of sex abuse by a Boy Scout leader can be filed regardless of when that abuse occurred, or how old the victim is now. But they have to be filed within the deadlines established by the Bankruptcy Court.

Tony Noakes:        Those changes in the law giving sexual abuse victims more time to report the abuse will be helpful, given what they've gone through. Dr. Walsh, it's obvious the Boy Scouts have significant financial liability for damages to sexual abuse victims. Can you tell us about how the legal process works for victims?

Wendy Walsh:        Yes I can, Tony. So when institutions allow sexual abuse to occur, these institutions can be held liable for damages. The legal process generally involves a free consultation with an attorney with experience handling sexual abuse cases, where the legal steps for their case are then explained. Now, after that, research is done to establish the basis for the sexual abuse charges that are being claimed. The next step is for the victim's law firm to file a claim or a lawsuit against the Boy Scout organization and the perpetrator of the abuse.

Tony Noakes:        I understand there have been several major recoveries for victims of sexual abuse while in the Boy Scouts. Can you please tell us a little about that?

Wendy Walsh:        Yes, Tony, there have been a number of verdicts and settlements as a result of claims filed by Boy Scouts who have been abused. It's been reported that over $150 million in settlements have been paid since 2017, and that more than 1,400 cases are still pending. Now, earlier verdicts include an $11.8 million verdict back in 2015, and an $18.5 million one in 2010, both to former Boy Scouts who had been, sadly, abused by a Scout leader.

Tony Noakes:        Although I'm sure no amount of money can truly compensate these victims for the pain they've suffered, those awards could help victims move on with their lives. If a victim of sexual abuse while a Boy Scout decides to file a lawsuit, what type of law firm should they hire?

Wendy Walsh:        Well, it's important to remember that these cases aren't your typical personal injury cases. Victims of sexual abuse need to hire a law firm with a record of success in sexual abuse cases, and an approach that includes, you know, a high level of personal sensitivity. It's so required, this compassion and empathy for cases like these.

Tony Noakes:        What is the cost for a victim to pursue a sexual abuse claim against the Boy Scouts?

Wendy Walsh:        Well, these cases are typically handled by law firms on a contingency basis. That means the law firm pays all the costs, and only gets paid when a settlement is reached. So it costs nothing at the beginning.

Tony Noakes:        Dr. Walsh, you shared some very important information with our viewers about sex abuse problems related to the Boy Scouts of America. Let's take a moment now to let our viewers know how they can reach our Helpline, where any immediate concerns they may have can be addressed.

[transition music]

Spokesperson:       Are you a survivor of sexual abuse while in the Boy Scouts? You may be entitled to compensation, no matter how long ago the abuse happened. But your time to file a claim is limited. As a result of thousands of victims filing sexual abuse claims, the Boy Scouts have filed for bankruptcy protection, and the Bankruptcy Court has set November 16th, 2020 as the deadline for abuse survivors to file a claim. As a result of this bankruptcy, a Victims Compensation Fund is being set up that may be worth over $1.5 billion. Childhood sexual abuse takes numerous forms, including forcible rape, exposing oneself to a child or showing him or her pornographic images, or viewing or photographing a child in a sexual context. If you're a survivor of sexual abuse while in the Boy Scouts, you may be entitled to compensation no matter how long ago

the abuse happened. Call for more information with one of our compassionate counselors today. Your call is completely confidential.

[transition music]

Tony Noakes:        Welcome back to our program. I'm Tony Noakes, and with me today is Dr. Wendy Walsh. The primary topic on today's program is serious reports of sexual abuse suffered by members of the Boy Scouts. Dr. Walsh, the level of public awareness now of incidents of sexual abuse and sexual harassment in all types of settings, even beyond the Boy Scouts, seems to be so heightened today. Why do you think that is?

Wendy Walsh:        Well, I think, Tony, a lot of this began with the advent of the #MeToo movement, as people understood that there could be devastating mental health and even physical health ramifications of sexual harassment, and that sexual assault can take place not only in workplaces, but certainly in homes and in institutions. We also have reached a time where people can be more open, and people can talk about things that used to be secrets kept in families and, again, in schools and various institutions. And I think overall, victims are finding their voices. Victims are becoming braver.

Tony Noakes:        Well, that's good to hear. In terms of sexual abuse within the Boy Scouts, which I understand is one of the nation's oldest organizations for youth, this problem sounds like it's been around for a long period of time.

Wendy Walsh:        Tony, you're absolutely right. You know, based on cases filed, the problems with sex abuse within the Boy Scouts go back 70 years or more. In fact, one case recently filed against a local Northern California Boy Scout organization is for sexual abuse that occurred over 40 years ago. Now, in terms of why it didn't become a more public issue until now, reports indicate that the Boy Scout organization actually

covered up the problem for decades, making it really difficult for victims to prosecute further claims.

Tony Noakes:        Oh, my. Dr. Walsh, you mentioned activist movements like #MeToo and others having a positive effect by encouraging victims to come forward. Has this made the Boy Scouts organization be more forthcoming about addressing these claims?

Wendy Walsh:        Well yeah, Tony -- in some ways, it certainly has. Recent cases where victims of sexual abuse in all areas of society have really bravely come forward, as well as legislative actions by states, make it easier for victims who were abused years and years ago to find their voice and finally file claims. And there have been major advances for these kinds of victims. Now, another important development is the recent bankruptcy filing by the Boy Scouts of America, which has created urgency for some victims to come forward by establishing a limited time frame for victims to file a proof of claim.

Tony Noakes:        So, Dr. Walsh, victims of sexual abuse while a Boy Scout need to act now to protect their rights?

Wendy Walsh:        For claims to be considered by the bankruptcy court, they need to be filed by November 16th, 2020.

Tony Noakes:        So before we continue, I want to encourage any viewer who has concerns about having been a victim of sexual abuse while a Boy Scout to call the Helpline at any time during our program. And later in our program, we'll talk more about the rights of victims, and how they can be protected. Dr. Walsh, how big is this problem? I mean, how many Scouts have been abused?

Wendy Walsh:        Well, it's hard to tell for sure because there's so much silence around this area. But recent reports from court filings claim that over 12,000 children

have been abused by over 8,000 Boy Scout leaders. Now as I said before, indications are that the problem has existed for over 72 years.

Tony Noakes:        Oh, my. Those are incredible numbers -- 12,000 victims. And you mentioned the Boy Scouts organization successfully covered up the problem for years? How does one do that?

Wendy Walsh:        Well, the Boy Scouts are accused of protecting sexually abusive Scout leaders by simply removing them from contact with the victims without informing law enforcement or the community, or even the parents of the Scouts who had been abused. So they were protecting the organization, not the children.

Tony Noakes:        Dr. Walsh, did they take any action besides removing them from contact with victims?

Wendy Walsh:        Yeah, they did, but not one that properly addressed the problem. After removing [an] abuser from contact with that particular victim, they put them on a "perversion list," or ineligible volunteer list. And this was a way of quietly pushing them out of the organization -- again, without notifying the victims, their parents, or the authorities.

Tony Noakes:        So I'm guessing that this attempt at controlling the abuse problem was not effective -- not notifying the victims, their parents or the authorities. I mean, it sounds crazy.

