## Exhibit C

**Wheatman Declaration**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**DECLARATION OF SHANNON R. WHEATMAN, PH.D
IN SUPPORT OF DEBTORS' MOTION PURSUANT TO SECTION 105(a)
OF THE BANKRUPTCY CODE AND ¶ 27 OF THE BAR DATE
ORDER FOR ENTRY OF AN ORDER (I) SUPPLEMENTING THE
BAR DATE ORDER AND (II) GRANTING RELATED RELIEF**

I, Shannon R. Wheatman, being duly sworn, hereby declare as follows:

1. I am the President of Kinsella Media, LLC ("KM"), an advertising and notification consulting firm in Washington, D.C. specializing in the design and implementation of class action and bankruptcy notification programs. My business address is 2101 L Street, NW, Suite 800, Washington, D.C. 20037.

2. On May 4, 2020, I submitted a declaration [Docket No. 556] (the "Initial Declaration") in support of the *Debtors' Motion, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1, for Authority to (I) Establish Deadlines for Filing Proofs of Claim, (II) Establish the Form and Manner of Notice Thereof, (III) Approve Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Victims, and (IV) Approve Confidentiality Procedures for Abuse Victims*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[Docket No. 18] (the "Bar Date Motion")[2] and the Supplemental Notice Plan described in the Bar Date Motion and filed as **Exhibit 1** to the *Supplement to Debtors' Bar Date Motion* [Docket No. 557-1] (the "Supplement"), which is incorporated by reference herein.

3. On May 14, 2020, I submitted a supplemental declaration in support of the Supplemental Notice Plan and the Bar Date Motion [Docket No. 631], which is incorporated by reference herein.

4. As described in my Initial Declaration, I am a legal noticing expert, including with respect to legal noticing and notification programs that have been implemented in bankruptcy, antitrust, consumer fraud, mass tort, and product liability litigation. Paragraphs 8–16 of my Initial Declaration and my curriculum vitae, which is attached to my Initial Declaration as Exhibit 1, are incorporated by reference herein.

5. I submit this supplemental declaration in support of the *Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and ¶ 27 of the Bar Date Order for Entry of an Order (I) Supplementing the Bar Date Order and (II) Granting Related Relief* (the "Motion to Supplement"). I have personal knowledge of the facts set forth herein.

6. The Court-approved paid media portion of the bar date notice program, referred to in the Bar Date Motion as the Supplemental Notice Plan, will begin on August 31, 2020, and run until October 17, 2020. The media program will include television, radio, online, magazine, and newspaper advertising.

---

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bar Date Motion, the *Order, Pursuant to 11 U.S.C. § 502(b)(9), Bankruptcy Rules 2002 and 3003(c)(3), and Local Rules 2002-1(e), 3001-1, and 3003-1, (I) Establishing Deadlines for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, (III) Approving Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Survivors, and (IV) Approving Confidentiality Procedures for Abuse Survivors* [Docket No. 695] (the "Bar Date Order"), or the Motion to Supplement (as defined below).

7. I reviewed law firms' advertisements to solicit sexual abuse claims, as provided to me by the Debtors and by FTI Consulting (SC), which has submitted a declaration concurrently herewith (the "FTI Declaration"). Based upon that review and the information provided to me by FTI as set forth in the FTI Declaration, I understand that such ads aired on television at least 10,999 times between May 26, 2020—the date of entry of the Bar Date Order—and the date of this declaration. On information and belief, a substantial number of these ads:

   a. did not include the deadline to file a proof of claim;

   b. described a compensation trust or fund;

   c. did not mention there was a bankruptcy;

   d. mentioned "significant" or "substantial" compensation;

   e. told potential claimants they could remain anonymous;

   f. estimated the trust or compensation fund was worth $1.5 billion; and/or

   g. only mentioned abuse by a scout leader in connection with filing a claim in the chapter 11 cases.

## CONCLUSION

8. In a perfect world, potential claimants would call the toll-free number or visit the website of the BSA claims agent to obtain neutral information and then decide if they need the assistance of an attorney to file their claim. In my opinion, the law firms' advertising could cause potential claimants to believe they need to hire an attorney to file a claim.

9. In my opinion, ads that include false or misleading information may cause potential claimants to question the legitimacy of the Court-approved bar date noticing and advertisements and even the bankruptcy itself.

10. Unfortunately, the Court-approved bar date media program will need to overcome the confusion that has already been sown by the law firms' advertising. This confusion may be

3

4

further compounded if these television/radio and other ads are allowed to run during the media portion of the bar date notice program, which begins on August 31, 2020.

11.     In my opinion, if the law firms' advertising continues to run in its current form, it may be detrimental to the effectiveness of the bar date notice program and Supplemental Notice Plan because it of its potential to confuse potential abuse claimants with false or misleading information.

*[Remainder of Page Intentionally Left Blank]*

I declare under penalty of perjury that, after reasonable inquiry, the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: August 24, 2020
Souderton, Pennsylvania

*/s/ Shannon R. Wheatman*
Shannon R. Wheatman, Ph.D.
President
KINSELLA MEDIA, LLC

5