## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 1145** |

### ORDER SHORTENING THE NOTICE PERIOD WITH RESPECT TO THE DEBTORS' MOTION PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND ¶ 27 OF THE BAR DATE ORDER FOR ENTRY OF AN ORDER (I) SUPPLEMENTING THE BAR DATE ORDER AND (II) GRANTING RELATED RELIEF

Upon the motion (the "Motion")[2] of the Boy Scouts of America and Delaware BSA, LLC,

the non-profit corporations that are debtors and debtors in possession in the above-captioned

chapter 11 cases (together, the "Debtors"), for entry of an order (this "Order") shortening the notice

and objection periods with respect to the Debtors' Motion for a Supplemental Order, as more fully

described in the Motion; and the Court having reviewed and considered the Motion and found that

the relief requested in the Motion is in the best interests of the Debtors, their creditors, their estates,

and all other parties in interest; and after due deliberation and sufficient cause appearing therefor,

it is HEREBY ORDERED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      The Motion for a Supplemental Order will be considered at a hearing scheduled for

August _31_, 2020, at _11:00 a.m._ (prevailing Eastern Time) (the "Hearing").

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] All capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

3.    Objections, if any, to the relief requested in the Motion for a Supplemental Order must be presented at the Hearing.

4.    The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: __Aug. 25__ , 2020
       Wilmington, Delaware

THE HON. LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

2