**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---

| | |
|---|---|
| IN RE:  BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, [1] | Chapter 11<br>Case No.: 20-10343 (LSS) |
| DEBTORS | (Jointly Administered) |

---

**NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY TO CONTINUE NEGOTIATIONS WITH TRAVELERS INSURANCE COMPANY**

---

**PLEASE TAKE NOTICE** that the Movants, Trennie L Williams and Kiwayna Williams, Parents, Legal Guardians and Next Friends of Q. W., a Minor, hereby withdraw their *Motion for Relief from Automatic Stay to Continue Negotiations with Travelers Insurance Company* [Document #1086].

Respectfully Submitted,
/s/Flordia M. Henderson
Flordia M. Henderson [16137]
Attorney for Movants
P.O. Box 30604
Memphis, TN 38130-0604
Telephone: (901) 348-4406
Facsimile: (901) 348-4409
Email:  flordia@fhendersonlaw.net

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.