# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | :    Chapter 11 |
| BOY SCOUTS OF AMERICA AND | :    Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC[1], | : |
| | :    *Jointly Administered* |
| | : |
|    Debtors. | : |

## CERTIFICATE OF SERVICE

I, Kristi J. Doughty, hereby certify on August 26, 2020 under penalty of perjury that I caused a true and correct copy of the *Motion for Relief from Stay* filed on behalf of Salvador Contreras Rivera and Kasandra Lopez Ramirez (hereinafter "Motion") with all exhibits, to be served via first class mail and via CM/ECF on those specified on the attached Service List as well as via CM/ECF upon those requesting notices in the case.

Dated: August 26, 2020

By: /s/ Kristi J. Doughty
Richard A. Barkasy (#4683)
Kristi J. Doughty (#3826)
SCHNADER HARRISON SEGAL & LEWIS LLP
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 482-4038
Facsimile: (302) 888-1696
rbarkasy@schnader.com
kdoughty@schnader.com

*Attorneys for Salvador Contreras Rivera and Kasandra Lopez Ramirez*

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## SERVICE LIST

| | |
|---|---|
| Derek C. Abbott<br>Joseph Charles Barsalona II<br>Eric Moats<br>Andrew R. Remming<br>Paige Noelle Topper<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>dabbott@mnat.com<br>jbarsalona@mnat.com<br>emoats@mnat.com<br>aremming@mnat.com<br>ptopper@mnat.com | Jessica C. Boelter<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>jboelter@sidley.com |
| Michael Christian Andolina<br>Karim Basaria<br>Matthew Evan Linder<br>James W. Ducayet<br>Andrew Fotre O'Neill<br>Blair M. Warner<br>Thomas A. Labuda, Jr<br>Sidley Austin<br>1 South Dearborn Street<br>Chicago, IL 60603<br>mandolina@sidley.com<br>kbasaria@sidley.com<br>mlinder@sidley.com<br>jducayet@sidley.com<br>aoneill@sidley.com<br>blair.warner@sidley.com<br>tlabuda@sidley.com | David E. Blabey, Jr.<br>Thomas Moers Mayer<br>Jennifer R. Sharret<br>Megan M. Wasson<br>Kramer, Levin, Nafkalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>dblabey@kramerlevin.com<br>tmayer@kramerlevin.com<br>jsharret@kramerlevin.com<br>mwasson@kramerlevin.com |

| | |
|---|---|
| Chad M. Colton<br>Markowitz Herbold PC<br>1455 SW Broadway<br>Suite 1900<br>Portland, OR 97201 | David L. Buchbinder<br>Hannah Mufson McCollum<br>Office of the United States Trustee<br>U. S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801<br>David.l.buchbinder@usdoj.gov<br>Hannah.mccollum@usdoj.gov |