**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC[1],<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Bielli & Klauder, LLC and James, Vernon & Weeks, P.A., hereby enter their appearance pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. § 102(1) and all other applicable law as counsel of record for certain tort claimants[2] in the above-referenced cases; and hereby request that copies of all notices and pleadings given or filed in this case be given and served upon the following:

David M. Klauder, Esquire
**BIELLI & KLAUDER, LLC**
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Facsimile: (302) 397-2557
dklauder@bk-legal.com

Leander L. James, Esquire
Craig K. Vernon, Esquire
R. Charlie Beckett, Esquire
**JAMES, VERNON & WEEKS, P.A.**
1626 Lincoln Way
Coeur d'Alene, ID 83815
Phone: (208) 667-0683
Facsimile: (208) 664-1684
ljames@jvwlaw.net
cvernon@jvwlaw.net
rbeckett@jvwlaw.net

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] The various tort claimants represented by the firms include numerous claimants with claims against the Debtors for sexual abuse they endured as children.

whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above- referenced case and all proceedings therein.

**BIELLI & KLAUDER, LLC**

Dated: August 24, 2020
Wilmington, Delaware

*/s/ David M. Klauder*
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

and

**JAMES, VERNON & WEEKS, P.A.**
Leander L. James, Esquire
Craig K. Vernon, Esquire
R. Charlie Beckett, Esquire
1626 Lincoln Way
Coeur d'Alene, ID 83815
Phone: (208) 667-0683
Facsimile: (208) 664-1684
ljames@jvwlaw.net
cvernon@jvwlaw.net
rbeckett@jvwlaw.net

*Counsel to Certain Tort Claimants*