# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Austin J. Sutta of Crowell & Moring LLP to represent American Zurich Insurance Company in the above-captioned Chapter 11 bankruptcy case and also in *Hartford Acc. & Indem. Co., et al. v. Boy Scouts of America, et al.*, No. 20-50601, an adversary proceeding arising in this Chapter 11 case.

Date: August 26, 2020

**TYBOUT, REDFEARN & PELL**

BY:   /s/ *Seth J. Reidenberg*
SETH J. REIDENBERG (No. 3657)
750 Shipyard Drive, Suite 400
P.O. Box 2092
Wilmington, Delaware  19899-2092
(302) 658-6901
*Attorney for American Zurich Ins. Co.*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of California and the State Bar of Nevada, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund

revised 8/31/2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

/s/ *Austin J. Sutta*
Crowell & Moring LLP
Three Embarcadero Center, 26th Floor
San Francisco, California  94111
Phone:  415.986.2800
E-mail:  asutta@crowell.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.