# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Tacie H. Yoon of Crowell & Moring LLP to represent American Zurich Insurance Company in the above-captioned Chapter 11 bankruptcy case and also in *Hartford Acc. & Indem. Co., et al. v. Boy Scouts of America, et al.*, No. 20-50601, an adversary proceeding arising in this Chapter 11 case.

Date:  August 26, 2020

**TYBOUT, REDFEARN & PELL**

BY:  */s/ Seth J. Reidenberg*
SETH J. REIDENBERG (No. 3657)
750 Shipyard Drive, Suite 400
P.O. Box 2092
Wilmington, Delaware  19899-2092
(302) 658-6901
*Attorney for American Zurich Ins. Co.*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the District of Columbia Bar, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/2016. I

2

further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

                                           */s/ Tacie H. Yoon*
                                           Crowell & Moring LLP
                                           1001 Pennsylvania Avenue, N.W.
                                           Washington, D.C. 20004
                                           Phone:  202.624.2500
                                           E-mail:  tyoon@crowell.com

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.