IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: 9/2/2020 at 4:00 p.m. (ET)**<br>**Hearing Date: 9/9/2020 at 10:00 a.m. (ET)** |

**NOTICE OF MOTION OF THE COALITION OF ABUSED SCOUTS FOR JUSTICE TO PARTICIPATE IN THE MEDIATION**

**PLEASE TAKE NOTICE** that on August 26, 2020, the Coalition of Abused Scouts for Justice (the "Coalition") filed the **Motion of the Coalition of Abused Scouts for Justice to Participate in the Mediation** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must be filed in writing with the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel for the Coalition on or before **September 2, 2020, at 4:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that if an objection is timely filed, served and received and such objection is not otherwise timely resolved, a hearing to consider such objection and the Motion will be held before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge for the District of Delaware, in the Bankruptcy Court, 6th Floor, Courtroom 2, 824 Market Street, Wilmington, Delaware 19801 on **September 9, 2020, at 10:00 a.m. (ET)**.

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: August 26, 2020<br>Wilmington, Delaware | **BLANK ROME LLP**<br><br>*/s/ Stanley B. Tarr*<br>Stanley B. Tarr (DE No. 5535)<br>1201 Market Street, Suite 800<br>Wilmington, Delaware 19801<br>Telephone:   (302) 425-6423<br>Facsimile:   (302) 252-0921<br>E-mail:   Tarr@BlankRome.com<br><br>-and-<br><br>**BROWN RUDNICK LLP**<br>David J. Molton, Esquire<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 209-4800<br>Email: DMolton@brownrudnick.com<br><br>-and-<br><br>Sunni P. Beville, Esquire<br>Tristan G. Axelrod, Esquire<br>One Financial Center<br>Boston, MA 02111<br>Telephone: (617) 856-8200<br>E-mail: sbeville@brownrudnick.com<br>E-mail: taxelrod@brownrudnick.com<br><br>*Co-Counsel to the Coalition of Abused Scouts for Justice* |