# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Dockets Nos. 319, 449, & 1094** |

### CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING STIPULATION GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY TO SET OFF PREPETITION SECURITY DEPOSIT

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1. On February 18, 2020 (the "Petition Date"), the Debtors filed voluntary petitions in this Court (the "Bankruptcy Court") for relief under chapter 11 of the Bankruptcy Code, thereby commencing these chapter 11 cases.

2. On March 31, 2020, the Debtors filed the *Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to (A) Reject Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property, Effective as of March 31, 2020 and (B) Abandon Certain Personal Property in Connection Therewith and (II) Granting Related Relief* [Docket No. 319] (the "Omnibus Rejection Motion").  As part of the Omnibus Rejection Motion, the Debtors sought to reject that certain Agreement of Lease for nonresidential real property located at 1040 Avenue of the Americas, New York, New York 10019 (the "Lease") between 1040 Avenue of the Americas, LLC, as landlord (the "Landlord") and the Debtors as tenant.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

3. On April 17, 2020, the Court entered an order granting the Omnibus Rejection Motion [Docket No. 449], rejecting the Lease effective as of March 31, 2020.

4. On July 1, 2020, the Landlord filed a Proof of Claim (assigned claim number 107) on account of a prepetition claim for amounts asserted to be owed under the Lease as of the Petition Date plus, among other things, rejection damages asserted to be owed under section 502(b)(6) (the "Landlord Claim").

5. On August 11, 2020, Landlord filed the *Motion of 1041 Avenue of the Americas, LLC for Relief from the Automatic Stay to Setoff Prepetition Security Deposit* [Docket No. 1094] (the "Relief from Stay Motion").

6. Following the filing of the Relief from Stay Motion, the Debtors and the Landlord negotiated in good faith and ultimately agreed to a stipulation (the "Stipulation") to resolve the Relief from Stay Motion and allow the Landlord to setoff and apply the Security Deposit (as defined in the Stipulation) against the prepetition, unsecured portion of the Landlord Claim, and reserving the rights of the Debtors and the Landlord with respect to the Landlord Claim.

7. A proposed form of order (the "Proposed Order") approving the Stipulation is attached hereto as **Exhibit A**. A true and correct copy of the Stipulation is attached to the Proposed Order as Exhibit 1.

WHEREFORE, the parties respectfully request that the Court enter the Proposed Order attached hereto as **Exhibit A** at its earliest convenience and grant such other relief as may be just and proper.

|  |  |
|---|---|
| Dated: August 26, 2020<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Eric W. Moats*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Email: dabbott@mnat.com<br>          aremming@mnat.com<br>          emoats@mnat.com<br>          ptopper@mnat.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Jessica C. K. Boelter (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone: (212) 839-5300<br>Email: jboelter@sidley.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Thomas A. Labuda (admitted *pro hac vice*)<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Email: tlabuda@sidley.com<br>          mandolina@sidley.com<br>          mlinder@sidley.com<br>          blair.warner@sidley.com<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |