**Exhibit B**

**Expense Detail**

**SIDLEY AUSTIN LLP**

Invoice Number:  40052006  
Boy Scouts of America

Chapter 11 Matters

E X P E N S E   D E T A I L

| Date | Narrative | Amount |
|---|---|---|
| 06/24/20 | 05/27/20-Telephone Charges Conference Call | $1.35 |
| 06/24/20 | 05/28/20-Telephone Charges Conference Call | 0.88 |
| 07/01/20 | 06/29/20 - Williams Lea - 0001017452-000 Reprographics | 0.10 |
| 07/03/20 | 06/03/20-Lexis research service | 59.40 |
| 07/03/20 | 06/16/20-Lexis research service | 1,485.00 |
| 07/03/20 | 06/15/20-Lexis research service | 69.23 |
| 07/03/20 | 06/18/20-Lexis research service | 232.80 |
| 07/03/20 | 06/22/20-Lexis research service | 178.20 |
| 07/03/20 | 06/30/20-Lexis research service | 232.80 |
| 07/09/20 | 06/30/20 - Williams Lea - 0001017706-000 Reprographics | 0.10 |
| 07/09/20 | 07/02/20 - Williams Lea - 0001018147-000 Reprographics | 0.10 |
| 07/09/20 | 07/06/20 - Williams Lea - 0001018580-000 Reprographics | 0.10 |
| 07/14/20 | 06/02/20-Telephone Charges Conference Call | 0.84 |
| 07/14/20 | 06/03/20-Telephone Charges Conference Call | 2.29 |
| 07/14/20 | 06/05/20-Telephone Charges Conference Call | 1.61 |
| 07/14/20 | 06/05/20-Telephone Charges Conference Call | 0.08 |
| 07/14/20 | 06/05/20-Telephone Charges Conference Call | 1.12 |
| 07/14/20 | 06/15/20-Telephone Charges Conference Call | 3.51 |
| 07/14/20 | 06/17/20-Telephone Charges Conference Call | 3.08 |
| 07/14/20 | 06/18/20-Telephone Charges Conference Call | 0.35 |
| 07/14/20 | 06/22/20-Telephone Charges Conference Call | 2.13 |
| 07/14/20 | 06/30/20-Telephone Charges Conference Call | 3.76 |
| 07/14/20 | 06/05/20-Telephone Charges Conference Call | 2.28 |
| 07/14/20 | 06/02/20-Telephone Charges Conference Call | 1.41 |
| 07/14/20 | 06/09/20-Telephone Charges Conference Call | 16.84 |
| 07/16/20 | 07/07/20 - Williams Lea - 0001018774-000 Reprographics | 0.10 |
| 07/17/20 | 07/03/20-Westlaw research service | 46.71 |
| 07/17/20 | 07/03/20-Westlaw research service | 46.76 |

**SIDLEY AUSTIN LLP**

Invoice Number: 40052006
Boy Scouts of America

Chapter 11 Matters

| **Date** | **Narrative** | **Amount** |
|---|---|---:|
| 07/17/20 | 07/01/20-Westlaw research service | 79.70 |
| 07/17/20 | 07/01/20-Westlaw research service | 186.83 |
| 07/17/20 | 07/02/20-Westlaw research service | 233.54 |
| 07/17/20 | 07/06/20-Westlaw research service | 79.70 |
| 07/17/20 | 07/06/20-Westlaw research service | 420.37 |
| 07/17/20 | 07/07/20-Westlaw research service | 159.40 |
| 07/17/20 | 07/07/20-Westlaw research service | 747.32 |
| 07/17/20 | 07/08/20-Westlaw research service | 282.20 |
| 07/17/20 | 07/08/20-Westlaw research service | 280.25 |
| 07/17/20 | 07/09/20-Westlaw research service | 79.70 |
| 07/17/20 | 07/09/20-Westlaw research service | 326.95 |
| 07/17/20 | 07/10/20-Westlaw research service | 93.41 |
| 07/17/20 | 07/15/20-Westlaw research service | 39.85 |
| 07/17/20 | 07/15/20-Westlaw research service | 46.71 |
| 07/17/20 | 07/10/20-Westlaw research service | 46.76 |
| 07/21/20 | 06/18/20- Federal Express Corporation- TR #117602782728 JESSICA BOELTER INFORMATION NOT SUPPLIED | 113.84 |
| 07/23/20 | 05/27/20-PACER DEBK | 12.10 |
| 07/23/20 | 06/10/20-PACER 03CA | 0.20 |
| 07/23/20 | 06/10/20-PACER DEBK | 4.00 |
| 07/23/20 | 06/10/20-PACER DEDC | 4.80 |
| 07/23/20 | 06/10/20-PACER NYSDC | 1.50 |
| 07/29/20 | 04/05/20-PACER DEBK | 1.60 |
| 07/29/20 | 04/08/20-PACER DEBK | 0.10 |
| 07/29/20 | 06/22/20-PACER DEBK | 0.10 |
| 07/29/20 | 06/22/20-PACER 00PCL | 0.10 |
| 07/29/20 | 06/22/20-PACER NYSDC | 6.50 |
| 07/29/20 | 04/14/20-PACER DEBK | 0.10 |
| 07/29/20 | 05/15/20-PACER DEBK | 0.10 |
| 07/29/20 | 05/16/20-PACER NYSBK | 3.00 |
| 07/29/20 | 05/28/20-PACER 00PCL | 0.10 |

