**<u>Exhibit A</u>**

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Ref. Docket No. ___ |

### ORDER (I) AUTHORIZING THE DEBTORS TO ASSUME CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE AND (II) FIXING CURE AMOUNTS WITH RESPECT THERETO

Upon the motion (the "Motion")[2] of the Debtors for entry of an order (this "Order"), pursuant to section 365 of the Bankruptcy Code and Bankruptcy Rule 6006, (i) authorizing the Debtors to assume the Assumed Leases, identified on **Schedule 1** attached hereto, and (ii) fixing the Cure Amounts; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and entry of this Order being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and the Debtors' having consented to the entry of a final order by this Court under Article III of the United States Constitution; and venue of this proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and all objections to the Motion, if any, having been withdrawn, resolved or overruled; and the relief requested in

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] All capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

the Motion being in the best interests of the Debtors' estates, their creditors and other parties in interest; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The relief requested in the Motion is GRANTED as set forth herein.

2. Pursuant to section 365 of the Bankruptcy Code, the Debtors are authorized to, and hereby do, assume the Assumed Leases identified on **Schedule 1** attached hereto.

3. The Debtors shall pay the respective Cure Amounts set forth on **Schedule 1** to this Order.

4. Upon entry of this Order, the non-debtor counterparties to the Assumed Leases shall be deemed to have consented to the Cure Amounts set forth on **Schedule 1**, and the Debtors' payment of the Cure Amounts and assumption of the Assumed Leases under this Order shall result in the full and final release and satisfaction of any claims or defaults arising under any Assumed Lease at any time before the date of the entry of this Order.  All non-debtor counterparties to the Assumed Leases are forever barred from raising or asserting against the Debtors or their estates any default or breach under, or any claim or pecuniary loss arising under or related to, the Assumed Leases that existed prior to the date of the entry of this Order.

5. The Debtors' rights to later assign any of the Assumed Leases, in each case subject to, and in accordance with, the requirements of section 365 of the Bankruptcy Code, are hereby preserved and shall not be impaired by the entry of this Order.

6. The entry of this Order is without prejudice to the Debtors' right to request further extensions of time to assume or reject the Unexpired Leases consistent with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

7. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed or construed as: (a) an admission as to the validity, priority or amount of any claim or lien against the Debtors; (b) a waiver or limitation of the Debtors' or any party in interest's rights to subsequently dispute any claim or lien on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in the Motion or this Order; or (e) a waiver or limitation of the Debtors' or any other party in interest's rights under the Bankruptcy Code or any other applicable law.

8. Notice of the Motion as provided therein shall be deemed good and sufficient and the requirements of Bankruptcy Rule 6006(c) and such other Bankruptcy Rules as may be applicable are satisfied by such notice.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

10. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2020
Wilmington, Delaware

