**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:  Chapter 11

Case No. 20-10343 (LSS)

Debtor: Boy Scouts of America, et al.

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Craig K. Vernon to represent Various Tort Claimants in this action.

/s/ David M. Klauder

Firm Name: Bielli & Klauder, LLC
Address: 1204 N. King Street, Wilmington, DE 19801
Phone: (302) 803-4600
Email: dklauder@bk-legal.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Idaho, Washington, Minnesota and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Craig K. Vernon

Firm Name: James, Vernon & Weeks, P.A.
Address: 1626 Lincoln Way, Coeur d'Alene, ID 83815
Phone: (208) 667-0683
Email: cvernon@jvwlaw.net

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105