**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | **Ref. Docket Nos. 1164, 1165, & 1166** |
| | <u>Objection Deadline:</u><br>September 2, 2020 at 4:00 p.m. (ET)<br><u>Hearing Date:</u><br>September 9, 2020 at 10:00 a.m. (ET) |

**JOINDER BY ALLIANZ GLOBAL RISKS US INSURANCE COMPANY AND NATIONAL SURETY CORPORATION TO CENTURY AND HARTFORD'S MOTION TO COMPEL THE ATTORNEYS REPRESENTING THE ENTITY CALLING ITSELF THE "COALITION" TO SUBMIT THE DISCLOSURES REQUIRED BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Allianz Global Risks US Insurance Company ("<u>Allianz</u>") and National Surety Corporation ("<u>NSC</u>" and, together with Allianz, the "<u>Allianz Insurers</u>"), by and through undersigned counsel, hereby file this joinder (the "<u>Joinder</u>") to *Century and Hartford's Motion to Compel the Attorneys Representing the Entity Calling Itself the "Coalition" to Submit the Disclosures Required by Federal Rule of Bankruptcy Procedure 2019* [D.I. 1164] (the "<u>Motion to Compel</u>").[2] In support hereof, the Allianz Insurers respectfully represent the following:

**JOINDER**

The Allianz Insurers hereby join in the request for the relief sought in the Motion to Compel. The Coalition should be ordered to disclose the information that Rule 2019 requires for

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion to Compel.

109733466

- 2 -

at least two reasons. *First*, full and faithful compliance with Rule 2019 is mandatory. *See* FED. R. BANKR. P. 2019(b)(1) ("[i]n a chapter . . . 11 case, a verified statement setting forth the information specified in subdivision (c) of this rule shall be filed . . . ."). *Second*, and as a practical matter, the sheer number of claimants that the Coalition purports to represent makes fulsome disclosures particularly critical. Absent adequate disclosures that permit the Court, the Debtors, and other parties-in-interest to review and vet the Coalition, the Coalition's (continued) participation potentially threatens the integrity of the entire bankruptcy process. Accordingly, the Allianz Insurers join the request for relief in the Motion to Compel.

## CONCLUSION

WHEREFORE, the Allianz Insurers respectfully request that the Court enter an order (i) granting the relief requested in the Motion to Compel and this Joinder and (ii) granting such other and further relief as is just and proper.

Dated:     August 27, 2020
           Wilmington, Delaware

| TROUTMAN PEPPER HAMILTON SANDERS LLP | TROUTMAN PEPPER HAMILTON SANDERS LLP |
|---|---|
| By: /s/ *Marcy J. McLaughlin Smith* | By: /s/ *Marcy J. McLaughlin Smith* |
| David M. Fournier (DE No. 2812) | David M. Fournier (DE No. 2812) |
| Marcy J. McLaughlin Smith (DE No. 6184) | Marcy J. McLaughlin Smith (DE No. 6184) |
| Hercules Plaza | Hercules Plaza |
| 1313 Market Street | 1313 Market Street |
| Suite 5100 | Suite 5100 |
| P.O. Box 1709 | P.O. Box 1709 |
| Wilmington, DE 19899-1709 | Wilmington, DE 19899-1709 |
| Telephone:  302.777.6500 | Telephone:  404.885.3000 |
| Facsimile:  302.421.8390 | Facsimile:  404.885.3900 |
| -and- | -and- |

109733466

- 3 -

    Harris B. Winsberg (admitted *pro hac vice*)
    Matthew G. Roberts (admitted *pro hac vice*)
    Bank of America Plaza
    600 Peachtree Street NE
    Suite 3000
    Atlanta, GA  30308-2216
    Telephone:   404.885.3000
    Facsimile:    404.885.3900

*-and-*

    NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP
    Matthew S. Sorem (admitted *pro hac vice*)
    10 S. Wacker Dr.
    21st Floor
    Chicago, IL 60606
    Telephone:   312.585.1433
    Facsimile:    312.585.1401

*-and-*

    MCDERMOTT WILL & EMERY LLP
    Margaret H. Warner (admitted *pro hac vice*)
    Ryan S. Smethurst (admitted *pro hac vice*)
    The McDermott Building
    500 North Capitol Street, NW
    Washington, DC 20001-1531
    Telephone:   202.756.8228
    Facsimile:    202.756.8087

*Attorneys for Allianz Global Risks US Insurance Company*

    Harris B. Winsberg (admitted *pro hac vice*)
    Matthew G. Roberts (admitted *pro hac vice*)
    Bank of America Plaza
    600 Peachtree Street NE
    Suite 3000
    Atlanta, GA  30308-2216
    Telephone:   404.885.3000
    Facsimile:    404.885.3900

*-and-*

    BRADLEY RILEY JACOBS PC
    Todd C. Jacobs (admitted *pro hac vice*)
    John E. Bucheit (admitted *pro hac vice*)
    320 W. Ohio Street
    Suite 3W
    Chicago, IL 60654
    Telephone:   312.281.0295

*Attorneys for National Surety Corporation*