# CERTIFICATE OF SERVICE

I, Marcy J. McLaughlin Smith, hereby certify that on the 27th day of August, 2020, I caused the foregoing *Joinder by Allianz Global Risks US Insurance Company and National Surety Corporation to Century and Hartford's Motion to Compel the Attorneys Representing the Entity Calling Itself the "Coalition" to Submit the Disclosures Required by Federal Rule of Bankruptcy Procedures 2019* to be served upon the parties set forth on the attached service list, in the manner indicated; and all ECF participants in this case were served electronically through the Court's ECF noticing system, at their respective email addresses registered with the Court.

                                                */s/ Marcy J. McLaughlin Smith*
                                                Marcy J. McLaughlin Smith (DE No. 6184)

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**
Case No. 20-10343 (LSS)
Service List

**BY FIRST CLASS MAIL & EMAIL**
*(Counsel for Debtors)*
Thomas A. Labuda, Michael C. Andolina, Matthew E. Linder, Karim Basaria and Blair Warner
**SIDLEY AUSTIN LLP**
One South Dearborn Street Chicago, Illinois 60603
tlabuda@sidley.com; mandolina@sidley.com; mlinder@sidley.com; kbasaria@sidley.com; blair.warner@sidley.com

**BY FIRST CLASS MAIL & EMAIL**
*(Counsel for Debtors)*
Derek C. Abbott, Andrew R. Remming, Joseph C. Barsalona II, Eric W. Moats and Paige N. Topper
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
dabbott@mnat.com; aremming@mnat.com; jbarsalona@mnat.com; emoats@mnat.com; ptopper@mnat.com

**BY FIRST CLASS MAIL & EMAIL**
*(Counsel for Debtors)*
Jessica C. K. Boelter
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
jboelter@sidley.com

**BY FIRST CLASS MAIL & EMAIL**
David L. Buchbinder and Hannah Mufson McCollum
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
david.l.buchbinder@usdoj.gov
hannah.mccollum@usdoj.gov

**BY FIRST CLASS MAIL & EMAIL**
*(Counsel for Tort Claimants' Committee)*
James Stang, Robert Orgel, James O'Neill, John Lucas and Ilan Scharf
**PACHULSKI STANG ZIEHL & JONES LLP**
919 N Market St, 17th Fl.
PO Box 8705
Wilmington, DE 19899-8705
jstang@pszjlaw.com; rorgel@pszjlaw.com; joneill@pszjlaw.com; jlucas@pszjlaw.com; ischarf@pszjlaw.com

**BY FIRST CLASS MAIL & EMAIL**
*(Counsel for Unsecured Creditors' Committee)*
Thomas Moers Mayer, Rachael Ringer, David E. Blabey, Jennifer R. Sharret and Megan M. Wasson
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
177 Avenue of the Americas
New York, NY 10036
tmayer@kramerlevin.com; rringer@kramerlevin.com; dblabey@kramerlevin.com; jsharret@kramerlevin.com; mwasson@kramerlevin.com

**BY FIRST CLASS MAIL & EMAIL**
*(Counsel for Unsecured Creditors' Committee)*
Kurt F. Gwynne and Katelin Ann Morales
**REED SMITH LLP**
1201 Market Street
15th Floor
Wilmington, DE 19801
kgwynne@reedsmith.com; kmorales@reedsmith.com

**BY FIRST CLASS MAIL & EMAIL**
*(Counsel for First State Insurance Company, Hartford Accident and Indemnity Company and Twin City Fire Insurance Company)*
Eric S. Goldstein
**SHIPMAN & GOODWIN LLP**
One Constitution Plaza
Hartford, CT 06103
egoldstein@goodwin.com

**BY FIRST CLASS MAIL & EMAIL**
*(Counsel for First State Insurance Company, Hartford Accident and Indemnity Company and Twin City Fire Insurance Company)*
James P. Ruggeri, Joshua D. Weinberg, Michele Backus Konigsberg and Abigail W. Williams
**SHIPMAN & GOODWIN LLP**
1875 K Street, NW, Suite 600
Washington, DC 20003
jruggeri@goodwin.com; jweinberg@goodwin.com; mbackus@goodwin.com; awilliams@goodwin.com;

**BY FIRST CLASS MAIL & EMAIL**
*(Counsel for First State Insurance Company, Hartford Accident and Indemnity Company and Twin City Fire Insurance Company)*
Erin R. Fay and Gregory J. Flasser
**BAYARD, P.A.**
600 N. King Street, Suite 400
Wilmington, Delaware 19801
efay@bayardlaw.com ; gflasser@bayardlaw.com

**BY FIRST CLASS MAIL & EMAIL**
*(Counsel for Century Indemnity Company, et al.)*
Stamatios Stamoulis
**STAMOULIS & WEINBLATT LLC**
800 N. West Street Third Floor
Wilmington, Delaware 19801
stamoulis@swdelaw.com

**BY FIRST CLASS MAIL & EMAIL**
*(Counsel for Century Indemnity Company, et al.)*
Tancred Schiavoni and Janine Panchok-Berry
**O'MELVENY & MYERS LLP**
Times Square Tower
7 Times Square
New York, New York 10036-6537
tschiavoni@omm.com; jpanchok-berry@omm.com

**BY FIRST CLASS MAIL & EMAIL**
*(Counsel to the Future Claimants' Representative)*
James L. Patton, Jr., Robert Brady, Edwin Harron, and Sharon M. Zieg
**YOUNG CONAWAY STARGATT & TAYLOR**
Rodney Square
1000 N King St.
Wilmington, DE 19801
jpatton@ycst.com; rbrady@ycst.com; eharron@ycst.com; szieg@ycst.com; bankfilings@ycst.com

**BY FIRST CLASS MAIL & EMAIL**
*(Counsel for Coalition of Abused Scouts for Justice)*
David J. Molton
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
DMolton@brownrudnick.com

**BY FIRST CLASS MAIL & EMAIL**
*(Counsel for Coalition of Abused Scouts for Justice)*
Sunni P. Beville and Tristan G. Axelrod
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
sbeville@brownrudnick.com; taxelrod@brownrudnick.com

**BY FIRST CLASS MAIL & EMAIL**
*(Counsel for Coalition of Abused Scouts for Justice)*
Stanley B. Tarr
BLANK ROME LLP
1201 N. Market St, Suite 800
Wilmington, DE 19801
tarr@blankrome.com