UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                  Chapter __11__

Case No. __20__-__10343__ (__LSS__)

Debtor: Boy Scouts of America

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of __Preston Rideout__ to represent __Peter Donald Buchanan, Jr., Executor of the Estate of Sherrye B. Howell, and the Estate of Sherrye B. Howell__ in this action.

*/s/ Vivian A. Houghton/*

Firm Name: Vivian A. Houghton, Esq.
Address: 800 West Street, 1st Floor
Wilmington, DE 19801
Phone: (302) 658-0518
Email: vivianhoughton@comcast.net

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __Mississippi__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid ~~to the Clerk~~ of Court for District Court.

*/s/ Preston Rideout/*

Firm Name: Preston Rideout, Esq.
Address: 203 Walthall Street
Greenwood, MS 38930
Phone: (662) 455-9999
Email: borideout@gmail.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

*/s/ Laurie Selber Silverstein/*

**Dated: August 28th, 2020
Wilmington, Delaware**