IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br>                         Debtors. | Chapter 11<br>Case No. 20-10343 (LSS)<br>(Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF ERIC R. GOODMAN**

      Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Eric R. Goodman of the law firm Brown Rudnick LLP to represent the Coalition of Abused Scouts for Justice in the above-captioned chapter 11 bankruptcy cases and any related adversary proceedings.

Dated: August 27, 2020
       Wilmington, Delaware

                                                */s/ Stanley B. Tarr*
                                                Stanley B. Tarr (DE No. 5535)
                                                BLANK ROME LLP
                                                1201 Market Street, Suite 800
                                                Wilmington, Delaware 19801
                                                (302) 425-6400
                                                *Attorneys for the Coalition of Abused Scouts for Justice*

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New York and Ohio, in the United States District Courts for the Southern District of New York, the Northern and Southern Districts of Ohio, the Northern District of Illinois, the Western District of Pennsylvania, and the Eastern District of Michigan, and the United States Court of Appeals for the Sixth Circuit, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                                                 */s/ Eric R. Goodman*
                                                 Eric R. Goodman
                                                 Brown Rudnick LLP
                                                 601 Thirteenth Street NW Suite 600
                                                 Washington, DC 20005
                                                 (202) 536-1700
                                                 egoodman@brownrudnick.com

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

      IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

                                                 LAURIE SELBER SILVERSTEIN
**Dated: August 28th, 2020**                    UNITED STATES BANKRUPTCY JUDGE
**Wilmington, Delaware**