UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                                 Chapter **11**

                                      Case No. **20**-**10343** (**LSS**)

Debtor: **Boy Scouts of America, et al.**

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of **Craig K. Vernon** to represent **Various Tort Claimants** in this action.

/s/ David M. Klauder

Firm Name: Bielli & Klauder, LLC
Address: 1204 N. King Street, Wilmington, DE 19801
Phone: (302) 803-4600
Email: dklauder@bk-legal.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of **Idaho, Washington, Minnesota** and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Craig K. Vernon

Firm Name: James, Vernon & Weeks, P.A.
Address: 1626 Lincoln Way, Coeur d'Alene, ID 83815
Phone: (208) 667-0683
Email: cvernon@jvwlaw.net

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

Dated: August 28th, 2020
Wilmington, Delaware

Local Form 105