## **CERTIFICATE OF SERVICE**

      The undersigned certifies that a true and correct copy of the foregoing document was served on August 28, 2020, by electronic filing in the CM/ECF system of the United States Bankruptcy Court for the District of Delaware, which will send notification of such filing to all registered parties in interest, and upon the following Objection Notice Parties:

Morris, Nichols, Arsht & Tunnell LLP
Attn: Derek C. Abbott, Andrew R. Remming, Eric W. Moats, Paige N. Topper
dabbott@mnat.com, aremming@mnat.com, emoats@mnat.com, ptopper@mnat.com
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
*Attorneys for the Debtors and Debtors in Possession*

Sidley Austin LLP
Attn: Jessica C.K. Boelter
jboelter@sidley.com  tlabuda@sidley.com,  mandolina@sidley.com,
mlinder@sidley.com,  blair.warner@sidley.com
787 Seventh Avenue
New York, New York 10019
*Attorneys for the Debtors and Debtors in Possession*

Sidley Austin LLP
Attn: Thomas A. Labuda, Michael C. Andolina, Matthew E. Linder, Blair M. Warner
tlabuda@sidley.com,  mandolina@sidley.com,  mlinder@sidley.com,
blair.warner@sidley.com
51 West 52nd Street
New York, New York 10019
*Attorneys for the Debtors and Debtors in Possession*

                                                    */s/      David M. Klauder*
                                                    David M. Klauder