## Exhibit A

**Summary of Time Detail by Task**

*Exhibit A*

*Boy Scouts of America and Delaware BSA, LLC*
*Summary of Time Detail by Task*
*June 1, 2020 through July 31, 2020*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 140.0 | $102,482.50 |
| Cash | 194.1 | $131,415.00 |
| Claims | 5.9 | $2,947.50 |
| Contracts | 1.4 | $770.00 |
| Court | 3.6 | $2,820.00 |
| Employee | 21.4 | $15,665.00 |
| Fee Applications | 8.5 | $2,762.50 |
| Financial Analysis | 232.6 | $150,010.00 |
| Info Req | 191.0 | $140,177.50 |
| Litigation | 9.8 | $8,492.50 |
| MOR | 19.5 | $13,275.00 |
| Motions/Orders | 32.3 | $22,060.00 |
| Plan DS | 0.6 | $615.00 |
| Statement & Schedules | 4.3 | $2,410.00 |
| Status Meeting | 32.4 | $26,252.50 |
| Vendor Management | 87.5 | $58,905.00 |
| *Subtotal* | 984.9 | $681,060.00 |
| *Voluntary Reduction - Real Estate* | -30.2 | -$16,982.50 |
| *Total* | 954.7 | $664,077.50 |