## Exhibit B

## Summary of Time Detail by Professional

*Exhibit B*

**Boy Scouts of America and Delaware BSA, LLC**
*Summary of Time Detail by Professional*
*June 1, 2020 through July 31, 2020*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,025.00 | 55.9 | $57,297.50 |
| Erin Covington | Managing Director | $925.00 | 6.6 | $6,105.00 |
| Erin McKeighan | Managing Director | $850.00 | 11.1 | $9,435.00 |
| Trevor Phillips | Managing Director | $725.00 | 11.7 | $8,482.50 |
| Carl Binggeli | Director | $725.00 | 398.5 | $288,912.50 |
| Robert Edgecombe | Director | $525.00 | 47.0 | $24,675.00 |
| Alden Katagihara | Manager | $475.00 | 1.7 | $807.50 |
| Ryan Walsh | Senior Associate | $650.00 | 376.2 | $244,530.00 |
| Julio Cifuentes | Associate | $575.00 | 54.0 | $31,050.00 |
| Trevor DiNatale | Consultant | $550.00 | 1.4 | $770.00 |
| Emily Raab | Consultant | $525.00 | 7.8 | $4,095.00 |
| Gerard Gigante | Analyst | $475.00 | 4.5 | $2,137.50 |
| Nicole Vander Veen | Paraprofessional | $325.00 | 8.5 | $2,762.50 |
| | | *Subtotal* | 984.9 | $681,060.00 |
| | | *Voluntary Reduction - Real Estate* | -30.2 | -$16,982.50 |
| | | *Total* | 954.7 | $664,077.50 |