## Exhibit E

## Summary of Expense Detail by Category

*Exhibit E*

### Boy Scouts of America and Delaware BSA, LLC
### Summary of Expense Detail by Category
### June 1, 2020 through July 31, 2020

| Expense Category | Sum of Expenses |
|---|---:|
| Miscellaneous | $438.18 |
| **Total** | **$438.18** |