## Exhibit F

**Expense Detail by Category Professional**

*Exhibit F*

### Boy Scouts of America and Delaware BSA, LLC
### Expense Detail by Category
### June 1, 2020 through July 31, 2020

### Miscellaneous

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Ryan Walsh | 6/4/2020 | $55.11 | WebEx charges. |
| Erin McKeighan | 6/30/2020 | $195.82 | CMS Monthly Data Storage Fee. |
| Ryan Walsh | 6/30/2020 | $11.02 | WebEx charges. |
| Erin McKeighan | 7/31/2020 | $176.23 | CMS Monthly Data Storage Fee. |
| **Expense Category Total** | | **$438.18** | |
| *Grand Total* | | **$438.18** | |