IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) <br><br> **Re: D.I. 1145** |

### SUPPLEMENTAL DECLARATION OF EVAN ROBERTS IN SUPPORT OF THE DEBTORS' MOTION PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND ¶ 27 OF THE BAR DATE ORDER FOR ENTRY OF AN ORDER (I) SUPPLEMENTING THE BAR DATE ORDER AND (II) GRANTING RELATED RELIEF

I, Evan Roberts, being duly sworn, state the following under penalty of perjury:

1. I am a Senior Director of FTI Consulting (SC), Inc., located at 555 12th Street, NW, Suite 700, Washington, DC, 20004.

2. I submit this declaration (this "Declaration") in support of the *Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and ¶ 27 of the Bar Date Order for Entry of an Order (I) Supplementing the Bar Date Order and (II) Granting Related Relief*. I have personal knowledge of the facts set forth herein.

3. On August 25, 2020, I filed a declaration [Docket No. 1145, Ex. B] (the "Initial Declaration") in support of the *Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and ¶ 27 of the Bar Date Order for Entry of an Order (I) Supplementing the Bar Date Order and (II) Granting Related Relief* [Docket No. 1145] (the "Motion to Supplement").[2]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion to Supplement.

1

4. I submit this supplemental declaration in further support of the Motion to Supplement.

5. On or around August 26, 2020, at my direction, FTI engaged a third-party vendor, Deep Root Analytics, to create a report regarding the content and scope of advertisements related to the Debtors' chapter 11 cases that have aired since entry of the Bar Date Order on May 26, 2020. On information and belief, Deep Root Analytics is an audience analytics firm that specializes in tracking paid advertising on television. A true and correct copy of this report is attached hereto as **Exhibit A** (the "Analytics Report"). FTI relies on data analytics such as those reflected in the Analytics Report in the ordinary course of its business providing public relations, communications, media relations, and other consulting services.

6. The following is a list of the exhibits in my Initial Declaration that are included in Appendix A of the Analytics Report:

| Analytics Report | Initial Decl. Exhibit No. | Entity Sponsoring Advertising |
|---|---|---|
| Creative Name #1 - LAWYERS/1-800-LAW-HELP BOY SCOUTS ABUSE 1 | Exhibit C-1 | 1-800-LAW-HELP Legal Network |
| Creative Name #2 - LAWYERS/1-800-LAW-HELP BOY SCOUTS ABUSE 15 | Exhibit C-4 | 1-800-LAW-HELP Legal Network |
| Creative Name #3 - LAWYERS/1-800-LAW-HELP BOY SCOUTS ABUSE 15_2 | Exhibit C-5 | 1-800-LAW-HELP Legal Network |
| Creative Name #4 - LAWYERS/1-800-LAW-HELP BOY SCOUTS ABUSE 15_3 | Exhibit C-3 | 1-800-LAW-HELP Legal Network |
| Creative Name #5 - LAWYERS/1-800-LAW-HELP BOY SCOUTS ABUSE 2 | Exhibit C-2 | 1-800-LAW-HELP Legal Network |
| Creative Name #6 - LAWYERS/COHEN BOY SCOUT ABUSE | Exhibit E | Law Office of Cohen & Jaffe, LLP |

| | | |
|---|---|---|
| Creative Name #7 - LAWYERS/MORELLI SEXUAL ABUSE | Exhibit G | Morelli Law Firm |
| Creative Name #8 LAWYERS/MORGAN BOY SCOUTS ABUSE 60 | Exhibit H | Morgan & Morgan Attorneys |
| Creative Name #9 - LAWYERS/SAH BOY SCOUT ABUSE 60 | Exhibit I | Scout Abuse Helpline/Greg Jones Law, P.A. |
| Creative Name #10 - LAWYERS/SHERIDAN BOY SCOUT ABUSE 60 | Exhibit K | Sheldon Law Group |
| Creative Name #11 - LAWYERS/SLATER BOY SCOUTS ABUSE | Exhibit L | Slater Slater Schulman LLP |

7. Based upon my review of the Analytics Report, comparing the period from February 18 to May 25, 2020 to the period from May 26 to August 25, 2020, there was an increase of approximately 337% in attorney advertising spots related to soliciting abuse claims against the Debtors. Specifically, while approximately 2,525 spots aired between February 18 and May 25, over 11,038 spots aired between May 26 and August 25.

*[Remainder of Page Intentionally Left Blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 30, 2020
New York, New York

*/s/ Evan Roberts*
Evan Roberts