## Exhibit A

**Analytics Report**



| | |
|---|---|
| **To:** | Sidley Austin LLP |
| **From:** | Alex Lundry, Co-Founder Deep Root Analytics |
| **Re:** | BSA litigation related advertising |
| **Date:** | August 28, 2020 |

Deep Root Analytics is an audience analytics firm that specializes in tracking paid advertising on television.  We have used the datasets at our disposal to provide a detailed look at the content and scope of television advertisements regarding litigation against the Boy Scouts of America.  This memo outlines our findings.

> **KEY FINDING**
> *Every single one of the 11 separate ads we discovered, that have collectively aired more than 11,000 times across 91 media markets - including national broadcast and national cable television - have been "defective" on at least two of seven items we are tracking, such as not including the deadline to file proof of a claim or not referring to the BSA's bankruptcy.*

**METHODOLOGY**

This report was compiled using ad occurrence data from Kantar.  Kantar captures detailed information about advertisements across national and local broadcast television as well as national cable.  They do not track local cable advertising, so, if anything, this analysis underestimates the full scope and weight behind these advertisements.

Using the data from Kantar, we transcribed and watched the 11 different creatives that aired between May 26, 2020 and August 25, 2020.

This data allows us to analyze these ads at two different levels: 1) the creative level, where we look at the universe of unique ads that have run on the topic - in this case 11 separate ads, and 2) the spot level, which lets us look at the weight and frequency that these creatives ran - in this case more than 11,000 airings of the 11 individual ads.

Looking at both the transcription text and videos, we evaluated ads for seven different defects:

- **DEFECT 1:  Not including the deadline to file proof of claim.**  In order to pass, the ad must detail either visually or through voice-over the specific deadline of November 16, 2020.
- **DEFECT 2:  Referring to a compensation fund or trust.** For this classification, the compensation fund or trust only needed to be mentioned.  This does not account for any reference to the size of the fund.
- **DEFECT 3:  Not referring to bankruptcy.** Many ads made claims without mentioning BSA's bankruptcy.
- **DEFECT 4:  Mentioning "significant" or "substantial" compensation.** This defect specifically refers to potential compensation for claimants.  No mention of the trust fund needed to be included.
- **DEFECT 5:  Telling potential claimants they could remain anonymous.** While some ads mentioned that the calls placed to the attorney would be confidential, we only included ads that specifically mention the claim may be "anonymous."
- **DEFECT 6:  Estimating the trust or compensation fund could be worth $1.5 billion.** Only ads specifically referencing that amount were flagged with this defect while more vague speculation about the BSA's assets or other similar payouts were not.
- **DEFECT 7:  Only mentioning abuse by a "scout leader."**  Ads were flagged if they only mentioned abuse by scout leaders as opposed to general abuse by others.

Full transcription data and defect flags are included at the end of this report for your reference in Appendix A.

**CREATIVE LEVEL ANALYSIS**

We examined 11 unique advertisements ranging from 10 seconds in ad duration to 60 seconds in duration.  **Of the 11 unique ads, every single one had at least two of the seven defects, while two of them had as many as six.**  Below is a chart showing the distribution of defects which outlines that of all the advertisements we reviewed each ad had either two, three, five, or six defects contained in the creative and/or language.

| Number of Defects | Number of Ad Creatives with Defects | Percent of Ad Creatives with Defects |
|---|---|---|
| Two Per Ad | 3 | 27% |
| Three Per Ad | 4 | 36% |
| Five Per Ad | 2 | 18% |
| Six Per Ad | 2 | 18% |

**Only one ad contained the actual deadline to file proof of a claim (defect 1) with the other 10 failing to do so.  This was the most frequent defect.**  Eight separate ads mentioned the compensation fund (defect 2) and seven failed to mention bankruptcy (defect 3), rounding out the three most common issues.  Four ads exhibited defects 4, 5, and/or 7, specifically mentioning "substantial" compensation, anonymity, or "scout leaders" as the main abusers.  The least frequent defect was estimating the worth of the compensation fund at $1.5 billion; only three ads did this.

| Defect | Ads Where This Defect Occurred |
|---|---|
| DEFECT 1:  Not including deadline to file proof of claim | 91% (10 ads) |
| DEFECT 2:  Referring to a compensation fund or trust | 73% (8 ads) |
| DEFECT 3:  Not referring to bankruptcy | 64% (7 ads) |
| DEFECT 4:  Mentioning "significant" or "substantial" compensation | 36% (4 ads) |
| DEFECT 5:  Telling potential claimants they could remain anonymous | 36% (4 ads) |
| DEFECT 6:  Estimating the trust or compensation fund could be worth $1.5 billion | 27% (3 ads) |
| DEFECT 7:  Only mentioning abuse by a "scout leader" | 36% (4 ads) |

