# Exhibit 1

**Stipulation**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[3]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## STIPULATION GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY TO SET OFF PREPETITION SECURITY DEPOSIT

This stipulation (this "Stipulation") is made and entered into between and among the Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession the above-captioned chapter 11 cases (together, the "BSA" or the "Debtors") and 1040 Avenue of the Americas, LLC ("Landlord," and together with the Debtors, the "Parties"). The Parties hereby stipulate and agree as follows:

## RECITALS

A.  WHEREAS, on May 5, 2014, the BSA, as tenant, and 1040 Avenue of the Americas, LLC, as Landlord, entered into that certain Agreement of Lease for nonresidential real property located at 1040 Avenue of the Americas, New York, New York 10018 (the "Lease").[4]

B.  WHEREAS, pursuant to the terms of the Lease, Landlord obtained from the BSA and continues to hold a cash security deposit in the amount of $57,630.00 (the "Security Deposit").

C.  WHEREAS, on February 18, 2020 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C.

---

[3] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[4] A true and correct copy of the Lease is attached to the Relief from Stay Motion (as defined herein) as Exhibit B.

§§ 101–1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors continue to operate their non-profit organization and manage their properties as debtors in possession pursuant to section 1107(a) and 1108 of the Bankruptcy Code.

D.  WHEREAS, on March 31, 2020, the Debtors filed the *Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to (A) Reject Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property, Effective as of March 31, 2020 and (B) Abandon Certain Personal Property in Connection Therewith and (II) Granting Related Relief* [Docket No. 319] (the "Omnibus Rejection Motion"). On April 17, 2020, the Court entered an order granting the Omnibus Rejection Motion [Docket No. 449], effective as of March 31, 2020.

E.  WHEREAS, on July 1, 2020, the Landlord filed a Proof of Claim (assigned claim number 107) on account of a prepetition claim for amounts asserted to be owed under the Lease as of the Petition Date plus, among other things, rejection damages asserted to be owed under section 502(b)(6) (the "Landlord Claim").

F.  WHEREAS, on August 11, 2020, Landlord filed the *Motion of 1041 Avenue of the Americas, LLC for Relief from the Automatic Stay to Setoff Prepetition Security Deposit* [Docket No. 1094] (the "Relief from Stay Motion").

G.  WHEREAS, the Parties have engaged in good-faith, arm's-length negotiations to resolve the Relief from Stay Motion and seek to allow Landlord to setoff and apply the Security Deposit against the prepetition, unsecured portion of the Landlord Claim, as set forth herein.

**STIPULATION AND AGREEMENT**

1.  Each of the Recitals set forth above is incorporated herein by reference.

2. Landlord shall have relief from the automatic stay imposed by section 362 of the Bankruptcy Code to setoff and apply the Security Deposit of $57,630.00 against the prepetition, unsecured portion of the Landlord Claim.

3. Notwithstanding the foregoing, the Debtors and Landlord reserve all rights, claims, and defenses relating to the Landlord Claim. For the avoidance of doubt, no portion of the Landlord Claim shall be deemed allowed by entry into this Stipulation.

4. This Stipulation constitutes the entire agreement between the Parties with respect to the subject matter hereof, and all prior understandings or agreements with respect thereto, if any, are merged into this Stipulation. No representations have been made or relied upon by the Parties, except as set forth herein.

5. This Stipulation shall be filed and become part of the record of these chapter 11 cases.

6. This Stipulation shall not be modified, altered, amended or vacated without the written consent of all Parties or by further order of the Court.

7. This Stipulation may be executed in one or more counterparts and by facsimile, email, or authorized electronic signatures, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument, and it shall constitute sufficient proof of this Stipulation to present any copy, copies, electronic copies, or facsimiles signed by the Parties.

8. The undersigned hereby certify they are duly authorized to execute this Stipulation.

9. The Bankruptcy Court shall retain jurisdiction to resolve all matters arising from or related to the implementation, interpretation, and/or enforcement of this Stipulation. The

undersigned, on behalf of their respective clients, hereby agree to the form, substance, and entry of this Stipulation.

*[Signature Page Follows]*

IN WITNESS WHEREOF, this Stipulation has been executed and delivered as of the day and year first written below.

| | |
|---|---|
| Dated:  August 26, 2020 | Dated:  August 26, 2020 |
| By:  */s/ Blair M. Warner* | By:  */s/ Jason A. Gibson* |
| SIDLEY AUSTIN LLP | THE ROSNER LAW GROUP LLC |
| Jessica C. K. Boelter | Frederick B. Rosner (No. 3995) |
| 787 Seventh Avenue | Jason A. Gibson (No. 6091) |
| New York, New York 10019 | 824 N. Market St., Suite 810 |
| Telephone:  (212) 839-5300 | Wilmington, Delaware 19801 |
| Email:  jboelter@sidley.com | Telephone:  (302) 777-1111 |
| | Email:  rosner@teamrosner.com |
| – and – | gibson@teamrosner.com |
| Thomas A. Labuda | – and – |
| Michael C. Andolina | |
| Matthew E. Linder | Paul A. Rubin |
| Blair M. Warner | Rubin LLC |
| One South Dearborn Street | 345 Seventh Avenue, 21st Floor |
| Chicago, Illinois 60603 | New York, New York 10001 |
| Telephone:  (312) 853-7000 | Telephone:  (212) 390-8054 |
| Email:  tlabuda@sidley.com | Email:  prubin@rubinlawllc.com |
| mandolina@sidley.com | |
| mlinder@sidley.com | *Counsel for 1040 Avenue of the Americas, LLC* |
| blair.warner@sidley.com | |
| – and – | |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | |
| Derek C. Abbott (No. 3376) | |
| Andrew R. Remming (No. 5120) | |
| Eric W. Moats (No. 6441) | |
| Paige N. Topper (No. 6470) | |
| 1201 North Market Street, 16th Floor | |
| P.O. Box 1347 | |
| Wilmington, Delaware 19899-1347 | |
| Telephone:  (302) 571-6600 | |
| Email:  dabbott@mnat.com | |
| aremming@mnat.com | |
| emoats@mnat.com | |
| ptopper@mnat.com | |

*Attorneys for the Debtors and Debtors in Possession*