# **<u>EXHIBIT A</u>**

26806555.2



# INVOICE

Ankura Consulting Group LLC
PO Box 74007043
Chicago, IL 60674-7043

| Date | Invoice Number |
|---|---|
| 08/24/2020 | CI-015771 |

| Payment Terms | Due Date |
|---|---|
| Net 30 | 09/23/2020 |

| FEIN NO.: | 47-2435218 |
|---|---|

| Project Information: | |
|---|---|
| Project Name: | P-001551 FCR for Boy Scouts of America Bankruptcy Proceedings |
| Project Number: | P-001551 |
| PO Number: | |

Professional Services rendered for period ending July 31, 2020.

| | |
|---|---|
| **Net Amount:** | 3,254.50 |
| **Tax:** | |
| **Total Invoice Amount:**   USD | 3,254.50 |

For Billing questions, please contact ankurainvoice@ankura.com.
For wire and ACH payment questions, please contact accounting@ankura.com

Remittance Information:

Please call Philip Irvine at (312) 212-6100 for questions or bank wire instructions.

Please make checks/wires payableto 'Ankura Consulting Group, LLC'.

*Please include the invoice number and/or Ankura Project Code to your remittance to ensure prompt application of funds.*



*Invoice Remittance*

|  |  |
|---|---|
| **Project #:** | **P-001551** |
| **Invoice Date:** | **8/24/2020** |
| **Invoice Number:** | **CI-0015771** |
| **Professional Services Through:** | **July 2020** |

*Professional Services - Summary By Person*

| Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Thomas Vasquez | Senior Managing Director | 750.00 | 3.5 | $ 2,625.00 |
| Amy Brockman | Senior Managing Director | 625.00 | 0.4 | $ 250.00 |
| Nicholas Deluca | Senior Managing Director | 500.00 | 0.6 | $ 300.00 |
| Connor Cosenza | Senior Associate | 265.00 | 0.3 | $ 79.50 |
| **Total** |  |  | **4.8** | **$ 3,254.50** |



*Invoice Remittance*

|  |  |
|---|---|
| Project #: | P-001551 |
| Invoice Date: | 8/24/2020 |
| Invoice Number: | CI-0015771 |
| Professional Services Through: | July 2020 |

*Time Detail by Phase*

| Phase – B007 | Task | Name | Title | Date | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Amy Brockman | Senior Managing Director | 7/29/2020 | Discuss project planning with client. | 0.4 | $ 250.00 |
|  | **Actuarial and other Analyses Total** |  |  |  |  | **0.4** | **$ 250.00** |
| Actuarial and other Analyses | Historical Data Analysis-Model Building | Nicholas Deluca | Senior Managing Director | 7/1/2020 | Claimant data tabulation | 0.2 | $ 100.00 |
|  | Historical Data Analysis-Model Building | Connor Cosenza | Senior Associate | 7/1/2020 | Jurisdiction Research | 0.3 | $ 79.50 |
|  | Historical Data Analysis-Model Building | Thomas Vasquez | Senior Managing Director | 7/29/2020 | Future & Bar Date Claims | 3.5 | $ 2,625.00 |
|  | Historical Data Analysis-Model Building | Nicholas Deluca | Senior Managing Director | 7/29/2020 | Status call | 0.4 | $ 200.00 |
|  | **Billable Total** |  |  |  |  | **4.4** | **$ 3,004.50** |
|  | **Grand Total** |  |  |  |  | **4.8** | **$ 3,254.50** |