# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Objection Deadline: September 14, 2020 at 4:00 p.m. (ET)**<br>**Hearing Date: November 18, 2020 at 10:00 a.m. (ET)** |

## FIRST INTERIM FEE APPLICATION REQUEST OF ANKURA CONSULTING GROUP, LLC AS CONSULTANTS TO THE LEGAL REPRESENTATIVE FOR FUTURE CLAIMANTS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 27, 2020 THROUGH JULY 31, 2020

| | |
|---|---|
| Name of Applicants: | Ankura Consulting Group, LLC |
| Authorized to Provide Professional Services as: | Consultants to the Legal Representative for Future Claimants |
| Date of Retention: | *Nunc Pro Tunc* to April 27, 2020 |
| Period for Which Compensation and Reimbursement is Sought: | April 27, 2020 to July 31, 2020 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $11,204.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

26950722.1

**SUMMARY OF ANKURA'S FEE APPLICATIONS FOR THE INTERIM FEE PERIOD**

| Monthly Fee Application Filing Date & Docket No. | Period Covered | Total Fees Requested | Total Expenses Requested | CNO Filing Date & Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|---|
| 7/23/20 D.I. 1039 | 4/27/20 – 6/30/20 | $7,950.00 | $0.00 | 8/7/20 D.I. 1081 | $6,360.00 | $0.00 | $1,590.00 |
| 8/31/20 D.I. 1199 | 7/1/20 – 7/31/20 | $3,254.50 | $0.00 | Obj. Dead. = 9/14/20 | Pending | Pending | Pending |
| | TOTALS | $11,204.50 | $0.00 | | $6,360.00 | $0.00 | $1,590.00 |