# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | Jointly Administered |
| Debtors. | **Objection Deadline: September 14, 2020 at 4:00 p.m. (ET)** <br> **Hearing Date: November 18, 2020 at 10:00 a.m. (ET)** |

## FIRST INTERIM FEE APPLICATION OF GILBERT LLP, INSURANCE COUNSEL TO THE FUTURE CLAIMAINTS' REPRESENTATIVE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 19, 2020 THROUGH JULY 31, 2020

| | |
|---|---|
| Name of Applicants: | Gilbert LLP |
| Authorized to Provide Professional Services as: | Insurance Counsel to the Future Claimants' Representative |
| Date of Retention: | *Nunc Pro Tunc* to March 19, 2020 |
| Period for Which Compensation and Reimbursement is Sought: | March 19, 2020 through July 31, 2020 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $138,906.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $3,253.85 |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## SUMMARY OF FEE APPLICATIONS FOR THE INTERIM FEE PERIOD

| Monthly Fee Application Filing Date & Docket No. | Period Covered | Total Fees Requested | Total Expenses Requested | CNO Filing Date & Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|---|
| Dkt #885 06/23/20 | 03/19/20–05/31/20 | $99,231.00 | $2,693.40 | Dkt. #998 07/09/20 | $79,384.80 | $2,693.40 | $19,846.20 |
| Dkt. #1032 07/20/20 | 06/01/20–06/30/20 | $23,276.50 | $384.20 | Dkt. #1068 08/04/20 | $18,621.20 | $384.20 | $4,655.30 |
| Dkt. #1129 08/20/20 | 07/01/20–07/31/20 | $16,399.00 | $176.25 | Objection Deadline: 09/03/2020 | $13,119.20 | $176.25 | $3,279.80 |
| | **TOTALS** | **$138,906.50** | **$3,253.85** | | **$111,125.20** | **$3,253.85** | **$27,781.30** |

## **GILBERT LLP'S STATEMENT PURSUANT TO UST GUIDELINES**

The following statements by Gilbert LLP address the questions set forth under section C.5 of the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "UST Guidelines"):

| | |
|---|---|
| C.5(a) | During the fee period, Gilbert LLP did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees, or terms pertaining to this engagement. |
| C.5(b) | The fees sought by Gilbert LLP in this application did not exceed its budget by more than 10%. |
| C.5(c) | The professionals included in this application did not vary their hourly rate based on the geographic location of the bankruptcy cases. |
| C.5(d) | This application does not include any fees dedicated to revising time records or preparing and revising invoices that would not normally be compensable outside of bankruptcy. |
| C.5(e) | This application does not include any fees dedicated by Gilbert LLP to ensure that the time entries subject to this application comply with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and do not disclose privileged or confidential information. This review and any revisions associated therewith are a necessary component of Gilbert LLP's preparation of fee applications. |
| C.5(f) | Gilbert LLP did not increase its hourly billing rates during the fee period. |

## GILBERT LLP'S BLENDED RATE SCHEDULE

Gilbert LLP's hourly rates for bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by comparably skilled bankruptcy attorneys. In addition, Gilbert LLP's hourly rates for bankruptcy services are comparable to the rates charged by the Firm, and by comparably skilled practitioners in other firms, for complex corporate and litigation matters, whether in court or otherwise, regardless of whether a fee application is required. Gilbert LLP's blended hourly rates for attorneys and paraprofessionals for the prior calendar year are forth below. The services performed by Gilbert LLP attorneys and paraprofessionals are comparable to the services performed in non-bankruptcy matters. Also included below is 2019 blended hourly rate information for all professionals of the Firm, excluding bankruptcy representations.

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED Firm for preceding year, excluding bankruptcy | BILLED INTERIM In this fee application |
| Partner | $ 829.22 | $ 775.00 |
| Of Counsel | $ 660.18 | $ 0.00 |
| Associate | $ 491.41 | $ 453.14 |
| Staff Attorney | $ 318.82 | $ 0.00 |
| Paralegal | $ 228.64 | $ 285.00 |
| Project Assistant | $ 178.11 | $ 0.00 |
| Litigation Specialist | $ 200.89 | $ 0.00 |
| Law Clerk | $ 190.24 | $ 0.00 |
| Billing Specialist | $ 180.00 | $ 190.00 |
| All timekeepers aggregated | $ 520.10 | $ 461.79 |

## SUMMARY OF GILBERT LLP'S TIMEKEEPERS

| Name | Title | Date of First Admission | Hourly Rate | Hours Billed for Period | Total Fees for Period |
|---|---|---|---|---|---|
| Kami E. Quinn | Partner | 2000 | $775.00 | 45.7 | $35,417.50 |
| Emily Grim | Associate | 2010 | $590.00 | 9.1 | $5,369.00 |
| Meredith Neely | Associate | 2018 | $475.00 | 133.4 | $63,365.00 |
| Jasmine Chalashtori | Associate | 2016 | $355.00 | 42.4 | $15,052.00 |
| Stephanie Colcock | Paralegal | N/A | $285.00 | 67.0 | $19,095.00 |
| Mary Carter Hudgins | Billing Specialist | N/A | $190.00 | 3.2 | $608.00 |
| | **Totals** | | | **300.8** | **$138,906.50** |

