**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND <br> DELAWARE BSA, LLC,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> Jointly Administered <br><br> **Objection Deadline: September 14, 2020 at 4:00 p.m. (ET)** <br> **Hearing Date: November 18, 2020 at 10:00 a.m. (ET)** |

**COMBINED[2] SECOND INTERIM FEE APPLICATION REQUEST OF JAMES L. PATTON, JR. AS THE LEGAL REPRESENTATIVE FOR FUTURE CLAIMANTS AND YOUNG CONAWAY STARGATT & TAYLOR, LLP AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE CLAIMANTS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 1, 2020 THROUGH JULY 31, 2020**

| | |
|---|---|
| Name of Applicants: | James L. Patton, Jr. and <br> Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services as: | The FCR and Counsel to the FCR |
| Date of Retention: | *Nunc Pro Tunc* to February 18, 2020 |
| Period for Which Compensation and Reimbursement is Sought: | May 1, 2020 to July 31, 2020 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $273,078.00 <br> (FCR's Portion: $26,320.00) <br> (YCST's Portion: $246,758.00) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $4,997.22 <br> (FCR's Portion: $0.00) <br> (YCST's Portion: $4,997.22) |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] In light of the fact that James L. Patton, Jr., the legal representative for future claimants (the "Future Claimants' Representative" or "FCR"), is a member of the law firm of Young Conaway Stargatt & Taylor, LLP ("YCST"), which serves as counsel to the FCR, the FCR and YCST will be submitting combined fee applications in an effort to conserve costs. The FCR's time and expense entries are distinguished from all other members of YCST.

26524217.2

**SUMMARY OF THE FCR'S FEE APPLICATIONS FOR THE INTERIM FEE PERIOD**

| Monthly Fee Application Filing Date & Docket No. | Period Covered | Total Fees Requested | Total Expenses Requested | CNO Filing Date & Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|---|
| 06/23/20 D.I. 886 | 05/01/20-05/31/20 | $5,600.00 | $0.00 | 7/9/20 D.I. 999 | $4,480.00 | $0.00 | $1,120.00 |
| 07/23/20 D.I. 1038 | 06/01/20-06/30/20 | $12,740.00 | $0.00 | 8/7/20 D.I. 1080 | $10,192.00 | $0.00 | $2,548.00 |
| 8/20/20 D.I. 1128 | 07/01/20-07/31/20 | $7,980.00 | $0.00 | Objection Deadline = 9/3/20 | $6,384.00 | $0.00 | $1,596.00 |
| | TOTALS | $26,320.00 | $0.00 | | $21,056.00 | $0.00 | $5,264.00 |

**SUMMARY OF YCST'S FEE APPLICATIONS FOR THE INTERIM FEE PERIOD**

| Monthly Fee Application Filing Date & Docket No. | Period Covered | Total Fees Requested | Total Expenses Requested | CNO Filing Date & Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|---|
| 06/23/20 D.I. 886 | 05/01/20-05/31/20 | $141,169.00 | $2,663.35 | 7/9/20 D.I. 999 | $112,935.20 | $2,663.35 | 28,233.80 |
| 07/23/20 D.I. 1038 | 06/01/20-06/30/20 | $49,986.50 | $1,336.42 | 8/7/20 D.I. 1080 | $39,989.20 | $1,336.42 | $9,997.30 |
| 8/20/20 D.I. 1128 | 07/01/20-07/31/20 | $55,602.50 | $997.45 | Objection Deadline = 9/3/20 | $44,482.00 | $997.45 | $11,120.50 |
| | TOTALS | $246,758.00 | $4,997.22 | | $197,406.40 | $4,997.22 | $49,351.60 |

## YCST'S STATEMENT PURSUANT TO UST GUIDELINES

The following statements by YCST address the questions set forth under section C.5 of the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "UST Guidelines"):

C.5(a)  During the fee period, YCST did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees, or terms pertaining to this engagement.

C.5(b)  The fees sought by YCST in this application did not exceed its budget by more than 10%.

C.5(c)  The professionals included in this application did not vary their hourly rate based on the geographic location of the bankruptcy cases.

C.5(d)  This application does not include any fees dedicated to revising time records or preparing and revising invoices that would not normally be compensable outside of bankruptcy.

C.5(e)  This application includes approximately 1.00 hour with a value of $970.00 spent by YCST to ensure that the time entries subject to this application comply with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and do not disclose privileged or confidential information. This review and any revisions associated therewith are a necessary component of YCST's preparation of fee applications.

C.5(f)  YCST did not increase its hourly billing rates during the fee period.

