# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Ref Docket No. 984 |

### NOTICE OF APPRAISER H&LA'S (I) REVISED ENGAGEMENT LETTER FOR SUMMIT BECHTEL RESERVE AND (II) NEW ENGAGEMENT LETTER FOR PHILMONT SCOUT RANCH

**PLEASE TAKE NOTICE** that, on July 8, 2020, the Court entered the *Order Authorizing Order Authorizing the Retention and Employment of Appraisers for the Debtors and Debtors in Possession,* Nunc Pro Tunc *to June 18, 2020* [Docket No. 984] (the "Appraiser Retention Order"),[2] which authorized the Debtors to employ and retain Appraisers of the Keys, JFW Ranch Consulting, H&LA, F.I. Salter, Dawn M. Powell, and BW Ferguson (each an "Appraiser") to provide appraisal services to the Debtors, *nunc pro tunc* to June 18, 2020.

**PLEASE TAKE FURTHER NOTICE** that attached to the Appraiser Retention Order were engagement letters setting forth the terms of engagement for each Appraiser.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 12 of the Appraiser Retention Order, the Debtors are permitted to enter into any additional engagement letters for the provision of additional appraisal and valuation services by the Appraisers.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have revised the terms of engagement for H&LA's assignment for Summit Bechtel Reserve as follows:

- H&LA's assignment for Summit Bechtel Reserve is expanded to include certain additional property holdings in close proximity to Summit Bechtel Reserve, including, but not limited to, those certain parcels of real property known as Bridgeview, Teay's Landing, Craig's Ranch, Cunard, Stone Cliff, First Destination Park, Glen Jean Properties, Terry Beach, and Sandstone; and

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the *Debtors' Omnibus Application for Entry of an Order Authorizing the Retention and Employment of Appraisers for the Debtors and Debtors in Possession, Nunc Pro Tunc to June 18, 2020* [Docket No. 868].

- H&LA's fees are modified to include: (i) a flat fee increase from $25,000 to $38,000; and (ii) an increased cap for travel and other reimbursable expenses from $2,500 to $3,500.

**PLEASE TAKE FURTHER NOTICE** that the revised engagement letter for H&LA's assignment for Summit Bechtel Reserve (the "Revised H&LA Summit Engagement Letter") is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that, for the convenience of the Court and all interested parties, a redline comparing the Revised H&LA Summit Engagement Letter against the version appended to the Appraiser Retention Order is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that JFW Ranch Consulting has withdrawn its services as Appraiser for the Philmont Scout Ranch in Colfax County, New Mexico, and its retainer has been refunded to the Debtors.

**PLEASE TAKE FURTHER NOTICE** that the Debtors and H&LA have agreed that H&LA will serve as the Appraiser for the Philmont Scout Ranch.

**PLEASE TAKE FURTHER NOTICE** that the Debtors and H&LA have executed an engagement letter (the "H&LA Philmont Scout Ranch Engagement Letter"), the salient terms of which are as follows:

- A flat fee of $50,000. 50% of the fee is payable as an advance retainer, 25% is payable upon conclusion of H&LA's field work prior to issuance of the draft report, and 25% is payable upon issuance of the final report;
- Travel and reimbursable expenses of up to $8,000 for Component I, and an additional amount for Component II; and
- An hourly fee of $450 for any required testimony and $350 for any associated travel time.

**PLEASE TAKE FURTHER NOTICE** that a copy of the H&LA Philmont Scout Ranch Engagement Letter is attached hereto as **Exhibit C**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Appraiser Retention Order, any party who wishes to object to the Revised H&LA Summit Engagement Letter or H&LA Philmont Scout Ranch Engagement Letter must do so on or before September 14, 2020.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: August 31, 2020<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Eric W. Moats*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Email:  dabbott@mnat.com<br>          aremming@mnat.com<br>          emoats@mnat.com<br>          ptopper@mnat.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Jessica C. K. Boelter (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone:  (212) 839-5300<br>Email:  jboelter@sidley.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Thomas A. Labuda (admitted *pro hac vice*)<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone:  (312) 853-7000<br>Email:  tlabuda@sidley.com<br>          mandolina@sidley.com<br>          mlinder@sidley.com<br>          blair.warner@sidley.com<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |