# **Exhibit B**

## **Redline**



(Added)



(Added)

# Proposal for a Comprehen
# The Summit Bechtel Reserve
#  Glen Jean, West Virginia

(Add)

## Our Mission



(Added)

(Added)

(Add)



## HOTEL & LEISURE ADVISORS

August 24, 2020

Mr. Steve McGowan
Boy Scouts of America
1325 W. Walnut Lane
Irving, TX 75038
Via e-mail: tphillips@alvarezandmarsal.com, redgecombe@alvarezandmarsal.com

RE:    Comprehensive Appraisal
        The Summit Bechtel Reserve, Glen Jean, West Virginia

Dear Mr. McGowan:

Thank you for the opportunity to submit a revised engagement letter to prepare a comprehensive appraisal of the Summit Bechtel Reserve Boy Scout camp and the 12 regional property holdings in the Glen Jean, West Virginia area. We are actively working on our assignment to prepare the appraisal on the Summit Bechtel Reserve and River Run Park parcels only. This engagement letter expands the scope of the assignment to also include the additional property holdings including: Bridgeview, Teay's Landing, Craig's Ranch, Cunard, Stone Cliff, First Destination Park, Glen Jean Properties, Brooks, Terry Beach, and Sandstone.

Based on our hospitality experience and our understanding of the proposed facility concepts, I am confident that H&LA is well qualified to respond to your consulting requirements. We have developed sophisticated and innovative research techniques, resulting in thorough analyses that incorporate in-depth local, regional, and state market information. For additional information about our firm, our company qualifications are included with this proposal. Over the years, H&LA has served more than 700 clients on a variety of projects. Upon request, we will provide you with a list of references relevant to your project whom you can contact.

To proceed with our engagement, please sign this proposal and return it to our office with a retainer check. I look forward to working with you on this assignment. If you have any questions or require any additional information, please contact me.

Sincerely,

Hotel & Leisure Advisors, LLC

(Add)

David J. Sangree, MAI, ISHC
President



Proposal for Consulting Services for the
The Summit Bechtel Reserve, Glen Jean, West Virginia

I.  Comprehensive Appraisal

## OBJECTIVE

The objective of this engagement is an appraisal of The Summit Bechtel Reserve in Glen Jean. We understand the facility includes ~~over 13,000~~approximately 14,000 acres of land and a nationally recognized Boy Scout camp. The appraisal will include a robust highest and best use analysis including a market analysis on the campground resort market. It is our understanding that the estimate of market value will be used for internal valuation purposes. The appraisal will conform to Uniform Standards of Professional Appraisal Practice (USPAP) and Office of the Comptroller.

## SCOPE OF WORK

Before beginning our study, we will confer with you to determine the exact scope of the project and address specific issues or requests you may have. We will identify any confidentiality issues in connection with the project. In preparing the assignment, our scope of work is as follows:

Fieldwork and Data Collection:

- Prepare and issue a data request list to the client representative

- Travel to the subject site to inspect the subject property, meet client representatives, and conduct fieldwork

- Review property data such as uses of various land parcels, balance sheet, historical and future financial forecasts, capital investment, usage levels, site & building plans, tax & zoning information, etc.

- Review previous work, relationships, market research, and information concerning the subject and the market

- Analyze the subject site, including traffic counts, access, visibility, proximity and travel time, nearby visitor attractions, nearby corporate and group demand generators, and various development in the market

- Review the overall development master plan and projected development within the neighborhood

- Interview real estate brokers in the West Virginia area concerning comparable land and campground resort sales

- Meet with managers of the subject property including general manager, facilities manager, controller, etc.



- Research information and/or meet with representatives of the local convention and visitors bureau, chamber of commerce, city officials, county officials, economic development officials, and assessor's office to collect information concerning the subject and region

Analysis:

- Present a national overview of the campground resort industry and/or other appropriate industry sectors, analyzing the growth of the industry and potential concerns for the future

- Analyze historical financial performance of the subject property including usage, revenues, and expenses

- Review the current and projected development within the neighborhood

- Assess the economic and demographic factors of the general area to determine the economic environment of the subject and the sources from which business is generated within the area. This will include a review of the local and larger region's population, household growth, employment, income levels, transportation, etc.

