## EXHIBIT B

### EXPENSE SUMMARY

## BOY SCOUTS OF AMERICA
### (Case No. 20-10343 (LSS))

### July 1, 2020 through July 31, 2020

| Expense Category | Total Expenses |
|---|---|
| Pacer | 308.30 |
| Messenger Service | 10.00 |
| In-House Duplicating | 146.40 |
| Conference Calls | 1,301.81 |
| Courier/Delivery Service | 13.80 |
| Transcripts | 456.75 |
| Photos/Art/Spec Duplicating-Out of Office | 361.67 |
| In-House Printing - color | 12.80 |
| In-House Printing - black & white | 3.00 |
| **Grand Total Expenses** | **$2,614.53** |

**Cost Detail**

| Date | Description | Quantity | Amount |
|------|-------------|----------|--------|
| 06/04/20 | Conference Calls | 7.0 | 383.25 |
| 07/01/20 | Pacer | 71.0 | 7.10 |
| 07/01/20 | In-House Duplicating | 1,464.0 | 146.40 |
| 07/02/20 | Pacer | 372.0 | 37.20 |
| 07/02/20 | Courier/Delivery Service - BLUE MARBLE | 1.0 | 6.90 |
| 07/02/20 | In-House Printing - color | 8.0 | 6.40 |
| 07/06/20 | Pacer | 289.0 | 28.90 |
| 07/06/20 | Photos/Art/Spec Duplicating-Out of Office - Bankruptcy services - Print/copy, envelope, hand delivery, printing on label stock - 07/06/2020 | 1.0 | 18.75 |
| 07/07/20 | Pacer | 485.0 | 48.50 |
| 07/07/20 | Photos/Art/Spec Duplicating-Out of Office - Print B/W, tabs, tabs custom, punch paper, 1 1/2" binder, technical time, printing spines and covers and insertion, court delivery - 07/07/2020 | 1.0 | 342.92 |
| 07/08/20 | Pacer | 34.0 | 3.40 |
| 07/09/20 | Pacer | 167.0 | 16.70 |
| 07/09/20 | Conference Calls | 17.0 | 918.56 |
| 07/09/20 | Courier/Delivery Service - BLUE MARBLE | 1.0 | 6.90 |
| 07/09/20 | Transcripts - Hourly transcript - 07/09/2020 | 1.0 | 456.75 |
| 07/10/20 | Pacer | 3.0 | 0.30 |
| 07/13/20 | Pacer | 140.0 | 14.00 |
| 07/15/20 | Pacer | 30.0 | 3.00 |
| 07/17/20 | Pacer | 178.0 | 17.80 |
| 07/17/20 | In-House Printing - black & white | 30.0 | 3.00 |
| 07/20/20 | Pacer | 111.0 | 11.10 |
| 07/21/20 | Pacer | 214.0 | 21.40 |
| 07/22/20 | Pacer | 53.0 | 5.30 |
| 07/23/20 | Pacer | 120.0 | 12.00 |
| 07/24/20 | Pacer | 345.0 | 34.50 |
| 07/24/20 | In-House Printing – color | 8.0 | 6.40 |
| 07/29/20 | Pacer | 70.0 | 7.00 |
| 07/30/20 | Pacer | 214.0 | 21.40 |
| 07/30/20 | Messenger Service | 2.0 | 10.00 |
| 07/31/20 | Pacer | 187.0 | 18.70 |
| | **Total** | | **$2,614.53** |