**Exhibit C**

**Budget and Staffing Plan**

| Category | Project Category Description | Hours Budgeted | Total Compensation Budgeted[1] |
|:---:|---|:---:|:---:|
| 1 | Administrative Expense Claims | 0 – 5 | $0.00 - $3,900 |
| 2 | Adversary Proceedings and Bankruptcy Litigation | 925 – 975 | $749,250 - $789,750 |
| 3 | Asset Dispositions | 0 – 5 | $0 - $3,900 |
| 4 | Automatic Stay | 230 – 250 | $225,400 - $245,000 |
| 5 | Bar Date, Noticing and Claims Reconciliation | 450 – 475 | $405,000 - $427,500 |
| 6 | Case Administration | 30 – 50 | $13,200 - $22,000 |
| 7 | Chapter 11 Plan Matters | 75 – 85 | $69,000 - $78,200 |
| 8 | Communications with Client | 35 – 45 | $39,550 - $50,850 |
| 9 | Corporate Governance and Board Matters | 15 – 25 | $14,250 - $23,750 |
| 10 | Customer and Vendor Issues | 0 – 5 | $0 - $4,000 |
| 11 | Disclosure Statement | 1 – 5 | $1,080 - $5,400 |
| 12 | Donor Issues | 40 – 55 | $23,200 - $31,900 |
| 13 | Employee and Labor Issues | 50 – 60 | $59,500 - $71,400 |
| 14 | Exclusivity | 25 – 30 | $22,250 - $26,700 |
| 15 | Executory Contracts and Leases | 100 – 125 | $82,000 - $102,500 |
| 16 | FCR Issues and Communications | 10 – 20 | $10,100 - $20,200 |
| 17 | Fee Applications | 250 – 300 | $132,500 - $159,000 |
| 18 | Financing Matters and Cash Collateral | 20 – 25 | $21,000 - $26,250 |
| 19 | First Day and Second Day Motions | 0 – 5 | $0 - $4,800 |
| 20 | General Case Strategy | 70 – 80 | $74,200 - $84,800 |
| 21 | Hearings and Court Matters | 200 – 225 | $208,000 - $234,000 |
| 22 | Insurance Issues | 210 – 250 | $205,800 - $245,000 |
| 23 | Non-Bankruptcy Litigation | 15 – 30 | $15,750 - $31,500 |

---

[1] Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each category.

| Category | Project Category Description | Hours Budgeted | Total Compensation Budgeted[1] |
|---|---|---|---|
| 24 | Non-Working Travel[2] | 0 – 5 | $0 - $6,200 |
| 25 | Professional Retention | 150 – 170 | $135,000 - $153,000 |
| 26 | Public Relation Issues | 2 – 10 | $2,220 - $11,100 |
| 27 | Schedules and Statements | 0 – 5 | $0 - $4,450 |
| 28 | Tax Issues | 0 – 5 | $0 - $6,200 |
| 29 | Unsecured Creditor Issues and Communications | 230 – 260 | $234,600 - $256,200 |
| 30 | UST Issues and Reporting | 5 – 10 | $4,750 - $9,500 |
| 31 | Utility Issues and Adequate Assurance | 0 – 5 | $0 - $4,250 |
| 32 | Local Council Issues and Communications | 525 – 575 | $441,000 - $483,000 |
| 33 | Property of the Estate Issues | 45 – 55 | $29,700 - $36,300 |
| 34 | Bankruptcy Appeals | 275 – 325 | $247,500 - $292,500 |
| 35 | Mediation | 435 – 525 | $374,100 - $451,500 |
| | **Total Amount Budgeted** | **4,500.00** | **$3,500,000.00** |
| | **Total Amount Sought** | **4,747.30** | **$4,094,602.50** |

---

[2] Sidley charges non-working travel time at 50% of regular hourly rates in accordance with Local Rule 2016-2(d)(viii).

**Staffing Across All Matter Categories for the Period from
May 1, 2020 to and Including July 31, 2020**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work Across All Matter Categories During the Application Period | Average Hourly Rate[3] |
|---|---|---|
| Partner | 7 – 8 | $1,174 |
| Senior Counsel/Counsel | 1 – 3 | $995 |
| Associate (>3 years since first admission) | 7 – 9 | $905 |
| Jr. Associate (1–3 years since first admission) | 5 – 7 | $589 |
| Paraprofessionals | 2 – 3 | $428 |
| Support Staff | 2 – 3 | $250 |
| **Total Attorney** | **20 – 27** | **$908** |
| **Total Non-Attorney** | **4 – 6** | **$403** |
| **Total** | **24 – 33** | **$863** |

[3] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of chargeable hours worked by, each timekeeper over the course of the chapter 11 cases.