# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Hearing Date: November 18, 2020 at 10:00 a.m. (ET)<br>Objection Deadline: September 14, 2020 at 4:00 p.m. (ET) |

## SECOND INTERIM FEE APPLICATION OF KCIC, LLC, AS INSURANCE AND VALUATION CONSULTANT FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 1, 2020 TO AND INCLUDING JULY 31, 2020

| | |
|---|---|
| Name of Applicant: | KCIC, LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | April 6, 2020 (*nunc pro tunc* to February 18, 2020) |
| Period for Which Compensation and Reimbursement Are Requested: | May 1, 2020 – July 31, 2020 |
| Amount of Compensation Requested: | $9,764.50 |
| Amount of Expense Reimbursement Requested: | $0.00 |

This is a(n):   monthly ____   interim  x    final application ____

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## PRIOR MONTHLY APPLICATIONS FILED

| SECOND INTERIM FEE APPLICATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date Filed; D.I. | Period Covered | Total Fees Requested | Total Expenses Requested | CNO Date; D.I. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
| 8/6/20; D.I. 1079 | 5/1/20 – 6/30/20 | $2,135.50 | $0.00 | Filed 8/21/20 Docket No. 1131 | $1,708.40 | $0.00 | $426.60 |
| 8/21/20; D.I. 1138 | 7/1/20 – 7/31/20 | $7,629.00 | $0.00 | *Pending* | *Pending* | *Pending* | $1,525.80 |
| **Total** | | **$9,764.50** | **$0.00** | | **$1,708.40** | **$0.00** | **$1,952.40** |

## SUMMARY OF PRIOR INTERIM APPLICATIONS

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Application; D.I. | Time Period | Fees | Expenses | Fees | Expenses |
| First Interim D.I. 734 | 2/18/20-4/30/20 | $11,116.00 | $0.00 | *Pending* | *Pending* |

## COMPENSATION AND HOURS BY PROFESSIONAL

| Name | Position Area of Expertise | Year of Admission / Years of Experience | Hourly Rate | Total Hours[2] | Total Compensation |
|---|---|---|---|---|---|
| Austin, Carrington | Senior Consultant | 4 years | $330.00 | 2.7 | $891.00 |
| Sochurek, Nicholas | Senior Manager | 16 years | $495.00 | 14.5 | $7,177.50 |
| Hanke, Elizabeth | Vice President | 20+ years | $530.00 | 2.2 | $1,166.00 |
| Scott, Carrie | Vice President | 20 years | $530.00 | 1 | $530.00 |
| | | | **Total** | **20.4** | **$9,764.50** |

---

[2] KCIC, LLC charged the Debtors for 50% of non-working travel time in compliance with Local Rule 2016-2(d)(viii). Such reductions are reflected in the figures in this column.

**COMPENSATION AND EXPENSES BY PROJECT CATEGORY**

| Task Description | Total Hours | Total Compensation |
|---|---:|---:|
| Coverage Analysis | 20.2 | $9,658.50 |
| Fee Applications | 0.2 | $106.00 |
| **TOTAL** | **20.4** | **$9,764.50** |

**EXPENSES BY CATEGORY**

| Category | Amount |
|---|---:|
| None | $0.00 |
| **TOTAL:** | **$0.00** |

Annexed hereto are the following schedules for compensation and reimbursement of expenses sought by KCIC, LLC for the period from May 1, 2020 to and including July 31, 2020:

Exhibit A     Summary of Time Detail by Task
Exhibit B     Summary of Time Detail by Professional

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**SECOND INTERIM FEE APPLICATION OF KCIC, LLC, AS INSURANCE AND VALUATION CONSULTANT FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 1, 2020 TO AND INCLUDING JULY 31, 2020**

KCIC, LLC ("KCIC"), insurance and valuation consultant for the Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors"), hereby files this second interim application (this "Application") for entry of an order, pursuant to section 331 of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), granting interim compensation and reimbursement of expenses for the period from May 1, 2020 to and including July 31, 2020. In support of this Application, KCIC respectfully represents as follows:

**JURISDICTION AND VENUE**

1. The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29,

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2012. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory and other bases for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [Docket No. 341] (the "Compensation Procedures Order").

## BACKGROUND

3. The Debtors commenced these cases on February 18, 2020 (the "Petition Date"), and they continue to operate their non-profit organization and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. These chapter 11 cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1.

4. On March 5, 2020, the United States Trustee for the District of Delaware appointed an official committee of tort claimants and an official committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code.

5. On April 24, 2020, the Court appointed James L. Patton, Jr. as the representative of future abuse claimants pursuant to sections 105(a) and 1109(b) of the Bankruptcy Code.

6. The Court has authorized the Debtors to retain KCIC as their insurance and valuation consultant, *nunc pro tunc* to the Petition Date, pursuant to the *Order Authorizing the*

*Retention and Employment of KCIC, LLC as Insurance and Valuation Consultant for the Debtors and Debtors in Possession,* Nunc Pro Tunc *to the Petition Date* [Docket No. 340] (the "Retention Order"). The Retention Order authorizes the Debtors to compensate and reimburse KCIC in accordance with the terms and conditions set forth in the Debtors' application to retain KCIC, subject to KCIC's application to the Court.

7. KCIC has rendered services on behalf of the Debtors for the period from May 1, 2020 to and including July 31, 2020 (the "Compensation Period"), totaling 20.4 hours of professional time.

8. Attached hereto as **Exhibits A** and **B** is a summary of professional services rendered and expenses incurred by each KCIC professional and by category during the Compensation Period.

9. The total sum due to KCIC for professional services rendered on behalf of the Debtors for the Compensation Period is $9,764.50. KCIC submits that the professional services it rendered on behalf of the Debtors during this time were reasonable and necessary.

10. KCIC did not expend costs on behalf of the Debtors during the Compensation Period.

11. KCIC accordingly seeks allowance of the sum of $9,764.50 in fees and $0.00 in expenses, for a total of $9,764.50.

12. The undersigned hereby attests that she has reviewed the requirements of Local Rule 2016-2 and this Application conforms to such requirements.

## CERTIFICATION OF COMPLIANCE

13. The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies that, to the best of her knowledge, information and belief, this Application complies with that rule.

WHEREFORE, KCIC requests (i) allowance on an interim basis of compensation for necessary and valuable professional services rendered to the Debtors in the sum of $9,764.50 and reimbursement of actual and necessary expenses incurred in the sum of $0.00 for the period from May 1, 2020 to and including July 31, 2020, (ii) payment in the amount of $1,952.40 representing the 20% holdback, and (iii) such other relief as this Court deems just and proper.

Dated:  August 31, 2020
       Wilmington, Delaware

**KCIC, LLC**

*/s/    Elizabeth Hanke*
Elizabeth Hanke
1401 I Street, NW, Suite 1200
Washington, DC 20005
Telephone: (202) 650-0503
Facsimile: (202) 650-0651
E-mail: hankee@kcic.com

INSURANCE AND VALUATION CONSULTANT FOR THE DEBTORS AND DEBTORS IN POSSESSION