## **Exhibit A**

### **Summary of Time Detail by Task**

| Task Description | Total Hours | Total Compensation |
|---|---:|---:|
| Coverage Analysis | 20.2 | $9,658.50 |
| Fee Applications | 0.2 | $106.00 |
| **TOTAL** | **20.4** | **$9,764.50** |