## Exhibit B

## Summary of Time Detail by Professional

| Name | Position Area of Expertise | Year of Admission / Years of Experience | Hourly Rate | Total Hours[1] | Total Compensation |
|---|---|---|---|---|---|
| Austin, Carrington | Senior Consultant | 4 years | $330.00 | 2.7 | $891.00 |
| Sochurek, Nicholas | Senior Manager | 16 years | $495.00 | 14.5 | $7,177.50 |
| Hanke, Elizabeth | Vice President | 20+ years | $530.00 | 2.2 | $1,166.00 |
| Scott, Carrie | Vice President | 20 years | $530.00 | 1 | $530.00 |
| | | | **Total** | **20.4** | **$9,764.50** |

---

[1] KCIC charged the Debtors for 50% of non-working travel time in compliance with Local Rule 2016-2(d)(viii). Such reductions are reflected in the figures in this column.