# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Hearing Date: November 18, 2020 at 10:00 a.m. (ET)<br>Objection Deadline: September 14, 2020 at 4:00 p.m. (ET) |

## SECOND INTERIM FEE APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC, AS FINANCIAL ADVISOR FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 1, 2020 TO AND INCLUDING JULY 31, 2020

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | April 7, 2020 (*nunc pro tunc* to February 18, 2020) |
| Period for Which Compensation and Reimbursement Are Requested: | May 1, 2020 – July 31, 2020 |
| Amount of Compensation Requested: | $979,723.27[2] |
| Amount of Expense Reimbursement Requested: | $638.56 |

This is a(n):    monthly  _____   interim  _x_   final application  _____

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] A&M agreed to a voluntary reduction of fees in the amount of $64,129.23 (119.6 hours). The amount reflected herein includes this reduction to fees and hours.

**PRIOR MONTHLY APPLICATIONS FILED**

| Date Filed; D.I. | Period Covered | Total Fees Requested | Total Expenses Requested | CNO Date; D.I. | Amount of Fees Allowed (80%) | Amount of Expenses Allowed (100%) | Amount of Holdback Fees Sought |
|---|---|---|---|---|---|---|---|
| 7/31/20; D.I. 1059 | 5/1/20 - 5/31/20 | $315,645.77 | $200.38 | 8/21/20; D.I. 1133 | $252,516.62 | $200.38 | $63,129.15 |
| 8/28/20; D.I. 1191 | 6/1/20 - 7/31/20 | $664,077.50 | $438.18 | *Pending* | *Pending* | *Pending* | $132,815.50 |
| Total | | **$979,723.27** | **$638.56** | | **$252,516.62** | **$200.38** | **$195,944.65** |

**SUMMARY OF PRIOR INTERIM APPLICATIONS**

| Application; D.I. | Time Period | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| First Interim D.I. 730 | 2/18/20-4/30/20 | $1,937,895.00 | $31,624.67 | *Pending* | *Pending* |

# SUMMARY OF TOTAL FEES AND HOURS BY PROFESSIONALS

| COMPENSATION BY PROFESSIONAL<br>May 1, 2020 through July 31, 2020 | | | | | |
|---|---|---|---|---|---|
| **PROFESSIONAL** | **POSITION** | **GROUP** | **BILLING RATE** | **TOTAL HOURS** | **TOTAL FEES** |
| Brian Whittman | Managing Director | Restructuring | $1,025 | 88.0 | $90,200.00 |
| Erin Covington | Managing Director | Public Sector | $925 | 13.3 | $12,302.50 |
| Erin McKeighan | Managing Director | Case Management | $850 | 16.5 | $14,025.00 |
| Trevor Phillips | Managing Director | Disputes & Investigations | $725 | 24.9 | $18,052.50 |
| Carl Binggeli | Director | Restructuring | $725 | 572.5 | $415,062.50 |
| Robert Edgecombe | Director | Disputes & Investigations | $525 | 109.0 | $57,225.00 |
| Alden Katagihara | Manager | Disputes & Investigations | $475 | 10.3 | $4,892.50 |
| Ryan Walsh | Senior Associate | Restructuring | $650 | 549.8 | $357,370.00 |
| Ben Jackson | Senior Associate | Disputes & Investigations | $425 | 8.5 | $3,612.50 |
| Julio Cifuentes | Associate | Restructuring | $575 | 97.8 | $56,235.00 |
| Trevor DiNatale | Consultant | Case Management | $550 | 1.4 | $770.00 |
| Emily Raab | Consultant | Case Management | $525 | 9.3 | $4,882.50 |
| Gerard Gigante | Analyst | Case Management | $475 | 7.1 | $3,372.50 |
| Nicole Vander Veen | Paraprofessional | Restructuring/Case Management | $325 | 18.0 | $5,850.00 |
| **Subtotal** | | | | **1,526.4** | **1,043,852.50** |
| **Voluntary Reduction - Real Estate** | | | | **-84.2** | **-44,822.50** |
| **Voluntary Reduction - General** | | | | **-35.4** | **-19,306.73** |
| **Total** | | | | **1,406.8** | **979,723.27** |
| | **Blended Rate:** | | | | **696.42** |

