## **Exhibit A**

**Summary of Time Detail by Task**

*Exhibit A*

**Boy Scouts of America and Delaware BSA, LLC**
**Summary of Time Detail by Task**
**May 1, 2020 through July 31, 2020**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 194.8 | $141,027.50 |
| Cash | 307.4 | $207,812.50 |
| Claims | 9.9 | $5,372.50 |
| Contracts | 3.6 | $2,395.00 |
| Court | 15.9 | $13,417.50 |
| Employee | 25.2 | $18,810.00 |
| Fee Applications | 23.0 | $9,565.00 |
| Financial Analysis | 381.2 | $239,367.50 |
| Info Req | 255.7 | $187,332.50 |
| Litigation | 13.0 | $11,772.50 |
| MOR | 30.8 | $21,002.50 |
| Motions/Orders | 67.1 | $45,607.50 |
| Plan DS | 0.6 | $615.00 |
| Statement & Schedules | 4.3 | $2,410.00 |
| Status Meeting | 45.7 | $37,552.50 |
| Vendor Management | 148.2 | $99,792.50 |
| *Subtotal* | 1,526.4 | $1,043,852.50 |
| *Voluntary Reduction - Real Estate* | -84.2 | -$44,822.50 |
| *Voluntary Reduction - General* | -35.4 | -$19,306.73 |
| *Total* | 1,406.8 | $979,723.27 |