**<u>Exhibit B</u>**

**Summary of Time Detail by Professional**

*Exhibit B*

### Boy Scouts of America and Delaware BSA, LLC
### Summary of Time Detail by Professional
### May 1, 2020 through July 31, 2020

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $1,025.00 | 88.0 | $90,200.00 |
| Erin Covington | Managing Director | $925.00 | 13.3 | $12,302.50 |
| Erin McKeighan | Managing Director | $850.00 | 16.5 | $14,025.00 |
| Trevor Phillips | Managing Director | $725.00 | 24.9 | $18,052.50 |
| Carl Binggeli | Director | $725.00 | 572.5 | $415,062.50 |
| Robert Edgecombe | Director | $525.00 | 109.0 | $57,225.00 |
| Alden Katagihara | Manager | $475.00 | 10.3 | $4,892.50 |
| Ryan Walsh | Senior Associate | $650.00 | 549.8 | $357,370.00 |
| Ben Jackson | Senior Associate | $425.00 | 8.5 | $3,612.50 |
| Julio Cifuentes | Associate | $575.00 | 97.8 | $56,235.00 |
| Trevor DiNatale | Consultant | $550.00 | 1.4 | $770.00 |
| Emily Raab | Consultant | $525.00 | 9.3 | $4,882.50 |
| Gerard Gigante | Analyst | $475.00 | 7.1 | $3,372.50 |
| Nicole Vander Veen | Paraprofessional | $325.00 | 18.0 | $5,850.00 |
| | *Subtotal* | | 1,526.4 | $1,043,852.50 |
| | *Voluntary Reduction - Real Estate* | | -84.2 | -$44,822.50 |
| | *Voluntary Reduction - General* | | -35.4 | -$19,306.73 |
| | *Total* | | 1,406.8 | $979,723.27 |