## Exhibit C

**Summary of Expense Detail by Category**

*Exhibit C*

### Boy Scouts of America and Delaware BSA, LLC
### Summary of Expense Detail by Category
### May 1, 2020 through July 31, 2020

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Miscellaneous | $638.56 |
| *Total* | **$638.56** |