## Exhibit A

### Summary of Time Detail by Task

| Task Description | Total Hours | Total Compensation |
|---|---|---|
| Analysis | 52.1 | $25,970.50 |
| Communication with Counsel | 3.0 | $2,175.00 |
| Data Gathering & Processing | 10.3 | $4,882.50 |
| Fee Request Preparation | 21.4 | $10,365.00 |
| Project Management | 1.2 | $670.00 |
| Settlement Mediation & Support | 1.0 | $725.00 |
| **TOTAL** | **89.0** | **$44,788.00** |