## Exhibit B

## Summary of Time Detail by Professional

| Name | Position Area of Expertise | Year of Admission / Years of Experience | Hourly Rate | Total Hours[1] | Total Compensation |
|---|---|---|---|---|---|
| Evans, Andrew | Partner | | $725 | 17.8 | $12,905.00 |
| Johnson, Samantha | Manager | | $475 | 2.5 | $1,187.50 |
| Murray, Makeda | Manager | | $475 | 53.8 | $25,555.00 |
| Ameri, Armin | Consultant I | | $345 | 14.9 | $5,140.50 |
| | | | **Total** | | **$44,788.00** |

---

[1] Bates White would have charged the Debtors for 50% of non-working travel time in compliance with Local Rule 2016-2(d)(viii), but no such charges were incurred in this time period. Such reductions are reflected in the figures in this column.