<u>EXHIBIT B</u>

<u>Expense Summary</u>

**EXHIBIT B**

**BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC**

**EXPENSE SUMMARY**
**JULY 1, 2020 THROUGH JULY 31, 2020**

| Expense Category | Service Provider (if applicable) | Total Expenses[5] |
|---|---|---|
| Bloomberg Law Online Research | Bloomberg | $113.25 |
| Bloomberg Law Retrieval Fees | Bloomberg | $22.75 |
| Color Copies | Kramer Levin | $18.60 |
| Courier Services | Kramer Levin | $21.92 |
| Court Call Fees | CourtCall | $184.50 |
| Lexis Online Research | Lexis | $737.78 |
| Pacer Online Research | Pacer | $4.40 |
| Transcript Fees | Reliable | $75.60 |
| Westlaw Online Research | Westlaw | $3,348.53 |
| **TOTAL** | | **$4,527.33** |

---

[5] Kramer Levin reduced its expenses by $1,436.30 during the Application Period voluntarily and in accordance with the local rules and U.S. Trustee Guidelines.