EXHIBIT C

Committee Expense Reimbursement Form

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS
OF BOY SCOUTS OF AMERICA,** *et al.*

**EXPENSE REIMBURSEMENT REPORT**

| | | |
|---|---|---|
| 1. | Name of Company | Girl Scouts of the United States of America |
| 2. | Date of Meeting | March 4, 2020 |
| 3. | Location of Meeting | Wilmington, Delaware |
| 4. | Name of Representative Attending Meeting | Eric Schnabel; Jennifer Rochon |

5. Reimbursable Expenses:

   (a) Transportation:

      (1) Air or Rail Fare      $_____412.00_

      (2) Personal automobile miles at $.58 per mile      $_____

      (3) Taxi      $_____

      (4) Parking/Tolls      $_____

      (5) Other (describe)      $_____

   (b) Lodging:

      (1) Hotel (excluding meals)      $_____

   (c) Meals:

      (1) Breakfast      $_____

      (2) Lunch      $_____

      (3) Dinner      $_____

**TOTAL REIMBURSEMENT SOUGHT**      **$ 412.00**

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

      /s/    *Jennifer Rochon*
      Jennifer Rochon
      Girl Scouts of the United States of America