# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Compensation |
|---|---:|---:|
| Case Administration (60001) | 6.10 | $3,657.50 |
| Committee Meeting and Communications (60002) | 6.40 | $2,976.00 |
| Automatic Stay (60004) | 1.20 | $519.00 |
| Plan/Disclosure Statement Issues (60007) | 1.50 | $645.50 |
| Non-Profit Issues (60012) | 9.70 | $7,750.50 |
| Fee Statements and Applications (60017) | 20.70 | $8,588.00[4] |
| Hearings and Court Matters (60021) | 2.30 | $1,037.00 |
| Communications with Debtors (60029) | 1.00 | $570.00 |
| Local Counsel and Chartered Organization Issues (60031) | 0.30 | $139.50 |
| Grand Total: | 49.20 | $25,883.00 |
| Voluntary Reduction: | | ($4,378.50) |
| **REDUCED GRAND TOTAL:** | **49.20** | **$21,504.50** |

---

[4] Reed Smith LLP has voluntarily reduced the amount of compensation sought as actual, reasonable and necessary in this project category from $8,588.00 to $4,209.50, a reduction of $4,378.50.

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM JULY 1, 2020 THROUGH JULY 31, 2020[3]**

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Kurt F. Gwynne | Partner.  Joined firm as partner in 2001.  Member DE bar since 2000.  Member PA and NJ bars since 1992. Member of NY bar since 2018. | $990.00 | 1.90 | $1,881.00 |
| Lawrence F. Gilberti | Partner.  Joined firm as partner in 1998.  Member of NY bar since 1976.  Member of PA bar since 1999. | $935.00 | 6.50 | $6,077.50 |
| Rauer L. Meyer | Senior Counsel.  Rejoined firm as senior counsel in 2020.  Member of the California bar since 1973. | $835.00 | 0.50 | $417.50 |
| Katelin A. Morales | Associate.  Joined firm as an associate in 2018.  Member DE bar since 2019.  Member NY and NJ bars since 2017. | $465.00 | 25.70 | $11,950.50 |
| John B. Lord | Paralegal.  Joined firm as paralegal in 2000.  Paralegal since 1991. | $400.00 | 11.90 | $4,760.00 |
| Stephanie Q. Chadick | Paralegal.  Joined firm as paralegal in 2017. | $295.00 | 2.70 | $796.50 |
| | | Grand Total: | 49.20 | $25,883.00 |
| | | Voluntary Reduction: | | ($4,378.50) |
| | | **Reduced Grand Total:** | | **$21,504.50** |
| Blended Rate: | | | | $437.08 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $532.37 |

---

[3] Calculations for the Blended Rates include Reed Smith LLP's voluntary reduction of $4,378.50.



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| Official Committee of Unsecured Creditors of Boy Scouts of America | Invoice Number: **3307888** |
| c/o Reed Smith LLP | Invoice Date: **8/12/2020** |
| 1201 Market Street, Suite 1500 | Client Number: **397013** |
| Wilmington, DE 19801 | Matter Number: **397013.60001** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH July 31, 2020**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 07/01/20 | K.F. Gwynne | Prepare for and attend initial conference call with mediators | 0.90 | 990.00 | 891.00 |
| 07/01/20 | K. A. Morales | Confer with J. Lord and P. Baranpuria re: timing of interim payments from Debtors | 0.30 | 465.00 | 139.50 |
| 07/07/20 | J.B. Lord | Research docket and analyze upcoming critical dates for possible action. | 0.30 | 400.00 | 120.00 |
| 07/07/20 | J.B. Lord | Review and analyze pleading and other papers for upcoming critical deadlines. | 0.20 | 400.00 | 80.00 |
| 07/10/20 | J.B. Lord | Communicate with S. Beck at Kramer Levin re: 8/9 hearing agenda transcript | 0.20 | 400.00 | 80.00 |
| 07/16/20 | K. A. Morales | Communicate with Kramer Levin team re: updated fee estimates/budget for submission to the Debtor (.2); Confer with K. Gwynne re: same (.2); Confer with J. Lord re: same (1). | 0.50 | 465.00 | 232.50 |
| 07/17/20 | K. A. Morales | Create budget for May - December for Reed Smith as committee counsel (1.5); Confer with K. Gwynne re: | 2.50 | 465.00 | 1,162.50 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | same (.5); Confer with J. Lord re: same (.3); Confer with K. McGlynn re: same (.2). | | | |
| 07/17/20 | K.F. Gwynne | Review K. Morales' fee/budget estimate requested by Alix (0.1); conference with K. Morales re: same and email to Alix re: same (0.1) | 0.20 | 990.00 | 198.00 |
| 07/20/20 | J.B. Lord | Research docket and analyze recently filed papers for status and possilbe action (.2); update the Committee's service information re: new appearances (.2). | 0.40 | 400.00 | 160.00 |
| 07/23/20 | K.F. Gwynne | Analyzed weekly case updates from Kramer Levin and related materials | 0.40 | 990.00 | 396.00 |
| 07/31/20 | K.F. Gwynne | Analyzed weekly case update from committee counsel | 0.20 | 990.00 | 198.00 |
| **Totals** | | | **6.10** | | **3,657.50** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Kurt F. Gwynne | 1.70 hrs @ $ | 990.00 / hr | 1,683.00 |
| Katelin A. Morales | 3.30 hrs @ $ | 465.00 / hr | 1,534.50 |
| John B. Lord | 1.10 hrs @ $ | 400.00 / hr | 440.00 |
| **Total Professional Services** | | | **3,657.50** |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | | Amount |
|------|-------------|---|--------|
| | Duplicating/Printing/Scanning | 68.00 @ 0.10 | 6.80 |
| | Westlaw | | 916.50 |
| 06/04/2020 | COURT FEES Elizabeth A. Russell - Court - Other - VENDOR: Elizabeth A. Russell, Jun 04, 2020, Court Call for Katelin Morales | | 43.50 |
| 06/15/2020 | Elizabeth A. Russell - Court - Other - VENDOR: Elizabeth A. Russell, Jun 15, 2020, Court Call for Kurt Gwynne | | 43.50 |
| | **Total Expenses and Other Charges** | | **1,010.30** |

### INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 3,657.50 |
| Total Expenses and Other Charges | $ | 1,010.30 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **4,667.80** |
| **Total Amount Due** | **$** | **4,667.80** |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| Official Committee of Unsecured Creditors of Boy Scouts of America | Invoice Number: **3307889** |
| c/o Reed Smith LLP | Invoice Date: **8/12/2020** |
| 1201 Market Street, Suite 1500 | Client Number: **397013** |
| Wilmington, DE 19801 | Matter Number: **397013.60002** |

### DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH July 31, 2020

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/06/20 | K. A. Morales | Attend weekly Committee call re mediation and collateral review. | 0.80 | 465.00 | 372.00 |
| 07/06/20 | K. A. Morales | Attend Committee professionals call re agenda for UCC call. | 0.30 | 465.00 | 139.50 |
| 07/14/20 | K. A. Morales | Attend UCC call re bar date. | 1.30 | 465.00 | 604.50 |
| 07/14/20 | K. A. Morales | Attend Committee professionals meeting re prep for UCC call. | 0.60 | 465.00 | 279.00 |
| 07/20/20 | K. A. Morales | Attend UCC weekly call re fin. presentation and mediation. | 1.00 | 465.00 | 465.00 |
| 07/20/20 | K. A. Morales | Review Debtors' Motion to Dissolve Non-Debtor Subsidiaries for committee call (0.2); Review Alix financial update for committee call (.3). | 0.50 | 465.00 | 232.50 |
| 07/20/20 | K. A. Morales | Attend committee professionals conference call in advance of Committee call. | 0.60 | 465.00 | 279.00 |
| 07/27/20 | K. A. Morales | Attend UCC meeting re: case updates. | 0.80 | 465.00 | 372.00 |
| 07/27/20 | K. A. Morales | Attend UCC professionals meeting re: prep for all committee meeting. | 0.50 | 465.00 | 232.50 |
| **Totals** | | | **6.40** | | **2,976.00** |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Katelin A. Morales | 6.40 hrs @ $ | 465.00 / hr | 2,976.00 |
| **Total Professional Services** | | | **2,976.00** |

## INVOICE SUMMARY

| | | |
|---|---|---|
| Total Fees | $ | 2,976.00 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **2,976.00** |
| **Total Amount Due** | **$** | **2,976.00** |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

