# EXHIBIT C

**EXPENSE SUMMARY**

| Expense Category | Service Provider (if applicable) | Amount |
|---|---|---:|
| Court Fees | CourtCall | $87.00 |
| Legal Research | Westlaw | $916.50 |
| Internal Duplicating and Printing | | $6.80 |
| **TOTAL:** | | **$1,010.30** |



Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801
Telephone: -+1 302 778 7500
Fax: -+1 302 778 7575
Tax ID # 25-0749630

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI
MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

## DISBURSEMENTS AND OTHER CHARGES

| Date | Description | | Amount |
|---|---|---|---|
| | Duplicating/Printing/Scanning | 68.00 @ 0.10 | 6.80 |
| | Westlaw | | 916.50 |
| 06/04/2020 | COURT FEES Elizabeth A. Russell - Court - Other - VENDOR: Elizabeth A. Russell, Jun 04, 2020, Court Call for Katelin Morales | | 43.50 |
| 06/15/2020 | Elizabeth A. Russell - Court - Other - VENDOR: Elizabeth A. Russell, Jun 15, 2020, Court Call for Kurt Gwynne | | 43.50 |
| | **Total Expenses and Other Charges** | | **1,010.30** |

**INVOICE SUMMARY**

| | | |
|---|---|---|
| Total Fees | $ | 3,657.50 |
| Total Expenses and Other Charges | $ | 1,010.30 |
| **TOTAL CURRENT INVOICE DUE** | **$** | **4,667.80** |
| **Total Amount Due** | **$** | **4,667.80** |