**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: Only if objections are filed**<br>**Objections Due:  September 15, 2020 at 4:00 p.m. (ET)** |

**FIFTH MONTHLY APPLICATION OF ALIXPARTNERS, LLP,**
**FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION FOR**
**SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES FOR THE**
**PERIOD JULY 1, 2020 THROUGH AND INCLUDING JULY 31, 2020**

| | |
|---|---|
| Name of Applicant: | AlixPartners, LLP |
| Authorized to provide professional services to: | The Official Committee of Unsecured Creditors |
| Date of retention: | May 23, 2020, *Nunc Pro Tunc* to March 4, 2020  [Docket No. 689] |
| Period for which compensation and reimbursement is sought: | July 1, 2020 through July 31, 2020 |
| Amount of compensation sought as actual, reasonable and necessary: | $236,881.00 |
| Amount of payment sought: | $189,504.80 (80% of $236,881.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a(n):   ☑ Monthly   ☐ Interim   ☐ Final application

---

[1]   The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**ALIXPARTNERS, LLP**

## SUMMARY OF MONTHLY FEE APPLICATIONS

| Date Filed; Docket No. | Period Covered | Requested | | Paid | | Certificate of No Objection | Amount Outstanding |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | | |
| 06/09/2020 Docket #815 | 3/4/2020 - 3/31/2020 | $500,294.50 | $0.00 | $400,235.60 | $0.00 | 6/24/2020 Docket #894 | $100,058.90 |
| 06/24/2020 Docket #898 | 4/1/2020 - 4/30/2020 | $426,735.00 | $0.00 | $341,388.00 | $0.00 | 7/9/2020 Docket #1002 | $85,347.00 |
| 7/22/2020 Docket #727 | 5/1/2020 - 5/31/2020 | $252,516.50 | $0.00 | $202,013.20 | $0.00 | 8/11/2020 Docket #1099 | $50,503.30 |
| 8/21/2020 Docket #1136 | 6/1/2020 - 6/30/2020 | $343,685.00 | $0.00 | $0.00 | $0.00 | | $343,685.00 |
| 8/28/2020 Docket #N/A | 7/1/2020 - 7/31/2020 | $236,881.00 | $0.00 | $0.00 | $0.00 | | $236,881.00 |
| Total | | $1,760,112.00 | $0.00 | $943,636.80 | $0.00 | | $816,475.20 |

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY PROFESSIONAL**
**FROM JULY 1, 2020 THROUGH JULY 31, 2020**

| | | | 7/1/2020 - 7/31/2020 | |
| PROFESSIONAL | TITLE | RATE | HOURS | FEES |
|---|---|---|---|---|
| Richard Collura | Managing Director | $1,090 | 41.2 | 44,908.00 |
| David MacGreevey | Managing Director | $1,090 | 13.2 | 14,388.00 |
| Kathryn McGlynn | Managing Director | $1,025 | 22.0 | 22,550.00 |
| Robert B Winning | Director | $910 | 12.7 | 11,557.00 |
| Sam J Canniff | Senior Vice President | $645 | 5.0 | 3,225.00 |
| Loring Hill | Senior Vice President | $645 | 16.0 | 10,320.00 |
| Kyoko Shibuya | Senior Vice President | $645 | 153.6 | 99,072.00 |
| Scott Weiner | Senior Vice President | $645 | 29.5 | 19,027.50 |
| Joy N Ibanga | Vice President | $515 | 15.9 | 8,188.50 |
| Lisa Marie Bonito | Associate | $450 | 8.1 | 3,645.00 |
| **Total Professional Hours and Fees** | | | **317.2** | **$    236,881.00** |
| Less 20% Holdback | | | | (47,376.20) |
| **Invoice Total** | | | | **$    189,504.80** |
| | | | | |
| | | **Average Billing Rate** | | **$    746.79** |

