**ALIXPARTNERS, LLP**

**Exhibit A**

**Detailed Description of Fees, Hours and Descriptions by Matter Category**

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2126826-1 |
|---|---|
| Re: | Planning, Coordination, and Case Management |
| Client/Matter # | 013446.00101 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 07/02/20 | RC | Call with K. McGlynn (AlixPartners) to discuss the status of the case and meeting with the mediators | 0.50 |
| 07/02/20 | RC | Review and respond to requests from Kramer Levin regarding the diligence request tracker | 0.40 |
| 07/02/20 | RC | Prepare summary of next steps for investigation related workstreams and communicate with team | 0.50 |
| 07/02/20 | KM | Call with R. Collura (AlixPartners) re: case updates and next steps | 0.50 |
| 07/06/20 | KS | Call with R. Collura and L. Hill (both AlixPartners) re: investigation work update and discuss next step | 0.30 |
| 07/06/20 | LH | Call with R. Collura and K. Shibuya (both AlixPartners) re: investigation work update and discuss next step | 0.30 |
| 07/06/20 | RC | Call with L. Hill and K. Shibuya (AlixPartners) re: investigation work update and discuss next step | 0.30 |
| 07/06/20 | RC | Prepare summary of investigation related work streams based on discussions with Kramer Levin | 0.40 |
| 07/06/20 | DM | BSA work planning | 0.20 |
| 07/10/20 | KS | Call with R. Collura and L. Hill (both AlixPartners) re: updates the preliminary investigation material and discuss next steps. | 1.20 |
| 07/10/20 | RC | Call with L. Hill and K. Shibuya (all AlixPartners) re: updates to the preliminary investigation materials and discuss next steps | 1.20 |
| 07/10/20 | LH | Call with R. Collura and K. Shibuya (both AlixPartners) re: updates the preliminary investigation material and discuss next steps. | 1.20 |
| 07/10/20 | INI | Review virtual data room for newly added documents | 0.30 |
| 07/13/20 | RBW | Analyze open diligence requests and related correspondence | 0.70 |
| 07/15/20 | INI | Review virtual data room for newly posted documents | 0.10 |
| 07/15/20 | KS | Call with R. Collura (AlixPartners) re: updates to the preliminary investigation material and discuss next steps | 0.60 |
| 07/15/20 | RC | Call with K. Shibuya (AlixPartners) to discuss updates to the preliminary investigation materials and discuss next steps | 0.60 |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2126826-1 |
| Re: | Planning, Coordination, and Case Management |
| Client/Matter # | 013446.00101 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 07/20/20 | DM | Telephone call with I. Ibanga and K. McGlynn (both AlixPartners) re: BSA financial analysis and Committee update | 0.20 |
| 07/20/20 | INI | Telephone call D. MacGreevey and K. McGlynn (both AlixPartners) re: July 20th Committee Update | 0.20 |
| 07/20/20 | KM | Telephone call D. MacGreevey and I. Ibanga (both AlixPartners) re: July 20th Committee Update | 0.20 |
| 07/27/20 | KM | Discussion with R. Winning and D. MacGreevey (both AlixPartners) re: BSA diligence | 0.20 |
| 07/27/20 | RBW | Discussion with K. McGlynn and D. MacGreevey (both AlixPartners) re: BSA diligence | 0.20 |
| 07/27/20 | DM | Discussion with R. Winning and K. McGlynn (both AlixPartners) re: BSA diligence | 0.20 |
| | | **Total** | **10.50** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2126826-1 |
| Re: | Planning, Coordination, and Case Management |
| Client/Matter # | 013446.00101 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 0.60 | 515.00 | 309.00 |
| Loring Hill | 1.50 | 645.00 | 967.50 |
| Kyoko Shibuya | 2.10 | 645.00 | 1,354.50 |
| Robert B Winning | 0.90 | 910.00 | 819.00 |
| Kathryn McGlynn | 0.90 | 1,025.00 | 922.50 |
| David MacGreevey | 0.60 | 1,090.00 | 654.00 |
| Richard Collura | 3.90 | 1,090.00 | 4,251.00 |
| **Total Hours & Fees** | **10.50** | | **9,277.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2126826-1 |
|---|---|
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 07/01/20 | DM | Prepare for BSA call with mediators | 0.50 |
| 07/01/20 | DM | Attend Zoom meeting with K. Carey, P. Finn and T. Gallagher (the Mediators), R. Collura and K. McGlynn (both AlixPartners), T. Mayer, R. Ringer, N. Hamerman, J. Sharret and M. Wasson (Kramer Levin) and K. Wynn (Reed Smith) | 0.80 |
| 07/01/20 | DM | Meeting with K. McGlynn (AlixPartners), R. Ringer, N. Hamerman, M. Wasson, J. Sharrett, P. Baranpuria (all Kramer Levin), and E. Schnabel (Dorsey) to discuss case updates and status | 1.50 |
| 07/01/20 | KM | Initial mediation call with D. MacGreevey, R. Collura (both AlixPartners), R. Ringer, T. Mayer, M. Wasson (all Kramer Levin), and the mediators | 0.80 |
| 07/01/20 | KM | Prepare for first mediation meeting with the mediators and UCC professionals | 1.10 |
| 07/01/20 | KM | Meeting with D. MacGreevey (AlixPartners), R. Ringer, N. Hamerman, M. Wasson, J. Sharrett, P. Baranpuria (all Kramer Levin), and E. Schnabel (Dorsey) to discuss case updates and status | 1.50 |
| 07/01/20 | RC | Review draft of summary of potential claims against JPM | 0.30 |
| 07/01/20 | RC | Attend Zoom meeting with K. Carey, P. Finn and T. Gallagher (the Mediators), D. MacGreevey and K. McGlynn (both AlixPartners), T. Mayer, R. Ringer, N. Hamerman, J. Sharret and M. Wasson (Kramer Levin) and K. Wynn (Reed Smith) | 0.80 |
| 07/02/20 | RC | Call with N. Hamerman (Kramer Levin) to discuss the Arrow transactions and other case updates | 0.50 |
| 07/06/20 | DM | Participate in conference call with the BSA Official Creditors Committee, R. Collura, K. McGlynn, I. Ibanga, R. Winning, S. Weiner, (all AlixPartners), T. Mayer, R. Ringer, and M. Wasson (all Kramer Levin) re: weekly update call | 0.70 |
| 07/06/20 | RC | Participate in conference call with K. McGlynn, R. Collura, D. MacGreevey, R. Winning, S. Weiner (all AlixPartners), T. Mayer, R. Ringer, J. Sharrett, and M. Wasson (all Kramer Levin) re: case update and next steps | 0.40 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2126826-1 |
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 07/06/20 | RC | Participate in conference call with the BSA Official Creditors Committee, D. MacGreevey, K. McGlynn, R. Winning, S. Weiner and J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, and M. Wasson (all Kramer Levin) re: weekly update call | 0.70 |
| 07/06/20 | INI | Participate in conference call with D. MacGreevey, K. McGlynn, R. Winning, S. Weiner, I. Ibanga (all AlixPartners), T. Mayer, R. Ringer, J. Sharrett, and M. Wasson (all Kramer Levin) re: case update and next steps | 0.40 |
| 07/06/20 | INI | Participate in conference call with the BSA Official Creditors Committee, D. MacGreevey, K. McGlynn, R. Winning, S. Weiner, R. Collura (all AlixPartners), T. Mayer, R. Ringer, and M. Wasson (all Kramer Levin) re: weekly update call | 0.70 |
| 07/06/20 | SW | Participate in conference call with the BSA Official Creditors Committee, D. MacGreevey, R. Collura, K. McGlynn, R. Winning and J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, and M. Wasson (all Kramer Levin) re: weekly update call | 0.70 |
| 07/06/20 | SW | Participate in conference call with UCC professionals including R. Ringer, D. Blabey (all Kramer Levin), D. MacGreevey, R. Collura, R. Winning, K. McGlynn, J. Ibanga (all AlixPartners) re: July 7th weekly Committee call | 0.40 |
| 07/06/20 | DM | Participate in conference call with D. MacGreevey, K. McGlynn, R. Winning, S. WeinerI. Ibanga (all AlixPartners), T. Mayer, R. Ringer, J. Sharrett, and M. Wasson (all Kramer Levin) re: case update and next steps | 0.40 |
| 07/06/20 | KM | Participate in conference call with D. MacGreevey, R. Winning, R. Collura, I. Ibanga, S. Weiner (all AlixPartners), T. Mayer, R. Ringer, J. Sharrett, and M. Wasson (all Kramer Levin) re: case update and next steps | 0.40 |
| 07/06/20 | KM | Participate in conference call with the BSA Official Creditors Committee, D. MacGreevey, R. Collura, R. Winning, S. Weiner and J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, and M. Wasson (all Kramer Levin) re: weekly update call | 0.70 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2126826-1 |
|---|---|
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 07/06/20 | KM | Prepare for weekly Committee update presentation | 0.70 |
| 07/06/20 | RBW | Participate in conference call with K. McGlynn, R. Collura, D. MacGreevey, I. Ibanga, S. Weiner (all AlixPartners), T. Mayer, R. Ringer, J. Sharrett, and M. Wasson (all Kramer Levin) re: July 7th weekly Committee call | 0.40 |
| 07/06/20 | RBW | Participate in conference call with the BSA Official Creditors Committee, D. MacGreevey, R. Collura, K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, and M. Wasson (all Kramer Levin) re: weekly update call | 0.70 |
| 07/07/20 | RC | Call with N. Hamerman (Kramer Levin) to discuss various investigation related work stream and next steps | 1.00 |
| 07/07/20 | RC | Review materials related to the BSA's general liability program and respond to requests from Kramer Levin | 0.60 |
| 07/08/20 | KS | Draft an investigation update material regarding the comparable study | 2.90 |
| 07/08/20 | KS | Update an investigation material regarding the comparable study | 1.50 |
| 07/09/20 | KS | Draft an investigation update | 2.50 |
| 07/10/20 | KS | Update an investigation update | 2.70 |
| 07/11/20 | KS | Draft an investigation update | 2.50 |
| 07/11/20 | KS | Draft an investigation update material regarding a comparable analysis for the s financing | 2.00 |
| 07/13/20 | KS | Update an investigation update material regarding a comparable analysis for the BSA's financing | 2.70 |
| 07/13/20 | KS | Update an investigation update material regarding the BSA's bonds and credit agreements | 1.90 |
| 07/14/20 | INI | Participate in conference call with D. MacGreevey, K. McGlynn, R. Collura, R. Winning, S. Weiner (all AlixPartners), T. Mayer, R. Ringer, J. Sharrett, and M. Wasson (all Kramer Levin) re: mediation strategy and next steps | 0.70 |
| 07/14/20 | INI | Participate in conference call with the BSA Official Creditors Committee, K. McGlynn and S. Weiner (both AlixPartners), T. Mayer, R. Ringer, J. Sharret, P. Baranpuria and M. Wasson (all Kramer Levin) re: weekly | 1.20 |

