## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC.[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Colin Linebaugh, depose and say that I am employed by Omni Agent Solutions (**"Omni"**), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 27, 2020, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served (i) via the method set forth on the Core/2002 Service List attached hereto as **Exhibit A** and (ii) via the method set forth on the Additional Parties Service List attached hereto as **Exhibit B**:

- **Notice of Agenda of Matters Scheduled for Hearing on August 31, 2020, at 11:00 A.M. (ET) [Docket No. 1172].**

Dated: August 28, 2020

Colin Linebaugh
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
(818) 906-8300

{State of California          }
{                                        } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 28th day of August, 2020, by Colin Linebaugh proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

DARLEEN SAHAGUN
Notary Public   California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

# <u>EXHIBIT A</u>

**Exhibit A**
**Core/2002 Service List**
**Served as set forth below**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Notice of Appearance/Request for Notices Counsel for Jorge Vega and all other current or future personal injury claimants | A.M. Sacculo Legal, LLC | Attn: Anthony M. Sacculo<br>Attn: Mary E. Augustine, Esq.<br>27 Crimson King Drive<br>Bear, DE 19701 | 302-836-8787 | ams@sacculolegal.com<br>meg@sacculolegal.com | Email |
| Notice of Appearance and Request for Notices Counsel to Collin County Tax Assessor/Collector | Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Chad Timmons<br>Attn: Larry R. Boyd<br>Attn: Emily M. Hahn<br>1700 Redbud Blvd, Ste 300<br>McKinney, TX 75069 | 214-544-4040 | ctimmons@abernathylaw.com<br>bankruptcy@abernathylaw.com<br>ehahn@abernathy-law.com | Email |
| Notice of Appearance/Request for Notices. Counsel to Chickasaw Council, Boy Scouts of America, Inc. | Adams and Reese LLP | Attn: Henry C. Shelton, III<br>6075 Poplar Ave, Ste 700<br>Memphis, TN 38119 | | Henry.Shelton@arlaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for Jorge Vega and all other current or future personal injury claimants | Andrews & Thornton | Attn: Anne Andrews<br>Attn: John C. Thornton<br>4701 Von Karman Ave, Suite 300<br>Newport Beach, CA 92660 | 949-315-3540 | aa@andrewsthornton.com | Email |
| Notice of Appearance and Request for Notices Counsel for Del-Mar-Va Council, Inc., Boy Scouts of America | Ashby & Geddes, P.A. | Attn: Bill Bowden<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE  19889-1150 | 302-654-2067 | wbowden@ashbygeddes.com | Email |
| Notice of Appearance/Request for Notices Counsel to several sexual abuse survivor claimants | Baird Mandalas Brockstedt, LLC | Attn: Stephen W. Spence<br>1413 Savannah Rd, Ste 1<br>Lewes, DE 19958 | 302-644-0306 | sws@bmbde.com | Email |
| Notice of Appearance/Request for Notices Counsel for Sequoia Council of Boy Scouts, Inc. | Baker Manock & Jensen, PC | Attn: Jan T. Perkins<br>5260 North Palm Avenue, Suite 421<br>Fresno, CA 93704 | | jperkins@bakermanock.com | Email |
| Notice of Appearance/Request for Notices Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company | Bayard, P.A. | Attn: Erin R. Fay<br>Attn: Gregory J. Flasser<br>600 N King St, Ste 400<br>Wilmington, DE 19801 | | efay@bayardlaw.com<br>gflasser@bayardlaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for Various Tort Claimants | Bielli & Klauder, LLC | Attn: David M. Klauder<br>1204 N. King Street<br>Wilmington, DE 19801 | 302-397-2557 | tbielli@bk-legal.com<br>dklauder@bk-legal.com | Email |
