IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Ref. Docket No. 1164, 1165 & 1166**<br><br>**Objection Deadline:**<br>September 2, 2020 at 4:00 p.m.<br>**Hearing Date:**<br>September 9, 2020 at 10:00 a.m. |

**JOINDER BY AGRICULTURAL INSURANCE COMPANY TO CENTURY AND HARTFORD'S MOTION TO COMPEL THE ATTORNEYS REPRESENTING THE ENTITY CALLING ITSELF THE "COALITION" TO SUBMIT THE DISCLOSURES REQUIRED BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Agricultural Insurance Company ("Agricultural"), by and through undersigned counsel, hereby submits the following joinder (the "Joinder") in support of *Century and Hartford's Motion to Compel the Attorneys Representing the Entity Calling Itself the "Coalition" to Submit the Disclosures Required by Federal Rule of Bankruptcy Procedure 2019* [D.I. No. 1164] (the "Motion to Compel") and states as follows:

On August 26, 2020, Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company (collectively, "Hartford") and Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company (collectively,

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

õCenturyö) filed the Motion to Compel.  Agricultural hereby joins in the Motion to Compel and relief sought by Hartford and Century in the Motion to Compel.

## CONCLUSION

WHEREFORE, Agricultural respectfully requests that the Court enter an order (i) granting the relief requested in the Motion to Compel and this Joinder, and (ii) granting such other and further relief as is just and proper.

Date:  September 2, 2020

BODELL BOVÉ, LLC

By: /s/ Bruce W. McCullough
Bruce W. McCullough (Del. ID 3112)
1225 N. King Street, Suite 1000
P.O. Box 397
Wilmington, DE 19899-0397
Telephone: 302-655-6749
Facsimile: 302-655-6827
Email: bmccullough@bodellbove.com

- and -

CLYDE & CO US LLP
Bruce D. Celebrezze (*pro hac vice*)
Taylor Meehan (*pro hac vice*)
Four Embarcadero Center, Suite 1350
San Francisco, California 94111
Telephone:  (415) 365-9800
Facsimile:  (415) 365-9801
Email:    bruce.celebrezze@clydeco.us
           taylor.meehan@clydeco.us

*Attorneys for Agricultural Insurance Company*