**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>                  Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

**CERTIFICATE OF SERVICE**

I, BRUCE W. McCULLOUGH, hereby certify that on this date a copy of the foregoing Joinder by Agricultural Insurance Company to Century and Hartford's Motion to Compel the Attorneys Representing the Entity Calling Itself the "Coalition" to Submit the Disclosures Required by Federal Rule of Bankruptcy Procedure 2019 was served via CM/ECF on the following:

Derek C. Abbott, Esquire
Andrew R. Remming, Esquire
Joseph C. Barsalona , Esquire
Paige N. Topper, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347

All attorneys through CM/ECF

/s/ Bruce W. McCullough
Bruce W. McCullough (Del. ID 3112)

Dated: September 2, 2020