IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2020 SEP -2  AM 10: 28

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re: | |
|---|---|
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC | Chapter 11 |
| | Case No. 20-10343 (LSS) |
| Debtors.[1] | (Jointly Administered) |

**OBJECTION TO MOTION OF THE COALITION OF ABUSED SCOUTS FOR JUSTICE FOR AN ORDER (I) AUTHORIZING THE COALITION TO FILE UNDER SEAL EXHIBIT A TO THE AMENDED 2019 STATEMENT AND (II) APPROVING THE SUFFICIENCY OF THE AMENDED 2019 STATEMENT**

I am a a Sexual Abuse Survivor, as defined in the Bar Date Order[2]. I submitted a claim in the prescribed form, electing to keep it confidential, and it was received and acknowledged by the noticing agent on or about August 18th, claim number SA-242.

I am also a parent of four children registered in Boy Scouts of America programs, and have a parental duty to ensure that the Boy Scouts of America is free to, and does, finish its fiduciary duty of allowing them to complete the program of advancement, learning, and development that they have started.

I am not represented by counsel.

I have had an opportunity to review the *Motion of the Coalition of Abused Scouts for Justice for an Order (I) Authorizing the Coalition to File Under Seal Exhibit A to the Amended 2019 Statement and (II) Approving the Sufficiency of the Amended 2019 Statement* [D.I.1144]. I object to it.

As I understand it, the Coalition is asking for permission to file Exhibit A to the Amended 2019 Statement under seal, and for certain details to be redacted from any portion that is made public. That request by itself may be reasonable.

However, the Coalition is also asking "that the Confidential Information remain under seal" and for a declaration that "the form of Amended 2019 Statement filed at D.I. 1106 satisfies the requirements of and is sufficient under the Bankruptcy Rules". I am concerned that the Coalition's proposed order will prejudice other parties and the general public, and will do injustice.

---

1  The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

2  All references herein to the "Bar Date Order" are to the *Order, Pursuant To 11 U.S.C. § 502(B)(9), Bankruptcy Rules 2002 And 3003(C)(3), and Local Rules 2002-1(E), 3001-1, and 3003-1, (I) Establishing Deadlines for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, (III) Approving Procedures for Providing Notice of Bar Date and Other Important Information to Abuse Survivors, and (IV) Approving Confidentiality Procedures for Abuse Survivors* [D.I. 695], entered by the United States Bankruptcy Court for the District of Delaware (the "Court") on May 26, 2020.

By its own motions before this Court, the Coalition represents more than 12,000 alleged survivors (*Motion* page 8), up from more than 10,000 alleged survivors at the end of July (*Verified Statement of Coalition of Abused Scouts for Justice*, D.I. 1053, page 1). However, the Coalition and other potential counsel have been running TV and Internet advertisements which, among other things, promise that claimants may remain "anonymous", while the Bar Date Order provides only that certain information "will be kept private." (D.I. 695-3, referenced from *Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and ¶27 of the Bar date Order for Entry of an Order...*, D.I. 1145)  I myself have seen dozens of Facebook ads and a few online ads on other sites which omit many details relevant to the case and do not reference the Bar Date Order or the case docket.

Accordingly, exemplars of the Coalition's retention agreements and other correspondence with its members are of vital interest to other claimants, to the debtors, and to the general public.

The proposed Order might also be read to relieve the Coalition from submitting a Proof of Claim on behalf of each of its members, in the form prescribed by this Court. I would encourage the Court to make it clear that a separate Proof of Claim form must be submitted for every claimant, and that the form as submitted (to "BSA Abuse Claims Processing", c/o Omni Agent Solutions) must identify the claimant by his (or her) actual legal name, not merely a pseudonym, and must also list any former names or aliases by which the claimant has been known.

The Coalition's offered public list of current claimant locations, and confidential list of claimant locations when abused, is insufficient as evidence of millions of dollars worth of liability, and almost useless as a guide to future public policy.

WILL BE FILED WITH THE COURT, AND SERVED UPON COUNSEL FOR THE COALITION

| *Date:* August 25th, 2020 | *Signed:* _____<br>David Lee Lambert<br>1023 S Holmes St<br>Lansing, MI 48912<br>*(cell)* 586-873-8813<br>E-mail:  davidl@lmert.com |
|---|---|