# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2020, the *Future Claimants' Representative's Objection to Motions for Relief From the Automatic Stay Brought by Marco Romero, Jr. and Audrey Romero, Margaret Henderson, as Personal Representative of the Estate of N.G.H., Deceased, and Debtors With Respect to Lianfen Qian* was caused to be served as indicated upon the parties identified on the attached service list.

Dated: September 2, 2020          YOUNG CONAWAY STARGATT & TAYLOR, LLP

　　　　　　　　　　　　　　　　　*/s/ Sharon M. Zieg*
　　　　　　　　　　　　　　　　Sharon M. Zieg (No. 4196)
　　　　　　　　　　　　　　　　Rodney Square
　　　　　　　　　　　　　　　　1000 North King Street
　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　Telephone: (302) 571-6600
　　　　　　　　　　　　　　　　Facsimile: (302) 571-1253
　　　　　　　　　　　　　　　　Email: szieg@ycst.com

　　　　　　　　　　　　　　　　*Counsel to the Future Claimants' Representative*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

26991325.1

**Boy Scouts of America and Delaware BSA, LLC**
**Service List (All Parties Served Via Email Unless Otherwise Noted)**

| | |
|---|---|
| Derek C. Abbott, Andrew R. Remming, Joseph C. Barsalona II, Eric W. Moats, and Paige N. Topper<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street, 16th Floor<br>Wilmington, DE 19801<br>dabbott@mnat.com<br>barsalona@mnat.com<br>emoats@mnat.com<br>aremming@mnat.com<br>ptopper@mnat.com | Thomas A. Labuda<br>Michael C. Andolina<br>Matthew E. Linder<br>Blair Warner<br>Karim Basaria<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>mlinder@sidley.com<br>tlabuda@sidley.com<br>mandolina@sidley.com<br>blair.warner@sidley.com<br>kbasaria@sidley.com |
| Jessica C. K. Boelter<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>jboelter@sidley.com | Office of the United States Trustee<br>Attn: David L. Buchbinder and Hannah M. McCollum<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>david.l.buchbinder@usdoj.gov |
| Cassandra Burton<br>Pension Benefit Guaranty Corporation<br>Office of the General Counsel<br>1200 K Street, N.W.<br>Washington, D.C. 20005-4026<br>burton.cassandra@pbgc.gov | Paul W. Carey<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608<br>pcarey@mirickoconnell.com |
| Kate P. Foley<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>1800 West Park Drive, Suite 400<br>Westborough, MA 01581<br>kfoley@mirickoconnell.com | Jeffrey E. Bjork<br>Kimberly A. Posin<br>Nicholas J. Messana<br>Latham & Watkins LLP<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071-1560<br>jeff.bjork@lw.com<br>kim.posin@lw.com<br>nicholas.messana@lw.com |

**Boy Scouts of America and Delaware BSA, LLC**
**Service List (All Parties Served Via Email Unless Otherwise Noted)**

| | |
|---|---|
| Adam J. Goldberg<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022-4834<br>adam.goldberg@lw.com | Michael J. Merchant and Brett M. Haywood<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>merchant@rlf.com<br>haywood@rlf.com |
| Eric Lopez Schnabel<br>Alessandra Glorioso<br>Dorsey & Whitney (Delaware) LLP<br>300 Delaware Avenue, Suite 1010<br>Wilmington, DE 19801<br>schnabel.eric@dorsey.com<br>glorioso.alessandra@dorsey.com | Bruce R. Ewing<br>Eric Lopez Schnabel<br>Dorsey & Whitney LLP<br>51 West 52nd Street<br>New York, NY 10019<br>ewing.bruce@dorsey.com |
| Brett D. Fallon<br>Brya M. Keilson<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>bfallon@morrisjames.com<br>bkeilson@morrisjames.com | Margaret M. Anderson<br>Fox Swibel Levin & Carroll LLP<br>200 W. Madison Street, Suite 3000<br>Chicago, IL 60606<br>panderson@foxswibel.com |
| Riley C. Walter<br>Wanger Jones Helsley, PC<br>265 E. River Park Circle, Suite 310<br>Fresno, CA 93720<br>rwalter@wjhattorneys.com | Jan T. Perkins<br>Baker Manock & Jensen, PC<br>5260 North Palm Avenue, Suite 421<br>Fresno, CA 93704<br>jperkins@bakermanock.com |
| Michael Marchese<br>Sequoia Council of BoyScouts, Inc.<br>6005 N. Tamera Avenue<br>Fresno, CA 93711<br>michael.marchese@scouting.org | Louis R. Strubeck, Jr.<br>Kristian W. Gluck<br>Ryan E. Manns<br>Norton Rose Fulbright US LLP<br>2200 Ross Avenue, Suite 3600<br>Dallas, TX 75201-7932<br>louis.strubeck@nortonrosefulbright.com<br>kristian.gluck@nortonrosefulbright.com<br>ryan.manns@nortonrosefulbright.com |

