# CERTIFICATE OF SERVICE

I, Erin R. Fay, hereby certify that on the 2nd day of September 2020, I caused copies of the **Objection of Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company to Motion of the Coalition of Abused Scouts for Justice to Participate in the Mediation** to be served via CM/ECF and email on the parties listed below:

BLANK ROME LLP
Stanley B. Tarr, Esquire
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone: (302) 425-6423
Facsimile: (302) 252-0921
E-mail: Tarr@BlankRome.com

BROWN RUDNICK LLP
David J. Molton, Esquire
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Email: DMolton@brownrudnick.com

BROWN RUDNICK LLP
Sunni P. Beville, Esquire
Tristan G. Axelrod, Esquire
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
E-mail: sbeville@brownrudnick.com
E-mail: taxelrod@brownrudnick.com

                                                                    */s/ Erin R. Fay*
                                                                    Erin R. Fay (No. 5268)