# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>Debtors. [1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

      IT IS HEREBY CERTIFIED that on September 2, 2020, the United States Trustee's *Objection to Motion of the Coalition of Abused Scouts for Justice for an Order (I) Authorizing the Coalition to File Under Seal Exhibit A to the Amended 2019 Statement and (II) Approving the Sufficiency of the Amended 2019 Statement* was served through the CM/ECF system, and courtesy copies by email were provided to the following persons:

EMAIL
Stamatios Stamoulis
STAMOULIS & WEINBLATT LLC
stamoulis@swdelaw.com

Tancred Schiavoni
O'MELVENY & MYERS LLP
tschiavoni@omm.com

Janine Panchok-Berry
O'MELVENY & MYERS LLP
jpanchok-berry@omm.com

Michael Christian Andolina
SIDLEY AUSTIN
mandolina@sidley.com

Karim Basaria
SIDLEY AUSTIN
kbasaria@sidley.com

Jessica C. Boelter
Sidley Austin LLP
jboelter@sidley.com

James F Conlan
Sidley Austin LLP
jconlan@sidley.com

Matthew Evan Linder
Sidley Austin LLP
mlinder@sidley.com

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

Blair M. Warner
Sidley Austin LLP
blair.warner@sidley.com

Derek C. Abbott
Morris, Nichols, Arsht & Tunnell
dabbott@mnat.com

Eric Moats
Morris, Nichols Arsht & Tunnell
emoats@mnat.com

Kurt F. Gwynne
Reed Smith LLP
kgwynne@reedsmith.com

Rachael Ringer
Kramer Levin Naftalis & Frankel
rringer@kramerlevin.com

James I. Stang
Pachulski Stang Ziehl & Jones
jstang@pszjlaw.com

James E. O'Neill
Pachulski Stang Ziehl & Jones
joneill@pszjlaw.com

Stanley B. Tarr
Blank Rome LLP
Tarr@BlankRome.com

Daniel J. Molton
Brown Rudnick LLP
dmolton@brownrudnick.com

Sunni P. Beville
Brown Rudnick LLP
sbeville@brownrudnick.com

Tristan G. Axelrod
Brown Rudnick LLP
taxelrod@brownrudnick.com

/s/ David L. Buchbinder
David L. Buchbinder, Esq.
Trial Attorney