**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 20-10343 (LSS) |
| BOY SCOUTS OF AMERICA and DELAWARE BSA, LLC,[1] | (Jointly Administered) |
| Debtors. | **Ref. Docket Nos. 1144, 1150, & 1161** |
| | <u>Objection Deadline</u>: September 2, 2020 at 4:00 p.m. (ET) <u>Hearing Date</u>: September 9, 2020 at 10:00 a.m. (ET) |

**OBJECTION OF ALLIANZ GLOBAL RISKS US INSURANCE COMPANY AND
NATIONAL SURETY CORPORATION TO MOTIONS OF THE COALITION OF
ABUSED SCOUTS FOR JUSTICE (A) FOR AN ORDER (I) AUTHORIZING THE
COALITION TO FILE UNDER SEAL EXHIBIT A TO THE AMENDED 2019
STATEMENT AND (II) APPROVING THE SUFFICIENCY OF THE AMENDED 2019
<u>STATEMENT; AND (B) TO PARTICIPATE IN MEDIATION</u>**

Allianz Global Risks US Insurance Company ("<u>Allianz</u>") and National Surety

Corporation ("<u>NSC</u>" and, together with Allianz, the "<u>Allianz Insurers</u>"), by and through

undersigned counsel, hereby file this objection (the "<u>Objection</u>") to: (A) the *Motion of the*

*Coalition of Abused Scouts for Justice for an Order (I) Authorizing the Coalition to File under*

*Seal Exhibit A to the Amended 2019 Statement and (II) Approving the Sufficiency of the*

*Amended 2019 Statement* [D.I. 1144] (the "<u>Rule 2019 Motion</u>"); and (B) the *Motion of the*

*Coalition of Abused Scouts for Justice to Participate in the Mediation* [D.I. 1161] (the

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

"Mediation Motion," together with the Rule 2019 Motion, collectively, the "Coalition Motions").[2]  In support hereof, the Allianz Insurers respectfully represent the following:

## RESPONSE

The Coalition Motions should be denied or at least deferred until the Coalition complies with Bankruptcy Rule 2019.  As set forth in *Century and Hartford's Motion to Compel the Attorneys Representing the Entity Calling Itself the "Coalition" to Submit the Disclosures Required by Federal Rule of Bankruptcy Procedure 2019* [D.I. 1164] (the "Motion to Compel"), which the Allianz Insurers joined [D.I. 1177], the Coalition's Amended Rule 2019 Statement fails to comply with Bankruptcy Rule 2019's disclosure requirements.  Unless and until the Coalition complies with Bankruptcy Rule 2019, the Coalition should be precluded from participating in these chapter 11 cases.  FED. R. BANKR. P. 2019(e)(2).

In addition, the Coalition's demand in the Mediation Motion to participate in the mediation (and to gain access to other parties' confidential materials under the terms of the Court's Protective Order [D.I. 799]) presupposes its right to participate in these chapter 11 cases. Unless and until the Coalition complies with Bankruptcy Rule 2019, the Coalition should not be included as a Mediation Party in the Court-ordered mediation [D.I. 812].  Similarly, the Coalition's Representatives should not be included as Mediation Parties unless and until they comply with Bankruptcy Rule 2019 and, to the extent they have not already done so, enter appearances in these chapter 11 cases.[3]  Accordingly, the Allianz Insurers object to the relief requested in the Coalition Motions.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Rule 2019 Motion or Mediation Motion, as applicable.

[3] The Coalition incorrectly represents that only Century objected to the Representatives' participation in the mediation as Mediation Parties.  Allianz also objected to the Representatives' participation in the mediation as Mediation Parties without first complying with the bankruptcy disclosure requirements.

109856829

## CONCLUSION

WHEREFORE, the Allianz Insurers respectfully request that the Court enter an order (i)

sustaining this Objection and denying the relief requested in the Coalition Motions and (ii)

granting such other and further relief as is just and proper.

Dated:        September 2, 2020
              Wilmington, Delaware

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ David M. Fournier*
    David M. Fournier (DE No. 2812)
    Marcy J. McLaughlin Smith (DE No. 6184)
    Hercules Plaza
    1313 Market Street
    Suite 5100
    P.O. Box 1709
    Wilmington, DE 19899-1709
    Telephone:   302.777.6500
    Facsimile:    302.421.8390

*-and-*

    Harris B. Winsberg (admitted *pro hac vice*)
    Matthew G. Roberts (admitted *pro hac vice*)
    Bank of America Plaza
    600 Peachtree Street NE
    Suite 3000
    Atlanta, GA  30308-2216
    Telephone:   404.885.3000
    Facsimile:    404.885.3900

*-and-*

    NICOLAIDES FINK THORPE MICHAELIDES
    SULLIVAN LLP
    Matthew S. Sorem (admitted *pro hac vice*)
    10 S. Wacker Dr.
    21ˢᵗ Floor
    Chicago, IL 60606
    Telephone:   312.585.1433
    Facsimile:    312.585.1401

*-and-*

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ David M. Fournier*
    David M. Fournier (DE No. 2812)
    Marcy J. McLaughlin Smith (DE No. 6184)
    Hercules Plaza
    1313 Market Street
    Suite 5100
    P.O. Box 1709
    Wilmington, DE 19899-1709
    Telephone:   404.885.3000
    Facsimile:    404.885.3900

*-and-*

    Harris B. Winsberg (admitted *pro hac vice*)
    Matthew G. Roberts (admitted *pro hac vice*)
    Bank of America Plaza
    600 Peachtree Street NE
    Suite 3000
    Atlanta, GA  30308-2216
    Telephone:   404.885.3000
    Facsimile:    404.885.3900

*-and-*

    BRADLEY RILEY JACOBS PC
    Todd C. Jacobs (admitted *pro hac vice*)
    John E. Bucheit (admitted *pro hac vice*)
    320 W. Ohio Street
    Suite 3W
    Chicago, IL 60654
    Telephone:   312.281.0295

*Attorneys for National Surety Corporation*

109856829

McDermott Will & Emery LLP
Margaret H. Warner (admitted *pro hac vice*)
Ryan S. Smethurst (admitted *pro hac vice*)
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001-1531
Telephone:   202.756.8228
Facsimile:    202.756.8087

*Attorneys for Allianz Global Risks US Insurance
Company*

109856829