## **CERTIFICATE OF SERVICE**

      I, Stanley B. Tarr, hereby certify that on September 2, 2020, I served or caused to be served a copy of the foregoing document by CM/ECF upon those parties registered to receive such electronic notifications in these cases. Additionally, pursuant to Local Bankruptcy Rule 9036-1 and the *Standing Order Regarding Service Pursuant to Del. Bankr. L.R. 5004-4 and 9036-1*, a copy of the foregoing document was served by email upon the parties listed on the attached service.

                                                   */s/ Stanley B. Tarr*
                                                 Stanley B. Tarr (DE No. 5535)

**SERVICE LIST**

STAMOULIS & WEINBLATT LLC
Attn: Stamatios Stamoulis and Richard Weinblatt
stamoulis@swdelaw.com;
weinblatt@swdelaw.com;

O'MELVENY & MYERS LLP
Attn: Tancred Schiavoni and Janine Panchok-Berry
tschiavoni@omm.com; jpanchok-berry@omm.com;

Sidley Austin LLP
Attn: Blair Warner, Matthew Evan Linder, Thomas A. Labuda, Jr., Karim Basaria, Jessica C. Boelter
blair.warner@sidley.com;
mlinder@sidley.com; tlabuda@sidley.com;
kbasaria@sidley.com; jboelter@sidley.com;

Wachtell, Lipton, Rosen & Katz
Attn: Richard Mason, Douglas Mayer, Joseph C. Celentino
rgmason@wlrk.com; dkmayer@wlrk.com;
jccelentino@wlrk.com;

Pachulski Stang Ziehl & Jones LLP
Attn: James I. Stang, Robert Orgel, James O'Neill, John Lucas, Ilan Scharf, Linda F. Cantor
jstang@pszjlaw.com; joneill@pszjlaw.com;
lcantor@pszjlaw.com; rorgel@pszjlaw.com;
jlucas@pszjlaw.com; ischarf@pszjlaw.com;

Reed Smith LLP
Attn: Kurt F. Gwynne, Katelin A. Morales
kgwynne@reedsmith.com;
kmorales@reedsmith.com;

BAYARD, P.A.
Attn: Erin R. Fay and Gregory J. Flasser
efay@bayardlaw.com;
gflasser@bayardlaw.com;

SHIPMAN & GOODWIN LLP
Attn: James P. Ruggeri, Joshua D. Weinberg, Abigail W. Williams
jruggeri@goodwin.com;
jweinberg@goodwin.com;
awilliams@goodwin.com;

Morris, Nichols, Arsht & Tunnell
Attn: Derek C. Abbott, Joseph Charles Barsalona II, Eric Moats, Andrew R. Remming, Paige N. Topper
dabbott@mnat.com; barsalona@mnat.com;
emoats@mnat.com; aremming@mnat.com;
ptopper@mnat.com;

Young Conaway Stargatt & Taylor
Attn: James L. Patton, Jr., Robert Brady, Edwin Harron
jpatton@ycst.com; rbrady@ycst.com;
eharron@ycst.com;

Kramer Levin Naftalis & Frankel LLP
Attn: Thomas Moers Mayer, Rachel Ringer, David E. Blabey Jr., Jennifer R. Sharret, Megan M. Wasson
tmayer@kramerlevin.com;
rringer@kramerlevin.com;
dblabey@kramerlevin.com;
jsharret@kramerlevin.com;
mwasson@kramerlevin.com;

Foran Glennon Planadech Ponzi & Rudloff, P.C.
Attn: Susan N K Gummow, Igor Shleypak
sgummow@fgppr.com;
ishleypak@fgppr.com;

McDermott Will & Emery LLP
Attn: Ryan Smethurst, Margaret Warner
rsmethurst@mwe.com; mwarner@mwe.com;

Nicolaides Fink Thorpe Michaelides Sullivan LLP
Attn: Matthew S. Sorem
msorem@nicolaidesllp.com;

Troutman Pepper Hamilton Sanders LLP
Attn: David M. Fournier, Marcy J. McLaughlin Smith, Harris B. Winsberg, Matthew G. Roberts
david.fournier@troutman.com;
marcy.smith@troutman.com;
harris.winsberg@troutman.com;
matthew.roberts2@troutman.com;

Bradley Riley Jacobs PC
Attn: Todd C. Jacobs
tjacobs@bradleyriley.com;

Choate, Hall & Stewart LLP
Attn: Douglas R. Gooding, Jonathan D. Marshall, Michael J. Foley, Jr
dgooding@choate.com;
jmarshall@choate.com;
mjfoley@choate.com;

Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
Attn: Kim V. Marrkand, Nancy D. Adams, Laura Bange Stephens
kmarrkand@mintz.com;
ndadams@mintz.com;
lbstephens@mintz.com;

Seitz, Van Ogtrop & Green, P.A.
Attn: R. Karl Hill
khill@svglaw.com;

Fineman Krekstein & Harris, PC
Attn: Dierdre M Richards
drichards@finemanlawfirm.com;