## Exhibit B

## Interim Application Summary

## Cover Sheet of Fee Application (UST Guidelines Exhibit E)

| SUMMARY OF SECOND INTERIM APPLICATION | |
|---|---|
| Name of Applicant | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| Name of Client | Boy Scouts of America (6300) and Delaware BSA, LLC (4311) |
| Time period covered by Second Interim Application | February 18, 2020 to April 30, 2020 |
| Total compensation sought during the Application Period | $398,802.75 |
| Total expenses sought during the Application Period | $790.19 |
| Petition Date | February 18, 2020 |
| Retention Date | February 18, 2020 |
| Date of order approving employment | April 8, 2020 |
| Total compensation approved by interim order to date | $0 |
| Total expenses approved by interim order to date | $0 |
| Total allowed compensation paid to date | $0 |
| Total allowed expenses paid to date | $0 |
| Blended rate in the 2nd Interim Application for all attorneys | $499.59 |
| Blended rate in the 2nd Interim Application for all timekeepers | $364.17 |
| Compensation sought in the 2nd Interim Application already paid pursuant to a monthly compensation order but not yet allowed | $0 |
| Expenses sought in the 2nd Interim Application already paid pursuant to a monthly compensation order but not yet allowed | $0 |
| Number of professionals included in the 2nd Interim Application | 18 |
| If applicable, number of professionals in the 2nd Interim Application not included in staffing plan approved by client | Not applicable. |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | Amt. Budgeted[1]: $1,350,000  Amt. Sought: $398,802.75 |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 12 |
| Are any rates higher than those approved or disclosed at retention? | No |

---

[1] This based on Monthly Post-Petition Accrual estimates for the months of May through July, 2020 prepared by Alvarez and Marsal Holdings, LLC.