**Exhibit C**

**Staffing Across All Matter Categories**

**Staffing Across All Matter Categories for the Period from May 1, 2020 to and Including July 31, 2020**

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work Across All Matter Categories During the Application Period | Average Hourly Rate[2] |
|---|---|---|
| Partner | 9 | $607.95 |
| Senior Counsel/Counsel | 4 | $445.02 |
| Associate (>3 years since first admission) | 1 | $382.50 |
| Paraprofessionals | 2 | $189.80 |
| Support Staff | 2 | $151.41 |
| **Total Attorney** | **14** | **$499.59** |
| **Total Non-Attorney** | **4** | **$186.33** |
| **Total** | **18** | **$364.17** |

---

[2] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of chargeable hours worked by, each timekeeper over the course of the chapter 11 cases.