# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE Boy Scouts, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Ref. Docket No. 1161** |

### OBJECTION OF CENTURY AND OTHER LISTED INSURERS TO THE MOTION FILED BY THE ENTITY CALLING ITSELF THE COALITION OF ABUSED SCOUTS FOR JUSTICE TO PARTICIPATE IN THE MEDIATION

Century and the other insurers listed in the signature block below respectfully object to the *Motion of the Coalition of Abused Scouts for Justice to Participate in the Mediation* (Aug. 26, 2020) [D.I. 1161] (the "Motion"). Century joins in the arguments advanced by Hartford in its objection [D.I. 1222] to the Motion.

Century adds that the Coalition's participation in the mediation, and access to highly confidential information obtained through its participation, raises other serious concerns. Without basic identifying information for the claimants and the formation/retention agreements required by Rule 2019, there is no way to definitively flush out conflicts. It is known, however, that the Coalition's counsel, Blank Rome LLP, currently represents, and in the recent past has represented, multiple Catholic dioceses in bankruptcy and coverage actions related to alleged abuse claims.[1] In this case, claimants assert that Catholic dioceses are BSA

---

[1] *See Archdiocese of New York v. Ins. Co. of N. Am.*, No. 653772/2019 (N.Y. Sup. Ct. filed June 28, 2019) (August 26, 2020 Panchok-Berry Decl. Ex. 19 [D.I. 1166]); *see also* Application to Employ Blank Rome LLP as Special Insurance Counsel for the Debtor and Debtor-in-Possession, *Roman Catholic Archdiocese of Agana*, No. 19-00010 (Bankr. D. Guam Jan. 17, 2019) (Dkt. No. 39) (Panchok-Berry Decl. Ex. 20 [D.I. 1166]); *In re Diocese of Duluth*, 565 B.R. 914, 915 (2017); Application to Employ Blank Rome as Special Insurance Counsel for the Debtor and Debtor-in-Possession, *In re Roman Catholic Church of*

1

sponsoring organizations against whom they have or may have claims which are or have been represented by Blank Rome. Without the list of claimants Blank Rome claims to represent here, there is no way to assess the full extent to which Blank Rome is concurrently representing Catholic dioceses in which Blank Rome's claimant clients here are asserting claims against the Catholic dioceses that are concurrently Blank Rome's clients. This kind of concurrent representation involving tort claimants and defendants has been the subject of at least one Third Circuit decision.

Century and Hartford raised the conflict that this duel representation posed in moving to compel compliance with Rule 2019. The Coalition offered nothing in response. It is not appropriate to transfer confidential or highly confidential information in this circumstance.

---

*the Archdiocese of Santa Fe,* No. 18-13027-11 (D.N.M. Dec. 31, 2018) (Dkt. 55) (Panchok-Berry Decl. Ex. 22 [D.I. 1166]); *Ex Parte* Application For Order Appointing Blank Rome, LLP as Special Insurance Counsel to the Debtor, *In re the Diocese of Buffalo, N.Y.*, No. 20-10322 (Bankr. W.D.N.Y. Apr. 22, 2020) (Dkt. 258) (Panchok-Berry Decl. Ex. 23 [D.I. 1166]). Without the list of claimants, there is no way to assess whether Blank Rome here represents claimants who have also filed claims against their clients in those cases.

Dated: September 2, 2020
      Wilmington, Delaware

Respectfully Submitted,

By: */s/ Stamatios Stamoulis*
    Stamatios Stamoulis (#4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware 19801
Telephone:   302 999 1540
Facsimile:   302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Janine Panchok-Berry (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone:   212 326 2000
Facsimile:   212 326 2061

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Ace Insurance Group Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company*