# EXHIBIT A

**(The Notice of Appearance)**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE** that the Coalition of Abused Scouts for Justice (the "Coalition"), which is comprised of over 10,000 Sexual Abuse Survivors participating in these cases, hereby appears in the above-captioned cases pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Rule 2002-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and hereby requests that copies of all notices and papers entered or filed in the above-captioned cases be given and served upon the persons listed below at the following addresses, telephone and facsimile numbers, and e-mail addresses:

| | |
|---|---|
| David J. Molton, Esquire<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>E-mail:  DMolton@brownrudnick.com | Stanley B. Tarr, Esquire<br>Blank Rome LLP<br>1201 N. Market St, Suite 800<br>Wilmington, DE 19801<br>Telephone: (302) 425-6400<br>E-mail: tarr@blankrome.com |

Sunni P. Beville, Esquire
Tristan G. Axelrod, Esquire
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
E-mail:  sbeville@brownrudnick.com
E-mail : taxelrod@brownrudnick.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in

the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, e-mail, telephone, telecopy or otherwise filed or made with regard to the above-referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance, nor any former or later appearance, pleading, claim or suit, shall constitute a consent to jurisdiction, nor shall waive (1) any right to have final orders in non-core and core matters in which the Bankruptcy Court does not have final adjudicatory authority entered only after *de novo* review by a District Court Judge, (2) any right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) any right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, including defenses to jurisdiction, setoffs, or recoupments to which the Coalition, may be entitled under agreements, in law or in equity, and all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: July 24, 2020                    **BLANK ROME LLP**

*/s/ Stanley B. Tarr*
Stanley B. Tarr (DE Bar No. 5535)
1201 N. Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
E-mail: tarr@blankrome.com

and

David J. Molton, Esquire
BROWN RUDNICK LLP
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
E-mail: DMolton@brownrudnick.com

and

2

Sunni P. Beville, Esquire
Tristan G. Axelrod, Esquire
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
E-mail:  sbeville@brownrudnick.com
E-mail:  taxelrod@brownrudnick.com

*Co-Counsel to the Coalition of Abused Scouts for Justice*

63818110 v1