**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

IN RE:

Boy Scouts of America                 §                    CASE NO. 20-10343
                                      §                         (Chapter 11)
                                      §

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

      Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel requests that all notices given or required to be given in this case and all other pleadings and notices of all matters of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules with respect to the administration of this case be given to and served upon the following:

        Burleson County Tax Office
        Luling ISD Tax Office
        Colorado County Tax Office
        Fayette County Tax Office
        Milano ISD Tax Office
        Gause ISD Tax Office

        c/o John T. Banks
        Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
        3301 Northland Drive
        Suite 505
        Austin, TX 78731
        Phone: (512) 302-0190
        Facsimile: (512) 302-1802
        E-Mail: jbanks@pbfcm.com

      Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleading, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

                                                              Respectfully Submitted,

**PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.**
3301 Northland Drive
Suite 505
Austin, TX 78731
(512) 302-0190
(512) 302-1802

Attorneys for Claimant

By:  /s/John T. Banks

John T. Banks
Bar No: 01684250
jbanks@pbfcm.com

## CERTIFICATE OF SERVICE

I, John T. Banks, do hereby certify that a true and correct copy of the above NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS has been served upon the parties listed on the Court's ECF transmission list in this case via ECF e-notice, fax or U.S. mail, on this 2nd day of September, 2020.

By:  /s/John T. Banks

John T. Banks
Bar No: 01684250
jbanks@pbfcm.com

Boy Scouts of America
1325 West Walnut Hill Lane
Irving, TX 75038

Derek C. Abbott
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Thomas A. Labuda, Jr.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Matthew Evan Linder
Sidley Austin LLP
1 South Dearborn Street
Chicago, IL 6603

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS -** 2

| | |
|---|---|
| Michael Christian Andolina<br>Sidley Austin<br>1 South Dearborn Street<br>Chicago, IL 60603 | Eric Moats<br>Morris, Nichols Arsht & Tunnell<br>1201 N. Market Street<br>P. O. Box 1347<br>Wilmington, DE 19801 |
| Joseph Charles Barsalona II<br>Morris Nichols Arsht & Tunnell LLP<br>1201 North Market Street<br>Suite 1600<br>Wilmington, DE 19801 | Andrew Fotre O'Neill<br>Sidley Austin<br>1 South Dearborn Street<br>Chicago, IL 60603 |
| Karim Basaria<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603 | Andrew R. Remming<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 |
| Jessica C. Boelter<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019 | Paige Noelle Topper<br>Morris Nichols Arsht & Tunnel<br>1201 N. Market Street<br>Wilmington, DE 19801 |
| James W Ducayet<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603 | Blair M. Warner<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603 |
| U.S. Trustee<br>U.S. Trustee<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>(302)-573-6491 | David L. Buchbinder<br>Office of the U.S. Trustee<br>J. Caleb Boggs Federal Building<br>Suite 2207<br>Wilmington, DE 19801 |
| | Hannah Mufson McCollum<br>Office of the United States Trustee<br>U. S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS -** 3

Mediator
Timothy V.P. Gallagher
1875 Century Park East
Suite 1550
LosAngeles, CA 90067-2728

Mediator
Kevin J. Carey
Hogan Lovells US LLP
1735 Market Street
23rd Floor
Philadelphia, PA 19103

Claims Agent
Omni Agent Solutions, Inc.
www.omniagentsolutions.com
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

Transcriber
Reliable Companies
Attn: Gene Matthews
1007 North Orange Street
Suite 110
Wilmington, DE 19801

Thomas Moers Mayer
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Katelin Ann Morales
Reed Smith LLP
1201 Market Street, Suite
1500Wilmington, DE 19801

Rachael Ringer
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Jennifer R Sharret
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY

Megan M. Wasson
Kramer Levin Naftalis & Frankel LLP
117 Avenue of the Americas
New York, NY 10036

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS -** 4