IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC[1] <br><br> Debtors | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) <br><br> **Re: Docket No. 1125** |

### CENTURY'S LIMITED OBJECTION TO DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF QUINN EMANUEL URQUHART & SULLIVAN, LLP AS SPECIAL LITIGATION COUNSEL FOR THE DEBTORS AND THE DEBTORS-IN-POSSESSION, NUNC PRO TUNC TO AUGUST 1, 2020 [D.I. 1125]

The Debtor have moved to retain Quinn Emmanuel Urquhart & Sullivan ("Quinn Emanuel") as special litigation counsel to represent the Boy Scouts of America ("BSA") in the United States District Court for the Southern District of New York, Case No. 18-cv-10287, against the Girl Scouts who allege trademark infringement, dilution and tortious interference. [D.I. 1125]. In seeking approval to retain Quinn Emmanuel, BSA requests that it also be authorized to employ Quinn Emmanuel on other unidentified matters. In paragraph 15, BSA asks for blanket authority to "undertake specific matters beyond the scope of the responsibilities set forth above". In relevant part, BSA states as follows:

> The Debtors may also request that Quinn Emanuel undertake specific matters beyond the scope of the responsibilities set forth above. Should Quinn Emanuel agree to undertake any such specific matters, the Debtors further request authority in this Application to employ Quinn Emanuel for such matters without further order of this Court.

The Court, United States Trustee and parties in interest cannot evaluate a retention

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

OMM_US:78450431.1

application without knowing the scope of the retention. Century asserts this limited objection to the open ended nature of the requested retention.

Separately, Century suggests that this is an appropriate time to ask for a status report on settlement/resolution efforts. Such a report could be provided to this Court or to another Delaware bankruptcy judge sitting for the purpose as a settlement judge. During the ninety days immediately preceding the Petition Date, Quinn Emanuel received payments totaling $2,115,600 or approximately $700,000 per month – to litigate with *the Girl Scouts* -- deploying partners billing at over $1,000 hour. The retention application suggests that spending will continue at this pace.

If Quinn Emmanuel's retention is authorized, it will be the at least the sixth law firm engaged to represent the Debtors. In July 2020, Sidley Austin LLP billed in excess of $1.2 million in fees [Dkt 1167], Haines & Boon billed $130,306 [Dkt. 1142], Ogletree Deakins billed $109,544 [Dkt. 1137], and Morris Nichols billed $91,294.00 [Dkt. 1205].

WHEREFORE, Century's respectfully requests that any order that may issue approving Quinn Emmanuel's retention make clear that its retention is limited to matters concerning Case No. 18-cv-10287, against the Girl Scouts.

Dated: September 3, 2020

Respectfully Submitted,

By: /s/ Stamatios Stamoulis
    Stamatios Stamoulis (#4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware 19801
Telephone: 302 999 1540
Facsimile: 302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Janine Panchok-Berry (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone: 212 326 2000
Facsimile: 212 326 2061

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company*