**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 9, 2020, AT 10:00 A.M. (ET)

> This hearing will be held telephonically and by video. All parties wishing to appear must do so telephonically by contacting COURTCALL, LLC at 866-582-6878 no later than September 9 at 8:30 a.m. to sign up.  Additionally, anyone wishing to appear by Zoom is invited to use the link below.  All parties that will be arguing or testifying must appear by Zoom and CourtCall. Participants on CourtCall should dial into the call not later than 10 minutes prior to the start of the scheduled hearing to insure a proper connection.
>
> PLEASE NOTE THAT THE MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL
>
> Topic: Boy Scouts of America 20-10343
> Time: September 9, 2020 10:00 AM Eastern Time (US and Canada)
>
> Join ZoomGov Meeting
> https://debuscourts.zoomgov.com/j/1607959877
>
> Meeting ID: 160 795 9877
> Passcode: 584382
>
> Join by SIP
> 1607959877@sip.zoomgov.com

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

RESOLVED MATTER

1.      Motion of 1040 Avenue of the Americas, LLC for Relief from the Automatic Stay to Setoff Prepetition Security Deposit (D.I. 1094, Filed 8/11/20).

        Objection Deadline:  August 25, 2020, at 4:00 p.m. (ET).

        Responses Received:  None.

        Related Pleadings:

                a)      Certification of Counsel Regarding Order Approving Stipulation Granting Limited Relief from the Automatic Stay to Set off Prepetition Security Deposit (D.I. 1163, Filed 8/26/20); and

                b)      Order Approving Stipulation Granting Limited Relief from the Automatic Stay to Set off Prepetition Security Deposit (D.I. 1193, Entered 8/3/20).

        Status:  An order has been entered.  No hearing necessary.

WITHDRAWN MATTER

2.      Motion for Relief from Automatic Stay to Continue Negotiations with Travelers Insurance Company (D.I. 1086, Filed 8/10/20).

        Objection Deadline:  August 31, 2020, at 4:00 p.m. (ET).

        Responses Received:  None.

        Related Pleadings:

                a)      Notice of Withdrawal of Motion for Relief from Automatic Stay to Continue Negotiations with Travelers Insurance Company (D.I. 1152, Filed 8/26/20).

        Status:  This matter has been withdrawn.

ADJOURNED MATTER

3.      Motion of Official Committee of Tort Claimants Enforcing Automatic Stay Under 11 U.S.C. §§ 362(a)(3) and 541(a) Against Middle Tennessee Council Arising from Transfers of Property of the Estate (D.I. 1084, Filed 8/7/20).

        Objection Deadline:  August 21, 2020, at 4:00 p.m. (ET).  Extended to September 30, 2020, at 4:00 p.m. (ET).

        Responses Received: None.

Related Pleadings:

    a)    Re-Notice of Motion of Official Committee of Tort Claimants Enforcing Automatic Stay Under 11 U.S.C. §§ 362(a)(3) and 541(a) Against Middle Tennessee Council Arising from Transfers of Property of the Estate (D.I. 1140, Filed 8/24/20).

Status:  This matter has been adjourned to the hearing scheduled for October 14, 2020, at 10:00 a.m. (ET).

## MATTERS GOING FORWARD

4.    Motion for Relief from the Automatic Stay of Margaret Henderson, as Personal Representative of the Estate of N.G.H., Deceased (D.I. 1104, Filed 8/14/20).

Objection Deadline:  September 2, 2020, at 4:00 p.m. (ET).

