**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| BOY SCOUTS OF AMERICA AND | : | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC[1], | : | |
| | : | *Jointly Administered* |
| | : | |
| Debtors. | : | **Hearing Date:  October 14, 2020 @ 10:00 A.M. (EST)** |
| | : | |
| | : | **Ref No. 1104** |

**RE-NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
**OF MARGARET HENDERSON, AS PERSONAL REPRESENTATIVE OF THE**
**ESTATE OF N.G.H., DECEASED**

**TO ALL PARTIES ON THE ATTACHED SERVICE LIST:**


      **PLEASE TAKE NOTICE** that on August 14, 2020, Margaret Henderson, as

Personal Representative of the Estate of  N.G.H., Deceased (the "Estate of N.G.H.")  filed a

Motion for Relief from the Automatic Stay (the "Motion") with the United States Bankruptcy

Court for the District of Delaware (the "Court").

      **PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE

MOTION ORIGINALLY SCHEDULED FOR SEPTEMBER 9, 2020 AT 10:00 A.M. WILL

NOW BE HELD ON **OCTOBER 14, 2020 AT 10:00 A.M. (Prevailing Eastern Time)**

BEFORE THE HONORABLE LAURIE  SELBER SILVERSTEIN AT THE UNITED STATES

BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET,

6TH FLOOR, COURT ROOM #2, WILMINGTON, DELAWARE 19801.  ONLY PARTIES

WHO HAVE FILED A TIMELY OBJECTION WILL BE HEARD AT THE HEARING.

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE
COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT
FURTHER NOTICE OR HEARING.

Dated:  September 4, 2020

By: /s/ Kristi J. Doughty
Richard A. Barkasy (#4683)
Kristi J. Doughty (#3826)
SCHNADER HARRISON SEGAL & LEWIS LLP
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 888-4554
Facsimile:  (302) 888-1696
rbarkasy@schnader.com
kdoughty@schnader.com

*Attorneys for Margaret Henderson, as Personal*
*Representative of the Estate of N.G.H., Deceased*