# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| BOY SCOUTS OF AMERICA AND | : Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC[1], | : |
| | : *Jointly Administered* |
| Debtors. | : |

## CERTIFICATE OF SERVICE

I, Kristi J. Doughty, hereby certify on September 4, 2020 under penalty of perjury that I caused a true and correct copy of the Re-Notice of Hearing for the Motion of Margaret Henderson as Personal Representative of the Estate of N.G.H., Deceased, originally filed on August 14, 2020 as Docket #1104, to be served via CM/ECF, upon the persons and entities listed on the attached Service List.

Dated: September 4, 2020

By: /s/ Kristi J. Doughty
Richard A. Barkasy (#4683)
Kristi J. Doughty (#3826)
SCHNADER HARRISON SEGAL & LEWIS LLP
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 482-4038
Facsimile: (302) 888-1696
rbarkasy@schnader.com
kdoughty@schnader.com

*Attorneys for Margaret Henderson, as Personal Representative of the Estate of N.G.H., Deceased*

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

SERVICE LIST

| | |
|---|---|
| Derek C. Abbott<br>Joseph Charles Barsalona II<br>Eric Moats<br>Andrew R. Remming<br>Paige Noelle Topper<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | Nancy Adams<br>Kim V. Marrkand<br>Mintz, Levin, Cohn, Ferris, Glovsky<br>One Financial Center<br>Boston, MA 02111 |
| Jason P. Amala<br>Vincent Nappo<br>Michael T. Pfau<br>Pfau Cochran Vertetis Amals PLLC<br>403 Columbia Street<br>Suite 500<br>Seattle, WA 98104 | Margaret M. Anderson<br>Fox Swibel Levin & Carroll, LLP<br>200 West Madison Street<br>Suite 3000<br>Chicago, IL 60606 |
| Michael Christian Andolina<br>Karim Basaria<br>Matthew Evan Linder<br>Andrew Fotre O'Neill<br>Blair M. Warner<br>Thomas A. Labuda, Jr<br>Sidley Austin<br>1 South Dearborn Street<br>Chicago, IL 60603 | Jessica C. Boelter<br>James F Conlan<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019 |
| Anne Andrews<br>John C. Thornton<br>ANDREWS & THORNTON<br>4701 Von Karman Ave<br>Suite 300<br>Newport Beach, CA 92660 | Mary E. Augustine<br>A M Saccullo Legal, LLC<br>27 Crimson King Drive<br>Bear, DE 19701 |

| | |
|---|---|
| Lorraine Armenti<br>Kevin Coughlin<br>Michael Hrinewski<br>Coughlin Duffy, LLP<br>350 Mount Kemble Ave.<br>PO Box 1917<br>Morristown, NJ 07962 | Richard J. Bernard<br>Foley & Lardner LLP<br>90 Park Avenue<br>New York, NY 10016 |
| Victor Vilaplana<br>Foley & Lardner LLP<br>3579 Valley Centre Drive<br>Ste 300<br>San Diego, CA 92130 | Karen C. Bifferato<br>Kelly M. Conlan<br>Connolly Gallagher LLP<br>1201 North Market Street, 20th Floor<br>Wilmington, DE 19801 |
| Jeffrey E. Bjork<br>Nicholas J. Messana<br>Kimberly A. Posin<br>Amy Christine Quartarolo<br>Latham & Watkins LLP<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071-1560 | Adam J. Goldberg<br>Latham & Watkins, LLP<br>885 Third Avenue<br>New York, NY 10022 |
| William P. Bowden<br>Ashby & Geddes<br>500 Delaware Avenue<br>8th Floor<br>Wilmington, DE 19801 | David E. Blabey, Jr.<br>Thomas Moers Mayer<br>Kramer, Levin, Nafkalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| Patrick A. Jackson<br>Faegre Drinker Biddle & Reath LLP<br>222 Delaware Avenue<br>Wilmington, DE 19801 | Kayla D Britton<br>Jay Jaffe<br>Elizabeth M Little<br>Faegre Drinker Biddle & Reath LLP<br>600 E 96th Street<br>Suite 600<br>Indianapolis, IN 46240 |
| Todd M. Brooks<br>Whiteford, Taylor & Preston LLP<br>7 Saint Paul Street<br>Baltimore, MD 21202-1636 | David L. Buchbinder<br>Hannah Mufson McCollum<br>Office of the United States Trustee<br>U. S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 |

| | |
|---|---|
| Kate R. Buck<br>McCarter & English, LLP<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801 | Jeffrey Thomas Testa<br>Clement J. Farley<br>McCarter & English<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102-4096 |