# EXHIBIT 1

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

The Archdiocese of Saint Paul and
Minneapolis,

        Debtor.

BKY 15-30125

Chapter 11

## ORDER

This case is before the court on the debtor's motion for an order requiring compliance with Rule 2019 of the Federal Rules of Bankruptcy Procedure.

Based on the motion and file,

IT IS ORDERED:

On or before March 9, 2017, Jeff Anderson and Associates, P.A., shall comply with the provisions of Federal Rule of Bankruptcy Procedure 2019 by filing  a verified disclosure containing the following:

A.      A complete copy of each form of retainer agreement, fee agreement, engagement agreement, referral agreement and all other applicable agreements authorizing the Anderson Firm to act on behalf of a creditor in this case or providing in any way for the payment of the Anderson Firm's fees and costs, including all amendments and modification to any such agreements.   The Anderson Firm shall provide exemplar copies of each version of the actual signed agreements entered into with creditors in this case.  The Anderson Firm may redact the personally identifying information of those creditor clients from such agreements but may not

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *02/27/2017*
Lori Vosejpka, Clerk, by LH

1

Case 20-10343-LSS   Doc 1248-1   Filed 09/04/20   Page 3 of 3

redact any other information.  The disclosure shall further set forth by claimant number which

exemplar agreements apply to each client.

      B.      All other information and disclosures required by Fed. R. Bankr. P. 2019.


Dated:   *February 27, 2017*          /e/ Robert J. Kressel
                                              Robert J. Kressel
                                            United States Bankruptcy Judge