**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>Hearing Date: September 9, 2020 at 10:00 a.m. (ET)<br>Obj. Deadline: At or prior to the Hearing<br><br>Ref. Docket No. 1144 & 1220 |

**NOTICE OF HARTFORD'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING HARTFORD TO FILE UNDER SEAL (1) PORTIONS OF HARTFORD'S OPPOSITION TO THE COALITION OF ABUSED SCOUTS FOR JUSTICE FOR AN ORDER (I) AUTHORIZING THE COALITION TO FILE UNDER SEAL EXHIBIT A TO THE AMENDED 2019 STATEMENT AND (II) APPROVING THE SUFFICIENCY OF THE AMENDED 2019 STATEMENT; AND (2) EXHIBITS 2, 3, 4 AND 5**

PLEASE TAKE NOTICE that on September 4, 2020, Hartford Accident and Indemnity Company, First State Insurance Company and Twin City Fire Insurance Company (collectively, "Hartford"), by and through their undersigned counsel, filed with the United States Bankruptcy Court for the District of Delaware (the "Court") **Hartford's Motion for Entry of an Order Authorizing Hartford to File Under Seal (1) Portions of Hartford's Opposition to the Coalition of Abused Scouts for Justice for an Order (I) Authorizing the Coalition to File Under Seal Exhibit A to the Amended 2019 Statement and (II) Approving the Sufficiency of the Amended 2019 Statement; and (2) Exhibits 2, 3, 4 and 5** (the "Motion"), a copy of which is being served on you with this notice.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

PLEASE TAKE FURTHER NOTICE that a hearing to consider the relief sought in the Motion will be held on **September 9, 2020 at 10:00 a.m. (ET)** before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, at the Court, 824 Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that, objections, if any, to the entry of an order approving the Motion, may be presented at the time of the hearing (the "Objection Deadline") with the Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RAISE AN OBJECTION ON OR BEFORE THE OBJECTION DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

*Remainder of page intentionally left blank*

| | |
|---|---|
| Date: September 4, 2020<br>Wilmington, Delaware | BAYARD, P.A.<br><br> /s/ Gregory J. Flasser<br>Erin R. Fay (No. 5268)<br>Gregory J. Flasser (No. 6154)<br>600 North King Street, Suite 400<br>Wilmington, Delaware 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>Email: efay@bayardlaw.com<br>         gflasser@bayardlaw.com<br><br>- and -<br><br>James P. Ruggeri (admitted *pro hac vice*)<br>Joshua D. Weinberg (admitted *pro hac vice*)<br>Abigail W. Williams (admitted *pro hac vice*)<br>Shipman & Goodwin LLP<br>1875 K Street, NW, Suite 600<br>Washington, DC 20003<br>Tel: (202) 469-7750<br>Fax: (202) 469-7751<br><br>- and -<br><br>Eric S. Goldstein (admitted *pro hac vice*)<br>Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103<br>Tel: (860) 251-5000<br>Fax: (860) 251-5099<br><br>*Attorneys for First State Insurance Company, Hartford Accident and Indemnity Company and Twin City Fire Insurance Company* |