# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC.[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Colin Linebaugh, depose and say that I am employed by Omni Agent Solutions (**"Omni"**), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 1, 2020, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following documents to be served via the method set forth on the Fee App Parties Service List attached hereto as **Exhibit A**:

- **Summary Cover Sheet to the Fifth Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 1, 2020 through July 31, 2020 [Docket No. 1212].**

- **Fifth Monthly Fee Application of Reed Smith LLP, Delaware Counsel to the Official Committee of Unsecured Creditors, for Compensation and Reimbursement of Expenses for the Period July 1, 2020 through July 31, 2020 [Docket No. 1213].**

- **Fifth Monthly Application of AlixPartners, LLP, Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period July 1, 2020 through and Including July 31, 2020 [Docket No. 1214].**

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Dated: September 2, 2020

_____
Colin Linebaugh
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
(818) 906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 2nd day of September, 2020, by Colin Linebaugh proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

# **EXHIBIT A**

**Exhibit A**
**Fee App Parties Service List**
**Served as set forth below**

| Description | Name | Attention | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel to the Official Committee of Unsecured Creditors | Kramer Levin Naftalis & Frankel LLP | Rachael Ringer | rringer@kramerlevin.com | Email |
| *NOA - Counsel to the Official Committee of Unsecured Creditors | Kramer Levin Naftalis & Frankel LLP | Megan M. Wasson | mwasson@kramerlevin.com | Email |
| Counterparty | Morris, Nichols, Arsht & Tunnell | | dabbott@mnat.com | Email |
| *NOA - Counsel for JPMorgan Chase Bank, National Association | Norton Rose Fulbright Us LLP | Louis R. Strubeck | louis.strubeck@nortonrosefulbright.com | Email |
| *NOA - Counsel for JPMorgan Chase Bank, National Association | Norton Rose Fulbright US LLP | Kristian W. Gluck | kristian.gluck@nortonrosefulbright.com | Email |
| U.S. Trustee | Office of the U.S. Trustee | Hannah Mufson McCollum | hannah.mccollum@usdoj.gov | Email |
| Core Parties | Office of the United States Trustee | David L. Buchbinder | david.l.buchbinder@usdoj.gov | Email |
| *NOA - Counsel to the Tort Claimants' Committee | Pachulski Stang Ziehl & Jones | James E. O'Neill | joneill@pszjlaw.com | Email |
| Counterparty | Sidley Austin LLP | | mlinder@sidley.com | Email |
| Counterparty | Sidley Austin LLP | | jboelter@sidley.com | Email |
| Core Parties - Counsel for Prepetition Ad Hoc Committee of Local Councils | Wachtell, Lipton, Rosen & Katz | Richard G. Mason | rgmason@wlrk.com | Email |
| Core Parties - Counsel for Prepetition Ad Hoc Committee of Local Councils | Wachtell, Lipton, Rosen & Katz | Joseph C. Celentino | jccelentino@wlrk.com | Email |
| Core Parties - Counsel to the Prepetition Future Claimants' Representative | Young Conaway Stargatt & Taylor | Robert S. Brady | rbrady@ycst.com | Email |
| Core Parties - Counsel to the Prepetition Future Claimants' Representative | Young Conaway Stargatt & Taylor | Edwin J. Harron | eharron@ycst.com | Email |