
# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors.[1] | |

## CERTIFICATE OF SERVICE

I, Stanley B. Tarr, hereby certify that on August 24, 2020, I served or caused to be served the *Motion of the Coalition of Abused Scouts for Justice for an Order (I) Authorizing the Coalition to File Under Seal Exhibit A to the Amended 2019 Statement and (II) Approving the Sufficiency of the Amended 2019 Statement* (the "Motion") [D.I. 1144] by CM/ECF upon those parties registered to receive such electronic notifications in this case. I further certify that on August 24, 2020, I served or caused to be served the Motion upon the persons or entities listed on the attached Service List A via electronic mail.

I further certify that on August 25, 2020, I served or caused to be served the *Amended Notice of Motion of the Coalition of Abused Scouts for Justice for an Order (I) Authorizing the Coalition to File Under Seal Exhibit A to the Amended 2019 Statement and (II) Approving the Sufficiency of the Amended 2019 Statement* [D.I. 1150] by CM/ECF upon those parties registered to receive such electronic notifications in this case and upon the persons or entities listed on the attached Service List B via either (i) U.S. first-class mail, postage fully pre-paid, or (ii) electronic mail, as indicated thereon.

I further certify that on August 26, 2020, I served or caused to be served the *Motion of the*

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

1

*Coalition of Abused Scouts for Justice to Participate in the Mediation* [D.I. 1161] by CM/ECF upon those parties registered to receive such electronic notifications in this case and upon the persons or entities listed on the attached Service List B via either (i) U.S. first-class mail, postage fully pre-paid, or (ii) electronic mail, as indicated thereon.

|  |  |
|---|---|
| Dated: September 4, 2020<br>Wilmington, Delaware | **BLANK ROME LLP**<br><br>*/s/ Stanley B. Tarr*<br>Stanley B. Tarr (DE No. 5535)<br>1201 Market Street, Suite 800<br>Wilmington, Delaware 19801<br>Telephone:    (302) 425-6423<br>Facsimile:    (302) 252-0921<br>E-mail:    Tarr@BlankRome.com<br><br>-and-<br><br>**BROWN RUDNICK LLP**<br>David J. Molton, Esquire<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 209-4800<br>E-mail: dmolton@brownrudnick.com<br><br>-and-<br><br>Sunni P. Beville, Esquire<br>Tristan G. Axelrod, Esquire<br>One Financial Center<br>Boston, MA 02111<br>Telephone: (617) 856-8200<br>E-mail: sbeville@brownrudnick.com<br>E-mail: taxelrod@brownrudnick.com<br><br>*Co-Counsel to the Coalition of Abused Scouts for Justice* |