## SERVICE LIST A

| Creditor | Address1 | Address2 | Address3 | Address4 | Address5 | Email | Attention |
|---|---|---|---|---|---|---|---|
| Adams and Reese LLP | Attn: Henry C. Shelton, III | 6075 Poplar Ave, Ste 700 | Memphis, TN 38119 | | | Henry.Shelton@arlaw.com | Henry C. Shelton, III |
| Ashby & Geddes, PA | Attn: Bill Bowden | 500 Delaware Ave, 8th Fl | P.O. Box 1150 | Wilmington, DE 19899-1150 | | wbowden@ashbygeddes.com | Bill Bowden |
| Bayard, PA | Attn: Erin Fay/ Gregory Flasser | 600 N King St, Ste 400 | Wilmington, DE 19801 | | | efay@bayardlaw.com | Erin R. Fay |
| Bayard, PA | | | | | | gflasser@bayardlaw.com | Gregory J. Flasser |
| Bodell Bove, LLC | Attn: Bruce W. McCullough | 1225 N King St, Ste 1000 | Wilmington, DE 19801 | | | bmccullough@bodellbove.com | Bruce W. McCullough |
| Bradley Riley Jacobs PC | Attn: Todd C. Jacobs | 320 W Ohio St, Ste 3W | Chicago, IL 60654 | | | tjacobs@bradleyriley.com | Todd C. Jacobs |
| Carruthers & Roth, PA | Attn: Britton C Lewis | 235 N Edgeworth St | P.O. Box 540 | Greensboro, NC 27401 | | bcl@crlaw.com | Britton C. Lewis |
| Choate, Hall & Stewart LLP | Attn: Douglas R. Gooding | Attn: Jonathan D. Marshall | Attn: Michael J. Foley, Jr | Two International Place | Boston, MA 02110 | dgooding@choate.com | Douglas R. Gooding |
| Choate, Hall & Stewart LLP | | | | | | jmarshall@choate.com | Jonathan D. Marshal |
| Choate, Hall & Stewart LLP | | | | | | mjfoley@choate.com | Michael J. Foley |
| Coughlin Duffy, LLP | Attn: Kevin Coughlin/Lorraine Armenti | Attn: Michael Hrinewski | 350 Mt Kemble Ave | P.O. Box 1917 | Morristown, NJ 07960 | kcoughlin@coughlinduffy.com | Kevin Coughlin |
| Coughlin Duffy, LLP | | | | | | larmenti@coughlinduffy.com | Lorraine Armenti |
| Coughlin Duffy, LLP | | | | | | mhrinewski@coughlinduffy.com | Michael Hrinewski |
| Dorsey & Whitney LLP | Attn: Eric Lopez Schnabel | Attn: Alessandra Glorioso | 300 Delaware Ave, Ste 1010 | Wilmington, DE 19801 | | schnabel.eric@dorsey.com | Eric Lopez Schnabel |
| Dorsey & Whitney LLP | | | | | | glorioso.alessandra@dorsey.com | Alessandra Glorioso |
| Dorsey & Whitney LLP | Attn: Bruce R. Ewing/E. Schnabel | 51 W 52nd St | New York, NY 10019 | | | ewing.bruce@dorsey.com | Bruce R. Ewing |
| Fineman Krekstein & Harris, PC | Attn: Dierdre M Richards | 1300 N King St | Wilmington, DE 19801 | | | drichards@finemanlawfirm.com | Dierdre M Richards |
| Foley & Lardner LLP | Attn: Richard J Bernard | 90 Park Ave | New York, NY 10016 | | | rbernard@foley.com | Richard J. Bernard |
| Foley & Lardner LLP | Attn: Victor Vilaplana | 3579 Valley Centre Dr, Ste 300 | San Diego, CA 92130 | | | vavilaplana@foley.com | Victor Vilaplana |
| Foran Glennon Planadech Ponzi & Rudloff, P.C. | Attn: Susan N K Gummow | Attn: Igor Shleypak | 222 N LaSalle St, Ste 1400 | Chicago, IL 60614 | | sgummow@fgppr.com | Susan N K Gummow |
| Foran Glennon Planadech Ponzi & Rudloff, P.C. | | | | | | ishleypak@fgppr.com | Igor Shleypak |
| Gilbert LLP | Attn: Kami Quinn / Attn: Meredith Neely | Attn: Emily Grim / Attn: Jasmine Chalashtori | 700 Pennsylvania Ave, SE Ste 400 | Washington, DC 20003 | | quinnk@gilbertlegal.com | Kami Quinn |
| Gilbert LLP | | | | | | neelym@gilbertlegal.com | Meredith Neely |
| Gilbert LLP | | | | | | grime@gilbertlegal.com | Emily Grim |
