## **SERVICE LIST B**

| Creditor | Address1 | Address2 | Address3 | Address4 | Address5 | Email | Attention | Service |
|---|---|---|---|---|---|---|---|---|
| Abernathy, Roeder, Boyd & Hullett, P.C. | Attn: Chad Timmons | Attn: Larry R. Boyd | Attn: Emily M. Hahn | 1700 Redbud Blvd, Ste 300 | McKinney, TX 75069 | ctimmons@abernathylaw.com | Chad Timmons | Via Electronic Mail |
| Abernathy, Roeder, Boyd & Hullett, P.C. | | | | | | bankruptcy@abernathylaw.com | Larry R. Boyd | Via Electronic Mail |
| Abernathy, Roeder, Boyd & Hullett, P.C. | | | | | | ehahn@abernathy-law.com | Emily M. Hahn | Via Electronic Mail |
| Adams and Reese LLP | Attn: Henry C. Shelton, III | 6075 Poplar Ave, Ste 700 | Memphis, TN 38119 | | | Henry.Shelton@arlaw.com | Henry C. Shelton, III | Via Electronic Mail |
| AM Saccullo Legal, LLC | Attn: Anthony Saccullo/Mary Augustine | 27 Crimson King Dr | Bear, DE 19701 | | | anthony.saccullo@legal.com | Anthony M. Saccullo | Via Electronic Mail |
| AM Saccullo Legal, LLC | | | | | | meg@saccullolegal.com | Mary E. Augustine | Via Electronic Mail |
| Andrews & Thornton | Attn: Anne Andrews/John Thornton | 4701 Von Karman Ave, Ste 300 | Newport Beach, CA 92660 | | | aa@andrewsthornton.com | Anne Andrews | Via Electronic Mail |
| Ashby & Geddes, PA | Attn: Bill Bowden | 500 Delaware Ave, 8th Fl | P.O. Box 1150 | Wilmington, DE 19899-1150 | | wbowden@ashbygeddes.com | Bill Bowden | Via Electronic Mail |
| Baird Mandalas Brockstedt, LLC | Attn: Stephen W. Spence | 1413 Savannah Rd, Ste 1 | Lewes, DE 19958 | | | sws@bmbde.com | Stephen W. Spence | Via Electronic Mail |
| Baker Manock & Jensen, PC | Attn: Jan T. Perkins | 5260 N Palm Ave, Ste 421 | Fresno, CA 93704 | | | jperkins@bakermanock.com | Jan T. Perkins | Via Electronic Mail |
| Bayard, PA | Attn: Erin Fay/ Gregory Flasser | 600 N King St, Ste 400 | Wilmington, DE 19801 | | | efay@bayardlaw.com | Erin R. Fay | Via Electronic Mail |
| Bayard, PA | | | | | | gflasser@bayardlaw.com | Gregory J. Flasser | Via Electronic Mail |
| Bielli & Klauder, LLC | Attn: David M Klauder | 1204 N King St | Wilmington, DE 19801 | | | dklauder@bk-legal.com | David M. Klauder | Via Electronic Mail |
| Blank Rome LLP | Attn: Stanley B. Tarr | 1201 N Market St, Ste 800 | Wilmington, DE 19801 | | | tarr@blankrome.com | Stanley B. Tarr | Via Electronic Mail |
| Bodell Bove, LLC | Attn: Bruce W. McCullough | 1225 N King St, Ste 1000 | Wilmington, DE 19801 | | | bmccullough@bodellbove.com | Bruce W. McCullough | Via Electronic Mail |
| Bradley Riley Jacobs PC | Attn: Todd C. Jacobs | 320 W Ohio St, Ste 3W | Chicago, IL 60654 | | | tjacobs@bradleyriley.com | Todd C. Jacobs | Via Electronic Mail |
| Brown Rudnick LLP | Attn: David J. Molton | 7 Times Square | New York, NY 10036 | | | DMolton@brownrudnick.com | David J. Molton | Via Electronic Mail |
| Brown Rudnick LLP | Attn: Sunni P. Beville | Attn: Tristan G. Axelrod | 1 Financial Ctr | Boston, MA 02111 | | sbeville@brownrudnick.com | Sunni P. Beville | Via Electronic Mail |
| Brown Rudnick LLP | | | | | | taxelrod@brownrudnick.com | Tristan G. Axelrod | Via Electronic Mail |
| Buchalter, A Professional Corporation | Attn: Shawn M. Christianson | 55 Second St, 17th Fl | San Francisco, CA 94105-3493 | | | schristianson@buchalter.com | Shawn M. Christianson | Via Electronic Mail |
| Butler Snow LP | Attn: Daniel W. Van Horn | P.O. Box 171443 | Memphis, TN 38187-1443 | | | Danny.VanHorn@butlersnow.com | Daniel W. Van Horn | Via Electronic Mail |
| Carruthers & Roth, PA | Attn: Britton C Lewis | 235 N Edgeworth St | P.O. Box 540 | Greensboro, NC 27401 | | bcl@crlaw.com | Britton C. Lewis | Via Electronic Mail |
