# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 1040** |

## NOTICE OF SUBSTITUTION OF COUNSEL
## FOR THE COALITION OF ABUSED SCOUTS FOR JUSTICE.

TO THE CLERK OF THE COURT:

PLEASE WITHDRAW THE APPEARANCES of Blank Rome LLP and all attorneys therein appearing as Delaware counsel on behalf of Coalition of Abused Scouts for Justice (the "Coalition") in the above-captioned bankruptcy cases.

PLEASE ENTER THE APPEARANCES of Monzack Mersky Browder and Hochman, P.A., as Delaware counsel of record for the Coalition in the above-captioned bankruptcy cases.

Dated: September 4, 2020

| **BLANK ROME LLP** | **MONZACK MERSKY BROWDER AND HOCHMAN, P.A.** |
|---|---|
| */s/ Stanley B. Tarr* | */s/ Rachel B. Mersky* |
| Stanley B. Tarr (DE No. 5535) | Rachel B. Mersky (DE No. 2049) |
| 1201 Market Street, Suite 800 | 1201 N. Orange Street, Suite 400 |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| Telephone:   (302) 425-6423 | Telephone:   (302) 656-8162 |
| E-mail:   Tarr@BlankRome.com | Email:   rmersky@monlaw.com |
| *Withdrawing Delaware Counsel for the Coalition* | *Appearing Delaware Counsel for the Coalition* |

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{00218621-1}