**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |

**CERTIFICATION OF COUNSEL REGARDING**
**DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING**
**STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER**

The undersigned counsel to the above-captioned debtors and debtors in possession (the "Debtors") hereby certifies as follows:

1. On February 18, 2020 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to be in possession of their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. On March 5, 2020, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of tort claimants (the "Tort Claimants' Committee") and an official committee of unsecured creditors (the "Creditors' Committee") pursuant to section 1102 of the Bankruptcy Code. On April 24, 2020, the United States Bankruptcy Court for the District of Delaware (the "Court") appointed James L. Patton, Jr. as the legal representative of future abuse claimants (the "Future Claimants' Representative") pursuant

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

to sections 105(a) and 1109(b) of the Bankruptcy Code.  No trustee or examiner has been appointed in these chapter 11 cases.

3.      The Debtors, the U.S. Trustee, the Tort Claimants' Committee, the Creditors' Committee, and the Future Claimants' Representative have conferred regarding the appointment of a fee examiner (the "Fee Examiner") and the establishment of related procedures, and have determined to appoint Rucki Fee Review, LLC ("Rucki Fee Review") as the Fee Examiner in these chapter 11 cases.

4.      The Debtors have prepared a proposed form of order (the "Proposed Order"), a copy of which is attached hereto as **Exhibit A**, approving the appointment of Rucki Fee Review as the Fee Examiner in these chapter 11 cases.  Attached to the Proposed Order as Exhibit 1 is the *Declaration of Disinterestedness and Disclosure Statement of Justin H. Rucki of Rucki Fee Review, LLC*, which provides, among other things, that Rucki Fee Review has no conflict in serving as the Fee Examiner.

5.      Rucki Fee Review, the U.S. Trustee, the Tort Claimants' Committee, the Creditors' Committee, and the Future Claimants' Representative have reviewed the Proposed Order and do not object to its entry.

WHEREFORE, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

Dated: September 4, 2020          MORRIS, NICHOLS, ARSHT & TUNNELL LLP
        Wilmington, Delaware

*/s/ Eric W. Moats*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Facsimile:  (302) 425-4664
Email:  dabbott@mnat.com
       aremming@mnat.com
       emoats@mnat.com
       ptopper@mnat.com

– and –

SIDLEY AUSTIN LLP
Jessica C. K. Boelter (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 839-5300
Email:  jboelter@sidley.com

– and –

SIDLEY AUSTIN LLP
Thomas A. Labuda (admitted *pro hac vice*)
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Email:  tlabuda@sidley.com
       mandolina@sidley.com
       mlinder@sidley.com
       blair.warner@sidley.com

ATTORNEYS TO THE DEBTORS AND DEBTORS
IN POSSESSION