# EXHIBIT 1

Exemplars of Retainer Agreements between State Court Counsel and Coalition Members



ABUSED IN SCOUTING

EISENBERG ROTHWEILER                KOSNOFF LAW                AVA LAW GROUP
PHILADELPHIA, PA                    SAN JUAN, PR               SAN DIEGO, CA

## PROFESSIONAL EMPLOYMENT AGREEMENT

**I.      Purpose of Representation:** The undersigned hereby agree(s) to employ Eisenberg Rothweiler, Kosnoff Law, and AVA Law Group as attorneys-at-law to represent the undersigned in claims against the Boy Scouts of America. The undersigned agrees that said attorneys are granted the right to associate with other law firms in the prosecution of the claim, if they feel that such is in the client(s) best interests.

**IV.     Expenses**: After deduction of said attorney's fees from any recovery, it is agreed that the undersigned will reimburse said attorneys for any court costs, medical records retrieval costs, cost of carry, and other expenses incurred or advanced by said attorneys in handling such claims on behalf of the undersigned. It is agreed that the undersigned will owe no expenses to said attorneys if nothing is received or recovered on behalf of the undersigned.

SIGNED AND AGREED on this_____day of_____20___.

**AGREED and APPROVED:**

Client's Printed Name: _____

Client's Signature: _____

Client's SSN: _____

Client's DOB:_____

Andrews & Thornton | ASK LLP
Attorney-Client Contingency Fee Retainer Agreement

**Boy Scouts of America – Attorney-Client Agreement**

**ANDREWS & THORNTON, AAL, ALC** and **ASK LLP** (the "Firms") and
_____ ("Client") hereby agree that Firms will provide legal services to Client to recover a monetary claim in bankruptcy court against Boy Scouts of America and any related co-Debtors (jointly, "BSA") in BSA's Chapter 11 bankruptcy action, as explained in more detail below.

1. **LIMITED REPRESENTATION**. Client hereby retains the Firms to represent Client for the limited purpose of filing of bankruptcy claims against BSA. This limited representation includes the following:

2. **ASSOCIATION OF COUNSEL**.  Client understands and agrees that the two separate law firms of ANDREWS & THORNTON AAL, ALC and ASK LLP will be associating on this matter. Client authorizes the Firms to associate co-counsel as the Firms may deem necessary and to share any fees contemplated in this contract with such co-counsel with the express understanding that associating with co-counsel will NOT increase the fees set forth below.

4. **PROSECUTION OF CLAIM.** Client hereby fully empowers, authorizes and directs the Firms to manage and handle, as they deem necessary, best and proper, said claim relating to any potential future bankruptcy proceeding, and to prosecute said claim in any manner they deem advisable. The Firms are hereby authorized and empowered to deliver in Client's name any and all notices, receipts, authorizations, releases, pleadings and any other documents and instruments proper in the handling of said claim.

Andrews & Thornton | ASK LLP
Attorney-Client Contingency Fee Retainer Agreement



**8.  <u>EXPENSES.</u>** The Firms agree to advance for any and all reasonable expenses associated with the prosecution of client's claim. In the event of a recovery, the Client understands and agrees that Firms will be paid all reasonable costs, charges or expenses made or incurred by the Firms in the Firms' handling of the Client's claim and causes of action, including but not limited to expenses or charges for obtaining medical records, court costs, filing fees, depositions, expert witnesses, expert consultants, copying and review of voluminous documents, postage, research, computerized document management, conference calls, jury consultants, travel, and costs relating to the depositions of defendants' representatives, witnesses, and agents. If a matter requires experience or expertise uncommon to the Firms, outside counsel may be obtained. Client understands that Attorneys may represent numerous other similarly injured clients and Client agrees that the term "expenses" includes general expenses incurred for the benefit of all such similarly injured clients,

Andrews & Thornton | ASK LLP
Attorney-Client Contingency Fee Retainer Agreement

including but not limited to retaining and compensating experts, copying and review of voluminous documents, postage, research, computerized document management, conference calls, jury consultants, travel, and costs relating to the depositions of Debtors' representatives, witnesses, and agents. Such general expenses will be allocated equitably among all benefited claimants (usually in proportion with the client's recovery).



**14. <u>REVIEW AND UNDERSTANDING OF AGREEMENT</u>.** Client acknowledges review and understanding of this agreement, having read its contents in its entirety, and Client understands and

3

Andrews & Thornton | ASK LLP
Attorney-Client Contingency Fee Retainer Agreement

agrees with all of its provisions.  Client acknowledges that Firms, their employees or agents, has made no guarantee regarding the successful determination of client's claim or causes of action, nor any guarantees regarding the amount of recovery or the type of relief, if any, which Client may obtain there from.

