**Exhibit B**

**Doherty Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**DECLARATION OF JOHN DOHERTY IN SUPPORT OF DEBTORS'
SUPPLEMENTAL BRIEF IN SUPPORT OF THEIR MOTION PURSUANT TO
SECTION 105(a) OF THE BANKRUPTCY CODE AND ¶ 27 OF THE BAR DATE
ORDER FOR ENTRY OF AN ORDER (I) SUPPLEMENTING THE
BAR DATE ORDER AND (II) GRANTING RELATED RELIEF**

I, John Doherty, being duly sworn, hereby declare as follows:

1.  I am a Senior Vice President at Omni Agent Solutions ("Omni"), which has been retained as the claims and noticing agent of the Boy Scouts of America and Delaware BSA, LLC (together, the "Debtors") in their chapter 11 cases. My business address is 1120 Avenue of the Americas, Suite 4129, New York, New York 10036.

2.  I submit this declaration in support of the Debtors' Supplemental Brief, filed concurrently herewith, and the *Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and ¶ 27 of the Bar Date Order for Entry of an Order (I) Supplementing the Bar Date Order and (II) Granting Related Relief* [Docket No. 1145] (the "Motion").[2]

3.  Except as otherwise stated in this Declaration, all facts set forth herein are based on my personal knowledge and experience, knowledge that I acquired from individuals under my

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion or related pleadings.

supervision, or information obtained from my personal review of relevant documents. I am authorized to submit this Declaration on behalf of Omni. If called upon to testify, I would competently testify to the facts set forth herein.

4. As ordered and authorized by the Court pursuant to the *Order Appointing Omni Agent Solutions as Claims and Noticing Agent,* Nunc Pro Tunc *to the Petition Date* [Docket No. 68], Omni maintains a dedicated call center and official phone number for all inquiries in these chapter 11 cases. I am responsible for managing the call center and bankruptcy case inquiries at Omni. In connection with this role, the information set forth in this Declaration is based on my personal knowledge through my daily handling of inbound calls and email inquiries, as well as information provided to me by Omni employees acting under my supervision.

5. The Omni call center has received several calls from individuals seeking information regarding whether they can file a claim without hiring an attorney, and stating, in words or substance, that they do not want to deal with an attorney and/or do not want to pay for an attorney. When such individuals reach out to the Omni call center or visit the official claims website, we are able to provide them with information on how to submit a claim on their own, without an attorney.

6. We also have received multiple calls from individuals asking us to confirm that their claims have been submitted. When we check the claims register, and the person's name does not appear, we have sometimes then been informed that the caller believes he submitted a claim through an attorney. (If or when we become aware during a call that a caller is represented by counsel, we tell the person to contact his lawyer with any questions.)

7. Several callers have asked questions regarding how the BSA is going to fund the victims compensation trust, and some have specifically referenced a $1.5 billion trust. When we

are asked questions along these lines, we inform the caller that how payments to claimants will be funded, and the amount of any victims compensation fund or trust, has not yet been determined in the bankruptcy proceedings.

*[Remainder of Page Intentionally Left Blank]*

I declare under penalty of perjury that, after reasonable inquiry, the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: September 4, 2020
Marlboro, New Jersey

/s/ John Doherty
John Doherty
Senior Vice President
OMNI AGENT SOLUTIONS