**Exhibit C**

# Warner, Blair

| | |
|---|---|
| **From:** | Linder, Matthew |
| **Sent:** | Monday, August 31, 2020 10:33 AM |
| **To:** | ███████████; Boelter, Jessica C.K.; Andolina, Michael C.; Walker, Melanie E. |
| **Subject:** | FW: Abused By A Boy Scout Leader? - You May Have a Claim |

FYI

**MATTHEW E. LINDER**
Associate

**SIDLEY AUSTIN LLP**
+1 312 853 7610 (office)
+1 312 568 9353 (mobile)
mlinder@sidley.com


**From:** ████████████████████████
**Sent:** Monday, August 31, 2020 10:30 AM
**To:** Right To Fight <zdglopi-1Q35TVF-noReply@abfdhpcdub.org>
**Cc:** ████████████████████████████████████ info@righttofight.com; Linder, Matthew <mlinder@sidley.com>
**Subject:** Re: Abused By A Boy Scout Leader? - You May Have a Claim

> **EXTERNAL EMAIL - Use caution with links and attachments**

ATTN: I have CC ███████████████████████████ attorneys on this email.

Dear Right To Fight Staff,
You are sending this email to my 15 year old daughter ██████ AKA an underage child. This is spam and beyond unsavory marketing practices. Email list cleansing should be a required and minimal standard practice if you plan to conduct yourselves in this market space.

Furthermore, you are not operating within the current standards or guidelines for privacy policies as in people who access your site are not receiving a pop up to consent to the following part of your so called "policy":

"What We May Do With Your Information

"We reserve the right to rent, sell, share or transfer your personal information to third parties for any legal permissible purpose in its sole discretion."

In general, the way you are operating this campaign and conducting yourselves is shameful. You claim to be doing good and representing child victims but are marketing to underage children? Get it together.

I have CC the ████████████████████ on this email as well. Maybe pressure from their attorneys will force you to change your policies of stealing people's data and marketing to my 15 year old daughter or any other underage child.

On Sat, Aug 22, 2020 at 9:36 PM Right To Fight <zdglopi-1Q35TVF-noReply@abfdhpcdub.org> wrote:

> 
>
> # Justice For Victims Of The Boy Scouts Of America

2

**RIGHT TO FIGHT**

Did you or a famiy member suffer abuse while a member of the **Boy Scouts of America?**

Fight for your rights and receive monetary justice for your pain & suffering

**STAND UP NOW!**

Funds available for immediate payout

**ATTENTION TIME-SENSITIVE:**
Future claims will not be heard after **November 16th 2020!**

100 South Bedford Road, Mount Kisco, New York 10549
| Unsubscribe

By clicking 'make your voice heard', I consent to receive calls, text messages, or prerecorded messages from Right to Fight or its partners, affiliates, service providers and clients via automated technology. I understand that I am not required to enter into this agreement as a condition of any service. If you believe you've reached this page in error or would like to opt-out of future correspondence, please contact us. By using our site, you agree to our Privacy Policy and Terms of Use. If you do not agree to all the terms and condition, then you may not access the site or use any services. Video courtesy of CBS News.

Privacy Policy |

BLACK STAR AUCTION | 1200 S BRAND BLVD UNIT 11 # 424 GLENDALE, CA 91204 US
To unsubscribe please go here

3