**<u>Exhibit D</u>**

**Warner, Blair**





-----Original Message-----
From: ▮▮▮▮▮
Sent: Wednesday, August 26, 2020 4:10 PM
To: ▮▮▮▮▮
Subject: Lawyer Calls to Youth

,

I understand you would like to be informed of any calls our scouts (youth members) are receiving from lawyers trying to drum up cases. One young man in our council has reported being called several times from the following number 1 800 342 5775. Each time he has been asked if he was ever abused by his scout leader or if he knows anyone who was abused by their scout leader. I am trying to get any more info they have, but I think this is it for now. If there's anything else I can do, please let me know.

Thanks,



▮▮▮▮▮▮▮▮▮▮▮▮

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender

immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.