## Exhibit A

**Customary and Comparable Compensation Disclosures**

**Customary and Comparable Compensation Disclosures for Haynes and Boone**

The blended hourly rate of the Haynes and Boone timekeepers (including both professionals and paraprofessionals) who have billed time to the Debtors during the Interim Fee Period was approximately $640.17 per hour (the "Debtor Blended Rate").[4]

The blended hourly standard rate for all of Haynes and Boone's domestic, non-bankruptcy timekeepers during the 12-month period from August 1, 2019 to and including July 31, 2020 (the "Comparable Period") was, in the aggregate, approximately $548.00 (the "Non-Bankruptcy Blended Rate").[5]

A detailed comparison of the Debtor Blended Rate and the Non-Bankruptcy Blended Rate is set forth in the chart below.

| Category of Timekeeper | Debtor Blended Rate | Non-Bankruptcy Blended Rate |
|---|---|---|
| Partner | $720 | $722 |
| Associate | $512 | $452 |
| Junior Associate | $413 | $352 |
| Paraprofessional | $358 | $302 |
| **Aggregate** | **$607** | **$548** |

---

[4] Haynes and Boone calculated the Debtor Blended Rate by dividing the total amount billed by Haynes and Boone's timekeepers to the Debtors during the Interim Fee Period by the total hours billed by such timekeepers to the Debtors during the Interim Fee Period. The Debtor Blended Rate does not include fees and corresponding hours voluntarily reduced by Haynes and Boone prior to submission of the relevant fee applications.

[5] Haynes and Boone calculated the Non-Bankruptcy Blended Rate by dividing the total amount billed by Haynes and Boone's domestic, non-bankruptcy timekeepers during the Comparable Period by the total hours billed by such timekeepers during the Comparable Period. For the avoidance of doubt, the Debtor Blended Hourly Rate and Non-Bankruptcy Blended Hourly Rate reflect firm-wide increases that took effect across all practice groups on January 1, 2020.