# Exhibit B

## Interim Application Summary

## Cover Sheet of Fee Application (UST Guidelines Exhibit E)

| SUMMARY OF SECOND INTERIM APPLICATION ||
|---|---|
| Name of Applicant | Haynes and Boone, LLP |
| Name of Client | Debtors and Debtors in Possession |
| Time period covered by Second Interim Application | May 1, 2020 to July 31, 2020 |
| Total compensation sought during the Application Period (fees) | $787,597.00 |
| Total expenses sought during the Application Period | $2,281.14 |
| Petition Date | February 18, 2020 |
| Retention Date | February 18, 2020 |
| Date of order approving employment | April 20, 2020 |
| Total compensation approved by interim order to date | $0.00 |
| Total expenses approved by interim order to date | $0.00 |
| Total allowed compensation paid to date (fees) | $499,770.80[6] |
| Total allowed expenses paid to date | $1,999.14 |
| Blended rate in the 2nd Interim Application for all attorneys | $607.00 |
| Blended rate in the 2nd Interim Application for all timekeepers | $548.00 |
| Compensation sought in the 2nd Interim Application already paid pursuant to a monthly compensation order but not yet allowed | $499,770.80 |
| Expenses sought in the 2nd Interim Application already paid pursuant to a monthly compensation order but not yet allowed | $1,999.14 |
| Number of professionals included in the 2nd Interim Application | 11 |
| If applicable, number of professionals in the 2nd Interim Application not included in staffing plan approved by client | No additional professionals |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | Amt. Budgeted: No difference<br>Amt. Sought: No difference |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 4 |
| Are any rates higher than those approved or disclosed at retention? | No |

---

[6] This amount includes a retainer balance of $91,514.24.