**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE Boy Scouts, LLC,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> Jointly Administered |

**DECLARATION OF TANCRED SCHIAVONI IN SUPPORT OF
CENTURY'S SUPPLEMENTAL SUBMISSION IN SUPPORT OF ITS JOINDER
TO THE DEBTORS' MOTION [DKT. 1145] AND OBJECTION TO THE PLEADING
FILED BY THE ENTITY CALLING ITSELF THE "COALITION OF ABUSED
SCOUTS FOR JUSTICE" [DKT. 1190] AND APPEARANCE OF
BROWN RUDNICK AND BLANK ROME FIRMS ON ITS BEHALF**

I, Tancred Schiavoni, pursuant to 28 U.S.C. § 1746(2), under penalty of perjury, hereby declare as follows:

1.   I am partner at the firm O'Melveny & Myers LLP, Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company, and Westchester Surplus Lines Insurance Company.  I submit this declaration based on my personal knowledge of the proceedings in *In re Boy Scouts of America and Delaware BSA, LCC*, and review of the documents described below.

---

[1]   The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware Boy Scouts, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Law, Irving, Texas 75038.

1

2. A video titled "More Reports of Boy Scout Abuse Surface" posted to YouTube by AskTheLawyers on August 21, 2019, displays a man in a newsroom, addressing the camera. A transcript of the video, available on YouTube, follows:

> I'm Rob Rosenthal with AskTheLawyers.com and this is an AskTheLawyers.com legal brief. The number of children abused by leaders in the Boy Scouts of America is apparently even higher than first thought. That's according to a group of lawyers suing the Boy Scouts that says they have uncovered hundreds of previously unreported cases of sexual abuse. Over the past several months, the organization Abused in Scouting has collected hundreds of reports from around the country from men between the ages of 14 and 88 who claim they were assaulted or harassed during their time in the scouts. One plaintiff in this lawsuit, referred to by his initials as SD to preserve his privacy, is being represented by one of the lead lawyers from Abused in Scouting, Philadelphia attorney Stewart Eisenberg of the law firm Eisenberg Rothweiler Winkler Eisenberg and Jack. He says: "There hasn't been the attention that needs to be brought to this issue. It's a widespread problem. It's a problem where boys have been sexually abused and it's difficult for men to come forward and break the silence and break their shame for what happened to them when they were children." He goes on to say: "More attention has been placed on the Catholic Church and the religious organizations rather than scouting. And we hope to bring attention to the issue and focus on the victims who have suffered all these years." Spurred by reports that the Boy Scouts organization is considering Chapter 11 bankruptcy which would narrow the window in which victims could be compensated, Abused in Scouting began gathering information from alleged victims around the country. Eisenberg says this is just the first of many lawsuits against the BSA to come, and so far most of the victims are from Texas, California, and Florida. If you want the best information about alleged abuse in the Boy Scouts or you're ready to choose a lawyer that lawyers, choose visit AskTheLawyers.com. I'm Rob Rosenthal and this has been AskTheLawyers.com legal brief.

Following the transcript, a disclaimer on the YouTube page states:

> Disclaimer: This video is for informational purposes only. In some states, this video may be deemed Attorney Advertising. The choice of lawyer is an important decision that should not be based solely on advertisements.

The video, transcript, and disclaimer are available at https://www.youtube.com/watch?v=f0s7GsE-p_A (last visited Aug. 4, 2020).

3. A video titled "Boy Scouts of America History of Abuse - Call for Free Case Consultation - 1.888.99.SCOUT," posted to YouTube by AVA Law Group on August 26, 2020, was made private as of August 4, 2020. The video was reviewed when it was still publicly available. A voice-over in the video states:

> The Boy Scouts of America could have done more to protect you. The BSA swore to protect children. Instead, they hid the tracks of pedophiles in the organization. For decades the BSA allowed Scouting leaders to molest children under their watch. Children as you as six were violently sodomized, groped, and raped by their Scoutmasters. Children were taught to respect adults in the Scouts, but these predators left young boys with broken lives and shattered trust. Experts say the number of sexual abuse cases in the Boy Scouts surpasses even that of the Catholic Church. Thousands of pedophiles within the organization got away with their crimes, and the BSA actively hid their tracks. For over a century, leaders in the Boy Scouts hid away sexual abuse reports in secret records call the "perversion files." Very rarely were any of these reports shown to authorities who could actually help children. If you were sexually abused in the Boy Scouts of America, your time for justice is now. For years, Scouting abuse victims were ignored, but now the tides have turned in your favor. The BSA filed for bankruptcy in February of 2020 and are setting up a compensation plan for Scouting abuse survivors. The BSA bankruptcy court set a bar claims deadline for November 16, 2020. This means that after that date, no claims can be filed against the BSA for childhood sexual abuse. This deadline could be your last and only chance to hold the Boy Scouts accountable for their crimes against you. Survivors like you from across the country are coming forward to make their stories heard. Together, we can fight for your story, your rights, and your recovery. At Abused in Scouting, our attorneys fight to ensure scouting abuse survivors are heard, protected, and compensated for their abuse. The BSA was supposed to protect children from abuse, not turn them into broken adults. We're here to make sure the BSA owns up to their actions and is held accountable for the crimes committed against you. File a claim against the Boy Scouts of America for your abuse, call the lawyers at Abused in Scouting now.

Attached hereto as **Exhibit 1** are screenshots taken of the YouTube page for this video when the post was still live, and after it was taken down.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the ABA Model Rules of Professional Conduct Jurisdiction Rules Comparison Chart for Model Rule 7.1. The chart is

3

available at https://www.americanbar.org/content/dam/aba/administrative/professional_ responsibility/mrpc_7_1.pdf (last visited Aug. 4, 2020).

5. A video titled "Boy Scouts History of Abuse," posted to YouTube by AVA Law Group on February 4, 2019, displays a disclaimer for approximately three seconds at the end of the video. A screenshot of the disclaimer is attached hereto as **Exhibit 3**. The video is available at https://www.youtube.com/watch?v=O90JfIRWJkY (last visited Aug. 4, 2020).

6. Attached as **Exhibit 4** is an email from Eric R. Goodman to Tancred Schiavoni dated September 6, 2020 regarding the depositions of Andrew Van Arsdale and Timothy Kosnoff.

I declare under pain and penalty of perjury of the laws of the United States that the foregoing is true and correct.


Dated: September 8, 2020                              Respectfully Submitted,


                                                      By: */s/ Tancred Schiavoni*

                                                      TANCRED SCHIAVONI