**Exhibit A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>**Re: Docket No.** _____ |

**ORDER GRANTING MOTION FOR ENTRY OF AN ORDER AUTHORIZING TORT CLAIMANTS' COMMITTEE TO FILE UNDER SEAL PORTIONS OF THE (A) OBJECTION OF THE TORT CLAIMANTS' COMMITTEE TO MOTION OF THE COALITION OF ABUSED SCOUTS FOR JUSTICE FOR AN ORDER (I) AUTHORIZING THE COALITION TO FILE UNDER SEAL EXHIBIT A TO THE AMENDED 2019 STATEMENT AND (II) APPROVING THE SUFFICIENCY OF THE AMENDED 2019 STATEMENT; AND THE (B) OBJECTION OF THE TORT CLAIMANTS' COMMITTEE TO MOTION OF THE COALITION OF ABUSED SCOUTS FOR JUSTICE TO PARTICIPATE IN THE MEDIATION**

Upon the motion (the "Motion")[2] of the official committee of survivors of childhood sexual abuse (the "Tort Claimants' Committee" or the "TCC") for entry of an order (this "Order") (1) authorizing the TCC to file under seal certain limited portions of the *Objection of the Tort Claimants' Committee to Motion of the Coalition of Abused Scouts for Justice for an Order (I) Authorizing the Coalition to File Under Seal Exhibit A to the Amended 2019 Statement and (II) Approving the Sufficiency of the Amended 2019 Statement* [D.I. 1227] (the "TCC 2019 Objection") and the *Objection of the Tort Claimants' Committee to Motion of the Coalition of Abused Scouts for Justice to Participate in the Mediation* [D.I. 1229] (the "TCC Mediation Objection") (together with limited portions of the TCC 2019 Objection and TCC Mediation Objection, the "Highly Confidential Information") and; (2) directing that the Highly Confidential

---

[1] The Debtors in these The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038

[2] Capitalized terms used but not otherwise defined herein shall have the earnings given to them in the Motion.

Information shall remain under seal and confidential pursuant to the terms of Protective Order entered in these cases and not be made available to anyone, except to the Court and the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"); and (3) granting related relief; all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the TCC's notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is granted as set forth herein.

2. The TCC is authorized to file the Highly Confidential Information under seal, subject to further order of the Court, pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1.

3. Except upon further order of the Court, the Highly Confidential Information shall remain under seal, and shall not be made available to anyone, except that copies of the Highly Confidential Information shall be provided to the Court and the U.S. Trustee on a confidential basis or as otherwise agreed to among the parties. Such parties shall be bound by

this Order and shall at all times keep the Highly Confidential Information strictly confidential and shall not disclose the Highly Confidential Information to any party whatsoever.

4. The TCC and any party authorized to receive the Highly Confidential Information pursuant to this Order shall, subject to Local Rule 9018-1(c) and without further order of the Court, redact specific references to the Highly Confidential Information from any and all pleadings filed on the public docket maintained in these chapter 11 cases.

5. This Order is without prejudice to the rights of any party in interest to seek to unseal and make public any portion of the material filed under seal.

6. The TCC is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.