## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br><div align="center">Debtors.</div> | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 1106, 1144, 1161, 1219, 1222, 1223, 1224, 1227, 1229, 1230, 1248, 1257, 1261** |

### DEBTORS' MOTION FOR LEAVE TO FILE DEBTORS' OMNIBUS RESPONSE TO THE MOTIONS OF THE COALITION OF ABUSED SCOUTS FOR JUSTICE (A) FOR AN ORDER (I) AUTHORIZING THE COALITION TO FILE UNDER SEAL EXHIBIT A TO THE AMENDED 2019 STATEMENT AND (II) APPROVING THE SUFFICIENCY OF THE AMENDED 2019 STATEMENT AND (B) TO PARTICIPATE IN THE MEDIATION

The Boy Scouts of America (the "BSA") and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors"), hereby move this Court (the "Motion for Leave") for leave to file the response attached hereto as **Exhibit A** (the "Omnibus Response")[2] to (a) the *Motion of the Coalition of Abused Scouts for Justice for an Order (I) Authorizing the Coalition to File under Seal; Exhibit A to the Amended 2019 Statement and (II) Approving the Sufficiency of the Amended 2019 Statement* [Docket No. 1144] (the "2019 Motion"); and (b) the *Motion of the Coalition of Abused Scouts for Justice to Participate in the Mediation* [Docket No. 1161] (the "Mediation Motion"). In further support of the Motion for Leave, the Debtors respectfully state as follows:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Omnibus Response.

## JURISDICTION

1.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The basis for the relief requested herein is section 105(a) of title 11 of the United States Code (the "Bankruptcy Code") and Local Rule 9006-1(d) of the *Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware* (the "Local Rules").

3.      The Debtors consent to the entry of a final order by the Court in connection with this Motion for Leave to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments.

## BACKGROUND

4.      On August 24, 2020, the Coalition filed the 2019 Motion and set it for a hearing on September 9, 2020, at 10:00 a.m. (ET) (the "September Hearing").  The initial response deadline for the 2019 Motion was September 2, 2020, at 4:00 p.m. (ET).

5.      On August 26, 2020, the Coalition filed the Mediation Motion and set it for a hearing at the September Hearing.  The initial response deadline for the Mediation Motion was September 2, 2020, at 4:00 p.m. (ET).

6.      Prior to September 2, 2020, the Coalition extended the Debtors' response deadline for the 2019 Motion and the Mediation Motion to September 4, 2020, at 5:00 p.m. (ET).

7.      Prior to September 4, 2020, at 5:00 p.m. (ET), the Coalition further extended the response deadline for the 2019 Motion and the Mediation Motion to September 8, 2020, at 12:00 p.m. (ET).

8.      On September 4, 2020, the Coalition filed the *Omnibus Reply of the Coalition of Abused Scouts for Justice to Objections to (A) Motion for an Order (I) Authorizing the Coalition to File Under Seal Exhibit A to the Amended 2019 Statement and (II) Approving the Sufficiency of the Amended 2019 Statement, and (B) Motion of the Coalition to Participate in the Mediation* [Docket No. 1257] (the "Coalition Reply"), which was accompanied by a motion to file a late reply.

9.      Since the filing of the 2019 Motion, the Mediation Motion, and the Coalition Reply, the Debtors have worked closely with the Coalition to support certain of the relief requested in their filings, culminating in the Omnibus Response attached hereto as **Exhibit A**.

## RELIEF REQUESTED

10.     The Debtors respectfully request entry of an order, substantially in the form attached hereto as **Exhibit B**, granting them leave to file the Omnibus Response.

## BASIS FOR RELIEF REQUESTED

11.     Local Rule 9006-1(c)(ii) provides that "the deadline for objection(s) shall be no later than seven (7) days before the hearing date…Any objection deadline may be extended by agreement of the movant; provided, however, that no objection deadline may extend beyond the deadline for filing the agenda."  Local Rule 9029-3(a) requires that agendas be filed by 12:00 p.m. (ET) two business days prior to the hearing. Del. Bankr. L.R. 9029-3(a).

12.     The Debtors respectfully submit that cause exists to grant the relief requested by this Motion for Leave.  As noted above, the September Hearing is scheduled for September 9, 2020, at 10:00 a.m. (ET).  Pursuant to Local Rules 9006-1(c)(ii) and 9029-3(a), the Debtors had September 4, 2020, at 12:00 p.m. (ET) to file any responses or objections to the Mediation Motion or 2019 Motion.

13.     Although the Debtors could simply present the information set forth in the Omnibus Response at the Hearing, the Debtors submit that being able to review the Omnibus Response prior

to the Hearing will aid the Court in its consideration of the issues that are raised by the Mediation

Motion and/or the 2019 Motion.  The Omnibus Response provides the Court with an opportunity to

see the Debtors view of the Coalition's filings, as well as review the interactions and negotiations

that have occurred between the Debtors and the Coalition.

14.    Additionally, no party will be prejudiced by the filing of the Omnibus Response as

the Omnibus Response provides the parties time to review the Debtors support of the Mediation

Motion and 2019 Motion prior, and potentially discuss the matter, prior to the Hearing.

15.    Accordingly, the Debtors believe that, under the circumstances, there is cause to grant

leave to file the Omnibus Response.

## NOTICE

16.    A copy of this Motion for Leave has been served upon the parties who were served

with the Mediation Motion and 2019 Motion, and any objectors thereto.  In light of the nature of the

relief requested in this Motion for Leave, the Debtors respectfully submit that no further notice is

necessary.

## CONCLUSION

WHEREFORE, the Debtors respectfully request the entry of an order, substantially in the

form attached hereto as **Exhibit B**, granting the Debtors leave to file the Omnibus Response, and

such other and further relief as the Court deems just and proper.

Dated:  September 8, 2020
        Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Eric W.Moats*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone:  (302) 658-9200
Email:  dabbott@mnat.com
        aremming@mnat.com
        emoats@mnat.com
        ptopper@mnat.com

– and –

SIDLEY AUSTIN LLP
Jessica C. K. Boelter (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 839-5300
Email:  jboelter@sidley.com

– and –

SIDLEY AUSTIN LLP
Thomas A. Labuda (admitted *pro hac vice*)
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Email:  tlabuda@sidley.com
        mandolina@sidley.com
        mlinder@sidley.com

ATTORNEYS FOR THE DEBTORS AND
DEBTORS IN POSSESSION