## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| BOYS SCOUTS OF AMERICA AND | ) |
| DELAWARE Boy Scouts, LLC | ) Case No. 20-10343 (LSS) |
| | ) |
| Debtor. | ) Jointly Administered |
| _____ | ) |

### ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that David E. Wilks of Wilks Law, LLC hereby enters his appearance as counsel in the above-captioned action on behalf of Interested Parties Andrew Van Arsdale and Timothy Kosnoff.

          WILKS LAW, LLC

          */s/ David E. Wilks*
          David E. Wilks (Bar No. 2793)
          4250 Lancaster Pike, Suite 200
          Wilmington, DE 19805
          Telephone: (302) 225-0850
          Email: dwilks@wilks.law

          *Attorney for Interested Parties Andrew Van Arsdale and Timothy Kosnoff*

Dated: September 8, 2020