## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
|  | **RE: 1125** |

### NOTICE OF REVISED ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF QUINN EMANUEL URQUHART & SULLIVAN, LLP AS SPECIAL LITIGATION COUNSEL FOR THE DEBTORS AND THE DEBTORS-IN-POSSESSION, *NUNC PRO TUNC* TO AUGUST 1, 2020

**PLEASE TAKE NOTICE** that, on August 20, 2020, the Debtors filed the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Quinn Emanuel Urquhart & Sullivan, LLP as Special Litigation Counsel for the Debtors and the Debtors-in-Possession,* Nunc Pro Tunc *to August 1, 2020* (D.I. 1125) (the "Application").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the notice of the Application, objections or responses to the relief requested in the Application were to be filed and served no later than September 2, 2020, at 4:00 p.m. (ET) (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that prior to the Objection Deadline, the Debtors received informal comments to the relief requested in the Application from the Official Committee of Tort Claimants (the "TCC").

---

[1]   The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

**PLEASE TAKE FURTHER NOTICE** that, on September 3, 2020, after the Objection Deadline had run, Century Indemnity Company ("Century") filed a limited objection (D.I. 1243) (the "Limited Objection") to the relief requested in the Application.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have revised the form of order granting the relief requested in the Application (the "Revised Proposed Order") to resolve the informal comments of the TCC and the Limited Objection of Century.  The Revised Proposed Order is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that for the convenience of the Court and all parties in interest, a blackline comparing the Revised Proposed Order against the form of order attached to the Application is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that the TCC has reviewed the Revised Proposed Order and does not object to its entry.

**PLEASE TAKE FURTHER NOTICE** that the Debtors believe that the changes reflected in the Revised Proposed Order address the prayer for relief in Century's Limited Objection.

**PLEASE TAKE FURTHER NOTICE** that Century has informed the Debtors' counsel that although it does not intend to object to entry of the Revised Proposed Order, it reserves the right to raise with the Court the issues addressed in the Limited Objection.

Dated: September 8, 2020
     Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Eric W. Moats*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Eric W. Moats (No. 6441)
Paige N. Topper (No. 6470)
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 425-4664
Email: dabbott@mnat.com
       aremming@mnat.com
       emoats@mnat.com
       ptopper@mnat.com

– and –

SIDLEY AUSTIN LLP
Jessica C. K. Boelter (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Email: jboelter@sidley.com

– and –

SIDLEY AUSTIN LLP
Thomas A. Labuda (admitted *pro hac vice*)
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Email: tlabuda@sidley.com
       mandolina@sidley.com
       mlinder@sidley.com

ATTORNEYS FOR THE DEBTORS AND DEBTORS
IN POSSESSION