# EXHIBIT 1

## Goodman, Eric R.

| | |
|---|---|
| **From:** | Kirschenbaum, Andrew <akirschenbaum@omm.com> |
| **Sent:** | Friday, September 4, 2020 4:27 PM |
| **To:** | James Stang; Rob Orgel; John A. Morris; John W. Lucas; Linda Cantor; 'joneill@pszjlaw.com'; Mason, Richard G.; Mayer, Douglas K.; Celentino, Joseph C.; Ringer, Rachael; Sharret, Jennifer; Wasson, Megan; Harron, Edwin; Zieg, Sharon; bmccullough@bodellbove.com; bruce.celebrezze@clydeco.us; Taylor.Meehan@clydeco.us; Gummow, Susan; Shleypak, Igor; Smethurst, Ryan; Warner, Margaret; msorem@nicolaidesllp.com; Schiavoni, Tancred; Kirschenbaum, Andrew; Wadley, Chris; 'stamoulis@swdelaw.com'; Ruggeri, James P.; Williams, Abigail W.; Weinberg, Joshua D.; Gooding, Doug; Marshall, Jonathan D.; 'KMarrkand@mintz.com'; TJacobs@bradleyriley.com; John E. Bucheit; David M. Caves; Winsberg, Harris B.; Lorraine Armenti; Strubeck, Louis; 'Gluck, Kristian W.'; Smith, Laura; Brady, Robert; Mielke, Allison S.; Kochenash, Jared W.; mhrinewski@coughlinduffy.com; craig.goldblatt@wilmerhale.com; Seligman, Gary; Criss, Ashley; Beville, Sunni P.; Axelrod, Tristan G.; support@ava.law; Tim@Kosnoff.Com; Molton, David J.; Boelter, Jessica C.K.; Andolina, Michael C.; Labuda, Jr., Thomas; DAbbott@mnat.com; Martin, Ernest; Azer, Adrian; Tarr@BlankRome.com; david.l.buchbinder@usdoj.gov; hannah.mccollum@usdoj.gov |
| **Cc:** | Schiavoni, Tancred; Stamatios Stamoulis |
| **Subject:** | Notice of Deposition of Timothy Kosnoff |
| **Attachments:** | BSA_Deposition_Notice_for_Timothy Kosnoff.pdf |

**External E-mail. Use caution accessing links or attachments.**

Please see the attached deposition notice for Mr. Kosnoff on Tuesday, Sept. 8, 2020 at 3:00 p.m. ET.

# O'Melveny

**Andrew L. Kirschenbaum**
Associate
akirschenbaum@omm.com
O: +1-212-728-5878

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY  10036
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE Boy Scouts, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

**NOTICE OF ORAL DEPOSITION PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 30(b)(1)**

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure (the "Federal Rules"), made applicable in bankruptcy cases pursuant to Rule 7030 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 30.1, 30.2, 30.3, 30.4, 30.5, and 30.6 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware (the "Local District Rules"), and Rule 7031-1 of the Local Rules for the United States Bankruptcy Court District of Delaware (the "Local Bankruptcy Rules"), Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company ("Century"), by and through its undersigned counsel, will take the deposition upon oral examination of Timothy Kosnoff ("Kosnoff").

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware Boy Scouts, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

**PLEASE TAKE FURTHER NOTICE** that depositions shall take place before an officer authorized by law to administer oaths, via virtual platform at the designated time and place and to produce documents called for in association therewith, as agreed to by the parties, and continuing thereafter until completed:

    **DATE:**                  September 8, 2020
    **TIME:**                  3:00 p.m. EST
    **ACCESS LINK:**
    https://omm.zoom.us/j/91449472496?pwd=UmZ0eWV4UHBwNGU5ZVdXTmh1dVlSUT09
    **CALL IN:**             (877) 853-5257
    **MEETING ID:**    914 4947 2496
    **PASSCODE:**     153985

The deposition will take place before a person duly authorized to administer oaths, and may be recorded by stenographic, audiographic and videotaped means. Please take notice that the court reporter may also participate remotely via the internet and/or telephone for the purposes of reporting the proceeding and may or may not be in the presence of the deponent. The deposition shall continue from day-to-day (Saturdays, Sundays, and holidays excluded), or as otherwise agreed by the parties, until completed.

