# EXHIBIT 3

## Goodman, Eric R.

| | |
|---|---|
| **From:** | Schiavoni, Tancred <tschiavoni@omm.com> |
| **Sent:** | Saturday, September 5, 2020 3:36 PM |
| **To:** | Goodman, Eric R.; Kirschenbaum, Andrew; James Stang; Rob Orgel; John A. Morris; John W. Lucas; Linda Cantor; 'joneill@pszjlaw.com'; Mason, Richard G.; Mayer, Douglas K.; Celentino, Joseph C.; Ringer, Rachael; Sharret, Jennifer; Wasson, Megan; Harron, Edwin; Zieg, Sharon; bmccullough@bodellbove.com; bruce.celebrezze@clydeco.us; Taylor.Meehan@clydeco.us; Gummow, Susan; Shleypak, Igor; Smethurst, Ryan; Warner, Margaret; msorem@nicolaidesllp.com; Wadley, Chris; 'stamoulis@swdelaw.com'; Ruggeri, James P.; Williams, Abigail W.; Weinberg, Joshua D.; Gooding, Doug; Marshall, Jonathan D.; 'KMarrkand@mintz.com'; TJacobs@bradleyriley.com; John E. Bucheit; David M. Caves; Winsberg, Harris B.; Lorraine Armenti; Strubeck, Louis; 'Gluck, Kristian W.'; Smith, Laura; Brady, Robert; Mielke, Allison S.; Kochenash, Jared W.; mhrinewski@coughlinduffy.com; craig.goldblatt@wilmerhale.com; Seligman, Gary; Criss, Ashley; Beville, Sunni P.; Axelrod, Tristan G.; support@ava.law; Tim@Kosnoff.Com; Molton, David J.; Boelter, Jessica C.K.; Andolina, Michael C.; Labuda, Jr., Thomas; DAbbott@mnat.com; Martin, Ernest; Azer, Adrian; Tarr@BlankRome.com; david.l.buchbinder@usdoj.gov; hannah.mccollum@usdoj.gov |
| **Cc:** | Stamatios Stamoulis; Rachel B. Mersky; Schiavoni, Tancred |
| **Subject:** | RE: Notice of Deposition of Andrew Van Arsdale and Timothy Kosnoff |
| **Attachments:** | OMM_US-#78982337-v4-BSA_Amended_Deposition_Notice_for_Van_Arsdale.pdf; OMM_US-# 78983801-v3-BSA_Amended_Deposition_Notice_for_Kosnoff.pdf |

**External E-mail. Use caution accessing links or attachments.**

Eric

After exchanging an email with you about this, we amended the deposition notices for your clients to make clear that they are noticed as fact witnesses in connection with the contested matters that are the subject of the hearing on September 9.  I attach copies of amended notices.  We can have a court reporter present on Tuesday at the locations where Tim and Andrew will appear or can have the court reporter on zoom.  Please let us know their preference in this regard.

We were only provided with documents late Friday by the Coilation, as you know.

Thank you.

**From:** Goodman, Eric R. <EGoodman@brownrudnick.com>
**Sent:** Saturday, September 5, 2020 11:19 AM
**To:** Kirschenbaum, Andrew <akirschenbaum@omm.com>; James Stang <jstang@pszjlaw.com>; Rob Orgel <rorgel@pszjlaw.com>; John A. Morris <jmorris@pszjlaw.com>; John W. Lucas <jlucas@pszjlaw.com>; Linda Cantor <lcantor@pszjlaw.com>; 'joneill@pszjlaw.com' <joneill@pszjlaw.com>; Mason, Richard G. <RGMason@WLRK.com>; Mayer, Douglas K. <DKMayer@WLRK.com>; Celentino, Joseph C. <JCCelentino@wlrk.com>; Ringer, Rachael <RRinger@KRAMERLEVIN.com>; Sharret, Jennifer <JSharret@KRAMERLEVIN.com>; Wasson, Megan <MWasson@KRAMERLEVIN.com>; Harron, Edwin <eharron@ycst.com>; Zieg, Sharon <SZIEG@ycst.com>; bmccullough@bodellbove.com; bruce.celebrezze@clydeco.us; Taylor.Meehan@clydeco.us; Gummow, Susan <sgummow@fgppr.com>; Shleypak, Igor <ishleypak@fgppr.com>; Smethurst, Ryan <rsmethurst@mwe.com>; Warner, Margaret <mwarner@mwe.com>; msorem@nicolaidesllp.com; Schiavoni, Tancred <tschiavoni@omm.com>; Wadley, Chris <cwadley@wwmlawyers.com>; 'stamoulis@swdelaw.com' <stamoulis@swdelaw.com>; Ruggeri, James P. <JRuggeri@goodwin.com>; Williams, Abigail W. <AWilliams@goodwin.com>; Weinberg, Joshua D. <JWeinberg@goodwin.com>; Gooding, Doug <dgooding@choate.com>; Marshall, Jonathan D. <jmarshall@choate.com>; 'KMarrkand@mintz.com' <KMarrkand@mintz.com>; TJacobs@bradleyriley.com; John E.

