**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC[1] Debtors. | Chapter 11 Case No. 20-10343 (LSS) (Jointly Administered) **Ref. Docket No. 1123 and 1221** |
|---|---|

**NOTICE OF WITHDRAWAL OF THE FUTURE CLAIMANTS' REPRESENTATIVE'S OBJECTION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY BROUGHT BY DEBTORS WITH RESPECT TO LIANFEN QIAN, ONLY**

**PLEASE TAKE NOTICE** that James L. Patton, Jr., the Future Claimants' Representative, (the "FCR") hereby withdraws in relevant part the objection (ECF No. 1221) to the motion of the Debtors for entry of an order (i) approving settlement of claim of Lianfen Qian and (ii) lifting the automatic stay, to the extent necessary, to permit payment of settlement amount by applicable insurance (ECF No. 1123). For the avoidance of doubt, the FCR does not withdraw the objections to the motions for relief from the automatic stay brought by Marco Romero, Jr. and Audrey Romero (ECF No. 1120) and Margaret Henderson, as Personal Representative of the Estate of N.G.H., Deceased (ECF No. 1104).

Dated: September 8, 2020
Wilmington, Delaware

**GILBERT LLP**
*/s/ Meredith C. Neely*
Kami E. Quinn (DC Bar No. 500295)
Emily P. Grim (DC Bar No. 1006597)
Meredith C. Neely (DC Bar No. 280937)
700 Pennsylvania Ave, SE
Suite 400
Washington, DC 20003
Telephone: (202) 772-2200

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Facsimile: (202) 772-3333
Email: quinnk@gilbertlegal.com
grime@gilbertlegal.com
neelym@gilbertlegal.com

*Special Insurance Counsel to the Future Claimants' Representative*

-and-

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Sharon M. Zieg (No. 4196)
Sara Beth A.R. Kohut (No. 4137)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: rbrady@ycst.com
eharron@ycst.com
szieg@ycst.com
skohut@ycst.com

*Counsel to the Future Claimants' Representative*

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 8, 2020, the foregoing document was filed with the United States Bankruptcy Court – District of Delaware and served upon all parties entitled to receive notice of filings in the above-captioned case via the Bankruptcy Court's Electronic Case Filing (ECF) system.

By: /s/ Meredith C. Neely________________

Meredith C. Neely, Esq.