**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: September 9, 2020 at 10:00 a.m. (ET)**<br><br>**Ref. Docket Nos. 1145, 1190, 1260 & 1262** |

**NOTICE OF FILING OF FURTHER REVISED PROPOSED ORDER (I)
SUPPLEMENTING THE BAR DATE ORDER AND (II) GRANTING RELATED RELIEF**

    **PLEASE TAKE NOTICE** that, on August 25, 2020, the Boy Scouts of America and Delaware BSA, LLC, the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (together, the "Debtors") filed the *Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and ¶ 27 of the Bar Date Order for Entry of an Order (I) Supplementing the Bar Date Order and (II) Granting Related Relief* (D.I. 1145) (the "Bar Date Supplement Motion").

    **PLEASE TAKE FURTHE NOTICE** that, on August 28, 2020, the Coalition of Abused Scouts for Justice (the "Coalition") filed the *Objection of the Coalition of Abused Scouts for Justice to Debtors' Motion to Supplement the Bar Date Order* (D.I. 1190) (the "Coalition Objection").

    **PLEASE TAKE FURTHER NOTICE** that at the direction of the Court, on September 4, 2020, the Debtors filed the *Debtors' Supplemental Brief in Support of Their Motion Pursuant to Section 105(a) of the Bankruptcy Code and ¶ 27 of the Bar Date Order for Entry of an Order (I) Supplementing the Bar Date Order and (II) Granting Related Relief* (D.I. 1260) (the "Bar Date Supplemental Brief").

    **PLEASE TAKE FURTHER NOTICE** that, in connection with the filing of the Bar Date Supplemental Brief, the Debtors filed a revised proposed order (D.I. 1262) (the "Revised Proposed Supplemental Order") granting the relief requested in the Bar Date Supplement Motion.

    **PLEASE TAKE FURTHER NOTICE** that the Debtors have made further revisions to the Revised Proposed Supplemental Order (the "Further Revised Proposed Supplemental Order"), a copy of which is attached hereto as **Exhibit 1**.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**PLEASE TAKE FUTHER NOTICE** that the Coalition has indicated to the Debtors that the revisions made in the Further Revised Proposed Supplemental Order resolve the Coalition Objection.

**PLEASE TAKE FURTHER NOTICE** that for the convenience of the Court and all parties in interest, a blackline comparing the Further Revised Proposed Supplemental Order to the Revised Proposed Supplemental Order is attached hereto as **Exhibit 2**.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the relief sought in the Bar Date Supplement Motion and the Further Revised Proposed Supplemental Order will be held on **September 9, 2020 at 10:00 a.m. (ET)**.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated:  September 8, 2020<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Eric W. Moats*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Email:  dabbott@mnat.com<br>    aremming@mnat.com<br>    emoats@mnat.com<br>    ptopper@mnat.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Jessica C. K. Boelter (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone:  (212) 839-5300<br>Email:  jboelter@sidley.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Thomas A. Labuda (admitted *pro hac vice*)<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone:  (312) 853-7000<br>Email:  tlabuda@sidley.com<br>    mandolina@sidley.com<br>    mlinder@sidley.com<br>    blair.warner@sidley.com<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |