# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered<br><br>Re: Docket No. 1168 |

**CERTIFICATION OF COUNSEL REGARDING THE DEBTORS' FIRST OMNIBUS MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO ASSUME CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE AND (II) FIXING CURE AMOUNTS WITH RESPECT THERETO**

The undersigned counsel to the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors") hereby certifies as follows:

1. On August 26, 2020, the Debtors filed the *Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Assume Certain Unexpired Leases of Nonresidential Real Property Pursuant to Section 365 of the Bankruptcy Code and (II) Fixing Cure Amounts with Respect Thereto* (D.I. 1168) (the "Motion").

2. Attached to the Motion was a proposed order (the "Proposed Order") with a schedule of all the leases (the "Assumption Schedule") the Debtors sought to assume through the Motion.

3. Pursuant to the notice of the Motion, objections or responses to the relief requested in the Motion were to be filed and served no later than September 2, 2020, at 4:00 p.m. (ET) (the "Objection Deadline").

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

4. Following the filing of the Motion, the Debtors negotiated in good faith and at arm's length with many of the lessors listed on the Assumption Schedule, and agreed—pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code—with certain of those lessors to extend the Debtors' deadline to assume or reject the leases under section 365(d)(4) of the Bankruptcy Code (the "365(d)(4) Deadline"). Accordingly, the Debtors have revised the Assumption Schedule (the "Revised Assumption Schedule") to reflect the removal of the lessors who have agreed to extend the 365(d)(4) Deadline.

5. A copy of the Revised Assumption Schedule is attached as Exhibit 1 to the revised Proposed Order (the "Revised Proposed Order"), which is attached hereto as **Exhibit A**.

6. For the convenience of the Court and all parties in interest, a blackline comparing the Revised Proposed Order against the form of order attached to the Motion is attached hereto as **Exhibit B**.

7. The Debtors have received no objection to the Motion, and no objection or other responsive pleading to the Motion appears on the Court's docket. The Debtors received certain informal comments from the official committee of tort claimants, which have been resolved.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Proposed Order substantially in the forms attached hereto as **Exhibit A** at its earliest convenience.

| | |
|---|---|
| Dated:  September 8, 2020<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Eric W. Moats*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Facsimile:   (302) 425-4664<br>Email:  dabbott@mnat.com<br>            aremming@mnat.com<br>            emoats@mnat.com<br>            ptopper@mnat.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Jessica C. K. Boelter (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone:  (212) 839-5300<br>Email:  jboelter@sidley.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Thomas A. Labuda (admitted *pro hac vice*)<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone:  (312) 853-7000<br>Email:  tlabuda@sidley.com<br>            mandolina@sidley.com<br>            mlinder@sidley.com<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |