## **Exhibit A**

Revised Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Ref. Docket No. 1168 |

### ORDER (I) AUTHORIZING THE DEBTORS TO ASSUME CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE AND (II) FIXING CURE AMOUNTS WITH RESPECT THERETO

Upon the motion (the "Motion")[2] of the Debtors for entry of an order (this "Order"), pursuant to section 365 of the Bankruptcy Code and Bankruptcy Rule 6006, (i) authorizing the Debtors to assume the Assumed Leases, identified on **Schedule 1** attached hereto, and (ii) fixing the Cure Amounts; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and entry of this Order being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and the Debtors' having consented to the entry of a final order by this Court under Article III of the United States Constitution; and venue of this proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and all objections to the Motion, if any, having been withdrawn, resolved or overruled; and the relief requested in

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] All capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

the Motion being in the best interests of the Debtors' estates, their creditors and other parties in interest; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The relief requested in the Motion is GRANTED as set forth herein.

2. Pursuant to section 365 of the Bankruptcy Code, the Debtors are authorized to, and hereby do, assume the Assumed Leases identified on **Schedule 1** attached hereto.

3. The Debtors shall pay the respective Cure Amounts set forth on **Schedule 1** to this Order.

4. Upon entry of this Order, the non-debtor counterparties to the Assumed Leases shall be deemed to have consented to the Cure Amounts set forth on **Schedule 1**, and the Debtors' payment of the Cure Amounts and assumption of the Assumed Leases under this Order shall result in the full and final release and satisfaction of any claims or defaults arising under any Assumed Lease at any time before the date of the entry of this Order.  All non-debtor counterparties to the Assumed Leases are forever barred from raising or asserting against the Debtors or their estates any default or breach under, or any claim or pecuniary loss arising under or related to, the Assumed Leases that existed prior to the date of the entry of this Order.

5. The Debtors' rights to later assign any of the Assumed Leases, in each case subject to, and in accordance with, the requirements of section 365 of the Bankruptcy Code, are hereby preserved and shall not be impaired by the entry of this Order.

6. The entry of this Order is without prejudice to the Debtors' right to request further extensions of time to assume or reject the Unexpired Leases consistent with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

7. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed or construed as: (a) an admission as to the validity, priority or amount of any claim or lien against the Debtors; (b) a waiver or limitation of the Debtors' or any party in interest's rights to subsequently dispute any claim or lien on any grounds; (c) a promise or requirement to pay any prepetition claim; (d) an implication or admission that any particular claim is of a type specified or defined in the Motion or this Order; or (e) a waiver or limitation of the Debtors' or any other party in interest's rights under the Bankruptcy Code or any other applicable law.

8. Notice of the Motion as provided therein shall be deemed good and sufficient and the requirements of Bankruptcy Rule 6006(c) and such other Bankruptcy Rules as may be applicable are satisfied by such notice.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

10. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2020
Wilmington, Delaware

_____
THE HON. LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

## Schedule 1

**Assumed Leases**

**Boy Scouts of America**  Schedule 1
**Unexpired Leases of Nonresidential Real Property**

| No. | Debtor | Property Address | Counterparty | Counterparty Address | Cure Amount |
|---|---|---|---|---|---|
| 20 | Boy Scouts of America | 3497 S 9TH ST, Kalamazoo, MI 49009-9568 | Michigan Crossroads Council | 132 S. Marketplace Blvd., Lansing, MI 48917-7756 | $0.00 |
| 29 | Boy Scouts of America | 4205 E COURT ST STE 300, Burton, MI 48509-1719 | Michigan Crossroads Council | 132 S. Marketplace Blvd., Lansing, MI 48917-7756 | $0.00 |
| 36 | Boy Scouts of America | 3031 NW 64TH ST, Oklahoma City, OK 73116-3525 | Last Frontier Council | 3031 N. W. 64th St., Oklahoma City, OK 73116-3257 | $8,813.71 |

*Count = 3*