IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | Jointly Administered |
| | Re: Docket No. 1228 |

**NOTICE OF FILING OF EXHIBIT IN SUPPORT OF THE OBJECTION OF THE TORT CLAIMANTS' COMMITTEE TO MOTION OF THE COALITION OF ABUSED SCOUTS FOR JUSTICE FOR AN ORDER (I) AUTHORIZING THE COALITION TO FILE UNDER SEAL EXHIBIT A TO THE AMENDED 2019 STATEMENT AND (II) APPROVING THE SUFFICIENCY OF THE AMENDED 2019 STATEMENT**

**PLEASE TAKE NOTICE** that on September 2, 2020, the official committee of survivors of childhood sexual abuse (the "**Tort Claimants' Committee**") filed the *Objection of the Tort Claimants' Committee to Motion of the Coalition of Abused Scouts for Justice for An Order (I) Authorizing the Coalition to File Under Seal Exhibit A to the Amended 2019 Statement and (II) Approving the Sufficiency of the Amended 2019 Statement* [Docket No. 1228] (the "Objection") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is a copy (redacted) of the email from Mr. Kosnoff mentioned in the second paragraph on page 20 of the Objection.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

2

|  |  |
|---|---|
| Date: September 8, 2020 | **THE OFFICIAL COMMITTEE OF TORT CLAIMANTS** |
|  | |
|  | */s/ James E. O'Neill* |
|  | James I. Stang (CA Bar No. 94435) |
|  | John A. Morris (NY Bar No. 2405397) |
|  | James E. O'Neill (DE Bar No. 4042) |
|  | John W. Lucas (CA Bar No. 271038) |
|  | 919 North Market Street, 17th Floor |
|  | Wilmington, DE  19899 (Courier 19801) |
|  | Telephone: 302-652-4100 |
|  | Facsimile: 302-652-4400 |
|  | Email: jstang@pszjlaw.com |
|  | jmorris@pszjlaw.com |
|  | joneill@pszjlaw.com |
|  | jlucas@pszjlaw.com |
|  | |
|  | *Counsel for the Tort Claimants' Committee* |