# EXHIBIT 1

**From:** Timothy Kosnoff [mailto:tim@kosnoff.com]
**Sent:** Sunday, June 28, 2020 7:19 PM
**To:** Evan M. Smola
**Cc:** James Stang; Beth D. Dassa; Iain Nasatir; Ilan D. Scharf; James O'Neill; John A. Morris; John Fiero; John W. Lucas; Jonathan Kim; Karina Yee; Kenneth Brown; Linda Cantor; Maxim Litvak; Rob Orgel; Aitan Goelman; Andrew Goldfarb; Andrew Vanarsdale; Anne Andrews; Bradley East; Carl S. Kravitz; Caroline Castro; Christopher T. Hurley; Darrow Anderson; Delia S. Wolff; Delia Wolff; Ed Neiger; Esther Panitch; Jason Amala; Jeffrey Anderson; Jennifer Christian; Jennifer Freeman; Jonathan Schulman; Jordan K. Merson; Josh Schwartz; Ken Rothweiler; Krisell Velasquez; Lauren Davis; Laurie Miskowiec; Marco Galindez; Matt Merson; Michael Pfau; Mike Finnegan; Pat Stoneking; Paul Mones; Peter Janci; Sarah Cantos; Steve Crew; Steven Reich; Stewart Eisenberg; Tim Brothwell; Vincent Nappo; Will Stewart; kpasich@pasichllp.com; Bob Grier; Christopher Haywood; Douglas Kennedy; John Humprey; Jorge M. Tobon; Jorge Vega; Richard Halvorson; Robb Lawson; Wade M. Paul
**Subject:** Re: BSA-Claims data and insurance analysis

Yes but no more. We need to control our power. Not just to the committee but to everyone - mediators, BSA, councils etc.

[redacted] Andolina and the 3 Amigos need to get that message. They are wasting their time talking to the TCC.

Here is the message: We control 80% of the claims I.e our coalition controls the case.

We are not going to do anything to help grease the gears for Stang and the dimwits including speeding up the insurance analysis. Ken, that's playing in to the Andolina Stang program.

Message is: we're not playing.

I've got a new strategy. I'm calling it the Seinfeld Shift. You'll like it.

It means we relax, keep focused on our marketing and media efforts going full tilt in to Nov, chill and enjoy our summer and evaluate in the fall. We have the luxury of doing nothing.

Either that or go sell 15-30M of our case to a motherfunder to let it and AG digitally rape us for nine months.

The network execs to Jerry and George Costanza about the sitcom idea Jerry and George are pitching:

Q: "Yes, but what is the sitcom about?"

Jerry and George confidently smiling ear to ear: "It's about nothing, nothing at all."

[redacted]

Nothing happens until AIS says so. We smile, nod our heads and do nothing, nothing at all.

Me? I'm going sailing.

Sent from my iPhone