# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### NOTICE OF APPEARANCE, REQUEST FOR CLAIMANTS FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE THAT** certain Claimant, ___J.M.___ as party in interest in the above-captioned cases, hereby appear by their counsel, Napoli Shkolnik LLC and such counsel hereby enters its appearance pursuant to 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. 9010(b), and such counsel hereby requests, pursuant to Fed. R. Bankr. P. 2002, 3017 and 9007, Del. Bankr. L.R. 2002-1, and 11 U.S.C. §§ 342 and 1109(b), that copies of all notices and pleadings given or filed in this case be given and served upon them at the following addresses, and facsimile and telephone numbers:

R. Joseph Hrubiec
Napoli Shkolnik PLLC
919 N Market St., Suite 1801
Wilmington, DE 19801
Telephone: (302) 330-8025
RHrubiec@NapoliLaw.com
*Attorneys for Napoli Shkolnik PLLC*

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, e-mail, telephone, telecopy or otherwise filed or made with regard to the above-referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE THAT** neither this Notice of Appearance, nor any former or later appearance, pleading, claim or suit shall constitute a consent to jurisdiction, nor shall it waive (1) the Claimants' rights to have final orders in non-core and core matters in which the Bankruptcy Court does not have final adjudicatory authority entered only after de novo review by a District Court Judge, (2) the Claimants' rights to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) the Claimants' rights to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, including defenses to jurisdiction, setoffs, or recoupments to which the Claimants may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Claimants expressly reserve.

| | |
|---|---|
| Dated: September 9, 2020<br>Wilmington, DE | Respectfully submitted,<br><br>**NAPOLI SHKOLNIK LLC**<br><br>*/s/ R. Joseph Hrubiec*<br>R. Joseph Hrubiec (Bar # 5500)<br>919 N Market St., Suite 1801<br>Wilmington, DE 19801<br>Telephone: (302) 330-8025<br>RHrubiec@NapoliLaw.com<br><br>*Attorneys for Claimant J.M.* |

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 9, 2020, he caused the foregoing to be electronically filed with the Clerk of the Court using the ECF system that will send notification of such filing to the parties indicated on the Notice of Electronic Filing.

Dated: September 9, 2020  　　　　　　　　　　　　　　　*/s/ R. Joseph Hrubiec*
　　　　Wilmington, DE  　　　　　　　　　　　　　　　　R. Joseph Hrubiec