**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,<br><br>               Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION**
***PRO HAC VICE* OF BRETT S. BUSTAMANTE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Paul J. Napoli of the law firm Napoli Shkolnik PLLC to represent Claimant J.M. and other situated claimants in the above-captioned chapter 11 bankruptcy cases and any related adversary proceedings.

Dated: September 9, 2020
       Wilmington, DE

                                                                          */s/ R. Joseph Hrubiec*
                                                                          R. Joseph Hrubiec
                                                                          Napoli Shkolnik LLC
                                                                          919 N Market St., Suite 1801
                                                                          Wilmington, DE 19801
                                                                          Telephone: (302) 330-8025
                                                                          RHrubiec@NapoliLaw.com

                                                                          *Attorneys for Claimant J.M.*

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: September 9, 2020  
       Wilmington, DE

*/s/ Paul J. Napoli*  
Paul J. Napoli  
Napoli Shkolnik PLLC  
400 Broadhollow Rd., Suit 305  
Telephone: (212) 397-1000  
PNapoli@NSPRLaw.com

*Attorneys for Claimant J.M.*

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.