**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | : | Case No. 20-10343 (LSS) |
| Debtors. | : | Jointly Administered |
| HARTFORD ACCIDENT AND INDEMNITY COMPANY, *ET AL.* | : : | |
| Plaintiffs, | : | Adv. Proc. No. 20-50601-LSS |
| v. | | |
| BOY SCOUTS OF AMERICA, *ET AL.* | : | |
| Defendants. | : | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF CHRISTOPHER A. WADLEY**

     Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Christopher A. Wadley of Walker Wilcox Matousek LLP to represent the following entities in the above-captioned cases and any adversary proceeding related thereto: (1) Century Indemnity Company, as successor to Cigna Specialty Insurance Company f/k/a California Union Insurance Company, and CCI Insurance Company as successor to Insurance Company of North America; (2) Chubb Custom Insurance Company; (3) Federal Insurance Company; (4) Insurance Company of North America; (5) Pacific Employers Insurance Company; (6) Pacific Indemnity Company, as successor to Texas Pacific Indemnity Company; (7) United States Fire Insurance Company; (8) Westchester Fire Insurance Company, by novation for policies issued by Industrial Indemnity Company and International Insurance Company; and (9) Westchester Surplus Lines Insurance Company.

Date: September 8, 2020                      /s/ Stamatios Stamoulis
                                                     Stamatios Stamoulis (DE No. 4606)
                                                     STAMOULIS & WEINBLATT LLC
                                                     800 N. West Street Third Floor
                                                     Wilmington, Delaware 19801
                                                     Tel: (302) 999-1540
                                                     Email: stamoulis@swdelaw.com

                                                     *Counsel to Century Indemnity Company, as
                                                     successor to CCI Insurance Company, as
                                                     successor to Insurance Company of North
                                                     America and Indemnity Insurance Company of
                                                     North America, Ace Insurance Group Westchester
                                                     Fire Insurance Company and Westchester Surplus
                                                     Lines Insurance Company*

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

   Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing, as a member of the Bar of the State of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Dated:  September 8, 2020

/s/Christopher A. Wadley
Christopher A. Wadley
Walker Wilcox Matousek LLP
One North Franklin, Suite 3200
Chicago, IL 60606
Tel:  312-244-6717
Email: cwadley@walkerwilcox.com

**ORDER GRANTING MOTION**

  IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: September 9th, 2020**
**Wilmington, Delaware**

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

OMM_US:77553181.1