# Exhibit C

## Staffing Plan

## Application Period Staffing Plan

| Category of Timekeeper | Number of Timekeepers Expected to Perform Work Across Matters During the Budget Period | Number of Timekeepers Actually Performing Work During the Budget Period | Projected Average Hourly Rate | Actual Average Hourly Rate |
|---|---|---|---|---|
| Partner | 3 | 4 | $866.67 | $876.12 |
| Associate | 3 | 6 | $506.67 | $519.93 |
| Special Counsel | 0 | 0 | $0 | $0 |
| Other Professionals | 3 | 6 | $328.30 | $332.36 |