# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | (Jointly Administered) |
| Debtors. | Ref. Docket Nos. 1258 |

### NOTICE OF FILING OF CORRECTED DECLARATION OF DISINTERESTEDNESS BY JUSTIN H. RUCKI OF RUCKI FEE REVIEW, LLC

**PLEASE TAKE NOTICE** that, on September 4, 2020, the Debtors filed the *Certification of Counsel Regarding Appointment of Fee Examiner* (D.I. 1258) (the "Fee Examiner COC").

**PLEASE TAKE FURTHE NOTICE** that attached as Exhibit A to the Fee Examiner COC was a proposed order (the "Proposed Order") appointing Rucki Fee Review, LLC as the Fee Examiner in these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that attached as Exhibit 1 to the Proposed Order was the *Declaration of Disinterestedness by Justin H. Rucki of Rucki Fee Review, LLC* (the "Rucki Declaration").

**PLEASE TAKE FURTHER NOTICE** that the Debtors inadvertently omitted the Potential Parties in Interest List from the Rucki Declaration.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is a corrected Rucki Declaration with the inclusion of Potential Parties in Interest List.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

| | |
|---|---|
| Dated:  September 9, 2020<br>         Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Eric W. Moats*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Email:  dabbott@mnat.com<br>           aremming@mnat.com<br>           emoats@mnat.com<br>           ptopper@mnat.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Jessica C. K. Boelter (admitted *pro hac vice*)<br>787 Seventh Avenue<br>New York, New York 10019<br>Telephone:  (212) 839-5300<br>Email:  jboelter@sidley.com<br><br>– and –<br><br>SIDLEY AUSTIN LLP<br>Thomas A. Labuda (admitted *pro hac vice*)<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone:  (312) 853-7000<br>Email:  tlabuda@sidley.com<br>           mandolina@sidley.com<br>           mlinder@sidley.com<br>           blair.warner@sidley.com<br><br>ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION |