IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING ORDER
APPROVING STIPULATIONS EXTENDING DEADLINE TO ASSUME
OR REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL
PROPERTY UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The undersigned counsel to the non-profit corporations that are debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors") hereby certifies as follow:

1. On July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending the period within which the Boy Scouts of America (the "BSA") and Delaware BSA, LLC must assume or reject unexpired leases of nonresidential real property to and including September 15, 2020 (the "Assumption or Rejection Period").

2. On August 26, 2020, the Debtors filed the *Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Assume Certain Unexpired Leases of Nonresidential Real Property Pursuant to Section 365 of The Bankruptcy Code and (II) Fixing Cure Amounts With Respect Thereto* [Docket No. 1168] (the "Assumption Motion").

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

3. Following the filing of the Assumption Motion, the BSA and its lease counterparties agreed to certain stipulations (each, a "Stipulation," and together, the "Stipulations")[2] listed on **Schedule A** and attached thereto as **Exhibit 1** of the proposed order (the "Proposed Order") attached hereto as **Exhibit A**, which provide the counterparties' prior written consent to extend the Assumption or Rejection Period, pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in these chapter 11 cases; and (b) June 30, 2021 (the "Extensions").

4. The Official Tort Claimants' Committee is aware of the Proposed Order and does not object to its entry.

*[Remainder of Page Intentionally Left Blank]*

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Stipulations.

WHEREFORE, the parties respectfully request that the Court enter the Proposed Order attached hereto as **Exhibit A** approving the Stipulations no later than September 15, 2020, and grant such other relief as may be just and proper.

| | |
|---|---|
| Dated: September 10, 2020<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Eric W. Moats*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Eric W. Moats (No. 6441)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone:  (302) 658-9200<br>Email:  dabbott@mnat.com<br>           aremming@mnat.com<br>           emoats@mnat.com<br>           ptopper@mnat.com |

– and –

SIDLEY AUSTIN LLP
Jessica C. K. Boelter (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 839-5300
Email:  jboelter@sidley.com

 – and –

SIDLEY AUSTIN LLP
Thomas A. Labuda (admitted *pro hac vice*)
Michael C. Andolina (admitted *pro hac vice*)
Matthew E. Linder (admitted *pro hac vice*)
Blair M. Warner (admitted *pro hac vice*)
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Email:  tlabuda@sidley.com
           mandolina@sidley.com
           mlinder@sidley.com
           blair.warner@sidley.com

ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION