## Exhibit A

Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. ___ |

**ORDER APPROVING STIPULATIONS EXTENDING DEADLINE TO
ASSUME OR REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL
REAL PROPERTY UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

Upon consideration of the stipulations listed on **Schedule A** and attached thereto as

**Exhibit 1** (the "Stipulations"),[2] between the Boy Scouts of America (the "BSA") as Lessee, and

each respective Lessor, which provide each Lessor's prior written consent to the extension of the

time period within which the BSA may assume or reject the applicable Lease within the meaning

of section 365(d)(4)(B)(ii) of the Bankruptcy Code, all as more fully set forth in the Stipulations;

and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and the *Amended*

*Standing Order of Reference* from the United States District Court for the District of Delaware,

dated February 29, 2012; and this matter being a core proceeding within the meaning of 28

U.S.C. § 157(b)(2); and venue being proper before this Bankruptcy Court pursuant to 28 U.S.C.

§§ 1408 and 1409; and due and proper notice of the Stipulations having been provided, and it

appearing that no other or further notice need be provided; and the Court having found that the

relief set forth in the Stipulations is in the best interests of the Debtors, their estates, creditors and

all parties in interest, and that the legal and factual bases set forth in the Stipulations establish

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Stipulations.

just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1.      The Stipulations are hereby approved, and the terms and conditions of the Stipulations are incorporated in this Order as if fully set forth herein.

2.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which the BSA must assume or reject each Lease referenced in the Stipulations is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in these chapter 11 cases; and (b) June 30, 2021 (the "Extensions").

3.      The Extensions are without prejudice to the right of the BSA to seek, and the right of each Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation. interpretation and enforcement of this Order.


Dated: _____, 2020
      Wilmington, Delaware

_____
THE HON. LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

## **Schedule A**

Schedule of Stipulations

**Schedule of Stipulations**

| No. | Debtor | Property Address | Counterparty |
|-----|--------|------------------|--------------|
| 1. | Boy Scouts of America | 23 Turnpike Rd.<br>Southborough, MA 01722-2108 | Zealand Corporation |
| 2. | Boy Scouts of America | 203 Swanson Dr.<br>Lawrenceville, GA 30043-8532 | Northeast Georgia Council |
| 3. | Boy Scouts of America | 4412 N Brady St.<br>Davenport, IA 52806-4009 | IllIowa Council |
| 4. | Boy Scouts of America | 970 W. Julian St.<br>San Jose, CA 95126-2719 | Silicon Valley Monterey Bay Council |
| 5. | Boy Scouts of America | 2587 Government Blvd.<br>Mobile AL 36606-1613 | Mobile Area Council |
| 6. | Boy Scouts of America | 1801 Boy Scout Dr.<br>Fort Myers, FL 33907-2114 | Southwest Florida Council |
| 7. | Boy Scouts of America | 1275 Bedford Ave. Flag Plaza<br>Pittsburgh, PA 15219-3645 | Laurel Highlands Council |
| 8. | Boy Scouts of America | 5625 E State Road 46<br>Bloomington, IN 47401-9233 | Hoosier Trails Council |
| 9. | Boy Scouts of America | 1363 Zebulon Rd.<br>Griffin, GA 30224-5100 | Flint River Council |
| 10. | Boy Scouts of America | 1218 W Adams St.<br>Chicago IL 60607-2802 | Pathway to Adventure Council |
| 11. | Boy Scouts of America | 617 E Golf Rd.<br>Ste. 110<br>Arlington Heights, IL 60005-4069 | Pathway to Adventure Council |
| 12. | Boy Scouts of America | 811 W. Hillgrove Ave.<br>La Grange, IL 60525-5822 | Pathway to Adventure Council |
| 13. | Boy Scouts of America | 2218 Highway 10<br>Saint Paul, MN 55112-4926 | Northern Star Council |
| 14. | Boy Scouts of America | 6202 Bloomington Rd.<br>Fort Snelling, MN 55111-2600 | Northern Star Council |
| 15. | Boy Scouts of America | 10100 6th Ave. N.<br>Ste. 103A<br>Plymouth, MN 55441-6380 | Northern Star Council |
| 16. | Boy Scouts of America | 1951 S. Orange Blossom Trl.<br>Apopka, FL 32703-7747 | Central Florida Council |
| 17. | Boy Scouts of America | 2550 Jack Furst Drive<br>Glen Jean, WV 25846 | Arrow WV, Inc. |
| 18. | Boy Scouts of America | 2820 McFarland Rd.<br>Rockford, IL 61107-6808 | Blackhawk Area Council |
| 19. | Boy Scouts of America | 330 S. 84th St.<br>Milwaukee, WI 53214-1468 | Three Harbors Council |
| 20. | Boy Scouts of America | 1333 Old Weisgarber Rd.<br>Knoxville, TN 37909-1284 | Great Smokey Mountain Council |

