**<u>Schedule 1</u>**

**Assumed Leases**

Boy Scouts of America
Unexpired Leases of Nonresidential Real Property

| No. | Debtor | Property Address | Counterparty | Counterparty Address | Cure Amount |
|---|---|---|---|---|---|
| 20 | Boy Scouts of America | 3497 S 9TH ST, Kalamazoo, MI 49009-9568 | Michigan Crossroads Council | 132 S. Marketplace Blvd., Lansing, MI 48917-7756 | $0.00 |
| 29 | Boy Scouts of America | 4205 E COURT ST STE 300, Burton, MI 48509-1719 | Michigan Crossroads Council | 132 S. Marketplace Blvd., Lansing, MI 48917-7756 | $0.00 |
| 36 | Boy Scouts of America | 3031 NW 64TH ST, Oklahoma City, OK 73116-3525 | Last Frontier Council | 3031 N. W. 64th St., Oklahoma City, OK 73116-3257 | $8,813.71 |

*Count = 3*