## **Schedule A**

Schedule of Stipulations

**Schedule of Stipulations**

| No. | Debtor | Property Address | Counterparty |
|---|---|---|---|
| 1. | Boy Scouts of America | 23 Turnpike Rd.<br>Southborough, MA 01722-2108 | Zealand Corporation |
| 2. | Boy Scouts of America | 203 Swanson Dr.<br>Lawrenceville, GA 30043-8532 | Northeast Georgia Council |
| 3. | Boy Scouts of America | 4412 N Brady St.<br>Davenport, IA 52806-4009 | IllIowa Council |
| 4. | Boy Scouts of America | 970 W. Julian St.<br>San Jose, CA 95126-2719 | Silicon Valley Monterey Bay Council |
| 5. | Boy Scouts of America | 2587 Government Blvd.<br>Mobile AL 36606-1613 | Mobile Area Council |
| 6. | Boy Scouts of America | 1801 Boy Scout Dr.<br>Fort Myers, FL 33907-2114 | Southwest Florida Council |
| 7. | Boy Scouts of America | 1275 Bedford Ave. Flag Plaza<br>Pittsburgh, PA 15219-3645 | Laurel Highlands Council |
| 8. | Boy Scouts of America | 5625 E State Road 46<br>Bloomington, IN 47401-9233 | Hoosier Trails Council |
| 9. | Boy Scouts of America | 1363 Zebulon Rd.<br>Griffin, GA 30224-5100 | Flint River Council |
| 10. | Boy Scouts of America | 1218 W Adams St.<br>Chicago IL 60607-2802 | Pathway to Adventure Council |
| 11. | Boy Scouts of America | 617 E Golf Rd.<br>Ste. 110<br>Arlington Heights, IL 60005-4069 | Pathway to Adventure Council |
| 12. | Boy Scouts of America | 811 W. Hillgrove Ave.<br>La Grange, IL 60525-5822 | Pathway to Adventure Council |
| 13. | Boy Scouts of America | 2218 Highway 10<br>Saint Paul, MN 55112-4926 | Northern Star Council |
| 14. | Boy Scouts of America | 6202 Bloomington Rd.<br>Fort Snelling, MN 55111-2600 | Northern Star Council |
| 15. | Boy Scouts of America | 10100 6th Ave. N.<br>Ste. 103A<br>Plymouth, MN 55441-6380 | Northern Star Council |
| 16. | Boy Scouts of America | 1951 S. Orange Blossom Trl.<br>Apopka, FL 32703-7747 | Central Florida Council |
| 17. | Boy Scouts of America | 2550 Jack Furst Drive<br>Glen Jean, WV 25846 | Arrow WV, Inc. |
| 18. | Boy Scouts of America | 2820 McFarland Rd.<br>Rockford, IL 61107-6808 | Blackhawk Area Council |
| 19. | Boy Scouts of America | 330 S. 84th St.<br>Milwaukee, WI 53214-1468 | Three Harbors Council |
| 20. | Boy Scouts of America | 1333 Old Weisgarber Rd.<br>Knoxville, TN 37909-1284 | Great Smokey Mountain Council |

| 21. | Boy Scouts of America | 8395 S. 700 W.<br>Sandy, UT 84070-6400 | Crossroads of the West f/k/a<br>Great Salt Lake Council |
|-----|-----------------------|-----------------------------------------------|----------------------------------------------------|
| 22. | Boy Scouts of America | 1 Baden Powell Ln.<br>Mechanicsburg, PA 17050-2344 | New Birth of Freedom<br>Council |
| 23. | Boy Scouts of America | 2139 White St.<br>York, PA 17404-4953 | New Birth of Freedom<br>Council |
| 24. | Boy Scouts of America | 2145 SW Naito Pkwy.<br>Portland, OR 97201-5103 | Cascade Pacific Council |
| 25. | Boy Scouts of America | 4295 S. Garnett Rd.<br>Tulsa, OK 74146-4261 | Indian Nations Council |
| 26. | Boy Scouts of America | 2100 Broad Ave.<br>Findlay, OH 45840-2748 | Black Swamp Area Council |
| 27. | Boy Scouts of America | 7285 Poe Ave.<br>Dayton, OH 45414-2560 | Miami Valley Council |
| 28. | Boy Scouts of America | 807 Kinnear Rd.<br>Ste. 100<br>Columbus, OH 43212-1489 | Simon Kenton Council |
| 29. | Boy Scouts of America | 4200 19th Ave. S.<br>Fargo, ND 58103-7207 | Northern Lights Council |
| 30. | Boy Scouts of America | 345 NW Barry Rd.<br>Kansas City, MO 64155-2740 | Heart of America Council |
| 31. | Boy Scouts of America | 1616 S. Eastgate Ave.<br>Springfield, MO 65809-2116 | Ozark Trails Council |
| 32. | Boy Scouts of America | 855 Riverside Dr.<br>Jackson, MS 39202-1138 | Andrew Jackson Council |
| 33. | Boy Scouts of America | 2 Tower Office Park<br>Woburn, MA 01801-2113 | Spirit of Adventure Council |
| 34. | Boy Scouts of America | 2134 Nicholasville Rd., Ste. 15,<br>Lexington, KY 40503-2521 | Blue Grass Council |
| 35. | Boy Scouts of America | 6123 Scout Trail<br>Des Moines, IA 50321-1601 | Mid-Iowa Council |
| 36. | Boy Scouts of America | 2929 Airport Blvd.<br>Waterloo, IA 50703-9627 | Winnebago Council |
| 37. | Boy Scouts of America | 660 32ND Ave. SW<br>Cedar Rapids, IA 52404-3910 | Hawkeye Area Council |
| 38. | Boy Scouts of America | 4S100 N Route 59<br>Ste. 5<br>Naperville, IL 60563-8342 | Three Fires Council |
| 39. | Boy Scouts of America | 3910 S Yellowstone Hwy<br>Idaho Falls, ID 83402-4342 | Grand Teton Council |
| 40. | Boy Scouts of America | 4335 Confederate Way<br>Macon, GA 31217-4719 | Central Georgia Council |
| 41. | Boy Scouts of America | 13228 N. Central Ave.<br>Tampa FL 33612-3462 | Greater Tampa Bay Area<br>Council |

