# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 9010-2, Paul Mones of Paul Mones PC and Domenic E. Pacitti of Klehr Harrison Harvey Branzburg LLP hereby enter their appearances as substitute counsel for Jorge Vega, who was previously represented by Anne Andrews of Andrews & Thornton and Anthony M. Saccullo and Mary E. Augustine of A.M. Saccullo Legal, LLC.  Anne Andrews of Andrews & Thornton and Anthony M. Saccullo and Mary E. Augustine of A.M. Saccullo Legal, LLC hereby withdraw their appearance as counsel for Jorge Vega.

| A.M. SACCULLO LEGAL, LLC | KLEHR HARRISON HARVEY BRANZBURG LLP |
|---|---|
| /s/ Mary E. Augustine | /s/ Domenic E. Pacitti |
| Anthony M. Saccullo (Bar No. 4141) | Domenic E. Pacitti (Bar No. 3989) |
| Mary E. Augustine (Bar No. 4477) | 919 N. Market Street, Suite 1000 |
| 27 Crimson King Drive | Wilmington, Delaware 19801 |
| Bear, Delaware 19701 | Telephone: (302) 552-5511 |
| Telephone: (302) 836-8877 | Email: dpacitti@klehr.com |
| Facsimile: (302) 836-8787 | |
| Email: ams@saccullolegal.com | -and- |
| Email: meg@saccullolegal.com | |

-and-

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

1

| | |
|---|---|
| ANDREWS & THORNTON<br>Anne Andrews, Esq., CA SBN 103280<br>John C. Thornton, Esq., CA SBN 84492<br>4701 Von Karman Ave, Suite 300<br>Newport Beach, CA 92660<br>Telephone: (949) 748-1000<br>Facsimile: (949) 315-3540<br>Email: aa@andrewsthornton.com<br><br>*Former attorneys for Jorge Vega* | PAUL MONES PC<br>Paul Mones<br>13101 Washington Blvd.<br>Los Angeles, CA 90066<br>paul@paulmones.com<br><br>*Current attorneys for Jorge Vega* |