IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No.: 20-10343 (LSS)<br><br>Jointly Administered<br><br>Related to Docket No. 1102 |

**NOTICE OF WITHDRAWAL OF REQUEST OF
IRC BURNSVILLE CROSSING, L.L.C.
FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM**

PLEASE TAKE NOTICE that on August 13, 2020, IRC Burnsville Crossing, L.L.C. ("Landlord"), by and through its undersigned counsel, filed the *Request of IRC Burnsville Crossing, L.L.C. for Allowance of Administrative Expense Claim* [Docket No. 1102] (the "Request").

PLEASE TAKE FURTHER NOTICE that Landlord hereby withdraws the Request, with prejudice.

Dated:  September 14, 2020

CONNOLLY GALLAGHER LLP

*/s/ Karen C. Bifferato*
Karen C. Bifferato (#3279)
Kelly M. Conlan (#4786)
1201 N. Market Street, 20th Floor
Wilmington, DE  19801
Telephone: (302) 888-6221
Facsimile:  (302) 757-7280
Email: kbifferato@connollygallagher.com
Email:  kconlan@connollygallagher.com

*Attorneys for Landlord*

{05557755.DOC.}