**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 14th day of September, 2020, a copy of the foregoing was electronically filed and served via CM/ECF on all parties requesting electronic notification in this case, and also was served on the parties listed below by electronic mail.

Dated:  September 14, 2020             /s/Karen C. Bifferato
                                       Karen C. Bifferato (DE 3279)


| | |
|---|---|
| Derek C. Abbott, Esq.<br>Andrew R. Remming, Esq.<br>Eric W. Moats, Esq.<br>Paige N. Topper, Esq.<br>Morris Nichols Arsht & Tunnell LLP<br>1201 North Market Street, 16th Floor<br>Wilmington, DE 19801<br>Email: dabbott@mnat.com<br>aremming@mnat.com<br>emoats@mnat.com<br>ptopper@mnat.com | Thomas A. Labuda, Esq.<br>Michael C. Andolina, Esq.<br>Matthew E. Linder, Esq.<br>Blair M. Warner, Esq.<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>Email: tlabuda@sidley.com<br>mandolina@sidley.com<br>mlinder@sidley.com<br>blair.warner@sidley.com |
| Jessica C. K. Boelter, Esq.<br>William E. Curtin, Esq.<br>Sidley Austin LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Email: jboelter@sidley.com<br>wcurtin@sidely.com | David L. Buchbinder<br>Office of the U.S. Trustee<br>J. Caleb Boggs Federal Building<br>Suite 2207<br>Wilmington, DE 19801<br>Email: david.l.buchbinder@usdoj.gov |

{05553229.DOC.}