MONZACK MERSKY BROWDER AND HOCHMAN, P.A.
ATTORNEYS AT LAW
1201 NORTH ORANGE STREET
SUITE 400
WILMINGTON, DE 19801-1155

MELVYN I. MONZACK
RACHEL B. MERSKY
MARY ELIZABETH M. BROWDER
MICHAEL C. HOCHMAN

(302) 656-8162
FACSIMILE: (302) 656-2769

WWW.MONLAW.COM

September 14, 2020

**VIA CM/ECF AND EMAIL**
Judge Laurie Selber Silverstein
United States Bankruptcy Court District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

**RE:** **In re Boy Scouts of America and Delaware BSA, LLC, Case No. 20-10343 (LSS)**
Order on Motion of The Coalition Of Abused Scouts For Justice For An Order Authorizing The Coalition To File Under Seal Exhibit A to The Amended 2019 Statement.

Dear Judge Silverstein:

    I enclosed a proposed order on the Motion of The Coalition Of Abused Scouts For Justice For An Order Authorizing The Coalition To File Under Seal Exhibit A to The Amended 2019 Statement. We believe that the enclosed proposed Order fully incorporates your ruling. The Coalition worked with the U.S. Trustee, the Debtors, the Carriers and the TCC to incorporated changes. I am pleased to report that the enclosed Order is a result of a consensus on the Seal Order with the Debtors and the US Trustee. We did not hear back from the carriers on the last version of the Order. We have received no comments from the UCC and believe that they agree as well. Unfortunately, the TCC still has not agreed to the form of Order, even though we have crafted the Order to apply only to the limited issue of the Seal Motion. We respectfully request that the attached order be entered.

                                                     Respectfully submitted,

                                                     */s/ Rachel B. Mersky*

                                                     Rachel B. Mersky (DE Bar No. 2049)
                                                     For Monzack Mersky Browder and Hochman, P.A.

Enclosure

{00218788-1}