# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) (Jointly Administered) |
| Debtors. | **Re: Docket No. 1134** |

**CERTIFICATE OF NO OBJECTION TO FOURTH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE <u>PERIOD FROM JUNE 1, 2020 THROUGH JUNE 30, 2020</u>**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the *Fourth Monthly Fee Application of Kramer Levin Naftalis & Frankel LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from June 1, 2020 through June 30, 2020* ("<u>Application</u>"; D.I. 1134) filed on August 21, 2020. The undersigned further certifies that she has reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections or responses to the Application were to be filed and served no later than September 11, 2020, at 4:00 p.m.

Pursuant to the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee Members and (II) Granting Related Relief* ("<u>Interim Compensation Order</u>";

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

D.I. 341), the Debtors are authorized to pay the applicant $406,634.80, which represents eighty percent (80%) of the total fees ($508,293.50), and $12,667.35, which represents one hundred percent (100%) of the expenses requested in the Application on an interim basis without further order of the Court.

Dated:  September 14, 2020
Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: */s/ Katelin A. Morales*
  Kurt F. Gwynne (No. 3951)
  Katelin A Morales (No. 6683)
  1201 Market Street, Suite 1500
  Wilmington, DE 19801
  Telephone: (302) 778-7500
  Facsimile: (302) 778-7575
  E-mail: kgwynne@reedsmith.com
  E-mail: kmorales@reedsmith.com

  -and-

  KRAMER LEVIN NAFTALIS
    & FRANKEL LLP
  Thomas Moers Mayer, Esquire
  Rachael Ringer, Esquire
  Jennifer R. Sharret, Esquire
  Megan M. Wasson, Esquire
  177 Avenue of the Americas
  New York, NY 10036
  Telephone: (212) 715-9100
  Facsimile: (212) 715-8000
  E-mail: tmayer@kramerlevin.com
  E-mail: rringer@kramerlevin.com
  E-mail: jsharret@kramerlevin.com
  E-mail: mwasson@kramerlevin.com

  *Counsel to the Official Committee of Unsecured Creditors*