

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY
COSTA MESA, CA

10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

**TELEPHONE: 310/277 6910**

FACSIMILE: 310/201 0760

**SAN FRANCISCO**
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

**TELEPHONE: 415/263 7000**

FACSIMILE: 415/263 7010

**DELAWARE**
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE: 302/652 4100**

FACSIMILE: 302/652 4400

**NEW YORK**
780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE: 212/561 7700**

FACSIMILE: 212/561 7777

**COSTA MESA**
650 TOWNE CENTER DRIVE
SUITE 1500
COSTA MESA
CALIFORNIA 92626

**TELEPHONE: 714/384 4750**

FACSIMILE: 714/384 4751

WEB: www.pszjlaw.com

James E. O'Neill

September 15, 2020

302.778-6407
jo'neill@pszjlaw.com

VIA CM/ECF AND EMAIL
Judge Laurie Selber Silverstein
United States Bankruptcy Court
District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE 19801

RE: In re Boy Scouts of America, Case No. 20-10343 (LSS) -
<u>Order on Motion Regarding Sealing Order Dkt. No. 1143</u>

Dear Judge Silverstein:

On behalf of the Official Committee of Tort Claimants (the "<u>TCC</u>"), I submit a proposed order granting in part and denying in part the motion filed as Docket No. 1143 (the "<u>Sealing Motion</u>"). Ms. Mersky submitted the proposed order (see Docket No. 1315) without first responding to any of the four communications sent to her regarding changes to the sealing order. Instead, Ms. Mersky determined that her version of the order was sufficient and submitted a proposed order that unnecessarily contains references to issues that continue to be disputed by the parties. The TCC respectfully submits that proposed order should reflect the narrow relief granted without regard to any of the pending disputed issues. Accordingly, the TCC submits the attached order for the Court's consideration. Also included for the Court is a redline of the TCC's order against the earlier proposed order.

Respectfully submitted,

*/s/ James E. O'Neill*

James E. O'Neill

DOCS_SF:104173.1 85353/002