# EXHIBIT A

**EXHIBIT A**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS**

(*See* Guidelines C.3. for definitions of terms used in this Exhibit.)

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED  Firm or offices for preceding year, excluding bankruptcy* | BILLED  In this fee application |
| Sr./Equity Partner/Shareholder | $1,025.00 | $1,032.36 |
| Of Counsel | $825.00 | $805.34 |
| Associate (4-6 years since first admission) | $675.00 | $0.00 |
| Law Library Director | $450.00 | $450.00 |
| Paralegal | $450.00 | $422.33 |
| Case Management Assistants | $300.00 | $350.00 |
| All timekeepers aggregated | $850.00** | $969.91 |

* Represents approximate blended hourly rate. Non-estate work for PSZ&J represents a de minimis amount of the Firm's revenues as the Firm's engagements are primarily on behalf of debtors, official committees, and other estate-billed constituencies. For fiscal year ending 2018, non-estate work represented approximately 4-5% of the Firm's revenues, and in 2019, non-estate work represented approximately 4-5% of the Firm's revenues. It is expected that non-estate work in 2020 will represent approximately 5-7% of the Firm's revenues.

**Represents an estimate for the aggregate blended hourly rate for all timekeepers on non-estate work.

Case Name:  Boy Scouts of America and Delaware BSA, LLC

Case Number:  20-10343 (LSS)

Applicant's Name:  Pachulski Stang Ziehl & Jones LLP

Date of Application:  09/15/2020

Interim or Final  Interim