# EXHIBIT B

**EXHIBIT B**

**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION**

| | NAME | TITLE OR POSITION | DEPARTMENT, GROUP, OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|---|
| Delete | James I. Stang | Partner | Bankruptcy | 1980 | $352,047.00 | 294.60 | $1,195.00 | $1,195.00 | 0 |
| Delete | Dean A. Ziehl | Partner | Bankruptcy | 1978 | $2,868.00 | 2.40 | $1,195.00 | $0.00 | 0 |
| Delete | David J. Barton | Partner | Bankruptcy | 1981 | $4,899.50 | 4.10 | $1,095.00 | $0.00 | 0 |
| Delete | Robert B. Orgel | Partner | Bankruptcy | 1981 | $190,986.00 | 166.80 | $1,145.00 | $1,145.00 | 0 |
| Delete | Alan J. Kornfeld | Partner | Bankruptcy | 1987 | $82,211.00 | 71.80 | $1,145.00 | $1,145.00 | 0 |
| Delete | Andrew W. Caine | Partner | Bankruptcy | 1983 | $21,571.50 | 19.70 | $1,095.00 | $0.00 | 0 |
| Delete | Linda F. Cantor | Partner | Bankruptcy | 1988 | $127,387.50 | 118.50 | $1,075.00 | $1,075.00 | 0 |
| Delete | Henry C. Kevane | Partner | Bankruptcy | 1986 | $33,540.00 | 31.20 | $1,075.00 | $1,075.00 | 0 |
| Delete | John A. Morris | Partner | Bankruptcy | 1991 | $168,237.50 | 156.50 | $1,075.00 | $1,075.00 | 0 |
| Delete | Stanley E. Goldich | Partner | Bankruptcy | 1980 | $1,845.00 | 1.80 | $1,025.00 | $0.00 | 0 |
| Delete | Iain A.W. Nasatir | Partner | Bankruptcy | 1983 | $136,325.00 | 133.00 | $1,025.00 | $1,025.00 | 0 |
| Delete | Judith Elkin | Of Counsel | Bankruptcy | 1982 | $1,320.00 | 1.20 | $1,100.00 | $0.00 | 0 |

Case Name: <u>Boy Scouts of American and Delaware BSA, LLC</u>
Case Number: <u>20-10343 (LSS)</u>
Applicant's Name: <u>Pachulski Stang Ziehl & Jones LLP</u>
Date of Application: <u>09/15/2020</u>
Interim or Final: <u>Interim</u>

UST Form 11-330-B (2013)

**EXHIBIT B (Continued)**

**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION**

| | NAME | TITLE OR POSITION | DEPARTMENT, GROUP, OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED<br><br>IN THIS APPLICATION | HOURS BILLED<br><br>IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES<br><br>SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| Delete | Kenneth H. Brown | Partner | Bankruptcy | 1981 | $14,925.00 | 15.00 | $995.00 | $995.00 | 0 |
| Delete | James E. Mahoney | Partner | Bankruptcy | 1967 | $4,179.00 | 4.20 | $995.00 | $0.00 | 0 |
| Delete | Maxim B. Litvak | Partner | Bankruptcy | 1997 | $29,925.00 | 31.50 | $950.00 | $950.00 | 0 |
| Delete | Harry D. Hochman | Of Counsel | Bankruptcy | 1987 | $4,085.00 | 4.30 | $950.00 | $950.00 | 0 |
| Delete | John D. Fiero | Partner | Bankruptcy | 1988 | $87,305.00 | 91.90 | $950.00 | $0.00 | 0 |
| Delete | James E. O'Neill | Partner | Bankruptcy | 1985 | $89,077.50 | 96.30 | $925.00 | $925.00 | 0 |
| Delete | Joshua M. Fried` | Partner | Bankruptcy | 1995 | $1,110.00 | 1.20 | $925.00 | $0.00 | 0 |
| Delete | Jason S. Pomerantz | Partner | Bankruptcy | 1991 | $34,935.00 | 41.10 | $850.00 | $0.00 | 0 |
| Delete | John W. Lucas | Partner | Bankruptcy | 2004 | $234,712.50 | 284.50 | $825.00 | $825.00 | 0 |
| Delete | Gina F. Brandt | Of Counsel | Bankruptcy | 1976 | $2,722.50 | 3.30 | $825.00 | $825.00 | 0 |

