# EXHIBIT C

DOCS_DE:230615.1 85353/002

**EXHIBIT C-1**

**BUDGET**

**Privacy Act Statement.** 28 U.S.C. § 586(a)(3)(A) authorizes the collection of this information. The United States Trustee will use the information contained in this form to evaluate whether compensation and reimbursement of expenses filed by attorneys in larger chapter 11 cases - those cases with $50 million or more in assets and $50 million or more in liabilities - are appropriate and reasonable pursuant to 11 U.S.C. § 330. Disclosure of this information may be to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." See 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: https://www.gpo.gov/fdsys/pkg/FR-2006-10-11/pdf/E6-16814.pdf.

Failure to provide this information could result in an objection to your fee application, or other action by the United States Trustee. 11 U.S.C. § 330.

If the parties consent or the court so directs, a budget approved by the client in advance should generally be attached to each interim and final fee application filed by the applicant. If the fees sought in the fee application vary by more than 10% from the budget, the fee application should explain the variance. *See* Guidelines ¶ C.8. for project category information.

| | PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES |
|---|---|---|---|
| | Asset Analysis and Recovery | 350.00 | $35,000.00 |
| | Asset Disposition | | |
| | Assumption and Rejection of Leases and Contracts | | |
| | Avoidance Action Analysis | | |
| | Budgeting (Case) | | |
| | Business Operations | 30.00 | $30,000.00 |
| | Case Administration | 60.00 | $27,000.00 |
| | Claims Administration and Objections | 300.00 | $300,000.00 |
| | Corporate Governance and Board Matters | | |
| | Employee Benefits and Pensions | | |
| | Employment and Fee Applications | 100.00 | $80,000.00 |
| | Employment and Fee Application Objections | | |
| | Financing and Cash Collateral | 100.00 | $100,000.00 |
| | Litigation: Contested Matters and Adversary Proceedings (not otherwise within a specific project category) - identify each separately by caption and adversary number, or title of motion or application and docket number | | |

Case Name:        Boy Scouts of America and Delaware BSA, LLC
Case Number:      20-10343 (LSS)
Applicant's Name: Pachulski Stang Ziehl & Jones LLP
Date of Application: 09/15/2020
Interim or Final: Interim

UST Form 11-330-C (2013)

**EXHIBIT C-1 (Continued)**

**BUDGET**

If the parties consent or the court so directs, a budget approved by the client in advance should generally be attached to each interim and final fee application filed by the applicant. If the fees sought in the fee application vary by more than 10% from the budget, the fee application should explain the variance. *See* Guidelines ¶ C.8. for project category information.

| | PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES |
|---|---|---|---|
| Delete | Appeals | 20.00 | $20,000.00 |
| Delete | Bankruptcy Litigation | 275.00 | $275,000.00 |
| Delete | General Creditors Committee | 250.00 | $250,000.00 |
| Delete | Hearing | 60.00 | $60,000.00 |
| Delete | Insurance Coverage | 75.00 | $75,000.00 |
| Delete | Litigation (Non-Bankruptcy) | | |
| Delete | Mediation | 150.00 | $150,000.00 |
| Delete | Schedules/Sofa | | |
| Add | *Click Add button to add a litigation entry* | | |
| | Meetings and Communications with Creditors | | |
| | Non-Working Travel | | |
| | Plan and Disclosure Statement | 50.00 | $50,000.00 |
| | Real Estate | | |
| | Relief from Stay and Adequate Protection | 100.00 | $100,000.00 |
| | Reporting | | |
| | Tax | | |
| | Valuation | | |
| | **TOTAL** | 1,920.00 | $1,867,000.00 |

Case Name: Boy Scouts of America and Delaware BSA, LLC
Case Number: 20-10343 (LSS)
Applicant's Name: Pachulski Stang Ziehl & Jones LLP
Date of Application: 09/15/2020
Interim or Final: Interim

**EXHIBIT C-2**

**STAFFING PLAN**

If the parties consent or the court so directs, a staffing plan approved by the client in advance should generally be attached to each interim and final fee application filed by the applicant. If the fees are sought in the fee application for a greater number of professionals than identified in the staffing plan, the fee application should explain the variance.

| | CATEGORY OF TIMEKEEPER [1] (using categories maintained by the firm) | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|---|
| Delete | Sr./Equity Partner/Shareholder | 20 | $1,032.36 |
| Delete | Of Counsel | 8 | $805.34 |
| Delete | Paralegal | 6 | $422.33 |
| Delete | Law Library Director | 1 | $450.00 |
| Delete | Case Management Assistants | 3 | $350.00 |
| Add | *Click Add button to add an additional timekeeper category* | | |

[1] As an alternative, firms can identify attorney timekeepers by years of experience rather than category of attorney timekeeper: 0-3, 4-7, 8-14, and 15+. Non-attorney timekeepers, such as paralegals, should be identified by category.

Boy Scouts of America and Delaware BSA, LLC
20-10343 (LSS)
Pachulski Stang Ziehl & Jones LLP
09/14/2020
Interim

UST Form 11-330-C (2013)