IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### ORDER GRANTING
### SECOND QUARTERLY APPLICATION FOR COMPENSATION
### AND REIMBURSEMENT OF EXPENSES OF
### PACHULSKI STANG ZIEHL & JONES LLP,
### AS COUNSEL TO THE TORT CLAIMANTS' COMMITTEE
### FOR THE PERIOD FROM MAY 1, 2020 THROUGH JULY 31, 2020

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as counsel to the Tort Claimants' Committee in the above-captioned cases, filed its Second Quarterly Application for Compensation and for Reimbursement of Expenses for the Period from May 1, 2020 through July 31, 2020 (the "Second Quarterly Application"). The Court has reviewed the Second Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Second Quarterly Application, and any hearing on the Second Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Second Quarterly Application. Accordingly, it is hereby

ORDERED that the Second Quarterly Application is GRANTED, on an interim basis. The Debtors in the above cases shall pay to PSZ&J the sum of $1,813,921.50 as

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

compensation for necessary professional services rendered, and actual and necessary expenses in the amount of $15,945.14, for a total of $1,829,866.64 for services rendered and disbursements incurred by PSZ&J, for the period May 1, 2020 through July 31, 2020, less any amounts previously paid in connection with the monthly fee applications.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.