MONZACK MERSKY BROWDER AND HOCHMAN, P.A.
ATTORNEYS AT LAW
1201 NORTH ORANGE STREET
SUITE 400
WILMINGTON, DE 19801-1155

MELVYN I. MONZACK
RACHEL B. MERSKY
MARY ELIZABETH M. BROWDER
MICHAEL C. HOCHMAN

(302) 656-8162
FACSIMILE: (302) 656-2769

WWW.MONLAW.COM

September 15, 2020

**VIA CM/ECF AND EMAIL**
Judge Laurie Selber Silverstein
United States Bankruptcy Court District of Delaware
824 North Market Street, 6th Floor
Wilmington, DE  19801

**RE:**   **In re Boy Scouts of America and Delaware BSA, LLC, Case No. 20-10343 (LSS)**
Order on Motion of The Coalition Of Abused Scouts For Justice For An Order Authorizing The Coalition To File Under Seal Exhibit A to The Amended 2019 Statement.

Dear Judge Silverstein:

We submit the following letter and revised proposed order in response to the letters filed by counsel for Century and the Tort Claimants Committee ("TCC"), respectively.

Prior to our submission to this Court of the proposed form of Seal Order, the Coalition circulated a draft form of Seal Order to counsel who appeared at the hearing relating to the Coalition's motion to file certain documents under seal.  After receiving comments from various parties, we circulated a revised proposed Seal Order addressing certain of the comments.  The revised proposed Seal Order was approved by both the Debtors and the U.S. Trustee.

While we received communications and questions from Century's counsel, we did not receive a proposed mark-up to the proposed Seal Order.

We note that the Coalition specifically agreed to provide, prior to the Court's entry of a Seal Order, the documents to be filed under seal to Century and others upon receipt of acknowledgment that the information would be subject to the confidentiality restrictions set forth in the Bar Date Order.  We have not yet received such acknowledgment by Century's counsel.

In addition, at the hearing Coalition Counsel agreed to provide, and will provide, verification that the exemplars of the State Court Counsel engagement letters are the actual forms

of engagement letters signed by their respective clients. We anticipate that this verification may resolve the concerns identified by Century's counsel in its letter regarding the use of exemplar engagement letters.

      In an attempt to resolve the additional issues raised by Century in its letter directed to the Court, we further modified the proposed Seal Order.  Attached is a clean and red-lined draft of the proposed Seal Order showing the changes from the form of Seal Order submitted to the Court on September 14, 2020.  We acknowledge that the proposed revisions do not resolve each of the issues raised by Century's counsel or from the TCC's counsel.

      Respectfully submitted,

      */s/ Rachel B. Mersky*

      Rachel B. Mersky (DE Bar No. 2049)
      For Monzack Mersky Browder and Hochman, P.A.