# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1] | Case No. 20-10343 (LSS) |
| | Jointly Administered |
| Debtors. | **RE: D.I. 1208** |

### CERTIFICATE OF NO OBJECTION REGARDING THE SECOND INTERIM FEE APPLICATION OF KCIC, LLC, AS INSURANCE AND VALUATION CONSULTANT FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 1, 2020 TO AND INCLUDING JULY 31, 2020

The undersigned hereby certifies that, as of the date hereof, KCIC, LLC ("KCIC") has received no answer, objection or other responsive pleading to the **Second Interim Fee Application of KCIC, LLC, as Insurance and Valuation Consultant for the Debtors and Debtors in Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2020 to and Including July 31, 2020** (the "Application") (D.I. 1208), filed on August 31, 2020.

The undersigned further certifies that KCIC has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than September 14, 2020 at 4:00 p.m. (ET).

---

[1] The Debtors in the chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 W. Walnut Hill Ln., Irving, TX 75038.

WHEREFORE, KCIC respectfully requests that the Application be approved.

Dated: September 16, 2020        KCIC, LLC
        Wilmington, Delaware

                                 */s/ Elizabeth Hanke*
                                 Elizabeth Hanke
                                 1401 I Street, NW, Suite 1200
                                 Washington, DC 20005
                                 Telephone: (202) 650-0503
                                 Facsimile: (202) 650-0651
                                 E-mail: hankee@kcic.com

                                 INSURANCE AND VALUATION
                                 CONSULTANT TO THE DEBTORS AND
                                 DEBTORS IN POSSESSION