# EXHIBIT A

| Roberts Declaration[1] Exhibit | Law Firm/Sponsoring Entity | Type of Ad |
|---|---|---|
| A-1 | Abused in Scouting | Infomercial |
| B-1 | Sheldon Law Group | Infomercial |
| B-2 | Sheldon Law Group | Infomercial |
| B-3 | Sheldon Law Group | Radio |
| C-1 | 1-800-LAW-HELP Legal Network | TV |
| C-2 | 1-800-LAW-HELP Legal Network | TV |
| C-4 | 1-800-LAW-HELP Legal Network | TV |
| E | Law Office of Cohen & Jaffe, LLP | TV |
| I | Scout Abuse Helpline/Greg Jones Law, P.A. | TV |
| K | Sheldon Law Group | TV |
| L | Slater Slater Schulman LLP | TV |
| M | Parker Waichman LLP | TV |
| O | Napoli Shkolnik PLLC | TV |
| R | Junell & Associates Law Firm, PLLC | Radio |

---

[1] Declaration of Evan Roberts in Support of the Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and ¶ 27 of the Bar Date Order for Entry of an Order (I) Supplementing the Bar Date Order and (II) Granting Related Relief (D.I. 1145-3).