**EXHIBIT B**

| Roberts Declaration[1] Exhibit | Law Firm/Sponsoring Entity | Type of Ad |
|---|---|---|
| A-2 | Abused in Scouting | Infomercial |
| C-1 | 1-800-LAW-HELP Legal Network | TV |
| C-2 | 1-800-LAW-HELP Legal Network | TV |
| C-3 | 1-800-LAW-HELP Legal Network | TV |
| C-4 | 1-800-LAW-HELP Legal Network | TV |
| C-5 | 1-800-LAW-HELP Legal Network | TV |
| E | Law Office of Cohen & Jaffe, LLP | TV |
| F-1 | AVA Law Group, Inc. | TV |
| F-2 | AVA Law Group, Inc. | TV |
| G | Morelli Law Firm | TV |
| H | Morgan & Morgan Attorneys | TV |
| I | Scout Abuse Helpline/Greg Jones Law, P.A. | TV |
| J-1 – J-5 | Sexual Abuse Survivor Legal Helpline/Edelson PC | TV |
| L | Slater Slater Schulman LLP | TV |
| M | Parker Waichman LLP | TV |
| N | Pintas & Mullins Law Firm | TV |
| P | All Survivors Advocates | Radio |
| R | Junell & Associates Law Firm, PLLC | Radio |

---

[1] Declaration of Evan Roberts in Support of the Debtors' Motion Pursuant to Section 105(a) of the Bankruptcy Code and ¶ 27 of the Bar Date Order for Entry of an Order (I) Supplementing the Bar Date Order and (II) Granting Related Relief (D.I. 1145-3).