## <u>EXHIBIT 1</u>

### CERTIFICATION OF RACHAEL L. RINGER

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- X
                      :
In re:                          :     Chapter 11
                      :
Boy Scouts of America and       :     Case No. 20-10343 (LSS)
Delaware BSA, LLC,[1]           :
                     :     (Jointly Administered)
             Debtors.   :     **Objection Deadline: September 30, 2020 at 4:00 p.m.**
                     :     **Hearing Date: November 18, 2020 at 10:00 a.m.**
---------------------------------------------------------- X

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS
FOR PROFESSIONALS IN RESPECT OF SECOND INTERIM FEE APPLICATION
OF KRAMER LEVIN NAFTALIS & FRANKEL LLP FOR ALLOWANCE OF
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR
REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED
AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,  FOR THE PERIOD
<u>FROM MAY 1, 2020 THROUGH AND INCLUDING JULY 31, 2020</u>**

I, Rachael L. Ringer, hereby certify that:

1.      I am a member of Kramer Levin Naftalis & Frankel LLP ("**<u>Kramer Levin</u>**"),

counsel to the Official Committee of Unsecured Creditors in the above captioned proceedings (the

"**<u>Chapter 11 Cases</u>**").   Kramer Levin submits this second interim application for compensation

and reimbursement in compliance with the *Guidelines for Reviewing Applications for*

*Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in*

*Larger Chapter 11 Cases* effective as of November 1, 2013 (the "**<u>U.S. Trustee Guidelines</u>**") and

the *Order (I) Approving Procedures for (A) Interim Compensation and Reimbursement of*

*Expenses of Retained Professionals and (B) Expense Reimbursement for Official Committee*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

*Members and (II) Granting Related Relief* [Dkt. No. 341] entered in these Chapter 11 Cases (the "**Interim Compensation Order**" and, together with the U.S. Trustee Guidelines, the "**Guidelines**").

2.      I am the professional designated by Kramer Levin with the responsibility for Kramer Levin's compliance in these cases with the Guidelines.  This certification is made in respect of Kramer Levin's application, dated September 16, 2020 (the "**Application**"), for the second allowance of compensation for professional services and reimbursement of expenses for the period commencing May 1, 2020 through and including July 31, 2020 (the "**Compensation Period**") in accordance with the Guidelines.

3.      Pursuant to the Guidelines, I certify that:

a)      I have read the Application;

b)      To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines, except as specifically set forth herein;

c)      The fees and disbursements sought are billed at rates and in accordance with practices customarily employed by Kramer Levin and generally accepted by Kramer Levin's clients; and

d)      In providing a reimbursable service, Kramer Levin does not make a profit on that service, whether the service is performed by Kramer Levin in-house or through a third party.

4.      I certify that the Creditors' Committee, Debtors, and U.S. Trustee will each be provided with a copy of the Application concurrently with the filing thereof and will have at least 14 days to review such Application prior to any objection deadline with respect thereto.

5.      The following is provided in response to the request for additional information set forth in the Guidelines.

**Question:** Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the compensation period?

**Response**: Kramer Levin provided voluntary write-offs of both fees and expenses during the Compensation Period in its discretion.

**Question:** If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

**Response**: For the Compensation Period, Kramer Levin is not seeking fees that exceed amounts budgeted for that period by 10% or more.

**Question:** Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?

**Response**: No.

**Question:** Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.) If so, please quantify by hours and fees.

**Response**: Yes. This Application includes certain time (and fees) relating to preparing, reviewing or revising fee statements to comply with the local bankruptcy rules and U.S. Trustee guidelines. These fees are reflected in a portion of the amount requested in billing code number 17, Committee Fee Applications. Such time was necessary in order to comply with applicable guidelines and the interim compensation order and file its monthly fee applications (which is a distinct requirement in bankruptcy matters).

**Question:** Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information?

**Response**: Yes, in preparation for the filing of this Application, Kramer Levin reviews its monthly invoices at the time that they are filed for privilege and confidentiality.

**Question:** Does this fee application include rate increases since retention?

**Response**: No.

Dated: September 16, 2020

/s/ Rachael L. Ringer
Rachael L. Ringer