Wendy Walsh:        You're right, Tony, it is hard to believe. In fact, in a Los Angeles Times report, it was noted that they found 50 instances where known pedophiles were able to rejoin the Boy Scouts after being blacklisted. Now, in some cases the files were not even checked before allowing a past offender to rejoin the Boy Scouts. And in other cases, different names and clerical or computer errors were found in the files.

Tony Noakes:        So, Dr. Walsh, it seems obvious -- the Boy Scouts made little effort to protect the children entrusted to them.

Wendy Walsh:        It certainly looks that way, Tony. The reality seems to be that there were little or no controls in place to protect children from these predators by not notifying the victims, their parents or the authorities. Many more Scouts were exposed to potential abuse.

Tony Noakes:        Dr. Walsh, with this problem going on for so long, from your perspective as a psychologist, what causes victims to not want to come forward sooner?

Wendy Walsh:        Well, it's – shame is the big one, and a lot of this abuse happens early in life. Children haven't formed their brain fully, and so they think some way that maybe they colluded. There also -- often it's a trusted coach, teacher or leader, and so they don't want to hurt this person. They may be worried about how their family will react, and also they don't want to re-live their trauma. Often when people suffer terrible things early in childhood, they suppress it because it's just too terrible to bring up again.

Tony Noakes:        Oh, I'm sure it is traumatic for anyone who has been abused [to] come forward, given what they've experienced. With so much abuse happening so long ago, are there limits for filing claims? I mean, you mentioned time limitations earlier.

Wendy Walsh:        Yes, Tony. The answer is that, prior to the last year or so, there were state statutes that would've made it impossible for victims to file claims for abuse that happened years ago, whether it be against the Boy Scouts or any other organizations. Although in most states, these limitations have been extended or removed, and this allows claims to be filed regardless of how long ago the abuse occurred, or how old the victim is now. But in the case of claims against the Boy Scouts national organization, their bankruptcy filing may establish deadlines for filing.

Tony Noakes:         So Dr. Walsh, because of the bankruptcy filing, it is critical that claims against the Boy Scouts of America's national organization be filed by November 16th, 2020. Okay, but can they be filed regardless of how long ago the abuse occurred, or how old the victims might be?

Wendy Walsh:         They certainly can. Claims by victims of sex abuse by a Boy Scout leader can be filed regardless of when that abuse occurred, or how old the victim is now. But they have to be filed within the deadlines established by the Bankruptcy Court.

Tony Noakes:         Those changes in the law giving sexual abuse victims more time to report the abuse will be helpful, given what they've gone through. Dr. Walsh, it's obvious the Boy Scouts have significant financial liability for damages to sexual abuse victims. Can you tell us about how the legal process works for victims?

Wendy Walsh:         Yes, I can, Tony. So when institutions allow sexual abuse to occur, these institutions can be held liable for damages. The legal process generally involves a free consultation with an attorney with experience handling sexual abuse cases, where the legal steps for their case are then explained. Now, after that, research is done to establish the basis for the sexual abuse charges that are being claimed. The next step is for the victim's law firm to file a claim or a lawsuit against the Boy Scout organization and the perpetrator of the abuse.

Tony Noakes:         I understand there have been several major recoveries for victims of sexual abuse while in the Boy Scouts. Can you please tell us a little about that?

Wendy Walsh:         Yes, Tony, there have been a number of verdicts and settlements as a result of claims filed by Boy Scouts who have been abused. It's been reported that over $150 million in settlements have been paid since 2017, and that more than 1,400 cases are still pending. Now, earlier verdicts include an $11.8 million verdict back in 2015, and an $18.5 million one in 2010, both to former Boy Scouts who had been, sadly, abused by a Scout leader.

Tony Noakes:        If a victim of sexual abuse while a Boy Scout decides to file a lawsuit, what type of law firm should they hire?

Wendy Walsh:        Well, it's important to remember that these cases aren't your typical personal injury cases. Victims of sexual abuse need to hire a law firm with a record of success in sexual abuse cases, and an approach that includes a heightened level of personal sensitivity. It's so required, this compassion and empathy for cases like these.

Tony Noakes:        What is the cost for a victim to pursue a sexual abuse claim against the Boy Scouts?

Wendy Walsh:        Well, these cases are typically handled by law firms on a contingency basis. That means the law firm pays all the costs, and only gets paid when a settlement is reached. So it costs nothing at the beginning.

Tony Noakes:        Dr. Walsh, thanks for joining us on today's program. The information you shared with our viewers will be helpful to anyone who has suffered sexual abuse while a member of the Boy Scouts or know someone who has.

Wendy Walsh:        Thanks for having me here, Tony.

Sheldon Law Group Part 4

Female Voice:        Are you a survivor of sexual abuse while in the Boy Scouts? You may be entitled to compensation, no matter how long ago the abuse happened. But your time to file a claim is limited. As a result of thousands of victims filing sexual abuse claims, the Boy Scouts have filed for bankruptcy protection. And the bankruptcy court has set November 16th, 2020, as the deadline for abuse survivors to file a claim. As a result of this bankruptcy, a victims' compensation fund is being set up that may be worth over $1.5 billion. Childhood sexual abuse takes numerous forms, including forcible rape,

exposing oneself to a child, or showing him or her pornographic images, or viewing or photographing a child in a sexual context.

Are you a survivor of sexual abuse while in the Boy Scouts? You may be entitled to compensation, no matter how long ago the abuse happened. Call for more information. With one of our compassionate counselors today, your call is completely confidential.

Male Voice:    This is a paid advertisement for the Sheldon Law Group.

End of recording.

## **EXHIBIT B-2**

sheldon-law-group-boy-scouts-abuse-helpline

[intro music]

Tony Noakes:        Welcome to today's program. I'm Tony Noakes. And with me today
is Dr. Wendy Walsh. Our topic on today's program will be of interest to any of our
viewers who have suffered sexual abuse while a member of the Boy Scouts or know
someone who has. Dr. Walsh, thank you so much for joining us today.

Wendy Walsh:        Thanks, Tony. I'm happy to be here.

Tony Noakes:        In terms of sexual abuse within the Boy Scouts – which I
understand is one of the nation's oldest organizations for our youth – this problem
sounds like it's been around for a long period of time.

Wendy Walsh:        Tony, you're absolutely right. You know, based on cases filed, the
problems with sex abuse within the Boy Scouts go back 70 years or more. In fact, one
case recently filed against a local Northern California Boy Scout organization is for
sexual abuse that occurred over 40 years ago. Now in terms of why it didn't become a
more public issue until now, reports indicate that the Boy Scout organization actually
covered up the problem for decades, making it really difficult for victims to prosecute
further claims.

Tony Noakes:        Dr. Walsh, the level of public awareness now of incidents of sexual
abuse and sexual harassment in all types of settings – even beyond the Boy Scouts –
seems to be so heightened today. Has this made the Boy Scouts organization be more
forthcoming about addressing these claims?

Wendy Walsh:        Well, yeah, Tony. In some ways, it certainly has. Recent cases
where victims of sexual abuse in all areas of society have really bravely come forward,
as well as legislative actions by states, make it easier for victims who were abused

years and years ago to find their voice and finally file claims. And there have been major advances for these kinds of victims.

Now another important development is the recent bankruptcy filing by the Boy Scouts of America, which has created urgency for some victims to come forward by establishing a limited timeframe for victims to file a proof of claim.