**SIDLEY AUSTIN LLP**

Invoice Number:  40052006
Boy Scouts of America

Chapter 11 Matters

| Date | Narrative | Amount |
|---|---|---:|
| 07/29/20 | 05/28/20-PACER DEBK | 0.10 |
| 07/29/20 | 05/01/20-PACER 00PCL | 0.10 |
| 07/29/20 | 05/01/20-PACER DEBK | 30.30 |
| 07/29/20 | 05/07/20-PACER 00PCL | 1.40 |
| 07/29/20 | 05/07/20-PACER AKBK | 10.70 |
| 07/29/20 | 05/07/20-PACER CASBK | 7.70 |
| 07/29/20 | 05/07/20-PACER MTBK | 6.70 |
| 07/29/20 | 05/07/20-PACER ORBK | 14.90 |
| 07/29/20 | 05/08/20-PACER GUBK | 9.40 |
| 07/29/20 | 06/02/20-PACER DEBK | 0.30 |
| 07/29/20 | 05/17/20-PACER DEBK | 0.30 |
| 07/29/20 | 04/07/20-PACER DEBK | 0.70 |
| 07/29/20 | 06/18/20-PACER DEBK | 5.30 |
| 07/29/20 | 04/01/20-PACER DEBK | 5.90 |
| 07/29/20 | 04/01/20-PACER GUDC | 0.20 |
| 07/29/20 | 06/19/20-PACER 00PCL | 0.70 |
| 07/29/20 | 06/19/20-PACER NYSDC | 7.80 |
| 07/29/20 | 06/13/20-PACER DEDC | 1.80 |
| 07/29/20 | 06/15/20-PACER 00PCL | 0.20 |
| 07/29/20 | 06/15/20-PACER DEBK | 6.00 |
| 07/29/20 | 06/10/20-PACER 00PCL | 0.60 |
| 07/29/20 | 06/10/20-PACER DEDC | 11.60 |
| 07/29/20 | 06/10/20-PACER NYSDC | 3.50 |
| 07/29/20 | 06/16/20-PACER 00PCL | 0.40 |
| 07/29/20 | 06/16/20-PACER DEBK | 3.00 |
| 07/29/20 | 06/16/20-PACER DEDC | 1.20 |
| 07/29/20 | 04/06/20-PACER FLSDC | 0.20 |
| 07/29/20 | 04/06/20-PACER NHDC | 0.40 |
| 07/29/20 | 06/26/20-PACER DEDC | 0.50 |
| 07/29/20 | 06/29/20-PACER DEDC | 2.60 |
| 07/29/20 | 06/22/20-PACER 00PCL | 0.20 |