_____
THE HON. LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

## Schedule 1

**Assumed Leases**

Boy Scouts of America  
Unexpired Leases of Nonresidential Real Property

Schedule 1

| No. | Debtor | Property Address | Counterparty | Counterparty Address | Cure Amount |
|---|---|---|---|---|---|
| 1 | Boy Scouts of America | 3910 S YELLOWSTONE HWY, Idaho Falls, ID 83402-4342 | Grand Teton Council | 3910 S. Yellowstone Hwy., Idaho Falls, ID 83402-4342 | $761.24 |
| 2 | Boy Scouts of America | 1 BADEN POWELL LN, Mechanicsburg, PA 17050-2344 | New Birth of Freedom Council | 1 Baden-Powell Lane, Mechanicsburg, PA 17050 | $4,765.12 |
| 3 | Boy Scouts of America | 2218 HIGHWAY 10, SAINT PAUL, MN 55112-4926 | Northern Star Council | 6202 Bloomington Rd., Fort Snelling, MN 55111-2600 | $0.00 |
| 4 | Boy Scouts of America | 2587 GOVERNMENT BLVD, Mobile, AL 36606-1613 | Mobile Area Council | 2587 Government Blvd., Mobile, AL 36606-1697 | $0.00 |
| 5 | Boy Scouts of America | 1218 W ADAMS ST, Chicago, IL 60607-2802 | Pathway to Adventure Council | 811 West Hillgrove Ave., La Grange, IL 60525-5822 | $0.00 |
| 6 | Boy Scouts of America | 617 E GOLF RD STE 110, Arlington Heights, IL 60005-4069 | Pathway to Adventure Council | 811 West Hillgrove Ave., La Grange, IL 60525-5822 | $1,611.66 |
| 7 | Boy Scouts of America | 811 W HILLGROVE AVE, La Grange, IL 60525-5822 | Pathway to Adventure Council | 811 West Hillgrove Ave., La Grange, IL 60525-5822 | $2,010.00 |
| 8 | Boy Scouts of America | 2100 BROAD AVE, Findlay, OH 45840-2748 | Black Swamp Area Council | 2100 Broad Ave, Findlay , OH 45840 | $801.96 |
| 9 | Boy Scouts of America | 345 NW BARRY RD, Kansas City, MO 64155-2740 | Heart of America Council | 10210 Holmes Rd., Kansas City, MO 64131-4200 | $0.00 |
| 10 | Boy Scouts of America | 1801 BOY SCOUT DR, Fort Myers, FL 33907-2114 | Southwest Florida Council | 1801 Boy Scout Dr., Fort Myers, FL 33907-2114 | $0.00 |
| 11 | Boy Scouts of America | 985 W FILLMORE ST, Colorado Springs, CO 80907-5809 | Pikes Peak Council | 985 W. Fillmore Street, Colorado Springs, CO 80907-5809 | $0.00 |
| 12 | Boy Scouts of America | 8335 N MILITARY TRL, WEST PALM BEACH, FL 33410-6329 | Gulf Stream Council | 8335 N. Military Trail, Palm Beach Gardens, FL 33410-6329 | $0.00 |
| 13 | Boy Scouts of America | 13228 N CENTRAL AVE, Tampa, FL 33612-3462 | Greater Tampa Bay Area Council | 13228 North Central Avenue, Tampa, FL 33612-3462 | $0.00 |
| 14 | Boy Scouts of America | 10100 6TH AVE N STE 103A, Plymouth, MN 55441-6380 | Northern Star Council | 6202 Bloomington Rd., Fort Snelling, MN 55111-2600 | $0.00 |
| 15 | Boy Scouts of America | 1275 BEDFORD AVE FLAG PLAZA, Pittsburgh, PA 15219-3645 | Laurel Highlands Council | Flag Plaza, 1275 Bedford Ave., Pittsburgh, PA 15219-3699 | $8,209.23 |
| 16 | Boy Scouts of America | 2820 MCFARLAND RD, Rockford, IL 61107-6808 | Blackhawk Area Council | 2820 McFarland Road, Rockford, IL 61107 | $434.50 |
| 17 | Boy Scouts of America | 2139 WHITE ST, York, PA 17404-4953 | New Birth of Freedom Council | 1 Baden-Powell Lane, Mechanicsburg, PA 17050 | $2,783.29 |
| 18 | Boy Scouts of America | 4335 CONFEDERATE WAY, Macon, GA 31217-4719 | Central Georgia Council | 4335 Confederate Way, Macon, GA 31217 | $0.00 |
| 19 | Boy Scouts of America | 1363 ZEBULON RD, Griffin, GA 30224-5100 | Flint River Council | 1361 Zebulon Rd., P.O. Box 173, Griffin, GA 30224-0173 | $0.00 |
| 20 | Boy Scouts of America | 3497 S 9TH ST, Kalamazoo, MI 49009-9568 | Michigan Crossroads Council | 132 S. Marketplace Blvd., Lansing, MI 48917-7756 | $0.00 |
| 21 | Boy Scouts of America | 330 S 84TH ST, Milwaukee, WI 53214-1468 | Three Harbors Council | 330 South 84th Street, Milwaukee, WI 53214-1468 | $1,552.43 |
| 22 | Boy Scouts of America | 1333 OLD WEISGARBER RD, Knoxville, TN 37909-1284 | Great Smoky Mountain Council | 1333 Old Weisgarber Road, P.O. Box 51885, Knoxville, TN 37950-1885 | $3,941.41 |
| 23 | Boy Scouts of America | 2250 E BROADWAY BLVD, Tucson, AZ 85719-6014 | Catalina Council | 2250 E. Broadway Blvd., Tucson, AZ | $0.00 |
| 24 | Boy Scouts of America | 7285 POE AVE, Dayton, OH 45414-2560 | Miami Valley Council | 7285 Poe Avenue, Dayton, OH 45414 | $0.00 |