**SPOT LEVEL ANALYSIS**

**These 11 creatives were aired a combined 11,038 times on national broadcast, local broadcast, or national cable during the past three months**. Using Kantar data, **we estimate that over $2.8 million was spent to air these ads across each of the ad sponsors**. They reached a combined 91 media markets including national cable and national networks. Below you will find a breakdown of the spots aired in the top 25 markets with the most spots. Each of these markets contains at least 85 spots that were aired. Among the remaining 66 markets a collective 1,894 spots were aired. Market level spot counts for every market can be found in Appendix B.

| MEDIA MARKET NAME | NUMBER OF SPOTS RUN IN MARKET |
|---|---|
| NEW YORK | 2185 |
| LOS ANGELES | 952 |
| SACRAMENTO | 939 |
| HOUSTON | 932 |
| BOSTON | 464 |
| FRESNO | 358 |
| BIRMINGHAM | 282 |
| DETROIT | 268 |
| TOLEDO | 249 |
| NATIONAL CABLE | 237 |
| MADISON | 230 |
| WICHITA | 224 |
| CINCINNATI | 204 |
| CLEVELAND | 183 |
| RENO | 182 |
| BURLINGTON | 177 |
| SIOUX FALLS | 164 |
| FLINT | 155 |
| TRAVERSE CITY | 151 |
| LANSING | 128 |
| SAN FRANCISCO | 108 |
| JACKSONVILLE | 103 |
| TAMPA | 95 |
| PHILADELPHIA | 89 |
| SAN DIEGO | 85 |

As noted previously, each ad creative contained at least two defects, which means that **100% of the more than 11,000 spots ran with defective information and almost a third had five or six defects.** Nearly all of the spots (94%) failed to include the deadline to file the proof of the claim. And an overwhelming number of the spots that aired (86%) referred to an already established compensation fund or trust. Not referring to BSA's bankruptcy occurred among a strong majority (62%) of the spots that ran and more than a quarter of the spots also mentioned things like "significant" or "substantial" compensation, told claimants they could remain anonymous, estimated the trust or compensation fund to be worth $1.5 billion or only mentioned abuse by a "scout leader." Though estimating the size of the compensation fund at $1.5 billion was the least common defect at the creative level, it was the fourth most common issue (36%) when looking at all spots aired.

| Defect | Percent of Spots Where This Defect Occurred |
|---|---|
| DEFECT 1:  Not including deadline to file proof of claim | 94% |
| DEFECT 2:  Referring to a compensation fund or trust | 86% |
| DEFECT 3:  Not referring to bankruptcy | 62% |
| DEFECT 4:  Mentioning "significant" or "substantial" compensation | 30% |
| DEFECT 5:  Telling potential claimants they could remain anonymous | 30% |
| DEFECT 6:  Estimating the trust or compensation fund could be worth $1.5 billion | 36% |
| DEFECT 7:  Only mentioning abuse by a "scout leader" | 27% |