## COMPENSATION BY MATTER

| Matter | Description | Hours | Fees |
|---|---|---|---|
| 001 | Insurance Analysis & Recovery | 161.0 | $72,500.00 |
| 002 | Retention / Fee Application (Gilbert LLP) | 27.9 | $13,157.50 |
| 003 | Motions for Relief from Automatic Stay | 69.5 | $32,718.50 |
| 005 | Plan of Reorganization / Disclosure Statement | 16.8 | $8,967.50 |
| 006 | Adversary Proceeding – Hartford Accident & Indemnity | 15.9 | $7,374.50 |
| 007 | Retention – Others | 9.7 | $4,188.50 |
| | | **300.8** | **$138,906.50** |

## SUMMARY OF EXPENSES

| Description | Total Expenses |
|---|---|
| Conference Calls | $723.00 |
| Lexis | $912.62 |
| PACER | $629.10 |
| Westlaw | $989.13 |
| | **$3,253.85** |

## GILBERT LLP'S BUDGET AND STAFFING PLAN

| BUDGET | | |
|---|---|---|
| **By Category** | **Estimated Hours** | **Estimated Fees** |
| Case Administration | 0.0 | $0.00 |
| Court Hearings | 35.0 | $15,000.00 |
| Cash Collateral/DIP Financing | 0.0 | $0.00 |
| Schedules & Statements, U.S. Trustee Reports | 0.0 | $0.00 |
| Lease/Executory Contacts Issues | 0.0 | $0.00 |
| Use, Sale or Lease of Property (363 Issues) | 0.0 | $0.00 |
| Claims Analysis Objections and Resolutions | 0.0 | $0.00 |
| Meetings | 50.0 | $20,000.00 |
| Stay Relief Matters | 65.0 | $25,000.00 |
| Reclamation Claims and Reclamation Adversaries | 0.0 | $0.00 |
| Other Adversary Proceedings | 20.0 | $7,000.00 |
| Plan and Disclosure Statement | 20.0 | $7,000.00 |
| Creditor Inquiries | 0.0 | $0.00 |
| General Corporate Matters | 0.0 | $0.00 |
| Employee Matters | 0.0 | $0.00 |
| Asset Analysis | 160.0 | $62,000.00 |
| Retention of Professionals/Fee Issues | 25.0 | $10,000.00 |
| Fee Application Preparation | 10.0 | $4,000.00 |
| Travel | 0.0 | $0.00 |
| Utility Services | 0.0 | $0.00 |
| **Total** | 385.0 | $150,000.00 |

| STAFFING PLAN | | |
|---|---|---|
| **Category of Timekeeper** | **Number of Timekeepers Expected to Work on the Matter During the Application Period** | **Average Rate** |
| Partner | 1 | $775.00 |
| Associate (7 or more years since first admission) | 1 | $590.00 |
| Associate (4-6 years since first admission) | 1 | $355.00 |
| Associate (less than 4 years since first admission) | 1 | $475.00 |
| Paralegal | 1 | $285.00 |
| Other Staff | 1 | $190.00 |

### **SUMMARY OF GILBERT LLP'S FIRST INTERIM APPLICATION**

| Name of Applicant | Gilbert LLP |
|---|---|
| Name of Client | Future Claimants' Representative |
| Time period covered by the First Interim Application | March 19, 2020 through July 31, 2020 |
| Total compensation sought for the Application Period | $138,906.50 |
| Total expense sought for the Application Period | $3,253.85 |
| Date of order approving employment | May 23, 2020 |
| Total compensation approved by interim order to date | $0.00 |
| Total expenses approved by interim order to date | $0.00 |
| Total allowed compensation paid to date | $0.00 |
| Total allowed expenses paid to date | $0.00 |
| Blended rates in the First Interim Application for all attorneys | $464.71 |
| Blended rates in the First Interim Application for all timekeepers | $461.79 |

| | |
|---|---|
| Compensation sought in the First Interim Application already paid (or to be paid) pursuant to a monthly compensation order but not yet allowed | $111,125.20 |
| Expenses sought in the First Interim Application already paid (or to be paid) pursuant to a monthly compensation order but not yet allowed | $3,253.85 |
| Number of professionals in the First Interim Application | 6 |
| If applicable, number of professional in the First Interim Application not included in staffing plan approved by client | 0 |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | Budget:  $150,000.00<br>Actual:   $138,906.50 |
| Number of professionals billing fewer than 15 hours to the case during Application Period | 2 |
| Are any rates higher than those approved or disclosed at retention | No.  As disclosed in its retention application, Gilbert LLP's rates are subject to periodic adjustment. |

Dated:  August 31, 2020

Respectfully submitted,

*s/ Kami E. Quinn*
Kami E. Quinn (Admitted P*ro Hac Vice*)
Emily Grim (PA ID # 308259)
GILBERT LLP
700 Pennsylvania Avenue, SE
Suite 400
Washington, DC 20003
T:  202.772.2336
F:  202.772.2337
Email: quinnk@gilbertlegal.com
          grime@gilbertlegal.com

*Insurance Counsel to the Future Claimants' Representative*