## YCST'S BLENDED RATE SCHEDULE

Young Conaway's hourly rates for bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by comparably skilled bankruptcy attorneys. In addition, Young Conaway's hourly rates for bankruptcy services are comparable to the rates charged by the Firm, and by comparably skilled practitioners in other firms, for complex corporate and litigation matters, whether in court or otherwise, regardless of whether a fee application is required. By way of example, Young Conaway's blended hourly rates for attorneys and paraprofessionals in the Corporate Counseling and Litigation, Business Planning, and Intellectual Property Litigation sections of the Firm for the prior calendar year were as set forth below. Young Conaway believes that the services performed by those three sections of the Firm are comparable to the services performed in the Bankruptcy and Corporate Restructuring section. Also included below is 2019 blended hourly rate information for all sections of the Firm, excluding the Bankruptcy and Corporate Restructuring section and the Personal Injury and Workers' Compensation section.

| Category of Timekeeper | Blended Hourly Rate | | |
|---|---|---|---|
| | **Billed** In Comparable Practice Areas for Preceding Calendar Year[3] | **Billed** Firm-Wide for Preceding Calendar Year[4] | **Billed** This Application |
| Partner | $782 | $670 | $918.14 |
| Counsel | $627 | $505 | $700.00 |
| Associate | $401 | $401 | $389.14 |
| Paralegal | $253 | $208 | $295.00 |
| **Aggregated:** | $542 | $497 | $631.90 |

---

[3] This column reflects the blended 2019 rates charged by the firm for complex corporate and litigation matters in the following sections of the firm: Corporate Counseling and Litigation, Business Planning, and Intellectual Property Litigation.

[4] This column excludes blended hourly rates for the Bankruptcy and Corporate Restructuring section and the Personal Injury and Workers' Compensation section.

## SUMMARY OF YCST'S TIMEKEEPERS

| Name | Title | Department | Date of First Admission | Fees Billed in the Application Period | Hours Billed in the Application Period | Hourly Rate Billed in the Application Period |
|---|---|---|---|---|---|---|
| Robert S. Brady | Partner | Bankruptcy | 1990 | $74,415.00 | 72.60 | $1,025 |
| Erin D. Edwards | Partner | Bankruptcy | 2003 | $22,308.00 | 31.20 | $715 |
| Kevin A. Guerke | Partner | Bankruptcy | 2001 | $775.00 | 1.00 | $775 |
| Edwin J. Harron | Partner | Bankruptcy | 1995 | $27,160.00 | 28.00 | $970 |
| James Hughes | Partner | Business Planning | 1992 | $6,047.50 | 5.90 | $1,025 |
| Sharon M. Zieg | Partner | Bankruptcy | 2000 | $33,734.00 | 40.40 | $835 |
| Sara Beth A.R. Kohut | Counsel | Bankruptcy | 2001 | $10,360.00 | 14.80 | $700 |
| Joseph F. Ecker | Associate | Intellectual Property | 2020 | $7,987.50 | 21.30 | $375 |
| Joel W. Glazer | Associate | Intellectual Property | 2019 | $11,310.00 | 34.80 | $325 |
| Jared W. Kochenash | Associate | Bankruptcy | 2018 | $3,480.00 | 8.70 | $400 |
| Catherine C. Lyons | Associate | Bankruptcy | 2019 | $3,760.00 | 9.40 | $400 |
| Allison S. Mielke | Associate | Bankruptcy | 2013 | $12,887.00 | 26.30 | $490 |
| Michael E. Neminski | Associate | Corporate | 2020 | $4,350.00 | 11.60 | $375 |
| Mae Oberste | Associate | Corporate | 2019 | $2,448.50 | 5.90 | $415 |
| Shivani H. Patel | Associate | Corporate | 2020 | $2,550.00 | 6.80 | $375 |
| Nicholas D. Picollelli, Jr. | Associate | Intellectual Property | 2016 | $8,854.00 | 23.30 | $380 |
| Jordan E. Sazant | Associate | Bankruptcy | 2018 | $83.00 | 0.20 | $415 |
| Casey Cathcart | Paralegal | Bankruptcy | n/a | $9,056.50 | 30.70 | $295 |
| Lisa Eden | Paralegal | Bankruptcy | n/a | $5,192.00 | 17.60 | $295 |
| **TOTALS** | | | | **$246,758.00** | **390.50** | |