- Examine the zoning of the various parcels of land and determine the number of acres that are zoned for commercial, agricultural, forestry, and residential uses

- Analyze potential land developments for the subject site to provide a basis for the analysis of comparable land sale parcels

- Analyze the potential performance of the subject venue to determine its operating potential as an independent for-profit business

- Analyze the current market of land buyers, sellers, and new project developers

- Analyze land sales and current listings to determine prices per square foot and trends in pricing

- Identify new projects that are under construction, planned, or proposed in the market

- Evaluate trends in the supply of and demand for land in order to estimate the future pricing trends

- Utilize the sales comparison approach to estimate the value of the land as is. We may need to perform multiple sales comparison approaches depending upon the zoning and uses of individual land parcels within the overall approximately 13,000 14,000 acres.

- Identify comparable resort sales and utilize the sales comparison approach to estimate the value of the improved campground resort portion of the overall development





- Consider the income capitalization approach for the subject and determine if sufficient data is available to prepare the approach assuming its operation as a for-profit venture instead of its current nonprofit model

- Consider the cost approach and determine if it is ~~inappropriate~~an appropriate analysis methodology

Narrative Report: We will communicate our findings in a comprehensive appraisal report that will provide information concerning the subject property and our opinion of value. The appraisal report's market analysis section will study trends in various market segments as part of a highest and best use analysis that may consider, among other things, the subject's potential as a for-profit campground resort. We will consider the income capitalization approach, sales comparison approach, and cost approach to value as applicable, but will primarily focus on the sales comparison approach. We will communicate to you our opinion of market value of the real estate in conformity with the Uniform Standards of Professional Appraisal Practice. We will provide an estimate of market value "as is."

## II. Litigation Support

David Sangree, MAI, CPA, ISHC is available to provide litigation support and testimony concerning the appraisal report. I have testified at numerous local, state, and federal courthouses.

<u>Project Qualifications and Experience</u>

Our consultants are national experts in the analysis of all types of leisure properties. We have prepared more than 3,000 studies on a wide range of hotels and leisure properties in the United States and Canada. We have completed 20 campground resort studies in the United States in the last 10 years. With your project in mind, below is a sample of projects we have completed over the years that are similar to yours in property type or scope of services. A complete list of all H&LA projects can be found at our website.



<u>Jellystone Park Camp Resort – Larkspur, Colorado</u>: Market Feasibility and Financial Analysis Study on the expansion and redevelopment of the Jellystone Larkspur campground. We analyzed the historical financials and positioning of the campground to determine if additional recreational amenities were viable for guests of the campground and for other local residents.

<u>Frontier Town Campground – Berlin, Maryland</u>: Market Feasibility and Financial Analysis Study that studied the campground as part of the analysis of redevelopment of the waterpark at the subject site. We analyzed the occupancy, ADR, and sources of business for the campground to assist in determining waterpark usage. The waterpark's location adjacent to the campground





was its strongest attribute since most visitors to the waterpark were projected to be campground guests.



Maddox Family Campground – Chincoteague Island, Virgina: Market Feasibility and Financial Analysis Study on the expansion of existing facilities. We analyzed the competitive set of campgrounds in the area and considered their amenities when suggesting additional recreational amenities to develop at the existing campground.

Cook Riverside Cabins – Barnett Township, Pennsylvania: Appraisal and Market Analysis Report for the cabins, gift shop, and seasonally operated cafe. We completed a detailed analysis of demand generators within the market and analyzed historical financial performance of the subject, including reviewing daily, monthly, and annual occupancy; ADR; and financial figures.





Jellystone Park Camp and Resort – East Drumore Township, Pennsylvania: Appraisal and Market Analysis report for the full-service campground and RV park. The property offers 203 rental sites including 44 cabins, 159 RV sites, an outdoor waterpark, retail store, fishing pond, sand volleyball, basketball court, 18-hole miniature golf, gem mining, pedal cart track, golf cart rentals and a playground.

Kalahari Resorts – various locations: H&LA has prepared market feasibility and financial analysis studies, economic impact studies, and appraisal reports for various Kalahari Resort properties in Ohio, Pennsylvania, Texas, Wisconsin and other potential markets. We have worked directly with Kalahari Resorts, as well as with various developers interested in developing the Kalahari brand in different markets. Kalahari Resorts are full-service vacation destinations with large conference centers.





Great Wolf Lodge Properties – United States and Canada: Over the years, Hotel & Leisure Advisors has worked with several different clients in preparing various consulting assignments for 13 Great Wolf Lodge properties in the United States and Canada. These studies included appraisals, feasibility studies,





and general consulting analyses. Great Wolf Resorts is the largest indoor waterpark company in North America, with 16 properties in the U.S. and Canada.