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY

| COMPENSATION BY PROJECT CATEGORY May 1, 2020 through July 31, 2020 | | | |
|---|---|---|---|
| **Task Code** | **Description** | **Total Hours** | **Total Fees Requested** |
| Bankruptcy Support | Advise and assist the Debtors on matters concerning operating the business under Chapter 11 including accounting cutoff, development and execution of work plans, review of court documents and general case management, reporting requirements, and support counsel and others for Chapter 11 related items; communications; other general administrative tasks related to any Ch. 11 proceeding specific to Debtor's enterprise. | 194.8 | $141,027.50 |
| Cash | Assist the Debtors with the 13 week cash flow forecast, plan versus actual, DIP reporting requirements, covenant compliance, and other financial analyses. | 307.4 | $207,812.50 |
| Claims | Assist the Debtors with claims planning process, review of claims filed against the Debtors', claim reconciliation, and related work including submission of related motions to the court. | 9.9 | $5,372.50 |
| Contracts | Assist the Debtors with contract analyses and the potential assumption or rejection of contracts. | 3.6 | $2,395.00 |
| Court | Prepare for and attend the Debtors' hearings. | 15.9 | $13,417.50 |
| Employee | Employee matters including pension plan and severance. | 25.2 | $18,810.00 |
| Fee Applications | Prepare the month and interim fee applications in accordance with Court guidelines. | 23.0 | $9,565.00 |
| Financial Analysis | Ad-hoc financial analyses made at the request of various constituencies, including the Debtor. | 381.2 | $239,367.50 |
| Info Req | Address information requests from, and attend meetings and calls with, various constituencies including lenders, unsecured creditors committee, and advisors. | 255.7 | $187,332.50 |
| Litigation | Support negotiations with Tort Claimants including any document discovery, mediation process, abuse claims estimation. | 13.0 | $11,772.50 |
| MOR | Assist the Debtors with the preparation of the Initial Debtor Interview requirements, Initial Operating Report, Monthly Operating Report, and other related matters for the US Trustee. | 30.8 | $21,002.50 |
| Motions/Orders | Complete analyses and assist the Debtors on various motions filed, and on entry of Orders to implement required reporting and other activities contemplated by the various filed motions. | 67.1 | $45,607.50 |
| Retention | Prepare documents in compliance with Court retention requirements. | 0.6 | $615.00 |

| | | | |
|---|---|---|---|
| Statements & Schedules | Assist the Debtors with the creation and filing of Statements and Schedules with background information and other related matters. | 4.3 | $2,410.00 |
| Status Meeting | Prepare for and participate in the Debtors regular status meetings including BOD meetings, update meetings with management, and strategic meetings with Debtor counsel and advisors. | 45.7 | $37,552.50 |
| Vendor Management | Assist the Debtors with all vendor related items including, but not limited to vendor strategy, negotiation, settlements, stipulations, critical vendors and shippers/warehouseman agreements, and advising Debtors' on general accounts payable questions. | 148.2 | $99,792.50 |
| **Subtotal** | | **1,526.4** | **$1,043,852.50** |
| Voluntary Reduction - Real Estate | | -84.2 | -$44,822.50 |
| Voluntary Reduction - General | | -35.4 | -$19,306.73 |
| **Total** | | **1,406.8** | **$979,723.27** |

**Blended Rate:** $696.42

# EXPENSE SUMMARY

| SUMMARY OF EXPENSES BY CATEGORY<br>May 1, 2020 through July 31, 2020 | |
|---|---|
| **Expense Category** | **Amount** |
| Miscellaneous | $638.56 |
| **Total** | **$638.56** |