Official Committee of Unsecured Creditors of Boy Scouts of America
c/o Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801

| | |
|---|---|
| Invoice Number: | **3307890** |
| Invoice Date: | **8/12/2020** |
| Client Number: | **397013** |
| Matter Number: | **397013.60004** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH July 31, 2020**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/02/20 | K. A. Morales | Review Committee response/objection to Qian lift stay motion for filing (.4); Confer with J. Lord re: same (.2). | 0.60 | 465.00 | 279.00 |
| 07/02/20 | J.B. Lord | Communicate with K. Morales and M. Wasson re: limited objection to Lianfen Qian's stay relief motion (.3); finalize, e-file and serve same (.3). | 0.60 | 400.00 | 240.00 |
| **Totals** | | | **1.20** | | **519.00** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Katelin A. Morales | 0.60 hrs @ $ | 465.00 / hr | 279.00 |
| John B. Lord | 0.60 hrs @ $ | 400.00 / hr | 240.00 |
| **Total Professional Services** | | | **519.00** |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Total Fees | $ | 519.00 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **519.00** |
| **Total Amount Due** | **$** | **519.00** |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| Official Committee of Unsecured Creditors of Boy Scouts of America<br>c/o Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 | Invoice Number: **3307891**<br>Invoice Date: **8/12/2020**<br>Client Number: **397013**<br>Matter Number: **397013.60007** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH July 31, 2020**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/01/20 | K. A. Morales | Confer with J. Lord re: filing of Committee statement on Debtors' motion to extend exclusivity periods (.1); Confer with M. Wasson re: same (.1). | 0.20 | 465.00 | 93.00 |
| 07/02/20 | K. A. Morales | Review committee statement on Debtors' motion to extend exclusivity periods for filing (.3); Confer with J. Lord re: same (.2). | 0.50 | 465.00 | 232.50 |
| 07/02/20 | J.B. Lord | Communicate with M. Wasson and K. Morales re: Committee statement of plan/DS (.2); revise finalize and e-file same (.6). | 0.80 | 400.00 | 320.00 |
| **Totals** | | | **1.50** | | **645.50** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Katelin A. Morales | 0.70 hrs @ $ | 465.00 / hr | 325.50 |
| John B. Lord | 0.80 hrs @ $ | 400.00 / hr | 320.00 |
| **Total Professional Services** | | | **645.50** |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

**INVOICE SUMMARY**

Total Fees                                                     $            645.50

**TOTAL CURRENT INVOICE DUE**                      **$            645.50**

**Total Amount Due**                            **$            645.50**



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| Official Committee of Unsecured Creditors of Boy Scouts of America<br>c/o Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 | Invoice Number: **3307892**<br>Invoice Date: **8/12/2020**<br>Client Number: **397013**<br>Matter Number: **397013.60012** |

## DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH July 31, 2020

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/20/20 | L.F. Gilberti | Analyze list of KL inquiries on non-profit issues (.20); emails re scheduling call (.10) | 0.30 | 935.00 | 280.50 |
| 07/20/20 | K. A. Morales | Confer with P. Baranpuria re: discussion on non-profit issues (.1); Confer with L. Gilberti re: same (.1). | 0.20 | 465.00 | 93.00 |
| 07/21/20 | K. A. Morales | Confer with L. Gilberti re: non-profit issues. | 0.10 | 465.00 | 46.50 |
| 07/22/20 | L.F. Gilberti | Attend call with Kramer Levin (N. Hamerman et al) to review list of non-profit related questions | 1.00 | 935.00 | 935.00 |
| 07/22/20 | L.F. Gilberti | Follow-up emails to N. Hamerman following call re:case references on cy pres issue | 0.20 | 935.00 | 187.00 |
| 07/22/20 | L.F. Gilberti | Additional analysis KL inquiries on non-profit issues (.20); analyze state statutes and prior responses (.50); prepare for call with KL on same (.30) | 1.00 | 935.00 | 935.00 |
| 07/22/20 | K. A. Morales | Conduct research re: law on restricted assets of non-profit corporation (1.7); Attend call re: non-profit issues (.5). | 2.20 | 465.00 | 1,023.00 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/24/20 | K. A. Morales | Confer with L. Gilberti re: non-profit issues to research. | 0.20 | 465.00 | 93.00 |
| 07/24/20 | L.F. Gilberti | Review notes from Kramer Levin call (.10); Call with K. Morales re research on NFP issues (.20) | 0.30 | 935.00 | 280.50 |
| 07/28/20 | L.F. Gilberti | Email to R. Meyer re non-profit research issues. | 0.20 | 935.00 | 187.00 |
| 07/28/20 | L.F. Gilberti | Review and analysis of selected deed restrictions | 1.00 | 935.00 | 935.00 |
| 07/28/20 | L.F. Gilberti | Review and analysis of KL schedule of NFP issues re purposes/restrictions | 1.40 | 935.00 | 1,309.00 |
| 07/28/20 | R.L. Meyer | Analyze correspondence from KL regarding nonprofit research issues (.20); review applicable law (.10); conference with L. Gilberti regarding application of nonprofit law (.20). | 0.50 | 835.00 | 417.50 |
| 07/29/20 | L.F. Gilberti | Email response to R. Meyer re state franchise law/Boy Scouts case | 0.10 | 935.00 | 93.50 |
| 07/29/20 | L.F. Gilberti | Research oversight powers/scope in certain state law re: non-profit issues | 0.60 | 935.00 | 561.00 |
| 07/30/20 | L.F. Gilberti | Review certain state oversight powers (.20); research certain state requirements/stautues on same (.10); email to K. Morales to follow up as to application to foreign NP's within certain states (.10) | 0.40 | 935.00 | 374.00 |
| **Totals** | | | **9.70** | | **7,750.50** |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Lawrence F. Gilberti | 6.50 hrs @ $ | 935.00 / hr | 6,077.50 |
| Rauer L. Meyer | 0.50 hrs @ $ | 835.00 / hr | 417.50 |
| Katelin A. Morales | 2.70 hrs @ $ | 465.00 / hr | 1,255.50 |
| **Total Professional Services** | | | **7,750.50** |