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY MATTER CATEGORY**
**FROM JULY 1, 2020 THROUGH JULY 31, 2020**

|  |  | 7/1/2020 - 7/31/2020 | |
| :---: | :--- | ---: | ---: |
| **CODE** | **MATTER CATEGORY** | **HOURS** | **FEES** |
| 101 | Planning, Coordination and Case Management | 10.5 | $9,277.50 |
| 102 | Meetings and Communications with UCC & Professionals | 73.5 | $60,009.50 |
| 103 | Meetings and Communications with Management & Debtors' Professionals | 11.6 | $9,283.00 |
| 104 | Meetings and Communications with Lenders & Professionals | - | $0.00 |
| 105 | Meetings and Communications with Tort Committee | - | $0.00 |
| 106 | Analysis of Cash Collateral | - | $0.00 |
| 107 | Analysis of Liquidity and Cash Management | 34.3 | $23,874.00 |
| 108 | Sale of Assets | - | $0.00 |
| 109 | Business and Strategic Plan Analysis | - | $0.00 |
| 110 | Valuation Analysis | 0.6 | $654.00 |
| 111 | Employee Compensation and Advisor Retention Matters | 0.3 | $327.00 |
| 112 | Financial and Other Diligence | 53.2 | $36,094.00 |
| 113 | Collateral Analysis | - | $0.00 |
| 114 | Forensic Analysis | 116.6 | $86,465.50 |
| 115 | Litigation Support | 1.1 | $1,065.50 |
| 116 | Claims Analysis | 2.0 | $1,617.50 |
| 117 | RSA, Disclosure Statement & Plan of Reorganization | - | $0.00 |
| 118 | Retention Applications & Relationship Disclosure Schedules | - | $0.00 |
| 119 | Attend Court Hearings | 3.6 | $3,185.00 |
| 120 | Fee Statements and Fee Applications | 9.9 | $5,028.50 |
| 150 | Travel Time | - | $0.00 |
|  |  | **317.2** | **$236,881.00** |

|  |  |  |
| ---: | :---: | ---: |
| **Average Billing Rate** | **$** | **746.79** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: Only if objections are filed** **Objections Due: September 15, 2020 at 4:00 p.m. (ET)** |

**FIFTH MONTHLY APPLICATION OF ALIXPARTNERS, LLP,**
**FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION**
**FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD JULY 1, 2020 THROUGH AND INCLUDING JULY 31, 2020**

AlixPartners, LLP ("AlixPartners"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of Boy Scouts of America and Delaware BSA, LLC (the "Debtors"), hereby submits its fifth monthly application (the "Application") for allowance of compensation and reimbursement of expenses for the period of July 1, 2020 through July 31, 2020 (the "Compensation Period"). By this Application, AlixPartners seeks payment of professional fees of $189,504.80 (80% of $236,881.00). AlixPartners respectfully states as follows:

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

**Jurisdiction and Venue**

1.    The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.    Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.    The bases for relief requested herein are sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Bankruptcy Rules for the District of Delaware (the "Local Bankruptcy Rules"), and the *Order (i) Approving Procedures For (a) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (b) Expense Reimbursement For Official Committee Members and (ii) Granting Related Relief* dated April 6, 2020 (the "Interim Compensation Order") [Docket No. 341].

**Background**

4.    On February 18, 2020, (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned Chapter 11 Cases (the "Chapter 11 Cases").

5.    On March 5, 2020, the Office of the United States Trustee for the District of Delaware appointed the Committee [Docket No. 141].

**AlixPartners Retention**

6.    On April 23, 2020, the Committee filed its *Application of the Official Committee of Unsecured Creditors For Entry of an Order Authorizing the Employment and Retention of AlixPartners, LLP as its Financial Advisor Nunc Pro Tunc to March 4, 2020* [Docket No. 483].

7.      On May 23, 2020, the Bankruptcy Court entered the *Order Authorizing the Employment and Retention of AlixPartners LLP as its Financial Advisor Nunc Pro Tunc to March 4, 2020* (the "Retention Order") [Docket No. 689].

8.      The Retention Order authorizes AlixPartners to be compensated pursuant to the procedures set forth in the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Interim Compensation Order.

9.      The Interim Compensation Order provides that upon the expiration of the Objection Deadline, a Professional may file a certificate of no objection (a "CNO") with the Court with respect to any fees and expenses not subject to objection. After a Professional files a CNO, the Debtors are authorized and directed to pay the Professional 80% of the fees and 100% of the expenses requested in the applicable Application that are not subject to an objection.

## Relief Requested

10.      During the Compensation Period, AlixPartners has provided an aggregate of 317.2 hours for professional services in the amount of $236,881.00.  After applying a 20% holdback of fees in the amount of $47,376.20, AlixPartners is requesting an allowance of fees in the amount of $189,504.80.

11.      Detailed time descriptions of the services performed by each professional and support person, organized by discrete project by day and the aggregate hours is attached hereto as **Exhibit A**. Also included in **Exhibit A** is a list of professionals and support personnel providing services; arranged by project category, the aggregate hours and professional fees expended by each professional, paraprofessional and support person; summarized by matter code.