909 Third Avenue
New York, NY 10022

**T** 212.490.2500
**F** 212.490.1344
**alixpartners.com**

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | | |
|---|---|---|---|
| Invoice # | 2126826-1 | | |
| Re: | Mtgs and Communications with UCC & Professionals | | |
| Client/Matter # | 013446.00102 | | |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | update call | |
| 07/14/20 | DM | Participate in conference call with K. McGlynn, R. Collura, R. Winning, I. Ibanga, S. Weiner (all AlixPartners), T. Mayer, R. Ringer, J. Sharrett, and M. Wasson (all Kramer Levin) re: mediation strategy and next steps | 0.70 |
| 07/14/20 | KM | Participate in conference call with D. MacGreevey, R. Collura, R. Winning, S. Weiner, J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, J. Sharrett, and M. Wasson (all Kramer Levin) re: mediation strategy and next steps | 0.70 |
| 07/14/20 | KM | Prepare for weekly Committee update presentation | 1.10 |
| 07/14/20 | KM | Review and revise weekly Committee update presentation | 0.60 |
| 07/14/20 | KM | Participate in conference call with the BSA Official Creditors Committee, S. Weiner, J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, J. Sharret, P. Baranpuria and M. Wasson (all Kramer Levin) re: weekly update call | 1.20 |
| 07/14/20 | RC | Participate in conference call with D. MacGreevey, K. McGlynn, R. Winning, S. Weiner, J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, J. Sharrett, and M. Wasson (all Kramer Levin) re: mediation strategy and next steps (left call early) | 0.50 |
| 07/14/20 | KS | Update an investigation update material regarding a comparable analysis for the BSA's financing | 0.40 |
| 07/14/20 | RBW | Participate in conference call with D. MacGreevey, K. McGlynn, R. Collura, S. Weiner, J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, J. Sharrett, and M. Wasson (all Kramer Levin) re: mediation strategy and next steps | 0.70 |
| 07/14/20 | SW | Participate in conference call with the BSA Official Creditors Committee, K. McGlynn, and J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, J. Sharret, P. Baranpuria and M. Wasson (all Kramer Levin) re: weekly update call | 1.20 |
| 07/14/20 | SW | Participate in conference call with D. MacGreevey, K. McGlynn, R. Collura, R. Winning, J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, J. Sharrett, and M. | 0.70 |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