| Notice of Appearance and Request for Notices Counsel to the Coalition of Abused Scouts for Justice | Blank Rome LLP | Attn: Stanley B. Tarr<br>1201 N Market St, Ste 800<br>Wilmington, DE 19801 | | tarr@blankrome.com | Email |
| Notice of Appearance and Request for Notices Counsel for Agricultural Insurance Company | Bodell Bove, LLC | Attn: Bruce W. McCullough<br>1225 N King St, Ste 1000<br>Wilmington, DE 19801 | 302-655-6827 | bmccullough@bodellbove.com | Email |
| Notice of Appearance and Request for Notices Counsel for the National Surety Corporation | Bradley Riley Jacobs PC | Attn: Todd C. Jacobs<br>320 W Ohio St, Ste 3W<br>Chicago, IL 60654 | | tjacobs@bradleyriley.com | Email |
| Notice of Appearance and Request for Notices Counsel to the Coalition of Abused Scouts for Justice | Brown Rudnick LLP | Attn: David J. Molton<br>7 Times Square<br>New York, NY 10036 | | DMolton@brownrudnick.com | Email |
| Notice of Appearance and Request for Notices Counsel to the Coalition of Abused Scouts for Justice | Brown Rudnick LLP | Attn: Sunni P. Beville<br>Attn: Tristan G. Axelrod<br>1 Financial Ctr<br>Boston, MA 02111 | | sbeville@brownrudnick.com<br>taxelrod@brownrudnick.com | Email |
| Notice of Appearance and Request for Notices Counsel for Oracle America, Inc | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson<br>55 Second Street, 17th Floor<br>San Francisco, California  94105-3493 | 415-227-0770 | schristianson@buchalter.com | Email |
| Notice of Appearance and Request for Notices Counsel for Chicksaw Council, BSA, Inc. | Butler Snow LP | Attn: Daniel W. Van Horn<br>P.O. Box 171443<br>Memphis, TN 38187-1443 | | Danny.VanHorn@butlersnow.com | Email |
| Notice of Appearance and Request for Notices Counsel for Arrowood Indemnity Company | Carruthers & Roth, P.A. | Attn: Britton C. Lewis<br>235 N. Edgeworth St.<br>P.O. Box 540<br>Greensboro, NC 27401 | 336-478-1145 | bcl@crlaw.com | Email |
| Notice of Appearance and Request for Notices Counsel for Jane Doe, Party in Interest | Chipman, Brown, Cicero & Cole, LLP | Attn: Mark Desgrosseilliers<br>1313 N Market St, Ste 5400<br>Wilmington, DE 19801 | 302-295-0199 | degross@chipmanbrown.com | Email |
| Notice of Appearance/Request for Notices Counsel for Liberty Mutual Insurance Company | Choate, Hall & Stewart LLP | Attn: Douglas R. Gooding<br>Attn: Jonathan D. Marshall<br>Attn: Michael J. Foley, Jr. | 617-248- 4000 | dgooding@choate.com<br>jmarshall@choate.com<br>mjfoley@choate.com | Email |
| Notice of Appearance/Request for Notices - Authorized Agent for the Commonwealth of Pennsylvania, Dept of Labor and Industry, Office of Unemployment Compensation Tax Services (UCTS) | Commonwealth of Pennsylvania | Dept of Labor & Industry<br>Attn: Deb Secrest/Collections Support Unit<br>651 Boas St, Rm 925<br>Harrisburg, PA 17121 | 717-787-7671 | ra-li-ucts-bankrupt@state.pa.us | Email |
| Notice of Appearance and Request for Notices Counsel for IRC Burnsville Crossing, LLC | Connolly Gallagher, LLP | Attn: Karen C. Bifferato<br>Attn: Kelly M. Conlan<br>1201 N Market St, 20th Fl<br>Wilmington, DE 19801 | | kbifferato@connollygallagher.com<br>kconlan@connollygallagher.com | Email |
| Notice of Appearance and Request for Notices Counsel for Arrowood Indemnity Company | Coughlin Duffy, LLP | Attn: Kevin Coughlin<br>Attn: Lorraine Armenti<br>Attn: Michael Hrinewski<br>350 Mount Kemble Ave.<br>PO Box 1917<br>Morristown, NJ 0796 | 973-267-6442 | kcoughlin@coughlinduffy.com<br>larmenti@coughlinduffy.com<br>mhrinewski@coughlinduffy.com | Email |
| Notice of Appearance and Request for Notices Counsel to Abuse Victims | Crew Janci LLP | Attn: Stephen Crew<br>Attn: Peter Janci<br>1200 NW Naito Pkwy, Ste 500<br>Portland, OR 97209 | | peter@crewjanci.com<br>steve@crewjanci.com | Email |
| *NOA - Counsel to Appellee Sidley Austin LLP | Cross & Simon, LLC | | | csimon@crosslaw.com<br>kmann@crosslaw.com | Email |