# Boy Scouts of America and Delaware BSA, LLC
## Service List (All Parties Served Via Email Unless Otherwise Noted)

Matthew P. Ward
Morgan L. Patterson
Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
matthew.ward@wbd-us.com
morgan.patterson@wbd-us.com

Synchrony Bank
c/o PRA Receivables Management, LLC
Attn: Valerie Smith
P.O. Box 41021
Norfolk, VA 23541
claims@recoverycorp.com

John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064
houston_bankruptcy@publicans.com

Eric S. Goldstein
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
egoldstein@goodwin.com
bankruptcy@goodwin.com
bankruptcyparalegal@goodwin.com

David M. Fournier
Marcy J. McLaughlin Smith
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19801
david.fournier@troutman.com
marcy.smith@troutman.com

Harris B. Winsberg
Troutman Pepper Hamilton Sanders LLP
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
harris.winsberg@troutman.com

Matthew G. Roberts
Troutman Pepper Hamilton Sanders LLP
600 Peachtree St. NE, Suite 3000
Atlanta, GA 30308
matthew.roberts2@troutman.com

Todd C. Jacobs
Bradley Riley Jacobs PC
320 W. Ohio Street, Suite 3W
Chicago, IL 60654
tjacobs@bradleyriley.com

Jason P. Hood
Davies Hood PLLC
22 North Front Street, Suite 620
Memphis, TN 38103-2100
Jason.Hood@davieshood.com

Daniel W. Van Horn
Butler Snow LLP
P.O. Box 171443
Memphis, TN 38187-1443
Danny.VanHorn@butlersnow.com

Craig T. Fessenden
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
fessenden.craig@pbgc.gov

Raeann Warner
Thomas C. Crumplar
Jacobs & Crumplar, P.A.
750 Shipyard Drive, Suite 200
Wilmington, DE 19801
Raeann@jcdelaw.com
tom@jcdelaw.com

**Boy Scouts of America and Delaware BSA, LLC**
**Service List (All Parties Served Via Email Unless Otherwise Noted)**

Thomas S. Neuberger
Stephen J. Neuberger
The Neuberger Firm
17 Harlech Drive
Wilmington, DE 19807
tsn@neubergerlaw.com
sjn@neubergerlaw.com

Bruce W. Leaverton
Karr Tuttle Campbell, P.S.
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
bleaverton@karrtuttle.com

Richard J. Bernard
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016
rbernard@foley.com

**FIRST CLASS MAIL**
John A. Vos
1430 Lincoln Avenue
San Rafael, CA 94901

Jay Jaffe
Faegre Drinker Biddle & Reath LLP
600 E. 96th Street, Suite 600
Indianapolis, IN 46240
jay.jaffe@faegredrinker.com

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207
dallas.bankruptcy@publicans.com

Missouri Department of Revenue
Bankruptcy Unit
Attn: Steven A. Ginther
P.O. Box 475
Jefferson City, MO 65105-0475
deecf@dor.mo.gov

Victor Vilaplana
Foley & Lardner LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
vavilaplana@foley.com

Patrick A. Jackson
Kaitlin W. MacKenzie
Faegre Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
kaitlin.mackenzie@faegredrinker.com
patrick.jackson@faegredrinker.com

Deb Secrest
Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121
ra-li-ucts-bankrupt@state.pa.us