Responses Received:

    a)    The Future Claimants' Representative's Objections to Motions for Relief from the Automatic Stay Brought by Marco Romero, Jr. and Audrey Romero, Margaret Henderson, as Personal Representative of the Estate Of N.G.H., Deceased, and Debtors with Respect to Lianfen Qian (D.I. 1221, Filed 9/2/20);

    b)    The Official Committee of Tort Claimants' Omnibus Objection to:  (1) Motion for Relief from the Automatic Stay of Margaret Henderson, as Personal Representative of the Estate of N.G.H. Deceased [Docket No. 1104]; (2) Motion of Marco Romero Jr. and Audrey Romero for an Order for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [Docket No. 1120]; (D.I. 1237, Filed 9/2/20); and

    c)    Debtors' (A) Response in Support of the Henderson and Romero Motions for Relief From the Automatic Stay and (B) Reply in Further Support of the Motion of the Debtors for Entry of an Order (I) Approving Settlement of Claim of Lianfen Qian and (II) Lifting the Automatic Stay, to the Extent Necessary, to Permit Payment of Settlement Amount by Applicable Insurance (D.I. 1245, filed 09/04/20).

Related Pleadings:  None.

Status:  This matter is going forward.

5.      Motion of Marco Romero, Jr. and Audrey Romero for an Order for Relief from the
        Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code (D.I. 1120, Filed
        8/19/20).

        Objection Deadline:  September 2, 2020, at 4:00 p.m. (ET).

        Responses Received:

                a)      The Future Claimants' Representative's Objections to Motions for Relief
                        from the Automatic Stay Brought by Marco Romero, Jr. and Audrey
                        Romero, Margaret Henderson, as Personal Representative of the Estate Of
                        N.G.H., Deceased, and Debtors with Respect to Lianfen Qian (D.I. 1221,
                        Filed 9/2/20);

                b)      The Official Committee of Tort Claimants' Omnibus Objection to:  (1)
                        Motion for Relief from the Automatic Stay of Margaret Henderson, as
                        Personal Representative of the Estate of N.G.H. Deceased [Docket No.
                        1104]; (2) Motion of Marco Romero Jr. and Audrey Romero for an Order
                        for Relief from the Automatic Stay Pursuant to Section 362(d) of the
                        Bankruptcy Code [Docket No. 1120]; (D.I. 1237, Filed 9/2/20);

                c)      Reply of Marco Romero, Jr. and Audrey Romero in Support of Their
                        Motion for an Order for Relief from the Automatic Stay Pursuant to
                        Section 363(d) of the Bankruptcy Code (D.I. 1244, filed 09/04/20); and

                d)      Debtors' (A) Response in Support of the Henderson and Romero Motions
                        for Relief From the Automatic Stay and (B) Reply in Further Support of
                        the Motion of the Debtors for Entry of an Order (I) Approving Settlement
                        of Claim of Lianfen Qian and (II) Lifting the Automatic Stay, to the
                        Extent Necessary, to Permit Payment of Settlement Amount by Applicable
                        Insurance (D.I. 1245, filed 09/04/20).

        Related Pleadings:  None.

        Status:  This matter is going forward.

6.      Motion of the Debtors for Entry of an Order (I) Approving Settlement of Claim of
        Lianfen Qian and (II) Lifting the Automatic Stay, to the Extent Necessary, to Permit
        Payment of Settlement Amount by Applicable Insurance (D.I. 1123, Filed 8/19/20).

        Objection Deadline:  September 2, 2020, at 4:00 p.m. (ET).

        Responses Received:

                a)      The Future Claimants' Representative's Objections to Motions for Relief
                        from the Automatic Stay Brought by Marco Romero, Jr. and Audrey
                        Romero, Margaret Henderson, as Personal Representative of the Estate Of

N.G.H., Deceased, and Debtors with Respect to Lianfen Qian (D.I. 1221, Filed 9/2/20); and

b)     Debtors' (A) Response in Support of the Henderson and Romero Motions for Relief From the Automatic Stay and (B) Reply in Further Support of the Motion of the Debtors for Entry of an Order (I) Approving Settlement of Claim of Lianfen Qian and (II) Lifting the Automatic Stay, to the Extent Necessary, to Permit Payment of Settlement Amount by Applicable Insurance (D.I. 1245, filed 09/04/20).

Related Pleadings:  None.

Status:  This matter is going forward.