| Gilbert LLP | | | | | | chalashtorij@gilbertlegal.com | Jasmine Chalashtori |
| JPMorgan Chase Bank, NA | Attn: Phil Martin | 10 S Dearborn St | Mail Code Il1-1415 | Chicago, Il 60603 | | | |
| Jpmorgan Chase Bank, NA | c/o Norton Rose Fulbright US LLP | Attn: Louis R. Strubeck, Jr | 1301 Ave of the Americas | New York, NY 10019-6022 | | louis.strubeck@nortonrosefulbright.com | Louis R. Strubeck, Jr |
| Karr Tuttle Campbell, PS | Attn: Bruce W. Leaverton | 701 5th Ave, Ste 3300 | Seattle, WA 98104 | | | bleaverton@karrtuttle.com | Bruce W. Leaverton |
| Kramer Levin Naftalis & Frankel LLP | Attn: Thomas Moers Mayer/Rachel Ringer | Attn: David E. Blabey Jr./Jennifer R. Sharret | Attn: Megan M. Wasson | 177 Ave of the Americas | New York, NY 10036 | tmayer@kramerlevin.com | Thomas Moers Mayer |
| Kramer Levin Naftalis & Frankel LLP | | | | | | rringer@kramerlevin.com | Rachael Ringer |
| Kramer Levin Naftalis & Frankel LLP | | | | | | dblabey@kramerlevin.com | David E. Blabey Jr. |
| Kramer Levin Naftalis & Frankel LLP | | | | | | jsharret@kramerlevin.com | Jennifer R. Sharret |
| Kramer Levin Naftalis & Frankel LLP | | | | | | mwasson@kramerlevin.com | Megan M. Wasson |
| Maurice Wutscher LLP | Attn: Alan C. Hochheiser | 23611 Chagrin Blvd. Ste 207 | Beachwood, OH 44122 | | | ahochheiser@mauricewutscher.com | Alan C. Hochheiser |
| McDermott Will & Emery LLP | Attn: Ryan Smethurst | Attn: Margaret Warner | 500 N Capitol St NW | Washington, DC 20001-1531 | | rsmethurst@mwe.com | Robert S. Smethurst |
| McDermott Will & Emery LLP | | | | | | mwarner@mwe.com | Margaret H. Warner |
| Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C. | Attn: Kim V. Marrkand | Attn: Nancy D. Adams | Attn: Laura Bange Stephens | One Financial Center | Boston, MA 02111 | kmarrkand@mintz.com | Kim V. Marrkand |
| Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C. | | | | | | ndadams@mintz.com | Nancy D. Adams |
| Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C. | | | | | | lbstephens@mintz.com | Laura Bange Stephens |
| Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Paul W Carey | 100 Front St | Worcester, MA 01608 | | | pcarey@mirickoconnell.com | Paul W. Carey |
| Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Kate P Foley | 1800 W Park Dr, Ste 400 | Westborough, MA 01581 | | | kfoley@mirickoconnell.com | Kate P. Foley |
| Morris James LLP | Attn: Brett D. Fallon | Attn: Brya M. Keilson | 500 Delaware Ave, Ste 1500 | P.O. Box 2306 | Wilmington, DE 19899-2306 | bfallon@morrisjames.com | Brett D. Fallon |
| Morris James LLP | | | | | | bkeilson@morrisjames.com | Brya M. Keilson |
| Morris, Nichols, Arsht & Tunnell | Attn: Derek C. Abbott | 1201 N. Market Street | P.O. Box 1347 | Wilmington, DE, 19899 | | dabbott@mnat.com | Derek C. Abbott |
| Morris, Nichols, Arsht & Tunnell | Attn: Joseph Charles Barsalona II | | | | | barsalona@mnat.com | Joseph Charles Barsalona II |
| Morris, Nichols, Arsht & Tunnell | Attn: Eric Moats | | | | | emoats@mnat.com | Eric Moats |
| Morris, Nichols, Arsht & Tunnell | Attn: Andrew R. Remming | | | | | aremming@mnat.com | Andrew R. Remming |
| Morris, Nichols, Arsht & Tunnell | Attn: Paige N. Topper | | | | | ptopper@mnat.com | Paige N. Topper |
| Nelson Comis Kettle & Kinney, LLP | Attn: William E. Winfield | 300 E Esplande Dr, Ste 1170 | Oxnard, CA 93036 | | | wwinfield@calattys.com | William E. Winfield |
| Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew S. Sorem | 10 S Wacker Dr, 21st Fl | Chicago, IL 60606 | | | msorem@nicolaidesllp.com | Matthew S. Sorem |
| Norton Rose Fulbright US LLP | Attn: Louis Strubeck/ Kristian Gluck | Attn: Ryan Manns | 2200 Ross Ave, Suite 3600 | Dallas, TX 75201-7932 | | louis.strubeck@nortonrosefulbright.com | Louis R. Strubeck |
| Norton Rose Fulbright US LLP | | | | | | kristian.gluck@nortonrosefulbright.com | Kristian W. Gluck |
| Norton Rose Fulbright US LLP | | | | | | ryan.manns@nortonrosefulbright.com | Ryan E. Manns |
| Office of the U.S. Trustee | | | | | | hannah.mccollum@usdoj.gov | Hannah Mufson McCollum |
| Office of the United States Trustee | Attn: David L. Buchbinder | Attn: Hannah Mufson McCollum | 844 King St, Suite 2207 | Lockbox 35 | Wilmington, DE 19801 | david.l.buchbinder@usdoj.gov | David L. Buchbinder |
| Pachulski Stang Ziehl & Jones | Attn: James I. Stang | 10100 Santa Monica Blvd, 13th Fl | Los Angeles, CA 90067-4003 | | | jstang@pszjlaw.com | James Stang |
| Pachulski Stang Ziehl & Jones | | | | | | joneill@pszjlaw.com | James E. O'Neill |
| Pachulski Stang Ziehl & Jones | | | | | | lcantor@pszjlaw.com | Linda F. Cantor |
| Pachulski Stang Ziehl & Jones | | | | | | rorgel@pszjlaw.com | Robert B. Orgel |
| Pachulski Stang Ziehl & Jones LLP | Attn: James Stang/Robert Orgel | Attn: James O'Neill/John Lucas/Ilan Scharf | 919 N Market St, 17th Fl | P.O. Box 8705 | Wilmington, DE 19899-8705 | jlucas@pszjlaw.com | John W. Lucas |
| Pachulski Stang Ziehl & Jones LLP | | | | | | ischarf@pszjlaw.com | Ilan D. Scharf |
| Reed Smith LLP | Attn: Kurt F. Gwynne | Attn: Katelin A. Morales | 120 N Market St, Ste 1500 | Wilmington, DE 19801 | | kgwynne@reedsmith.com | Kurt F. Gwynne |
| Reed Smith LLP | | | | | | kmorales@reedsmith.com | Katelin A. Morales |
| Seitz, Van Ogtrop & Green, P.A. | Attn: R. Karl Hill | 222 Delaware Ave, Ste 1500 | Wilmington, DE 19801 | | | khill@svglaw.com | R. Karl Hill |
| Sequoia Counsel of Boy Scouts, Inc. | Attn: Michael Marchese | 6005 N Tamera Ave | Fresno, CA 93711 | | | mmarchese@scouting.org | Michael Marchese |
| Shipman & Goodwin LLP | Attn: Abigail Williams/ James Ruggeri | Attn: Joshua Weinberg/ Michele B Konigsberg | 1875 K St NW, Ste 600 | Washington, DC 20006-1251 | | awilliams@goodwin.com | Abigail W. Williams |
| Shipman & Goodwin LLP | | | | | | jweinberg@goodwin.com | Joshua D. Weinberg |
| Shipman & Goodwin LLP | Attn: Eric S. Goldstein | 1 Constitution Plz | Hartford, CT 06103-1919 | | | egoldstein@goodwin.com | Eric S. Goldstein |
| Shipman & Goodwin LLP | | | | | | bankruptcy@goodwin.com | |
| Shipman & Goodwin LLP | | | | | | bankruptcyparalegal@goodwin.com | |
| Shipman & Goodwin LLP | | | | | | mkonigsberg@goodwin.com | Michele Backus Konigsberg |
| Shipman & Goodwin LLP | | | | | | jruggeri@goodwin.com | James P. Ruggeri |
| Sidley Austin LLP | Attn: Blair Warner | One South Dearborn Street | Chicago, IL 60603 | | | blair.warner@sidley.com | Blair Warner |
| Sidley Austin LLP | Attn: Matthew Evan Linder | | | | | mlinder@sidley.com | Matthew Evan Linder |
| Sidley Austin LLP | Attn: Thomas A. Labuda, Jr. | | | | | tlabuda@sidley.com | Thomas A. Labuda, Jr. |