| Chipman, Brown, Cicero & Cole, LLP | Attn: Mark Desgrosseilliers | 1313 N Market St, Ste 5400 | Wilmington, DE 19801 | | | desgross@chipmanbrown.com | Mark L. Desgrosseilliers | Via Electronic Mail |
| Choate, Hall & Stewart LLP | Attn: Douglas R. Gooding | Attn: Jonathan D. Marshall | Attn: Michael J. Foley, Jr | Two International Place | Boston, MA 02110 | dgooding@choate.com | Douglas R. Gooding | Via Electronic Mail |
| Choate, Hall & Stewart LLP | | | | | | jmarshall@choate.com | Jonathan D. Marshal | Via Electronic Mail |
| Choate, Hall & Stewart LLP | | | | | | mjfoley@choate.com | Michael J. Foley | Via Electronic Mail |
| Commonwealth of Pennsylvania | Dept of Labor & Industry | Attn: Deb Secrest/Collections Support Unit | 651 Boas St, Rm 925 | Harrisburg, PA 17121 | | ra-li-ucts-bankrupt@state.pa.us | Deb Secrest | Via Electronic Mail |
| Connolly Gallagher, LLP | Attn: Karen C. Bifferato | Attn: Kelly M. Conlan | 1201 N Market St, 20th Fl | Wilmington, DE 19801 | | kbifferato@connollygallagher.com | Karen C. Bifferato | Via Electronic Mail |
| Connolly Gallagher, LLP | | Attn: Michael Hrinewski | 350 Mt Kemble Ave | P.O. Box 1917 | Morristown, NJ 07960 | kconlan@connollygallagher.com | Kelly M. Conlan | Via Electronic Mail |
| Coughlin Duffy, LLP | Attn: Kevin Coughlin/Lorraine Armenti | | | | | kcoughlin@coughlinduffy.com | Kevin Coughlin | Via Electronic Mail |
| Coughlin Duffy, LLP | | | | | | larmenti@coughlinduffy.com | Lorraine Armenti | Via Electronic Mail |
| Coughlin Duffy, LLP | | | | | | mhrinewski@coughlinduffy.com | Michael Hrinewski | Via Electronic Mail |
| Crew Janci LLP | Attn: Stephen Crew | Attn: Peter Janci | 1200 NW Naito Pkwy, Ste 500 | Portland, OR 97209 | | steve@crewjanci.com | Stephen Crew | Via Electronic Mail |
| Crew Janci LLP | | | | | | peter@crewjanci.com | Peter Janci | Via Electronic Mail |
| Cross & Simon, LLC | Attn: Christopher Simon | Attn: Kevin Mann | 1105 N Market St, Ste 901 | Wilmington, DE 19801 | | csimon@crosslaw.com | Christopher P. Simon | Via Electronic Mail |
| Cross & Simon, LLC | | | | | | kmann@crosslaw.com | Kevin S. Mann | Via Electronic Mail |
| Davies Hood PLLC | Attn: Jason P. Hood | 22 N Front St, Ste 620 | Memphis, TN 38103-2100 | | | Jason.Hood@davieshood.com | Jason P. Hood | Via Electronic Mail |
| Dorsey & Whitney LLP | Attn: Eric Lopez Schnabel | Attn: Alessandra Glorioso | 300 Delaware Ave, Ste 1010 | Wilmington, DE 19801 | | schnabel.eric@dorsey.com | Eric Lopez Schnabel | Via Electronic Mail |
| Dorsey & Whitney LLP | | | | | | glorioso.alessandra@dorsey.com | Alessandra Glorioso | Via Electronic Mail |
| Dorsey & Whitney LLP | Attn: Bruce R. Ewing/E. Schnabel | 51 W 52nd St | New York, NY 10019 | | | ewing.bruce@dorsey.com | Bruce R. Ewing | Via Electronic Mail |
| Doshi Legal Group, P.C. | Attn: Amish R. Doshi | 1979 Marcus Ave, Ste 210E | Lake Success, NY 11042 | | | amish@doshilegal.com | Amish R. Doshi | Via Electronic Mail |
| Faegre Drinker Biddle & Reath LLP | Attn: Patrick A. Johnson | 222 Delaware Ave, Ste 1410 | Wilmington, DE 19801-1621 | | | patrick.jackson@faegredrinker.com | Patrick A. Johnson | Via Electronic Mail |
| Faegre Drinker Biddle & Reath LLP | Attn: Jay Jaffe | 600 E. 96th St, Ste 600 | Indianapolis, IN 46240 | | | jay.jaffe@faegredrinker.com | Jay Jaffe | Via Electronic Mail |
| Faegre Drinker Biddle & Reath LLP | Attn: Michael P. Pompeo | 1177 Ave of the Americas, 41st Fl | New York, NY 10036-2714 | | | kaitlin.mackenzie@faegredrinker.com | Kaitlin W. MacKenzie | Via Electronic Mail |
| Faegre Drinker Biddle & Reath LLP | Attn: Patrick A. Jackson | Attn: Kaitlin W. MacKenzie | 222 Delaware Ave., Suite 1410 | Wilmington, DE 19801-1621 | | michael.pompeo@faegredrinker.com | Michael P. Pompeo | Via Electronic Mail |