This Agreement must be signed by both attorneys and client to be valid.

**ACCEPTED:**

This _____day of _____, **2020**, at _____.
       [Day]                [Month]                        [City, State]

_____
**CLIENT:**

**ACCEPTED:**

By:_____
**ANDREWS & THORNTON, AAL, ALC**
ANNE ANDREWS
JOHN C. THORNTON
Attorneys at Law

**ASK LLP**
ED NEIGER
Attorney at Law

You are entitled to receive a copy of this agreement with signatures by both the Attorney and Client for your records.  If you do not receive a copy of the signed agreement within 30 days of returning it to Attorney, please call and we will send another copy.

PCF: MG

# RETAINER AGREEMENT

**TO:   Slater Slater Schulman LLP**
**445 Broad Hollow Road, Suite 419**
**Melville, NY 11747**

     The Client, _____, residing at_____,
engages **Slater Slater Schulman LLP** (the "Firm") to prosecute, negotiate, and/or adjust claim
for damages relating to the sexual misconduct, abuse, assault, and/or exploitation committed by
<u>Boy Scouts of America</u> persons or entities, employees, affiliates, partners or other related parties.
Specifically, the Firms agree to prosecute, negotiate and/or adjust claims pertaining to sexual
misconduct, abuse, assault, and/or exploitation claims under Federal or State law. Specifically, the
Firm agrees to prosecute, negotiate and/or adjust claims pertaining to: <u>sexual misconduct, abuse,</u>
<u>assault, and/or exploitation claims under Federal or State law.</u> Should other claims arise through
the course of representation, the Firm may, or may not, agree to represent the Client for those
claims. If the Firm agrees to negotiate, adjust and/or prosecute other claims, such agreement shall
first be memorialized in a separate written agreement.

     The Client hereby gives said attorneys the exclusive right to take all legal steps to enforce
said claims and to reject the same after reviewing and investigating the merits if a determination
is made in the attorneys' sole and professional judgment that an action is not maintainable. The
Client hereby further agrees not to settle this action in any manner without the attorneys' written
consent. In consideration of the services rendered and to be rendered by said attorneys, the Client
hereby agrees to pay said attorneys out of any verdict or settlement, and that said attorneys are
authorized to endorse for the Client any checks that may be paid by reason of the above claim or
action, and to retain the fees out of any moneys received by reason of the above claim or action:





I understand that the Firm may borrow funds to pay for disbursements paid on my behalf and waive any requirement that the Firm advise me in advance of the fact or the specifics of any such borrowing.  If the Firm borrow money from any lending institution to finance the cost of my case, the amount advanced by the firm to pay the costs of prosecuting or defending a claim or action or otherwise protecting or promoting the my interest will bear interest at the rate charged by lender, which interest rate shall not be higher than the highest lawful rate allowed by law.  Any such interest amounts will be a disbursement in this matter, for which the Client agrees to reimburse the firm under this Agreement.



I understand that attorneys may, at their own expense, use or associate other attorneys in the representation of the aforesaid claims of the Client. Attorney may participate in the division of fees in this case and assume joint responsibility for the representation of the client either in the event the Attorney retains associate counsel or that the client later chooses new counsel, provided that the total fee to the client does not increase as a result of the division of fees and that the attorneys involved have agreed to the division of fees and assumption of joint responsibility.

In the event the Client fails to comply with any of the terms of this Retainer, the attorneys reserve the right to withdraw and preserve their rights to seek fees and recovery of expenses. A facsimile or electronic copy shall be deemed an original.

Client Signature: _____          Dated: _____

Phone number: _____

Email address: _____

Attorney Name:          _____

Attorney Signature:          _____

Redacted Coalition Counsel Engagement Letters

# brownrudnick

SUNNI P. BEVILLE

direct dial: 617.856.8475
fax: 617.289.0457
sbeville@brownrudnick.com

July 21, 2020

Eisenberg, Rothweiler, Winkler,
Eisenberg & Jeck, P.C.
1634 Spruce Street
Philadelphia, PA 19103
Attn:  Stewart J. Eisenberg, Esq.
Email:  stewart@erlegal.com

Kosnoff Law PLLC
1321 Upland Drive
PMB 4685
Houston, TX 77043
Attn:  Timothy D. Kosnoff, Esq.
Email:  Tim@kosnoff.com