Dated:  September 4, 2020
New York, New York

                                        Respectfully Submitted,

                          By:  */s/ Stamatios Stamoulis*
                               Stamatios Stamoulis (#4606)

                               STAMOULIS & WEINBLATT LLC
                               800 N. West Street
                               Third Floor
                               Wilmington, Delaware  19801
                               Telephone:   302 999 1540
                               Facsimile:    302 762 1688

                               O'MELVENY & MYERS LLP
                               Tancred Schiavoni (*pro hac vice*)
                               Janine Panchok-Berry (*pro hac vice*)
                               Times Square Tower
                               7 Times Square
                               New York, New York  10036-6537
                               Telephone:    212 326 2000
                               Facsimile:     212 326 2061

                               *Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company*

# Goodman, Eric R.

| | |
|---|---|
| **From:** | Kirschenbaum, Andrew <akirschenbaum@omm.com> |
| **Sent:** | Friday, September 4, 2020 4:27 PM |
| **To:** | James Stang; Rob Orgel; John A. Morris; John W. Lucas; Linda Cantor; 'joneill@pszjlaw.com'; Mason, Richard G.; Mayer, Douglas K.; Celentino, Joseph C.; Ringer, Rachael; Sharret, Jennifer; Wasson, Megan; Harron, Edwin; Zieg, Sharon; bmccullough@bodellbove.com; bruce.celebrezze@clydeco.us; Taylor.Meehan@clydeco.us; Gummow, Susan; Shleypak, Igor; Smethurst, Ryan; Warner, Margaret; msorem@nicolaidesllp.com; Schiavoni, Tancred; Kirschenbaum, Andrew; Wadley, Chris; 'stamoulis@swdelaw.com'; Ruggeri, James P.; Williams, Abigail W.; Weinberg, Joshua D.; Gooding, Doug; Marshall, Jonathan D.; 'KMarrkand@mintz.com'; TJacobs@bradleyriley.com; John E. Bucheit; David M. Caves; Winsberg, Harris B.; Lorraine Armenti; Strubeck, Louis; 'Gluck, Kristian W.'; Smith, Laura; Brady, Robert; Mielke, Allison S.; Kochenash, Jared W.; mhrinewski@coughlinduffy.com; craig.goldblatt@wilmerhale.com; Seligman, Gary; Criss, Ashley; Beville, Sunni P.; Axelrod, Tristan G.; support@ava.law; Tim@Kosnoff.Com; Molton, David J.; Boelter, Jessica C.K.; Andolina, Michael C.; Labuda, Jr., Thomas; DAbbott@mnat.com; Martin, Ernest; Azer, Adrian; Tarr@BlankRome.com; david.l.buchbinder@usdoj.gov; hannah.mccollum@usdoj.gov |
| **Cc:** | Schiavoni, Tancred; Stamatios Stamoulis |
| **Subject:** | Notice of Deposition of Andrew Van Arsdale |
| **Attachments:** | BSA_Deposition_Notice_for_Andrew_Van_Arsdale.pdf |

**External E-mail. Use caution accessing links or attachments.**

Please see the attached deposition notice for Mr. Van Arsdale on Tuesday, Sept. 8, 2020 at 1:00 p.m. ET.

# O'Melveny

**Andrew L. Kirschenbaum**
Associate
akirschenbaum@omm.com
O: +1-212-728-5878

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY  10036
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA AND DELAWARE Boy Scouts, LLC,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> Jointly Administered |

**NOTICE OF ORAL DEPOSITION PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 30(b)(1)**

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure (the "Federal Rules"), made applicable in bankruptcy cases pursuant to Rule 7030 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 30.1, 30.2, 30.3, 30.4, 30.5, and 30.6 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware (the "Local District Rules"), and Rule 7031-1 of the Local Rules for the United States Bankruptcy Court District of Delaware (the "Local Bankruptcy Rules"), Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company ("Century"), by and through its undersigned counsel, will take the deposition upon oral examination of Andrew Van Arsdale ("Van Arsdale").

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware Boy Scouts, LLC (4311). The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

**PLEASE TAKE FURTHER NOTICE** that depositions shall take place before an officer authorized by law to administer oaths, via virtual platform at the designated time and place and to produce documents called for in association therewith, as agreed to by the parties, and continuing thereafter until completed:

| | |
|---|---|
| **DATE:** | September 8, 2020 |
| **TIME:** | 1:00 p.m. EST |
| **ACCESS LINK:** | https://omm.zoom.us/j/91449472496?pwd=UmZ0eWV4UHBwNGU5ZVdXTmh1dVlSUT09 |
| **CALL IN:** | (877) 853-5257 |
| **MEETING ID:** | 914 4947 2496 |
| **PASSCODE:** | 153985 |

The deposition will take place before a person duly authorized to administer oaths, and may be recorded by stenographic, audiographic and videotaped means. Please take notice that the court reporter may also participate remotely via the internet and/or telephone for the purposes of reporting the proceeding and may or may not be in the presence of the deponent. The deposition shall continue from day-to-day (Saturdays, Sundays, and holidays excluded), or as otherwise agreed by the parties, until completed.

Dated: September 4, 2020
New York, New York

                              Respectfully Submitted,

By:   */s/ Stamatios Stamoulis*
      Stamatios Stamoulis (#4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware 19801
Telephone: 302 999 1540
Facsimile: 302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Janine Panchok-Berry (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York 10036-6537
Telephone: 212 326 2000
Facsimile: 212 326 2061

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company*