Bucheit <jbucheit@bradleyriley.com>; David M. Caves <dcaves@bradleyriley.com>; Winsberg, Harris B. <harris.winsberg@troutman.com>; Lorraine Armenti <LArmenti@coughlinduffy.com>; Strubeck, Louis <louis.strubeck@nortonrosefulbright.com>; 'Gluck, Kristian W.' <kristian.gluck@nortonrosefulbright.com>; Smith, Laura <laura.smith@nortonrosefulbright.com>; Brady, Robert <RBRADY@ycst.com>; Mielke, Allison S. <AMielke@ycst.com>; Kochenash, Jared W. <JKochenash@ycst.com>; mhrinewski@coughlinduffy.com; craig.goldblatt@wilmerhale.com; Seligman, Gary <GSeligman@wiley.law>; Criss, Ashley <ACriss@wiley.law>; Beville, Sunni P. <SBeville@brownrudnick.com>; Axelrod, Tristan G. <TAxelrod@brownrudnick.com>; support@ava.law; Tim@Kosnoff.Com; Molton, David J. <DMolton@brownrudnick.com>; Boelter, Jessica C.K. <jboelter@sidley.com>; Andolina, Michael C. <mandolina@sidley.com>; Labuda, Jr., Thomas <tlabuda@sidley.com>; DAbbott@mnat.com; Martin, Ernest <Ernest.Martin@haynesboone.com>; Azer, Adrian <Adrian.Azer@haynesboone.com>; Tarr@BlankRome.com; david.l.buchbinder@usdoj.gov; hannah.mccollum@usdoj.gov
**Cc:** Schiavoni, Tancred <tschiavoni@omm.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>; Rachel B. Mersky <rmersky@monlaw.com>
**Subject:** RE: Notice of Deposition of Timothy Kosnoff

[EXTERNAL MESSAGE]

Mr. Schiavoni,

We are in receipt of the Notices of Depositions of two of the personal injury counsel sent out late yesterday.  We did not receive a copy of any exhibits identifying the areas the proposed depositions are intended to address or what pending matter(s) they are related to.  We do not know if this was an error or if there was a reason this was omitted.  We also are surprised by the last minute timing of a Friday late afternoon before a holiday weekend filing a Notice of Deposition for a deposition on the next business day.

We have no interest in interfering with any legitimate process or in causing any delay.  We leave it to the individual deponents to address the timing and propriety of the Notices and issues they may have concerning scope.  However, in order to address the Coalition's interests we need confirmation of the intended scope and which pending motions/adversaries the depositions are intended to be related to.  We also preserve any issues related to privilege between the Deponents and the Coalition and its counsel.

We note that the Deponents are counsel to some of the Coalition members and as such there may be privilege issues that could arise during the deposition.  Once we are provided with the intended scope of the proposed depositions and the pleadings they relate to we may be able to resolve any issues before they arise and save time and avoid any unnecessary judicial involvement.