| 21. | Boy Scouts of America | 8395 S. 700 W.<br>Sandy, UT 84070-6400 | Crossroads of the West f/k/a<br>Great Salt Lake Council |
|---|---|---|---|
| 22. | Boy Scouts of America | 1 Baden Powell Ln.<br>Mechanicsburg, PA 17050-2344 | New Birth of Freedom<br>Council |
| 23. | Boy Scouts of America | 2139 White St.<br>York, PA 17404-4953 | New Birth of Freedom<br>Council |
| 24. | Boy Scouts of America | 2145 SW Naito Pkwy.<br>Portland, OR 97201-5103 | Cascade Pacific Council |
| 25. | Boy Scouts of America | 4295 S. Garnett Rd.<br>Tulsa, OK 74146-4261 | Indian Nations Council |
| 26. | Boy Scouts of America | 2100 Broad Ave.<br>Findlay, OH 45840-2748 | Black Swamp Area Council |
| 27. | Boy Scouts of America | 7285 Poe Ave.<br>Dayton, OH 45414-2560 | Miami Valley Council |
| 28. | Boy Scouts of America | 807 Kinnear Rd.<br>Ste. 100<br>Columbus, OH 43212-1489 | Simon Kenton Council |
| 29. | Boy Scouts of America | 4200 19th Ave. S.<br>Fargo, ND 58103-7207 | Northern Lights Council |
| 30. | Boy Scouts of America | 345 NW Barry Rd.<br>Kansas City, MO 64155-2740 | Heart of America Council |
| 31. | Boy Scouts of America | 1616 S. Eastgate Ave.<br>Springfield, MO 65809-2116 | Ozark Trails Council |
| 32. | Boy Scouts of America | 855 Riverside Dr.<br>Jackson, MS 39202-1138 | Andrew Jackson Council |
| 33. | Boy Scouts of America | 2 Tower Office Park<br>Woburn, MA 01801-2113 | Spirit of Adventure Council |
| 34. | Boy Scouts of America | 2134 Nicholasville Rd., Ste. 15,<br>Lexington, KY 40503-2521 | Blue Grass Council |
| 35. | Boy Scouts of America | 6123 Scout Trail<br>Des Moines, IA 50321-1601 | Mid-Iowa Council |
| 36. | Boy Scouts of America | 2929 Airport Blvd.<br>Waterloo, IA 50703-9627 | Winnebago Council |
| 37. | Boy Scouts of America | 660 32ND Ave. SW<br>Cedar Rapids, IA 52404-3910 | Hawkeye Area Council |
| 38. | Boy Scouts of America | 4S100 N Route 59<br>Ste. 5<br>Naperville, IL 60563-8342 | Three Fires Council |
| 39. | Boy Scouts of America | 3910 S Yellowstone Hwy<br>Idaho Falls, ID 83402-4342 | Grand Teton Council |
| 40. | Boy Scouts of America | 4335 Confederate Way<br>Macon, GA 31217-4719 | Central Georgia Council |
| 41. | Boy Scouts of America | 13228 N. Central Ave.<br>Tampa FL 33612-3462 | Greater Tampa Bay Area<br>Council |

| 42. | Boy Scouts of America | 8335 N. Military TRL<br>West Palm Beach, FL 33410-3929 | Gulf Stream Council |
|---|---|---|---|
| 43. | Boy Scouts of America | 15255 NW 82ND Ave.<br>Miami Lakes, FL 33016-1476 | South Florida Council |
| 44. | Boy Scouts of America | 985 W. Fillmore St.<br>Colorado Springs, CO 80907-5809 | Pikes Peak Council |
| 45. | Boy Scouts of America | 1001 Davis St.<br>San Leandro, CA 94577-1514 | Golden Gate Area Council |
| 46. | Boy Scouts of America | 2250 E. Broadway Blvd.<br>Tucson, AZ 85719-6014 | Catalina Council |
| 47. | Boy Scouts of America | 3231 Atlantic Ave.<br>Raleigh, NC 27604-1675 | Occoneechee Council |
| 48. | Boy Scouts of America | 3446 Bragg Blvd.<br>Fayetteville, NC 28303-3946 | Occoneechee Council |
| 49. | Boy Scouts of America | 10240-F Western Ridge Rd.<br>Charlotte, NC 28273 | MXD Group, Inc. |

## **Exhibit 1**

Stipulations

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "<u>Bankruptcy Code</u>") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.    Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "<u>Extension</u>").