| 42. | Boy Scouts of America | 8335 N. Military TRL<br>West Palm Beach, FL 33410-3929 | Gulf Stream Council |
|---|---|---|---|
| 43. | Boy Scouts of America | 15255 NW 82ND Ave.<br>Miami Lakes, FL 33016-1476 | South Florida Council |
| 44. | Boy Scouts of America | 985 W. Fillmore St.<br>Colorado Springs, CO 80907-5809 | Pikes Peak Council |
| 45. | Boy Scouts of America | 1001 Davis St.<br>San Leandro, CA 94577-1514 | Golden Gate Area Council |
| 46. | Boy Scouts of America | 2250 E. Broadway Blvd.<br>Tucson, AZ 85719-6014 | Catalina Council |
| 47. | Boy Scouts of America | 3231 Atlantic Ave.<br>Raleigh, NC 27604-1675 | Occoneechee Council |
| 48. | Boy Scouts of America | 3446 Bragg Blvd.<br>Fayetteville, NC 28303-3946 | Occoneechee Council |
| 49. | Boy Scouts of America | 10240-F Western Ridge Rd.<br>Charlotte, NC 28273 | MXD Group, Inc. |

## **Exhibit 1**

Stipulations

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR**
**BOY SCOUTS OF AMERICA TO ASSUME OR REJECT**
**UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY**
**UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "<u>Bankruptcy Code</u>") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "<u>Extension</u>").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.      The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-2_____, 2020

Agreed to by:

_____

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _____8-29_____, 2020

Agreed to by:

_____

Name: _____Stuart M. Rose_____

Title: _____President_____

Lessor: _____Zealand Corporation_____

Premises
Address: _____23 TURNPIKE RD_____

_____Southborough, MA 01772-2108_____

Phone: _____781-609-2153_____

Email: _____SRose@Zealandcorp.com_____

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6. Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7. Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8. The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9. The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10. The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: ___9-2_____, 2020

Agreed to by:

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _8/31/_____, 2020

Agreed to by:

Name: _Trip Selman_____

Title: _Scout Executive____

Lessor: _Northeast Georgia Council_

Premises
Address: _203 SWANSON DR___

_Lawrenceville, GA 30043-8532_

Phone: _(770)-962-2105___

Email: ~~tselman@bsamail.org~~
_trip.selman@scouting.org_

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.  Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.  This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.  The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.  Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.  This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-2_____, 2020          Dated: ___8/31_____, 2020

Agreed to by:                          Agreed to by:

Steven P. McGowan                      Name: ___Jeff Doty_____
General Counsel
Boy Scouts of America                  Title: ___Scout Executive_____

                                       Lessor: ___Illowa Council_____

                                       Premises
                                       Address: ___4412 N BRADY ST____

                                                 ___Davenport, IA 52806-4009___

                                       Phone: ___(563) 391-4111_____

                                       Email: ___jeffa.doty@scouting.org___

4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR**
**BOY SCOUTS OF AMERICA TO ASSUME OR REJECT**
**UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY**
**UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.      The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-2_____, 2020

Agreed to by:

_____

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _August 29_, 2020

Agreed to by:

_____

Name: ____Jason Stein____

Title: ____Scout Executive____

Lessor: ____Silicon Valley Monterey Bay Council____

Premises
Address: ____970 W JULIAN ST____

____San Jose, CA 95126-2719____

Phone: ____(408) 279-2086____

Email: ____Jason.Stein@scouting.org____

4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## STIPULATION EXTENDING DEADLINE FOR
## BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
## UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
## UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "<u>Bankruptcy Code</u>") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.    Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "<u>Extension</u>").