Case Name:            Boy Scouts of American and Delaware BSA, LLC
Case Number:          20-10343 (LSS)
Applicant's Name:     Pachulski Stang Ziehl & Jones LLP
Date of Application:  09/15/2020
Interim or Final:     Interim

**EXHIBIT B (Continued)**

**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION**

| | NAME | TITLE OR POSITION | DEPARTMENT, GROUP, OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|---|
| Delete | Gail S. Greenwood | Of Counsel | Bankruptcy | 1994 | $11,632.50 | 14.10 | $825.00 | $825.00 | 0 |
| Delete | Robert M. Saunders | Of Counsel | Bankruptcy | 1984 | $59,895.00 | 72.60 | $825.00 | $0.00 | 0 |
| Delete | Ilan D. Scharf | Partner | Bankruptcy | 2002 | $4,372.50 | 5.50 | $795.00 | $795.00 | 0 |
| Delete | Miriam P. Manning | Of Counsel | Bankruptcy | 1995 | $24,804.00 | 31.20 | $795.00 | $0.00 | 0 |
| Delete | William L. Ramseyer | Of Counsel | Bankruptcy | 1980 | $27,900.00 | 36.00 | $775.00 | $0.00 | 0 |
| Delete | Cia H. Mackle | Of Counsel | Bankruptcy | 2006 | $6,885.00 | 10.20 | $675.00 | $0.00 | 0 |
| Delete | Leslie A. Forrester | Law Library Director | Bankruptcy | | $9,990.00 | 22.20 | $450.00 | $450.00 | 0 |
| Delete | Karina K. Yee | Paralegal | Bankruptcy | | $28,092.50 | 66.10 | $425.00 | $425.00 | 0 |
| Delete | Beth D. Dassa | Paralegal | Bankruptcy | | $3,315.00 | 7.80 | $425.00 | $425.00 | 0 |
| Delete | La Asia Canty | Paralegal | Bankruptcy | | $297.50 | 0.70 | $425.00 | $425.00 | 0 |
| Delete | Nancy P.F. Lockwood | Paralegal | Bankruptcy | | $425.00 | 1.00 | $425.00 | $0.00 | 0 |

Case Name: Boy Scouts of American and Delaware BSA, LLC
Case Number: 20-10343 (LSS)
Applicant's Name: Pachulski Stang Ziehl & Jones LLP
Date of Application: 09/15/2020
Interim or Final: Interim

UST Form 11-330-B (2013)

**EXHIBIT B (Continued)**

**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION**

| | NAME | TITLE OR POSITION | DEPARTMENT, GROUP, OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED | HOURS BILLED | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | IN THIS APPLICATION | IN THIS APPLICATION | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | SINCE CASE INCEPTION |
| Delete | Cheryl A. Knotts | Paralegal | Bankruptcy | | $2,093.50 | 5.30 | $395.00 | $0.00 | 0 |
| Delete | Mike A. Matteo | Paralegal | Bankruptcy | | $829.50 | 2.10 | $395.00 | $395.00 | 0 |
| Delete | Charles J. Bouzoukis | Case Management Assistant | Bankruptcy | | $3,850.00 | 11.00 | $350.00 | $0.00 | 0 |
| Delete | Andrea R. Paul | Case Management Assistant | Bankruptcy | | $140.00 | 0.40 | $350.00 | $0.00 | 0 |
| Delete | Karen S. Neil | Case Management Assistant | Bankruptcy | | $3,185.00 | 9.10 | $350.00 | $350.00 | 0 |
| Delete | | | | | | | | | |
| Delete | | | | | | | | | |
| Delete | | | | | | | | | |

Case Name: Boy Scouts of American and Delaware BSA, LLC
Case Number: 20-10343 (LSS)
Applicant's Name: Pachulski Stang Ziehl & Jones LLP
Date of Application: 09/15/2020
Interim or Final: Interim

UST Form 11-330-B (2013)