Tony Noakes:        So, Dr. Walsh, victims of sexual abuse while a Boy Scout need to act now to protect their rights?

Wendy Walsh:       For claims to be considered by the bankruptcy court, they need to be filed by November 16th, 2020.

Tony Noakes:        Dr. Walsh, how big is this problem? I mean, how many Scouts have been abused?

Wendy Walsh:       Recent reports from court filings claim that over 12,000 children have been abused by over 8,000 Boy Scout leaders. After removing the abuser from contact with that particular victim, they put them on a perversion list – or ineligible volunteer list. And this is a way of quietly pushing them out of the organization without notifying the victims, their parents, or the authorities.

Tony Noakes:        If a victim of sexual abuse while a Boy Scout decides to file a lawsuit, what type of law firm should they hire?

Wendy Walsh:       Well, it's important to remember that these cases aren't your typical personal injury cases. Victims of sexual abuse need to hire a law firm with a record of success in sexual abuse cases and an approach that includes, you know, a high level of personal sensitivity. It's so required, this compassion and empathy for cases like these.

Tony Noakes:        What is the cost for a victim to pursue a sexual abuse claim against the Boy Scouts?

Wendy Walsh:        Well, these cases are typically handled by law firms on a contingency basis. That means the law firm pays all the costs and only gets paid when a settlement is reached. So, it costs nothing at the beginning.

Tony Noakes:        Dr. Walsh, you've shared some very important information with our viewers about sex abuse problems related to the Boy Scouts of America. Let's take a moment now to let our viewers know how they can reach our helpline, where any immediate concerns they have can be addressed.

Female Voice:        Are you a survivor of sexual abuse while in the Boy Scouts? You may be entitled to compensation, no matter how long ago the abuse happened. But your time to file a claim is limited. As a result of thousands of victims filing sexual abuse claims, the Boy Scouts have filed for bankruptcy protection. And the bankruptcy court has set November 16th, 2020, as the deadline for abuse survivors to file a claim. As a result of this bankruptcy, a victims' compensation fund is being set up that may be worth over $1.5 billion.

Childhood sexual abuse takes numerous forms, including forcible rape, exposing oneself to a child, or showing him or her pornographic images, or viewing or photographing a child in a sexual context. If you're a survivor of sexual abuse while in the Boy Scouts, you may be entitled to compensation no matter how long ago the abuse happened. Call for more information. With one of our compassionate counselors today, your call is completely confidential.

Tony Noakes:        Dr. Walsh, thanks for joining us on today's program.

Wendy Walsh:        Thanks for having me here, Tony.

Tony Noakes:        And thank you for watching.

[outro music]

Male Voice:   This is a paid advertisement for the Sheldon Law Group.

End of recording.

## EXHIBIT B-3

SHELDON LAW GROUP:

http://mms.tveyes.com/PlaybackPortal.aspx?SavedEditID=28422cfa-a791-47a2-be0d-0288724eefe1

Announcer: Are you a survivor of abuse while in the Boy Scouts? You may be entitled to compensation no matter how long ago the abuse happened. But your time to file a claim is limited. Call 800-615-8875, that's 800-615-8875 for more information. As a result of thousands of victims filing sexual abuse, the Boy Scouts of America filed for bankruptcy protection and the bankruptcy court has said November 16, 2020 as the deadline for abuse survivors to file a claim. As a result of this bankruptcy, the victim's compensation fund is being set up that may be worth over 1.5 billion dollars. Childhood sexual abuse takes numerous forms including forceable rape, exposing oneself to a child or showing her or him pornographic images or viewing or photographing a child in a sexual context. If you are a survivor of sexual abuse while in the Boy Scouts, you may be entitled to compensation. Call 800-615-8875. That's 800-615-8875 for more information. Your call is completely confidential. Sponsored by Sheldon Law Group.

End of recording.

**<u>EXHIBIT C-1</u>**

LAWYERS_1-800-LAW-HELP_BOY_SCOUTS_ABUSE_1

Announcer:   Were you sexually abused while in the Boy Scouts? If so, you're not alone. In response to thousands of victims that have filed claims, the Boy Scouts filed for bankruptcy protection. The Victims Compensation Fund may be worth over $1.5 billion. If you were sexually abused while in the Boy Scouts, you may be eligible to file a claim, no matter how long ago it happened. Your time to file a claim during bankruptcy is limited. Call 1-800-LAW-HELP now to see if your claim -

End of recording.

## **EXHIBIT C-2**

LAWYERS_1-800-LAW-HELP_BOY_SCOUTS_ABUSE_2

Announcer:   If you were a victim of sexual abuse while in the Boy Scouts, you may be entitled to significant monetary compensation. The Boy Scouts have set up a compensation fund for victims of sexual abuse. However, there is now a deadline to file your claims. New laws allow you to file the claim regardless of how long ago it happened, and your claim may remain anonymous. Let us help you get the compensation you deserve. Call 1-800-LAW-HELP to file your claim. Don't let your time run out. Call 1-800-LAW-HELP now.

End of recording.

# EXHIBIT C-3

LAWYERS_1-800-LAW-HELP_BOY_SCOUTS_ABUSE_15_3

Announcer:    A deadline has been set for victims of sexual abuse to file a claim with the Boy Scouts Victim Compensation Trust. Call 1-800-LAW-HELP today to file your claim.

End of recording.

**<u>EXHIBIT C-4</u>**

LAWYERS_1-800-LAW-HELP_BOY_SCOUTS_ABUSE_15

Announcer:   Were you sexually abused while in the Boy Scouts? In response to thousands of abuse claims, the Boy Scouts have filed for bankruptcy protection. There may be a fund worth over $1.5 billion for victims of abuse. Call 1-800-LAW-HELP now to file your claim.

End of recording.

## **EXHIBIT C-5**

LAWYERS_1-800-LAW-HELP_BOY_SCOUTS_ABUSE_15_2

Announcer:    The Boy Scouts have set up a compensation fund for victims of sexual abuse. However, there is now a deadline to file your claim. Let us help you get the compensation you deserve. Call 1-800-LAW-HELP to file your claim before the deadline.

End of recording.

## **EXHIBIT D**

Male Voice:   This is a paid advertisement for Herman Law.

[intro music]

Wendy Walsh:        Welcome to today's program. I'm Dr. Wendy Walsh. And with me today is sex abuse attorney Jeff Herman, a nationally recognized trial lawyer and advocate for survivors of rape, sexual abuse, and sexual exploitation. Jeff's firm, Herman Law, is one of the nation's most prominent personal injury law firms specializing in the representation of victims of sexual abuse in civil cases. Jeff, thanks so much for being here.

Jeff Herman: Thanks for having me. Dr. Walsh.

Wendy Walsh:        Based on your experience, who are the typical perpetrators?

Jeff Herman: So, interesting. You know, if you ask somebody, why do bank robbers rob banks? Because that's where the money is. And so the same thing holds true for child predators; we find them where the kids are. Now of course, there is a huge number of predators that are familial type of relationships and incest relationships, stepparents. And that's really unfortunate. But the work that I do typically involves institutional defendants. And the institutions that I see most times are the Catholic Church by far; other churches and temples, absolutely – there's predators there; schools; Boy Scouts; foster homes; orphanages. Any place where there's kids, there's going to be predators.