**SIDLEY AUSTIN LLP**

Invoice Number:  40052006
Boy Scouts of America

Chapter 11 Matters

| Date | Narrative | Amount |
|---|---|---|
| 07/29/20 | 06/22/20-PACER DEDC | 1.10 |
| 07/29/20 | 04/15/20-PACER 00PCL | 0.90 |
| 07/29/20 | 04/15/20-PACER DEBK | 23.30 |
| 07/29/20 | 04/15/20-PACER MTBK | 14.30 |
| 07/29/20 | 04/15/20-PACER ORBK | 18.10 |
| 07/29/20 | 04/15/20-PACER WIEBK | 15.60 |
| 07/29/20 | 04/16/20-PACER DEBK | 3.00 |
| 07/29/20 | 04/17/20-PACER DEBK | 3.00 |
| 07/29/20 | 04/18/20-PACER DEBK | 3.00 |
| 07/29/20 | 04/19/20-PACER DEBK | 3.00 |
| 07/29/20 | 04/20/20-PACER DEBK | 6.00 |
| 07/29/20 | 05/18/20-PACER DEBK | 3.00 |
| 07/29/20 | 05/17/20-PACER DEBK | 6.00 |
| 07/29/20 | 05/20/20-PACER DEBK | 3.00 |
| 07/29/20 | 05/21/20-PACER DEBK | 3.00 |
| 07/29/20 | 05/22/20-PACER DEBK | 3.00 |
| 07/29/20 | 05/24/20-PACER DEBK | 3.00 |
| 07/29/20 | 05/26/20-PACER DEBK | 6.00 |
| 07/29/20 | 05/28/20-PACER DEBK | 3.00 |
| 07/29/20 | 06/01/20-PACER DEBK | 3.00 |
| 07/29/20 | 05/19/20-PACER DEBK | 3.00 |
| 07/29/20 | 04/24/20-PACER DEBK | 3.00 |
| 07/29/20 | 04/27/20-PACER DEBK | 3.00 |
| 07/29/20 | 04/28/20-PACER DEBK | 10.30 |
| 07/29/20 | 04/29/20-PACER DEBK | 9.30 |
| 07/29/20 | 05/15/20-PACER DEBK | 3.80 |
| 07/29/20 | 04/30/20-PACER DEBK | 12.10 |
| 07/29/20 | 06/26/20-PACER DEBK | 3.00 |
| 07/29/20 | 04/15/20-PACER DEBK | 3.00 |
| 07/29/20 | 04/13/20-PACER DEBK | 3.00 |
| 07/29/20 | 04/14/20-PACER DEBK | 6.00 |

**SIDLEY AUSTIN LLP**

Invoice Number:  40052006
Boy Scouts of America

Chapter 11 Matters

| Date | Narrative | Amount |
|---|---|---|
| 07/29/20 | 04/07/20-PACER DEBK | 3.00 |
| 07/29/20 | 04/10/20-PACER DEBK | 3.00 |
| 07/29/20 | 04/08/20-PACER DEBK | 3.00 |
| 07/29/20 | 04/02/20-PACER DEBK | 3.00 |
| 07/29/20 | 04/06/20-PACER DEBK | 6.00 |
| 07/29/20 | 04/03/20-PACER DEBK | 6.00 |
| 07/29/20 | 04/05/20-PACER DEBK | 3.00 |
| 07/29/20 | 05/09/20-PACER DEBK | 3.00 |
| 07/29/20 | 05/11/20-PACER DEBK | 6.00 |
| 07/29/20 | 05/08/20-PACER DEBK | 3.00 |
| 07/29/20 | 05/02/20-PACER DEBK | 3.00 |
| 07/29/20 | 05/01/20-PACER DEBK | 4.00 |
| 07/29/20 | 05/06/20-PACER DEBK | 0.50 |
| 07/29/20 | 05/12/20-PACER DEBK | 0.60 |
| 07/29/20 | 04/02/20-PACER DEBK | 3.50 |
| 07/29/20 | 06/15/20-PACER DEBK | 0.70 |
| 07/29/20 | 04/01/20-PACER DEBK | 9.10 |
| 07/29/20 | 06/11/20-PACER DEBK | 6.80 |
| 07/29/20 | 04/07/20-PACER DEBK | 2.80 |
| 07/29/20 | 04/06/20-PACER DEBK | 2.90 |
| 07/29/20 | 06/22/20-PACER DEBK | 0.60 |
| 07/29/20 | 04/30/20-PACER DEBK | 6.30 |
| 07/29/20 | 06/04/20-PACER DEBK | 6.60 |
| 07/29/20 | 05/19/20-PACER DEBK | 3.30 |
| 07/29/20 | 06/02/20-PACER DEBK | 7.40 |
| 07/29/20 | 04/06/20-PACER 00PCL | 0.80 |
| 07/29/20 | 04/06/20-PACER CANBK | 3.00 |
| 07/29/20 | 04/06/20-PACER DEBK | 17.00 |
| 07/29/20 | 04/06/20-PACER GANBK | 3.00 |
| 07/29/20 | 04/06/20-PACER NYSBK | 6.00 |
| 07/29/20 | 04/06/20-PACER PAWBK | 3.00 |