| 25 | Boy Scouts of America | 3231 ATLANTIC AVE, Raleigh, NC 27604-1675 | Occoneechee Council | 3231 Atlantic Ave., Raleigh, NC  27604 | $0.00 |
| 26 | Boy Scouts of America | 3446 BRAGG BLVD, Fayetteville, NC 28303-3946 | Occoneechee Council | 3231 Atlantic Ave., Raleigh, NC  27604 | $0.00 |
| 27 | Boy Scouts of America | 4200 19TH AVE S, Fargo, ND 58103-7207 | Northern Lights Council | 4200 19th Ave S, Fargo, ND 58103 | $4,821.91 |
| 28 | Boy Scouts of America | 1001 DAVIS ST, San Leandro, CA 94577-1514 | San Francisco Bay Area Council | 1001 Davis St., San Leandro, CA 94577-1514 | $4,250.18 |
| 29 | Boy Scouts of America | 4205 E COURT ST STE 300, Burton, MI 48509-1719 | Michigan Crossroads Council | 132 S. Marketplace Blvd., Lansing, MI 48917-7756 | $0.00 |
| 30 | Boy Scouts of America | 2134 NICHOLASVILLE RD STE 15, Lexington, KY 40503-2521 | Blue Grass Council | 2134 Nicholasville Road, Suite 3, Lexington, KY 40503 | $2,259.79 |
| 31 | Boy Scouts of America | 2145 SW NAITO PKWY, Portland, OR 97201-5103 | Cascade Pacific Council | 2145 Naito Pkwy., Portland, OR 97201-5197 | $0.00 |
| 32 | Boy Scouts of America | 6202 BLOOMINGTON RD, Fort Snelling, MN 55111-2600 | Northern Star Council | 6202 Bloomington Rd., Fort Snelling, MN 55111-2600 | $0.00 |
| 33 | Boy Scouts of America | 807 KINNEAR RD STE 120, Columbus, OH 43212-1489 | Simon Kenton Council | 807 Kennear Road, Columbus, OH 43212 | $6,398.23 |
| 34 | Boy Scouts of America | 5625 E STATE ROAD 46, Bloomington, IN 47401-9233 | Hoosier Trails Council | 5625 East State Road 46, Bloomington, IN 47401 | $0.00 |
| 35 | Boy Scouts of America | 15255 NW 82ND AVE, Miami Lakes, FL 33016-1476 | South Florida Council | 15255 NW 82nd Ave., Miami Lakes, FL 33016 | $0.00 |
| 36 | Boy Scouts of America | 3031 NW 64TH ST, Oklahoma City, OK 73116-3525 | Last Frontier Council | 3031 N. W. 64th St., Oklahoma City, OK 73116-3257 | $8,813.71 |
| 37 | Boy Scouts of America | 6123 SCOUT TRL, Des Moines, IA 50321-1601 | Mid-Iowa Council | 6123 Scout Trail, Des Moines, IA 50321-1601 | $0.00 |
| 38 | Boy Scouts of America | 855 RIVERSIDE DR, Jackson, MS 39202-1138 | Andrew Jackson Council | 855 Riverside Dr., Jackson, MS 39202-1199 | $0.00 |
| 39 | Boy Scouts of America | 1616 S EASTGATE AVE, Springfield, MO 65809-2116 | Ozark Trails Council | 1616 S. Eastgate Avenue, Springfield, MO 65809-2116 | $2,539.30 |
| 40 | Boy Scouts of America | 660 32ND AVE SW, Cedar Rapids, IA 52404-3910 | Hawkeye Area Council | 660 32nd Avenue, SW, Cedar Rapids, IA 52404-3910 | $0.00 |
| 41 | Boy Scouts of America | 4295 S GARNETT RD, Tulsa, OK 74146-4261 | Indian Nations Council | 4295 S. Garnett Road, Tulsa, OK 74146 | $0.00 |
| 42 | Boy Scouts of America | 4412 N BRADY ST, Davenport, IA 52806-4009 | Illowa Council | 4412 N. Brady St., Davenport, IA 52806 | $0.00 |
| 43 | Boy Scouts of America | 4S100 N ROUTE 59 STE 5, Naperville, IL 60563-9697 | Three Fires Council | 415 N. Second St., St. Charles, IL 60174-9990 | $0.00 |
| 44 | Boy Scouts of America | 2929 AIRPORT BLVD, Waterloo, IA 50703-9627 | Winnebago Council | 2929 Airport Boulevard, Waterloo, IA 50703-9627 | $796.13 |
| 45 | Boy Scouts of America | 8395 S 700 W, Sandy, UT 84070-6400 | Great Salt Lake Council | 525 Foothill Blvd., Salt Lake City, UT 84113-1199 | $5,994.75 |
| 46 | Boy Scouts of America | 2 TOWER OFFICE PARK, Woburn, MA 01801-2113 | The Spirit of Adventure Council | 2 Tower Office Park, Woburn, MA 01801-6457 | $0.00 |
| 47 | Boy Scouts of America | 970 W JULIAN ST, San Jose, CA 95126-2719 | Silicon Valley Monterey Bay Council | 970 W. Julian St., San Jose, CA 95126 | $0.00 |
| 48 | Boy Scouts of America | 203 SWANSON DR, Lawrenceville, GA 30043-8532 | Northeast Georgia Council | P O Box 399, Jefferson, GA 30549-0399 | $3,687.52 |
| 49 | Boy Scouts of America | 23 Turnpike Rd., Southborough, MA. 01772 | Zealand Corporation | 44 SPRING ST, STE 6, WAATERTOWN, MA 02472 | $0.00 |
| 50 | Boy Scouts of America | 10240-F WESTERN RIDGE RD., CHARLOTTE, NC 28273 | MXD Group, Inc. | 7795 WALTON PARKWAY, 4TH FLOOR, NEW ALBANY, OH 43054 | $0.00 |
| 51 | Boy Scouts of America | 2550 JACK FURST DR, GLEN JEAN, WV 25846 | Arrow WV. Inc. | 2550 JACK FURST DR, GLEN JEAN, WV 25846 | $0.00 |

*Count = 51*