**APPENDIX A - AD DETAILS**
*T = True, F = False*

| Creative Name | Total Spots | Total Markets | Total Defects | No Deadline | Trust or Fund | No Bankruptcy | Significant / Substantial | Anonymity | Fund of $1.5B | Scout Leader Abuse | Transcript |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LAWYERS/1-800-LAW-HELP BOY SCOUTS ABUSE 1 | 1046 | 16 | 3 | T | T | F | F | F | T | F | Were you sexually abused while in the Boy Scouts ? If so , you're not alone . In response to thousands of victims that have filed claims , the Boy Scouts filed for bankruptcy protection . The victims compensation fund may be worth over $ 1 . 5 billion. If you were sexually abused while in the Boy Scouts , you may be eligible to file a claim , no matter how long ago it happened . Your time to file a claim during bankruptcy is limited . Call 1 - 800 - LAW - HELP now to see if your claim... |
| LAWYERS/1-800-LAW-HELP BOY SCOUTS ABUSE 15 | 2284 | 34 | 3 | T | T | F | F | F | T | F | Were you sexually abused while in the Boy Scouts ? In response to thousands of abuse claims , the Boy Scouts have filed for bankruptcy protection . There may be a fund worth over $ 1 . 5 billion for victims of abuse . Call 1 - 800 - LAW - HELP now to file your claim . |
| LAWYERS/1-800-LAW-HELP BOY SCOUTS ABUSE 15 2 | 1518 | 41 | 3 | T | T | T | F | F | F | F | The Boy Scouts have set up a compensation fund for victims of sexual abuse . However , there is now a deadline to file your claim . Let us help you get the compensation you deserve . Call 1 - 800 - LAW - HELP to file your claim before the deadline . |
| LAWYERS/1-800-LAW-HELP BOY SCOUTS ABUSE 15 3 | 983 | 28 | 3 | T | T | T | F | F | F | F | A deadline has been set for victims of sexual abuse to file a claim with the Boy Scout's Victim Compensation Trust . Call 1 - 800 - LAW - HELP today to file your claim . |
| LAWYERS/1-800-LAW-HELP BOY SCOUTS ABUSE 2 | 518 | 12 | 5 | T | T | T | T | T | F | F | If you were a victim of sexual abuse while in the Boy Scouts , you may be entitled to significant monetary compensation . The Boy Scouts have set up a compensation fund for victims of sexual abuse . However , there is now a deadline to file your claims . New laws allow you to file the claim regardless of how long ago it happened , and your claim may remain anonymous . Let us help you get the compensation you deserve . Call 1 - 800 - LAW - HELP to file your claim . Don't let your time run out . Call 1 - 800 - LAW - HELP now . |
| LAWYERS/COHEN BOY SCOUT ABUSE | 191 | 1 | 5 | T | F | T | T | T | F | T | This is a paid advertisement for legal services by the Law Office of Cohen and Jaffe . Attention , former Boy Scouts . If you were a victim of sexual abuse by an adult scout leader , you may be entitled to significant financial compensation for your pain , suffering and other damages . Call our Boy Scouts Abuse Helpline today for a free and confidential consultation . Our attorneys may be able to get you the financial compensation you deserve while you remain anonymous . Call 800 - 471 - 8845 . |
| LAWYERS/MORELLI SEXUAL ABUSE | 1094 | 2 | 2 | T | F | T | F | F | F | F | Were you a victim as a child of sexual abuse involving the Catholic clergy , other religious organizations , the Boy Scouts or another community group ? Now is the time to hold these abusers accountable . How ? You call Morelli Law , the New York law firm with over a billion dollar secured for its clients . If you or your children were a victim of childhood sexual abuse involving the Catholic clergy , other religious organizations , the Boy Scouts or another community group , even if the abuse happened decades ago , call now . |

5

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| LAWYERS/MORGAN BOY SCOUTS ABUSE 60 | 227 | 4 | 2 | T | F | F | F | F | F | T | If you or your child attended Boy Scouts of America , you need to hear this message . I'm attorney Mike Morgan . As a dad of two boys , nothing is more important to me than protecting them and their safety . Unfortunately , many people have now learned that the Boy Scouts of America failed to do just that , they betrayed our trust and abused our children . We believe the Boy Scouts should be held responsible , and we are representing those who have been abused by their Scout leaders . I can't imagine your pain and anger , your abuse should never have happened . And while nothing will ever make it right , you deserve compensation and closure . After the Boy Scouts recently filed for bankruptcy , the window to hold them accountable is very limited , so please call us today . Your call is confidential and our dedicated staff have years of experience in working with people who were abused . We are able to provide a consultation and sign up your case from the comfort of your home , and there's no fee unless we recover for you . Call ( 833 ) 937 - 1668 , ( 833 ) 937-1668. |
| LAWYERS/SAH BOY SCOUT ABUSE 60 | 239 | 15 | 6 | T | T | T | T | T | F | T | Attention , former Boy Scouts and Cub Scouts . If you were sexually abused by an adult scout leader , even if it happened decades ago , listen closely , as you may be entitled to substantial financial compensation . With assets reportedly in the billions , the Boy Scouts of America have agreed to set up a victim compensation fund to compensate victims of child sexual abuse . Our attorneys can file a claim and get you justice and closure , even if the abuse happened decades ago . If you suffered abuses from scout leaders and those who knew about the abuse but failed to stop it , call our law firms 100 % confidential Scout Abuse Helpline at 800 -951-8641. Our attorneys may be able to get you substantial compensation while you remain completely anonymous , but time is quickly running out to file a claim , so call 800 -951-8641 right now . To learn if you are eligible to seek justice and compensation while remaining completely anonymous , call 800 -951-8641. That's 800 -951 -8641, 800-951-8641. |
| LAWYERS/SHERIDAN BOY SCOUT ABUSE 60 | 620 | 40 | 2 | F | T | F | F | F | T | F | Are you a survivor of sexual abuse while in the Boy Scouts , you may be entitled to compensation , no matter how long ago the abuse happened , but your time to file a claim is limited . As a result of thousands of victims filing sexual abuse claims , the Boy Scouts have filed for bankruptcy protection and the bankruptcy court has set November 16th, 2020 as the deadline for abuse survivors to file a claim . As a result of this bankruptcy , a victim's compensation fund is being set up that maybe worth over one $ 1 . 5 billion . Childhood sexual abuse takes numerous forms , including forcible rape , exposing oneself to a child or showing him or her pornographic images or viewing or photographing a child in a sexual context . If you're a survivor of sexual abuse , while in the Boy Scouts , you may be entitled to compensation , no matter how long ago the abuse happened . Call for more information . With one of our compassionate counselors today , your call is completely confidential . |
| LAWYERS/SLATER BOY SCOUTS ABUSE | 2318 | 5 | 6 | T | T | T | T | T | F | T | Attention former Boy Scouts . If you were sexually abused by an adult scout leader , you may be entitled to substantial financial compensation . Boy Scout management has agreed to set up a victim compensation fund for victims of child sexual abuse even if the abuse happened decades ago . Our attorneys may be able to get you financial compensation while you remain completely anonymous . But time is quickly running out to file a claim . Call our law firm's Boy Scout Abuse Helpline right now . ( 800 ) 399 -4870. |