## YCST'S BUDGET AND STAFFING PLAN

| BUDGET | | |
|---|---|---|
| **Project Category** | **Estimated Hours** | **Estimated Fees** |
| Case Administration (B001) | 87.10 | $59,634.00 |
| Court Hearings (B002) | 69.70 | $47,707.20 |
| Cash Collateral/DIP Financing (B003) | 43.60 | $29,817.00 |
| Schedules & Statements, U.S. Trustee Reports (B004) | 8.70 | $5,963.40 |
| Lease/Executory Contract Issues (B005) | 8.70 | $5,963.40 |
| Use, Sale or Lease of Property (363 Issues) (B006) | 8.70 | $5,963.40 |
| Claims Analysis, Objections and Resolutions (B007) | 8.70 | $5,963.40 |
| Meetings (B008) | 43.60 | $29,817.00 |
| Stay Relief Matters (B009) | 8.70 | $5,963.40 |
| Reclamation Claims and Reclamation Adversaries (B010) | 8.70 | $5,963.40 |
| Other Adversary Proceedings (B011) | 130.70 | $89,451.00 |
| Plan and Disclosure Statement (B012) | 88.00 | $61,464.00 |
| Creditor Inquiries (B013) | 8.70 | $5,963.40 |
| General Corporate Matters (B014) | 26.10 | $17,890.20 |
| Employee Matters (B015) | 8.70 | $5,963.40 |
| Asset Analysis (B016) | 156.80 | $109,171.20 |
| Retention of Professionals/Fee Issues (B017) | 130.70 | $89,451.00 |
| Fee Application Preparation (B018) | 8.70 | $5,963.40 |
| Travel (B019) | 8.70 | $5,963.40 |
| Utility Services (B020) | 8.70 | $5,963.40 |
| **TOTALS:** | **872.00** | **$600,000.00** |

| STAFFING PLAN | | |
|---|---|---|
| **Category of Timekeeper** | **Number of Timekeepers Expected to Work on the Matter During the Application Period** | **Average Rate[1]** |
| Partner | 4 | $912.82 |
| Counsel | 1 | $700.00 |
| Associate (7 or more years since first admission) | - | - |
| Associate (4-6 years since first admission) | - | - |
| Associate (less than 4 years since first admission) | 2 | $407.50 |
| Paralegal | 2 | $295.00 |

[1] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the Application Period.

**SUMMARY OF YCST'S COMPENSATION AND EXPENSE REIMBURSEMENT**

| Project Category | Hours | Fees |
|---|---|---|
| Case Administration (B001) | 17.20 | $9,058.00 |
| Court Hearings (B002) | 39.20 | $34,041.00 |
| Cash Collateral/DIP Financing (B003) | 4.40 | $3,769.00 |
| Use, Sale or Lease of Property (363 Issues) (B006) | 0.20 | $151.50 |
| Claims Analysis, Objections, and Resolutions (B007) | 128.80 | $56,980.50 |
| Meetings (B008) | 17.70 | $13,799.50 |
| Stay Relief Matters (B009) | 33.50 | $24,464.50 |
| Other Adversary Proceedings (B011) | 29.00 | $21,019.00 |
| Plan and Disclosure Statement (B012) | 71.80 | $59,123.00 |
| General Corporate Matters (B014) | 0.30 | $307.50 |
| Asset Analysis (B016) | 0.30 | $250.50 |
| Retention of Professionals / Fee Issues (B017) | 37.20 | $19,903.50 |
| Fee Application Preparation (B018) | 10.90 | $3,890.50 |
| **TOTAL HOURS AND FEES:** | **390.50** | **$246,758.00** |

| Expense Category | Amount |
|---|---|
| Computerized Legal Research | $53.07 |
| Deposition / Transcript | $532.80 |
| Docket Retrieval / Search | $126.00 |
| Facsimile | $6.75 |
| Filing Fee | $100.00 |
| Postage | $1,080.80 |
| Reproduction Charges | $2,276.40 |
| Teleconference / Video Conference | $821.40 |
| **TOTAL DISBURSEMENTS:** | **$4,997.22** |

## SUMMARY OF YCST'S SECOND INTERIM APPLICATION

| | |
|---|---|
| Name of applicant | Young Conaway Stargatt & Taylor, LLP |
| Name of client | Future Claimants' Representative |
| Time period covered by the Second Interim Application | May 1, 2020 to July 31, 2020 |
| Total compensation sought for the Application Period | $246,758.00 |
| Total expenses sought for the Application Period | $4,997.22 |
| Petition date | February 18, 2020 |
| Retention date | February 18, 2020 |
| Date of order approving employment | May 11, 2020 |
| Total compensation approved by interim order to date | $0.00 |
| Total expenses approved by interim order to date | $0.00 |
| Total allowed compensation paid to date | $0.00 |
| Total allowed expenses paid to date | $0.00 |
| Blended rate in the Second Interim Application for all attorneys | $679.45 |
| Blended rate in the Second Interim Application for all timekeepers | $631.90 |
| Compensation sought in the Second Interim Application already paid (or to be paid) pursuant to a monthly compensation order but not yet allowed | $152,924.40 |
| Expenses sought in the Second Interim Application already paid (or to be paid) pursuant to a monthly compensation order but not yet allowed | $3,999.77 |
| Number of professionals included in the Second Interim Application | 19 |
| If applicable, number of professionals in the Second Interim Application not included in staffing plan approved by client | 10 |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | Budget: $600,000.00<br>Actual: $246,758.00 |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 9 |
| Are any rates higher than those approved or disclosed at retention? | No. As disclosed in its retention application, YCST's rates are subject to periodic adjustment and such adjustment was made effective as of January 1, 2020. |