References

Mark Rantala
President Economic Development Opportunity Advisors, LLC
Former Executive Director Lake County Ohio Port and Economic Development Authority
440-759-3261
markrantala@icloud.com
*Market and financial feasibility Studies for proposed hotels and/or indoor waterpark resorts at five different locations in Lake County, Ohio*

Mr. Gerald Svoboda
Vice President, Chief Appraiser
Comerica Bank
(313) 222-6172
gfsvoboda@comerica.com
*Multiple appraisals for hotels, arenas, and recreational properties throughout the United States*

Carol Dixon
Assistant Vice President Secured Credit
First Commonwealth Bank
(O) 724-463-2440
CDixon@fcbanking.com
*Multiple appraisals for campgrounds, hotels, and other leisure properties in the United States*

Fees & Payment Schedule

| Project Fees | |
| --- | --- |
| Component | Fee |
| I - Comprehensive Appraisal | $~~25,000~~38,000 |
| II - Litigation Support | $450 per hour for testimony and preparation time; $350 per hour for travel time |
| Travel, subsistence, and out-of-pocket expenses, | Not to exceed $~~2,500~~3,500 for Component I; additional for Component II |

These fee estimates are subject to revision if the scope of the engagement is altered. In such an event, we will discuss the matter with you so that a mutually acceptable revision can be made. Our price quote is valid for 90 days from the date of this proposal. Projected expenses exclude any applicable state sales taxes. If at any point during the engagement a decision is made to discontinue our services, our professional fees will be based on the time expended through that date.



Proposal for Comprehensive Appraisal
Mr. Steve McGowan
Page 6



| Payment Schedule |
|---|
| We require a 50% retainer prior to beginning the assignment. |
| After conclusion of our fieldwork, we will issue an invoice for 25% of the project fee. This payment is due prior to our issuing the draft report. |
| The final invoice (balance plus expenses) will be sent with the draft copy of the completed report. Payment of this invoice is required prior to our issuance of final reports. Hard copies of the report are available upon request for an additional fee. |
| Any revisions to the report made within 30 days of issuance of the draft are included in the fee. Any revisions after 30 days will require an additional 10% of the project fee. If we do not receive any revisions within 30 days, we will issue the final report, provided we have received payment of the final invoice. |
| Any invoice that is 60 days past due is subject to a 1.5% monthly finance charge. Client agrees to pay any fees incurred as a result of collections activity. |

We will negotiate fees for any additional services when you request them. Our consulting services are available at a rate of $150-$450 per hour, depending on the staff person involved, or we will issue a specific fee quote once the scope of additional services is determined.

<u>Timing</u>

We can begin work immediately and plan to provide you with the report documenting our conclusions within 40 to 60 days of receiving the retainer payment and the signed engagement letter. We will work with your appointed representative to ensure the required data is made available. *The delivery date of the draft and final reports is contingent upon receiving the data requested for the property on a timely basis.*

We will communicate with you on a regular basis throughout the project and update you as needed on our progress. Chronologically, we will:

- Issue a data request list indicating items needed to review as part of our analysis.

- Schedule appointments to meet with you and tour the subject site and local/regional market. Our fieldwork will include visits to a range of comparable land sales and comparable facilities.

- After conclusion of fieldwork, we will conduct additional research and interviews and analyze additional data to prepare the report. It typically takes a few weeks to analyze the data and an additional few weeks to write the report.

- Execute internal review of the report for quality control purposes.

- Issue the report in draft format within the timeframe specified in the proposal. After you review the draft, we will issue the final version of the report, including addenda items.

<u>Conditions</u>





The report will be prepared in accordance with our Standard Conditions, which are attached. To indicate your acceptance of this proposal, please sign this proposal and return it to us with a retainer of 50% as authorization for us to proceed with the engagement.

As a material inducement for Hotel & Leisure Advisors to enter into this agreement for services and for value received, and the consideration of Hotel & Leisure Advisors' performance in providing appraisal and consulting services for the client, the signature on this letter guarantees the company's timely payment of this agreement. This includes, but is not limited to, the payment of any and all sums due pursuant to the agreement. This guarantee applies to appraisal and consulting services that have been rendered prior to the above date and appraisal and consulting services that are rendered after the above date.

The terms of this agreement shall be interpreted and construed in accordance with the laws of the State of Ohio. The client hereby submits to the nonexclusive jurisdiction of the court having jurisdiction in the County of Cuyahoga, State of Ohio, and agrees not to raise and waive any objection based upon forum non conveniens. Thank you for this opportunity to be of service. We look forward to working with you on this assignment.

Hotel & Leisure Advisors, LLC

David J. Sangree, MAI, ISHC
President

Proposal for Comprehensive Appraisal
Mr. Steve McGowan
Page 8



By signing below, I agree to the fees and terms associated with component(s) _____ as described in the attached proposal. I agree to pay fees for the report in the amount of _____ plus expenses no greater than _____. I have read and understood the proposal and the attached standard conditions, and I agree to the terms and conditions therein.