Annexed hereto are the following schedules for compensation and reimbursement of expenses sought by A&M for the period from May 1, 2020 to and including July 31, 2020:

Exhibit A    Summary of Time Detail by Task
Exhibit B    Summary of Time Detail by Professional
Exhibit C    Summary of Expense Detail by Category

v

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### SECOND INTERIM FEE APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC, AS FINANCIAL ADVISOR FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 1, 2020 TO AND INCLUDING JULY 31, 2020

Alvarez & Marsal North America, LLC ("A&M"), financial advisor for the Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors"), hereby files this second interim application (this "Application") for entry of an order, pursuant to section 331 of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), granting interim compensation and reimbursement of expenses for the period from May 1, 2020 to and including July 31, 2020. In support of this Application, A&M respectfully represents as follows:

### JURISDICTION AND VENUE

1. The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29,

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2012. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2.   The statutory and other bases for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* [Docket No. 341] (the "Compensation Procedures Order").

## BACKGROUND

3.   The Debtors commenced these cases on February 18, 2020 (the "Petition Date"), and they continue to operate their non-profit organization and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. These chapter 11 cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1.

4.   On March 5, 2020, the United States Trustee for the District of Delaware appointed an official committee of tort claimants and an official committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code.

5.   On April 24, 2020, the Court appointed James L. Patton, Jr. as the representative of future abuse claimants pursuant to sections 105(a) and 1109(b) of the Bankruptcy Code.

6.   The Court has authorized the Debtors to retain A&M as their financial advisor, *nunc pro tunc* to the Petition Date, pursuant to the *Order Authorizing the Retention and Employment of A&M as Financial Advisor for the Debtors and Debtors in Possession,* Nunc Pro Tunc *to the*

*Petition Date* [Docket No. 355] (the "Retention Order"). The Retention Order authorizes the Debtors to compensate and reimburse A&M in accordance with the terms and conditions set forth in the Debtors' application to retain A&M, subject to A&M's application to the Court.

7. A&M has rendered services on behalf of the debtors for the period from May 1, 2020 to and including July 31, 2020 (the "Compensation Period"), totaling 1,406.8 hours of professional time.

8. Attached hereto as **Exhibits A–C** is a summary of professional services rendered and expenses incurred by each A&M professional and by category during the Compensation Period.

9. The total sum due to A&M for professional services rendered on behalf of the Debtors for the Compensation Period is $979,723.27. A&M submits that the professional services it rendered on behalf of the debtors during this time were reasonable and necessary.

10. A&M also expended costs on behalf of the Debtors in the sum of $638.56 during the Compensation Period. Attached hereto as **Exhibit C** is a summary by category of expenses incurred during the compensation period.

11. A&M accordingly seeks allowance of the sum of $979,723.27 in fees and $638.56 in expenses, for a total of $980,361.83.

12. The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-2 and this Application conforms to such requirements.

## CERTIFICATION OF COMPLIANCE

13. The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies that, to the best of his knowledge, information and belief, this Application complies with that rule.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, A&M requests (i) allowance on an interim basis of compensation for necessary and valuable professional services rendered to the Debtors in the sum of $979,723.27 and reimbursement of actual and necessary expenses incurred in the sum of $638.56 for the period from May 1, 2020 to and including July 31, 2020, (ii) payment in the amount of $195,944.65 representing the 20% holdback, and (iii) such other relief as this Court deems just and proper.

Dated: August 31, 2020
      Chicago, Illinois

Respectfully submitted,

**ALVAREZ & MARSAL NORTH AMERICA, LLC**

*/s/ Brian Whittman*
Brian Whittman
Managing Director
540 W Madison
18th Floor
Chicago, IL 60661
Telephone: (312) 601-4227
bwhittman@alvarezandmarsal.com

FINANCIAL ADVISOR FOR THE DEBTORS AND DEBTORS IN POSSESSION