**INVOICE SUMMARY**

Total Fees                                                            $        7,750.50

**TOTAL CURRENT INVOICE DUE**                          **$        7,750.50**

            **Total Amount Due**                          **$        7,750.50**



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| Official Committee of Unsecured Creditors of Boy Scouts of America<br>c/o Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 | Invoice Number:  **3307893**<br>Invoice Date:  **8/12/2020**<br>Client Number:  **397013**<br>Matter Number:  **397013.60017** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH July 31, 2020**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|------------|-------------|-------|------|--------|
| 07/01/20 | J.B. Lord | Communicate with K. Morales re: Kramer Levin and interim comp. issues. | 0.10 | 400.00 | 40.00 |
| 07/02/20 | J.B. Lord | Communicate with K. Morales re: May/June monthly fee applications (.2); draft 4th/June monthly fee appication (.5). | 0.70 | 400.00 | 280.00 |
| 07/06/20 | K. A. Morales | Confer with J. Lord re: format of fee applications. | 0.30 | 465.00 | 139.50 |
| 07/06/20 | J.B. Lord | Review and revise June proformas for fee application and local/UST rules. | 0.80 | 400.00 | 320.00 |
| 07/07/20 | K. A. Morales | Review and revise notice of rescheduled hearing concerning fee applications (.3); Confer with P. Baranpuria re: same. (.1). | 0.40 | 465.00 | 186.00 |
| 07/07/20 | K. A. Morales | Confer with P. Baranpuria re: hearing on first interim fee application (.2); Confer with J. Lord re: same (.4). | 0.60 | 465.00 | 279.00 |
| 07/07/20 | J.B. Lord | Draft notice of rescheduled hearing on interim fee applications | 0.50 | 400.00 | 200.00 |
| 07/08/20 | J.B. Lord | Draft CNOs for April monthly | 1.40 | 400.00 | 560.00 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | fee applications of the committee (.6); finalize and e-file notice of rescheduled hearing on first interim fee applications (.4); draft e-mail to A&M re: CNO and request for interim payment for April monthly fee applications (.4). | | | |
| 07/08/20 | K. A. Morales | Confer with J. Lord re: filing of notice of rescheduling hearing for interim fee applications. | 0.10 | 465.00 | 46.50 |
| 07/09/20 | J.B. Lord | Communicate with K. Morales and committee professionals re: April fee CNOs (.1); finalize and e-file same (.3); finalize e-mail to A&M re: April interim payment (.1); draft CNOs for first interim fee applications (.3). | 0.80 | 400.00 | 320.00 |
| 07/09/20 | K. A. Morales | Review CNOs for April fee applications (.2); Confer with J. Lord re: same (.2); Review and revise June fee application (.3). | 0.70 | 465.00 | 325.50 |
| 07/10/20 | J.B. Lord | Finalize and e-file CNO for first interim fee applications of Committee professionals. | 0.50 | 400.00 | 200.00 |
| 07/10/20 | K. A. Morales | Confer with P. Baranpuria re: status of payment for March fee applications (.1); Confer with J. Lord re: same (.1). | 0.20 | 465.00 | 93.00 |
| 07/10/20 | K. A. Morales | Review and revise CNOs for first interim fee applications (.4); Confer with J. Lord re: same (.1). | 0.50 | 465.00 | 232.50 |
| 07/14/20 | K. A. Morales | Confer with J. Lord re: May fee application. | 0.10 | 465.00 | 46.50 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 07/14/20 | J.B. Lord | Communicate with S. Beck and K. Morales re: May monthly fee applications (.1); review and revise same for RS May application (.2) | 0.30 | 400.00 | 120.00 |