3

## **Professional Services By Category During the Compensation Period**

12.    AlixPartners classified all services performed for which compensation is sought into separate categories.  Summarized below is a description of the services provided by AlixPartners to the Committee during the Compensation Period in each significant service area.

13.    The following summaries are intended only to highlight key services rendered by AlixPartners during the Compensation Period in certain project billing categories where AlixPartners has expended a considerable number of hours on behalf of the Committee, and are not meant to be a detailed description of all of the work performed by AlixPartners.  The primary focus of AlixPartners was centered around the following areas:

**Matter Code 101:  Planning, Coordination and Case Management**  **(10.5 hours; $9,277.50)**
Time spent includes engagement scoping, resource planning, and engagement execution strategy.

**Matter Code 102: Meetings and Communications with Committee Members and Professionals**
**(77.5 hours; $62,767.50)**
Time spent includes updating the Committee with regard to status of the Chapter 11 Cases, including the preparation of related presentation materials.  In addition, this also includes discussion with other professionals representing the Committee.

**Matter Code 103: Meetings and Communications with Management and Debtors'**
**Professionals**  **(11.6 hours; $9,283.00)**
Time spent includes meetings and discussions held with Management and Debtors' professionals.

**Matter Code 107: Analysis of Liquidity and Cash Management**  **(34.3 hours; $23,874.00)**
Time spent includes analyzing and reviewing weekly cash flow statements and their respective variances from budgeted amounts.

**Matter Code 110: Valuation Analysis**
**(0.6 hours; $654.00)**
Time spent includes research and analysis related to the valuation of assets or operations of the Debtors.

**Matter Code 111:  Employee Compensation and Advisor Retention Matters**
**(0.3 hours; $327.00)**
Time spent includes research and analysis related to the Company's proposed employee compensation and retention programs and advisor retentions in connection with reductions in force.

**Matter Code 112: Financial and Other Diligence** **(60.4 hours; $40,738.00)**
Time spent includes researching and documenting relevant information regarding the Debtors' state of affairs from public and non-public sources, including, but not limited to, filings on the electronic court docket, press releases, monthly operating reports provided by the Debtors, as well as documents and schedules provided in the virtual data room.

**Matter Code 114:  Forensic Analysis** **(105.4 hours; $79,063.50)**
Time spent includes conducting detailed investigations into certain estate causes of action, transactions and financial diligence related to the Local Councils, review of documents contained in the data room, and summarizing findings for the Committee.

**Matter Code 115:  Litigation Support** **(1.1 Hours; $1,065.50 Fees)**
Time spent includes communications with counsel regarding JPM lien investigation.

**Matter Code 116:  Claims Analysis**
**(2.0 Hours; $1,617.50 Fees)**
Time spent includes reviewing and analyzing claims filed against the Debtors and evaluating its expected recovery to the unsecured creditors.

**Matter Code 119:  Attend Court Hearings** **(3.6 hours; $3,185.00)**
Time billed under this category was for the necessary time that AlixPartners' professionals spent attending Court hearings and mediation sessions.

**Matter Code 120:  Fee Statements and Fee Applications** **(9.9 hours; $5,028.50)**
Time billed under this category was for the necessary time that AlixPartners' professionals spent managing the fee application process. Appropriate staffing levels were utilized to minimize the cost associated with these activities.

14.    AlixPartners believes that the fees and expenses requested are reasonable, and all amounts requested are for actual and necessary services rendered on behalf of the Committee.

15.    AlixPartners has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in these cases. No promises have been received by AlixPartners or any member thereof as to compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code.

## Certification

16.     A Certification of David MacGreevey is attached hereto as **Exhibit B** and made part of this Application.

## No Prior Request

17.     No prior request for the relief sought in this Application has been made to this or any other court.  This Application is made without prejudice to further or final applications based upon all relevant criteria, including the results achieved in the case as a whole.

*[Remainder of page intentionally left blank.]*

**WHEREFORE**, AlixPartners respectfully requests (i) an allowance of compensation for professional services rendered to the Committee during the Compensation Period in the amount of $189,504.80 (80% of $236,881.00); (ii) that the Debtors are authorized and directed to pay AlixPartners the sum of $189,504.80; and (iii) and that this Court grant AlixPartners such other and further relief as is just and proper.

Dated:   September 1, 2020                    ALIXPARTNERS, LLP
                                              909 Third Avenue, 28th Floor
                                              New York, New York 10022


                                              */s/ David MacGreevey*
                                              By:  David MacGreevey
                                                      Managing Director

7