Invoice #            2126826-1

Re:                  Mtgs and Communications with UCC & Professionals
Client/Matter #      013446.00102

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| | | Wasson (all Kramer Levin) re: mediation strategy and next steps | |
| 07/15/20 | KM | Call with mmittee Members, R. Ringer, T. Mayer, and M. Holob (all Kramer Levin) re: case issues | 0.50 |
| 07/20/20 | DM | Review draft BSA UCC update deck | 0.40 |
| 07/20/20 | DM | Participate in conference call with K. McGlynn, R. Winning, S. Weiner (all AlixPartners), T. Mayer, R. Ringer, J. Sharrett, and M. Wasson (all Kramer Levin) re: professionals weekly update call | 0.50 |
| 07/20/20 | DM | Participate in conference call with the BSA Official Creditors Committee, D. MacGreevey, S. Weiner (all AlixPartners), T. Mayer, R. Ringer, J. Sharret, P. Baranpuria and M. Wasson (all Kramer Levin) re: weekly update call  (Partial Attendance) | 0.70 |
| 07/20/20 | KS | Update an investigation update material related to the Local Councils' financial information | 1.60 |
| 07/20/20 | KM | Review weekly Committee update presentation | 0.40 |
| 07/20/20 | KM | Prepare for weekly Committee update presentation | 0.70 |
| 07/20/20 | KM | Participate in conference call with D. MacGreevey, R. Winning, S. Weiner (all AlixPartners), T. Mayer, R. Ringer, J. Sharrett, and M. Wasson (all Kramer Levin) re: professionals weekly update call | 0.50 |
| 07/20/20 | KM | Participate in conference call with the BSA Official Creditors Committee, D. MacGreevey, S. Weiner (all AlixPartners), T. Mayer, R. Ringer, J. Sharret, P. Baranpuria and M. Wasson (all Kramer Levin) re: weekly update call | 1.00 |
| 07/20/20 | RBW | Prepare for presentation on liquidity and budget revisions to Committee | 1.20 |
| 07/20/20 | RBW | Participate in conference call with the BSA Official Creditors Committee, D. MacGreevey, K. McGlynn (all AlixPartners), T. Mayer, R. Ringer, J. Sharret, P. Baranpuria and M. Wasson (all Kramer Levin) re: weekly update call | 1.00 |
| 07/20/20 | RBW | Participate in conference call with D. MacGreevey, K. McGlynn, R. Winning, S. Weiner (all AlixPartners), T. | 0.50 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2126826-1 |
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | Mayer, R. Ringer, J. Sharrett, and M. Wasson (all Kramer Levin) re: professionals weekly update call | |
| 07/20/20 | SW | Participate in conference call with D. MacGreevey, K. McGlynn, R. Winning (all AlixPartners), T. Mayer, R. Ringer, J. Sharrett, and M. Wasson (all Kramer Levin) re: professionals weekly update call | 0.50 |
| 07/20/20 | SW | Participate in conference call with the BSA Official Creditors Committee, D. MacGreevey, K. McGlynn (all AlixPartners), T. Mayer, R. Ringer, J. Sharret, P. Baranpuria and M. Wasson (all Kramer Levin) re: weekly update call | 1.00 |
| 07/20/20 | RBW | Participate in conference call with D. MacGreevey, K. McGlynn, S. Weiner (all AlixPartners), T. Mayer, R. Ringer, J. Sharrett, and M. Wasson (all Kramer Levin) re: professionals weekly update call | 0.50 |
| 07/22/20 | RC | Call with N. Hamerman (Kramer Levin) to discuss the preliminary Local Council analysis and next steps | 0.60 |
| 07/23/20 | KS | Update an investigation update material regarding the Local Councils' net assets | 1.70 |
| 07/27/20 | INI | Participate in conference call with D. MacGreevey, K. McGlynn, R. Collura, R. Winning, S. Weiner (all AlixPartners), T. Mayer, R. Ringer, J. Sharrett, and M. Wasson (all Kramer Levin) re: case updates and next steps | 0.40 |
| 07/27/20 | INI | Participate in conference call with the BSA Official Creditors Committee, D. MacGreevey, K. McGlynn, R. Winning, S. Weiner, J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, J. Sharret, P. Baranpuria and M. Wasson (all Kramer Levin) re: weekly update call | 0.70 |
| 07/27/20 | RC | Call with N. Hamerman (Kramer Levin) regarding preliminary analysis related to the insurance | 0.70 |
| 07/27/20 | DM | Participate in conference call with K. McGlynn, R. Collura, R. Winning, S. Weiner, J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, J. Sharrett, and M. Wasson (all Kramer Levin) re: case updates and next steps | 0.40 |
| 07/27/20 | DM | Participate in conference call with the BSA Official Creditors Committee, R. Collura, K. McGlynn, R. Winning, | 0.70 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2126826-1 | |
| Re: | Mtgs and Communications with UCC & Professionals | |
| Client/Matter # | 013446.00102 | |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | S. Weiner, J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, J. Sharret, P. Baranpuria and M. Wasson (all Kramer Levin) re: weekly update call | |
| 07/27/20 | SW | Participate in conference call with D. MacGreevey, K. McGlynn, R. Collura, R. Winning, J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, J. Sharrett, and M. Wasson (all Kramer Levin) re: case updates and next steps | 0.40 |
| 07/27/20 | SW | Participate in conference call with the BSA Official Creditors Committee, D. MacGreevey, K. McGlynn, R. Winning, and J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, J. Sharret, P. Baranpuria and M. Wasson (all Kramer Levin) re: weekly update call | 0.70 |
| 07/27/20 | RC | Participate in weekly Committee professionals call with D. MacGreevey, K. McGlynn and S. Weiner (all AlixPartners), R. Ringer, T. Mayer and M. Wasson (all Kramer Levin) to discuss mediation and litigation updates | 0.40 |
| 07/27/20 | RC | Participate in weekly call with the Committee members and AlixPartners (R. Collura, D. MacGreevey and S. Weiner) and Kramer Levin (R. Ringer, T. Mayer, N. Hamerman and M. Wasson) to discuss case update, recent developments and next steps | 0.70 |
| 07/27/20 | DM | Prepare for UCC Meeting | 0.10 |
| 07/27/20 | RBW | Participate in conference call with D. MacGreevey, K. McGlynn, R. Collura, S. Weiner, J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, J. Sharrett, and M. Wasson (all Kramer Levin) re: case updates and next steps | 0.40 |
| 07/27/20 | KM | Participate in conference call with K. McGlynn, R. Collura, R. Winning, S. Weiner, J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, J. Sharrett, and M. Wasson (all Kramer Levin) re: case updates and next steps | 0.40 |
| 07/27/20 | KM | Participate in conference call with the BSA Official Creditors Committee, D. MacGreevey, R. Winning, S. Weiner, J. Ibanga (all AlixPartners), T. Mayer, R. Ringer, J. Sharret, P. Baranpuria and M. Wasson (all Kramer Levin) re: weekly update call | 0.70 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2126826-1 |