**Exhibit A**
**Core/2002 Service List**
**Served as set forth below**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Notice of Appearance and Request for Notices Counsel to American Zurich Insurance Company | Crowell & Moring LLP | Attn: Mark D. Plevin<br>Attn: Austin J. Sutta<br>3 Embarcadero Center, 26th Fl<br>San Francisco, CA 94111 | 415-986-2827 | mplevin@crowell.com<br>asutta@crowell.com | Email |
| Notice of Appearance and Request for Notices Counsel to American Zurich Insurance Company | Crowell & Moring LLP | Attn: Tacie H. Yoon<br>1001 Pennsylvania Ave, NW<br>Washington, D.C. 20004 | 202-628-5116 | tyoon@crowell.com | Email |
| Notice of Appearance/Request for Notices Counsel for Chicksaw Council, BSA, Inc. | Davies Hood PLLC | Attn: Jason P. Hood<br>22 North Front Street, Suite 620<br>Memphis, TN 38103-2100 | | Jason.Hood@davieshood.com | Email |
| Notice of Appearance/Request for Notices Counsel for Girl Scouts of the United States of America | Dorsey & Whitney LLP | Attn: Bruce R. Ewing<br>Attn: Eric Lopez Schnabel<br>51 W 52nd St<br>New York, NY 10019 | | ewing.bruce@dorsey.com<br>schnabel.eric@dorsey.com | Email |
| Notice of Appearance/Request for Notices Counsel for Girl Scouts of the United States of America | Dorsey & Whitney LLP | Attn: Eric Lopez Schnabel<br>Attn: Alessandra Glorioso<br>300 Delaware Ave, Ste 1010<br>Wilmington, DE 19801 | | schnabel.eric@dorsey.com<br>glorioso.alessandra@dorsey.com | Email |
| Notice of Appearance and Request for Notices Counsel to Oracle America, Inc. | Doshi Legal Group, P.C. | Attn: Amish R. Doshi<br>1979 Marcus Ave, Ste 210E<br>Lake Success, NY 11042 | | amish@doshilegal.com | Email |
| Notice of Appearance/Request for Notices Counsel for The Roman Catholic Diocese of Brooklyn, New York | Faegre Drinker Biddle & Reath LLP | Attn: Michael P. Pompeo<br>1177 Avenue of the Americas, 41st Floor<br>New York, NY 10036-2714 | 317-569-4800 | michael.pompeo@faegredrinker.com | Email |
| Notice of Appearance/Request for Notices Counsel for The Roman Catholic Diocese of Brooklyn, New York | Faegre Drinker Biddle & Reath LLP | Attn: Patrick A. Johnson<br>Attn: Kaitlin W. MacKenzie<br>222 Delaware Ave, Ste 1410<br>Wilmington, DE 19801-1621 | 302-467-4201 | patrick.jackson@faegredrinker.com<br>kaitlin.mackenzie@faegredrinker.com | Email |
| Notice of Appearance/Request for Notices Counsel for Weaver Fundraising, LLC d/b/a Trail's End Popcorn Company | Faegre Drinker Biddle & Reath LLP | Attn: Jay Jaffe<br>600 E. 96th St, Ste 600<br>Indianapolis, IN 46240 | 317-569-4800 | jay.jaffe@faegredrinker.com | Email |
| Notice of Appearance/Request for Notices Counsel for Weaver Fundraising, LLC d/b/a Trail's End Popcorn Company | Faegre Drinker Biddle & Reath LLP | Attn: Patrick A. Johnson<br>222 Delaware Ave, Ste 1410<br>Wilmington, DE 19801-1621 | 302-467-4201 | patrick.jackson@faegredrinker.com | Email |
| Notice of Appearance/Request for Notices Counsel for National Union Fire Insurance Co of PA, AIG | Fineman Krekstein & Harris, PC | Attn: Dierdre M. Richards<br>1300 N King St<br>Wilmington, DE 19801 | 302-394-9228 | drichards@finemanlawfirm.com | Email |
| Notice of Appearance and Request for Notices Counsel for Trennie L. Williams and Kiwayna H. Williams, jointly as Parents, Legal Guardians and Next Friends of T.Q.W., a Minor | Flordia M. Henderson | P.O. Box 30604<br>Memphis, TN 38130-0604 | 901-348-4409 | flordia@fhendersonlaw.net | Email |