**Boy Scouts of America and Delaware BSA, LLC**
**Service List (All Parties Served Via Email Unless Otherwise Noted)**

| | |
|---|---|
| Brian J. McLaughlin<br>Rachel B. Mersky<br>Monzack Mersky McLaughlin and Browder, P.A.<br>1201 N. Orange Street, Suite 400<br>Wilmington, DE 19801<br>bmclaughlin@monlaw.com<br>rmersky@monlaw.com | Jeffrey R. Waxman<br>Eric J. Monzo<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>jwaxman@morrisjames.com<br>emonzo@morrisjames.com |
| Angela Z. Miller<br>Phillips Lytle LLP<br>One Canalside<br>125 Main Street<br>Buffalo, NY 14203<br>amiller@phillipslytle.com | James P. Ruggeri, Joshua D. Weinberg,<br>Abigail W. Williams, and Michele B. Konigsberg<br>Shipman & Goodwin LLP<br>1875 K Street NW, Suite 600<br>Washington, DC 20006-1251<br>awilliams@goodwin.com<br>jweinberg@goodwin.com<br>mkonigsberg@goodwin.com<br>jruggeri@goodwin.com |
| Erin R. Fay<br>Gregory J. Flasser<br>Bayard, P.A.<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>efay@bayardlaw.com<br>gflasser@bayardlaw.com | Tara LeDay<br>McCreary, Veselka, Bragg & Allen, P.C.<br>P. O. Box 1269<br>Round Rock, TX 78680<br>tleday@mvbalaw.com |
| Deirdre M. Richards<br>Fineman Krekstein & Harris PC<br>1300 N. King Street<br>Wilmington, DE 19801<br>drichards@finemanlawfirm.com | Susan N.K. Gummow<br>Igor Shleypak<br>Foran Glennon Palandech Ponzi & Rudloff, P.C.<br>222 N. LaSalle Sreet, Suite 1400<br>Chicago, IL 60614<br>sgummow@fgppr.com<br>ishleypak@fgppr.com |

**Boy Scouts of America and Delaware BSA, LLC**
**Service List (All Parties Served Via Email Unless Otherwise Noted)**

| | |
|---|---|
| Craig Goldblatt<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>craig.goldblatt@wilmerhale.com | Richard G. Mason<br>Douglas K. Mayer<br>Joseph C. Celentino<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019<br>rgmason@wlrk.com<br>dkmayer@wlrk.com<br>jccelentino@wlrk.com |
| Tad Thomas<br>Louis C. Schneider<br>Thomas Law Offices, PLLC<br>9418 Norton Commons Blvd., Suite 200<br>Louisville, KY 40059<br>tad@thomaslawoffices.com<br>lou.schneider@thomaslawoffices.com | Paul A. Fanning<br>Ward and Smith, P.A.<br>P.O. Box 8088<br>Greenville, NC 27835-80<br>paf@wardandsmith.com |
| Bradley L. Rice<br>Nagel Rice LLP<br>103 Eisenhower Parkway<br>Roseland, NJ 07068<br>brice@nagelrice.com | Mark L. Desgrosseilliers<br>Chipman, Brown, Cicero & Cole, LLP<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, DE 19801<br>desgross@chipmanbrown.com |
| Cindy L. Robinson<br>Doug Mahoney<br>Tremont Sheldon Robinson Mahoney P.C.<br>64 Lyon Terrace<br>Bridgeport, CT 06604<br>crobinson@tremontsheldon.com<br>dmahoney@tremontsheldon.com | Thomas Moers Mayer, Rachael Ringer, David E. Blabey, Jr., Jennifer R. Sharret, and Megan M. Wasson<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>tmayer@kramerlevin.com<br>rringer@kramerlevin.com<br>dblabey@kramerlevin.com<br>jsharret@kramerlevin.com<br>mwasson@kramerlevin.com |
| Kurt F. Gwynne<br>Katelin A Morales<br>Reed Smith LLP<br>1201 N. Market Street, Suite 1500<br>Wilmington, DE 19801<br>kgwynne@reedsmith.com<br>kmorales@reedsmith.com | Joseph H. Lemkin<br>Stark & Stark, P.C.<br>P.O. Box 5315<br>Princeton, NJ 08543<br>jlemkin@stark-stark.com |

**Boy Scouts of America and Delaware BSA, LLC**
**Service List (All Parties Served Via Email Unless Otherwise Noted)**

James I. Stang, Robert B. Orgel, James E. O'Neill,
John W. Lucas, Linda Cantor, and Ilan D. Scharf
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
jstang@pszjlaw.com
rorgel@pszjlaw.com
joneill@pszjlaw.com
lcantor@pszjlaw.com
jlucas@pszjlaw.com
ischarf@pszjlaw.com

Karen C. Bifferato
Kelly M. Conlan
Connolly Gallagher LLP
1201 N. Market Street, 20th Floor
Wilmington, DE 19801
kbifferato@connollygallagher.com
kconlan@connollygallagher.com

William P. Bowden
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
wbowden@ashbygeddes.com