7.     Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Special Litigation Counsel for the Debtors and the Debtors-in-Possession, *Nunc Pro Tunc* to August 1, 2020 (D.I. 1125, Filed 8/20/20).

Objection Deadline:  September 2, 2020, at 4:00 p.m. (ET).

Responses Received:

a)     Informal comments Committee of Tort Claimants;

b)     Century's Limited Objection to Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Special Litigation Counsel for the Debtors and the Debtors-in-Possession, *Nunc Pro Tunc* to August 1, 2020 (D.I. 1243, filed 09/03/20).

Related Pleadings:  None.

Status:  This matter is going forward.

8.     Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and ¶ 27 of the Bar Date Order for Entry of an Order (I) Supplementing the Bar Date Order and (II) Granting Related Relief (D.I. 1145, Filed 8/25/20).

Objection Deadline:  At the Hearing.

Responses Received:

a)     Herman Law's Response to Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and ¶ 27 of the Bar Date Order for Entry of an Order (I) Supplementing the Bar Date Order and (II) Granting Related Relief (D.I. 1186, Filed 8/28/20);

b)      Objection of the Coalition of Abused Scouts for Justice to Debtors' Motion to Supplement the Bar Date Order (D.I. 1190, Filed 8/28/20); and

c)      Century's Joinder to the Debtors' Motion [Dkt. 1145] and Objection to the Pleading Filed by the Entity Calling Itself the "Coalition of Abused Scouts for Justice" [Dkt. 1190] and Appearance of Brown Rudnick and Blank Rome Firms on its Behalf (D.I. 1196, Filed 8/30/20).

Related Pleadings:

a)      Debtors' Motion for Entry of an Order Shortening the Notice Period with Respect to the Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and ¶ 27 of the Bar Date Order for Entry of an Order (I) Supplementing the Bar Date Order and (II) Granting Related Relief (D.I. 1146, Filed 8/25/20);

b)      Order Shortening the Notice Period with Respect to the Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and ¶ 27 of the Bar Date Order for Entry of an Order (I) Supplementing the Bar Date Order and (II) Granting Related Relief (D.I. 1148, Entered 7/31/20);

c)      Notice of the Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and ¶ 27 of the Bar Date Order for Entry of an Order (I) Supplementing the Bar Date Order and (II) Granting Related Relief (D.I. 1149, Filed 8/25/20);

d)      Affidavit of Service (D.I. 1157, Filed 8/26/20);

e)      Supplemental Declaration of Evan Roberts in Support of the Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and ¶ 27 of the Bar Date Order for Entry of an Order (I) Supplementing the Bar Date Order and (II) Granting Related Relief (D.I. 1192, Filed 8/30/20); and

f)      Debtors' Supplemental Brief in Support of Their Motion Pursuant to Section 105(a) of the Bankruptcy Code and ¶ 27 of the Bar Date Order for Entry of an Order (I) Supplementing the Bar Date Order and (II) Granting Related Relief (TO BE FILED).

Status:  This matter is going forward.

9.      Motion of the Coalition of Abused Scouts for Justice for an Order (I) Authorizing the Coalition to File Under Seal Exhibit A to the Amended 2019 Statement and (II) Approving the Sufficiency of the Amended 2019 Statement (D.I. 1144, Filed 8/24/20).

Objection Deadline:  September 2, 2020, at 4:00 p.m. (ET).  Extended to September 4, 2020, at 5:00 p.m. (ET) for the Debtors.