| Sidley Austin LLP | Attn: Karim Basaria | | | | | kbasaria@sidley.com | Karim Basaria |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sidley Austin LLP | Attn: Jessica C. Boelter | 787 Seventh Avenue | New York, NY 10019 | | | jboelter@sidley.com | Jessica C. Boelter |
| Stamoulis & Weinblatt LLC | Attn: Stamatios Stamoulis | Attn: Richard Weinblatt | 800 N West St, Ste 800 | Wilmington, DE 19801 | | stamoulis@swdelaw.com | Stamatios Stamoulis |
| Stamoulis & Weinblatt LLC | | | | | | weinblatt@swdelaw.com | Richard C. Weinblatt |
| The Law Offices of Joyce, LLC | Attn: Michael J. Joyce | 1225 King St, Ste 800 | Wilmington, DE 19801 | | | mjoyce@mjlawoffices.com | Michael J. Joyce |
| Troutman Pepper Hamilton Sanders LLP | Attn: David M. Fournier | Attn: Marcy J. McLaughlin Smith | 1313 Market St, Ste 5100 | P.O. Box 1709 | Wilmington, DE 19899-1709 | david.fournier@troutman.com | David M. Fournier |
| Troutman Pepper Hamilton Sanders LLP | | | | | | marcy.smith@troutman.com | Marcy J. McLaughlin Smith |
| Troutman Pepper Hamilton Sanders LLP | Attn: Harris B. Winsberg | Attn: Matthew G. Roberts | 600 Peachtree St NE, Ste 3000 | Atlanta, GA 30308 | | harris.winsberg@troutman.com | Harris B. Winsberg |
| Troutman Pepper Hamilton Sanders LLP | | | | | | matthew.roberts2@troutman.com | Matthew G. Roberts |
| Wachtell, Lipton, Rosen & Katz | Attn: Richard Mason/Douglas Mayer | Attn:Joseph C. Celentino | 51 W 52nd St | New York, NY 10019 | | rgmason@wlrk.com | Richard G. Mason |
| Wachtell, Lipton, Rosen & Katz | | | | | | dkmayer@wlrk.com | Douglas K. Mayer |
| Wachtell, Lipton, Rosen & Katz | | | | | | jccelentino@wlrk.com | Joseph C. Celentino |
| Wanger Jones Helsley, PC. | Attn: Riley C. Walter | 265 E River Park Circle, Ste 310 | Fresno, CA 93720 | | | rwalter@wjhattorneys.com | Riley C. Walter |
| Ward and Smith, P.A. | Attn: Paul A Fanning | P.O. Box 8088 | Greenville, NC 27835-8088 | | | paf@wardandsmith.com | Paul A Fanning |
| Whiteford, Taylor & Preston LLC | Attn: Richard W Riley | The Renaissance Centre | 405 N King St, Ste 500 | Wilmington, DE 19801 | | rriley@wtplaw.com | Richard W. Riley |
| Whiteford, Taylor & Preston LLP | Attn: Todd M Brooks | 7 St Paul St, 15th Fl | Baltimore, MD 21202-1626 | | | tbrooks@wtplaw.com | Todd M. Brooks |
| Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Craig Goldblatt | 1875 Pennsylvania Ave NW | Washington, DC 20006 | | | craig.goldblatt@wilmerhale.com | Craig Goldblatt |
| Womble Bond Dickinson (US) LLP | Attn: Matthew Ward/Morgan Patterson | 1313 N Market St, Ste 1200 | Wilmington, DE 19801 | | | matthew.ward@wbd-us.com | Matthew P. Ward |
| Womble Bond Dickinson (US) LLP | | | | | | morgan.patterson@wbd-us.com | Morgan L. Patterson |
| Young Conaway Stargatt & Taylor | Attn: James L. Patton, Jr | Attn: Robert Brady/Edwin Harron | Rodney Square | 1000 N King St | Wilmington, DE 19801 | jpatton@ycst.com | James L. Patton, Jr |
| Young Conaway Stargatt & Taylor | | | | | | rbrady@ycst.com | Robert S. Brady |
| Young Conaway Stargatt & Taylor | | | | | | eharron@ycst.com | Edwin J. Harron |
| O'Melveny & Myers LLP | Attn: Tancred Schiavoni, Esq. | Times Square Tower | 7 Times Square | New York, NY 10036-6537 | | tschiavoni@omm.com | Tancred Schiavoni |
| O'Melveny & Myers LLP | Attn: Janine Panchok-Berry, Esq. | Times Square Tower | 7 Times Square | New York, NY 10036-6537 | | jpanchok-berry@omm.com | Janine Panchok-Berry |