| Faegre Drinker Biddle & Reath LLP | | | | | | Patrick.Jackson@faegredrinker.com | Patrick A. Jackson | Via Electronic Mail |
| Fineman Krekstein & Harris, PC | Attn: Dierdre M Richards | 1300 N King St | Wilmington, DE 19801 | | | drichards@finemanlawfirm.com | Dierdre M Richards | Via Electronic Mail |
| Flordia M. Henderson | P.O. Box 30604 | Memphis, TN 38130-0604 | | | | flordia@fhendersonlaw.net | Flordia M. Henderson | Via Electronic Mail |
| Foley & Lardner LLP | Attn: Richard J Bernard | 90 Park Ave | New York, NY 10016 | | | rbernard@foley.com | Richard J. Bernard | Via Electronic Mail |
| Foley & Lardner LLP | Attn: Victor Vilaplana | 3579 Valley Centre Dr, Ste 300 | San Diego, CA 92130 | | | vavilaplana@foley.com | Victor Vilaplana | Via Electronic Mail |
| Foran Glennon Planadech Ponzi & Rudloff, P.C. | Attn: Susan N K Gummow | Attn: Igor Shleypak | 222 N LaSalle St, Ste 1400 | Chicago, IL 60614 | | sgummow@fgppr.com | Susan N K Gummow | Via Electronic Mail |
| Foran Glennon Planadech Ponzi & Rudloff, P.C. | | | | | | ishleypak@fgppr.com | Igor Shleypak | Via Electronic Mail |
| Fox Swibel Levin & Carroll LLP | Attn: Margaret M. Anderson | 200 W Madison St, Ste 3000 | Chicago, IL 60606 | | | panderson@foxswibel.com | Margaret M. Anderson | Via Electronic Mail |
| Gilbert LLP | Attn: Kami Quinn / Attn: Meredith Neely | Attn: Emily Grim / Attn: Jasmine Chalashtori | 700 Pennsylvania Ave, SE Ste 400 | Washington, DC 20003 | | quinnk@gilbertlegal.com | Kami Quinn | Via Electronic Mail |
| Gilbert LLP | | | | | | neelym@gilbertlegal.com | Meredith Neely | Via Electronic Mail |
| Gilbert LLP | | | | | | grime@gilbertlegal.com | Emily Grim | Via Electronic Mail |
| Gilbert LLP | | | | | | chalashtorij@gilbertlegal.com | Jasmine Chalashtori | Via Electronic Mail |
| Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | Philadelphia, PA 19101-7346 | | | | | Via First Class Mail |
| Jacobs & Crumplar, PA | Attn: Raeann Warner/Thomas Crumplar | 750 Shipyard Dr, Ste 200 | Wilmington, DE 19801 | | | Raeann@jcdelaw.com | Raeann Warner | Via Electronic Mail |
| Jacobs & Crumplar, PA | | | | | | tom@jcdelaw.com | Thomas C. Crumplar | Via Electronic Mail |
| Janet, Janet & Scuggs, LLC | Attn: Gerald D Jowers, Jr | 500 Taylor St, Ste 301 | Columbia, SC 29201 | | | GJowers@JJSJustice.com | Gerald D. Jowers, Jr. | Via Electronic Mail |
| JPMorgan Chase Bank, NA | Attn: Phil Martin | 10 S Dearborn St | Mail Code II1-1415 | Chicago, Il 60603 | | | | Via First Class Mail |
| Jpmorgan Chase Bank, NA | c/o Norton Rose Fulbright US LLP | Attn: Louis R. Strubeck, Jr | 1301 Ave of the Americas | New York, NY 10019-6022 | | louis.strubeck@nortonrosefulbright.com | Louis R. Strubeck, Jr | Via Electronic Mail |
| Karr Tuttle Campbell, PS | Attn: Bruce W. Leaverton | 701 5th Ave, Ste 3300 | Seattle, WA 98104 | | | bleaverton@karrtuttle.com | Bruce W. Leaverton | Via Electronic Mail |
| Kelly, Morgan, Dennis, Corzine & Hansen, P.C. | Attn: Michael G. Kelly | P.O. Box 1311 | Odessa, TX 79760-1311 | | | mkelly@kmdfirm.com | Michael G. Kelly | Via Electronic Mail |
| Klehr Harrison Harvey Branzburg LLP | Attn: Domenic E. Pacitti | 919 Market St, Ste 1000 | Wilmington, DE 19801 | | | dpacitti@klehr.com | Domenic E. Pacitti | Via Electronic Mail |
| Klehr Harrison Harvey Branzburg LLP | Attn: Morton R. Branzburg | 1835 Market St, Ste 1400 | Philadelphia, PA 19103 | | | mbranzburg@klehr.com | Morton R. Branzburg | Via Electronic Mail |
| Kramer Levin Naftalis & Frankel LLP | Attn: Thomas Moers Mayer/Rachel Ringer | Attn: David E. Blabey Jr./Jennifer R. Sharret | Attn: Megan M. Wasson | 177 Ave of the Americas | New York, NY 10036 | tmayer@kramerlevin.com | Thomas Moers Mayer | Via Electronic Mail |