AVA Law Group, Inc.
3667 Voltaire Street
San Diego, CA 92106
Attn:  Andrew Van Arnsdale, Esq.
Email:  andrew.vanarsdale@gmail.com

Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Attn:  Anne Andrews, Esq.
Email:  aa@andrewsthornton.com

Slater Slater Schulman, LLP
488 Madison Avenue
20th Floor
New York, NY 10022
Attn:  Jonathan E. Schulman, Esq.
Email:  jschulman@sssfirm.com

ASK LLP
151 West 46th Street
4th Floor
New York, NY 10036
Attn:  Edward E. Neiger, Esq.
Email:  eneiger@askllp.com

RE:  **Confirmation of Engagement**

Dear Stewart, Timothy, Andrew, Anne, Jonathan and Edward:

We are very pleased that the Ad Hoc Committee of Boy Scouts of America Sexual Abuse Survivors (the "**Ad Hoc Committee**" or "**Client**"), comprised of certain clients (each a "**Law Firm Client**" and, collectively, the "**Law Firm Clients**") represented by Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C., Kosnoff Law PLLC, AVA Law Group, Inc., Andrews & Thornton, Slater Slater Schulman, LLP, and ASK LLP (collectively, the "**Law Firms**"), has engaged Brown Rudnick LLP ("**Brown Rudnick**," "**us**," "**we**," "**our**," or the "**Firm**").  The members of the Ad Hoc Committee are identified on Exhibit A attached hereto.



The Law Firms each represent and warrant that they have the authority to sign this Engagement Letter on behalf of their respective Law Firm Clients and bind the Law Firm Clients to the terms hereof.

Enclosed please find the Client Engagement Terms (the "**Terms**"), which supplement this letter and include additional information setting forth the terms on which the Firm will provide legal services, the scope of such services, billing and payment arrangements, the Firm's relationship with its clients, and other matters (this letter, together with the Terms, is the "**Engagement Agreement**").  Please carefully review the Engagement Agreement.  I am of course available to answer any questions you may have regarding our engagement by the Ad Hoc Committee.

<u>Scope of Engagement</u>

Subject to the acceptance of this Engagement Agreement by the Law Firms on behalf of their Law Firm Client members of the Ad Hoc Committee, as described herein, we have agreed to represent the Ad Hoc Committee as bankruptcy counsel as of July 18, 2020 in connection with *In re Boy Scouts of America and Delaware BSA, LLC* (the "**Debtors**" or the "**Company**"), Case No. 20-10343 (LSS) (Jointly Administered), pending in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Case**").

It is understood that our engagement is with the Ad Hoc Committee as a whole, and not any individual member thereof.  As such, this Engagement Agreement and our engagement by the Ad Hoc Committee do not create an attorney-client relationship between Brown Rudnick and any individual member of the Ad Hoc Committee.  Any such relationships in other matters are governed by separate retention letters.





Stewart, Timothy, Andrew, Anne, Jonathan & Edward
July 21, 2020
Page 3



*Direction*

The Firm is being retained by the Ad Hoc Committee, and not by any individual member of the Ad Hoc Committee.  The Firm shall not act on behalf of the Ad Hoc Committee in a manner that is contrary to any direction we receive from the Law Firms.

*The Ad Hoc Committee*

We understand, and each member of the Ad Hoc Committee so acknowledges, that each such member has agreed to come together to form the Ad Hoc Committee because you are similarly situated tort claimants of the Debtors and you expect that you may have similar views as to



matters relating to the Debtors and the tort claims.  Notwithstanding this arrangement and the execution of this Engagement Agreement: (i) each member of the Ad Hoc Committee acknowledges that no member has agreed to take on, and no member shall owe, a fiduciary duty to any of the other members; and (ii) no member has agreed to take on, nothing herein shall imply, and each member disclaims any fiduciary duty to any other holder of tort claims. Furthermore, each member acknowledges that it in no way intends or agrees to be deemed a member of a "**group**" within the meaning of Rule 13d-5 under the Securities Exchange Act of 1934, as amended, for any purpose other than the resolution of the matters specifically identified herein, or to be acting in concert in any other manner with any holder which would be in violation of, or trigger reporting or similar obligations under, applicable law.  Furthermore, neither this arrangement nor any provision of this Engagement Agreement shall (a) prevent any member of the Ad Hoc Committee from exercising or seeking to enforce or protect its rights with respect to the Debtors as it may deem appropriate, or (b) otherwise affect any member's ability to act or forbear from taking any action as it may deem appropriate, including effectuating any settlement with the Debtors with respect to its tort claim.