Best Regards,
Eric



**Eric R. Goodman**
Partner

BROWN RUDNICK LLP
601 Thirteenth Street NW Suite 600
Washington, DC 20005
T: 202.536.1740
M: 216.235.4242
egoodman@brownrudnick.com
www.brownrudnick.com

**From:** Kirschenbaum, Andrew <akirschenbaum@omm.com>
**Sent:** Friday, September 4, 2020 4:27 PM
**To:** James Stang <jstang@pszjlaw.com>; Rob Orgel <rorgel@pszjlaw.com>; John A. Morris <jmorris@pszjlaw.com>; John W. Lucas <jlucas@pszjlaw.com>; Linda Cantor <lcantor@pszjlaw.com>; 'joneill@pszjlaw.com' <joneill@pszjlaw.com>; Mason, Richard G. <RGMason@WLRK.com>; Mayer, Douglas K. <DKMayer@WLRK.com>; Celentino, Joseph C. <JCCelentino@wlrk.com>; Ringer, Rachael <RRinger@KRAMERLEVIN.com>; Sharret, Jennifer <JSharret@KRAMERLEVIN.com>; Wasson, Megan <MWasson@KRAMERLEVIN.com>; Harron, Edwin <eharron@ycst.com>; Zieg, Sharon <SZIEG@ycst.com>; bmccullough@bodellbove.com; bruce.celebrezze@clydeco.us; Taylor.Meehan@clydeco.us; Gummow, Susan <sgummow@fgppr.com>; Shleypak, Igor <ishleypak@fgppr.com>; Smethurst, Ryan <rsmethurst@mwe.com>; Warner, Margaret <mwarner@mwe.com>; msorem@nicolaidesllp.com; Schiavoni, Tancred <tschiavoni@omm.com>; Kirschenbaum, Andrew <akirschenbaum@omm.com>; Wadley, Chris <cwadley@wwmlawyers.com>; 'stamoulis@swdelaw.com' <stamoulis@swdelaw.com>; Ruggeri, James P. <JRuggeri@goodwin.com>; Williams, Abigail W. <AWilliams@goodwin.com>; Weinberg, Joshua D. <JWeinberg@goodwin.com>; Gooding, Doug <dgooding@choate.com>; Marshall, Jonathan D. <jmarshall@choate.com>; 'KMarrkand@mintz.com' <KMarrkand@mintz.com>; TJacobs@bradleyriley.com; John E. Bucheit <jbucheit@bradleyriley.com>; David M. Caves <dcaves@bradleyriley.com>; Winsberg, Harris B. <harris.winsberg@troutman.com>; Lorraine Armenti <LArmenti@coughlinduffy.com>; Strubeck, Louis <louis.strubeck@nortonrosefulbright.com>; 'Gluck, Kristian W.' <kristian.gluck@nortonrosefulbright.com>; Smith, Laura <laura.smith@nortonrosefulbright.com>; Brady, Robert <RBRADY@ycst.com>; Mielke, Allison S. <AMielke@ycst.com>; Kochenash, Jared W. <JKochenash@ycst.com>; mhrinewski@coughlinduffy.com; craig.goldblatt@wilmerhale.com; Seligman, Gary <GSeligman@wiley.law>; Criss, Ashley <ACriss@wiley.law>; Beville, Sunni P. <SBeville@brownrudnick.com>; Axelrod, Tristan G. <TAxelrod@brownrudnick.com>; support@ava.law; Tim@Kosnoff.Com; Molton, David J. <DMolton@brownrudnick.com>; Boelter, Jessica C.K. <jboelter@sidley.com>; Andolina, Michael C. <mandolina@sidley.com>; Labuda, Jr., Thomas <tlabuda@sidley.com>; DAbbott@mnat.com; Martin, Ernest <Ernest.Martin@haynesboone.com>; Azer, Adrian <Adrian.Azer@haynesboone.com>; Tarr@BlankRome.com; david.l.buchbinder@usdoj.gov; hannah.mccollum@usdoj.gov
**Cc:** Schiavoni, Tancred <tschiavoni@omm.com>; Stamatios Stamoulis <stamoulis@swdelaw.com>
**Subject:** Notice of Deposition of Timothy Kosnoff

**External E-mail. Use caution accessing links or attachments.**

Please see the attached deposition notice for Mr. Kosnoff on Tuesday, Sept. 8, 2020 at 3:00 p.m. ET.