2.    This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.    The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.    Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-2_____, 2020

Agreed to by:

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _____8-29_____, 2020

Agreed to by:

Name: _____Stuart M. Rose_____

Title: _____President_____

Lessor: _____Zealand Corporation_____

Premises
Address: _____23 TURNPIKE RD_____

_____Southborough, MA 01772-2108_____

Phone: _____781-609-2153_____

Email: _____SRose@Zealandcorp.com_____

4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR**
**BOY SCOUTS OF AMERICA TO ASSUME OR REJECT**
**UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY**
**UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

NOW, THEREFORE, it is hereby stipulated and agreed to by and between the Parties as follows:

1.    Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.    This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.    The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.    Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.      The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: ___9-2_____, 2020

Agreed to by:

_____

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _8/31/_____, 2020

Agreed to by:

_____

Name: ___Trip  Selman_____

Title: ___Scout Executive_____

Lessor: ___Northeast Georgia Council___

Premises
Address: ___203 SWANSON DR_____

___Lawrenceville, GA 30043-8532___

Phone: ___(770)-962-2105_____

Email: ~~tselman@bsamail.org~~
trip.selman@scouting.org

4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR**
**BOY SCOUTS OF AMERICA TO ASSUME OR REJECT**
**UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY**
**UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "<u>Bankruptcy Code</u>") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "<u>Extension</u>").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-2_____, 2020

Dated: ____8/31____, 2020

Agreed to by:

Agreed to by:

Steven P. McGowan
General Counsel
Boy Scouts of America

Name: ___Jeff Doty___

Title: ___Scout Executive___

Lessor: ___Illowa Council___

Premises
Address: ___4412 N BRADY ST___

___Davenport, IA 52806-4009___

Phone: ___(563) 391-4111___

Email: ___jeffa.doty@scouting.org___

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

NOW, THEREFORE, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

2

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.      The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: ___9-2_____, 2020

Agreed to by:

_____

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: August 29 , 2020

Agreed to by:

_____

Name:     Jason Stein

Title:     Scout Executive

Lessor:    Silicon Valley Monterey
           Bay Council

Premises
Address:   970 W JULIAN ST

           San Jose, CA 95126-2719

Phone:     (408) 279-2086

Email:     Jason.Stein@scouting.org

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "<u>Bankruptcy Code</u>") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.     Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "<u>Extension</u>").

2.     This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.     The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.     Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.     This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

3

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____ 9-2 _____, 2020

Agreed to by:

Steven P. McGowan
General Counsel
**Boy Scouts of America**

Dated: August 31st, 2020

Agreed to by:

Name:     William Bryant, Jr.

Title:     Scout Executive

Lessor:    Mobile Area Council

Premises   Scout Shop Lease
Address:   2587     GOVERNMENT
           BLVD

           Mobile, AL 36606-1613

Phone:     (251) 479-9267 / 251-476-4800

Email:     William.Bryant@scouting.org

Lease Term expires
12/01/2020

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

3

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _9-2_____, 2020

Agreed to by:

_____

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _August 31_, 2020

Agreed to by:

_____

Name: ___J. Gregory Graham___

Title: ___Scout Executive___

Lessor: ___Southwest Florida Council___

Premises
Address: ___1801 BOY SCOUT DR___

___Fort Myers, FL 33907-2114___

Phone: ___(239) 418-1603___

Email: ___Greg.Graham@scouting.org___

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

NOW, THEREFORE, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____ 9-2 ____, 2020          Dated: _August 29_, 2020

Agreed to by:                          Agreed to by:

Steven P. McGowan                      Name:    Sharon M Moulds
General Counsel
Boy Scouts of America                  Title:   Scout Executive

                                       Lessor:  Laurel Highlands Council

                                       Premises
                                       Address:  1275   BEDFORD   AVE
                                                 FLAG PLAZA

                                                 Pittsburgh, PA 15219-3645

                                       Phone:    (412) 642-7695

                                       Email:    sharon.moulds@scouting.org

4

Scanned with CamScanner

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

### STIPULATION EXTENDING DEADLINE FOR
### BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
### UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
### UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.      The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

3

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: ___9-2_____, 2020

Agreed to by:

_____

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: ___8/31_____, 2020

Agreed to by:

_____

Name: ___Glen R. Steenberger___

Title: ___Scout Executive___

Lessor: ___Hoosier Trails Council___

Premises
Address: ___5625 E STATE ROAD 46___

___Bloomington, IN 47401-9233___

Phone: ___(812) 287-8349___

Email: ___glen.steenberger@scouting.org___

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>               Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