2.    This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.    The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.    Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.      The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____ 9-2 _____, 2020

Agreed to by:

Steven P. McGowan
General Counsel
**Boy Scouts of America**

Dated: _August 31st_, 2020

Agreed to by:

Name: _William Bryant, Jr._

Title: _Scout Executive_

Lessor: _Mobile Area Council_

Premises    _Scout Shop Lease_
Address: _2587    GOVERNMENT BLVD_

_Mobile, AL 36606-1613_

Phone: _(251) 479-9267 / 251-476-4800_

Email: _William.Bryant@scouting.org_

_Lease Term expires_
_12/01/2020_

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
|  | (Jointly Administered) |
| Debtors. |  |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "<u>Bankruptcy Code</u>") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.     Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "<u>Extension</u>").

2.     This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.     The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.     Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.     This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.


*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _9-2_____, 2020

Agreed to by:

_____

Steven P. McGowan
General Counsel
**Boy Scouts of America**

Dated: _August 31_, 2020

Agreed to by:

Name: _J. Gregory Graham_

Title: _Scout Executive_

Lessor: _Southwest Florida Council_

Premises
Address: _1801 BOY SCOUT DR_

_Fort Myers, FL 33907-2114_

Phone: _(239) 418-1603_

Email: _Greg.Graham@scouting.org_

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.    Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.    This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.    The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.    Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____ 9-2 _____, 2020

Agreed to by:

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _August 29_, 2020

Agreed to by:

Name: Sharon M Moulds

Title: Scout Executive

Lessor: Laurel Highlands Council

Premises
Address: 1275  BEDFORD  AVE
FLAG PLAZA

Pittsburgh, PA 15219-3645

Phone: (412) 642-7695

Email: sharon.moulds@scouting.org

4

Scanned with CamScanner

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.      The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____ 9-2 _____, 2020

Agreed to by:

_____

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: ___ 8/31 ___, 2020

Agreed to by:

_____

Name: ___ Glen R. Steenberger ___

Title: ___ Scout Executive ___

Lessor: ___ Hoosier Trails Council ___

Premises
Address: ___ 5625 E STATE ROAD 46 ___

___ Bloomington, IN 47401-9233 ___

Phone: ___ (812) 287-8349 ___

Email: ___ glen.steenberger@scouting.org ___

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.    Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.    This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.    The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.    Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.      The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-2_____, 2020

Agreed to by:

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: __August 31__, 2020

Agreed to by:

Name: _____Robert Johnson_____

Title: _____Scout Executive_____

Lessor: _____Flint River Council_____

Premises
Address: _____1363 ZEBULON RD_____

_____Griffin, GA 30224-5100_____

Phone: _____(470) 481-1064_____

Email: _____Robert.Johnson@scouting.org_____

4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>            Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## STIPULATION EXTENDING DEADLINE FOR
## BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
## UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
## UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.      The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: ___9-2___, 2020

Agreed to by:

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: __08/31/2020__, 2020

Agreed to by:

Name: _Jeff Isaac_

Title: _Scout Executive_

Lessor: _Pathway to Adventure Council_

Premises
Address: _1218 W ADAMS ST_

_Chicago, IL 60607-2802_

Phone: _(312) 738-3324_

Email: _Jeff.Isaac@scouting.org_

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>              Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### STIPULATION EXTENDING DEADLINE FOR BOY SCOUTS OF AMERICA TO ASSUME OR REJECT UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.    Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.    This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.    The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.    Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _9-2_____, 2020

Agreed to by:

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _08/31/2020_, 2020

Agreed to by:

Name: _Jeff Isaac_

Title: _Scout Executive_

Lessor: _Pathway to Adventure Council_

Premises
Address: _617 E GOLF RD STE 110_

_Arlington Heights, IL 60005-4069_

Phone: _(847) 640-4430_

Email: _Jeff.Isaac@scouting.org_

4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR**
**BOY SCOUTS OF AMERICA TO ASSUME OR REJECT**
**UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY**
**UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

NOW, THEREFORE, it is hereby stipulated and agreed to by and between the Parties as follows:

1.    Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.    This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.    The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.    Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____ 9-2 _____, 2020                    Dated: 08/31/2020 _____, 2020

Agreed to by:                                     Agreed to by:

_____                         _____

Steven P. McGowan                                 Name:    Jeff Isaac
General Counsel
Boy Scouts of America                             Title:    Scout Executive

                                                  Lessor:   Pathway    to    Adventure
                                                            Council

                                                  Premises
                                                  Address:  811 W HILLGROVE AVE

                                                            La Grange, IL 60525-5822

                                                  Phone:    (708) 352-3144

                                                  Email:    Jeff.Isaac@scouting.org

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.


*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated:  9-2 , 2020

Agreed to by:

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated:  8/31 , 2020

Agreed to by:

Name:     John R. Andrews

Title:     Scout Executive

Lessor:    Northern Star Council

Premises
Address:   2218 HIGHWAY 10

          SAINT PAUL, MN 55112-4926

Phone:     (763) 786-3090

Email:     john.andrews@scouting.org

4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR**
**BOY SCOUTS OF AMERICA TO ASSUME OR REJECT**
**UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY**
**UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.      The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.