You know, and people ask me, well, you know, why so much in the Catholic Church? You know, why is that? And unfortunately, what we know is that this is not a new problem for the Catholic Church. And for decades, even hundreds of years, the Church has known that priests were masquerading as men of God and using their position in the Church to get access to kids and molest them. And part of the problem is that the Church has always believed in this secrecy. And in fact, there's what they call canons of law, which are the guidelines the Church follows that requires them – the

Church – to keep things secret. And so for a predator, it was the perfect place to go – because if they had access to kids and if they got caught, they would be protected. And the Church became a refuge because it was well-known that the Church was protecting predators. They were covering it up. They were sending them to different churches. And so there's a huge problem.

Wendy Walsh:        Now Jeff, when I hear you talking like this, it makes me wonder: Are you attacking religions? Are you attacking specific churches?

Jeff Herman: Right. I get that question a lot. What I'm doing is protecting children. I don't care what denomination the perp comes from. I don't care if it's a Catholic priest, a Buddhist priest, a Jewish rabbi; if they're molesting children, I'm coming after them.

Wendy Walsh:        Well, you talk about religious institutions. But what about schools?

Jeff Herman: I see this all the time, in my experience. I get cases – unfortunately, way too often – where there's a man working at a preschool or a daycare that's molested kids there. And I will tell you, it's almost always the man who's working there. In fact, when I get a case, it's usually the only man working at the preschool or the daycare. And so this is a real problem. And I think parents and institutions need to be more serious about protecting kids. If there's a man working in a preschool, I want to know why he's working there. And I want to make sure there are no red flags. And if there are, I want erring on the side of caution and that person removed. Too often, I get cases where there were warning signs and there were reports, and the man was left in the preschool with these very vulnerable little kids.

Wendy Walsh:        You know, Jeff, in cases that involve public or private entities, like schools, religious institutions, or scouts, do they have liability for damages to these victims?

Jeff Herman: Yes, they do. And these cases typically that I file are a negligence case. And a negligence case is premised on the principle that if a school, or a church, or a youth league has a special relationship with your child – meaning they're participating – then the law says that they have a legal duty to protect your child from foreseeable harm. We like to say as lawyers that the institution knew or should have known that this man was unsafe to be around children. Unfortunately, I find that it's a very common denominator in all these abuse cases to see that this person – the predator – has crossed boundaries with children. A man that crosses boundaries is a man that may molest a child. I think the best way to protect kids is to expose predators and the institutions that enable them.

Wendy Walsh:        Now, Jeff, I've been doing my research, and I'm having a hard time getting my head around this particular stat. Is it true that hundreds or potentially thousands of priests have been identified as pedophiles in America?

Jeff Herman: Yes. There are thousands of priests that have been accused of molesting children in the Catholic Church. It's an astounding number. But my understanding is that 80% of the victims have not yet even come forward. That means there's thousands and thousands more of priests who have never been identified because there was no way for these victims to expose them through the legal process.

Wendy Walsh:        That's good to know. Now I'm sure the information you provided today will be helpful to anyone who's suffered sexual abuse or knows someone who has. Can you tell our viewers more about your particular firm and how you guys are different from other personal injury firms in the way specifically that you handle sexual abuse cases?

Jeff Herman: Sure. I mean, all that we do are sex abuse cases. And so my whole firm is geared up to empowering victims and help them heal. And that begins with the first phone call. And what I know the most important thing to do when that person calls me is

for me to listen and to help them tell their story – and to receive that story in a positive way.

Give you an example where I thought it was not handled correctly and they came to me is: A person called me, and they were upset. And they had called another law firm. And they were explaining their story, and the response from the other firm was, well, why didn't you run? Why didn't you scream?

Wendy Walsh:          [gasps]

Jeff Herman: And of course that's an inappropriate response. And that's not understanding about why victims feel guilty and why they're compliant. Of course they don't scream and run; we know that. But their story needs to be heard in a positive way. And they need to be reassured that it's not their fault. And so the first thing is to listen and to help them tell their story. And by doing that, I think they begin to feel this sense of having a voice. Ultimately, that's what we want – is to give them a voice.

Male Voice:   Coming forward about the sexual abuse I'd experienced as a child was one of the hardest things that I have ever done. But the attorneys at Herman Law gave me a voice. They enabled me to take control and to fight back. And I no longer feel that I'm a victim; I'm a survivor. And I owe so much of that to the good people at Herman Law.

Jeff Herman: And so it begins there. When we file the cases and when we're proceeding with discovery, it's really important to understand that this is everything to our clients. This is their life. And so our job is to give them that security; to give them that empowerment. And I think because that's all that we do at Herman Law – is represent victims of sexual abuse – we help victims heal.

And I will tell you, the best thing for me – I've been doing this a long time now; since 1997 – is that every year, I hear from victims who are survivors – especially when

they were kids and now they're adults. Either their parents call me or they'll send me an email and they're telling me how great things are for them. I have kids I represented who are now lawyers, and doctors, and therapists, and just out there living happy and healthy lives. And their parents write me to thank me. And for me, that's everything. That's so rewarding. And that's why I love what I do.

Wendy Walsh:      It sounds like the big reward. You know, if you or someone you love has suffered sexual abuse as a child, I want you to know that the attorneys at Herman Law are here to advocate for you. They dedicate 100% of their practice to representing survivors of child sex abuse in civil cases. And they've obtained hundreds of millions of dollars in verdicts and settlements in child sex abuse cases. Please call the number on your screen now. Remember, the consultation is completely confidential and it's free. Call Herman Law now.

[outro music]

Jeff Herman: Hi. I'm sex abuse attorney Jeff Herman. My job is to help victims heal by giving them a voice and holding organizations accountable. If you or a loved one were sexually abused as a child, new law –

Jeff Herman: – you to file a civil lawsuit for a limited period of time. It doesn't matter how old you are or how long ago it happened. I bring claims for adults who were sexually abused as children by their priests, foster parents, teachers, Boy Scout leaders, and coaches; 90% of sexual abuse victims are abused by somebody they know, not a stranger. Most victims are groomed or seduced by their predators. The grooming process causes kids to become compliant victims. I understand this. I have exclusively represented victims of sexual abuse for over 20 years. I've recovered hundreds of millions of dollars for victims. But more importantly, I've helped my clients heal by telling their story. Now you can get justice and be compensated for the years of pain and suffering. Contact me to learn more.

Wendy Walsh:        Welcome back to our program. For those viewers just joining us, I'm Dr. Wendy Walsh. And with me today is attorney Jeff Herman, a nationally recognized trial lawyer and advocate for survivors of rape, sexual abuse, and sexual exploitation. Now, Jeff, there have to be some warning signs, right, that parents should be aware of – those kind of red flags you hear about. Can you help parents understand what could be the red flags?

Jeff Herman: Sure, sure.  And actually, I even developed an app for this. It's called Safe Parent, and people can find that in the app stores. But what it is is, I went through statistically and I evaluated through all my experience, what are the common red flags that parents might look out for? And so I designed this quiz that's for parents to do with their children. And the quiz has questions. It's designed. You ask your child about a man who's in your child's life. I use a man because 90% of predators are males. It's a stat, and that's what it is. So, the questions are, for example, does this man want to spend time alone with your child? Does the man coach your child's team and not have kids on the team? That doesn't mean every coach is a predator, but it's a red flag. I want to know why this person's coaching.