**SIDLEY AUSTIN LLP**

Invoice Number: 40052006
Boy Scouts of America

Chapter 11 Matters

| Date | Narrative | Amount |
|---|---|---|
| 07/29/20 | 05/01/20-PACER 00PCL | 0.20 |
| 07/29/20 | 05/01/20-PACER DEDC | 1.30 |
| 07/29/20 | 05/13/20-PACER NMBK | 13.60 |
| 07/29/20 | 05/13/20-PACER WIEBK | 3.00 |
| 07/29/20 | 05/05/20-PACER DEBK | 26.30 |
| 07/29/20 | 05/06/20-PACER 00PCL | 0.10 |
| 07/29/20 | 05/06/20-PACER DEBK | 29.50 |
| 07/29/20 | 05/06/20-PACER INSBK | 10.30 |
| 07/29/20 | 05/06/20-PACER MTBK | 13.30 |
| 07/29/20 | 05/06/20-PACER NMBK | 10.10 |
| 07/29/20 | 05/06/20-PACER ORBK | 20.50 |
| 07/29/20 | 05/08/20-PACER CAEBK | 7.40 |
| 07/29/20 | 05/08/20-PACER WIEBK | 8.30 |
| 07/29/20 | 04/07/20-PACER DEBK | 0.10 |
| 07/29/20 | 06/26/20-PACER DEBK | 10.50 |
| 07/29/20 | 06/26/20-PACER DEDC | 0.30 |
| 07/29/20 | 06/30/20-PACER DEBK | 6.40 |
| 07/29/20 | 06/30/20-PACER NYSBK | 8.80 |
| 07/29/20 | 06/29/20-PACER DEDC | 0.30 |
| 07/29/20 | 06/04/20-PACER DEBK | 15.60 |
| 07/29/20 | 06/02/20-PACER DEBK | 4.60 |
| 07/29/20 | 04/29/20-PACER DEBK | 0.90 |
| 07/29/20 | 05/18/20-PACER DEBK | 3.00 |
| 07/29/20 | 04/21/20-PACER 00PCL | 0.10 |
| 07/29/20 | 04/21/20-PACER DEBK | 17.20 |
| 07/29/20 | 04/16/20-PACER DEBK | 7.80 |
| 07/29/20 | 06/12/20-PACER DEDC | 0.30 |
| 07/29/20 | 06/17/20-PACER DEBK | 6.00 |
| 07/29/20 | 06/17/20-PACER DEDC | 0.20 |
| 07/29/20 | 06/17/20-PACER MNBK | 5.80 |
| 07/29/20 | 06/17/20-PACER NMBK | 3.00 |