**APPENDIX B - SPOTS BY MARKET**

| MEDIA MARKET NAME | NUMBER OF SPOTS RUN IN MARKET |
|---|---|
| NEW YORK | 2185 |
| LOS ANGELES | 952 |
| SACRAMENTO | 939 |
| HOUSTON | 932 |
| BOSTON | 464 |
| FRESNO | 358 |
| BIRMINGHAM | 282 |
| DETROIT | 268 |
| TOLEDO | 249 |
| NATIONAL CABLE | 237 |
| MADISON | 230 |
| WICHITA | 224 |
| CINCINNATI | 204 |
| CLEVELAND | 183 |
| RENO | 182 |
| BURLINGTON | 177 |
| SIOUX FALLS | 164 |
| FLINT | 155 |
| TRAVERSE CITY | 151 |
| LANSING | 128 |
| SAN FRANCISCO | 108 |
| JACKSONVILLE | 103 |
| TAMPA | 95 |

| | |
|---|---|
| PHILADELPHIA | 89 |
| SAN DIEGO | 85 |
| TYLER | 84 |
| KANSAS CITY | 83 |
| PORTLAND, OR | 78 |
| CHICAGO | 77 |
| CHARLOTTE | 74 |
| WILMINGTON | 67 |
| MARQUETTE | 65 |
| MEMPHIS | 63 |
| OMAHA | 58 |
| WEST PALM BEACH | 54 |
| JONESBORO | 48 |
| KNOXVILLE | 48 |
| PITTSBURGH | 48 |
| RICHMOND | 48 |
| SYRACUSE | 48 |
| WACO | 47 |
| GRAND RAPIDS | 46 |
| MILWAUKEE | 46 |
| HARRISONBURG | 45 |
| LEXINGTON | 41 |
| HONOLULU | 40 |
| PANAMA CITY | 40 |
| DALLAS | 38 |
| ALBANY, GA | 36 |

| | |
|---|---|
| ODESSA/MIDLAND | 36 |
| BAKERSFIELD | 35 |
| PALM SPRINGS | 35 |
| CHARLOTTESVILLE | 33 |
| GRAND JUNCTION | 32 |
| TWIN FALLS | 30 |
| CEDAR RAPIDS | 22 |
| LINCOLN | 20 |
| MONTGOMERY | 20 |
| NEW ORLEANS | 19 |
| DAVENPORT | 18 |
| WASHINGTON DC | 18 |
| MEDFORD-KLAMATH FALLS | 16 |
| BANGOR | 15 |
| CHARLESTON, WV | 15 |
| CHEYENNE | 15 |
| LOUISVILLE | 15 |
| MINNEAPOLIS | 14 |
| CASPER | 13 |
| COLORADO SPRINGS | 13 |
| GREENSBORO | 13 |
| LUBBOCK | 12 |
| SAN ANGELO | 12 |
| SEATTLE | 11 |
| ATLANTA | 9 |

| | |
|---|---|
| BILLINGS | 9 |
| PEORIA | 9 |
| EVANSVILLE | 8 |
| SIOUX CITY | 8 |
| GREEN BAY | 7 |
| PHOENIX | 7 |
| SPRINGFIELD, MO | 7 |
| ABILENE-SWEETWATER | 5 |
| MIAMI | 4 |
| PROVIDENCE | 4 |
| WHEELING-STEUBENVILLE | 4 |
| NATIONAL NETWORK | 3 |
| BILOXI | 2 |
| ALEXANDRIA | 1 |
| BATON ROUGE | 1 |
| COLUMBIA, MO | 1 |
| DENVER | 1 |