_____
Signature

_____
Name (print)

_____
Title

_____
Company

_____
Date



SAMPLE TABLE OF CONTENTS FOR APPRAISAL
TABLE OF CONTENTS

A.    INTRODUCTION
      Executive Summary ............................................................ A-1
      Property Identification ...................................................... A-3
      Property Ownership, Recent History, and Operational Assumptions ..... A-3
      Scope of the Assignment ..................................................... A-8
      Purpose and Intended Use of the Appraisal .............................. A-8
      Effective Date of Valuation ................................................ A-9
      Property Rights Appraised .................................................. A-9
      Exposure Time and Marketing Period ...................................... A-9
      Definitions of Value and Other Pertinent Terms ........................ A-9
      Standard Conditions ......................................................... A-10
      Extraordinary Assumptions and Hypothetical Conditions ............... A-13
      Competency of Consultants ................................................. A-13

B.    DESCRIPTIVE DATA
      Area and Demographic Review ............................................... B-1
      Neighborhood Analysis ....................................................... B-15
      Zoning and Real Estate Taxes .............................................. B-17
      Description of Land .......................................................... B-18

C.    MARKET ANALYSIS
      Campground Resort Market Overview ........................................ C-1
      Historical Performance of The Summit Bechtel Reserve ................. C-15

D.    HIGHEST AND BEST USE
      Introduction ................................................................. D-1

E.    INCOME CAPITALIZATION APPROACH
      Introduction ................................................................. E-1

F.    SALES COMPARISON APPROACH
      Introduction ................................................................. F-1
      __Units of Comparison ....................................................... F-10

G.    COST APPROACH
      Introduction ................................................................. G-1

H.    RECONCILIATION ................................................................ H-1

I.    CERTIFICATION ................................................................. I-1

      ADDENDA
      Qualifications of Consultants .............................................. Addendum A

      Survey Report ................................................................ Addendum B

      Legal Description ............................................................ Addendum C

Proposal for Comprehensive Appraisal
Mr. Steve McGowan
Page 10



Copy of Engagement Letter .......................................................... Addendum D



Standard Conditions: The following Standard Conditions apply to real estate consulting engagements and appraisals by Hotel & Leisure Advisors, LLC (H&LA). Extraordinary Assumptions are added as required.

1.    The report is to be used in whole and not in part. The report, engagement letter and these standard conditions constitute the entire understanding and agreement between the parties with respect to the subject matter hereof and supersedes any and all prior or current agreements or understandings between the parties, whether in writing or orally. The report and engagement letter may not be amended except in writing signed by the parties hereto. These standard conditions shall survive the completion of the assignment.

2.    Publication of the report or engagement letter without the prior written consent of H&LA is prohibited unless otherwise stated in the letter of engagement. Neither the report nor engagement letter may be used by any person other than the party to whom they are addressed nor may they be used for purposes other than that for which they were prepared. Neither the engagement letter, nor the report, nor their contents, nor any reference to the appraisers or H&LA or any reference to the Appraisal Institute, International Society of Hospitality Consultants, American Institute of Certified Public Accountants, or the American Institute of Architects, (or the MAI, ISHC, CPA or AIA designations) may be included or quoted in any offering circular or registration statement, prospectus, sales brochure, other appraisal, loan, or other agreement or document without H&LA's prior written permission, in its sole discretion. Moreover, "H&LA" is a registered trademark of Hotel & Leisure Advisors, LLC. The client agrees that in event of a breach of this Section 2, in addition to any other rights and remedies of H&LA, and hereby consents to injunctive relief.

3.    No responsibility is assumed for the legal description or any matters which are legal in nature. Title to the property is assumed to be good and marketable and the property is assumed to be free and clear of all liens unless otherwise stated. No survey of the property was performed. Sketches, maps, photos, or other graphic aids included in the reports are intended to assist the reader in ready identification and visualization of the property and are not intended for technical purposes.

4.    The information contained in the assignment is based upon data gathered from sources the consultant or appraiser assumes to be reliable and accurate. Some of this information may have been provided by the owner of the property. Neither the consultants nor H&LA shall be responsible for the accuracy or completeness of such information including the correctness of public records or filings, estimates, opinions, dimensions, sketches, exhibits, and other factual matters.