| 07/16/20 | J.B. Lord | E-mail to K. Gwynne re: RS May monthly fee application | 0.20 | 400.00 | 80.00 |
| 07/16/20 | K. A. Morales | Review and revise Reed Smith May fee application (1.0); Confer with J. Lord re: same (.2) | 1.20 | 465.00 | 558.00 |
| 07/17/20 | J.B. Lord | Communicate with S. Beck and K. Morales re: monthly fee application issues | 0.20 | 400.00 | 80.00 |
| 07/20/20 | J.B. Lord | Continue to draft RS June monthly fee application and draft of 2d interim fee application (1.4); communicate with K. Morales re: same (.1); communciate with S. Beck at Kramer Levin re: status of May monthy applications (.1) | 1.60 | 400.00 | 640.00 |
| 07/21/20 | K. A. Morales | Confer with J. Lord re: filing May fee applications (0.3); Confer with K. Gwynne re: same (0.2); Confer with Kramer team re: same (0.4). | 0.90 | 465.00 | 418.50 |
| 07/21/20 | J.B. Lord | Communicate with S. Beck, P. Baranpuria and K. Gwynne re: revisions to RS May exhibits. | 0.50 | 400.00 | 200.00 |
| 07/21/20 | K. A. Morales | Review and respond to email from Kramer Levin team re: Reed Smith May fee application. | 0.50 | 465.00 | 232.50 |
| 07/22/20 | K. A. Morales | Review and revise Reed | 0.30 | 465.00 | 139.50 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Smith May fee application. | | | |
| 07/22/20 | J.B. Lord | Draft RS second interim fee application | 0.80 | 400.00 | 320.00 |
| 07/23/20 | K. A. Morales | Confer with J. Lord and S. Beck re: filing May fee applications. | 0.20 | 465.00 | 93.00 |
| 07/24/20 | J.B. Lord | Communicate with S. Beck at Kramer Levin and K. Morales re: May fee applications (.2); draft notices for Kramer Levin and AlixPartners May monthly fee applications (.3). | 0.50 | 400.00 | 200.00 |
| 07/27/20 | K. A. Morales | Review Kramer Levin and Alix May fee applications (.5); Review and revise notices of same (.3); Confer with S. Beck, S. Chaddick, and J. Lord re: filing same (1.0). | 1.80 | 465.00 | 837.00 |
| 07/27/20 | S. Q. Chadick | Finalize and e-file AlixPartners third monthly fee application and supporting documents | 0.80 | 295.00 | 236.00 |
| 07/27/20 | S. Q. Chadick | Finalize and e-file Kramer Levin third monthly fee application and supporting documents | 0.80 | 295.00 | 236.00 |
| 07/27/20 | S. Q. Chadick | Finalize and e-file Reed Smith LLP third monthly fee application and supporting documents | 0.80 | 295.00 | 236.00 |
| 07/27/20 | S. Q. Chadick | Communications with S. Beck and K. Morales regarding AlixPartners, Kramer Levin and Reed Smith monthly fee applications | 0.30 | 295.00 | 88.50 |
| 07/28/20 | K. A. Morales | Emails with S. Chadick re: confirming filing of May fee | 0.10 | 465.00 | 46.50 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | applications. | | | |
| 07/29/20 | K. A. Morales | Review Debtors' draft of first omnibus fee order. | 0.50 | 465.00 | 232.50 |
| 07/30/20 | K. A. Morales | Emails with P. Baranpuria re: revisions to omnibus fee order (.2); Emails with Debtors' counsel re: same (.2); Emails with K. Gwynne re: same (.1). | 0.50 | 465.00 | 232.50 |
| 07/30/20 | K. A. Morales | Review omnibus fee order revisions. | 0.20 | 465.00 | 93.00 |
| **Totals** | | | **20.70** | | **8,588.00**** |

## SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|-----------|-------|------|-------|
| Katelin A. Morales | 9.10 hrs @ $ | 465.00 / hr | 4,231.50 |
| John B. Lord | 8.90 hrs @ $ | 400.00 / hr | 3,560.00 |
| Stephanie Q. Chadick | 2.70 hrs @ $ | 295.00 / hr | 796.50 |
| **Total Professional Services** | | | **8,588.00** |

## INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $ 8,588.00 |
| **TOTAL CURRENT INVOICE DUE** | **$ 8,588.00** |
| **Total Amount Due** | **$ 8,588.00** |

** In the fee application, Reed Smith has voluntary reduced the requested fees from $8,588.00 to $4,209.50, a reduction of $4,378.50



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| Official Committee of Unsecured Creditors of Boy Scouts of America<br>c/o Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 | Invoice Number:    **3307894**<br>Invoice Date:    **8/12/2020**<br>Client Number:    **397013**<br>Matter Number:    **397013.60021** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH July 31, 2020**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/07/20 | K. A. Morales | Confer with J. Lord re: issues/agenda for omnibus hearing. | 0.20 | 465.00 | 93.00 |
| 07/07/20 | J.B. Lord | Communicate with K. Morales re: omnibus fee order for 7/9 hearing and Courtcall appearance. | 0.20 | 400.00 | 80.00 |
| 07/07/20 | J.B. Lord | Communicate with K. Morales re: Committee applications at 7/9 hearing (.3) [Not heard] | 0.30 | 400.00 | 120.00 |
| 07/09/20 | K. A. Morales | Prepare for and attend omnibus hearing. | 1.60 | 465.00 | 744.00 |
| **Totals** | | | **2.30** | | **1,037.00** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Katelin A. Morales | 1.80 hrs @ $ | 465.00 / hr | 837.00 |
| John B. Lord | 0.50 hrs @ $ | 400.00 / hr | 200.00 |
| **Total Professional Services** | | | **1,037.00** |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Total Fees | $ | 1,037.00 |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

**TOTAL CURRENT INVOICE DUE**              **$          1,037.00**

**Total Amount Due**              **$          1,037.00**



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| Official Committee of Unsecured Creditors of Boy Scouts of America<br>c/o Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 | Invoice Number: **3307895**<br>Invoice Date: **8/12/2020**<br>Client Number: **397013**<br>Matter Number: **397013.60029** |

**DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH July 31, 2020**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 07/02/20 | K. A. Morales | Email Debtors re: interim March payment of fees and expenses | 0.10 | 465.00 | 46.50 |
| 07/21/20 | K.F. Gwynne | Analyze draft letter responding to letter from debtors' counsel re: committee and cases moving forward (0.1); email to M. Wasson re: same (0.1) | 0.20 | 990.00 | 198.00 |
| 07/21/20 | K. A. Morales | Review letter from debtors' counsel re: issues and cases moving forward (.3); Review Kramer's response letter to debtors' counsel re: same (.4). | 0.70 | 465.00 | 325.50 |
| **Totals** | | | **1.00** | | **570.00** |

**SUMMARY OF PROFESSIONAL SERVICES:**

| Timekeeper | Hours | Rate | Total |
|------------|-------|------|-------|
| Kurt F. Gwynne | 0.20 hrs @ $ | 990.00 / hr | 198.00 |
| Katelin A. Morales | 0.80 hrs @ $ | 465.00 / hr | 372.00 |
| **Total Professional Services** | | | **570.00** |

**INVOICE SUMMARY**



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| Total Fees | $          570.00 |
| **TOTAL CURRENT INVOICE DUE** | **$          570.00** |
| **Total Amount Due** | **$          570.00** |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

**ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI**
**MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON**

| | |
|---|---|
| Official Committee of Unsecured Creditors of Boy Scouts of America<br>c/o Reed Smith LLP<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801 | Invoice Number:      **3307896**<br>Invoice Date:         **8/12/2020**<br>Client Number:        **397013**<br>Matter Number:    **397013.60031** |

### DETAIL FOR PROFESSIONAL SERVICES RENDERED THROUGH July 31, 2020

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/24/20 | K. A. Morales | Review and analyze email re: local counsel acknowledgments for issues and status | 0.30 | 465.00 | 139.50 |
| **Totals** | | | **0.30** | | **139.50** |

### SUMMARY OF PROFESSIONAL SERVICES:

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Katelin A. Morales | 0.30 hrs @ $ | 465.00 / hr | 139.50 |
| **Total Professional Services** | | | **139.50** |

### INVOICE SUMMARY

Total Fees                                              $_____139.50

**TOTAL CURRENT INVOICE DUE**                 $_____**139.50**

**Total Amount Due**                 $_____**139.50**