| Re: | Mtgs and Communications with UCC & Professionals |
| Client/Matter # | 013446.00102 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 07/28/20 | DM | Review email from R. Ringer re: BSA updates and strategy | 0.30 |
| 07/28/20 | KS | Prepare an investigation related to the BSA's cash receipts from Local Councils | 1.70 |
| 07/29/20 | KS | Prepare an investigation update related to the insurance funding and general endowment | 2.30 |
| 07/29/20 | LH | Review and comment on commingled endowment presentation | 1.20 |
| 07/30/20 | KS | Update an investigation update material regarding the Local Councils' net assets | 2.60 |
| 07/30/20 | DM | Emails with attachments to M. Wasson and R. Ringer (both Kramer Levin) re: BSA dissolution motion | 0.30 |
| | | **Total** | **73.50** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2126826-1 | |
| Re: | Mtgs and Communications with UCC & Professionals | |
| Client/Matter # | 013446.00102 | |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Joy N Ibanga | 4.10 | 515.00 | 2,111.50 |
| Scott Weiner | 5.60 | 645.00 | 3,612.00 |
| Loring Hill | 1.20 | 645.00 | 774.00 |
| Kyoko Shibuya | 29.00 | 645.00 | 18,705.00 |
| Robert B Winning | 5.40 | 910.00 | 4,914.00 |
| Kathryn McGlynn | 13.00 | 1,025.00 | 13,325.00 |
| David MacGreevey | 8.00 | 1,090.00 | 8,720.00 |
| Richard Collura | 7.20 | 1,090.00 | 7,848.00 |
| **Total Hours & Fees** | **73.50** | | **60,009.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2126826-1 |
| Re: | Mtgs and Communications with Mgmt & Debtors' Professionals |
| Client/Matter # | 013446.00103 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 07/02/20 | RBW | Participate in conference call with R. Walsh, C. Binggelli (all A&M) K. McGlynn, S. Weiner, and J. Ibanga (all AlixPartners) re: weekly liquidity update | 0.50 |
| 07/02/20 | KM | Participate in conference call with R. Walsh, C. Binggelli (both A&M), R. Winning, J. Ibanga, and S. Weiner (all AlixPartners) re: weekly liquidity update | 0.50 |
| 07/02/20 | RBW | Prepare for call with A&M re: liquidity | 0.40 |
| 07/02/20 | SW | Participate in conference call with R. Walsh, C. Binggelli (all A&M) K. McGlynn, R. Winning, and J. Ibanga (all AlixPartners) re: weekly liquidity update | 0.50 |
| 07/02/20 | INI | Participate in conference call with B. Whittman, R. Walsh and E. Covington (all A&M) and D. MacGreevey, K. McGlynn, S. Weiner (all AlixPartners) re: weekly liquidity update for the week ended June 26th | 0.50 |
| 07/10/20 | INI | Participate in conference call with C. Binggeli and R. Walsh and (both A&M) and D. MacGreevey, K. McGlynn, R. Winning and S. Weiner (all AlixPartners) re: weekly liquidity update for the week ended July 3rd | 0.50 |
| 07/10/20 | SW | Participate in conference call with C. Binggeli and R. Walsh and (both A&M) and K. McGlynn, R. Winning and J. Ibanga (all AlixPartners) re: weekly liquidity update for the week ended July 3rd | 0.50 |
| 07/10/20 | KM | Participate in conference call with C. Binggeli and R. Walsh and (both A&M) and R. Winning, S. Weiner and J. Ibanga (all AlixPartners) re: weekly liquidity update for the week ended July 3rd | 0.50 |
| 07/10/20 | RBW | Prepare for call with A&M re: liquidity | 0.40 |
| 07/10/20 | DM | Participate in conference call with C. Binggeli and R. Walsh and (both A&M) and K. McGlynn, R. Winning, I. Ibanga and S. Weiner (all AlixPartners) re: weekly liquidity update for the week ended July 3rd | 0.50 |
| 07/10/20 | RBW | Participate in conference call with C. Binggeli and R. Walsh and (both A&M) and K. McGlynn, R. Winning and J. Ibanga (all AlixPartners) re: weekly liquidity update for the week ended July 3rd | 0.50 |
| 07/16/20 | INI | Participate in conference call with B. Whittman, R. Walsh and E. Covington (all A&M) and K. McGlynn, R. Winning | 0.80 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2126826-1 | |
| Re: | Mtgs and Communications with Mgmt & Debtors' Professionals | |
| Client/Matter # | 013446.00103 | |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | and S. Weiner (all AlixPartners) re: weekly liquidity update | |
| 07/16/20 | KM | Participate in conference call with B. Whittman, R. Walsh and E. Covington (all A&M) R. Winning, S. Weiner and J. Ibanga (all AlixPartners) re: weekly liquidity update | 0.80 |
| 07/16/20 | SW | Participate in conference call with B. Whittman, R. Walsh and E. Covington (all A&M) and K. McGlynn, R. Winning and J. Ibanga (all AlixPartners) re: weekly liquidity update | 0.80 |
| 07/16/20 | RBW | Participate in conference call with B. Whittman, R. Walsh and E. Covington (all A&M) and K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners) re: weekly liquidity update | 0.80 |
| 07/20/20 | DM | Review draft BSA response from Kramer Levin to Sidley | 0.30 |
| 07/24/20 | INI | Participate in conference call with B. Whittman, R. Walsh and E. Covington (all A&M) and K. McGlynn, R. Winning and S. Weiner (all AlixPartners) re: weekly liquidity update the week ended July 17th | 0.40 |
| 07/24/20 | KM | Participate in conference call with B. Whittman, R. Walsh and E. Covington (all A&M) R. Winning, S. Weiner and J. Ibanga (all AlixPartners) re: liquidity update the week ended July 17th | 0.40 |
| 07/24/20 | RBW | Participate in conference call with B. Whittman, R. Walsh and E. Covington (all A&M) and K. McGlynn, S. Weiner and J. Ibanga (all AlixPartners) re: liquidity update the week ended July 17th | 0.40 |
| 07/24/20 | SW | Participate in conference call with B. Whittman, R. Walsh and E. Covington (all A&M) and K. McGlynn, R. Winning and J. Ibanga (all AlixPartners) re: liquidity update the week ended July 17th | 0.40 |
| 07/31/20 | INI | Participate in conference call with B. Whittman, R. Walsh and E. Covington (all A&M) K. McGlynn and S. Weiner (all AlixPartners) re: liquidity update the week ended July 24th | 0.40 |
| 07/31/20 | SW | Participate in conference call with B. Whittman, R. Walsh and E. Covington (all A&M), K. McGlynn and J. Ibanga (all AlixPartners) re: liquidity update the week ended July | 0.40 |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2126826-1 |
| Re: | Mtgs and Communications with Mgmt & Debtors' Professionals |
| Client/Matter # | 013446.00103 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | 24th | |
| 07/31/20 | KM | Participate in conference call with B. Whittman, R. Walsh and E. Covington (all A&M), S. Weiner and J. Ibanga (all AlixPartners) re: liquidity update the week ended July 24th | 0.40 |
| | | **Total** | **11.60** |

**Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2126826-1 |
|---|---|
| Re: | Mtgs and Communications with Mgmt & Debtors' Professionals |
| Client/Matter # | 013446.00103 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 2.60 | 515.00 | 1,339.00 |
| Scott Weiner | 2.60 | 645.00 | 1,677.00 |
| Robert B Winning | 3.00 | 910.00 | 2,730.00 |
| Kathryn McGlynn | 2.60 | 1,025.00 | 2,665.00 |
| David MacGreevey | 0.80 | 1,090.00 | 872.00 |
| **Total Hours & Fees** | **11.60** | | **9,283.00** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2126826-1 |
| Re: | Analysis of Liquidity and Cash Management |
| Client/Matter # | 013446.00107 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/02/20 | SW | Review weekly variance report and derive question list for discussion with A&M | 0.50 |
| 07/02/20 | INI | Prepare cash variance analysis for the week ended June 26th | 1.90 |
| 07/02/20 | INI | Develop list of questions for the Debtor's advisor re: weekly cash actuals in preparation for call with A&M | 0.80 |
| 07/02/20 | KM | Analyze and review Debtors' weekly liquidity updates | 0.90 |
| 07/02/20 | DM | Review BSA budget variance for the week ending June 26th | 0.30 |
| 07/06/20 | RBW | Update liquidity deck | 0.80 |
| 07/06/20 | INI | Revise weekly cash variance report in the Committee Update presentation for the week ending June 26th | 0.20 |
| 07/07/20 | INI | Review virtual data room for new documents added | 0.30 |
| 07/10/20 | SW | Review prior week's variance report and derive question list in advance of discussion with Debtors' advisor | 1.10 |
| 07/10/20 | INI | Revise weekly cash variance report for the week ended July 3rd | 1.30 |
| 07/10/20 | INI | Review BSA actual cash flows as of July 3rd provided by A&M | 0.50 |
| 07/10/20 | DM | Review BSA budget variance for week ending July 4th | 0.30 |
| 07/10/20 | KM | Analyze and review Debtors' weekly liquidity updates | 0.90 |
| 07/13/20 | INI | Revise cash variance report for the week ended July 3rd | 0.30 |
| 07/13/20 | INI | Review revised 13-week forecast dated July 10th | 0.30 |
| 07/15/20 | INI | Review updated 13 - week cash flow forecast dated 7/10/20 | 0.40 |
| 07/15/20 | SW | Review updated 13 week cash flow budget and compare cash flows in overlapping period to prior budget to isolate changes | 2.00 |
| 07/15/20 | SW | Draft question list related to updated 13 week cash flow budget in advance of call with A&M | 1.60 |
| 07/16/20 | SW | Review weekly cash flow variance report in advance of call with A&M | 0.60 |
| 07/16/20 | SW | Reformat 13 week cash flow budget to create exhibit for UCC update deck | 1.30 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice #        | 2126826-1 |
|------------------|-----------|
| Re:              | Analysis of Liquidity and Cash Management |
| Client/Matter #  | 013446.00107 |

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 07/16/20 | SW | Create slide and draft commentary summarizing updated 13 week cash flow model | 1.10 |
| 07/16/20 | SW | Create bridge exhibit illustrating liquidity change from prior to updated 13 week cash flow budgets | 2.10 |
| 07/16/20 | SW | Create slide and draft commentary summarizing liquidity changes from prior to updated cash flow budgets | 1.70 |
| 07/16/20 | KM | Review and analyze Debtors' updated 13 week cash flow forecast | 1.10 |
| 07/16/20 | KM | Review and analyze Debtors' weekly liquidity updates | 0.60 |
| 07/16/20 | DM | Review BSA budget variance for week ending July 10th | 0.30 |
| 07/17/20 | INI | Develop weekly cash variance report for the week ended July 10 | 0.90 |
| 07/17/20 | SW | Create exhibit and slide summarizing liquidity by source across three most recent budgets and actual performance relative to projections | 2.40 |
| 07/19/20 | INI | Research weekly budget variances for the variance report ended July 10 | 0.10 |
| 07/19/20 | RBW | Revise budget and liquidity presentation for Committee | 1.20 |
| 07/20/20 | SW | Discussion with R. Winning (AlixPartners) updates to weekly Committee presentation | 0.50 |
| 07/20/20 | SW | Process internal comments to weekly update deck | 1.50 |
| 07/20/20 | RBW | Call with S. Weiner (AlixPartners) re: BSA liquidity and budget presentation and follow up revisions thereto | 0.50 |
| 07/24/20 | DM | Review BSA budget variance for week ended July 17th | 0.30 |
| 07/24/20 | SW | Review weekly variance report and draft questions in advance of discussion with Debtors' advisor | 0.40 |
| 07/26/20 | INI | Prepare variance report for the week ended July 17 for July 27th Committee meeting | 0.40 |
| 07/31/20 | SW | Review prior week variance report and derive question list for Debtors' advisor | 0.80 |
| 07/31/20 | INI | Review cash flow actuals report as of the week ended July 24th | 0.30 |
| 07/31/20 | INI | Prepare weekly cash flow variance for the week ended July 14 | 0.90 |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2126826-1 |
| Re: | Analysis of Liquidity and Cash Management |
| Client/Matter # | 013446.00107 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/31/20 | KM | Review and analyze Debtors' weekly liquidity and case updates | 0.90 |
| | | **Total** | **34.30** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2126826-1 |
| Re: | Analysis of Liquidity and Cash Management |
| Client/Matter # | 013446.00107 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Joy N Ibanga | 8.60 | 515.00 | 4,429.00 |
| Scott Weiner | 17.60 | 645.00 | 11,352.00 |
| Robert B Winning | 2.50 | 910.00 | 2,275.00 |
| Kathryn McGlynn | 4.40 | 1,025.00 | 4,510.00 |
| David MacGreevey | 1.20 | 1,090.00 | 1,308.00 |
| **Total Hours & Fees** | **34.30** | | **23,874.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2126826-1 |
| Re: | Valuation Analysis |
| Client/Matter # | 013446.00110 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/05/20 | DM | Emails with attachments to N. Hamerman and R. Collura re: BSA valuation issues | 0.60 |
| | | **Total** | **0.60** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2126826-1 |
| Re: | Valuation Analysis |
| Client/Matter # | 013446.00110 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| David MacGreevey | 0.60 | 1,090.00 | 654.00 |
| **Total Hours & Fees** | **0.60** | | **654.00** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2126826-1 |
| --- | --- |
| Re: | Employee Compensation and Advisor Retention Matters |
| Client/Matter # | 013446.00111 |