| Notice of Appearance/Request for Notices Counsel for Boys Scouts of America San Diego | Foley & Lardner LLP | Attn: Richard J. Bernard<br>90 Park Ave<br>New York, NY 10016 | 212-687-2329 | rbernard@foley.com | Email |
| Notice of Appearance/Request for Notices Counsel for Boys Scouts of America San Diego | Foley & Lardner LLP | Attn: Victor Vilaplana<br>3579 Valley Centre Dr, Ste 300<br>San Diego, CA 92130 | 858-792-6773 | vavilaplana@foley.com | Email |
| Notice of Appearance/Request for Notices Counsel for National Union Fire Insurance Co of PA, AIG | Foran Glennon Planadech Ponzi & Rudloff, P.C. | Attn: Susan N K Gummow<br>Attn: Igor Shleypak<br>222 N LaSalle St, Ste 1400<br>Chicago, IL 60614 | 312-863-5000 | sgummow@fgppr.com<br>ishleypak@fgppr.com | Email |
| Notice of Appearance/Request for Notices Counsel for Old Republic Insurance Company | Fox Swibel Levin & Carroll LLP | Attn: Margaret M. Anderson<br>200 W Madison St, Ste 3000<br>Chicago, IL 60606 | 312-224-1201 | panderson@foxswibel.com | Email |
| Notice of Appearance/Request for Notices Counsel for Future Claimants' Representative | Gilbert LLP | Attn: Kami Quinn<br>Attn: Meredith Neely<br>Attn: Emily Grim<br>Attn: Jasmine Chalashtori<br>700 Pennsylvania Ave, SE Ste 400<br>Washington, DC 20003 | | chalashtorij@gilbertlegal.com<br>quinnk@gilbertlegal.com<br>neelym@gilbertlegal.com<br>grime@gilbertlegal.com | Email |
| Core Parties<br>Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | 855-235-6787 | | Fax |
| Notice of Appearance/Request for Notices Counsel for Certain Claimants | Jacobs & Crumplar, P.A. | Attn: Reann Warner<br>Attn: Thomas C. Crumplar<br>750 Shipyard Dr., Suite 200<br>Wilmington, DE 19801 | 302-656-5875 | raeann@jcdelaw.com<br>tom@jcdelaw.com | Email |
| Notice of Appearance/Request for Notices Counsel to Certain Tort Claimants | James, Vernon & Weeks, P.A. | Attn: Leander L. James<br>Attn: Craig K. Vernon<br>Attn: R. Charlie Beckett<br>1626 Lincoln Wy<br>Coeur d'Alene, ID 83815 | 208-664-1684 | ljames@jvwlaw.net<br>cvernon@jvwlaw.net<br>rbeckett@jvwlaw.net | Email |
| Notice of Appearance/Request for Notices Counsel for Claimant J.M. as party in interest | Janet, Janet & Scuggs, LLC | Attn: Gerald D. Jowers, Jr<br>500 Taylor St, Ste 301<br>Columbia, SC 29201 | 803-727-1059 | gjowers@JJSJustice.com | Email |
| Bank Debt | JPMorgan Chase Bank, NA | Attn: Phil Martin<br>Attn: Louis Strubeck<br>10 S Dearborn St<br>Mail Code Il1-1415<br>Chicago, Il 60603 | | louis.strubeck@nortonrosefulbright.com | Overnight Mail<br>Email |
| Notice of Appearance and Request for Notices Counsel for Chief Seattle Council, Boy Scouts of America | Karr Tuttle Campbell, PS | Attn: Bruce W. Leaverton<br>701 5th Ave, Ste 3300<br>Seattle, WA 98104 | 206-682-7100 | bleaverton@karrtuttle.com | Email |
| Notice of Appearance and Request for Notices Counsel for Buffalo Trail Council, Inc. | Kelly, Morgan, Dennis, Corzine & Hansen, P.C. | Attn: Michael G. Kelly<br>P.O. Box 1311<br>Odessa, TX 79760-1311 | 432-363-9121 | mkelly@kmdfirm.com | Email |
| Notice of Appearance and Request for Notices Counsel to Abuse Victims | Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti<br>919 Market St, Ste 1000<br>Wilmington, DE 19801 | | dpacitti@klehr.com | Email |