Michael T. Pfau
Jason P. Amala
Vincent T. Nappo
Pfau Cochran Vertetis Amala PLLC
403 Columbia Street, Suite 500
Seattle, WA 98104
michael@pcvalaw.com
jason@pcvalaw.com
vnappo@pcvalaw.com

Anne Andrews
John C. Thornton
Andrews & Thornton
4701 Von Karman Avenue, Suite 300
Newport Beach, CA 92660
aa@andrewsthornton.com

Gerald D. Jowers, Jr.
Janet, Janet & Scuggs, LLC
500 Taylor Street, Suite 301
Columbia, SC 29201
GJowers@JJSJustice.com

Michael P. Pompeo
Faegre Drinker Biddle & Reath LLP
1177 Avenue of the Americas, 41st Floor
New York, NY 10036-2714
michael.pompeo@faegredrinker.com

David M. Klauder
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801
dklauder@bk-legal.com

Alan C. Hochheiser
Maurice Wutscher LLP
23611 Chagrin Blvd., Suite 207
Beachwood, OH 44122
ahochheiser@mauricewutscher.com

Anthony M. Saccullo
Mary E. Augustine
A.M. Saccullo Legal, LLC
27 Crimson King Drive
Bear, DE 19701
ams@saccullolegal.com
meg@saccullolegal.com

**Boy Scouts of America and Delaware BSA, LLC**
**Service List (All Parties Served Via Email Unless Otherwise Noted)**

| | |
|---|---|
| Matthew S. Sorem<br>Nicolaides Fink Thorpe Michaelides Sullivan LLP<br>10 S. Wacker Drive, 21st Floor<br>Chicago, IL 60606<br>msorem@nicolaidesllp.com | Ryan S. Smethurst<br>Margaret H. Warner<br>McDermott Will & Emery LLP<br>The McDermott Building<br>500 North Capitol Street, NW<br>Washington, DC 20001-1531<br>rsmethurst@mwe.com<br>mwarner@mwe.com |
| David A. Lebowitz<br>Kaufman Lieb Lebowitz & Frick LLP<br>10 East 40th Street, Suite 3307<br>New York, NY 10016<br>dlebowitz@kllf-law.com | Shawn M. Christianson<br>Buchalter, A Professional Corporation<br>55 Second Street, 17th Floor<br>San Francisco, CA 94105-3493<br>schristianson@buchalter.com |
| Stamatios Stamoulis<br>Richard C. Weinblatt<br>Stamoulis & Weinblatt LLC<br>800 N. West Street, Suite 800<br>Wilmington, DE 19801<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com | Tancred Schiavoni<br>Janine Panchok-Berry<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036-6537<br>tschiavoni@omm.com<br>jpanchok-berry@omm.com |
| Michael J. Joyce<br>The Law Offices of Joyce, LLC<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br>mjoyce@mjlawoffices.com | Britton C. Lewis<br>Carruthers & Roth, P.A.<br>235 N. Edgeworth Street<br>P.O. Box 540<br>Greensboro, NC 27401<br>bcl@crlaw.com |
| Kevin Coughlin, Lorraine Armenti, Michael Hrinewski<br>Coughlin Duffy, LLP<br>350 Mount Kemble Avenue<br>P.O. Box 1917<br>Morristown, NJ 0796<br>kcoughlin@coughlinduffy.com<br>larmenti@coughlinduffy.com<br>mhrinewski@coughlinduffy.com | Todd M. Brooks<br>Whiteford Taylor & Preston LLP<br>Seven Saint Paul Street, 15th Floor<br>Baltimore, MD 21202-1626<br>tbrooks@wtplaw.com |

**Boy Scouts of America and Delaware BSA, LLC**
**Service List (All Parties Served Via Email Unless Otherwise Noted)**

Richard W. Riley
Whiteford Taylor & Preston LLC
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, DE 19801
rriley@wtplaw.com

Christopher S. Murphy, Assistant Attorney General
c/o Sherri K. Simpson, Paralegal
Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548
christopher.murphy@oag.texas.gov
sherri.simpson@oag.texas.gov
hannah.mccollum@usdoj.gov

R. Karl Hill
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
khill@svglaw.com

Douglas R. Gooding
Jonathan D. Marshall
Michael J. Foley, Jr.
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
dgooding@choate.com
jmarshall@choate.com
mjfoley@choate.com

Kim V. Marrkand
Nancy D. Adams
Laura Bange Stephens
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
kmarrkand@mintz.com
ndadams@mintz.com
lbstephens@mintz.com