Responses Received:

a)    Objection to Motion of the Coalition of Abused Scouts for Justice for an Order (I) Authorizing the Coalition to File Under Seal Exhibit A to the Amended 2019 Statement and (II) Approving the Sufficiency of the Amended 2019 Statement (D.I. 1219, Filed 9/2/20);

b)    [SEALED] Opposition to the Motion of the Coalition of Abused Scouts For Justice For an Order (I) Authorizing the Coalition to File Under Seal Exhibit A to the Amended 2019 Statement and (II) Approving the Sufficiency of the Amended 2019 Statement (D.I. 1220, Filed 9/2/20);

c)    United States Trustee's Objection to Motion of the Coalition of Abused Scouts for Justice for an Order (I) Authorizing the Coalition to File Under Seal Exhibit A to the Amended 2019 Statement and (II) Approving the Sufficiency of the Amended 2019 Statement (D.E. 1144) (D.I. 1223, Filed 9/2/20);

d)    Objection of Allianz Global Risks US Insurance Company and National Surety Corporation to Motions of the Coalition of Abused Scouts for Justice (A) for an Order (I) Authorizing the Coalition to File Under Seal Exhibit A to the Amended 2019 Statement and (II) Approving the Sufficiency of the Amended 2019 Statement; and (B) To Participate in Mediation (D.I. 1224, Filed 9/2/20);

e)    [SEALED] Objection of the Tort Claimants' Committee to Motion of the Coalition Of Abused Scouts for Justice for an Order (I) Authorizing the Coalition to File Under Seal Exhibit A to the Amended 2019 Statement and (II) Approving the Sufficiency of the Amended 2019 Statement (D.I. 1227, Filed 9/2/20); and

f)    [REDACTED] Objection of the Tort Claimants' Committee to Motion of the Coalition Of Abused Scouts for Justice for an Order (I) Authorizing the Coalition to File Under Seal Exhibit A to the Amended 2019 Statement and (II) Approving the Sufficiency of the Amended 2019 Statement (D.I. 1228, Filed 9/2/20).

Related Pleadings:

a)    [SEALED] Exhibit A to the Amended Verified Statement of Coalition of Abused Scouts for Justice Pursuant to Bankruptcy Rule 2019 (D.I. 1143, Filed 8/24/20); and

        b)      Amended Notice of Motion of the Coalition of Abused Scouts for Justice for an Order (I) Authorizing the Coalition to File Under Seal Exhibit A to the Amended 2019 Statement and (II) Approving the Sufficiency of the Amended 2019 Statement (D.I. 1150, Filed 8/25/20).

Status:  This matter is going forward.

10.    Motion of the Coalition of Abused Scouts for Justice to Participate in The Mediation (D.I. 1161, Filed 8/26/20).

Objection Deadline:  September 2, 2020, at 4:00 p.m. (ET).  Extended to September 4, 2020, at 5:00 p.m. (ET) for the Debtors.

Responses Received:

        a)      Objection of Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company to Motion of the Coalition of Abused Scouts for Justice to Participate in the Mediation (D.I. 1222, Filed 9/2/20);

        b)      Objection of Allianz Global Risks US Insurance Company and National Surety Corporation to Motions of the Coalition of Abused Scouts for Justice (A) for an Order (I) Authorizing the Coalition to File Under Seal Exhibit A to the Amended 2019 Statement and (II) Approving the Sufficiency of the Amended 2019 Statement; and (B) To Participate in Mediation (D.I. 1224, Filed 9/2/20);

        c)      [SEALED] Objection of the Tort Claimants' Committee to Motion of the Coalition of Abused Scouts for Justice to Participate in the Mediation (D.I. 1229, Filed 9/2/20);

        d)      [REDACTED] Objection of the Tort Claimants' Committee to Motion of the Coalition of Abused Scouts for Justice to Participate in the Mediation (D.I. 1231, Filed 9/2/20); and

        e)      Objection of Century and Other Listed Insurers to the Motion Filed by the Entity Calling Itself the Coalition of Abused Scouts for Justice to Participate in the Mediation (D.I. 1230, Filed 9/2/20).

Related Pleadings:  None.

Status:  This matter is going forward.

11.    Century and Hartford's Motion to Compel the Attorneys Representing the Entity Calling Itself the "Coalition" to Submit the Disclosures Required by Federal Rule of Bankruptcy Procedure 2019 (D.I. 1164, Filed 8/26/20).

Objection Deadline:  September 2, 2020, at 4:00 p.m. (ET).