| Kramer Levin Naftalis & Frankel LLP | | | | | | rringer@kramerlevin.com | Rachael Ringer | Via Electronic Mail |
| Kramer Levin Naftalis & Frankel LLP | | | | | | dblabey@kramerlevin.com | David E. Blabey Jr. | Via Electronic Mail |
| Kramer Levin Naftalis & Frankel LLP | | | | | | jsharret@kramerlevin.com | Jennifer R. Sharret | Via Electronic Mail |
| Kramer Levin Naftalis & Frankel LLP | | | | | | mwasson@kramerlevin.com | Megan M. Wasson | Via Electronic Mail |
| Latham & Watkins LLP | Attn: Jeffrey E Bjork | Attn: Kimberly A Posin | Attn: Nicholas J Messana | 355 S Grand Ave, Ste 100 | Los Angeles, CA 90071-1560 | jeff.bjork@lw.com | Jeffrey E. Bjork | Via Electronic Mail |
| Latham & Watkins LLP | | | | | | kim.posin@lw.com | Kimberly A. Posin | Via Electronic Mail |
| Latham & Watkins LLP | | | | | | nicholas.messana@lw.com | Nicholas J. Messana | Via Electronic Mail |
| Latham & Watkins LLP | Attn: Adam J Goldberg | 885 3rd Ave | New York, NY 10022-4834 | | | adam.goldberg@lw.com | Adam J. Goldberg | Via Electronic Mail |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman | P.O. Box 3064 | Houston, TX 77253-3064 | | | houston_bankruptcy@publicans.com | John P. Dillman | Via Electronic Mail |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Elizabeth Weller | 2777 N. Stemmons Fwy, Ste 1000 | Dallas, TX 75207 | | | dallas.bankruptcy@publicans.com | Elizabeth Weller | Via Electronic Mail |
| Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | 112 E Pecan St, Ste 2200 | San Antonio, TX 78205 | | | sanantonio.bankruptcy@publicans.com | Don Stecker | Via Electronic Mail |
| Maurice Wutscher LLP | Attn: Alan C. Hochheiser | 23611 Chagrin Blvd. Ste 207 | Beachwood, OH 44122 | | | ahochheiser@mauricewutscher.com | Alan C. Hochheiser | Via Electronic Mail |
| McCreary, Veselka, Bragg & Allen, PC | Attn: Tara LeDay | P.O. Box 1269 | Round Rock, TX 78680 | | | tleday@mvbalaw.com | Tara LeDay | Via Electronic Mail |
| McDermott Will & Emery LLP | Attn: Ryan Smethurst | Attn: Margaret Warner | 500 N Capitol St NW | Washington, DC 20001-1531 | | rsmethurst@mwe.com | Robert S. Smethurst | Via Electronic Mail |
| McDermott Will & Emery LLP | | | | | | mwarner@mwe.com | Margaret H. Warner | Via Electronic Mail |
| Miller, Canfield, Paddock and Stone, P.L.C. | Attn: Danielle Mason Anderson | 277 S Rose St, Ste 5000 | Kalamazoo, MI 49007 | | | andersond@millercanfield.com | Danielle Mason Anderson | Via Electronic Mail |

| Name | Attn | Attn | Address 1 | Address 2 | City/State | Email | Contact | Method |
|---|---|---|---|---|---|---|---|---|
| Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C. | Attn: Kim V. Marrkand | Attn: Nancy D. Adams | Attn: Laura Bange Stephens | One Financial Center | Boston, MA 02111 | kmarrkand@mintz.com | Kim V. Marrkand | Via Electronic Mail |
| Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C. | | | | | | ndadams@mintz.com | Nancy D. Adams | Via Electronic Mail |
| Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C. | | | | | | lbstephens@mintz.com | Laura Bange Stephens | Via Electronic Mail |
| Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Paul W Carey | | 100 Front St | Worcester, MA 01608 | | pcarey@mirickoconnell.com | Paul W. Carey | Via Electronic Mail |
| Mirick, O'Connell, DeMallie & Lougee, LLP | Attn: Kate P Foley | | 1800 W Park Dr, Ste 400 | Westborough, MA 01581 | | kfoley@mirickoconnell.com | Kate P. Foley | Via Electronic Mail |
| Missouri Dept of Revenue | Bankruptcy Unit | Attn: Steven A Ginther | P.O. Box 475 | Jefferson City, MO 65105-0475 | | deecf@dor.mo.gov | Steven A Ginther | Via Electronic Mail |