As set forth in the Terms, each member's confidential information shall remain confidential and will not be shared with any other member, except with respect to the specific subject matter of the engagement of the Firm by the Ad Hoc Committee.  Each member waives any obligation of the Firm to disclose to it any information of another member that is to remain confidential as provided in the foregoing sentence.





Stewart, Timothy, Andrew, Anne, Jonathan & Edward
July 21, 2020
Page 5

*Communication*

We will keep the Ad Hoc Committee apprised of significant developments in the course of the engagement and will obtain the Ad Hoc Committee's direction on critical issues.  While we will endeavor to consult with the Ad Hoc Committee about the Firm's work on an ongoing basis, if at any point any member of the Ad Hoc Committee wishes to discuss any issues or to clarify the legal advice we have provided the Ad Hoc Committee, please call upon us.

*Governing Law*

The Engagement Agreement shall be governed by and construed in accordance with the laws of the State of New York, (the "**Specified State**") without giving effect to its choice of law provisions that would result in the application of the laws of a different jurisdiction, provided that our obligations to the Ad Hoc Committee shall also be subject to any applicable professional rules or codes of conduct applicable to the provision of our services to the Ad Hoc Committee, except to the extent the applicability of such provisions is permitted to be waived thereby and is waived by the Ad Hoc Committee.

*Acknowledgement*

If you have any questions regarding the Engagement Agreement or any aspects of the Firm's representation of the Ad Hoc Committee, please do not hesitate to contact me.  We look forward to representing the Ad Hoc Committee and are pleased that the Ad Hoc Committee has chosen us to do so.

Sincerely,

BROWN RUDNICK LLP

Sunni P. Beville



Stewart, Timothy, Andrew, Anne, Jonathan & Edward
July 21, 2020
Page 6

Consented and Agreed to:

**EISENBERG, ROTHWEILER, WINKLER, EISENBERG & JECK, P.C.**

Tax ID No.: 204258700

By: _____
Name: Stewart Eisenberg
Title: President
Date: 7/22/20

*The Eisenberg, Rothweiler, Winkler, Eisenberg & Jeck, P.C. on behalf of itself and its Law Firm Clients*

Consented and Agreed to:

**KOSNOFF LAW PLLC**

Tax ID No.: _____

By: _____
Name: _____
Title: _____
Date: _____

*The Kosnoff Law PLLC on behalf of itself and its Law Firm Clients*

Consented and Agreed to:

**AVA LAW GROUP, INC.**

Tax ID No.: _____

By: _____
Name: _____
Title: _____
Date: _____

*The AVA Law Group, Inc. on behalf of itself and its Law Firm Clients*

Consented and Agreed to:

**ANDREWS & THORNTON**

Tax ID No.: _____

By: _____
Name: _____
Title: _____
Date: _____

*The Andrews & Thornton on behalf of itself and its Law Firm Clients*

Consented and Agreed to:

**SLATER SLATER SCHULMAN, LLP**

Tax ID No.: _____

By: _____
Name: _____
Title: _____
Date: _____

*The Slater Slater Schulman, LLP on behalf of itself and its Law Firm Clients*

Consented and Agreed to:

**ASK LLP**

Tax ID No.: _____

By: _____
Name: _____
Title: _____
Date: _____

*The ASK LLP on behalf of itself and its Law Firm Clients*



Stewart, Timothy, Andrew, Anne, Jonathan & Edward
July 21, 2020
Page 6

Consented and Agreed to:

**EISENBERG, ROTHWEILER, WINKLER, EISENBERG & JECK, P.C.**

Tax ID No.: _____

By: _____
Name: _____
Title: _____
Date: _____

*The Eisenberg, Rothweiler, Winkler, Eisenberg*
*& Jeck, P.C. on behalf of itself and its Law Firm Clients*

Consented and Agreed to:

**KOSNOFF LAW PLLC**

Tax ID No.: ___91-1525117_____

By: _*Timothy D. Kosnoff*_____
Name: _*Timothy D. Kosnoff for Kosnoff Law, PLLC*_
Title: _*Owner*_____
Date: _*July 22, 2020*_____

*The Kosnoff Law PLLC on behalf of itself and its Law Firm Clients*

Consented and Agreed to:

**AVA LAW GROUP, INC.**

Tax ID No.: _____

By: _____
Name: _____
Title: _____
Date: _____

*The AVA Law Group, Inc. on behalf of itself and its Law Firm Clients*

Consented and Agreed to:

**ANDREWS & THORNTON**

Tax ID No.: _____

By: _____
Name: _____
Title: _____
Date: _____

*The Andrews & Thornton on behalf of itself and its Law Firm Clients*

Consented and Agreed to:

**SLATER SLATER SCHULMAN, LLP**

Tax ID No.: _____

By: _____
Name: _____
Title: _____
Date: _____

*The Slater Slater Schulman, LLP on behalf of itself and its Law Firm Clients*

Consented and Agreed to:

**ASK LLP**

Tax ID No.: _____

By: _____
Name: _____
Title: _____
Date: _____

*The ASK LLP on behalf of itself and its Law Firm Clients*


Stewart, Timothy, Andrew, Anne, Jonathan & Edward
July 21, 2020
Page 6

Consented and Agreed to:

**EISENBERG, ROTHWEILER, WINKLER, EISENBERG & JECK, P.C.**

Tax ID No.: _____

By: _____
Name: _____
Title: _____
Date: _____

*The Eisenberg, Rothweiler, Winkler, Eisenberg*
*& Jeck, P.C. on behalf of itself and its Law Firm Clients*

Consented and Agreed to:

**KOSNOFF LAW PLLC**

Tax ID No.: _____

By: _____
Name: _____
Title: _____
Date: _____

*The Kosnoff Law PLLC on behalf of itself and its Law Firm Clients*

Consented and Agreed to:

**AVA LAW GROUP, INC.**

Tax ID No.: _37- 1923464_

By: _~~signature~~_
Name: _ANDREW VAN ARSDALE_
Title: _MEMBER_
Date: _7/22/20_

*The AVA Law Group, Inc. on behalf of itself and its Law Firm Clients*

Consented and Agreed to:

**ANDREWS & THORNTON**

Tax ID No.: _____

By: _____
Name: _____
Title: _____
Date: _____

*The Andrews & Thornton on behalf of itself and its Law Firm Clients*

Consented and Agreed to:

**SLATER SLATER SCHULMAN, LLP**

Tax ID No.: _____

By: _____
Name: _____
Title: _____
Date: _____

*The Slater Slater Schulman, LLP on behalf of itself and its Law Firm Clients*

Consented and Agreed to:

**ASK LLP**

Tax ID No.: _____

By: _____
Name: _____
Title: _____
Date: _____

*The ASK LLP on behalf of itself and its Law Firm Clients*



Stewart, Timothy, Andrew, Anne, Jonathan & Edward
July 21, 2020
Page 6

Consented and Agreed to:

**EISENBERG, ROTHWEILER, WINKLER, EISENBERG & JECK, P.C.**

Tax ID No.: _____

By: _____
Name: _____
Title: _____
Date: _____

*The Eisenberg, Rothweiler, Winkler, Eisenberg*
*& Jeck, P.C. on behalf of itself and its Law Firm Clients*

Consented and Agreed to:

**KOSNOFF LAW PLLC**

Tax ID No.: _____

By: _____
Name: _____
Title: _____
Date: _____

*The Kosnoff Law PLLC on behalf of itself and its Law Firm Clients*

Consented and Agreed to:

**AVA LAW GROUP, INC.**

Tax ID No.: _____

By: _____
Name: _____
Title: _____
Date: _____

*The AVA Law Group, Inc. on behalf of itself and its Law Firm Clients*

Consented and Agreed to:

**ANDREWS & THORNTON**

Tax ID No.: _____

By: _____
Name: *Anne Andrews*
Title: *managing partner*
Date: *7/22/2020*

*The Andrews & Thornton on behalf of itself and its Law Firm Clients*

Consented and Agreed to:

**SLATER SLATER SCHULMAN, LLP**

Tax ID No.: _____

By: _____
Name: _____
Title: _____
Date: _____

*The Slater Slater Schulman, LLP on behalf of itself and its Law Firm Clients*

Consented and Agreed to:

**ASK LLP**

Tax ID No.: _____

By: _____
Name: _____
Title: _____
Date: _____

*The ASK LLP on behalf of itself and its Law Firm Clients*



Stewart, Timothy, Andrew, Anne, Jonathan & Edward
July 21, 2020
Page 6

Consented and Agreed to:

**EISENBERG, ROTHWEILER, WINKLER, EISENBERG & JECK, P.C.**

Tax ID No.: _____

By: _____
Name: _____
Title: _____
Date: _____

*The Eisenberg, Rothweiler, Winkler, Eisenberg*
*& Jeck, P.C. on behalf of itself and its Law*
*Firm Clients*