## O'Melveny

**Andrew L. Kirschenbaum**
Associate
akirschenbaum@omm.com
O: +1-212-728-5878

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY  10036
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

*********************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "data controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the data controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and how we intend to transfer it outside the European Economic Area.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE Boy Scouts, LLC,[1]<br><br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

**AMENDED NOTICE OF ORAL DEPOSITION**

**PLEASE TAKE NOTICE** that Century Indemnity Company ("Century"), by and

through its undersigned counsel, will take the deposition upon oral examination of Andrew Van

Arsdale pursuant to the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that depositions shall take place before an

officer authorized by law to administer oaths, via virtual platform at the designated time and

place, and continuing thereafter until completed:

> **DATE:**          September 8, 2020
> **TIME:**          1:00 p.m. EST
> **ACCESS LINK:**
> https://omm.zoom.us/j/91449472496?pwd=UmZ0eWV4UHBwNGU5ZVdXTmh1dVlSU
> T09
> **CALL IN:**          (877) 853-5257
> **MEETING ID:**     914 4947 2496
> **PASSCODE:**       153985

The deposition will take place before a person duly authorized to administer oaths, and may be

recorded by stenographic, audiographic and videotaped means. Please take notice that the

---

[1]     The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax
identification number, are as follows:  Boy Scouts of America (6300) and Delaware Boy Scouts, LLC
(4311).  The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

court reporter may also participate remotely via the internet and/or telephone for the purposes

of reporting the proceeding and may or may not be in the presence of the deponent.

Dated:  As amend September 5, 2020,
      but issued September 4, 2020
      New York, New York

                    Respectfully Submitted,

By:   */s/ Stamatios Stamoulis*
      Stamatios Stamoulis (#4606)

      STAMOULIS & WEINBLATT LLC
      800 N. West Street
      Third Floor
      Wilmington, Delaware  19801
      Telephone:   302 999 1540
      Facsimile:    302 762 1688

      O'MELVENY & MYERS LLP
      Tancred Schiavoni (*pro hac vice*)
      Janine Panchok-Berry (*pro hac vice*)
      Times Square Tower
      7 Times Square
      New York, New York  10036-6537
      Telephone:   212 326 2000
      Facsimile:    212 326 2061

      *Counsel for Century Indemnity Company, as
      successor to CCI Insurance Company, as
      successor to Insurance Company of North
      America and Indemnity Insurance Company of
      North America, Westchester Fire Insurance
      Company and Westchester Surplus Lines
      Insurance Company*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE Boy Scouts, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |

### AMENDED NOTICE OF ORAL DEPOSITION

**PLEASE TAKE NOTICE** that Century Indemnity Company ("Century"), by and through its undersigned counsel, will take the deposition upon oral examination of Timothy Kosnoff pursuant to the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that depositions shall take place before an officer authorized by law to administer oaths, via virtual platform at the designated time and place, as agreed to by the parties, and continuing thereafter until completed:

**DATE:** September 8, 2020
**TIME:** 3:00 p.m. EST
**ACCESS LINK:**
https://omm.zoom.us/j/91449472496?pwd=UmZ0eWV4UHBwNGU5ZVdXTmh1dVlSUT09
**CALL IN:** (877) 853-5257
**MEETING ID:** 914 4947 2496
**PASSCODE:** 153985

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware Boy Scouts, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Lane, Irving, Texas 75038.

The deposition will take place before a person duly authorized to administer oaths, and may be recorded by stenographic, audiographic and videotaped means. Please take notice that the court reporter may also participate remotely via the internet and/or telephone for the purposes of reporting the proceeding and may or may not be in the presence of the deponent.

Dated:  As amend September 5, 2020,
       but issued September 4, 2020
       New York, New York

Respectfully Submitted,


By:   */s/ Stamatios Stamoulis*
     Stamatios Stamoulis (#4606)

STAMOULIS & WEINBLATT LLC
800 N. West Street
Third Floor
Wilmington, Delaware  19801
Telephone:   302 999 1540
Facsimile:   302 762 1688

O'MELVENY & MYERS LLP
Tancred Schiavoni (*pro hac vice*)
Janine Panchok-Berry (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York  10036-6537
Telephone:   212 326 2000
Facsimile:   212 326 2061

*Counsel for Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America and Indemnity Insurance Company of North America, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company*