NOW, THEREFORE, it is hereby stipulated and agreed to by and between the Parties as follows:

1.    Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.    This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.    The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.    Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

3

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-2_____, 2020

Agreed to by:

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _August 31_, 2020

Agreed to by:

Name:     Robert Johnson

Title:     Scout Executive

Lessor:    Flint River Council

Premises
Address:   1363 ZEBULON RD

           Griffin, GA 30224-5100

Phone:     (470) 481-1064

Email:     Robert.Johnson@scouting.org

4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## STIPULATION EXTENDING DEADLINE FOR
## BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
## UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
## UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "<u>Bankruptcy Code</u>") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "<u>Extension</u>").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

2

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: 9-2 _____, 2020

Agreed to by:

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: 08/31/2020 , 2020

Agreed to by:

Name:     Jeff Isaac

Title:     Scout Executive

Lessor:    Pathway to Adventure
           Council

Premises
Address:   1218 W ADAMS ST

           Chicago, IL 60607-2802

Phone:     (312) 738-3324

Email:     Jeff.Isaac@scouting.org

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>      Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "<u>Bankruptcy Code</u>") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "<u>Extension</u>").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.      The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

3

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: __9-2_____, 2020

Agreed to by:

_____
Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _08/31/2020_, 2020

Agreed to by:

_____

Name: __Jeff Isaac_____

Title: __Scout Executive_____

Lessor: __Pathway to Adventure Council_____

Premises
Address: __617 E GOLF RD STE 110_____

__Arlington Heights, IL 60005-4069_____

Phone: __(847) 640-4430_____

Email: __Jeff.Isaac@scouting.org_____

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>             Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.  Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.  This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.  The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.  Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.  This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

3

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-2_____, 2020

Agreed to by:

_____

Steven P. McGowan
General Counsel
**Boy Scouts of America**

Dated: _05/31/2020_, 2020

Agreed to by:

_____

Name: _____Jeff Isaac_____

Title: _____Scout Executive_____

Lessor: _____Pathway to Adventure Council_____

Premises
Address: _____811 W HILLGROVE AVE_____

_____La Grange, IL 60525-5822_____

Phone: _____(708) 352-3144_____

Email: _____Jeff.Isaac@scouting.org_____

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.


*[Remainder of Page Intentionally Left Blank]*


3

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: ___9-2___, 2020

Agreed to by:

_____

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: ___8/3/___, 2020

Agreed to by:

_____

Name: ___John R. Andrews___

Title: ___Scout Executive___

Lessor: ___Northern Star Council___

Premises
Address: ___2218 HIGHWAY 10___

___SAINT PAUL, MN 55112-4926___

Phone: ___(763) 786-3090___

Email: ___john.andrews@scouting.org___

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "<u>Bankruptcy Code</u>") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.    Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "<u>Extension</u>").

2.    This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.    The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.    Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

3

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: ___9-2___, 2020

Agreed to by:

_____

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: ___8/31___, 2020

Agreed to by:

_____

Name: ___John R. Andrews___

Title: ___Scout Executive___

Lessor: ___Northern Star Council___

Premises
Address: ___6202    BLOOMINGTON RD___

___Fort Snelling, MN 55111-2600___

Phone: ___(612) 261-2490___

Email: ___john.andrews@scouting.org___

4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>                       Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### STIPULATION EXTENDING DEADLINE FOR
### BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
### UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
### UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

NOW, THEREFORE, it is hereby stipulated and agreed to by and between the Parties as follows:

1.     Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.     This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.     The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.     Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.     This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

2

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.      The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _9-2_____, 2020

Agreed to by:

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _8/31_____, 2020

Agreed to by:

Name: _John R. Andrews_

Title: _Scout Executive_

Lessor: _Northern Star Council_

Premises
Address: **10100 6TH AVE N STE** _103A_

_Plymouth, MN 55441-6380_

Phone: _(763) 417-9066_

Email: _john.andrews@scouting.org_

4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR**
**BOY SCOUTS OF AMERICA TO ASSUME OR REJECT**
**UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY**
**UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "<u>Bankruptcy Code</u>") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "<u>Extension</u>").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-9_____, 2020

Agreed to by:

_____

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _____9/3_____, 2020

Agreed to by:

_____

Name:      Chris Crowley

Title:      Director of Field Service

Lessor:      Central Florida Council

Premises
Address:   1951 S ORANGE BLOSSOM
            TRL

            Apopka, FL 32703-7747

Phone:      (407) 814-1040

Email:      chris.crowley@scouting.org

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR**
**BOY SCOUTS OF AMERICA TO ASSUME OR REJECT**
**UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY**
**UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

NOW, THEREFORE, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____ 9/3 _____, 2020

Agreed to by:

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _____ 9/3 _____, 2020

Agreed to by:

Name:     Steven P. McGowan

Title:     Secretary

Lessor:     Arrow WV, Inc.