*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: ___9-2_____, 2020

Agreed to by:

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: ___8/31___, 2020

Agreed to by:

Name: ___John R. Andrews___

Title: ___Scout Executive___

Lessor: ___Northern Star Council___

Premises
Address: ___6202    BLOOMINGTON
RD___

___Fort Snelling, MN 55111-2600___

Phone: ___(612) 261-2490___

Email: ___john.andrews@scouting.org___

4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## STIPULATION EXTENDING DEADLINE FOR BOY SCOUTS OF AMERICA TO ASSUME OR REJECT UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

NOW, THEREFORE, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _9-2_____ , 2020

Agreed to by:

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _8/31_____ , 2020

Agreed to by:

Name:      John R. Andrews

Title:      Scout Executive

Lessor:     Northern Star Council

Premises
Address:    **10100 6TH AVE N STE**
            103A

            Plymouth, MN 55441-6380

Phone:      (763) 417-9066

Email:      john.andrews@scouting.org

4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## STIPULATION EXTENDING DEADLINE FOR
## BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
## UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
## UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.      The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-9_____ , 2020

Agreed to by:

_____

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _____9/3_____ , 2020

Agreed to by:

_____

Name:    Chris Crowley

Title:    Director of Field Service

Lessor:   Central Florida Council

Premises
Address:  1951 S ORANGE BLOSSOM
          TRL

          Apopka, FL 32703-7747

Phone:    (407) 814-1040

Email:    chris.crowley@scouting.org

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

NOW, THEREFORE, it is hereby stipulated and agreed to by and between the Parties as follows:

1. Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2. This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3. The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4. Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5. This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

2

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.


*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9/3_____, 2020

Agreed to by:

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _____9/3_____, 2020

Agreed to by:

Name:     Steven P. McGowan

Title:     Secretary

Lessor:     Arrow WV, Inc.

Premises
Address:     2550 Jack Furst Drive

_____Glen Jean, WV 25846

Phone:     _____

Email:     _____

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

NOW, THEREFORE, it is hereby stipulated and agreed to by and between the Parties as follows:

1.    Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.    This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.    The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.    Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.      The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-3_____, 2020

Agreed to by:

_____
Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _September 1_, 2020

Agreed to by:

_Stacey Dunphy_

Name:     Stacey Dunphy

Title:      Controller

Lessor:    Blackhawk Area Council

Premises
Address:   2820 MCFARLAND RD

           Rockford, IL 61107-6808

Phone:     (815) 397-0210

Email:     stacey.dunphy@scouting.org

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

NOW, THEREFORE, it is hereby stipulated and agreed to by and between the Parties as follows:

1.    Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.    This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.    The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.    Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.       Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.       Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.       The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.       The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.      The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.


*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-3_____, 2020

Agreed to by:

_____

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _September 2_, 2020

Agreed to by:

Name:     Andrew  Hardin

Title:     Scout Executive

Lessor:    Three Harbors Council

Premises
Address:   330 S 84TH ST

          Milwaukee, WI 53214-1468

Phone:     (414) ~~453-9777~~ 443-2875

Email:     andrew.hardin@scouting.org

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR**
**BOY SCOUTS OF AMERICA TO ASSUME OR REJECT**
**UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY**
**UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

NOW, THEREFORE, it is hereby stipulated and agreed to by and between the Parties as follows:

1. Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2. This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3. The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4. Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5. This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.      The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: ____**9-4**____, 2020          Dated: __September 3__, 2020

Agreed to by:                         Agreed to by:

_____      _____

Steven P. McGowan                     Name:    David M. Williams
General Counsel
Boy Scouts of America                 Title:    Scout Executive

                                      Lessor:   Great Smoky Mountain Council

                                      Premises
                                      Address:  1333 OLD WEISGARBER RD

                                                Knoxville, TN 37909-1284

                                      Phone:    (865) ~~588-1910~~ 566-0617

                                      Email:    DavidM.Williams@scouting.org

4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
|  | (Jointly Administered) |
| Debtors. | |

**STIPULATION EXTENDING DEADLINE FOR**
**BOY SCOUTS OF AMERICA TO ASSUME OR REJECT**
**UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY**
**UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.    Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.    This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.    The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.    Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

2

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.      The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _ _ 9-3 _ _ , 2020          Dated: _ _ _ _ _ _ , 2020

Agreed to by                       Agreed to by:

_____           _____

Steven P. McGowan                  Name:      Allen M. Endicott
General Counsel
Boy Scouts of America              Title:     Scout Executive

                                   Lessor:    Great Salt Lake

                                   Premises
                                   Address:   8395 S 700 W

                                              Sandy, UT 84070-6400

                                   Phone:     ( 80 I) 571-2727

                                   Email:     Allen.Endicott@scouting.org

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.    Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.    This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.    The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.    Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-3-_____, 2020

Agreed to by:

_____

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _September 3___, 2020

Agreed to by:

Name:     Ronald M Gardner

Title:     Scout Executive

Lessor:   New Birth of Freedom
          Council

Premises
Address:  1 BADEN POWELL LN

          Mechanicsburg, PA 17050-
          2344

Phone:    (717) 795-2703

Email:    Ron.Gardner@scouting.org

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## STIPULATION EXTENDING DEADLINE FOR
## BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
## UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
## UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "<u>Bankruptcy Code</u>") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.     Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "<u>Extension</u>").