Wendy Walsh:        Mm-hmm. You look at the cumulative amount of these flags.

Jeff Herman: Exactly. Does this person offer alcohol or drugs to my child? Does this man communicate on social media with my child? Does this man tickle or touch and roughhouse with my child – any kind of touching? Does he want to take them on overnight trips? You know, a lot of it's common sense, but people don't want to think about predators that are friends in that way – you know, people that we know. You know, it's very easy – when you think of the word "pedophile," what comes to mind is a monster, right, in their trench coat, maybe with a knife on him.

        But that's not who the real predator is that we typically see. And so the real pedophile, in his mind, loves children. If you ask a predator, would you ever hurt a child? They would say, no, I love children – because in their mind, they are being loving.

And so they're usually the charismatic person who loves kids and just wants to hang out with your kids.

Wendy Walsh:        And I've heard that parents can't get their heads around it sometimes because that person is such a close family friend.

Jeff Herman: Yes, and the parents are often groomed, as well.

Wendy Walsh:        Oh yeah.

Jeff Herman: I mean, you'll see the predator talk to these parents about how wonderful their kids are. And everyone wants to hear how cute their kid is. And here's the tough call: It's not tough when I say it; it's tough in reality, though. If somebody makes you uncomfortable, remove them from your child's life. You eliminate almost the entire problem. Now it's easy to say that; it's much tougher to do when it's an uncle, or a grandfather, or a coach. Ninety percent of kids that are abused are abused by somebody they know. It's not typically the stranger. You know, we used to grow up learning about Stranger Danger. Well, strangers can be dangerous.

But statistically speaking, kids are more likely to be abused by somebody they know. And the way that this person – the predator – accomplishes that is, they groom or seduce the child. Grooming is a process that a predator uses to gain their trust. It may start off with a simple pat on the shoulder; sit on my lap; different things to gain the child's trust. Once the predator gains your child's trust, they eventually lead it to sexual abuse. And so what happens is, the victim becomes what we call a compliant victim. That means they're participating in the sex. They're obviously not consenting; they're kids. But because they are compliant and are participating, they think they've done something wrong.

Male Voice:   I was first sexually abused by a priest when I was nine years old. I didn't know what was going on or what was happening. I blamed myself for what happened

for so many years. I didn't tell anybody about it – not my family, not my friends, not my wife.

Jeff Herman: The other thing that happens is that kids, when they are sexually abused, they're traumatized. Many develop posttraumatic stress disorder – you know, PTSD. And it isn't until much later on in life when people are reflecting on their lives that they connect the problems they may be having in life with the sexual abuse that they suffered as a child. And so the combination of these factors makes it very difficult and not unexpected that victims will wait years and sometimes decades to come forward.

Wendy Walsh:        Right – and especially when they were so young, when their brain was developing. And they need a fully formed adult brain to look back on their life and see that connection.

Jeff Herman: And here's the one message I'd like to give parents – which is that you should never leave your child alone with a man until your child is old enough to understand that the person most likely to molest them is the person you're telling them to trust.

Wendy Walsh:        You know, one of the things you mentioned is the feelings of shame and embarrassment that so many victims feel about this abusive experience. And for many of them, that's the big issue; it's the big stumbling block. Can you tell us about privacy concerns? How do you protect victims' privacy?

Jeff Herman: Sure. Yeah, I know there's a lot of victims out there who are hesitant to come forward because of their privacy concerns. So, the first thing is is that if a victim chooses, they can file under what's called a pseudonym – which is a John Doe. So, their names never have to be used; their names are never out there in public. And they can maintain their privacy. I mean, that's important. Some victims want their names out there; some don't. It's a personal decision. It does not impact the case at all. In fact, that's one of those things where I tell the victims, this is your choice. Empower yourself

to decide how you want to handle it. And so their names are never used. To the extent that the records are requested, there's confidentiality agreements. And so they are protected.

Wendy Walsh:       One other – I'm sure – barrier to entry for many former victims is cost. They worry this is going to cost a lot of money. Can you give us an idea what it could cost them?

Jeff Herman: Sure. Well, it doesn't cost them anything to hire me. I do all these cases on a contingency fee – meaning that I only get paid if and when I recover money for them. I get paid a percentage from what I recover. Same thing with costs; I advance all the costs in the cases. And those get paid back at the end. If there's nothing ever recovered, they never owe anything. So, there's really no cost. It doesn't literally cost them anything.

Wendy Walsh:       Wow. That's good to know. And your firm has a very impressive record of recoveries for sexual abuse victims. Can you tell us, like, what kinds of recoveries people might expect?

Jeff Herman: Well, every case is different. I believe any time an adult has molested a child, the damages are into the millions of dollars.

Wendy Walsh:       Wow.

Jeff Herman: What I can tell you are verdicts that I've had. I mean, I've had verdicts ranging in a Catholic priest case of over $100 million.

Wendy Walsh:       To one victim?

Jeff Herman: To one victim.

Wendy Walsh:        Oh.

Jeff Herman: And I've had verdicts against institutions – charter schools – and $5 million, $3 million. I mean, it's a range; every case is different. But I think these are significant cases.

Wendy Walsh:        I have to say, those are some significant recoveries. And when I do hear those numbers, the first thing I think is, wow, the damages must have been so great – the personal damage to these victims. I'm sure that no amount of money can truly compensate these victims for all the pain they've suffered.

        If you or someone you love has suffered sexual abuse as a child, I want you to know the attorneys at Herman Law are here to advocate for you. They dedicate 100% of their practice to representing survivors of child sexual abuse in civil cases. And they've obtained hundreds of millions of dollars in verdicts and settlements in child sex abuse cases. Please call the number on your screen now. Remember, the consultation is completely confidential and it's free. Call Herman Law now. We'll be right back.

[outro music]

Jeff Herman: Hi. I'm sex abuse attorney Jeff Herman. My job is to help victims heal by giving them a voice and holding organizations accountable. If you or a loved one were sexually abused as a child, new laws may allow you to file a civil lawsuit for a limited period of time. It doesn't matter how old you are or how long ago it happened. I bring claims for adults who were sexually abused as children by their priests, foster parents, teachers, Boy Scout leaders, and coaches; 90% of sexual abuse victims are abused by somebody they know, not a stranger. Most victims are groomed or seduced by their –

Jeff Herman: The grooming process causes kids to become compliant victims. I understand this. I have exclusively represented victims of sexual abuse for over 20 years. I've recovered hundreds of millions of dollars for victims. But more importantly,

I've helped my clients heal by telling their story. Now you can get justice and be compensated for the years of pain and suffering. Contact me to learn more.

[intro music]

Wendy Walsh:      Welcome back to our program. For those viewers who are just joining us, I'm Dr. Wendy Walsh. And with me today is attorney Jeff Herman, a nationally recognized trial lawyer and advocate for survivors of rape, sexual abuse, and sexual exploitation. Now, Jeff, based on your experience in sexual abuse cases, though – especially those involving children – let's talk more about posttraumatic stress disorder. You touched on it, but it's a very real diagnosis.