**SIDLEY AUSTIN LLP**

Invoice Number: 40052006
Boy Scouts of America

Chapter 11 Matters

| **Date** | **Narrative** | **Amount** |
|---|---|---:|
| 07/29/20 | 06/17/20-PACER ORBK | 7.10 |
| 07/29/20 | 06/16/20-PACER DEBK | 3.00 |
| 07/29/20 | 04/06/20-PACER DEBK | 6.00 |
| 07/29/20 | 06/09/20-PACER DEBK | 6.60 |
| 07/29/20 | 06/09/20-PACER DEDC | 0.30 |
| 07/29/20 | 06/10/20-PACER DEBK | 0.60 |
| 07/29/20 | 06/10/20-PACER DEDC | 0.20 |
| 07/29/20 | 06/26/20-Telephone Charges Conference Call | 0.27 |
| 07/29/20 | 06/26/20-Telephone Charges Conference Call | 0.07 |
| 07/29/20 | 06/29/20-Telephone Charges Conference Call | 0.10 |
| 07/29/20 | 06/29/20-Telephone Charges Conference Call | 0.25 |
| 07/29/20 | 06/29/20-Telephone Charges Conference Call | 0.10 |
| 07/29/20 | 06/03/20-Telephone Charges Conference Call | 0.00 |
| 07/29/20 | 06/03/20-Telephone Charges Conference Call | 0.00 |
| 07/29/20 | 06/03/20-Telephone Charges Conference Call | 0.00 |
| 07/29/20 | 06/03/20-Telephone Charges Conference Call | 0.00 |
| 07/29/20 | 06/03/20-Telephone Charges Conference Call | 0.00 |
| 07/29/20 | 06/03/20-Telephone Charges Conference Call | 0.00 |
| 07/29/20 | 06/19/20-Telephone Charges Conference Call | 0.00 |
| 07/29/20 | 06/17/20-Telephone Charges Conference Call | 0.00 |
| 07/29/20 | 06/02/20-Telephone Charges Conference Call | 0.00 |
| 07/29/20 | 06/25/20-Telephone Charges Conference Call | 0.25 |
| 07/29/20 | 06/01/20-Telephone Charges Conference Call | 12.04 |
| 07/29/20 | 06/25/20-Telephone Charges Conference Call | 0.91 |
| 07/29/20 | 06/11/20-Telephone Charges Conference Call | 0.00 |
| 07/29/20 | 06/12/20-Telephone Charges Conference Call | 0.00 |
| 07/29/20 | 06/30/20-Telephone Charges Conference Call | 0.37 |
| 07/29/20 | 06/16/20-Telephone Charges Conference Call | 0.00 |
| 07/29/20 | 06/17/20-Telephone Charges Conference Call | 0.00 |
| 07/29/20 | 06/17/20-Telephone Charges Conference Call | 0.00 |
| 07/29/20 | 06/19/20-Telephone Charges Conference Call | 0.00 |

**SIDLEY AUSTIN LLP**

Invoice Number:  40052006
Boy Scouts of America

Chapter 11 Matters

| **Date** | **Narrative** | **Amount** |
|---|---|---:|
| 07/29/20 | 06/22/20-Telephone Charges Conference Call | 0.54 |
| 07/29/20 | 06/22/20-Telephone Charges Conference Call | 0.24 |
| 07/29/20 | 06/23/20-Telephone Charges Conference Call | 0.33 |
| 07/29/20 | 06/24/20-Telephone Charges Conference Call | 0.24 |
| 07/29/20 | 06/25/20-Telephone Charges Conference Call | 0.10 |
| 07/29/20 | 06/01/20-Telephone Charges Conference Call | 12.04 |
| 07/29/20 | 06/28/20-Telephone Charges Conference Call | 0.31 |
| 07/30/20 | 04/17/20-PACER CTBK | 0.90 |
| 07/31/20 | 07/01/20-Lexis research service | 118.80 |
| 07/31/20 | 07/27/20-Lexis research service | 59.40 |
| 07/31/20 | 07/09/20-Lexis research service | 57.00 |
| 07/31/20 | 07/15/20-Lexis research service | 287.40 |
| 07/31/20 | 07/28/20-Westlaw research service | 211.65 |
| 07/31/20 | 07/28/20-Westlaw research service | 14.05 |
| 07/31/20 | 07/28/20-Westlaw research service | 1.31 |
| 07/31/20 | 07/30/20-Westlaw research service | 380.20 |
| 07/31/20 | 07/30/20-Westlaw research service | 794.03 |
| 07/31/20 | 07/31/20-Westlaw research service | 39.85 |
| 07/31/20 | 07/31/20-Westlaw research service | 607.20 |
| 07/31/20 | 07/16/20-Westlaw research service | 119.55 |
| 07/31/20 | 07/16/20-Westlaw research service | 326.95 |
| 07/31/20 | 07/17/20-Westlaw research service | 17.64 |
| 07/31/20 | 07/28/20-Westlaw research service | 46.71 |
| 07/31/20 | 07/30/20-Westlaw research service | 46.71 |
| 07/31/20 | 07/31/20-Westlaw research service | 46.76 |
| 07/31/20 | 07/27/20-Westlaw research service | 991.80 |
| 07/31/20 | 07/28/20-Westlaw research service | 46.76 |
| 07/31/20 | 07/29/20-Westlaw research service | 46.76 |
|  | **Total** | **$10,640.35** |