5.    The report may contain prospective financial information, estimates, or opinions that represent the consultants' or appraisers' view of reasonable expectations at a particular point in time. Such information, estimates, or opinions are not offered as predictions or as assurances that a particular level of income or profit will be achieved, that events will occur, or that a particular price will be offered or accepted. Actual results achieved during the period covered by H&LA's prospective financial analyses will vary from those described in the report, and the variations may be material. The financial projections stated in the report and any opinions of value are as of the date stated in the report. Changes since that date in external and market factors or in the property itself can significantly affect property value or performance.

6.    H&LA has not considered the presence of potentially hazardous materials and contaminants such as asbestos, urea formaldehyde foam insulation, toxic waste, PCBs, pesticides, mold, lead-based paints, or other materials. The appraisers and consultants are not qualified to detect or report on hazardous material contamination and H&LA urges the client to retain an expert in this field if desired.

7.    Unless noted, H&LA assumes there are no encroachments, zoning violations, or building violations encumbering the subject property. It is assumed that the property will not be operated in violation of any applicable government regulations, zoning, codes, ordinances, or statutes. No responsibility is assumed for architectural design and building codes. The analysis and concept drawings included in the report are not intended for technical purposes.

8.    All mortgages, liens, encumbrances, leases, and servitudes have been disregarded unless specified otherwise.

9.    Real estate consulting engagements and appraisal assignments are accepted with the understanding that there is no obligation to furnish services after completion of the original assignment. We are not required to give testimony or attendance in court by reason of this





analysis without previous arrangements, and the client will be obligated to pay in advance for the standard per diem fees and travel costs.

10.    No significant change is assumed in the supply and demand patterns indicated in the report.

11.    The quality of a lodging facility or other leisure property's management has a direct effect on the property's economic viability. It should be specifically noted by any prospective reader that the engagement assumes that the property will be competently managed, leased, and maintained by financially sound owners over the expected period of ownership. H&LA is not responsible for future marketing efforts and other management or ownership actions upon which actual results will depend.

12.    The forecast of income and expenses are not predictions of the future. Rather, they are the consultants' best estimates of current market thinking on future income and expenses. We do not warrant that the estimates will be obtained, but that they have been prepared in a conscientious manner on the basis of information obtained during the course of this study.

13.    The subject property is valued assuming all items of furniture, fixtures, equipment, working capital, and inventory are in place. Should items essential in the operation of the hotel prove to be missing, we reserve the right to amend the opinion of value expressed in an appraisal report.

14.    H&LA does not, as part of this consulting report or appraisal, perform an audit, review, or examination (as defined by the American Institute of Certified Public Accountants) of any of the historical or prospective financial information used and therefore, does not express any opinion with regard to it.

15.    The consulting engagement or appraisal report has been prepared in accordance with the Uniform Standards of Professional Appraisal Practice and the Code of Ethics of the Appraisal Institute. No other code, ordinance, rule or regulation of any kind or nature whatsoever shall apply.

16.    It is agreed that the maximum damages recoverable from H&LA or its affiliates or their respective employees relative to this engagement shall be the amount of the money actually collected by H&LA or its affiliates for work performed pursuant to the engagement letter. The client acknowledges that H&LA cannot and does not guarantee and makes no representations as to the success of the project. H&LA shall not be liable for any incidental, breach of warranty, consequential or punitive damages, expenses, costs or losses whatsoever directly or indirectly arising out of the services performed hereunder (including negligence and/or gross negligence). In addition, there is no accountability or liability to any third party.

17.    The client hereby releases and discharges H&LA, its directors, officers, and employees, from and against any and all claims and demands of any nature or kind whatsoever arising as a result of the design, development, operations, and performance of the proposed or existing project. The client furthermore agrees to indemnify, defend and hold harmless H&LA and its directors, officers and employees, from any and all claims of any nature whatsoever, including attorney fees, expenses and costs.

18.    The report does not address the project's compliance with the federal statute commonly known as the Americans with Disabilities Act as well as regulations and accessibility guidelines promulgated thereunder.

19.    The provisions of the report, the engagement letter and these standard conditions shall be severable, and if a court of competent jurisdiction holds any provisions of the report, engagement letter and these standard conditions invalid, illegal or unenforceable, the remaining provisions shall nevertheless remain in full force and effect as written.



| Summary report: | |
|---|---|
| **Litera® Change-Pro for Word 10.9.0.460 Document comparison done on 8/31/2020 2:45:03 PM** | |
| **Style name:** Sidley Default | |
| **Intelligent Table Comparison:** Active | |
| **Original filename:** Trevor Phillips Summit Camp West Virginia - No Cover Page.doc | |
| **Modified filename:** Steve McGowan Summit Camp West Virginia II.doc | |
| **Changes:** | |
| Add | 41 |
| Delete | 5 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 7 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 53 |