| Date | Consultant | Description of Services | Hours |
| --- | --- | --- | --- |
| 07/30/20 | DM | Review email with attachment from A&M re: BSA RIF | 0.30 |
| | | **Total** | **0.30** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2126826-1 |
| Re: | Employee Compensation and Advisor Retention Matters |
| Client/Matter # | 013446.00111 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| David MacGreevey | 0.30 | 1,090.00 | 327.00 |
| **Total Hours & Fees** | **0.30** | | **327.00** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2126826-1 |
| Re: | Financial and Other Diligence |
| Client/Matter # | 013446.00112 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 07/01/20 | KS | Review insurance documents | 1.50 |
| 07/02/20 | KS | Review balance sheets of the Local Councils | 1.20 |
| 07/06/20 | LH | Review new documents uploaded to data room | 2.60 |
| 07/06/20 | KS | Perform comparable analysis | 1.00 |
| 07/06/20 | RC | Review information in the data room regarding the BSA's insurance program | 0.80 |
| 07/07/20 | LH | Prepare updates re: documents received | 0.90 |
| 07/07/20 | KS | Perform the comparable study | 2.80 |
| 07/07/20 | KS | Perform the benchmarking study | 1.20 |
| 07/08/20 | KS | Perform the comparable study | 2.50 |
| 07/09/20 | KS | Review insurance transactions | 2.70 |
| 07/09/20 | KS | Review unaudited financial statements | 2.80 |
| 07/10/20 | LH | Review new documents received | 1.50 |
| 07/10/20 | LH | Research and analysis re: cost of debt | 1.10 |
| 07/10/20 | KS | Perform comparable analysis | 2.90 |
| 07/10/20 | KS | Review RCF agreements | 0.70 |
| 07/10/20 | KS | Perform comparable analysis | 1.80 |
| 07/11/20 | KS | Review bond agreements | 0.60 |
| 07/11/20 | KS | Perform comparable analysis | 2.60 |
| 07/12/20 | RC | Review debt financing comp analysis and provide comments to team | 1.20 |
| 07/13/20 | KS | Perform the comparable analysis | 1.40 |
| 07/13/20 | RC | Review draft of debt financing analysis and provide comments to team | 1.40 |
| 07/13/20 | LH | Review and comment on updated debt analysis deck | 0.60 |
| 07/13/20 | LH | Review new documents received | 1.60 |
| 07/14/20 | LH | Review and comment on latest market comps presentation | 0.80 |
| 07/14/20 | KS | Perform the comparable analysis | 0.70 |
| 07/15/20 | KS | Review  BSA's unaudited financial statements | 1.90 |
| 07/15/20 | KS | Review BSA's audited financial statements | 2.10 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038


Invoice #              2126826-1

Re:                    Financial and Other Diligence
Client/Matter #        013446.00112


| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/15/20 | RC | Review financial information related to the local councils' assets | 0.60 |
| 07/16/20 | KS | Review unaudited financial statements of the BSA | 2.60 |
| 07/16/20 | KS | Review audited financial statements of the BSA | 2.10 |
| 07/16/20 | KS | Summarize the insurance transactions | 1.70 |
| 07/20/20 | SJC | Review background documents for project | 1.00 |
| 07/22/20 | KS | Review  BSA's unaudited financial statements | 2.30 |
| | | **Total** | **53.20** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2126826-1 | |
| Re: | Financial and Other Diligence | |
| Client/Matter # | 013446.00112 | |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Kyoko Shibuya | 39.10 | 645.00 | 25,219.50 |
| Loring Hill | 9.10 | 645.00 | 5,869.50 |
| Sam J Canniff | 1.00 | 645.00 | 645.00 |
| Richard Collura | 4.00 | 1,090.00 | 4,360.00 |
| **Total Hours & Fees** | **53.20** | | **36,094.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2126826-1 |
| Re: | Forensic Analysis |
| Client/Matter # | 013446.00114 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 07/05/20 | RC | Review and respond to questions from Kramer Levin regarding Arrow WV | 0.50 |
| 07/06/20 | RC | Review and analyze Debtors' monthly financial statements in response to requests from Kramer Levin | 1.10 |
| 07/13/20 | KS | Review the BSA's executive board and committee minutes | 2.10 |
| 07/14/20 | KS | Review unaudited financial statements | 2.30 |
| 07/14/20 | RC | Review and update debt facility comp analysis and provide to Kramer Levin | 1.20 |
| 07/14/20 | RC | Call with N. Hamerman (Kramer Levin) to discuss status of investigation and next steps | 0.40 |
| 07/15/20 | KS | Review the Local Councils' financial statements | 2.20 |
| 07/16/20 | KS | Prepare an investigation update | 1.70 |
| 07/17/20 | KS | Review executive board minutes and materials | 2.40 |
| 07/17/20 | KS | Summarize insurance transactions | 1.40 |
| 07/17/20 | KS | Draft an investigation update material regarding the BSA's insurance program | 1.70 |
| 07/17/20 | KS | Review the transactions between the BSA and the Local Councils | 1.50 |
| 07/20/20 | RC | Call with S. Canniff (AlixPartners) to discuss accounting research project | 0.50 |
| 07/20/20 | RC | Call with K. Shibuya (AlxiPartners) to discuss analysis of Local Council financial information | 0.30 |
| 07/20/20 | RC | Review BSA financial information and outline next steps for investigation related workstreams | 0.50 |
| 07/20/20 | SJC | Call with R. Collura (AlixPartners) to discuss accounting research project | 0.50 |
| 07/20/20 | KS | Review insurance transactions | 1.50 |
| 07/20/20 | KS | Review BSA's cash receipts from Local Councils | 1.90 |
| 07/20/20 | KS | Review BSA's cash disbursements to Local Councils | 1.20 |
| 07/20/20 | KS | Review Statements of Financial Position of Local Councils | 2.00 |
| 07/20/20 | KS | Call with R. Collura (AlxiPartners) to discuss analysis of Local Council financial information | 0.30 |
| 07/21/20 | KS | Call with R. Collura (AlixPartners) to discuss analysis of | 1.30 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2126826-1 | |
| Re: | Forensic Analysis | |
| Client/Matter # | 013446.00114 | |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| | | Local Councils' financial information | |
| 07/21/20 | KS | Review  BSA's cash receipts from Local Councils | 1.70 |
| 07/21/20 | KS | Draft an investigation update material regarding the BSA's insurance program and transactions | 2.80 |
| 07/21/20 | KS | Review BSA's cash disbursements to Local Councils | 1.40 |
| 07/21/20 | KS | Review Statements of Financial Position of Local Councils | 1.30 |
| 07/21/20 | RC | Call with K. Shibuya (AlixPartners) re: updates to the analysis of the Local Councils financial information | 1.30 |
| 07/21/20 | RC | Review summary of transactions with the Local Councils | 0.60 |
| 07/21/20 | SJC | Accounting research and review of BSA First Day Declaration | 3.50 |
| 07/22/20 | KS | Update an investigation update material related to the Local Councils' financial information | 2.10 |
| 07/22/20 | KS | Call with R. Collura (AlixPartners) to discuss insurance transactions | 0.60 |
| 07/22/20 | KS | Review executive committee meetings minutes | 1.80 |
| 07/22/20 | KS | Draft a insurance transactions material | 1.30 |
| 07/22/20 | RC | Review and update analysis of transactions with the Local Councils | 1.10 |
| 07/22/20 | RC | Review and update analysis of the Local Councils' asset information | 1.30 |
| 07/22/20 | RC | Call with K. Shibuya (AlixPartners) to review information related to the general insurance liability program | 0.60 |
| 07/22/20 | RC | Review and analyze of financial information related to the Local Councils | 1.30 |
| 07/23/20 | RC | Review additional analysis related to the Local Council's financial information | 0.40 |
| 07/23/20 | RC | Review analysis related to the general liability insurance program | 0.60 |
| 07/23/20 | KS | Review  BSA's unaudited financial statements | 1.40 |
| 07/23/20 | KS | Review  BSA's audited financial statements | 1.70 |
| 07/23/20 | KS | Review executive board meetings minutes | 1.80 |
| 07/23/20 | KS | Review Local Councils' transactions with the BSA | 1.70 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2126826-1 | |
| Re: | Forensic Analysis | |
| Client/Matter # | 013446.00114 | |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 07/24/20 | RC | Review and provide comments related to the general liability insurance program analysis | 1.30 |
| 07/24/20 | RC | Review and provide comments related to the Local Councils financial analysis | 1.00 |
| 07/24/20 | RC | Review and update the insurance and Local Councils' analyses and provide to Kramer Levin | 1.20 |
| 07/24/20 | KS | Review Local Council guide to 2019 audit | 2.10 |
| 07/24/20 | KS | Review Local Councils' audited financial statements | 2.00 |
| 07/24/20 | KS | Review executive board meetings minutes | 0.60 |
| 07/24/20 | KS | Update material regarding insurance transactions | 1.40 |
| 07/24/20 | KS | Review the BSA's cash receipts from Local Councils | 2.00 |
| 07/27/20 | RC | Review and analysis of BSA financial information related to the insurance | 0.80 |
| 07/27/20 | RC | Review summary of insurance information and research additional information | 0.30 |
| 07/27/20 | KS | Review the BSA's unaudited financial statements to compare Local Councils' insurance payments before and after January 2020 | 0.60 |
| 07/27/20 | KS | Review and summarize case documents to understand the abuse-related claims against the BSA | 2.00 |
| 07/27/20 | KS | Summarize BSA's cash receipts from Local Councils per shared services arrangements | 1.80 |
| 07/27/20 | KS | Review the BSA's 2019 billing analysis to Local Councils | 2.10 |
| 07/27/20 | KS | Review the BSA's executive board minutes for Local Councils' insurance payments | 1.70 |
| 07/28/20 | KS | Call with R. Collura and L. Hill (both AlixPartners) regarding insurance transactions and its funding, and to discuss next steps | 1.80 |
| 07/28/20 | KS | Review the BSA's 2019 billing analysis related to Local Councils | 1.40 |
| 07/28/20 | RC | Review and analyze of the BSA's financial information related to unrestricted net assets | 1.40 |
| 07/28/20 | RC | Call with L. Hill K. Shibuya (both AlixPartners) regarding insurance transactions and discuss next steps | 1.80 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2126826-1 |
| | |
| Re: | Forensic Analysis |
| Client/Matter # | 013446.00114 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 07/28/20 | RC | Review information related litigation against BSA | 0.30 |
| 07/28/20 | KS | Review abuse claims with regard to insurance transactions | 1.80 |
| 07/28/20 | KS | Summarize abuse claims involved by Local Councils | 1.50 |
| 07/28/20 | LH | Review and comment on analysis re: transactions with Local Councils | 0.90 |
| 07/28/20 | LH | Call with R. Collura and K. Shibuya (both AlixPartners) regarding insurance transactions and its funding, and to discuss next steps | 1.80 |
| 07/29/20 | KS | Review the BSA's unaudited financial statements for general endowments | 2.10 |
| 07/29/20 | KS | Review the BSA's executive committee meeting minutes for general endowment | 1.40 |
| 07/29/20 | KS | Summarize and analyze the changes in general endowments for last 5 years from 2015 to 2020 | 2.50 |
| 07/29/20 | RC | Review BSA documents related to the general liability insurance program | 0.70 |
| 07/29/20 | RC | Review BSA documents related to the commingled endowment fund | 0.60 |
| 07/29/20 | RC | Review information related to litigation against the BSA and Local Councils | 0.30 |
| 07/30/20 | KS | Review Statements of Financial Position of Local Councils as of March 2020 | 1.30 |
| 07/30/20 | KS | Review the abuse claims and insurance payments | 2.60 |
| 07/30/20 | KS | Summarize the abuse claims and insurance payments | 1.80 |
| 07/30/20 | RC | Review and analysis of information related to the commingled endowment fund | 0.80 |
| 07/30/20 | RC | Review and analysis of financial information related to the Local Councils | 0.60 |
| 07/31/20 | LH | Review additional documents uploaded to Data Room | 1.20 |
| 07/31/20 | RC | Review information related to the Commingled Endowment Fund | 0.80 |
| 07/31/20 | RC | Review information related to the BSA's insurance program | 0.70 |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2126826-1 |
|-----------|-----------|
| Re: | Forensic Analysis |
| Client/Matter # | 013446.00114 |