**Exhibit A**
Core/2002 Service List
Served as set forth below

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Notice of Appearance and Request for Notices Counsel to Abuse Victims | Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg 1835 Market St, Ste 1400 Philadelphia, PA 19103 | | mbranzburg@klehr.com | Email |
| Notice of Appearance/Request for Notices Counsel for the Official Committee of Unsecured Creditors | Kramer Levin Naftalis & Frankel LLP | Attn: Thomas Moers Mayer Attn: Rachel Ringer Attn: David E. Blabey Jr. Attn: Jennifer R. Sharret Attn: Megan M. Wasson 177 Ave of the Americas New York, NY 10036 | 212-715-8000 | tmayer@kramerlevin.com rringer@kramerlevin.com dblabey@kramerlevin.com jsharret@kramerlevin.com mwasson@kramerlevin.com | Email |
| Notice of Appearance/Request for Notices Counsel for The Church of Jesus Christ of Latter-day Saints | Latham & Watkins LLP | Attn: Adam J. Goldberg 885 3rd Ave New York, NY 10022-4834 | 212-751-4864 | adam.goldberg@lw.com | Email |
| Notice of Appearance/Request for Notices Counsel for The Church of Jesus Christ of Latter-day Saints | Latham & Watkins LLP | Attn: Jeffrey E Bjork Attn: Kimberly A Posin Attn: Nicholas J Messana 355 S Grand Ave, Ste 100 Los Angeles, CA 90071-1560 | 213-891-8763 | jeff.bjork@lw.com kim.posin@lw.com nicholas.messana@lw.com | Email |
| Notice of Appearance and Request for Notices Counsel to Ector CAD | Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker 112 E Pecan St, Ste 2200 San Antonio, TX 78205 | 210-225-6410 | sanantonio.bankruptcy@publicans.com | Email |
| Notice of Appearance/Request for Notices Counsel for Dallas County | Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller 2777 N. Stemmons Fwy, Ste 1000 Dallas, TX 75207 | 469-221-5003 | dallas.bankruptcy@publicans.com | Email |
| Notice of Appearance/Request for Notices Counsel for Houston Liens, Harris County, Cleveland ISD, Montgomery County, Orange County, and Montgomery County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman P.O. Box 3064 Houston, TX 77253-3064 | 713-844-3503 | houston_bankruptcy@publicans.com | Email |
| Notice of Appearance/Request for Notices Counsel for AmTrust North America, Inc. on behalf of Wesco Insurance Company | Maurice Wutscher LLP | Attn: Alan C. Hochheiser 23611 Chagrin Blvd. Suite 207 Beachwood, OH 44123 | 216-472-8510 | ahochheiser@mauricewutscher.com | Email |
| Notice of Appearance/Request for Notices Counsel for The County of Anderson, Texas, The County of Denton, Texas, Harrison Central Appraisal District, The County of Harrison, Texas, The County of Henderson, Texas, Midland Central Appraisal District, The County of Milam, Texas, Terry County Appraisal District And The County of Williamson, Texas | McCreary, Veselka, Bragg & Allen, PC | Attn: Tara LeDay P.O. Box 1269 Round Rock, TX 78680 | 512-323-3205 | tleday@mvbalaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for Allianz Global Risks US Insurance Company | McDermott Will & Emery LLP | Attn: Ryan S. Smethurst Attn: Margaret H. Warner The McDermott Building 500 North Capitol Street, NW Washington, DC 20001-1531 | 202-756-8087 | rsmethurst@mwe.com mwarner@mwe.com | Email |
| Notice of Appearance and Request for Notices Counsel to Stryker Medical | Miller, Canfield, Paddock and Stone, P.L.C. | Attn: Danielle Mason Anderson 277 S Rose St, Ste 5000 Kalamazoo, MI 49007 | 269-382-0244 | andersond@millercanfield.com | Email |
| Notice of Appearance/Request for Notices Counsel for Liberty Mutual Insurance Company | Mintz, Levin, Cohn, Ferris, Glovsky And Popeo, P.C. | Attn: Kim V. Markand Attn: Nancy D. Adams Attn: Laura Bange Stephens One Financial Ctr Boston, MA 02111 | 617-542- 2241 | kmarrkand@mintz.com ndadams@mintz.com lbstephens@mintz.com | Email |
| Notice of Appearance/Request for Notices Counsel for Sun Life Assurance Company of Canada | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Kate P Foley 1800 W Park Dr, Ste 400 Westborough, MA 01581 | 508-898-1502 | kfoley@mirickoconnell.com | Email |
| Notice of Appearance/Request for Notices Counsel for Sun Life Assurance Company of Canada | Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Paul W Carey 100 Front St Worcester, MA 01608 | 508-791-8502 | pcarey@mirickoconnell.com | Email |
| Notice of Appearance/Request for Notices Counsel for Missouri Department of Revenue | Missouri Department of Revenue | Bankruptcy Unit Attn: Steven A. Ginther PO Box 475 Jefferson City, MO 65105-0475 | 573-751-7232 | deecf@dor.mo.gov | Email |
| Notice of Appearance/Request for Notices Counsel for Waste Management | Monzack Mersky McLaughlin & Browder, PA | Attn: Brian McLaughlin Attn: Rachel Mersky 1201 N Orange St, Ste 400 Wilmington, DE 19801 | 302-656-2769 | bmclaughlin@monlaw.com rmersky@monlaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for Pearson Education, Inc. and NCS Pearson, Inc. | Morris James LLP | Attn: Jeffrey R. Waxman Attn: Eric J. Monso 500 Delaware Ave, Ste 1500 P.O. Box 2306 Wilmington, DE 19899-2306 | 302-571-1750 | jwaxman@morrisjames.com emonzo@morrisjames.com | Email |
| Notice of Appearance/Request for Notices Counsel for Old Republic Insurance Company | Morris James LLP | Attn: Brett D. Fallon Attn: Brya M. Keilson 500 Delaware Ave, Ste 1500 P.O. Box 2306 Wilmington, DE 19899-2306 | 302-571-1750 | bfallon@morrisjames.com bkeilson@morrisjames.com | Email |
| Core Parties Counsel for Debtor | Morris, Nichols, Arsht & Tunnell | Attn: Derek C. Abbott Attn: Joseph Charles Barsalona II Attn: Eric Moats Attn: Andrew R. Remming Attn: Paige N. Topper 1201 N. Market Street P.O. Box 1347 Wilmington, DE, 19899 | 302-658-7036 | dabbott@mnat.com jbarsalona@mnat.com emoats@mnat.com aremming@mnat.com ptopper@mnat.com | Email |
| Notice of Appearance/Request for Notices Counsel for Jack Doe, Creditor and Defendant in Adversary Case | Nagel Rice LLP | Attn: Bradley L Rice 103 Eisenhower Pkwy Roseland, NJ 07068 | 973-618-9194 | brice@nagelrice.com | Email |
| Notice of Appearance/Request for Notices Counsel for Ventura County Council of BSA | Nelson Comis Kettle & Kinney, LLP | Attn: William E. Winfield 300 E Esplande Dr, Ste 1170 Oxnard, CA 93036 | 805-604- 4150 | wwinfield@calattys.com | Email |