William E. Winfield
Nelson Comis Kettle & Kinney LLP
300 E. Esplanade Drive, Suite 1170
Oxnard, CA 93036
wwinfield@calattys.com

Richard A. Barkasy
Kristi J. Doughty
Schnader Harrison Segal & Lewis LLP
824 N. Market Street, Suite 800
Wilmington, DE 19801
rbarkasy@schnader.com
kdoughty@schnader.com

Henry C. Shelton, III
Adams and Reese LLP
6075 Poplar Avenue, Suite 700
Memphis, TN 38119
Henry.Shelton@arlaw.com

James Tobia
The Law Office of James Tobia, LLC
1716 Wawaset Street
Wilmington, DE 19806
jtobia@tobialaw.com

Bruce W. McCullough
Bodell Bové, LLC
1225 N. King Street, Suite 1000
Wilmington, DE 19801
bmccullough@bodellbove.com

**Boy Scouts of America and Delaware BSA, LLC**
**Service List (All Parties Served Via Email Unless Otherwise Noted)**

| | |
|---|---|
| Michael J. Pankow<br>Joshua M. Hantman<br>Andrew J. Roth-Moore<br>Brownstein Hyatt Farber Schreck, LLP<br>410 17th Street, Suite 2200<br>Denver, CO 80202<br>mpankow@bhfs.com<br>jhantman@bhfs.com<br>Aroth-moore@bhfs.com | **FIRST CLASS MAIL**<br>D.J.S.<br>#795743 D-G-6<br>Clallam Bay Corrections Center<br>1830 Eagle Crest Way<br>Clallam Bay, WA 98326 |
| **FIRST CLASS MAIL**<br>N.E.K.<br>#402985 D-G-5<br>Clallam Bay Corrections Center<br>1830 Eagle Crest Way<br>Clallam Bay, WA 98326 | Domenic E. Pacitti<br>Klehr Harrison Harvey Branzburg LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>dpacitti@klehr.com |
| Morton R. Branzburg<br>Klehr Harrison Harvey Branzburg LLP<br>1835 Market Street, Suite 1400<br>Philadelphia, PA 19103<br>mbranzburg@klehr.com | Stephen Crew<br>Peter Janci<br>Crew Janci LLP<br>1200 NW Naito Parkway, Suite 500<br>Portland, OR 97209<br>steve@crewjanci.com<br>peter@crewjanci.com |
| William D. Sullivan<br>Sullivan Hazeltine Allinson LLC<br>919 North Market Street, Suite 420<br>Wilmington, DE 19801<br>bsullivan@sha-llc.com | Larry R. Boyd<br>Chad Timmons<br>Emily M. Hahn<br>Abernathy, Roeder, Boyd & Hullett, P.C.<br>1700 Redbud Blvd., Suite 300<br>McKinney, TX 75069<br>ctimmons@abernathylaw.com<br>bankruptcy@abernathylaw.com<br>ehahn@abernathy-law.com |
| Michael G. Kelly<br>Kelly, Morgan, Dennis, Corzine & Hansen, P.C.<br>P.O. Box 1311<br>Odessa, TX 79760-1311<br>mkelly@kmdfirm.com | Amish R. Doshi<br>Doshi Legal Group, P.C.<br>1979 Marcus Avenue, Suite 210E<br>Lake Success, NY 11042<br>amish@doshilegal.com |