Responses Received:

a)     Joinder by Allianz Global Risks US Insurance Company and National Surety Corporation to Century and Hartford's Motion to Compel the Attorneys Representing the Entity Calling Itself the "Coalition" to Submit the Disclosures Required by Federal Rule of Bankruptcy Procedure 2019 (D.I. 1177, Filed 8/27/20);

b)     Joinder by Agricultural Insurance Company to Century and Hartford's Motion to Compel the Attorneys Representing the Entity Calling Itself the "Coalition" to Submit the Disclosures Required by Federal Rule of Bankruptcy Procedure 2019 (D.I. 1218, Filed 9/2/20); and

c)     Objection of the Coalition of Abused Scouts for Justice to Century to Hartford's Motion to Compel the Attorneys Representing the Entity Calling Itself the "Coalition" to Submit the Disclosures Required by Federal Rule of Bankruptcy Procedure 2019 (D.I. 1225, Filed 9/2/20).

Related Pleadings:

a)     Declaration of Janine Panchok-Berry in Support of Century and Hartford's Motion to Compel the Attorneys Representing the Entity Calling Itself the "Coalition" to Submit the Disclosures Required by Federal Rule of Bankruptcy Procedure 2019 (D.I. 1165, Filed 8/26/20); and

b)     Exhibits to Declaration of Janine Panchok-Berry in Support of Century and Hartford's Motion to Compel the Attorneys Representing the Entity Calling Itself the "Coalition" to Submit the Disclosures Required by Federal Rule of Bankruptcy Procedure 2019 (D.I. 1166, Filed 8/26/20).

Status:  This matter is going forward.

12.     Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Assume Certain  Unexpired Leases of Nonresidential Real Property Pursuant to Section 365 of the Bankruptcy Code and (II) Fixing Cure Amounts with Respect Thereto (D.I. 1168, Filed 8/26/20).

Objection Deadline:  September 2, 2020, at 4:00 p.m. (ET).  Extended to September 4, 2020, at 4:00 p.m. (ET) for the Committee of Tort Claimants.

Responses Received:

a)     Informal comments from the Committee of Tort Claimants.

Related Pleadings:  None.

<u>Status</u>:  This matter is going forward.

Dated:  September 4, 2020                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP
        Wilmington, Delaware

                                                   */s/ Eric W. Moats*
                                                   Derek C. Abbott (No. 3376)
                                                   Andrew R. Remming (No. 5120)
                                                   Eric W. Moats (No. 6441)
                                                   Paige N. Topper (No. 6470)
                                                   1201 North Market Street, 16th Floor
                                                   P.O. Box 1347
                                                   Wilmington, Delaware 19899-1347
                                                   Telephone:  (302) 658-9200
                                                   Email:  dabbott@mnat.com
                                                           aremming@mnat.com
                                                           emoats@mnat.com
                                                           ptopper@mnat.com

                                                           – and –

                                                   SIDLEY AUSTIN LLP
                                                   Jessica C. K. Boelter (admitted *pro hac vice*)
                                                   787 Seventh Avenue
                                                   New York, New York 10019
                                                   Telephone:  (212) 839-5300
                                                   Email:  jboelter@sidley.com

                                                           – and –

                                                   SIDLEY AUSTIN LLP
                                                   Thomas A. Labuda (admitted *pro hac vice*)
                                                   Michael C. Andolina (admitted *pro hac vice*)
                                                   Matthew E. Linder (admitted *pro hac vice*)
                                                   Blair M. Warner (admitted *pro hac vice*)
                                                   One South Dearborn Street
                                                   Chicago, Illinois 60603
                                                   Telephone:  (312) 853-7000
                                                   Email:  tlabuda@sidley.com
                                                           mandolina@sidley.com
                                                           mlinder@sidley.com
                                                           blair.warner@sidley.com

                                                   ATTORNEYS FOR THE DEBTORS AND
                                                   DEBTORS IN POSSESSION