| Monzack Mersky McLaughlin & Browder, PA | Attn: Brian McLaughlin | Attn: Rachel Mersky | 1201 N Orange St, Ste 400 | Wilmington, DE 19801 | | bmclaughlin@monlaw.com | Brian J. McLaughlin | Via Electronic Mail |
| Monzack Mersky McLaughlin & Browder, PA | | | | | | rmersky@monlaw.com | Rachel B. Mersky | Via Electronic Mail |
| Morris James LLP | Attn: Jeffrey Waxman | Attn: Eric J. Monzo | 500 Delaware Avenue, Suite 1500 | Wilmington, DE 19801 | | jwaxman@morrisjames.com | Jeffrey Waxman | Via Electronic Mail |
| Morris James LLP | Attn: Brett D. Fallon | Attn: Brya M. Keilson | 500 Delaware Ave, Ste 1500 | P.O. Box 2306 | Wilmington, DE 19899-2306 | bfallon@morrisjames.com | Brett D. Fallon | Via Electronic Mail |
| Morris James LLP | | | | | | bkeilson@morrisjames.com | Brya M. Keilson | Via Electronic Mail |
| Morris James LLP | | | | | | emonzo@morrisjames.com | Eric J. Monzo | Via Electronic Mail |
| Morris, Nichols, Arsht & Tunnell | Attn: Derek C. Abbott | 1201 N. Market Street | P.O. Box 1347 | Wilmington, DE, 19899 | | dabbott@mnat.com | Derek C. Abbott | Via Electronic Mail |
| Morris, Nichols, Arsht & Tunnell | Attn: Joseph Charles Barsalona II | | | | | barsalona@mnat.com | Joseph Charles Barsalona II | Via Electronic Mail |
| Morris, Nichols, Arsht & Tunnell | Attn: Eric Moats | | | | | emoats@mnat.com | Eric Moats | Via Electronic Mail |
| Morris, Nichols, Arsht & Tunnell | Attn: Andrew R. Remming | | | | | aremming@mnat.com | Andrew R. Remming | Via Electronic Mail |
| Morris, Nichols, Arsht & Tunnell | Attn: Paige N. Topper | | | | | ptopper@mnat.com | Paige N. Topper | Via Electronic Mail |
| Nagel Rice LLP | Attn: Bradley L Rice | 103 Eisenhower Pkwy | Roseland, NJ 07068 | | | brice@nagelrice.com | Bradley L. Rice | Via Electronic Mail |
| Nelson Comis Kettle & Kinney, LLP | Attn: William E. Winfield | 300 E Esplande Dr, Ste 1170 | Oxnard, CA 93036 | | | wwinfield@calattys.com | William E. Winfield | Via Electronic Mail |
| Nicolaides Fink Thorpe Michaelides Sullivan LLP | Attn: Matthew S. Sorem | 10 S Wacker Dr, 21st Fl | Chicago, IL 60606 | | | msorem@nicolaidesllp.com | Matthew S. Sorem | Via Electronic Mail |
| Norton Rose Fulbright Us LLP | Attn: Louis Strubeck/ Kristian Gluck | Attn: Ryan Manns | 2200 Ross Ave, Suite 3600 | Dallas, TX 75201-7932 | | louis.strubeck@nortonrosefulbright.com | Louis R. Strubeck | Via Electronic Mail |
| Norton Rose Fulbright US LLP | | | | | | kristian.gluck@nortonrosefulbright.com | Kristian W. Gluck | Via Electronic Mail |
| Norton Rose Fulbright US LLP | | | | | | ryan.manns@nortonrosefulbright.com | Ryan E. Manns | Via Electronic Mail |
| Office of the Attorney General | Attn: Christopher S Murphy | Attn: Sherri K Simpson | Bankruptcy & Collections Division | P.O. Box 12548 | Austin, TX 78711-2548 | christopher.murphy@oag.texas.gov | Christopher S. Murphy | Via Electronic Mail |
| Office of the Attorney General | | | | | | sherri.simpson@oag.texas.gov | Sherri K. Simpson | Via Electronic Mail |
| Office of the U.S. Trustee | | | | | | hannah.mccollum@usdoj.gov | Hannah Mufson McCollum | Via Electronic Mail |
| Office of the United States Trustee | Attn: David L. Buchbinder | Attn: Hannah Mufson McCollum | 844 King St, Suite 2207 | Lockbox 35 | Wilmington, DE 19801 | david.l.buchbinder@usdoj.gov | David L. Buchbinder | Via Electronic Mail |
| Pachulski Stang Ziehl & Jones | Attn: James I. Stang | 10100 Santa Monica Blvd, 13th Fl | Los Angeles, CA 90067-4003 | | | jstang@pszjlaw.com | James Stang | Via Electronic Mail |
| Pachulski Stang Ziehl & Jones | | | | | | joneill@pszjlaw.com | James E. O'Neill | Via Electronic Mail |
| Pachulski Stang Ziehl & Jones | | | | | | lcantor@pszjlaw.com | Linda F. Cantor | Via Electronic Mail |
| Pachulski Stang Ziehl & Jones | | | | | | rorgel@pszjlaw.com | Robert B. Orgel | Via Electronic Mail |