Consented and Agreed to:

**KOSNOFF LAW PLLC**

Tax ID No.: _____

By: _____
Name: _____
Title: _____
Date: _____

*The Kosnoff Law PLLC on behalf of itself*
*and its Law Firm Clients*

Consented and Agreed to:

**AVA LAW GROUP, INC.**

Tax ID No.: _____

By: _____
Name: _____
Title: _____
Date: _____

*The AVA Law Group, Inc. on behalf of itself*
*and its Law Firm Clients*

Consented and Agreed to:

**ANDREWS & THORNTON**

Tax ID No.: _____

By: _____
Name: _____
Title: _____
Date: _____

*The Andrews & Thornton on behalf of itself*
*and its Law Firm Clients*

Consented and Agreed to:

**SLATER SLATER SCHULMAN, LLP**

Tax ID No.: 45-3913357

By: Adam P. Slater
Name: _____
Title: Partner
Date: 7/23/20

*The Slater Slater Schulman, LLP on behalf*
*of itself and its Law Firm Clients*

Consented and Agreed to:

**ASK LLP**

Tax ID No.: _____

By: _____
Name: _____
Title: _____
Date: _____

*The ASK LLP on behalf of itself and its Law*
*Firm Clients*



Consented and Agreed to:

**EISENBERG, ROTHWEILER, WINKLER, EISENBERG & JECK, P.C.**

Tax ID No.: _____

By: _____
Name: _____
Title: _____
Date: _____

*The Eisenberg, Rothweiler, Winkler, Eisenberg*
*& Jeck, P.C. on behalf of itself and its Law*
*Firm Clients*

Consented and Agreed to:

**KOSNOFF LAW PLLC**

Tax ID No.: _____

By: _____
Name: _____
Title: _____
Date: _____

*The Kosnoff Law PLLC on behalf of itself and*
*its Law Firm Clients*

Consented and Agreed to:

**AVA LAW GROUP, INC.**

Tax ID No.: _____

By: _____
Name: _____
Title: _____
Date: _____

*The AVA Law Group, Inc. on behalf of itself*
*and its Law Firm Clients*

Consented and Agreed to:

**ANDREWS & THORNTON**

Tax ID No.: _____

By: _____
Name: _____
Title: _____
Date: _____

*The Andrews & Thornton on behalf of itself*
*and its Law Firm Clients*

Consented and Agreed to:

**SLATER SLATER SCHULMAN, LLP**

Tax ID No.: _____

By: _____
Name: _____
Title: _____
Date: _____

*The Slater Slater Schulman, LLP on behalf of*
*itself and its Law Firm Clients*

Consented and Agreed to:

**AS**

Ta

By
Na
Ti
Da

*The ASK LLP on behalf of itself and its Law*
*Firm Clients*



Stewart, Timothy, Andrew, Anne, Jonathan & Edward
July 21, 2020
Page 22

**EXHIBIT A**

Members of Ad Hoc Committee



63818107 v2-WorkSiteUS-000002/2225

Representative State Court Counsel Communication to Clients
Seeking Consent of Coalition Member-client's Representation
by the Coalition.

**<u>Coalition of Abused Scouts for Justice (CASJ)</u>**

Sample Coalition Representative Communication Regarding Coalition

THESE MATERIALS ARE PROVIDED ON A CONFIDENTIAL BASIS PURSUANT TO
FRE SECTION 408 AND EQUIVALENT STATE LAW

Dear Client:

We are pleased to announce that [FIRM] has joined a coalition to better achieve compensation for survivors of Boy Scout sexual abuse.  The Coalition of Abused Scouts for Justice is an ad hoc committee representing the interests of its members (i.e. abused scouts) in the Boy Scouts Chapter 11 bankruptcy case.  The Coalition has retained experienced lead bankruptcy counsel, Brown Rudnick LLP and Delaware counsel Blank Rome LLP, and has commenced productive negotiations with the BSA and their insurance carriers to obtain compensation for its members.

We intend that each of our clients will be a member of the Coalition. Participation will not require you to perform any extra work.  If you prefer not to be a member, you may contact us at any time at [ADDRESS] to let us know. If for any reason you do not want to participate in the Coalition, you will remain in good standing as our client. Please feel free to contact us with any questions or to discuss the Coalition.

We believe that this is an effective strategy to obtain compensation from the BSA and its Local Councils and insurance carriers.

Regards,