Premises
Address:     2550 Jack Furst Drive

_____ Glen Jean, WV 25846

Phone: _____

Email: _____

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "<u>Bankruptcy Code</u>") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "<u>Extension</u>").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-3_____, 2020

Agreed to by:

_____

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: September 1, 2020

Agreed to by:

Stacey Dunphy

Name: _____Stacey Dunphy_____

Title: _____Controller_____

Lessor: _____Blackhawk Area Council_____

Premises
Address: _____2820 MCFARLAND RD_____

_____Rockford, IL 61107-6808_____

Phone: _____(815) 397-0210_____

Email: _____stacey.dunphy@scouting.org_____

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.      The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

3

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-3_____, 2020          Dated: _September 2_, 2020

Agreed to by:                             Agreed to by:

_____                  _____

Steven P. McGowan                        Name:     Andrew  Hardin
General Counsel
Boy Scouts of America                    Title:    Scout Executive

                                         Lessor:   Three Harbors Council

                                         Premises
                                         Address:  330 S 84TH ST

                                                   Milwaukee, WI 53214-1468

                                         Phone:    (414) ~~453-9777~~ 443-2875

                                         Email:    andrew.hardin@scouting.org

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "<u>Bankruptcy Code</u>") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "<u>Extension</u>").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation. Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

3

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-4_____, 2020

Agreed to by:

_____
Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: ___September 3___, 2020

Agreed to by:

_____

Name:   David M. Williams

Title:   Scout Executive

Lessor:   Great Smoky Mountain Council

Premises
Address:   1333 OLD WEISGARBER RD

_____Knoxville, TN 37909-1284_____

Phone:   (865) 588-1910 566-0617

Email:   DavidM.Williams@scouting.org

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.    Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.    This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.    The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.    Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

3

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-3_____, 2020

Agreed to by:

_____
Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: __9/2/__, 2020

Agreed to by:

_____

Name: _____Allen M. Endicott_____

Title: _____Scout Executive_____

Lessor: Crossroads of the West Council ~~Great Salt Lake Council~~

Premises
Address: _____8395 S 700 W_____

_____Sandy, UT 84070-6400_____

Phone: _____(801) 571-2727_____

Email: _____Allen.Endicott@scouting.org_____

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>                Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "<u>Bankruptcy Code</u>") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.    Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "<u>Extension</u>").

2.    This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.    The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.    Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.       Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.       Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.       The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.       The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.       The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____ 9-3- _____ , 2020

Agreed to by:

_____

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _September 3_ , 2020

Agreed to by:

Name:     Ronald M Gardner

Title:     Scout Executive

Lessor:    New Birth of Freedom Council

Premises
Address:   1 BADEN POWELL LN

Mechanicsburg, PA 17050-2344

Phone:     (717) 795-2703

Email:     Ron.Gardner@scouting.org

4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR**
**BOY SCOUTS OF AMERICA TO ASSUME OR REJECT**
**UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY**
**UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "<u>Bankruptcy Code</u>") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "<u>Extension</u>").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-3_____, 2020                    Dated: _September 3_, 2020

Agreed to by:                                 Agreed to by:

_____                     Name:    Ronald M Gardner
Steven P. McGowan
General Counsel                               Title:    Scout Executive
Boy Scouts of America
                                              Lessor:   New Birth of Freedom
                                                        Council

                                              Premises
                                              Address:  2139 WHITE ST

                                                        York, PA 17404-4953

                                              Phone:    (717) 885-9039

                                              Email:    Ron.Gardner@scouting.org

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>         Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.     Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.     Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.     The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.     The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

3

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _9-3_____, 2020

Agreed to by:

_____
Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _1 September_____, 2020

Agreed to by:

_____

Name:    Matthew  Devore

Title:    Scout Executive

Lessor:    Cascade Pacific Council

Premises
Address:    2145 SW NAITO PKWY

        Portland, OR 97201-5103

Phone:    (503) 243-5022

Email:    matthew.devore@scouting.org

4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### STIPULATION EXTENDING DEADLINE FOR
### BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
### UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
### UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

NOW, THEREFORE, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

3

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-4_____, 2020

Agreed to by:

_____
Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: ___8/30___, 2020

Agreed to by:

_____

Name:    William W. Haines

Title:    Scout Executive

Lessor:    Indian Nations Council

Premises
Address:    4295 S GARNETT RD

Tulsa, OK 74146-4261

Phone:    (918) 392-1263

Email:    Bill.Haines@scouting.org

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "<u>Bankruptcy Code</u>") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "<u>Extension</u>").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