2.     This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.     The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.     Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.     This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.      The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-3_____, 2020                    Dated: __September 3__, 2020

Agreed to by:                                    Agreed to by:

_____

Steven P. McGowan                                Name: ___Ronald M Gardner___
General Counsel
Boy Scouts of America                            Title: ___Scout Executive___

                                                 Lessor: New Birth of Freedom
                                                         Council

                                                 Premises
                                                 Address: 2139 WHITE ST

                                                          York, PA 17404-4953

                                                 Phone: (717) 885-9039

                                                 Email: Ron.Gardner@scouting.org

4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

### STIPULATION EXTENDING DEADLINE FOR BOY SCOUTS OF AMERICA TO ASSUME OR REJECT UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _9-3_____, 2020          Dated: _1 September_____, 2020

Agreed to by:                             Agreed to by:

_____

Steven P. McGowan
General Counsel                           Name:    Matthew  Devore
Boy Scouts of America
                                          Title:    Scout Executive

                                          Lessor:   Cascade Pacific Council

                                          Premises
                                          Address:  2145 SW NAITO PKWY

                                                    Portland, OR 97201-5103

                                          Phone:   (503) 243-5022

                                          Email:   matthew.devore@scouting.org

4

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## STIPULATION EXTENDING DEADLINE FOR BOY SCOUTS OF AMERICA TO ASSUME OR REJECT UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

NOW, THEREFORE, it is hereby stipulated and agreed to by and between the Parties as follows:

1.    Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.    This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.    The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.    Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

3

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: ___9-4_____, 2020

Agreed to by:

_____
Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: ___8/30/_____, 2020

Agreed to by:

_____

Name:    William W. Haines

Title:    Scout Executive

Lessor:    Indian Nations Council

Premises
Address:    4295 S GARNETT RD

             Tulsa, OK 74146-4261

Phone:    (918) 392-1263

Email:    Bill.Haines@scouting.org

4

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## STIPULATION EXTENDING DEADLINE FOR
## BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
## UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
## UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

NOW, THEREFORE, it is hereby stipulated and agreed to by and between the Parties as follows:

1.    Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.    This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.    The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.    Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

2

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

3

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-3_____, 2020

Agreed to by:

_____

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _Septenta 2_, 2020

Agreed to by:

_____

Name: _____Marc D. Kogan_____

Title: _____Scout Executive_____

Lessor: Black      Swamp      Area
Council

Premises
Address: _2100 BROAD AVE_

Findlay, OH 45840-2748
(419) 422-4356
Phone: (419) 423-7174

Email: _Marc.Kogan@scouting.org_

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>                  Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "<u>Bankruptcy Code</u>") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.    Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "<u>Extension</u>").

2.    This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.    The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.    Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-4_____, 2020          Dated: _September 3_, 2020

Agreed to by:                       Agreed to by:

_____           _____

Steven P. McGowan                   Name:    Jeffrey R. Schiavone
General Counsel
Boy Scouts of America               Title:    Scout Executive

                                    Lessor:   Miami Valley Council

                                    Premises
                                    Address:  7285 POE AVE

                                              Dayton, OH 45414-2560

                                    Phone:    (937) 665-1079

                                    Email:    jeffrey.schiavone@scouting.org

4

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>               Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## STIPULATION EXTENDING DEADLINE FOR
## BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
## UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
## UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

NOW, THEREFORE, it is hereby stipulated and agreed to by and between the Parties as follows:

1.    Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.    This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.    The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.    Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

2

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

3

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly
executed.

Dated: _____9-3_____, 2020          Dated: __9|1_____, 2020

Agreed to by:                          Agreed to by:

_____      _____
Steven P. McGowan                      Name:      Jeffrey R. Moe
General Counsel
Boy Scouts of America                  Title:      Scout Executive

                                       Lessor:    Simon Kenton Council

                                       Premises
                                       Address:   807 KINNEAR RD STE
                                                  ~~120~~ 100

                                                  Columbus,  OH  43212-
                                                  1489

                                       Phone:     (614) ~~481-4270~~  436-7200

                                       Email:     jeff.moe@scouting.org

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.    Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.    This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.    The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.    Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.      The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

3

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-3_____, 2020          Dated: _September 1_, 2020

Agreed to by:                            Agreed to by:

_____        _____

Steven P. McGowan                        Name:      Richard  McCartney
General Counsel
Boy Scouts of America                    Title:     Scout Executive

                                         Lessor:    Northern Lights Council

                                         Premises
                                         Address:   4200 19TH AVE S

                                                    Fargo, ND 58103-7207

                                         Phone:     (701) 499-0699

                                         Email:     richard.mccartney@scouting.org

4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR**
**BOY SCOUTS OF AMERICA TO ASSUME OR REJECT**
**UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY**
**UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.    Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.    This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.    The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.    Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.      The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _9-3_____, 2020

Agreed to by:

_____

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _____September 4, 2020

Agreed to by:

_____

Name:    Brick  Huffman

Title:    Scout Executive

Lessor:    Heart of America Council

Premises
Address:    345 NW BARRY RD

Kansas City, MO 64155-2740

Phone:    (816) 436-0370

Email:    brick.huffman@scouting.org

4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR**
**BOY SCOUTS OF AMERICA TO ASSUME OR REJECT**
**UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY**
**UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