Jeff Herman: Yeah. And this is one of the keys to understanding what victims have gone through and how they can move forward to heal. And I say healing's a journey; it's not a destination. You know, victims know better than anybody, there's no snap of the fingers and they're healed. It's a process. But there's milestones in that process. And one of those milestones is really starting to deal with the PTSD or the posttraumatic stress disorder.

So, and to explain what I'm talking about, a good example, I think, is, if a person was walking through the woods on a leisurely hike and, all of a sudden, a bear came charging at them, we go into what's called the stress response. And our brain releases various chemicals, including adrenaline. And then there's all these physiological changes that take place in order to prepare for this trauma of the bear attacking us. People refer to that as going into fight, or flight, or freeze. And it's an instantaneous decision that the brain will make in order to determine, what is the best way for survival? And so, you know, we've evolved this way. The mind races in order for us to determine what the safest course of action is.

So, for a child who's been sexually abused, they often develop posttraumatic stress disorder. And they also will have these triggers. And so for a child who's

developed PTSD, there are subconscious and conscious triggers. A conscious trigger will be, they're sending them back to school. They have to go back to the classroom, or back to church, or back to Boy Scouts – wherever they were abused; the scene of the crime is an obvious trigger. Driving past the institution where they were abused. There are triggers – could be, for example, the smell, the cologne that the abuser was wearing. Or oftentimes, kids will see someone, even as adults, who looks like their perpetrator, and that's a trigger. So, when these triggers happen to a child who was sexually abused, all of a sudden, they're feeling the same kinds of feelings they had while they were being abused.

Now I will say most kids, in my experience, who were sexually abused go into the freeze state. That's where they almost – it's like playing dead, and that's a very common response, because it's so dangerous. And as a child, your brain decides, play dead, because you might be killed if you don't. And that's what the child thinks.

And so their subconscious triggers could be something that you don't even recognize as a trigger but something in your brain is reminded of the perpetrator, of the abuse – and all of a sudden, out of nowhere, you're having an anxiety attack. And Dr. Walsh, as you know, when a child is sexually abused, oftentimes it's their first sexual experience.

Wendy Walsh:        Mmm.

Jeff Herman: Now that child, as they grow up, every time they have a sexual relationship, it's a trigger. And that is so unfair and so difficult to live with. You know, triggers I've heard from victims – tell me stories of the way a priest touched on the back of their head, or the way the – the words that were used by the perpetrator. So, all these things impact relationships. And when you're reacting to triggers in a sexual relationship, it interferes with your relationship. That makes you depressed. People start self-medicating. They may drink. They may turn to drinks. That makes them depressed.

And then as you mentioned, there's real medical issues that develop as a result of being sexually abused.

Another thing that we see oftentimes is, when people are going to sleep at night, they're relaxing, you know, and your mind starts to wander. Now let's say the trigger's over here. You're trying to relax and think about all these nice things in your day, and eventually, as you're going to sleep, your mind wanders to that trigger – and then boom, your brain releases this adrenaline, you're having an anxiety attack, and the last thing you can do now is fall asleep. That's why many victims of sexual abuse have difficulty sleeping; it's because of these triggers. Or they might have a dream where the trigger goes off, and they wake up, and they're sweating, and they don't know why. It's because it's a trigger.

And so dealing with this PTSD and understanding what the cause of the PTSD is is very important in helping victims heal. And that's really what it's about. And whenever I get a case, the first thing that I tell my client is that this case is about helping you heal; everything else will follow. You know, I want you to tell your story and have a voice. That's the most important thing I can do. I know, you know, that the case – eventually, you know, we'll file and move down the process. But being able to have a voice and have a measure of justice – there is healing that can come from that.

Wendy Walsh:        Oh yeah, there certainly is. Now you mentioned that if a victim suffered sexual abuse years ago, as a child – so many are reluctant to come forward, given the emotional issues you've just been talking about. But what are the reasons for victims to come forward now, after so much time has passed? What helps them come forward? What's the benefit?

Jeff Herman: Right. Well, right now, there are victims out there who are determining what to do; trying to figure out, do I come forward? Do I tell my family? Do I call a lawyer? Do I call a therapist? And what we see is that the reasons they're coming forward now is because there's this collective empowerment taking place. You know,

when it's just you against the big Catholic Church, it's a scary thing. And victims don't feel safe to come forward. But I often see, when another victim of a particular priest has come forward, then the person thinks, you know what? I'm not alone. It wasn't my fault. I was a victim. Because even today, as an adult, thinking about the abuse – the victims think about it through the lens of their child. And so it's hard to come forward. But that empowerment they get from another victim coming forward and standing up enables and empowers other victims to come forward. And they see that.

You know, I think for a lot of victims – and there was a victim who – a survivor who recently shared this to me – and he said, you know, I've been thinking about this for three years – whether or not I was going to come forward.

Male Voice:   When I first came forward about what happened to me as a child, I didn't know where to go or who to turn to. But I'm glad I reached out to Jeff Herman and the attorneys at Herman Law. They made the process as comfortable as it could possibly be. And I know that they've been fighting for me every step of the way.

Jeff Herman: Obviously, it's a scary thing. But when you see other victims who have taken the step and survived – and, in fact, are thriving and beginning to heal – we hope that that enables them to come forward.

Wendy Walsh:        Jeff, I want to thank you so much for joining our program today. The information that you are sharing with people is so invaluable to parents out there, to kids, and to any adult who has suffered sexual abuse or knows somebody who has.

Jeff Herman: Thanks for having me on, Dr. Walsh.

Wendy Walsh:        If you or someone you love has suffered sexual abuse, I want you to know the attorneys at Herman Law are here to advocate for you. They dedicate 100% of their practice to representing survivors of sexual abuse in civil cases. And they've obtained hundreds of millions of dollars in verdicts and settlements in sex abuse

cases. Please call the number on your screen now. Remember, the consultation is completely confidential and it's free. Call Herman Law now.

[outro music]

Male Voice:   This is a paid advertisement for Herman Law.

Male Voice:   The preceding was a sponsored program. KCOP is not responsible for any claims made by the sponsor.

End of recording.

**<u>EXHIBIT E</u>**

LAWYERS_COHEN_BOY_SCOUT_ABUSE


Announcer 1:        This is a paid advertisement for legal services by the Law Office of Cohen & Jaffe. Attention former Boy Scouts -- if you were a victim of sexual abuse by an adult Scout leader, you may be entitled to significant financial compensation for your pain, suffering and other damages. Call our Boy Scouts Abuse Helpline today for a free and confidential consultation. Our attorneys may be able to get you the financial compensation you deserve while you remain anonymous.


Announcer 2:        Call 800-471-8845.


End of recording.

## EXHIBIT F-1

LAWYERS_AVA_CHILD_SEXUAL_ABUSE


Announcer 1:        Countless innocent children were sexually molested by adult scout leaders. The Boy Scouts of America's own secret files reveal that since 1910, they admitted into scouting thousands of child molesters. If you were abused in a scouting program, you are not alone. Come forward. New laws may allow you a path to significant financial compensation. Call now.


Announcer 2:        Call 1-800-366-0758. Again, that's 1-800-366-0758.


End of recording.