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 07/31/20 | RC | Review information related to the Local Council's unrestricted and restricted assets | 1.00 |
| 07/31/20 | KS | Review monthly statements of Commingled Endowment Fund | 2.40 |
| 07/31/20 | KS | Review Statements of Financial Position of Local Councils as of 6/30/2020 | 1.20 |
| 07/31/20 | KS | Summarize the BSA's insurance funding and Endowment Fund | 2.20 |
| | | **Total** | **116.60** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2126826-1 |
| Re: | Forensic Analysis |
| Client/Matter # | 013446.00114 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---:|---:|---:|
| Kyoko Shibuya | 83.40 | 645.00 | 53,793.00 |
| Loring Hill | 3.90 | 645.00 | 2,515.50 |
| Sam J Canniff | 4.00 | 645.00 | 2,580.00 |
| Richard Collura | 25.30 | 1,090.00 | 27,577.00 |
| **Total Hours & Fees** | **116.60** | | **86,465.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2126826-1 |
| Re: | Litigation Support |
| Client/Matter # | 013446.00115 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 07/01/20 | RC | Call with L. Hill (AlixPartners) re: call with Counsel about the JPM lien investigation | 0.30 |
| 07/01/20 | RC | Review outline of topics in preparation for meeting with the mediators | 0.30 |
| 07/01/20 | LH | Call with R. Collura (AlixPartners) re: call with Counsel about the JPM lien investigation. | 0.30 |
| 07/28/20 | RC | Review information provided by Kramer Levin regarding mediation and other case related updates | 0.20 |
| | | **Total** | **1.10** |

909 Third Avenue
New York, NY 10022

**T** 212.490.2500
**F** 212.490.1344
**alixpartners.com**

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2126826-1 |
| Re: | Litigation Support |
| Client/Matter # | 013446.00115 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Loring Hill | 0.30 | 645.00 | 193.50 |
| Richard Collura | 0.80 | 1,090.00 | 872.00 |
| **Total Hours & Fees** | **1.10** | | **1,065.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | | |
|---|---|---|
| Invoice # | 2126826-1 | |
| Re: | Claims Analysis | |
| Client/Matter # | 013446.00116 | |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---:|
| 07/01/20 | DM | Telephone call with R. Ringer (Kramer Levin) re: mmittee member claim | 0.20 |
| 07/15/20 | RBW | Call with S. Weiner (AlixPartners) re: claims pool analysis and follow-up correspondence and analysis | 0.90 |
| 07/15/20 | SW | Call with R. Winning (AlixPartners) re: claims pool analysis and follow-up correspondence and analysis | 0.90 |
| | | **Total** | **2.00** |

**AlixPartners**

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2126826-1 |
| --- | --- |
| Re: | Claims Analysis |
| Client/Matter # | 013446.00116 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Scott Weiner | 0.90 | 645.00 | 580.50 |
| Robert B Winning | 0.90 | 910.00 | 819.00 |
| David MacGreevey | 0.20 | 1,090.00 | 218.00 |
| **Total Hours & Fees** | **2.00** | | **1,617.50** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2126826-1 |
|---|---|
| Re: | Attend Court Hearings |
| Client/Matter # | 013446.00119 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 07/09/20 | DM | Dial into Omnibus Hearing | 1.00 |
| 07/09/20 | KM | Dial into Omnibus Hearing | 1.10 |
| 07/09/20 | SW | Dial into omnibus hearing | 1.50 |
| | | **Total** | **3.60** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2126826-1 |
| Re: | Attend Court Hearings |
| Client/Matter # | 013446.00119 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Scott Weiner | 1.50 | 645.00 | 967.50 |
| Kathryn McGlynn | 1.10 | 1,025.00 | 1,127.50 |
| David MacGreevey | 1.00 | 1,090.00 | 1,090.00 |
| **Total Hours & Fees** | **3.60** | | **3,185.00** |

# AlixPartners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| Invoice # | 2126826-1 |
|---|---|
| Re: | Fee Statements and Fee Applications |
| Client/Matter # | 013446.00120 |

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 07/09/20 | LMB | Review CNO for April 2020 monthly fee statement | 0.20 |
| 07/09/20 | LMB | Prepare May 2020 professional fees for monthly fee application | 0.80 |
| 07/09/20 | LMB | Update fee application status chart | 0.20 |
| 07/13/20 | SW | Review and revise May fee statement | 1.30 |
| 07/14/20 | LMB | Prepare professional fees for May 2020 fee application | 1.30 |
| 07/14/20 | LMB | Update fee application chart | 0.20 |
| 07/14/20 | LMB | Prepare third monthly fee application (May 2020) | 0.80 |
| 07/14/20 | DM | Review BSA May fee statement | 0.50 |
| 07/15/20 | LMB | Prepare third monthly fee application, supporting schedules and exhibits (May 2020) | 1.40 |
| 07/15/20 | LMB | Revise exhibits to third monthly fee application (May 2020) | 0.60 |
| 07/16/20 | LMB | Finalize third monthly fee application, supporting schedules and exhibits (May 2020) | 0.20 |
| 07/16/20 | LMB | Email to P. Baranpuria (Kramer Levin) attaching third monthly fee statement (May 2020) for filing with the Court | 0.20 |
| 07/21/20 | LMB | Update third monthly fee statement (May 2020) | 0.30 |
| 07/26/20 | LMB | Update fee application status chart | 0.20 |
| 07/27/20 | LMB | Prepare professional fees for June 2020 fee application | 0.80 |
| 07/28/20 | LMB | Prepare professional fees for June 2020 professional fees | 0.70 |
| 07/29/20 | LMB | Review omnibus interim fee order | 0.20 |
| | | **Total** | **9.90** |

# **Alix**Partners

The Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX
75038

| | |
|---|---|
| Invoice # | 2126826-1 |
| Re: | Fee Statements and Fee Applications |
| Client/Matter # | 013446.00120 |

**Fee Recap:**

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Lisa Marie Bonito | 8.10 | 450.00 | 3,645.00 |
| Scott Weiner | 1.30 | 645.00 | 838.50 |
| David MacGreevey | 0.50 | 1,090.00 | 545.00 |
| **Total Hours & Fees** | **9.90** | | **5,028.50** |

909 Third Avenue          **T** 212.490.2500
New York, NY 10022        **F** 212.490.1344
                          **alixpartners.com**