**Exhibit A**
**Core/2002 Service List**
**Served as set forth below**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Notice of Appearance/Request for Notices Counsel for Allianz Global Risks US Insurance Company | Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew S. Sorem 10 S. Wacker Dr., 21st Floor Chicago, IL 60606 | 312-585-1401 | msorem@nicolaidesllp.com | Email |
| Notice of Appearance/Request for Notices Counsel for JPMorgan Chase Bank, National Association | Norton Rose Fulbright Us LLP | Attn: Louis R. Strubeck, Jr. 1301 Ave of the Americas New York, NY 10019-6022 | | louis.strubeck@nortonrosefulbright.com | Email |
| Notice of Appearance/Request for Notices Counsel for JPMorgan Chase Bank, National Association | Norton Rose Fulbright Us LLP | Attn: Louis R. Strubeck, Jr Attn: Kristian W. Gluck Attn: Ryan E. Manns 2200 Ross Avenue, Suite 3600 Dallas, TX 75201-7933 | 214-855-8200 | louis.strubeck@nortonrosefulbright.com kristian.gluck@nortonrosefulbright.com ryan.manns@nortonrosefulbright.com | Email |
| Notice of Appearance/Request for Notices Counsel for the Texas Workforce Commission | Office of the Attorney General | Attn: Christopher S. Murphy Attn: Sherri K. Simpson Bankruptcy & Collections Division P.O. Box 12548 Austin, TX 78711-2548 | 512-936- 1409 | christopher.murphy@oag.texas.gov sherri.simpson@oag.texas.gov | Email |
| Core Parties Office of the United States Trustee | Office of the United States Trustee | Attn: David L. Buchbinder Attn: Hannah Mufson McCollum 844 King St, Suite 2207 Lockbox 35 Wilmington, DE 19801 | 302-573-6497 | david.l.buchbinder@usdoj.gov hannah.mccollum@usdoj.gov | Email |
| Notice of Appearance/Request for Notices Counsel to the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones LLP | Attn: James I. Stang Attn: Linda F. Cantor 10100 Santa Monica Blvd, 13th Fl Los Angeles, CA 90067-4003 | 302-652-4400 | jstang@pszjlaw.com lcantor@pszjlaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones LLP | Attn: Robert Orgel Attn: James O'Neill Attn: John Lucas Attn: Ilan Scharf 919 N Market St.,17th Floor P.O. Box 8705 Wilmington, DE 19899-8705 | 302-652-4400 | rorgel@pszjlaw.com joneill@pszjlaw.com jlucas@pszjlaw.com ischarf@pszjlaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for the Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Patricia Kelly, CFO Attn: Cassandra Burton, Attorney Attn: Craig Fessenden 1200 K St NW Washington, DC 20005 | 202-326-4112 | kelly.patricia@pbgc.Gov burton.cassandra@pbgc.gov fessenden.craig@pbgc.gov | Email |
| Notice of Appearance/Request for Notices Counsel for Various Tort Claimants | Pfau Cochran Vertetis Amala PLLC | Attn: Michael T. Pfau Attn: Jason P. Amala Attn: Vincent T. Nappo 403 Columbia Street, Suite 500 Seattle, WA 98104 | 206-623-3624 | michael@pcvalaw.com jason@pcvalaw.com vnappo@pcvalaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for Pearsons Education, Inc. and NSC Pearsons, Inc. | Phillips Lytle LLP | Attn: Angela Z Miller One Canalside, 125 Main St Buffalo, NY 14203, | 716-852-6100 | amiller@phillipslytle.com | Email |
| ENR | Raul Diaz | | | rauldiaz2503@gmail.com | Email |
| Notice of Appearance/Request for Notices Counsel to the Official Committee of Unsecured Creditors | Reed Smith LLP | Attn: Kurt F. Gwynne Attn: Katelin A. Morales 120 N Market St, Ste 1500 Wilmington, DE 19801 | 302-778-7575 | kgwynne@reedsmith.com kmorales@reedsmith.com | Email |
| Notice of Appearance/Request for Notices Counsel for The Church of Jesus Christ of Latter-day Saints | Richards, Layton & Finger, PA | Attn: Michael Merchant Attn: Brett Haywood One Rodney Square 920 N King St Wilmington, DE 19801 | 302-651-7701 | merchant@rlf.com haywood@rlf.com | Email |
| *NOA - Counsel for Courtney and Stephen Knight, Jointly as the Surviving Parents of E.J.K., a Minor Child | Schnader Harrison Segal & Lewis LLP | Attn: Richard A. Barkasy, Esq. Attn: Kristi J. Doughty, Esq. | 302-888-1696 | rbarkasy@schnader.com kdoughty@schnader.co | Email |
| Notice of Appearance/Request for Notices Counsel for Liberty Mutual Insurance Company | Seitz, Van Ogtrop & Green, P.A. | Attn: R. Karl Hill 222 Delaware Ave, Ste 1500 Wilmington, DE 19801 | 302-888- 0606 | khill@svglaw.com | Email |
| Notice of Appearance/Request for Notices Sequoia Council of Boy Scouts, Inc. | Sequoia Council of Boy Scouts, Inc. | Attn: Michael Marchese 6005 N. Tamera Avenue Fresno, CA 93711 | | michael.marchese@scouting.org | Email |
| Notice of Appearance/Request for Notices Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company | Shipman & Goodwin LLP | Attn: James P. Ruggeri Attn: Joshua D. Weinberg Attn: Michele Backus Konigsberg Attn: Abigail W. Williams 1875 K St NW, Ste 600 Washington, DC 20006-1251 | 202-469-7751 | jruggeri@goodwin.com jweinberg@goodwin.com mkonigsberg@goodwin.com awilliams@goodwin.com | Email |
| Notice of Appearance/Request for Notices Counsel for Hartford Accident and Indemnity Company, First State Insurance Company, and Twin City Fire Insurance Company | Shipman & Goodwin LLP | Attn: Eric S. Goldstein One Constitution Plaza Hartford, CT 06103-1919 | 860-251-5218 | egoldstein@goodwin.com bankruptcy@goodwin.com bankruptcyparalegal@goodwin.com | Email |
| Core Parties Counsel for Debtor | Sidley Austin LLP | Attn: Blair Warner Attn: Matthew Evan Linder Attn: Thomas A. Labuda, Jr. Attn: Karim Basaria One South Dearborn Street Chicago, IL 60603 | 312-853-7036 | blair.warner@sidley.com mlinder@sidley.com tlabuda@sidley.com kbasaria@sidley.com | Email |
| Core Parties Counsel for Debtor | Sidley Austin LLP | Attn: Jessica C. Boelter 787 Seventh Avenue New York, NY 10019 | 212-839-5599 | jboelter@sidley.com | Email |
| Notice of Appearance/Request for Notices Counsel for Century Indemnity Company, as successor to CCI Insurance Company | Stamoulis & Weinblatt LLC | Stamoulis & Weinblatt LLC Attn: Stamatios Stamoulis Attn: Richard Weinblatt 800 N West St, Ste 800 Wilmington, DE 19801 | | stamoulis@swdelaw.com weinblatt@swdelaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for R.L. and C.L., Plaintiffs in State Court action pending in the Superior Court of New Jersey, Essex County | Stark & Stark, PC | Attn: Joseph H Lemkin P.O. Box 5315 Princeton, NJ 08543 | 609-896-0629 | jlemkin@stark-stark.com | Email |