**Boy Scouts of America and Delaware BSA, LLC**
**Service List (All Parties Served Via Email Unless Otherwise Noted)**

| | |
|---|---|
| Kami Quinn, Meredith Neely, Emily Grim, and Jasmine Chalashtori<br>Gilbert LLP<br>700 Pennsylvania Avenue, SE, Suite 400<br>Washington, DC 20003<br>quinnk@gilbertlegal.com<br>neelym@gilbertlegal.com<br>grime@gilbertlegal.com<br>chalashtorij@gilbertlegal.com | Peter Muthig<br>Maricopa County Attorney's Office<br>Civil Services Division<br>225 W. Madison Street<br>Phoenix, AZ 85003<br>muthigk@mcao.maricopa.gov |
| Don Stecker<br>Linebarger Goggan Blair & Sampson, LLP<br>112 E. Pecan Street, Suite 2200<br>San Antonio, TX 78205<br>sanantonio.bankruptcy@publicans.com | Flordia M. Henderson<br>P.O. Box 30604<br>Memphis, TN 38130-0604<br>flordia@fhendersonlaw.net |
| Tennessee Department of Labor<br>Bureau of Unemployment Insurance<br>c/o Tennessee Attorney General's Office,<br>Bankruptcy Division<br>Attn: Laura L. McCloud<br>P.O. Box 20207<br>Nashville, TN 37202-0207<br>AGBankDelaware@ag.tn.gov | David J. Molton<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>DMolton@brownrudnick.com |
| Stanley B. Tarr<br>Blank Rome LLP<br>1201 N. Market St, Suite 800<br>Wilmington, DE 19801<br>tarr@blankrome.com | Sunni P. Beville<br>Tristan G. Axelrod<br>Brown Rudnick LLP<br>One Financial Center<br>Boston, MA 02111<br>sbeville@brownrudnick.com<br>taxelrod@brownrudnick.com |
| Danielle Mason Anderson<br>Miller, Canfield, Paddock and Stone, P.L.C.<br>277 S. Rose Street, Suite 5000<br>Kalamazoo, MI 49007<br>andersond@millercanfield.com | Jason C. Powell<br>Thomas Reichert<br>The Powell Firm, LLC<br>1201 N. Orange Street, Suite 500<br>Wilmington, DE19801<br>jpowell@delawarefirm.com<br>treichert@delawarefirm.com |

**Boy Scouts of America and Delaware BSA, LLC**
**Service List (All Parties Served Via Email Unless Otherwise Noted)**

| | |
|---|---|
| Stephen W. Spence<br>Baird Mandalas Brockstedt, LLC<br>1413 Savannah Road, Suite 1<br>Lewes, DE 19958<br>sws@bmbde.com | Christopher Simon<br>Kevin S. Mann<br>Cross & Simon, LLC<br>1105 N. Market Street, Suite 901<br>Wilmington, DE 19801<br>csimon@crosslaw.com<br>kmann@crosslaw.com |
| **FIRST CLASS MAIL**<br>Internal Revenue Service<br>c/o Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101 | **FIRST CLASS MAIL**<br>JPMorgan Chase Bank, NA<br>Attn: Phil Martin<br>10 S. Dearborn Street<br>Mail Code Ill-1415<br>Chicago, IL 60603 |
| JPMorgan Chase Bank, NA<br>c/o Norton Rose Fulbright US LLP<br>Attn: Louis R. Strubeck, Jr.<br>1301 Avenue of the Americas<br>New York, NY 10019-6022<br>louis.strubeck@nortonrosefulbright.com | Pension Benefit Guaranty Corporation<br>Attn: Patricia Kelly, CFO<br>1200 K. Street, N.W.<br>Washington, D.C. 20005<br>Kelly.Patricia@Pbgc.Gov |
| Raul Diaz<br>rauldiaz2503@gmail.com | **FIRST CLASS MAIL**<br>The County Commission of Fayette County<br>Attn: President<br>P.O. Box 307<br>Fayetteville, WV 25840 |
| The County Commission of Fayette County<br>c/o Steptoe & Johnson PLLC<br>Attn: John Stump, Esq.<br>Chase Tower, 8th Floor<br>707 Virginia Street East<br>Charleston, WV 25301<br>john.stump@steptoe-johnson.com | **FIRST CLASS MAIL**<br>United States Department of Justice<br>950 Pennsylvania Avenue, NW<br>Room 2242<br>Washington, DC 20530 |
| United States Attorney for Delaware<br>Attn: David C. Weiss<br>1007 Orange Street, Suite 700<br>P.O. Box 2046<br>Wilmington, DE 19899-2046<br>usade.ecfbankruptcy@usdoj.gov | Seth J. Reidenberg<br>Tybout, Redfearn & Pell<br>750 Shipyard Drive, Suite 400<br>P.O. Box 2092<br>Wilmington, DE 19899-2092<br>sreidenberg@trplaw.com |

**Boy Scouts of America and Delaware BSA, LLC**
**Service List (All Parties Served Via Email Unless Otherwise Noted)**

Mark D. Plevin
Austin J. Sutta
Crowell & Moring LLP
Three Embarcadero Center, 26th Floor
San Francisco, CA 94111
mplevin@crowell.com
asutta@crowell.com

David M. Klauder
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801
dklauder@bk-legal.com

Tacie H. Yoon
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C  20004
tyoon@crowell.com

Leander L. James
Craig K. Vernon
R. Charlie Beckett
James, Vernon & Weeks, P.A.
1626 Lincoln Way
Coeur d'Alene, ID 83815
ljames@jvwlaw.net
cvernon@jvwlaw.net
rbecckett@jvwlaw.net