| Pachulski Stang Ziehl & Jones LLP | Attn: James Stang/Robert Orgel | Attn: James O'Neill/John Lucas/Ilan Scharf | 919 N Market St, 17th Fl | P.O. Box 8705 | Wilmington, DE 19899-8705 | jlucas@pszjlaw.com | John W. Lucas | Via Electronic Mail |
| Pachulski Stang Ziehl & Jones LLP | | | | | | ischarf@pszjlaw.com | Ilan D. Scharf | Via Electronic Mail |
| Pension Benefit Guaranty Corporation | Attn: Patricia Kelly, CFO | Attn: C. Burton/ C. Fessenden | 1200 K St NW | Washington, DC 20005 | | Kelly.Patricia@Pbgc.Gov | Patricia Kelly | Via Electronic Mail |
| Pension Benefit Guaranty Corporation | | | | | | burton.cassandra@pbgc.gov | Cassandra Burton | Via Electronic Mail |
| Pension Benefit Guaranty Corporation | | | | | | fessenden.craig@pbgc.gov | Craig T. Fessenden | Via Electronic Mail |
| Pfau Cochran Vertetis Amala PLLC | Attn: Michael Pfau/Jason Amala | Attn: Vincent Nappo | 403 Columbia St, Ste 500 | Seattle, WA 98104 | | michael@pcvalaw.com | Michael T. Pfau | Via Electronic Mail |
| Pfau Cochran Vertetis Amala PLLC | | | | | | jason@pcvalaw.com | Jason P. Amala | Via Electronic Mail |
| Pfau Cochran Vertetis Amala PLLC | | | | | | vnappo@pcvalaw.com | Vincent T. Nappo | Via Electronic Mail |
| Phillips Lytle LLP | Attn: Angela Z Miller | One Canalside | 125 Main St | Buffalo, NY 14203 | | amiller@phillipslytle.com | Angela Z Miller | Via Electronic Mail |
| Raul Diaz | | | | | | rauldiaz2503@gmail.com | Raul Diaz | Via Electronic Mail |
| Reed Smith LLP | Attn: Kurt F. Gwynne | Attn: Katelin A. Morales | 120 N Market St, Ste 1500 | Wilmington, DE 19801 | | kgwynne@reedsmith.com | Kurt F. Gwynne | Via Electronic Mail |
| Reed Smith LLP | | | | | | kmorales@reedsmith.com | Katelin A. Morales | Via Electronic Mail |
| Richards, Layton & Finger, PA | Attn: Michael Merchant/Brett Haywood | One Rodney Square | 920 N King St | Wilmington, DE 19801 | | merchant@rlf.com | Michael J. Merchant | Via Electronic Mail |
| Richards, Layton & Finger, PA | | | | | | haywood@rlf.com | Brett M. Haywood | Via Electronic Mail |
| Schnader Harrison Segal & Lewis LLP | Attn: Richard A. Barkasy | Attn: Kristi J. Doughty | 824 N Market St, Ste 800 | Wilmington, DE 19801-4939 | | rbarkasy@schnader.com | Richard A. Barkasy | Via Electronic Mail |
| Schnader Harrison Segal & Lewis LLP | | | | | | kdoughty@schnader.com | Kristi J. Doughty | Via Electronic Mail |
| Seitz, Van Ogtrop & Green, P.A. | Attn: R. Karl Hill | 222 Delaware Ave, Ste 1500 | Wilmington, DE 19801 | | | khill@svglaw.com | R. Karl Hill | Via Electronic Mail |
| Sequoia Counsel of Boy Scouts, Inc. | Attn: Michael Marchese | 6005 N Tamera Ave | Fresno, CA 93711 | | | michael.marchese@scouting.org | Michael Marchese | Via Electronic Mail |
| Shipman & Goodwin LLP | Attn: Abigail Williams/ James Ruggeri | Attn: Joshua Weinberg/ Michele B Konigsberg | 1875 K St NW, Ste 600 | Washington, DC 20006-1251 | | awilliams@goodwin.com | Abigail W. Williams | Via Electronic Mail |
| Shipman & Goodwin LLP | | | | | | jweinberg@goodwin.com | Joshua D. Weinberg | Via Electronic Mail |
| Shipman & Goodwin LLP | Attn: Eric S. Goldstein | 1 Constitution Plz | Hartford, CT 06103-1919 | | | egoldstein@goodwin.com | Eric S. Goldstein | Via Electronic Mail |
| Shipman & Goodwin LLP | | | | | | bankruptcy@goodwin.com | | Via Electronic Mail |
| Shipman & Goodwin LLP | | | | | | bankruptcyparalegal@goodwin.com | | Via Electronic Mail |
| Shipman & Goodwin LLP | | | | | | mkonigsberg@goodwin.com | Michele Backus Konigsberg | Via Electronic Mail |
| Shipman & Goodwin LLP | | | | | | jruggeri@goodwin.com | James P. Ruggeri | Via Electronic Mail |