3

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-3_____, 2020          Dated: _Septenta 2_, 2020

Agreed to by:                       Agreed to by:

_____           _____

Steven P. McGowan                   Name:    Marc D. Kogan
General Counsel
Boy Scouts of America               Title:    Scout Executive

                                    Lessor:    Black    Swamp    Area
                                               Council

                                    Premises
                                    Address:  2100 BROAD AVE

                                              Findlay, OH 45840-2748
                                    Phone:    (419) 422-4356
                                              (419) 423-7174

                                    Email:    Marc.Kogan@scouting.org

4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>                        Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### STIPULATION EXTENDING DEADLINE FOR
### BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
### UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
### UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.    Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.    This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.    The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.    Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

3

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-4_____, 2020

Agreed to by

_____
Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: September 3, 2020

Agreed to by

Name:      Jeffrey R. Schiavone

Title:      Scout Executive

Lessor:    Miami Valley Council

Premises
Address:   7285 POE AVE

           Dayton, OH 45414-2560

Phone:     (937) 665-1079

Email:     jeffrey.schiavone@scouting.org

4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>      Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### STIPULATION EXTENDING DEADLINE FOR
### BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
### UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
### UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a

debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11

Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with

the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed

on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of

Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. §*

*365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real*

*Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period

within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time

to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.    Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.    This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.    The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.    Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.      The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

3

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-3_____, 2020

Agreed to by:

_____

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: ___9\1___, 2020

Agreed to by:

_____

Name:    Jeffrey R. Moe

Title:    Scout Executive

Lessor:    Simon Kenton Council

Premises
Address:    807 KINNEAR RD STE
~~120~~ 100

Columbus,    OH    43212-
1489

Phone:    (614) ~~481-4270~~    436-7200

Email:    jeff.moe@scouting.org

4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>          Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR**
**BOY SCOUTS OF AMERICA TO ASSUME OR REJECT**
**UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY**
**UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

NOW, THEREFORE, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.      The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-3_____ , 2020

Agreed to by:

_____
Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _September 1_ , 2020

Agreed to by:

_____

Name:      Richard  McCartney

Title:      Scout Executive

Lessor:      Northern Lights Council

Premises
Address:    4200 19TH AVE S

              Fargo, ND 58103-7207

Phone:      (701) 499-0699

Email:      richard.mccartney@scouting.org

4

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>             Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## STIPULATION EXTENDING DEADLINE FOR
## BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
## UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
## UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "<u>Bankruptcy Code</u>") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.    Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "<u>Extension</u>").

2.    This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.    The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.    Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.      The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

3

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: 9-3 _____, 2020

Agreed to by:

_____
Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _____ September 4, 2020

Agreed to by:

_____

Name:      Brick  Huffman

Title:      Scout Executive

Lessor:      Heart of America Council

Premises
Address:   345 NW BARRY RD

          Kansas  City,  MO  64155-
          2740

Phone:      (816) 436-0370

Email:      brick.huffman@scouting.org

4

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## STIPULATION EXTENDING DEADLINE FOR
## BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
## UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
## UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "<u>Bankruptcy Code</u>") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "<u>Extension</u>").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-3_____, 2020

Agreed to by:

_____
Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _____, 2020

Agreed to by:

_____

Name:    John  Feick

Title:    Scout Executive

Lessor:    Ozark Trails Council

Premises
Address:    1616 S EASTGATE AVE

         Springfield,  MO  65809-2116

Phone:    (417) 883-1636

Email:    johns.feick@scouting.org

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.    Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.    This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.    The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.    Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.    Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.    Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.    The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.    The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.    The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

3

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _9-3_____, 2020

Agreed to by:

_____
Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _September 3_____, 2020

Agreed to by:

_Anthony Haines_____

Name:    Tony  Haines

Title:    Scout Executive

Lessor:    Andrew Jackson Council

Premises
Address:  855 RIVERSIDE DR

          Jackson, MS 39202-1138

Phone:    (601) 355-7047

Email:    Tony.Haines@scouting.org

4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## STIPULATION EXTENDING DEADLINE FOR
## BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
## UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
## UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

NOW, THEREFORE, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: ___9-3_____, 2020

Agreed to by:

_____
Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _Sept. 1_____, 2020

Agreed to by:

_____

Name:     Charles F Eaton

Title:     Scout Executive

Lessor:    Spirit    of    Adventure
           Council

Premises
Address:   2 TOWER OFFICE PARK

           Woburn, MA 01801-2113

Phone:     (781) 937-4282

Email:     Chuck.Eaton@scouting.org

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## STIPULATION EXTENDING DEADLINE FOR
## BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
## UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
## UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.    Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.    This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.    The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.    Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