NOW, THEREFORE, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-3_____, 2020                    Dated: _____, 2020

Agreed to by:                                 Agreed to by:

_____                 _____

Steven P. McGowan                             Name:    John Feick
General Counsel
Boy Scouts of America                         Title:    Scout Executive

                                              Lessor:    Ozark Trails Council

                                              Premises
                                              Address:    1616 S EASTGATE AVE

                                                          Springfield,  MO  65809-2116

                                              Phone:    (417) 883-1636

                                              Email:    johns.feick@scouting.org

4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR**
**BOY SCOUTS OF AMERICA TO ASSUME OR REJECT**
**UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY**
**UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

NOW, THEREFORE, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.     Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.     Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.     The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.     The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: ___9-3_____, 2020          Dated: ___September 3_____, 2020

Agreed to by:                           Agreed to by:

_____               _____
Steven P. McGowan                       Name:    Tony  Haines
General Counsel
Boy Scouts of America                   Title:    Scout Executive

                                        Lessor:    Andrew Jackson Council

                                        Premises
                                        Address:   855 RIVERSIDE DR

                                                   Jackson, MS 39202-1138

                                        Phone:     (601) 355-7047

                                        Email:     Tony.Haines@scouting.org

4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## STIPULATION EXTENDING DEADLINE FOR
## BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
## UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
## UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

NOW, THEREFORE, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

3

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-3_____, 2020

Agreed to by:

_____

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _Sept 1_, 2020

Agreed to by:

_____

Name:     Charles F Eaton

Title:     Scout Executive

Lessor:    Spirit of Adventure
           Council

Premises
Address:   2 TOWER OFFICE PARK

           Woburn, MA 01801-2113

Phone:     (781) 937-4282

Email:     Chuck.Eaton@scouting.org

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR**
**BOY SCOUTS OF AMERICA TO ASSUME OR REJECT**
**UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY**
**UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.    Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.    This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.    The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.    Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

2

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.      The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

3

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: ____9-4____, 2020

Agreed to by:

_____

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: September 4th, 2020

Agreed to by:

Name: ___James  Armishaw___

Title: ___Scout Executive___

Lessor: ___Blue Grass Council___

Premises
Address: ___2134      NICHOLASVILLE
RD STE 15___

___Lexington, KY 40503-2521___

Phone: ___(859) 276-3760___

Email: ___chip.armishaw@scouting.org___

4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR**
**BOY SCOUTS OF AMERICA TO ASSUME OR REJECT**
**UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY**
**UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

NOW, THEREFORE, it is hereby stipulated and agreed to by and between the Parties as follows:

1.    Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.    This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.    The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.    Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

2

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-4_____, 2020          Dated: _____5/6/__, 2020

Agreed to by:                       Agreed to by:

_____           _____

Steven P. McGowan                   Name:   Matt Hill
General Counsel
Boy Scouts of America               Title:   Scout Executive

                                    Lessor:  Mid-Iowa Council

                                    _____

                                    Premises
                                    Address: 6123 Scout Trail

                                    _____

                                             Des Moines, IA 50321-1601

                                    Phone:   (515) 265-5990

                                    Email:   matt.hill@scouting.org

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.     Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.     This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.     The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.     Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.     This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

2

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-3-_____ , 2020

Agreed to by:

_____

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _____9 / 1_____ , 2020

Agreed to by:

_____

Name:    James R. Madison

Title:    Scout Executive

Lessor:    Winnebago Council

Premises
Address:    2929 AIRPORT BLVD

    Waterloo, IA 50703-9627

Phone:    319 - 234 - 2867
    ~~(319) 233-5155~~

Email:    jim.madison@scouting.org

4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### STIPULATION EXTENDING DEADLINE FOR
### BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
### UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
### UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.    Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.    This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.    The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.    Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.      The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-3_____, 2020

Agreed to by:

_____

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: ___Sept. 1 st___, 2020

Agreed to by:

_____

Name:    Sarah M. Dawson

Title:    Scout Executive

Lessor:    Hawkeye Area Council

Premises
Address:    660 32ND AVE SW

Cedar Rapids, IA 52404-3910

Phone:    (319) 261-3750

Email:    Sarah.Dawson@scouting.org

4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## STIPULATION EXTENDING DEADLINE FOR
## BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
## UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
## UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

NOW, THEREFORE, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

2

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-3_____, 2020

Agreed to by:

_____

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _____, 2020

Agreed to by:

_____

Name:       Clint Scharff

Title:       Scout Executive

Lessor:      Three Fires Council

Premises
Address:     4S100 N ROUTE 59 STE 5

             Naperville, IL 60563-9697

Phone:       630-791-8342

Email:       Clint.Scharff@scouting.org

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

3

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-3_____, 2020                    Dated: ___8/3/___, 2020

Agreed to by:                                 Agreed to by:

_____

Steven P. McGowan                             Name:    Clarke Farrer
General Counsel
Boy Scouts of America                         Title:    Scout Executive