**<u>EXHIBIT F-2</u>**

LAWYERS_AVA_CHILD_SEXUAL_ABUSE_60

Announcer 1:        It happened in thousands of Scout troops across America. For decades, countless innocent children were sexually molested by adult scout leaders. The Boy Scouts of America's own secret files reveal that since 1910, they admitted into scouting thousands of child molesters that it knew or should have known were unfit to work with children. We are attorneys representing survivors of Scout leader sexual abuse. If you were abused in a scouting program, you are not alone. Come forward and get the help and healing you deserve. Protect tomorrow's children -- identify your abuser and help put a stop to the cover-up. Even if you've been told that you were too late for justice, new laws may allow you a path to significant financial compensation. Call Abused in Scouting for a free confidential consultation. We have skilled and compassionate people standing by to take your calls.

Announcer 2:        Call 1-800-366-6561. Again, that's 1-800-366-6561.

End of recording.

# EXHIBIT F-3

ava-law-group-inc-boy-scouts-of-america

Male Voice 1:        This is a paid advertisement for legal services sponsored by attorney Andrew Van Arsdale.

        Attention, Boy Scouts of America sexual abuse survivors. The BSA has declared bankruptcy, which will ensure financial compensation for abuse survivors. But you must file your claim on or before November 16th, 2020, or you may lose your rights to hold the Boy Scouts accountable forever. Thousands of men have joined Abused in Scouting in the past 18 months to stand up together and have their voices heard. The Boy Scouts of America have already taken your innocence from you. Do not let them take your opportunity for justice from you, too. If you were abused as a member of the Boy Scouts, your time to act is almost gone. Stand with us. Let your story be heard. And contact Abused in Scouting today for a free confidential consultation. Call us right now.

Male Voice 2:        Call 800-554-0653. That's 800-554-0653.

End of recording.

## **EXHIBIT G**

LAWYERS_MORELLI_SEXUAL_ABUSE

Announcer:   Were you a victim as a child of sexual abuse involving the Catholic clergy, other religious organizations, the Boy Scouts or another community group? Now is the time to hold these abusers accountable. How? You call Morelli Law, the New York law firm with over $1 billion secured for its clients. If you or your children were a victim of childhood sexual abuse involving the Catholic clergy, other religious organizations, the Boy Scouts or another community group, even if the abuse happened decades ago, call now.

End of recording.

## EXHIBIT H

LAWYERS_MORGAN_BOY_SCOUTS_ABUSE_60

Announcer 1:        If you or your child attended Boy Scouts of America, you need to hear this message. I'm attorney Mike Morgan. As a dad of two boys, nothing is more important to me than protecting them and their safety. Unfortunately, many people have now learned that the Boy Scouts of America failed to do just that. They've betrayed our trust and abused our children. We believe the Boy Scouts should be held responsible, and we are representing those who have been abused by their Scout leaders. I can't imagine your pain and anger. Your abuse should never have happened, and while nothing will ever make it right, you deserve compensation and closure. After the Boy Scouts recently filed for bankruptcy, the window to hold them accountable is very limited. So please call us today. Your call is confidential, and our dedicated staff have years of experience in working with people who were abused. We are able to provide a consultation and sign up your case from the comfort of your home, and there is no fee unless we recover for you.

Announcer 2:        Call 833-937-1668. 833-937-1668.

End of recording.

**<u>EXHIBIT I</u>**

LAWYERS_SAH_BOY_SCOUT_ABUSE_60


Announcer:            Attention former Boy Scouts and Cub Scouts -- if you were sexually abused by an adult Scout leader, even if it happened decades ago, listen closely, as you may be entitled to substantial financial compensation. With assets reportedly in the billions, the Boy Scouts of America have agreed to set up a Victim Compensation Fund to compensate victims of child sexual abuse. Our attorneys can file a claim and get you justice and closure, even if the abuse happened decades ago. If you suffered abuses from Scout leaders and those who knew about the abuse but failed to stop it, call our law firm's 100 percent confidential Scout Abuse Helpline at 800-951-8641. Our attorneys may be able to get you substantial compensation while you remain completely anonymous. But time is quickly running out to file a claim, so call 800-951-8641 right now to learn if you are eligible to seek justice and compensation while remaining completely anonymous. Call 800-951-8641. That's 800-951-8641. 800-951-8641.


End of recording.

**<u>EXHIBIT J-1</u>**

LAWYERS_SASLH_CHURCH_SEXUAL_ABUSE

Announcer:   Are you a survivor of sexual abuse by a Catholic priest, clergy member, teacher, coach or any adult involved within an organization as I was? Time may be running out to file a claim. Recent legislation passed in a number of states across the nation allow survivors of childhood sexual abuse additional time to file claims against the perpetrators of their abuse. A number of sexual abuse claims have already been settled by the members of the Catholic clergy and Boy Scouts of America. Call for more information with one of our compassionate counselors.

End of recording.

## EXHIBIT J-2

LAWYERS_SASLH_CHURCH_SEXUAL_ABUSE_2

Announcer:   Are you a survivor of sexual abuse by a Catholic priest, clergy member, teacher, coach or any adult involved within an organization as I was? Time may be running out to file a claim. Recent legislation passed in a number of states across the nation allow survivors of childhood sexual abuse additional time to file claims against the perpetrators of their abuse. A number of sexual abuse claims have already been settled by the members of the Catholic clergy and the Boy Scouts of America. Call for more information with one of our compassionate counselors.

End of recording.

**<u>EXHIBIT J-3</u>**

LAWYERS_SASLH_CHURCH_SEXUAL_ABUSE_60


Announcer:   Are you a survivor of sexual abuse by a Catholic priest, clergy member, teacher, coach or any adult involved within an organization? As a fellow survivor of sexual abuse, it's my cause to give voice to your rights to be protected and heard. But time is critical in seeking justice and filing your claim. Recent legislation passed in a number of states across the nation allow survivors of childhood sexual abuse additional time to file claims against the perpetrators of their abuse. Predators of more than 8,600 victims of sexual abuse have been held accountable. This includes settlements of more than $3.8 billion from sexual assault verdicts of Catholic clergy members, and $18 million from the Boy Scouts of America. If you are a survivor of sexual abuse by a Catholic priest, clergy member, teacher, coach or any adult involved within an organization, reaching out like I did can be your first step toward healing. Time is critical to file a claim. Call one of our counselors for more information.


End of recording.

**EXHIBIT J-4**

LAWYERS_SASLH_CHURCH_SEXUAL_ABUSE_60_2

Announcer:   Are you a survivor of sexual abuse by a Catholic priest, clergy member, teacher, coach or any adult involved within an organization? As a fellow survivor of sexual abuse, it is my cause to give voice to your rights to be protected and heard. But time is critical in seeking justice and filing your claim. Recent legislation passed in a number of states across the nation allow survivors of childhood sexual abuse additional time to file claims against the perpetrators of their abuse. Predators of more than 8,600 victims of sexual abuse have been held accountable. This includes settlements of more than $3.8 billion from sexual assault verdicts of Catholic clergy members, and $18 million from the Boy Scouts of America. If you are a survivor of sexual abuse by a Catholic priest, clergy member, teacher, coach or any adult involved within an organization, reaching out like I did could be your first step towards healing. Time is critical to file a claim. Call one of our counselors for more information.

End of recording.