**Exhibit A**
**Core/2002 Service List**
**Served as set forth below**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Notice of Appearance and Request for Notices Counsel to Eric Pai, as administrator of the Estate of J. Pai | Sullivan Hazeltine Allinson LLC | Attn: William D. Sullivan 919 N Market St, Ste 420 Wilmington, DE 19801 | 302-428-8195 | bsullivan@sha-llc.com | Email |
| Notice of Appearance/Request for Notices Authorized Agent for Synchrony Bank | Synchrony Bank | c/o PRA Receivables Management, LLC Attn: Valerie Smith P.O. Box 41021 Norfolk, VA 23541 | 757-351-3257 | claims@recoverycorp.com | Email |
| Bonds | The County Commission Of Fayette County | Attn: President P.O. Box 307 Fayetteville, WV 25840 | | | Overnight Mail |
| Bonds | The County Commission Of Fayette County | c/o Steptoe & Johnson Pllc Attn: John Stump, Esq. Chase Tower - Eighth Fl 707 Virginia St E. Charleston, WV 25301 | | | Overnight Mail |
| Notice of Appearance and Request for Notices Counsel for Nichole Erickson and Mason Gordon, a minor by his mother Nichole Erickson | The Law Office of James Tobia, LLC | Attn: James Tobia 1716 Wawaset St Wilmington, DE 19806 | 302-656-8053 | jtobia@tobialaw.com | Email |
| Notice of Appearance and Request for Notices Counsel for Arrowood Indemnity Company | The Law Offices of Joyce, LLC | Attn: Michael J. Joyce 1225 King St. Suite 800 Wilmington, DE 19801 | | mjoyce@mjlawoffices.com | Email |
| Notice of Appearance and Request for Notices Counsel for Certain Claimants | The Neuberger Firm | Attn: Thomas S. Neuberger Attn: Stephen J. Neuberger 17 Harlech Dr. Wilmington, DE 19807 | 302-655-0582 | tsn@neubergerlaw.com sjn@neubergerlaw.com | Email |
| Notice of Appearance and Request for Notices Counsel for The Waite and Genevieve Phillips Foundation | The Powell Firm, LLC | Attn: Jason C. Powell Attn: Thomas Reichert 1201 N Orange St, Ste 500 P.O. Box 289 Wilmington, DE 19899 | | jpowell@delawarefirm.com treichert@delawarefirm.com | Email |
| Notice of Appearance and Request for Notices Counsel for Certain Claimants | Thomas Law Office, PLLC | Attn: Tad Thomas Attn: Louis C. Schneider 9418 Norton Commons Blvd, Ste 200 Louisville, KY 40059 | 877-955-7002 | tad@thomaslawoffices.com lou.schneider@thomaslawoffices.com | Email |
| Notice of Appearance and Request for Notices Tennessee Attorney General's Office | TN Dept of Labor - Bureau of Unemployment Insurance | c/o TN Attorney General's Office, Bankruptcy Division Attn: Laura L. McCloud PO Box 20207 Nashville, Tennessee 37202-0207 | 615-741-3334 | AGBankDelaware@ag.tn.gov | Email |
| Notice of Appearance/Request for Notices Counsel for Jane Doe, Party in Interest | Tremont Sheldon Robinson Mahoney PC | Attn: Cindy Robinson Attn: Doug Mahoney 64 Lyon Ter Bridgeport, CT 06604 | 203-366-8503 | crobinson@tremontsheldon.com dmahoney@tremontsheldon.com | Email |
| Notice of Appearance and Request for Notices Counsel for the National Surety Corporation & Allianz Global Risks US Insurance Company | Troutman Pepper Hamilton Sanders LLP | Attn: David M. Fournier Attn: Marcy J. McLaughlin Smith 1313 Market St, Ste 5100 P.O. Box 1709 Wilmington, DE 19899-1709 | 302-421-8390 | david.fournier@troutman.com marcy.smith@troutman.com | Email |
| Notice of Appearance and Request for Notices Counsel for the National Surety Corporation & Allianz Global Risks US Insurance Company | Troutman Pepper Hamilton Sanders LLP | Attn: Harris B. Winsberg Attn: Matthew G. Roberts 600 Peachtree St NE, Ste 3000 Atlanta, GA 30308 | 404-885-3900 | harris.winsberg@troutman.com matthew.roberts2@troutman.com | Email |
| Notice of Appearance and Request for Notices Counsel to American Zurich Insurance Company | Tybout, Redfearn & Pell | Attn: Seth J. Reidenberg 750 Shipyard Dr, Ste 400 P.O. Box 2092 Wilmington, DE 19899-2092 | 302-658-4018 | sreidenberg@trplaw.com | Email |
| Core Parties | United States Dept Of Justice | 950 Pennsylvania Ave, Nw Room 2242 Washington, DC 20530-0001 | | | Overnight Mail |
| Core Parties | US Attorney For Delaware | Attn: David C Weiss 1007 Orange St, Ste 700 P.O. Box 2046 Wilmington, DE 19899-2046 | 302-573-6220 | usade.ecfbankruptcy@usdoj.gov | Email |
| Core Parties Counsel for Ad Hoc Committee of Local Councils of the Boy Scouts of America | Wachtell, Lipton, Rosen & Katz | Attn: Richard Mason Attn: Douglas Mayer Attn: Joseph C. Celentino 51 W 52nd St New York, NY 10019 | 212-403-2252 | rgmason@wlrk.com dkmayer@wlrk.com jccelentino@wlrk.com | Email |
| Notice of Appearance/Request for Notices Counsel for Sequoia Council of Boy Scouts, Inc. | Wanger Jones Helsley, PC | Attn: Riley C. Walter 265 E. River Park Circle, Suite 310 Fresno, CA 93720 | | rwalter@wjhattorneys.com | Email |
| Notice of Appearance and Request for Notices Counsel for East Carolina Council BSA, Inc. | Ward and Smith, P.A. | Attn: Paul A Fanning P.O. Box 8088 Greenville, NC 27835-8088 | 252-215-4077 | paf@wardandsmith.com | Email |
| Notice of Appearance/Request for Notices Counsel for Baltimore Area Council Boy Scouts of America, Inc. | Whiteford Taylor & Preston LLC | Attn: Richard W. Riley The Renaissance Centre 405 North King Street, Suite 500 Wilmington, Delaware 19801 | | rriley@wtplaw.com | Email |
| Notice of Appearance/Request for Notices Counsel for Baltimore Area Council Boy Scouts of America, Inc. | Whiteford Taylor & Preston LLP | Attn: Todd M. Brooks Seven Saint Paul Street, 15th Floor Baltimore, Maryland 21202-1626 | | tbrooks@wtplaw.com | Email |
| Notice of Appearance and Request for Notices Counsel for the Columbia Casualty Company and The Continental Insurance Company | Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Craig Goldblatt 1875 Pennsylvania Ave NW Washington, DC 20006 | 202-663-6363 | craig.goldblatt@wilmerhale.com | Email |
| Notice of Appearance and Request for Notices Counsel for JPMorgan Chase Bank, National Association | Womble Bond Dickinson (US) LLP | Attn: Matthew Ward Attn: Morgan Patterson 1313 N Market St, Ste 1200 Wilmington, DE 19801 | 302-252-4330 | matthew.ward@wbd-us.com morgan.patterson@wbd-us.com | Email |