| Sidley Austin LLP | Attn: Blair Warner | One South Dearborn Street | Chicago, IL 60603 | | | blair.warner@sidley.com | Blair Warner | Via Electronic Mail |
| Sidley Austin LLP | Attn: Matthew Evan Linder | | | | | mlinder@sidley.com | Matthew Evan Linder | Via Electronic Mail |
| Sidley Austin LLP | Attn: Thomas A. Labuda, Jr. | | | | | tlabuda@sidley.com | Thomas A. Labuda, Jr. | Via Electronic Mail |
| Sidley Austin LLP | Attn: Karim Basaria | | | | | kbasaria@sidley.com | Karim Basaria | Via Electronic Mail |
| Sidley Austin LLP | Attn: Jessica C. Boelter | 787 Seventh Avenue | New York, NY 10019 | | | jboelter@sidley.com | Jessica C. Boelter | Via Electronic Mail |
| Stamoulis & Weintraub LLC | Attn: Stamatios Stamoulis | Attn: Richard Weinblatt | 800 N West St, Ste 800 | Wilmington, DE 19801 | | stamoulis@swdelaw.com | Stamatios Stamoulis | Via Electronic Mail |
| Stamoulis & Weintraub LLC | | | | | | weinblatt@swdelaw.com | Richard C. Weinblatt | Via Electronic Mail |
| Stark & Stark, PC | Attn: Joseph H Lemkin | P.O. Box 5315 | Princeton, NJ 08543 | | | jlemkin@stark-stark.com | Joseph H. Lemkin | Via Electronic Mail |
| Sullivan Hazeltine Allinson LLC | Attn: William D. Sullivan | 919 N Market St, Ste 420 | Wilmington, DE 19801 | | | bsullivan@sha-llc.com | William D. Sullivan | Via Electronic Mail |
| Synchrony Bank | c/o PRA Receivables Management, LLC | Attn: Valerie Smith | P.O. Box 41021 | Norfolk, VA 23541 | | claims@recoverycorp.com | Valerie Smith | Via Electronic Mail |
| The County Commission of Fayette County | Attn: President | P.O. Box 307 | Fayetteville, WV 25840 | | | | | Via First Class Mail |
| The County Commission of Fayette County | c/o Steptoe & Johnson Pllc | Attn: John Stump, Esq | Chase Tower - 8th Fl | 707 Virginia St E. | Charleston, WV 25301 | | | Via First Class Mail |
| The Law Office of James Tobia, LLC | Attn: James Tobia | 1716 Wawaset St | Wilmington, DE 19806 | | | jtobia@tobialaw.com | James Tobia | Via Electronic Mail |
| The Law Offices of Joyce, LLC | Attn: Michael J. Joyce | 1225 King St, Ste 800 | Wilmington, DE 19801 | | | mjoyce@mjlawoffices.com | Michael J. Joyce | Via Electronic Mail |
| The Neuberger Firm | Attn: Thomas S. Neuberger | Attn: Stephen J. Neuberger | 17 Harlech Dr | Wilmington, DE 19807 | | tsn@neubergerlaw.com | Thomas S. Neuberger | Via Electronic Mail |
| The Neuberger Firm | | | | | | sjn@neubergerlaw.com | Stephen J. Neuberger | Via Electronic Mail |
| The Powell Firm, LLC | Attn: Jason C. Powell | Attn: Thomas Reichert | 1201 N Orange St, Ste 500 | P.O. Box 289 | Wilmington, DE 19899 | jpowell@delawarefirm.com | Jason C. Powell | Via Electronic Mail |
| The Powell Firm, LLC | | | | | | treichert@delawarefirm.com | Thomas Reichert | Via Electronic Mail |
| Thomas Law Office, PLLC | Attn: Tad Thomas/Louis Schneider | 9418 Norton Commons Blvd, Ste 200 | Louisville, KY 40059 | | | tad@thomaslawoffices.com | Tad Thomas | Via Electronic Mail |
| Thomas Law Office, PLLC | | | | | | lou.schneider@thomaslawoffices.com | Louis C. Schneider | Via Electronic Mail |
| TN Dept of Labor - Bureau of Unemployment Insurance | c/o TN Attorney General's Office, Bankruptcy Division | Attn: Laura L. McCloud | PO Box 20207 | Nashville, TN 37202-0207 | | AGBankDelaware@ag.tn.gov | Laura L. McCloud | Via Electronic Mail |
| Tremont Sheldon Robinson Mahoney PC | Attn: Cindy Robinson | Attn: Doug Mahoney | 64 Lyon Ter | Bridgeport, CT 06604 | | crobinson@tremontsheldon.com | Cindy L. Robinson | Via Electronic Mail |
| Tremont Sheldon Robinson Mahoney PC | | | | | | dmahoney@tremontsheldon.com | Doug Mahoney | Via Electronic Mail |
| Troutman Pepper Hamilton Sanders LLP | Attn: David M. Fournier | Attn: Marcy J. McLaughlin Smith | 1313 Market St, Ste 5100 | P.O. Box 1709 | Wilmington, DE 19899-1709 | david.fournier@troutman.com | David M. Fournier | Via Electronic Mail |