2

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _9-4_____, 2020

Agreed to by:

_____
Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: September 4th, 2020

Agreed to by:

Name:    James  Armishaw____

Title:    Scout Executive_____

Lessor:   Blue Grass Council____

Premises
Address:  2134    NICHOLASVILLE
          RD STE 15_____

          Lexington, KY 40503-2521_

Phone:    (859) 276-3760_____

Email:    chip.armishaw@scouting.org_

4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## STIPULATION EXTENDING DEADLINE FOR
## BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
## UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
## UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.    Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.    This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.    The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.    Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-4_____, 2020

Agreed to by:

_____

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _____5/6/7_____, 2020

Agreed to by:

_____

Name:    Matt Hill

Title:    Scout Executive

Lessor:    Mid-Iowa Council

Premises
Address:    6123 Scout Trail

         Des Moines, IA 50321-1601

Phone:    (515) 265-5990

Email:    matt.hill@scouting.org

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>        Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

NOW, THEREFORE, it is hereby stipulated and agreed to by and between the Parties as follows:

1.     Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.     This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.     The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.     Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.     This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-3-_____, 2020          Dated: _____9 / 1_____, 2020

Agreed to by:                        Agreed to by:

_____              _____

Steven P. McGowan                    Name:    James R. Madison
General Counsel
Boy Scouts of America                Title:    Scout Executive

                                     Lessor:   Winnebago Council

                                     Premises
                                     Address:  2929 AIRPORT BLVD

                                               Waterloo, IA 50703-9627
                                               319 - 234 - 2867
                                     Phone:    (319) 233-5155

                                     Email:    jim.madison@scouting.org

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a

debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11

Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with

the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed

on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of

Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. §*

*365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real*

*Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period

within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time

to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.   Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.


*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: ____9-3____, 2020                    Dated: __Sept. 1st__, 2020

Agreed to by:                                Agreed to by:

_____                      _____

Steven P. McGowan                            Name:      Sarah M. Dawson
General Counsel
Boy Scouts of America                        Title:     Scout Executive

                                             Lessor:    Hawkeye Area Council

                                             Premises
                                             Address:   660 32ND AVE SW

                                                        Cedar  Rapids,  IA  52404-
                                                        3910

                                             Phone:     (319) 261-3750

                                             Email:     Sarah.Dawson@scouting.org

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>          Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

3

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-3_____, 2020

Agreed to by:

_____
Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _____, 2020

Agreed to by:

_____

Name:     Clint Scharff

Title:     Scout Executive

Lessor:     Three Fires Council

Premises
Address:     4S100 N ROUTE 59 STE 5

     Naperville, IL 60563-9697

Phone:     630-791-8342

Email:     Clint.Scharff@scouting.org

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

NOW, THEREFORE, it is hereby stipulated and agreed to by and between the Parties as follows:

1.     Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.     This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.     The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.     Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.     This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

2

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

3

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-3_____, 2020                    Dated: ___8/31___, 2020

Agreed to by:                                  Agreed to by:

_____                       _____

Steven P. McGowan                              Name:    Clarke  Farrer
General Counsel
Boy Scouts of America                          Title:    Scout Executive

                                               Lessor:   Grand Teton Council

                                               Premises
                                               Address:  3910  S  YELLOWSTONE
                                                         HWY

                                                         Idaho Falls, ID 83402-4342

                                               Phone:    (208) 403-0452 522-5155

                                               Email:    Clarke.Farrer@scouting.org

4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

### STIPULATION EXTENDING DEADLINE FOR
### BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
### UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
### UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "<u>Bankruptcy Code</u>") on the terms set forth in this Stipulation; and

      WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

      1.    Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "<u>Extension</u>").

      2.    This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

      3.    The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

      4.    Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

      5.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

2

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

3

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-3_____, 2020            Dated: __08/31__, 2020

Agreed to by:                              Agreed to by:

_____                  _____

Steven P. McGowan                          Name:    Garrett L. Williams
General Counsel
Boy Scouts of America                      Title:    Scout Executive

                                           Lessor:    Central Georgia Council

                                           Premises
                                           Address:   4335 CONFEDERATE WAY

                                                      Macon, GA 31217-4719

                                           Phone:    (478) 746-8715

                                           Email:    Garrett.Williams@scouting.org

4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## STIPULATION EXTENDING DEADLINE FOR
## BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
## UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
## UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

3

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-4_____, 2020

Agreed to by:

_____
Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _September 3_, 2020

Agreed to by:

_____

Name:      James M. Rees

Title:      Scout Executive

Lessor:      Greater Tampa Bay Area Council

Premises Address:      13228 N CENTRAL AVE

     Tampa, FL 33612-3462

Phone:      (813) 935-3030

Email:      Jim.Rees@scouting.org

4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR**
**BOY SCOUTS OF AMERICA TO ASSUME OR REJECT**
**UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY**
**UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.