                                              Lessor:    Grand Teton Council

                                              Premises
                                              Address:    3910 S YELLOWSTONE
                                              HWY

                                              Idaho Falls, ID 83402-4342

                                              Phone:    (208) 403-0452 522-5155

                                              Email:    Clarke.Farrer@scouting.org

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

### STIPULATION EXTENDING DEADLINE FOR
### BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
### UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
### UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a

debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11

Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with

the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed

on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of

Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. §*

*365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real*

*Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period

within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time

to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

NOW, THEREFORE, it is hereby stipulated and agreed to by and between the Parties as follows:

1.      Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.      This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.      The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.      Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.      This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

2

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.      The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-3_____, 2020                    Dated: 08 / 31, 2020

Agreed to by:                                 Agreed to by:

_____              _____

Steven P. McGowan                             Name:    Garrett L. Williams
General Counsel
Boy Scouts of America                         Title:    Scout Executive

                                              Lessor:    Central Georgia Council

                                              Premises
                                              Address:    4335 CONFEDERATE WAY

                                                          Macon, GA 31217-4719

                                              Phone:    (478) 746-8715

                                              Email:    Garrett.Williams@scouting.org

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR**
**BOY SCOUTS OF AMERICA TO ASSUME OR REJECT**
**UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY**
**UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.    Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.    This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.    The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.    Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-4_____, 2020

Agreed to by:

_____

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _September 3_, 2020

Agreed to by:

_____

Name:    James M. Rees

Title:    Scout Executive

Lessor:    Greater Tampa Bay Area Council

Premises
Address:    13228 N CENTRAL AVE

Tampa, FL 33612-3462

Phone:    (813) 935-3030

Email:    Jim.Rees@scouting.org

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "<u>Bankruptcy Code</u>") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.    Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "<u>Extension</u>").

2.    This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.    The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.    Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.      The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: 9-3 _____, 2020          Dated: _____, 2020

Agreed to by:                              Agreed to by:

_____          _____

Steven P. McGowan                          Name:    Terrence  Hamilton
General Counsel
Boy Scouts of America                      Title:    Scout Executive

                                           Lessor:   Gulf Stream Council

                                           Premises
                                           Address:  8335 N MILITARY TRL

                                                     WEST  PALM  BEACH,  FL
                                                     33410-6329

                                           Phone:    (561) 691-3929

                                           Email:    terrence.hamilton@scouting.org

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

NOW, THEREFORE, it is hereby stipulated and agreed to by and between the Parties as follows:

1. Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2. This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3. The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4. Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5. This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

2

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: ___9-3_____, 2020          Dated: ___August 31_____, 2020

Agreed to by:                            Agreed to by:

_____              _____
Steven P. McGowan
General Counsel                          Name:    Jeffrey Berger
Boy Scouts of America                             _____

                                         Title:   Scout Executive
                                                  _____

                                         Lessor:  South Florida Council
                                                  _____

                                         Premises
                                         Address: 15255 NW 82ND AVE
                                                  _____

                                                  Miami Lakes, FL 33016-
                                                  1476
                                                  _____

                                         Phone:   (XXX) XXX-XXXX  305-364-0020
                                                  _____

                                         Email:   Jeff.Berger@scouting.org
                                                  _____

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>       Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

NOW, THEREFORE, it is hereby stipulated and agreed to by and between the Parties as follows:

1.    Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.    This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.    The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.    Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.      The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-3_____, 2020

Agreed to by:

_____

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _Septmbe 1_____, 2020

Agreed to by:

_Jmy R. Machmer_____

Name:    James  Machamer

Title:    Scout Executive

Lessor:    Pikes Peak Council

Premises
Address:    985 W FILLMORE ST

            Colorado    Springs,    CO
            80907-5809

Phone:    (719) 634-4342

Email:    Jim.Machamer@scouting.org

4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## STIPULATION EXTENDING DEADLINE FOR
## BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
## UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
## UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

NOW, THEREFORE, it is hereby stipulated and agreed to by and between the Parties as follows:

1.    Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.    This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.    The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.    Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

2

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-3_____, 2020

Agreed to by:

_____

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _____9/3_____, 2020

Agreed to by:

_____

Name:      John Fenoglio

Title:      Scout Executive

Lessor:    Golden Gate Area Council

Premises
Address:   1001 DAVIS ST

           San Leandro, CA 94577-
           1514

Phone:     (510) 633-2005

Email:     John.Fenoglio@scouting.org

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
|  | (Jointly Administered) |
| Debtors. |  |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1. Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2. This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3. The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4. Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5. This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

2

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.      The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-3_____, 2020

Agreed to by:

_____
Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _____9/2_____, 2020

Agreed to by:

_____

Name: _____Jeff Hotchkiss_____

Title: _____Scout Executive_____

Lessor: _____Catalina Council_____

Premises
Address: _____2250   E   BROADWAY
BLVD_____

_____Tucson, AZ 85719-6014_____

Phone: _____(520) 750-9877 0345_____

Email: _____jeff.hotchkiss@scouting.org_____

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[41] | Case No. 20-10343 (LSS) |
|  | (Jointly Administered) |
| Debtors. |  |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.    Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.    This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.    The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.    Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.    This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.      The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-8_____, 2020

Agreed to by:

_____

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _September 3_, 2020

Agreed to by:

_Charles L Flowers_____

| | |
|---|---|
| Name: | Charles  Flowers |
| Title: | Scout Executive |
| Lessor: | Occoneechee Council |
| Premises Address: | 3231 ATLANTIC AVE |
| | Raleigh, NC 27604-1675 |
| Phone: | (919) 850-0301 |
| Email: | charles.flowers@scouting.org |

4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
| --- | --- |
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

## STIPULATION EXTENDING DEADLINE FOR
## BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
## UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
## UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "<u>Bankruptcy Code</u>") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.     Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "<u>Extension</u>").