**EXHIBIT J-5**

LAWYERS_SASLH_CHURCH_SEXUAL_ABUSE_60_3


Announcer 1:          Are you a survivor of sexual abuse by a Catholic priest, clergy member, teacher, coach or any adult in an organization? Time may be running out to file a claim. Recent legislation passed in a number of states across the nation allow survivors of childhood sexual abuse additional time to file claims against their perpetrators. Childhood sexual abuse takes numerous forms, including forcible rape, exposing oneself to a child, or showing him or her pornographic images, or viewing or photographing a child in a sexual context. A number of sexual abuse claims have been settled, including more than $3.8 billion for more than 8,600 victims of sexual assault by members of the Catholic clergy, and an $18-million verdict against the Boy Scouts of America. If you are a survivor of sexual abuse by a Catholic priest, clergy member, teacher, coach or any adult in an organization, time may be running out to file a claim.


Announcer 2:          Call for more information from one of our compassionate counselors. Call now, as time may be limited to file a claim.

End of recording.

# EXHIBIT K

LAWYERS_SHERIDAN_BOY_SCOUT_ABUSE_60

Announcer:   Are you a survivor of sexual abuse while in the Boy Scouts? You may be entitled to compensation, no matter how long ago the abuse happened, but your time to file a claim is limited. As a result of thousands of victims filing sexual abuse claims, the Boy Scouts have filed for bankruptcy protection, and the Bankruptcy Court has set November 16th, 2020 as the deadline for abuse survivors to file a claim. As a result of this bankruptcy, a Victims Compensation Fund is being set up that may be worth over $1.5 billion. Childhood sexual abuse takes numerous forms, including forcible rape, exposing oneself to a child or showing him or her pornographic images, or viewing or photographing a child in a sexual context. If you are a survivor of sexual abuse while in the Boy Scouts, you may be entitled to compensation no matter how long ago the abuse happened. Call for more information with one of our compassionate counselors today. Your call is completely confidential.

End of recording.

## **EXHIBIT L**

LAWYERS_SLATER_BOY_SCOUTS_ABUSE


Announcer 1:        Attention former Boy Scouts -- if you were sexually abused by an adult Scout leader, you may be entitled to substantial financial compensation. Boy Scout management has agreed to set up a Victim Compensation Fund for victims of child sexual abuse, even if the abuse happened decades ago. Our attorneys may be able to get you financial compensation while you remain completely anonymous. But time is quickly running out to file a claim. Call our law firms Boy Scout Abuse Helpline right now.


Announcer 2:        800-399-4870.


End of recording.

## **EXHIBIT M**

parker-waichman-boy-scout-abuse

Male Voice:   Attention, Boy Scouts of America sex abuse victims. The Boy Scouts just filed for bankruptcy, which reportedly will create a $1-billion fund to compensate victims of abuse that investigations show the Boy Scouts spent decades covering up. If you or someone you know is a victim of sexual abuse at the Boy Scouts, file your claim now before it's too late.

Call 800-800-2828. Parker Waichman has helped thousands of victims and will help you, too. Call 800-800-2828 right now.

End of recording.

## EXHIBIT N

pintas-and-mullins-law-firm-boy-scout-settlements

Female Voice:        This is an important announcement for victims of sex abuse by Boy Scout leaders. The Scouts just filed for bankruptcy, but they still have more than $1 billion in assets. We believe millions will be set aside to pay sex abuse claims. You may be entitled to substantial compensation. But time is limited, so don't wait.

        Call 800-808-1999 to schedule a private, confidential conversation with one of our attorneys – or go to scoutsettlements.com now.

End of recording.

**<u>EXHIBIT O</u>**

napoli-shkolnik-pllc-boy-scouts-sex-abuse-legal-helpline

Female Voice:        Are you a survivor of sexual abuse while in the Boy Scouts? You may be entitled to compensation, no matter how long ago the abuse happened. But your time to file a claim is limited. As a result of thousands of victims filing sexual abuse claims, the Boy Scouts have filed for bankruptcy protection. And the bankruptcy court has set November 16th, 2020, as the deadline for abuse survivors to file a claim.

        As a result of this bankruptcy, a victims' compensation fund is being set up that may be worth over $1.5 billion. Childhood sexual abuse takes numerous forms, including forcible rape, exposing one's self to a child, or showing him or her pornographic images, or viewing or photographing a child in a sexual content. If you're a survivor of sexual abuse while in the Boy Scouts, you may be entitled to compensation no matter how long ago the abuse happened. Call for more information. With one of our compassionate counselors today, your call is completely confidential.

End of recording.

# EXHIBIT P

ALL SURVIVORS ADVOCATES:

http://mms.tveyes.com/PlaybackPortal.aspx?SavedEditID=630cfb7e-40bb-4e61-920d-069f03c1fbc0

Announcer: If you or a loved one is a survivor of abuse by Boy Scouts of America representatives as far back as the 1970s we urge you to speak up. We'll stand with you and get you the help and financial compensation you deserve. A jury in Portland for example awarded 18.5 million dollars in punitive damages in one Boy Scout sexual abuse case. The Boy Scouts of America filed for bankruptcy and funds have been set aside to compensate those injured. Time is limited and so are the funds. Call today. Don't wait. For free information on how to file your claim, call All Survivors Advocates right now. We have a long track record in helping our clients get the legal justice and compensation they deserve. Please, we are ready to help you, call today. 800-364-2984, 800-364-2984, 800-364-2984. That's 800-364-2984.

End of recording.

## **EXHIBIT Q**

CONSUMER TORT NETWORK LLC:

http://mms.tveyes.com/PlaybackPortal.aspx?SavedEditID=15699ec5-9a6e-4d45-adf4-a64afb8cef9b


Announcer: The Boy Scouts of America is a trusted organization. What if you were abused while a member of the Boy Scouts? You may be entitled to financial compensation. Call now. 855-253-6764. 855-253-6764. Boy Scouts of America's leaders have known about the frequent abuse within the organization for years and remained silent. As a victim of such acts, you have rights, even if it was decades ago. Time is running out. Call now. 855-253-6764. 855-253-6764 for a free confidential case review. Boy Scouts of America should be held accountable, and you as the victim should get compensation. Call now. 855-253-6764. 855-253-6764 for a free confidential case review. Boy Scouts of America broke your trust, someone must answer. Call now. 855-253-6764. 855-253-6764.


End of recording.

# **EXHIBIT R**

JUNELL & ASSOCIATES**:**

http://mms.tveyes.com/PlaybackPortal.aspx?SavedEditID=d2ad5494-af59-4709-8875-9d0169410276

Announcer: This is a non-attorney spokesperson. Ad is sponsored by Junell & Associates with principal office in Houston, Texas.

Attention all former Boy Scouts or Cub Scouts—if you were sexually abused by an adult Scout leader, even if the abuse happened decades ago, listen closely, as you may be entitled to substantial compensation. The Boy Scouts of America have billions of dollars in assets and have agreed to set up a Victim Compensation Fund for victims of child sexual abuse. Even if the abuse happened decades ago, our attorneys can file a claim for you and get you the justice and closure you deserve while you remain completely anonymous. If you suffered abuses from Scout leaders and those who knew about the abuse failed to stop it, call our confidential Scout abuse helpful at 800.912.0873 as you may be entitled to substantial compensation. But hurry, as time is running out to file a claim. Call 800.912.0873 to see if you are eligible for substantial compensation. That's 800.912.0873. 800.912.0873.


End of recording.