**Exhibit A**
**Core/2002 Service List**
**Served as set forth below**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Core Parties<br>Counsel for Prepetition Future Claimants' Representative | Young Conaway Stargatt & Taylor | Attn: James L. Patton, Jr<br>Attn: Robert Brady<br>Attn: Edwin Harron<br>Rodney Square<br>1000 N King St<br>Wilmington, DE 19801 | 302-576-3325 | jpatton@ycst.com<br>rbrady@ycst.com<br>eharron@ycst.com | Email |

## EXHIBIT B

**Exhibit B**
**Additional Parties Service List**
**Served as set forth below**

| Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|
| 1-800-LAW-HELP | | | info@1800lawhelp.com | Email |
| Abused in Scouting | 1634 Spruce Street<br>Philadelphia, PA 19103<br><br>3667 Voltaire Street<br>San Diego, CA 92106<br><br>1321 Upland Drive PMB 4685<br>Houston, TX 77043 | 215-546-0118<br>619-374-2705<br>206-837-9690 | support@ava.law<br>andrewvanarsdale@gmail.com<br>info@erlegal.com<br>ken@erlegal.com<br>josh@erlegal.com<br>stewart@erlegal.com<br>Tim@Kosnoff.Com | Overnight Mail<br>Fax<br>Email |
| All Survivors Advocates | 133 W. Main St.<br>Norristown, PA 19401 | | | Overnight Mail |
| AVA Law Group (AIS) | 3667 Voltaire Street<br>San Diego, CA 92106 | 619-374-2705 | support@ava.law<br>andrewvanarsdale@gmail.com<br>andrew.vanarsdale@gmail.com | Overnight Mail<br>Fax<br>Email |
| Greg Jones Law (Scout Abuse Helpline) | 1213 Culbreth Drive<br>Wilmington NC 28405<br><br>1319 Military Cutoff Road<br>Suite CC, #138<br>Wilmington, NC 28405 | | greg@gregjoneslaw.com | Overnight Mail<br>Email |
| Herman Law | 434 W 33rd St<br>New York, NY 10001<br><br>Herman Law<br>Boca Raton Office<br>1800 N. Military Trail<br>Suite 160<br>Boca Raton, FL 33431 | | jherman@hermanlaw.com | Overnight Mail<br>Email |
| Junell & Associates Law Firm, PLLC | 3737 Buffalo Speedway,<br>Suite 1850<br>Houston, Texas 77098 | 832-787-1027 | info@junell-law.com | Overnight Mail<br>Fax<br>Email |
| Law Office of Cohen & Jaffe | 2001 Marcus Avenue, W295<br>New Hyde Park, NY 11042 | 516-358-6903 | cohenandjaffellp@gmail.com | Overnight Mail<br>Fax<br>Email |
| Morelli Law Firm | 777 Third Avenue<br>31st Floor<br>New York, NY 10017 | 212-751-0046 | info@morellilaw.com<br>bpmorelli@morellilaw.com<br>dratner@morellilaw.com | Overnight Mail<br>Fax<br>Email |
| Morgan & Morgan Attorneys | 20 North Orange Ave, Suite 1600<br>Orlando, FL 32801 | 407-839-4428 | info@forthepeople.com<br>jsternberger@forthepeople.com | Overnight Mail<br>Fax<br>Email |
| Napoli Shkolnik PLLC | 360 Lexington Avenue<br>11th Floor<br>New York, NY 10017 | | info@napolilaw.com<br>JNapoli@napolilaw.com<br>Hunter@NSPRLaw.com | Overnight Mail<br>Email |
| Parker Waichman LLP | 59 Maiden Lane 6th Floor<br>New York, NY 10038<br><br>300 Cadman Plaza West<br>One Pierrepont Plaza, 12th Floor<br>Brooklyn, NY 11201<br><br>118-35 Queens Boulevard, Suite 400<br>Forest Hills, NY 11375<br><br>6 Harbor Park Drive<br>Port Washington, NY 11050<br><br>80 Main Street, Suite 265<br>West Orange, NJ 07052<br><br>27299 Riverview Center Boulevard, Suite 108<br>Bonita Springs, FL 34134 | | | Overnight Mail |
| Pintas & Mullins Law Firm | 368 W Huron St, Suite 100<br>Chicago, IL 60654 | | questions@pintas.com<br>bill@pintas.com | Overnight Mail<br>Email |
| Sexual Abuse Survivor Legal Helpline/Edelson PC | 350 North LaSalle Street, 14th Floor<br>Chicago, Illinois 60654<br><br>123 Townsend Street<br>San Francisco, California 94107<br><br>1051 Mangrove Ave<br>Chico, California 95926 | 312-589-6378 | press@edelson.com<br>cdore@edelson.com | Overnight Mail<br>Fax<br>Email |

**Exhibit B**
**Additional Parties Service List**
**Served as set forth below**

| Name | Address | Fax | Email | Method of Service |
|------|---------|-----|-------|-------------------|
| Sheldon Law Group | 10788 Civic Center Dr<br>Rancho Cucamonga, CA 91730-7618<br><br>1400 Old Country Road<br>Westbury, NY 11590 | | | Overnight Mail |
| Slater, Slater & Schulman Attorneys | 488 Madison Ave 20th floor<br>New York, NY 10022 | 212-922-0907 | jslater@sssfirm.com<br>aslater@sssfirm.com<br>jschulman@sssfirm.com<br>bsateam@sssfirm.com | Overnight Mail<br>Fax<br>Email |