| Troutman Pepper Hamilton Sanders LLP | | | | | | marcy.smith@troutman.com | Marcy J. McLaughlin Smith | Via Electronic Mail |
| Troutman Pepper Hamilton Sanders LLP | Attn: Harris B. Winsberg | Attn: Matthew G. Roberts | 600 Peachtree St NE, Ste 3000 | Atlanta, GA 30308 | | harris.winsberg@troutman.com | Harris B. Winsberg | Via Electronic Mail |
| Troutman Pepper Hamilton Sanders LLP | | | | | | matthew.roberts2@troutman.com | Matthew G. Roberts | Via Electronic Mail |
| United States Dept Of Justice | 950 Pennsylvania Ave, Nw | Room 2242 | Washington, DC 20530-0001 | | | | | Via First Class Mail |
| US Attorney For Delaware | Attn: David C Weiss | 1007 Orange St, Ste 700 | P.O. Box 2046 | Wilmington, DE 19899-2046 | | usade.ecfbankruptcy@usdoj.gov | | Via Electronic Mail |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Wachtell, Lipton, Rosen & Katz | Attn: Richard Mason/Douglas Mayer | Attn:Joseph C. Celentino | 51 W 52nd St | New York, NY 10019 | | rgmason@wlrk.com | Richard G. Mason | *Via Electronic Mail* |
| Wachtell, Lipton, Rosen & Katz | | | | | | dkmayer@wlrk.com | Douglas K. Mayer | *Via Electronic Mail* |
| Wachtell, Lipton, Rosen & Katz | | | | | | jccelentino@wlrk.com | Joseph C. Celentino | *Via Electronic Mail* |
| Wanger Jones Helsley, PC. | Attn: Riley C. Walter | 265 E River Park Circle, Ste 310 | Fresno, CA 93720 | | | rwalter@wjhattorneys.com | Riley C. Walter | *Via Electronic Mail* |
| Ward and Smith, P.A. | Attn: Paul A Fanning | P.O. Box 8088 | Greenville, NC 27835-8088 | | | paf@wardandsmith.com | Paul A Fanning | *Via Electronic Mail* |
| Whiteford, Taylor & Preston LLC | Attn: Richard W Riley | The Renaissance Centre | 405 N King St, Ste 500 | Wilmington, DE 19801 | | rriley@wtplaw.com | Richard W. Riley | *Via Electronic Mail* |
| Whiteford, Taylor & Preston LLP | Attn: Todd M Brooks | 7 St Paul St, 15th Fl | Baltimore, MD 21202-1626 | | | tbrooks@wtplaw.com | Todd M. Brooks | *Via Electronic Mail* |
| Wilmer Cutler Pickering Hale and Dorr LLP | Attn: Craig Goldblatt | 1875 Pennsylvania Ave NW | Washington, DC 20006 | | | craig.goldblatt@wilmerhale.com | Craig Goldblatt | *Via Electronic Mail* |
| Womble Bond Dickinson (US) LLP | Attn: Matthew Ward/Morgan Patterson | 1313 N Market St, Ste 1200 | Wilmington, DE 19801 | | | matthew.ward@wbd-us.com | Matthew P. Ward | *Via Electronic Mail* |
| Womble Bond Dickinson (US) LLP | | | | | | morgan.patterson@wbd-us.com | Morgan L. Patterson | *Via Electronic Mail* |
| Young Conaway Stargatt & Taylor | Attn: James L. Patton, Jr | Attn: Robert Brady/Edwin Harron | Rodney Square | 1000 N King St | Wilmington, DE 19801 | jpatton@ycst.com | James L. Patton, Jr | *Via Electronic Mail* |
| Young Conaway Stargatt & Taylor | | | | | | rbrady@ycst.com | Robert S. Brady | *Via Electronic Mail* |
| Young Conaway Stargatt & Taylor | | | | | | eharron@ycst.com | Edwin J. Harron | *Via Electronic Mail* |
| Tybout, Redfearn & Pell | Attn: Seth J. Reidenberg | 750 Shipyard Dr, Ste 400 | P.O. Box 2092 | Wilmington, DE 19899-2092 | | sreidenberg@trplaw.com | Seth J. Reidenberg | *Via Electronic Mail* |
| Crowell & Moring LLP | Attn: Mark D. Plevin | Three Embarcadero Center, 26th Floor | San Francisco, CA 94111 | | | mplevin@crowell.com | Mark D. Plevin | *Via Electronic Mail* |
| Crowell & Moring LLP | Attn: Austin J. Sutta | Three Embarcadero Center, 26th Floor | San Francisco, CA 94112 | | | asutta@crowell.com | Austin J. Sutta | *Via Electronic Mail* |
| Crowell & Moring LLP | Tacie H. Yoon | 1001 Pennsylvania Ave., N.W. | Washington, DC 20004 | | | tyoon@crowell.com | Tacie H. Yoon | *Via Electronic Mail* |