*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: __9-3_____, 2020

Agreed to by:

_____
Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _____, 2020

Agreed to by:

_____

Name:      Terrence  Hamilton

Title:      Scout Executive

Lessor:    Gulf Stream Council

Premises
Address:   8335 N MILITARY TRL

           WEST   PALM   BEACH,   FL
           33410-6329

Phone:     (561) 691-3929

Email:     terrence.hamilton@scouting.org

4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## STIPULATION EXTENDING DEADLINE FOR
## BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
## UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
## UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

NOW, THEREFORE, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.      The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _9-3_____, 2020

Agreed to by:

_____

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _August 31_____, 2020

Agreed to by:

_____

Name:     Jeffrey  Berger

Title:     Scout Executive

Lessor:    South Florida Council

Premises
Address:   15255 NW 82ND AVE

           Miami  Lakes,  FL  33016-
           1476

Phone:    (XXX)XXX-XXXX  305-364-0020

Email:    Jeff.Berger@scouting.org

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

NOW, THEREFORE, it is hereby stipulated and agreed to by and between the Parties as follows:

1. Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2. This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3. The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4. Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5. This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

2

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

3

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-3_____, 2020

Agreed to by:

_____
Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _____September 1_____, 2020

Agreed to by:

_____

| | |
|---|---|
| Name: | James  Machamer |
| Title: | Scout Executive |
| Lessor: | Pikes Peak Council |
| Premises Address: | 985 W FILLMORE ST |
| | Colorado    Springs,    CO    80907-5809 |
| Phone: | (719) 634-4342 |
| Email: | Jim.Machamer@scouting.org |

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly
executed.

Dated: _____ 9-3 _____ , 2020

Agreed to by:

_____
Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _____ 9/3 _____ , 2020

Agreed to by:

_____

Name:     John Fenoglio

Title:     Scout Executive

Lessor:     Golden Gate Area Council

Premises
Address:     1001 DAVIS ST

           San Leandro, CA 94577-
           1514

Phone:     (510) 633-2005

Email:     John.Fenoglio@scouting.org

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "<u>Bankruptcy Code</u>") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.    Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "<u>Extension</u>").

2.    This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.    The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.    Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.	Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.	Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.	The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.	The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.	The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

3

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-3_____, 2020

Agreed to by:

_____
Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _____9/2_____, 2020

Agreed to by:

_____

Name: _____Jeff Hotchkiss_____

Title: _____Scout Executive_____

Lessor: _____Catalina Council_____

Premises
Address: _____2250 E BROADWAY BLVD_____

_____Tucson, AZ 85719-6014_____

Phone: _____(520) 750-9877 0345_____

Email: _____jeff.hotchkiss@scouting.org_____

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

2

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.      The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-8_____, 2020

Agreed to by:

_____
Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _September 3_, 2020

Agreed to by:

_____

Name:    Charles  Flowers

Title:    Scout Executive

Lessor:    Occoneechee Council

Premises
Address:    3231 ATLANTIC AVE

Raleigh, NC 27604-1675

Phone:    (919) 850-0301

Email:    charles.flowers@scouting.org

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

### STIPULATION EXTENDING DEADLINE FOR
### BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
### UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
### UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "<u>Bankruptcy Code</u>") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.    Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "<u>Extension</u>").

2.    This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.    The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.    Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.      The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

3

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-9_____, 2020

Agreed to by:

_____

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _September 3_, 2020

Agreed to by:

_____

Name:      Charles  Flowers

Title:      Scout Executive

Lessor:    Occoneechee Council

Premises
Address:   3446 BRAGG BLVD

           Fayetteville, NC 28303-3946

Phone:     (910) 487-0103

Email:     charles.flowers@scouting.org

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
|  | (Jointly Administered) |
| Debtors. |  |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "<u>Bankruptcy Code</u>") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.    Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "<u>Extension</u>").

2.    This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.    The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.    Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.      The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-8_____, 2020

Agreed to by:

_____

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: ___Sept. 8___, 2020

Agreed to by:

_____

Name: ___Perry Clark___

Title: ___Sr. Director - Finance___

Sublessor: ___MXD Group, Inc.___

Premises
Address: ___10240-F Western Ridge Road___

___Charlotte, NC 28273___

Phone: ___614-485-8694___

Email: ___perry_clark@ryder.com___

4