2.     This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.     The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.     Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.     This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.      The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

3

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: ___9-9___, 2020

Agreed to by:

_____
Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: September 3, 2020

Agreed to by:

Name:     Charles  Flowers

Title:     Scout Executive

Lessor:     Occoneechee Council

Premises
Address:     3446 BRAGG BLVD

            Fayetteville, NC 28303-3946

Phone:     (910) 487-0103

Email:     charles.flowers@scouting.org

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[41]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |

**STIPULATION EXTENDING DEADLINE FOR
BOY SCOUTS OF AMERICA TO ASSUME OR REJECT
UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY
UNDER SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The Boy Scouts of America (the "BSA" or "Lessee"), the non-profit corporation that is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and the lessor specified on the signature page hereto (the "Lessor," and together with the Lessee, the "Parties") hereby stipulate and agree as follows (this "Stipulation"):

WHEREAS, Lessee is lessee under that certain lease with Lessor for the premises listed on the signature page hereto (the "Lease");

WHEREAS, on July 9, 2020, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain *Order, Pursuant to 11 U.S.C. § 365(d)(4), Extending Time to Assume or Reject Unexpired Leases of Non-Residential Real Property* [Docket No. 994], thereby extending to and including September 15, 2020 the period within which the BSA must assume or reject unexpired leases of nonresidential real property;

WHEREAS, Lessee has requested, and Lessor has agreed to grant Lessee, additional time to assume or reject the Lease as permitted under section 365(d)(4)(B)(ii) of title 11 of the United

---

[41] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

States Code (the "Bankruptcy Code") on the terms set forth in this Stipulation; and

WHEREAS, the Parties desire to memorialize their agreement in this Stipulation.

**NOW, THEREFORE**, it is hereby stipulated and agreed to by and between the Parties as follows:

1.     Pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code, the time period within which Lessee must assume or reject the Lease is extended from September 15, 2020 to and including the earlier of: (a) the date of confirmation of the BSA's plan of reorganization in the Chapter 11 Cases; and (b) June 30, 2021 (the "Extension").

2.     This Stipulation constitutes "prior written consent of the lessor," as required by section 365(d)(4)(B)(ii) of the Bankruptcy Code, and no further consent of Lessor shall be required for the purpose of granting the Extension.

3.     The Extension is without prejudice to the right of Lessee to seek, and the right of Lessor to grant, further extensions as provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code.

4.     Nothing contained in this Stipulation or any action taken by the BSA in connection herewith is intended to be or should be construed as: (a) an admission by the BSA that any contract or lease, including the Lease, is executory or unexpired; (b) a waiver or limitation of the BSA's rights under the Bankruptcy Code or any other applicable law, including the BSA's right to assume, reject, and/or seek any other relief with respect to any contract or lease, including the Lease; or (c) an alteration, amendment, or other modification of the terms of any contract or lease, including the Lease.

5.     This Stipulation may be executed in multiple counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

2

6.      Each Party represents and warrants to the other that it has the power and authority to enter into this Stipulation.  Each person who executes this Stipulation on behalf of a Party hereto represents that he or she is duly authorized to execute this Stipulation on behalf of such Party and that each such Party has full knowledge of, and has consented to, this Stipulation.

7.      Each Party represents that it has had the opportunity to obtain the advice of counsel in connection with this Stipulation.

8.      The BSA is authorized to take all actions necessary to effectuate the relief granted pursuant to and in accordance with this Stipulation.

9.      The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its execution, subject to Bankruptcy Court approval in accordance with section 365(d)(4)(B)(ii) of the Bankruptcy Code.

10.     The Bankruptcy Court shall retain sole and exclusive jurisdiction to interpret and enforce the provisions of this Stipulation.


*[Remainder of Page Intentionally Left Blank]*


3

IN WITNESS WHEREOF, the Parties hereby have caused this Stipulation to be duly executed.

Dated: _____9-8_____, 2020

Agreed to by:

_____

Steven P. McGowan
General Counsel
Boy Scouts of America

Dated: _Sept. 8_, 2020

Agreed to by:

_____

Name: _Perry Clark_

Title: _Sr. Director - Finance_

Sublessor: _MXD Group, Inc._

Premises
Address: _10240-F Western Ridge Road_

_Charlotte, NC 28273_

Phone: _614-485-8694_

Email: _perry_clark@ryder.com_

4